# In The United States Court of Federal Claims

## Cover Sheet

05-1121C

Plaintiff(s) or Petitioner(s)
West Coast Contractors

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Ross D. Cooper

Firm Name: Shulman Rogers Gandal Pordy & Ecker, P.A.

Post Office Box:

Street Address: 11921 Rockville Pike, Suite 300

City-State-Zip: Rockville, Maryland 20852

Telephone & Facsimile Numbers: (301) 230-5239; (301) 230-2891 (fax)

E-mail address: rcooper@srgpe.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 756,654.62

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005