ORIGINAL

FILED
OCT 18 2005
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEST COAST CONTRACTORS OF NEVADA, INC.**<br>**7785 White Fir Street**<br>**Reno, NV 89523** | ) | |
| **Plaintiff,** | ) | **No.** ________ |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1, Plaintiff West Coast Contractors of Nevada, Inc. respectfully submits the following disclosure statement:

A. West Coast Contractors of Nevada, Inc.

There are no corporate parents or affiliates of West Coast Contractors of Nevada, Inc.

B. West Coast Contractors of Nevada, Inc.

There are no publicly traded corporate parents or affiliates of West Coast Contractors of Nevada, Inc.

Respectfully Submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

Date: October 18, 2005

Ross D. Cooper
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852
Phone: (301) 230-5239
Fax: (301) 230-2891

Counsel to West Coast Contractors of Nevada, Inc.