# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: May 10, 2006)

****************************************
**WEST COAST CONTRACTORS OF NEVADA, INC.**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**Order**

On April 7, 2006, the Parties filed a Joint Preliminary Status Report ("JPSR").

Pursuant to the Special Procedures Order ("SPO") issued on November 14, 2005, the Parties were required to file an appendix to the JPSR, including "material portions of any documents . . . that are relevant to . . . disputed facts alleged with particularity in the pleadings." SPO ¶ 7. In Plaintiff's Complaint, there are references to the following documents:

1. Contract
2. Specifications
3. RFP drawings
4. Proposed Change Orders # 8 and # 13
5. Navy letter of December 5, 2001
6. Navy order P00012
7. Notices to Proceed Nos. 2 and 3 (and Notice to Proceed referenced in Compl. ¶ 30)
8. Navy letter of May 23, 2003
9. Navy order PC0015
10. Certified claim to the Contracting Officer

Defendant, in its Answer, repeatedly states that the documents are the "best evidence of the contents." The Parties, however, did not submit the documents to the Court as an appendix to the JPSR.

Pursuant to the SPO, the Parties were also required to "[d]escribe the material issues of fact and law that are in dispute, as well as those that are not" and to "explain . . . the factual allegations and legal theories upon which any claim or defense is based." SPO ¶ 6(c). The Parties instead provide only a one paragraph summary of the allegations in the complaint. JPSR, at 2. Plaintiff does not state what statutory and/or contract provisions it relies on for each claim and there is no indication where Defendant agrees and disagrees with respect to each of the factual and legal issues.

The Court hereby ORDERS the Parties to file a revised JPSR in compliance with SPO ¶¶ 6 and 7 on or before **May 31, 2006**. In particular, the Parties shall provide an appendix to the JPSR including all the documents listed above, as well as any other documents relevant to the pleadings. The Parties shall also provide a detailed discussion of the factual and legal issues that are in dispute, as well as those that are not.

The Court further ORDERS the Parties to adhere to the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **January 2, 2007**[1] |
| Expert Reports due | **January 31, 2007** |
| Expert Depositions due | **March 15, 2007** |
| Dispositive Motions due | **March 15, 2007** |
| All Discovery ends | **March 15, 2007** |

The status conference scheduled for May 15, 2006 is hereby cancelled, and will be rescheduled upon receipt of the revised JPSR.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] This date has been changed from that proposed by the Parties because December 31, 2006 is a Sunday.