# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WEST COAST CONTRACTORS OF NEVADA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 05-1121 C** |
| **v.** | ) | **(Chief Judge Damich)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | | |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Plaintiff West Coast Contractors Of Nevada, Inc. ("WCC") respectfully requests that this Court substitute the appearance of William C. Davis, III for Ross D. Cooper of the same law firm, Shulman, Rogers, Gandal, Pordy & Ecker, P.A. as new lead counsel to WCC. As indicated by the attached affidavit of William C. Davis, III, WCC consents to this substitution. This motion is not filed for purposes of delay. Substitute lead counsel's address is as follows:

William C. Davis, III
**SHULMAN, ROGERS, GANDAL,**
**PORDY & ECKER, PA**
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Tel: (301) 230-5217
Fax: (301) 230-2891

Date: May 22, 2006

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.**

By: ______________________________

William C. Davis, III
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Tel: (301) 230-5217
Fax: (301) 230-2891

I, Ross D. Cooper, currently designated as counsel of record for West Coast Contractors of Nevada, Inc. in the above-captioned matter, hereby consents to the substitution of counsel requested herein.

Dated: May 22, 2006

______________________________
Ross D. Cooper

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 22nd day of May, 2006, a copy of the foregoing Motion to Substitute Counsel was served via facsimile and overnight courier upon:

Peter D. Kessler
David M. Cohen
Brian M. Simkin
Michael O'Connell
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

Ross D. Cooper
Shulman, Rogers, Gandal, Pordy & Ecker, PA
11921 Rockville Pike, Third Floor
Rockville, MD 20852

[signature]

William C. Davis, III