**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WEST COAST CONTRACTORS OF NEVADA, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-1121C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF WILLIAM C. DAVIS, III**

I, William C. Davis, III, make the following declaration under penalties of perjury:

1. I am an attorney with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

2. Mario Ramirez, President of Plaintiff West Coast Contractors of Nevada, Inc., consents to my substitution as counsel for Plaintiff in the above-captioned matter and has appointed me as such.

William C. Davis, III
Shulman, Rogers, Gandal, Pordy
& Ecker, P.A.
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852
Phone: (301) 230-5217
Fax: (301) 230-2891

STATE OF MARYLAND,
COUNTY OF MONTGOMERY, to-wit:

I HEREBY CERTIFY that on this 22nd day of May, 2006, before me, the subscriber, a Notary Public of the State of Maryland, personally appeared William C. Davis, III, known to me (or satisfactorily proven) to be the person whose name is subscribed to the Affidavit, who acknowledged that he executed the same for the purpose therein contained.

WITNESS my hand and notarial seal.

Michelle Leslie Smith
NOTARY PUBLIC
Print Name: Michelle Leslie Smith

My Commission Expires: 8/1/08

MICHELLE LESLIE SMITH
NOTARY PUBLIC
MY COMMISSION EXPIRES 08/01/08
MONTGOMERY COUNTY, MD