19. FAR 52.225-10, NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT--CONSTRUCTION MATERIALS (FEB 2000)

(a) Definitions. "Construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act--Balance of Payments Program--Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested--

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

20. FAC 5252.228-9300, INDIVIDUAL SURETY/SURETIES (JUN 1994)

As prescribed in FAR 28.203(a), individual sureties will be permitted. In order for the Contracting Officer to make a determination as to the acceptability of individuals proposed as sureties, as prescribed in FAR 28.203(b), all proposers who submit bonds which are executed by individual sureties are requested to furnish additional information in support of SF-28, Affidavit of Individual Surety, with the bonds. Pursuant to Instruction 3(b) of Standard Form 24, the Bond, Standard Form 25, the Performance Bond, and the Standard Form 25A, the Payment Bond, the Contracting Officer requests the following information:

(a) Equity Securities (Stock):

(1) State the place(s) of incorporation and address of the principal place of business for each issuing corporation listed.

(2) State whether the security issued was issued by public or private offering and give the place of registration of the security.

(3) State whether the security is presently, actively traded.

(b) Debt securities (Bonds) and Certificates of Deposit:

(1) List the type of bonds held and their maturity dates.

(2) State the name, address, and telephone number of the issuing agency, firm or individual.

(3) State the complete address(es) where the bonds are held.

(4) State whether the bonds have been pledged as security or have otherwise been encumbered.

(c) Real Property Interests:

(1) Provide complete recording data for the conveyance of each parcel or interest listed to the individual proposed as surety.

(2) State whether the values listed are based upon personal evaluation or evaluation of an experienced real estate appraiser. If available, provide copies of written appraisals.

(3) State the method(s) of valuation upon which appraisal is based.

(4) Provide the assessed value of each property interest listed utilized by the appropriate tax assessor for purposes of property taxation.

(5) Provide the telephone number, including area code, for the tax assessor who performed the most recent tax assessment.

(6) State whether each real property interest listed is currently under lien or in any way encumbered and the dollar amount of each such lien or encumbrance.

(d) Persons Proposed as Individual Sureties:

(1) A current list of all other bonds (bid, performance, and payment) on which the individual is a surety and bonds for which the individual is requesting to be a surety.

(2) A statement as to the percent of completion of projects for which the individual is bound on a performance bond.

This information is necessary to enable the Contracting Officer to evaluate the sufficiency of the surety's net worth in a timely manner.

21. FAC 5252.228-9302, BID GUARANTEE (JAN 1996)

To assure the execution of the contract and the performance and payment bonds, each bidder/offeror shall submit with its bid/offer a guarantee bond (Standard Form 24) executed by a surety company holding a certificate of authority from the Secretary of the Treasury as an acceptable surety, or other security as provided in FAR clause 52.228-1, "Bid Guarantee." Security shall be in the penal sum equal to at least of 20 percent of the largest amount for which award can be made under the bid submitted, but in no case to exceed $3,000,000. The bid guarantee bond shall be accompanied by a copy of the agent's authority to sign bonds for the surety company.

22. FAR 52.233-2, SERVICE OF PROTEST (AUG 1996)

a. Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Karen Powell, Code 021, Engineering Field Activity, West, Naval Facilities Engineering Command, 900 Commodore Drive, San Bruno, CA 94066-5006.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

23. FAR 52.236-27, SITE VISIT (CONSTRUCTION) (FEB 1995) ALTERNATE I (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigation and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) An organized site visit has been scheduled for:

________________________________________

(Insert date and time)

(c) Participants will meet at--

________________________________________

(Insert location)

24. FAR 52.236-28, PREPARATION OF PROPOSALS - CONSTRUCTION (OCT 1997)

(a) Proposals must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a proposal must initial each erasure or change appearing on any proposed form.

(b) The proposal form may require offerors to submit proposed prices for one or more items on various bases, including--

(1) Lump sum prices;

(2) Alternate prices;

(3) Units of construction; or

(4) Any combination of paragraphs (b)(1) through (b)(3) of this provision.

(c) If the solicitation requires submission of a proposal on all items, failure to do so may result in the proposal being rejected without further consideration. If a proposal on all items is not required, offerors should insert the words "no proposal" in the space provided for any item on which no price is submitted.

(d) Alternate proposals will not be considered unless his solicitation authorizes their submission.

