1. Document 00201, clause 17 (FAR 52.222-23, Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity), paragraph e. is amended to read as follows:

"e. As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is **Monterey, Monterey County, California**."

2. Document 00452, clause 8 (FAR 52.219-1, Small Business Program Representations), paragraphs (a)(1) and (a)(2) are amended to read as follows:

"(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **23332.**

(2) The small business size standard is **$27,500,000**."

3. In clarification of the solicitation requirements, no drawings will be issued during Phase 1 of this two-phase solicitation. It is the Government's intent to issue 35% design drawings to those offerors who are selected to participate in Phase 2 (see Document 00201, paragraph 2 for information on the Two-Phase Design-Build Selection Procedures.)

4. All other terms and conditions remain unchanged.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 10JAN2001 | | |

| 6. ISSUED BY CODE N62474 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | |
|---|---|---|
| | | 9A. AMENDMENT OF SOLICITATION NO.<br>N62474-00-R-3035 |
| | | 9B. DATED (SEE ITEM 11) 11DEC2000 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☒ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference of to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

1. The closing date for submission of proposals is extended to 2:00p.m., 23 JANUARY 2001.
2. All other terms and conditions of the solicitation remain unchanged.

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>BY ____________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ____________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 \| 2 | |
| 2. AMENDMENT/MODIFICATION NO. 0003 | 3. EFFECTIVE DATE 12JAN2001 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE N62474<br>ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | 9A. AMENDMENT OF SOLICITATION NO. N62474-00-R-3035 | |
| | | 9B. DATED (SEE ITEM 11) 11DEC2000 | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference of to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

SEE PAGE 2 FOR DESCRIPTION

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
| 15B. CONTRACTOR/OFFEROR<br>BY ______________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ______________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

1. Document 00201, "Instructions to Proposers," paragraphs 2 and 3 are amended to read as follows:

2. DESIGN-BUILD SELECTION PROCEDURES

(a) This solicitation is for the design-build of the facility described above. Technical and price information submitted in response to this solicitation shall be provided and evaluated in two separate submissions, hereinafter referred to as Part 1 and Part 2.

(b) Part 1 of the technical evaluation will address the following technical factors: (1) Past Performance, and (2) Corporate and Key Personnel Experience.

(c) Part 2 of the evaluation will address price and the following technical factor: (1) Commitment to Small Business.

3. NUMBER OF COPIES OF SUBMISSION FOR PART 1

Proposal documents for Part 1 of this solicitation are due at the address shown in Block 8 of the Standard Form (SF) 1442 and shall include the following:

(a) SF 1442, Solicitation, Offer, and Award (original)

(b) Representations and Certifications, Document 00452 of this solicitation (original)

(c) Technical Proposal per submittal requirements for Part 1 in Document 00202 of this solicitation (original and 2 copies).

2. The attached Document 00202, "Evaluation Factors for Award and Submittal Requirements" replaces Document 00202 previously issued in its entirety.

3. The time and date for receipt of proposals remains 2:00 p.m., 23 January 2001.

4. All other terms and conditions remain unchanged.

DOCUMENT 00202

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

**EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS**

A. **Evaluation Factors for Award:** This is a Best Value Trade-Off source selection for the design-build of an extension to Bldg. 245 at NPS Monterey. Technical and Price information will be submitted in two separate parts, identified as Part One and Part Two. In determining the best value to the Government, proposals will be rated on the basis of three Technical Evaluation Factors (two in Part One, and one additional Technical Evaluation Factor in Part Two), and price. All offerors submitting technical proposals in Part One will be provided the opportunity to submit proposals for Part Two. Part Two proposals will be rated on the basis of all three Technical Evaluation Factors which are approximately equal in weight, and when combined, are weighted approximately equal to the Price Evaluation Factor.

