2.3.3 Fittings

Elbows, vaned elbows, take-offs, branch connections, transitions, splitters, volume dampers, fire dampers, flexible connections, and access doors shall conform with SMACNA DCS, Section 2. Provide factory fabricated airtight, and noncorrosive test holes with screw cap and gasket.

2.3.4 Acoustical Attenuator Systems

2.3.4.1 Acoustical Duct Lining

Flexible or rigid mineral fiber lining conforming to ASTM C 1071. Lining shall not be less than one inch thick.

2.3.4.2 Net Noise Reduction Values

Conform with the following:

Minimum Net Noise Reduction Values,
Sound Pressure Level dB
(Reference Sound Power at 10-12 Watts)

| | | | | | | |
|---|---|---|---|---|---|---|
| Octave Pass Band | 2 | 3 | 4 | 5 | 6 | 7 |
| Center-Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 |
| Noise Reduction (dB) | 11 | 16 | 19 | 30 | 40 | 32 |

2.3.4.3 Sound Attenuators (Traps)

Provide factory-fabricated attenuators constructed of galvanized steel sheets. Outer casing shall be not less than 22 gage. Acoustical fills shall be mineral fiber conforming to ASTM C 1071. Air flow capacities shall be as indicated. Pressure drops through attenuators shall not exceed values indicated, or shall be not in excess of 15 percent of the total external static pressure of the air handling system, whichever is less. Acoustically test sound attenuators with metal duct inlet and outlet sections while under rated air flow conditions. Noise reduction data shall include effects of flanking paths and vibration transmission. Attenuators shall be airtight when operating at internal static pressure not less than 2 inches water gage. Conform with noise reduction requirements specified in paragraph entitled "Net Noise Reduction Values."

2.4 FLEXIBLE DUCTS AND CONNECTORS

UL 181, Class I, UL listed, SMACNA DCS, and additional requirements herein specified. Provide to connect between rigid ducts and outlets or terminals. There shall be no erosion, delamination, loose fibers, or odors from the ducts into the air stream. At 250 degrees F, minimum rating pressures shall be 2 inches water positive and 1/2 inch negative, up to 2500 fpm. Flexible ducts shall be maximum 6 feet in length. Minimum bend radius shall be twice the duct diameter.

2.4.1 Materials

Interlocking spiral or helically corrugated type constructed of non-collapsible fire-retardant, chloroprene or chlorosulphonated polyethylene impregnated, minimum 30 ounces per square yard woven mineral fabric.

2.4.2 Insulation and Vapor Barrier

ASTM C 553 Type 1, Class B-2, minimum one inch nominal thickness and three-quarter lb./cu. ft.density. Sheathe insulation with a vapor barrier having a maximum water vapor permeance of 0.20 perm in accordance with ASTM E 96, Procedure A. Coat ends of insulation with cement to prevent erosion and delamination.

2.4.3 Joints

Make airtight slip joints, seal with pressure-sensitive vapor-seal adhesive tape or duct sealer, and secure with sheet metal screws. To prevent insulation compression, place 2 inch wide by one inch thick closed cell foam plastic spacers over joints under vapor barriers. To provide a vaportight joint, provide a zinc-coated steel clamp over such spacers.

2.5 CASINGS AND PLENUMS

Factory fabricated components with field installation. Furnish certified testing data from plenum or casing manufacturer obtainable directly from an independent acoustical laboratory, listing sound absorption and transmission loss characteristics of panel assembly. Sound absorption coefficients and sound transmission loss, determined by an independent laboratory, shall be in accordance with ASTM C 423 and ASTM E 90 respectively.

2.6 DIFFUSERS, REGISTERS, AND GRILLES

2.6.1 Material and Finishes

Provide factory-furnished diffusers, registers, and grilles constructed of steel. Exterior and exposed edges shall be rolled, or otherwise stiffened and rounded. Steel parts shall be factory zinc phosphate treated prior to priming and painting or have a baked-on enamel finish. Colors shall be selected or approved by Contracting Officer.

2.6.2 Sound Pressure Level

Manufacturer certified sound pressure level rating of inlets and outlets. Conform with the following permissible room sound pressure levels:

| NC | Typical Application |
|---|---|
| 30 | Any |

2.6.3 Throw

The distance from the diffuser, register, or grille to the point which the air velocity falls below 50 feet per minute shall not exceed 1.5 times the outlet mounting height.

2.6.4 Drop

Maximum drop of air stream shall not be within 6 of the floor at the end of the throw.

2.6.5 Ceiling Diffusers

Equip with baffles or other devices required to provide proper air

distribution pattern. Provide factory-fabricated, single key, volume dampers. Except for linear diffusers, internal parts shall be removable through the diffuser neck for access to the duct and without the use of special tools.

2.6.5.1 Circular, Square, and Rectangular Diffusers

Construct each ceiling diffuser of four or more concentric elements designed to deliver air in a generally horizontal direction without excess smudging of the ceiling. Interior elements of square and rectangular ceiling diffusers may be circular, square, or rectangular as manufacturer's standard.

2.6.5.2 Perforated Plate Diffusers

Provide adjustable air pattern controls as indicated. Diffuser faceplates shall not sag or deflect when operating under design conditions.

2.6.6 Registers

Double-deflection supply registers. Provide exhaust and return registers as specified for supply registers, except that exhaust and return registers shall have a single set of nondirectional face bars or vanes having the same appearance as the supply registers.

2.6.7 Grilles

Construct and finish as specified above for registers, except that volume dampers shall be omitted.

2.7 TROFFERS

2.7.1 Air Seal

Resilient plastic self-adhering pressure sensitive seal between the diffuser and the frame of lighting fixtures.

2.7.2 Interior Dampers or Deflectors Finish

Black paint or anodized.

2.8 DUCT SLEEVES, PREPARED OPENINGS, AND CLOSURE COLLARS

2.8.1 Duct Sleeves

Fabricate from minimum 20 gage galvanized steel. Where sleeves are installed in bearing walls, provide structural steel sleeves as indicated. Size sleeves to provide one inch clearance between duct and sleeve or between insulation and sleeve for insulated ducts.

2.8.2 Prepared Openings

Provide one inch clearance between the duct and the sleeve, or one inch clearance between insulation and sleeve for insulated ducts except at grilles, registers, and diffusers.

2.8.3 Packing

ASTM C 553, Type 1, Class B-2, mineral fiber.

2.8.4 Closure Collars

Four inches wide minimum, fabricated from minimum 20 gage galvanized steel.

2.9 DEFLECTORS

Factory-fabricated and factory- or field-assembled units consisting of curved turning vanes for uniform air distribution and change of direction with minimum turbulence and pressure loss. Provide curved vanes for square elbows. For round ducts taking off from rectangular ducts, provide factory fabricated, galvanized sheet metal, spin-in fittings. These fittings shall have butterfly dampers and locking quadrant operators.

2.10 ACCESS DOORS

Door shall be rigid and airtight with neoprene gaskets and two or more galvanized steel hinges and quick fastening locking devices. Provide doors as large as practical. Mount doors, if possible, so that air pressure holds them closed. As an alternative, removable access doors may be used. These access doors shall be constructed from stamped sheet metal and consist of an inner and outer door panel. Where insulated doors are needed, the inner door shall consist of two panels spot-welded together which totally encapsulate fiberglass insulation. The inner and outer doors shall be joined by bolts and threaded handles in such a configuration that the panels can be drawn together to secure the door to the duct in a sandwich fashion. The handles shall be high impact plastic with threaded metal inserts. Conical springs shall be used between the door panels to facilitate installation and removal of the door. Neoprene gasket shall be used around the outside edge of the inner or outer panel, but not both, to seal the door. This type of door is approved for use on rectangular, round and flat-oval ductwork.

2.11 DAMPERS

Construct dampers and louvers with galvanized sheet metal two gages heavier than ducts in which installed. Except as modified herein, the construction shall be of aluminum or galvanized steel with interlocking edges and maximum 10 inch blade width. Conform with SMACNA DCS. Damper blades shall be connected to the damper frame with a non-metallic anti-friction bushing. The blades shall be connected to the frame with a galvanized, zinc coated steel anti-friction bearing pin. The pin shall consist of a single or double row sealed, stainless steel, maintenance free, roller or ball bearing, lubricated for life with a full stroke test of 200,000 or more strokes in accordance with UL 555S. The bearing shall be pressed onto a steel shaft via a knurled stud. A slotted dowel pin is then inserted thru a hole connecting the two pins.

2.11.1 Manual Volume Dampers

Balancing, factory-fabricated type. Equip dampers with accessible mechanism such as quadrant operators or 3/16 inch rods brought through the side of ducts with locking setscrew and bushing. Where quadrant operators are furnished, provide chrome plated or enamel painted type with exposed edges rounded.

2.11.2 Fire Dampers

Provide in accordance with UL 555.

#### 2.11.3 Automatic Smoke-Fire Dampers

Multiple blade type, 180 degrees F fusible fire damper link; smoke damper assembly to include electrically powered operator. UL 555 as a 1 1/2 hour rated fire damper; further qualified under UL 555S as a leakage rated damper. Leakage rating under UL 555S shall be no higher than Class II at an elevated temperature Category B (250 degrees F for 30 minutes). Pressure drop in the damper open position shall not exceed 0.1 inch w.g. with average duct velocities of 2500 fpm.

#### 2.11.4 Bird Screens

ASTM E 437, general industrial-use wire cloth, Grade C, medium light or heavier, nominal 2 mesh 0.063 inch wire diameter, galvanized steel bird screens. Provide removable insect screens of grooved type, with vinyl or neoprene spline insert for securing screen cloth.

## PART 3 EXECUTION

### 3.1 INSTALLATION

Conform to NFPA 90A, SMACNA DCS. Provide mounting and supporting of ductwork and accessories including, but not limited to, structural supports, hangers, vibration isolators, stands, clamps and brackets, access doors, and dampers. Provide electrical isolation between dissimilar metals. Electrical isolation may be fluorinated elastomers or sponge-rubber gaskets. Install ductwork accessories as indicated and as recommended by manufacturer's printed instruction. Allow clearance for inspection, repair, replacement, and service. Louvers in accordance with AMCA 501.

#### 3.1.1 Ductwork

Air distribution systems shall operate with no chatter or vibration.

##### 3.1.1.1 Field Changes to Ductwork

Those required to suit the sizes of factory-fabricated equipment actually furnished, shall be designed to minimize expansion and contraction. Use gradual transitions in field changes as well as modifications to connecting ducts.

##### 3.1.1.2 Dampers

When installed on ducts to be thermally insulated, equip each damper operator with stand-off mounting brackets, bases, or adapters to provide clearance between the duct and operator not less than the thickness of insulation. Stand-off mounting items shall be integral with the operator or standard accessory of damper manufacturer.

##### 3.1.1.3 Deflectors

Provide in square elbows, duct-mounted supply outlets, take-off or extension collars to supply outlets, and tap-in branch-off connections. Adjust supply outlets to provide air volume and distribution as specified.

##### 3.1.1.4 Fire Dampers

Install in accordance with manufacturer's instructions for condition of UL 555 and NFPA 90A. Locate as indicated and provide surface penetration sleeves in accordance with approved detail drawings.

3.1.1.5 Access Doors

Provide for automatic dampers, volume dampers, fire dampers, coils, thermostats, temperature controllers, valves, filters, humidifiers and other concealed apparatus requiring service and inspection in the duct systems.

3.1.1.6 Duct Sleeves, Prepared Openings, and Closure Collars

Provide for ductwork penetrations in floors, walls, and partitions through which metallic ductwork passes.

a. Duct Sleeves: Fill space between duct and sleeve or between insulation and sleeve for insulated ducts with mineral fiber, except at grilles, registers, and diffusers.

b. Prepared Openings: Fill space between duct and opening or between insulation and opening for insulated ducts with mineral fiber, except at grilles, registers, and diffusers.

c. Closure Collars: Fit collars snugly around ducts or insulation. Grind edges of collar smooth to preclude tearing or puncturing insulation covering or vapor barrier. Provide nails with maximum 6 inch centers on collars.

3.1.1.7 Packing

Pack spaces between sleeve or opening and duct or duct insulation with mineral fiber.

3.1.2 Duct Hangers and Supports

SMACNA DCS, Section 4. Provide seismic restraint complying with SMACNA SRM. Attach supports only to structural framing members and concrete slabs. Do not anchor supports to metal decking unless a means is provided and approved for preventing the anchors from puncturing the metal decking. Where supports are required between structural framing member, provide suitable intermediate metal framing. Provide retainer clips where C clamps are used.

3.1.2.1 Flexible Ducts

Support ducts by hangers every 3 feet, unless supported by ceiling construction. Stretch flexible air ducts to smooth out corrugations and long radius elbows. Provide minimum length to make connections.

3.1.2.2 Flexible Connectors

Provide flexible connectors between fans and ducts or casings and where ducts are of dissimilar metals. For round ducts, securely fasten flexible connectors by zinc-coated steel clinch-type draw-bands. For rectangular ducts, lock flexible connectors to metal collars.

3.1.3 Inspection Plates and Test Holes

Provide, where required, in ductwork or casings for all balance measurements. If possible, test holes should be located at least 7.5 times diameters downstream from a disturbance. Extend cap through insulation.

### 3.1.4 Acoustical Duct Lining

SMACNA DCS, Section 2. Apply lining in cut-to-size pieces attached to interior of ducts with fire-resistant adhesive. Top and bottom pieces shall lap the side pieces. Secure pieces together with welded pins or clips. Do not distort ducts, burn through or mar the finish surface of ducts. Pins and washers shall be flush with the surface of duct liners. Seal breaks and punctures of duct-liner coating with fire-resistant adhesive. Coat exposed edges of the liner at duct ends and other joints where lining will be subject to erosion with a heavy brush coat of fire-resistant adhesive, to prevent delamination of glass fibers.

### 3.1.5 Sound Attenuators

Provide sound attenuators as indicated. For each system, provide sound attenuators to ensure that the combination of air system equipment and sound attenuation comply with the designed sound levels.

### 3.1.6 Flashing

Provide waterproof flashing where ducts pass through exterior walls and roofs.

### 3.1.7 Cleaning of Ducts

Remove all debris and dirt from ducts and wipe clean. Before installing air outlets, force air through entire system at maximum attainable velocity to remove accumulated dust. Provide temporary air filters to protect ductwork which may be harmed by excessive dirt. For large systems, clean duct with high power vacuum machines.

## 3.2 FIELD QUALITY CONTROL

Administer and direct tests. Furnish instruments, equipment, connecting devices, and personnel for the tests. Notify Contracting Officer 3 days before inspection or testing is scheduled. Correct defects in work. Repeat tests until work is in compliance.

### 3.2.1 Air Duct Leakage Tests

Perform duct air leakage test in accordance with Section 15950, "HVAC Testing/Adjusting/Balancing."

-- End of Section --

SECTION 15901

# SPACE TEMPERATURE CONTROL SYSTEMS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Perform all work in this section in accordance with the paragraph entitled "Subcontractor Special Requirements" in Section 01310, "Administrative Requirements."

### 1.3 DEFINITION

a. Year 2000 complaint - means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations.

### 1.4 SYSTEM DESCRIPTION

Provide new space temperature control systems complete and ready for operation.

### 1.5 SYSTEM REQUIREMENTS

Provide control systems composed of any combination of electric, analog electronic or pneumatic devices. Indicated control system devices of a particular type do not intend a requirement for the device unless the requirement is specifically indicated. Requirements apply to field installed control systems.

#### 1.5.1 Centralized Direct Digital Control (DDC) Systems

A centralized DDC system shall be provided. Microprocessor-based single-loop controllers, unitary control system, variable-air-volume (VAV) boxes, and room thermostats may be used provided that the devices are manually configurable by the use of device firmware and require no software written by the Contractor for their application and use.

### 1.6 PERFORMANCE REQUIREMENTS

Provide control systems to maintain the required heating, ventilating, and cooling (HVAC) conditions by performing the functions and sequences of operations indicated. Control systems shall be complete, including all equipment and appurtenances, and ready for operation. Control systems

shall be furnished, installed, tested, calibrated, and started up by, or under the supervision of trained technicians certified by the Contractor as qualified and regularly employed in such work. Control system equipment, valves, panels and dampers shall bear the manufacturer's nameplate.

## 1.7 DESIGN REQUIREMENTS

### 1.7.1 Control System Diagrams

For each system, indicate HVAC process flow and location of devices relative to flow and to the HVAC control panel, the connections of control devices in control loops, references of control device contacts and device operating coils to line numbers of a ladder diagram and sequencing diagrams showing the operation of valves, dampers, and contacts relative to controller output, and HVAC process variables.

### 1.7.2 Ladder Diagram

Indicate connections and interlocks to control system devices and other devices such as starters, drives, HVAC control system panels, and HVAC equipment panels. Diagram shall be coordinated by line number and device number with each control system diagram.

### 1.7.3 Operating Parameters

Indicate operating parameters for devices shown on the control system diagram such as setpoints, ranges, limits, differentials, outside air temperature schedules, contact operating points, and HVAC equipment operating time schedules.

### 1.7.4 Automatic Control Valve Schedules

Indicate valve size, Cv, flow rate, pressure drop, top size, spring range, positioner range, operating signal characteristics, and power source.

### 1.7.5 Damper Schedules

Indicate damper sizes, quantities and sizes of actuators, spring ranges, positioner ranges, operating signal characteristics, and power source.

### 1.7.6 Wiring Diagram

Indicate terminal blocks, wire marker identification, connections to control system devices, external and internal power sources, and connections to external devices, starters, drives, control panels, jumpers, and ground connections.

### 1.7.7 Sequence of Operation

Sequence of operation for each HVAC control system coordinated with device identifiers on control system diagram and ladder diagram.

### 1.7.8 Arrangement Drawing

Arrangement diagram of each HVAC control system panel coordinated with device identifiers on the control system diagram and the ladder diagram.

## 1.8 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Control system diagrams for each HVAC system;

Ladder diagram;

Operating parameters;

Automatic control valve schedules;

Damper schedules;

Sequence of operation;

Arrangement drawing;

Wiring diagram;

SD-03 Product Data

Actuators;

Valves;

Dampers;

Fire protection devices;

Sensors;

Thermostats;

Sunshields;

Pressure switches;

Indicating devices;

Controllers;

Pressure gages;

Control panels;

VAV Terminal unit controls;

SD-06 Test Reports

Commissioning procedures;

Calibration adjustment and commissioning reports;

Site testing procedures identifying each item tested and describing each test.;

Performance verification test plans and procedures;

SD-07 Certificates

Year 2000 (Y2K) Compliance Warranty;

SD-10 Operation and Maintenance Data

Space temperature control system, Data Package 3; G

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

Air compressor;

Refrigerated air dryer;

Air filtration system;

Training course documentation;

Qualified service organization list;

Certification of completion;

## 1.9 QUALITY ASSURANCE

### 1.9.1 Standard Products

a. Material and equipment shall be standard products of manufacturers regularly engaged in the manufacturing of such products, using similar materials, design and workmanship. The standard products shall have been in satisfactory commercial or industrial use for 2 years prior to bid opening. The 2-year use shall include applications of similarly sized equipment and materials used under similar circumstances. The 2 years experience must be satisfactorily completed by a product which has been sold or is offered for sale on the commercial market through advertisements, manufacturers' catalogs, or brochures. Products having less than a 2-year field service record will be acceptable if a certified record of satisfactory field operation, for not less than 6000 hours exclusive of the manufacturer's factory tests, can be shown.

b. The equipment items shall be supported by a service organization.

### 1.9.2 Nameplates and Tags

a. Provide nameplates bearing legends as shown and tags bearing device unique identifiers as shown shall have engraved or stamped characters. Nameplates shall be mechanically attached to HVAC control panel doors.

b. A plastic or metal tag shall be mechanically attached directly to each field-mounted device or attached by a metal chain or wire.

c. Each airflow measurement station shall have a tag showing flow rate range for signal output range, duct size, and device identifier where shown.

1.9.3 Verification of Dimensions

Contractor shall become familiar with details of work, shall verify dimensions in the field, and shall advise Contracting Officer of any discrepancy before performing work.

1.9.4 Modification of References

Accomplish work in accordance with ASME B31.1, ASME/ANSI B31.5, NFPA 70, and NFPA 90A, except as modified herein or indicated otherwise for equipment, materials, installation, examination, inspection, and testing. Consider the advisory or recommended provisions to be mandatory, as though the word "shall" had be substituted for the words "should" or "could" or "may," wherever they appear. Interpret reference to "authority having jurisdiction" and "owner" to mean the Contracting Officer.

1.9.5 Site Testing Procedures

Indicate test equipment to be used including manufacturers' names and model numbers, date of last calibration, and accuracy of calibration.

1.9.6 Commissioning Procedures

Define procedures specific to each control system including instructions on how to set control parameters and setpoints, proportional, integral and derivative mode constants, contact output settings, positioner range adjustments, and calibration checks of transmitters

1.9.7 Calibration Adjustment and Commissioning Reports

Submit specific to each HVAC control system, including settings adjustments and results of calibration checks

1.10 DELIVERY, STORAGE, AND HANDLING

Protect materials from the weather, humidity, and temperature variations, dirt and dust, and other contaminants, within the storage condition limits published by the equipment manufacturer. Store dampers so that seal integrity, blade alignment, and frame alignment are maintained.

1.10.1 Space Temperature Control System, Data Package 3

Submit Operation and Maintenance Manuals for items of equipment listed under paragraph entitled "Manufacturer's Catalog Data." Manual shall contain full hardware support documentation, which shall include but not be limited to the following:

a. General description and specifications

b. Installation and initial checkout procedures

c. Detailed electrical and logical description

d. Troubleshooting procedures, diagrams, and guidelines

e. Alignment and calibration procedures for components

f. Preventive maintenance requirements and a maintenance checklist

g. Detailed schematics and assembly drawings

h. Spare parts list data, including required tool kits and suggested method of repairs such as field repair, factory repair, or item replacement

i. Signal identification and timing diagrams

j. Complete as-built control drawings, schedules, and sequence of operation

k. Controller configuration and parameter setting procedures

l. Step-by-step procedures required for each HVAC control systems startup, operation, shutdown, recovery, and fault diagnosis

m. Manufacturer supplied operator manuals for equipment

n. Qualified service organization list

## 1.11 WARRANTY

### 1.11.1 Year 2000 (Y2K) Compliance Warranty

For each product, component and system specified in this section as a "computer controlled facility component" provide a statement of Y2K compliance warranty for the specific equipment. The contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations to the extent that other computer controlled components, used in combination with the computer controlled component being acquired, properly exchange data and time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provisions to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other that Year 2000 performance.

# PART 2 PRODUCTS

## 2.1 Y2K Compliant Products

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip technology. This includes, but in not limited to, programmable thermostats, HVAC controllers, utility monitoring and control systems,

alarms, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

## 2.2 COMPONENTS

Provide components factory ordered for this project. Rebuilt equipment, warehoused equipment, or earlier generation equipment shall not be acceptable. Electrical, electronic, and electropneumatic devices not located within control panels shall have a NEMA 250 Type 1 enclosure in accordance with NEMA 250 unless otherwise specified. Actuators and positive positioners, and transmitters shall operate within temperature limit ratings of plus 35 to 150 degrees F. Panel mounted instruments shall operate within limit ratings of 35 to 120 degrees F and 10 percent to 95 percent relative humidity, non-condensing. Devices installed outdoors shall operate within limit ratings of minus 35 to 150 degrees F.

## 2.3 ACTUATORS

Provide electric, or electronic actuators. Actuators shall function as required within 85 to 110 percent of their power supply rating. Actuators shall fail to their spring return positions on signal or power failure unless indicated as timed, power return actuators. Actuators shall have visible position indicators. Where actuators do not have positive spring returns for fail-safe operation, provide capacity tanks, restrictors, check valves, and relays, or reserve power as required to achieve proper timed positioning for up to 4 minutes after primary power failure. Actuators shall open or close the devices to which they are applied within 60 seconds after a full scale signal input change. Pneumatic actuators shall be rated for 25 psig operating pressure except for high pressure cylinder type actuators.

### 2.3.1 Damper Actuators

Damper actuators shall be rated for at least 125 percent of the motive power necessary to operate the connected damper. The actuator stroke shall be limited by an adjustable stop in the direction of the return stroke. Actuators shall be provided with mounting and connecting hardware.

### 2.3.2 Valve Actuators

Valve actuators shall be rated for at least 125 percent of the motive power necessary to operate the valves over their full range of operation against the total and differential pressures.

## 2.4 AUTOMATIC CONTROL VALVES

Provide automatic control valves.

### 2.4.1 Valve Assembly

Valves shall have stainless steel stems and stuffing boxes with extended necks to clear the piping insulation. Valve bodies shall be designed for not less than 125 psig working pressure or 150 percent of the system operating pressure, whichever is greater. Maximum rated shutoff pressure of the valve shall exceed the rated deadhead pressure of the pump that supplies it. Valve leakage rating shall be 0.01 percent of rated Cv for soft-seated valves and 0.05 percent for metal-to-metal seated valves. Class 125 copper alloy valve bodies and Class 150 steel or stainless steel valves shall conform to ASME/ANSI B16.5 as a minimum. Components of cast

iron valves shall conform to ASTM A 126 Class B or C as a minimum.

2.4.2 Two-Way Valves

Two-way modulating valves shall have equal percentage characteristics.

2.4.3 Three-Way Valves

Three-way valves shall provide constant total flow throughout full plug travel.

2.4.4 Duct-Coil and Convector/Fin-Tube Radiator Valves

Control valves with either flare-type or solder-type ends shall be provided for duct or terminal-unit coils. Flare nuts shall be provided for each flare-type end valve.

2.4.5 Valves for Chilled Water

ASME/ANSI B16.1. Bodies for valves 2 inches and smaller shall be brass or bronze, with threaded-end or union-end connections. Bodies for valves from 2.5 inches and larger shall be cast iron. Bodies for valves 2.5 inches and larger shall have flanged-end connections. Internal valve trim shall be brass or bronze except that valve stems may be Type 316 stainless steel. Water valves shall be sized for a 4 psi differential through the valve at rated flow, except as indicated otherwise. Select valve flow coefficient (Cv) for an actual pressure drop not less than 50 percent or greater than 125 percent of the design pressure drop at design flow.

2.4.6 Valves for Hot Water Service

Valves for hot water service below 250 Degrees F shall conform to ASME/ANSI B16.1. Bodies for valves 2 inches and smaller shall be brass or bronze, with threaded-end or union-end connections. Bodies for valves 2.5 inches and larger shall be cast iron. Bodies for 2.5 inches and larger shall have flanged-end connections. Water valves shall be sized for a 3 psi differential through the valve at rated flow, except as indicated otherwise. Select valve flow coefficient (Cv) for an actual pressure drop not less than 50 percent or greater than 125 percent of the design pressure drop at design flow. Internal trim, including seats, seat rings, modulating plugs, and springs, of valves controlling water hotter than 210 degrees F shall be Type 316 stainless steel. Internal trim for valves controlling water 210 degrees F or less shall be brass or bronze. Non-metallic parts of hot water control valves shall be suitable for a minimum continuous operating temperature of 250 degrees F or 50 degrees F above the system design temperature, whichever is higher.

2.4.7 Valves for Compressed Air Service

Valves used for switching compressed air supplied to pneumatic systems shall be brass body, three-way valves which shall conform to ANSI/ASME B16.15 Class 250.

2.5 DAMPERS

Provide dampers in air ducts.

2.5.1 Damper Assembly

Damper shall conform to SMACNA DCS. A single damper section shall have blades no longer than 48 inches and shall be no higher than 72 inches. Maximum damper blade width shall be 8 inches. Larger sizes shall consist of a combination of sections. Dampers shall be steel or other materials where indicated. Flat blades shall be made rigid by folding the edges. Provide blades with compressible seals at points of contact. Provide channel frames of dampers with jamb seals to minimize air leakage. Dampers shall not leak in excess of 10 cfm per square foot at 4 inches water gage static pressure when closed. Seals shall be suitable for an operating temperature range of minus 40 degrees F to 200 degrees F. Dampers shall be rated at not less than 2000 fpm air velocity. Moving parts of the operating linkage in contact with each other shall consist of dissimilar materials. Damper axles shall be 0.5 inch minimum plated steel rods supported in the damper frame by stainless steel or bronze bearings. Blades mounted vertically shall be supported by a non-ferrous dissimilar thrust bearings. Pressure drop through dampers shall not exceed 0.05 inch water gage at 1,000 fpm in the wide-open position. Frames shall not be less than 2 inches wide. Dampers shall be tested in accordance with AMCA 500.

2.5.2 Operating Links

Operating links external to dampers, such as crank arms, connecting rods, and line shafting for transmitting motion from damper actuators to dampers, shall withstand a load equal to at least twice the maximum required damper-operating force. Rod lengths shall be adjustable. Links shall be brass, bronze, zinc-coated steel, or stainless steel. Mating parts shall consist of dissimilar materials. Working parts of joints and clevises shall be brass, bronze, or stainless steel. Adjustments of crank arms shall control the open and closed position of dampers.

