


**SITE LOCATION MAP**

Treadwell&Rollo

| Date 10/30/00 | Project No. 2948.01 | Figure 1 |
|---|---|---|