
Halligan Hall
234
Bullard Hall
233
B-7
A
TR-3
TB-3
TB-1
Building 245
North
B-6
Building 245
South
B-5
TB-4
TB-2
TR-2
A'
TR-1
B-4
B-3
Building 245A
TB-5
Existing
parking lots
7TH STREET
SLOAT AVENUE
SOUTH ROAD
B-1
8TH STREET
9TH STREET
EXPLANATION
TR-1 Approximate location of boring by Treadwell & Rollo Inc., 19 September 2000
B-1 Approximate location of boring by Treadwell & Rollo, Inc., September 1992
TB-1 Approximate location of boring by Lee and Praszker, September 1990
Proposed limits of Building 245 Extension
A A' Approximate location of idealized subsurface profile
0
80 Feet
Approximate scale
BUILDING 245 EXTENSION
NAVAL POSTGRADUATE SCHOOL
Monterey, California
SITE PLAN
Date 10/27/00
Project No. 2948.01
Figure 2
Treadwell&Rollo




Notes:
1. The above profile represents a generalized cross section interpreted from widely spaced borings. Soil and rock deposits may be many in types, strength, and other important properties.
2. Depth to bedrock should only be considered accurate at the boring locations, points in between are assumed and are only approximate.




**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

**IDEALIZED SUBSURFACE PROFILE A - A'**

| | | |
|---|---|---|
| Date 10/27/00 | Project No. 2948.01 | Figure 3 |

Treadwell&Rollo




NOTES:
Digitized data for fault coordinates and earthquake catalog was developed by the California Department of Conservation Division of Mines and Geology. The historic earthquake catalog includes events from January 1800 to January 1996.

| | |
|---|---|
| **BUILDING 245 EXTENSION**<br>**NAVAL POSTGRADUATE SCHOOL**<br>Monterey, California | **MAP OF MAJOR FAULTS AND EARTHQUAKE EPICENTERS IN THE SAN FRANCISCO BAY AREA** |
| **Treadwell&Rollo** | Date: 10/27/00 · Project No. 2948.01 · Figure: 4 |

**I** **Not felt by people, except under especially favorable circumstances. However, dizziness or nausea may be experienced.**
Sometimes birds and animals are uneasy or disturbed. Trees, structures, liquids, bodies of water may sway gently, and doors may swing very slowly.

**II** **Felt indoors by a few people, especially on upper floors of multi-story buildings, and by sensitive or nervous persons.**
As in Grade I, birds and animals are disturbed, and trees, structures, liquids and bodies of water may sway. Hanging objects swing, especially if they are delicately suspended.

**III** **Felt indoors by several people, usually as a rapid vibration that may not be recognized as an earthquake at first. Vibration is similar to that of a light, or lightly loaded trucks, or heavy trucks some distance away. Duration may be estimated in some cases.**
Movements may be appreciable on upper levels of tall structures. Standing motor cars may rock slightly.

**IV** **Felt indoors by many, outdoors by a few. Awakens a few individuals, particularly light sleepers, but frightens no one except those apprehensive from previous experience. Vibration like that due to passing of heavy, or heavily loaded trucks. Sensation like a heavy body striking building, or the falling of heavy objects inside.**
Dishes, windows and doors rattle; glassware and crockery clink and clash. Walls and house frames creak, especially if intensity is in the upper range of this grade. Hanging objects often swing. Liquids in open vessels are disturbed slightly. Stationary automobiles rock noticeably.

**V** **Felt indoors by practically everyone, outdoors by most people. Direction can often be estimated by those outdoors. Awakens many, or most sleepers. Frightens a few people, with slight excitement; some persons run outdoors.**
Buildings tremble throughout. Dishes and glassware break to some extent. Windows crack in some cases, but not generally. Vases and small or unstable objects overturn in many instances, and a few fall. Hanging objects and doors swing generally or considerably. Pictures knock against walls, or swing out of place. Doors and shutters open or close abruptly. Pendulum clocks stop, or run fast or slow. Small objects move, and furnishings may shift to a slight extent. Small amounts of liquids spill from well-filled open containers. Trees and bushes shake slightly.

