*California State Certified Laboratory No.2153*

C E R C O
analytical, inc.

*3942-A Valley Avenue*
*Pleasanton, CA 94566-4715*
*Tel: 925.462.2771*
*Fax: 925.462.2775*

13 October, 2000

Job No.0009184
Cust. No.10727

Mr. Chris Ridley
Treadwell & Rollo
555 Montgomery Street, Suite 1300
San Francisco, CA 94111

Subject: Project No.2948.01
Project Name: Naval Post Graduate School, Monterey, CA
Corrosivity Analysis – ASTM Test Methods

Dear Mr.Ridley:

Pursuant to your request, the two soil samples furnished by your office were analyzed in accordance with ASTM Test Methods. The data and brief corrosivity evaluation are enclosed for your consideration.

Based upon the resistivity measurements, Sample No.001 is classified as "moderately corrosive" and Sample No.002 is classified as "mildly corrosive". All buried iron, steel, cast iron, ductile iron, galvanized steel and dielectric coated steel or iron should be properly protected against corrosion depending upon the critical nature of the structure. All buried metallic pressure piping such as ductile iron firewater pipelines should be protected against corrosion.

The chloride ion concentrations reflect none detected with a detection limit of 15 mg/kg.

The sulfate ion concentrations range from none detected to 130 mg/kg and are determined to be insufficient to damage reinforced concrete structures and cement mortar-coated steel at these locations.

The pH of the soils range from 7.8 to 7.9 which does not present corrosion problems for buried iron, steel, mortar-coated steel and reinforced concrete structures.

The redox potentials range from 310 to 360-mV which are indicative of potentially "slightly corrosive" soils resulting from anaerobic soil conditions.

This corrosivity evaluation is based on general corrosion engineering standards and is non-specific in nature. For specific design recommendations or consultation, please call JDH Corrosion Consultants, Inc. at (925) 927-6630.

We appreciate the opportunity of working with you on this project. If you have any questions, or if you required further information, please do not hesitate to contact us.

Very truly yours,
**CERCO ANALYTICAL, INC.**

J. Darby Howard, Jr., P.E.
President

JDH/jdl

**CERCO Analytical, Inc.**

3942-A Valley Avenue, Pleasanton, CA 94566-4715 (925) 462-2771 Fax (925) 462-2775

# *FINAL RESULTS*

| | | | |
|---|---|---|---|
| Client: | Treadwell & Rollo | Date Sampled: | 19-Sep-2000 |
| Client's Project No.: | 2948.01 | Date Received: | 28-Sep-2000 |
| Client's Project Name: | Naval Post Graduate School, Monterey, CA | Date of Report: | 12-Oct-2000 |
| Authorization: | Signed Chain of Custody | Matrix: | Soil |

| Job/Sample No. | Sample I.D. | Redox (mV) | pH | Conductivity (umhos/cm)* | Resistivity (100% Saturation) (ohms-cm) | Sulfide (mg/kg)* | Chloride (mg/kg)* | Sulfate (mg/kg)* |
|---|---|---|---|---|---|---|---|---|
| 0009184-001 | TR-1 #2 @ 5' | 360 | 7.9 | - | 3,300 | - | N.D. | 130 |
| 0009184-002 | TR-3 #2 @ 5' | 310 | 7.8 | - | 12,000 | - | N.D. | N.D. |

| | Redox | pH | Conductivity | Resistivity | Sulfide | Chloride | Sulfate |
|---|---|---|---|---|---|---|---|
| Method: | ASTM D1498 | ASTM D4972 | ASTM D1125M | ASTM G57 | ASTM D4658M | ASTM D4327 | ASTM D4327 |
| Detection Limit: | - | - | 10 | - | 50 | 15 | 15 |
| Date Analyzed: | 11-Oct-2000 | 11-Oct-2000 | - | 11-Oct-2000 | - | 10-Oct-2000 | 10-Oct-2000 |