25. FAR 52.252-1, SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov/far

DOCUMENT 00202

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS

A. **Evaluation Factors for Award:** This is a two-phase, design-build source selection. Proposals will be rated on the basis of five Technical Evaluation Factors; two in Phase One, and three additional Technical Evaluation Factors in Phase Two. The two Technical Evaluation Factors in Phase One are approximately equal in weight for the purpose of determining which offerors will submit proposals for Phase Two. Phase Two technical proposals will be rated on the basis of all five Technical Evaluation Factors. For Phase Two, all five Technical Evaluation Factors are approximately equal in weight, and when combined, are weighted approximately equal to the Price Evaluation Factor.

B. **Technical Evaluation Factors:**

1. **FACTOR 1, Past Performance (Phase One and Two)** This factor evaluates past performance for current projects and projects completed within the last three years on work similar to that within the scope of work of this solicitation. Offerors are encouraged to provide information on any problems encountered during performance of these contracts and any corrective actions taken by the offeror. In evaluating past performance, the Government shall consider information in the offeror's proposal and information from other sources including references, customers, Government agencies, and other sources deemed necessary.

2. **FACTOR 2, Corporate and Key Personnel Experience (Phase One and Two)** This factor evaluates the recent experience and qualifications of the offeror and the offeror's proposed project team (design and construction teams), within the last five years in undertaking projects of similar scope and complexity and the proposed key personnel's contribution to the past performance considered in Factor 1. Offerors may determine who are key personnel but shall, at a minimum, include a project manager, project superintendent, and quality control manager. Note: The proposed key personnel shall be required to perform on the contract in their proposed roles. Substitution of key personnel after award is undesirable and should only be requested in accordance with NAVFAC P-68 Clause 5252.237-9301 in unavoidable circumstances.

3. **FACTOR 3, Construction Schedule (Phase Two only)** This factor evaluates the extent to which the schedule demonstrates a clear understanding of the requirements, is realistic and logical, and offers benefits to the Government in terms of delivery schedule. Offers proposing less than ______ days *(number of days to be provided in Phase 2)* for completion time with a logical approach to complete the work will receive a strength for this factor. The proposed completion time will be the basis for establishing the contract completion date.

4. **FACTOR 4, Quality (Phase Two only)** This factor evaluates the extent to which the contractor proposes to go beyond the stated minimum design requirements. Minimum design requirements will be provided in Phase 2.

5. **FACTOR 5, Commitment to Small Business (Phase Two only)** This factor evaluates the extent of the offeror's commitment to having work performed by Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB); Historically Underutilized Business Zone (HUBZONE), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MI), concerns. If the offeror is a large business, this factor also evaluates the offeror's past achievements in meeting small business subcontracting goals.

C. Price Evaluation Factor:

1. The Government will evaluate the total proposed price of the base and option (if any) requirements.

2. Price evaluation will not be based upon absolute standards or given an adjectival rating, but will be an assessment of the reasonableness of the proposed price.

3. The Government will evaluate the fairness and reasonableness of the proposed price using one or more of the following price analysis techniques:

a. Evaluation of proposed price to solicitation requirements and their associated costs;

b. Comparison of proposed price with the independent Government estimate;

c. Comparison of proposed price to all other proposed prices; and,

d. Identification of prices which are unreasonably high or low.

D. **Technical Submittal Requirements:** The offeror's Phase One technical proposal shall be limited to 30 single sided, 8 ½ by 11 inch pages of text with 10 point font or larger. The Phase Two technical proposal shall be limited to 30 8 ½ by 11 inch pages of text with 10 point font or larger The page limitation does not include the Standard Form 1442, Solicitation, Offer, and Award; construction schedule, and SF 294s. If the technical proposal exceeds the stated page limitation, only the first 30 pages will be evaluated. The technical proposal shall be presented in three ring binders with dividers separating each evaluation factor. Offerors are advised that the required data listed below will be utilized for technical review and evaluation and for determination of a "rating" by a Technical Evaluation Team. The proposal should address the Technical Evaluation Factors specified below in the following format:

**PHASE ONE:**

1. **Factor 1: Past Performance**

a. Provide specific examples that demonstrate successful past performance as defined in Technical Evaluation Factor 1 as a prime contractor on comparable projects within the last three years. Provide examples in the following format:

Contract Number:

Project Title and Description:
Contract Award Date and Price:

Current or Actual Completion Date:

Percentage of Completion and Current Price:

Performance Evaluation Rating Received:

Owner and Point of Contact—Agency, Name, Address, Phone, E-mail Address:
Involvement of Proposed Key Personnel:

Description of Requirements and/or Complexity of the Project:

If the project was similar to the scope of work described in this solicitation, briefly describe the similarities:

Major Problems Encountered on Project and Resolution:

b. Provide any letters of commendations and awards received during the last three years.

c. Provide data concerning safety:

(1) OSHA incidence rate for the last three years; and,

(2) Most recent Experience Modification Rate (EMR) in California.

2. **Factor 2: Corporate and Key Personnel Experience:**

a. Provide additional corporate examples of similar projects within the past 5 years in the same format as Factor 1 (do not repeat the projects listed for the last 3 years in Factor 1 as they will be considered to evaluate corporate experience).

b. Provide the resumes of the proposed project team including, as a minimum, the Design Consultant, Project Manager, Project Superintendent, and the Quality Control Manager. Include in the resumes a description of the experience, education, capability to undertake the responsibilities of this contract, and how the personnel contributed to the commended performance in the "Past Performance" factor.

**PHASE TWO:**

3. **Factor 3: Construction Schedule:** Provide a network schedule based on the critical path method. Submission may be either a bar chart or a network diagram. The schedule shall assume an award date of **15 May 2001** and include time for significant project activities including all submittal requirements, government reviews, lead time for equipment, and actual construction. The schedule shall be a minimum of 50 activities and clearly identify the critical path.

4. **Factor 4: Quality** (to be provided at a later date)

5. **Factor 5:** Commitment to Small Business

The submission for this factor may be provided no later than two calendar days after the due date for receipt of proposals.

a. Describe your firm's commitment to utilizing Small Businesses (SBs), Women-Owned Small Businesses (WOSBs), Small Disadvantaged Businesses (SDBs), Historically Underutilized Business Zone Small Businesses (HUBZONESB), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MIs) to accomplish the work in this solicitation, in the following format:

(1) Note if your firm is a _____Large Business (LB), _____Small Business (SB), _____Small Disadvantaged Business (SDB), _____Women-Owned Small Business (WOSB), or _____Historically Underutilized Business Zone Small Business (HUBZONESB).

(2) Provide a breakout in terms of percentage of the total contract dollar value you anticipate performing as a prime contractor and the total contract dollar value you anticipate subcontracting. Provide the breakout in the following format:

(i) Total contract value to be performed by the prime contractor: _________%

(ii) Total contract value to be subcontracted: _________%

(3) Provide a breakout in terms of percentage goals of the total projected subcontracted goals anticipated to be subcontracted to LBs, SBs, SDBs, WOSBs, and HUBZONESBs. Provide the breakout in the following format:

(i) Total Large Business Subcontracting _________%
(ii) Total Small Business Subcontracting _________%
(Note: The sum of Lines (3)(i) and (3)(ii) must equal the total provided in Line (2)(ii).)

(iii) Of the Total Small Business Subcontracting, indicate what percentage will be:

SB Subcontracting _________%
SDB Subcontracting _________%
WOSB Subcontracting _________%
HUBZONESB Subcontracting _________%

(4) If your firm is a LB, these same percentage goals with the appropriate dollar values must be included in your Subcontracting Plan submitted in accordance with FAR 52.219-9 and DFARS 252.219-7003.

(5) For information purposes, the following are the Navy's goals: 65% of subcontracted work to SBs; 12% of subcontracted work to SDBs; 5% of subcontracted work to WOSBs; and 1% of subcontracted work to HUBZONESBs.

b. Past Commitment (For Large Businesses Only):

(1) For the projects cited as relevant past performance/experience, please provide the Subcontracting Plan goals for each of those projects that required a plan. Also, report the actual accomplishments for each goal. Please report this information using the following matrix.

| PER CENT<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dollar Amount<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: SDBs, WOSBs, HUBZone and HBCU/MI firms are sub-sets of the Small Business percentages and dollar amounts.

c. If applicable, please submit the latest SF 294 prepared for each of the above projects. If the project is completed, please submit the SF 294 that is marked as "FINAL". Small businesses need not submit any SF 294s.