B. **Technical Evaluation Factors:**

1. **FACTOR 1, Past Performance (Part One and Two)** This factor evaluates past performance for current projects and projects completed within the last three years on work similar to that within the scope of work of this solicitation. Offerors are encouraged to provide information on any problems encountered during performance of these contracts and any corrective actions taken by the offeror. In evaluating past performance, the Government shall consider information in the offeror's proposal and information from other sources including references, customers, Government agencies, and other sources deemed necessary.

2. **FACTOR 2, Corporate and Key Personnel Experience (Part One and Two)** This factor evaluates the recent experience and qualifications of the offeror and the offeror's proposed project team (design and construction teams), within the last five years in undertaking projects of similar scope and complexity and the proposed key personnel's contribution to the past performance considered in Factor 1. Offerors may determine who are key personnel but shall, at a minimum, include a project manager, project superintendent, and quality control manager. Note: The proposed key personnel shall be required to perform on the contract in their proposed roles. Substitution of key personnel after award is undesirable and should only be requested in accordance with NAVFAC P-68 Clause 5252.237-9301 in unavoidable circumstances.

3. **FACTOR 3, Commitment to Small Business (Part Two only)** This factor evaluates the extent of the offeror's commitment to having work performed by Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB); Historically Underutilized Business Zone (HUBZONE), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MI), concerns. If the offeror is a large business, this factor also evaluates the offeror's past achievements in meeting small business subcontracting goals.

C. Price Evaluation Factor:

1. The Government will evaluate the total proposed price of the base and option (if any) requirements.

2. Price evaluation will not be based upon absolute standards or given an adjectival rating, but will be an assessment of the reasonableness of the proposed price.

3. The Government will evaluate the fairness and reasonableness of the proposed price using one or more of the following price analysis techniques:

a. Evaluation of proposed price to solicitation requirements and their associated costs;

b. Comparison of proposed price with the independent Government estimate;

c. Comparison of proposed price to all other proposed prices; and,

d. Identification of prices which are unreasonably high or low.

D. **Technical Submittal Requirements:** The offeror's Part One technical proposal shall be limited to 30 single sided, 8 ½ by 11 inch pages of text with 10 point font or larger. The Part Two technical proposal shall be limited to 30 8 ½ by 11 inch pages of text with 10 point font or larger The page limitation does not include the Standard Form 1442, Solicitation, Offer, and Award; construction schedule, and SF 294s. If the technical proposal exceeds the stated page limitation, only the first 30 pages will be evaluated. The technical proposal shall be presented in three ring binders with dividers separating each evaluation factor. Offerors are advised that the required data listed below will be utilized for technical review and evaluation and for determination of a "rating" by a Technical Evaluation Team. The proposal should address the Technical Evaluation Factors specified below in the following format:

**PART ONE**:

1. **Factor 1: Past Performance**

a. Provide specific examples that demonstrate successful past performance as defined in Technical Evaluation Factor 1 as a prime contractor on comparable projects within the last three years. Provide examples in the following format:

Contract Number:

Project Title and Description:
Contract Award Date and Price:

Current or Actual Completion Date:

Percentage of Completion and Current Price:

Performance Evaluation Rating Received:

Owner and Point of Contact—Agency, Name, Address, Phone, E-mail Address:
Involvement of Proposed Key Personnel:

Description of Requirements and/or Complexity of the Project:

If the project was similar to the scope of work described in this solicitation, briefly describe the similarities:

Major Problems Encountered on Project and Resolution:

b. Provide any letters of commendations and awards received during the last three years.

c. Provide data concerning safety:

(1) OSHA incidence rate for the last three years; and,

(2) Most recent Experience Modification Rate (EMR) in California.

2. **Factor 2: Corporate and Key Personnel Experience:**

a. Provide additional corporate examples of similar projects within the past 5 years in the same format as Factor 1 (do not repeat the projects listed for the last 3 years in Factor 1 as they will be considered to evaluate corporate experience).

b. Provide the resumes of the proposed project team including, as a minimum, the Design Consultant, Project Manager, Project Superintendent, and the Quality Control Manager. Include in the resumes a description of the experience, education, capability to undertake the responsibilities of this contract, and how the personnel contributed to the commended performance in the "Past Performance" factor.

**PART TWO:**

3. **Factor 3**: Commitment to Small Business

The submission for this factor may be provided no later than two calendar days after the due date for receipt of proposals.

a. Describe your firm's commitment to utilizing Small Businesses (SBs), Women-Owned Small Businesses (WOSBs), Small Disadvantaged Businesses (SDBs), Historically Underutilized Business Zone Small Businesses (HUBZONESB), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MIs) to accomplish the work in this solicitation, in the following format:

(1) Note if your firm is a:
Large Business (LB)
Small Business (SB)
Small Disadvantaged Business (SDB)
Women-Owned Small Business (WOSB)
Historically Underutilized Business Zone Small Business (HUBZONESB)

(2) Provide a breakout in terms of percentage and dollar amount of (i) the total contract dollar value you anticipate performing as a prime contractor, (ii) the total contract dollar value you anticipate subcontracting, and (iii) of the total projected subcontract amount, anticipated goals to be subcontracted to LBs, SBs, SDBs, WOSBs, and HUBZONESBs. Provide the breakout in the following format:

| | | Percentage | Dollar Value |
|---|---|---|---|
| a. | Total contract value to be performed by the Prime contractor | % | $ |
| b. | Total contract value to be subcontracted | % | $ |
| c. | Total Lines a + b. (Must equal total offered price) | 100% | $ |
| | **Subcontract Goals** | | |
| d. | Total Large Business subcontract goal | % | $ |
| e. | Total Small Business subcontract goal | % | $ |
| f. | Total Subcontract Goal, Lines d + e. (Dollar value must equal Line b) | 100% | $ |
| | **Small Business Subcontract Goals** | | |
| g. | SDB subcontract goal | % | $ |
| h. | WOSB subcontract goal | % | $ |
| i. | HUBZONESB subcontract goal | % | $ |
| j. | Other SB subcontract goal not categorized above | % | $ |
| k. | Total Small Business Subcontract Goal, Lines g + h + i +j (Dollar value must equal Line e) | 100% | $ |

(3) If your firm is a LB, these same percentage goals with the appropriate dollar values must be included in your Subcontracting Plan submitted in accordance with FAR 52.219-9 and DFARS 252.219-7003.

(4) For information purposes, the following are the Navy's goals: 65% of subcontracted work to SBs; 12% of subcontracted work to SDBs; 5% of subcontracted work to WOSBs; and 1% of subcontracted work to HUBZONESBs.

b. Past Commitment (For Large Businesses Only):

(1) For the projects cited as relevant past performance/experience, please provide the Subcontracting Plan goals for each of those projects that required a plan. Also, report the actual accomplishments for each goal. Please report this information using the following matrix.

| PER CENT Project | Total Subcont | Total Lge Bus | Total Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dollar Amount Project | Total Subcont | Total Lge Bus | Total Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: SDBs, WOSBs, HUBZone and HBCU/MI firms are sub-sets of the Small Business percentages and dollar amounts.

c. If applicable, please submit the latest SF 294 prepared for each of the above projects. If the project is completed, please submit the SF 294 that is marked as "FINAL". Small businesses need not submit any SF 294s.

E. **Price Submittal Requirements:**

1. The price proposal shall include costs on the Standard Form 1442; Solicitation, Offer, and Award, for the following:

(a) CLIN 0001: Lump Sum Price for Base Item 0001.

(b) CLIN 0002: Unit price for variance of up to 100 lineal feet of 30-inch diameter drilled caissons, greater or less than 672 lineal feet.

(c) CLIN 0003: Unit price for variance of up to 120 lineal feet of 24-inch diameter drilled caissons, greater or less than 810 lineal feet.

2. Provide a breakdown of the price proposal in CSI division format. This breakdown shall be provided no later than two calendar days after the due date for receipt of proposals.