2.6 FIRE PROTECTION DEVICES

Provide smoke detectors in return and supply air ducts on the downstream side of the filters in accordance with NFPA 90A, except as otherwise indicated. Provide UL listed or FM approved detectors for duct installation.

2.6.1 Smoke Detectors

Provide in systems having air-handling capacities over 2000 cfm in accordance with NFPA 90A. Furnish detectors under Section 13852, "Interior Fire Alarm System," and install under this section.

2.6.2 Combination Smoke/Fire Dampers

Dampers and actuator assemblies as required in accordance with NFPA 90A shall meet the Class II leakage requirements of UL 555S. Dampers shall be factory fabricated, galvanized steel or stainless steel with lubricated bearings, linkages, and seals to withstand temperatures from minus 20 to 250 degrees F. Provide replaceable seals. Combination smoke/fire dampers shall have a UL 1.5 hour rating and shall be equipped with electric/thermal links which close the damper at 165 degrees F and then automatically reset after normal temperature is restored by cycling damper actuator. Equip dampers with pneumatic or electric actuators which close smoke dampers tightly when activated. After the smoke has cleared, the dampers shall automatically reset.

## 2.7 SENSORS

### 2.7.1 Spans and Ranges

Transmitters shall be calibrated to provide an electric or electronic output signal of 4 to 20 mA electric or electronic and 3 to 15 psi output for pneumatics over the indicated span or range.

a. Conditioned space temperature, from 50 to 100 degrees F.

b. Duct temperature, from 40 to 140 degrees F.

c. Chilled water temperature, from 30 to 80 degrees F.

d. Heating hot water temperature, from 100 to 250 degrees F.

e. Outside air temperature, from minus 30 to 130 degrees F.

f. Differential pressure for VAV supply duct static pressure from 0 to 2.0 inches water gage.

### 2.7.2 Temperature Sensors

#### 2.7.2.1 Resistance Temperature Detectors (RTD's)

RTD shall be platinum with a tolerance of plus or minus 0.25 percent at 32 degrees F, and shall be encapsulated in epoxy, Series 300 stainless steel, anodized aluminum, or copper. RTD shall be furnished with RTD transmitter as specified, integrally-mounted unless otherwise indicated.

#### 2.7.2.2 Continuous Averaging RTD's

Continuous averaging RTD's shall have a tolerance of plus or minus 1.0 degrees F at the reference temperature, and shall be of sufficient length to ensure that the resistance represents an average over the cross section in which it is installed. Sensing element shall have a bendable copper sheath. Averaging RTD shall be furnished with RTD transmitter as specified, to match the resistance range of the averaging RTD. Element length shall be a minimum of one linear foot per square foot of coil face area.

#### 2.7.2.3 RTD Transmitter

RTD transmitter shall be selected to match the resistance range of the RTD. Transmitter shall be a two-wire, loop-powered device. Transmitter shall produce a linear 4 to 20 mA dc output corresponding to required temperature measurement. Output error shall not exceed 0.1 percent of the calibrated measurement. Transmitter shall include offset and span adjustments.

### 2.7.3 Pressure Sensors

Provide electronic pressure sensor and transmitter. Sensor shall be a pressure transmitter with an integral sensing element. Sensor over pressure rating shall be 25 psig above its normal operating range. Sensing element accuracy shall be plus or minus one percent of full scale. Transmitter accuracy shall be plus or minus 0.1 percent of the calibrated measurement. Transmitter shall be a two-wire, loop-powered device. Transmitter shall produce a linear 4 to 20 mA dc output corresponding to required pressure measurement. Transmitter shall have offset and span

adjustments.

## 2.8 THERMOWELLS

Provide brass or Series 300 stainless steel thermowells with threaded brass plug and chain, 2 inch lagging neck and extension type well, and inside diameter and insertion length as required for the application. Provide thermowells for immersion sensors with conducting material inside the well.

## 2.9 THERMOSTATS

Provide thermostats.

### 2.9.1 Microprocessor-Based Room Thermostats

Microprocessor-based room thermostats shall have built-in keypads for scheduling of day and night temperature settings. When out of the scheduling mode, thermostats shall have continuous 12-hour time display, with AM and PM indication, continuous display of day of the week, and either continuous display of room temperature with display of temperature setpoint on demand, or continuous display of temperature setpoint with display of room temperature on demand. In the programmable mode, use the display for setting and interrogating time program ON-OFF setpoints for each day of the week. The time program shall allow two separate temperature setback intervals per day. Thermostats shall have a means for temporary and manual override of program schedule, with automatic program restoration on the following day. Thermostats shall have a replaceable battery to maintain timing and to maintain the schedule in memory for one year in the event of a power outage. Maximum differential shall be 2 degrees F. Where used for heat pump applications, thermostat shall have an emergency heat switch.

### 2.9.2 Low-Temperature Protection Thermostats (Freezestats)

Low-temperature protection thermostats shall be manually reset low-temperature safety thermostats, with NO and NC contacts or a two-position pneumatic output signal and a 20 foot element which shall respond to the coldest 18 inch segment.

## 2.10 SUNSHIELDS

Provide sunshields for outside air temperature sensing elements to prevent the sun from directly striking temperature sensing elements. Provide sunshields with adequate ventilation so that the sensing element responds to the ambient temperature of surroundings. The top of each sunshield shall have galvanized metal or aluminum rainshield projecting over the face of the sunshield. Sunshields shall be painted white or shall be unpainted aluminum.

## 2.11 PRESSURE SWITCHES AND SOLENOID VALVES

Provide pressure switches and solenoid valves.

### 2.11.1 Pressure Switches

Switches shall have an adjustable setpoint with visible setpoint scale. Range shall be as indicated. Differential adjustment shall span 20 to 40 percent of the range of the device.

### 2.11.2 Differential Pressure Switches

Switches shall be an adjustable diaphragm-operated device with two SPDT contacts, with taps for sensing lines to be connected to duct pressure fittings designed to sense air pressure. Fittings shall be angled-tip type with tips pointing into the airstream.

### 2.11.3 Pneumatic Electric (PE) Switches

Switches shall have an adjustable setpoint range of 3 to 20 psig.

### 2.11.4 Solenoid Operated Pneumatic (EP) Valves

Valves shall have three-port operation: common, normally open, and normally closed. Valves shall have an outer cast aluminum body. The air connection shall be a 1/4 inch NPT threaded connection. Valves shall be rated for 50 psig where used in a control system which operates at 25 psig or less, or 150 psig where used in a control system which operates in the range of 25 to 100 psig.

## 2.12 INDICATING DEVICES

Provide indicating devices.

### 2.12.1 Thermometers

a. Thermometers for insertion in ductwork and piping systems shall have brass, malleable iron, or aluminum alloy case and frame, clear protective face, and permanently stabilized glass tube with an indicating fluid column, white face, black numbers, and a 9 inch scale.

b. Thermometers for piping systems shall have rigid stems with straight, angular, or inclined pattern.

c. Thermometer stems shall have expansion heads as required to prevent breakage at extreme temperatures. On rigid stem thermometers, the space between bulb and stem shall be filled with a heat transfer medium.

d. Air duct thermometers shall have perforated stem guards and 45 degree adjustable duct flanges with locking mechanisms.

e. Averaging thermometers shall have 3.5 inch (nominal) dial, with black legend on white background, and pointer traveling through a 270 degree arc.

f. Thermometers shall have an accuracy of plus or minus one percent of scale range. Thermometers shall have the following ranges:

(1) Mixed air temperature: 0 to 100 degrees F in 1 degree F graduations.

(2) Return air temperature: 0 to 100 degrees F in 1 degree F graduations.

(3) Cooling coil discharge temperature: 0 to 100 degrees F in 1 degree F graduations.

(4) Hydronic heating systems below 220 degrees F: 40 to 240 degrees F in 2 degree graduations.

(5) Chilled water temperature: 0 to 100 degrees F in one degree F graduations.

2.12.2 Pressure Gages

Provide pressure gages with gage cock, snubber, and syphon.

a. ANSI/ASME B40.1. Gages shall be 2 1/2 inch (nominal) size, back-connected, suitable for field or panel mounting as required, shall have black legend on white background, and shall have a pointer traveling through a 270 degree arc. Accuracy shall be plus or minus 3 percent of scale range.

b. Gages for indicating signal output to pneumatic actuators and main air gages shall have scale of 0 to 30 psig in 1 psig graduations.

c. Gages for air storage tanks and for use before and after dirt and oil filters or dryers, shall have a scale of 0 to 160 psig with 2 psig graduations.

d. Gages for hydronic system applications shall have ranges and graduations as indicated.

e. Pneumatic transmission receiver gages shall have a range to match the respective transmitters.

2.13 LOW-DIFFERENTIAL PRESSURE GAGES

Gages for low-differential pressure measurements shall be 4 1/2 inch (nominal) size with two seats of pressure taps, and shall have a diaphragm-actuated pointer, white dial with black figures, and pointer zero adjustment. Gages shall have ranges and graduations as indicated. Accuracy shall be plus or minus 2 percent of scale range.

2.14 CONTROLLERS

2.14.1 Single-Loop Controllers

2.14.1.1 Controller Features

Controller shall be a microprocessor-based, single-loop device that does not require Contractor-generated software. Controller shall conform to FCC Part 15. Controller panel cutout shall be 3.62 by 3.62 inches. Controller shall have field selectable range for process variables, a remote setpoint analog input and analog output with adjustable high and low end limits, and proportional control manual reset adjustment. Analog output shall result from PID control. Analog output shall be configurable as direct acting and reverse acting. Controller shall have keyboard, display, auto/manual selection for control of analog output, and remote setpoint adjustment/local setpoint adjustment selection. Controller shall have adjustable high-end and low-end limits, ratio, and bias adjustments on remote setpoint input; operator initiated self-tune/manual-tune selection, anti-reset wind-up feature, and two configurable independent SPDT with adjustable system contact closure outputs. Controller shall be configurable to power-up in manual with local setpoint control, in automatic with local setpoint control, and in automatic with remote

setpoint control. Contact closures shall be activated by a process variable and by a process variable deviation from setpoint as configured. The range of hysteresis adjustment shall not be smaller than 1 percent to 5 percent of process variable input span. Controller shall power the analog output loop to 20 mA where connected to a load of 600 ohms. Controller shall have 5-year battery backup or shall have nonvolatile memory to store operating parameters.

2.14.1.2 Controller Parameter Input and Display

Control parameters shall be entered and displayed directly, in the correct engineering units, through a series of keystrokes on a front panel display with a 3 1/2-digit, seven-segment display, with decimal point and polarity indication. Use of the display shall allow manual interrogation of setpoint, mode constants, and values of process variables and outputs.

2.14.1.3 Controller Electrical Requirements

Controller shall be powered by 120 Vac. Controller shall provide electrical noise isolation, not less than 100 dB at 60 Hz common mode rejection ratio, and not less than 60 dB at 60 Hz normal mode rejection ratio between ac power line and process variable input, remote setpoint input, and output signals.

2.14.1.4 Controller Accuracy

Controller shall have an accuracy of plus or minus 0.30 percent of input span, plus or minus one digit.

2.14.1.5 Controller Self Tuning

Controller self-tuning operation shall apply proportional, integral, and derivative modes of control; mode constants shall be modified as required. Self tuning shall only operate when selected from the front panel.

2.14.1.6 Controller Manual Tuning

Controller manual tuning operation shall provide proportional, integral, and derivative control modes, or any combination thereof, by means of individual mode constant adjustments. Adjustments shall be set for the appropriate value if a particular control mode action is desired, or to zero for the particular mode not desired. The proportional mode constant shall be adjustable from 0 to 200 percent of input signal range; the integral mode constant shall be adjustable from 0 to 20 repetitions per minute; and the derivative mode constant shall be adjustable from 0 to 5 minutes.

2.15 CONTROL DEVICES AND ACCESSORIES

Provide control devices and accessories.

2.15.1 Function Modules

Function modules shall accept mA dc analog input signals to produce analog output signals or contact output signals. Modules shall have zero and span adjustments for analog outputs, and setpoint adjustments for contact outputs.

2.15.1.1 Minimum Position Switches and Temperature Setpoint Devices

Minimum position switches and temperature setpoint devices shall accept manual input and shall produce steady analog output. Switches and devices shall be suitable for recessed wall mounting or panel mounting and shall have a graduated dial.

2.15.1.2 Signal Inverter Modules

Signal inverter modules shall accept analog input signal and produce analog output signal that linearly reverses the direction of signal change of input versus output.

2.15.1.3 High-Low Signal Selector Modules

High-low signal selector modules shall accept analog input signals and select either the highest or the lowest input signal as the output signal.

2.15.1.4 Sequencer Modules

Sequencer modules shall provide fixed time delayed sequencing of one or more contact transfers from an analog input signal. Sequencers shall return contacts to their zero input signal condition when power is interrupted.

2.15.2 Relays

Relays shall be two-pole, double-throw (DPDT) with a 10-ampere resistive rating at 120 Vac, and shall have an enclosed coil. Provide with a light indicator which is lit when the coil is energized and is not lit when the coil is not energized.

2.15.3 Time-Delay Relays

Time-delay relays shall be DPDT with octal connectors and dust covers. The adjustable timing range shall be 0 to 3 minutes.

2.15.4 Time Clocks

Time clocks shall be a 24-hour, 365-day programmable timing device with two independently timed circuits. Clocks shall have a manual scheduling keypad and alphanumeric display of timing parameters. Timing parameters shall include Gregorian calendar date for month, day and day-of-month indication; and 24-hour time-of-day display, with one-minute resolution for programming the ON and OFF times for each circuit. Circuits shall have programmable timed override from 1 to 99 minutes. Clocks shall have capacity for programming four ON events and four OFF events for each circuit. Programmed events shall be assignable to a 365-day schedule. Clocks shall have automatic standard time and daylight saving time adjustments, keyed to input of appropriate dates. Provide clocks with 4-day battery backup.

2.15.5 Override Timer

Override timers shall be manually set, mechanically driven timers, or electronic timers, without a "hold" feature. Time intervals shall be selectable for up to 12 hours of operation and shall expire unless reset.

2.15.6 Regulated Power Supplies

Power supplies shall provide a 24-Vdc linear supply at not less than 2

amperes, with regulation to 0.05 percent of output voltage. Power supplies shall have a fused input, and shall be protected from voltage surges and power-line transients. Power supply output shall be protected against overvoltage and short circuits. Power supply loading shall not be greater than 1.2 amperes.

2.15.7 Transformers

UL 508 and NEMA ST 1 as applicable. Transformers, other than transformers in bridge circuits, shall have primaries wound for available voltage and secondaries wound for correct control circuit voltage. Transformers shall be sized so that connected loads equal 80 percent of rated capacity. Transformers shall be enclosed in rustproof, galvanized steel cabinets with conduit connections. Disconnect switch shall be provided on the primary side, and a fuse cutout on the secondary side.

2.15.8 Pilot Lights and Manual Switches

Device illumination shall be by light-emitting diode (LED) or neon lamp. Switches shall have operating levers and index plates showing switch positions and names of apparatus controlled or other appropriate designations.

2.16 HVAC SYSTEM CONTROL PANELS

Provide HVAC system control panels.

2.16.1 Panel Assembly

Panel shall be fabricated for bottom entry connection for control system electric power, control system main air source, control system wiring, pneumatic tubing, interconnection of control systems, interconnection of starters, and external shutdown devices. Panel shall have an operating temperature rise of not greater than 20 degrees F above an ambient temperature of 100 degrees F.

2.16.2 Panel Electrical Requirements

Control panel shall be powered by nominal 120 Vac terminating at panel on terminal blocks. Instrument cases shall be grounded. Interior and exterior panel enclosures shall be grounded.

2.16.3 Enclosures

Enclosures for each panel shall be a single door, wall-mounted box conforming to NEMA 250 with a continuous hinged and gasketed exterior door with a print pocket, key lock, and interior back panel. Inside finish shall be white enamel, and outside finish shall be gray primer over phosphatized surfaces.

2.16.4 Mounting and Labeling

Provide pilot lights, switches, panel-mounted control devices, and pressure gages shall be mounted on the door. Power conditioners, fuses, and duplex outlets shall be mounted on the interior of the cabinet. Other components housed in the panel shall be mounted on the interior back panel surface of the enclosure and shall be identified by plastic or metal nameplates which are mechanically attached to the panel. Lettering shall be cut or stamped into the nameplate to a depth of not less than 1/64 inch, and shall have

contrasting color, produced by filling with enamel or lacquer or by use of laminated material. Painting of lettering directly on the surface of the door or interior back panel is not permitted.

2.16.5 Wiring and Tubing

a. Pneumatic device inputs and outputs shall be piped to bulkhead fittings in the bottom of the panel with a 2 inch loop to facilitate replacement. Electric, electronic, and electropneumatic device signals entering and leaving the panel shall be wired to identified terminal blocks.

b. Wiring shall be installed in wiring ducts so that devices can be added or replaced without disturbing existing wiring that is not affected by the change. Wiring to single-loop controllers shall have a 4 inch wiring loop in the horizontal wiring duct at each wiring connection. There shall be no wiring splices within the control panel. Interconnections required for power or signals shall be made on device terminals, if available, or panel terminal blocks, with not more than two wires connected to each terminal.

c. Instrument signal grounds at the same reference level shall end at a grounding terminal connected to a common ground point for that level. Wiring shield grounds at the same reference level shall end at a grounding terminal connected to a common ground point for that level. Grounding terminal blocks shall be identified by reference level.

d. Wiring connected to controllers shall be identified by function and polarity, e.g., process variable input and remote setpoint input and output.

2.17 ELECTRONIC VARIABLE AIR VOLUME VAV TERMINAL UNIT CONTROLS

Provide electronic VAV terminal unit controls.

2.17.1 VAV Terminal Units

VAV terminal units shall be as specified in Section 15720, "Air Handling Units".

2.17.2 Terminal Unit Controls

a. UL 916 and FCC Part 15. Controls for pressure independent boxes shall consist of a velocity sensing device in the primary air entering box, a room temperature sensing element, a damper actuator, and an adjustable microprocessor-based VAV box controller. Controls shall operate a damper for cooling and a duct coil for heating. Actuator shall open or close the device to which it is applied within 6 minutes.

b. Controls for pressure independent boxes with recirculating fans shall consist of a velocity sensing device in the primary air entering the box, a room temperature sensing element, an adjustable microprocessor-based VAV box controller, a damper with actuator, and a duct pressure switch to operate the recirculation fan. Controller shall operate the damper for cooling and duct coil for heating.

c. One hand-held communication and programming device with an instruction manual, plus one additional hand-held communication device and instruction manual per 100 terminal units, shall be provided. Communication and programming device shall connect directly to the controller or to a jack at the room temperature sensing element location. Communication and programming device shall be used to read and set minimum velocity, maximum velocity, heating setpoint, and cooling setpoint, and to read air velocity and space temperature.

## 2.18 WIRING

a. Terminal blocks shall be insulated, modular, feed-through, clamp style with recessed captive screw-type clamping mechanisms. Terminal blocks shall be rail mounted, and shall have end plates, partition plates or enclosed sides for separation.

b. Control wiring for 24-V circuits shall be 18 AWG minimum and shall be rated for 300-V service.

c. Wiring for circuits operating at more than 100 V shall be 14 AWG minimum and shall be rated for 600-V service.

d. Analog signal wiring circuits within control panels shall not be less than 20 AWG and shall be rated for 300-V service.

e. Instrumentation cable shall be 18 AWG, stranded copper, single or multiple twisted, minimum 2-inch lay of twist, 100 percent shielded pairs, and shall have 300-V insulation. Each pair shall have a 20-AWG tinned copper drain wire, individual pair, and overall insulation. Cables shall have an overall aluminum polyester or tinned overall copper cable shield tape, 20-AWG tinned-copper cable drain wire, and overall cable insulation.

f. Nonconducting wiring ducts in control panels shall have slotted side snap-on covers, fittings for connecting ducts, mounting clips for securing ducts, and wire retaining clips.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Perform installation under the supervision of competent technicians regularly employed in the installation of control systems. Provide components for a complete and operational control system. Provide control system complete and ready for operation, as specified and indicated. Provide dielectric isolation where dissimilar metals are used for connection and support. Penetrations through and mounting holes in the building exterior shall be watertight. Control system installation shall provide adequate clearance for control system maintenance by maintaining access spaces between coils, to mixed-air plenums, and as required to calibrate, remove, repair, or replace control system devices. Control system installation shall not interfere with the clearance requirements for mechanical and electrical system maintenance. Install devices mounted in or on piping or ductwork, on building surfaces, in mechanical and electrical spaces, or in occupied space ceilings in accordance with manufacturer's recommendations and as indicated on contract documents. Provide control devices to be installed in piping and ductwork with required gaskets, flanges, thermal compounds, insulation, piping, fittings,

and manual valves for shutoff, equalization, purging, and calibration. Certify that installation of control system is complete and technical requirements of this section have been met.

3.1.1 Sensors

Provide sensors in locations to sense the appropriate condition. Install sensor and transmitter where easily accessible and serviceable without special tools. Sensors shall be calibrated to the accuracy specified in the contract, and operate correctly when installed. Do not install sensors designed for one application in the place of another application (e.g., replacing a duct sensor with a room sensor).

3.1.1.1 Room Sensors

Provide on interior walls to sense average room conditions. Avoid locations which may be covered by office furniture. Do not mount room sensors on exterior walls if other locations are available. Mount centerline of sensor 5 feet above finished floor.

3.1.1.2 Duct Temperature Sensors

Provide sensors in ductwork in general locations as indicated. Select specific sensor location within duct to accurately sense appropriate air temperatures. Locate sensor connection boxes in position not obstructed by ducts or equipment. Install gaskets between sensor housing and duct wall. Seal duct and insulation penetrations. Install duct averaging sensors between two rigid supports in serpentine position to sense average conditions. Sensor shall have a total minimum length of one linear foot per 4 square feet of duct area. Sensor shall be mounted a minimum of 3 inches from outside wall surface. Thermally isolate temperature sensing elements from supports. Provide duct access doors to averaging sensors.

3.1.1.3 Immersion Temperature Sensors

Provide thermowells for sensors measuring temperatures in liquid applications or pressure vessels. Locate wells to sense continuous flow conditions. Do not install wells using extension couplings. Where piping diameters are smaller than the length of the wells, provide wells in piping at elbows to effect proper flow across entire area of the well. Wells shall not restrict flow area to less than 70 percent of pipe area. Increase piping size as required to avoid restriction. Temperature sensors shall be installed in thermowells with thermal transmission material to speed the response of temperature measurement. Provide thermowells with sealing nuts to contain thermal transmission material.

3.1.1.4 Strap-on Temperature Sensors

Strap-on temperature sensors, using helical screw stainless steel clamps, shall be permitted on new hot water piping for on-off operation, and for existing hot water piping sizes not greater than 3 inches. Clean the pipe to bright metal. Insulate strap-on bulb and pipe after installation. Provide other liquid temperature sensors with thermowells. Provide NEMA 250 Type 4 enclosures for outdoor installations. Provide brushed aluminum or brushed stainless steel enclosures for sensors located in finished spaces.

3.1.1.5 Outside Air Temperature Sensors

Provide outside air temperature sensor on north side of building, away from

exhaust hoods, air intakes, and other areas which may affect temperature readings. Install sunshields to protect outside air temperature sensor from direct sunlight.

3.1.1.6 Low-Temperature Protection Thermostats (Freezestats)

Provide thermostat for each 80 square feet of coil-face area to sense the temperature at location indicated. Install thermostat sensing element in serpentine pattern.

3.1.2 Thermometers

Provide thermometers which are installed in liquid systems in thermowells with thermal transmitting materials within the well to speed the response of temperature measurement.

3.1.3 Pressure Sensors

3.1.3.1 Duct Static Pressure

Duct static pressure sensor shall be located where indicated on drawings. If no location is indicated, it should be located approximately two-thirds of distance from supply fan to the end of duct with greatest pressure drop.

3.1.4 Pressure Gages

Provide snubbers for gages in piping systems subject to pulsation. Gages for steam service shall have pigtail fittings with cocks. Install pressure gages at locations indicated. Pneumatic output lines shall have pressure gages mounted near the control panel.

3.1.5 Valves

Provide valve with stems upright where possible but with stems not lower than horizontal. Provide positioners where indicated and where necessary to prevent overlap of heating and cooling where one controller operates more than one pneumatic device and to maintain the proper dead band between heating and cooling.

3.1.6 Damper Actuators

Provide damper actuators so that the damper sealing action is smooth and sufficient to maintain leakage at or below specified leakage rate. Multiple actuators operating a common damper shall be connected to a common drive shaft. Provide positioners where indicated and where necessary to prevent overlap of heating and cooling where one controller operates more than one pneumatic device and to maintain the proper dead band between heating and cooling.

3.1.7 Access Doors

Provide access doors in ductwork to service airflow monitoring devices, devices with averaging elements, and low-temperature protection thermostats (freezestats).

3.1.8 Wiring

a. Provide wiring external to control panels, including low-voltage wiring, in metallic raceways. Install wiring without splices

between sensors, transmitters, control devices, and HVAC control panels. Install instrumentation grounding as necessary to prevent ground loops, noise, and surges adversely affecting operation of the system. Tag cables, conductors, and wires at both ends, with identifiers indicated on shop drawings.

b. Other electrical work shall be specified in Section 16402, "Interior Distribution System." Provide step-down transformers where control equipment operates at lower than line circuit voltages. Transformers serving individual heating, ventilating, and air-conditioning units shall be fed from fan motor leads, or fed from the nearest distribution panelboard or motor control center, using circuits provided for that purpose.

c. Ground control panels and cabinets as specified in Section 16402, "Interior Distribution System." Grounding of the green ac ground wire at the breaker panel alone is not adequate. Install ground wire from each control panel to adequate building ground.

3.1.9 Foundations and Housekeeping Pads

Provide 3 inch high concrete foundations and housekeeping pads for the HVAC control system air compressors.

3.1.10 Control Drawings

Post laminated copies of as-built control system drawings in each mechanical room.

3.2 ADJUSTMENTS

Calibrate instrumentation and controls, and verify specified accuracy using test equipment traceable to National Institute for Science and Technology (NIST) standards. Adjust controls and equipment to maintain conditions indicated, to perform the functions indicated, and to operate in the sequence specified.

3.3 FIELD QUALITY CONTROL

a. Demonstrate compliance of HVAC control systems. Furnish personnel, equipment, instrumentation, and supplies necessary to perform calibration and site testing. Calibrate test equipment in accordance with NIST standards. Ensure that tests are performed or supervised by competent employees of the control system installer or the control system manufacturer regularly employed in testing and calibration of control systems.

b. Testing shall include field tests and the performance verification test. Field tests shall demonstrate proper calibration of instrumentation, input and output devices, and operation of specific equipment. The performance verification test shall ensure proper execution of sequence of operation and proper tuning of control loops.

c. The plan for each phase of field acceptance testing shall be approved in writing before beginning that phase of testing. Furnish written notification of planned testing to Contracting Officer at least 21 days prior to testing. Include proposed test procedures with notification. The Contractor will not be allowed

to start testing without written Government approval of test procedures. Test procedures shall consist of detailed instructions for complete testing to prove the performance of heating, ventilating, and air-conditioning system and control system. Include the following tests in test procedures.

d. Submit original copies of data produced, including results of each test procedure, to the Government at the conclusion of each phase of testing. Tests are subject to supervision and approval by Contracting Officer. Do not perform testing during scheduled seasonal off-periods of heating and cooling systems.

3.3.1 Test Reporting

After completion or termination of field tests and again after the performance verification test, identify, determine causes, replace, repair, or calibrate equipment which fails to meet the specification; and deliver a written report to the Government. The report shall document test results, explain in detail the nature of each failure, and corrective action taken. After delivering the performance verification test report, the Contractor shall convene a test review meeting at the job site to present results and recommendations to the Government. As a part of the test review meeting, the Contractor shall demonstrate by performing appropriate portions of field tests or the performance verification test that failures have been corrected. Based on Contractor's report and test review meeting, the Government will determine either the restart point or successful completion of testing. Do not commence required retesting until after receipt of written notification by the Government. At the conclusion of retesting, repeat the assessment.

3.3.2 Contractor's Field Testing

Calibrate field equipment and verify equipment and system operation before system is placed on-line. Include the following tests in field testing.

3.3.2.1 Tubing and Wiring Integrity Tests

Test tubing system pneumatically at 1.5 times the design working pressure for 24 hours. Allowable leakage rate is that which produces a pressure drop 1 psig in 24 hours with compressed air supply turned off. Test wiring for continuity, ground faults, and open and short circuits.

3.3.2.2 System Inspection

Observe HVAC control system in shutdown condition. Check dampers and valves for proper normal positions. Document positions for the performance verification test report.

3.3.2.3 Calibration Accuracy and Operation of Input Test

Verify correct calibration and operation of input instrument. For each sensor and transmitter, including for temperature, pressure, relative humidity, and dew point inputs, record the reading at the sensor or transmitter location using calibrated test equipment. Record the output reading provided by that sensor or transmitter. Document each of these location and output readings for the performance verification test report. The test equipment shall have been calibrated within one year of the date of use in the field. Test equipment calibration shall be traceable to the measurement standard of the National Institute of Standards and Technology.

3.3.2.4 Operation of Output Test

Check the operation of output to verify correct operation. Operate analog device to minimum range (e.g., 4 mA) and maximum range (e.g., 20 mA), and measure and record actual output values.

3.3.2.5 Actuator Range Adjustment

With the controller, apply a control signal to each actuator and verify that the actuator operates properly from its normal position through to the full range of stroke position. Record actual spring ranges and normal positions for modulating control valves and dampers.

3.3.3 Coordination With HVAC System Balancing

Tune the control system after air and hydronic systems have been balanced, minimum damper positions have been set, and a report has been issued.

3.3.4 Field Test Documentation

Before scheduling the performance verification test, provide field test documentation and written certification of completion to Contracting Officer and the Naval Energy and Environmental Support Activity (NEESA), that the installed system has been calibrated, tested, and is ready to begin the performance verification test. Do not start the performance verification test prior to receiving written permission from the Government.

3.3.5 Performance Verification Test

Conduct the performance verification tests to demonstrate that the control system maintains setpoints and that the control loops are tuned for the correct sequence of operation. Conduct the performance verification test during one week of continuous HVAC and control systems operation and before final acceptance of work. Specifically, the performance verification test shall demonstrate that the HVAC system operates properly through the complete sequence of operation (e.g., seasonal, occupied and unoccupied, warmup, etc.), for specified control sequences. Demonstrate proper control system response for abnormal conditions for which there is a specified system or controls response by simulating these conditions. Demonstrate that hardware interlocks and safety devices work as designed. Demonstrate that the control system performs the correct sequence of control.

3.3.6 Opposite Season Test

Repeat the performance verification test during an opposite season to the first performance verification test.

3.4 TRAINING

Provide a qualified instructor to conduct training courses for designated personnel in maintenance and operation of HVAC and control systems. Orientate training to the specific system being installed under the contract. Furnish audiovisual equipment and other training materials and supplies. A training day is defined as 8 hours of classroom or lab instruction, including two 15-minute breaks and excluding lunch time, Monday through Friday, during the daytime shift in effect at the training facility. For guidance, assume that the attendees have a high school education and are familiar with HVAC systems. Submit planned training

schedule, agenda, and class materials to the Government at least 45 days prior to training.

3.4.1 Training Course Documentation

Training shall be based on the operation and maintenance manuals and control system training manual. Deliver manuals for each trainee with two additional sets for archiving at the project site. Include an agenda, defined objectives, and a detailed description of subject matter for each lesson.

3.4.2 Operator and Maintenance Training I

Provide two (2) days of combined Operator and Maintenance Training. The training shall be hands on training. The training shall include step by step operator hands on training for operating, maintaining, and trouble shooting of the HVAC system.

3.4.3 Operator Training II

The second course shall be taught in the field, using the operating equipment at project sites for a total of 16 hours of instruction per student, in blocks of 4 hours. Maximum of 5 personnel shall attend the course. Include hands-on training under constant monitoring of instructor. Course content shall duplicate the Operator Training I course as applied to the installed system. Instructor shall determine the level of the password to be issued to each student before each session. Upon completion of the course, students shall be proficient in system operation. Prepare a written report describing the skill level of each student at the end of the course.

3.4.4 Operator Training III

The third course shall be taught in the field, at the project site, for a period of 3 training days no later than 6 months after completion of endurance test. Maximum of 5 personnel shall attend the course. Course shall be structured to address specific topics that the students need to discuss and to answer questions concerning operation of the system. Upon completion of the course, students shall be proficient in system operation and shall have no unanswered questions regarding operation of the installed system.

3.4.5 System Maintenance Training

Course shall be taught at the project site within one month after completion of endurance test for a period of 2 training days. Maximum of 5 personnel shall attend the course. Course shall include but not be limited to the following:

a. Physical layout for each piece of hardware

b. Troubleshooting and diagnostics procedures

c. Repair instructions

d. Preventive maintenance procedures and schedule

e. Calibration procedures

## 3.5 QUALIFIED SERVICE ORGANIZATION LIST

The qualified service organization list shall include names and telephone numbers of organizations qualified to service HVAC control systems.

## 3.6 COMMISSIONING

Commissioning of control systems is specified in the pre-field TAB engineering report described in Section 15950, "HVAC Testing/Adjusting/Balancing."

-- End of Section --

SECTION 15950

# HVAC TESTING/ADJUSTING/BALANCING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Perform work required by this section in accordance with the paragraph entitled "Subcontractor Special Requirements" in Section 01310, "Administrative Requirements."

Requirements for price breakdown of HVAC TAB work are specified in Section 01200, "Price and Payment Procedures."

Requirements for construction scheduling related to HVAC TAB work are specified in Section 01320, "Construction Progress Documentation".

### 1.3 DESCRIPTION OF WORK

The work includes test, adjust, and balance (TAB) of heating, ventilating, and cooling (HVAC) air and water distribution systems including equipment, ducts, and piping which are located within, on, under, between, and adjacent to buildings.

#### 1.3.1 Air Distribution Systems

Systems shall be tested, adjusted, and balanced (TAB'd) in compliance with this section. Obtain Contracting Officer's written approval before applying insulation to exterior of air distribution systems under Section 15080, "Mechanical Insulation."

#### 1.3.2 Water Distribution Systems

Systems shall be TAB'd in compliance with this section. Obtain Contracting Officer's written approval before applying insulation to water distribution systems under Section 15080, "Mechanical Insulation." At Contractor's option and with Contracting Officer's written approval, the piping systems may be insulated before systems are TAB'd. Piping insulation shall terminate immediately adjacent to each flow control valve, automatic control valve, or device. The ends of pipe insulation and the space between ends of pipe insulation and piping shall be sealed with waterproof vapor barrier coating. After completion of work under this section, the flow control valves and devices shall be insulated under Section 15080, "Mechanical Insulation."

#### 1.3.3 Phasing of Work

This specification section is structured as though the HVAC construction, and thereby the TAB work, is going to be completed in a single phase. All elements of the TAB work are addressed on this premise. When a contract is to be completed in construction phases, including the TAB work, DALT work and the TAB work shall be planned for, completed and approved by the Contracting Officer with each phase. An example of this case would be one contract that requires the rehabilitation of the HVAC in each of several separated buildings. At the completion of the final phase, all approved reports shall be compiled and submitted as one document.

## 1.4 DEFINITIONS

a. DALT: Duct air leakage test

b. DALT'd: Duct air leakage tested

c. Sound measurements terminology: Defined in AABC MN-1 or NEBB MASV.

d. TAB team supervisor: TAB team engineer.

e. TAB team technician: TAB team assistant.

f. TAB'd: HVAC Testing/Adjusting/Balancing procedures performed.

g. Field check group: One or more systems of the same basic type; the subgroup of a "field check group" is a "system."

h. Out-of-tolerance data: Pertains only to field checking of certified DALT or TAB report. The term is defined as a measurement taken during field checking which does not fall within the range of plus 5 to minus 5 percent of the original measurement reported on the certified DALT or TAB report for a specific parameter.

i. Season of maximum heating load: Time of year when outdoor ambient temperature at equipment installation site remains within following range throughout the period of data recording for TAB work. Indicated winter outdoor design dry bulb temperature plus 30 to minus 30 degrees Fahrenheit.

j. Season of maximum cooling load: Time of year when outdoor ambient temperature at equipment installation site remains within following range throughout the period of data recording for TAB work. Indicated summer outdoor design dry bulb temperature plus 15, minus 5 degrees Fahrenheit.

## 1.5 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-06 Test Reports

Certified DALT report; G

Certified TAB report for Season 1; G

Submit certified reports in the specified format including the

above data.

SD-07 Certificates

Independent TAB agency personnel qualifications; G

Design review report; G

Pre-field DALT preliminary notification; G

Pre-field TAB engineering report; G

Advanced notice for DALT field work; G

Advanced notice for TAB field work; G

Pre-TAB check out list; G

TAB Submittal and Work Schedule; G

Pre-final DALT report; G

## 1.6 TAB SUBMITTAL AND WORK SCHEDULE

Compliance with the following schedule is the Contractor's responsibility.

a. Qualify TAB Personnel: Within 45 calendar days after date of contract award, submit TAB agency and personnel qualifications.

b. Pre-TAB Meeting: Within 30 calendar days after the date of approval of the TAB agency and personnel, meet with the Contracting Officer's TAB representative.

c. Design Review Report: Within 60 calendar days after the date of the TAB agency personnel qualifications approval, submit design review report.

d. Pre-Field DALT Preliminary Notification: On completion of the duct installation for each system, the Contractor shall notify the Contracting Officer in writing within 5 days after completion.

e. Pre-Field TAB Engineering Report: Within 5 calendar days after approval of the TAB agency Personnel Qualifications, submit the Pre-Field TAB Engineering Report.

f. Advanced Notice for DALT Field Work: At a minimum of 14 calendar days prior to commencement of the DALT work, submit the written advanced notice of DALT field work.

g. DALT Field Work: Accomplish DALT field work.

h. Submit Pre-final DALT Report: Within one working day after completion of DALT field work, submit pre-final DALT report. Separate pre-final DALT reports may be submitted to allow phased testing from system to system.

i. DALT Work Field Check: 48 hours after verbal notification of DALT work completion, the field check shall commence.

j. Pre-TAB Check Out List For Season 1 and Advanced Notice For Season 1 TAB Field Work: At a minimum of 115 calendar days prior to CCD, submit Season 1 prerequisite HVAC work check out list certified as complete, and submit advance notice of commencement of Season 1 TAB field work.

k. Season 1 TAB Field Work: At a minimum of 90 calendar days prior to CCD, and when the ambient temperature is within Season 1 limits, accomplish Season 1 TAB field work.

l. Submit Season 1 TAB Report: Within 15 calendar days after completion of Season 1 TAB field work, submit certified Season 1 TAB report.

m. Season 1 TAB Field Check: 30 calendar days after certified Season 1 TAB report is approved by the Contracting Officer, conduct Season 1 field check.

n. Complete Season 1 TAB Work: Prior to CCD, complete all TAB work.

o. Season 1 TAB Field Work: At a minimum of 90 calendar days prior to CCD, and when the ambient temperature is within Season 1 limits, accomplish Season 1 TAB field work; submit Season 1 certified TAB report; and conduct Season 1 field check.

p. Complete Season 1 TAB Work: Prior to CCD, complete all TAB work.

q. Complete Season 2 TAB Work: Within 15 calendar days after the completion of Season 2 field data check, complete TAB work.

## 1.7 QUALITY ASSURANCE

### 1.7.1 Modifications of References

Accomplish work in accordance with referenced publications of AABC or NEBB except as modified by this section. In the references referred to herein, consider the advisory or recommended provisions to be mandatory, as though the word "shall" had been substituted for the words "should" or "could" or "may" wherever they appear. Interpret reference to the "authority having jurisdiction," the "Administrative Authority," the "Owner," or the "Design Engineer" to mean the "Contracting Officer."

### 1.7.2 Certificates

#### 1.7.2.1 Independent TAB Agency Personnel Qualifications

For agency proposed for approval, submit information certifying that: The TAB agency is a first tier subcontractor who is not affiliated with any other company participating in work on this contract; the work to be perform by the TAB agency shall be limited to testing, adjusting, and balancing of HVAC air and water systems to satisfy the requirements of this specification section.

Submit the following, for the agency, to Contracting Officer for approval in compliance with paragraph entitled "TAB Personnel Qualification Requirements."

a. Independent AABC or NEBB certified TAB agency:

(1) TAB agency: AABC registration number and expiration date of current certification; or NEBB certification number and expiration date of current certification.

(2) TAB team supervisor: Name and copy of AABC or NEBB TAB supervisor certificate and expiration date of current certification.

(3) TAB team field leader: Name and documented evidence that the team field leader meets the qualification requirements.

(4) TAB team field technicians: Names and documented evidence that each field technician meets the qualification requirements.

(5) Current certificates: Registrations and certifications shall be current, and valid for the duration of this contract. Certifications which expire prior to completion of the TAB work, shall be renewed in a timely manner so that there is no lapse in registration or certification. TAB agency or TAB team personnel without a current registration or current certification shall not perform TAB work on this contract.

b. Replacement of TAB team members: Replacement of members may occur if each new member complies with the applicable personnel qualifications and each is approved by the Contracting Officer.

1.7.2.2 Design Review Report

Submit typed report describing omissions and deficiencies in the HVAC system's design that would preclude the TAB team from accomplishing the duct leakage testing work and the TAB work requirements of this section. Provide a complete explanation including supporting documentation detailing the design deficiency. State that no deficiencies are evident if that is the case.

1.7.2.3 Pre-Field DALT Preliminary Notification

a. Notification: On completion of the installation of each duct system indicated to be DALT'd, the Contractor shall notify the Contracting Officer in writing within 7 calendar days after completion.

b. Duct to be DALTED: The Contracting Officer shall randomly select sections of the subject completed duct system for testing by the Contractor. From time of receipt of the Contractor's notification of duct system completion, the Contracting Officer shall provide the Contractor within 10 calender days the selected locations of duct sections which are to be DALT'd.

c. DALT testing: All DALT testing shall commence within 48 hours of the official designation by the Contracting Officer of the ductwork to be DALT'd.

1.7.2.4 Pre-Field TAB Engineering Report

Submit report containing the following information:

a. Step-by-step TAB procedure:

(1) Strategy: Describe the method of approach to the TAB field work from start to finish. Include in this description a complete methodology for accomplishing each seasonal TAB field work session.

(2) Procedural steps: Delineate fully the intended procedural steps to be taken by the TAB field team to accomplish the required TAB work of each air distribution system and each water distribution system. Include intended procedural steps for TAB work for subsystems and system components.

b. Pre-field data: Submit AABC or NEBB or SMACNA HVACTAB data report forms with the following pre-field information filled in:

(1) Design data obtained from system drawings, specifications, and approved submittals.

(2) Notations detailing additional data to be obtained from the contract site by the TAB field team.

(3) Designate the actual data to be measured in the TAB field work.

(4) Provide a list of the types of instruments, and the measuring range of each, which are anticipated to be used for measuring in the TAB field work. By means of a keying scheme, specify on each TAB data report form submitted, which instruments will be used for measuring each item of TAB data. If the selection of which instrument to use, is to be made in the field, specify from which instruments the choice will be made. The instrument key number shall be placed in the blank space where the measured data would be entered.

c. Prerequisite HVAC work checkout list: Provide a list of inspections and work items which are to be completed by the Contractor. This list shall be acted upon and completed by the Contractor and then submitted and approved by the Contracting Officer prior to the TAB team coming to the contract site.

d. At a minimum, a list of the applicable inspections and work items listed in the NEBB TABES, Section III, "Preliminary TAB Procedures" under paragraphs titled, "Air Distribution System Inspection" and "Hydronic Distribution System Inspection" shall be provided for each separate system to be TAB'd.

1.7.3 TAB Personnel Qualification Requirements

1.7.3.1 Independent AABC or NEBB Certified TAB Agency

Provide services of a TAB agency certified by AABC or NEBB to perform and manage TAB work on HVAC air and water systems. This TAB agency shall not be affiliated with any company participating in any other phase of this contract, including design, furnishing equipment, or construction.

1.7.3.2 TAB Team Personnel

The TAB team approved to accomplish work on this contract shall be full-time employees of the TAB agency. No other personnel shall do TAB work on this contract.

a. TAB Team Supervisor: Supervisor shall be qualified by AABC or NEBB as a TAB supervisor or a TAB engineer.

b. TAB Team Field Leader: Leader shall have satisfactorily performed full-time supervision of TAB work in the field for not less than 3 years immediately preceding this contract's bid opening date.

c. TAB Team Field Technician: Technician shall have satisfactorily assisted a TAB team field leader in performance of TAB work in the field for not less than one year immediately preceding this contract's bid opening date.

1.7.4 Responsibilities

The Contractor shall be responsible for ensuring compliance with the requirements of this section. The following delineation of specific work responsibilities is specified to facilitate execution of the various work efforts by personnel from separate organizations. This breakdown of specific duties is specified to facilitate adherence to the schedule listed in paragraph entitled "TAB Submittal and Work Schedule."

1.7.4.1 Contractor

a. TAB personnel: Ensure that the DALT work and the TAB work is accomplished by a group meeting the requirements specified in paragraph entitled "TAB Personnel Qualification Requirements."

b. Pre-DALT/TAB meeting: Attend the meeting with the TAB Supervisor, and ensure that a representative is present for the sheetmetal contractor, mechanical contractor, electrical contractor, and automatic temperature controls contractor.

c. HVAC documentation: Furnish one complete set of the following HVAC-related documentation to the TAB agency:

(1) Contract drawings and specifications

(2) Approved submittal data for equipment

(3) Construction work schedule

(4) Up-to-date revisions and change orders for the previously listed items

d. Submittal and work schedules: Ensure that the schedule for submittals and work required by this section and specified in paragraph entitled "TAB Submittal and Work Schedule," is met.

e. Coordination of supporting personnel:

Provide the technical personnel, such as factory representatives or HVAC controls installer required by the TAB field team to support the DALT and TAB field measurement work.

Provide equipment mechanics to operate HVAC equipment and ductwork mechanics to provide the field designated test ports to enable TAB field team to accomplish the DALT and TAB field measurement work. Ensure these support personnel are present at the times required by the TAB team, and cause no delay in the DALT and TAB field work.

Conversely, ensure that the HVAC controls installer has required support from the TAB team field leader to complete the controls check out.

f. Deficiencies: Ensure that the TAB Agency supervisor submits all Design/Construction deficiency notifications directly to the Contracting officer within 3 days after the deficiency is encountered. Further, the Contractor shall ensure that all such notification submittals are complete with explanation, including documentation, detailing deficiencies.

g. Prerequisite HVAC work: Complete check out and debugging of HVAC equipment, ducts, and controls prior to the TAB engineer arriving at the project site to begin the TAB work. Debugging includes searching for and eliminating malfunctioning elements in the HVAC system installations, and verifying all adjustable devices are functioning as designed. Include as prerequisite work items, the deficiencies pointed out by the TAB team supervisor in the design review report.

h. Prior to the TAB field team's arrival, ensure completion of the applicable inspections and work items listed in the TAB team supervisor's pre-field engineering report. Do not allow the TAB team to commence TAB field work until all of the following are completed.

(1) HVAC system installations are fully complete.

(2) HVAC prerequisite checkout work lists specified in the paragraph "Pre-Field TAB Engineering Report" have been completed, submitted, and approved. Ensure that the TAB Agency gets a copy of the approved prerequisite HVAC work checklist.

(3) DALT field checks for all systems are completed.

(4) HVAC system filters are clean for both Season 1 and Season 2 TAB field work.

i. Advance notice: Furnish to the Contracting Officer with advance written notice for each event, the commencement of the DALT field work and for the commencement of the TAB field work.

j. Insulation work: If DALT work is required, ensure that no insulation is shall not be installed on ducts to be DALT'd until DALT work on the subject ducts is complete. Later, ensure that openings in duct and machinery insulation coverings for TAB test ports are marked, closed and sealed.

1.7.4.2 TAB Agency

Provide the services of a TAB team which complies with the requirements of paragraph entitled "TAB Personnel Qualification Requirements."

1.7.4.3 TAB Team Supervisor

a. Overall management: Supervise and manage the overall TAB team work effort, including preliminary and technical DALT and TAB procedures and TAB team field work.

b. Pre-DALT/TAB meeting: Attend meeting with Contractor.

c. Design review report: Review project specifications and accompanying drawings to verify that the air systems and water systems are designed in such a way that the TAB engineer can accomplish the work in compliance with the requirements of this section. Verify the presence and location of permanently installed test ports and other devices needed, including gauge cocks, thermometer wells, flow control devices, circuit setters, balancing valves, and manual volume dampers.

d. Support required: Specify the technical support personnel required from the Contractor other than the TAB agency; such as factory representatives for temperature controls or for complex equipment. Inform the Contractor in writing of the support personnel needed and when they are needed. Furnish the notice as soon as the need is anticipated, either with the design review report, or the pre-field engineering report, the pre-field DALT plan or during the DALT or TAB field work.

e. Pre-field DALT preliminary notification: Monitor the completion of the duct installation of each system and provide the necessary written notification to the Contracting Officer.

f. Pre-field engineering report: Utilizing the following HVAC-related documentation; contract drawings and specifications, approved submittal data for equipment, up-to-date revisions and change orders; prepare this report.

g. Prerequisite HVAC work checklist: Ensure the Contractor gets a copy of this checklist at the same time as the pre-field engineering report is submitted.

h. Technical assistance for DALT work.

(1) Technical assistance: Provide immediate technical assistance to TAB field team.

(2) DALT field visit: Near the end of the DALT field work effort, visit the contract site to inspect the HVAC installation and the progress of the DALT field work. Conduct a site visit to the extent necessary to verify correct procedures are being implemented and to confirm the accuracy of the pre-final DALT Report data which has been reported. Also, sufficient evaluation shall be made to allow the TAB supervisor to issue certification of the final report. Conduct the site visit full-time for a minimum of one 8 hour workday duration.

i. Certified DALT report: Certify the DALT report. This certification includes the following work:

(1) Review: Review the DALT Pre-final report data. From these field reports, prepare the certified DALT report.

(2) Verification: Verify adherence, by the TAB field team, to the procedures specified in this section.

j. Technical Assistance for TAB Work: Provide immediate technical

assistance to the TAB field team for the TAB work.

(1) TAB field visit: At the midpoint of the Season 1 and Season 2 TAB field work effort, visit the contract site to inspect the HVAC installation and the progress of the TAB field work. Conduct site visit full-time for a minimum of one 8 hour workday duration.

(2) TAB field visit: Near the end of the TAB field work effort, visit the contract site to inspect the HVAC installation and the progress of the TAB field work. Conduct site visit full-time for a minimum of one 8 hour workday duration. Review the TAB final report data and certify the TAB final report.

k. Certified TAB report: Certify the TAB report. This certification includes the following work:

(1) Review: Review the TAB field data report. From this field report, prepare the certified TAB report.

(2) Verification: Verify adherence, by the TAB field team, to the TAB plan prescribed by the pre-field engineering report and verify adherence to the procedures specified in this section.

l. Design/Construction deficiencies: Within 3 working days after the TAB Agency has encountered any design or construction deficiencies, the TAB Supervisor shall submit written notification directly to the Contracting Officer, with a separate copy to the Contractor, of all such deficiencies. Provide in this submittal a complete explanation, including supporting documentation, detailing deficiencies. Where deficiencies are encountered that are believed to adversely impact successful completion of TAB, the TAB Agency shall issue notice and request direction in the notification submittal.

m. TAB Field Check: The TAB team supervisor shall attend and supervise Season 1 TAB field check.

1.7.4.4 TAB Team Field Leader

a. Field manager: Manage, in the field, the accomplishment of the work specified in Part 3, "Execution."

b. Full time: Be present at the contract site when DALT field work or TAB field work is being performed by the TAB team; ensure day-to-day TAB team work accomplishments are in compliance with this section.

c. Prerequisite HVAC work: Do not bring the TAB team to the contract site until a copy of the prerequisite HVAC Checklist, with all work items certified by the Contractor to be working as designed, reaches the office of the TAB Agency.

1.7.5 Test Reports

1.7.5.1 Certified DALT Report

a. Report format: Submit report data on Air Duct Leakage Test Summary Report Forms as shown on Page 6-2 of SMACNA HVACADLTM. In addition, submit in the report, a marked duct shop drawing which

identifies each section of duct tested with assigned node numbers for each section. Node numbers shall be included in the completed report forms to identify each duct section. The report shall be reviewed and certified by the TAB supervisor.

b. The TAB supervisor shall include a copy of all calculations prepared in determining the duct surface area of each duct test section. In addition, the Certified DALT Report shall contain copy(s) of the calibration curve for each of the DALT test orifices used for testing.

c. Instruments: List the types of instruments actually used to measure the data. Include in the listing each instrument's unique identification number, calibration date, and calibration expiration date. Instruments shall have been calibrated within one year of the date of use in the field. Instrument calibration shall be traceable to the measuring standards of the National Institute of Standards and Technology.

c. Certification: Include the typed name of the TAB supervisor and the dated signature of the TAB supervisor.

1.7.5.2 Certified TAB Reports

Submit Certified TAB Report for Season 1 and Certified TAB Report for Season 2 in the following manner:

a. Report format: Submit the completed pre-field data forms approved in the pre-field TAB Engineering Report completed by TAB field team, reviewed and certified by the TAB supervisor. Bind the report with a waterproof front and back cover. Include a table of contents identifying by page number the location of each report. Report forms and report data shall be typewritten. Handwritten report forms or report data are not acceptable.

b. Temperatures: On each TAB report form reporting TAB work accomplished on HVAC thermal energy transfer equipment, include the indoor and outdoor dry bulb temperature range and indoor and outdoor wet bulb temperature range within which the TAB data was recorded. Include in the TAB report continuous time versus temperature recording data of wet and dry bulb temperatures for the rooms, or zones, as designated in the following list:

(1) One of each type of room on each floor. Data shall be measured and compiled on a continuous basis for the period in which TAB work affecting those rooms is being done.

(2) Data shall be measured/recorded only after the HVAC systems installations are complete, the systems fully balanced and the HVAC systems controls operating in fully automatic mode.

(3) Data may be compiled using direct digital controls trend logging where available. Otherwise, the Contractor shall temporarily install calibrated time versus temperature/humidity recorders for this purpose. The HVAC systems and controls shall have been fully operational a minimum of 24 hours in advance of commencing data compilation. The specified data shall be included in the Season I TAB Report.

c. Instruments: List the types of instruments actually used to measure the tab data. Include in the listing each instrument's unique identification number, calibration date, and calibration expiration date.

Instrumentation, used for taking wet bulb temperature readings shall provide accuracy of plus or minus 5 percent at the measured face velocities. Submit instrument manufacturer's literature to document instrument accuracy performance is in compliance with that specified.

d. Certification: Include the typed name of the TAB supervisor and the dated signature of the TAB supervisor.

e. Performance Curves: The TAB Supervisor shall include, in the Certified TAB Reports, factory pump curves and fan curves for pumps and fans TAB'd on the job.

f. Calibration Curves: The TAB Supervisor shall include, in the Certified TAB Reports, a factory calibration curve for installed flow control balancing valves, flow venturis and flow orifices TAB'd on the job.

## 1.8 PRE-DALT/TAB MEETING

Meet with the Contracting Officer's TAB representative and the designing engineer of the HVAC systems to develop a mutual understanding relative to the details of the DALT work and TAB work requirements. Ensure that the TAB supervisor is present at this meeting. Requirements to be discussed include required submittals, work schedule, and field quality control.

# PART 2 PRODUCTS

Not Used.

# PART 3 EXECUTION

## 3.1 DALT PROCEDURES

### 3.1.1 DALT Field Work

#### 3.1.1.1 Ductwork To Be DALT'd

From each duct system indicated to be DALT'd, the Contracting Officer shall randomly select sections of each completed duct system for testing by the Contractor. The sections selected shall not exceed 20 percent of the total measured linear footage of duct indicated to be DALT'd. Sections of main ducts, branch main ducts, branch ducts and plenums for supply, return, exhaust, or plenum ductwork are subject to DALT.

#### 3.1.1.2 Testing

Leak test the HVAC air duct sections of each system as selected by the Contracting Officer. Use the duct class, seal class, leakage class and the leak test pressure data indicated on the drawings, to comply with the procedures specified in SMACNA HVACADLTM. Testing shall be in accordance with the procedures specified in SMACNA HVACADLTM, except as supplemented and modified by this section.

3.1.1.3 Instruments and personnel

Provide instruments and consumables required to accomplish the DALT field work. Follow the same basic procedure specified below in paragraph titled "TAB Field Work," which include maintenance of and calibration of instruments, accuracy of measurements, preliminary procedures, field work, workmanship and treatment of deficiencies. DALT field work shall be monitored by the QC representative.

3.1.2 Data From DALT Field Work

After completion of the DALT work, prepare a pre-final DALT report using the reporting forms specified. Data required by those data report forms shall be furnished by the TAB team. Prepare the report neatly and legibly; the pre-final DALT report shall be the final DALT report minus the TAB supervisor's review and certification. Verbally notify the Contracting Officer's TAB representative that the field check of the pre-final DALT report data can commence; give this verbal notice 48 hours in advance of when the field checking shall commence.

3.1.3 Quality Assurance for DALT Field Work

3.1.3.1 Field Checks

Field check for accuracy selected pre-final DALT report data in the presence of the Contracting Officer's TAB representative. For each duct system, conduct field checks on 50 percent of the duct sections DALT'd. The TAB team field leader shall be present full-time when DALT field checking is conducted. Pre-final report field checks may be conducted separately for each system to allow phased testing.

3.1.3.2 Additional Field Checks

If any of the duct sections checked for a given system are determined to be out-of-tolerance, testing for that section shall be terminated and the pre-final DALT report data for the given system shall be disapproved. The Contractor shall make the necessary corrections and prepare a revised pre-final DALTS report. A field check of the revised report data shall then be rescheduled with the Contracting Officer's TAB representative.

If any data on the DALT pre-final report form for a given duct section is out-of-tolerance, then data for one more duct section, preferably in the same duct system, shall be field checked as specified herein. The DALT'd duct section to be field checked shall be in addition to the original 50 percent of duct sections to be field checked.

3.1.3.3 Final Certified DALT Report

On successful completion of all field checks of the pre-final DALT report data for all systems, the TABS Supervisor shall assemble, review, certify and submit the final certified DALT Report.

3.1.3.4 Prerequisite for TAB Field Work

Upon completion of DALT work, and field checks and correction of outstanding items, including additional field checks, submit the final certified DALT report for Contracting Officer approval. No TAB field work shall commence prior to the completion and approval, for all systems, of

the final certified DALT report field check.

## 3.2 TAB PROCEDURES

### 3.2.1 TAB Field Work

Test, adjust, and balance the listed HVAC systems to the state of operation indicated on and specified in the contract design documents. Conduct TAB work, including maintenance and calibration of instruments, measurement accuracy, and sound measurement work in conformance with the AABC MN-1 and AABC TBP, or NEBB TABES, and NEBB MASV, except as supplemented and modified by this section. Provide instruments and consumables required to accomplish the TAB work.

Air systems and water systems shall be proportionately balanced and reported in the Season 1 certified TAB report.

### 3.2.2 Preliminary Procedures

Use the approved pre-field engineering report as instructions and procedures for accomplishing TAB field work. Test ports required for testing by the TAB engineer shall be located in the field by the TAB engineer during TAB field work. It shall be the responsibility of the sheet metal contractor to provide and install test ports as required by the TAB engineer.

### 3.2.3 TAB Air Distribution Systems

#### 3.2.3.1 Air Handling Units

Air handling unit systems including fans (air handling unit fans, exhaust fans and winter ventilation fans), coils, ducts, plenums, mixing boxes, terminal units, variable air volume boxes, and air distribution devices for supply air, return air, outside air, mixed air relief air, and makeup air.

#### 3.2.3.2 Return Air Fans

Return air fan system including fan ducts, plenums, registers, diffusers, grilles, and louvers for supply air, return air, outside air, and mixed air.

#### 3.2.3.3 Heating and Ventilating Units

Heating and ventilating unit systems including convectors, fin-tube radiators, fans, coils, ducts, plenums, registers, diffusers, grilles, and louvers for supply air, return air, outside air, and mixed air.

#### 3.2.3.4 Exhaust Fans

Exhaust fan systems including fans, ducts, plenums and grilles, for exhaust air.

#### 3.2.3.5 Cooling Units

### 3.2.4 TAB Water Distribution Systems

#### 3.2.4.1 Chilled Water

Chilled water systems including chillers, condensers, cooling towers, pumps, coils, system balance valves and flow measuring devices.

3.2.4.2 Heating Hot Water

Heating hot water systems including pumps, coils, system balancing valves and flow measuring devices.

3.2.5 Sound Measurement Work

3.2.5.1 Areas To Be Sound Measured

In the following spaces, measure and record the sound power level for each octave band listed in ASHRAE HA Noise Criteria:

a. All HVAC mechanical rooms, including machinery spaces and other spaces containing HVAC power drivers and power driven equipment.

b. All spaces sharing a common barrier with each mechanical room, including rooms overhead, rooms on the other side of side walls, and rooms beneath the mechanical room floor.

c. One of each type of room served by the air handler.

3.2.5.2 Procedure

At the time the sound level is measured, each room shall be unoccupied, except for TAB team, and all HVAC systems that would cause noise in the room shall be operating in their noisiest mode. Record the sound level (dB) in each octave band. Attempt to mitigate the sound level and bring the level to within the specified ASHRAE HA noise criteria goals, if such mitigation is within the TAB team's control. State in the report the ASHRAE HA noise criteria goals. If sound level cannot be brought into compliance, provide written notice of the deficiency to the Contractor for resolution or correction.

3.2.5.3 Timing

Sound levels shall be measured at times prescribed by AABC or NEBB.

3.2.5.4 Meters

Measure sound levels with a sound meter complying with ANSI S1.4 (ASA 47), Type 1 or 2, and an octave band filter set complying with ANSI S1.11 (ASA 65). Measurement methods for overall sound levels and for octave band sound levels shall be as prescribed by NEBB.

3.2.5.5 Calibration

Sound levels shall be calibrated as prescribed by AABC or NEBB except that calibrators emitting a sound pressure level tone of 94 dB at 1000 hertz (Hz) are also acceptable.

3.2.5.6 Background Noise Correction

Determine background noise component of room sound (noise) levels for each (of eight) octave bands as prescribed by AABC or NEBB.

3.2.6 TAB Work on Performance Tests Without Seasonal Limitations

3.2.6.1 Performance Tests

In addition to the TAB proportionate balancing work on the air distribution systems and the water distribution systems, accomplish TAB work on the HVAC systems which directly transfer thermal energy. TAB the operational performance of the heating systems and cooling systems.

3.2.6.2 Ambient Temperatures

On each tab report form used for recording data, record the outdoor and indoor ambient dry bulb temperature range and the outdoor and indoor ambient wet bulb temperature range within which the report form's data was recorded. That is, record these temperatures at beginning and at the end of data taking.

3.2.6.3 Water Chillers

For water chillers, data as required by NEBB Form TAB 15-83, NEBB TABES shall be reported, including refrigeration operational data.

3.2.6.4 Coils

Heating and cooling performance capacity tests shall be reported for hot water and chilled water, for the purpose of verifying that the coils meet the indicated design capacity. Submit the following data and calculations with the coil test reports:

a. For Central station air handlers with capacities greater than 7.5 tons (90,000 Btu) cooling, such as factory manufactured units, central built-up units and rooftop units, capacity tests shall be conducted in accordance with AABC TBP, procedure 3.5, "Coil Capacity Testing".

   Entering and leaving wet and dry bulb temperatures shall not be determined by single point measurement, but shall be the average of multiple readings in compliance with paragraph 3.5-5, "Procedures", (in subparagraph d.) of AABC TBP, Procedure 3.5, "Coil Capacity Testing."

   Submit part-load coil performance data from the coil manufacturer converting test conditions to design conditions; the data shall be used for the purpose of verifying that the coils meet the indicated design capacity in compliance with AABC TBP, Procedure 3.5, "Coil Capacity Testing," paragraph 3.5.7, "Actual Capacity Vs. Design Capacity" (in subparagraph c.).

b. For units with capacities of 7.5 tons (90,000 Btu) or less, such as fan coil units, duct mounted reheat coils associated with VAV terminal units:

   The apparent coil capacity shall be determined by calculations using single point measurement of entering and leaving wet and dry bulb temperatures; the calculations shall be submitted with the coil reports.

3.2.7 TAB Work on Performance Tests With Seasonal Limitations

3.2.7.1 Performance Tests

Accomplish proportionate balancing TAB work on the air distribution systems

and water distribution systems, in other words, accomplish adjusting and balancing of the air flows and water flows, any time during the duration of this contract, subject to the limitations specified elsewhere in this section. However, accomplish, within the following seasonal limitations, TAB work on HVAC systems which directly transfer thermal energy.

3.2.7.2 Season Of Maximum Load

Visit the contract site for at least two TAB work sessions for TAB field measurements.

3.2.7.3 Sound Measurements

Comply with paragraph entitled "Sound Measurement Work," specifically, the requirement that a room must be operating in its noisiest mode at the time of sound measurements in the room. The maximum noise level measurements could depend on seasonally related heat or cooling transfer equipment.

3.2.7.4 Ambient Temperatures

On each tab report form used for recording data, record the outdoor and indoor ambient dry bulb temperature range and the outdoor and indoor ambient wet bulb temperature range within which the report form's data was recorded. That is, record these temperatures at beginning and at the end of data taking.

3.2.7.5 Water Chillers

Water chillers: For water chillers, data as required by NEBB Form TAB 15-83, NEBB TABES shall be reported, including refrigeration operational data.

3.2.7.6 Coils

Heating and cooling performance capacity tests shall be reported for hot water and chilled water, for the purpose of verifying that the coils meet the indicated design capacity. Submit the following data and calculations with the coil test reports:

a. For Central station air handlers with capacities greater than 7.5 tons (90,000 Btu) cooling, such as factory manufactured units, central built-up units and rooftop units, capacity tests shall be conducted in accordance with AABC TBP, procedure 3.5, "Coil Capacity Testing."

   Entering and leaving wet and dry bulb temperatures shall not be determined by single point measurement, but shall be the average of multiple readings in compliance with paragraph 3.5-5, "Procedures", (in subparagraph d.) of AABC TBP, Procedure 3.5, "Coil Capacity Testing."

   Submit part-load coil performance data from the coil manufacturer converting test conditions to design conditions; the data shall be used for the purpose of verifying that the coils meet the indicated design capacity in compliance with AABC TBP, Procedure 3.5, "Coil Capacity Testing," paragraph 3.5.7, "Actual Capacity Vs. Design Capacity" (in subparagraph c.).

b. For units with capacities of 7.5 tons (90,000 Btu) or less, such

as fan coil units, duct mounted reheat coils associated with VAV terminal units, and unitary units, such as through-the-wall heat pump:

The apparent coil capacity shall be determined by calculations using single point measurement of entering and leaving wet and dry bulb temperatures; the calculations shall be submitted with the coil reports.

3.2.8 Workmanship

Conduct TAB work on specified HVAC systems until measured parameters are within plus or minus 10 percent of the design values, that is, the values specified or indicated on the contract documents.

3.2.9 Deficiencies

Strive to meet the intent of this section to maximize the performance of the equipment as designed and installed. However, if deficiencies in equipment design or installation prevent TAB work from being accomplished within the range of design values specified in the paragraph entitled "Workmanship," provide written notice as soon as possible to the Contractor and the Contracting Officer describing the deficiency and recommended correction.

Responsibility for correction of installation deficiencies is the Contractor's. If a deficiency is in equipment design, call the TAB team supervisor for technical assistance. Responsibility for reporting design deficiencies to Contractor is the TAB team supervisor's.

3.3 DATA FROM TAB FIELD WORK

After completion of the TAB field work, prepare the TAB field data for TAB supervisor's review and certification, using the reporting forms approved in the pre-field engineering report. Data required by those approved data report forms shall be furnished by the TAB team. Except as approved otherwise in writing by the Contracting Officer, the TAB work and thereby the TAB report shall be considered incomplete until the TAB work is accomplished to within the accuracy range specified in the paragraph entitled "Workmanship."

3.4 QUALITY ASSURANCE FOR TAB FIELD WORK

3.4.1 Field Check

Test shall be made to demonstrate that capacities and general performance of air and water systems comply with the contract requirements.

3.4.1.1 Recheck

During field check, the Contractor shall recheck, in the presence of the Contracting Officer, random selections of data (water, air quantities, air motion, sound level readings) recorded in the certified report.

3.4.1.2 Areas Of Recheck

Points and areas of recheck shall be selected by the Contracting Officer.

3.4.1.3 Procedures

Measurement and test procedures shall be the same as approved for work for forming basis of the certified report.

3.4.1.4 Recheck Selections

Selections for recheck will not exceed 25 percent of the total number of reported data entries tabulated in the report.

3.4.2 Retests

If random tests reveals a measured quantity which is out-of-tolerance, the report is subject to disapproval at the Contracting Officers discretion. In the event the report is disapproved, all systems shall be readjusted and tested, new data recorded, new certified reports submitted, and a new field check conducted at no additional cost to the Government.

3.4.3 Prerequisite for Approval

Compliance with the field checking requirements of this section is a prerequisite for the final approval of the certified TAB report submitted.

3.5 MARKING OF SETTINGS

Upon the final TAB work approval, permanently mark the settings of HVAC adjustment devices including valves, splitters, and dampers so that adjustment can be restored if disturbed at any time. The permanent markings shall indicate the settings on the adjustment devices which result in the data reported on the submitted certified TAB report.

3.6 MARKING OF TEST PORTS

The TAB team shall permanently and legibly mark and identify the location points of the duct test ports. If the ducts have exterior insulation, these markings shall be made on the exterior side of the duct insulation. The location of test ports shall be shown on the as-built mechanical drawings with dimensions given where the test port is covered by exterior insulation.

-- End of Section --

SECTION 16050

# BASIC ELECTRICAL MATERIALS AND METHODS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

This section applies to certain sections of Division 11, "Equipment," and Division 15, "Mechanical". This section applies to all sections of Division 16, "Electrical," of this project specification unless specified otherwise in the individual sections.

### 1.3 DEFINITIONS

a. Unless otherwise specified or indicated, electrical and electronics terms used in these specifications, and on the drawings, shall be as defined in IEEE 100.

b. The technical sections referred to herein are those specification sections that describe products, installation procedures, and equipment operations and that refer to this section for detailed description of submittal types.

c. The technical paragraphs referred to herein are those paragraphs in PART 2 - PRODUCTS and PART 3 - EXECUTION of the technical sections that describe products, systems, installation procedures, equipment, and test methods.

### 1.4 ELECTRICAL CHARACTERISTICS

Electrical characteristics for this project shall be 277/480 volts primary, three phase, four wire, 60 Hz, and 120/208 volts secondary, three phase, four wire. Final connections to the power distribution system at the existing switchboard shall be made by the Contractor as directed by the Contracting Officer.

### 1.5 SUBMITTALS

Submittals required in the sections which refer to this section shall conform to the requirements of Section 01330, "Submittal Procedures" and to the following additional requirements. Submittals shall include the manufacturer's name, trade name, place of manufacture, catalog model or number, nameplate data, size, layout dimensions, capacity, project specification and technical paragraph reference. Submittals shall also include applicable federal, military, industry, and technical society publication references, and years of satisfactory service, and other

information necessary to establish contract compliance of each item to be provided. Photographs of existing installations are unacceptable and will be returned without approval.

### 1.5.1 Manufacturer's Catalog Data

Submittals for each manufactured item shall be current manufacturer's descriptive literature of cataloged products, equipment drawings, diagrams, performance and characteristic curves, and catalog cuts. Handwritten and typed modifications and other notations not part of the manufacturer's preprinted data will result in the rejection of the submittal. Should manufacturer's data require supplemental information for clarification, the supplemental information shall be submitted as specified for certificates of compliance.

### 1.5.2 Drawings

Submit drawings a minimum of 14 by 20 inches in size using a minimum scale of 1/8 inch per foot, except as specified otherwise. Include wiring diagrams and installation details of equipment indicating proposed location, layout and arrangement, control panels, accessories, piping, ductwork, and other items that must be shown to ensure a coordinated installation. Wiring diagrams shall identify circuit terminals and indicate the internal wiring for each item of equipment and the interconnection between each item of equipment. Drawings shall indicate adequate clearance for operation, maintenance, and replacement of operating equipment devices.

### 1.5.3 Instructions

Where installation procedures or part of the installation procedures are required to be in accordance with manufacturer's instructions, submit printed copies of those instructions prior to installation. Installation of the item shall not proceed until manufacturer's instructions are received. Failure to submit manufacturer's instructions shall be cause for rejection of the equipment or material.

### 1.5.4 Certificates

Submit manufacturer's certifications as required for products, materials, finishes, and equipment as specified in the technical sections. Certificates from material suppliers are not acceptable. Preprinted certifications and copies of previously submitted documents will not be acceptable. The manufacturer's certifications shall name the appropriate products, equipment, or materials and the publication specified as controlling the quality of that item. Certification shall not contain statements to imply that the item does not meet requirements specified, such as "as good as"; "achieve the same end use and results as materials formulated in accordance with the referenced publications"; or "equal or exceed the service and performance of the specified material." Certifications shall simply state that the item conforms to the requirements specified. Certificates shall be printed on the manufacturer's letterhead and shall be signed by the manufacturer's official authorized to sign certificates of compliance.

#### 1.5.4.1 Reference Standard Compliance

Where equipment or materials are specified to conform to industry and technical society reference standards of the organizations such as American

National Standards Institute (ANSI), American Society for Testing and Materials (ASTM), National Electrical Manufacturers Association (NEMA), Underwriters Laboratories Inc. (UL), and Association of Edison Illuminating Companies (AEIC), submit proof of such compliance. The label or listing by the specified organization will be acceptable evidence of compliance.

1.5.4.2 Independent Testing Organization Certificate

In lieu of the label or listing, submit a certificate from an independent testing organization, competent to perform testing, and approved by the Contracting Officer. The certificate shall state that the item has been tested in accordance with the specified organization's test methods and that the item complies with the specified organization's reference standard.

1.5.5 Operation and Maintenance Manuals

Comply with the requirements of Section 01781, "Operation and Maintenance Data" and the technical sections.

1.5.5.1 Operating Instructions

Submit text of posted operating instructions for each system and principal item of equipment as specified in the technical sections.

1.6 QUALITY ASSURANCE

1.6.1 Material and Equipment Qualifications

Provide materials and equipment that are products of manufacturers regularly engaged in the production of such products which are of equal material, design and workmanship. Products shall have been in satisfactory commercial or industrial use for 2 years prior to bid opening. The 2-year period shall include applications of equipment and materials under similar circumstances and of similar size. The product shall have been on sale on the commercial market through advertisements, manufacturers' catalogs, or brochures during the 2-year period. Where two or more items of the same class of equipment are required, these items shall be products of a single manufacturer; however, the component parts of the item need not be the products of the same manufacturer unless stated in the technical section.

1.6.2 Regulatory Requirements

Equipment, materials, installation, and workmanship shall be in accordance with the mandatory and advisory provisions of NFPA 70.

1.6.3 Alternative Qualifications

Products having less than a 2-year field service record will be acceptable if a certified record of satisfactory field operation for not less than 6000 hours, exclusive of the manufacturers' factory or laboratory tests, is furnished.

1.6.4 Service Support

The equipment items shall be supported by service organizations which are reasonably convenient to the equipment installation in order to render satisfactory service to the equipment on a regular and emergency basis during the warranty period of the contract.

1.6.5 Manufacturer's Nameplate

Each item of equipment shall have a nameplate bearing the manufacturer's name, address, model number, and serial number securely affixed in a conspicuous place; the nameplate of the distributing agent will not be acceptable.

1.6.6 Modification of References

In each of the publications referred to herein, consider the advisory provisions to be mandatory, as though the word, "shall" had been substituted for "should" wherever it appears. Interpret references in these publications to the "authority having jurisdiction," or words of similar meaning, to mean the Contracting Officer.

1.6.7 Material and Equipment Manufacturing Date

Products manufactured more than 3 years prior to date of delivery to site shall not be used, unless specified otherwise.

1.7 POSTED OPERATING INSTRUCTIONS

Provide for each system and principal item of equipment as specified in the technical sections for use by operation and maintenance personnel. The operating instructions shall include the following:

a. Wiring diagrams, control diagrams, and control sequence for each principal system and item of equipment.

b. Start up, proper adjustment, operating, lubrication, and shutdown procedures.

c. Safety precautions.

d. The procedure in the event of equipment failure.

e. Other items of instruction as recommended by the manufacturer of each system or item of equipment.

Print or engrave operating instructions and frame under glass or in approved laminated plastic. Post instructions where directed. For operating instructions exposed to the weather, provide weather-resistant materials or weatherproof enclosures. Operating instructions shall not fade when exposed to sunlight and shall be secured to prevent easy removal or peeling.

1.8 NAMEPLATES

ASTM D 709. Provide laminated plastic nameplates for each panelboard, equipment enclosure, relay, switch, and device; as specified in the technical sections or as indicated on the drawings. Each nameplate inscription shall identify the function and, when applicable, the position. Nameplates shall be melamine plastic, 0.125 inch thick, white with black center core. Provide red laminated plastic label with white center core where indicated. Surface shall be matte finish. Corners shall be square. Accurately align lettering and engrave into the core. Minimum size of nameplates shall be one by 2.5 inches. Lettering shall be a minimum of 0.25 inch high normal block style.

1.9 WARNING SIGNS

Provide warning signs for the enclosures of electrical equipment including substations, pad-mounted transformers, pad-mounted switches, generators, and switchgear having a nominal rating exceeding 600 volts.

a. When the enclosure integrity of such equipment is specified to be in accordance with ANSI C57.12.28, such as for pad-mounted transformers and pad-mounted SF6 switches, provide a self-adhesive warning signs on the outside of the high voltage compartment door(s). Sign shall be a decal and shall have nominal dimensions of 7 by 10 inches with the legend "DANGER HIGH VOLTAGE" printed in two lines of nominal 2 inch high letters. The word "DANGER" shall be in white letters on a red background and the words "HIGH VOLTAGE" shall be in black letters on a white background. Decal shall be Panduit No. PPSO710D72 or approved equal.

b. When such equipment is guarded by a fence, mount signs on the fence. Provide metal signs having nominal dimensions of 14 by 10 inches with the legend "DANGER HIGH VOLTAGE KEEP OUT" printed in three lines of nominal 3 inch high white letters on a red and black field.

1.10 CABLE TAGS IN MANHOLES, HANDHOLES, AND VAULTS

Provide tags for each cable or wire located in manholes, handholes, and vaults. Tag new wire and cable provided under this contract and existing wire and cable which are indicated to have splices and terminations provided by this contract. The first position on the tag shall denote the voltage. The second through sixth positions on the tag shall identify the circuit. The last position shall denote the cable size. The tags shall be polyethylene. Do not provide handwritten letters. As an example, a tag could have the following designation: "11.5 NAS 1-8(Phase A)500," denoting that the tagged cable is on the 11.5kV system circuit number NAS 1-8, underground, Phase A, sized at 500 kcmil.

1.10.1 Polyethylene Cable Tags

Provide tags of polyethylene that have an average tensile strength of 3250 pounds per square inch; and that are 0.08 inch thick (minimum), non-corrosive non-conductive; resistive to acids, alkalis, organic solvents, and salt water; and distortion resistant to 170 degrees F. Provide 0.05 inch (minimum) thick black polyethylene tag holder. Provide a one-piece nylon, self-locking tie at each end of the cable tag. Ties shall have a minimum loop tensile strength of 175 pounds. The cable tags shall have black block letters, numbers, and symbols one inch high on a yellow background. Letters, numbers, and symbols shall not fall off or change positions regardless of the cable tags' orientation.

1.10.2 Lead Cable Tags

Provide tags of virgin sheet lead, one-piece wraparound strap type, slotted on one end for attaching the strap. Minimum size of tags shall be one inch wide by 3/64 inch thick and a length sufficient for die stamping the identification on one line and banding around the cable or wire, but not less than 10 inches long. Tags shall be die stamped with numbers, letters, and symbols not less than 0.25 inch high and approximately 0.015 inch deep in normal block style.

## 1.11 ELECTRICAL REQUIREMENTS

Electrical installations shall conform to ANSI C2, NFPA 70, and requirements specified herein.

### 1.11.1 Motors and Equipment

Provide electrical components of mechanical equipment, such as motors, motor starters, control or push-button stations, float or pressure switches, solenoid valves, and other devices functioning to control mechanical equipment, including control wiring and conduit for circuits rated 100 volts or less, to conform with the requirements of the section covering the mechanical equipment. Extended voltage range motors shall not be permitted. The interconnecting power wiring and conduit, control wiring rated 120 volts (nominal) and conduit, and the electrical power circuits shall be provided under Division 16.

Motors, controllers, and contactors shall conform to Section 16402, "Interior Distribution System" . Extended voltage range motors shall not be permitted. Control voltage for controllers and contactors shall not exceed 120 volts nominal. When motors and equipment furnished are larger than sizes indicated, the cost of additional electrical service and related work shall be included under the section that specified that motor or equipment. Where fuse protection is specifically recommended by the equipment manufacturer, provide fused switches in lieu of non-fused switches indicated.

### 1.11.2 Wiring and Conduit

Provide internal wiring for components of packaged equipment as an integral part of the equipment. Provide power wiring and conduit for field-installed equipment under Section 16402, "Interior Distribution System." Power wiring and conduit shall conform to Section 16402, "Interior Distribution System." Control wiring and conduit shall be provided under, and conform to the requirements of the section specifying the associated equipment.

### 1.11.3 New Work

Provide electrical components of mechanical equipment, such as motors, motor starters, control or push-button stations, float or pressure switches, solenoid valves, integral disconnects, and other devices functioning to control mechanical equipment, as well as control wiring and conduit for circuits rated 100 volts or less, to conform with the requirements of the section covering the mechanical equipment. Extended voltage range motors shall not be permitted. The interconnecting power wiring and conduit, control wiring rated 120 volts (nominal) and conduit, and the electrical power circuits shall be provided under Division 16, except internal wiring for components of packaged equipment shall be provided as an integral part of the equipment. When motors and equipment furnished are larger than sizes indicated, provide any required changes to the electrical service as may be necessary and related work as a part of the work for the section specifying that motor or equipment.

### 1.11.4 Modifications to Existing Systems

Where existing mechanical systems and motor-operated equipment require modifications, provide electrical components under Division 16.

1.11.5 High Efficiency Motors

1.11.5.1 High Efficiency Single-Phase Motors

Unless otherwise specified, single-phase fractional-horsepower alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11.

1.11.5.2 High Efficiency Polyphase Motors

Unless otherwise specified, polyphase motors shall be selected based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings in accordance with Table 12-10 of NEMA MG 1.

1.11.6 Three-Phase Motor Protection

Provide controllers for motors rated 1-hp and above with electronic phase-voltage monitors designed to protect motors from phase-loss, undervoltage, and overvoltage. Provide protection for motors from immediate restart by a time adjustable restart relay.

1.12 INSTRUCTION TO GOVERNMENT PERSONNEL

Where specified in the technical sections, furnish the services of competent instructors to give full instruction to designated Government personnel in the adjustment, operation, and maintenance of the specified systems and equipment, including pertinent safety requirements as required. Instructors shall be thoroughly familiar with all parts of the installation and shall be trained in operating theory as well as practical operation and maintenance work. Instruction shall be given during the first regular work week after the equipment or system has been accepted and turned over to the Government for regular operation. The number of man-days (8 hours per day) of instruction furnished shall be as specified in the individual section.

1.13 LOCKOUT REQUIREMENTS

Provide disconnecting means capable of being locked out for machines and other equipment to prevent unexpected startup or release of stored energy in accordance with 29 CFR 1910.147. Mechanical isolation of machines and other equipment shall be in accordance with requirements of Division 15, "Mechanical."

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

3.1 PAINTING OF EQUIPMENT

3.1.1 Factory Applied

Electrical equipment shall have factory-applied painting systems which shall, as a minimum, meet the requirements of NEMA ICS 6 corrosion-resistance test and the additional requirements specified in the technical sections.

#### 3.1.2 Field Applied

Paint electrical equipment as required to match finish of adjacent surfaces or to meet the indicated or specified safety criteria. Painting shall be as specified in the section specifying the associated electrical equipment.

### 3.2 NAMEPLATE MOUNTING

Provide number, location, and letter designation of nameplates as indicated. Fasten nameplates to the device with a minimum of two sheet-metal screws or two rivets.

### 3.3 WARNING SIGN MOUNTING

Provide the number of signs required to be readable from each accessible side, but space the signs a maximum of 30 feet apart.

### 3.4 CABLE TAG INSTALLATION

Install cable tags in each manhole, handhole, and vault as specified, including each splice. Install cable tags over the fireproofing, if any, and locate the tags so that they are clearly visible without disturbing any cabling or wiring in the manholes, handholes, and vaults.

-- End of Section --

SECTION 16402

# INTERIOR DISTRIBUTION SYSTEM

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 16050, "Basic Electrical Materials and Methods," applies to this section with additions and modifications specified herein.

### 1.3 DEFINITIONS

a. Year 2000 compliant - means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Panelboards;

Transformers;

Cable trays;

Wireways;

SD-03 Product Data

Receptacles;

Circuit breakers;

Switches;

Transformers;

Enclosed circuit breakers;

Motor controllers;

Combination motor controllers;

Manual motor starters;

SD-06 Test Reports

600-volt wiring test;

Grounding system test;

Transformer tests;

Ground-fault receptacle test;

SD-07 Certificates

Fuses; G

Year 2000 (Y2K) Compliance Warranty;

SD-09 Manufacturer's Field Reports

Transformer factory tests

SD-10 Operation and Maintenance Data

Electrical Systems, Data Package 5;

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data" and as specified herein.

## 1.5 QUALITY ASSURANCE

### 1.5.1 Fuses

Submit coordination data as specified in article entitled, "FUSES" of this section.

## 1.6 MAINTENANCE

### 1.6.1 Electrical Systems

Submit operation and maintenance manuals for electrical systems that provide basic data relating to the design, operation, and maintenance of the electrical distribution system for the building. This shall include:

a. Single line diagram of the "as-built" building electrical system.

b. Schematic diagram of electrical control system (other than HVAC, covered elsewhere).

c. Manufacturers' operating and maintenance manuals on active electrical equipment.

## 1.7 WARRANTY

### 1.7.1 Year 2000 (Y2K) Compliance Warranty

For each product, component, and system specified in this section as a "computer controlled facility component," provide a statement of Y2K compliance warranty for the specific equipment. The Contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the Years 1999 and 2000 and leap year calculations to the extent that other computer controlled component, used in combination with the computer controlled component being acquired, properly exchanges date and time data with it. If the contract requires that specific listed products shall perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be as defined in, and subject to, the terms and limitations of the Contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provision to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the Contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other than Year 2000 performance.

## PART 2 PRODUCTS

### 2.1 Y2K COMPATIBILITY

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip technology. This includes, but is not limited to, HVAC controllers, utility monitoring and control systems, alarms, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

### 2.2 MATERIALS AND EQUIPMENT

Materials, equipment, and devices shall, as a minimum, meet requirements of UL, where UL standards are established for those items, and requirements of NFPA 70.

### 2.3 CONDUIT AND FITTINGS

Shall conform to the following:

#### 2.3.1 Rigid Metallic Conduit

##### 2.3.1.1 Rigid Steel Conduit (Zinc-Coated)

ANSI C80.1, UL 6.

##### 2.3.1.2 Rigid Aluminum Conduit

ANSI C80.5, UL 6.

2.3.2 Rigid Nonmetallic Conduit

PVC Type EPC-40, and EPC-80 in accordance with NEMA TC 2, or fiberglass conduit, in accordance with NEMA TC 14.

2.3.3 Intermediate Metal Conduit (IMC)

UL 1242, zinc-coated steel only.

2.3.4 Electrical Metallic Tubing (EMT)

UL 797, ANSI C80.3.

2.3.5 Plastic-Coated Rigid Steel and IMC Conduit

NEMA RN 1, Type 40 (40 mils thick).

2.3.6 Flexible Metal Conduit

UL 1.

2.3.6.1 Liquid-Tight Flexible Metal Conduit, Steel

UL 360.

2.3.7 Fittings for Metal Conduit, EMT, and Flexible Metal Conduit

UL 514B. Ferrous fittings shall be cadmium- or zinc-coated in accordance with UL 514B.

2.3.7.1 Fittings for Rigid Metal Conduit and IMC

Threaded-type. Split couplings unacceptable.

2.3.7.2 Fittings for EMT

Steel compression type.

2.3.7.3 Fittings for Use in Hazardous (Classified) Locations

UL 886.

2.3.8 Fittings for Rigid Nonmetallic Conduit

NEMA TC 3.

2.3.9 Liquid-Tight Flexible Nonmetallic Conduit

UL 1660.

2.4 SURFACE RACEWAY

2.4.1 Surface Metal Raceway

UL 5, two-piece painted steel, totally enclosed, snap-cover type. Provide multiple outlet-type raceway with grounding-type receptacle where indicated. Receptacles shall be as specified herein and shall be spaced minimum of one every 18 inches and as shown. Alternate receptacles shall be wired on different circuits.

## 2.5 CABLE TRAYS

NEMA VE 1. Cable trays shall form a wireway system, and shall be of nominal 4 inch depth. Cable trays shall be constructed of aluminum. Trays shall include splice and end plates, dropouts, and miscellaneous hardware. Edges, fittings, and hardware shall be finished free from burrs and sharp edges. Fittings shall have not less than load-carrying ability of straight tray sections and shall have manufacturer's minimum standard radius. Radius of bends shall be 12 .

### 2.5.1 Ladder-Type Cable Trays

Sized as indicated with maximum rung spacing of 6 inches.

## 2.6 OUTLET BOXES AND COVERS

UL 514A, cadmium- or zinc-coated, if ferrous metal. UL 514C, if nonmetallic.

### 2.6.1 Outlet Boxes in Hazardous (Classified) Locations

UL 886.

### 2.6.2 Floor Outlet Boxes

Boxes shall be adjustable and concrete tight. Each outlet shall consist of nonmetallic body with threaded openings, body with knockouts for conduits, adjustable ring, brass flange ring, and cover plate with 3/4 inch threaded plug. Telephone outlets shall consist of flush, aluminum or stainless steel housing with one inch bushed side opening ; telephone outlets shall have provisions to accommodate 10-wire telephone terminal block. Receptacle outlets shall consist of flush aluminum or stainless steel housing with duplex-type receptacle as specified herein. The floor outlet boxes shall have waterproof, spring loaded, gasket cover. The gasket shall be neoprene "O-ring" type; foam gasket will not be acceptable.

### 2.6.3 Clock Outlet for Use in Other Than Wired Clock System

Provide outlet box with plastic cover, where required, and single receptacle with clock outlet plate. Receptacle shall be recessed sufficiently within box to allow complete insertion of standard cap, flush with plate. Suitable clip or support for hanging clock shall be secured to top plate. Material and finish of plate shall be as specified in paragraph entitled "Device Plates" of this section.

## 2.7 CABINETS, JUNCTION BOXES, AND PULL BOXES

Volume greater than 100 cubic inches, UL 50, hot-dip, zinc-coated, if sheet steel.

## 2.8 WIRES AND CABLES

Wires and cables shall meet applicable requirements of NFPA 70 and UL for type of insulation, jacket, and conductor specified or indicated. Wires and cables manufactured more than 12 months prior to date of delivery to site shall not be used.

### 2.8.1 Conductors

Conductors No. 8 AWG and larger diameter shall be stranded. Conductors No. 10 AWG and smaller diameter shall be solid, except that conductors for remote control, alarm, and signal circuits, classes 1, 2, and 3, shall be stranded unless specifically indicated otherwise. Conductor sizes and ampacities shown are based on copper, unless indicated otherwise. All conductors shall be copper.

2.8.1.1 Equipment Manufacturer Requirements

When manufacturer's equipment requires copper conductors at the terminations or requires copper conductors to be provided between components of equipment, provide copper conductors or splices, splice boxes, and other work required to satisfy manufacturer's requirements.

2.8.1.2 Minimum Conductor Sizes

Minimum size for branch circuits shall be No. 12 AWG; for Class 1 remote-control and signal circuits, No. 14 AWG; for Class 2 low-energy, remote-control and signal circuits, No. 16 AWG; and for Class 3 low-energy, remote-control, alarm and signal circuits, No. 22 AWG.

2.8.2 Color Coding

Provide for service, feeder, branch, control, and signaling circuit conductors. Color shall be green for grounding conductors and white for neutrals; except where neutrals of more than one system are installed in same raceway or box, other neutral shall be white with colored (not green) stripe. Color of ungrounded conductors in different voltage systems shall be as follows:

a. 208/120 volt, three-phase

  (1) Phase A - black

  (2) Phase B - red

  (3) Phase C - blue

b. 480/277 volt, three-phase

  (1) Phase A - brown

  (2) Phase B - orange

  (3) Phase C - yellow

2.8.3 Insulation

Unless specified or indicated otherwise or required by NFPA 70, power and lighting wires shall be 600-volt, Type THWN/THHN conforming to UL 83, except that grounding wire may be type TW conforming to UL 83; remote-control and signal circuits shall be Type TW or TF, conforming to UL 83. Where lighting fixtures require 90-degree Centigrade (C) conductors, provide only conductors with 90-degree C insulation or better.

2.8.4 Bonding Conductors

ASTM B 1, solid bare copper wire for sizes No. 8 AWG and smaller diameter;

ASTM B 8, Class B, stranded bare copper wire for sizes No. 6 AWG and larger diameter.

2.8.5 Metal-Clad Cable

UL 1569; NFPA 70, Type MC cable.

2.8.6 Cable Tray Cable

UL listed; type TC.

2.9 SPLICES AND TERMINATION COMPONENTS

UL 486A and UL 486B, as applicable, for wire connectors and UL 510 for insulating tapes. Connectors for No. 10 AWG and smaller diameter wires shall be insulated, pressure-type in accordance with UL 486A or UL 486C (twist-on splicing connector). Provide solderless terminal lugs on stranded conductors.

2.10 DEVICE PLATES

Provide UL listed, one-piece device plates for outlets to suit the devices installed. For metal outlet boxes, plates on unfinished walls shall be of zinc-coated sheet steel or cast metal having round or beveled edges. For nonmetallic boxes and fittings, other suitable plates may be provided. Plates on finished walls shall be nylon or Lexan, minimum 0.03 inch wall thickness. Plates shall be same color as receptacle or toggle switch with which they are mounted. Plates on finished walls shall be satin finish stainless steel or brushed-finish aluminum, minimum 0.03 inch thick. Screws shall be machine-type with countersunk heads in color to match finish of plate. Sectional type device plates will not be permitted. Plates installed in wet locations shall be gasketed and UL listed for "wet locations."

2.11 SWITCHES

2.11.1 Toggle Switches

NEMA WD 1, No. 1121 for single pole, No. 1122 for double pole, No. 1123 for three-way, and No. 1124 for four-way, totally enclosed with bodies of thermosetting plastic and mounting strap with grounding screw. Handles shall be ivory. Wiring terminals shall be screw-type, side-wired. Switches shall be rated quiet-type ac only, 120/277 volts, with current rating and number of poles indicated.

2.11.2 Switch with Red Pilot Handle

NEMA WD 1. Provide pilot lights that are integrally constructed as a part of the switch's handle. The pilot light shall be red and shall illuminate whenever the switch is closed or "on". The pilot lighted switch shall be rated 20 amps and 120 volts or 277 volts as indicated. Provide the circuit's neutral conductor to each switch with a pilot light.

2.11.3 Disconnect Switches

NEMA KS 1. Provide heavy duty-type switches where indicated, where switches are rated higher than 240 volts, and for double-throw switches. Fused switches shall utilize Class R fuseholders and fuses, unless indicated otherwise. Switches serving as motor-disconnect means shall be

horsepower rated. Provide switches in NEMA 1, 3R enclosure as indicated per NEMA ICS 6.

2.11.4 Breakers Used as Switches

For 120- and 277-Volt fluorescent fixtures, mark breakers "SWD" in accordance with UL 489.

2.12 RECEPTACLES

UL 498 and NEMA WD 1, general grade, heavy-duty, grounding-type. Ratings and configurations shall be as indicated. Bodies shall be of ivory thermosetting plastic supported on a metal mounting strap. Dimensional requirements shall be per NEMA WD 6. Provide screw-type, side-wired wiring terminals. Connect grounding pole to mounting strap.

2.12.1 Duplex Receptacles

Duplex receptacles shall be 20 amperes, 125 volts, No. 5342.

2.12.2 Switched Duplex Receptacles

Provide separate terminals for each ungrounded pole. Top receptacle shall be switched when installed.

2.12.3 Weatherproof Receptacles

Provide in cast metal box with gasketed, weatherproof, cast-metal cover plate and gasketed cap over each receptacle opening. Provide caps with a spring-hinged flap. Receptacle shall be UL listed for use in "wet locations with plug in use."

2.12.4 Ground-Fault Circuit Interrupter Receptacles

UL 943, duplex type for mounting in standard outlet box. Device shall be capable of detecting current leak of 6 milliamperes or greater and tripping per requirements of UL 943 for Class A GFCI devices.

2.12.5 Receptacles in Hazardous (Classified) Locations

UL 1010.

2.13 PANELBOARDS

Panelboards for use as service disconnecting means shall additionally conform to UL 869A. Panelboards shall be circuit breaker-equipped unless indicated otherwise. Design shall be such that individual breakers can be removed without disturbing adjacent units or without loosening or removing supplemental insulation supplied as means of obtaining clearances as required by UL. "Specific breaker placement" is required in panelboards to match the breaker placement indicated in the panelboard schedule on the drawings. Use of "Subfeed Breakers" is not acceptable unless specifically indicated otherwise. Main breaker shall be "separately" mounted "above" branch breakers. Where "space only" is indicated, make provisions for future installation of breakers. Panelboard locks shall be keyed same. Directories shall indicate load served by each circuit in panelboard. Directories shall also indicate source of service to panelboard (e.g., Panel PA served from Panel MDP). Provide new directories for existing panels modified by this project as indicated. Type directories and mount in

holder behind transparent protective covering.

2.13.1 Panelboard Buses

Support bus bars on bases independent of circuit breakers. Main buses and back pans shall be designed so that breakers may be changed without machining, drilling, or tapping. Provide isolated neutral bus in each panel for connection of circuit neutral conductors. Provide separate ground bus identified as equipment grounding bus per UL 67 for connecting grounding conductors; bond to steel cabinet.

2.13.2 Circuit Breakers

UL 489, thermal magnetic-type having a minimum short-circuit current rating equal to the short-circuit current rating of the panelboard in which the circuit breaker shall be mounted. Breaker terminals shall be UL listed as suitable for type of conductor provided. Series rated circuit breakers and plug-in circuit breakers without a self-contained bracket and not secured by a positive locking device requiring mechanical release for removal are unacceptable. Series rated circuit breakers and plug-in circuit breakers are unacceptable.

2.13.2.1 Multipole Breakers

Provide common trip-type with single operating handle. Breaker design shall be such that overload in one pole automatically causes all poles to open. Maintain phase sequence throughout each panel so that any three adjacent breaker poles are connected to Phases A, B, and C, respectively.

2.13.2.2 Circuit Breaker With GFCI

UL 943 and NFPA 70. Provide with "push-to-test" button, visible indication of tripped condition, and ability to detect and trip on current imbalance of 6 milliamperes or greater per requirements of UL 943 for Class A GFCI devices, for personnel protection, and 20 milliamperes or greater per requirements of UL 943 for Class B GFCI per equipment protection.

2.13.2.3 Circuit Breakers for HVAC Equipment

Circuit breakers for HVAC equipment having motors (group or individual) shall be marked for use with HACR type and UL listed as HACR type.

2.14 ENCLOSED CIRCUIT BREAKERS

UL 489. Individual molded case circuit breakers with voltage and continuous current ratings, number of poles, overload trip setting, and short circuit current interrupting rating as indicated. Enclosure type as indicated.

2.15 MOTOR CIRCUIT PROTECTORS (MCP)

Motor circuit protectors; NEMA AB 1 and UL 489. MCPs shall consist of an adjustable instantaneous trip circuit breaker in conjunction with a combination motor controller which provides coordinated motor circuit overload and short circuit protection. MCPs shall be rated in accordance with NFPA 70.

2.16 FUSES

NEMA FU 1. Provide complete set of fuses for each fusible switch. Time-current characteristics curves of fuses serving motors or connected in series with circuit breakers shall be coordinated for proper operation. Submit coordination data for approval. Fuses shall have voltage rating not less than circuit voltage.

2.16.1 Cartridge Fuses, Current Limiting Type (Class R)

UL 198E, Class RK-5 time delay-type. Associated fuseholders shall be Class R only.

2.16.2 Cartridge Fuses, Current Limiting Type (Classes J, L, and CC)

UL 198C, Class J for zero to 600 amperes, Class L for 601 to 6,000 amperes, and Class CC for zero to 30 amperes.

2.16.3 Cartridge Fuses, Current Limiting Type (Class T)

UL 198H, Class T for zero to 1,200 amperes, 300 volts; and zero to 800 amperes, 600 volts.

2.17 TRANSFORMERS

NEMA ST 20, general purpose, dry-type, self-cooled, ventilated. Provide transformers in NEMA 1 enclosure. Transformer shall have 220 degrees C insulation system for transformers 15 kVA and greater, and shall have 180 degrees C insulation for transformers rated 10 kVA and less, with temperature rise not exceeding 115 degrees C under full-rated load in maximum ambient of 40 degrees C. Transformer of 115 degrees C temperature rise shall be capable of carrying continuously 115 percent of nameplate kVA without exceeding insulation rating. Transformers shall be quiet type with maximum sound level at least 3 decibels less than NEMA standard level for transformer ratings indicated.

2.17.1 Specified Transformer Efficiency

Transformers, indicated and specified with: 480V primary, 80 degrees C or 115 degrees C temperature rise, kVA ratings of 37.5 to 100 for single phase or 30 to 500 for three phase, shall be energy efficient type. Minimum efficiency, based on factory test results, shall not be less than NEMA Class 1 efficiency as defined by NEMA TP 1.

2.18 MOTORS

NEMA MG 1; hermetic-type sealed motor compressors shall also comply with UL 984. Provide the size in terms of HP, or kVA, or full-load current, or a combination of these characteristics, and other characteristics, of each motor as indicated or specified. Determine specific motor characteristics to ensure provision of correctly sized starters and overload heaters. Motors for operation on 208-volt, 3-phase circuits shall have terminal voltage rating of 200 volts, and those for operation on 480-volt, 3-phase circuits shall have terminal voltage rating of 460 volts. Motors shall be designed to operate at full capacity with voltage variation of plus or minus 10 percent of motor voltage rating.

2.18.1 High Efficiency Single-Phase Motors

Single-phase fractional-horsepower alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11.

### 2.18.2 High Efficiency Polyphase Motors

Polyphase motors shall be selected based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings in accordance with Table 12-10 of NEMA MG 1.

### 2.18.3 Motor Sizes

Provide size for duty to be performed, not exceeding the full-load nameplate current rating when driven equipment is operated at specified capacity under most severe conditions likely to be encountered. When motor size provided differs from size indicated or specified, make adjustments to wiring, disconnect devices, and branch circuit protection to accommodate equipment actually provided.

## 2.19 MOTOR CONTROLLERS

UL 508, NEMA ICS 1, and NEMA ICS 2. Controllers shall have thermal overload protection in each phase and shall have one spare normally open and one spare normally closed auxiliary contact. Magnetic-type motor controllers shall have undervoltage protection when used with momentary-contact pushbutton stations or switches and shall have undervoltage release when used with maintained-contact pushbutton stations or switches. When used with pressure, float, or similar automatic-type or maintained-contact switch, controller shall have hand/off/automatic selector switch. Connections to selector switch shall be such that only normal automatic regulatory control devices are bypassed when switch is in "hand" position. Safety control devices, such as low and high pressure cutouts, high temperature cutouts, and motor overload protective devices, shall be connected in motor control circuit in "hand" and "automatic" positions. Control circuit connections to hand/off/automatic selector switch or to more than one automatic regulatory control device shall be made in accordance with indicated or manufacturer's approved wiring diagram. Selector switch shall have means for locking in any position. For each motor not in sight of controller or where controller disconnecting means is not in sight of motor location and driven machinery location, controller disconnecting means shall be capable of being locked in open position. As an alternative, provide a manually operated, lockable, nonfused switch which disconnects motor from supply source within sight of motor. Overload protective devices shall provide adequate protection to motor windings; be thermal inverse-time-limit type; and include manual reset-type pushbutton on outside of motor controller case. Cover of combination motor controller and manual switch or circuit breaker shall be interlocked with operating handle of switch or circuit breaker so that cover cannot be opened unless handle of switch or circuit breaker is in "off" position.

### 2.19.1 Control Circuits

Control circuits shall have maximum voltage of 120 volts derived from control transformer in same enclosure. Transformers shall conform to UL 506, as applicable. Transformers, other than transformers in bridge circuits, shall have primaries wound for voltage available and secondaries wound for correct control circuit voltage. Size transformers so that 80 percent of rated capacity equals connected load. Provide disconnect switch on primary side. Provide fuses in each ungrounded primary feeder. One secondary lead

shall be fused; other shall be grounded.

2.19.2 Enclosures for Motor Controllers

NEMA ICS 6.

2.19.3 Multiple-Speed Motor Controllers and Reversible Motor Controllers

Across-the-line-type, electrically and mechanically interlocked. Multiple-speed controllers shall have compelling relays and shall be multiple-button, station-type with pilot lights for each speed.

2.19.4 Pushbutton Stations

Provide with "start/stop" momentary contacts having one normally open and one normally closed set of contacts, and red lights to indicate when motor is running. Stations shall be heavy duty, oil-tight design.

2.19.5 Pilot and Indicating Lights

Provide transformer, resistor, or diode type. Provide LED cluster lamps.

2.19.6 Terminal Blocks

NEMA ICS 4.

2.20 MANUAL MOTOR STARTERS (MOTOR RATED SWITCHES)

Double pole designed for surface mounting with overload protection and pilot lights.

2.20.1 Pilot Lights

Provide yoke-mounted, candelabra-base sockets rated 125 volts and fitted with glass or plastic jewels. Provide clear, 6 watt lamp in each pilot switch. Jewels for use with switches controlling motors shall be green; jewels for other purposes shall be red.

2.21 MOTOR CONTROL CENTERS

2.21.1 Combination Motor Controllers

UL 508 and other requirements in paragraph entitled, "Motor Controllers." Controller shall employ molded case circuit breaker for branch circuit protection. Circuit breakers for combination controllers shall be magnetic only.

2.22 TELEPHONE SYSTEM

Provide system of telephone wire-supporting structures, including: conduits with pull wires and cable trays, terminal boxes, outlet and junction boxes, other accessories for telephone outlets, and telephone backboards. Additional requirements are in Section 16710,"Structured Telecommunications Cabling and Pathway System."

2.22.1 Outlet Boxes for Telephone System

Standard type, as specified herein, 4 by 4 inches. Mount flush in finished walls at height specified for outlet receptacles.

2.22.2 Cover Plates

Modular telephone type with same finish specified for receptacle and switch cover plates.

2.22.3 Conduit Sizing

Conduit for single outlets shall be minimum of 3/4 inch and for two outlets minimum of one inch. Size conduits for telephone risers to telephone cabinets, junction boxes, distribution centers, and telephone service, as indicated.

2.22.4 Backboards

Interior grade plywood, 3/4 inch thick, 4 by 8 feet minimum . Paint with gray fire resistant paint.

2.22.5 Terminal Cabinets

Construct of zinc-coated sheet steel. Cabinets shall be constructed with interior dimensions not less than those indicated. Trim shall be fitted with hinged door and flush catch. Doors shall provide maximum-size openings to the box interiors. Boxes shall be provided with 5/8 inch backboard having a two-coat insulating varnish finish. Match trim, hardware, doors, and finishes to lighting panelboards.

2.22.6 Receptacles for Telephone Service

Provide receptacles, 125 volts, 20 amperes, single phase, 60 Hz , adjacent to telephone backboards, served from panelboard circuit as indicated.

2.23 GROUNDING AND BONDING EQUIPMENT

UL 467. Ground rods shall be copper-clad steel, with minimum diameter of 3/4 inch and minimum length of 10 feet .

2.24 HAZARDOUS LOCATIONS

Electrical materials, equipment, and devices for installation in hazardous locations, as defined by NFPA 70, shall be specifically approved by Underwriters' Laboratories, Inc., or Factory Mutual for particular "Class," "Division," and "Group" of hazardous locations involved. Boundaries and classifications of hazardous locations shall be as indicated.

2.25 NAMEPLATES

Provide as specified in Section 16050, "Basic Electrical Materials and Methods."

2.26 FIRESTOPPING MATERIALS

Provide firestopping around electrical penetrations in accordance with Section 07840, "Firestopping."

2.27 WIREWAYS

UL 870. Material shall be steel 16 gage for heights and depths up to 6 by 6 inches, and 14 gage for heights and depths up to 12 by 12 inches.

Provide in length required for the application with screw-cover NEMA 1 enclosure per NEMA ICS 6.

## 2.28 TRANSIENT VOLTAGE SURGE SUPPRESSORS

Provide Transient Voltage Surge Suppression (TVSS) devices which comply with UL 1449.

## 2.29 SOURCE QUALITY CONTROL

### 2.29.1 Transformer Factory Tests

Submittal shall include routine NEMA ST 20 transformer test results on each transformer and also contain the results of NEMA "design" and "prototype" tests that were made on transformers electrically and mechanically equal to those specified.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Electrical installations shall conform to requirements of NFPA 70 and to requirements specified herein.

### 3.1.1 Underground Service

Underground service conductors and associated conduit shall be continuous from service entrance equipment to outdoor power system connection.

### 3.1.2 Overhead Service

Overhead service conductors into buildings shall terminate at service entrance fittings or weatherhead outside building. Overhead service conductors and support bracket for overhead conductors are included in the Section 16301, "Overhead Transmission and Distribution."

### 3.1.3 Hazardous Locations

Work in hazardous locations, as defined by NFPA 70, shall be performed in strict accordance with NFPA 70 for particular "Class," "Division," and "Group" of hazardous locations involved. Provide conduit and cable seals where required by NFPA 70. Conduit shall have tapered threads.

### 3.1.4 Service Entrance Identification

Service entrance disconnect devices, switches, and enclosures shall be labeled and identified as such.

#### 3.1.4.1 Labels

Wherever work results in service entrance disconnect devices in more than one enclosure, as permitted by NFPA 70, each enclosure, new and existing, shall be labeled as one of several enclosures containing service entrance disconnect devices. Label, at minimum, shall indicate number of service disconnect devices housed by enclosure and shall indicate total number of enclosures that contain service disconnect devices. Provide laminated plastic labels conforming to paragraph entitled "Nameplates." Use lettering of at least 0.25 inch in height, and engrave on black-on-white matte finish. Service entrance disconnect devices in more than one

enclosure, shall be provided only as permitted by NFPA 70.

3.1.5 Wiring Methods

Provide insulated conductors installed in rigid steel conduit, IMC, rigid nonmetallic conduit, or EMT, except where specifically indicated or specified otherwise or required by NFPA 70 to be installed otherwise. Grounding conductor shall be separate from electrical system neutral conductor. Provide insulated green equipment grounding conductor for circuit(s) installed in conduit and raceways. Minimum conduit size shall be 1/2 inch in diameter for low voltage lighting and power circuits. Vertical distribution in multiple story buildings shall be made with metal conduit in fire-rated shafts. Metal conduit shall extend through shafts for minimum distance of 6 inches. Conduit which penetrates fire-rated walls, fire-rated partitions, or fire-rated floors shall be firestopped in accordance with Section 07840, "Firestopping".

3.1.5.1 Restrictions Applicable to Aluminum Conduit

Do not install underground or encase in concrete or masonry. Do not use brass or bronze fittings.

3.1.5.2 Restrictions Applicable to EMT

a. Do not install underground.

b. Do not encase in concrete, mortar, grout, or other cementitious materials.

c. Do not use in areas subject to severe physical damage including but not limited to equipment rooms where moving or replacing equipment could physically damage the EMT.

d. Do not use in hazardous areas.

e. Do not use outdoors.

f. Do not use in fire pump rooms.

3.1.5.3 Nonmetallic Conduit

a. Restrictions applicable to PVC Schedule 40 and PVC Schedule 80

(1) Do not use in areas where subject to severe physical damage, including but not limited to, mechanical equipment rooms, electrical equipment rooms, hospitals, power plants, missile magazines, and other such areas.

(2) Do not use in hazardous (classified) areas.

(3) Do not use in fire pump rooms.

(4) Do not use in penetrating fire-rated walls or partitions, or fire-rated floors.

3.1.5.4 Restrictions Applicable to Flexible Conduit

Use only as specified in paragraph entitled "Flexible Connections."

3.1.5.5 Service Entrance Conduit, Overhead

Rigid steel or IMC from service entrance to service entrance fitting or weatherhead outside building.

3.1.5.6 Service Entrance Conduit, Underground

PVC, Type-EPC 40, galvanized rigid steel or steel IMC. Underground portion shall be encased in minimum of 3 inches of concrete and shall be installed minimum 18 inches below slab or grade.

3.1.5.7 Underground Conduit Other Than Service Entrance

Plastic-coated rigid steel; plastic-coated steel IMC; PVC, Type EPC-40; or fiberglass. Convert nonmetallic conduit, other than PVC Schedule 40 or 80, to plastic-coated rigid, or IMC, steel conduit before rising through floor slab. Plastic coating shall extend minimum 6 inches above floor.

3.1.5.8 Conduit in Floor Slabs

PVC, Type EPC-40, unless indicated otherwise.

3.1.5.9 Metal Clad Cable

Install in accordance with NFPA 70, Type MC cable.

3.1.6 Conduit Installation

Unless indicated otherwise, conceal conduit under floor slabs and within finished walls, ceilings, and floors. Keep conduit minimum 6 inches away from parallel runs of flues and steam or hot water pipes. Install conduit parallel with or at right angles to ceilings, walls, and structural members where located above accessible ceilings and where conduit will be visible after completion of project.

3.1.6.1 Conduit Installed Under Floor Slabs

Conduit run under floor slab shall be located a minimum of 12 inches below the vapor barrier. Seal around conduits at penetrations thru vapor barrier.

3.1.6.2 Conduit Through Floor Slabs

Where conduits rise through floor slabs, curved portion of bends shall not be visible above finished slab.

3.1.6.3 Conduit Support

Support conduit by pipe straps, wall brackets, hangers, or ceiling trapeze. Fasten by wood screws to wood; by toggle bolts on hollow masonry units; by concrete inserts or expansion bolts on concrete or brick; and by machine screws, welded threaded studs, or spring-tension clamps on steel work. Threaded C-clamps may be used on rigid steel conduit only. Do not weld conduits or pipe straps to steel structures. Load applied to fasteners shall not exceed one-fourth proof test load. Fasteners attached to concrete ceiling shall be vibration resistant and shock-resistant. Holes cut to depth of more than 1 1/2 inches in reinforced concrete beams or to depth of more than/4 inch in concrete joints shall not cut main reinforcing bars. Fill unused holes. In partitions of light steel construction, use sheet metal screws. In suspended-ceiling construction, run conduit above

ceiling. Do not support conduit by ceiling support system. Conduit and box systems shall be supported independently of both (a) tie wires supporting ceiling grid system, and (b) ceiling grid system into which ceiling panels are placed. Supporting means shall not be shared between electrical raceways and mechanical piping or ducts. Installation shall be coordinated with above-ceiling mechanical systems to assure maximum accessibility to all systems. Spring-steel fasteners may be used for lighting branch circuit conduit supports in suspended ceilings in dry locations. Support exposed risers in wire shafts of multistory buildings by U-clamp hangers at each floor level and at 10 foot maximum intervals. Where conduit crosses building expansion joints, provide suitable watertight expansion fitting that maintains conduit electrical continuity by bonding jumpers or other means.

3.1.6.4 Directional Changes in Conduit Runs

Make changes in direction of runs with symmetrical bends or cast-metal fittings. Make field-made bends and offsets with hickey or conduit-bending machine. Do not install crushed or deformed conduits. Avoid trapped conduits. Prevent plaster, dirt, or trash from lodging in conduits, boxes, fittings, and equipment during construction. Free clogged conduits of obstructions.

3.1.6.5 Pull Wire

Install pull wires in empty conduits. Pull wire shall be plastic having minimum 200-pound tensile strength. Leave minimum 36 inches of slack at each end of pull wire.

3.1.6.6 Telephone and Signal System Conduits

Refer to Section 16710, "Structured Telecommunications Cabling and Pathway System."

3.1.6.7 Conduit Installed in Concrete Floor Slabs

Locate so as not to adversely affect structural strength of slabs. Install conduit within middle one-third of concrete slab. Space conduits horizontally not closer than three diameters, except at cabinet locations. Curved portions of bends shall not be visible above finish slab. Increase slab thickness as necessary to provide minimum one inch cover over conduit. Where embedded conduits cross building and/or expansion joints, provide suitable watertight expansion/deflection fittings and bonding jumpers. Expansion/deflection fittings shall allow horizontal and vertical movement of raceway. Conduit larger than one inch trade size shall be parallel with or at right angles to main reinforcement; when at right angles to reinforcement, conduit shall be close to one of supports of slab. Where nonmetallic conduit is used, raceway shall be converted to plastic coated rigid steel or plastic coated steel IMC before rising above floor, unless specifically indicated.

3.1.6.8 Locknuts and Bushings

Fasten conduits to sheet metal boxes and cabinets with two locknuts where required by NFPA 70, where insulated bushings are used, and where bushings cannot be brought into firm contact with the box; otherwise, use at least minimum single locknut and bushing. Locknuts shall have sharp edges for digging into wall of metal enclosures. Install bushings on ends of conduits, and provide insulating type where required by NFPA 70.

3.1.6.9 Stub-Ups

Provide conduits stubbed up through concrete floor for connection to free-standing equipment with adjustable top or coupling threaded inside for plugs, set flush with finished floor. Extend conductors to equipment in rigid steel conduit, except that flexible metal conduit may be used 6 inches above floor. Where no equipment connections are made, install screwdriver-operated threaded flush plugs in conduit end.

3.1.6.10 Flexible Connections

Provide flexible steel conduit between 3 and 6 feet in length for recessed and semi-recessed lighting fixtures; for equipment subject to vibration, noise transmission, or movement; and for motors. Install flexible conduit to allow 20 percent slack. Minimum flexible steel conduit size shall be 1/2 inch diameter. Provide liquidtight flexible nonmetallic conduit in wet and damp locations for equipment subject to vibration, noise transmission, movement or motors. Provide separate ground conductor across flexible connections.

3.1.7 Cable Tray Installation

Install and ground per NFPA 70, Article 318. Install cable trays parallel with or at right angles to ceilings, walls, and structural members. Support in accordance with manufacturer recommendations but at not more than 6 foot intervals. Adjacent cable tray sections shall be bonded together by connector plates of an identical type as the cable tray sections. Terminate cable trays 10 inches from both sides of smoke and fire partitions. Conductors run through smoke and fire partitions shall be installed in 4 inch rigid steel conduits with grounding bushings, extending 12 inches beyond each side of partitions. Seal conduit on both ends to maintain smoke and fire ratings of partitions. Penetrations shall be firestopped in accordance with Section 07840, "Firestopping."

3.1.8 Boxes, Outlets, and Supports

Provide boxes in wiring and raceway systems wherever required for pulling of wires, making connections, and mounting of devices or fixtures. Boxes for metallic raceways shall be cast-metal, hub-type when located in wet locations, when surface mounted on outside of exterior surfaces, and when specifically indicated. Boxes in other locations shall be sheet steel, except that aluminum boxes may be used with aluminum conduit, and nonmetallic boxes may be used with nonmetallic sheathed cable conduit system. Each box shall have volume required by NFPA 70 for number of conductors enclosed in box. Boxes for mounting lighting fixtures shall be minimum 4 inches square, or octagonal, except that smaller boxes may be installed as required by fixture configurations, as approved. Boxes for use in masonry-block or tile walls shall be square-cornered, tile-type, or standard boxes having square-cornered, tile-type covers. Provide gaskets for cast-metal boxes installed in wet locations and boxes installed flush with outside of exterior surfaces. Provide separate boxes for flush or recessed fixtures when required by fixture terminal operating temperature; fixtures shall be readily removable for access to boxes unless ceiling access panels are provided. Support boxes and pendants for surface-mounted fixtures on suspended ceilings independently of ceiling supports, or make adequate provisions for distributing load over ceiling support members in an approved manner. Fasten boxes and supports with wood screws on wood, with bolts and expansion shields on concrete or brick, with toggle bolts on

hollow masonry units, and with machine screws or welded studs on steel. Threaded studs driven in by powder charge and provided with lockwashers and nuts or nail-type nylon anchors may be used in lieu of wood screws, expansion shields, or machine screws. In open overhead spaces, cast boxes threaded to raceways need not be separately supported except where used for fixture support; support sheet metal boxes directly from building structure or by bar hangers. Where bar hangers are used, attach bar to raceways on opposite sides of box, and support raceway with approved-type fastener maximum 24 inches from box. When penetrating reinforced concrete members, avoid cutting reinforcing steel.

3.1.8.1 Boxes

Boxes for use with raceway systems shall be minimum 1 1/2 inches deep, except where shallower boxes required by structural conditions are approved. Boxes for other than lighting fixture outlets shall be minimum 4 inches square, except that 4 by 2 inch boxes may be used where only one raceway enters outlet. Telephone outlets shall be minimum of 4 inches square by 2 1/8 deep.

3.1.8.2 Pull Boxes

Construct of at least minimum size required by NFPA 70 of code-gauge galvanized sheet steel, except where cast-metal boxes are required in locations specified herein. Provide boxes with screw-fastened covers. Where several feeders pass through common pull box, tag feeders to indicate clearly electrical characteristics, circuit number, and panel designation.

3.1.8.3 Extension Rings

Extension rings are not permitted for new construction. Use only on existing boxes in concealed conduit systems where wall is furred out for new finish.

3.1.9 Mounting Heights

Mount panelboards, circuit breakers, motor controller and disconnecting switches so height of operating handle at its highest position is maximum 78 inches above floor. Mount lighting switches 48 inches above finished floor, receptacles 18 inches above finished floor, and other devices . Measure mounting heights of wiring devices and outlets to center of device or outlet.

3.1.10 Conductor Identification

Provide conductor identification within each enclosure where tap, splice, or termination is made. For conductors No. 6 AWG and smaller diameter, color coding shall be by factory-applied, color-impregnated insulation. For conductors No. 4 AWG and larger diameter, color coding shall be by plastic-coated, self-sticking markers; colored nylon cable ties and plates; or heat shrink-type sleeves. Identify control circuit terminations in accordance with manufacturer's recommendations.

3.1.11 Splices

Make splices in accessible locations. Make splices in conductors No. 10 AWG and smaller diameter with insulated, pressure-type connector. Make splices in conductors No. 8 AWG and larger diameter with solderless connector, and cover with insulation material equivalent to conductor

insulation.

3.1.11.1 Splices of Aluminum Conductors

Aluminum interior wiring will not be accepted.

3.1.12 Covers and Device Plates

Install with edges in continuous contact with finished wall surfaces without use of mats or similar devices. Plaster fillings are not permitted. Install plates with alignment tolerance of 1/16 inch. Use of sectional-type device plates are not permitted. Provide gasket for plates installed in wet locations.

3.1.13 Electrical Penetrations

Seal openings around electrical penetrations through fire resistance-rated walls, partitions, floors, or ceilings in accordance with Section 07840, "Firestopping."

3.1.14 Grounding and Bonding

In accordance with NFPA 70. Ground exposed, non-current-carrying metallic parts of electrical equipment, metallic raceway systems, grounding conductor in metallic and nonmetallic raceways, telephone system grounds, and neutral conductor of wiring systems. Make ground connection to driven ground rods on exterior of building. Interconnect all grounding media in or on the structure to provide a common ground potential. This shall include electrical service, telephone system grounds, as well as underground metallic piping systems. Interconnection to the gas line shall be made on the customer's side of the meter. Use main size lightning conductors for interconnecting these grounding systems to the lightning protection system.

3.1.14.1 Resistance

Maximum resistance-to-ground of grounding system shall not exceed 20 ohms under dry conditions. Where resistance obtained exceeds 25 ohms, contact Contracting Officer for further instructions.

3.1.14.2 Telephone Service

Provide main telephone service equipment ground consisting of separate ground wire, No. 6 AWG, in conduit between equipment backboard and readily accessible grounding connection. Equipment end of ground wire shall consist of coiled length at least twice as long as terminal cabinet or backboard height.

3.1.15 Equipment Connections

Provide power wiring for the connection of motors and control equipment under this section of the specification. Except as otherwise specifically noted or specified, automatic control wiring, control devices, and protective devices within the control circuitry are not included in this section of the specifications but shall be provided under the section specifying the associated equipment.

3.1.16 Government-Furnished Equipment

Contractor shall make connections to Government-furnished equipment to make

equipment operate as intended, including providing miscellaneous items such as plugs, receptacles, wire, cable, conduit, flexible conduit, and outlet boxes or fittings.

3.1.17 Repair of Existing Work

Repair of existing work, demolition, and modification of existing electrical distribution systems shall be performed as follows:

3.1.17.1 Workmanship

Lay out work in advance. Exercise care where cutting, channeling, chasing, or drilling of floors, walls, partitions, ceilings, or other surfaces is necessary for proper installation, support, or anchorage of conduit, raceways, or other electrical work. Repair damage to buildings, piping, and equipment using skilled craftsmen of trades involved.

3.1.17.2 Existing Concealed Wiring to be Removed

Existing concealed wiring to be removed shall be disconnected from its source. Remove conductors; cut conduit flush with floor, underside of floor, and through walls; and seal openings.

3.1.17.3 Removal of Existing Electrical Distribution System

Removal of existing electrical distribution system equipment shall include equipment's associated wiring, including conductors, cables, exposed conduit, surface metal raceways, boxes, and fittings, back to equipment's power source as indicated.

3.1.17.4 Continuation of Service

Maintain continuity of existing circuits of equipment to remain. Existing circuits of equipment shall remain energized. Circuits which are to remain but were disturbed during demolition shall have circuits wiring and power restored back to original condition.

3.1.18 Watthour Meters

NEMA C12.1.

3.2 FIELD QUALITY CONTROL

Furnish test equipment and personnel and submit written copies of test results. Give Contracting Officer 5 working days notice prior to each tests.

3.2.1 Devices Subject to Manual Operation

Each device subject to manual operation shall be operated at least five times, demonstrating satisfactory operation each time.

3.2.2 600-Volt Wiring Test

Test wiring rated 600 volt and less to verify that no short circuits or accidental grounds exist. Perform insulation resistance tests on wiring No. 6 AWG and larger diameter using instrument which applies voltage of approximately 500 volts to provide direct reading of resistance. Minimum resistance shall be 250,000 ohms.

### 3.2.3 Transformer Tests

Perform the standard, not optional, tests in accordance with the Inspection and Test Procedures for transformers, dry type, air-cooled, 600 volt and below; as specified in NETA ATS. Measure primary and secondary voltages for proper tap settings. Tests need not be performed by a recognized independent testing firm or independent electrical consulting firm.

### 3.2.4 Ground-Fault Receptacle Test

Test GFCI receptacles with a "load" (such as a plug in light) to verify that the "line" and "load" leads are not reversed.

### 3.2.5 Grounding System Test

Test grounding system to ensure continuity, and that resistance to ground is not excessive. Test each ground rod for resistance to ground before making connections to rod; tie grounding system together and test for resistance to ground. Make resistance measurements in dry weather, not earlier than 48 hours after rainfall. Submit written results of each test to Contracting Officer, and indicate location of rods as well as resistance and soil conditions at time measurements were made.

-- End of Section --

SECTION 16510

# INTERIOR LIGHTING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 16050, "Basic Electrical Materials and Methods," applies to this section, with the additions and modifications specified herein. Materials not considered to be lighting equipment or lighting fixture accessories are specified in Section 16402, "Interior Distribution System." Lighting fixtures and accessories mounted on exterior surfaces of buildings are specified in this section.

### 1.3 DEFINITIONS

#### 1.3.1 Average Life

Time after which 50 percent will have failed and 50 percent will have survived under normal conditions.

#### 1.3.2 Total Harmonic Distortion (THD)

The root mean square (RMS) of all the harmonic components divided by the total fundamental current.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Fluorescent lighting fixtures;

Fluorescent electronic ballasts;

Fluorescent electromagnetic ballasts;

Fluorescent lamps;

Dimmer switch;

Time switch;

Photocell switch;

Exit signs;

Emergency lighting equipment;

Occupancy sensors;

SD-04 Samples

Lighting fixtures, complete with lamps and ballasts; G

SD-06 Test Reports

Operating test

Submit test results as stated in paragraph entitled "Field Quality Control."

SD-10 Operation and Maintenance Data

Lighting Control System, Data Package 5; G

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data" and as specified herein, showing all control modules, control zones, occupancy sensors, light fixtures, and all interconnecting control wire, conduit, and associated hardware.

SD-11 Closeout Submittals

Information card; G

## 1.5 QUALITY ASSURANCE

### 1.5.1 Fluorescent Electronic Ballasts

Submit ballast catalog data as required in the paragraph entitled "Fluorescent Lamp Electronic Ballasts" contained herein. As an option, submit the fluorescent fixture manufacturer's electronic ballast specification information in lieu of the actual ballast manufacturer's catalog data. This information shall include published specifications and sketches, which covers the information required by the paragraph entitled "Fluorescent Lamp Electronic Ballasts" herein. This information may be supplemented by catalog data if required, and shall contain a list of vendors with vendor part numbers.

### 1.5.2 Lighting Fixtures, Complete With Lamps and Ballasts

Submit one sample of each fixture type and large order item for inspection, review, and approval. The sample shall be retained for comparison against the remainder of the fixtures. The sample may be used in the final fixture installation.

### 1.5.3 Lighting Control System

Submit operation and maintenance manuals for lighting control systems that provide basic data relating to the design, operation, and maintenance of the lighting control system for the building. This shall include:

a. Schematic diagram of the lighting control system.

b. Manufacturers' operating and maintenance manuals on active lighting control equipment. Lighting control equipment shall include, if indicated: occupancy sensors, power packs, dimming ballasts, and light level sensors.

### 1.5.4 Information Card

For each electronic ballast manufacturer used in the construction, furnish a typewritten card, laminated in plastic. Card shall be 8 1/2 by 11 inches minimum and shall contain the information listed on Form 1 located at the end of this section. The card shall be turned over to the officer in charge of construction with warranty and equipment information. Send a photostatic paper copy to ENGFLDACT WEST, Code 102, 900 Commodore Drive, San Bruno, CA 94066-2402.

## 1.6 ELECTRONIC BALLAST WARRANTY

Furnish the electronic ballast manufacturer's warranty. The warranty period shall not be less than 5 years from the date of manufacture of the electronic ballast. Ballast assembly in the lighting fixture, transportation, and on-site storage shall not exceed 12 months, thereby permitting 4 years of the ballast 5 year warranty to be in service and energized. The warranty shall state that the malfunctioning ballast shall be exchanged by the manufacturer and promptly shipped to the using Government facility. The replacement ballast shall be identical to, or an improvement upon, the original design of the malfunctioning ballast.

# PART 2 PRODUCTS

## 2.1 FLUORESCENT LIGHTING FIXTURES

UL 1570. Fluorescent fixtures shall have electronic ballasts unless specifically indicated otherwise.

### 2.1.1 Fluorescent Lamp Electronic Ballasts

The electronic ballast shall as a minimum meet the following characteristics:

a. Ballast shall comply with UL 935, ANSI C82.11, and NFPA 70 unless specified otherwise. Ballast shall be designed for the wattage of the lamps used in the indicated application. Ballasts shall be designed to operate on the voltage system to which they are connected.

b. Power factor shall be 0.95 (minimum).

c. Ballast shall operate at a frequency of 20,000 Hertz (minimum).

d. Ballast shall have light regulation of plus or minus 10 percent lumen output with a plus or minus 10 percent input voltage regulation. Ballast shall have 10 percent flicker (maximum) using any compatible lamp.

e. Ballast shall be UL listed Class P with a sound rating of "A."

f. Ballast enclosure size shall conform to standards of electromagnetic ballasts. Ballast shall have circuit diagrams and lamp connections displayed on ballast packages. Ballast shall operate lamps in a parallel circuit configuration that permits the operation of remaining lamps if one or more lamps fail or are removed.

g. Ballast shall operate in an instant start mode.

h. Electronic ballast shall have a full replacement warranty of 5 years from date of manufacture as specified in paragraph entitled "Electronic Ballast Warranty" herein.

2.1.1.1 T-8 Lamp Ballast

a. Ballast shall be capable of starting and maintaining operation at a minimum of 50 degrees F for F32T8 lamps, unless otherwise indicated. When indicated, ballast shall be capable of starting and maintaining operation at a minimum of zero degrees F for F32T8 lamps.

b. Total harmonic distortion (THD): Shall be 10 percent (maximum).

c. Input wattage.

(1) 32 watts (maximum) when operating one F32T8 lamp.

(2) 62 watts (maximum) when operating two F32T8 lamps

(3) 92 watts (maximum) when operating three F32T8 lamps

(4) 114 watts (maximum) when operating four F32T8 lamps

d. Provide three and four lamp fixtures with two ballasts per fixture where multilevel switching is indicated.

e. A single ballast may be used to serve multiple fixtures if they are continuously mounted and factory manufactured for that installation with an integral wireway.

2.1.2 Light Level Sensor

UL listed. Light level sensor shall be capable of detecting changes in ambient lighting levels, shall provide a dimming range of 20 percent to 100 percent, minimum, and shall be designed for use with dimming ballast and voltage system to which they are connected. Sensor shall be capable of controlling 40 electronic dimming ballast, minimum. Sensor light level shall be adjustable and have a set level range from 10 to 100 footcandles , minimum. Sensor shall have a bypass function to electrically override sensor control.

2.1.3 Fluorescent Lamps

a. T-8 rapid start lamps shall be rated 32 watts (maximum), 2800 initial lumens (minimum), CRI of 75 (minimum), color temperature of 3500 K, and an average rated life of 20,000 hours.

b. T-8, U shaped fluorescent lamp, 31 watts maximum, 2600 initial lumens (minimum), 3500 K, 75 CRI (minimum), 20,000 hours average

rated life, 1.625 inch leg spacing.

c. Compact fluorescent lamps shall be: CRI 80, minimum, 3500 K, 10,000 hours average rated life, and as follows:

Average rated life is based on 3 hours operating per start.

### 2.1.4 Compact Fluorescent Fixtures

Compact fluorescent fixtures shall be manufactured specifically for compact fluorescent lamps with ballasts integral to the fixture. Providing assemblies designed to retrofit incandescent fixtures is prohibited except when specifically indicated for renovation of existing fixtures. Fixtures shall use lamps as indicated.

### 2.1.5 Open-Tube Fluorescent Fixtures

Provide with self-locking sockets, or lamp retainers (two per lamp).

## 2.2 RECESS- AND FLUSH-MOUNTED FIXTURES

Provide type that can be relamped from the bottom. Access to ballast shall be from the bottom. Trim for the exposed surface of flush-mounted fixtures shall be as indicated.

## 2.3 SUSPENDED FIXTURES

Provide hangers capable of supporting twice the combined weight of fixtures supported by hangers. Hangers shall allow fixtures to swing within an angle of 20 degrees. Brace pendants 4 feet or longer provided in shops or hangers to limit swinging. Single-unit suspended fixtures shall have twin-stem hangers. Multiple-unit or continuous row fluorescent fixtures shall have a tubing or stem for wiring at one point and a tubing or rod suspension provided for each unit length of chassis, including one at each end. Rods shall be a minimum 0.18 inch diameter.

## 2.4 LIGHTING CONTACTOR

NEMA ICS 2, electrically mechanically held contactor. Contacts shall be rated 120 volts, 25 amperes, and 6 poles. Coils shall be rated 120 volts. Provide in NEMA 1 enclosure conforming to NEMA ICS 6. Contactor shall have silver alloy double-break contacts and coil clearing contacts for mechanically held contactor. Provide contactor with hand-off-automatic selector switch.

## 2.5 TIME SWITCH

Astronomic dial type or electronic type, arranged to turn "ON" at sunset and turn "OFF" at predetermined time between 8:30 p.m. and 2:30 a.m. or sunrise, automatically changing the settings each day in accordance with seasonal changes of sunset and sunrise. Provide switch rated 120 volts, having automatically wound spring mechanism or capacitor, to maintain accurate time for a minimum of 15 hours following power failure. Provide time switch with a manual on-off bypass switch. Housing for the time switch shall be surface-mounted, NEMA 1 enclosure conforming to NEMA ICS 6.

## 2.6 PHOTOCELL SWITCH

UL 773 or UL 773A, hermetically sealed cadmium-sulfide or silicon diode

type cell rated 120 volts ac, 60 Hz with single-throw contacts. Switch shall turn on at or below 3 footcandles and off at 2 to 10 footcandles. A time delay shall prevent accidental switching from transient light sources. Provide switch:

a. integral to the luminaire. rated 1000W minimum. Provide a directional lens in front of the cell to prevent fixed light sources from creating a turnoff condition.

b. in a cast weatherproof aluminum housing with adjustable window slide, rated 1800 VA, minimum.

## 2.7 EXIT SIGNS

UL 924, NFPA 70, and NFPA 101. Exit signs shall be self-powered type.

### 2.7.1 Self-Powered LED Type Exit Signs (Battery Backup)

Provide with automatic power failure device, test switch, pilot light, integral self-testing module and fully automatic high/low trickle charger in a self-contained power pack. Battery shall be sealed electrolyte type, shall operate unattended, and require no maintenance, including no additional water, for a period of not less than 5 years. LED exit sign shall have emergency run time of 1 1/2 hours (minimum).

## 2.8 EMERGENCY LIGHTING EQUIPMENT

UL 924, NFPA 70, and NFPA 101. Provide lamps in wattage indicated.

### 2.8.1 Emergency Lighting Unit

Provide as indicated. Provide integral self-testing module.

## 2.9 SELF-TESTING MODULE

Self-testing module for exit signs and emergency lighting equipment shall perform the following functions:

a. Continuous monitoring of charger operation and battery voltage with visual indication of normal operation and of malfunction.

b. Monthly discharge cycling of battery with monitoring of transfer circuit function, battery capacity and emergency lamp operation with visual indication of malfunction. The battery capacity test may be conducted by using a synthetic load.

c. Manual test switch to simulate a discharge test cycle.

d. Module shall have low voltage battery disconnect (LVD) and brown-out protection circuit.

## 2.10 OCCUPANCY SENSORS

UL listed. Occupancy sensors and power packs shall be designed to operate on the voltage indicated. Sensors and power packs shall have circuitry that only allows load switching at or near zero current crossing of supply voltage. Occupancy sensor mounting as indicated. Sensor shall have an LED occupant detection indicator. Sensor shall have adjustable sensitivity and adjustable delayed-off time range of 5 minutes to 15 minutes, minimum.

Wall mounted sensors shall be ivory, ceiling mounted sensors shall be white. Ceiling mounted sensors shall have 360 degree coverage unless otherwise indicated.

a. Ultrasonic sensor shall be crystal controlled and shall not cause detection interference between adjacent sensors.

b. Infrared sensors shall have a daylight filter. Sensor shall have a fresnel lens that is applicable for indicated usage.

c. Ultrasonic/Infrared Combination Sensor

Occupancy detection to turn lights on requires both ultrasonic and infrared sensor detection. Lights shall remain on if either the ultrasonic or infrared sensor detects movement. Infrared sensor shall have lens selected for indicated usage and daylight filter to prevent short wavelength infrared interference. Ultrasonic sensor frequency shall be crystal controlled.

## 2.11 SUPPORT HANGERS FOR LIGHTING FIXTURES IN SUSPENDED CEILINGS

### 2.11.1 Wires

ASTM A 641/A 641M, Class 3, soft temper, zinc-coated finish, 0.1055 inches in diameter (12 gage).

### 2.11.2 Straps

Galvanized steel, one by 3/16 inch, conforming to ASTM A 653/A 653M, with a light commercial zinc coating or ASTM A 366/A 366M with an electrodeposited zinc coating conforming to ASTM B 633, Type RS.

### 2.11.3 Rods

Threaded steel rods, 3/16 inch diameter, zinc or cadmium coated.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Set lighting fixtures plumb, square, and level with ceiling and walls, in alignment with adjacent lighting fixtures, and secure in accordance with manufacturers' directions and approved drawings. Installation shall meet requirements of NFPA 70. Mounting heights specified or indicated shall be to the bottom of fixture for ceiling-mounted fixtures and to center of fixture for wall-mounted fixtures. Obtain approval of the exact mounting for lighting fixtures on the job before commencing installation and, where applicable, after coordinating with the type, style, and pattern of the ceiling being installed. Recessed and semi-recessed fixtures may be supported from suspended ceiling support system ceiling tees when the ceiling system support wires or straps or rods are provided at a minimum of four wires or straps or rods per fixture and located not more than 6 inches from each corner of each fixture. For recessed fixtures, provide support clips securely fastened to ceiling grid members, a minimum of one at or near each corner of each fixture. For round fixtures or fixtures smaller in size than the ceiling grid, provide a minimum of four wires per fixture and locate at each corner of the ceiling grid in which the fixture is located. Do not support fixtures by ceiling acoustical panels. Where fixtures of sizes less than the ceiling grid are indicated to be centered

in the acoustical panel, support such fixtures independently or with at least two 3/4 inch metal channels spanning, and secured to, the ceiling tees. Provide wires for lighting fixture support in this section.

3.1.1 Exit Signs and Emergency Lighting Units

Wire exit signs and emergency lighting units ahead of the switch to the normal lighting circuit located in the same room or area.

3.1.1.1 Exit Signs

Wire exit signs on separate circuits and serve from a separate breaker. Signs shall have only one control, which shall be the separate breaker. Paint control device red and provide lockout.

3.1.2 Photocell Switch Aiming

Aim switch according to manufacturer's recommendations.

3.1.3 Occupancy Sensor

Provide quantity of sensor units indicated as a minimum, provide additional units to give full coverage over controlled area. Full coverage shall provide hand and arm motion detection for office and administration type areas and walking motion for industrial areas, warehouses, storage rooms and hallways. Locate the sensor(s) as indicated and in accordance with the manufacturer's recommendations to maximize energy savings to avoid nuisance activation and deactivation due to sudden temperature or airflow changes and usage. Set sensor "on" duration to 15 minutes.

3.1.4 Light Level Sensor

Locate light level sensor as indicated and in accordance with the manufacturer's recommendations. Adjust sensor for 50 footcandles or for the indicated light level at the typical work plane for that area.

3.2 FIELD QUALITY CONTROL

Upon completion of installation, conduct an operating test to show that equipment operates in accordance with requirements of this section.

3.2.1 Occupancy Sensor

Test sensors for proper operation. Observe for light control over entire area being covered.

FORM 1, ELECTRONIC BALLAST WARRANTY

1. Location ____________________________ 2. Bldg. Name ___________________

3. Bldg. No. _____ 4. Installation Areas _________________________________

5. Contract No. _____________________

6. Ballast Manufacturer Name/Address ______________________

7. Exchange Information ___________________

8. Warranty Return Number: ___________________________

9. Warranty Period: From _________ To __________

10. Acceptance Date: _____________ 11. Inspector: ___________________

12. Prime Contractor Name/Address: ________________________________________

Signature: ____________________________________ Date: ___________________

INSTRUCTIONS FOR FORM 1

1. Location: Name of activity as shown on contract.

2. Bldg. Name: As shown on contract or as provided by Contracting Officer.

3. Bldg. No.: As provided by Contracting Officer.

4. Installation Areas: Main areas in the building where ballasts are installed; floors, room numbers, lean-to, etc. A separate form is required for each ballast manufacturer used in the contract.

5. Contract No.: As shown on the contract.

6. Ballast Manufacturer Name/Address: Ballast manufacturer's name, address, and telephone number.

7. Exchange Information: Ballast exchange information such as point of contact, telephone number, shipping address if different from item 6, and any special shipping instructions.

8. Warranty Return Number: Return authorization number if required.

9. Warranty Period: Insert estimated start and end dates.

10. Acceptance Date: Show date ballasts were accepted by the Contracting Officer.

11. Inspector: Show Government inspector's name.

12. Prime Contractor Name/Address/Signature/Date: Shall be signed and dated by an official of the contracting firm.

-- End of Section --

SECTION 16520

# EXTERIOR LIGHTING

PART 1 GENERAL

## 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

## 1.2 RELATED REQUIREMENTS

Section 16050, "Basic Electrical Materials and Methods," applies to this section, with the additions and modifications specified herein.

## 1.3 DEFINITIONS

### 1.3.1 Average Life

Time after which 50 percent will have failed and 50 percent will have survived under normal conditions.

### 1.3.2 Groundline Section

That portion between one foot above and 2 feet below the groundline.

## 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Luminaire drawings;

Poles;

SD-03 Product Data

Luminaires;

Lamps;

Ballasts;

Lighting contactor;

Time switch;

Photocell switch;

Aluminum poles;

Brackets

## 1.5 QUALITY ASSURANCE

### 1.5.1 Drawing Requirements

#### 1.5.1.1 Luminaire Drawings

Include dimensions, effective projected area (EPA), accessories, and installation and construction details. Photometric data, including zonal lumen data, average and minimum ratio, aiming diagram, and computerized candlepower distribution data shall accompany shop drawings.

#### 1.5.1.2 Poles

Include dimensions, wind load determined in accordance with AASHTO LTS2, pole deflection, pole class, and other applicable information.

### 1.5.2 Test Data for Luminaires

a. Computerized horizontal illumination levels in footcandles at ground level, taken every 10 feet. Include average maintained footcandle level and maximum and minimum ratio.

b. Distribution data according to IES classification type as defined in IES LHBK.

## 1.6 DELIVERY, STORAGE, AND HANDLING

### 1.6.1 Aluminum Poles

Do not store poles on ground. Support poles so they are at least one foot above ground level and growing vegetation. Do not remove factory-applied pole wrappings until just before installing pole.

# PART 2 PRODUCTS

## 2.1 PRODUCT COORDINATION

Products and materials not considered to be lighting equipment or lighting fixture accessories are specified Section 16402, "Interior Distribution System". Lighting fixtures and accessories mounted on exterior surfaces of buildings are specified in Section 16510, "Interior Lighting."

## 2.2 LUMINAIRES

ANSI C136.14 or UL 1572. Provide luminaires as indicated. Provide luminaires complete with lamps of number, type, and wattage indicated. Details, shapes, and dimensions are indicative of the general type desired, but are not intended to restrict selection to luminaires of a particular manufacturer. Luminaires of similar designs and of equal finish and quality will be acceptable as approved.

### 2.2.1 Lamps

#### 2.2.1.1 Metal-Halide Lamps

Provide luminaires with tempered glass lens.

a. 70 watt conforming to ANSI C78.1381

b. 175 watt conforming to ANSI C78.1377

2.2.2 Ballasts for High-Intensity-Discharge (HID) Luminaires

UL 1029 and ANSI C82.4, and shall be constant wattage autotransformer (CWA) or regulator, high power-factor type unless otherwise indicated. Provide single-lamp ballasts which shall have a minimum starting temperature of minus 30 degrees C. Ballasts shall be:

a. Designed to operate on voltage system to which they are connected.

b. Constructed so that open circuit operation will not reduce the average life.

HPS ballasts shall have a solid-state igniter/starter with an average life in the pulsing mode of 3500 hours at the intended ambient temperature. Igniter case temperature shall not exceed 90 degrees C.

2.3 LIGHTING CONTACTOR

NEMA ICS 2, electrically mechanically held contactor. Contacts shall be rated 120 volts, 25 amperes, and 6 poles. Coils shall be rated 120 volts. Rate contactor as indicated. Provide in NEMA 1 enclosure conforming to NEMA ICS 6. Contactor shall have silver alloy double-break contacts and coil clearing contacts for mechanically held contactor and shall require no arcing contacts. Provide contactor with hand-off-automatic.

2.4 TIME SWITCH

Astronomic dial type or electronic type, arranged to turn "ON" at sunset, and turn "OFF" at predetermined time between 8:30 p.m. and 2:30 a.m. or sunrise, automatically changing the settings each day in accordance with seasonal changes of sunset and sunrise. Provide switch rated 120 volts, having automatically wound spring mechanism or capacitor, to maintain accurate time for a minimum of 7 hours following power failure. Provide time switch with a manual on-off bypass switch. Housing for the time switch shall be surface mounted, NEMA 1 enclosure conforming to NEMA ICS 6.

2.5 PHOTOCELL SWITCH

UL 773 or UL 773A, hermetically sealed cadmium-sulfide or silicon diode type cell rated 120 volts ac, 60 Hz with single-throw contacts contacts for mechanically held contactors rated 1000 watts. Switch shall turn on at or below 3 footcandles and off at 2 to 10 footcandles. A time delay shall prevent accidental switching from transient light sources. Provide a directional lens in front of the cell to prevent fixed light sources from creating a turnoff condition. Provide switch:

c. in a U.V. stabilized polycarbonate housing with swivel arm and adjustable window slide, rated 1800 VA, minimum.

d. integral to the luminaire, rated 1000 VA, minimum.

2.6 POLES

Provide poles designed for wind loading of 100 miles per hour determined in accordance with AASHTO LTS3 while supporting luminaires having effective projected areas indicated. Poles shall be anchor-base type designed for use with underground supply conductors. Poles shall have oval-shaped handhole having a minimum clear opening of 2.5 by 5 inches. Handhole cover shall be secured by stainless steel captive screws.

#### 2.6.1 Concrete Poles

Provide concrete poles conforming to ASTM C 1089. Cross-sectional shape shall be round or multi-sided.

##### 2.6.1.1 Shaft Preparation

Completed prestressed concrete pole shaft shall be clean, smooth, and free of surface voids and internal honeycombing.

#### 2.6.2 Aluminum Poles

Provide aluminum poles manufactured of corrosion resistant aluminum alloys conforming to AASHTO LTS2 for Alloy 6063-T6 or Alloy 6005-T5 for wrought alloys and Alloy 356-T4 (3,5) for cast alloys. Poles shall be seamless extruded or spun seamless type. Provide a pole grounding connection designed to prevent electrolysis when used with copper ground wire. Base covers for aluminum poles shall be cast from 356-T6 aluminum alloy in accordance with ASTM B 108.

### 2.7 BRACKETS AND SUPPORTS

ANSI C136.3, ANSI C136.13, and ANSI C136.21, as applicable. Pole brackets shall be not less than 1 1/4 inch galvanized steel pipe aluminum secured to pole. Slip-fitter or pipe-threaded brackets may be used, but brackets shall be coordinated to luminaires provided, and brackets for use with one type of luminaire shall be identical. Brackets for pole-mounted street lights shall correctly position luminaire no lower than mounting height indicated. Mount brackets not less than 24 feet above street. Special mountings or brackets shall be as indicated and shall be of metal which will not promote galvanic reaction with luminaire head.

### 2.8 POLE FOUNDATIONS

Anchor bolts shall be steel rod having a minimum yield strength of 50,000 psi; the top 12 inches of the rod shall be galvanized in accordance with ASTM A 153/A 153M. Concrete shall be as specified in Section 03300, "Cast-In-Place Concrete."

## PART 3 EXECUTION

### 3.1 INSTALLATION OF POLES

ANSI C2, NFPA 70, and to the requirements specified herein.

#### 3.1.1 Aluminum

Provide pole foundations with galvanized steel anchor bolts, threaded at the top end and bent 90 degrees at the bottom end. Provide galvanized nuts, washers, and ornamental covers for anchor bolts. Thoroughly compact backfill with compacting arranged to prevent pressure between conductor, jacket, or sheath and the end of conduit ell. Adjust poles as necessary to

provide a permanent vertical position with the bracket arm in proper position for luminaire location. After installation, paint exposed surfaces of steel poles with two finish coats of exterior oil paint of a color as indicated aluminum paint.

### 3.1.2 Pole Setting

Depth shall be as indicated.

### 3.1.3 Photocell Switch Aiming

Aim switch according to manufacturer's recommendations. Mount switch on or beside each luminaire when switch is provided in cast weatherproof aluminum housing with swivel arm.

## 3.2 GROUNDING

Ground noncurrent-carrying parts of equipment including metal poles, luminaires, mounting arms, brackets, and metallic enclosures. Where copper grounding conductor is connected to a metal other than copper, provide specially treated or lined connectors suitable for this purpose.

## 3.3 FIELD QUALITY CONTROL

Upon completion of installation, conduct an operating test to show that the equipment operates in accordance with the requirements of this section.

-- End of Section --

SECTION 16710

# STRUCTURED TELECOMMUNICATIONS CABLING AND PATHWAY SYSTEM

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 16050, "Basic Electrical Materials and Methods," Section 16402, "Interior Distribution System," apply to this section with additions and modifications specified herein.

### 1.3 DEFINITIONS

#### 1.3.1 Main Distribution Frame (MDF)

A physical structure at a central location for terminating permanent backbone cables to interconnect with service provider (SP) equipment at the activity minimum point of presence. The MDF generally includes vendor specific components to support voice and data circuits, building surge protector assemblies, main cross connect blocks, equipment support frames, and wood backboard (if MDF is wall mounted). Depending upon local site conditions, the MDF and BDF may be identical.

#### 1.3.2 Building Distribution Frame (BDF)

A structure with terminations for connecting backbone, campus, and horizontal cabling. The BDF generally includes a cross connect, equipment support frame, and wooden backboard or terminal cabinet. The BDF shall include building protector assemblies when used for campus backbone or SP cabling.

#### 1.3.3 Intermediate Distribution Frame (IDF)

An intermediate termination point for horizontal wiring and cross connections within telecommunications closets or wiring closets.

#### 1.3.4 Telecommunications Closet

An enclosed space for telecommunications equipment, terminations, and cross-connect wiring for horizontal cabling.

### 1.4 SYSTEM DESCRIPTION

The structured telecommunications cabling and pathway system shall include permanently installed backbone and horizontal cabling, horizontal and backbone pathways, service entrance facilities, work area pathways,

telecommunications outlet assemblies, conduit, raceway, and hardware for splicing, terminating, and interconnecting. The horizontal system includes the cabling and pathway between the telecommunications closet and the work area telecommunications outlet. The horizontal system shall be wired in a star topology with the IDF at the center or hub of the star. The backbone cabling and pathway system includes intrabuilding and interbuilding interconnecting cabling, pathway, and terminal hardware to provide connectivity between the MDF's, BDF's, and IDF's. The backbone system shall be wired in a star topology with the MDF at the center or hub of the star. Provide Optical Fiber System from existing fiber patch panel in building 205 to the Building Distribution Frame and Intermediate Distribution Frame. Provide Intermediate Distribution Frames (IDF) to limit the maximum distribution length of the copper cabling from the IDF to the outlet boxes to no more than 250 feet.

## 1.5 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Telecommunications drawings; G

Distribution frames; G

SD-03 Product Data

Telecommunications cabling (backbone and horizontal); G

Patch panels; G

Telecommunications outlet/connector assemblies; G

Equipment support frame; G

Building protector assemblies; G

Connector blocks; G

Protector modules; G

SD-06 Test Reports

Telecommunications cabling testing; G

Factory reel tests; G

Furnish factory reel tests for optical fiber cables.

SD-07 Certificates

Installer qualifications; G

Test plan; G

SD-10 Operation and Maintenance Data

Telecommunications cabling and pathway system Data Package 5; G

Submit operations and maintenance data in accordance with Section 01781, "Operation and Maintenance Data" and as specified herein.

## 1.6 ADDITIONAL SUBMITTAL REQUIREMENTS

### 1.6.1 Telecommunications Drawings

Provide drawings complete with wiring diagrams and details required to prove that the distribution system shall properly support connectivity from the telecommunications equipment room to telecommunications work area outlets. Show the entrance facility and layout of cabling and pathway runs, cross connect points, MDF, BDF, IDF, grounding system, terminating block arrangements and type. Drawings shall depict final telecommunications cabling configuration, including location, color coding, gage, pair assignment, polarization, and terminating blocks layout at cross connect points and patch panels after telecommunications cable installation. Provide a plastic laminated schematic of telecommunications cable system showing cabling, BDF's, IDF's, MDF's, and equipment rooms keyed to floor plans by room number.

### 1.6.2 Distribution Frames

Provide shop drawing showing layout of applicable equipment including incoming cable stub or connector blocks, building protector assembly, outgoing cable connector blocks and equipment spaces and racks.

### 1.6.3 Installer Qualifications

Prior to installation, submit data of installer's experience and qualifications. Installers shall be a Building Industry Consulting Service International (BICSI) Registered Cabling Installation Technician or have experience which shall include 3 years on projects of similar complexity. Include names and locations of two projects successfully completed using optical fiber and copper communications cabling systems. Include written certification from users that systems have performed satisfactorily for not less than 18 months. Include specific experience in installing and testing structured telecommunications distribution systems using optical fiber and Category 5 cabling systems.

### 1.6.4 Test Plan

Provide a complete and detailed test plan for the telecommunications cabling system including a complete list of test equipment for the UTP and optical fiber components and accessories. Include procedures for certification, validation, and testing.

### 1.6.5 Additions to Operation and Maintenance Manuals

In addition to requirements of Data package 5 for the telecommunications cabling and pathway system, include the requirements of paragraph entitled "Telecommunications Drawings."

## 1.7 DELIVERY AND STORAGE

Provide protection from weather, moisture, dirt, dust, and other contaminants for telecommunications cabling and pathway equipment placed in storage.

## PART 2 PRODUCTS

### 2.1 COMPONENTS

UL or third party certified. Provide a complete system of telecommunications cabling and pathway components using star topology and support structures, pathways, and spaces complete with conduits, pull wires, wireways, cable trays, terminal boxes, outlets, cables, junction boxes, telephone cabinets, and telecommunications closets. Fixed cables and pathway systems for telecommunications systems shall be UL listed or third party independent testing laboratory certified, and shall comply with NFPA 70.

### 2.2 PATHWAYS (BACKBONE AND HORIZONTAL)

EIA/TIA-569-A. Pathway shall be conduit and cable tray, installations. Provide grounding and bonding as required by EIA/TIA-607. Cable tray wiring shall comply with NFPA 70.

#### 2.2.1 Work area Pathways

Comply with EIA/TIA-569-A. System furniture pathways shall comply with UL 1286. Horizontal cabling for open offices shall comply with EIA/TIA TSB-75.

### 2.3 TELECOMMUNICATIONS CABLING

Cabling shall be UL listed for the application and shall comply with EIA TSB-67, EIA/TIA-568-A and NFPA 70. Provide a labeling system for cabling as required by EIA/TIA-606 and UL 969. Cabling manufactured more than 12 months prior to date of installation shall not be used.

#### 2.3.1 Backbone Cabling

##### 2.3.1.1 Backbone Copper

ANSI/ICEA S-80-576, EIA/TIA-568-A and UL 444, copper backbone cable shall be solid conductor, 24 AWG, 100 ohm, 100-pair UTP (Unshielded twisted pair), NFPA 70 CMR rated formed into 25 pair binder groups covered with a gray thermoplastic jacket and metallic shield. NFPA 70 type CMP may be substituted for type CMR. Pair twist lengths and frequency per unit length shall be determined by the manufacturer. A minimum of two conductor twists per foot is required. Color coding shall comply with industry standards for 25 pair cables. Cable shall be third party verified to comply with EIA/TIA Category 5 requirements.

##### 2.3.1.2 Backbone Optical Fiber

EIA-492AAAA-A, UL 1666, optical fiber cable shall be 62.5/125 24-fiber multimode with a NFPA 70 rating of OFNR. NFPA 70 type OFNP may be substituted for type OFNR. The cable jacket shall be orange. The cable shall provide a maximum attenuation of 3.5 dB/km @ 850 nm and 1.0 dB/km @ 1300 nm. The bandwidth of the cable shall be 160 MHz-km @ 850 nm and 500 MHz-km @ 1300 nm.

#### 2.3.2 Horizontal Cabling

Comply with NFPA 70, NEMA WC 63.1, ANSI/ICEA S-80-576, EIA TSB-67 and performance characteristics in EIA/TIA-568-A.

2.3.2.1 Horizontal Copper

UTP (unshielded twisted pair), 100 ohm. Provide four each individually twisted pair, 24 AWG conductors, NFPA 70 CMG rated, with a blue PVC jacket. Individual pairs shall be constructed to contain a minimum two twists per foot per each pair. Overall diameter of four pair cable shall not exceed 0.25 inches. Ultimate breaking strength shall be minimum 90 pounds. Four pair cable shall withstand a bend radius of one inch minimum at a temperature of minus 20 degrees C maximum without jacket or insulation cracking. Conductors shall be color coded and polarized in accordance with EIA/TIA-568-A. Horizontal cabling in open offices shall comply with EIA/TIA TSB-75.

a. Enhanced performance Category 5 UTP shall exceed EIA/TIA-568-A Category 5 standards for ACR margin (headroom) at transmission frequencies up to 155 MHz. ACR 15 dB at 100 MHz, 10 dB at 155 MHz. Propagation delay 5.7 ns/m at 100 MHz, maximum, delay skew 15 ns at 100 MHz, maximum. Power Sum NEXT shall be a minimum of 62 dB at 1 MHz, 47 at 10 MHz, 35 dB at 62.5 MHz, and 32 at 100 MHz.

2.3.2.2 Horizontal Optical Fiber

EIA-492AAAA-A, optical fiber cable shall be 62.5/125 2-fiber multimode, NFPA 70 rated OFN. The cable jacket shall be orange and be of single jacket construction. The cable shall provide a maximum attenuation of 3.5 dB/km @ 850 nm and 1.0 dB/km @ 1300 nm. The bandwidth of the cable shall be 160 MHz-km @ 850 nm and 500 MHz-km @ 1300 nm.

2.4 DISTRIBUTION FRAMES

Provide building distribution frames (BDF's), intermediate distribution frames (IDF's), and main distribution frames (MDF's) as shown on design drawings for terminating and cross connecting permanent cabling.

2.4.1 Equipment Support Frame

EIA 310-D.

a. Cabinets, freestanding modular type, 16 gauge steel construction treated to resist corrosion. Cabinet shall have removable and lockable side panels, front and rear doors, and have adjustable feet for leveling. Cabinet shall be vented in the roof and rear door. Cabinet shall have cable access in the roof and base and be compatible with 19 inches panel mounting. Provide cabinet with grounding bar, rack mounted 550 CFM fan with filter and a surge protected power strip with 6 duplex 20 amp receptacles. All cabinets shall be keyed alike.

2.4.2 Building Protector Assemblies

Self-contained unit providing a field cable stub factory connected to protector socket blocks to terminate and accept protector modules for 100 pairs of outside cable. Building protector assembly shall have connector blocks for connection to interior cabling at full capacity.

2.4.2.1 Protector Modules

UL 497, RUS TECM 823, three-electrode gas tube or solid state type rated for the application. Provide the number of surge protection modules equal

to the number of pairs of exterior cable of the building protector assembly.

2.4.3 Connector Blocks

Insulation displacement Type 110 for Category 5 and higher systems. Provide blocks for the number of horizontal and backbone cables terminated on the block plus 25 percent spare.

2.4.4 Patch Panels

Provide ports for the number of horizontal and backbone cables terminated on the panel plus 25 percent spare. Provide pre-connectorized Optical fiber and copper patch cords for patch panels. Provide patch cords with connectors specified. Patch cords shall meet minimum performance requirements specified in EIA/TIA-568-A for cables and hardware specified.

2.4.4.1 Modular to 110 Block Patch Panel

EIA/TIA-568-A. Panels shall be third party verified and shall comply with EIA/TIA and 5 requirements. panels provided for Enhanced performance Category 5 UTP cabling shall meet or exceed the requirements for the cable provided. Panel shall be constructed of .09 inch minimum aluminum and shall be compatible with an EIA 19 inches equipment rack. Panel shall provide 48 non-keyed, RJ-45 ports, wired to T568A as indicated. Patch panels shall terminate the building cabling on 110-style insulation displacement connectors and shall utilize a printed circuit board interface. The rear of each panel shall have incoming cable strain-relief and routing guides. Panels shall have each port factory numbered and be equipped with laminated plastic nameplates above each port.

2.4.4.2 Fiber Optic Patch Panel

Provide panel for maintenance and cross-connecting of optical fiber cables. Panel shall be constructed of 0.09 inch minimum aluminum and shall be compatible with a EIA 19 inches equipment rack. Each panel shall provide 24 duplex SC multimode adapters. Adapters shall utilize zirconia ceramic metallic alignment sleeves. Provide dust cover for all unused adapters. The rear of each panel shall have a cable management tray a minimum of 8 inches deep with removable cover, incoming cable strain-relief and routing guides. Panels shall have each adapter factory numbered and be equipped with laminated plastic nameplates above each adapter.

2.5 TELECOMMUNICATIONS OUTLET BOXES

Standard type 4 inches square by 2 1/8 inches deep. Mount flush in finished walls at height specified for outlet receptacles. Depth of boxes shall be large enough to allow manufacturers' recommended conductor bend radiuses.

2.6 TELECOMMUNICATIONS OUTLET/CONNECTOR ASSEMBLIES

2.6.1 Outlet/Connector Copper

Outlet/connectors shall comply with FCC Part 68.5, and EIA/TIA-568-A. UTP Outlet/connectors shall be UL 1863 listed, non-keyed, 4-pair, constructed of high impact rated thermoplastic housing and shall be third party verified and shall comply with EIA/TIA and 5 requirements. Outlet/connectors provided for Enhanced performance Category 5 UTP cabling shall meet or exceed the requirements for the cable provided.

Outlet/connectors shall be terminated using a 110-style PC board connector, color-coded for both T568A and T568B wiring. Each jack shall be wired T568A as indicated. UTP outlet/connectors shall comply with EIA-455-21A for 500 mating cycles.

2.6.2 Optical Fiber Adapters

Optical fiber adapters shall be suitable for duplex SC style connectors. Adapters shall utilize zirconia ceramic metallic alignment sleeves. Provide dust cover for all adapters.

2.6.3 Cover Plates

Telecommunications cover plates shall comply with UL 514C, and EIA/TIA-568-A ; flush design constructed of high impact thermoplastic, material. Stenciled lettering for voice and data circuits shall be provided using thermal ink transfer process.

2.6.4 Optical Fiber Distribution Panel

Panel shall be divided into two sections, distribution and user. Distribution section shall have strain relief, routing guides and shall be lockable, user section shall have a cover for patch cord protection. Each panel shall provide 6 duplex SC adapters. Adapters shall utilize zirconia alignment sleeves. Provide dust covers for all adapters.

2.6.5 Optical Fiber Connectors

EIA-455-21A. Optical fiber connectors shall be duplex SC, epoxy-less crimp style compatible with 62.5/125 multimode fiber. The connectors shall utilize a zirconia ceramic ferrule. The connectors shall provide a maximum attenuation of .3 dB @ 1300 nm with less than a 0.2 dB change after 500 mating cycles.

## 2.7 BACKBOARDS

Provide void-free, fire rated interior grade plywood 3/4 inch thick 4 by 8 feet . Backboards shall be painted with a gray, nonconductive fire-resistant overcoat. Do not cover the fire stamp on the backboard.

## 2.8 GROUNDING AND BONDING PRODUCTS

Comply with UL 467, EIA/TIA-607, and NFPA 70. Components shall be identified as required by EIA/TIA-606. Ground rods shall be in accordance with Section 16402, "Interior Distribution System."

## 2.9 FIRESTOPPING MATERIAL

Provide in accordance with Section 07840, "Firestopping."

## 2.10 NAMEPLATES

Provide nameplates for equipment rooms and telecommunications rooms doors in accordance with schedule provided on drawings.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Telecommunications cabling and pathway systems, including the horizontal and backbone cable, pathway systems, telecommunications outlet/connector assemblies, and associated hardware shall be installed in accordance with EIA/TIA-568-A, EIA/TIA-569-A, NFPA 70, and UL standards as applicable. Cabling shall be connected in a star topology network. Metal raceway bases, covers, and dividers shall be bonded and grounded in accordance with EIA/TIA-607. Telecommunications cabling and pathways with copper media shall be installed in accordance with the following criteria to avoid potential electromagnetic interference between power and telecommunications equipment. The interference ceiling shall not exceed 3.0 volts per meter measured over the usable bandwidth of the telecommunications cabling. Pathways shall be installed in accordance with the following minimum clearance distances of 4 feet from motors, generators, frequency converters, transformers, x-ray equipment or uninterruptible power system, 12 in from power conduits and cable systems, 5 inches from fluorescent or high frequency lighting system fixtures.

3.1.1 Cabling

install enhanced Category 5 and optical fiber telecommunications cabling and pathway system as detailed in EIA/TIA-568-A. Screw terminals shall not be used except where specifically indicated on plans. Use an approved insulation displacement connection (IDC) tool kit for copper cable terminations. Do not untwist Category 5 UTP cables more than one half inch from the point of termination to maintain cable geometry. Provide service loop on each end of the cable, 10 ft. in the telecommunications closet, 3.3 ft in the work area outlet for optical fiber and 12 inches for UTP. Do not exceed manufacturers' cable pull tensions for copper and optical fiber cables. Provide a device to monitor cable pull tensions. Do not exceed 25 pounds pull tension for four pair copper cables. Do not chafe or damage outer jacket materials. Use only lubricants approved by cable manufacturer. Do not over cinch cables, or crush cables with staples. For UTP cable bend radii shall not be less than four times the cable diameter.

3.1.1.1 Open Cable

Use only where specifically indicated on plans for use in cable trays, or below raised floors. Comply with EIA/TIA-568-A. Do not exceed cable pull tensions recommended by the manufacturer.

a. Plenum cable shall be used where open cables are routed through plenum areas. All cable routed exposed under raised floors shall be plenum rated. Plenum cables shall comply with flammability plenum requirements of NFPA 70 and shall comply with UL 910.

3.1.1.2 Backbone Cable

a. Copper Backbone Cable. Install backbone copper cable between MDF, BDF, and IDF equipment as indicated on drawings.

b. Optical fiber Backbone Cable. Install backbone optical fiber in indicated pathways. Do not exceed manufacturer's recommended bending radii and pull tension. Prepare cable for pulling by cutting outer jacket 10 inches leaving strength members exposed for approximately 10 inches. Twist strength members together and attach to pulling eye.

3.1.1.3 Horizontal Cabling

Install horizontal cabling and pathway as indicated on drawings between IDF, and telecommunications outlet assemblies at work stations.

### 3.1.2 Pathway Installations

Comply with EIA/TIA-569-A. Conceal conduit under floor slabs and within finished walls, ceilings, and floors. Keep conduit minimum 6 inches away from parallel runs of electrical power equipment, flues, steam, and hot water pipes. Install conduit parallel with or at right angles to ceilings, walls, and structural members where located above accessible ceilings and where conduit is visible after completion of project. Run conduits in crawl spaces and under floor slabs as if exposed. Install no more than two 90 degree bends for a single horizontal cable run.

### 3.1.3 Conduit Installed Under Floor Slabs

Conduit shall be located a minimum of 12 inches below the vapor barrier. Seal around conduits at penetrations through vapor barrier.

### 3.1.4 Cable Tray Installation

Install cable tray components in accordance with EIA/TIA-569-A. Only CMP and OFNP type cable shall be installed in a plenum.

### 3.1.5 Work Area Outlets

Terminate UTP cable in accordance with EIA/TIA-568-A and wiring configuration as specified.

### 3.1.6 Telecommunications Closet Termination

Install termination hardware required for enhanced Category 5 and Optical fiber system. An insulation displacement tool shall be used for terminating copper cable to insulation displacement connectors.

### 3.1.7 Equipment Support Frames

Install in accordance with EIA/TIA-569-A:

a. Cabinets, freestanding modular type. When cabinets are connected together, remove adjoining side panels for cable routing between cabinets. Mount rack mounted fan in base of cabinet.

### 3.1.8 Electrical Penetrations

Seal openings around electrical penetrations through fire resistance-rated wall, partitions, floors, or ceilings in accordance with Section 07840, "Firestopping."

### 3.1.9 Grounding and Bonding

In accordance with EIA/TIA-607, and NFPA 70.

## 3.2 TESTING

### 3.2.1 Telecommunications Cabling Testing

Perform telecommunications cabling inspection, verification, and performance tests in accordance with EIA/TIA-568-A.

#### 3.2.1.1 Inspection

Visually inspect cabling jacket materials for UL or third party certification markings. Visually inspect UTP and optical fiber jacket materials for UL or third party certification markings. Inspect cabling terminations in telecommunications rooms and at work stations to confirm color code for tip and ring pin assignments, and inspect cabling connections to confirm compliance with EIA/TIA-568-A. Visually confirm 5 marking of outlets, wall plates, outlet/connectors, and patch panels.

#### 3.2.1.2 Verification Tests

UTP backbone copper cabling shall be tested for DC loop resistance, shorts, opens, intermittent faults, and polarity between conductors, and between conductors and shield, if cable has overall shield. Test operation of shorting bars in connection blocks. Test cables after terminated but not cross connected. Perform 100 MHz near end cross talk (NEXT) and attenuation tests for Category 5 systems installations.

Perform optical fiber end to end attenuation tests using an optical time domain reflectometer (OTDR) and manufacturer's recommended test procedures. Perform tests in accordance with EIA/TIA-526-14, Method B for horizontal, multimode optical fiber and EIA/TIA-526-7, Method B for backbone, single mode optical fiber. Perform verification acceptance tests and factory reel tests.

#### 3.2.1.3 Performance Tests

a. Category 5 Links. Perform UTP link tests in accordance with EIA/TIA-568-A. Tests shall include wire map, length, attenuation, NEXT, and propagation delay.

b. optical fiber Links. Perform optical fiber end to end attenuation tests and reel tests at jobsite.

#### 3.2.1.4 Final Verification Tests

Perform verification tests for UTP and optical fiber systems after the complete telecommunications cabling and work station outlet/connectors are installed. These tests assume that dial tone service has been installed. Connect to the network interface device at the demarcation point. Go off-hook and listen and receive a dial tone. If a test number is available, make and receive a local, long distance, and DSN telephone call.

-- End of Section --

# GEOTECHNICAL INVESTIGATION
## Building 245 Extension
## Naval Postgraduate School
## Monterey, California

**Hoover Associates**
**Palo Alto, California**

**20 November 2000**
**Project No. 2948.01**

**Treadwell&Rollo**
**Environmental and Geotechnical Consultants**

20 November 2000
Project 2948.01

Mr. Richard Campbell
Hoover Associates
1900 Embarcadero Road
Palo Alto, California 94303

Subject: Geotechnical Investigation
Building 245 Extension
Naval Postgraduate School
Monterey, California

Dear Mr. Campbell:

We are pleased to submit four copies of our geotechnical investigation report for the Building 245 Extension on the campus of the Naval Postgraduate School in Monterey, California. This report is in fulfillment of our proposal dated 5 July 2000. Additional copies have been distributed as indicated at the end of this report.

The site is on the western side of the campus approximately 125 feet east of Sloat Avenue near the 7th Street Gate entrance. The project will include the construction of a 2-story at-grade classroom and laboratory building.

Subsurface data indicates the site of the proposed building is underlain by loose to medium dense sandy fill at the slab elevation with clayey sand to clean sand to a depth of roughly 33 to 35 feet. Bedrock consisting of claystone and sandstone underlie the sandy soils. Therefore, the proposed building should be supported on drilled cast-in-place concrete piers gaining support through friction in the bedrock layer. The bedrock can support moderate to heavy foundation loads without excessive settlement.

This report contains information regarding subsurface conditions, geologic hazards, and foundation design criteria. Our conclusions and recommendations are based on limited subsurface exploration and laboratory testing programs. Consequently, variations between expected and actual soil conditions may be found at localized areas during construction. We should be retained to observe site grading and the installation of the foundations, during which time we may make changes in our recommendations, if deemed necessary.

If you have any questions, please call.

Sincerely yours,
TREADWELL & ROLLO, INC.

Christopher A. Ridley
Senior Staff Engineer

Richard D. Rodgers
Geotechnical Engineer

REGISTERED PROFESSIONAL ENGINEER
RICHARD D. RODGERS
No. 732
Exp. 12/31/01
GEOTECHNICAL
STATE OF CALIFORNIA

29480104.CAR

# GEOTECHNICAL INVESTIGATION
## Building 245 Extension
## Naval Postgraduate School
## Monterey, California

**Hoover Associates**
**Palo Alto, California**

**20 November 2000**
**Project No. 2948.01**

**Treadwell&Rollo**
**Environmental and Geotechnical Consultants**

# TABLE OF CONTENTS

1.0 INTRODUCTION ....................................................................................1

2.0 PROJECT DESCRIPTION....................................................................................1

3.0 SCOPE OF WORK....................................................................................2

4.0 FIELD INVESTIGATION ....................................................................................2

5.0 LABORATORY TESTING....................................................................................3

6.0 SITE CONDITIONS....................................................................................3

7.0 SUBSURFACE CONDITIONS ....................................................................................4

8.0 DISCUSSION AND CONCLUSIONS ....................................................................................5
- 8.1 Foundations and Settlement....................................................................................5
- 8.2 Regional Seismicity ....................................................................................6
- 8.3 Geologic Hazards....................................................................................8
- 8.4 Corrosion Potential ....................................................................................9

9.0 RECOMMENDATIONS....................................................................................9
- 9.1 Drilled Cast-In-Place Piers ....................................................................................10
- 9.2 Lateral Loads ....................................................................................11
- 9.3 Slabs-on-Grade ....................................................................................12
- 9.4 Elevator Pit Walls ....................................................................................12
- 9.5 Seismic Design....................................................................................13
- 9.6 Fill Placement ....................................................................................13

10.0 ADDITIONAL GEOTECHNICAL SERVICES....................................................................................15

11.0 LIMITATIONS....................................................................................15

FIGURES

APPENDIX A – Boring Logs

APPENDIX B – Corrosion Test Results

APPENDIX C – Summary of Construction Observations, Engineering Building

DISTRIBUTION

## LIST OF FIGURES


| | |
|---|---|
| Figure 1 | Site Location Map |
| Figure 2 | Site Plan |
| Figure 3 | Idealized Subsurface Profile A-A’ |
| Figure 4 | Map of Major Faults and Earthquake Epicenters in the San Francisco Bay Area |
| Figure 5 | Modified Mercalli Intensity Scale |
| Figure 6 | Allowable Capacities of Drilled Piers |
| Figure 7 | Deflection and Moment Profile for Laterally Loaded 30-Inch Diameter Cast-In-Place Concrete Piers |


## APPENDIX A


| | |
|---|---|
| Figures A-1 through A-3 | Logs of Borings B-1 through B-3 |
| Figure A-4 | Classification Chart |
| Figure A-5 | Physical Properties Criteria for Rock Descriptions |


## APPENDIX B


Corrosion Test Results
Cerco Analytical Inc.


## APPENDIX C


Summary of Construction Observations,
Engineering Building

**GEOTECHNICAL INVESTIGATION**
**BUILDING 245 EXTENSION**
**Naval Postgraduate School**
**Monterey, California**

## 1.0 INTRODUCTION

This report presents the results of our geotechnical investigation for the proposed Building 245 Extension at the Naval Postgraduate School in Monterey, California. The site is on the western side of the campus, near Sloat Avenue and Halligan and Bullard Halls as shown on Figures 1 and 2. The new structure will be connected to the northern side of the existing Building 245 as shown on Figure 2.

During our investigation, we worked closely with DASSE Design, Inc., the project structural engineer, on possible foundation alternatives. Information was transmitted to the members of DASSE Design, Inc. as it became available.

## 2.0 PROJECT DESCRIPTION

We understand the structure will be two-stories in height and be used as laboratory and classroom space. It will have plan dimensions of approximately 80 by 90 feet and will be connected to the existing Building 245 on both floors by a hallway link. From discussions with the project structural engineers, we understand the structure will be steel framed with concrete shearwalls and concrete floors.

Earthwork for the construction is expected to be minimal consisting primarily of leveling for the proposed building and excavations for foundation elements. Large cuts and fills are not anticipated.

When our investigation began, several different building footprints and sizes were being considered. Borings were performed in locations which would allow for recommendations to be made for any of the alternatives.

## 3.0 SCOPE OF WORK

The scope of our investigation, as outlined in our proposal dated 5 July 2000, was to explore subsurface conditions and perform laboratory testing and engineering analyses to develop conclusions and recommendations regarding:

- soil, bedrock and groundwater conditions
- the most appropriate foundation type for the selected building extension
- design criteria for the recommended foundation type
- estimates of foundation settlement
- updated site seismicity issues, including FEMA 302 recommendations as well as 1997 Uniform Building Code (UBC) soil profile type and near source factors.
- construction considerations, including a discussion of groundwater control
- site grading, excavation, and trench backfilling, including criteria for fill quality and compaction
- corrosion characteristics of the soil

## 4.0 FIELD INVESTIGATION

Geotechnical information was available from an investigation performed by Lee & Praszker in 1990 for the original Building 245. Specifically, five borings, TB-1 through TB-5, were drilled at locations under the existing building (Figure 2). In addition, Treadwell & Rollo performed a soil quality assessment for Building 245 in 1992. Seven shallow borings were completed shown on Figure 2 as B-1 through B-7.

To supplement the existing subsurface data, we drilled three borings, designated as borings TR-1 through TR-3, on 19 and 20 September 2000 at the locations shown on Figure 2. Each boring was advanced using a truck-mounted, hollow-stem auger rig (CME-55) to depths ranging from 34-½ to 44 feet below the existing ground surface. Our field engineer logged each boring and obtained undisturbed soil samples for laboratory testing and classification.

Logs of the borings are presented in Appendix A as Figures A-1 through A-3. The materials encountered in the borings were classified in accordance with the soil classification system and the criteria for rock descriptions presented in Appendix A as Figures A-4 and A-5, respectively.

Soil samples were obtained from the borings using a Sprague and Henwood (S&H) split-barrel sampler with a 3.0-inch outside and 2.5-inch inside diameter, and a Standard Penetration Test (SPT) sampler with a 2.0-inch outside and 1.5-inch inside diameter. Both samplers were driven with a 140-pound, above-ground safety hammer falling approximately 30 inches. The blow counts required to drive the S&H sampler the final 12 inches of an 18-inch drive were corrected to SPT N-values using a factor of 0.7 and are shown on the boring logs. Where the SPT sampler was used, the actual blow counts are shown on the boring logs.

## 5.0 LABORATORY TESTING

Each sample was re-examined in our office to confirm field classifications and representative soil samples were selected for testing. Samples were tested to measure moisture content, dry density, and passing #200 sieve. The laboratory test results are presented on the boring logs.

## 6.0 SITE CONDITIONS

The proposed building site is located adjacent to a parking lot and the western perimeter road, which runs parallel to Sloat Avenue, west of Halligan Hall. The site and surrounding area is

relatively flat varying from Elevation 45 feet (MSL)[1] to 49 feet. The proposed building footprint is partially landscaped with large trees and low-lying vegetation except for an access road leading to Halligan Hall, which will be relocated.

Building 245 was built in 1994 and consists of an at grade four-story structure. The building foundation consists of drilled cast-in-place, 24- to 30-inch-diameter concrete piers gaining support in the underlying bedrock. The two buildings to the east, Halligan and Bullard halls are also supported on drilled piers that extend to bedrock.

## 7.0 SUBSURFACE CONDITIONS

As shown on Figure 3, the idealized subsurface profile, A-A', the site is underlain by sandy fill containing varying amounts of silt, clayey sand with gravel, clean sand and bedrock. This subsurface profile should be considered accurate only at the test boring locations.

The sandy fill blankets the upper eight feet, contains brick fragments, and is very loose to dense. Beneath the fill, we encountered clayey sand with gravel. This layer is 4-½ to 9 feet thick, except in B-3, where it was not encountered. The clayey sand is dense to very dense. Beneath the clayey sand with gravel, is a deposit of poorly graded sand, which extends to the bedrock layer. The density of this material varies from medium dense to very dense. Visual inspection of this material indicates it contains varying amounts of Mica. Because Mica is relatively light, the unit weight of the material is lower. Bedrock, consisting of sandstone and claystone was encountered at approximately 33 to 35 feet below the ground surface (Elevation 13.5 to 14.5 feet MSL). It is generally olive-brown to dark brown, and ranges from crushed to intensely fractured. It has soft to low hardness, is friable, and is deeply weathered.

1 Elevations referenced in this report are Mean Sea Level (MSL) in feet.

Groundwater was encountered in our borings at the time of drilling above the sand/bedrock contact corresponding to depths ranging from 23 to 26 feet (Elevation 22.5 to 24 feet MSL) below the existing ground surface. We left borings TR-1, and TR-3 open overnight, and water levels were re-recorded. In TR-1, the water level remained unchanged. In TR-3, the water level rose about 3 feet, corresponding to a depth of 23.5 feet (Elevation 24 feet MSL).

## 8.0 DISCUSSION AND CONCLUSIONS

On the basis of our investigation, we conclude the project is feasible from a geotechnical standpoint. We judge the primary geotechnical issue at the site is the presence of uncontrolled fill and its poor reliability for foundation support. Our conclusions regarding this and other items are discussed in the remainder of this section.

### 8.1 Foundations and Settlement

Very loose to medium dense sandy fill underlies the proposed building site. If the proposed building is founded on the very loose sand, it could compress, resulting in large differential settlements between adjacent columns carrying the heaviest and lightest loads. To reduce the risk of adverse differential settlement, we conclude the proposed building be supported on bedrock. We judge the rock is too deep to be economically reached by spread footings; therefore, a drilled, cast-in-place concrete pier foundation, similar to the foundation installed beneath the surrounding buildings, is the most appropriate for this site. Properly installed concrete piers gaining support through friction in rock should settle less than ½ inch.

Alternatively, the building could rest on spread footings if the condition of very loose sand is mitigated. This could be accomplished by removing approximately the top eight feet of soil throughout the building pad and replacing it as compacted engineered fill. This approach would allow for the use of shallow foundations; however, we understand from discussions with DASSE Design, Inc., deep foundations may be necessary to resist seismic uplift.

### 8.2 Regional Seismicity

The major active faults in the area are the San Andreas, San Gregorio, Calaveras, and Hayward Faults. These and other faults of the region are shown on Figure 4. For each of the active faults, the distance from the site and estimated maximum Moment magnitude[2] (California Division of Mines and Geology 1996) event are summarized in Table 1.

**TABLE 1**
**Regional Faults and Seismicity**

| Fault Segment | Approximate Distance from Site (km) | Direction from Site | Maximum Magnitude |
|---|---|---|---|
| Monterey Bay – Tularcitos | 0.3 | Northeast | 7.1 |
| Palo Colorado | 13 | Southwest | 7.0 |
| San Gregorio | 33 | Northwest | 7.3 |
| Zayante-Vergeles | 34 | Northeast | 6.8 |
| San Andreas – 1906 Rupture | 41 | Northeast | 7.9 |
| San Andreas – Santa Cruz Mountains | 43 | North | 7.0 |
| Sargent | 47 | Northeast | 6.8 |
| Calaveras (South of Calaveras Reservoir) | 50 | Northeast | 6.2 |
| Monte Vista | 65 | North | 6.5 |
| San Andreas – Peninsula | 65 | North | 7.0 |
| Hayward – South East Extension | 77 | North | 6.5 |
| Calaveras (North of Calaveras Reservoir) | 94 | North | 6.8 |
| Hayward – Total | 94 | North | 7.1 |
| Greenville | 97 | North | 6.9 |
| Concord – Green Valley | 144 | North | 6.9 |
| Healdsburg – Rodgers Creek | 171 | North | 7.0 |

[2] Moment magnitude is an energy-based scale and provides a physically meaningful measure of the size of a faulting event. Moment magnitude is directly related to average slip and fault rupture area.

Figure 4 also shows the earthquake epicenters for events with magnitude greater than 5.0 from January 1800 through January 1996. Since 1800, four major earthquakes have been recorded on the San Andreas Fault. In 1836 an earthquake with an estimated maximum intensity of VII on the Modified Mercalli (MM) scale (Figure 5) occurred east of Monterey Bay on the San Andreas Fault [(Toppozada and Borchardt 1998)]. The estimated Moment magnitude, $M_{w,}$ for this earthquake is about 6-1/4. In 1838, an earthquake occurred with an estimated intensity of about VIII-IX (MM), corresponding to a $M_w$ of about 7-1/2. The San Francisco Earthquake of 1906 caused the most significant damage in the history of the Bay Area in terms of loss of lives and property damage. This earthquake created a surface rupture along the San Andreas Fault from Shelter Cove to San Juan Bautista approximately 430 kilometers in length. It had a maximum intensity of XI (MM), a $M_w$ of about 7.9, and was felt 560 kilometers away in Oregon, Nevada, and Los Angeles. The most recent earthquake to affect the Bay Area was the Loma Prieta Earthquake of 17 October 1989, in the Santa Cruz Mountains with a $M_w$ of 6.9, approximately 49 km from the site.

In 1868 an earthquake with an estimated maximum intensity of X on the MM scale occurred on the southern segment (between San Leandro and Fremont) of the Hayward Fault. The estimated $M_w$ for the earthquake is 7.0. In 1861, an earthquake of unknown magnitude (probably a $M_w$ of about 6.5) was reported on the Calaveras Fault. The most recent significant earthquake on this fault was the 1984 Morgan Hill earthquake ($M_w = 6.2$).

In 1999, the Working Group on California Earthquake Probabilities (WGCEP 1999) at the U.S. Geologic Survey (USGS) predicted a 70 percent probability of a magnitude 6.7 or greater earthquake occurring in the San Francisco Bay Area by the year 2030. More specific estimates of the probabilities for different faults in the Bay Area are presented in Table 2.

**TABLE 2**
**WGCEP (1999) Estimates of 30-Year Probability (2000 to 2030) of a Magnitude 6.7 or Greater Earthquake**

| Fault | Probability (percent) |
|---|---|
| Hayward-Rodgers Creek | 32 |
| San Andreas | 21 |
| Calaveras | 18 |
| San Gregorio | 10 |
| Concord-Green Valley | 6 |
| Greenville | 6 |

### 8.3 Geologic Hazards

During a major earthquake on a segment of one of the nearby faults, strong to very strong shaking is expected to occur at the project site. Strong shaking during an earthquake can result in ground failure such as that associated with soil liquefaction[3], lateral spreading[4], differential compaction[5] and ground surface displacements. We used the results of the borings to evaluate the potential of these phenomena occurring at the project site.

We conclude the potential for liquefaction-induced settlement is low. The field investigation revealed that the sand below the groundwater level (24 to 26 feet below the ground surface) is

3 Liquefaction is a phenomenon in which saturated, cohesionless soil experiences a temporary loss of strength due to the buildup of excess pore water pressure, especially during cyclic loading such as that induced by earthquakes. Soil most susceptible to liquefaction is loose, clean, saturated, uniformly graded, fine-grained sand and silt of low plasticity that is relatively free of clay.

4 Lateral spreading is a phenomenon in which surficial soil displaces along a shear zone that has formed within an underlying liquefied layer. Upon reaching mobilization, the surficial blocks are transported downslope or in the direction of a free face by earthquake and gravitational forces.

5 Differential compaction is a phenomenon in which non-saturated, cohesionless soil is compacted by earthquake vibrations, causing differential settlement.

too dense to be liquefiable. In addition, maps published by the United States Geological Survey indicate the site is in an area considered to have a “very low susceptibility for liquefaction”.

The site is blanketed by very loose to medium dense sand (the upper 8 feet). Strong ground shaking can cause unsaturated sand above the groundwater table to densify and settle. On the basis of our field exploration and engineering analysis, the loose to medium dense sand could have earthquake-induced settlements on the order of 1-½ inches.

Historically, ground surface displacements closely follow the trace of geologically young faults. The site is not within an Alquist-Priolo Special Studies Zone, and no known active or potentially active faults exist on the site. The Monterey Bay – Tularcitos Fault is only 300 meters northwest of the site, therefore, the remote possibility exists for future faulting in area.

### 8.4 Corrosion Potential

CERCO Analytical, Inc. (CERCO), performed tests on two representative soil samples to determine corrosion potential to buried metals and concrete. The results of the tests are presented in Appendix B. According to CERCO, the samples are classified as “mildly to moderately corrosive”. All buried iron, steel, cast iron, ductile iron, galvanized steel and dielectric coated steel or iron should be property protected against corrosion depending upon the critical nature of the structure. The sulfate ion concentration ranges from 0 to 130 mg/kg and the pH from 7.8 to 7.9; the results indicate sulfate and pH levels are insufficient to cause damage to reinforced concrete structures and cement mortar-coated steel.

## 9.0 RECOMMENDATIONS

Recommendations for foundation design, slab-on-grade floors, elevator pit walls, seismic design and fill placement are presented in this section of the report.

### 9.1 Drilled Cast-In-Place Piers

The proposed building should be supported on drilled, straight shaft, cast-in-place concrete piers that gain support through friction in the claystone/sandstone bedrock underlying the site. The boring logs combined with the embedment versus capacity curves presented on Figures 6 for different pier diameters may be used to estimate pier lengths.

The values presented on Figure 6 may be increased by one third for transient loads such as wind and/or seismic. To resist transient uplift loading, 100 percent of the compression capacity plus the weight of the pier may be used.

The capacities are based on the strength of the bedrock. If more competent rock is encountered during drilling, and the competency of the rock prevents drilling to the design depth, pier capacity can be re-evaluated based on the properties of the rock encountered. If higher bearing capacity is required, we would recommend increasing pier diameter before considering embedment beyond 15 feet.

The piers should penetrate at least five feet into the rock and be at least 24 inches in diameter. We understand, from discussions with DASSE Design, Inc., that both 24-inch and 30-inch diameter piers will be used. The piers should have a minimum center-to-center spacing of at least three times the pier diameter. Loose material, which accumulate in the pier shaft, should be removed prior to placing concrete. Groundwater should also be removed or the concrete placed by tremie.

Treadwell & Rollo observed the installation of the drilled piers for the existing Building 245, and found that the sand below groundwater was prone to caving and steps had to be implemented to keep the drilled shafts open so reinforcement and concrete could be placed. Steel casing was used in all the pier shafts. Concrete was placed in all piers using a tremie method. Appendix D contains a letter dated 20 April 1993, which summarizes our construction observations.

### 9.2 Lateral Loads

Lateral loads can be resisted by a combination of bending resistance of the piers and passive earth pressure on the face of pier caps and grade beams. Bending resistance of the drilled piers depends on the strength of the surrounding soil, the stiffness of the pier shaft, allowable deflection at the pier top, and induced moment. The structural engineer has requested that we analyze a 30-inch diameter pier for a fixed head condition for seven feet of embedment in bedrock. The corresponding deflection and moment profiles versus depth are presented on Figure 7. These lateral capacities are for single piers only.

In the event the structural engineer chooses to use a free-head design, we recommend the lateral capacities and moments presented in Table 3 be used. These have been estimated for piers extending a minimum of five feet into bedrock with a resulting top deflection of 1/2 inch.

**TABLE 3**
**Lateral Loads and Moments for Drilled Piers (Free-Head Condition)**

| Pier Diameter (inches) | Lateral Load (kips) | Approx. Resulting Max. Moment (kip-feet) | Approx. Depth Below Cut-Off to Max. Moment (feet) |
|---|---|---|---|
| 24 | 27 | 130 | 8 |
| 30 | 38 | 215 | 10 |
| 36 | 52 | 340 | 11 |

The lateral loads and moments are approximately linear with respect to deflection. If deflections are less than 1/2 inch, then the allowable lateral loads and corresponding moments should be reduced proportionally. Additional lateral resistance may be calculated using passive resistance acting against vertical faces of grade beams and pier caps. We recommend an equivalent fluid weight of 300 pcf be used in native soil. This value includes a factor of safety of about 1.5.

### 9.3 Slabs-on-Grade

Concrete slab-on-grade floors may be supported on recompacted native soil or engineered fill. The subgrade should be prepared as an "area to receive fill," as described in Section 9.6, Site Preparation and Grading.

We recommend a moisture barrier be installed beneath the slab-on-grade floor. A typical moisture-prevention barrier includes a capillary break consisting of at least a four-inch-thick layer of clean, free-draining gravel or crushed rock (3/4-inch gradation) overlain by a vapor barrier, such as visqueen, at least ten mils thick. The membrane should be covered with two inches of sand for protection during construction.

If water vapor is detrimental to the laboratory and classroom space, the moisture-prevention barrier and sand should be substituted with a waterproofing membrane. Acceptable waterproofing membranes include self-adhering high-density polyethylene (HDPE), paraseal, or equivalents.

Exterior slabs should be supported on compacted subgrade and at least four inches of Class 2 aggregate base. The subgrade should be prepared as an "area to receive fill," as described in Section 9.6, Site Preparation and Grading.

### 9.4 Elevator Pit Walls

Elevation pit walls should be designed to resist earth pressures due to the adjacent soil and any surcharge such as traffic or adjacent footings.

We recommend the following parameters be used for design of fully drained walls:

- unrestrained: 35 pcf (equivalent fluid weight)
- restrained: 55 pcf (equivalent fluid weight)
- seismic increment: 15H psf (rectangular distribution, where H is the height of the elevator pit wall)

For earthquake loading, walls should be designed for the greater of the restrained case without the seismic increment or the unrestrained case plus the seismic increment.

### 9.5 Seismic Design

For Seismic Design in accordance with the FEMA 302, we recommend the following:

- Site Class D
- Short-Period Maximum Considered Earthquake Spectral Acceleration, $S_s$ of 1.70
- 1 Second Period Maximum Considered Earthquake Spectral Acceleration, $S_1$ of 0.70
- Site Coefficients $F_a$ of 1.00 and $F_v$ of 1.50

For seismic design in accordance with the 1997 UBC, we recommend the following:

- Seismic Zone Factor 4
- Soil Profile Type $S_D$
- Near Source Factors $N_a$ of 1.30 and $N_v$ of 1.60

### 9.6 Fill Placement

All vegetation and organic soil present in the building area should be stripped from the site. If approved by the architect, this material can be stockpiled for later use in landscaped areas. Any pavements, curbs and gutters, and associated construction material remaining from demolition should also be removed.

Areas to receive fill or slabs-on-grade should be scarified to a depth of at least six inches, moisture-conditioned to above optimum moisture content, and compacted to at least 90 percent relative compaction[6].

On-site soil that is free of organic matter, construction debris, and rocks or lumps larger than three inches in greatest dimension should be suitable for use as fill or backfill provided it is properly moisture conditioned. Imported fill material should also be free of debris and rocks or lumps larger than three inches in greatest dimension and have a low expansion potential (defined by a liquid limit less than 40 and a plasticity index lower than 12). If imported fill is necessary, a sample should be submitted to the geotechnical engineer for testing at least 72 hours before delivery to the site.

Fill should be placed in horizontal layers not exceeding eight inches in loose thickness, moisture-conditioned to above optimum moisture content, and compacted to at least 90 percent relative compaction. Careful moisture control may be necessary to prevent the drying of the fill material during placement and compaction.

Backfill behind the elevator pit walls and in utility trenches can consist of either on-site material or approved imported granular fill. The backfill should be placed in layers of eight-inch maximum thickness, moisture-conditioned to above optimum moisture content, and compacted to at least 90 percent relative compaction. If the fill thickness exceeds 10 feet, the fill should be compacted to at least 95 percent relative compaction. Under paved areas, the upper six inches of subgrade material and all baserock should be compacted to at least 95 percent relative compaction. Retaining walls should be braced or hand compaction equipment used where compaction of backfill by heavy equipment could cause unwanted surcharges on walls or foundations (as determined by the structural engineer).

---

6 Relative compaction refers to the in-place dry density of soil expressed as a percentage of the maximum dry density of the same material, as determined by the ASTM D1557-91 laboratory compaction procedure.

## 10.0 ADDITIONAL GEOTECHNICAL SERVICES

Treadwell & Rollo should review the project plans and specifications. This will allow us to check conformance with the intent of our recommendations. To maintain the project schedule, our review should be completed prior to construction.

During construction, an engineer from our office should observe site preparation, installation of building foundations, and placement and compaction of backfill. These observations will allow us to compare actual with anticipated soil and bedrock conditions and to verify that the contractors' work conforms with the geotechnical aspects of the plans and specifications.

As soon as the preliminary design is complete, we would be pleased to provide you with an estimate for these additional services.

## 11.0 LIMITATIONS

The conclusions and recommendations presented in this report apply to the site and construction conditions as we have described them. They are the result of engineering studies and our interpretations of existing geotechnical conditions. Actual subsurface conditions may vary. Should conditions differ substantially from those we anticipate, some modifications to our conclusions and recommendations may be necessary.

## REFERENCES

California Division of Mines and Geology (1996). “Probabilistic seismic hazard assessment for the State of California.” DMG Open-File Report 96-08.

Dupre, W.R. (1990). “Liquefaction Susceptibility Maps, Maps Showing Geology and Liquefaction Susceptibility of Quaternary Deposits in the Monterey, Seaside, Spreckles and Carmel Valley Quadrangles, Monterey County, California.” *United States Geological Survey*, Map MF-2096

Federal Emergency Management Council (FEMA) (1997). “NEHRP Recommended provisions for Seismic Regulations for New Buildings and Other Structures, Part 1 - Provisions.” FEMA 302 / February 1998.

Lee and Praszker Inc. Consulting Geotechnical Engineers and Geologists, “Foundation Investigation, Engineering Building, Naval Post Graduate School, Monterey, California”, 29 November 1990.

Toppozada, T. R. and Borchardt G. (1998). “Re-Evaluation of the 1836 “Hayward Fault” and the 1838 San Andreas Fault earthquakes.” *Bulletin of Seismological Society of America*, 88(1), 140-159.

Treadwell & Rollo Inc. Environmental & Geotechnical Consultants, “Soil Quality Assessment, Proposed Engineering Building, Naval Postgraduate School, Monterey, California”, 21 September 1992

Working Group on California Earthquake Probabilities (WGCEP) (1999). “Earthquake probabilities in the San Francisco Bay region: 2000 to 2030 – A summary of findings.” Open File Report 99-517.

**FIGURES**