**VI** **Felt by everyone, indoors and outdoors. Awakens all sleepers. Frightens many people; general excitement, and some persons run outdoors.**
Persons move unsteadily. Trees and bushes shake slightly to moderately. Liquids are set in strong motion. Small bells in churches and schools ring. Poorly built buildings may be damaged. Plaster falls in small amounts. Other plaster cracks somewhat. Many dishes and glasses, and a few windows break. Knickknacks, books and pictures fall. Furniture overturns in many instances. Heavy furnishings move.

**VII** **Frightens everyone. General alarm, and everyone runs outdoors.**
People find it difficult to stand. Persons driving cars notice shaking. Trees and bushes shake moderately to strongly. Waves form on ponds, lakes and streams. Water is muddied. Gravel or sand stream banks cave in. Large church bells ring. Suspended objects quiver. Damage is negligible in buildings of good design and construction; slight to moderate in well-built ordinary buildings; considerable in poorly built or badly designed buildings, adobe houses, old walls (especially where laid up without mortar), spires, etc. Plaster and some stucco fall. Many windows and some furniture break. Loosened brickwork and tiles shake down. Weak chimneys break at the roofline. Cornices fall from towers and high buildings. Bricks and stones are dislodged. Heavy furniture overturns. Concrete irrigation ditches are considerably damaged.

**VIII** **General fright, and alarm approaches panic.**
Persons driving cars are disturbed. Trees shake strongly, and branches and trunks break off (especially palm trees). Sand and mud erupts in small amounts. Flow of springs and wells is temporarily and sometimes permanently changed. Dry wells renew flow. Temperatures of spring and well waters varies. Damage slight in brick structures built especially to withstand earthquakes; considerable in ordinary substantial buildings, with some partial collapse; heavy in some wooden houses, with some tumbling down. Panel walls break away in frame structures. Decayed pilings break off. Walls fall. Solid stone walls crack and break seriously. Wet grounds and steep slopes crack to some extent. Chimneys, columns, monuments and factory stacks and towers twist and fall. Very heavy furniture moves conspicuously or overturns.

**IX** **Panic is general.**
Ground cracks conspicuously. Damage is considerable in masonry structures built especially to withstand earthquakes; great in other masonry buildings - some collapse in large part. Some wood frame houses built especially to withstand earthquakes are thrown out of plumb, others are shifted wholly off foundations. Reservoirs are seriously damaged and underground pipes sometimes break.

**X** **Panic is general.**
Ground, especially when loose and wet, cracks up to widths of several inches; fissures up to a yard in width run parallel to canal and stream banks. Landsliding is considerable from river banks and steep coasts. Sand and mud shifts horizontally on beaches and flat land. Water level changes in wells. Water is thrown on banks of canals, lakes, rivers, etc. Dams, dikes, embankments are seriously damaged. Well-built wooden structures and bridges are severely damaged, and some collapse. Dangerous cracks develop in excellent brick walls. Most masonry and frame structures, and their foundations are destroyed. Railroad rails bend slightly. Pipe lines buried in earth tear apart or are crushed endwise. Open cracks and broad wavy folds open in cement pavements and asphalt road surfaces.

**XI** **Panic is general.**
Disturbances in ground are many and widespread, varying with the ground material. Broad fissures, earth slumps, and land slips develop in soft, wet ground. Water charged with sand and mud is ejected in large amounts. Sea waves of significant magnitude may develop. Damage is severe to wood frame structures, especially near shock centers, great to dams, dikes and embankments, even at long distances. Few if any masonry structures remain standing. Supporting piers or pillars of large, well-built bridges are wrecked. Wooden bridges that "give" are less affected. Railroad rails bend greatly and some thrust endwise. Pipe lines buried in earth are put completely out of service.

**XII** **Panic is general.**
Damage is total, and practically all works of construction are damaged greatly or destroyed. Disturbances in the ground are great and varied, and numerous shearing cracks develop. Landslides, rock falls, and slumps in river banks are numerous and extensive. Large rock masses are wrenched loose and torn off. Fault slips develop in firm rock, and horizontal and vertical offset displacements are notable. Water channels, both surface and underground, are disturbed and modified greatly. Lakes are dammed, new waterfalls are produced, rivers are deflected, etc. Surface waves are seen on ground surfaces. Lines of sight and level are distorted. Objects are thrown upward into the air.

| | | | |
|---|---|---|---|
| **BUILDING 245 EXTENSION**<br>**NAVAL POSTGRADUATE SCHOOL**<br>Monterey, California | **MODIFIED MERCALLI INTENSITY SCALE** | | |
| **Treadwell&Rollo** | Date 10/27/00 | Project No. 2948.01 | Figure 5 |




Notes:
1. Embedment depths relative to top of rock, which is at approxiate El. 14 feet M.S.L.
2. The indicated capacities are for compression or transient tension loading.
3. Capacities are based on strength of the bedrock; the structural capacity of the pier may govern.
4. Piers should be spaced no closer than three diameters center to center.
5. Pier capacities are based on skin friction only.
6. Pier capacities may be increased by one-third for wind and/or seismic loads.

| | |
|---|---|
| **BUILDING 245 EXTENSION**<br>**NAVAL POSTGRADUATE SCHOOL**<br>Monterey, California | **ALLOWABLE CAPACITIES**<br>**OF DRILLED PIERS** |
| **Treadwell&Rollo** | Date 11/16/00 \| Project No. 2948.01 \| Figure 6 |







FIXED-HEAD CONDITION

| Curve | Lateral Load (kips) |
|---|---|
| ——— (solid line) | 105 |
| —·—·— (dash-dot line) | 130 |

Notes:
1. The profiles presented above are for embedments of at least seven feet into underlying bedrock.
2. Assumes center to center spacing of piers is at least 6 diameters.

**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

**DEFLECTION AND MOMENT PROFILE FOR LATERALLY LOADED 30-INCH DIAMETER CAST-IN-PLACE CONCRETE PIERS**

| Date 11/16/00 | Project No. 2948.01 | Figure 7 |
|---|---|---|

**Treadwell&Rollo**

# APPENDIX A
## Logs of Borings and Classification Charts

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-1

PAGE 1 OF 2

| | |
|---|---|
| Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson |
| Date started: 9/19/00 | Date finished: 9/19/00 |
| Drilling method: Hollow-stem auger | |
| Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety |
| Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT) | |

| DEPTH (feet) | SAMPLES: Sampler Type | SAMPLES: Sample | SAMPLES: SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION (Surface Elevation: 48.5 feet[2]) | LABORATORY TEST DATA: Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0–1 | | | | SP-SM | SAND with SILT (SP - SM) brown, dense, moist, fine sand, with gravel and brick fragments (FILL, 0 to 8 feet) | | | | | | |
| 3 | S&H | | 34 | | | | | | | | |
| 5–6 | SPT | | 4 | | very loose | | | | | | |
| 8 | | | | SC | CLAYEY SAND with GRAVEL (SC) light brown to olive, medium dense, moist, fine sand | | | | | | |
| 9 | SPT | | 30 | | | | | | | | |
| 14 | S&H | | 51 | | very dense | | | | | 13.1 | 116 |
| 17 | | | | SP | SAND (SP) yellow-brown, dense, moist, with fine-grained mica particles | | | | | | |
| 19 | SPT | | 32 | | | | | | | 11.2 | |
| 24 | SPT | | 23 | | | | | | 7.7 | 13.8 | |
| 25 | | | | | medium dense | | | | | | |
| 26 | | | | | ▼ water level measured at 9:40 am 9/19/00 and 8:55 am 9/20/00 | | | | | | |
| 29 | SPT | | 22 | | | | | | | 32.7 | |
| 30 | | | | | | | | | | | |

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

**Treadwell&Rollo**

Project No.: 2948.01 | Figure: A-1a

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-1



| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SAND (SP) (continued) | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | SP | | | | | | | |
| 34 | SPT | | 50/ 3" | | very dense<br>with sandstone fragments | | | | | | |
| 35 | | | | | SANDSTONE<br>brown, crushed, soft, friable, deep weathering, micaceous, siltstone interbeds | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | | | | | | | | | | | |
| 39 | SPT | | 50/ 5" | | | | | | | | |
| 40 | SPT | | 50/ 6" | | some claystone interbeds<br>intensely fractured, low hardness | | | | | | |
| 41 | | | | | | | | | | | |
| 42 | | | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | | | | | | | |
| 46 | | | | | | | | | | | |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | | | | | | | | | |
| 51 | | | | | | | | | | | |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | | | | | | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | | | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | | | |

Boring terminated at a depth of 40.5 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 26 feet.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01

Figure: A-1b

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-2

PAGE 1 OF 2

| | |
|---|---|
| Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson |
| Date started: 9/19/00 | Date finished: 9/19/00 |
| Drilling method: Hollow-stem auger | |
| Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety |
| Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT) | |

Surface Elevation: 47 feet[2]

| DEPTH (feet) | Sampler Type | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|
| 0–8.5 | | | SP | SAND (SP) brown, medium dense, fine sand, some organics, with trace silt (FILL) | | | | | | |
| 3 | S&H | 12 | | | | | | | 5.4 | 99 |
| 5 | | | | no organics | | | | | | |
| 6 | SPT | 12 | | | | | | | | |
| 8.5–13 | | | SC | CLAYEY SAND (SC) yellow-brown, dense, moist, fine sand, cemented | | | | | | |
| 9 | SPT | 38 | | | | | | | 12.9 | |
| 13–30 | | | SP | SAND (SP) yellow-brown, dense, moist, fine sand, with trace clay | | | | | | |
| 14 | SPT | 31 | | | | | | | | |
| 18 | | | | medium dense, contains mica grains | | | | | | |
| 19 | SPT | 25 | | | | | | | 12.7 | |
| 24 | SPT | 22 | | ∇ | | | | | 14.0 | |
| 25 | | | | water level measured at 11:26 am 9/19/00 | | | | | | |
| 29 | SPT | 35 | | dense, wet | | | | 9.8 | 21.8 | |

**Treadwell&Rollo**

Project No.: 2948.01 Figure: A-2a

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-2

PAGE 2 OF 2

| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SAND (SP) (continued) | | | | | | |
| 31 | | | | SP | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | SANDSTONE | | | | | | |
| 34 | SPT | | 50/ 3" | | brown, intensely fractured, low hardness, friable, deep weathering | | | | | | |
| 35 | | | | | | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |
| 40 | | | | | | | | | | | |
| 41 | | | | | | | | | | | |
| 42 | | | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | | | | | | | |
| 46 | | | | | | | | | | | |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | | | | | | | | | |
| 51 | | | | | | | | | | | |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | | | | | | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | | | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | | | |

LABORATORY TEST DATA

Boring terminated at a depth of 33.5 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 25 feet.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01 Figure: A-2b

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-3

PAGE 1 OF 2

Boring location: See Site Plan, Figure 2
Logged by: R. Nelson
Date started: 9/19/00
Date finished: 9/19/00
Drilling method: Hollow-stem auger
Hammer weight/drop: 140 lbs./30 inches
Hammer type: Safety
Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT)

LABORATORY TEST DATA

| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION (Surface Elevation: 47.5 feet[2]) | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0–1 | | | | SP-SM | SAND with SILT (SP - SM) dark brown, medium dense, moist, fine sand and gravel (FILL, 0–8 ft) | | | | | | |
| 2–3 | S&H | | 20 | | | | | | | 6.8 | 101 |
| 5–6 | SPT | | 8 | | loose | | | | | | |
| 8–9 | SPT | | 51 | SP | SAND (SP) yellow-brown to olive, very dense, moist, fine sand, some silt | | | | | | |
| 14–15 | SPT | | 51 | | | | | | | | |
| 19–20 | SPT | | 36 | | | | | | | 10.0 | |
| 20 | | | | | dense, contains mica grains, clay seams | | | | | | |
| 23.5 | | | | | ▼ water level measured at 9:10 am 9/20/00 | | | | | | |
| 24–25 | SPT | | 28 | | medium dense | | | | | 32.2 | |
| 26 | | | | | ▽ water level measured at 12:27 pm 9/19/00 | | | | | | |
| 29–30 | SPT | | 34 | | dense, wet | | | | | | |

Treadwell&Rollo

Project No.: 2948.01
Figure: A-3a

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-3

PAGE 2 OF 2

| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30–33 | | | | SP | SAND (SP) (continued) | | | | | | |
| 33–34 | | | | | CLAYSTONE<br>olive-brown, crushed, low hardness, friable, deep weathering, with clay seams | | | | | | |
| 34 | SPT | | 80/ 11" | | | | | | | | |
| 39 | SPT | | 50/ 6" | | dark brown, intensely fractured | | | | | | |
| 43 | SPT | | 50/ 6" | | sandstone interbeds | | | | | | |
| 44–60 | | | | | | | | | | | |

Boring terminated at a depth of 44 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 23.75 feet at 9:10 am on 9/20/00.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01 Figure: A-3b

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

## UNIFIED SOIL CLASSIFICATION SYSTEM

| Major Divisions | | Symbols | Typical Names |
|---|---|---|---|
| **Coarse-Grained Soils** (more than half of soil > no. 200 sieve size | **Gravels** (More than half of coarse fraction > no. 4 sieve size) | **GW** | Well-graded gravels or gravel-sand mixtures, little or no fines |
| | | **GP** | Poorly-graded gravels or gravel-sand mixtures, little or no fines |
| | | **GM** | Silty gravels, gravel-sand-silt mixtures |
| | | **GC** | Clayey gravels, gravel-sand-clay mixtures |
| | **Sands** (More than half of coarse fraction < no. 4 sieve size) | **SW** | Well-graded sands or gravelly sands, little or no fines |
| | | **SP** | Poorly-graded sands or gravelly sands, little or no fines |
| | | **SM** | Silty sands, sand-silt mixtures |
| | | **SC** | Clayey sands, sand-clay mixtures |
| **Fine -Grained Soils** (more than half of soil < no. 200 sieve size) | **Silts and Clays** LL = < 50 | **ML** | Inorganic silts and clayey silts of low plasticity, sandy silts, gravelly silts |
| | | **CL** | Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, lean clays |
| | | **OL** | Organic silts and organic silt-clays of low plasticity |
| | **Silts and Clays** LL = > 50 | **MH** | Inorganic silts of high plasticity |
| | | **CH** | Inorganic clays of high plasticity, fat clays |
| | | **OH** | Organic silts and clays of high plasticity |
| **Highly Organic Soils** | | **PT** | Peat and other highly organic soils |

## GRAIN SIZE CHART

| Classification | Range of Grain Sizes: U.S. Standard Sieve Size | Range of Grain Sizes: Grain Size in Millimeters |
|---|---|---|
| Boulders | Above 12" | Above 305 |
| Cobbles | 12" to 3" | 305 to 76.2 |
| Gravel | 3" to No. 4 | 76.2 to 4.76 |
| coarse | 3" to 3/4" | 76.2 to 19.1 |
| fine | 3/4" to No. 4 | 19.1 to 4.76 |
| Sand | No. 4 to No. 200 | 4.76 to 0.074 |
| coarse | No. 4 to No. 10 | 4.76 to 2.00 |
| medium | No. 10 to No. 40 | 2.00 to 0.420 |
| fine | No. 40 to No. 200 | 0.420 to 0.074 |
| Silt and Clay | Below No. 200 | Below 0.074 |

## SAMPLE DESIGNATIONS/SYMBOLS

Sample taken with split-barrel sampler other than Standard Penetration Test sampler. Darkened area indicates soil recovered

Classification sample taken with Standard Penetration Test sampler

Undisturbed sample taken with thin-walled tube

Disturbed sample

Sampling attempted with no recovery

Core sample

Unstabilized groundwater level

Stabilized groundwater level

## SAMPLER TYPE

C Core barrel

CA California split-barrel sampler with 2.5-inch outside diameter and a 1.93-inch inside diameter

D&M Dames & Moore piston sampler using 2.5-inch outside diameter, thin-walled tube

O Osterberg piston sampler using 3.0-inch outside diameter, thin-walled Shelby tube

PT Pitcher tube sampler using 3.0-inch outside diameter, thin-walled Shelby tube

S&H Sprague & Henwood split-barrel sampler with a 3.0-inch outside diameter and a 2.43-inch inside diameter

SPT Standard Penetration Test (SPT) split-barrel sampler with a 2.0-inch outside diameter and a 1.5-inch inside diameter

ST Shelby Tube (3.0-inch outside diameter, thin-walled tube) advanced with hydraulic pressure

**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

**Treadwell&Rollo**

**CLASSIFICATION CHART**

Date 10/27/00 | Project No. 2948.01 | Figure A-4

## I FRACTURING

| Intensity | Size of Pieces in Feet |
|---|---|
| Very little fractured | Greater than 4.0 |
| Occasionally fractured | 1.0 to 4.0 |
| Moderately fractured | 0.5 to 1.0 |
| Closely fractured | 0.1 to 0.5 |
| Intensely fractured | 0.05 to 0.1 |
| Crushed | Less than 0.05 |

## II HARDNESS

1. **Soft** - reserved for plastic material alone.
2. **Low hardness** - can be gouged deeply or carved easily with a knife blade.
3. **Moderately hard** - can be readily scratched by a knife blade; scratch leaves a heavy trace of dust and is readily visibly after the powder has been blown away.
4. **Hard** - can be scratched with difficulty; scratch produced a little powder and is often faintly visible.
5. **Very hard** - cannot be scratched with knife blade; leaves a metallic streak.

## III STRENGTH

1. **Plastic** or very low strength.
2. **Friable** - crumbles easily by rubbing with fingers.
3. **Weak** - an unfractured specimen of such material will crumble under light hammer blows.
4. **Moderately strong** - specimen will withstand a few heavy hammer blows before breaking.
5. **Strong** - specimen will withstand a few heavy ringing hammer blows and will yield with difficulty only dust and small flying fragments.
6. **Very strong** - specimen will resist heavy ringing hammer blows and will yield with difficulty only dust and small flying fragments.

## IV WEATHERING - The physical and chemical disintegration and decomposition of rocks and minerals by natural processes such as oxidation, reduction, hydration, solution, carbonation, and freezing and thawing.

**D. Deep** - moderate to complete mineral decomposition; extensive disintegration; deep and thorough discoloration; many fractures, all extensively coated or filled with oxides, carbonates and/or clay or silt.

**M. Moderate** - slight change or partial decomposition of minerals; little disintegration; cementation little to unaffected. Moderate to occasionally intense discoloration. Moderately coated fractures.

**L. Little** - no megascopic decomposition of minerals; little of no effect on normal cementation. Slight and intermittent, or localized discoloration. Few stains on fracture surfaces.

**F. Fresh** - unaffected by weathering agents. No disintegration of discoloration. Fractures usually less numerous than joints.

## ADDITIONAL COMMENTS:

## V CONSOLIDATION OF SEDIMENTARY ROCKS: usually determined from unweathered samples. Largely dependent on cementation.

U = unconsolidated
P = poorly consolidated
M = moderately consolidated
W = well consolidated

## VI BEDDING OF SEDIMENTARY ROCKS

| Splitting Property | Thickness | Stratification |
|---|---|---|
| Massive | Greater than 4.0 ft. | very thick-bedded |
| Blocky | 2.0 to 4.0 ft. | thick bedded |
| Slabby | 0.2 to 2.0 ft. | thin bedded |
| Flaggy | 0.05 to 0.2 ft. | very thin-bedded |
| Shaly or platy | 0.01 to 0.05 ft. | laminated |
| Papery | less than 0.01 | thinly laminated |

**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

Treadwell&Rollo

**PHYSICAL PROPERTIES CRITERIA FOR ROCK DESCRIPTIONS**

Date 10/27/00 | Project No. 2948.01 | Figure A-5

**APPENDIX B**
**Corrosion Test Results**