Cheryl McMillen
Laboratory Director

* Results Reported on "As Received" Basis

N.D. - None Detected

**Quality Control Summary - All laboratory quality control parameters were found to be within established limits**

# APPENDIX C
## Summary of Construction Observations, Engineering Building

TREADWELL & ROLLO, INC.
Consulting Engineers and Scientists
353 Sacramento Street, Suite 800
San Francisco, California 94111
(415) 955-9040

FILE COPY

20 April 1993
Project 1386.02

Mr. Gary Frye
Crosby, Helmich, Frye & Drake
33 New Montgomery Street, Suite 950
San Francisco, California 94105

Subject: Summary of Construction Observations
Engineering Building
Naval Postgraduate School
Monterey, California

Dear Mr. Frye:

This letter report summarizes the observations of Treadwell and Rollo, Inc. during the installation of drilled piers for the new engineering building under construction at the Naval Postgraduate School in Monterey. The purpose of our construction observation services was to confirm the drilled piers were installed in accordance with the plans and specifications and the recommendations presented in the foundation investigation report for the project. The foundation report was prepared by Lee and Praszker, Inc. and dated November 1990. Lee and Praszker, Inc. is no longer associated with the project, and Treadwell & Rollo, Inc. was retained to provide construction observation of the foundation installation.

During this phase of the project, Treadwell and Rollo, Inc. provided full-time observation of the pier drilling operations and logged the soil and bedrock encountered in each pier hole. Additionally, we consulted with the design team and general contractor regarding geotechnical aspects of the construction.

The general contractor for the project is Allen Bender Construction. Piers were installed by Malcolm Drilling.

All piers are designed to obtain support through friction in undisturbed bedrock. Based on the foundation investigation report, bedrock was anticipated to underlie the site at depths ranging from 29 to 33 feet.

**DRILLED PIER OBSERVATIONS**

Drilled piers were installed between 12 March and 8 April 1993. The design called for a total of 135 piers with embedment into bedrock ranging from 5 to 10 feet. Of these piers, 61 were designed to be 24-inch-diameter and 74 were to be 30-inch diameter.

A representative of Treadwell and Rollo, Inc. observed the construction of all 135 piers. Observations were made regarding the pier diameter, depth, location, cleanliness, soil type, and placement of reinforcement and concrete. A log containing pertinent information was prepared by our representative for each pier and will be maintained in our files.

In general, the soil encountered during pier drilling consisted of interlayered sand and clayey sand overlying shale bedrock. Bedrock was encountered between depths of 28 and 35 feet. Groundwater was encountered at a depth of approximately 30 feet in all but a few pier shafts.

The piers installed were drilled using two different flight auger rigs, a Watson 1500 and a Hugh's LDH 100. Sand below the groundwater was prone to caving, and steps had to be implemented to keep the drilled shafts open so reinforcement and concrete could be placed. Steel casing was used in all the pier shafts. Additionally, on two occasions, a waterhead was added inside the casing to further reduce caving. Concrete was placed in all piers using a tremie method. Displaced water was pumped off as the concrete neared the ground surface.

Reinforcing cages were pre-fabricated for all the piers. Several of the initial pier shafts were drilled to allow for the use of the entire length of the pre-fabricated cages. However, it became evident that bedrock was, on the average, higher than expected, and the cages were generally too long. Subsequently, the cages were cut to fit the actual conditions. Locations of all 135 piers are shown on Figure 1 and Figure 2, which are reproductions of the contract foundation plans. Information regarding individual piers is presented in the accompanying Summary of Drilled Piers.

Based on our observations, we judge the drilled piers were installed in accordance with the intent of the plans and specifications. In our opinion, all the piers installed under our observation are capable of supporting their assigned loads.

This letter concludes our involvement in the pier installation for this project. If you have any questions regarding our observations or this summary, please contact us.

Sincerely yours,
TREADWELL & ROLLO, INC.

Richard D. Rodgers
Geotechnical Engineer

REGISTERED PROFESSIONAL ENGINEER
RICHARD D. RODGERS
No. 752
Exp. 12/31/93
GEOTECHNICAL
STATE OF CALIFORNIA

RDR:mmd
13860201.RDR

Attachment