E. **Price Submittal Requirements:**

1. The price proposal shall include costs on the Standard Form 1442; Solicitation, Offer, and Award, for the following:

(a) CLIN 0001: Lump Sum Price for Base Item 0001.

2. Provide a breakdown of the price proposal in CSI division format. This breakdown shall be provided no later than two calendar days after the due date for receipt of proposals.

DOCUMENT 00452

# REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACTING BY NEGOTIATION

Solicitation No.: ______________________________

Name and Address of Proposer:
____________________________________________
____________________________________________
____________________________________________

Contractor Establishment Code: __________________

Cage Code: ___________________________________

TIN: ________________________________________

1. SUMMARY

The following clauses are from the Federal Acquisition Regulations (FAR) and Department of Defense Federal Acquisition Regulation Supplement (DFARS). Complete the paragraphs below, and return with the bid forms.

2. FAR 52.203-2, CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

______________________________________________

______________________________________________

______________________________________________

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization); (ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and (iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

3. FAR 52.203-11, CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at "FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions," included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

4. FAR 52.204-3, TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
( ) TIN: _______.
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of a Federal, state or local government;

(e) *Type of organization.*

( ) Sole proprietorship;

( ) Partnership;

( ) Corporate entity (not tax-exempt);

( ) Corporate entity (tax-exempt);

( ) Government entity (Federal, State, or local);

( ) Foreign government;

( ) International organization per 26 CFR 1.6049-4;

( ) Other ____________________________.

(f) *Common parent.*

( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

( ) Name and TIN of common parent:

Name ______________________________

TIN _______________________________

5. FAR 52.204-5, WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( )is a women-owned business concern.

6. FAR 52.209-5, CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996)

(a) The Offeror certifies, to the best of its knowledge and belief, that --(i) The Offeror and/or any of its Principals --(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; (B) Have ( ) have not ( ), within a 3-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision. (ii) The Offeror has ( ) has not ( ), within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). This certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section render the maker subject to prosecution under section 1001, title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

7. <u>FAR 52.215-20, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)</u>

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

8. <u>FAR 52.219-1, SMALL BUSINESS PROGRAM REPRESENTATIONS (OCT 2000)</u>

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is ________________ [insert NAICS code].

(2) The small business size standard is _____________ [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(c) Definitions. As used in this provision--

"Service-disabled veteran-owned small business concern"--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size
standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

9. FAR 52.219-19, SMALL BUSINESS CONCERN REPRESENTATION FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (OCT 2000)

(a) Definition. "Emerging small business" as used in this solicitation, means a small business concern whose size is no greater than 50 percent of the numerical size standard applicable to the North American Industry Classification System (NAICS) code assigned to a contracting opportunity.

(b) [Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.] The Offeror ( ) is, ( ) is not an emerging small business.

(c) [Complete only if the Offeror is a small business or an emerging small business, indicating its size range.] Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

10. FAR 52.219-21, SMALL BUSINESS SIZE REPRESENTATION FOR TARGETED INDUSTRY CATEGORIES UNDER THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (MAY 1999)

[Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.]

Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

11. FAR 52.219-22, SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations. (1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

( ) (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

( ) (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) ( ) For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern

that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:___________________________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

12. <u>FAR 52.222-22, PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)</u>

The offeror represents that--

(a) It ( ) has, ( ) has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b) It ( ) has, ( ) has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

13. <u>FAR 52.223-4, RECOVERED MATERIAL CERTIFICATION (OCT 1997)</u>

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i), the offeror certifies, by signing this offer, that the percentage of recovered materials to be used in the performance of the contract will be at least the amount required by the applicable contract specification.

14. <u>FAR 52.223-13, CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)</u>

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting Requirements because each such facility is exempt for at least one of the following reasons: [Check each block that is applicable.]

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE J | | PAGE OF PAGES 1 \| 2 | |
| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE 19 DECEMBER 2000 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE N62474<br>ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | 9A. AMENDMENT OF SOLICITATION NO. N62474-00-R-3035 | |
| | | 9B. DATED (SEE ITEM 11) 11 DEC 2000 | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference of to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

See page 2 for description.

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
| 15B. CONTRACTOR/OFFEROR<br>BY ____________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ____________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |