# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 6 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| **0004** | 19 MARCH 2001 | | |

6. ISSUED BY CODE **N62474**

**ENGINEERING FIELD ACTIVITY WEST**
NAVAL FACILITIES ENGINEERING COMMAND
900 COMMODORE DRIVE
SAN BRUNO, CA 94066-5006

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

CODE FACILITY CODE

(✔) X 9A. AMENDMENT OF SOLICITATION NO. **N62474-00-R-3035**

9B. DATED *(SEE ITEM 11)* 11 December 2000

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

## AMENDMENT

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

1. This amendment is intended for those offerors who submitted (Part One) proposals under the solicitation which addressed (1) Past Performance, and (2) Corporate and Key Personnel Experience.

**(SEE ENCLOSED)**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type of print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| 15B. CONTRACT/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**STANDARD FROM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 DFR) 53.243

**AMENDMENT 0004 (CONTINUED)**

2. This amendment provides offerors with the SF 1442, SOLICITATION, OFFER AND AWARD; Sections 00600, 00710, 00711, 00830, Division 01, General Requirements, and 45 Drawings. These documents are provided to offerors in pdf format on a compact disc (CD). (the drawings are designated by alpha-numerics such as A1, A2, etc.). The detail of this amendment is as follows:

SOLICITATION, OFFER AND AWARD (STANDARD FORM 1442)

| | |
|---|---|
| Document 00010 | Project Table of Contents |
| 00452 | Representations and Certifications for Contract by Negotiation |
| 00600 | Bonds and Certifications |
| 00710 | Contract Clauses, FAR 52.202 through 52.228 |
| 00711 | Contract Clauses, FAR 52.229 through 52.252 |
| 00830 | Davis Bacon Wage Determination |
| Section 01112 | General Design and Construction Criteria |
| 01200 | Price and Payment Procedures |
| 01310 | Administrative Requirements |
| 01321 | Network Analysis Schedules (NAS) |
| 01331 | Submittal Requirements After Award |
| 01332 | Submittal During Construction for Design Build |
| 01420 | References |
| 01450 | Quality Control |
| 01500 | Temporary Facilities and Controls |
| 01525 | Safety Requirements |
| 01572 | Waste Management |
| 01575 | Temporary Environmental Controls |
| 01580 | Project Identification |
| 01600 | Materials and Equipment |
| 01730 | Alteration to Existing Work |
| 01770 | Closeout Procedures |
| 01782 | OMSI Manual for Design Build |
| Appendix A | Geotechnical Report |

**AMENDMENT 0004 (CONTINUED)**

Preliminary Design Drawings:

| NAVFAC DWG NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 6458066 | T1 | Drawing Index, Vicinity Map, Location Map |
| 6458067 | T2 | Abbreviations, Symbols, Materials Indications |
| 6458068 | C1 | Existing Topography |
| 6458069 | C2 | Demolition Plan |
| 6458070 | C3 | Utility Site Plan |
| 6458071 | C4 | Plot Plan |
| 6458072 | C5 | Grading Plan |
| 6458073 | C6 | Paving Plan |
| 6458074 | C7 | Painting and Striping Plan |
| 6458075 | GT1 | Boring Logs |
| 6458076 | GT2 | Boring Logs |
| 6458077 | L1 | Landscape Plan |
| 6458078 | A1 | Site Plan |
| 6458079 | A2 | First Floor Plan & Room Finish Schedule |
| 6458080 | A3 | Second Floor Plan & Room Finish Schedule |
| 6458081` | A4 | West Elevation & North Elevation |
| 6458082 | A5 | East Elevation & Section @ Window Wall-Lobby |
| 6458083 | A6 | Building Section |
| 6458084 | A7 | Roof Plan |
| 6458085 | A8 | First Floor Reflected Ceiling Plan |
| 6458086 | A9 | Second Floor Reflected Ceiling Plan |
| 6458087 | A10 | Wall Sections |
| 6458088 | S1 | Structural Notes and Typical Details |
| 6458089 | S2 | Foundation Plan |
| 6458090 | S3 | Second Floor Framing Plan |
| 6458091 | S4 | Roof Framing Plan |
| 6458092 | S5 | North and West Elevations |

| | | |
|---|---|---|
| 6458093 | S6 | South and East Elevations |
| 6458094 | S7 | Foundation Details |
| 6458095 | S8 | Structural Details |
| 6458096 | S9 | Metal Deck Details |

**AMENDMENT 0004 (CONTINUED)**

| | | |
|---|---|---|
| 6458097 | S10 | Steel Details |
| | | |
| 6458098 | M1 | Legend and Abbreviations |
| 6458099 | M2 | First Floor Plan |
| 6458100 | M3 | Second Floor Plan |
| 6458101 | M4 | Diagrams |
| 6458102 | M5 | Details |
| | | |
| 6458103 | E1 | Symbol List, Abbreviations & Drawing Index |
| 6458104 | E2 | Site Plan |
| 6458105 | E3 | First Floor Plan & Fixture Sched.-Lighting, Power & Signal |
| | | |
| 6458106 | E4 | Second Floor Plan & Fixture Sched.-Lighting, Power & Signal |
| 6458107 | E5 | Power One Line Diagram |
| 6458108 | E6 | Fire Alarm, Telephone, and Data Riser Diagrams |
| | | |
| 6458109 | FP1 | First Floor Plan |
| 6458110 | FP2 | Second Floor Plan |

3. In regards Document 00710 (Contract Clauses), **Clause No. 68, FAR 52.227-4 -- Patent Indemnity -- Construction Contracts (Apr 1984)**, the following subparagraph applies:

Except as otherwise provided, the Contractor agrees to indemnify the Government and its officers, agents, and employees against liability, including costs and expenses, for infringement upon any United States patent (except a patent issued upon an application that is now or may hereafter be withheld from issue pursuant to a Secrecy Order under 35 U.S.C. 181) arising out of performing this contract or out of the use or disposal by or for the account of the Government of supplies furnished or work performed under this contract.

4. In regards Section 01310, Administrative Requirements, Part 1, General, an additional Paragraph (1.5) is hereby added which reads as follows:

1.5 AVAILABILITY OF CADD DRAWING FILES

After award and upon request, the electronic "Computer Aided Drafting and Design (CADD)" drawing files will be made available to the Contractor for use in preparation of construction data related to the referenced contract subject to the following terms and conditions.

Data contained on these electronic files shall not be used for any purpose other than as a convenience in the preparation of construction data for the referenced project. Any other use or reuse shall be at the sole risk of the Contractor and without liability or legal exposure to the Government. The Contractor shall make no claim and waives to the fullest extent permitted by law, any claim or cause or action of any nature against the Government, its agents or sub consultants that may arise out of or in connection with the use of these electronic files. The Contractor shall, to the fullest extent permitted by law, indemnify and hold the Government harmless against all damages, liabilities or costs, including reasonable attorney's fees and defense costs, arising out of or resulting from the use of these electronic files.

These electronic CADD drawing files are not construction documents. Differences may exist between the CADD files and the corresponding construction documents. The Government makes no representation regarding the accuracy or completeness of the electronic CADD files, nor does it make representation to the compatibility of these files with the Contractors hardware of software. In the event that a conflict arises between the signed and sealed construction documents prepared by the Government and the furnished CADD files, the signed and sealed construction documents shall govern. The Contractor is responsible for determining if any conflict exists. Use of these CADD files does not relieve the Contractor of duty to fully comply with the contract documents, including and without limitation, the need to check, confirm and coordinate the work of all contractors for the project.

If the Contractor uses, duplicates and/or modifies these electronic CADD files for use in producing construction data related to this contract, all previous indicia of ownership (seals, logos, signatures, initials and dates) shall be removed."

4. In regards Section 01331, Submittal Requirements After Award, Paragraph 1.3.c. is hereby changed to read as follows:

c. To approve RFP stipulated portions of project design. There are various other required submittals, not associated with the design process which must be provided and approved prior to the commencement of construction. Construction cannot proceed until all required submittals are approved.

3. Divisions 02 through 16 (which address site work, concrete, mechanical, electrical, etc.) will be issued via a subsequent amendment. Issuance of this subsequent amendment is anticipated on or about 10 April 2001.

4. Changes made to the solicitation in amendments 0001 and 0003 have been incorporated into the applicable documents attached to this amendment.

5. **NOTE TO OFFERORS:** This is a design build contract. The design shown on the drawings included in this solicitation will require significant development based on requirements in Section 01112 before pricing can take place. The Government's schedule is firm. Offerors' attention to design is considered necessary for adequate pricing.

6. Closing date for receipt of (Part Two) proposals which shall address (3) Commitment to Small Business, and (4) Price is 2:00 p.m., 8 May 2001.

7. All other terms and conditions remain unchanged.

Request for Proposals No.:
N62474-00-C-3035

Engineering Field Activity West
Naval Facilities Engineering Command
900 Commodore Drive
San Bruno, CA 94066-0720

# P-189, BUILDING 245 EXTENSION
# FY 2001 MCON PROJECT

## Naval Postgraduate School
## Monterey, California

# Construction Solicitation and Specifications

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. N62474-00-R-3035 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) XX NEGOTIATED (RFP) | 3. DATE ISSUED 11 DEC 2000 | PAGE OF PAGES 1 OF 2 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | | |

| 7. ISSUED BY CODE N62474 | 8. ADDRESS OFFER TO |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>ATTN: A. T. LAWRENCE, CODE 0212ATL<br>BLDG 205, 1ST FLOOR<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006<br><br>MARK SUBMITTAL: "PROPOSAL ENCLOSED" |

| 9. FOR INFORMATION CALL: ▶ | A. NAME | B. TELEPHONE NO. *(Include area code)* ***(NO COLLECT CALLS)*** |
|---|---|---|
| | A. T. LAWRENCE | e-mail: LawrenceAT@efawest.navfac.navy.mil |

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and offeror" mean bid" and bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Design-build of the Building 245 Extension at the Naval Postgraduate School, Monterey, California

Work includes the design and construction of a basement with two story aboveground office/classroom building, or a three story aboveground office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities improvements and relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

Offeror shall state that its price proposal is for "a basement with two story aboveground office/classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building". If the offeror does not specifically state that its price proposal is for "a basement with two story aboveground office/ classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building", then its price proposal will be considered as non-responsive, and will not be considered.

Note: Offerors must execute Blocks 14 through 20C on Page 2 of this SF 1442.

11. The Contractor shall begin performance within 15 calendar days and complete it within TBD calendar days after receiving XX award, ☐ notice to proceed. This performance is XX mandatory, ☐ negotiable. *(See ________________.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| YES | |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00 P.M. *(hour)* local time 8 May 2001 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee XX is, ☐ not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**OFFER (Must be fully completed by offeror)**

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

15. TELEPHONE NO. (Include area code)

16. REMITTANCE ADDRESS (Include only if different from Item 14)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGEMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD *(To be completed by Government)***

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶

ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

26. ADMINISTERED BY

27. PAYMENT WILL BE MADE BY

***CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE***

28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract.

29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummated the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

**DOCUMENT 00010**

**PROJECT TABLE OF CONTENTS**

**RREQUEST FOR PROPOSAL**

SOLICITATION, OFFER AND AWARD (STANDARD FORM 1442)

00010 PROJECT TABLE OF CONTENTS

00201 INSTRUCTIONS TO PROPOSERS
00202 EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS
00452 REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACT BY NEGOTIATION
00600 BONDS AND CERTIFICATIONS
00710 CONTRACT CLAUSES, FAR 52.202 THROUGH 52. 228
00711 CONTRACT CLAUSES, FAR 52.229 THROUGH 52. 252
00830 DAVIS-BACON WAGE DETERMINATION

DIVISION 01 - GENERAL REQUIREMENTS

01112 GENERAL DESIGN AND CONSTRUCTION CRITERIA
01200 PRICE AND PAYMENT PROCEDURES
01310 ADMINISTRATIVE REQUIREMENTS
01321 NETWORK ANALYSIS SCHEDULES (NAS)
01331 SUBMITTAL REQUIREMENTS AFTER AWARD
01332 SUBMITTALS DURING CONSTRUCTION FOR DESIGN BUILD
01420 REFERENCES
01450 QUALITY CONTROL
01500 TEMPORARY FACILITIES AND CONTROLS
01525 SAFETY REQUIREMENTS
01572 WASTE MANAGEMENT
01575 TEMPORARY ENVIRONMENTAL CONTROLS
01580 PROJECT IDENTIFICATION
01600 MATERIALS AND EQUIPMENT
01730 ALTERATIONS TO EXISTING WORK
01770 CLOSEOUT PROCEDURES
01782 OMSI MANUAL FOR DESIGN BUILD

DIVISION 02 - SITE WORK

02220 SITE DEMOLITION
02231 CLEARING AND GRUBBING
02301 EARTHWORK FOR STRUCTURES AND PAVEMENTS
02302 EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES
02315 EXCAVATION AND FILL
02468 DRILLED FOUNDATION CAISSONS
02510 WATER DISTRIBUTION
02530 SANITARY SEWERAGE
02559 VALVE MANHOLES AND PIPING AND EQUIPMENT IN VALVE MANHOLES
02630 STORM DRAINAGE
02741 ASPHALT CONCRETE FOR VEHICULAR TRAFFIC
02787 SLURRY SEAL
02811 IRRIGATION SPRINKLER SYSTEMS
02930 EXTERIOR PLANTS
02935 LANDSCAPE MAINTENANCE

DIVISION 03 - CONCRETE

03300 CAST-IN-PLACE CONCRETE

DIVISION 05 - METALS

05120 STRUCTURAL STEEL
05310 STEEL DECKS
05500 METAL FABRICATIONS

DIVISION 06 - WOODS & PLASTICS

06200 FINISH CARPENTRY

DIVISION 07 - THERMAL & MOISTURE PROTECTION

07212 MINERAL FIBER BATT INSULATION
07513 BUILT-UP ASPHALT ROOFING (MINERAL SURFACED)
07600 FLASHING AND SHEET METAL
07840 FIRESTOPPING
07920 JOINT SEALANTS

DIVISION 08 - DOORS & WINDOWS

08110 STEEL DOORS AND FRAMES
08120 ALUMINUM STOREFRONT SYSTEM
08210 WOOD DOORS
08450 FRAMELESS TEMPERED GLASS DOORS
08710 DOOR HARDWARE
08800 GLAZING
08900 GLAZED CURTAIN WALL

DIVISION 09 - FINISHES

09100 METAL SUPPORT ASSEMBLIES
09250 GYPSUM BOARD
09310 CERAMIC TILE, QUARRY TILE, AND PAVER TILE
09510 ACOUSTICAL CEILINGS
09611 FIBERGLASS REINFORCED FLOOR SEALING SYSTEM
09630 STONE FLOORING
09685 CARPET TILE
09900 PAINTS AND COATINGS

DIVISION 10 - SPECIALTIES

10100 MARKERBOARDS
10153 TOILET PARTITIONS
10201 ROOF SCREEN LOUVERS
10400 IDENTIFICATION DEVICES
10441 SAFETY AND ACCESSIBILITY SIGNAGE
10520 FIRE EXTINGUISHER CABINETS
10615 DEMOUNTABLE GYPSUM BOARD PARTITIONS
10800 TOILET AND BATH ACCESSORIES

DIVISION 11 - EQUIPMENT

11132 PROJECTION SCREENS

DIVISION 12 - FURNISHINGS

12490 BLINDS, VENETIAN

DIVISION 13 - SPECIAL CONSTRUCTION

13852 INTERIOR FIRE DETECTION AND ALARM SYSTEM
13930 WET-PIPE FIRE SUPPRESSION SPRINKLERS

DIVISION 15 - MECHANICAL

15050 BASIC MECHANICAL MATERIALS AND METHODS
15070 MECHANICAL SOUND, VIBRATION, AND SEISMIC CONTROL
15080 MECHANICAL INSULATION
15181 CHILLED WATER PIPING
15185 LOW TEMPERATURE WATER HEATING SYSTEM
15400 PLUMBING SYSTEMS
15601 CENTRAL REFRIGERATION EQUIPMENT FOR AIR CONDITIONING
15720 AIR HANDLING UNITS
15730 UNITARY AIR CONDITIONING EQUIPMENT
15810 DUCTWORK AND DUCTWORK ACCESSORIES
15901 SPACE TEMPERATURE CONTROL SYSTEMS
15950 HVAC TESTING/ADJUSTING/BALANCING

DIVISION 16 - ELECTRICAL

16050 BASIC ELECTRICAL MATERIALS AND METHODS
16402 INTERIOR DISTRIBUTION SYSTEM
16510 INTERIOR LIGHTING
16520 EXTERIOR LIGHTING
16710 STRUCTURED TELECOMMUNICATIONS CABLING AND PATHWAY SYSTEM

-- End of Project Table of Contents --

DOCUMENT 00201

INSTRUCTIONS TO PROPOSERS

1. DESCRIPTION OF WORK: To obtain Construction of an Extension to Building 245 with matching exterior architectural to the existing Building 245, at the Naval Postgraduate School, Monterey, California. The work shall include the design and construction of a two-story office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work. The building extension consists of academic offices, classrooms, converence/study spaces, and other support spaces.
The design phase includes design and engineering to complete the preparation of detailed working drawings and specifications suitable for construction. The Government has developed mandatory design requirements and preliminary design drawings and prescriptive specifications as the basis for the design build requirements.

   The construction phase includes earthwork, foundations, concrete work, structural steel work, concrete fill over metal deck roofing, architectural finishes, HVAC systems, plumbing systems, electrical systems, telecommunication cabling systems, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

   1.1 Information Concerning Cost Targets:
   The target cost for this project is $5.4 million. It is the Navy's desire to award this contract at or below target cost.

2. TWO PHASE DESIGN-BUILD SELECTION PROCEDURES

   (a) This solicitation is for the design-build of the vacility described above. Technical and price information submitted in response to this solicitation shall be provided and evaluated in two separate submissions, hereinafter referred to as Part 1 and Part 2.

   (b) Part 1 of the technical evaluation will address the following technical factors: (1) Past Performance, and (2) Corporate and Key Personnel Experience.

   (c) Part 2 of the evaluation will address price and the following technical factor: (1) Commitment to Small Business.

3. NUMBER OF COPIES OF SUBMISSION FOR PHASE 1

   Proposal documents for Phase 1 of this solicitation are due at the address shown in Block 8 of the Standard Form (SF) 1442 and shall include the following:

   (a) SF 1442, Solicitation, Offer, and Award (original)

   (b) Representations and Certifications, Document 00452 of this solicitation (original)

(c) Technical Proposal per submittal requirements for Part 1in Document 00202 of this solicitation (original and 2 copies)

4. FAR 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (JUN 1999)

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.

(2) Company address.

(3) Company telephone number.

(4) Line of business.

(5) Chief executive officer/key manager.

(6) Date the company was started.

(7) Number of people employed by the company.

(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet home page at http://www.customerservice@dnb.com. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

5. DFARS 252.204-7001, COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (AUG 1999)

(a) The offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter “CAGE” before the number.

(b) If the offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Information Service (DLIS). The Contracting Officer will—

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLIS; and

(3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

6. <u>DFARS 252.204-7004, REQUIRED CENTRAL CONTRACTOR REGISTRATION (MAR 2000)</u>

(a) Definitions. As used in this clause:

(1) “Central Contractor Registration (CCR) database” means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) “Data Universal Number System (DUNS) number” means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) “Data Universal Numbering System +4 (DUNS+4) number” means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.

(4) “Registered in the CCR database” means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government’s reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://www.ccr2000.com.

7. DFARS 252.209-7001, DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) Definitions. As used in this provision--

(1) "Government of a terrorist country" includes the State and the Government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the Government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or offic ers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award. In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the Government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure. If the Government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the Government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--(1) Identification of each Government holding a significant interest; and

(2) A description of the significant interest held by each Government.

8. <u>FAR 52.211-1, AVAILABILITY OF SPECIFICATIONS LISTED IN THE GSA INDEX OF FEDERAL SPECIFICATIONS, STANDARDS AND COMMERCIAL ITEM DESCRIPTIONS, FPMR PART 101-29 (AUG 1998)</u>

The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to-

GSA Federal Supply Services
Specifications Section, Suite 8100
470 East L'Enfant Plaza, SW
Washington, DC 20407
Telephone (202) 619-8925
Facsimile (202) 619-8978

9. <u>FAR 52.211-2, Availability of Specifications Listed in the DoD Index of Specifications and Standards (DoDISS) and Descriptions Listed in the Acquisition Management Systems and Data Requirements Control List, DoD 5010.12-L (Dec 1999)</u>

Copies of specifications, standards, and data item descriptions cited in this solicitation may be obtained--

(a) From the ASSIST database via the Internet at http://assist.daps.mil; or

(b) By submitting a request to the--

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Telephone (215) 697-2667/2179
Facsimile (215) 697-1462.

10. FAR 52.211-6, BRAND NAME OR EQUAL (AUG 1999)

(a) If an item in this solicitation is identified as "brand name or equal," the purchase description Reflects the characteristics and level of quality that will satisfy the government's needs. The Salient physical, functional, or performance characteristics that "equal" products must meet are Specified in the solicitation.

(b) To be considered for award, offers of "equal" products, including "equal" products of the Brand name manufacturer, must--

(1) Meet the salient physical, functional, or performance characteristic specified in this Solicitation;

(2) Clearly identify the item by--

(i) Brand name, if any; and

(ii) Make or model number;

(3) Include descriptive literature such as illustrations, drawings, or a clear reference to Previously furnished descriptive data or information available to the contracting officer; and

(4) Clearly describe any modifications the offeror plans to make in a product to make it conform To the solicitation requirements. Mark any descriptive material to clearly show the Modifications.

(c) The contracting officer will evaluate "equal" products on the basis of information furnished by the offeror or identified in the offer and reasonably available to the contracting officer. The Contracting officer is not responsible for locating or obtaining any information not identified in the offer.

(d) Unless the offeror clearly indicates in its offer that the product being offered is an "equal" Product, the offeror shall provide the brand name product referenced in the solicitation.

11. FAR 52.211-14, NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be a __ DX rated order; _X_ DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR part 700), and the Contractor will be required to follow all of the requirements of this regulation.

12. DFARS 252.211-7002, AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTINENT DOCUMENTS (DEC 1991)

The specifications, standards, plans, drawings, data item descriptions, and other pertinent documents cited in this solicitation are not available for distribution but may be examined at the following location: On the internet at http://esol.navfac.navy.mil.

13. FAR 52.215-1, Instructions to Offerors--Competitive Acquisition (Feb 2000)

(a) *Definitions*. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"In writing" or "written" means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time," if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) *Amendments to solicitations*. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) *Submission, modification, revision, and withdrawal of proposals*. (1) Unless other methods (*e.g.*, electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) *Submission, modification, revision, and withdrawal of proposals*. (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(*1*) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(*2*) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(*3*) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized

representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) *Offer expiration date*. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) *Restriction on disclosure and use of data*. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend:

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with--the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [*insert numbers or other identification of sheets*]; and

(2) Mark each sheet of data it wishes to restrict with the following legend:

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f) *Contract award*. (1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) The Government may disclose the following information in postaward debriefings to other offerors:

(i) The overall evaluated cost or price and technical rating of the successful offeror;

(ii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection;

(iii) A summary of the rationale for award; and

(iv) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

14. FAR 52.215-16, FACILITIES CAPITAL COST OF MONEY (OCT 1997)

(a) Facilities capital cost of money will be an allowable cost under the contemplated contract, if the criteria for allowability in subparagraph 31.205-10(a)(2) of the Federal Acquisition Regulation are met. One of the allowability criteria requires the prospective contractor to propose facilities capital cost of money in its offer.

(b) If the prospective Contractor does not propose this cost, the resulting contract will include the clause Waiver of Facilities Capital Cost of Money.

15. FAR 52.216-1, TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm fixed price contract resulting from this solicitation.

16. FAR 52.217-5 EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

17. FAR 52.222-23, NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (FEB 1999)

a. The offerors attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

b. The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| 23.6% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

c. The Contractor's compliance with Executive Order 11246 as amended, and the regulations in 41 CFR 60.4 shall be based on its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout

the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60.4. Compliance with the goals will be measured against the total work hours performed.

d. The Contractor shall provide written notification to the Director, Office of Federal Contract Compliance Programs, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the--

(1) Name, address, and telephone number of the subcontractor; (i) Employer identification number of the subcontractor;

(2) Estimated dollar amount of the subcontract;

(3) Estimated starting and completion dates of the subcontract; and

(4) Geographical area in which the subcontract is to be performed.

e. As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Monterey, Monterey County, California.

18. FAR 52.225-9, BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (FEB 2000)

(a) *Definitions*. As used in this clause--

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic preference*. (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

____________”NONE”_______________________

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) *Request for determination of inapplicability of the Buy American Act or Balance of Payments Program*. (1)(i) Any Contractor request to use foreign construction material in

accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) *Data*. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

19. FAR 52.225-10, NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT--CONSTRUCTION MATERIALS (FEB 2000)

(a) Definitions. "Construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act--Balance of Payments Program--Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested--

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

20. FAC 5252.228-9300, INDIVIDUAL SURETY/SURETIES (JUN 1994)

As prescribed in FAR 28.203(a), individual sureties will be permitted. In order for the Contracting Officer to make a determination as to the acceptability of individuals proposed as sureties, as prescribed in FAR 28.203(b), all proposers who submit bonds which are executed by individual sureties are requested to furnish additional information in support of SF-28, Affidavit of Individual Surety, with the bonds. Pursuant to Instruction 3(b) of Standard Form 24, the Bond, Standard Form 25, the Performance Bond, and the Standard Form 25A, the Payment Bond, the Contracting Officer requests the following information:

(a) Equity Securities (Stock):

(1) State the place(s) of incorporation and address of the principal place of business for each issuing corporation listed.

(2) State whether the security issued was issued by public or private offering and give the place of registration of the security.

(3) State whether the security is presently, actively traded.

(b) Debt securities (Bonds) and Certificates of Deposit:

(1) List the type of bonds held and their maturity dates.

(2) State the name, address, and telephone number of the issuing agency, firm or individual.

(3) State the complete address(es) where the bonds are held.

(4) State whether the bonds have been pledged as security or have otherwise been encumbered.

(c) Real Property Interests:

(1) Provide complete recording data for the conveyance of each parcel or interest listed to the individual proposed as surety.

(2) State whether the values listed are based upon personal evaluation or evaluation of an experienced real estate appraiser. If available, provide copies of written appraisals.

(3) State the method(s) of valuation upon which appraisal is based.

(4) Provide the assessed value of each property interest listed utilized by the appropriate tax assessor for purposes of property taxation.

(5) Provide the telephone number, including area code, for the tax assessor who performed the most recent tax assessment.

(6) State whether each real property interest listed is currently under lien or in any way encumbered and the dollar amount of each such lien or encumbrance.

(d) Persons Proposed as Individual Sureties:

(1) A current list of all other bonds (bid, performance, and payment) on which the individual is a surety and bonds for which the individual is requesting to be a surety.

(2) A statement as to the percent of completion of projects for which the individual is bound on a performance bond.

This information is necessary to enable the Contracting Officer to evaluate the sufficiency of the surety's net worth in a timely manner.

21. FAC 5252.228-9302, BID GUARANTEE (JAN 1996)

To assure the execution of the contract and the performance and payment bonds, each bidder/offeror shall submit with its bid/offer a guarantee bond (Standard Form 24) executed by a surety company holding a certificate of authority from the Secretary of the Treasury as an acceptable surety, or other security as provided in FAR clause 52.228-1, "Bid Guarantee." Security shall be in the penal sum equal to at least of 20 percent of the largest amount for which award can be made under the bid submitted, but in no case to exceed $3,000,000. The bid guarantee bond shall be accompanied by a copy of the agent's authority to sign bonds for the surety company.

22. FAR 52.233-2, SERVICE OF PROTEST (AUG 1996)

a. Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Karen Powell, Code 021, Engineering Field Activity, West, Naval Facilities Engineering Command, 900 Commodore Drive, San Bruno, CA 94066-5006.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

23. FAR 52.236-27, SITE VISIT (CONSTRUCTION) (FEB 1995) ALTERNATE I (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigation and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) An organized site visit has been scheduled for:

____________________________________________

(Insert date and time)

(c) Participants will meet at--

____________________________________________

(Insert location)

24. FAR 52.236-28, PREPARATION OF PROPOSALS - CONSTRUCTION (OCT 1997)

(a) Proposals must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a proposal must initial each erasure or change appearing on any proposed form.

(b) The proposal form may require offerors to submit proposed prices for one or more items on various bases, including--

(1) Lump sum prices;

(2) Alternate prices;

(3) Units of construction; or

(4) Any combination of paragraphs (b)(1) through (b)(3) of this provision.

(c) If the solicitation requires submission of a proposal on all items, failure to do so may result in the proposal being rejected without further consideration. If a proposal on all items is not required, offerors should insert the words "no proposal" in the space provided for any item on which no price is submitted.

(d) Alternate proposals will not be considered unless his solicitation authorizes their submission.

25. FAR 52.252-1, SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov/far

DOCUMENT 00202

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

**EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS**

A. **Evaluation Factors for Award:** This is a Best Value Trade-Off source selection for the design-build of an extension to Bldg. 245 at NPS Monterey. Technical and Price information will be submitted in two separate parts, identified as Part One and Part Two. In determining the best value to the Government, proposals will be rated on the basis of three Technical Evaluation Factors (two in Part One, and one additional Technical Evaluation Factor in Part Two), and price. All offerors submitting technical proposals in Part One will be provided the opportunity to submit proposals for Part Two. Part Two proposals will be rated on the basis of all three Technical Evaluation Factors which are approximately equal in weight, and when combined, are weighted approximately equal to the Price Evaluation Factor.

B. **Technical Evaluation Factors:**

1. **FACTOR 1, Past Performance (Part One and Two)** This factor evaluates past performance for current projects and projects completed within the last three years on work similar to that within the scope of work of this solicitation. Offerors are encouraged to provide information on any problems encountered during performance of these contracts and any corrective actions taken by the offeror. In evaluating past performance, the Government shall consider information in the offeror's proposal and information from other sources including references, customers, Government agencies, and other sources deemed necessary.

2. **FACTOR 2, Corporate and Key Personnel Experience (Part One and Two)** This factor evaluates the recent experience and qualifications of the offeror and the offeror's proposed project team (design and construction teams), within the last five years in undertaking projects of similar scope and complexity and the proposed key personnel's contribution to the past performance considered in Factor 1. Offerors may determine who are key personnel but shall, at a minimum, include a project manager, project superintendent, and quality control manager. Note: The proposed key personnel shall be required to perform on the contract in their proposed roles. Substitution of key personnel after award is undesirable and should only be requested in accordance with NAVFAC P-68 Clause 5252.237-9301 in unavoidable circumstances.

3. **FACTOR 3, Commitment to Small Business (Part Two only)** This factor evaluates the extent of the offeror's commitment to having work performed by Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB); Historically Underutilized Business Zone (HUBZONE), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MI), concerns. If the offeror is a large business, this factor also evaluates the offeror's past achievements in meeting small business subcontracting goals.

C. Price Evaluation Factor:

1. The Government will evaluate the total proposed price of the base and option (if any) requirements.

2. Price evaluation will not be based upon absolute standards or given an adjectival rating, but will be an assessment of the reasonableness of the proposed price.

3. The Government will evaluate the fairness and reasonableness of the proposed price using one or more of the following price analysis techniques:

a. Evaluation of proposed price to solicitation requirements and their associated costs;

b. Comparison of proposed price with the independent Government estimate;

c. Comparison of proposed price to all other proposed prices; and,

d. Identification of prices which are unreasonably high or low.

D. **Technical Submittal Requirements:** The offeror's Part One technical proposal shall be limited to 30 single sided, 8 ½ by 11 inch pages of text with 10 point font or larger. The Part Two technical proposal shall be limited to 30 8 ½ by 11 inch pages of text with 10 point font or larger The page limitation does not include the Standard Form 1442, Solicitation, Offer, and Award; construction schedule, and SF 294s. If the technical proposal exceeds the stated page limitation, only the first 30 pages will be evaluated. The technical proposal shall be presented in three ring binders with dividers separating each evaluation factor. Offerors are advised that the required data listed below will be utilized for technical review and evaluation and for determination of a "rating" by a Technical Evaluation Team. The proposal should address the Technical Evaluation Factors specified below in the following format:

**PART ONE**:

1. **Factor 1**: **Past Performance**

a. Provide specific examples that demonstrate successful past performance as defined in Technical Evaluation Factor 1 as a prime contractor on comparable projects within the last three years. Provide examples in the following format:

Contract Number:

Project Title and Description:
Contract Award Date and Price:

Current or Actual Completion Date:

Percentage of Completion and Current Price:

Performance Evaluation Rating Received:

Owner and Point of Contact—Agency, Name, Address, Phone, E-mail Address:
Involvement of Proposed Key Personnel:

Description of Requirements and/or Complexity of the Project:

If the project was similar to the scope of work described in this solicitation, briefly describe the similarities:

Major Problems Encountered on Project and Resolution:

b. Provide any letters of commendations and awards received during the last three years.

c. Provide data concerning safety:

(1) OSHA incidence rate for the last three years; and,

(2) Most recent Experience Modification Rate (EMR) in California.

2. **Factor 2: Corporate and Key Personnel Experience:**

a. Provide additional corporate examples of similar projects within the past 5 years in the same format as Factor 1 (do not repeat the projects listed for the last 3 years in Factor 1 as they will be considered to evaluate corporate experience).

b. Provide the resumes of the proposed project team including, as a minimum, the Design Consultant, Project Manager, Project Superintendent, and the Quality Control Manager. Include in the resumes a description of the experience, education, capability to undertake the responsibilities of this contract, and how the personnel contributed to the commended performance in the "Past Performance" factor.

**PART TWO:**

3. **Factor 3**: Commitment to Small Business

The submission for this factor may be provided no later than two calendar days after the due date for receipt of proposals.

a. Describe your firm's commitment to utilizing Small Businesses (SBs), Women-Owned Small Businesses (WOSBs), Small Disadvantaged Businesses (SDBs), Historically Underutilized Business Zone Small Businesses (HUBZONESB), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MIs) to accomplish the work in this solicitation, in the following format:

(1) Note if your firm is a:

- ☐ Large Business (LB)
- ☐ Small Business (SB)
- ☐ Small Disadvantaged Business (SDB)
- ☐ Women-Owned Small Business (WOSB)
- ☐ Historically Underutilized Business Zone Small Business (HUBZONESB)

(2) Provide a breakout in terms of percentage and dollar amount of (i) the total contract dollar value you anticipate performing as a prime contractor, (ii) the total contract dollar value you anticipate subcontracting, and (iii) of the total projected subcontract amount, anticipated goals to be subcontracted to LBs, SBs, SDBs, WOSBs, and HUBZONESBs. Provide the breakout in the following format:

| | | **Percentage** | **Dollar Value** |
|---|---|---|---|
| a. | Total contract value to be performed by the Prime contractor | % | $ |
| b. | Total contract value to be subcontracted | % | $ |
| c. | Total Lines a + b. (Must equal total offered price) | 100% | $ |
| | **Subcontract Goals** | | |
| d. | Total Large Business subcontract goal | % | $ |
| e. | Total Small Business subcontract goal | % | $ |
| f. | Total Subcontract Goal, Lines d + e. (Dollar value must equal Line b) | 100% | $ |
| | **Small Business Subcontract Goals** | | |
| g. | SDB subcontract goal | % | $ |
| h. | WOSB subcontract goal | % | $ |
| i. | HUBZONESB subcontract goal | % | $ |
| j. | Other SB subcontract goal not categorized above | % | $ |
| k. | Total Small Business Subcontract Goal, Lines g + h + i +j (Dollar value must equal Line e) | 100% | $ |

(3) If your firm is a LB, these same percentage goals with the appropriate dollar values must be included in your Subcontracting Plan submitted in accordance with FAR 52.219-9 and DFARS 252.219-7003.

(4) For information purposes, the following are the Navy's goals: 65% of subcontracted work to SBs; 12% of subcontracted work to SDBs; 5% of subcontracted work to WOSBs; and 1% of subcontracted work to HUBZONESBs.

b. Past Commitment (For Large Businesses Only):

(1) For the projects cited as relevant past performance/experience, please provide the Subcontracting Plan goals for each of those projects that required a plan. Also, report the actual accomplishments for each goal. Please report this information using the following matrix.

| PER CENT<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dollar Amount<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: SDBs, WOSBs, HUBZone and HBCU/MI firms are sub-sets of the Small Business percentages and dollar amounts.

c. If applicable, please submit the latest SF 294 prepared for each of the above projects. If the project is completed, please submit the SF 294 that is marked as “FINAL”. Small businesses need not submit any SF 294s.

E. **Price Submittal Requirements:**

1. The price proposal shall include costs on the Standard Form 1442; Solicitation, Offer, and Award, for the following:

(a) CLIN 0001: Lump Sum Price for Base Item 0001.

(b) CLIN 0002: Unit price for variance of up to 100 lineal feet of 30-inch diameter drilled caissons, greater or less than 672 lineal feet.

(c) CLIN 0003: Unit price for variance of up to 120 lineal feet of 24-inch diameter drilled caissons, greater or less than 810 lineal feet.

2. Provide a breakdown of the price proposal in CSI division format. This breakdown shall be provided no later than two calendar days after the due date for receipt of proposals.

DOCUMENT 00452

REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACTING BY NEGOTIATION

Solicitation No.: ___________________________________

Name and Address of Proposer:
____________________________________________________
____________________________________________________
____________________________________________________

Contractor Establishment Code: _____________________

Cage Code: _________________________________________

TIN: _______________________________________________

1. <u>SUMMARY</u>

The following clauses are from the Federal Acquisition Regulations (FAR) and Department of Defense Federal Acquisition Regulation Supplement (DFARS). Complete the paragraphs below, and return with the bid forms.

2. <u>FAR 52.203-2, CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)</u>

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

__________________________________________________________________
__________________________________________________________________
__________________________________________________________________

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization); (ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and (iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

3. FAR 52.203-11, CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at "FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions," included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

4. FAR 52.204-3, TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

“Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subje ct to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
( ) TIN: _______.
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of a Federal, state or local government;

(e) *Type of organization*.

( ) Sole proprietorship;

( ) Partnership;

( ) Corporate entity (not tax-exempt);

( ) Corporate entity (tax-exempt);

( ) Government entity (Federal, State, or local);

( ) Foreign government;

( ) International organization per 26 CFR 1.6049-4;

( ) Other ___________________________.

(f) *Common parent*.

( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

( ) Name and TIN of common parent:

Name ______________________________

TIN _______________________________

5. FAR 52.204-5, WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( )is a women-owned business concern.

6. FAR 52.209-5, CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996)

(a) The Offeror certifies, to the best of its knowledge and belief, that --(i) The Offeror and/or any of its Principals --(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; (B) Have ( ) have not ( ), within a 3-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision. (ii) The Offeror has ( ) has not ( ), within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). This certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section render the maker subject to prosecution under section 1001, title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

7. <u>FAR 52.215-20, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)</u>

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

8. FAR 52.219-1, SMALL BUSINESS PROGRAM REPRESENTATIONS (OCT 2000)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 23332.

(2) The small business size standard is $27,500,000.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(c) Definitions. As used in this provision--

"Service-disabled veteran-owned small business concern"--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size
standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

9. FAR 52.219-19, SMALL BUSINESS CONCERN REPRESENTATION FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (OCT 2000)

(a) Definition. "Emerging small business" as used in this solicitation, means a small business concern whose size is no greater than 50 percent of the numerical size standard applicable to the North American Industry Classification System (NAICS) code assigned to a contracting opportunity.

(b) [Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.] The Offeror ( ) is, ( ) is not an emerging small business.

(c) [Complete only if the Offeror is a small business or an emerging small business, indicating its size range.] Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

10. FAR 52.219-21, SMALL BUSINESS SIZE REPRESENTATION FOR TARGETED INDUSTRY CATEGORIES UNDER THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (MAY 1999)

[Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.]

Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
| --- | --- |
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

11. FAR 52.219-22, SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations. (1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

( ) (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

( ) (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) ( ) For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern

that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:________________________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

12. FAR 52.222-22, PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that--

(a) It ( ) has, ( ) has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b) It ( ) has, ( ) has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

13. FAR 52.223-4, RECOVERED MATERIAL CERTIFICATION (OCT 1997)

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i), the offeror certifies, by signing this offer, that the percentage of recovered materials to be used in the performance of the contract will be at least the amount required by the applicable contract specification.

14. FAR 52.223-13, CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting Requirements because each such facility is exempt for at least one of the following reasons: [Check each block that is applicable.]

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

| **BID BOND** *(See instruction on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB NO.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION<br>STATE OF INCORPORATION |
|---|---|

SURETY(IES) *(Name and business address)*

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, Supplies,or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | *Corporate Seal* |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 24** (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed__________ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

| **PERFORMANCE BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB No.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION<br>STATE OF INCORPORATION |
|---|---|
| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND<br>MILLION(S) / THOUSAND(S) / HUNDRED(S) / CENTS<br>CONTRACT DATE / CONTRACT NO. |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 5-96 )
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES) *(Continued)***

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | |
|---|---|---|
| **BOND PREMIUM** ▶ | RATE PER THOUSAND ($) | TOTAL ($) |

INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| **PAYMENT BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB No.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* ☐ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☐ CORPORATION | | | |
|---|---|---|---|---|
| | STATE OF INCORPORATION | | | |
| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND | | | |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | CONTRACT NO. | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

**CORPORATE SURETY(IES)** ***(Continued)***

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# DOCUMENT 00710

## CONTRACT CLAUSES, FAR 52.202 THROUGH 52.228

### 1. DFARS 252.201-7000, CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) Definition. "Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contactor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

### 2. FAC 5252.201-9300, CONTRACTING OFFICER AUTHORITY (JUN 1994)

In no event shall any understanding or agreement between the contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter of verbal direction to the Contractor be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer. The Contractor is hereby put on notice that in the event a Government employee, other than the Contracting Officer, directs a change in the work to be performed, or increases the scope of the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

### 3. FAR 52.202-1, DEFINITIONS (OCT 1995) ALTERNATE I (APR 1984)

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) Commercial component means any component that is a commercial item.

(c) Commercial item means--

(1) Any item, other than real property, that is of a type customarily used for nongovernmental purposes and that--

(i) Has been sold, leased, or licensed to the general public; or

(ii) Has been offered for sale, lease; or licenses to the general public;

(2) Any item that evolved from an item described in paragraph (c)(1) of this clause through advances in technology or performance and that is not yet available in the commercial marketplace, but will be available in the commercial marketplace in time to satisfy the delivery requirements under a Government solicitation;

(3) Any item that would satisfy a criterion expressed in paragraphs (c)(1) or (c)(2) of this clause, but for--

(i) Modifications of a type customarily available in the commercial marketplace; or

(ii) Minor modifications of a type not customarily available in the commercial marketplace made to meet Federal Government requirements. "Minor" modifications means modifications that do not significantly alter the nongovernmental function or essential physical characteristics of an item or component, or change the purpose of a process. Factors to be considered in determining whether a modification is minor include the value and size of the modification and the comparative value and size of the final product. Dollar values and percentages may be used as guideposts, but are not conclusive evidence that a modification is minor;

(4) Any combination of items meeting the requirements of paragraphs (c)(1), (2), (3), or (5) of this clause that are of a type customarily combined and sold in combination to the general public;

(5) Installation services, maintenance services, repair services, training services, and other services if such services are procured for support of an item referred to in paragraphs (c)(1), (2), (3), or (4) of this clause, and if the source of such services--

(i) Offers such services to the general public and the Federal Government contemporaneously and under similar terms and conditions; and

(ii) Offers to use the same work force for providing the Federal Government with such services as the source uses for providing such services to the general public;

(6) Services of a type offered and sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices for specific tasks performed under standard commercial terms and conditions. This does not include services that are sold based on hourly rates without an established catalog or market price for a specific service performed;

(7) Any item, combination of items, or service referred to in subparagraphs (c)(1) through (c)(6), notwithstanding the fact that the item, combination of items, or service is transferred between or among separate divisions, subsidiaries, or affiliates of a Contractor; or

(8) A nondevelopmental item, if the procuring agency determines the item was developed exclusively at private expense and sold in

substantial quantities, on a competitive basis, to multiple State and local Governments.

(d) Component means any item supplied to the Federal Government as part of an end item or of another component.

(e) Nondevelopmental item means--

(1) Any previously developed item of supply used exclusively for governmental purposes by a Federal agency, a State or local government, or a foreign government with which the United States has a mutual defense cooperation agreement:

(2) Any item described in paragraph (e)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (e)(1) or (e)(2) solely because the item is not yet in use.

(f) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

**4. FAR 52.203-3, GRATUITIES (APR 1984)**

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative --

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) above, the Government is entitled --

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

**5. FAR 52.203-5, COVENANT AGAINST CONTINGENT FEES (APR 1984)**

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bonafide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bonafide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bonafide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

**6. FAR 52.203-7, ANTI-KICKBACK PROCEDURES (JUL 1995)**

(a) Definitions "Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51 - 58) (the Act), prohibits any person from --

(1) Providing or attempting to provide or offering to provide an kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)

(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the

Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

**7. FAR 52.203-8, CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)**

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27 (a) or (b) of the Act for other purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

**8. FAR 52.203-10, PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)**

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the Contracting activity or designee determines that there was a violation of subsection 27(a), (b) or (c) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in the Section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be --

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts -- (i) The base fee established in the contract at the time of contract award; (ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may -- (i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or (ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

**9. FAR 52.203-12, LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)**

(a) Definitions.

"Agency," as used in this clause, means executive agency as defined in 2.101.

"Covered Federal action," as used in this clause, means any of the following Federal actions:

(a) The awarding of any Federal contract.

(b) The making of any Federal grant.

(c) The making of any Federal loan.

(d) The entering into of any cooperative agreement.

(e) The extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

"Indian tribe" and "tribal organization," as used in this clause, have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) and include Alaskan Natives.

"Influencing or attempting to influence," as used in this clause, means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

"Local government," as used in this clause, means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency," as used in this clause, includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

"Person," as used in this clause, means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Reasonable compensation," as used in this clause, means, with respect to a regularly employed officer or employee of any person, compensation

that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

"Reasonable payment," as used in this clause, means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient," as used in this clause, includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Regularly employed," as used in this clause, means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State," as used in this clause, means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, a territory or possession of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibitions.

(1) Section 1352 of Title 31, United States Code, among other things, prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any of the following covered Federal actions: the awarding of any Federal contract; the making of any Federal grant; the making of any Federal loan; the entering into of any cooperative agreement; or the modification of any Federal contract, grant, loan, or cooperative agreement.

(2) The Act also requires Contractors to furnish a disclosure if any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a Federal contract, grant, loan, or cooperative agreement.

(3) The prohibitions of the Act do not apply under the following conditions:

(i) Agency and legislative liaison by own employees. (A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of a payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action if the payment is for agency and legislative liaison activities not directly related to a covered Federal action. (B) For purposes of subdivision (b)(3)(i)(A) of this clause, providing any information specifically requested by an agency or Congress is permitted at any time. (C) The following agency and legislative liaison activities are permitted at any time where they are not related to a specific solicitation for any covered Federal action: (1) Discussing with an agency the qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities. (2) Technical discussions and other activities regarding the application or adaptation of the person's products or services for an agency's use. (D) The following agency and legislative liaison activities are permitted where they are prior to formal solicitation of any covered Federal action -- (1) Providing any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action; (2) Technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and (3) Capability presentations by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub. L. 95-507, and subsequent amendments. (E) Only those services expressly authorized by subdivision (b)(3)(i)(A) of this clause are permitted under this clause.

(ii) Professional and technical services. (A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of -- (1) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. (2) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations. (B) For purposes of subdivision (b)(3)(ii)(A) of this clause, professional and technical services shall be limited to advice and analysis directly applying any professional or technical discipline. For example, drafting of a legal document accompanying a bid or proposal by a lawyer is allowable. Similarly, technical advice provided by an engineer on the performance or operational capability of a piece of equipment rendered directly in the negotiation of a contract is allowable. However, communications with the intent to influence made by a

professional (such as a licensed lawyer) or a technical person (such as a licensed accountant) are not allowable under this section unless they provide advice and analysis directly applying their professional or technical expertise and unless the advice or analysis is rendered directly and solely in the preparation, submission or negotiation of a covered Federal action. Thus, for example, communications with the intent to influence made by a lawyer that do not provide legal advice or analysis directly and solely related to the legal aspects of his or her client's proposal, but generally advocate one proposal over another are not allowable under this section because the lawyer is not providing professional legal services. Similarly, communications with the intent to influence made by an engineer providing an engineering analysis prior to the preparation or submission of a bid or proposal are not allowable under this section since the engineer is providing technical services but not directly in the preparation, submission or negotiation of or covered Federal action. (C) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents. (D) Only those services expressly authorized by subdivisions (b)(3)(ii)(A) (1) and (2) of this clause are permitted under this clause. (E) The reporting requirements of FAR 3.803(a) shall not apply with respect to payments of reasonable compensation made to regularly employed officers or employees of a person.

(c) Disclosure.

(1) The Contractor who requests or receives from an agency a Federal contract shall file with that agency a disclosure form, OMB standard form LLL, Disclosure of Lobbying Activities, if such person has made or has agreed to make any payment using nonappropriated funds (to include profits from any covered Federal action), which would be prohibited under subparagraph (b)(1) of this clause, if paid for with appropriated funds.

(2) The Contractor shall file a disclosure form at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in any disclosure form previously filed by such person under subparagraph (c)(1) of this clause. An event that materially affects the accuracy of the information reported includes -- (i) A cumulative increase of $25,000 or more in the amount paid or expected to be paid for influencing or attempting to influence a covered Federal action; or (ii) A change in the person(s) or individual(s) influencing or attempting to influence a covered Federal action; or (iii) A change in the officer(s), employee(s), or Member(s) contacted to influence or attempt to influence a covered Federal action.

(3) The Contractor shall require the submittal of a certification, and if required, a disclosure form by any person who requests or received any subcontract exceeding $100,000 under the Federal contract.

(4) All subcontractor disclosure forms (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall submit all disclosures to the Contracting Officer at the end of the calendar quarter in which the disclosure form

is submitted by the subcontractor. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(d) Agreement. The Contractor agrees not to make any payment prohibited by this clause.

(e) Penalties.

(1) Any person who makes an expenditure prohibited under paragraph (a) of this clause or who fails to file or amend the disclosure form to be filed or amended by paragraph (b) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

**10. DFARS 252.203-7001,PROHIBITION ON PERSON CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999)**

(a) *Definitions.* As used in this clause—
(1) “Arising out of a contract with the DoD” means any act in connection with—
(i) Attempting to obtain;
(ii) Obtaining; or
(iii) Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).
(2) “Conviction of fraud or any other felony” means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of *nolo contendere*, for which sentence has been imposed.
(3) “Date of conviction” means the date judgment was entered against the individual.
(b) Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving—
(1) In a management or supervisory capacity on any DoD contract or first-tier subcontract;
(2) On the board of directors of any DoD contractor or first-tier subcontractor;
(3) As a consultant, agent, or representative for any DoD contractor or first-tier subcontractor; or
(4) In any other capacity with the authority to influence, advise, or control the decisions of any DoD contractor or subcontractor with regard to any DoD contract or first-tier subcontract.
(c) Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.
(d) 10 U.S.C. 2408 provides that a defense contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly—

(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or
(2) Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.
(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as—
(1) Suspension or debarment;
(2) Cancellation of the contract at no cost to the Government; or
(3) Termination of the contract for default.
(f) The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify—
(1) The person involved;
(2) The nature of the conviction and resultant sentence or punishment imposed;
(3) The reasons for the requested waiver; and
(4) An explanation of why a waiver is in the interest of national security.
(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.
(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.

## 11. DFARS 252.203-7002, DISPLAY OF DOD HOTLINE POSTER (DEC 1991)

(a) The Contractor shall display prominently in common work areas within business segments performing work under Department of Defense (DOD) contracts, DOD Hotline posters prepared by the DOD Office of the Inspector General.

(b) DOD Hotline posters may be obtained from the DOD Inspector General, ATTN: Defense Hotline, 400 Army Navy Drive, Washington, DC 22202-2884.

(c) The Contractor need not comply with paragraph (a), above, if the Contractor has established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct, and instructions that encourages employees to make such reports.

## 12. FAR 52.204-2, SECURITY REQUIREMENTS (AUG 1996) AND ALTERNATE II (APR 1984)

(a) This clause applies to the extent that this contract involves access to information classified "Confidential," "Secret," "Top Secret."

(b) The Contractor shall comply with

(1) the Security Agreement (DD Form 441), including the "National Industrial Security Program Operating Manual" (DOD 5220.22-M), and

(2) any revisions to that manual, notice of which has been furnished to the Contractor.

(c) If, subsequent to the date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment as if the changes were directed under the Changes clause of this contract.

(d) The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph (d) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access to classified information.

(e) The Contractor shall be responsible for furnishing to each employee and for requiring each employee engaged on the work to display such identification as may be approved and directed by the Contracting Officer. All prescribed identification shall immediately be delivered to the Contracting Officer, for cancellation upon the release of any employee. When required by the Contracting Officer, the Contractor shall obtain and submit fingerprints of all persons employed or to be employed on the project.

**13. FAR 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)**

(a) *Definitions*. As used in this clause--
"Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material." For paper and paper products, postconsumer material means "postconsumer fiber" defined by the U.S. Environmental Protection Agency (EPA) as--
(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or
(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not
(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.
"Printed or copied double-sided" means printing or reproducing a document so that information is on both sides of a sheet of paper.
"Recovered material," for paper and paper products, is defined by EPA in its Comprehensive Procurement Guideline as "recovered fiber" and means the following materials:
(1) Postconsumer fiber; and
(2) Manufacturing wastes such as--
(i) Dry paper and paperboard waste generated after completion of the papermaking process (that is, those manufacturing operations up to and including the cutting and trimming of the paper machine reel into smaller rolls or rough sheets) including: envelope cuttings, bindery trimmings, and other paper and paperboard waste resulting from printing, cutting, forming, and other converting operations; bag, box,

and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and
(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants, wholesalers, dealers, printers, converters, or others.
(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.
(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

**14. DFARS 252.204-7000, DISCLOSURE OF INFORMATION (DEC 1991)**

(a) The Contractor shall not release to anyone outside the Contractor's organization any unclassified information, regardless of medium (e.g., film, tape, document), pertaining to any part of this contract or any program related to this contract, unless--

(1) The Contracting Officer has given prior written approval; or

(2) The information is otherwise in the public domain before the date of release.

(b) Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release. The Contractor shall submit its request to the Contracting Officer at least 45 days before the proposed date for release.

(c) The Contractor agrees to include a similar requirement in each subcontract under this contract. Subcontractors shall submit requests for authorization to release through the prime contractor to the Contracting Officer.

**15. DFARS 252.204-7003, CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)**

The contractor's procedures for protecting against unauthorized disclosure of information shall not require Department of Defense employees or members of the Armed Forces to relinquish control of their work products, whether classified or not, to the contractor.

**16. DFARS 252.205-7000, PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)**

(a) Definition. "Cooperative agreement holder" means a State or local government; a private, nonprofit organization; a tribal organization (as defined in section 4(c) of the Indian Self-Determination and Education Assistance Act (Pub L. 93-268; 25 U.S.C. 450(c)); or an economic enterprise (as defined in section 3(e) of the Indian Financing Act of 1974 (Pub. L. 93-362; 25 U.S.C. 1452(e))) whether such economic enterprise is organized for profit or nonprofit purposes; which has an agreement with the Defense Logistics Agency to furnish procurement technical assistance to business entities.

(b) The Contractor shall provide cooperative agreement holders, upon their request, with a list of those appropriate employees or offices responsible for entering into subcontracts under defense contracts. The list shall include the business address, telephone number, and area of responsibility of each employee or office.

(c) The Contractor need not provide the listing to a particular cooperative agreement holder more frequently than once a year.

**17. FAR 52.209-6, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)**

(a) The Government suspends or debars Contractors to protect the Government's interests. Contractors shall not enter into any subcontract in excess of $25,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $25,000 to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principals, is or in not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or designee of the Contractor, shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the List of Parties Excluded for Procurement Programs). The notice must include the following:

(1) The name of the subcontractor;

(2) The Contractor's knowledge of the reasons for the subcontractor being on the list of Parties Excluded from Federal Procurement and Nonprocurement Programs;

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion on the list of Parties Excluded from Procurement Programs; and

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

**18. FAC 5252.209-9300, ORGANIZATIONAL CONFLICTS OF INTEREST (JUN 1994)**

The restrictions described herein shall apply to the Contractor and its affiliates, consultants and subcontracts under this contract. If the Contractor under this contract prepares or assists in preparing a statement of work, specifications and plans, the Contractor and its affiliates shall be ineligible to bid or participate, in any capacity, in any contractual effort which is based on such statement of work or specifications and plans as a prime contractor, subcontractor, consultant or in any similar capacity. The Contractor shall not incorporate its products or services in such statement of work or specification unless so directed in writing by the Contracting Officer, in which case the restriction shall not apply. This contract shall include this clause in its subcontractor's or consultants' agreements concerning the performance of this contract.

**19. FAR 52.211-10, COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**

The Contractor shall be required to:

(a) Commence work under this contract within 15 calendar days after the date the Contractor receives the notice to proceed,

(b) Prosecute the work diligently, and

(c) Complete the entire work ready for use not later than 01 March 2003.

The time stated for completion shall include final cleanup of the premises.

**20. FAR 52.211-12, LIQUIDATED DAMAGES -- CONSTRUCTION (SEP 2000)**

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the following amounts for each calendar day of delay until the work is completed or accepted.

$1,450 per calendar day

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

**21. FAR 52.211-15, DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)**

This is a rated order certified for national defense use, and the Contractor shall follow all the requirements of the Defense Priorities and Allocations System regulation (15 CFR part 700).

**22. RESERVED**

## 23. FAC 5252.212-9300, COMMERCIAL WARRANTY (NOV 1998)

The Contractor agrees that the supplies or services furnished under this contract shall be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services and that the rights and remedies provided herein are in addition to and do not limit any rights afforded to the Government by any other clause of this contract.

## 24. FAR 52.215-2, AUDIT AND RECORDS -- NEGOTIATION (JUN 1999)

(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Examination of costs. If this is a cost-reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract. This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

(c) Cost or pricing data. If the Contractor has been required to submit cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractors records, including computation and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) Comptroller General--(1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder.

(2) This paragraph may not be construed to require the Contractor or subcontractor to crate or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Reports. If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized

representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating (1) the effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) the data reported.

(f) Availability. The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract. In addition--

(1) If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement; and

(2) Records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(g) The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold, and--

(1) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (c) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

**25. FAR 52.215-10, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997)**

(a) If any price, including profit or fee, negotiated in connection with this contract, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction.

(b) Any reduction in the contract price under paragraph (a) above due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which (1) the actual subcontract or (2) the actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor, provided, that the actual subcontract price as not itself affected by defective cost or pricing data.

(c)

(1) If the Contracting Officer determines under paragraph (a) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense: (i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted. (ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer. (iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract. (iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2) (i) Except as prohibited by subdivision (c)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and (B) The Contractor proves that the cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date. (ii) An offset shall not be allowed if--(A) The understated data was known by the Contractor to be understated before the "as of" date specified on its Certificate or Current Cost or Pricing Data; or (B) The Government proves that the facts demonstrate that the contracting price would not have increased in the amount to be offset even if the available data had been submitted before the date of agreement on price.

(d) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

(2) A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data which were incomplete, inaccurate, or noncurrent.

### 26. FAR 52.215-12, SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

(a) Before awarding any subcontract expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, on the date of agreement on price or the date of award whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, the Contractor shall require the subcontractor to submit cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 applies.

(b) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (a) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontractor or subcontract modification.

(c) In each subcontract that exceeds the threshold for submission of cost or pricing data at FAR 15.403-4, when entered into, the Contractor shall insert either--

(1) The substance of this clause, including this paragraph (c), if paragraph (a) of this clause requires submission of cost or pricing data for the subcontract; or

(2) The substance of the clause at FAR 52.215-13, Subcontractor Cost or Pricing Data--Modifications.

### 27. FAR 52.215-15, PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998)

(a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate a defined-benefit pension plan or otherwise recapture such pension fund assets.

(b) For segment closings, pension plan terminations, or curtailment of benefits, the adjustment amount shall be the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12) for contracts and subcontracts that are subject to Cost Accounting Standards (CAS) Board rules and regulations (48 CFR Chapter 99). For contracts and subcontracts that are not subject to CAS, the adjustment amount shall be the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12), except the numerator of the fraction at 48 CFR 9904.413-50(c)(12))vi) shall be the sum of the pension plan costs allocated to all non-CAS-covered contracts and subcontracts that are subject to Federal Acquisition Regulation (FAR) Subpart 31.2 or for which cost or pricing data were submitted.

(c) For all other situations where assets revert to the Contractor, or such assets are constructively received by it for any reason, the Contractor shall, at the Government's option, make a refund or give a credit to the Government for its equitable share of the gross amount

withdrawn. The Government's equitable share shall reflect the Government's participation in pension costs through those contracts for which cost or pricing data were submitted or that are subject to FAR Subpart 31.2.

(d) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirements of FAR 15.408(g).

**28. RESERVED**

**29. FAR 52.215-19, NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)**

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the administrative Contracting Officer (ACO) within 3 days.

(2) The Contractor shall also notify the ACO within the 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall:

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract which meet the applicability requirement of FAR 15.408(k).

**30. FAR 52.215-21, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA -- MODIFICATIONS (OCT 1997)**

(a) Exceptions from cost or pricing data.

(1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described

in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controller under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items.

(A) If (1) the original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition, or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item, and (2) the modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial items to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same items or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include: (1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities. (2) For market priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, described the nature of the market. (3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the scheduled item. (4) The Contractor grants the Contracting Officer or an authorized representative the right to examine, any item before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. Access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(2) The contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of

price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data on Standard Form (SF) 1411, Contract Pricing Proposal Cover Sheet (Cost or Pricing Data Required), with supporting attachments prepared in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406.2.

## 31. 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)

(a) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.
(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.
(c) *Definitions*. As used in this contract--
"HUBZone small business concern" means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.
"Service-disabled veteran-owned small business concern"--
(1) Means a small business concern--
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of

a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.
"Small disadvantaged business concern" means a small business concern that represents, as part of its offer that--
(1) It has received certification as a small disadvantaged business concern consistent with 13 CFR part 124, Subpart B;
(2) No material change in disadvantaged ownership and control has occurred since its certification;
(3) Where the concern is owned by one or more individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(4) It is identified, on the date of its representation, as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net).
"Veteran-owned small business concern" means a small business concern--
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.
"Women-owned small business concern" means a small business concern--
(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.
(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a veteran-owned small business concern, a service-disabled veteran-owned small business concern, a HUBZone small business concern, a small disadvantaged business concern, or a women-owned small business concern.

## 32. FAR 52.219-9 SMALL BUSINESS SUBCONTRACTING PLAN (OCT 2000)

(a) This clause does not apply to small business concerns.
(b) *Definitions*. As used in this clause--
"Commercial item" means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.
"Commercial plan" means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (*e.g.*, division, plant, or product line).
"Individual contract plan" means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that

indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

"Master plan" means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

"Subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) The offeror, upon request by the Contracting Officer, shall submit and negotiate a subcontracting plan, where applicable, that separately addresses subcontracting with small business, veteran-owned small business, HUBZone small business concerns, small disadvantaged business, and women-owned small business concerns. If the offeror is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be negotiated within the time specified by the Contracting Officer. Failure to submit and negotiate the subcontracting plan shall make the offeror ineligible for award of a contract.

(d) The offeror's subcontracting plan shall include the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. Service-disabled veteran-owned small business concerns meet the definition of veteran-owned small business concerns, and offerors may include them within the subcontracting plan goal for veteran-owned small business concerns. A separate goal for service-disabled veteran-owned small business concerns is not required. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs.

(2) A statement of--

(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns;

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to HUBZone small business concerns;

(v) Total dollars planned to be subcontracted to small disadvantaged business concerns; and

(vi) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to--

(i) Small business concerns;

(ii) Veteran-owned small business concerns;
(iii) HUBZone small business concerns;
(iv) Small disadvantaged business concerns; and
(v) Women-owned small business concerns.
(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.
(5) A description of the method used to identify potential sources for solicitation purposes (*e.g.*, existing company source lists, the Procurement Marketing and Access Network (PRO-Net) of the Small Business Administration (SBA), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations). A firm may rely on the information contained in PRO-Net as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of PRO-Net as its source list does not relieve a firm of its responsibilities (*e.g.*, outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.
(6) A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with--
(i) Small business concerns;
(ii) Veteran-owned small business concerns;
(iii) HUBZone small business concerns;
(iv) Small disadvantaged business concerns; and
(v) Women-owned small business concerns.
(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.
(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns have an equitable opportunity to compete for subcontracts.
(9) Assurances that the offeror will include the clause of this contract entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $500,000 ($1,000,000 for construction of any public facility) to adopt a subcontracting plan that complies with the requirements of this clause.
(10) Assurances that the offeror will--
(i) Cooperate in any studies or surveys as may be required;
(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;
(iii) Submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts, and/or SF 295, Summary Subcontract Report, in accordance with paragraph (j) of this clause. The reports shall provide information on subcontract awards to small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, small disadvantaged business concerns, women-owned small business concerns, and Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in

accordance with the instructions on the forms or as provided in agency regulations.
(iv) Ensure that its subcontractors agree to submit SF 294 and SF 295.
(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the offeror's efforts to locate small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):
(i) Source lists (*e.g.*, PRO-Net), guides, and other data that identify small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.
(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.
(iii) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating--
(A) Whether small business concerns were solicited and, if not, why not;
(B) Whether veteran-owned small business concerns were solicited and, if not, why not;
(C) Whether HUBZone small business concerns were solicited and, if not, why not;
(D) Whether small disadvantaged business concerns were solicited and, if not, why not;
(E) Whether women-owned small business concerns were solicited and, if not, why not; and
(F) If applicable, the reason award was not made to a small business concern.
(iv) Records of any outreach efforts to contact--
(A) Trade associations;
(B) Business development organizations;
(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and
(D) Veterans service organizations.
(v) Records of internal guidance and encouragement provided to buyers through--
(A) Workshops, seminars, training, etc.; and
(B) Monitoring performance to evaluate compliance with the program's requirements.
(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.
(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:
(1) Assist small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business

subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.
(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all "make-or-buy" decisions.
(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.
(4) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owned small business, HUBZone small, small disadvantaged, or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan.
(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided--
(1) The master plan has been approved;
(2) The offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer; and
(3) Goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.
(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Commercial plans are also preferred for subcontractors that provide commercial items under a prime contract, whether or not the prime contractor is supplying a commercial item.
(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.
(i) The failure of the Contractor or subcontractor to comply in good faith with--
(1) The clause of this contract entitled "Utilization Of Small Business Concerns;" or
(2) An approved plan required by this clause, shall be a material breach of the contract.
(j) The Contractor shall submit the following reports:
(1) *Standard Form 294, Subcontracting Report for Individual Contracts.* This report shall be submitted to the Contracting Officer semiannually and at contract completion. The report covers subcontract award data related to this contract. This report is not required for commercial plans.
(2) *Standard Form 295, Summary Subcontract Report.* This report encompasses all of the contracts with the awarding agency. It must be submitted semi-annually for contracts with the Department of Defense and annually for contracts with civilian agencies. If the reporting activity is covered by a commercial plan, the reporting activity must report annually all subcontract awards under that plan. All reports

submitted at the close of each fiscal year (both individual and commercial plans) shall include a breakout, in the Contractor's format, of subcontract awards, in whole dollars, to small disadvantaged business concerns by North American Industry Classification System (NAICS) Industry Subsector. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant NAICS Industry Subsector and report all awards to that subcontractor under its predominant NAICS Industry Subsector.

**33. FAR 52.219-16, LIQUIDATED DAMAGES SUBCONTRACTING PLAN (JAN 1999)**

(a) "Failure to make a good faith effort to comply with the subcontracting plan," as used in this clause, means a willful or intentional failure to perform in accordance with the requirements of the subcontracting plan approved under the clause in this contract entitled "Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan," or willful or intentional action to frustrate the plan.

(b) Performance shall be measured by applying the percentage goals to the total actual subcontracting dollars or, if a commercial plan is involved, to the pro rata share of actual subcontracting dollars attributable to Government contracts covered by the commercial plan. If, at contract completion, or in the case of a commercial product plan, at the close of the fiscal year for which the plan is applicable, the Contractor has failed to meet its subcontracting goals and the Contracting Officer decides in accordance with paragraph (c) of this clause that the Contractor failed to make a good faith effort to comply with its subcontracting plan, established in accordance with the clause in this contract entitled "Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan," the Contractor shall pay the Government liquidated damages in an amount stated. The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.

(c) Before the Contracting Officer makes a final decision that the Contractor has failed to make such good faith effort, the Contracting Officer shall give the Contractor written notice specifying the failure and permitting the Contractor to demonstrate what good faith efforts have been made to discuss the matter. Failure to respond to the notice may be taken as an admission that no valid explanation exists. If, after consideration of all the pertinent data, the Contracting Officer finds that the Contractor failed to make a good faith effort to comply with the subcontracting plan, the Contracting Officer shall issue a final decision to that effect and require that the Contractor pay the Government liquidated damages as provided in paragraph (b) of this clause.

(d) With respect to commercial plans, the Contracting Officer who approved the plan will perform the functions of the Contracting Officer under this clause on behalf of all agencies with contracts covered by the commercial plan.

(e) The Contractor shall have the right of appeal, under the clause in this contract entitled Disputes, from any final decision of the Contracting Officer.

(f) Liquidated damages shall be in addition to any other remedies that the Government may have.

## 34. DFARS 252.219-7003, SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) (APR 1996)

This clause supplements the Federal Acquisition Regulation 52.219-9, Small, and Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, clause of this contract.

(a) Definitions. "Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

"Minority institutions," as used in this clause, means institutions meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also includes Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059c(b)(1)).

(b) Except for company or division-wide commercial items subcontracting plans, the term "small disadvantaged business," when used in the FAR 52.219-9 clause, includes historically black colleges and universities and minority institutions in addition to small disadvantaged business concerns.

(c) Work under the contract or its subcontracts shall be credited toward meeting the small disadvantaged business concern goal required by paragraph (d) of the FAR 52.219-9 clause when:

(1) It is performed on Indian lands or in joint venture with an Indian tribe or a tribally-owned corporation, and

(2) It meets the requirements of 10 U.S.C. 2323a.

(d) Subcontracts awarded to workshops approved by the Committee for Purchase from People Who Are Blind or Severely Disabled (41 U.S.C. 46-48), maybe counted toward the contractor's small business subcontracting goal.
(e) A mentor firm, under the Pilot Mentor-Protege Program established under Section 831 Pub. L. 101-510, as amended, may count toward its small disadvantaged business goal, subcontracts awarded--

(1) Protege firms which are qualified organizations employing the severely handicapped; and

(2) Former protege firms that meet the criteria in Section (831)(g)(4) of Pub. L. 101-510.

(f) The master plan approval referred to in paragraph (f) of the FAR 52.219-9 clause is approval by the Contractor's cognizant contract administration activity.

(g) In those subcontracting plans which specifically identify small, small disadvantaged, and women-owned small businesses, the Contractor shall notify the Administrative Contracting Officer of any substitutions of firms that are not small, small disadvantaged, or women-owned small business for the firms listed in the subcontracting plan. Notifications shall be in writing and shall occur within a reasonable period of time after award of the subcontract. Contractor-specified formats shall be acceptable.

## 35. FAR 52.222-1, NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

## 36. FAR 52.222-3, CONVICT LABOR (AUG 1996)

The Contractor agrees not to employ in the performance of this contract any person undergoing a sentence of imprisonment which has been imposed by any court of a State, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Island, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands. This limitation, however, shall not prohibit the employment by the Contractor in the performance of this contract of persons on parole or probation to work at paid employment during the term of their sentence or persons who have been pardoned or who have served their terms. Nor shall it prohibit the employment by the Contractor in the performance of this contract of persons confined for violation of the laws of any of the States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(a)(1) The worker is paid or is in an approved work training program on a voluntary basis;

(2) Representatives of local union central bodies or similar labor union organizations have been consulted;

(3) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services; and

(4) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(b) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12603 and 12943.

## 37. FAR 52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT—OVERTIME COMPENSATION (SEPT 2000)

(a) *Overtime requirements*. No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and 1/2 times the basic rate of pay for each hour worked over 40 hours.
(b) *Violation; liability for unpaid wages; liquidated damages*. The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause. In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government. The Contracting Officer will assess liquidated damages at the rate of $10 per affected employee for each calendar day on which the employer required or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards Act.
(c) *Withholding for unpaid wages and liquidated damages*. The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages. If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the Contracting Officer will withhold payments from other Federal or federally assisted contracts held by the same Contractor that are subject to the Contract Work Hours and Safety Standards Act.
(d) *Payrolls and basic records*. (1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records shall contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Davis-Bacon Act.
(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.
(e) *Subcontracts*. The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts exceeding $100,000 and require subcontractors to include these provisions in any lower tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.

## 38. FAR 52.222-6, DAVIS-BACON ACT (FEB 1995)

(a) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the

Secretary of Labor under the Copeland Act (29 CFR Part 3)), the full amount of wages and bonafide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the Contractor and such laborers and mechanics. Contributions made or costs reasonably anticipated for bonafide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (d) of this clause; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such period. Such laborers and mechanics shall be paid not less than the appropriate wage rate and fringe benefits in the wage determination for the classification of work actually performed, without regard to skill, except as provided in the clause entitled Apprentices and Trainees. Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; provided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classifications and wage rates conformed under paragraph (b) of this clause) and the Davis-Bacon poster (WH - 1321) shall be posted at all times by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(b)

(1) The Contracting Officer shall require that any class of laborers or mechanics, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The Contracting Officer shall approve an additional classification and wage rate and fringe benefits therefore only when all the following criteria have been met: (i) The work to be performed by the classification requested is not performed by a classification in the wage determination. (ii) The classification is utilized in the area by the construction industry. (iii) The proposed wage rate, including any bonafide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination. (iv) With respect to helpers, such a classification prevails in the area in which the work is performed.

(2) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the Contracting Officer agree on the classification and wage rate (including the amount designated for fringe benefits, where appropriate), a report of the action taken shall be sent by the Contracting Officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210. The Administrator or an authorized representative will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(3) In the event the Contractor, the laborers or mechanics to be employed in the classification, or their representatives, and the Contracting Officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the Contracting Officer shall refer the questions, including the views of all interested parties and the recommendation of the Contracting Officer, to the Administrator of the Wage and Hour Division for Determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(4) The wage rate (including fringe benefits, where appropriate) determined pursuant to subparagraphs (b)(2) and (b)(3) of this clause shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(c) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bonafide fringe benefit or an hourly cash equivalent thereof.

(d) If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bonafide fringe benefits under a plan or program; provided, that the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

**39. FAR 52.222-7, WITHHOLDING OF FUNDS (FEB 1988)**

The Contracting Officer shall, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same Prime Contractor, or any other federally assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same Prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

**40. FAR 52.222-8, PAYROLLS AND BASIC RECORDS (FEB 1988)**

(a) Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of 3 years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bonafide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has found, under paragraph (d) of the clause entitled Davis-Bacon Act, that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(b)

(1) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph (a) of this clause. This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. The Prime Contractor is responsible for the submission of copies of payrolls by all subcontractors.

(2) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify -- (i) That the payroll for the payroll period contains the information required to be maintained under paragraph (a) of this clause and that such information is correct and complete; (ii) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in the Regulations, 29 CFR Part 3; and (iii) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(3) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the

requirement for submission of the "Statement of Compliance" required by subparagraph (b)(2) of this clause.

(4) The falsification of any of the certifications in this clause may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

(c) The Contractor or subcontractor shall make the records required under paragraph (a) of this clause available for inspection, copying, or transcription by the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor. The Contractor or subcontractor shall permit the Contracting Officer or representatives of the Contracting Officer or the Department of Labor to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit required records or to make them available, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

**41. FAR 52.222-9, APPRENTICES AND TRAINEES (FEB 1988)**

(a) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bonafide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in this paragraph, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a Contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeymen hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits

listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(b) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(c) Equal employment opportunity. The utilization of apprentices, trainees, and journeymen under this clause shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, and 29 CFR Part 30.

## 42. FAR 52.222-10, COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

The Contractor shall comply with the requirements of 29 CFR Part 3, which are hereby incorporated by reference in this contract.

## 43. FAR 52.222-11, SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

(a) The Contractor or subcontractor shall insert in any subcontracts the clauses entitled Davis-Bacon Act, Contract Work Hours and Safety

Standards Act -- Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds, Subcontracts (Labor Standards), Contract Termination -- Debarment, Disputes Concerning Labor Standards, Compliance with Davis-Bacon and Related Act Regulations, and Certification of Eligibility, and such other clauses as the Contracting Officer may, by appropriate instructions, require, and also a clause requiring subcontractors to include these clauses in any lower tier subcontracts. The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with all the contract clauses cited in this paragraph.

(b)

(1) Within 14 days after award of the contract, the Contractor shall deliver to the Contracting Officer a completed Statement and Acknowledgment Form (SF 1413) for each subcontract, including the subcontractor's signed and dated acknowledgment that the clauses set forth in paragraph (a) of this clause have been included in the subcontract.

(2) Within 14 days after the award of any subsequently awarded subcontract the Contractor shall deliver to the Contracting Officer an updated completed SF 1413 for such additional subcontract.

**44. FAR 52.222-12, CONTRACT TERMINATION -- DEBARMENT (FEB 1988)**

A breach of the contract clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act -- Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Subcontracts (Labor Standards), Compliance With Davis-Bacon and Related Act Regulations, or Certification of Eligibility may be grounds for termination of the contract, and for debarment as a Contractor and subcontractor as provided in 29 CFR 5.12.

**45. FAR 52.222-13, COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)**

All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and, 5 are hereby incorporated by reference in this contract.

**46. FAR 52.222-14, DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)**

The United States Department of Labor has set forth in 29 CFR Parts 5, 6, and 7 procedures for resolving disputes concerning labor standards requirements. Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

**47. FAR 52.222-15, CERTIFICATION OF ELIGIBILITY (FEB 1988)**

(a) By entering into this contract, the Contractor certifies that neither it (nor he or she) nor any person or firm who has an interest

in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

**48. FAR 52.222-27, AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999)**

(a) Definitions.

"Covered area," as used in this clause, means the geographical area described in the solicitation for this contract.

"Director," as used in this clause, means Director, Office of Federal Contract Compliance Programs (OFCCP), United States Department of Labor, or any person to whom the Director delegates authority.

"Employer identification number," as used in this clause, means the Federal Social Security number used on the employer's quarterly federal tax return, U.S. Treasury Department Form 941.

"Minority," as used in this clause, means --

(1) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

(2) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(3) Black (all persons having origins in any of the black African racial groups not of Hispanic origin); and

(4) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race).

(b) If the Contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 shall include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

(c) If the Contractor is participating in a Hometown Plan (41 CFR 60 - 4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) shall comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and

compliance with, the provisions of the plan. Each Contractor or subcontractor participating in an approved plan is also required to comply with its obligations under the Equal Opportunity clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other Contractors or subcontractors toward a goal in an approved plan does not excuse any Contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

(d) The Contractor shall implement the affirmative action procedures in subparagraphs (g)(1) through (16) of this clause. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for the geographical area where that work is actually performed. The Contractor is expected to make substantially uniform progress toward its goals in each craft.

(e) Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the Contractor has a collective bargaining agreement, to refer minorities or women shall excuse the Contractor's obligations under this clause, Executive Order 11246, as amended, or the regulations thereunder.

(f) In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

(g) The Contractor shall take affirmative action to ensure equal employment opportunity. The evaluation of the Contractor's compliance with this clause shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully and implement affirmative action steps at least as extensive as the following:

(1) Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the Contractor's employees are assigned to work. The Contractor, if possible, will assign two or more women to each construction project. The Contractor shall ensure that foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

(2) Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

(3) Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and not referred back to the Contractor by the union or, if referred back, not employed by the Contractor, this shall be documented in the file, along with whatever additional actions the Contractor may have taken.

(4) Immediately notify the Director when the union or unions with which the Contractor has a collective bargaining agreement has not referred back to the Contractor a minority or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

(5) Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under subparagraph (g)(2) above.

(6) Disseminate the Contractor's equal employment policy by --(i) Providing notice of the policy to unions and to training, recruitment, and outreach programs, and requesting their cooperation in assisting the Contractor in meeting its contract obligations; (ii) Including the policy in any policy manual and in collective bargaining agreements; (iii) Publicizing the policy in the company newspaper, annual report, etc.; (iv) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and (v) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

(7) Review, at least annually, the Contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all onsite supervisory personnel before initiating construction work at a job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

(8) Disseminate the Contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other Contractors and subcontractors with which the Contractor does or anticipates doing business.

(9) Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than 1 month before the date for acceptance of applications for apprenticeship or training by any recruitment source,

send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

(10) Encourage present minority and female employees to recruit minority persons and women. Where reasonable, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the Contractor's workforce.

(11) Validate all tests and other selection requirements where required under 41 CFR 60 - 3.

(12) Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training, etc., opportunities for promotion.

(13) Ensure that seniority practices job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the Contractor's obligations under this contract are being carried out.

(14) Ensure that all facilities and company activities are nonsegregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

(15) Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

(16) Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's equal employment policy and affirmative action obligations.

(h) The Contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations contained in subparagraphs (g)(1) through (16). The efforts of a contractor association, joint contractor-union, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under subparagraphs (g)(1) through (16), provided the Contractor --

(1) Actively participates in the group;

(2) Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

(3) Ensures that concrete benefits of the program are reflected in the Contractor's minority and female workforce participation;

(4) Makes a good-faith effort to meet its individual goals and timetables; and

(5) Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply is the Contractor's, and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

(i) A single goal for minorities and a separate single goal for women shall be established. The Contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and nonminority. Consequently, the Contractor may be in violation of Executive Order 11246, as amended, if a particular group is employed in a substantially disparate manner.

(j) The Contractor shall not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

(k) The Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts under Executive Order 11246, as amended.

(l) The Contractor shall carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension, termination, and cancellation of existing subcontracts, as may be imposed or ordered under Executive Order 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered shall be a violation of this clause and Executive Order 11246, as amended.

(m) The Contractor in fulfilling its obligations under this clause shall implement affirmative action procedures at least as extensive as those prescribed in paragraph (g) above, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of Executive Order 11246, as amended, the implementing regulations, or this clause, the Director shall take action as prescribed in 41 CFR 60 - 4.8.

(n) The Contractor shall designate a responsible official to --

(1) Monitor all employment-related activity to ensure that the Contractor's equal employment policy is being carried out;

(2) Submit reports as may be required by the Government; and

(3) Keep records that shall at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

(o) Nothing contained herein shall be construed as a limitation upon the application of other laws that establish different standards of

compliance or upon the requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

## 49. FAR 52.222-35, AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)

(a) Definitions. As used in this clause--

(1) "All employment openings" includes all position except executive and top management those positions that will be filled from within the contractors organization, and positions lasting 3 days or less. The term includes full-time employment, temporary employment of more than 3 days' duration, and part-time employment.

"Appropriate office of the State employment service system," means the local office of the Federal-State national system of public employment offices assigned responsibility to serve the area where the employment opening is to be filled, including the District of Columbia, Guam, the Commonwealth of Puerto Rico, and the Virgin Islands.

"Positions that will be filled within the Contractor's organization" means employment openings for which no consideration will be given to persons outside the Contractor's organization (including any affiliates, subsidiaries, and parent companies) and includes any openings that the Contractor proposes to fill from regularly established "recall" lists. The exception does not apply to a particular opening once an employer decides to consider applicants of its organization.

(2) "Veteran of the Vietman Era" means a person who--

(1) Served on active duty for a period of more than 180 days, any part of which occurred between August 5, 1964, and May 7, 1975, and was discharged or released therefrom with other than a dishonorable discharged; or

(2) Was discharged or released from active duty for a service-connected disability in any part of such active duty was performed between August 5, 1964 and May 7, 1975.

(b) General.

(1) Regarding any position for which the employee or applicant for employment is qualified, the Contractor shall not discriminate against the individual because the individual is a disabled veteran or a veteran of the Vietnam Era. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified disabled veteran and veteran of the Vietnam Era without discrimination based upon their disability or veterans' status in all employment practices such as --(i) Employment; (ii) Upgrading; (iii) Demotion or transfer; (iv) Recruitment; (v) Advertising; (vi) Layoff or termination; (vii) Rates of pay or other forms of compensation; and (viii) Selection for training, including apprenticeship.

(2) The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the

Vietnam Era Veterans' Readjustment Assistance Act of 1972 (the Act), as amended.

(c) Listing openings.

(1) The Contractor agrees to list all employment openings existing at contract award or occurring during contract performance, at an appropriate office of the State employment service system in the locality where the opening occurs. These openings include those occurring at any Contractor facility, including one not connected with performing this contract. An independent corporate affiliate is exempt from this requirement.

(2) State and local government agencies holding Federal contracts of $10,000 or more shall also list all employment openings with the appropriate office of the State employment service.

(3) The listing of employment openings with the State employment service system is required at least concurrently with using any other recruitment source or effort and involves the obligations of placing a bonafide job order, including accepting referrals of veterans and nonveterans. This listing does not require hiring any particular job applicant or hiring from any particular group of job applicants and is not intended to relieve the Contractor from any requirements of Executive orders or regulations concerning nondiscrimination in employment.

(4) Whenever the Contractor becomes contractually bound to the listing terms of this clause, it shall advise the State employment service system, in each State where it has establishments, of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these terms and has so advised the State system, it need not advise the State system of subsequent contracts. The Contractor may advise the State system when it is no longer bound by this contract clause.

(5) Under the most compelling circumstances, an employment opening may not be suitable for listing, including situations when (i) the Government's needs cannot reasonably be supplied, (ii) listing would be contrary to national security, or (iii) the requirement of listing would not be in the Government's interest.

(d) Applicability.

(1) This clause does not apply to the listing of employment openings that occur and are filled outside the 50 states, the District of Columbia, the Commonwealth of Puerto Rico, Guam, and the Virgin Islands.

(2) The terms of paragraph (c) above of this clause do not apply to openings that the Contractor proposes to fill from within its own organization or under a customary and traditional employer-union hiring arrangement. This exclusion does not apply to a particular opening once an employer decides to consider applicants outside of its own organization or employer-union arrangement for that opening.

(e) Postings.

(1) The Contractor agrees to post employment notices stating (i) the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era, and (ii) the rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are available to employees and applicants for employment. They shall be in a form prescribed by the Deputy Assistant Secretary for Federal Contract Compliance Programs, Department of Labor (Deputy Assistant Secretary), and provided by or through the Contracting Officer.

(3) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of the Act, and is committed to take affirmative action to employ, and advance in employment, qualified disabled veterans and veterans of the Vietnam Era.

(f) Noncompliance. If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.

(g) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Deputy Assistant Secretary to enforce the terms, including action for noncompliance.

**50. FAR 52.222-37, EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1999)**

(a) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on--
(1) The number of disabled veterans and the number of veterans of the Vietnam era in the workforce of the contractor by job category and hiring location; and
(2) The total number of new employees hired during the period covered by the report, and of that total, the number of disabled veterans, and the number of veterans of the Vietnam era.
(b) The above items shall be reported by completing the form entitled "Federal Contractor Veterans' Employment Report VETS-100."
(c) Reports shall be submitted no later than September 30 of each year beginning September 30, 1988.
(d) The employment activity report required by paragraph (a)(2) of this clause shall reflect total hires during the most recent 12-month period as of the ending date selected for the employment profile report required by paragraph (a)(1) of this clause. Contractors may select an ending date:
(1) As of the end of any pay period during the period January through March 1st of the year the report is due, or
(2) As of December 31, if the contractor has previous written approval from the Equal Employment Opportunity Commission to do so for purposes

of submitting the Employer Information Report EEO-1 (Standard Form 100).
(e) The count of veterans reported according to paragraph (a) of this clause shall be based on voluntary disclosure. Each Contractor subject to the reporting requirements at 38 U.S.C. 4212 shall invite all disabled veterans and veterans of the Vietnam era who wish to benefit under the affirmative action program at 38 U.S.C. 4212 to identify themselves to the Contractor. The invitation shall state that the information is voluntarily provided; that the information will be kept confidential; that disclosure or refusal to provide the information will not subject the applicant or employee to any adverse treatment; and that the information will be used only in accordance with the regulations promulgated under 38 U.S.C. 4212.
(f) *Subcontracts*. The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary.

## 51. FAR 52.223-3, HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material," as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313, (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material (If none, insert "None") | Identification No. |
| --- | --- |
| ________________________________ | __________________ |

(c) The list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any

responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate, and disclose any data to which this clause is applicable. The purposes of this right are to (i) apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials; (ii) obtain medical treatment for those affected by the material; and (iii) have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

**52. FAR 52.223-5, POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)**

(a) Executive Order 12856 of August 3, 1993, requires Federal facilities to comply with the provisions of the Emergency Planning and Community Right-To-Know Act of 1986 (EPCRA) (42 U.S.C. 11001-11050) and the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13101-13109).

(b) The Contractor shall provide all information needed by the Federal facility to comply with the emergency planning reporting requirements of Section 302 of EPCRA; the emergency notice requirements of Section 304 of EPCRA; the list of Material Data Safety Sheets required by Section 311 of EPCRA; the emergency and hazardous chemical inventory forms of Section 312 of EPCRA; the toxic chemical release inventory of Section 313 of EPCRA, which includes the reduction and recycling information required by Section 6607 of PPA; and the toxic chemical reduction goals requirements of Section 3-302 of Executive Order 12856.

**53. FAR 52.223-6 DRUG-FREE WORKPLACE JAN 1997)**

(a) *Definitions*. As used in this clause--
"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11 - 1308.15.
"Conviction" means a finding of guilt (including a plea of *nolo contendere*) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession, or use of any controlled substance.
"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract at which employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.
"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract. "Directly engaged" is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.
"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.
(b) The Contractor, if other than an individual, shall-- within 30 days after award (unless a longer period is agreed to in writing for contracts of 30 days or more performance duration), or as soon as possible for contracts of less than 30 days performance duration--
(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;
(2) Establish an ongoing drug-free awareness program to inform such employees about--
(i) The dangers of drug abuse in the workplace;
(ii) The Contractor's policy of maintaining a drug-free workplace;
(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and
(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;
(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;
(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will--
(i) Abide by the terms of the statement; and
(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 days after such conviction;
(5) Notify the Contracting Officer in writing within 10 days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee;
(6) Within 30 days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:
(i) Taking appropriate personnel action against such employee, up to and including termination; or
(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and
(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) though (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance while performing this contract.
(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraph (b) or (c) of this clause may, pursuant to FAR 23.506, render the Contractor subject to suspension of contract payments, termination of the contract or default, and suspension or debarment.

## 54. FAR 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Unless otherwise exempt, the Contractor, as owner or operator of a facility used in the performance of this contract, shall file by July 1 for the prior calendar year an annual Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023(a) and (g)), and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106). The Contractor shall file, for each facility subject to the Form R filing and reporting requirements, the annual Form R throughout the life of the contract.
(b) A Contractor owned or operated facility used in the performance of this contract is exempt from the requirement to file an annual Form R if--
(1) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);
(2) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);
(3) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);
(4) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or
(5) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.
(c) If the Contractor has certified to an exemption in accordance with one or more of the criteria in paragraph (b) of this clause, and after award of the contract circumstances change so that any of its owned or operated facilities used in the performance of this contract is no longer exempt--
(1) The Contractor shall notify the Contracting Officer; and
(2) The Contractor, as owner or operator of a facility used in the performance of this contract that is no longer exempt, shall--
(i) Submit a Toxic Chemical Release Inventory Form (Form R) on or before July 1 for the prior calendar year during which the facility becomes eligible; and
(ii) Continue to file the annual Form R for the life of the contract for such facility.
(d) The Contracting Officer may terminate this contract or take other action as appropriate, if the Contractor fails to comply accurately and

fully with the EPCRA and PPA toxic chemical release filing and reporting requirements.
(e) Except for acquisitions of commercial items as defined in FAR Part 2, the Contractor shall--
(1) For competitive subcontracts expected to exceed $100,000 (including all options), include a solicitation provision substantially the same as the provision at FAR 52.223-13, Certification of Toxic Chemical Release Reporting; and
(2) Include in any resultant subcontract exceeding $100,000 (including all options), the substance of this clause, except this paragraph (e).

**55. DFARS 252.223-7001, HAZARD WARNING LABELS (DEC 1991)**

(a) "Hazardous material," as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;

(2) Federal Food, Drug and Cosmetics Act;

(3) Consumer Product Safety Act;

(4) Federal Hazardous Substances Act; or

(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labelled in accordance with one of the Acts in paragraphs (b) (1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| MATERIAL (IF NONE, INSERT "NONE") | ACT |
| --- | --- |
| ____________________________________________ | ___________ |

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being Furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

## 56. DFARS 252.223-7004, DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security, health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of Title 21 of the United States Code, the possession of which is unlawful under Chapter 13 of that Title. The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives:

(1) Employee assistance programs emphasizing high level direction education, counseling, rehabilitation, and coordination with available community resources.

(2) Supervisory training to assist in identifying and addressing illegal drug use by Contractor employees;

(3) Provision for self-referrals as well as supervisory referrals to treatment with maximum respect for individual confidentiality consistent with safety and security issues;

(4) Provision for identifying illegal drug users, including testing on a controlled and carefully monitored basis. Employee drug testing programs shall be established taking account of the following:

(i) The Contractor shall establish a program that provides for testing for the use of illegal drugs by employees in sensitive positions. The extent of and criteria for such testing shall be determined by the Contractor based on considerations that include the nature of the work being performed under the contract, the employee's duties, the efficient use of contractor resources, an the risks to health, safety, or national security that could result from the failure of an employee adequately to discharge his or her position.

(ii) In addition, the Contractor may establish a program for employee drug testing--

(A) When there is a reasonable suspicion that an employee uses illegal drugs; or

(B) When an employee has been involved in an accident or unsafe practice;

(C) As part of or as a follow-up to counseling or rehabilitation for illegal drug use;

(D) As part of a voluntary employee drug testing program.

(iii) The Contractor may establish a program to test applicants for employment for illegal drug use.

(iv) For the purpose of administering this clause, testing for illegal drugs may be limited to those substances for which testing is prescribed by section 2.1 of Subpart B of the "Mandatory Guidelines for Federal Workplace Drug Testing Programs" (53 FR 11980 (April 11, 1988)), issued by the Department of Health and Human Services.

(d) Contractors shall adopt appropriate personnel procedures to deal with employees who are found to be using drugs illegally. Contractors shall not allow any employee to remain on duty or perform in a sensitive position who is found to use illegal drugs until such time as the Contractor, in accordance with procedures established by the Contractor, determines that the employee may perform in such a position.

(e) The provisions of this clause pertaining to drug testing programs shall not apply to the extent they are inconsistent with state or local law, or with an existing collective bargaining agreement; provided that with respect to the latter, the Contractor agrees that those issues that are in conflict will be a subject of negotiation at the next collective bargaining session.

**57. DFARS 252.223-7006, PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR 1993)**

(a) Definitions. As used in this clause--

(1) "Storage" means a non-transitory, semi-permanent or permanent holding, placement, or leaving of material. It does not include a temporary accumulation of a limited quantity of a material used in or a waste generated or resulting from authorized activities, such as servicing, maintenance, or repair of Department of Defense (DOD) items, equipment, or facilities.

(2) "Toxic or hazardous materials" means: (i) Materials referred to in section 101(14) of the Comprehensive Environmental response, Compensation, and Liability Act (CERCLA) of 1980 (42 U.S.C. 9601(14)) and materials designed under section 102 of CERCLA (42 U.S.C. 9602)(40 CFR Part 302); (ii) Materials that are of an explosive, flammable, or pyrotechnic nature; or (iii) Materials otherwise identified by the Secretary of Defense as specified in DOD regulations.

(b) In accordance with 10 U.S.C. 2692, the Contractor is prohibited from storing or disposing of non-DOD-owned toxic or hazardous materials on a DOD installation, except to the extent authorized by a statutory exception to 10 U.S.C. 2692 or as authorized by the Secretary of Defense or his designee.

## 58. FAR 52.225-9 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (FEB 2000)

(a) *Definitions*. As used in this clause--

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic preference*. (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

___________________________________

[*Contracting Officer to list applicable excepted materials or indicate "none"*]

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) *Request for determination of inapplicability of the Buy American Act or Balance of Payments Program*. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) *Data*. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the

following information and any applicable supporting data based on the survey of suppliers:
FAR 52.225-10, Notice of Buy American Act/Balance of Payments Program Requirement--Construction Materials (Feb 2000)

(a) *Definitions*. "Construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act--Balance of Payments Program--Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).
(b) *Requests for determinations of inapplicability*. An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.
(c) *Evaluation of offers*. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.
(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.
(d) *Alternate offers*. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.
(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.
(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested--
(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or
(ii) May be accepted if revised during negotiations.

**59. FAR 52.225-13, RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUL 2000)**

(a) Unless advance written approval of the Contracting Officer is obtained, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services originating from sources within, or that were located in or transported from or through, countries whose products are banned from importation into the United States by Executive Order or regulations of the Office of Foreign Assets Control, Department of the Treasury. Those countries include Cuba, Iran, Iraq, Libya, North Korea, and Sudan, the territory of Afghanistan controlled by the Taliban, and Serbia (excluding the territory of Kosovo).

(b) The Contractor shall not acquire for use in the performance of this contract any supplies or services from entities controlled by the Government of Iraq.

(c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.

**60. FAR 52.225-15, SANCTIONED EUROPEAN UNION COUNTRY END PRODUCTS (FEB 2000)**

(a) Definitions. As used in the clause--

"Sanctioned European Union country end product" means an article that--
(1) Is wholly the growth, product, or manufacture of a sanctioned European Union (EU) member state; or
(2) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in a sanctioned EU member state into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services (except transportation services) incidental to the article, provided that the value of those incidental services does not exceed that of the article itself.
"Sanctioned European Union member state" means Austria, Belgium, Denmark, Finland, France, Ireland, Italy, Luxembourg, the Netherlands, Sweden, or the United Kingdom.
(b) The Contractor shall not deliver any sanctioned European Union country end products under this contract.

**61. DFARS 252.225-7012, PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (AUG 2000)**

(a) The Contractor agrees to deliver under this contract only such of the following articles that have been grown, reprocessed, reused, or produced in the United States, its possessions, or Puerto Rico--

(1) Food;

(2) Clothing;

(3) Tents, tarpaulins, or covers;

(4) Cotton and other natural fiber products;

(5) Woven silk or woven silkblends;

(6) Spun silk yarn for cartridge cloth;

(7) Synthetic fabric, and coated synthetic fabric; including all textiles fibers and yarns that are for use in such fabrics;

(8) Canvas products;

(9) Wool (whether in the form of fiber or yard or contained in fabrics, materials, or manufactured articles); or

(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing such fibers, yarns, fabrics or materials.

(b) This clause does not apply--

(1) To supplies listed in FAR 25.104 (a), or other supplies for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;

(2) To foods which have been manufactured or processed in the United States, its possessions, or Puerto Rico;

(3) To chemical warfare protective clothing produced in the countries listed in subsection 225.872-1 of the Defense FAR Supplement; or

(4) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if—

The fabric is to b used as a component of an end item that is not a textile product. Examples of textile products, made in whole or in part of fabric, include—
Draperies, floor coverings, furnishings, and bedding (Federal Supply Group 72, Household and Commercial Furnishings and Appliances;
Items made in whole or in part of fabric in Federal Supply Group 83, Textile/leather/furs/apparel/findings/tents/flagsor Federal Supply Group 84, Clothing, Individual Equipment and Insignia;
Upholstered seats (whether for household, office, or other use); and
Parachutes (Federal Supply Class 1670); or

The fibers and yarns are para-aramid fibers and yarns manufactured in the Netherlands.

## 62. DFARS 252.225-7014, PREFERENCE FOR DOMESTIC SPECIALTY METALS (MAR 1998)

(a) Definition. "Specialty metals" means

(1) Steel--(i) Where the maximum alloy content exceeds one or more of the following limits; manganese, 1.65 percent; silicon, 0.60 percent; or copper, 0.60 percent; or (ii) Which contains more than 0.25 percent of any of the following elements; aluminum, chromium, cobalt, columbium, molybdenum, nickel, titanium, tungsten, or vanadium;

(2) Metal alloys consisting of nickel, iron-nickel, and cobalt base alloys containing a total of other alloying metals (except iron) in excess of ten percent;

(3) Titanium and titanium alloys; or

(4) Zirconium and zirconium base alloys.

(b) The Contractor agrees that any specialty metals incorporated in articles delivered under this contract will be melted in the United States, its possessions, or Puerto Rico.

(c) This clause does not apply to the extent that--

(1) The Secretary or designee determines that a satisfactory quality and sufficient quantity of such articles cannot be acquired when needed at U.S. market prices;

(2) The acquisition is for an end product of a country listed in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement;

(3) The acquisition is necessary to comply with agreements with foreign governments requiring the United States to purchase supplies from foreign sources to offset sales made by the U.S. Government or U.S. firms under approved programs; or

(4) The specialty metal is contained in a commercial item or component purchased from subcontractors or suppliers.

**63. DFARS 252.225-7016, RESTRICTION ON ACQUISITION OF BALL AND ROLLER BEARINGS (DEC 2000)**

(a) *Definitions.* As used in this clause-
(1) "Bearing components" means the bearing element, retainer, inner race, or outer race.
(2) "Miniature and instrument ball bearings" means all rolling contact ball bearings with a basic outside diameter (exclusive of flange diameters) of 30 millimeters or less, regardless of material, tolerance, performance, or quality characteristics.
(b) The Contractor agrees that, except as provided in paragraph (c) of this clause, all ball and roller bearings and ball and roller bearing components (including miniature and instrument ball bearings) delivered under this contract, either as end items or components of end items, shall be wholly manufactured in the United States or Canada. Unless otherwise specified, raw materials, such as preformed bar, tube, or rod stock and lubricants, need not be mined or produced in the United States or Canada.
(c)(1) The restriction in paragraph (b) of this clause does not apply to ball or roller bearings that are acquired as components if--

(i) The end items or components containing ball or roller bearings are commercial items; or
(ii) The ball or roller bearings are commercial components manufactured in the United Kingdom.
(2) The commercial item exception in paragraph (c)(1) of this clause does not include items designed or developed under a Government contract or contracts where the end item is bearings and bearing components.
(d) The restriction in paragraph (b) of this clause may be waived upon request from the Contractor in accordance with subsection 225.7019-3 of the Defense Federal Acquisition Regulation Supplement. If the restriction is waived for miniature and instrument ball bearings, the Contractor agrees to acquire a like quantity and type of domestic manufacture for nongovernmental use.
(e) The Contractor agrees to retain records showing compliance with this restriction until 3 years after final payment and to make records available upon request of the Contracting Officer.
(f) The Contractor agrees to insert this clause, including this paragraph (f), in every subcontract and purchase order issued in performance of this contract, unless items acquired are-
(1) Commercial items other than ball or roller bearings; or
(2) Items that do not contain ball or roller bearings.

## 64. DFARS 252.225-7030, RESTRICTION ON ACQUISITION OF CARBON, ALLOY, AND ARMOR STEEL PLATE (OCT 1992)

The Contractor agrees that all carbon, alloy, and armor steel plate in Federal supply class 9515, or described by American Society for Testing Materials (ASTM) or American Iron and Steel Institute (AISI) specifications, furnished as a deliverable under this contract, or purchased by the contractor as a raw material, for use in a Government-owned facility or a facility under the control of the Department of Defense, shall be melted and rolled in the United States or Canada.

## 65. FAR 52.226-1, UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (JUN 2000)

(a) *Definitions*. As used in this clause:
"Indian" means any person who is a member of any Indian tribe, band, group, pueblo, or community that is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs (BIA) in accordance with 25 U.S.C. 1452(c) and any "Native" as defined in the Alaska Native Claims Settlement Act (43 U.S.C. 1601).
"Indian organization" means the governing body of any Indian tribe or entity established or recognized by the governing body of an Indian tribe for the purposes of 25 U.S.C., chapter 17.
"Indian-owned economic enterprise" means any Indian-owned (as determined by the Secretary of the Interior) commercial, industrial, or business activity established or organized for the purpose of profit, provided that Indian ownership constitutes not less than 51 percent of the enterprise.
"Indian tribe" means any Indian tribe, band, group, pueblo, or community, including native villages and native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act, that is recognized by the

Federal Government as eligible for services from BIA in accordance with 25 U.S.C. 1452(c).
"Interested party" means a prime contractor or an actual or prospective offeror whose direct economic interest would be affected by the award of a subcontract or by the failure to award a subcontract.
(b) The Contractor shall use its best efforts to give Indian organizations and Indian-owned economic enterprises (25 U.S.C. 1544) the maximum practicable opportunity to participate in the subcontracts it awards to the fullest extent consistent with efficient performance of its contract.
(1) The Contracting Officer and the Contractor, acting in good faith, may rely on the representation of an Indian organization or Indian-owned economic enterprise as to its eligibility, unless an interested party challenges its status or the Contracting Officer has independent reason to question that status. In the event of a challenge to the representation of a subcontractor, the Contracting Officer will refer the matter to the--
U.S. Department of the Interior
Bureau of Indian Affairs (BIA)
Attn: Chief, Division of Contracting and
Grants Administration
1849 C Street, NW,
MS-2626-MIB
Washington, DC 20240-4000.
The BIA will determine the eligibility and notify the Contracting Officer. No incentive payment will be made within 50 working days of subcontract award or while a challenge is pending. If a subcontractor is determined to be an ineligible participant, no incentive payment will be made under the Indian Incentive Program.
(2) The Contractor may request an adjustment under the Indian Incentive Program to the following:
(i) The estimated cost of a cost-type contract.
(ii) The target cost of a cost-plus-incentive-fee prime contract.
(iii) The target cost and ceiling price of a fixed-price incentive prime contract.
(iv) The price of a firm-fixed-price prime contract.
(3) The amount of the adjustment to the prime contract is 5 percent of the estimated cost, target cost, or firm-fixed-price included in the subcontract initially awarded to the Indian organization or Indian-owned economic enterprise.
(4) The Contractor has the burden of proving the amount claimed and must assert its request for an adjustment prior to completion of contract performance.
(c) The Contracting Officer, subject to the terms and conditions of the contract and the availability of funds, will authorize an incentive payment of 5 percent of the amount paid to the subcontractor. The Contracting Officer will seek funding in accordance with agency procedures.

## 66. FAR 52.227-1, AUTHORIZATION AND CONSENT (JUL 1995)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent -- (1) delivery of which is accepted by the Government under this contract or (2) used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i)

specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance. The entire liability to the Government for infringement of a patent of the United States shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor agrees to include, and require inclusion of, this clause, suitably modified to identify the parties, in all subcontracts at any tier for supplies or services (including construction, architect-engineer services, and materials, supplies, models, samples, and design or testing services expected to exceed the simplified acquisition threshold (however, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this authorization and consent.)

### 67. FAR 52.227-2, NOTICES AND ASSISTANCE REGARDING PATENT & COPYRIGHT INFRINGEMENT (AUG 1996)

(a) The Contractor shall report to the Contracting Officer, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this contract of which the Contractor has knowledge.

(b) In the event of any claim or suit against the Government on account of any alleged patent or copyright infringement arising out of the use of any supplies furnished or work or services performed under this contract, the Contractor shall furnish to the Government, when requested by the Contracting Officer, all evidence and information in possession of the Contractor pertaining to such suit or claim. Such evidence and information shall be furnished at the expense of the Government except where the Contractor has agreed to indemnify the Government.

(c) The Contractor agrees to include, and require inclusion of, this clause in all subcontracts at any tier for supplies or services (including construction and architect-engineer subcontracts and those for material, supplies, models, samples, or design or testing services) expected to exceed the simplified acquisition threshold at FAR 2.101.

### 68. FAR 52.227-4, PATENT INDEMNITY -- CONSTRUCTION CONTRACTS (APR 1984)

Refer to text in Amendment 0004 pertaining to this clause.

## 69. DFARS 252.227-7022, GOVERNMENT RIGHTS (UNLIMITED) (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor. The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws. The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

## 70. DFARS 252.227-7033, RIGHTS IN SHOP DRAWINGS (APR 1966)

(a) Shop drawings for construction means drawings, submitted to the Government by the Construction Contractor, subcontractor or any lower-tier subcontractor pursuant to a construction contract, showing in detail (i) the proposed fabrication and assembly of structural elements and (ii) the installation (i.e., form, fit, and attachment details) of materials or equipment. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(b) This clause, including this paragraph (b), shall be included in all subcontracts hereunder at any tier.

## 71. FAR 52.228-1, BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds,

(1) to unsuccessful bidders as soon as practicable after the opening of bids, and

(2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.

(c) The amount of the bid guarantee shall be 20 percent of the bid price or $3,000,000.00, whichever is less.

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

**72. FAR 52.228-2, ADDITIONAL BOND SECURITY (OCT 1997)**

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if --

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government;

(b) Any surety fails to furnish reports on its financial condition as required by the Government; or

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer.

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of he period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting Officer has the right to immediately draw on the ILC.

**73. FAR 52.228-5, INSURANCE -- WORK ON A GOVERNMENT INSTALLATION (JAN 1997)**

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

Amounts of insurance required are in Section 01110, "Summary of Work" paragraph "Minimum Insurance Requirements."

**74. FAR 52.228-11, PLEDGES OF ASSETS (FEB 1992)**

(a) Offerors shall obtain from each person acting as an individual surety on a bid guarantee, a performance bond, or a payment bond --

(1) Pledge of assets; and

(2) Standard Form 28, Affidavit of Individual Surety.

(b) Pledges of assets from each person acting as an individual surety shall be in the form of --

(1) Evidence of an escrow account containing cash, certificates of deposit, commercial or Government securities, or other assets described in FAR 28.203-2 (except see 28.203-2(b)(2) with respect to Government sureties held in book entry form) and/or;

(2) A recorded lien on real estate. The offeror will be required to provide -- (i) Evidence of title in the form of a certificate of title prepared by a title insurance company approved by the United States Department of Justice. This title evidence must show fee simple title vested in the surety along with any concurrent owners whether any real estate taxes are due and payable; and any recorded encumbrances against the property, including the lien filed in favor of the Government as required by FAR 28.203-3(d); (ii) Evidence of the amount due under any encumbrance shown in the evidence of title; (iii) A copy of the current real estate tax assessment of the property or a current appraisal dated no earlier than 6 months prior to the date of the bond, prepared by a professional appraiser who certifies that the appraisal has been conducted in accordance with the generally accepted appraisal standards as reflected in the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation.

## 75. FAR 52.228-12, PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (OCT 1995)

In accordance with Section 806(a)(3) of Pub. L.102-190, as amended by Sections 2091 and 8105 of Pub. L.103-355, upon the request of a prospective subcontractor or supplier offering to furnish labor or material for the performance of this contract for which a payment bond has been furnished to the Government pursuant to the Miller Act, the Contractor shall promptly provide a copy of such payment bond to the requestor.

## 76. FAR 52.228-14, IRREVOCABLE LETTER OF CREDIT (DEC 1999)

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.
(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.
(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;
(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right to payment. The period of required coverage shall be:
(i) For contracts subject to the Miller Act, the later of--
(A) One year following the expected date of final payment;
(B) For performance bonds only, until completion of any warranty period; or
(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.
(ii) For contracts not subject to the Miller Act, the later of--
(A) 90 days following final payment; or
(B) For performance bonds only, until completion of any warranty period.
(d) Only federally insured financial institutions rated investment grade or higher shall issue or confirm the ILC. The offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institution has the required rating(s) as of the date of issuance of the ILC. Unless the financial institution issuing the ILC had letter of credit business of at least $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of at least $25 million in the past year.
(e) The following format shall be used by the issuing financial institution to create an ILC:

---

[*Issuing Financial Institution's Letterhead or Name and Address*]
Issue Date ______
Irrevocable Letter of Credit No. ________________
Account party's name ________________________
Account party's address ______________________
For Solicitation No. __________ (*for reference only*)
To: [*U.S. Government agency*]
[*U.S. Government agency's address*]
1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $______. This Letter of Credit is payable at [*issuing financial institution's and, if any, confirming financial institution's*] office at [*issuing financial institution's address and, if any, confirming financial institution's address*] and expires with our close of business on ___________, or any automatically extended expiration date.
2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1

of this Letter of Credit on or before the expiration date or any automatically extended expiration date.

3. [*This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered*.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of _____________________ [*state of confirming financial institution, if any, otherwise state of issuing financial institution*].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

_______________________

[*Issuing financial institution*]

(f) The following format shall be used by the financial institution to confirm an ILC:

__________________________________________

[*Confirming Financial Institution's Letterhead or Name and Address*]

(Date)____________________

Our Letter of Credit Advice Number _____________

Beneficiary: ___________ [*U.S. Government agency*]

Issuing Financial Institution: __________________

Issuing Financial Institution's LC No.: ___________

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by __________ [*name of issuing financial institution*] for drawings of up to United States dollars ___________/U.S. $_______ and expiring with our close of business on _____________ [*the expiration date*], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at ___________________.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [*This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered*.] It is a condition of this confirmation that it be deemed automatically extended without amendment

for one year from the expiration date hereof, or any automatically extended expiration date, unless:
(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or
(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.
5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of ________ [*state of confirming financial institution*].
6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business. Sincerely,

____________________________
[*Confirming financial institution*]
(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:
sight draft

_________________________
[*City, State*]
(Date)____________________
[*Name and address of financial institution*]
Pay to the order of ______________ [*Beneficiary Agency*] ___________ the sum of United States $____________. This draft is drawn under Irrevocable Letter of Credit No. ______________.

____________________
[*Beneficiary Agency*]
____________________ [*By*]

## 77. 52.228-15 PERFORMANCE AND PAYMENT BONDS—CONSTRUCTION (JUL 2000)

(a) *Definitions*. As used in this clause--
"Original contract price" means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.
(b) *Amount of required bonds*. Unless the resulting contract price is $100,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:
(1) *Performance bonds (Standard Form 25)*. The penal amount of performance bonds at the time of contract award shall be 100 percent of the original contract price.
(2) *Payment Bonds (Standard Form 25-A)*. The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.
(3) *Additional bond protection*. (i) The Government may require additional performance and payment bond protection if the contract

price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.
(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.
(c) *Furnishing executed bonds*. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.
(d) *Surety or other security for bonds*. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the *Federal Register* or may be obtained from the:
U.S. Department of Treasury
Financial Management Service
Surety Bond Branch
401 14th Street, NW, 2nd Floor, West Wing
Washington, DC 20227.
(e) *Notice of subcontractor waiver of protection (40 U.S.C. 270b(c)*. Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

**78. FAC 5252.228-9305, NOTICE OF BONDING REQUIREMENTS (DEC 2000)**

(a) Within 15 calendar days after receipt of award, the bidder/offeror to whom the award is made shall furnish the following bond(s) each with satisfactory security:

_X___ A Performance Bond (Standard Form 25). The performance bond shall be in a penal sum equal to 100% percent of the contract price.

_X___ A Payment Bond (Standard Form 25A). The payment bond shall be in a penal sum equal to 100% of the contract price.

(b) Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted. Individual sureties will be permitted as prescribed in FAR 28.203 and FAC 5252.228-9300. Alternative types of security in lieu of furnishing sureties on performance and/or payment bonds will be permitted as prescribed in FAR 28.204, and will be held for at least one year after the completion of the contract. Additional bond security may be required as prescribed in FAR 52.228-2. Bonds shall be accompanied by a document authenticating the agent’s authority to sign bonds for the surety company.

(c) The contract time for purposes of fixing the completion date, default, and liquidated damages shall begin to run 15 calendar days from the

date of award, regardless of when performance and payment bonds or deposits in lieu of surety are executed.

# DOCUMENT 00711

## CONTRACT CLAUSES, FAR 52.229 THROUGH 52.252

### 1. FAR 52.229-3, FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)

(a) "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

"All applicable Federal, State, and local taxes and duties," as used in this clause, means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"After-imposed Federal tax," as used in this clause, means any new or increased Federal excise tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date. It does not include social security tax or other employment taxes.

"After-relieved Federal tax," as used in this clause, means any amount of Federal excise tax or duty, except social security or other employment taxes, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

(b) The contract price includes all applicable Federal, State, and local taxes and duties.

(c) The contract price shall be increased by the amount of any after-imposed Federal tax, provided the Contractor warrants in writing that no amount for such newly imposed Federal excise tax or duty or rate increase was included in the contract price, as a contingency reserve or otherwise.

(d) The contract price shall be decreased by the amount of any after-relieved Federal tax.

(e) The contract price shall be decreased by the amount of any Federal excise tax or duty, except social security or other employment taxes, that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to any Federal excise tax or duty that reasonably may

be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs.

(h) The Government shall, without liability, furnish evidence appropriate to establish exemption from any Federal, State, or local tax when the Contractor requests such evidence and a reasonable basis exists to sustain the exemption.

**2. FAR 52.229-5, TAXES -- CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)**

The term "local taxes," as used in the Federal, State, and local taxes clause of this contract, includes taxes imposed by a possession of the United States or by Puerto Rico.

**3. DFARS 252.231-7000, SUPPLEMENTAL COST PRINCIPLES (DEC 1991)**

When the allowability of costs under this contract is determined in accordance with Part 31 of the Federal Acquisition Regulation (FAR), allowability shall also be determined in accordance with Part 231 of the Defense FAR Supplement, in effect at the date of this contract.

**4. FAR 52.232-5, PAYMENTS UNDER FIXED - PRICE CONSTRUCTION CONTRACTS (MAY 1997)**

(a) Payment of Price. The Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at

locations other than the site may also be taken into consideration if --

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the contractor shall furnish the following certification, or payment shall not be made: (However if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime Contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

_______________________________________________ (Name)
_______________________________________________ (Title)
_______________________________________________ (Date)

(d) Refund of unearned amounts. If the Contractor, after making a certified request for progress payments, discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (i) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until -- (i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or (ii) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

(e) Retainage. If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) Title, liability, and reservation of rights. All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as --

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) Reimbursement for bond premiums. In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) above shall not apply to that portion of progress payments attributable to bond premiums.

(h) Final payment. The Government shall pay the amount due the Contractor under this contract after --

(1) Completion and acceptance of all work;

(2) Presentation of a properly executed voucher; and

(3) Presentation of release of all claims against the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 15).

(i) Limitation because of undefinitized work. Notwithstanding any provision of this contract, progress payments shall not exceed 80 percent on work accomplished on undefinitized contract actions. A "contract action" is any action resulting in a contract, as defined in FAR Subpart 2.1, including contract modifications for additional supplies or services, but not including contract modifications that are

within the scope and under the terms of the contract, such as contract modifications issued pursuant to the Changes clause, or funding and other administrative changes.

(j) Interest computation on unearned amounts. In accordance with 31 U.S.C. 3903(c)(1), the amount payable under subparagraph (d)(2) of this clause shall be--

(1) Computed at the rate of average bond equivalent rates of 91 day Treasury bills auctioned at the most recent auction of such bills prior to the date the Contractor receives the unearned amount; and

(2) Deducted from the next available payment to the Contracts.

**5. FAR 52.232-17, INTEREST (JUN 1996)**

(a) Except as otherwise provided in this contract, under a Price Reduction for Defective Cost or Pricing Data clause or a Cost Accounting Standards clause, all amounts that become payable by the Contractor to the Government under this contract (net of any applicable tax credit under the Internal Revenue Code (26 U.S.C. 1481)) shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in section 12 of the Contract Disputes Act of 1978 (Public Law 95-563), which is applicable to the period in which the amount becomes due, as provided in paragraph (b) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(b) Amounts shall be due at the earliest of the following dates:

(1) The date fixed under this contract.

(2) The date of the first written demand for payment consistent with this contract, including any demand resulting from a default termination.

(3) The date the Government transmits to the Contractor a proposed supplemental agreement to confirm completed negotiations establishing the amount of debt.

(4) If this contract provides for revision of prices, the date of written notice to the Contractor stating the amount of refund payable in connection with a pricing proposal or a negotiated pricing agreement not confirmed by contract modification.

(c) The interest charge made under this clause may be reduced under the procedures prescribed in 32.614-2 of the Federal Acquisition Regulation in effect on the date of this contract.

**6. FAR 52.232-23, ASSIGNMENT OF CLAIMS (JAN 1986)**

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other

financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

ALTERNATE I (APR 1984)

Unless otherwise stated in this contract, payments to an assignee of any amounts due or to become due under this contract shall not, to the extent specified in the Act, be subject to reduction or setoff.

**7. FAR 52.232-27, PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JUN 1997)**

Notwithstanding any other payment terms in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see subparagraph (a)(3) concerning payments due on Saturdays and Sundays, and legal holidays.)

(a) Invoice Payments.

(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments which may occur under this contract, as follows: (i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project: (A) The due date for making such payments shall be 14 days after receipt of the payment request by the designated billing office. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date shall be the 14th day after the date the Contractor's payment request, provided a proper payment request is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements. (B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, shall be as specified in the contract or, if not specified, 30 days after approval for release to the Contractor by the Contracting Officer. (ii) Final payments based on completion and acceptance of all work and presentation of release of all claims against the Government arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Government (e.g.,

each separate building, public work, or other division of the contract for which the price is stated separately in the contract): (A) The due date for making such payments shall be either the 30th day after receipt by the designated billing office of a proper invoice from the Contractor, or the 30th day after Government acceptance of the work or services completed by the Contractor, whichever is later. If the designated billing office fails to annotate the invoice with the date of actual receipt at the time of receipt, the invoice payment due date shall be deemed to be the 30th day after the date of the Contractor's invoice, provided a proper invoice is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements. (B) On a final invoice where the payment amount is subject to contract settlement actions (e.g., release of claims), acceptance shall be deemed to have occurred on the effective date of the contract settlement.

(2) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(2)(i) through (a)(2)(ix) of this clause. If the invoice does not comply with these requirements, it shall be returned within 7 days after the date the designated billing office received the invoice, with a statement of the reasons why it is not a proper invoice. Untimely notification will be taken into account in computing any interest penalty owed the Contractor in the manner described in subparagraph (a)(4) of this clause: (i) Name and address of the Contractor. (ii) Invoice date (the Contractor is encouraged to date invoices as close as possible to the date of mailing or transmission.) (iii) Contract number or other authorization for work or services performed (including order number and contract line item number). (iv) Description of work or services performed. (v) Delivery and payment terms (e.g., prompt payment discount terms). (vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment). (vii) Name (where practicable), title, phone number, and mailing address of person to be notified in event of a defective invoice. (viii) For payments described in paragraph (a)(1)(i) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts. (ix) Any other information or documentation required by the contract. (x) While not required, the Contractor is strongly encouraged to assign an identification number to each invoice.

(3) Interest penalty. An interest penalty shall be paid automatically by the designated payment office, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(3)(i) through (a)(3)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday when Federal Government Offices are closed and Government business is not expected to be conducted, payment may be made on the following business day without incurring a late interest penalty. (i) A proper invoice was received by the designated billing office. (ii) A receiving report or other Government documentation authorizing payment was processed and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount. (iii) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, the

amount was not subject to further contract settlement actions between the Government and the Contractor.

(4) Computing penalty amount. The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority (e.g. tariffs). This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice principal payment amount approved by the Government until the payment date of such approved principal amount; and will be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice principal payment amount and will be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the periods prescribed in subparagraph (a)(2) of this clause, then the due date on the corrected invoice will be adjusted by subtracting the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties. (i) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in paragraph (a)(1)(ii) of this clause, Government acceptance or approval shall be deemed to have occurred constructively on the 7th day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. In the event that actual acceptance or approval occurs within the constructive acceptance or approval period, the determination of an interest penalty shall be based on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements do not apply if there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. These requirements also do not compel Government officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to fulfilling their responsibilities. (ii) The following periods of time will not be included in the determination of an interest penalty: (A) The period taken to notify the Contractor of defects in invoices submitted to the Government, but this may not exceed 7 days. (B) The period between the defects notice and resubmission of the corrected invoice by the Contractor. (C) For incorrect electronic funds transfer (EFT) information, in accordance with the EFT clause of this contract. (iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1 need not be paid. (iv) Interest penalties are not required on payment delays due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(5) Prompt payment discounts. An interest penalty shall also be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

(6) Additional interest penalty.

(i) If this contract was awarded on or after October 1, 1989, a penalty amount, calculated in accordance with subdivision (a)(6)(iii) of this clause, shall be paid in addition to the interest penalty amount if the Contractor -- (A) Is owed an interest penalty of $1 or more; (B) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and (C) Makes a written demand to the designated payment office for additional payment penalty, in accordance with subdivision (a)(6)(ii) of this clause, postmarked not later than 40 days after the date the invoice amount is paid.

(ii)(A) Contractors shall support written demands for additional penalty payments with the following data. No additional data shall be required. Contractors shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) Demands must be postmarked on or before the 40th day after payment was made, except that--

(1) If the postmark is illegible or nonexistent, the demand must have been received and annotated with the date of receipt by the designed payment office on or before the 40th day after payment was made; or

(2) If the postmark is illegible or nonexistent and the designated payment office fails to make the required annotation, the demand's validity will be determined by the date the Contractor has placed on the demand; provided such date is no later than the 40th day after payment was made.

(iii)(A) The additional penalty shall be equal to 100 percent of any original late payment interest penalty that is due on or after January 22, 1990, except--

(1) For additional penalties due on or after January 22, 1992, such penalties shall not exceed $2,500;

(2) After January 22, 1992, the additional penalty shall not exceed $5,000;

(3) The additional penalty shall never be less than $25; and

(4) No additional penalty is owed if the amount of the underlying interest penalty is less than $1.

(B) If the interest penalty ceases to accrue in accordance with the limits stated in subdivision (a)(4)(iii) of this clause, the amount of the additional penalty shall be calculated on the amount of interest penalty that would have accrued in the absence of these limits, subject to the overall limits on the additional penalty specified inn subdivision (a)(6)(iii)(A) of this clause.

(C) For determining the maximum and minimum additional penalties, the test shall be the interest penalty due on each separate payment made for each separate contract. The maximum and minimum additional penalty shall not be based upon individual invoices unless the invoices are paid separately. Where payments are consolidated for disbursing purposes, the maximum and minimum additional penalty determination shall be made separately for each contract therein.

(D) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulations).

(b) Contract Financing Payments.

(1) Due dates for recurring financing payments. If this contract provides for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the (insert day as prescribed by Agency head; if not prescribed, insert 30th day) day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(2) Due dates for other contract financing. For advance payments, loans, or other arrangements that do not involve recurring submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(3) Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) Subcontract clause requirements. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purpose of performing this contract the following:

(1) Prompt payment for subcontractors. A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment out of such amounts as are paid to this Contractor under the contract.

(2) Interest for subcontractors. An interest penalty clause that obligates the Contractor to pay to the subcontractor an interest

penalty for each payment not made in accordance with the payment clause -- (i) For the period beginning on the day after the required payment date and ending on the date on which payment of the amount due is made; and (ii) Computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(3) Subcontractor clause flowdown. A clause requiring each subcontractor to include a payment clause and an interest penalty clause conforming to the standards set forth in subparagraphs (c)(1) and (c)(2) of this clause in each of its subcontracts, and to require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

(d) Subcontract clause interpretation. The clauses required by paragraph (c) of this clause shall not be constructed to impair the right of the Contractor or a subcontractor at any tier to negotiate, and to include in their subcontract, provisions that --

(1) Retaining permitted. Permit the Contractor of a subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to furnish a performance bond and a payment bond;

(2) Withholding permitted. Permit the Contractor or subcontractor to make a determination that part or all of the subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and

(3) Withholding requirements. Permit such withholding without incurring any obligation to pay a late payment penalty if -- (i) A notice conforming to the standards of paragraph (g) of this clause previously has been furnished to the subcontractor, and (ii) A copy of any notice issued by a Contractor pursuant to subdivision (d)(3)(i) of this clause has been furnished to the Contracting Officer.

(e) Subcontractor withholding procedures. If a Contractor, after making a request for payment to the Government but before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractor is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall --

(1) Subcontractor notice. Furnish to the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but prior to the due date for subcontractor payment;

(2) Contracting Officer notice. Furnish to the Contracting Officer, as soon as practicable, a copy of the notice furnished to the subcontractor pursuant to subparagraph (e)(1) of this clause;

(3) Subcontractor progress payment. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under subparagraph (e)(1) of this clause;

(4) Subsequent subcontract payment. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and --(i) Make such payment within -- (A) Seven days after correction of the identified subcontract performance deficiency (unless the funds therefor must be recovered from the Government because of a reduction under subdivision (e)(5)(i)) of this clause; or (B) Seven days after the Contractor recovers such funds from the Government; or (ii) Incur an obligation to pay a late payment interest penalty computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty;

(5) Notice to Contracting Officer. Notify the Contracting Officer upon -- (i) Reduction of the amount of any subsequent certified application for payment; or (ii) Payment to the subcontractor of any withheld amounts of a progress payment, specifying -- (A) The amounts withheld under subparagraph (e)(1) of this clause; and (B) The dates that such withholding began and ended; and

(6) Interest to Government. Be obligated to pay to the Government an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903(c)(1)), from the 8th day after receipt of the withheld amounts from the Government until -- (i) The day the identified subcontractor performance deficiency is corrected; or (ii) The date that any subsequent payment is reduced under subdivision (e)(5)(i) of this clause.

(f) Third-party deficiency reports--

(1) Withholding from subcontractor. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor") a written notice in accordance with section 2 of the Act of August 24, 1935 (40 U.S.C. 270b, Miller Act), asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable, and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, the Contractor may, without incurring an obligation to pay an interest penalty under subparagraph (e)(6) of this clause -- (i) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon making such determination; and (ii) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount

specified in the notice of withholding furnished under paragraph (f)(1)(i) of this clause.

(2) Subsequent payment or interest charge. As soon as practicable, but not later than 7 days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected, the Contractor shall

(i) Pay the amount withheld under paragraph (f)(1)(ii) of this clause to such first-tier subcontractor; or

(ii) Incur an obligation to pay a late payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(g) Written notice of subcontractor withholding. A written notice of any withholding shall be issued to a subcontractor (with a copy to the Contracting Officer of any such notice issued by the Contractor), specifying --

(1) The amount to be withheld;

(2) The specific causes for the withholding under the terms of the subcontract; and

(3) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

(h) Subcontractor payment entitlement. The Contractor may not request payment from the Government of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

(i) Prime-subcontractor disputes. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the United States is a party. The United States may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

(j) Preservation of prime-subcontractor rights. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair any contractual, administrative, or judicial remedies otherwise available to the Contractor or a subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

(k) Non-recourse for prime contractor interest penalty. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the United

States for such interest penalty. A cost reimbursement claim may not include any amount for reimbursement of such interest penalty.

**8. FAC 5252.232-9301, PAYMENT FOR DESIGN UNDER FIXED-PRICE DESIGN-BUILD CONTRACTS (JUL 1998)**

(a) The contracting officer may approve progress payments for work performed during the project design phase up to the maximum amount of four (4) percent of the contract price.

(b) Contractor invoices for payment must be accompanied by satisfactory documentation supporting the amounts for which payments are requested. Progress payments approved by the contracting officer during the project design phase in no way constitute an acceptance of functional and aesthetic design elements nor acceptance of a final settlement amount in the event of a buy-out nor a waiver of any contract requirements.

**9. FAC 5252.232-9302, LIMITATION ON EXTENT OF GOVERNMENT LIABILITY IN THE EVENT OF A BUY-OUT PRIOR TO COMMENCEMENT OF CONSTRUCTION (JUL 1998)**

(a) For the purposes of this clause, functional elements are defined as room layout and space allocations as determined by partitions, doors, or other architectural features. Aesthetic elements are defined as the facility's visual appearance and appeal.

(b) If the government and the contractor are unable to mutually agree on the functional and aesthetic elements of the project design, the government may initiate a buy-out of the contract prior to commencement of construction for a maximum settlement amount not to exceed four (4) percent of the contract amount. This amount shall be negotiated based on a reasonable cost incurred and may include a reasonable profit.

(c) Actions taken by the government pursuant to this clause shall in no way be considered a termination for default. Upon payment of all negotiated amounts, all responsibilities and obligations of the parties are discharged.

**10. FAR 52.233-1, DISPUTES (DEC 1998) - ALTERNATE I (DEC 1991)**

(a) This contract is subject to the Contract Disputes Act of 1978 (41 U.S.C. 601 - 613).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under the Act until certified as required by subparagraph (d)(2) of this

clause. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d) (1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2) (i) Contractors shall provide the certification specified in subparagraph (d)(2)(iii) of this clause when submitting any claim (A) Exceeding $100,000. (ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim (iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I an duly authorized to certify the claim on behalf of the Contractor."

(3) The certification may be executed by any person duly authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use ADR. If the Contractor refuses an offer for alternative disputes resolution, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the request. When using arbitration, conducted pursuant to 5. U.S.C. 575-580, or when using any other ADR technique that the agency elects to handle in accordance with the ADRA, any claim, regardless of amount, shall be accompanied by the certification described in subparagraph (d)(2)(iii) of this clause, and executed in accordance with paragraph (d)(3) of this clause.

(h) The Government shall pay interest on the amount found due and unpaid from

(1) the date the Contracting Officer receives the claim (certified, if required); or

(2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having

defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.
ALTERNATE I (DEC 1991)

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under or relating to the contract, and comply with any decision of the Contracting Officer.

**11. FAR 52.233-3, PROTEST AFTER AWARD (AUG 1996)**

(a) Upon receipt of a notice of protest (as defined in FAR 33.101) or a determination that a protest is likely (see FAR 33.102(d), the Contracting Officer may, by written order to the Contractor, direct the Contractor to stop performance of the work called for by this contract. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Upon receipt of the final decision in the protest, the Contracting Officer shall either --

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled either before or after a final decision in the protest, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule, or contract price, or both and the contract shall be modified, in writing, accordingly, if --

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to an adjustment within 30 days after the end of the period of work stoppage; provided, that if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the

Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(e) The Government's rights to terminate this contract at any time are not affected by action taken under this clause.

(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation, or miscertification, a protest related to this contract is sustained and the Government pays costs, as provided in FAR 33.102(b)(2), 33.104(h)(1), the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any other remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.

**12. FAR 52.236-1, PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)**

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

**13. FAR 52.236-2, DIFFERING SITE CONDITIONS (APR 1984)**

(a) The Contractor shall promptly, and before the conditions are disturbed, give a written notice to the Contracting Officer of (1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or (2) unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

(b) The Contracting Officer shall investigate the site conditions promptly after receiving the notice. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, an equitable adjustment shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

## 14. FAR 52.236-3, SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

(a) The Contractor acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost, including but not limited to

(1) conditions bearing upon transportation, disposal, handling, and storage of materials;

(2) the availability of labor, water, electric power, and roads;

(3) uncertainties of weather, river stages, tides, or similar physical conditions at the site;

(4) the conformation and conditions of the ground; and

(5) the character of equipment and facilities needed preliminary to and during work performance. The Contractor also acknowledges that it has satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the Government, as well as from the drawings and specifications made a part of this contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work, or for proceeding to successfully perform the work without additional expense to the Government.

(b) The Government assumes no responsibility for any conclusions or interpretations made by the Contractor based on the information made available by the Government. Nor does the Government assume responsibility for any understanding reached or representation made concerning conditions which can affect the work by any of its officers or agents before the execution of this contract, unless that understanding or representation is expressly stated in this contract.

## 15. FAR 52.236-5, MATERIAL AND WORKMANSHIP (APR 1984)

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

**16. FAR 52.236-6, SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)**

At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the work a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

**17. FAR 52.236-7, PERMITS AND RESPONSIBILITIES (NOV 1991)**

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

**18. FAR 52.236-8, OTHER CONTRACTS (APR 1984)**

The Government may undertake or award other contracts for additional work at or near the site of the work under this contract. The Contractor shall fully cooperate with the other contractors and with Government employees and shall carefully adapt scheduling and performing the work under this contract to accommodate the additional work, heeding any direction that may be provided by the Contracting Officer. The Contractor shall not commit or permit any act that will interfere with the performance of work by any other contractor or by Government employees.

## 19. FAR 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this contract. The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during contract performance, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(b) The Contractor shall protect from damage all existing improvements and utilities

(1) at or near the work site and

(2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair any damage to those facilities, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable care in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

## 20. FAR 52.236-10, OPERATIONS AND STORAGE AREAS (APR 1984)

(a) The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer. The Contractor shall hold and save the Government, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance.

(b) Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the Government. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(c) The Contractor shall, under regulations prescribed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer. When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage. The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

## 21. FAR 52.236-11, USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

(a) The Government shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the Government intends to take possession of or use. However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the Government has such possession or use, the Contractor shall be relieved of the responsibility for the loss of or damage to the work resulting from the Government's possession or use, notwithstanding the terms of the clause in this contract entitled "Permits and Responsibilities." If prior possession or use by the Government delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

## 22. FAR 52.236-12, CLEANING UP (APR 1984)

The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials. Before completing the work, the Contractor shall remove from the work and premises any rubbish, tools, scaffolding, equipment, and materials that are not the property of the Government. Upon completing the work, the Contractor shall leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer.

## 23. FAR 52.236-13, ACCIDENT PREVENTION (NOV 1991)

(a) The Contractor shall provide and maintain work environments and procedures which will

(1) Safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) Avoid interruptions of Government operations and delays in project completion dates; and

(3) Control costs in the performance of this contract.

(b) For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall--

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purpose are taken.

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385 - 1 - 1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or immanent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory correction action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

### 24. FAR 52.236-14, AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

(a) The Government shall make all reasonably required amounts of utilities available to the Contractor from existing outlets and supplies, as specified in the contract. Unless otherwise provided in the contract, the amount of each utility service consumed shall be charged to or paid for by the Contractor at prevailing rates charged to the Government or, where the utility is produced by the Government, at reasonable rates determined by the Contracting Officer. The Contractor shall carefully conserve any utilities furnished without charge.

(b) The Contractor, at its expense and in a workmanlike manner satisfactory to the Contracting Officer, shall install and maintain all necessary temporary connections and distribution lines, and all meters required to measure the amount of each utility used for the purpose of determining charges. Before final acceptance of the work by the Government, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

### 25. FAR 52.236-15, SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the

Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant, and equipment). The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period. If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three copies of the annotated schedule to the Contracting Officer. If, in the opinion of the Contracting Officer, the Contractor falls behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government. In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this contract.

## 26. FAR 52.236-17, LAYOUT OF WORK (APR 1984)

The Contractor shall lay out its work from Government-established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them. If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

## 27. FAR 52.236-21, SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the

specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.
(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.
(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".
(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.
(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.
(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.
(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets

(unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.

## 28. FAR 52.236-23, RESPONSIBILITY OF THE ARCHITECT-ENGINEER CONTRACTOR (APR 1984)

(a) The Contractor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other services furnished by the Contractor under this contract. The Contractor shall, without additional compensation, correct or revise any errors or deficiencies in its designs, drawings, specifications, and other services.
(b) Neither the Government's review, approval or acceptance of, nor payment for, the services required under this contract shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this contract, and the Contractor shall be and remain liable to the Government in accordance with applicable law for all damages to the Government caused by the Contractor's negligent performance of any of the services furnished under this contract.
(c) The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.
(d) If the Contractor is comprised of more than one legal entity, each such entity shall be jointly and severally liable hereunder.

## 29. FAR 52.236-24, WORK OVERSIGHT IN ARCHITECT-ENGINEER CONTRACTS (APR 1984)

The extent and character of the work to be done by the Contractor shall be subject to the general oversight, supervision, direction, control, and approval of the Contracting Officer.

## 30. FAR 52.236-25, REQUIREMENTS FOR REGISTRATION OF DESIGNERS (APR 1984)

The design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work shall be accomplished or reviewed and approved by architects or engineers registered to practice in the particular professional field involved in a State or possession of the United States, in Puerto Rico, or in the District of Columbia.

## 31. FAR 52.236-26, PRECONSTRUCTION CONFERENCE (FEB 1995)

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time, and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed.

## 32. DFARS 252.236-7000, MODIFICATION PROPOSALS -- PRICE BREAKDOWN (DEC 1991)

(a) The Contractor shall furnish a price breakdown, itemized as required and within the time specified by the Contracting Officer, with any proposal for a contract modification.

(b) The price breakdown__

(1) Must include sufficient detail to permit an analysis of profit, and of all costs for--(i) Material; (ii) Labor; (iii) Equipment; (iv) Subcontracts, and (v) Overhead; and

(2) Must cover all work involved in the modification, whether the work was deleted, added or changed.

(c) The Contractor shall provide similar price breakdowns to support any amounts claimed for subcontracts.

(d) The Contractor's proposal shall include a justification for any time extension proposed.

**33. DFARS 252.236-7001, CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (AUG 2000)**

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.
(b) The Contractor shall—
(1) Check all drawings furnished immediately upon receipt;
(2) Compare all drawings and verify the figures before laying out the work;
(3) Promptly notify the Contracting Officer of any discrepancies;
(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and
(5) Reproduce and print contract drawings and specifications as needed.
(c) In general--
(1) Large-scale drawings shall govern small-scale drawings; and
(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.
(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.
(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | File | Drawing No. |
|---|---|---|

**34. DFARS 252.236-7005, AIRFIELD SAFETY PRECAUTIONS (DEC 1991)**

(a) Definitions. As used in this clause--

(1) "Landing areas" means--

(i) The primary surfaces, comprising the surface of the runway, runway shoulders, and lateral safety zones. The length of each primary surface is the same as the runway length. The width of each primary surface is 2,000 feet (1,000 feet on each side of the runway centerline);

(ii) The "clear zone" beyond the ends of each runway, i.e., the extension of the primary surface for a distance of 1,000 feet beyond each end of each runway;

(iii) All taxiways, plus the lateral clearance zones along each side for the length of the taxiways (the outer edge of each lateral clearance zone is laterally 250 feet from the far or opposite edge of the taxiway, e.g., a 75-foot-wide taxiway would have a combined width of taxiway and lateral clearance zones of 425 feet); and

(iv) All aircraft parking aprons, plus the area 125 feet in width extending beyond each edge all around the aprons.

(2) "Safety precaution areas" means those portions of approach-departure clearance zones and transitional zones where placement of objects incident to contract performance might result in vertical projections at or above the approach-departure clearance, or the transitional surface.

(i) The "approach-departure clearance surface" is an extension of the primary surface and the clear zone at each end of each runway, for a distance of 50,000 feet, first along an inclined plane (glide angle) and then along a horizontal plane, both flaring symmetrically about the runway centerline extended. (A) The inclined plane (glide angle) begins in the clear zone 200 feet past the end of the runway (and primary surface) at the same elevation as the end of the runway. It continues upward at a slope of 50:1 (1 foot vertically for each 50 feet horizontally) to an elevation of 500 feet above the established airfield elevation. At that point the uniform elevation to a point 50,000 feet longitudinally from the beginning of the inclined plane (glide angle) and ending there. (B) The width of the surface at the beginning of the inclined plane (glide angle) is the same as the width of the clear zone. It then flares uniformly reaching the maximum width of 16,000 feet at the end.

(ii) The "approach-departure clearance zone" is the ground area under the approach-departure clearance surface.

(iii) The "transitional surface" is a sideways extension of all primary surfaces, clear zones, and approach-departure clearance surfaces along inclined planes. (A) The inclined plane in each case begins at the edge of the surface. (B) The slope of the inclined plane is 7:1 (1 foot vertically for each 7 feet horizontally). It continues to the point of intersection with the--(1) inner horizontal surface (which is the horizontal plane 150 feet above the established airfield elevation); or (2) outer horizontal surface (which is the horizontal plane 500 feet above the established airfield elevation), whichever is applicable.

(iv) The "transitional zone" is the ground area under the transitional surface. (It adjoins the primary surface, clear zone, and approach-departure clearance zone.)

(b) General.

(1) The Contractor shall comply with the requirements of this clause while--

(i) Operating all ground equipment (mobile or stationary);

(ii) Placing all materials; and

(iii) Performing all work, upon and around all airfields.

(2) The requirements of this clause are in addition to any other safety requirements of this contract.

(c) The Contractor shall--

(1) Report to the Contracting Officer before initiating any work;

(2) Notify the Contracting Officer of proposed changes to locations and operations;

(3) Not permit either its equipment or personnel to use any runway for purposes other than aircraft operation without permission of the Contracting Officer, unless the runway is--

(i) Closed by order of the Contracting Officer; and

(ii) Marked as provided in paragraph (d)(2) of this clause;

(4) Keep all paved surfaces, such as runways, taxiways, and hardstands, clean at all times and, specifically, free from small stones which might damage aircraft propellers or jet aircraft;

(5) Operate mobile equipment according to the safety provisions of this clause, while actually performing work on the airfield. At all other times, the Contractor shall remove all mobile equipment to locations--

(i) Approved by the Contracting Officer;

(ii) At a distance of at least 750 feet from the runway centerline, plus any additional distance; and

(iii) Necessary to ensure compliance with the provisions of this clause; and

(6) Not open a trench unless material is on hand and ready for placing in the trench. As soon as practicable after material has been placed and work approved, the Contractor shall backfill and compact trenches as required by the contract. Meanwhile, all hazardous conditions shall be marked and lighted in accordance with the other provisions of this clause.

(d) Landing areas. The Contractor shall--

(1) Place nothing upon the landing areas without the authorization of the Contracting Officer;

(2) Outline those landing areas hazardous to aircraft, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated low-intensity red flasher lights by night;

(3) Obtain, at an airfield where flying is controlled, additional permission from the control tower operator every time before entering any landing area, unless the landing area is marked as hazardous in accordance with paragraph (d)(2) of this clause;

(4) Identify all vehicles it operates in landing areas by means of a flag on a staff attached to, and flying above, the vehicle. The flag shall be three feet square, and consist of a checkered pattern of international orange and white squares of 1 foot on each side (except that the flag may vary up to ten percent from each of these dimensions);

(5) Mark all other equipment and materials in the landing areas, using the same marking devices as in paragraph (d)(2) of this clause, and

(6) Perform work so as to leave that portion of the landing area which is available to aircraft free from hazards, holes, piles of material, and projecting shoulders that might damage an airplane tire.

(e) Safety precaution areas. The Contractor shall--

(1) Place nothing upon the safety precaution areas without authorization of the Contracting Officer;

(2) Mark all equipment and materials in safety precaution areas, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated, low-intensity red flasher lights by night, and

(3) Provide all objects placed in safety precaution areas with a red light or red lantern at night, if the objects project above the approach-departure clearance surface or above the transitional surface.

**35. FAC 5252.236-9303, ACCIDENT PREVENTION (NOV 1998)**

(a) The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, all accidents resulting in death, traumatic injury, occupational disease, and damage to property, materials, supplies and equipment incident to work performed under this contract.
(b) Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.
(c) Prior to commencement of the work, the Contractor may be required to:
(1) submit in writing his proposals for effectuating provision for accident prevention;
(2) meet in conference with representatives of the Contracting Officer to discuss and develop mutual understandings relative to administration of the overall safety program.

## 36. FAC 5252.236-9305, AVAILABILITY OF UTILITIES (JUN 1994)

When available, the Government will furnish reasonable amounts of the following utilities for the work to be performed under this contract at no cost to the contractor. Information concerning the location of existing outlets may be secured from the OIC. The contractor shall provide and maintain, at his expense, the necessary service lines from existing Government outlets to the site of work.

Electric
Water

Contractor Furnished Utilities. In the event that the Government is unable to provide the required types of utilities, the Contractor shall, at his expense, arrange for the required utilities.

Contractor Energy Conservation. The Contractor shall be directly responsible for instruction employees in utilities conservation practices. The Contractor shall be responsible for operating under conditions which preclude the waste of utilities, which shall include:

a. Lights shall be used only in areas where and at the time when work is actually being performed.

b. Mechanical equipment controls for heating, ventilation and air conditioning systems will not be adjusted by the workers.

c. Water faucets or valves shall be turned off after the required usage has been accomplished.

Telephone Lines. Telephone lines for the sole use of the Contractor will not be available. Government telephones shall not be used for personal reasons.

Contractor Availability. The Contractor shall maintain a telephone at which he or his representative may be reached 24 hours daily. The telephone shall be listed in the Contractor's name. If the Contractor does not have a local telephone, he shall maintain a toll free emergency telephone (or accept collect calls from authorized Government personnel) at which he or his representative may be reached at night, weekends and holidays. It is mandatory that the Contractor or his representative be available to a toll free telephone 24 hours per day, seven days per week, including holidays. He shall notify the OIC in writing of the mailing address and telephone number within three days after award of this contract and immediately thereafter in the event of change.

## 37. FAC 5252.236-9310, RECORD DRAWINGS (JUN 1994)

The Contractor shall maintain at the jobsite two sets of full-size prints of the contract drawings, accurately marked in red with adequate dimensions, to show all variations between the construction actually provided and that indicated or specified in the contract documents, including buried or concealed construction.

Special attention shall be given to recording the horizontal and vertical location of all buried utilities that differ from the contract drawings.

Existing utility lines and features revealed during the course of construction shall also be accurately located and dimensioned. Variations in the interior utility systems shall be clearly defined and dimensioned; and coordinated with exterior utility connections at the building five-foot line, where applicable. Existing topographic features which differ from those shown on the contract drawings shall also be accurately located and recorded.

Where a choice of materials or methods is permitted herein, or where variations in scope or character of methods is permitted herein, or where variations in scope or character of work from that of the original contract are authorized, the drawings shall be marked to define the construction actually provided. The representations of such changes shall conform to standard drafting practice and shall include such supplementary notes, legends, and details as necessary to clearly portray the as-built construction. These drawings shall be available for review by the Contracting Officer at all times.

Upon completion of the work, both sets of the marked up prints shall be certified as correct, signed by the Contractor, and delivered to the Contracting Officer for his approval before acceptance. Requests for partial payments will not be approved if the marked prints are not kept current, and request for final payment will not be approved until the marked prints are delivered to the Contracting Officer

**38. FAC 5252.237-9301, SUBSTITUTIONS OF KEY PERSONNEL (JUN 1994)**

The Contractor shall provide complete resumes for proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the consent on substitutions. No change in fixed unit prices may occur as a result of key personnel substitutions.

**39. FAR 52.242-4, CERTIFICATION OF FINAL INDIRECT COSTS (JAN 1997)**

(a) The Contractor shall--

(1) Certify any proposal to establish or modify final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, may result in final indirect costs at rates unilaterally established by the Contracting Officer.

(c) The certificate of final indirect costs shall read as follows:

CERTIFICATE OF FINAL INDIRECT COSTS

This is to certify that I have reviewed this proposal to establish final indirect cost rates and the best of my knowledge and belief;

1. All costs included in this proposal (identify proposal and date) to establish billing or final indirect cost rates for (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Federal Acquisition Regulation (FAR) and its supplements applicable to those contracts to which the final indirect cost rates will apply; and

2. This proposal does not include any costs which are expressly unallowable under applicable cost principles of the FAR or its supplements.

Firm: ______________________________________________________
Signature: _________________________________________________
Date of Certifying Official: _______________________________
Title: _____________________________________________________
Date of Execution: _________________________________________

**40. FAR 52.242-13, BANKRUPTCY (JUL 1995)**

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the the bankruptcy petition was filed, the identity of the court in which bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

**41. FAR 52.242-14, SUSPENSION OF WORK (APR 1984)**

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the

extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract.

(c) A claim under this clause shall not be allowed

(1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order), and

(2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

**42. DFARS 252.242-7000, POSTAWARD CONFERENCE (DEC 1991)**

The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation subpart 42.5.

**43. FAC 5252.242-9300, GOVERNMENT REPRESENTATIVES (OCT 1996)**

(a) The contract will be administered by an authorized representative of the Contracting Officer. In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the Contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract. The authorized representative as indicated hereinafter:

[__X___] (1) The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer. The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.

[_____] (2) The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or task/delivery orders.

[_____] (3) The designated Property Administrator is the Administrative Contracting Officer's representative on property matters. The Property Administrator should be contacted regarding all matters pertaining to property administration.

**44. FAR 52.243-4, CHANGES (AUG 1987)**

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a

change order, make changes in the work within the general scope of the contract, including changes --

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after (1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

**45. DFARS 252.243-7001, PRICING OF CONTRACT MODIFICATIONS (DEC 1991)**

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, if effect on the date of this contract, apply.

## 46. DFARS 252.243-7002, REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable regulations.

(b) In accordance with 10 U.S.C.2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor.

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

____________________________________________

(Official's Name)

____________________________________________

(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including---

(1) Cost of pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to--

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.

## 47. FAR 52.244-5, COMPETITION IN SUBCONTRACTING (DEC 1996)

(a) The Contractor shall select subcontracts (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b) If the Contractor is an appointed mentor under the Department of Defense Pilot Mentor - Protege - Program (Pub. L. 101-510, Section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its protege's.

## 48. FAR 52.246-12, INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not --

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase on contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

**49. FAR 52.246-21, WARRANTY OF CONSTRUCTION (MAR 1994)**

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of -

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall

have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.

(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall --

(1) Obtain all warranties that would be given in normal commercial practice,

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

**50. FAR 52.248-3 VALUE ENGINEERING—CONSTRUCTION (FEB 2000)**

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) of this clause.
(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.
"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.
"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.
"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support. The term does not include the normal administrative costs of processing the VECP.
"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and

implementation costs, including subcontractors' development and implementation costs (see paragraph (h) of this clause).
"Value engineering change proposal (VECP)" means a proposal that--
(1) Requires a change to this, the instant contract, to implement; and
(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--
(i) In deliverable end item quantities only; or
(ii) To the contract type only.
(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in paragraphs (c)(1) through (7) of this clause. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:
(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.
(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.
(3) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) of this clause.
(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.
(5) A prediction of any effects the proposed change would have on collateral costs to the agency.
(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.
(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.
(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.
(e) Government action. (1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it will not be liable for any delay in acting upon a VECP.
(2) If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.
(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause.

The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.
(f) Sharing--(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by--
(i) 45 percent for fixed-price contracts; or
(ii) 75 percent for cost-reimbursement contracts.
(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--
(i) Accept the VECP;
(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and
(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.
(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.
(h) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $50,000 or more and may include one in subcontracts of lesser value. In computing any adjustment in this contract's price under paragraph (f) of this clause, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.
(i) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:
These data, furnished under the Value Engineering-- Construction clause of contract ___________ , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations.
If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the

data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

**51. FAR 52.249-2, TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED - PRICE) (SEP 1996) - ALTERNATES I (SEP 1996)**

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to any purchaser and

(ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120 day period.

(d) After expiration of the plant clearance period as defined in Subpart 45.6 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the government will accept title to those items and remove them or enter into a storage agreement. the Contracting Officer may verify the list upon removal of the items or if stored, with 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (f) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (f)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and Contracting Officer fail to agree on the whole amount to be paid the Contractor because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:

(1) For contract work performed before the effective date of termination, the total (without duplication of any items) of --(i) The cost of this work; (ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(i) of this clause; and (iii) A sum, as profit on subdivision (g)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (iii) and shall reduce the settlement to reflect the indicated rate of loss.

(2) The reasonable costs of settlement of the work terminated, including --(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data; (ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and (iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value, as determined by the Contracting Officer, of property that is destroyed, lost, stolen, or damaged so as to become undeliverable to the Government or to a buyer.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l), of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause. there shall be deducted --

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)

(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

**52. FAR 52.249-10, DEFAULT (FIXED - PRICE CONSTRUCTION) (APR 1984) - ALTERNATE II (APR 1984)**

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if --

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

**53. FAR 52.253-1, COMPUTER GENERATED FORMS (JAN 1991)**

Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard of Optional Form number and edition date.
Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.
If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

# SECTION 00830

# DAVIS-BACON WAGE DETERMINATION
**02/01**

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

## PART 2 PRODUCTS

### 2.1 ARTICLE TITLE

Subparts at this level are referred to as articles.

## PART 3 EXECUTION

### 3.1 SECTION PARTS

The extent of the subdivision of information depends on the complexity of the section, the nature of the subject being described, and the preferences of the specifier.

Wages Follow:

BRS Document Viewer
General Decision Number CA010029

General Decision Number CA010029
Superseded General Decision No. CA000029
State: California Construction Type:
BUILDING
DREDGING
HEAVY
HIGHWAY
County(ies):

| | | |
|---|---|---|
| ALAMEDA | MARIPOSA | SAN MATEO |
| CALAVERAS | MERCED | SANTA CLARA |
| CONTRA COSTA | MONTEREY | SANTA CRUZ |
| FRESNO | SAN BENITO | STANISLAUS |
| KINGS | SAN FRANCISCO | TUOLUMNE |
| MADERA | SAN JOAQUIN | |

BUILDING CONSTRUCTION PROJECTS; DREDGING PROJECTS (does not include hopper dredge work); HEAVY CONSTRUCTION PROJECTS (does not include water well drilling); HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/16/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| ALAMEDA | MARIPOSA | SAN MATEO |
| CALAVERAS | MERCED | SANTA CLARA |
| CONTRA COSTA | MONTEREY | SANTA CRUZ |
| FRESNO | SAN BENITO | STANISLAUS |
| KINGS | SAN FRANCISCO | TUOLUMNE |
| MADERA | SAN JOAQUIN | |

ASBE0016A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| INSULATOR/ASBESTOS WORKER Includes the application of all insulating materials, protective coverings, coatings, and finishings to all types of mechanical systems | 37.38 | 7.66 |

----------------------------------------------------------------

ASBE0016E 05/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| ASBESTOS REMOVAL WORKER/ HAZARDOUS MATERIAL HANDLER Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 22.01 | 4.28 |

----------------------------------------------------------------

ASBE0016F 05/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE | | |

```
COUNTIES:
ASBESTOS REMOVAL WORKER/
HAZARDOUS MATERIAL HANDLER
  Includes preparation, wetting,
  stripping, removal, scrapping,
  vacuuming, bagging and disposing
  of all insulation materials from
  mechanical systems, whether they
  contain asbestos or not            22.01          4.28
----------------------------------------------------------------
 BOIL0092A  10/01/1999
                                    Rates          Fringes
BOILERMAKER                          29.56          9.81
TUBE WELDER                          31.06          9.81
----------------------------------------------------------------
 BRCA0003B  08/01/1998
                                    Rates          Fringes
MARBLE FINISHER                      21.12          4.97
----------------------------------------------------------------
 BRCA0003D  08/01/1998
                                    Rates          Fringes
MARBLE SETTER                        25.89         12.92
----------------------------------------------------------------
 BRCA0003G  07/01/1999
                                    Rates          Fringes
SAN FRANCISCO AND SAN MATEO COUNTIES:
BRICKLAYER                           29.45          9.75
FOOTNOTES:
  Underground work such as tunnel work, sewer work, manholes,
catch basins, sewer pipes and telephone conduit: $5.00 per day
additional.
  Additionally, for work in direct contact with raw sewage: $2.50
per day additional.
  Operating a saw or grinder: $0.50 per hour additional.
  Gunite nozzle person: $1.00 per hour additional.
  On one or two person light duty swinging scaffolds, from and
including the seventh floor to the sky (floors to be determined
by the number on the elevator identity or floor identity): $10.00
per day additional.
----------------------------------------------------------------
 BRCA0003K  07/01/1999
                                    Rates          Fringes
ALAMEDA, CONTRA COSTA, SAN BENITO
  AND SANTA CLARA COUNTIES:
BRICKLAYER                           28.67          8.53
CALAVERAS, SAN JOAQUIN, STANISLAUS
  AND TUOLUMNE COUNTIES:
BRICKLAYER                           24.45          7.05
FOOTNOTES:
  Underground work such as tunnel work, sewer work, manholes,
catch basins, sewer pipes and telephone conduit shall be paid
$5.00 per day above the regular wage.
  In addition to the daily allowance specified in the preceding
sentence, all employees working in direct contact with raw sewage
shall receive an additional allowance of $2.50 per day above the
regular wage.
  Fifty cents ($0.50) per hour extra will be allowed for
```

operating a saw or grinder, provided such work is for the major portion of the day.

A gunite nozzle person shall receive $1.00 per hour above the journeyman wage rate.

On one or two-person light-duty swinging scaffolds, from and including the seventh floor to the sky, $10.00 per day over and above the regular wage shall be paid. The floors shall be determined by the number on the elevator identity or floor identity.

---

BRCA0003O 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SANTA CRUZ COUNTIES: | | |
| BRICKLAYER | 27.38 | 9.05 |

FOOTNOTES:

Underground work such as tunnel work, sewer work, manholes, catch basins, sewer pipes and telephone conduit: $5.00 per day additional. In addition to the daily allowance specified in the preceding sentence, all workers working in direct contact with raw sewage: $2.50 per day additional.

Operating a saw or grinder, provided such work is for the major portion of the day: $0.50 per hour additional.

Gunite nozzle person: $1.00 per hour additional.

Work on one or two person light duty swinging scaffolds, from and including the seventh floor to the sky (floors to be determined by the number on the elevator identity or floor identity): $10.00 per day additional.

---

BRCA0003Q 07/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES: | | |
| BRICKLAYER | 22.35 | 8.15 |

---

BRCA0003T 04/01/1998

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| TILE SETTER | 25.03 | 7.60 |
| TILE FINISHER | 13.06 | 5.27 |

---

BRCA0004P 07/01/1999

| | Rates | Fringes |
|---|---|---|
| TERRAZZO WORKER | 29.33 | 5.70 |
| TERRAZZO FINISHER | 15.56 | 5.02 |

FOOTNOTE:

Base machine operator: $.75 per hour additional.

---

BRCA9003A 04/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES: | | |
| TILE FINISHER | 15.70 | 4.22 |
| TILE SETTER | 20.29 | 5.00 |

---

CARP0003A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA | | |

```
COUNTIES:
DRYWALL INSTALLER/LATHER             28.00          11.645
DRYWALL STOCKER/SCRAPPER             14.50           6.385
MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES:
DRYWALL INSTALLER/LATHER             24.12          11.645
DRYWALL STOCKER/SCRAPPER             12.06           6.385
REMAINDER OF COUNTIES:
DRYWALL INSTALLER/LATHER             23.27          11.645
DRYWALL STOCKER/SCRAPPER             11.64           6.385
NOTE: Effective 8/1/99 new projects public or private, valued at
twenty-five milllion dollars or more shall be paid at the
Alameda, Contra Costa, San Francisco, San Mateo, and Santa Clara
Counties rate.
----------------------------------------------------------------
 CARP0012E  09/01/1993
                                    Rates           Fringes
CALAVERAS, SAN JOAQUIN AND STANISLAUS COUNTIES:
TILE FINISHER                        12.80           3.12
----------------------------------------------------------------
 CARP0034A  07/01/1999
                                    Rates           Fringes
DIVERS:
 Diver standby                       28.65          13.625
 Diver wet pay                       39.90          13.625
 Tender                              28.65          13.625
 Saturation diver                    46.50          13.625
 Manned submersible                  46.50          13.625
 Manifold operator/life support
  Technician                         30.65          13.625
 Remote controlled vehicle-
  remote operated vehicle pilot      28.65          13.625
 Bell winch operator                 28.65          13.625
 DEPTH PAY (Surface Diving):
  50 to 100 ft     $1.32/ft
  100 to 150 ft    $66.00 + $1.85/ft
  150 to 200 ft    $158.00 + $2.65/ft
  200 ft and over  $291.00 + $3.00/ft
----------------------------------------------------------------
 CARP0034C  07/01/2000
                                    Rates           Fringes
ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA
COUNTIES:
 PILEDRIVER                          26.65          13.375
*PILEDRIVER - BRIDGE BUILDER         28.00          11.205
CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN,
STANISLAUS, AND TUOLUMNE COUNTIES:
 PILEDRIVER                          26.65           13.375
*PILEDRIVER - BRIDGE BUILDER         23.77           11.205
MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES:
 PILEDRIVER                          26.65           13.375
*PILEDRIVER - BRIDGE BUILDER         24.62           11.205
______________________________________________________________
*FOOTNOTE: Effective 7/1/99 new projects public or private,
vaulved at twenty five million dollars or more shall be paid at
the Alameda, Contra Costa, San Francisco, San Mateo, and Santa
Clara counties rate.
*PILEDRIVER BRIDGE BUILDERS         28.00           11.205
```

----------------------------------------------------------------
CARP0035A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA COUNTIES: | | |
| CARPENTER | 28.00 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 28.15 | 11.205 |
| BRIDGE BUILDERS | 28.00 | 11.205 |
| MILLWRIGHT | 28.00 | 12.645 |
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| CARPENTER | 22.77 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 22.97 | 11.205 |
| BRIDGE BUILDERS | 23.77 | 11.205 |
| MILLWRIGHT | 23.92 | 12.645 |
| MONTEREY, SAN BENITO, AND SANTA CRUZ COUNTIES: | | |
| CARPENTER | 24.12 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 24.27 | 11.205 |
| BRIDGE BUILDERS | 24.62 | 11.205 |
| MILLWRIGHT | 25.27 | 12.645 |

FOOTNOTE: Effective 7/1/99 new projects public or private, valued at twenty-five million dollars or more shall be paid at the Alameda, Contra Costa, San Francisco, San Mato, and Santa Clara counties rate.

----------------------------------------------------------------
CARP0035H 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MODULAR FURNITURE INSTALLER | 16.87 | 7.465 |

----------------------------------------------------------------
ELEC0006A 12/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA, AND SANTA CRUZ COUNTIES: | | |
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| Communications and Systems Installer | 23.32 | 3%+4.10 |
| Communications and Systems Technician | 26.55 | 3%+4.10 |

SCOPE OF WORK:
Including any data system whose only function is to transmit or receive information; excluding all other data systems or multiple systems which include control function or power supply; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding fire alarm work when installed in raceways (including wire and cable pulling) and when performed on new or major remodel building projects or jobs for which the conductors for the fire alarm system are installed in conduit; excluding installation of

raceway systems, line voltage work, industrial work, life-safety systems (all buildings having floors located more than 75' above the lowest floor level having building access); excluding energy management systems.

FOOTNOTE:

Fire alarm work when installed in raceways (including wire and cable pulling), on projects which involve new or major remodel building construction, for which the conductors for the fire alarm system are installed in the conduit, shall be performed by the inside electrician.

----------------------------------------------------------------

ELEC0006D 06/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician; ground person/driver | 34.375 | 3% + 11.665 |
| Cable splicer | 38.67 | 3% + 11.665 |
| Ground person | 29.92 | 3% + 11.665 |

----------------------------------------------------------------

ELEC0006E 11/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| SIGN ELECTRICIAN | 20.00 | 3% |

FOOTNOTE:

Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, 4th of July, Labor Day, Thanksgiving Day, Day after Thanksgiving, and Christmas Day. To be eligible for holiday pay the worker must work the first business day before and after said holiday.

----------------------------------------------------------------

ELEC0006H 06/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| ELECTRICIAN: | | |
| Electrician | 34.375 | 3% + 11.57 |
| Cable splicer | 38.67 | 3% + 11.57 |

----------------------------------------------------------------

ELEC0006K 12/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| Communications and Systems Installer | 18.72 | 3%+4.10 |
| Communications and Systems Technician | 21.31 | 3%+4.10 |

SCOPE OF WORK:

Including any data system whose only function is to transmit or receive information; excluding all other data systems or multiple systems which include control function or power supply; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding fire alarm work when installed in raceways (including wire and cable pulling) and when performed on new or major remodel building projects or jobs for which the conductors for the fire alarm system are installed in conduit; excluding installation of

raceway systems, line voltage work, industrial work, life-safety systems (all buildings having floors located more than 75' above the lowest floor level having building access); excluding energy management systems.

FOOTNOTE:

Fire alarm work when installed in raceways (including wire and cable pulling), on projects which involve new or major remodel building construction, for which the conductors for the fire alarm system are installed in the conduit, shall be performed by the inside electrician.

---

ELEC0100C 12/01/2000

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, AND MADERA COUNTIES: | | |
| ELECTRICIAN | 25.10 | 3% + 8.61 |

---

ELEC0234A 12/25/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES: | | |
| ELECTRICIANS | 29.56 | 3% + 11.59 |

---

ELEC0234B 05/27/1996

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO, AND SANTA CRUZ COUNTIES: | | |
| LINE CONSTRUCTION: | | |
| Within the radius of 25 air miles from the intersection of Dolan Road and Hwy. #1 in Moss Landing; and an area extending 5 miles east and west of Hwy. #101 south to the San Luis Obispo County line: | | |
| Line technician & Equipment Operator | 23.20 | 4%+9.80 |
| Cable Splicer | 26.10 | 4%+9.80 |
| Ground Person/Truck Driver | 17.40 | 4%+8.35 |
| Remainder of County: | | |
| Line Technician & Equipment Operator | 25.52 | 4%+9.80 |
| Cable Splicer | 28.42 | 4%+9.80 |
| Ground Person/Truck Driver | 19.72 | 4%+8.35 |

---

ELEC0302A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 33.46 | 3%+8.16 |
| Cable splicer | 36.81 | 3%+8.16 |

---

ELEC0302B 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician | 33.46 | 3%+8.16 |
| Cable splicer | 36.81 | 3%+8.16 |
| Equipment operator | 33.46 | 3%+8.16 |
| Ground person | 33.46 | 3%+8.16 |

---

ELEC0332A 12/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 37.97 | 3% + 11.12 |
| Cable splicer | 43.67 | 3% + 11.12 |

FOOTNOTES:

Work under compressed air or where gas masks are required, or work on ladders, scaffolds, stacks, "Bosun's chairs," or other structures and where the workers are not protected by permanent guard rails at a distance of 40 to 60 ft. from the ground or supporting structures: to be paid one and one-half times the straight-time rate of pay.

Work on structures of 60 ft. or over (as described above): to be paid twice the straight-time rate of pay.

Welding: $5.00 per day additional.

----------------------------------------------------------------

ELEC0332B 06/01/1999

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician; line equipment person | 33.50 | 3% + 11.06 |
| Cable splicer | 37.69 | 3% + 11.06 |
| Ground person | 29.32 | 3% + 10.11 |

FOOTNOTE:

Work on wooden poles, "H" frames or similar structures at a height of 75 ft. or more, or work on steel towers on tower structures where the point of attachment of the lowest high voltage insulator to the tower is 100 ft. or more: to be paid double time.

Flood lighting equipment or warning and signal lighting or similar equipment installed on towers over 100 ft. shall be considered premium work as provided above.

In determining height premium work, the top of the concrete footing of the stepped leg of the tower, or the ground level of the poles to be climbed and the lower side of the cross arm from which workers are required to work, shall be the determining factors.

There shall be no height premium work for the erection of steel transmission towers themselves.

----------------------------------------------------------------

ELEC0595A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 33.49 | 3% + 11.89 |
| Cable splicer | 37.48 | 3% + 11.89 |

----------------------------------------------------------------

ELEC0595B 12/01/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS AND SAN JOAQUIN COUNTIES: | | |
| ELECTRICIANS: | | |
| Tunnel work: | | |
| Electrician | 28.19 | 5.75%+ 8.59 |
| Cable splicer | 31.71 | 5.75%+ 8.59 |
| All other work: | | |

```
 Electrician                      28.06           5.75%+ 8.59
 Cable splicer                    31.57           5.75%+ 8.59
----------------------------------------------------------------
 ELEC0617A  06/01/2000
                                    Rates           Fringes
SAN MATEO COUNTY:
ELECTRICIAN                          38.80            3% + 9.66
----------------------------------------------------------------
 ELEC0684A  07/01/2000
                                    Rates           Fringes
MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES:
Electrician                 26.12           7% + 8.85
Cable splicer               28.73           7% + 8.85
----------------------------------------------------------------
 ELEC1245A  06/01/2000
                                    Rates           Fringes
LINE CONSTRUCTION AND OUTSIDE UTILITY TRANSMISSION WORK:
  Line worker; Cable splicer         31.26            4.5% + 7.35
  Powder worker                      29.70            4.5% + 7.46
  Ground person                      20.32            4.5% + 7.58
  Equipment specialist (operates
 crawler tractors, commercial
 motor vehicles, backhoes,
 trenchers, cranes (50 tons and
 below), and overhead and
 underground distribution line
 equipment)                       26.57           4.5% + 7.07
  Line worker, welding               32.82            4.5% + 7.53
SCOPE OF WORK:
  All outside work on electrical transmission lines, switchyards
and substations, and outside work in electrical utility
distribution systems owned, maintained and operated by electrical
utility companies, municipalities, or governmental agencies.
----------------------------------------------------------------
 ELEV0008A  08/01/2000
                                    Rates           Fringes
ELEVATOR MECHANIC                    41.845           7.195
FOOTNOTE:
  Vacation Pay: 8% with 5 or more years of service, 6% for 6
months to 5 years service.  Paid Holidays: New Years Day,
Memorial Day, Independence Day, Labor Day, Thanksgiving Day and
Friday after, and Christmas Day.
----------------------------------------------------------------
 ENGI0001A  05/01/1999
                                    Rates           Fringes
POWER EQUIPMENT OPERATORS
CRANES AND ATTACHMENTS
DREDGING
TUNNEL AND UNDERGROUND
These areas do not apply to piledrivers and steel erectors.
AREA 1: ALAMEDA, CONTRA COSTA, KINGS, MERCED, SAN BENITO, SAN
FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ AND
STANISLAUS COUNTIES
The remaining counties are split between Area 1 and Area 2 as
noted below:
CALAVERAS COUNTY:
  AREA 1: Area within the line beginning at the southernmost
```

point of Calaveras County,
Thence northerly along the southeasterly county line to the intersection with the easterly line of Range 15 East,
Thence northerly to the northeast corner of Township 5N, Range 15E,
Thence westerly to the southeast corner of Township 6N, Range 14E,
Thence northerly along the range line to the intersection with the northerly line of said county,
Thence westerly and southerly along the county line to the point of beginning.
AREA 2: Remainder of Calaveras County.

FRESNO COUNTY:
AREA 1: Area within the line beginning at the southeast corner of Township 13S, Range 28E,
Thence northerly to the northeast corner of Township 13S, Range 28E,
Thence westerly to the southeast corner of Township 12S, Range 27E,
Thence northerly to the northeast corner of Township 12S, Range 27E,
Thence westerly to the southeast corner of Township 11S, Range 26E,
Thence northerly to the northeast corner of Township 11S, Range 26E,
Thence westerly to the southeast corner of Township 10S, Range 25E,
Thence northerly to the northeast corner of Township 9S, Range 25E,
Thence westerly to the southeast corner of Township 8S, Range 24E,
Thence northerly to the northeast corner of Township 8S, Range 24E,
Thence westerly along the north line of Township 8S to the intersection with the Fresno County line,
Thence southwesterly and northwesterly along said county line to the intersection with the southeasterly line of Merced County,
Thence southwesterly along said county line to the intersection with the easterly line of San Benito County,
Thence southerly along said county line to the intersection with the easterly line of Monterey County,
Thence southeasterly along said county line to the intersection with the northwesterly line of Kings County,
Thence northeasterly along the southeasterly line of Fresno County to the point of beginning.
AREA 2: Remainder of Fresno County.

MADERA COUNTY:
AREA 1: Area within the line beginning at the point of intersection of Fresno County, Madera County, and Merced County,
Thence southeasterly and northeasterly along the southerly line of Madera County to the intersection with the northerly line of Township 8S,
Thence westerly to the southeast corner of Township 7S, Range 23E,
Thence northerly to the northeast corner of Township 6S,

Range 23E,
Thence westerly along the north line of Township 6S to the intersection of the northwesterly line of Madera County,
Thence southwesterly along said county line to the point of beginning.
AREA 2: Remainder of Madera County.
MARIPOSA COUNTY:
AREA 1: Area within the line beginning at the point of intersection of Stanislaus County with Mariposa County,
Thence southeasterly along the westerly line of Mariposa County to the intersection of Madera County,
Thence northeasterly along said county line to the intersection of the southerly line of Township 5S,
Thence westerly to the southeast corner of Township 5S, Range 20E,
Thence northerly to the northeast corner of Township 5S, Range 20E,
Thence westerly to the southeast corner of Township 4S, Range 19E,
Thence northerly along the range line to the intersection with the northerly line of Mariposa County,
Thence westerly along said county line to the point of beginning.
AREA 2: Remainder of Mariposa County.
MONTEREY COUNTY:
AREA 1: Area within a line beginning at the intersection of the southerly line of Township 19S with the Pacific Ocean,
Thence easterly along the southerly line of Township 19S to the northwest corner of Township 20S, Range 6E,
Thence southerly to the southwest corner of Township 20S, range 6E,
Thence easterly to the northwest corner of Township 21S, Range 7E,
Thence southerly to the southwest corner of Township 21S, Range 7E,
Thence easterly to the northwest corner of Township 22S, Range 9E,
Thence southerly to the southwest corner of Township 22S, Range 9E,
Thence easterly to the northwest corner of Township 23S, Range 10E,
Thence southerly to the southwest corner of Township 24S, Range 10E,
Thence easterly along the southerly line of Township 24S to the southeasterly corner of Monterey County,
Thence northwesterly along said county line to the point of intersection with the southerly line of Santa Cruz County,
Thence westerly along the northerly line of Monterey County to the Pacific Ocean,
Thence southerly along the Pacific Ocean to the point of beginning.
AREA 2: Remainder of Monterey County.
TUOLUMNE COUNTY:
AREA 1: Area within the line beginning at the point of intersection of the easterly line of Township 2S, Range 19E, with the southerly line of Tuolumne County,
Thence northerly to the northeast corner of Township 1S,

Range 19E,
Thence westerly to the southeast corner of Township 1N, Range 18E,
Thence northerly to the northeast corner of Township 3N, Range 18E,
Thence westerly to the southeast corner of Township 4N, Range 17E,
Thence northerly to the northeast corner of Township 4N, Range 17E,
Thence northerly to the northeast corner of Township 4N, Range 17E,
Thence westerly to the southeast corner of Township 5N, Range 15E,
Thence northerly to the intersection of the county line with the easterly line of Township 5N, Range 15E,
Thence southwesterly along the county line to the intersection of the northeasterly line of Stanislaus County,
Thence southeasterly along said county line to the southernmost corner of Tuolumne County,
Thence easterly along the county line to the point of beginning.
AREA 2: Remainder of Tuolumne County.

----------------------------------------------------------------

ENGI0003B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| DREDGING: CLAMSHELL & DIPPER DREDGING; | | |
| HYDRAULIC SUCTION DREDGING: | | |
| AREA 1: | | |
| Lever person/operator | 32.79 | 11.16 |
| Dredge dozer; Heavy duty repair person/welder | 27.83 | 11.16 |
| Booster pump operator; Deck engineer; Deck mate; Dredge tender; Winch operator | 26.71 | 11.16 |
| Barge person; Deckhand; Fire person; Leveehand; Oiler | 23.41 | 11.16 |
| AREA 2: | | |
| Lever person/operator | 34.79 | 11.16 |
| Dredge dozer; Heavy duty repair person/welder | 29.83 | 11.16 |
| Booster pump operator; Deck engineer; Deck mate; Dredge tender; Winch operator | 28.71 | 11.16 |
| Barge person; Deckhand; Fire-person; Levee hand; Oiler | 25.41 | 11.16 |

----------------------------------------------------------------

ENGI0003C 06/16/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 32.82 | 12.70 |
| GROUP 2 | 31.29 | 12.70 |
| GROUP 3 | 29.81 | 12.70 |
| GROUP 4 | 28.43 | 12.70 |

| | | |
|---|---|---|
| GROUP 5 | 27.16 | 12.70 |
| GROUP 6 | 25.84 | 12.70 |
| GROUP 7 | 26.70 | 12.70 |
| GROUP 8 | 23.56 | 12.70 |
| GROUP 8-A | 21.35 | 12.70 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 33.70 | 12.70 |
| Truck crane oiler | 26.73 | 12.70 |
| Oiler | 24.44 | 12.70 |
| GROUP 2 | 31.94 | 12.70 |
| Truck crane oiler | 26.47 | 12.70 |
| Oiler | 24.23 | 12.70 |
| GROUP 3 | 30.20 | 12.70 |
| Truck crane oiler | 26.23 | 12.70 |
| Hydraulic | 25.84 | 12.70 |
| Oiler | 23.95 | 12.70 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 34.04 | 12.70 |
| Truck crane oiler | 27.06 | 12.70 |
| Oiler | 24.78 | 12.70 |
| GROUP 2 | 31.22 | 12.70 |
| Truck crane oiler | 26.81 | 12.70 |
| Oiler | 24.51 | 12.70 |
| GROUP 3 | 29.54 | 12.70 |
| Truck crane oiler | 26.52 | 12.70 |
| Oiler | 24.29 | 12.70 |
| GROUP 4 | 28.77 | 12.70 |
| GROUP 5 | 26.13 | 12.70 |
| GROUP 6 | 23.90 | 12.70 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 34.67 | 12.70 |
| Truck crane oiler | 27.35 | 12.70 |
| Oiler | 25.12 | 12.70 |
| GROUP 2 | 32.90 | 12.70 |
| Truck crane oiler | 27.13 | 12.70 |
| Oiler | 24.85 | 12.70 |
| GROUP 3 | 31.42 | 12.70 |
| Truck crane oiler | 26.86 | 12.70 |
| Hydraulic | 26.47 | 12.70 |
| Oiler | 24.63 | 12.70 |
| GROUP 4 | 29.40 | 12.70 |
| GROUP 5 | 28.10 | 12.70 |

FOOTNOTE:

Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu.

yds. and over; Multiple engine scraper (when used as plush pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572, or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/boxperson; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt; Mine or shaft hoist; Portable crusher; Power jumbo ooperator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on streets, highways, ariports and canals); Deck engineer, drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcatlarger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom

truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker (with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip seal; Self-propelled automatically applied concrete curing machine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit charpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete dquipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and Dragline over 7 cu. yds.; Crane, over 100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and Dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and Dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVER CLASSIFICATIONS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell
over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including
100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTOR CLASSIFICATIONS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane, over 45 tons up to and including 100 tons; Derrick, 100 tons & under; Self-propelled boom-type lifting device over 45 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

----------------------------------------------------------------

ENGI0003G 06/16/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| TUNNEL AND UNDERGROUND WORK: | | |
| AREA 1: | | |
| UNDERGROUND: | | |
| GROUP 1-A | 31.29 | 12.70 |
| GROUP 1 | 28.82 | 12.70 |
| GROUP 2 | 27.56 | 12.70 |
| GROUP 3 | 27.23 | 12.70 |
| GROUP 4 | 25.09 | 12.70 |
| GROUP 5 | 23.95 | 12.70 |
| SHAFTS, STOPES AND RAISES: | | |
| GROUP 1-A | 31.39 | 12.70 |
| GROUP 1 | 28.92 | 12.70 |
| GROUP 2 | 27.66 | 12.70 |
| GROUP 3 | 26.33 | 12.70 |
| GROUP 4 | 25.19 | 12.70 |
| GROUP 5 | 24.05 | 12.70 |
| AREA 2: | | |
| UNDERGROUND: | | |
| GROUP 1-A | 33.29 | 12.70 |
| GROUP 1 | 30.82 | 12.70 |
| GROUP 2 | 29.56 | 12.70 |
| GROUP 3 | 28.23 | 12.70 |
| GROUP 4 | 27.09 | 12.70 |
| GROUP 5 | 25.95 | 12.70 |
| SHAFTS, STOPES AND RAISES: | | |
| GROUP 1-A | 33.39 | 12.70 |
| GROUP 1 | 30.92 | 12.70 |
| GROUP 2 | 29.66 | 12.70 |
| GROUP 3 | 28.33 | 12.70 |
| GROUP 4 | 27.19 | 12.70 |
| GROUP 5 | 26.05 | 12.70 |

FOOTNOTE:

Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS
GROUP 1-A: Tunnel bore machine operator, 20' diameter or more
GROUP 1: Heading shield operator; Heavy-duty repairperson/welder; Mucking machine (rubber tired, rail or track type); Raised bore operator (tunnels); Tunnel mole bore operator
GROUP 2: Combination slusher and motor operator; Concrete pump or pumpcrete gun; Power jumbo operator
GROUP 3: Drill doctor; Mine or shaft hoist
GROUP 4: Combination slurry mixer cleaner; Grouting machine operator; Motor person
GROUP 5: Bit sharpener; Brake person; Combination mixer and compressor (gunite); Compressor operator; Oiler (assistant to engineer); Pump operator; Slusher operator

----------------------------------------------------------------

ENGI0004K 07/01/1999

| | Rates | Fringes |
|---|---|---|
| KINGS, MERCED, SAN BENITO, SAN JOAQUIN, SANTA CRUZ AND STANISLAUS COUNTIES: | | |
| BUILDING CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 30.40 | 12.79 |
| GROUP 2 | 28.95 | 12.79 |
| GROUP 3 | 27.55 | 12.79 |
| GROUP 4 | 26.22 | 12.79 |
| GROUP 5 | 25.01 | 12.79 |
| GROUP 6 | 23.74 | 12.79 |
| GROUP 7 | 22.65 | 12.79 |
| GROUP 8 | 21.57 | 12.79 |
| GROUP 8-A | 19.45 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 31.25 | 12.79 |
| Truck crane oiler | 24.59 | 12.79 |
| Oiler | 22.42 | 12.79 |
| GROUP 2 | 29.56 | 12.79 |
| Truck crane oiler | 24.35 | 12.79 |
| Oiler | 22.20 | 12.79 |
| GROUP 3 | 27.92 | 12.79 |
| Truck crane oiler | 24.11 | 12.79 |
| Hydraulic | 23.74 | 12.79 |
| Oiler | 21.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 31.56 | 12.79 |
| Truck crane oiler | 24.91 | 12.79 |
| Oiler | 22.74 | 12.79 |
| GROUP 2 | 29.85 | 12.79 |
| Truck crane oiler | 24.68 | 12.79 |
| Oiler | 22.49 | 12.79 |
| GROUP 3 | 28.24 | 12.79 |
| Truck crane oiler | 24.41 | 12.79 |
| Oiler | 22.26 | 12.79 |
| GROUP 4 | 26.54 | 12.79 |
| GROUP 5 | 24.04 | 12.79 |
| GROUP 6 | 21.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTION: | | |
| GROUP 1 | 32.19 | 12.79 |
| Truck crane oiler | 25.20 | 12.79 |
| Oiler | 23.06 | 12.79 |

| | | |
|---|---|---|
| GROUP 2 | 30.48 | 12.79 |
| Truck crane oiler | 24.98 | 12.79 |
| Oiler | 22.81 | 12.79 |
| GROUP 3 | 29.09 | 12.79 |
| Truck crane oiler | 24.73 | 12.79 |
| Hydraulic | 24.35 | 12.79 |
| Oiler | 22.58 | 12.79 |
| GROUP 4 | 27.16 | 12.79 |
| GROUP 5 | 25.91 | 12.79 |
| HEAVY AND HIGHWAY CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 31.82 | 12.79 |
| GROUP 2 | 30.29 | 12.79 |
| GROUP 3 | 28.81 | 12.79 |
| GROUP 4 | 27.43 | 12.79 |
| GROUP 5 | 26.16 | 12.79 |
| GROUP 6 | 24.84 | 12.79 |
| GROUP 7 | 23.70 | 12.79 |
| GROUP 8 | 22.56 | 12.79 |
| GROUP 8-A | 20.35 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 32.70 | 12.79 |
| Truck crane oiler | 25.73 | 12.79 |
| Oiler | 23.44 | 12.79 |
| GROUP 2 | 30.94 | 12.79 |
| Truck crane oiler | 25.47 | 12.79 |
| Oiler | 23.23 | 12.79 |
| GROUP 3 | 29.20 | 12.79 |
| Truck crane oiler | 25.23 | 12.79 |
| Hydraulic | 24.84 | 12.79 |
| Oiler | 22.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 33.04 | 12.79 |
| Truck crane oiler | 26.06 | 12.79 |
| Oiler | 23.78 | 12.79 |
| GROUP 2 | 31.22 | 12.79 |
| Truck crane oiler | 25.81 | 12.79 |
| Oiler | 23.51 | 12.79 |
| GROUP 3 | 29.54 | 12.79 |
| Truck crane oiler | 25.52 | 12.79 |
| Oiler | 23.29 | 12.79 |
| GROUP 4 | 27.77 | 12.79 |
| GROUP 5 | 25.13 | 12.79 |
| GROUP 6 | 22.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 33.67 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.12 | 12.79 |
| GROUP 2 | 31.90 | 12.79 |
| Truck crane oiler | 26.13 | 12.79 |
| Oiler | 23.85 | 12.79 |
| GROUP 3 | 30.42 | 12.79 |
| Truck crane oiler | 25.86 | 12.79 |
| Hydraulic | 25.47 | 12.79 |
| Oiler | 23.63 | 12.79 |
| GROUP 4 | 28.40 | 12.79 |
| GROUP 5 | 27.10 | 12.79 |

FOOTNOTE:
Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu. yds. and over; Multiple engine scraper (when used as push pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572 or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/box person; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt); Mine or shaft hoist; Portable crusher; Power jumbo operator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on

streets, highways, airports and canals); Deck engineer; Drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcat larger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); Screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip Seal; Self-propelled automatically applied concrete curing mahcine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit sharpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete equipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and dragline over 7 cu. yds.; Crane, over 100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting

device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVERS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTORS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane over 45 tons to 100 tons; Derrick under 100 tons; Self-propelled boom-type lifting device over 45 tons to 100 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

----------------------------------------------------------------

ENGI0004L 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, MADERA, MARIPOSA, MONTEREY AND TUOLUMNE COUNTIES: | | |
| BUILDING CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| AREA 1: | | |
| GROUP 1 | 30.40 | 12.79 |
| GROUP 2 | 28.95 | 12.79 |
| GROUP 3 | 27.55 | 12.79 |
| GROUP 4 | 26.22 | 12.79 |
| GROUP 5 | 25.01 | 12.79 |
| GROUP 6 | 23.74 | 12.79 |
| GROUP 7 | 22.65 | 12.79 |
| GROUP 8 | 21.57 | 12.79 |
| GROUP 8-A | 19.45 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 32.40 | 12.79 |
| GROUP 2 | 30.95 | 12.79 |
| GROUP 3 | 29.55 | 12.79 |
| GROUP 4 | 28.22 | 12.79 |
| GROUP 5 | 27.01 | 12.79 |
| GROUP 6 | 25.74 | 12.79 |

| | | |
|---|---|---|
| GROUP 7 | 24.65 | 12.79 |
| GROUP 8 | 23.57 | 12.79 |
| GROUP 8-A | 21.45 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| AREA 1: | | |
| GROUP 1 | 31.25 | 12.79 |
| Truck crane oiler | 24.59 | 12.79 |
| Oiler | 22.42 | 12.79 |
| GROUP 2 | 29.56 | 12.79 |
| Truck crane oiler | 24.35 | 12.79 |
| Oiler | 22.20 | 12.79 |
| GROUP 3 | 27.92 | 12.79 |
| Truck crane oiler | 24.11 | 12.79 |
| Hydraulic | 23.74 | 12.79 |
| Oiler | 21.95 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 33.25 | 12.79 |
| Truck crane oiler | 26.59 | 12.79 |
| Oiler | 24.42 | 12.79 |
| GROUP 2 | 31.56 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.20 | 12.79 |
| GROUP 3 | 29.92 | 12.79 |
| Truck crane oiler | 26.11 | 12.79 |
| Hydraulic | 25.74 | 12.79 |
| Oiler | 23.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 31.56 | 12.79 |
| Truck crane oiler | 24.91 | 12.79 |
| Oiler | 22.74 | 12.79 |
| GROUP 2 | 29.85 | 12.79 |
| Truck crane oiler | 24.68 | 12.79 |
| Oiler | 22.49 | 12.79 |
| GROUP 3 | 28.24 | 12.79 |
| Truck crane oiler | 24.41 | 12.79 |
| Oiler | 22.26 | 12.79 |
| GROUP 4 | 26.54 | 12.79 |
| GROUP 5 | 24.04 | 12.79 |
| GROUP 6 | 21.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTION: | | |
| GROUP 1 | 32.19 | 12.79 |
| Truck crane oiler | 25.20 | 12.79 |
| Oiler | 23.06 | 12.79 |
| GROUP 2 | 30.48 | 12.79 |
| Truck crane oiler | 24.98 | 12.79 |
| Oiler | 22.81 | 12.79 |
| GROUP 3 | 29.09 | 12.79 |
| Truck crane oiler | 24.73 | 12.79 |
| Hydraulic | 24.35 | 12.79 |
| Oiler | 22.58 | 12.79 |
| GROUP 4 | 27.16 | 12.79 |
| GROUP 5 | 25.91 | 12.79 |
| HEAVY AND HIGHWAY CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| AREA 1: | | |
| GROUP 1 | 31.82 | 12.79 |
| GROUP 2 | 30.29 | 12.79 |

| | | |
|---|---|---|
| GROUP 3 | 28.81 | 12.79 |
| GROUP 4 | 27.43 | 12.79 |
| GROUP 5 | 26.16 | 12.79 |
| GROUP 6 | 24.84 | 12.79 |
| GROUP 7 | 23.70 | 12.79 |
| GROUP 8 | 22.56 | 12.79 |
| GROUP 8-A | 20.35 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 33.82 | 12.79 |
| GROUP 2 | 32.29 | 12.79 |
| GROUP 3 | 30.81 | 12.79 |
| GROUP 4 | 29.43 | 12.79 |
| GROUP 5 | 28.16 | 12.79 |
| GROUP 6 | 26.84 | 12.79 |
| GROUP 7 | 25.70 | 12.79 |
| GROUP 8 | 24.56 | 12.79 |
| GROUP 8-A | 22.35 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| AREA 1: | | |
| GROUP 1 | 32.70 | 12.79 |
| Truck crane oiler | 25.73 | 12.79 |
| Oiler | 23.44 | 12.79 |
| GROUP 2 | 30.94 | 12.79 |
| Truck crane oiler | 25.47 | 12.79 |
| Oiler | 23.23 | 12.79 |
| GROUP 3 | 29.20 | 12.79 |
| Truck crane oiler | 25.23 | 12.79 |
| Hydraulic | 24.84 | 12.79 |
| Oiler | 22.95 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 34.70 | 12.79 |
| Truck crane oiler | 27.73 | 12.79 |
| Oiler | 25.44 | 12.79 |
| GROUP 2 | 32.94 | 12.79 |
| Truck crane oiler | 27.47 | 12.79 |
| Oiler | 25.23 | 12.79 |
| GROUP 3 | 31.20 | 12.79 |
| Truck crane oiler | 27.23 | 12.79 |
| Hydraulic | 26.84 | 12.79 |
| Oiler | 24.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 33.04 | 12.79 |
| Truck crane oiler | 26.06 | 12.79 |
| Oiler | 23.78 | 12.79 |
| GROUP 2 | 31.22 | 12.79 |
| Truck crane oiler | 25.81 | 12.79 |
| Oiler | 23.51 | 12.79 |
| GROUP 3 | 29.54 | 12.79 |
| Truck crane oiler | 25.52 | 12.79 |
| Oiler | 23.29 | 12.79 |
| GROUP 4 | 27.77 | 12.79 |
| GROUP 5 | 25.13 | 12.79 |
| GROUP 6 | 22.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 33.67 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.12 | 12.79 |

| | | |
|---|---|---|
| GROUP 2 | 31.90 | 12.79 |
| Truck crane oiler | 26.13 | 12.79 |
| Oiler | 23.85 | 12.79 |
| GROUP 3 | 30.42 | 12.79 |
| Truck crane oiler | 25.86 | 12.79 |
| Hydraulic | 25.47 | 12.79 |
| Oiler | 23.63 | 12.79 |
| GROUP 4 | 28.40 | 12.79 |
| GROUP 5 | 27.10 | 12.79 |

FOOTNOTE:
Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu. yds. and over; Multiple engine scraper (when used as push pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572 or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/box person; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt); Mine or shaft hoist; Portable crusher;

Power jumbo operator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on streets, highways, airports and canals); Deck engineer; Drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcat larger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); Screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip Seal; Self-propelled automatically applied concrete curing mahcine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit sharpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete equipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and dragline over 7 cu. yds.; Crane, over

100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVERS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTORS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane over 45 tons to 100 tons; Derrick under 100 tons; Self-propelled boom-type lifting device over 45 tons to 100 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

----------------------------------------------------------------

IRON0001U 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| IRONWORKERS: | | |
| Fence erector | 23.94 | 14.375 |
| Ornamental, reinforcing and structural | 24.83 | 14.375 |

FOOTNOTE:

CITY OF SAN FRANCISCO (defined as the city limits of San Francisco (as described by the San Francisco County Recorder's Office as of July 1, 1998), the Golden Gate Bridge in its entirety, and the west side of the San Francisco Bay Bridge up to

```
and including Treasure Island):
 Congestion zone fee: $8.00 per day.
----------------------------------------------------------------
 IRON0001V  07/01/2000
                                     Rates          Fringes
MONTEREY COUNTY:
IRONWORKERS:
  Fence erector                       23.94          14.375
  Ornamental, reinforcing and
  structural                       24.83          14.375
FOOTNOTE:
  Work at the Army Defense Language Institute, and the Naval Post
Graduate School: $2.00 per hour additional.
----------------------------------------------------------------
 LABO0036A  07/01/1999
                                     Rates          Fringes
SAN FRANCISCO AND SAN MATEO COUNTIES:
BRICK TENDER                          19.84          7.57
FOOTNOTES:
  Underground work such as sewers, manholes, catch basins, sewer
pipes, telephone conduits, tunnels and cut trenches: $5.00 per
day additional.
  Work in live sewage: $2.50 per day additional.
----------------------------------------------------------------
 LABO0036B  07/01/1999
                                     Rates          Fringes
SAN FRANCISCO AND SAN MATEO COUNTIES:
PLASTERER TENDER                      19.87           7.66
FOOTNOTES:
  Work on a suspended scaffold: $5.00 per day additional.
  Work operating a plaster mixer pump gun: $1.00 per hour
additional.
----------------------------------------------------------------
 LABO0067B  12/01/1998
                                     Rates          Fringes
ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA
COUNTIES:
ASBESTOS REMOVAL LABORER              12.17          4.13
CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN
BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS, AND TUOLUMNE
COUNTIES:
ASBESTOS REMOVAL LABORER              10.58          4.13
SCOPE OF WORK:
 Covers site mobilization; initial site clean-up; site
 preparation; removal of asbestos-containing materials from walls
 and ceilings; or from pipes, boilers and mechanical systems only
 if they are being scrapped; encapsulation, enclosure and
 disposal of asbestos-containing materials by hand or with
 equipment or machinery; scaffolding; fabrication of temporary
 wooden barriers; and assembly of decontamination stations.
----------------------------------------------------------------
 LABO0067H  06/26/2000
                                     Rates          Fringes
ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA
COUNTIES:
LABORERS:
  Construction specialist group       22.86          7.55
```

| | | |
|---|---|---|
| Group 1 | 22.16 | 7.55 |
| Group 1-a | 22.38 | 7.55 |
| GROUP 1-b: see note below | | |
| GROUP 1-c | 22.21 | 7.55 |
| GROUP 1-d: see note below | | |
| GROUP 1-e | 22.71 | 7.55 |
| GROUP 1-f | 22.74 | 7.55 |
| GROUP 1-g (Contra Costa County) | 22.36 | 7.55 |
| GROUP 2 | 22.01 | 7.55 |
| GROUP 3 | 21.91 | 7.55 |
| GROUP 4 | 15.60 | 7.55 |

See groups 1-b and 1-d under laborer classifications.

| | | |
|---|---|---|
| GUNITE LABORERS: | | |
| GROUP 1 | 23.12 | 7.55 |
| GROUP 2 | 22.62 | 7.55 |
| GROUP 3 | 22.03 | 7.55 |
| GROUP 4 | 21.91 | 7.55 |
| WRECKING WORK: | | |
| GROUP 1 | 22.16 | 7.55 |
| GROUP 2 | 22.01 | 7.55 |
| GROUP 3 | 15.60 | 7.55 |
| GARDENERS, HORTICULTURAL AND LANDSCAPE LABORERS: | | |
| New construction | 21.91 | 7.55 |
| Establishment warranty period | 15.60 | 7.55 |
| TUNNEL AND SHAFT LABORERS: | | |
| GROUP 1 | 26.52 | 7.55 |
| GROUP 2 | 26.29 | 7.55 |
| GROUP 3 | 26.04 | 7.55 |
| GROUP 4 | 25.77 | 7.55 |
| GROUP 5 | 25.59 | 7.55 |
| GROUP 6 | 25.05 | 7.55 |

FOOTNOTES:

Laborers working off or with or from bos'n chairs, swinging scaffolds, belts shall receive $0.25 per hour above the applicable wage rate. This shall not apply to workers entitled to receive the wage rate set forth in Group 1-a below.

LABORER CLASSIFICATIONS

CONSTRUCTION SPECIALIST GROUP: Asphalt ironer and raker; Chainsaw; Laser beam in connection with laborers' work; Masonry and plasterer tender; Cast-in-place manhole form setter; Pressure pipelayer; Davis trencher - 300 or similar type (and all small trenchers); Blaster; Diamond driller; Multiple unit drill; Hydraulic drill

GROUP 1: Asphalt spreader boxes (all types); Barko, Wacker and similar type tampers; Buggymobile; Caulker, bander, pipewrapper, conduit layer, plastic pipelayer; Certified hazardous waste worker; Compactors of all types; Concrete and magnesite mixer, 1/2 yd. and under; Concrete pan work; Concrete sander; Concrete saw; Cribber and/or shoring; Cut granite curb setter; Dri-pak-it machine; Faller, logloader and bucker; Form raiser, slip forms; Green cutter; Headerboard, Hubsetter, aligner, by any method; High pressure blow pipe (1-1/2" or over, 100 lbs. pressure/over); Hydro seeder and similar type; Jackhammer operator; Jacking of pipe over 12 inches; Jackson and similar type compactor; Kettle tender, pot and worker applying asphalt, lay-kold, creosote, lime, caustic and similar type materials (applying means

applying, dipping or handling of such materials); Lagging, sheeting, whaling, bracing, trenchjacking, lagging hammer; Magnesite, epoxyresin, fiberglass, mastic worker (wet or dry); No joint pipe and stripping of same, including repair of voids; Pavement breaker and spader, including tool grinder; Perma curb; Pipelayer (including grade checking in connection with pipelaying); Precast-manhole setter; Pressure pipe tester; Post hole digger, air, gas and electric; Power broom sweeper; Power tampers of all types (except as shown in Group 2); Ram set gun and stud gun; Riprap stonepaver and rock-slinger, including placing of sacked concrete and/or sand (wet or dry) and gabions and similar type; Rotary scarifier or multiple head concrete chipping scarifier; Roto and Ditch Witch; Rototiller; Sandblaster, pot, gun, nozzle operators; Signalling and rigging; Tank cleaner; Tree climber; Turbo blaster; Vibrascreed, bull float in connection with laborers' work; Vibrator; Hazardous waste worker (lead removal); Asbestos and mold removal worker
GROUP 1-a: Joy drill model TWM-2A; Gardner-Denver model DH143 and similar type drills; Track driller; Jack leg driller; Wagon driller; Mechanical drillers, all types regardless of type or method of power; Mechanical pipe layers, all types regardless of type or method of power; Blaster and powder; All work of loading, placing and blasting of all powder and explosives of whatever type regardless of method used for such loading and placing; High scalers (including drilling of same); Tree topper; Bit grinder
GROUP 1-b: Sewer cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer cleaner" means any worker who handles or comes in contact with raw sewage in small diameter sewers. Those who work inside recently active, large diameter sewers, and all recently active sewer manholes shal receive $5.00 per day above Group 1 wage rates.
GROUP 1-c: Burning and welding in connection with laborers' work; Synthetic thermoplastics and similar type welding
GROUP 1-d: Maintenance and repair track and road beds. All employees performing work covered herein shall receive $ .25 per hour above their regular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.
GROUP 1-e: Work on and/or in bell hole footings and shafts thereof, and work on and in deep footings. (A deep footing is a hole 15 feet or more in depth.) In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds 15 feet, the deep footing wage rate would apply to all employees for each and every day worked on or in the excavation of the footing from the date of inception.
GROUP 1-f: Wire winding machine in connection with guniting or shot crete
GROUP 1-g, CONTRA COSTA COUNTY: Pipelayer (including grade checking in connection with pipelaying); Caulker; Bander; Pipewrapper; Conduit layer; Plastic pipe layer; Pressure pipe tester; No joint pipe and stripping of same, including repair of voids; Precast manhole setters, cast in place manhole form setters
GROUP 2: Asphalt shoveler; Cement dumper and handling dry

cement or gypsum; Choke-setter and rigger (clearing work); Concrete bucket dumper and chute; Concrete chipping and grinding; Concrete laborer (wet or dry); Driller tender, chuck tender, nipper; Guinea chaser (stake), grout crew; High pressure nozzle, adductor; Hydraulic monitor (over 100 lbs. pressure); Loading and unloading, carrying and hauling of all rods and materials for use in reinforcing concrete construction; Pittsburgh chipper and similar type brush shredders; Sloper; Single foot, hand-held, pneumatic tamper; All pneumatic, air, gas and electric tools not listed in Groups 1 through 1-f; Jacking of pipe - under 12 inches

GROUP 3: Construction laborers, including bridge and general laborer; Dump, load spotter; Flag person; Fire watcher; Fence erector; Guardrail erector; Gardener, horticultural and landscape laborer; Jetting; Limber, brush loader and piler; Pavement marker (button setter); Maintenance, repair track and road beds; Streetcar and railroad construction track laborer; Temporary air and water lines, Victaulic or similar; Tool room attendant (jobsite only)

GROUP 4: All clean-up work of debris, grounds and building including but not limited to: street cleaner; cleaning and washing windows; brick cleaner (jobsite only); material cleaner (jobsite only). The classification "material cleaner" is to be utilized under the following conditions:

A: at demolition site for the salvage of the material.

B: at the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.

C: for the cleaning of salvage material at the jobsite or temporary jobsite yard.

The material cleaner classification should not be used in the performance of "form stripping, cleaning and oiling and moving to the next point of erection".

GUNITE LABORER CLASSIFICATIONS

GROUP 1: Structural nozzle operator

GROUP 2: Nozzle operator (including gun, pot); Ground person

GROUP 3: Rebound

GROUP 4: Gunite laborer

WRECKING WORK LABORER CLASSIFICATIONS

GROUP 1: Skilled wrecker (removing and salvaging of sash, windows and materials)

GROUP 2: Semi-skilled wrecker (salvaging of other building materials)

GROUP 3: General laborer (includes all clean-up work, loading lumber, loading and burning of debris)

TUNNEL AND SHAFT LABORER CLASSIFICATIONS

GROUP 1: Diamond driller; Ground person; Gunite and shotcrete nozzle operator

GROUP 2: Rod person; Shaft work & raise (below actual or excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powder person - heading; Cherry picker operator - where car is lifted; Concrete finisher in tunnel; Concrete screed person; Grout pump operator and pot person; Gunite & shotcrete gun person & pot person; Header person; High pressure nozzle operator; Miner - tunnel, including top and bottom person on shaft and raise work; Nipper; Nozzle operator on slick line; Sandblaster - pot person

GROUP 4: Steel form raiser and setter; Timber person, retimber person (wood or steel or substitute materials therefore); Tugger

(for tunnel laborer work); Cable tender; Chuck tender; Powder person - primer house
GROUP 5: Vibrator operator, pavement breaker; Bull gang - muckers, track person; Concrete crew - includes rodding and spreading
GROUP 6: Dump person (any method); Grout crew; Rebound person; Swamper

---

LABO0067J 06/26/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| LABORERS: | | |
| Construction specialist group | 21.86 | 7.55 |
| GROUP 1 | 21.16 | 7.55 |
| GROUP 1-a | 21.38 | 7.55 |
| GROUP 1-b: see note below | | |
| GROUP 1-c | 21.21 | 7.55 |
| GROUP 1-d: see note below | | |
| GROUP 1-e | 21.71 | 7.55 |
| GROUP 1-f | 21.74 | 7.55 |
| GROUP 2 | 21.01 | 7.55 |
| GROUP 3 | 20.90 | 7.55 |
| GROUP 4 | 14.60 | 7.55 |
| See groups 1-b and 1-d under laborer classifications. | | |
| GUNITE LABORERS: | | |
| GROUP 1 | 21.62 | 7.55 |
| GROUP 2 | 21.62 | 7.55 |
| GROUP 3 | 21.03 | 7.55 |
| GROUP 4 | 20.91 | 7.55 |
| WRECKING WORK: | | |
| GROUP 1 | 21.16 | 7.55 |
| GROUP 2 | 21.01 | 7.55 |
| GROUP 3 | 14.60 | 7.55 |
| GARDENERS, HORTICULTURAL AND LANDSCAPE LABORERS: | | |
| New construction | 20.90 | 7.55 |
| Establishment warranty period | 14.60 | 7.55 |
| TUNNEL AND SHAFT LABORERS: | | |
| GROUP 1 | 26.52 | 7.55 |
| GROUP 2 | 26.29 | 7.55 |
| GROUP 3 | 26.04 | 7.55 |
| GROUP 4 | 25.77 | 7.55 |
| GROUP 5 | 25.59 | 7.55 |
| GROUP 6 | 20.05 | 7.55 |

FOOTNOTE:
Laborers working off or with or from bos'n chairs, swinging scaffolds, belts (not applicable to workers entitled to receive the wage rate set forth in Group 1-a): $0.25 per hour additional.

LABORER CLASSIFICATIONS

CONSTRUCTION SPECIALIST GROUP: Asphalt ironer and raker; Chainsaw; Laser beam in connection with laborers' work; Masonry and plasterer tender; Cast-in-place manhole form setter; Pressure pipelayer; Davis trencher - 300 or similar type (and all small trenchers); Blaster; Diamond driller; Multiple unit drill; Hydraulic drill

GROUP 1: Asphalt spreader boxes (all types); Barko, Wacker and similar type tampers; Buggymobile; Caulker, bander, pipewrapper, conduit layer, plastic pipelayer; Certified hazardous waste worker; Compactors of all types; Concrete and magnesite mixer, 1/2 yd. and under; Concrete pan work; Concrete sander; Concrete saw; Cribber and/or shoring; Cut granite curb setter; Dri-pak-it machine; Faller, logloader and bucker; Form raiser, slip forms; Green cutter; Headerboard, Hubsetter, aligner, by any method; High pressure blow pipe (1-1/2" or over, 100 lbs. pressure/over); Hydro seeder and similar ype; Jackhammer operator; Jacking of pipe over 12 inches; Jackson and similar type compactor; Kettle tender, pot and worker applying asphalt, lay-kold, creosote, lime, caustic and similar type materials (applying means applying, dipping or handling of such materials); Lagging, sheeting, whaling, bracing, trenchjacking, lagging hammer; Magnesite, epoxyresin, fiberglass, mastic worker (wet or dry); No joint pipe and stripping of same, including repair of voids; Pavement breaker and spader, including tool grinder; Perma curb; Pipelayer (including grade checking in connection with pipelaying); Precast-manhole setter; Pressure pipe tester; Post hole digger, air, gas and electric; Power broom sweeper; Power tampers of all types (except as shown in Group 2); Ram set gun and stud gun; Riprap stonepaver and rock-slinger, including placing of sacked concrete and/or sand (wet or dry) and gabions and similar type; Rotary scarifier or multiple head concrete chipping scarifier; Roto and Ditch Witch; Rototiller; Sandblaster, pot, gun, nozzle operators; Signalling and rigging; Tank cleaner; Tree climber; Turbo blaster; Vibrascreed, bull float in connection with laborers' work; Vibrator; Hazardous waste worker (lead removal); Asbestos and mold removal worker
GROUP 1-a: Joy drill model TWM-2A; Gardner-Denver model DH143 and similar type drills; Track driller; Jack leg driller; Wagon driller; Mechanical drillers, all types regardless of type or method of power; Mechanical pipe layers, all types regardless of type or method of power; Blaster and powder; All work of loading, placing and blasting of all powder and explosives of whatever type regardless of method used for such loading and placing; High scalers (including drilling of same); Tree topper; Bit grinder
GROUP 1-b: Sewer cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer cleaner" means any worker who handles or comes in contact with raw sewage in small diameter sewers. Those who work inside recently active, large diameter sewers, and all recently active sewer manholes, shall receive $5.00 per day above Group 1 wage rates.
GROUP 1-c: Burning and welding in connection with laborers' work; Synthetic thermoplastics and similar type welding
GROUP 1-d: Maintenance and repair track and road beds (underground structures). All employees performing work covered herein shall receive $ .25 per hour above their regular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.
GROUP 1-e: Work on and/or in bell hole footings and shafts thereof, and work on and in deep footings. (A deep footing is a

hole 15 feet or more in depth.) In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds 15 feet, the deep footing wage rate would apply to all employees for each and every day worked on or in the excavation of the footing from the date of inception.
GROUP 1-f: Wire winding machine in connection with guniting or shot crete
GROUP 2: Asphalt shoveler; Cement dumper and handling dry cement or gypsum; Choke-setter and rigger (clearing work); Concrete bucket dumper and chute; Concrete chipping and grinding; Concrete laborer (wet or dry); Driller tender, chuck tender, nipper; Guinea chaser (stake), grout crew; High pressure nozzle, adductor; Hydraulic monitor (over 100 lbs. pressure); Loading and unloading, carrying and hauling of all rods and materials for use in reinforcing concrete construction; Pittsburgh chipper and similar type brush shredders; Sloper; Single foot, hand-held, pneumatic tamper; All pneumatic, air, gas and electric tools not listed in Groups 1 through 1-f; Jacking of pipe - under 12 inches
GROUP 3: Construction laborers, including bridge and general laborer; Dump, load spotter; Flag person; Fire watcher; Fence erector; Guardrail erector; Gardener, horticultural and landscape laborer; Jetting; Limber, brush loader and piler; Pavement marker (button setter); Maintenance, repair track and road beds; Streetcar and railroad construction track laborer; Temporary air and water lines, Victaulic or similar; Tool room attendant (jobsite only)
GROUP 4: All clean-up work of debris, grounds and building including but not limited to: street cleaner; cleaning and washing windows; brick cleaner (jobsite only); material cleaner (jobsite only). The classification "material cleaner" is to be utilized under the following conditions:
A: at demolition site for the salvage of the material.
B: at the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.
C: for the cleaning of salvage material at the jobsite or temporary jobsite yard.

The material cleaner classification should not be used in the performance of "form stripping, cleaning and oiling and moving to the next point of erection".

GUNITE LABORER CLASSIFICATIONS

GROUP 1: Structural nozzle operator
GROUP 2: Nozzle operator (including gun, pot); Ground person
GROUP 3: Rebound
GROUP 4: Gunite laborer

WRECKING WORK LABORER CLASSIFICATIONS

GROUP 1: Skilled wrecker (removing and salvaging of sash, windows and materials)
GROUP 2: Semi-skilled wrecker (salvaging of other building materials)
GROUP 3: General laborer (includes all clean-up work, loading lumber, loading and burning of debris)

TUNNEL AND SHAFT LABORER CLASSIFICATIONS

GROUP 1: Diamond driller; Ground person; Gunite and shotcrete nozzle operator
GROUP 2: Rod person; Shaft work & raise (below actual or excavated ground level)
GROUP 3: Bit grinder; Blaster, driller, powder person - heading;

Cherry picker operator - where car is lifted; Concrete finisher in tunnel; Concrete screed person; Grout pump operator and pot person; Gunite & shotcrete gun person & pot person; Header person; High pressure nozzle operator; Miner - tunnel, including top and bottom person on shaft and raise work; Nipper; Nozzle operator on slick line; Sandblaster - pot person
GROUP 4: Steel form raiser and setter; Timber person, retimber person (wood or steel or substitute materials therefore); Tugger (for tunnel laborer work); Cable tender; Chuck tender; Powder prerson - primer house
GROUP 5: Vibrator operator, pavement breaker; Bull gang - muckers, track person; Concrete crew - includes rodding and spreading
GROUP 6: Dump person (any method); Grout crew; Rebound person; Swamper

----------------------------------------------------------------

LABO0073C 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| BRICK TENDER | 23.20 | 4.55 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

----------------------------------------------------------------

LABO0073E 10/01/1998

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| PLASTERER TENDER | 22.36 | 4.88 |

----------------------------------------------------------------

LABO0166A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| BRICK TENDER | 20.90 | 10.26 |

FOOTNOTES:
Work on jobs where heat-protective clothing is required: $2.00 per hour additional.
Work at grinders: $.25 per hour additional.
Manhole work: $2.00 per day additional.

----------------------------------------------------------------

LABO0166B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| PLASTERER TENDERS: | | |
| Plasterer tender | 23.25 | 10.16 |
| Gun operator | 24.00 | 10.16 |

----------------------------------------------------------------

LABO0185A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SAN BENITO COUNTIES: | | |
| BRICK TENDER | 22.95 | 4.55 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

----------------------------------------------------------------

LABO0270A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| BRICK TENDER | 24.05 | 6.10 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0270B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CRUZ COUNTY: | | |
| BRICK TENDER | 24.05 | 6.10 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0294A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS AND MADERA COUNTIES: | | |
| BRICK TENDER | 23.64 | 5.31 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0297A 09/01/1998

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SAN BENITO COUNTIES: | | |
| PLASTERER TENDER | 15.95 | |

FOOTNOTE:
Mixer person: $4.00 per day additional.

---

PAIN0008A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| PAINTER | 26.56 | 8.20 |

---

PAIN0012A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, MERCED, MARIPOSA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| SOFT FLOOR LAYER | 28.00 | 11.25 |

---

PAIN0016A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| PAINTERS: | | |
| Work on industrial buildings (used for the manufacture and processing of goods for sale or service); Also, steel construction (bridges, stacks, towers, tanks and similar structures): | | |
| Brush and Roller | 24.10 | 9.94 |
| Spray and Sandblast | 24.50 | 9.94 |
| Application of exotic materials | 24.10 | 9.94 |
| All other work: | | |
| Brush and Roller | 23.85 | 9.94 |

```
 Application of exotic materials   24.10          9.94
FOOTNOTE:
  High time (free fall conditions): With a minimum of 2 hrs.
exposure, work over 50 ft. above ground or water level to be paid
1/2 hr. per day additional; work from 100 ft. to 180 ft. above
ground or water level to be paid 1 hr. per day additional; and
work over 180 ft. above ground or water level to be paid 2 hrs.
per day additional.
----------------------------------------------------------------
 PAIN0016C  08/01/1999
                                     Rates           Fringes
ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN
MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES:
DRYWALL FINISHERS:
  Remodel/tenant improvement
 work (shopping centers,
 offices and warehouses
 where the taping contractor
 is working directly for
 the tenant)                       21.73          8.28
  All other work                      27.43          9.98
----------------------------------------------------------------
 PAIN0016H  01/01/1999
                                     Rates           Fringes
FRESNO, KINGS AND MADERA COUNTIES:
DRYWALL TAPER                         20.49          5.39
PAINTER                               19.74          5.39
FOOTNOTES:
  Paperhangers, and work over 30 feet (does not include work from
 a lift): $0.50 per hour additional.
  Spray painters and sandblasters: $0.75 per hour additional.
  Lead paint abaters: $0.75 per hour additional.
----------------------------------------------------------------
 PAIN0016K  01/01/1999
                                     Rates           Fringes
FRESNO, KINGS, MADERA AND COUNTIES:
SOFT FLOOR LAYER                      18.63          4.09
----------------------------------------------------------------
 PAIN0016N  07/01/2000
                                     Rates           Fringes
MONTEREY, SAN BENITO, SAN MATEO, SANTA CLARA AND SANTA CRUZ
COUNTIES:
PAINTER:
 COMMERCIAL/INDUSTRIAL                24.30          9.04
----------------------------------------------------------------
 PAIN0016Q  03/01/1999
                                     Rates           Fringes
CALAVERAS AND SAN JOAQUIN COUNTIES:
Drywall Taper                         18.85          7.23
PAINTERS:
  Brush                               18.05          7.23
  Sandblaster; Waterblaster;
 Steam cleaning                    19.05          7.23
  Work with coal tar and exotic
 materials                         19.80          7.23
----------------------------------------------------------------
 PAIN0016S  09/01/2000
```

```
                                     Rates          Fringes
 MARIPOSA, MERCED, STANISLAUS, AND TOULUMNE COUNTIES:
 DRYWALL FINSHER                       18.13          9.04
 PAINTER:
  Brush                                17.13          9.04
  Paperhanger; Spray & Sandblast       18.03          9.04
  Hazardous coating, application
  and removal                          20.03          9.04
----------------------------------------------------------------
 PAIN0169A  07/01/2000
                                     Rates          Fringes
FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES:
GLAZIER                               23.55          8.52
FOOTNOTE:
  Welding in connection with glazing work: $1.00 per hour
additional.
----------------------------------------------------------------
 PAIN0169E  07/01/2000
                                     Rates          Fringes
ALAMEDA AND CONTRA COSTA COUNTIES:
GLAZIER                               29.35          9.91
----------------------------------------------------------------
 PAIN0169I  07/01/2000
                                     Rates          Fringes
ALAMEDA AND CONTRA COSTA:
SHOWER DOOR INSTALLER                 23.57          4.60
PAID HOLIDAYS:
  New Year's Day, President's Day, Memorial Day, Fourth of July,
Labor Day, Thanksgiving Day, Day after Thanksgiving, and
Christmas Day.
----------------------------------------------------------------
 PAIN0718B  07/01/1999
                                     Rates          Fringes
SAN FRANCISCO AND SAN MATEO COUNTIES:
GLAZIER                               28.17          9.89
----------------------------------------------------------------
 PAIN0767A  07/01/2000
                                     Rates          Fringes
CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES:
GLAZIER                               26.77          6.80
PAID HOLIDAYS:
  New Year's Day, Washington's Birthday, Memorial Day, Fourth
of July, Labor Day, Thanksgiving Day, Day after Thanksgiving
Day, and Christmas Day.
FOOTNOTE:
  Work thirty (30) feet or over free fall: $0.60 per hour
additional.
----------------------------------------------------------------
 PAIN1176A  06/26/2000
                                     Rates          Fringes
PARKING LOT STRIPING/HIGHWAY MARKING:
 GROUP 1                              22.84          6.91
 GROUP 2                              22.45          6.91
 GROUP 3                              19.51          6.91
 GROUP 4                              22.15          6.91
Service Person (maintenance and
  repair of equipment)                13.33          5.87
```

```
 Parking Lot, Game Court and
Playground Installer               19.51           6.91
 PARKING LOT STRIPING / HIGHWAY MARKING CLASSIFICATIONS
GROUP 1: STRIPER: Layout and application of painted traffic
stripes and marking; hot thermo plastic; tape traffic stripes and
markings
GROUP 2: TRAFFIC DELINEATING DEVICE APPLICATOR: Layout and
application of pavement markers, delineating signs, rumble and
traffic bars, adhesives, guide markers, other traffic delineating
devices; includes all related surface preparation (sandblasting,
waterblasting, grinding) as part of the application process
GROUP 3: TRAFFIC SURFACE ABRASIVE BLASTER: Removal of traffic
lines and markings; preparation of surface for coatings and
traffic control devices
GROUP 4: TRAFFIC PROTECTIVE DELINEATING SYSTEMS INSTALLER:
Removes, relocates, installs permanently affixed roadside and
parking delineation barricades, fencing, guard rail, cable
anchor, retaining walls, reference signs, and monument markers
GROUP 5: TRAFFIC CONTROLPERSON: Sole function is to control and
direct traffic through both conventional and moving lane closures
----------------------------------------------------------------
 PAIN1237C  06/01/1999
                                     Rates           Fringes
CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES:
SOFT FLOOR LAYER                     20.57           9.10
----------------------------------------------------------------
 PAIN1621A  07/01/2000
                                     Rates           Fringes
MONTEREY, SAN BENITO, SANTA CLARA AND SANTA CRUZ COUNTIES:
GLAZIER                               29.97           9.29
----------------------------------------------------------------
 PLAS0001D  06/28/1999
                                     Rates           Fringes
CEMENT MASONS:
  Cement mason                        22.35           9.46
  Swing or slip form scaffolds;
 Mastic, magnesite, gypsum,
 epoxy, polyester, resin and
 all composition                   23.10           9.46
----------------------------------------------------------------
 PLAS0066B  07/01/2000
                                     Rates           Fringes
ALAMEDA, CONTRA COSTA, SAN MATEO AND SAN FRANCISCO COUNTIES:
PLASTERER                             27.21           10.70
----------------------------------------------------------------
 PLAS0300A  01/01/2001
                                     Rates           Fringes
FRESNO, KINGS AND MADERA COUNTIES:
PLASTERER                             22.72           8.00
SAN BENITO, SANTA CLARA AND SANTA
  CRUZ COUNTIES:
PLASTERER                             27.24           7.90
CALAVERAS AND SAN JOAQUIN COUNTIES:
PLASTERER                              25.16          8.50
MONTEREY COUNTY:
PLASTERER                             23.98           7.90
MARIPOSA, MERCED, STANISLAUS AND
```

```
  TUOLUMNE COUNTIES:
PLASTERER                            25.17          8.50
----------------------------------------------------------------
 PLUM0036A  01/01/2001
                                     Rates          Fringes
CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN,
STANISLAUS AND TUOLUMNE COUNTIES:
PLUMBER & STEAMFITTER                27.79          9.19
----------------------------------------------------------------
 PLUM0036C  01/01/2001
                                     Rates          Fringes
MONTEREY AND SANTA CRUZ COUNTIES:
PLUMBER & STEAMFITTER                27.79          9.19
----------------------------------------------------------------
 PLUM0036E  01/01/2000
                                     Rates          Fringes
FRESNO COUNTY:
PIPE TRADES PERSON:
  Building construction only         11.50          4.70
SCOPE OF WORK:
```

Installation of corrugated metal piping for drainage, as well as installation of corrugated metal piping for culverts in connection with storm sewers and drains; Grouting, dry packing and diapering of joints, holes or chases including paving over joints, in piping; Temporary piping for dirt work for building site preparation; Operating jack hammers, pavement breakers, chipping guns, concrete saws and spades to cut holes, chases and channels for piping systems; Digging, grading, backfilling and ground preparation for all types of pipe to all points of the jobsite; Ground preparation including ground leveling, layout and planting of shrubbery, trees and ground cover, including watering, mowing, edging, pruning and fertilizing, the breaking of concrete, digging, backfilling and tamping for the preparation and completion of all work in connection with lawn sprinkler and landscaping; Loading, unloading and distributing materials at jobsite; Putting away materials in storage bins in jobsite secure storage area; Demolition of piping and fixtures for remodeling and additions; Setting up and tearing down work benches, ladders and job shacks; Clean-up and sweeping of jobsite; Pipe wrapping and waterproofing where tar or similar material is applied for protection of buried piping; Flag person

```
----------------------------------------------------------------
 PLUM0036I  01/01/2000
                                     Rates          Fringes
MERCED COUNTY:
PIPE TRADES PERSON:
  Building construction only         11.50          4.70
SCOPE OF WORK:
```

Installation of corrugated metal piping for drainage, as well as installation of corrugated metal piping for culverts in connection with storm sewers and drains; Grouting, dry packing and diapering of joints, holes or chases including paving over joints, in piping; Temporary piping for dirt work for building site preparation; Operating jack hammers, pavement breakers, chipping guns, concrete saws and spades to cut holes, chases and channels for piping systems; Digging, grading, backfilling and ground preparation for all types of pipe to all points of the

jobsite; Ground preparation including ground leveling, layout and planting of shrubbery, trees and ground cover, including watering, mowing, edging, pruning and fertilizing, the breaking of concrete, digging, backfilling and tamping for the preparation and completion of all work in connection with lawn sprinkler and landscaping; Loading, unloading and distributing materials at jobsite; Putting away materials in storage bins in jobsite secure storage area; Demolition of piping and fixtures for remodeling and additions; Setting up and tearing down work benches, ladders and job shacks; Clean-up and sweeping of jobsite; Pipe wrapping and waterproofing where tar or similar material is applied for protection of buried piping; Flag person

----------------------------------------------------------------

PLUM0038A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| PLUMBERS: | | |
| Work on wooden frame structures 5 stories or less excluding high-rise buildings and commercial work such as hospitals, prisons, hotels and schools | 28.50 | 17.35 |
| All other work | 39.00 | 21.55 |
| LANDSCAPE/IRRIGATION FITTER | 27.32 | 10.15 |

----------------------------------------------------------------

PLUM0159A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| PLUMBERS & STEAMFITTERS: | | |
| Work on apartments over 4 stories, and motels | 25.76 | 9.14 |
| All other work | 33.56 | 13.59 |

----------------------------------------------------------------

* PLUM0342A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| PLUMBERS AND STEAMFITTER | 35.76 | 13.49 |

----------------------------------------------------------------

* PLUM0342B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA COUNTY: | | |
| PLUMBER & STEAMFITTER | 35.76 | 13.49 |

----------------------------------------------------------------

PLUM0355D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| LANDSCAPE FITTER; UNDERGROUND UTILITY WORKER | 22.00 | 5.55 |

----------------------------------------------------------------

PLUM0393A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN BENITO AND SANTA CLARA COUNTIES: | | |
| PLUMBER & PIPEFITTER: | | |
| Work on motels and hotels which | | |

```
 do not exceed 4 stories in
 height, excluding garages and
 parking areas                    20.64          5.30
  All other work                   42.51          10.58
----------------------------------------------------------------
 PLUM0467A  07/01/2000
                                     Rates           Fringes
SAN MATEO COUNTY:
PLUMBER; PIPEFITTER; STEAMFITTER      36.44          11.51
REFRIGERATION & AIR CONDITIONING      36.28          11.76
----------------------------------------------------------------
 ROOF0027C  09/01/1999
                                     Rates           Fringes
FRESNO, KINGS, AND MADERA COUNTIES:
ROOFER                                20.40           6.55
FOOTNOTE:
  Work with pitch, pitch base of pitch impregnated products or
any material containing coal tar pitch, on any building old or
new, where both asphalt and pitchers are used in the application
of a built-up roof or tear off: $2.00 per hour additional.
----------------------------------------------------------------
 ROOF0040B  08/01/2000
                                     Rates           Fringes
SAN FRANCISCO & SAN MATEO COUNTIES:
ROOFER                                22.47          10.67
----------------------------------------------------------------
 ROOF0081A  08/01/2000
                                     Rates           Fringes
ALAMEDA AND CONTRA COSTA COUNTIES:
ROOFER                                22.80           9.85
----------------------------------------------------------------
 ROOF0081E  09/09/1999
                                     Rates           Fringes
CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND
TUOLUMNE COUNTIES:
ROOFER                                18.87           5.94
----------------------------------------------------------------
 ROOF0095B  08/01/1996
                                     Rates           Fringes
MONTEREY, SAN BENITO, SANTA CLARA, AND SANTA CRUZ COUNTIES:
ROOFERS:
  Kettle person (2 kettles);
 Bitumastic, enameler,
 coal tar, pitch and
 mastic worker                    26.07          6.75
  All other work                   24.07           6.75
----------------------------------------------------------------
 SFCA0483A  01/01/2001
                                     Rates           Fringes
ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA
COUNTIES:
SPRINKLER FITTER (FIRE)               35.59          11.20
----------------------------------------------------------------
 SFCA0669K  04/01/2000
                                     Rates           Fringes
CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN
BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE
```

```
COUNTIES:
SPRINKLER FITTER (FIRE)               27.35          5.95
----------------------------------------------------------------
 SHEE0104A  07/01/2000
                                     Rates           Fringes
ALAMEDA AND CONTRA COSTA COUNTIES:
SHEET METAL WORKER:
  Work on projects with an HVAC
contract price of $270,000
equipped with packaged units or
a unitary system; Also, tenant
completion work extending from an
existing trunk line or an
existing water or air loop to
registers and/or diffusers; Also,
remodel or add-on contracts on
existing facilities providing the
contract price is $165,000 or
less; Also, architectural sheet
metal contracts of $100,000 or
less; Also, pre-engineered and
pre-manufactured siding        30.83          13.78
All other work                 36.32          13.95
----------------------------------------------------------------
 SHEE0104B  07/01/2000
                                     Rates           Fringes
MONTEREY AND SAN BENITO COUNTIES:
SHEET METAL WORKER                    30.31          11.85
----------------------------------------------------------------
 SHEE0104D  07/01/2000
                                     Rates           Fringes
SAN MATEO COUNTY:
SHEET METAL WORKER:
Work with an HVAC contract
   price of $250,000 equipped
   with packaged units or a
   unitary system; Also, tenant
   completion work extending from
   an existing trunk line or air
   loop to registers and/or
   diffusers; Also, remodel or
   add-on contracts on existing
   facilities providing the
   contract price is $150,000 or
   less; Also, architectural sheet
   metal contracts of $100,000 or
   less; Also, pre-engineered and
   pre-manufactured siding        33.59         12.07
 All other work                   37.26         12.81
----------------------------------------------------------------
 SHEE0104E  07/01/2000
                                     Rates           Fringes
SAN FRANCISCO COUNTY:
SHEET METAL WORKER:
 Work with an HVAC contract
   price of $50,000 or less;
   Also, tenant completion work
```

```
    providing the contract price is
    $50,000 or less; Also, remodel
    or add-on contracts on existing
    facilities providing the contract
    price is $50,000 or less; Also,
    architectural sheet metal
    contracts of $100,000 or less;
    Also, pre-engineered and
    pre-manufactured siding         35.66         12.90
  All other work                    36.21         14.05
----------------------------------------------------------------
  SHEE0104G  07/01/2000
                                      Rates           Fringes
SANTA CRUZ COUNTY:
SHEET METAL WORKER                     31.45          10.71
----------------------------------------------------------------
  SHEE0104H  07/01/2000
                                      Rates           Fringes
SANTA CLARA COUNTY:
SHEET METAL WORKER:
  Work with an HVAC contract price
    of $250,000 equipped with
    packaged units or a unitary
    system; Also, tenant completion
    work extending from an existing
    trunk line or air loop to
    registers and/or diffusers;
    Also, remodel or add-on
    contracts on existing facilities
    providing the contract price is
    $150,000 or less; Also,
    architectural sheet metal
    contracts of $100,000 or less;
    Also pre-engineered and
    pre-manufactured siding         35.32           11.08
  All other work                    37.49           12.76
----------------------------------------------------------------
  SHEE0104O  07/01/1999
                                      Rates           Fringes
ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN
MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES:
SHEET METAL WORKERS:
   Metal deck and siding               27.44          11.80
----------------------------------------------------------------
  SHEE0162A  01/01/2001
                                      Rates           Fringes
CALAVERAS AND SAN JOAQUIN COUNTIES:
SHEET METAL WORKER                  26.14           10.26
----------------------------------------------------------------
  SHEE0162C  07/01/2000
                                      Rates           Fringes
MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES:
SHEET METAL WORKER (does not include
   metal deck and siding)              26.54          15.52
----------------------------------------------------------------
  SHEE0162D  06/01/2000
                                      Rates           Fringes
```

FRESNO, KINGS, MADERA and TULARE COUNTIES:

| | | |
|---|---|---|
| SHEET METAL WORKER | 27.07 | 11.57 |

---

SHEE0162M 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| SHEET METAL WORKERS: | | |
| Metal deck and siding | 29.42 | 9.52 |

---

TEAM0094A 06/16/1999

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 21.06 | 11.46 |
| GROUP 2 | 21.36 | 11.46 |
| GROUP 3 | 21.66 | 11.46 |
| GROUP 4 | 22.01 | 11.46 |
| GROUP 5 | 22.36 | 11.46 |

FOOTNOTES:

Articulated dump truck; Bulk cement spreader (with or without auger); Dumpcrete truck; Skid truck (debris box); Dry pre-batch concrete mix trucks; Dumpster or similar type; Slurry truck: Use dump truck yardage rate.

Heater planer; Asphalt burner; Scarifier burner; Industrial lift truck (mechanical tailgate); Utility and clean-up truck: Use appropriate rate for the power unit or the equipment utilized.

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Dump trucks, under 6 yds.; Single unit flat rack (2-axle unit); Nipper truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump machine; Fork lift and lift jitneys; Fuel and/or grease truck driver or fuel person; Snow buggy; Steam cleaning; Bus or personhaul driver; Escort or pilot car driver; Pickup truck; Teamster oiler/greaser and/or serviceperson; Hook tender (including loading and unloading); Team driver; Tool room attendant (refineries)

GROUP 2: Dump trucks, 6 yds. and under 8 yds.; Transit mixers, through 10 yds.; Water trucks, under 7,000 gals.; Jetting trucks, under 7,000 gals.; Vacuum trucks, under 7,500 gals.; Single-unit flat rack (3-axle unit); Highbed heavy duty transport; Scissor truck; Rubber-tired muck car (not self-loaded); Rubber-tired truck jumbo; Winch truck and "A" frame drivers; Combination winch truck with hoist; Road oil truck or bootperson; Buggymobile; Ross, Hyster and similar straddle carriers; Small rubber-tired tractor

GROUP 3: Dump trucks, 8 yds. and including 35 yds.; Transit mixers, over 10 yds.; Water trucks, 7,000 gals. and over; Jetting trucks, 7,000 gals. and over; Vacuum trucks, 7,500 gals. and over; Trucks towing tilt bed or flat bed pull trailers; Lowbed heavy duty transport; Heavy duty transport tiller person; Self-propelled street sweeper with self-contained refuse bin; Boom truck - hydro-lift or Swedish type extension or retracting crane; P.B. or similar type self-loading truck; Tire repairperson; Truck repairperson; Combination bootperson and road oiler; Dry distribution truck (A bootperson when employed on such equipment, shall receive the rate specified for the classification of road

oil trucks or bootperson); Ammonia nitrate distributor, driver and mixer; Snow Go and/or plow
GROUP 4: Dump trucks, over 35 yds. and under 65 yds.; Water pulls - DW 10's, 20's, 21's and other similar equipment when pulling Aqua/pak or water tank trailers; Helicopter pilots (when transporting men and materials); DW10's, 20's, 21's and other similar Cat type, Terra Cobra, LeTourneau Pulls, Tournorocker, Euclid and similar type equipment when pulling fuel and/or grease tank trailers or other miscellaneous trailers
GROUP 5: Dump trucks, 65 yds. and over; Holland hauler

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the

interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

SECTION 01112

GENERAL DESIGN AND CONSTRUCTION CRITERIA
**03/01**

PART 1 GENERAL

1.1 PROJECT SCOPE AND OBJECTIVES

To obtain an addition to the existing Building 245, complete and adequate for use at the Naval Post Graduate School, Monterey, California. The work includes the completion of design and construction of an extension to existing Building 245, the work shall include but not limited to: site improvements including landscaping, utility improvements and relocations, foundation and building structure, interior construction, interior utility systems which includes HVAC, electrical, telecommunication and data transmission/distribution systems, lighting, and related work.

1.1.1 Contractor's Design Responsibility

This RFP includes a preliminary design package developed by the Government. The preliminary design package consists of partial design in architectural and engineering disciplines, and material specifications. The partial designs are in various stages of developments. The use of the Government's applicable portion of the preliminary design is required, unless it is specifically modified below. Additional design requirement are contain in this section of the RFP. The final design developed by the contractor shall combined the requirements in this section with the preliminary design to produce a complete design package suitable for construction. The material and related specifications define the minimum acceptable quality of the materials and constructions. The Contractor is solely responsible for the final design of the facility.

1.1.2 Modifications to the Government's Design Package

For scope authorization reasons, the Government needs to acquire a facility having a minimum square footage of 2025 square meters, or 21,789 square feet. To meet the minimum scope requirements, the required structure shall be of either one of the following design: (a) A full size basement with a two story above ground structure on a 81' x 91' nominal building footprint, plus the connecting link to the existing Building 245; (b) or a three story structure aboveground structure on a 81' x 91' nominal building footprint, plus the connecting link to the existing Building 245. The portion of Building 245 connecting to the new extension is a two story above ground structure, and it has no basement. Provide means of egress to comply with NFPA 101 requirements for the selected design.

a. Utilities to support the new extension: The Government's preliminary design shows the heating source of the new extension is from the domestic and hot water heating system of the existing Building 245. With this building extension, the Contractor shall modify the existing hot water heating system to increase the hot water generating capacity, pumping capacity, and extend the hot water heating system to the new extension. For electrical power, telephone and data

communication, use the information as shown on the Government's preliminary design.

(1) The following information pertaining to the existing hot water heating system of Building 245 (extracted from existing record drawings, NAVFAC DWG 6398794 & 6398795 of N62474-89-c-6909) is furnished for information. The Contractor is required to field verify these information during design.

Heating Converter:
SC-1N1 2,907,000 BTUH
306 GPM
181 EWT
200 LWT
WATER PRESSURE DROP 25 PSI
3,060 LBS/HR OF STEAM @ 25 PSI

PUMPS
P-1N1 END SUCTION, CENTRIFUGAL
334 GPM @ 73 FT TDH, 7-1/2 HP, 480V, 3 PHASE
P-1N2 END SUCTION, CENTRIFUGAL
334 GPM @ 73 FT TDH, 7-1/2 HP, 480V, 3 PHASE

b. For the basement structure, the Government has not done any foundation ,or other design of the basement structure. The Contractor is required to obtain the services of a professional Geotechnical firm as a member of the Design Team. The design shall conform to the Seismic Design as required by FEMA 302. The entire structure shall have a uniform differential settlement of less than 1/2 inch. Proper waterproofing and drainage to eliminate water and moisture penetrating the basement are required. For the basement only, the Contractor may add two additional columns along column line C-C, which will reduce the support span to 20' nominal. For the first and second floor, additional inner columns are not allowed. The Government has not done any architectural, mechanical, electrical, and fire protection/safety design for the basement. The Contractor is required to provide proper lighting, convenience power distribution, heating and ventilation for the basement. Provide terminations of the telecommunication and data communications with wall mounted panels for the basement. Architectural improvements shall consist of: (1) perimeter wall insulation and finishes to full height; (2) acoustical drop ceiling; (3) 200 lineal feet of full height partitions; and (4) one 20' x 30" one hour fire rated mechanical and electrical equipment room. Toilet facility for the basement is not required. In addition, handicap access to the basement shall be provided. For the first floor plan, modify the stair well to provide handicap access to the basement. Second floor plan, additional changes are not required. Connecting link, it shall have seismic separations between the link and the existing building as well as the new extension.

c. At the Contractor's option, the Contractor may propose an extension with a three story aboveground structure to meet the minimun 2025 square meter building foot print requirements.

With this option, the Contractor shall use the drilled caisson and grade beam foundation design. Connecting link, it shall have seismic separations between the link and the existing building. Architectural floor plans: (a) First floor plan, no architectural changes; (b) Second floor plan: modify the stair well to provide access to the third floor, and provide handicap access to the third floor; (c) Third floor plan: It shall be same as the Second floor, except the Lounge area shall be converted to offices. Mechanical, electrical, telecommunication/data transmission and fire protection design shall be similar to that of the preliminary design.

d. Amend the Government's Preliminary Design Drawings:

(1) NAVFAC DRAWING 6458070 (Sheet C-3) through 6458074 (Sheet C-7): Inside the building footprint, delete the note "Note: Design Build Team shall modify their drawings and calculations to reflect the deletion of a bay between grid lines BB and CC. This deletion is reflected on architectural site plan, Drawing A1, and on the Architectural Floor Plan, Drawings A2 and A3."

(2) NAVFAC DRAWING 6458070 (Sheet C-3):

(a) Middle top page, replace the Note "Tap and connect new water and fire service TP ex 12" W" with new Note "Provide new 6" FS and 4" W and reconnect the new lines to existing services in Building 245."

(b) Middle top page, replace the Note "Tap and connect water service to ex 12" W." with new Note "Provide new FS and W with reduced pressure backflow preventers to the new extension."

(c) Middle top page, Delete the Note "Install reduced pressure backflow preventer."

(3) Revise building plan from a 3 bay configuration to a 4 bay configuration having a building footprint of 81'6" x 91'6".

(4) NAVFAC DRAWINGS 6458078 (Sheet A1) through 6458080, and NAVFAC DRAWINGS 6458084 (Sheet A7) through 6458086: Revise building plan from a 3 bay configuration to a 4 bay configuration having a building footprint of 81'6" x 91'6". The Mechanical Floor Plans NAVFAC DRAWINGS 6458099 and 6458100 (Sheet M2 & M3) show the general for bay layout, except Sheet A3 shows the correct location of the Lounge area. On Sheet M2, replace the Lounge with two offices.

(5) NAVFAC DRAWING 6458081 (Sheet A4): West Elevation, revise elevation to show a 4 bay configuration having an overall length of 81'6".

(6) NAVFAC DRAWING 6458082 (Sheet A5): East Elevation, revise elevation to show a 4 bay configuration having an overall length of 81'6".

1.1.3 Government's Review and Acceptance

a. Other than the fire protection system, the Government s review is to check the design for its sole benefit only. Design review and acceptance of the design by the Government shall not constitute that the design documents are in conformance with the RFP, nor is it a waiver of any requirement of the RFP. Design acceptance shall not relieve the Contractor of liability for his design, from fully complying with all requirements of the RFP, or from providing the Government with a fully functional and operational facility, meeting the intent of the RFP requirements

The Government will retain review and approval authority of the Fire Protection System as specified in the appropriate technical sections of the specifications.

B. If the Contractor propose a variation from the design or RFP stipulated requirements, it must be specifically requested in writing by the Contractor and be approved in writing by the Contracting Officer prior to including the variation in the design submittal. See Section 10332, Para 1.4.4 Variations. The responsibility and liability for a totally integrated design in accordance with the requirements of the RFP shall remain with the Contractor.

1.1.4 Existing Work

Remove or alter existing work in such a manner as to prevent injury or damage to any portions of the existing work which remain.

Repair or replace portions of existing work which have been altered during construction operations to match existing or adjoining work, as approved by the Contracting Officer. At the completion of operations, existing work shall be in a condition equal or better than that which existed before new work started

1.2 REFERENCES

COUNCIL OF AMERICAN BUILDING OFFICIALS (CABO)

| | |
|---|---|
| CABO A117.1 | 1992, Errata April 1999) Accessible and Usable Buildings and Facilities |

CODES AND REGULATIONS

1.2.1 Applicable Documents

1. The design and construction shall be in accordance with requirements of the following documents in effects of the date of the contract documents.

a. Uniform Building Code (UBC) 1997

b. International Mechanical Code (IMC) Latest Edition

c. International Plumbing Code (IPC) Latest Edition

d. U.S. Army, Technical Instruction 809-04, Seismic Design for Buildings, 1998

e. NEHRP Recommended Provisions for Seismic Regulations for New Buildings and Other Structures, FEMA-302, 1997

f. National Electric Code (NEC) Latest Edition

g. American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE)

h. National Fire Protection Association (NFPA) National Fire Code, NFPA No. 101 (1997), NFPA No. 80 (1999),NFPA No. 13 (1999), and NFPA 72 (1999)

i. Illumination Engineers Society (IES) Handbook

j. Accessible and Usable Buildings and Facilities, CABO A117.1.

k. Federal Specifications (FS) as specified.

l. American Society for Testing and Materials (ASTM) as specified.

m. Americans With Disabilities Act (ADA)

n. Code of Federal Regulations 10 CFR 435.

o. MIL-HD-1008C, Fire Protection for Facility Engineering Design and Construction

p. ANSI/ASCE 7-95 "Minimum design loads for building and other structures"

q. AISC 1993 "Load and Resistance Factor Design Specifications for Structural Steel Buildings LRFD"

r. AISC 1989 "Allowable Stress Design and Plastic Design Specification for Structural Steel Buildings (ASD)"

1.2.2 Authority

Public Law 106-398 of 31 October 2000 (Authorization), Public Law 106-246 of 13 July 2000 (Appropriation)

1.3 QUALITY ASSURANCE

1.3.1 Design Qualifications

The Contractor's design team shall be:

Registered architects and registered geotechnical, civil, structural, mechanical, electrical, and fire protection/safety engineers or multi-discipline design firm with registered architects and registered

civil, structural, geotechnical, mechanical, electrical and fire protection/safety engineers on staff. The design of the Building 245 Extension shall be accomplished under the direct supervision of the registered architects and registered engineers of the respective engineering disciplines.

1.3.2 Verification of Existing Conditions

The Design-Build Team shall be solely responsible for verifying the existing conditions prior to submitting their design.

1.4 CODE AND GENERAL REQUIREMENTS

1.4.1 Occupancy Classification: B

1.4.2 Construction Type

a. Construction Type: The buildings shall be designed and constructed according to UBC Type II-N construction.

b. General Materials: Except as noted in Paragraph 1.1.2 above, drilled caissons with reinforced concrete grade beam foundation, reinforced exterior concrete columns and beams, exterior concrete shear walls, insulated metal panel exterior window wall assemblies, interior steel columns and beams, concrete slab on grade ground floor and composite concrete/metal deck upper floor and roof on steel framing. Metal stud interior partitions with gypsum board finishes.

c. Fire Protection: Fully Sprinklered.

d. Maximum Height: 32 Feet for the structure having two story aboveground and a basement. 47 feet for the three story above ground structure.

1.5 BUILDING DESIGN

Except as noted in Paragraph 1.1.2 above, offices on both the first,secong and second levels are located on the perimeter of the 81' x 91' floor plates along with mechanical space, toilets, lounge area and stair. The stair and toilets are fixed areas that will remain even if offices and the lounge area are remodeled or eliminated. They have been located to have a minimal impact on the plan's flexibility.

The key design element of the building extension is to provide a very flexible building structure which will enable the user to modify the interior spaces at minimum cost and time to meet future functional needs. Other than the four interior columns, this structure has no permanent structural elements such as interior shear walls. The HVAC, electrical, telecommunication/data transmission system designs are required to support the building flexibility functions.

The interior of the floor plans is a space devoted to a large divisible classrooms and conference/study spaces. This area is equipped with electrical/telecommunication/data floor outlets in a grid pattern which

allows a variety of furniture layouts to occur. The grid is extended into the classrooms/conference/study spaces so that if the permanent walls between these rooms is removed, the flexibility of this space is not compromised.

The existing buildings provide the basis for the exterior design of the new wing and link. A departure is made at the roof of the link which accommodates mechanical equipment. Continuous metal louver screens are added to provide a visual screen for the mechanical equipment. Additionally the structural design requires an independently supported link structure. These factors result in a different situation and expression than at the link between the existing two and three story building.
*

1.5.1 Site Planning

a. Physical Features: The site of the expansion of Building 245 is to the north of the existing engineering building and is located 65' west of existing Halligan Hall and about 110' east of Sloat Avenue. Halligan Hall is a two-story concrete frame building that is architecturally compatible in scale and style to the existing two and three story engineering building that is being expanded. The site is relatively flat with a slight slope towards the existing parking area to the west. The front entrance of the addition is located in a glass link which is oriented to the west. The link is intended to mimic the existing link between the two and three story existing buildings.

Prevailing winds are from the Northwest. Soils are sandy. This Contract will require drill caissons and grade beam foundations for the three story above ground structure. For the basement with two story above ground structure, design the foundation and structure to comply with the FEMA-302 seismic requirements. The main feature of the existing site is a mature live oak tree which will be removed to accommodate the new structure.

The siting of the new building extension and link will require modifications to the road and parking areas to the West. Additionally, the service area to the east is redesigned to accommodate mechanical equipment for the new wing.

b. Orientation: The proposed wing will extend the existing aligned buildings approximately 110' to the north. Keeping this established alignment not only allows interior circulation to work efficiently, but continues the design statement of the original two buildings giving a sense of order to the site.

c. Circulation/Traffic Patterns: The traffic circulation to the west of the existing buildings will be modified to accommodate the new wing. Traffic circulation is essentially through the parking areas. The road system to the north is realigned to circumvent the new addition and to leave a 12' wide landscaping strip on that face of the building.

d. Utilities will be underground, located in the service area to the rear of the link or will be extended from the existing building. There will be no evidence of utility connections on the north or west exposures.

e. Site work involves providing paving, curbs, landscaping, site signage, utility connections to existing site utilities.

f. Site access for construction shall be as shown.

1.6 CIVIL SYSTEM

1.6.1 Site Grading

a. The site shall encompass an existing graded slope created with the final grading and construction of building 245 in 1992. It drains nominally northwesterly, away from the northwesterly end of building 245. It is surrounded on three sides by paved driveways and by the pad for building 245 on the fourth side. The hard surfaces of the driveways drain into storm water inlets within the paved parking areas to the east and west of the site, which are in turn connected to the onsite storm drain system which is in turn connected to a storm drain system within Sloat Avenue which is owned and operated by the City of Monterey. Roof rain water leaders from building 245 are collected through a series of pipe conduits and conveyed to the site storm drainage system.

b. The finished floor of the project building shall be the same elevation as that of Building 245 and shall be at least 1 foot above the surrounding finished grades. On the east, where the project will back up to an existing parking/loading area, a small retaining wall is required. The grading of the remainder of the site shall slope away from the new building pad at a slope not to exceed 2-4%. The site is not within a designated flood zone and the finished floor of the new building shall be at least two feet above the adjacent top of curb, and six feet above the top curb of the nearest public street.

c. The earthwork will consist of clearing and grubbing, removal of obstructions, demolition of driveway improvements, removal of deleterious materials and placement of engineered fill and finished grading. Placement of engineered fill shall be in accordance with the geotechnical report prepared by Treadwell and Rollo dated November 20, 2000, attached as an Exhibit.

When a specific portion of the Geotechnical Report prepared by Treadwell and Rollo dated November 20, 2000 for the Government is cited in this RFP as requirement, the Contractor is required to implement/incorporate it into design and construction of this facility.

The Contractor is required to hire an independent Geotechnical Engineering Firm (other than Treadwell and Rollo) as part of his design team.

Unless specifically cited as a design requirement, the Government's Treadwell and Rollo prepared Geotechnical Report is furnished to the Contractor for information only. The Contractor is solely responsible for the design and construction of this building extension.

d. Deleterious material and earth spoil from the grading operation shall be disposed of at an approved sanitary land fill site. Hall route and disposal site shall be approved by the City of Monterey under the

provisions of their grading ordinance and then submitted for approval by Contracting Officer. Fill material shall meet the appropriate ASTM standards. Material submittals shall be approved by the Contractor's soils engineer prior to delivery on site and/or placement.

e. Adjacent to the utility pad between the existing and new wings of building 245 is a retaining wall which shall be reconstructed to accommodate expansion of the utility pad and placement of fill.

1.6.2 Utilities

The following utilities are situated inside the limits of work line. They will be relocated.

a. Domestic water service - under and adjacent to the proposed building shall be relocated and as shown on the drawings.

b. Landscape and irrigation service and distribution lines are within the subject area of work and shall be relocated and as shown on the drawings.

Storm water roof downspout leaders shall be relocated.

A storm drainage pipe under the proposed building link to existing building 245 shall be relocated.

The fire call box at the corner of the site shall be relocated due to the proximity to the new building. New location shall be subjected to prior approval of Contracting Officer/NPS Fire Department.

All buried metallic piping and utilities shall be properly protected against corrosion with cathodic protection systems.

Digging Permits: Submit Digging permits to the Contracting Officer for review and approval. Permits shall be submitted to the Contracting Officer 15 calendar days prior to start of excavation.

Utility Verifications: The Contractor shall scan the construction site with electromagnetic or sonic equipment, and mark the surface of the ground where existing underground utilities are discovered. Verify the elevations of existing piping, utilities, and any type of underground obstruction not indicated or specified to be removed but indicated or discovered during scanning in locations to be traversed by piping, ducts, and other work to be installed. Verify elevations before installing new work closer than nearest manhole or other structure at which an adjustment in grade can be made

1.6.3 Storm Sewer Systems and Surface Drainage

The shed area adjacent to building 245 drains into an onsite storm drain system which is connected to a City of Monterey storm drain on Sloat Avenue.

The storm flow from the site is based upon "Monterey Rainfall Intensity

Curves - Del Monte Station Curves 1940 - 1974" using a coefficient of .85 based upon the percentage of hard surfaces. Area of the shed is 3.1 acres (approximately) and a rainfall rate of 1" per hour = 2.635 CFS for the entire area. Discharge for the site is approximately 0.26 CFS during the 100 year event.

All storm and sanitary sewer systems shall be installed at a minimum slope of .5% with a minimum velocity of 2 feet per second.

The drainage and grading plan C3 shows adjacent drainage and overland release.

The revised street / driveway pattern shall be designed in such a way that no outside sag will be greater than 6" and all overland release shall be directed to the public street. Standard hooded inlets will be used adjacent to curb and gutter, while 24"x24" flat grate inlets shall be used in paved parking lot areas.

All storm drain pipe shall be 12" RCP or greater with a minimum slope of 0.005.

Due to the high frequency of pedestrian traffic, the use of concrete cross gutters shall be avoided.

Minimum slopes for surface improvements are as follows.

a. Grass or turf areas 1%

b. A.C. pavement 1.5%

c. PCC pavement 0.5%

d. Unpaved areas within 10 feet of buildings 5%

1.6.4 Water System

The connection of the subject project will share the same distribution system as the existing building.

All potable water and fire service distribution and service facilities shall be ductile iron pipe with cement mortar lining, and exterior coated with epoxy coal tar. All trenches shall be backfilled and compacted to at least 95 percent relative compaction as stated in the Geotechnical Report.

The project site is served by a 12" water main which is part of a Station wide distribution system which begins at two eight inch meters at Sloat and Del Monte Avenues. The delivered pressure at the meter is consistently between 110 and 125 PSI. After regulation and distribution, the pressure adjacent to the site is approximately 85 PSI.

The water demand for the project must be broken into domestic water demand and fire flow. The domestic water demand calculation is based upon an average daily flow per plumbing fixture and is compared with coefficients for water usage for similar uses in the greater bay area. The estimated

average daily demand for the toilet rooms is 50GPM. The anticipated total fire flow demand is estimated at 700 GPM. Based on available 85 psi static pressure at the 12" water main, the supply was determined to be adequate.

1.6.5 Sanitary Sewer System

The existing sanitary sewer system into which this project will discharge, is a six inch lateral which also serves the other two wings of building 245. The slope of the lateral varies from .55% to 21/2% and has an estimated capacity of 690 gallons per minute, which is more than adequate to accept the additional discharge. It is connected to a City of Monterey sanitary sewer main within the intersection of Sloat and 8th Street.

The new sanitary sewer system shall consist of two 4 inch sanitary sewer laterals, one from each restroom complex, connecting to a 6" sanitary sewer lateral at the southwest corner of the new building which connects to the existing 6" sanitary sewer adjacent to the northwest corner of existing building 245 at a minimum slope of 1%, for a velocity of 2.95 fps and a flow rate of .58 CFS. All sanitary sewer lines shall be rubber or vinyl gasketed VCP.

When pipe cover is less than 30", a slurry or weak concrete material shall be used for trench backfill.

It is not anticipated that the sewer discharge from the project will have to be pumped or injected.

1.6.6 Sewage Treatment System

The onsite sanitary sewer system discharges into a public sanitary sewer system owned and operated by the City of Monterey

1.6.7 Dust and Erosion Control

Dust and erosion control shall be in accordance with standards established by the Regional Air Quality Control Board and the Water Quality Control Board. A SWPPP and Erosion Control Plan will be filed with the board and/or the City of Monterey. A dust control plan shall be submitted to the Government for review and approval. In addition to the Regional Air Quality Control Board requirements, there shall be no infiltration or intrusion of dust and debris into Building 245 due to the construction of this facility.

1.6.8 Fencing

The Contractor is required to erect a temporary construction fence around the project site. The Contractor shall maintain through traffic flows for Fire Department vehicles. Provide lockable gates to maintain fire department vehicular access. Provide two sets of keys of the locks to the Contracting Officer.

1.6.9 Paving

The internal streets/driveways adjacent to building 245 are typically for

local circulation, truck access and parking.

Based upon these uses the predominant vehicular traffic will be passenger cars and light utility vehicles with the occasional multi-axel truck or bus. Wheel loading will be light to moderate and speed seldom reach 15 miles per hour, due to the issues of short sight distance, vehicles backing out of parking spaces, and the fact that the isles/streets are for local access. A traffic index of 5 shall be used. The new pavement shall match the adjacent pavement sections.

The adjacent pavement section is 3-1/2 inches of asphalt concrete on 6 inches of Class II aggregate base, placed upon a subgrade that has been sacrificed to a depth of 8" and recompacted to 95% relative density at 2% over optimum moisture content.

1.7 LANDSCAPE ARCHITECTURE

1.7.1 Irrigation Design

All planting areas shall be watered with a fully automatic irrigation system utilizing pressure regulating pop-up heads with matched precipitation rate low flow overhead spray nozzles. The spray system shall be designed to provide head to head coverage with minimal runoff and over spray onto non-irrigated areas. The pop-up heads shall include integral flow shut off/flow limitation devices to prevent run off in the event of broken or damaged nozzles, minimizing water waste. All trees shall be irrigated with separate bubbler valves circuits, to provide deep root watering.

A fully automatic controller with a rain shut off device shall be used to provide precise control of watering times, conversing water. The irrigation system design and components shall comply with design standards as stated on the drawings and specifications.

The existing irrigation system damaged by construction operations shall be repaired and restored to operational condition. The new irrigation system design and spray head layout shall tie into the existing system design and spray head layout to provide optimum head to head coverage between the two systems.

1.7.2 Planting Design

The landscape design shall consist of primarily low maintenance, drought tolerant, and aesthetically pleasing plant materials. The landscape plant palette selected shall create a unified appearance at the planting areas around the project and relate to the surrounding existing landscape plantings. The new landscape design shall be more colorful with more layers and textures than the existing design, but not to the extent it creates high maintenance requirements (e.g., densely planted or layered areas that require constant pruning and/or trimming to maintain appearance and/or constant shrub sizes). The plant palette shall also incorporate the following element :

a. Plant materials shall be primarily low maintenance evergreen

species, to minimize maintenance clean-up requirements (e.g., fall leaf cleanup, seed pod or fruit drop, bark shedding). Deciduous trees shall only be utilized in specific areas as noted below all other areas shall utilize evergreen trees.

b. Deciduous trees shall be utilized in specific areas only, as follows:

Deciduous shade trees shall be located adjacent to the south side of the building, to minimize solar gain in the summer months and permit solar gain during the winter months.

Small scale deciduous flowering trees may be utilized in focal areas, where not adjacent to pedestrian walkways, to provide colorful accents in the landscape design.

Evergreen shade trees shall be used around the parking areas.

Colorful flowering trees, shrubs, and ground covers shall be utilized along the paved entry area (with special accent paving) to the new glass link between the new and existing buildings, to create a focal point and sense of entry.

c. The pedestrian walkways around the parking lot adjacent to the building shall be planted with evergreen shade trees with an understory of colorful flowering shrubs, and ground covers.

d. The landscape area adjacent to Sloat Avenue shall have the same planting theme described above.

e. Plant materials selected shall be low water use species to conserve water. There will be no high water use lawn or annual color planting areas

1.7.3 Other Site Features

Pedestrian walkways around the parking lot and building will receive standard concrete paving.

Special Accent Paving: The paving in the area entry area to the glass link between the new and existing building shall receive special accent paving to differentiate it from the typical concrete paving/sidewalks used around the parking lot/building, and to create a sense of entry. The special paving includes the following options:

a. Colored concrete paving with special score joint patterns and finishes, such as: smooth tooled bands with rock salt finish fields within bands.

b. `Stamped' colored concrete with special patterns such as: brick slate stone, granite, round rock patterns.

c. Concrete Unit Pavers with various color and pattern options.

d. Natural flagstone or slate pavers set on concrete sub-base.

Natural stones come in a variety of colors and sizes.

e. Manufactured tile or pavers on concrete sub-base. Manufactured materials come in large variety of colors and sizes.

Final color and finish selections shall take into consideration the building material colors, so the Special Accent Paving theme appears in harmony with the building design and colors.

Lighting: Walkways in and around the building shall have night lighting for ease of access. Lighting shall provide 54 lux (5 foot candles) minimum, and comply with design standards as stated on the drawings and specifications, and NEC requirements. Select trees may have low voltage up lights (such as the trees in the Special Accent Paving area at the buildings entry)

1.8 ARCHITECTURE

1.8.1 General Description

For a general description of the building architecture, refer to Article 1.5.

1.8.2 Exterior Enclosure

Provide exterior enclosure, consisting of wall systems, glazing systems, doors, louvers, and roofing systems. The architectural character of the building must match the existing Building 245.

Concrete frame with concrete infill panels. Refer to Structural section.

1.8.2.1 Metal Panel/Glazing system

System shall be an integrated system to match the system in the existing Building 245. Mullion system is aluminum storefront system with factory finish. Metal wall panels are steel with factory finish. Glass shall be high performance to meet shading coefficient prescribed by Title 24. Glass shall be shatter resistance laminated glass.

1.8.2.2 Exterior Louvers and Grilles

Units shall be "stormproof".

1.8.2.3 Curtainwall system

Doors in curtainwall system shall be frameless glass. Provide panic devices where required by Code.

1.8.2.4 Exterior Doors

Exterior doors shall be hollow metal frames with transoms and vision panels. "Knock-down" frames are not permitted on the exterior of the building

1.8.2.5 Exterior Door Locksets

Exterior door locksets, other than main entry doors and mechanical space, shall be Grade 2, series 1000, mortise type. Use levers rather than knobs.

1.8.2.6 Roofing

Roofing shall be built-up, Class A. Minimum roof slope of 1/2 inch per foot. Roof drains shall be at the perimeter of the roof. No interior drains. Rainwater leaders shall match existing.

1.8.3 Minimum Building Envelope Insulation Values

Roof R-30 minimum

Walls R-11 minimum

1.8.4 Interior Construction

Provide interior construction consisting of non-bearing partition systems, door and ceiling systems.

1.8.4.1 Interior Partitions/Furring

Metal stud or furring channels with 5/8 inch drywall. Provide STC Ratings as noted on the Architectural Floor Plans:

Corridor Partitions: STC 40

Partitions between Individual Offices: STC 28

Partitions at Mechanical/Electrical Rooms: STC 40

1.8.4.2 Interior Doors

Interior doors shall be solid wood or particle board core with wood edge bands and premium hardwood faces. Conform to NWWDA I.S.1-A. For classrooms, conference/study spaces, provide doors with glazed opening.

1.8.4.3 Interior Hardware

Interior hardware selection and schedule shall be prepared by a Certified Architectural Hardware Consultant. Latchsets and locksets shall be Grade 2, Series 4000, and bored type with levers (no knobs). Replacement interchangeable cores shall be compatible with the NPSM keying system.

All interior spaces shall have a card key entry system.

1.8.4.4 Wall and Ceiling Systems

Drywall on suspended metal furring channels

Suspended grid/acoustical tile systems 2X2 Lay-in acoustical tile in metal

grid Acoustical panels shall conform to ASTM E1264.

Open metal grille: Match from existing Building 245

1.8.5 Interior Finishes

1.8.5.1 Painting

Painting shall be a two-coat eggshell latex, except at restrooms and mechanical rooms where semi-gloss shall be used.

1.8.5.2 Carpet

Carpet shall consist of carpet tiles with attached cushions. The surface texture of the carpet tile shall be loop pile, multi-color, small pattern. Pile weight shall be between 28 to 32 oz per square yard. Pile yarn shall be 100% nylon, type 66.

1.8.5.3 Ceramic Tile

Ceramic tiles shall be 152mm x 152mm square tiles with a grout width not to exceed 6mm. Grout shall be latex in a color value as dark or darker than the tile.

1.8.6 Casework

WIC standard, Custom grade, Plastic laminate counter tops and cabinet facings.

1.9 STRUCTURAL

1.9.1 Design Basis

Use Design Basis as stated in General Structural Notes of Structural Sheet S-1.

1.9.2 Materials and quality Control

Use Materials and Quality Control as stated in General Structural Notes of Sheet S-1.

1.9.3 Non-Seismic Design Requirements

a. Structural Steel: Load and Resistance Factor Design Specification for Structural Steel Buildings (LRFD) published by AISC - December 1, 1993 edition.

b. Steel Deck: "Specifications for Composite Steel Floor Deck", "Specification for Non-Composite Steel Form Deck", "Specification for Cellular Deck Floor Systems", and "Specification for Steel Roof Deck" as contained in publication No. 29, dated 1995, published by the Steel Deck Institute.

c. Concrete: Building Code Requirements for Structural Concrete" (ACI

318-95), published by the American Concrete Institute.

1.9.4 Seismic Design:

US Army Corps of Engineers publication TI-809-04, "Seismic Design of Buildings", dated December 1998, based on the NEHRP Recommended Provisions for Seismic Regulations for New Buildings and other Structures" (FEMA 302) - 1997 Edition.

Foundation Designs per section 7.5 of FEMA 302

Concrete Designs per section 9.7 of FEMA 302 for seismic Design Categories D, E, F

a. Performance Level: Life Safety (1)

b. Associated Ground Motion: Type A

c. Performance Objective: 1A

1.9.5 Geotechnical Report

When a specific portion of the Geotechnical Report prepared by Treadwell and Rollo dated November 20, 2000 for the Government is cited in this RFP as requirement, the Contractor is required to implement/incorporate it into design and construction of this facility.

The Contractor is required to hire an independent Geotechnical Engineering Firm (other than Treadwell and Rollo) as part of his design team.

Unless specifically cited as a design requirement, the Government's Treadwell and Rollo prepared Geotechnical Report is furnished to the Contractor for information only. The Contractor is solely responsible for the design and construction of this building extension.

1.9.6 Systems Description

1.9.6.1 Gravity Framing

a. Floor and roof framing systems shall be composed of concrete fill over metal deck and steel framing. Four interior columns shall be placed as noted on the preliminary design drawings.

a. Except as noted in Paragraph 1.1.2 above, the foundation system shall consist of drilled, cast-in-place concrete piers, pier caps, and interconnected grade beams, as stated in the aforementioned geotechnical report. All drilled piers shall be interconnected by grade beams. Concrete piers shall be temporarily cased with steel to prevent Bluffing of the soil into the drilled hole. The casing shall be removed as the concrete is placed. Casing left in the hole after the concrete is placed will be result in the rejection of that pier. Drilled piers shall be embedded into the bedrock strata as required to meet the vertical and lateral load requirements required by the governing code. The site consists of a 33 to 35 ft. sand layer overlying bedrock. An existing layer of non-compacted,

loose sand occurs approximately 8 ft. below the level of the site.

b. An alternate foundation system may consist of spread footings. This will require the mitigation of the very loose sand. This could be accomplished by removing approximately the top eight feet of soil throughout the building pads and replacing it with compacted engineered fill. This approach would allow for the use of shallow foundations. However, due to large overturning forces, the size of the footings may be excessively large. If this alternate foundation system is designed, it shall meet with the recommendations of the aforementioned geotechnical report. Total settlement shall not exceed one half inch. A supplementary geotechnical report shall be obtained by the design team, including full geotechnical recommendations for the alternate foundation system, anticipating settlements, and soil bearing values, as well as recommendations for installation.

1.9.6.2 Vibration

The following upper bounds shall be used in the design of the roof and floor systems:

Roofs: Upper half of slightly perceptible range on Meiher-Reister Nomograph.

Floors: Lower half of slightly perceptible range on Meiher-Reister Nomograph.

1.9.6.3 Lateral Force Resisting System

a. The lateral force resisting system shall be composed of rigid concrete roof and floor diaphragms consisting of concrete fill on metal deck, and exterior concrete shear walls. Ductility requirements of the governing code for the exterior concrete frames consisting of beams and columns are only required where calculated lateral deflections require the ductile detailing. Drilled piers or other foundation design shall resist seismic forces by shear and bending. Total pier deflection shall not exceed 1/2" at the top of the pier. Bending moments on the piers shall be calculated per the diagram provided in the aforementioned geotechnical report. The "link" element connecting the new building to the existing building shall be designed to resist lateral forces through a horizontal cantilever action.

b. The new building shall be seismically isolated from the existing building to eliminate the effect of seismic forces transmitting across the link. This shall be accomplished with seismic separations on the ends of the link.

1.9.6.4 Design-Build Team Requirements

A. During Design

The Design-Build Team shall provide a complete structural design of the building shell and link, including foundation. Additionally, design shall include structural attachments, supports, and anchorages of all architectural, mechanical, electrical, plumbing and other systems and

cladding. Finally, the Design-Build Team shall include structural design for all components outside of the building footprint. Complete structural design shall included the following:

i. Structural Drawings
ii. Structural Calculations
iii. Structural Specifications
iv. Quality Assurance Plan
v. Statements of Responsibility
vi. Test and Inspections Information Sheet

B. During Construction

Maintain operation of building 245 during the construction of structural systems, except as locally required during construction of the link, access holes, stair infill, and other related items. Reference architectural and site comments for additional requirements.

Provide Structural Observation, review of subcontractor submittals, Coordination of Special Inspection, in accordance with the Quality Assurance section following.

1.9.7 QUALITY ASSURANCE

a. The Structural Engineer of Record shall submit a quality assurance plan to the Contracting Officer, per FEMA 302, Chapter 3.

b. The construction of the structural aspects of the project shall have structural observation by the Structural Engineer of Record in accordance with FEMA 302, Chapter 3.

c. The following work requires tests and / or inspections. For specific requirements see the FEMA 302. Inspections shall be made in accordance with FEMA 302, Chapter 3, by a Certified Special Inspector, retained as part of the Quality Control staff. Progress reports and a final report by the special inspector shall be issued to the Contracting Officer, the Registered Design Professionals in Responsible Charge, the persons preparing the Quality Assurance Plan, and the Contractor. It shall contain the items required by FEMA 302. The Contractor shall be responsible to correct all deficiencies as required.

1. Soil Excavation and Compaction
2. Drilled Pier drilling
3. Casing placement and removal
4. Reinforcement and bolt placement, and bolt embedment
5. Concrete, including Placement, compression tests, mix designs
6. Welding of Reinforcing, Structural Steel, Metal Deck, Welded Studs
7. High Strength Bolts Expansion Anchors, Anchor Bolts
8. Architectural Components for Anchorage Mechanical and Electrical Components

1.9.7.1 SUBMITTALS

The Contractor shall provide submittals for the following:

Concrete mix designs Reinforcing shop drawings Structural steel shop drawings Metal deck shop drawings Construction Joint Layout and Control Joint Layout Manufacturer's Data for inserts, grouts and epoxies Welding electrode data and welding procedure specifications.

## 1.10 PLUMBING SYSTEMS

### 1.10.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide complete, functional, operational and maintainable plumbing systems.

### 1.10.2 SYSTEM REQUIREMENTS

1. Plumbing systems shall consist of all fixtures, potable cold water, hot water, and hot water recirculation piping and equipment, piping insulation, water heating equipment, sanitary waste, and vent piping systems.

2. Toilet room plumbing including piping and fixtures.

3. Drinking fountain plumbing including piping and drinking fountains.

4. Roof drain and overflow systems and piping.

5. Make-up water and backflow preventers for domestic water system and for HVAC equipment.

6. Existing Conditions: Relocate existing underground plumbing utilities to clear new building footings, foundations, etc.

### 1.10.3 DESIGN CRITERIA

1. Design velocity in water supply piping shall be no more than 6 feet per second maximum.

2. Provide main shut-off on building water supply. Provide isolation valves in hot and cold supply water piping to each toilet room.

3. Provide individual supply line stops at each fixture.

4. All piping shall be in furred chases.

5. Connect to existing cold water either at the existing Building 245 backflow preventer and run pipe underground, or connect to existing cold water piping within Building 245 and run pipe within existing and new construction.

    a. Provide water service meter. Meter shall have a non-resettable remote read-out located outside of the building.

6. Provide minimum water pressure of 25 PSI at all water closets.

7. Connect new domestic hot water to existing within Building 245 and run

piping through Building 245 to the new extension.

a. Provide piping and pumps to recirculate hot water back to the water heater to maintain hot water temperature in supply piping to fixtures.

1.10.4 CODES AND STANDARDS

Plumbing systems shall be designed and constructed in accordance with the International Plumbing Code (IPC), International Mechanical Code, (IMC), and ASHRAE.

1.11 HVAC SYSTEMS

1.11.1 SYSTEM DESCRIPTION and REQUIREMENTS

This is a Design Build project. Provide a complete, functional, operational and maintainable HVAC system.

Air Conditioned Spaces in Classrooms, Conference/Study Spaces, Lounge, Corridors, Connecting Link shall be a single duct variable air volume system with terminal reheat.

Tele-communications room: Split system ductless air conditioning unit.

Basement: If the Contractor elected to build a basement and two story aboveground structure, provide heating and ventilation. For Summer, a minimum of 10 air changes consisting of 100% outside air will be required. For Winter, provide adequate ventilation for 70 people, and maintaining a minimum of 10 air changes circulation.

Offices shall be hydronic heated with fin-tube radiation. Each office shall have individual thermostat to control the electric flow control temperature regulating valve of the hydronic heating unit.

Mechanical and Electrical Room: Power Ventilation

Toilet Spaces: Power Ventilation

Except as noted in Paragraph 1.1.2 above, Preliminary Design Drawings Sheets M-1 through M-5 issued with this RFP are intended to show design intent only. The Design Build Contractor's Team shall perform independent design to meet the requirements of this RFP. The Contractor's design shall fully demonstrate and meet the functional, operational, and maintenance adequacy of this RFP. The Contractor shall be fully responsible for the design.

The HVAC design shall be designed under the direct supervision of a registered Professional Mechanical Engineer.

Field Investigations: The Design Build Contractor's Team shall perform and be responsible for all necessary field works to verify existing site conditions, available utility sources, routing, and point of connections. Design Guidance Drawing Sheet C-1 shows the record utilities. The Contractor shall perform necessary field utility verifications including

underground verifications to avoid interruption of Station operations, and damaging existing utilities.

Maintaining Building 254 Operations: The design and construction activities perform by the Contractor shall not interrupt nor interfere with the operation of Building 245. Work performed by the Government's consultant indicated adequate spare heating hot water source, domestic hot water source, and 480 volts/277 volts electrical power may be available to support the new HVAC systems. It is Contractor's responsibility to verify and determine the adequacy of these utility sources.

1.11.2 System Requirements

1.11.2.1 Provide Air Conditioning and/or Heating

Provide air conditioning and/or heating and ventilation for all occupied spaces as shown on the Drawings, or as indicated above. Arrange HVAC system such that each room is an independent temperature zone.

1. Interior zones: Variable volume with terminal reheat, air-cooled chiller, and heating hot water from Building 245.

2. Perimeter zones: Baseboard heating hot water convectors with operable windows.

3. Tele-communications room: Split system ductless air conditioning unit.

1.11.2.2 Comfort Cooling and Heating

Mechanical systems shall be same or similar to what is shown on the Drawings.

1.11.2.3 Title 24 Design Criteria

The building shall be within the California Title 24 Design Criteria for standard allowable cooling and heating.

1.11.2.4 New Heating Hot Water

Connect new heating hot water to existing within Building 245 and run piping through Building 245 to the new extension. The Contractor is required to increase the capacity of the existing heating hot water system in Building 245 by replacing heat exchanger, pumps, valves, accessories, controls, electrical, etc. as needed.

1.11.2.5 Chiller

Locate chiller in the equipment yard.

1.11.2.6 Existing Chiller

Relocate existing chiller serving Building 245.

1.11.2.7 Chilled Water Chemical Treatment System

Provide chilled water chemical treatment system.

1.11.2.8 Direct Digital Control (DDC) Systems

Controls: Design direct digital control (DDC) systems to perform all necessary control functions.

1. Operation of each HVAC unit will be by programmable controllers set to the Government's requirements based on the occupant's schedule and environmental requirements.

2. Specify that all indoor controls are to be mounted at handicapped height requirements with tamper-proof cover.

3. The equipment is to be connected to the base-wide energy monitoring and control system (EMCS). Provide all research and investigation necessary to determine requirements, point of connection, etc.

1.11.3 DESIGN CRITERIA

1.11.3.1 External Loads

Weather Data: Outdoor design conditions shall be based on ASHRAE Publication SPDCX "Climatic Data for Region X" for the following site specific design conditions:

Winter 37 deg.FDB (0.2%)
Summer 78 deg.FDB (0.5%), 62 deg.FWB
Heating Degree Days 3169
Daily Range 20
Latitude 36.6 degrees North
Elevation Sea level

1.11.3.2 Internal loads.

Offices: One person per office.
Classrooms: 25 persons per classroom
Conference/Study Space: 6 persons per room
Visitors: 4 persons per floor
Connecting link: 5 persons
Simultaneous occupancy for outside air calculation purposes: 124 persons in the air conditioned area
Lights: 1.5 watts per square foot.
Equipment: Simultaneous computer heat load - 3 watts per square foot.

Basement: 75 persons and 1.5 watts per square foot of lights.

1.11.4 Indoor Temperature Requirements:

The system shall be capable of maintaining indoor design temperatures at outdoor design conditions. The systems shall distribute air to all normally occupied spaces, so that the average temperature within any

occupied space shall not vary more that plus or minus 2 degrees Fahrenheit from that at the location of the controlling thermostat. AABC MN-1 or NEBBPSTABES standard procedures shall be conducted to demonstrate compliance.

Inside Winter Design Temperature: 72 deg.F +/- 2 deg.F

Inside Summer Design Temperature: 74 deg.F +/- 2 deg.F (50% RH)
(where air conditioned; no humidity control)

Basement: Inside Winter Design Temperature: 72 deg.F +/- 2 deg.F
Inside Summer Ventilation: 10 air change/Hour minimum with 100% outside air

1.11.5 Room Noise Criteria: NC 35

1.11.6 Energy Efficient Design:

Minimize unit energy consumption through the application of energy-efficient designs, construction, and equipment selections. Building systems operation shall not require special attention by unit occupants. Materials and equipment shall be readily available, and manufactured by firms of established performance in their field. This project shall be designed in accordance with the following standards:

Calculate energy usage of building using hourly computerized calculations utilizing DOE, TRACE or other similar computer program. Energy usages/budget shall not exceed the 1190-A Design Energy Target (DET) of 32,000 BTUH/SF/yr. The DET is applicable to the above ground floor spaces including the connecting link. Provide certificate of compliance including energy usage calculations to demonstrate the compliance with the Energy Budget requirements.

Provide premium efficiency type motors for fans and pumps.

Provide energy efficient equipment. Prepare energy calculations for the government.

Provide certificates of compliance showing that equipment selected meets minimum values prescribed by the California Energy Standards.

1.11.7 Ventilation Requirements:

Toilets and janitor rooms shall be exhausted at a minimum rate of 12 to 15 air changes per hour.

Electrical, storage and maintenance rooms shall have power ventilation at a minimum rate of 10 air changes per hour, controlled by thermostats.

Outside air: The ventilation rate shall be less than 15 CFM per person at all times.

Classrooms, Conference/Study Rooms and Link: Variable volume.

Corridors: Constant volume.

1.11.8 Service Accessibility Requirements:

Service accessibility to all equipment shall be provided as part of design for maintainability and serviceability in accordance with Code, OSHA regulations and manufacturer's recommendations. Air conditioning equipment spaces shall provide adequate maintenance access space both to and around unit, as well as manufacturer's recommended airflow space around unit.

Design ventilation and air conditioning systems shall be designed in accordance with NFPA 90A.

Design air distribution supply and return ductwork shall be designed in accordance with codes and standards. Installation shall conform to NFPA 90A Codes and SMACNA DCS.

Supply air systems upstream of VAV terminals: 0.10 inches per 100 feet maximum friction loss, but not to exceed 1,500 feet per minute.

Supply air systems downstream of VAV terminals: 0.06 inches per 100 feet maximum friction loss, but not to exceed 900 feet per minute.

Return air systems: 0.06 inches per 100 feet maximum friction loss, but not to exceed 1250 feet per minute.

Exhaust air systems: 0.10 inches per 100 feet maximum friction loss, but not to exceed 1250 feet per minute.

Supply duct construction upstream of variable volume terminals: 4 in. w.g. with all joints and seams sealed.

Supply duct construction downstream of variable volume terminals: 2 in. w.g. with all joints and seams sealed.

Return and exhaust duct construction: 2 in. w.g. with all joints and seams sealed.

1.11.9 Codes and Standards

International Mechanical Code latest edition

ASHRAE 90.1 Energy Efficient Design of New Buildings, Except Low-rise Residential Buildings.

SMACNA Duct Construction Standards, latest edition.

SMACNA Seismic Restraint Guidelines to Mechanical Systems, latest edition.

Noise and Vibration Control, TM 5-80-4, 1998.

American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE).

Standard 62-1999 Ventilation for Acceptable Indoor Quality.

California State Energy Conservation Standards, Title 24, 1997.

## 1.12 FIRE PROTECTION SYSTEMS

### 1.12.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide a complete, functional and operational fire protection system.

### 1.12.2 SYSTEM REQUIREMENTS

The entire building shall be provided with a fully automatic fire sprinkler system that is hydraulically designed in accordance with NFPA 13 and MIL-HDBK-1008C requirements.

On-site fire main shall be per NFPA 24.

Sprinkler density shall be Light Hazard Occupancy for public spaces and private offices, and Ordinary Hazard, Group 1 Occupancy for mechanical and electrical rooms.

All valves shall be supervised with electric tamper switches.

Sprinkler heads in tile ceilings shall align with one or both centerlines.

Coordinate all fire alarm signals from this work with Electrical Work.

### 1.12.3 DESIGN CRITERIA

NFPA 13 Light Hazard Occupancy and Ordinary Group 1 Occupancy, as modified by MIL-HDBK-1008C requirements.

### 1.12.4 Codes and Standards

1. NFPA 13

2. Underwriters Laboratories.

3. Factory Mutual.

4. MIL-HDBK-1008C

5. Sprinkler Contractor shall be in the business of installing fire sprinkler work for the past five years.

6. Welding procedures and welder certifications shall be submitted for review and approval.

## 1.13 ELECTRICAL SYSTEMS

### 1.13.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide a complete, functional and operational electrical systems.

1.13.2 SYSTEM REQUIREMENTS

Provide power, lighting, fire alarm, telephone and data communications systems as shown on the drawings and as specified herein.

1. Feeder is from existing Building 245 switchgear at ground floor level.

2. Power to convenience receptacles, appliances, equipment shown on architectural drawings, equipment shown on mechanical drawings, and government furnished equipment.

3. Removal and relocation of power to existing mechanical equipment.

4. Lighting fixtures, switches, controls, and wiring.

5. Fire alarm system.

6. Telephone and data communications systems.

7. Grounding

8. Empty conduits for video conferencing system.

1.13.3 DESIGN CRITERIA

1.13.3.1 Electrical Systems and Standards

The electrical systems shall conform to NFPA, the National Electrical Code (NEC), ANSI C2, the National Electrical Safety Code (NESC), Uniform Building Code (UBC), Uniform Fire Code (UFC) Americans with Disabilities Act (ADA), Illuminating Engineering Society (IES), FEMA-302 for seismic bracing and support of all electrical and lighting equipment, California Energy Commission (CEC), NAVFAC Engineering Field Activity West (EFA-West), EFA-West safety and fire protection engineering section.

Standards: Materials, equipment and other appurtenances shall comply with Underwriters Laboratories, Inc., (UL), American National Standards Institute, Inc. (ANSI), American Society for Testing and Materials (ASTM), EIA/TIA 570, "Residential and Light Commercial Telecommunications Wiring Standard" EIA/TIA-606; Administration Standard for the Telecommunications Infrastructure of Commercial Buildings, EIA/TIA 607 "Commercial Building Ground and Bonding Requirements for Telecommunications" and the National Electrical manufacturer's Association (NEMA) standards and applicable standards of similar independent testing organization.

1.13.4 Electrical service and distribution system sizing.

1. Size the system (other than the basement) according to the following watts per square foot densities:

| Load | Watts per Square Foot |
|---|---|
| Lighting | 3 |
| Convenience receptacles | 2 |
| Telephone and data system | 1 |
| Appliances (photocopy machines, printers, etc.) | 1 |
| Exterior lighting | 1/2 |
| Mechanical equipment | Actual load |

Basement:

Provide a power panel wall mounted in the basement. The power panel shall have a minimum of three circuits for lighting, four circuits for convenience receptacles, and four circuits for appliance and four spares circuits.

Provide a wall mounted telephone and data communication panel. The panel shall have adequate capacity for 30 telephones and 60 data communication circuits. Terminate the wiring at the panel.

Lighting: 1.5 watts/square foot
Convenience receptacles: 1.5 watts/square foot
Appliances: 3 watts per square foot (terminate at the circuit breakers)

2. For convenience receptacles load: Calculate the load according to the outlets that are shown on the drawings. Use 180 volt-amperes for standard duplex receptacle and 400 volt-amperes for duplex receptacle that is intended for computers. The receptacles intended for computers are shown next to telephone and data outlets.

3. Calculate the connected loads, apply Code recognized demand factor, add the spare capacities, and size the service and distribution feeders and circuit breakers accordingly. The sizes shown on the drawings are minimum ratings. If required by the calculations provide larger service and distribution system feeder and circuit breaker sizes.

4. Illumination levels shall conform to Illumination Engineers Society (IES) of North America recommendations.

5. Provide minimum illumination levels (in footcandles, measured at 30 inches above the floor) as follows:

| Location | Footcandles |
|---|---|
| Offices | 60 |
| Classrooms | 75 |
| Utility rooms | 30 |
| Storage rooms | 20 |
| Corridors, lobbies, hallways | 20 |
| Parking | 1 |
| Walkway | 1 |
| Toilets | 20 |
| Conference and meeting rooms | 60 |
| Basement | 60 |

6. Submit lighting level calculations of all areas.

7. Emergency Power

Provide battery back-up emergency power that are integral to light fixtures and fire alarm panels for the following:

a. Exit Signs

b. Egress or Emergency Lighting

c. Fire Alarm System

1.13.5 Branch circuiting

1. Convenience receptacle circuit: maximum 6 duplex receptacles on a 20-ampere 120-volt circuit.

2. Where an outlet is intended to serve computer station use 400 watt load on that outlet.

3. Lighting: maximum 12 amperes lighting load on a 20-ampere, 120 or 277-volt circuit.

4. Wiring Devices:

a. Receptacles:

i. General convenience receptacles shall be specification grade, 20 ampere, duplex type, 125 volt, 2 pole, 3 wire grounding.

ii. Ground fault (GFI) receptacles shall be used in outdoor location, near sink, and in toilet rooms.

(c) Special purpose receptacles shall be as required to serve specific equipment.

b. Switches: Shall be heavy duty, toggle type, 15 amperes, 120/277 volts

5. Dry Type Transformer: Copper windings, energy efficient, 220 degree, C class insulation, 115 degree C rise temperature.

6. Panelboards: Bolt-on circuit breakers, copper busses, door-in-door panel covers, "intelligent" style with combination circuit breaker and relays for lighting subpanels.

7. Motor Controller: Combination circuit breakers and magnetic starters with HOA (HAND-OFF-AUTOMATIC) control stations.

1.13.6 Spare capacities

The electrical system, fire alarm and telephone and data communications are provided with 33% spare capacities.

1.13.7 Voltage drop

Branch and feeder wiring are provided with 3% maximum voltage drop to farthest outlet.

1.13.8 Fire alarm system

a. The fire alarm system shall consist of an addressable system, control panels, annunciator panels, smoke detectors, supervised manual pull stations, audible and visible signal devices, control equipment and terminal cabinets in compliance with NFPA 13 and MIL-HDBK-1008C.

b. Wiring shall be in conduits. All electrical components and conduits exposed to weather shall be in weatherproof enclosures and have weatherproof connections. Provide transmitter to signal alarm to the Station's Fire House.

c. Monitor the fire sprinkler flow and tamper switches, and mechanical duct smoke detectors.

d. Fire alarm drawings and system installation shall be prepared and installed by a qualified fire alarm contractor, and submitted to the Contracting Officer for review and approval.

Use analog addressable devices with wireless two-way radio communication between the building fire alarm control panel and Base Fire Department central station monitoring system.

1.13.9 Telecommunications System and Data Communication

1.13.9.a Raceway and Wiring System for Telecommunication

The raceway system for telecommunications (telephone, data and video wiring) consists of surface mounted raceways, cable trays, backboards, equipment racks, patch panels, conduits and boxes for telephone, data and video wiring. The cables, jacks and equipment for telecommunications shall conform to Category 6 compliant cable plant.

1.13.9.b Cable Plant

1. Fiber: The standard shall be shared sheath indoor/outdoor rated, 12 strand MM (multi-mode), 6 strand SM (single mode). Fiber to be run through outside conduit shall be placed in outdoor rated innerduct. Fiber to be ran from building entry point to DF (distribution frame) shall be placed in riser innerduct.
2. Fiber Termination: Fiber to be terminated in LIU's (light interface units) with SC Hot Melt MM and SM connectors. One LIU for each end of fiber.
3. Cable Infrastructure in Building: Each building shall have at minimum a BDF (building distribution frame) where the backbone fiber and copper cables come into and the electronics are housed.

4. Copper Cable for Voice and Data: UTP cable must be enhanced CAT5 or better and installed by certified technicians. Contractor shall supply an equivalent number of 3' patch and 20' line cables as drops.
5. Copper Termination: Copper to be terminated in a patch panel DF and wall plate with green colored jacks/connectors and matched CAT rating as cable installed on wall. Cable Manager to be positioned directly above and below each patch panel.
6. Electronics: 3COM 3300's with one fiber module per each stack of four 3300's.
7. UPS: 720 APC modules - SNMP card, Smart Slot Expansion Module and Temp. Humidity card. Running either SU700 or better depending on load potential.
8. DF: A lockable cabinet located in a temperature controlled or well-ventilated area. Size of cabinet would be dependent on network design.

1.13.9.c Cabling:

All wiring shall be in conduits.

Underground conduits: PVC schedule 40

Metal clad (MC) cables for receptacle and lighting branch circuits.

Interior conduits: Use rigid galvanized steel for all exposed conduit. Use EMT conduit in mechanical and equipment rooms. Use electro-metallic tubing (EMT) for conduits installation in ceiling spaces and furred walls.

Wires and Cables:

All conductors shall be copper.

Stranded for AWG Size 10 and above, and solid copper for 12 and smaller.

PART 2 PRODUCTS

NOT USED

PART 3 EXECUTION

NOT USED

-- End of Section --

# SECTION 01200

# PRICE AND PAYMENT PROCEDURES
**09/00**

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| COE EP-1110-1-8 | (1995) Construction Equipment Ownership and Operating Expense Schedule |

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Schedule of prices; G

### 1.3 SCHEDULE OF PRICES

#### 1.3.1 Data Required

Within the time specified provide as detailed a "Schedule of Prices" as can be assembled at this time.

In the "Schedule of Prices", include a line item for the design effort as a percentage of the construction cost. No later than 15 calendar days after design approval, provide an updated detailed "Schedule of Prices' reflecting the completed and accepted design.

This contract requires the use of a cost-loaded Network Analysis Schedule. The information required for the Schedule of Prices will be entered as an intregal part of the Network Analysis Schedule (NAS) and its Mathematical Analysis. Within 15 calendar days of notice of award, prepare and deliver to the Contracting Officer a schedule of prices (construction contract) on the forms furnished by the Government. Provide a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices therefor.

#### 1.3.2 Schedule Instructions

Payments will not be made until the cost-loaded NAS has been submitted to and accepted by the Contracting Officer. Identify the cost for site work, and include incidental work to the 5 foot line. Identify costs for the building(s), and include work out to the 5 foot line. Work out to the 5 foot line shall include construction encompassed within a theoretical line 5 feet from the face of exterior walls and shall include attendant construction, such as cooling towers, placed beyond the 5 foot line.

### 1.3.3 Schedule Requirements for HVAC TAB

The field work Section 15950, "HVAC Testing/Adjusting/Balancing" shall be broken down in the cost-loaded NAS by separate line items which reflect measurable deliverables. Specific payment percentages for each line item shall be determined on a case by case basis for each contract. The line items shall be as follows:

a. Approval of Design Review Report: The TABS Agency is required to conduct a review of the project plans and specifications to identify any feature, or the lack thereof, that would preclude successful testing and balancing of the project HVAC systems. The resulting findings shall be submitted to the Government to allow correction of the design. The progress payment shall be issued after review and approval of the report.

b. Approval of the pre-field engineering report: The TABS Agency submits a report which outlines the scope of field work. The report shall contain details of what systems will be tested, procedures to be used, sample report forms for reporting test results and a quality control checklist of work items that must be completed before TABS field work commences.

c. Season I field work: Incremental payments are issued as the TABS field work progresses. The TABS Agency mobilizes to the project site and executes the field work as outlined in the pre-field engineering report. The HVAC water and air systems are balanced and operational data shall be collected for one seasonal condition (either summer or winter depending on project timing).

d. Approval of Season I report: On completion of the Season I field work, the data is compiled into a report and submitted to the Government. The report is reviewed, and approved, after ensuring compliance with the pre-field engineering report scope of work.

e. Completion of Season I field QA check: Contract QC and Government representatives meet the TABS Agency at the jobsite to retest portions of the systems reported in the Season I report. The purpose of these tests are to validate the accuracy and completeness of the previously submitted Season I report.

f. Approval of Season II report: The TABS Agency completes all Season II field work, which is normally comprised mainly of taking heat transfer temperature readings, in the season opposite of that under which Season I performance data was compiled. This data shall be compiled into a report and submitted to the Government. On completion of submittal review to ensure compliance with the pre-field engineering report scope, progress payment is issued. Progress payment is less than that issued for the Season I report since most of the water and air balancing work effort is completed under Season I.

## 1.4 CONTRACT MODIFICATIONS

In conjunction with the Contract Clause "DFARS 252.236-7000, Modification Proposals-Price Breakdown," and where actual ownership and operating costs of construction equipment cannot be determined from Contractor accounting records, equipment use rates shall be based upon the applicable provisions

of the COE EP-1110-1-8.

## 1.5 CONTRACTOR'S INVOICE AND CONTRACT PERFORMANCE STATEMENT

### 1.5.1 Content of Invoice

Requests for payment will be processed in accordance with the Contract Clause "FAR 52.232-27, Prompt Payment Construction Contracts."

a. The Contractor's invoice certified by QC, on the form furnished by the Government for this purpose, showing in summary form, the basis for arriving at the amount of the invoice. Submit original and five copies.

b. The Contract Performance Statement on the form furnished by the Government for this purpose, showing in detail, the estimated cost, percentage of completion, and value of completed performance. Submit original and two copies.

c. Final invoice shall be accompanied by Final Release Form. If the contractor is incorporated, the release shall contain the corporate seal. An officer of the corporation shall sign the release and the corporate secretary shall certify the release

d. Updated network mathematical analysis (three copies).

### 1.5.2 Mailing of Invoices

a. All invoices shall be forwarded with specific marking on the envelope. This marking shall be in the front lower left hand corner, in large letters, "INVOICES - ENCLOSED."

b. Invoices not completed in accordance with contract requirements will be returned to the Contractor for correction of the deficiencies.

c. Final invoices not accompanied by Final Release Form will be considered incomplete and will be returned to the Contractor.

## 1.6 PAYMENTS TO THE CONTRACTOR

Payments will be made on submission of itemized requests by the Contractor which comply with the requirements of this section, and will be subject to reduction for overpayments or increase for underpayments made on previous payments to the Contractor.

a. Basis for Contracting Officer's consideration to allow progress payment for material delivered on the site (but not installed) and for completed preparatory work, as authorized under FAR 52.232-5(b), shall be (1) major high cost items and (2) long lead special order items. Materials that will not be paid for prior to installation include, but are not limited to, bulk quantities such as nails, fasteners, conduits, gypsum board, etc. In the request for progress payment, such items shall be specifically identified in the Contractor's estimates of work submitted for the Contracting Officer's approval in accordance with paragraph entitled "Schedule of Prices" above. At the time of invoicing, the amount billed shall be supported by documents establishing its value.

### 1.6.1 Obligation of Government Payments

The obligation of the Government to make payments required under the provisions of this contract will, at the discretion of the Contracting Officer, be subject to reductions and/or suspensions permitted under the FAR and agency regulations including the following in accordance with "FAR 32.503-6:

a. Reasonable deductions due to defects in material or workmanship;

b. Claims which the Government may have against the Contractor under or in connection with this contract;

c. Unless otherwise adjusted, repayment to the Government upon demand for overpayments made to the Contractor; and

d. Failure to provide up to date record drawings not current as stated in Contract Clause "FAC 5252.236-9310, Record Drawings."

### 1.6.2 Payment for Materials Offsite

Payments may be made to the Contractor for materials stored off construction sites under the following conditions:

a. Conditions described in the paragraph entitled "Payments to the Contractor";

b. Material within a distance of 50 miles by streets and roads to the construction site;

c. Materials adequately insured and protected from theft and exposure;

d. Materials not susceptible to deterioration or physical damage in storage or in transit to the job site are acceptable for progress payments. Items such as steel, machinery, pipe and fittings, and electrical cable are acceptable; items such as gypsum wallboard, glass, insulation, and wall coverings are not;

e. Materials in transit to the job site or storage site are not acceptable for payment; and

f. Conditions specified in "FAR 52.232-5(b) Payments Under Fixed Price Construction Contracts."

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

Not used.

-- End of Section --

# SECTION 01310

# ADMINISTRATIVE REQUIREMENTS
**09/00**

## PART 1 GENERAL

### 1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

List of contact personnel; G

Insurance; G

Personnel list; G

Vehicle list; G

Statement of Acknowledgement Form SF 1413

### 1.2 MINIMUM INSURANCE REQUIREMENTS

Procure and maintain during the entire period of performance under this contract the following minimum insurance coverage:

a. Comprehensive general liability: $500,000 per occurrence

b. Automobile liability: $200,000 per person, $500,000 per occurrence for bodily injury, $20,000 per occurrence for property damage

c. Workmen's compensation as required by Federal and State workers' compensation and occupational disease laws.

d. Employer's liability coverage of $100,000, except in States where workers compensation may not be written by private carriers,

e. Others as required by the State of Calfornia.

### 1.3 CONTRACTOR PERSONNEL REQUIREMENTS

#### 1.3.1 Subcontractors and Personnel

Furnish a list of contact personnel of the Contractor and subcontractors including addresses and telephone numbers for use in the event of an emergency. As changes occur and additional information becomes available, correct and change the information contained in previous lists.

#### 1.3.2 Space Temperature Control, HVAC TAB, and Apparatus Inspection

All contract requirements of Section 15901, "Space Temperature Control System" and "Section 15950, HVAC Testing/Adjustment/Balancing" shall be accomplished directly by a first tier subcontractor. No work required by Section "15901 and 15950" shall be accomplished by a second tier

subcontractor.

Add new Paragraph 1.5 Availability of CADD Drawing Files. Please use Paragraph 1.17 of the NAVFAC Guide Specification Section 01310 in its entirety.

1.3.3 Identification Badges

Identification badges, if required, will be furnished without charge. Application for and use of badges will be as directed. Immediately report instances of lost or stolen badges to the Contracting Officer.

1.3.4 Personnel List

Submit for approval, at least 15 days prior to the desired date of entry, an original alphabetical list of personnel who require entry into Government property to perform work on the project. Furnish for each person:

a. Name

b. Date and place of birth

c. Citizenship

d. Home address

e. Social security number

f. Current pass expiration date

g. Naturalization or Alien Registration number

h. Passport number, place of issue, and expiration date

The request for personnel passes shall be accompanied with the following certification:

"I hereby certify that all personnel on this list are either born U.S. citizens, naturalized U.S. citizens with the naturalization number shown , or legal aliens with the alien registration number indicate."

Signature/Firm Name

1.4 PARTNERING

The Contracting Officer intends to encourage the foundation of a cohesive partnership among the Government, the Contractor and its Subcontractors, and the Architect/Engineer. This partnership shall be structured to draw on the strengths of each organization to identify and achieve common goals. The objectives are effective and efficient contract performance, intended to achieve completion within budget, on schedule, and in accordance with plans and specifications. The Contractor's key personnel shall attend a 2 day "partnering" course with key personnel of the Contracting Officer. Contractor key personnel are the Project Manager, Assistant Project Manager, Superintendent, QC representative, major subcontractors (electrical, mechanical, roofing, and controls), and specialized supplementary personnel. The Contractor shall organize and sponsor the course. The course will be held during normal working hours within 45 days

of contract award. One day follow-up sessions will be held at 4 month intervals, or as necessary, throughout the contract, with the same participants, during normal working hours. Government reserves the option to hold a second partnering course at the mid-point of the contract.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01321

NETWORK ANALYSIS SCHEDULES (NAS)
**09/00**

# PART 1 GENERAL

## 1.1 DESCRIPTION

Prepare a progress chart pursuant to the clause entitled "FAR 52.236-15, Schedules for Construction Contracts" of the Contract Clauses that shall consist of a network analysis system. The network analysis system shall consist of the network analysis schedule (diagram), mathematical analysis, and associated reports. The scheduling of construction shall be the responsibility of the Contractor. Submission of progress and revision data will be used to measure work progress, aid to evaluate time extensions, and provide basis of all progress payments. The Critical Path Method (CPM) of network calculation shall be used to generate the project schedule and will utilize the Precedence Diagram technique to satisfy both time and cost applications. All progress payment amounts will be derived from and tied to the cost-loaded schedule activities.

## 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Qualifications; G

Standard Activity Coding Dictionary

Schedule Development Session scheduler/planner; G

Preliminary Network Analysis Schedule; G

Prior to the Pre-Design Meeting, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design.

Network Analysis Schedule; G

Accepted Network Analysis Schedule; G

SD-07 Certificates

Monthly Network Analysis Updates; G

SD-11 Closeout Submittals

## 1.3 SCHEDULE ACCEPTANCE

Review comments made by the Government on the Contractor's construction schedule will not relieve the Contractor from compliance with requirements of the Contract Documents. The Contractor is responsible for scheduling,

sequencing, and prosecuting the Work to comply with the requirements of the Contract Documents. Government acceptance extends only to the activities of the contractor's schedule that the Government has been assigned responsibility for and agrees it is responsible. The Government will also review for contract imposed schedule constraints and conformance, and cost loading of the CPM activities. Comments offered on other parts of the schedule which the Contractor is assigned responsibility are offered as a courtesy and are not conditions of government acceptance; but are for the general conformance with established industry schedule concepts.

1.3.1 Schedule Acceptance Prior to Start of Work

Contractor will not be allowed to start workprior to acceptance of the Project.

1.3.2 Acceptance

a. When the Accepted Network Analysis Schedule is submitted and accepted by the Contracting Officer, it will be considered the "Baseline CPM Schedule". The Baseline CPM Schedule will then be used by the Contractor for planning, organizing, and directing the work; reporting progress; and requesting payment for work accomplished. The schedule will be updated monthly by the Contractor and submitted monthly with the progress pay request to reflect the current status of the work. The submittal and acceptance of the Accepted Network Analysis Schedule and accurate updated schedules accompanying the pay requests are both conditions precedent to processing pay requests. Only bonds will be paid prior to acceptance of the Accepted Network Analysis Schedule.

b. Submittal of the Network, and subsequent schedule updates, will be understood to be the Contractor's representation that the submitted schedule meets all of the requirements of the Contract Documents, accurately reflects the work accomplished, and that Work will be executed in the sequence indicated on the submitted schedule.

1.4 SOFTWARE

The scheduling software that will be utilized by the contractor on this project is SureTrak by Primavera Systems, Inc.

1.4 Computer Hardware

Provide and maintain a personal computer (PC) capable of running the network analysis software specified. All necessary software and hardware will be provided to make the system a complete and useable package. Provide a printer or plotter, as required, with necessary cables. The contractor PC will remain the property of the Contractor.

1.5 QUALIFICATIONS

The Contractor shall designate a full time Scheduler that will be responsible for the development, preparation, and maintenance of an accurate, computerized Network Analysis Schedule. The Scheduler shall have previously developed, created and maintained at least 2 previous computerized schedules of similar size and complexity of this contract. A resume outlining the qualifications of the scheduler shall be submitted for

acceptance to the Contracting Officer. If at a later date, the Contracting Officer considers the Contractor's Scheduler to be incompetent or objectionable, the Contractor will propose a new Scheduler, meeting the qualification requirements. Payments will not be processed until an acceptable Scheduler is provided.

## 1.6 NETWORK SYSTEM FORMAT

The system shall consist of time scaled logic diagrams accompanying mathematical analyses and specified reports.

### 1.6.1 Diagrams

Show the order and interdependence of activities and the sequence in which the work is to be accomplished as planned. The basic concept of a network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion restricts or restrains the start of following activities. Diagrams shall be sorted by Early Start Date and will show a continuous flow from left to right with no logic (relationship lines) from right to left. With the exception of the Project Start and Project Completion milestone activities, no activities will be open-ended; each activity will have predecessor and successor ties. The diagram shall clearly show the activities of the critical path. No onsite construction activity shall have duration in excess of 20 working days. Once an activity exists on the schedule it may not be deleted and must remain in the logic. No more than 20 percent of the activities may be critical or near critical. Critical will be defined as having zero days of Total Float. "Near critical" will be defined as having Total Float in the range of 1 to 14 days. Show the following information on the diagrams for each activity:

a. Activity/Event Number

b. Activity Description

c. Original Duration in work days

d. Actual Duration in Work Days

e. Early Start Date

f. Early Finish Date

g. Total Float (or Slack)

h. Responsibility Code

Provide network diagrams on ANSI E sheets. Updated diagrams shall show the date of the latest revision.

### 1.6.2 Quantity and Numbering of Activities

Numbering shall be assigned so that, in general, predecessor activity numbers are smaller numerically than the successor activity numbers. Skip numbering shall be used on the network to allow insertion of additional activities for contract modifications and logic changes. The minimum number of construction activities in the final network diagram shall be 200. Types of activities included in the schedule are specified below.

1.6.2.1 HVAC TAB Activities

Requirements for the activities related to HVAC TAB work, Section entitled, "HVAC Testing/Adjusting/Balancing," are specified in Section entitled, "Price and Payment Procedures."

1.6.2.2 Procurement Activities

Tasks related to the procurement of material or equipment shall be included as separate activities in the project schedule. Examples of procurement activities include, but are not limited to: Material/equipment submittal preparation, submittal and approval of material/equipment; delivery of O&M manuals; material/equipment fabrication and delivery, delivery of extra parts, extra stock, special tools, notification of Government Furnished Material/Equipment delivery requirement, etc. As a minimum, separate procurement activities will be provided for every specification section. If the Contractor intends on using Just-In-Time (JIT) delivery methods, the schedule will show each JIT delivery with relationship tie to the Construction Activity specifically for the JIT delivery. Material and equipment for which payment will be requested in advance of installation shall be cost-loaded with the procurement costs. All activities within a procurement process/cycle will have a unique identifier in the activity code to show their relationships and will extend to the related construction activities (i.e., Work Category).

If the Government's action on any submittal is "Disapproved" or "Revise and Resubmit", a new series of Procurement Activities will be inserted into the schedule. Predecessor for the new submittal preparation activity will be the original approval activity and the successor of the new approval activity will be the fabrication/deliver activity for the equipment or material.

1.6.2.3 Government Activities

Government and other agency activities that could impact progress shall be clearly identified. Government activities include, but are not limited to; Government approved submittal reviews, Government conducted inspections/tests, utility outages, Notice(s) to Proceed and delivery of Government Furnished Material/Equipment. Show activities indicating Government furnished materials and equipment utilizing delivery dates indicated in "FAR 52.245-2, Government Property (Fixed-Price Contracts)." Government activities will be driven by calendars that reflect Saturdays, Sundays and all Federal Holidays as non-work days.

1.6.2.4 Construction Activities

Construction activities shall include, but are not limited to: Tasks related to mobilization/demobilization; the installation of temporary or permanent work by tradesman; testing and inspections of installed work by technicians, inspectors or engineers; start-up and testing of equipment; commissioning of building and related systems; scheduling of specified manufacture's representatives; final clean-up; training to be provided; and administrative tasks necessary to start, proceed with, accomplish or finalize the contract. Contractor activities will be driven by calendars that reflect Saturdays, Sundays and all Federal Holidays as non-work days.

1.6.2.5 Anticipated Weather Delays

Schedule activity duration(s) shall be formulated with allowance for normal

adverse weather conditions. Any activity duration which could be impacted by normally anticipated adverse weather (precipitation, high or low temperature, wind, etc.), due to the time period which the Contractor has scheduled the work, shall include an adjustment to include the anticipated weather delay. The Contractor shall anticipate delay by comparing the contractually imposed environmental restrictions in the Contract Documents to the National Oceanic and Atmospheric Association's (NOAA) historical monthly averages for the NOAA location closest to the project site. The number of anticipated adverse weather delays allocated to an activity will be reflected in the activity's calendar. A lost workday, due to weather conditions, is defined as a day in which the contractor's workforce cannot work 50 percent or more of the day. The Contractor shall immediately notify the Contracting Officer when a lost day has occurred due to weather and will record on the Daily Reports, the occurrence of adverse weather and resultant impact to the normally scheduled work. If the number of actual adverse weather delay days exceeds the number of days anticipated, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days and issue a modification in accordance with the contract clauses.

1.6.2.6 Activity Properties

Schedule activities will have the following properties:

a. Standard Activity Coding Dictionary: The Contractor shall submit a coding scheme for Schedule Activity Numbers that shall be used throughout the project. The coding scheme submitted shall list the values for each activity code category and translate those values into project specific designations. Code length shall not exceed 10 characters. Once accepted, the coding scheme will be used for the duration of the project.

b. Activity Description: Each activity shall have a narrative description consisting of a Verb or work function (e.g.; form, pour, excavate), an Object (e.g.; slab, footing, underfloor plumbing), and Area (e.g.; 3rd floor, northeast quadrant, basement).

c. Work Category: All Activities shall be identified in the project schedule according to the work category which best describes the activity. Examples of work categories are procurement, government, and construction activities that are all related to a single Definable Feature of Work. Activities shall not be contained in more than one Work Category.

d. Area Code: All activities shall be identified in the project schedule by the Area Code in which the activity occurs. Activities shall not be contained in more than one Area Code. Area is defined as a distinct separation in construction, such as a story of construction, separate structure, usage or function difference, utility distribution systems, etc.

e. Responsibility Code: All activities in the project schedule shall be identified with the party responsible to perform the task. Responsibility includes, but is not limited to; the prime contractor, subcontracting firm, or Government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by a responsibility code. For example, a

responsibility code value, "ELEC", may be identified as "Electrical Subcontractor."

f. CSI Code: All activities in the project schedule shall be identified with its respective 5-digit Specification Section number. Activities shall not belong to more than one Section number. If an activity does not have an applicable CSI Code, (such as "Mobilize"), the code will be "00000".

g. Drawing Code: All activities in the project schedule shall be identified with its respective project drawing code. The drawing code is the Sheet Number on the primary project drawing which indicates the work to be performed. Activities shall not belong to more than one Drawing Code. Examples of Drawing Codes are "C-10", "C.10" or "C10". The code system will allow organizing all activities by drawing code in alpha and numeric order. If an activity does not have an applicable Drawing Code, (such as "Mobilize"), the code will be "00000".

h. Modification Code: The Modification Code shall identify activities that are modified or added by contract modification. Activities shall not belong to more than one Modification Code. The Government will assign the modification number, which will be shown on the SF 30. Use a shortened version of the modification number for the code (e.g.; A00010 = 010).

i. Request for Equitable Adjustment (REA) or Claim Code: Activities that are modified or added, as a result of a Contractor's REA or Claim shall be identified by a code generated by the Contractor. Activities shall not belong to more than one REA or Claim Code.

j. The Three Phases of Control (Preparatory, Initial, and Follow-up): For each Definable Feature of Work identified in the Contractor's Quality Control Plan, include an activity for the Preparatory Phase. The Initial Phaseand Follow-up Phase will be represented by the Construction Activities in the schedule.

k. Project Milestone Dates: Dates shall be shown on the diagram for the start of the project, any contract required interim start and completion dates, contract completion date and other significant milestones.

l. Scheduled Project Duration: The schedule duration shall extend from notice-to-proceed to the contract completion date.

m. Project Start Date Milestones: The schedule shall start no earlier than the contract award date and the project duration (Day 1) will start on the Notice-to-Proceed (NTP) date. The Contractor shall include as the first activity in the schedule, an activity named "Contract Award" and another activity on the NTP date named "Start Project". Both activities will be zero duration, with constrained start dates equal to the contract award and NTP dates.

n. Constraint of Last Activity Milestone: The Contractor shall include as the last activity in the project schedule, an activity named "End Project". The "End Project" activity shall be zero duration with a mandatory finish constraint equal to the contract completion date for the project. Calculation of project updates shall be such that if the finish of the last activity falls after

the contract completion date, then the float calculation shall reflect negative float on the critical path.

o. Early Project Completion: In the event the Contractor's project schedule shows completion of the project prior to the contract completion date, the Contractor shall include an activity named "Contractor Early Completion". The activity shall be a zero duration milestone with an unconstrained date representing the Contractor's Early Completion date.

p. Substantial Completion: If the contractor elects to include an activity for Substantial Completion, then it is agreed that Substantial Completion will be the point in time that the Government considers the project is complete and ready for its intended use. The activity will be named "Substantial Completion". The activity shall be a zero duration milestone with an unconstrained date representing the Contractor's Substantial Completion date.

q. Summary (a.k.a., Banding or Hammock) Activities: The Contractor shall include special activities that are a summary of a chain of activities. The start of the activity will be the start date of the first activity in the chain and the finish date will be the finish date of the last activity in the chain. Generalized work sequences, Categories of Work and all Phase of Work activity chains will be summarized.

r. Activity/Event Constraints: Date/time constraint(s), other than those required by the contract, will not be allowed unless accepted by the Contracting Officer.

s. Leads and Lags: Leads or lags will not be used when the creation of an activity will perform the same function (e.g., concrete cure time). Lag durations contained in the project schedule shall not have a negative value. The use of any lead or lag will be explained in the Narrative Report.

t. Default Progress Data Disallowed: Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in the CPM scheduling software system. Actual Start and Actual Finish dates on the CPM schedule shall match the dates provided from Contractor Quality Control and Production Reports. These reports will be the sole basis for updating the schedule. Work activities will be updated by actual work progression rather than being cash flow driven. The updating of the percent complete and the remaining duration of any activity shall be independent functions; program features that calculate one of these parameters from the other shall be disabled. Out-of-Sequence progress (if applicable) shall be handled through Retained Logic, not the Default Option of Progress Override. Actual labor and equipment hours used on activities will be derived from the daily reports.

1.6.3 Mathematical Analysis

The network diagram mathematical analysis shall include a tabulation of each activity shown on the detailed network diagrams. Provide the following information as a minimum for each activity:

a. Activity/Event number

b. Activity/Event description

c. Estimated duration of activities (by work days)

d. Earliest start date (by calendar date)

e. Earliest finish date (by calendar date)

f. Actual start date (by calendar date)

g. Actual finish date (by calendar date)

h. Latest start date (by calendar date)

i. Latest finish date (by calendar date)

j. Total float or slack

k. Material/Equipment costs will be assigned to their respective Procurement Activities (i.e., the delivery activity). Costs for installation of the material/equipment (labor, construction equipment, and temporary materials) will be assigned to their respective Construction Activities. The value of inspection/testing activities will not be less than 10 percent of the total costs for Procurement and Construction Activities. Evenly disperse overhead and profit to each activity over the duration of the project.

l. Responsibility code (including prime contractor, subcontractors, suppliers, Government, or other party responsible for accomplishment of an activity.)

m. Area Code

n. Manpower required (crew size)

o. Percentage of activity duration completed

p. Contractor's earnings based on accepted work-in-place.

The program or means used in making the mathematical computation shall be capable of compiling the total value of completed and partially completed activities. The program shall also be capable of accepting revised completion dates as modified by approved time extensions and recompilation of tabulation dates/costs and float accordingly. The total of all cost loaded activities; including costs for material and equipment delivered for installation on the project, and manpower and construction equipment loaded construction activities, shall total to 100 percent of the value of the contract.

1.6.4 Additional Requirements

In addition to the tabulation of activities, in the Paragraph entitled "Mathematical Analysis", include the following data:

a. On-site manpower loading schedule: Each construction activity shall have an estimate of the number of workers per day by trade, man-hours per day by trade and total expected hours used by trade

during the execution of the activity. If no workers are required for an activity, then the activity shall be identified as using zero workers per day.

b. Equipment loading schedule: Each construction activity shall have an estimate of the equipment used per day, number of units per day and total expected hours for each piece of equipment used during the duration of the activity. Include a description of the major items of construction equipment planned for each construction activity on the project. The description shall include the year, make, model, and capacity. If no equipment is required for an activity, then the activity shall be identified as using zero equipment per day.

1.6.5 Required Reports

The following reports will be made available in the schedule submittals and in each updated schedule submission provided on disk by the Contractor:

a. By the preceding event number from lowest to highest and then in the order of the following activity number (Activity Identification Report) showing the current status of all activities.

b. By the amount of total float, from lowest to highest and then in order of early start date (Total Float or Slack Report) showing all incomplete activities.

c. By latest allowable start dates and then in order of activity numbers (Late Start Report).

d. Earned Value Report listing all activities having a budget amount and cost. A compilation of total earnings on the project from the notice to proceed to the most recent monthly progress payment request and the difference between the previous request amount and the current payment request amount. Sort report first by resource and then by activity.

e. By tasks scheduled to start and finish by the end of the next pay period (30-Day Look Ahead).

f. With each updated schedule submission, provide a computer generated Log Report using a recognized schedule comparision software listing all changes made between the previous schedule and current updated schedule. Identify the name of the previous schedule and name of the current schedule being compared. This report will as a minimum show changes for: Added & Deleted Activities, Original Durations, Remaining Durations, Activity Percent Complete, Total Float (or Slack), Free Float, Calendars, Descriptions, Constraints (added, deleted or changed), Actual Starts/Finishes, Added/Deleted Resources, Resource Quantities, Costs, Resource Percents, Added/Deleted Relations, Changed Relation Lags, Changed Driving Relations, and Changed Critical Status.

i. Manpower staffing report and histogram: With each update schedule, a planned early and planned late versus actual labor resource histogram will be provided. This histogram shall be based upon and shall be in agreement with, the number of shifts and crew

sizes by craft, in the Accepted Network Analysis Schedule (planned) and the Monthly Network Update (actual). Included in the report will be a tabular report that will list each trade to the activities that were worked on during the construction period.

j. Equipment usage report and histogram: With each update schedule, a planned early and planned late versus actual equipment resource histogram will be provided. This histogram shall be based upon and shall be in agreement with the equipment allocation accepted on the Accepted Network Analysis Schedule (planned) and the Monthly Network Update (actual). Included in the report will be a tabular report that will list equipment (by make and model) to the activities that were worked on during the construction period.

## 1.7 SUBMISSION AND ACCEPTANCE

### 1.7.1 Preliminary Meeting

At the Pre-Construction Conference, the Contracting Officer, Contractor and major subcontractors shall participate in a preliminary meeting to discuss the proposed schedule and requirements of this section prior to submission of the network. The definition of a "major subcontractor" is one that exceeds 5 percent of the contract value.

### 1.7.2 Preliminary Network Analysis Schedule

Prior to the Pre-Design Meeting, or 21 calendar days award notice of award, whichever is earlier, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design.

Submit a preliminary network defining the planned operations during the first 90 calendar days after contract award within 20 days after contract award. The general approach for the balance of the project shall be indicated. Cost of activities expected to be completed or partially completed before submission and acceptance of the Accepted Network Analysis Schedule should be included. Submit three copies of both the preliminary network diagrams and required reports listed in paragraph entitled "Required Reports." In accordance with paragraph entitled "Monthly Reports," the preliminary network may be used for requesting progress payments for a period not to exceed 90 calendar days after receipt of "Contract Award." Submittal and acceptance of the Preliminary Network is condition precedent to the processing of the Contractor's pay requests on this schedule. Payment requests after the first 90 calendar day period shall be based upon the Accepted Network Analysis Schedule. The activities and relationships of the preliminary schedule shall coincide and mesh with the activities of the Network Analysis Schedule. As part of this submittal, provide the Project Name format (and Project Group Name if used) that will be used by the Contractor to identify initial schedule submittals, updates, fragnets, changes, etc. Include 1 copy of the Preliminary Network Analysis Schedule on 3.5" disk(s).

### 1.7.3 Preliminary Network Analysis Schedule

Prior to the Pre-Design Meeting, or 21 calendar days award notice of award, whichever is earlier, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design. Submit three copies of the diagrams described in the paragraph entitled

"Diagrams", the required reports listed in the paragraph entitled "Required Reports ", and the analysis described in the paragraph entitled "Mathematical Analysis" and information required by the paragraph entitled "Additional Requirements". Include 1 copy of the Network Analysis Schedule on 3.5" disk(s) formatted to hold 1.44 MB of data.

1.7.4 Review and Evaluation

After the Government's review, the Contractor shall meet with the Contracting Officer to discuss the review and evaluation of the NAS submittal. Revisions necessary as a result of this review shall be resubmitted for acceptance within 10 calendar days after the meeting.

1.7.5 Accepted Network Analysis Schedule

Once review comments are resolved and the network has been accepted by the Contracting Officer, the Contractor shall within 5 calendar days furnish:

a. Two copies of the network diagrams

b. Two copies of the required reports listed in paragraph entitled "Required Reports"

c. Two copies of the "Mathematical Analysis".

d. Two copies of the Cash Flow Report indicating the cash flow based upon both the early and late start schedules.

e. Two copies of each major subcontractor's statement certifying their concurrence with the Contractor's Accepted Network Analysis Schedule. Each certifying statement will be made on the subcontractor's letterhead.

f. Two sets of data disks containing the project schedule shall be provided for the initial submission and every periodic project update. Data shall be submitted on 3.5: disk(s), formatted to hold 1.44 MB of data. A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Preliminary, NAS Submittal, Accepted, Update, Recovery, or Change), full contract number, Project Name used to identify project in scheduling software, contract name & location, data status date, diskette number with total number of diskettes in set, software name and version used to run the schedule, and the name and telephone number of person responsible for the schedule.

For major revisions, updates or changes to the network diagrams, once accepted by the Contracting Officer, the Contractor shall submit these same diagrams and reports.

1.7.6 Monthly Network Analysis Updates

At monthly intervals the Contractor, Government representatives and major subcontractors will meet to jointly update the project schedule and agree on percentage of payment for each activity progressed during the update period. The purpose of the meeting is to determine progress payment amounts for each activity, allow all parties to evaluate project status at the data date, provide a complete and accurate update of procurement and construction progress, create an historical record of the project and establish prediction of completion date(s) based upon current status. The

Contractor is responsible to gather all supporting documentation propose the update data for the schedule and record the meeting minutes. All progress payment amounts will be derived from and tied to the cost-loaded schedule activities. Submit at monthly intervals a report of the actual construction progress by updating the required reports, the time scaled logic diagram, and mathematical analysis. Meeting to update the schedule and the submission of an error free, acceptable updated schedule to the Government is a condition precedent to the processing of the Contractor's pay request. As a minimum, the following actions will be accomplished during the meeting:

a. Identify activities started and completed during the previous period and enter the Actual Start and Actual Finish dates.

b. Show estimated duration (in workdays) to complete each activity started but not completed (remaining duration).

c. Indicate percentage of cost payable for each activity.

d. Reflect changes in the network diagram. All changes (i.e., duration changes, logic changes, new logic, conformed change orders, new activities, changes due to Conformed Modifications, changes in work sequence, etc.) shall be recorded and a note added to the activity log field. The log shall include as a minimum, the date and reason for the change, and description of the change.

e. Submit two copies of a Narrative Report describing: 1) Progress made in each area of the project; 2) Changes in the following; activities, original durations, logic interdependencies, milestones, planned sequence of operations, critical path, and resource and loading; 3) Pending items and status thereof, including permits, change orders, and time extensions; 4) Status of Contract Completion Date and interim milestones; 5) Current and anticipated delays (describe cause of the delay and corrective action(s)); and 6) Description of current and future schedule problem areas. Each entry in the narrative report will cite the respective Activity ID and Activity Description.

f. Submit two copies of the required reports listed in paragraph entitled "Required Reports".

g. Submit two copies of the Update Meeting minutes.

1.7.7 Summary Network

A summary network shall have the same network form as the Accepted Network Analysis Schedule. The summary network will contain a minimal number of activities that represent the general approach of work sequence. The Summary will be a time-scaled logical sequence of Work Phases. The Contractor shall submit a summary network diagram immediately after acceptance of the Accepted Network Analysis Schedule. A summary network update shall be submitted every 6 months during the contract duration and immediately following acceptance of each major schedule change. Submit the following:

a. Two copies of the summary network diagram.

b. Two copies of the Earned Value Report indicating the actual cash flow for the current updated (not summary) network based upon both

the early and late start schedules.

## 1.8 CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed revisions to the network with a fragnet and a cost proposal for each proposed change. All modifications shall be incorporated into the network analysis system as separately identifiable activities broken down and inserted appropriately on the first update following issuance of a directive to proceed with the change. Submit one copy of the Total Float Report, Log Report and a copy of the proposed Time Impact Analysis on disk, with the cost proposal. Unless the Contracting Officer requests otherwise, only conformed contract modification fragnets will be added into the subsequent monthly updates. All revisions to the current baseline schedule activities that are necessary to further refine the schedule so that the changed work activities can be logically tied to the schedule shall be made. Financial data shall not be incorporated into the schedule until the contract modification is signed by the Contracting Officer.

### 1.8.1 Time Impact Analysis:

Time Impact Analysis shall be used by the Contracting Officer in determining if a time extension or reduction to the contract milestone date(s) is justified. The Contractor shall provide a Time Impact Analysis to the Contracting Officer for any proposed contract change or as support for a Value Engineering Proposal, Claim or Request for Equitable Adjustment by the Contractor.

a. The Contractor shall submit a Time Impact Analysis (TIA) illustrating the influence of each change or delay on the Contract Completion Date or milestones. Unless the Contracting Officer requests an interim update to the schedule, the current monthly updated schedule accepted by the government shall be used to display the impacts of the change. Unless requested by the Contracting Officer, no other non-conformed changes will be incorporated into the schedule being used to justify the change impact.

b. Each TIA shall include a Fragmentary Network (fragnet) demonstrating how the Contractor proposes to incorporate the impact into the Project Schedule. A fragnet is defined as the sequence of new activities and/or activity revisions, logic relationships and resource changes that are proposed to be added to the existing schedule to demonstrate the influence of impacts to the schedule. The fragnet shall identify the predecessors to the new activities and demonstrate the impacts to successor activities. Include a narrative report describing the effects of new activities and relationships to interim and contract completion dates, with each TIA.

c. Following the Contractor's receipt of a contract modification on a Standard Form 30 signed by the Government; all changes in the fragnet used to determine impacts, shall be incorporated into the schedule. Changes will occur during the next monthly schedule update meeting.

### 1.8.2 No Reservation-Of-Rights

All direct costs, indirect costs, and time extensions will be negotiated

and made full, equitable and final at the time of modification issuance.

1.9 CHANGES TO THE NETWORK ANALYSIS SCHEDULE

If changes in the method of operating and scheduling are desired, the Contracting Officer shall be notified in writing stating the reasons for the change. If the Contracting Officer considers these changes to be of a major nature, the Contractor may be required to revise and submit for acceptance, without additional cost to the Government, the network diagrams and required sorts. A change may be considered of a major nature if the estimated time required or actually used for an activity or the network logic is varied from the original plan to a degree that there is a reasonable doubt as to the effect on the contract completion date(s). Changes that affect activities with adequate float time shall be considered a major change when their cumulative effect could extend the contract completion date.

1.10 FLOAT

Use of float suppression techniques, such as; preferential sequencing (arranging critical path through activities more susceptible to government caused delay), special lead/lag logic restraints, zero total or free float constraints, extended activity times, or imposing constraint dates other than as required by the contract, shall be cause for rejection of the project schedule or its updates. The use of Resource Leveling (or similar software features) used for the purpose of artificially adjusting activity durations to consume float and influence the critical path is expressly prohibited.

1.10.1 Definitions of Float or Slack

Free Float is the length of time the start of an activity can be delayed without delaying the start of a successor activity. Total Float is the length of time along a given network path that the actual start and finish of activity(s) can be delayed without delaying the project completion date. Project Float is the length of time between the Contractor's Early Completion (or Substantial Completion) and the Contract Completion Date.

1.10.2 Ownership of Float

Float available in the schedule, at any time shall not be considered for the exclusive use of either the Government or the Contractor. During the course of contract execution, any float generated due to the efficiencies of either party is not for the sole use of the party generating the float; rather it is a shared commodity to be reasonably used by either party. Efficiencies gained as a result of favorable weather within a calendar month, where the number of days of normally anticipated weather is less than expected, will also contribute to the reserve of float. A schedule showing work completing in less time than the Contract time, and accepted by the Government, will be considered to have Project Float. Project Float will be a resource available to both the Government and the Contractor. No time extensions will be granted nor delay damages paid unless a delay occurs which impacts the Project's critical path, consumes all available float or contingency time, and extends the work beyond the Contract Completion Date.

1.10.3 Negative Float

Negative float will not be a basis for requesting time extensions. Any

extension of time will be addressed in accordance with the Paragraph "Time Extensions". Scheduled completion date(s) that extend beyond the contract completion date(s) (evidenced by negative float) may be used in computations for assessment of payment withholdings. The use of this computation is not to be construed as a means of acceleration.

## 1.11 TIME EXTENSIONS

Extension of time for performance required under the clauses entitled "Changes," "Differing Site Conditions," "Default (Fixed-Price Construction)" or "Suspension of Work" will be granted only to the extent that equitable time adjustments for the activity or activities affected exceed the total float or slack along the network paths involved at the time Notice to Proceed was issued for the change. The Contractor acknowledges and agrees that delays in activities which, according to the network analysis schedule, does not in fact actually affect any milestone completion dates or the contract completion date shown on the CPM network at the time of delay, will not be a basis for a contract extension. Submit time extension requests with a Time Impact Analysis and three copies of the Total Float (or Slack) Report, Narrative Report and Log Report.

## 1.12 MONTHLY COORDINATION MEETING

In conjunction with receipt of the Monthly Network Update submission, a coordination meeting will be held each month on site to discuss the report. The Contractor shall make a presentation of the previously submitted and current Monthly Network Update to the Contracting Officer so as to provide an overview of the project's schedule and provide an opportunity to discuss items of coordination.

## 1.13 CORRESPONDENCE AND TEST REPORTS

All correspondence (e.g., letters, Requests for Information (RFIs), e-mails, meeting minutes, Production and QC Daily Reports, material delivery tickets, photographs, etc.) shall reference the Schedule Activity Number(s) that are being addressed. All test reports (e.g., concrete, soil compaction, weld, pressure, etc.) shall reference the Schedule Activity Number(s) that are being addressed.

# PART 2 PRODUCTS

Not used.

# PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01331

SUBMITTAL REQUIREMENTS AFTER AWARD

PART 1 GENERAL

1.1 Design Quality Control Plan

The Contractor shall submit a Design Quality Control Plan at the Pre-design Conference. The Plan shall define the specific method to cross-check all of the various discipline's drawings for completeness and accuracy and the specific method to cross check the drawings and specifications with each other for completeness and accuracy.

1.2 PRE-DESIGN CONFERENCE

Within 21 calendar days after contract award, the Contractor shall meet with Government representatives at Engineering Field Activities West (EFA WEST) for one day to review the Preliminary Network Analysis of the Construction Schedule and specific technical and design submittal requirements contained in the RFP. The Contractor's design team (architect, civil engineer, structural engineer, geotechnical engineer, mechanical engineer, electrical engineer, fire protection engineer, specification writer, and Quality Control Manager) shall attend the meeting and be prepared to discuss their plans for accomplished the work, addressing the QA/QC plan to complete the Design. Also during this conference, Government representatives will discuss matter relating to design and construction.

1.2.1 Submittal Schedule

a. 100% Complete Design Submittal: 90 calendar days after the Pre-Design Conference, the Contractor shall provide a 100% Design Submittal to the Contracting Officer for review.

b. Pre-Final Submittal: 21 calendar days after receipt of Government's review comments, the Contractor shall provide a Pre-Final Submittal to the Government to verify that all review comments have been resolved.

c. To approve RFP stipulated portion of the project design.

There are various other required submittals, not associated with the design process which must be provided and approved prior to the commencement of construction. Construction cannot proceed until all required submittals are approved

1.3 100% Complete Design Submittal

The Contractor shall provide a 100% complete design submittal ready to use for construction to the Contracting Officer for review. Contract Completion time includes time for Government reviews.

Purpose of Submittal

a. To illustrate that the contractor has prepared documentation sufficient to communicate to his staff and subcontractors how to construct the design presented in concept -whether the concept was provided by the Government or is as defined by the accepted

proposal.

b. To provide documentation that allows the Government to determine that the contractor intends to meet contract requirements and that the accepted proposal is being implemented.

c. To approve RFP stipulated portions of project design.

Submittal Format

i. The design shall be submitted all at one time. The contractor's intent shall be indicated in the project schedule submitted as part of the proposal submission prior to award and shall be carried forward into the design phase of the contract.

ii. The submittal shall be complete and ready for construction. An incomplete submittal will not be reviewed and will be returned to the Contractor for completion and resubmission. Submissions found not to be in compliance with the contract requirements will be returned to the contractor for correction and resubmission. In either case, the Government will have the designated review period upon receipt of the revised design documents with no increase in the total contract completion time.

iii. The content of all amendments shall be reflected in the submittal.

iv. Detailed Submission Requirements

a. Design Certification: The Contractor shall provide certification, signed by an officer of the Contractor's company, attesting that the drawings, specifications and design analyses prepared and submitted for the construction of the facility comply with the requirements of the RFP.

b. Drawings

(1) Prepare, organize and present drawings in the format considered standard industry practice by the AIA and described in AIA Architect's Handbook of Professional Practice (current edition), except as modified herein. Provide drawings complete, accurate and explicit enough to show compliance with the contract requirements and to permit construction.

(2) Size: All drawings shall be presented in 22" X 34" (D size) format with the Engineering Field Activity title block.

(3) All drawings shall be prepared in AutoCad Version 14.

(4) Drawings shall be prepared at scales to match the drawings provided as part of the RFP.

(5) AutoCad files of the drawings provided as part of the RFP will be provided to the Contractor after award, no later than the pre-design meeting.

(6) Minimum drawing content requirements are specified in Section 01112, "General Design and Construction Criteria." Prepare separate drawings for each design discipline. As a minimum, the

Contractor shall prepare and submit the following design drawings:

Title Sheet and Index of Drawings
Civil Design Drawings
Soil Boring Log
Landscape Drawings
Architectural Drawings
Structural Drawings
Mechanical Drawings-HVAC
Mechanical Drawings-Plumbing
Electrical Drawings
Fire Protection Drawings

(7) Site Drawings: The Contractor's completion of the site design, and changes to the site design provided in the RFP, if any, shall be prepared on a separate layer using the RFP site drawings as an external reference file. The Contractor's design and changes to the site design, if any, shall be distinguishable on prints of the Contractor prepared site drawings.

(8) The Contractor's completion of the building design, and changes to the building design provided in the RFP, if any, shall be prepared on a separate layer using the RFP drawings as an external reference file. The Contractor's design and changes to the building design, if any, shall be distinguishable on prints of the Contractor prepared drawings.

c. Specifications

(1) There are two types of specifications included in this RFP: (1) Performance specifications containing performance requirements for materials, products and systems which must be met and criteria for verifying compliance (2) Prescriptive Specifications containing specific requirements which describe, materials, products, systems, sizes, ratios, fabrication, quality of workmanship, etc. Options are frequently permitted but are limited to those included in the specification.

(2) Specifications for construction shall be provided by the Contractor in the Construction Specifications Institute (CSI) 16 Division, three part section format. Specifications shall be prescriptive and shall be in compliance with the requirements of the RFP and with those items specifically identified in the accepted proposal. Where manufacturers brand names, model numbers or other product designations are included in the prescriptive specifications, submit manufacturer's product data indicating compliance with the requirements of the RFP along with the design submittal. The specifications shall list all applicable standards, catalog cuts, samples, shop drawings, test certificates and submittal requirements during construction. Include a Table of Contents.

(3) In some cases, several prescriptive specifications will be required to address various components of a system covered by a single performance specifications section.

(4) Submit a separate Specification Section 01300 SUBMITTALS, similar to the NAVFAC Guide Specification, listing all submittals requiring approval by the Contracting Officer. Include as a

minimum, manufacturer's catalog data, shop drawings, design data, test reports, certificates of conformance, samples and operation and maintenance manuals. Submittals which will be approved by the contracting Officer are identified with a "G" following the submittal item in the solicitation specification. This listing is both a design and construction submittal requirement.

d. Engineering Calculations and Analyses. Prepare calculations and basis for design narratives for each discipline. All calculations shall be fully legible and numbered to indicate the total number of pages in the calculation (i.e Page 10 of 25). Cite criteria from which the calculations, rationale, and formulae are extracted by publication number, title, edition and page number. The document shall also include the name of the person preparing the calculation and the person who reviewed the calculations. The signature and seal of the appropriate registered professional engineer responsible for the work shall appear on the cover page of the calculations for each discipline.

e. Soil Report
Fire Protection System
(1) Catalog cuts of all material and equipment
(2) Installing Contractor's qualifications
(3) Sprinkler System
i. Working Plans
ii. Water supply data including exterior distribution system and interior piping system hydraulic calculations.
(4) Fire Alarm System
i. Working Plan

Color Boards (1) Color Boards shall be provided to indicate color selection for interior and exterior finish materials. Proposed color scheme shall be provided. Samples of color and finishes shall be professionally mounted on foam board.

1.4 Government Review

Schedule

a. 100% Complete Design Submittal: The Government will require 30 calendar days to complete its review of the total package.

b. Pre-final Submittal: The Government will required three working days to complete its verification that all review comments have been resolved, for a single submission. If further resolution is required, the contractor will complete the required actions at no increase in contract completion time. A second pre-final submission will be required to document the actions taken.

c. Final Submittal: The Government will issue a written approval to proceed with construction within 7 calendar days of the receipt of the final submittal documents. This will occur at the end of the design process.

Number of Copies

a. 100 % Complete Submittal: Provide 16 copies of the stamped or sealed and signed design drawings, project specifications, submittal register and design analyses (basis of design and calculations) for review. Make the following distribution on the same day and in the same manner to all of the reviewing components. Specific addresses will be provided at the pre-design conference. Provide:

1. Four copies to the Contracting Officer
2. Seven copies to the Architect and Engineering firm of Hoover Associates, Architects (A/E)
3. Four copies to the Public Works Office, NPS, Monterey
4. Two copies to the Resident Officer in Charge of Construction, NPS, Monterey

The Government does not provide detailed checking or coordination of the various drawings and specifications prepared by the Contractor. The Government's review will be for compliance with RFP requirements and approval of RFP-stipulated portions of project design. See paragraph 6 below.

1.5 Response to Government Review Comments

a. Prior to submission of the final documents for government acceptance, the Contractor shall provide one (1) set of all documents and the annotated review comments from the 100% complete submittal review.

b. The contractor shall indicate the action taken to resolve the comment. At this point there should be no unresolved comments. The government will verify the responses provided and will notify the Contractor when the verification process is complete.

1.6 Final Submittal

a. When all review comments have been determined to be resolved, the Contractor shall submit the original drawings, specifications and engineering calculations for final approval. In addition, two copies of all documents shall be provided to the Contracting Officer.

b. The Contracting Officer will issue an approval to proceed with the accepted portion of the design, in writing.

1.7 Government Review and Acceptance

a. The Government's review is to check the design for its sole benefit only. Design review and acceptance of the design by the Government shall not constitute that the design documents are in conformance with the RFP, nor is it a waiver of any requirement of the RFP. Design acceptance shall not relieve the Contractor of liability for his design, from fully complying with all requirements of the RFP, or from providing the Government with a fully-functional and operational facility, meeting the intent of the RFP requirements.

b. If the Contractor proposes a variation from the design or RFP stipulated requirements, it must be specifically requested in writing by the Contractor and be approved in writing by the Contracting Officer prior to including the variation in the design submittal. See Section 10332, Para 1.4.4 Variations. The responsibility and liability for a totally integrated design in accordance with the requirements of the RFP shall remain with the Contractor.

1.8 Distribution of Final Documents

a. After the Government has accepted the original drawings and specifications, the Contractor will provide two (2) full-size and two (2) half-size copies of the drawings and the specifications to Engineering Field Activity West and six (6) sets to the Administrative Contracting Officer (ACO) (two(2) full-size and four (4) half-size copies of the drawings and six sets of the specification). One (1) set of half-size drawings and one (1) set of specifications shall be sent to the Public Works Department and one set of half size drawings and one (1) set of specifications shall be sent to the customer. Names and addresses will be provided at the Pre-design meeting.

b. A copy of all electronic files shall be submitted on CD at this time.

1.9 As-Built Drawings

a. Prior to final payment, the Contractor shall enter all changes and corrections in the electronic drawing files. Changes and corrections shall be entered as a separate layer. Changes and corrections so entered shall be indicated by a lettered circle and noted as "As-Built Condition Shown" in the revisions space provided. In the case where no revisions or corrections on an individual drawing were necessary, the notation "As-Built" shall be noted.

b. The Contractor shall deliver the "As-Built" tracings to the Contracting Officer at Engineering Field Activity West for review acceptance and retention within 60 days of beneficial occupancy. Note that all dimensions shall be metric on the final documents. Three sets of CDs containing the final "As-Built" files shall be submitted. The Contractor shall provide a list of cross-referenced files for each submittal disk.

c. These requirements are in addition to the requirements in Section 01770.

1.10 Electronic File Format

a. All drawings shall be prepared in AUTOCAD Version 14.

1.11 Operation, Maintenance and Supply Information (OMSI) and Warranty Service Plan

a. Prior to the final inspection and acceptance of the project, submit OMSI manuals and Warranty-Service Plan for all aspects of the building and site development. The OMSI Manuals and the Service Plan shall be submitted in two volumes. Volume One shall include all items in site development and utilities. Volume Two shall cover all construction systems and built in equipment for the buildings. Submit five sets of each volume to the Contracting Officer. See also Section 01782.

PART 2 PRODUCTS

Not Used

PART 3 EXECUTION

Not Used

-- End of Section --

SECTION 01332

SUBMITTALS DURING CONSTRUCTION FOR DESIGN BUILD

PART 1 GENERAL

1.1 SUMMARY

1.1.1 Section Includes

This section includes administrative and procedural requirements for construction submittals presented by the Contractor for review and approval to demonstrate conformance with the approved design and the request for Proposal (RFP) requirements. This section also includes requirements for developing, submitting and maintaining a "Submittals Register."

1.1.2 Section Excludes

This section does not include requirements for facility design submittals which are specified in Section 01332, "Submittals During Construction for Design Build."

1.2 DEFINITIONS

1.2.1 Construction Submittals

Documents, physical examples, and data which identify and represent materials, products, equipment, assemblies, systems, qualifications, workmanship, and testing to be provided in the construction presented for review and approval.

1.2.2 Types of Submittals

This section identifies 17 construction submittal types, described in paragraph entitled "Schedule of Submittal Descriptions," which are grouped under the following four broad or general titles and defined below:

a. Shop Drawings: Drawings, schedules, diagrams, and other data prepared specifically for this contract, by the Contractor or through the Contractor by way of a subcontractor, manufacturer, supplier, distributor, or other lower tier contractor, to illustrate a portion of the work.

b. Product Data: Preprinted material such as illustrations, standard schedules, performance charts, instructions, brochures, diagrams, manufacturer's descriptive literature, catalog data, and other data to illustrate a portion of the work, but not prepared exclusively for this contract.

c. Samples: Physical examples of products, materials, equipment, assemblies, or workmanship that are physically identical to a portion of the work, illustrating a portion of the work or establishing standards for evaluating the appearance of the finished work or both.

d. Administrative Submittals: Data presented for review and approval to ensure that the administrative requirements of the project are

adequately met but not to ensure directly that the work is in accordance with the design concept and in compliance with the contract documents.

1.2.3 Approving Authority

The person authorized to approve a submittal.

1.2.4 Definable Feature of Work

A definable feature of work is a task which is separate and distinct from other tasks. As a minimum, if approved by the Contracting Officer, consider each section of the project specification as a definable feature of work. However, at times, there may be more than one definable feature of work in each section of the project specification.

1.3 SUBMITTALS

Submit the following for review and approval by the Government in accordance with the requirements of this section. Unless otherwise specifically stated elsewhere in this RFP, within 30 calendar days after the Contracting Officer issued an acceptance of the design, all Government Approved Submittals shall be submitted in a single completed package to the Government for review and approval. Partial incomplete submittal will not be acceptable.

1.3.1 Submittals Register

Prepare and maintain a Submittals Register. Use the form attached at the end of this section, "Submittal Register" and accompanying instructions, in developing the Submittals Register. Fill in columns (c), (d), (e), and the left side of (f) and submit with the design as required by Section 01331, "Submittals at Design Completion for Design Build".

Information for completing columns (c), (d), (e), and the left side of (f) of the Submittals Register shall be obtained from the construction submittal requirements contained in Division 01 through Division 16 of the project specification developed by the Contractor. Under the left side of column (f), insert "G" for Government approved items and leave the space blank for those items approved by the Contractor.

Should the Contractor choose to develop the project specification using the Construction Criteria Base (CCB) system and the SpecsIntact editor, the Submittals Register can be computer generated. Columns (c), (d), (e) and the left side of (f) will be automatically filled in based on the computer editing of the NAVFAC guide specifications. Disk copy of the RFP specification will be provided to the Contractor in order to generate the Submittals Register for the RFP specification sections to be used "as is" in the project specification developed by the Contractor. When the Submittals Register is computer generated, only columns (c), (d), (e) and the left side of (f) are automatically filled in, all other columns require manual entries.

The right side of column (f) will be completed by the Government during the conformance review of the design. The right side of column (f) will be filled in only for the items requiring Government approval. The Submittals Register will be returned to the Contractor along with the reviewed and approved design.

Upon receipt of the approved design, fill in column (g) and submit the Submittals Register along with the submission of the Original design documents as required by Section 01331, "Submittals at Design Completion for Design Build".

The Submittals Register, with columns (c), (d), (e), the left side of (f), and (g) filled in may be submitted with the design at the Contractor's option. Remaining columns will be filled in at the appropriate time and by the appropriate authorities during construction.

1.3.2 Other Government Approved Submittals

All other Government Approved Submittals shall be submitted in accordance with the requirements as stated in each specification sections.

1.3.3 Equipment and Materials Delivery Schedule

Within 30 calendar days after approval of the Network Analysis, submit for information to the Contracting Officer showing procurement plans for materials, plants, and equipment. Submittal shall include the minimum of the following information:

a. Description
b. Date of the Purchase Order
c. Promised shipment date
d. Name of the manufacturer or supplier
e. Date delivery is expected

1.4 PROCEDURES FOR SUBMITTALS

1.4.1 Reviewing, Certifying, Approving Authority

The Quality Control (QC) organization shall be responsible for reviewing and certifying that submittals are in compliance with contract requirements. The approving authority for submittals is the QC Manager unless otherwise specified for the specific submittal item. At each "Submittals During Construction" and "Submittals" paragraph in the individual specification sections, a notation "G", following a submittal item, indicates the Contracting Officer is the approving authority for that submittal item.

1.4.2 Constraints

a. Submittals listed or specified in this contract shall conform to the provisions of this section, unless explicitly stated otherwise.

b. Submittals shall be complete for each definable feature of work; components of the definable feature interrelated as a system shall be submitted at the same time.

c. When acceptability of a submittal is dependent on conditions, items, or materials included in separate subsequent submittals, the submittal will be returned without review.

d. Approval of a separate material, product, or component does not imply approval of assembly in which the item functions.

1.4.3 Scheduling

a. Coordinate scheduling, sequencing, preparing and processing of submittals with performance of the work so that work will not be delayed by submittal processing. Allow for potential requirements to resubmit.

b. Except as specified otherwise, allow a review period, beginning with receipt by the approving authority, that includes at least 15 days for submittals approved by the QC Manager and 20 working days for submittals approved by the Contracting Officer. The review period for submittals approved by the Contracting Officer begins when the Government receives the submittal from the QC organization. The review period for each resubmittal is the same as for the initial submittal.

c. For submittals requiring review by the Fire Protection Engineer, allow a review period, beginning when the Government receives the submittal from the QC organization, of 30 working days for return of the submittal to the Contractor. The review period for each resubmittal is the same as for the initial submittal.

1.4.4 Variations

Variations from contract requirements require Government approval pursuant to Contract Clause "FAR 52.236-21 Specifications and Drawings for Construction" and will be considered where advantageous to the Government. When proposing a variation, submit a written request to the Contracting Officer, with documentation of the nature and features of the variation and why the variation is desirable and beneficial to the Government. If lower cost is a benefit, also include an estimate of the cost saving. Identify the proposed variation separately and include the documentation for the proposed variation along with the required submittal for the item. When submitting a variation for approval, the Contractor warrants the following:

1.4.4.1 Variation Is Compatible

The contract has been reviewed to establish that the variation, if incorporated, will be compatible with other elements of the work.

1.4.4.2 Review Schedule Is Modified

In addition to the submittal review period specified above, allow 10 additional working days for consideration by the Government of submittals with variations.

1.4.5 Contractor's Responsibilities

a. Determine and verify field measurements, materials, field construction criteria; review each submittal; and check and coordinate each submittal with requirements of the work and contract documents.

b. Transmit submittals to the QC organization in orderly sequence, in accordance with the Submittals Register, and to prevent delays in the work, delays to the Government, or delays to separate contractors.

c. Advise the Contracting Officer of variation, as required by the paragraph titled "Variations."

d. Correct and resubmit submittal as directed by the approving authority. When resubmitting disapproved submittals or submittals noted for resubmittal, the Contractor shall provide a copy of that previously submitted submittal including all reviewer comments for use by the approving authority. Direct specific attention, in writing or on resubmitted submittal, to revisions not requested by the approving authority on previous submissions.

e. Furnish one additional copy of submittals when requested by the Contracting Officer, to a limit of 20 submittals.

f. Complete work which must be accomplished as a basis of a submittal in time to allow the submittal to occur as scheduled.

g. Ensure no work has begun until submittals for that work have been returned as "Approved," or "Approved as Noted," or "Approved as Submitted", except to the extent that a portion of the work must be accomplished as a basis of the submittal.

1.4.6 QC Organization Responsibilities

a. Note the date on which the submittal was received from the Contractor on each submittal.

b. Review each submittal and check and coordinate each submittal with requirements of the work and contract documents.

c. Review submittals for conformance with the design and compliance with the contract documents.

d. Act on submittals, determining the appropriate action based on the QC organization's review of the submittal.

(1) When the QC Manager is the approving authority, take the appropriate action on the submittal from the possible actions defined in the paragraph titled, "Actions Possible."

(2) When the Contracting Officer is the approving authority or when a variation has been proposed, forward the submittal to the Government with the certifying statement or return the submittal to the Contractor marked "Not Reviewed" or "Revise and Resubmit" as appropriate. The QC organization's review of the submittal determines the appropriate action.

e. Ensure that material is clearly legible.

f. Stamp each sheet of each submittal with the QC certifying statement or approving statement, except that data submitted in bound volume or on one sheet printed on two sides may be stamped on the front of the first sheet only.

(1) When the Contracting Officer is the approving authority, the QC organization shall certify submittals forwarded to the Contracting Officer with the following certifying statement:

"I hereby certify that the (equipment) (material) (article) shown and marked in this submittal is that proposed to be incorporated with Contract Number [_____], is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is submitted for Government approval.

Certified by Submittal Reviewer_________________, Date________
(Signature when applicable)

Certified by QC Manager ________________________, Date_______"
(Signature)

(2) When the QC Manager is the approving authority, the QC Manager shall use the following approval statement when returning submittals to the Contractor as "Approved," or "Approved as Noted."

"I hereby certify that the (equipment) (material) (article) shown and marked in this submittal and proposed to be incorporated with Contract Number [_____], is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is approved for use.

Certified by Submittal Reviewer__________________, Date_______
(Signature when applicable)

Approved by QC Manager___________________________, Date______"
(Signature)

g. Sign the certifying statement or approval statement. The person signing the certifying statements shall be the QC organization member designated in the approved QC Plan. The signatures shall be in original ink. Stamped signatures are not acceptable.

h. Update the Submittals Register as submittal actions occur and maintain the Submittals Register at the project site until final acceptance of all work by the Contracting Officer.

i. Retain a copy of approved submittals at the project site, including the Contractor's copy of approved samples.

j. When the QC Manager is the approving authority, forward to the Contracting Officer within 3 working days of approval, two information copies of each approved submittal, except "Samples," where one set is required. Ensure no work has begun until the QC approved submittals for that work are received by the Contracting Officer.

1.4.7 Government's Responsibilities

When the Contracting Officer is the approving authority, the Government will:

a. Note the date on which the submittal was received from the QC Manager, on each submittal for which the Contracting Officer is the approving authority.

b. Review submittals for conformance with the design and compliance with the contract documents within the review period specified.

c. Identify returned submittals with one of the actions defined in the paragraph titled "Actions Possible" and with markings appropriate for the action indicated.

d. Retain three copies of each submittal, except "Samples," where one copy will be retained.

1.4.8 Actions Possible

Submittals shall be returned with one of the following notations:

a. "Not Reviewed": Submittals so marked will indicate the submittal does not have evidence of being reviewed and approved by the Contractor, is not complete, has been previously reviewed and approved, or is not required as a submittal. A submittal marked "Not Reviewed" will be returned with an explanation of the reason

it is not reviewed. Returned submittals deemed to lack review by the Contractor or to be incomplete shall be resubmitted with appropriate action, coordination, or change.

b. "Approved," or "Approved as Submitted": Submittals so marked authorize the Contractor to proceed with the work covered.

c. "Approved as Noted": Submittals so marked authorize the Contractor to proceed with the work as noted provided the Contractor takes no exception to the notations.

d. "Revise and Resubmit" or "Disapproved": Submittals so marked indicate the submittal is incomplete or does not comply with the design or the requirements of the contract documents and shall be resubmitted with appropriate changes. No work shall proceed for this item until the resubmittal is approved.

## 1.5 FORMAT OF SUBMITTALS

### 1.5.1 Submittal Transmittal Form

Transmit each submittal, except sample installations and sample panels, to the office of the approving authority. Transmit submittals with a transmittal form prescribed by the Contracting Officer and standard for the project. Each transmittal form shall be consecutively numbered, identify the Contractor, indicate the date of the submittal, and include information prescribed by the transmittal form and required in the paragraph titled "Identifying Submittals." Process transmittal forms to record actions regarding sample panels and sample installations.

### 1.5.2 Identifying Submittals

Identify submittals, except sample panels and sample installations, with the following information permanently adhered to or noted on each separate component of each submittal and noted on the transmittal form. Mark each copy of each submittal identically, with the following:

a. Project title and location.

b. Construction contract number.

c. The specification section number which requires the submittal.

d. The submittal description (SD) number of each component of the submittal.

e. When a resubmission, an alphabetic suffix on the submittal description, for example, SD-10A, to indicate the resubmission.

f. The name, address, and telephone number of the subcontractor, supplier, manufacturer and any other second tier contractor associated with the submittal.

g. Product identification and location in project.

### 1.5.3 Format for Product Data

a. Present product data submittals for each Section as a complete, bound volume. Include a table of contents listing page and

catalog item numbers for product data.

b. Indicate, by prominent notation, each product which is being submitted; indicate the specification section number and paragraph number to which it pertains.

c. Supplement product data with material prepared for the project to satisfy submittal requirements for which product data does not exist. Identify this material as developed specifically for the project.

1.5.4 Format for Shop Drawings

a. Shop drawings shall not be less than 8 1/2 by 11 inches nor more than 30 by 42 inches.

b. Present 8 1/2 by 11 inches sized shop drawings as a part of the bound volume for the submittals required by the Section. Present larger drawings in sets.

c. Include on each drawing the drawing title, number, date, and revision numbers and dates, in addition to the information required in the paragraph titled "Identifying Submittals."

d. Dimension drawings, except diagrams and schematic drawings; prepare drawings demonstrating interface with other trades to scale. Identify materials and products for work shown.

1.5.5 Format of Samples

a. Furnish samples in the sizes specified below, unless otherwise specified or unless the manufacturer has prepackaged samples of approximately the same size as specified:

(1) Sample of Equipment or Device: Full size.

(2) Sample of Materials Less Than 2 by 3 inches: Built up to 8 1/2 by 11 inches.

(3) Sample of Materials Exceeding 8 1/2 by 11 inches: Cut down to 8 1/2 by 11 inches and adequate to indicate color, texture, and material variations.

(4) Sample of Linear Devices or Materials: 10 inch length or length to be supplied, if less than 10 inches. Examples of linear devices or materials are conduit and handrails.

(5) Sample of Non-Solid Materials: Pint. Examples of non-solid materials are sand and paint.

(6) Color Selection Samples: 2 by 4 inches.

(7) Sample Panel: 4 by 4 feet.

(8) Sample Installation: 100 square feet.

b. Samples Showing Range of Variation: Where variations are unavoidable due to the nature of the materials, submit sets of samples of not less than three units showing the extremes and

middle of the range.

c. Reusable Samples: Incorporate returned samples into the work only if so specified or indicated. Incorporated samples shall be in undamaged condition at the time of use.

d. Recording of Sample Installation: Note and preserve the notation of the area constituting the sample installation but remove the notation at the final clean up of the project.

1.5.6 Format of Administrative Submittals

a. When the submittal includes a document which is to be used in the project or become a part of the project record, other than as a submittal, do not apply the Contractor's approval stamp to the document, but to a separate sheet accompanying the document.

b. Operation and Maintenance Manual Data: Submit in accordance with Section 01730, "Operation and Maintenance Data." Include components required in that section and the various technical sections.

1.6 QUANTITY OF SUBMITTALS

1.6.1 Number of Copies of Product Data

Submit six copies of product data requiring review and approval only by the QC organization and seven copies of product data requiring review and approval by the Contracting Officer. Submit three copies of product data for operation and maintenance manuals.

1.6.2 Number of Copies of Shop Drawings

Submit shop drawings in compliance with the quantity requirements specified for product data.

1.6.3 Number of Samples

a. Submit two samples, or two sets of samples showing range of variation, of each required item. One approved sample or set of samples will be retained by the approving authority and one will be returned to the Contractor.

b. Submit one sample panel. Include components listed in technical section or as directed.

c. Submit one sample installation, where directed.

d. Submit one sample of non-solid materials.

1.6.4 Number of copies of Administrative Submittals

a. Unless otherwise specified, submit administrative submittals in compliance with the quantity requirements specified for product data.

b. Submit administrative submittals required under "SD-19, Operation and Maintenance Manuals" to conform to Section 01730, "Operation and Maintenance Data."

## 1.7 FORWARDING SUBMITTALS

### 1.7.1 Samples Required of the Contractor

Submit samples to the Resident Officer in Charge of Construction.

### 1.7.2 Shop Drawings and Product Data

As soon as practicable after award of the contract, and before procurement or fabrication, submit, except as specified otherwise, to the Resident Officer in Charge of Construction the shop drawings and product data required in the technical sections of this specification. One copy of the transmittal form for submittals shall be forwarded to the Resident Officer in Charge of Construction. Submit submittals for the following:

a. Testing/Adjusting/Balancing: Heating/Ventilating/Cooling System

b. Fire protection system

c. Fire alarm system

d. Intercommunication system

e. Pad mounted transformers

## 1.8 SCHEDULE OF SUBMITTAL DESCRIPTIONS (SD)

Construction submittals required by the RFP are identified using the following submittal description numbers and titles.

SD-01 Preconstruction Submittals

Submittals which provide calculations, descriptions, schedules or other documentation regarding the work.

Schedule: A tabular list of data or tabular list including location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work. A type of shop drawing.

SD-02 Shop Drawings

Shop Drawings: Submittals which graphically show relationship of various components of the work, schematic diagrams of systems, detail of fabrications, layout of particular elements, connections, and other relational aspects of the work. A type of shop drawing.

Schedule: A tabular list of data or tabular list including location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work. A type of shop drawing.

SD-03 Product Data

Product Data: Data composed of catalog cuts, brochures, circulars, specifications and product data, and printed information in sufficient detail and scope to verify compliance with requirements of the contract documents. A type of product data.

SD-04 Samples

Samples, including both fabricated and unfabricated physical examples of materials, products, and units of work as complete units or as portions of units of work. A type of sample.

Color Selection Samples: Samples of the available choice of colors, textures, and finishes of a product or material, presented over substrates identical in texture to that proposed for the work. A type of sample.

Sample Panels: An assembly constructed at the project site in a location acceptable to the Contracting Officer and using materials and methods to be employed in the work; completely finished; maintained during construction; and removed at the conclusion of the work or when authorized by the Contracting Officer. A type of sample.

Sample Installations: A portion of an assembly or material constructed where directed and, if approved, retained as a part of the work. A type of sample.

SD-05 Design Data

Design calculations, mix designs, analyses, or other data, written in nature and pertaining to a part of the work. A type of shop drawing.

SD-06 Test Reports

Test Report: A report signed by an authorized official of a testing laboratory that a material, product, or system identical to the material, product or system to be provided has been tested in accordance with requirements specified by naming the test method and material. The test report must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. Testing must have been within three years of the date of award of this contract. A type of product data.

Factory Test Report: A written report which includes the findings of a test required to be performed by the Contractor on an actual portion of the work or prototype prepared for this project before it is shipped to the job site. The report must be signed by an authorized official of a testing laboratory and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

Field Test Report: A written report which includes the findings of a test made at the job site, in the vicinity of the job site, or on a sample taken from the job site, on a portion of the work, during or after installation. The report must be signed by an authorized official of a testing laboratory or agency and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

SD-07 Certificates

Certificates: Statements signed by responsible officials of a manufacturer of a product, system, or material attesting that the product, system, or material meet specified requirements. The statements must be dated after the award of this contract, name the project, and list the specific

requirements which it is intended to address. A type of shop drawing.

Statement: A document, required of the Contractor, or through the Contractor by way of a supplier, installer, manufacturer, or other lower tier contractor, the purpose of which is to further the quality or orderly progression of a portion of the work by documenting procedures, acceptability of methods or personnel, qualifications, or other verification of quality. A type of shop drawing.

SD-08 Manufacturer's Instructions

Preprinted material describing installation of a product, system, or material, including special notices and Material Safety Data Sheets, if any, concerning impedances, hazards, and safety precautions. A type of product data.

SD-09 Manufacturer's Field Reports

Reports of inspection and laboratory test, including analysis and interpretation of test results. Each report shall be properly identified. Test methods used and compliance with recognized test standards shall be described.

SD-10 Operation and Maintenance Manuals

Data intended to be incorporated in an Operations and Maintenance Manual. A type of administrative submittal.

SD-11 Close Out Submittals

Documentation to ensure compliance with an administrative requirement or to establish an administrative mechanism. A type of administrative submittal.

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

### 3.1 SUBMITTALS REGISTER INSTRUCTIONS

Use the Submittals Register form to develop the Submittals Register and to track progress of submittals as they are processed. Reproduce the attached form as necessary to develop the Submittals Register. Complete the form as specified in this section and submit to the Contracting Officer for approval.

When the Submittals Register is computer generated, the form is produced with columns (c), (d), (e) and the left side of (f) automatically filled in.

a. Column (c): List each specification section number in which a submittal is required.

b. Column (d): List each submittal description (SD No. and type, e.g. SD-04, Drawings) required in each specification section. Under each submittal description list the materials, products or documents addressed under each submittal description. For a resubmission, add to the submittal description number an alphabetic suffix to indicate resubmission of the particular

submittal (e.g. "SD-04B, Drawings" is the second resubmission of drawings for the particular product or equipment).

c. Column (e): List the primary paragraph in the specification section in which the material, product, or document is described or specified. This listing is to facilitate construction submittal review and should not be construed as limiting the requirements for the material, product, or document.

d. Column (f) left side: List a "G" for Government approved items and leave the space blank for those items approved by the QC Manager.

e. Column (f) right side: Leave this column blank. This column will be filled in by the Government during the conformance review of the design and will identify the specific reviewers within the Government for submittals to be approved by the Government. This column will remain blank for all other submittals.

f. Column (g): Enter dates scheduled for the approving authority to receive submittals. These dates are the scheduled start dates for the submittal review period. The Contractor proposes these dates and the Contracting Officer approves them to establish the approved Submittals Register.

g. Columns (h) and (i): Contractor's use.

Columns (a), (b), (j) and (k) will be used by the Contractor, the QC organization and the Government on their own copies to record data established by the Contractor.

a. Column (a): Enter the activity number associated with the submittal item from the Construction Schedule.

b. Column (b): As submittals are processed, list a consecutive number assigned by Contractor for each definable feature of work. Place this same number in the appropriate block on the "Submittal Transmittal Form." For a resubmission, repeat transmittal control number of the original submittal with an alphabetic suffix (e.g. No. "99B" is the second resubmission of material originally transmitted under Transmittal Control No. 99).

c. Columns (j) and (k): Record result of Contractor's review under action and date of action.

Column (l) through column (q) will be used by Contractor, QC organization, and the Government on their own copies, in the following manner:

<u>Contractor:</u>

a. Column (l): Enter date submittal is delivered to QC organization if QC Manager is approving authority or to the Government via QC organization if Contracting Officer is approving authority.

b. Columns (m) and (n): No entries are required on Contractor's copy.

c. Columns (o) and (p): Enter action and date of action by approving authority as shown on returned submittal.

d. Column (q): Enter date Contractor receives an acted-on or returned submittal.

QC Organization:

a. Column (l): Enter date QC organization receives submittal from Contractor.

b. Columns (m) and (n): When Contracting Officer is approving authority, enter date QC organization forwards certified submittal to Contracting Officer and the date the acted-on submittal is returned from the Contracting Officer. When QC organization is approving authority, leave both columns blank.

c. Columns (o) and (p): When Contracting Officer is approving authority, enter the Government action and date of action as shown on returned submittal. When QC Manager is approving authority, enter QC action and date of action.

d. Column (q): This requires two entries, first enter date QC organization returns submittal to Contractor, regardless of who is approving authority. Second, when QC Manager is approving authority, enter date the information copy is forwarded to the Government or when Contracting Officer is approving authority, enter date acted-on submittal is returned from the Contracting Officer.

Government:

a. Column (l): When Contracting Officer is approving authority, enter date submittal is received from QC organization, otherwise leave blank.

b. Columns (m) and (n): When Contracting Officer is approving authority, enter dates submittal is forwarded to and returned from the specialized reviewer, such as fire protection engineer, architect-engineer, etc. When the QC organization is the approving authority leave both columns blank.

c. Columns (o) and (p): When Contracting Officer is approving authority, enter the Government action and date of action. When QC organization is approving authority, enter QC Manager action and date of action, as indicated on information copy received from the QC organization.

d. Column (q): When Contracting Officer is approving authority, enter date submittal is returned to Contractor via QC organization. When QC Manager is approving authority, enter date submittal information copy is received from the QC organization.

Action Code key for Columns (j) and (o):

NR: Not Reviewed

AN: Approved as Noted

A: Approved

RR: Disapproved; Revise and Resubmit

(Others may be specified by the Transmittal Form)

-- End of Section --

SECTION 01420

REFERENCES
**12/98**

PART 1 GENERAL

1.1 REFERENCES

Reference publications are cited in other sections of the specifications along with identification of their sponsoring organizations. The addresses of the sponsoring organizations are listed below, and if the source of the publications is different from the address of the sponsoring organization, that information is also provided.

AIR-CONDITIONING AND REFRIGERATION INSTITUTE (ARI)
4301 North Fairfax Drive, Suite 425
Arlington, VA 22203
Ph: 703-524-8800
Fax: 703-528-3816
internet: http://www.ari.org
email: ari@ari.org

AIR MOVEMENT AND CONTROL ASSOCIATION, INC. (AMCA)
30 West University Drive
Arlington Heights, IL 60004-1893
Ph: 708-394-0404 (Publications)
Fax: 708-253-0088

AMERICAN ARCHITECTURAL MANUFACTURERS ASSOCIATION (AAMA)
1827 Walden Office Square, Suite 104
Schaumburg, IL 60173-4268
Ph: 847-303-5664 (Publications)
Fax: 847-303-5774
internet: http://www.aamanet.org

AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS (AASHTO)
444 North Capital Street, NW, Suite 249
Washington, DC 20001
Ph: 202-624-5800
Fax: 202-624-5806
internet: http://www.aashto.org

AMERICAN ASSOCIATION OF TEXTILE CHEMISTS AND COLORISTS (AATCC)
1 Davis Drive
P. O. Box 12215
Research Triangle Park, NC 27709-2215
Ph: 919-549-8141
Fax: 919-549-8933

AMERICAN BOILER MANUFACTURERS ASSOCIATION (ABMA)
950 North Glebe Road, Suite 160
Arlington, VA 22203-1824
Ph: 703-522-7350
Fax: 703-522-2665
http://www.abma.com

AMERICAN CONCRETE INSTITUTE (ACI)
P. O. Box 9094
Farmington Hills, MI 48333
Ph: 248-848-3700
Fax: 248-848-3801
internet: http://www.aci-int.org

AMERICAN CONCRETE PIPE ASSOCIATION (ACPA)
222 West Las Colinas Blvd, Suite 641
Irving, TX 75039-5423
Ph: 972-506-7126
Fax: 972-506-7682
internet: http://www.concrete-pipe.org
email: info@concrete-pipe.org

AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS (ACGIH)
1330 Kemper Meadow Drive
Cincinnati, OH 45240
Ph: 513-742-2020
Fax: 513-742-3355
internet: http://www.acgih.org

AMERICAN FOREST & PAPER ASSOCIATION (AFPA)
1111 Nineteenth Street, NW, Suite 800
Washington, DC 20036
Ph: 202-463-2766
Fax: 202-463-2791
internet: http://www.awc.org
email: awcinfo@afandpa.org

AMERICAN GAS ASSOCIATION (AGA)
1515 Wilson Boulevard
Arlington, VA 22209
Ph: 703-841-8400
Fax: 703-841-8406
internet: http://www.aga.com

AMERICAN GEAR MANUFACTURERS ASSOCIATION, INC. (AGMA)
1500 King Street, Suite 201
Alexandria, VA 22314-2730
Ph: 703-684-0211
Fax: 703-684-0242
Order from:
Global Engineering Documents
15 Inverness Lane East
Englewood, CO 80112
Ph: 800-854-7179
Fax: 303-397-2740

AMERICAN HARDBOARD ASSOCIATION (AHA)
1210 West Northwest Highway
Palatine, IL 60067
Ph: 708-934-8800
Fax: 708-934-8803

AMERICAN INSTITUTE OF STEEL CONSTRUCTION (AISC)
One East Wacker Drive, Suite 3100
Chicago, IL 60601-2001
Ph: 312-670-2400/800-644-2400

Fax: 312-670-5403
internet: http://www.aiscweb.com

AMERICAN INSTITUTE OF TIMBER CONSTRUCTION (AITC)
7012 South Revere Parkway, Suite 140
Englewood, CO 80112
Ph: 303-792-9559
Fax: 303-792-0669

AMERICAN IRON AND STEEL INSTITUTE (AISI)
Publication ordering:
P. O. Box 4327
Chestertwon, MD 21690
Ph: 800-277-3850
Fax: 410-810-0910
internet: http://www.steel.org

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
11 West 42nd Street
New York, NY 10036
Ph: 212-642-4900
Fax: 212-398-0023
internet: http://www.ansi.org

AMERICAN PETROLEUM INSTITUTE (API)
1220 "L" Street, NW
Washington, DC 20005
Ph: 202-682-8375
Fax: 202-962-4776
internet: http://www.api.org

AMERICAN PUBLIC HEALTH ASSOCIATION (APHA)
1015 Fifteenth Street, NW, Suite 300
Washington, DC 20005
Ph: 202-789-5600
Fax: 202-789-5661
internet: http://www.apha.org

AMERICAN RAILWAY ENGINEERING ASSOCIATION (AREA)
50 "F" Street, NW
Washington, DC 20001
Ph: 202-639-2100/2122
Fax: 202-639-2986

AMERICAN SOCIETY FOR NONDESTRUCTIVE TESTING, INC. (ASNT)
1711 Arlingate Lane
P. O. Box 28518
Columbus, OH 43228-0518
Ph: 800-222-2768
Fax: 614-274-6899

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Ph: 610-832-9585
Fax: 610-832-9555
internet: http://www.astm.org
email: cservice@astm.org

AMERICAN SOCIETY OF CIVIL ENGINEERS (ASCE)
1801 Alexander Bell Drive
Reston, VA 20191-4400
Ph: 703-295-6300
Fax: 703-295-6444
internet: http://www.asce.org

AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. (ASHRAE)
1791 Tullie Circle, NE
Atlanta, GA 30329-2305
Ph: 404-636-8400/800-527-4723
Fax: 404-321-5478
internet: http://www.ashrae.org

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)
345 East 47th Street
New York, NY 10017
Ph: 212-705-7722
Fax: 212-705-7739
internet: http://www.asme.org

AMERICAN SOCIETY OF SANITARY ENGINEERING (ASSE)
28901 Clemens Road
Westlake, OH 44145
Ph: 440-835-3040
Fax: 440-835-3488
email: asse@ix.netcom.com

AMERICAN SOD PRODUCERS ASSOCIATION (ASPA)
1855-A Hicks Road
Rolling Meadows, IL 60008
Ph: 847-705-9898
Fax: 847-705-8347
internet: http://turfgrasssod.org

AMERICAN WATER WORKS ASSOCIATION (AWWA)
6666 West Quincy Avenue
Denver, CO 80235
Ph: 303-794-7711
Fax: 303-794-7310
internet: http://www.awwa.org
email: bookstor@awwa.org

AMERICAN WELDING SOCIETY, INC. (AWS)
550 NW LeJeune Road
Miami, FL 33126
Ph: 305-443-9353/800-334-9353
Fax: 305-443-7559
internet: http://www.amweld.org

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)
3246 Fall Creek Highway, Suite 1900
Grandbury, TX 76049-7979
Ph: 817-326-6300
Fax: 817-326-6306

ANTI-FRICTION BEARING MANUFACTURERS ASSOCIATION (AFBMA)
1200 19th Street, NW

Washington, DC 20036
Ph: 202-429-5155
Fax: 202-223-4579

APA - THE ENGINEERED WOOD ASSOCIATION (APA)
P. O. Box 11700
Tacoma, WA 98411-0700
Ph: 253-565-6600
Fax: 253-565-7265
internet: http://www.apawood.org

ARCHITECTURAL & TRANSPORTATION BARRIERS COMPLIANCE BOARD (ATBCB)
1331 F. Street N.W., Suite 1000
Washington, DC 20004-1111
Ph: 800-872-2253
Fax: 202-272-5447
internet: http://www.access.board

ARCHITECTURAL WOODWORK INSTITUTE (AWI)
1952 Isaac Newton Square
Reston, WA 20190
Ph: 703-733-0600
Fax: 703-733-0584
internet: http://www.awinet.org

ASPHALT INSTITUTE (AI)
Research Park Drive
P. O. Box 14052
Lexington, KY 40512-4052
Ph: 606-288-4960
Fax: 606-288-4999
internet: http://www.asphaltinstitute.org
email: asphalt@asphaltinstitute.org

ASSOCIATED AIR BALANCE COUNCIL (AABC)
1518 "K" Street, NW, Suite 503
Washington, DC 20005
Ph: 202-737-0202
Fax: 202-638-4833

ASSOCIATED GENERAL CONTRACTORS OF AMERICA (AGCA)
1957 E. Street, N.W.
Washington, DC 20006
Ph: 202-393-2040
Fax: 202-347-4004
internet: http://www.agca.org
Email: info@agc.org

ASSOCIATION OF EDISON ILLUMINATING COMPANIES (AEIC)
600 North 18th Street
P. O. Box 2641
Birmingham, AL 35291-0992
Ph: 205-250-2530
Fax: 205-250-2540
internet: http://www.aeic.org
email: veazey-white@apc.com

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS (AHAM)
20 North Wacker Drive, Suite 1500

Chicago, IL 60606
Ph: 312-984-5800
Fax: 312-984-5823
internet: http://www.aham.org

BUILDERS HARDWARE MANUFACTURERS ASSOCIATION, INC. (BHMA)
355 Lexington Avenue, 17th Floor
New York, NY 10017
Ph: 212-661-4261
Fax: 212-370-9047
internet: http://www.buildershardware.com

CANADIAN STANDARDS ASSOCIATION (CAN/CSA)
178 Rexdale Blvd.
Rexdale (Toronto), ON
M9WIR3
Ph: 416-747-4000/800-463-6727
Fax: 416-747-4149
internet: http://www.csa.ca
email: sales@csa.ca

CARPET AND RUG INSTITUTE (CRI)
310 Holiday Ave.
P. O. Box 2048
Dalton, GA 30722-2048
Ph: 706-278-0232
internet: http://www.carpet-rug.com
email: carpet@gcigroup.com

CAST IRON SOIL PIPE INSTITUTE (CISPI)
5959 Shallowford Road, Suite 419
Chattanooga, TN 37421
Ph: 615-892-0137
Fax: 615-892-0817

CEILINGS & INTERIOR SYSTEMS CONSTRUCTION ASSOCIATION (CISCA)
1500 Lincoln Highway, Suite 202
St. Charles, IL 60174
Ph: 708-584-1919
Fax: 708-584-2003

CENTERS FOR DISEASE CONTROL (CDC)
1600 Clifton Road, NE
Atlanta, GA 30333
Ph: 404-639-3311
Fax: 404-639-2294
internet: http://www.cdc.gov
email: netinfo@cdc.gov

CHEMICAL FABRICS & FILM ASSOCIATION, INC. (CFFA)
order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115
Ph: 216-241-7333
Fax: 216-241-0105
internet: http://www.taol.com/cffa
email: cffa@taol.com

CODE OF FEDERAL REGULATIONS (CFR)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

CODE OF MARYLAND REGULATIONS (COMAR)
Maryland Department of the Environment
Broening Highway
Baltimore, MD 21224
Ph: 410-631-3230

COMMERCIAL ITEM DESCRIPTIONS (CID)
Defense Printing Service (DPS)
ATTN: Customer Service
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
Fax: 215-697-2978/1462
internet: http://www.dodssp.daps.mil

COMMONWEALTH OF PUERTO RICO, DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS, HIGH AUTHORITY
G. P. O. 3909
San Juan, PR 00936
Ph: not available
Fax: not available

COMPRESSED AIR AND GAS INSTITUTE (CAGI)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115
Ph: 216-241-7333
Fax: 216-241-0105
internet: http://www.taol.com/cagi
email: cagi@taol.com

COMPRESSED GAS ASSOCIATION, INC. (CGA)
1725 Jefferson Davis Highway, Suite 1004
Crystal Square Two, 10th Floor
Arlington, VA 22202
Ph: 703-412-0900
Fax: 703-412-0128
Fax: 703-413-4341 (using Visa or Master Charge)
internet: http://www.cganet.com
email: customer_service@cganet.com

COOLING TOWER INSTITUTE (CTI)
530 Wells Fargo Drive, Suite 218
Houston, TX 77090
Ph: 713-583-4087
Fax: 713-537-1721
internet: http://www.cti.org

COPPER DEVELOPMENT ASSOCIATION (CDA)

260 Madison Avenue
New York, NY 10016
Ph: 212-251-7200
Fax: 212-251-7234
internet: http://www.copper.org

CORPS OF ENGINEERS (COE)
U. S. Army Engineer Waterways Experiment Station
ATTN: Technical Report Distribution Section, Services Branch, TIC
3909 Halls Ferry Road
Vicksburg, MS 39180-6199
Ph: 601-634-2355
Fax: 601-634-2542

CRANE MANUFACTURERS ASSOCIATION OF AMERICA (CMAA)
Material Handling Institute
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217
Ph: 704-522-8644
Fax: 704-522-7826
internet: http://www.mhia.org

DEFENSE COMMUNICATIONS AGENCY (DCA)
Army Publications Distribution Center
Distribution Operations Facilities
1655 Woodson Road
St. Louis, MO 63114
Ph: 314-263-7305
Fax: 31-263-7395

DEFENSE INTELLIGENCE AGENCY MANUAL (DIAM)
Director, Defense Intelligence Agency
Attn: RTS-2D
4600 Silver Hill Road
Washington, DC 20340-3081
Ph: 757-444-4634
Fax: 757-444-9892

DEFENSE LOGISTICS AGENCY (DLA)
DLA Administration Support Center
Attn: DASC-WDM Publication Distribution
8725 John J. Kingman Road, Suite 4235
Fort Belvoir, VA 22060-6221
Ph: 703-767-5100
Fax: DSN 427-7703

DEPARTMENT OF AGRICULTURE (DOA)
Soil Conservation Service, USDA
P. O. Box 2890
Washington, DC 20013
Ph: 202-720-8518/5157
Fax: 202-690-1013

DEPARTMENT OF DEFENSE (DOD)
Order from:
National Technical Information Service
U.S. Department of Commerce
Springfield, VA 22161
Ph: 800-553-6847

Fax: 800-605-6900
internet: http://www.ntis.gov

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)
P. O. Box 6091
Rockville, MD 20850
Ph: 301-251-5154
Ph: 800-767-7468/800-245-2691
internet: http://www.hud.gov

DEPARTMENT OF TRANSPORTATION (DOT)
Publications Section
3341 "Q" 75th Avenue
Landover, MD 20785
Ph: 301-322-4961
Fax: 301-386-5394

DIESEL ENGINE MANUFACTURERS ASSOCIATION (DEMA)
30200 Detroit Road
Cleveland, OH 44145
Ph: 216-899-0010
Fax: 216-892-1404

DISTRICT OF COLUMBIA DEPARTMENT OF TRANSPORTATION (DCDOT)
2000 14th Street, NW
6th Floor
Washington, DC 20009
Ph: 202-939-8000
Fax: 202-939-8181

DISTRICT OF COLUMBIA MUNICIPAL REGULATIONS (DCMR)
Office of Documents and Administrative Issuances
441 4th Street, NW
Suite 520 South
Washington, DC 20001
Ph: 202-645-6080

DOOR AND HARDWARE INSTITUTE (DHI)
14170 Newbrook Drive
Chantilly, VA 22021-2223
Ph: 703-222-2010
Fax: 703-222-2410

ELECTRONIC INDUSTRIES ASSOCIATION (EIA)
2500 Wilson Blvd.
Arlington, VA 22201-3834
Ph: 703-907-7500
Fax: 703-907-7501
Order from:
Global Engineering Documents
15 Inverness Lane East
Englewood, CO 80112
Ph: 800-854-7179
Fax: 303-397-2740
internet: http://www.eia.org

ENVIRONMENTAL PROTECTION AGENCY (EPA)
Public Information Center
401 "M" Street, SW

Washington, DC 20460
Ph: 202-260-7751/800-490-9198
Fax: 202-260-6257
internet: http://www.epa.gov

ETL TESTING LABORATORIES (ETL)
Industrial Park
Route 11
Courtland, NY 13045
Ph: 607-753-6711
Fax: 607-756-9891

EIFS INDUSTRY MEMBERS ASSOCIATION (EIMA)
3000 Corporate Center Drive, Suite 270
Morrow, GA 30260
Ph: 800-244-3462
Fax: 770-968-5818

FACTORY MUTUAL ENGINEERING AND RESEARCH CORPORATION (FM)
1151 Boston-Providence Turnpike
P. O. Box 9102
Norwood, MA 02062-9957
Ph: 781-255-4200
Fax: 781-255-4218
internet: http://www.factorymutual.com

FEDERAL AVIATION ADMINISTRATION (FAA)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

FEDERAL COMMUNICATIONS COMMISSION (FCC)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

FEDERAL HIGHWAY ADMINISTRATION (FHWA)
Office of Highway Safety (HHS-31)
400 Seventh St., SW
Washington, DC 20590-0001
Ph: 202-366-0411
Fax: 202-366-2249
Order from:
Government Printing Office
Superintendent of Documents
Washington, DC 20402
Ph: 202-783-3238

FEDERAL SPECIFICATIONS (FS)
Defense Printing Service (DPS)
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094

Ph: 215-697-2179
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

FEDERAL STANDARDS (FED-STD)
Defense Printing Service (DPS)
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179
DSN: 442-2179/2667
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

FOUNDATION FOR CROSS-CONNECTION CONTROL AND HYDRAULIC RESEARCH (FCCCHR)
University of Southern California
KAP-200 University Park MC-2531
Los Angeles, CA 90089-2531
Ph: 213-740-2032
Fax: 213-740-8399
internet: http://www.usc.edu/dept/fccchr

GAS APPLIANCE MANUFACTURERS ASSOCIATION (GAMA)
1901 North Moore Street, Suite 1100
Arlington, VA 22209
Ph: 703-525-9565
Fax: 703-525-0718
internet: http://www.gamanet.org
email: information@gamanet.org

GLASS ASSOCIATION OF NORTH AMERICA (GANA)
White Lakes Professional Building
3310 SW Harrison Street
Topeka, KS 66611-2279
Ph: 913-266-7013
Fax: 913-266-0272
internet: http://www.cssinfo.com/info/gana.html

GYPSUM ASSOCIATION (GA)
810 First Street, NE, Suite 510
Washington, DC 20002
Ph: 202-289-5440
Fax: 202-289-3707

HARDWOOD PLYWOOD & VENEER ASSOCIATION (HPVA)
1825 Michael Faraday Drive
P. O. Box 2789
Reston, VA 20195-2789
Ph: 703-435-2900
Fax: 703-435-2537

HOIST MANUFACTURES INSTITUTE (HMI)
Material Handling Institute
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217
Ph: 704-522-8644
Fax: 704-522-7826
internet: http://www.mhia.org

HOLLOW METAL MANUFACTURER'S ASSOCIATION (HMMA)
8 South Michigan Avenue, Suite 1000
Division of NAAMM
Chicago, IL 60603
Ph: 312-782-4951
Fax: 312-580-0165
internet: http://www.gss.net/naamm/techpubs.htm

HYDRAULIC INSTITUTE (HI)
9 Sylvan Way, Suite 180
Parsippany, NJ 07054-3802
Ph: 973-267-9700
Fax: 973-267-9053

ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA (IES)
120 Wall Street, 17th Floor
New York, NY 10005-4001
Ph: 212-248-5000
Fax: 212-248-5017
internet: http://www.iesna.org

INSTITUTE OF CLEAN AIR COMPANIES (ICAC)
1660 "L" Street, NW, Suite 1100
Washington, DC 20036-5603
Ph: 202-457-0911
Fax: 202-331-1388
internet: http://www.icac.com

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC. (IEEE)
445 Hoes Lane
P. O. Box 1331
Piscataway, NJ 08855-1331
Ph: 908-562-3800/800-678-4333
Fax: 908-981-9667
internet: http://www.ieee.org
email: stds-maillst@ieee.org

INSTRUMENT SOCIETY OF AMERICA (ISA)
67 Alexander Drive
Research Triangle Park, NC 27709
Ph: 919-549-8411
Fax: 919-549-8288
internet: http://www.isa.org

INSULATED CABLE ENGINEERS ASSOCIATION (ICEA)
P. O. Box 440
South Yarmouth, MA 02664
Ph: 508-394-4424
Fax: 508-394-1194
internet: http://www.electreicnet.com/orgs/insucbl.htm

INTERNATIONAL CODE COUNCIL (ICC)
4051 West Flossmoor Road
Country Club Hills, IL 60478-5795
Ph: 708-799-2300
Ph: 800-323-1103 (Government Use Only)
Fax: 708-799-4981 (General)
internet: http://www.boca.org

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS (ICBO)
5360 Workman Mill Road
Whittier, CA 90601-2298
Ph: 310-699-0541
Fax: 310-695-4694

INTERNATIONAL ELECTRICAL TESTING ASSOCIATION (NETA)
106 Stone Street
P. O. Box 687
Morrison, CO 80465
Ph: 303-697-8441
Fax: 303-697-8431
internet: http://www.electricnet.com/neta

INTERNATIONAL ELECTROTECHNICAL COMMISSION (IEC)
3, rue de Varembe
P. O. Box 131
CH-1211 Geneva 20
Switzerland
Ph: international +41 229190211
Fax: +41 22 919 03 00 (CCITT Type III)
internet: http://www.iec.ch/co-e.htm
email: pubinfo@iec.ch

INTERNATIONAL GROUND SOURCE HEAT PUMP ASSOCIATION (IGSHPA)
490 Cordell South
Oklahoma State University
Stillwater, OK 74078-8018
Ph: 800-626-4747/405-744-5175
Fax: 405-744-5283
internet: http://www.igshpa.okstate.edu

INTERNATIONAL MUNICIPAL SIGNAL ASSOCIATION (IMSA)
165 East Union Street
P. O. Box 539
Newark, NY 14513
Ph: 315-331-2182
Fax: 315-331-8205

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO)
Order from:
American National Standards Institute
1430 Broadway
New York, NY 10018
Ph: 212-642-4900
Fax: 212-302-1286
internet: http://www.iso.ch

INTERNATIONAL SLURRY SURFACING ASSOCIATION (ISSA)
1200 Nineteenth Street, NW, Suite 300
Washington, DC 20036-2401
Ph: 202-857-1160
Fax: 202-223-4579

IRON AND STEEL SOCIETY (ISS)
410 Commonwealth Drive
Warrendale, PA 15086-7512
Ph: 724-776-1535

Fax: 724-776-0430
internet: http://www.issource.org
email: custserv@issource.org

KITCHEN CABINET MANUFACTURERS ASSOCIATION (KCMA)
1899 Preston White Drive
Reston, VA 22091-4326
Ph: 703-264-1690
Fax: 703-620-6530
internet: http://www.kcma.org

L. H. BAILEY HORTORIUM (LHBH)
MacMillian Publishing Company
Hortus Third
ATTN: Order Department
100 Front Street
Riverside, NJ 08075-7500
Ph: 609-461-6500
Fax: 800-562-1272
Customer Service:
Fax: 609-461-7070, Ext. 2296

MANUFACTURERS STANDARDIZATION SOCIETY OF THE VALVE AND FITTINGS INDUSTRY, INC. (MSS)
127 Park Street, NE
Vienna, VA 22180-4602
Ph: 703-281-6613
Fax: 703-281-6671
internet: http://www.cssinfo.com

MAPLE FLOORING MANUFACTURERS ASSOCIATION (MFMA)
60 Revere Drive, Suite 500
Northbrook, IL 60062
Ph: 847-480-9080
Fax: 847-480-9282
internet: http://www.maplefloor.com
email: mfma@maplefloor.com

MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE)
2500 Broening Highway
Baltimore, MD 21224
Ph: 410-631-3000/800-633-6101
internet: http://www.mde.state.md.us/reference/index.html

METAL BUILDING MANUFACTURERS ASSOCIATION (MBMA)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

METAL LATH/STEEL FRAMING ASSOCIATION (ML/SFA)
8 South Michigan, Suite 1000
Chicago, IL 60603
Ph: 312-782-4951
Fax: 312-580-0165

MILITARY SPECIFICATION SHEET (MS)

Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

MILITARY SPECIFICATIONS (MIL)
Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

MILITARY STANDARDS (MIL-STD)
Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: hhttp://www.dodssp.daps.mil

MONORAIL MANUFACTURERS ASSOCIATION, INC. (MMA)
Order from:
THE MATERIAL HANDLING INSTITUTE (MHI)
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217-3992
Ph: 704-522-8644/800-345-1815
Fax: 704-522-7826
internet: http://www.mhia.org

NATIONAL ASSOCIATION OF ARCHITECTURAL METAL MANUFACTURERS (NAAMM)
8 South Michigan, Suite 1000
Chicago, IL 60605
Ph: 312-782-4951, ext. 225 or 312-201-0101
Fax: 312-580-0165
internet: http://www.gss.net

NATIONAL ASSOCIATION OF CORROSION ENGINEERS (NACE)
1440 South Creek Drive
Houston, TX 77218-8340
Ph: 281-228-6200
Fax: 281-228-6300
internet: http://www.nace.org

NATIONAL ASSOCIATION OF GARAGE DOOR MANUFACTURERS (NAGDM)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue

Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

NATIONAL ASSOCIATION OF PLUMBING-HEATING-COOLING CONTRACTORS (NAPHCC)
180 South Washington Street
P. O. Box 6808
Falls Church, VA 22046
Ph: 703-237-8100/800-533-7674
Fax: 703-237-7442

NATIONAL BOARD OF BOILER AND PRESSURE VESSEL INSPECTORS (NBBPVI)
1055 Crupper Avenue
Columbus, OH 43229-1183
Ph: 614-888-8320, Ext. 219
Fax: 614-847-1828

NATIONAL CABLE TELEVISION ASSOCIATION (NCTA)
1724 Massachusetts Avenue, NW
Washington, DC 20036-1969
Ph: 202-775-3550
Fax: 202-775-3698

NATIONAL COUNCIL ON RADIATION PROTECTION AND MEASUREMENTS (NCRP)
7910 Woodmont Avenue, Suite 800
Bethesda, MD 20814
Ph: 301-657-2652/800-229-2652
Fx: 301-907-8768

NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION (NEMA)
1300 North 17th Street, Suite 1847
Rosslyn, Va 22209
Ph: 703-841-3200
Fax: 703-841-3300
internet: http://www.nema.org

NATIONAL ENVIRONMENTAL BALANCING BUREAU (NEBB)
8575 Government Circle
Gaitherburg, MD 20877
Ph: 301-977-3698
Fax: 301-977-9589
internet: http://www.nebb.org
email: mrnebb@aol.com

NATIONAL FLUID POWER ASSOCIATION (NFP(A))
3333 N. Mayfair Road
Milwaukee, WI 53222-3219
Ph: 414-778-3344
Fax: 414-778-3361
internet: http://www.nfpa.com
email: nfpa@nfpa.com

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
1 Batterymarch Park
Quincy, MA 02269-9101
Ph: 617-770-3000
Fax: 617-770-0700
internet: http://www.nfpa.org

NATIONAL HARDWOOD LUMBER ASSOCIATION (NHLA)
6830 Raleigh LaGrange
P. O. Box 34518
Memphis, TN 38134-0518
Ph: 901-377-1818
Fax: 901-382-6419

NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH (NIOSH)
Publications, Mail Stop C13
4676 Columbia Parkway
Cincinnati, OH 45226-1998
Ph: 513-533-8287/800-356-4674
Fax: 513-533-8573
internet: http://www.cdc.gov/niosh

NATIONAL LIME ASSOCIATION (NLA)
200 North Glebe Road, Suite 800
Arlington, VA 22203
Ph: 703-243-5463
Fax: 703-243-5489

NATIONAL ROOFING CONTRACTORS ASSOCIATION (NRCA)
10255 West Higgins Road, Suite 600
Rosemont, IL 60018-5607
Ph: 847-299-9070
Fax: 847-299-1183
internet: http://www.roofonline.org

NATIONAL TERRAZZO & MOSAIC ASSOCIATION (NTMA)
110 East Market Street
Leesburg, VA 20176
Ph: 800-323-9736/703-779-1022
Fax: 703-779-1026
internet: http://www.ntma.com

NATIONAL WOOD WINDOW & DOOR ASSOCIATION (NWWDA)
1400 East Touhy Avenue, Suite 470
Des Plaines, IL 60018
Ph: 800-223-2301
Fax: 847-299-1286
internet: http://www.nwwda.org

NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)
Seabee Logistics Center, Code 46
4111 San Pedro Street
Port Hueneme, CA 93043-4110
Ph: 805-982-5543/5743
Fax: 805-985-6465
email: GarciaCE@slc.navfac.navy.mil
email: DeleonDS@slc.navfac.navy.mil

NAVY DIRECTIVES (ND)
internet: http://www.neds.nebt.daps.mil

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION (NCDOT)
No. 1 South Wilmington Street
P. O. Box 25201
Raleigh, NC 27611

Ph: 919-733-2520
Fax: 919-733-9150

NORTH CAROLINA SEDIMENTATION CONTROL COMMISSION (NCSCC)
State of North Carolina
Department of Environment and Natural Resources
Division of Land Resources, Land Quality Section
P. O. Box 27687
Raliegh, NC 27611
Ph: 919-733-4574 ext. 702
Fax: 919-733-2876
internet: http://www.ehnr.state.nc.us/EHNR

NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION (NELMA)
P. O. Box 87A
Cumberland Center, ME 04021
Ph: 207-829-6901
Fax: 207-829-4293

NORTHERN VIRGINIA DIVISION, STATE AIR POLLUTION CONTROL BOARD (NVDSAPCB)
629 E. Main Street
Richmond, VA 23219
Ph: 804-698-4000
Fax: 804-698-4453

NORTHWEST AIR POLLUTION AUTHORITY (NWAPA)
16000 South Second Street
Mount Vernon, WA 98273-5202
Ph: 360-428-1617
Fax: 360-428-1620
internet: http://www.pacificrim.not/~nwapa

NSF INTERNATIONAL (NSF)
P. O. Box 130140
Ann Arbor, MI 48113-0140
Ph: 734-769-8010
Fax: 734-769-0109
internet: http://www.nsf.org
email: info@nsf.org

OLYMPIC AIR POLLUTION CONTROL AUTHORITY (OAPCA)
909 Sleater-Kinney Rd. SE, Suite #1
Lacey, WA 98503
Ph: 360-438-8768/800-422-5623
Fax: 360-491-6308
internet: http://www.wln.com/~oapca/index.html
email: oapca@wln.com

PIPE FABRICATION INSTITUTE (PFI)
P. O. Box 173
Springdale, PA 15144
Ph: 412-274-4722

PLASTICS PIPE INSTITUTE (PPI)
1801 K Street, NW, Suite 600K
Washington, DC 20006-1301
Ph: 888-314-6774
Fax: 202-293-0048

internet: http://www.plasticpipe.org

PLUMBING AND DRAINAGE INSTITUTE (PDI)
45 Bristol Drive, Suite 101
South Easton, MA 02375
Ph: 508-230-3516
Fax: 508-230-3529
email: pdhw@tiac.net

PLUMBING AND PIPING INDUSTRY COUNCIL (PPIC)
501 Shatto Place, Suite 402
Los Angeles, CA 90020
Ph: 213-487-3790
Fax: 213-487-3880

PORCELAIN ENAMEL INSTITUTE (PEI)
4004 Hillsboro Pike, Suite 224B
P. O. Box 158541
Nashville, TN 37215
Ph: 615-385-5357
Fax: 615-385-5463
internet: http://www.porcelainenamel.com
email: penamel@aol.com

PRECAST/PRESTRESSED CONCRETE INSTITUTE (PCI)
175 West Jackson Boulevard, Suite 1859
Chicago, IL 60604-9773
Ph: 312-786-0300
Fax: 312-786-0353
internet: http://www.pci.org
email: info@pci.org

PUGET SOUND AIR POLLUTION CONTROL AGENCY (PSAPCA)
110 Union Street, Suite 500
Seattle, WA 98101-2038
Ph: 206-343-8800/800-552-3565
Fax: 206-343-7522
internet: http://www.psapca.org

REDWOOD INSPECTION SERVICE (RIS)
California Redwood Association
405 Enfrente Drive, Suite 200
Novato, CA 94949
Ph: 415-382-0662
Fax: 415-382-8531
internet: http://www.caredwood.org

RURAL UTILITIES SERVICE (RUS)
14th & Independence Avenue, SW, Room 0180
Washington, DC 20250
Ph: 202-720-8674
Fax: 202-720-1915

SCREEN MANUFACTURERS ASSOCIATION (SMA)
2950 South Ocean Blvd., Suite 311
Palm Beach, FL 33480-5535
Ph: 407-533-0991
Fax: 407-533-7466

SEALED INSULATING GLASS MANUFACTURERS ASSOCIATION (SIGMA)
401 North Michigan Avenue
Chicago, IL 60611
Ph: 312-644-6610
Fax: 312-321-6869

SHEET METAL & AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. (SMACNA)
4201 Lafayette Center Drive
Chantilly, VA 20151-1209
Ph: 703-803-2980
Fax: 703-803-3732
internet: http://www.smacna.org
email: info@smacna.org

SINGLE-PLY ROOFING INSTITUTE (SPRI)
200 Reservoir Street, Suite 309A
Needham, MA 02494
Ph: 781-444-0242
Fax: 781-444-6111
internet: http://www.spri.org
email: spri@spri.org

SOCIETY OF AUTOMOTIVE ENGINEERS, INC. (SAE)
400 Commonwealth Drive
Warrendale, PA 15096-0001
Ph: 724-776-4841
Ph: 724-776-5760
internet: http://www.sae.org
email: publications.sae.org

SOCIETY OF MOTION PICTURE & TELEVISION ENGINEERS (SMPTE)
595 West Hartsdale Avenue
White Plains, NY 10607
Ph: 914-761-1100
Fax: 914-761-3115

SOCIETY OF THE PLASTICS INDUSTRY, INC. (SPI)
1801 K Street, NW, Suite 600K
Washington, DC 20006-1301
Ph: 202-974-5200
Fax: 202-296-7005
internet: http://www.socplas.org
email: feedback@socplas.org

SOLAR RATING AND CERTIFICATION CORPORATION (SRCC)
c/o FSEC
1679 Clearlake Road
Cocoa, FL 32922-5703
Ph: 407-638-1537
Fax: 407-638-1010
internet: http://www.theenergyguy.com/energyguy/srcc.html
email: srcc@fsec.icf.edu

SOUTHERN CYPRESS MANUFACTURERS ASSOCIATION (SCMA)
400 Penn Center Boulevard, Suite 530
Pittsburgh, PA 15235
Ph: 412-829-0770
Fax: 412-829-0844

SOUTHERN PINE INSPECTION BUREAU (SPIB)
4709 Scenic Highway
Pensacola, FL 32504-9094
Ph: 850-434-2611
Fax: 850-433-5594
internet: http://www.spib.org
email: spib@spib.org

STEEL DECK INSTITUTE (SDEI)

P. O. Box 25
Fox River Grove, IL 60021-0025
Ph: 847-462-1930
Fax: 847-462-1940
internet: http://www.sdi.org
email: steve@sdi.org

STEEL DOOR INSTITUTE (SDI)
30200 Detroit Road
Cleveland, OH 44145-1967
Ph: 440-899-0010
Fax: 440-892-1404
internet: http://www.wherryassoc.com/steeldoor.org

STEEL JOIST INSTITUTE (SJI)
3127 10th Avenue, North
Myrtle Beach, SC 29577-6760
Ph: 803-626-1995
Fax: 803-626-5565

STEEL STRUCTURES PAINTING COUNCIL (SSPC)
40 24th Street
Pittsburg, PA 15222
Ph: 412-281-2331
Fax: 412-281-9992

STEEL TANK INSTITUTE (STI)
570 Oakwood Road
Lake Zurich, IL 60047
Ph: 847-438-8265
Fax: 847-438-8766
internet: http://www.steeltank.com

STEEL WINDOW INSTITUTE (SWI)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

TECHNICAL ASSOCIATION OF THE PULP AND PAPER INDUSTRY (TAPPI)
If using UPS:
15 Technology Parkway South
Norcross, GA 30092
Ph: 770-446-1400/800-332-8686
Fax: 770-446-6947
If ordering by mail:

Service Department
P. O. Box 105113
Atlanta, GA 30348-5113

THE ALUMINUM ASSOCIATION, INCORPORATED (AA)
900 19th Street, NW
Washington, DC 20006
Ph: 202-862-5100
Fax: 202-862-5164
internet: http://www.aluminum.org

TRUSS PLATE INSTITUTE (TPI)
583 D'Onofrio Drive, Suite 200
Madison, WI 53719
Ph: 608-833-5900
Fax: 608-833-4360

TUBULAR EXCHANGER MANUFACTURERS ASSOCIATION (TEMA)
25 North Broadway
Tarrytown, NY 10591
Ph: 914-332-0040
Fax: 914-332-1541

UNDERWRITERS LABORATORIES INC. (UL)
333 Pfingsten Road
Northbrook, IL 60062-2096
Ph: 847-272-8800
Fax: 847-272-8129
internet: http://www.ul.com
email: northbrook@ul.com

UNI-BELL PVC PIPE ASSOCIATION (UBPPA)
2655 Villa Creek Drive, Suite 155
Dallas, TX 75234
Ph: 214-243-3902
Fax: 214-243-3907

UNITED STATES CODE (USC)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

UNIVERSITY OF CALIFORNIA DIVISION OF AGRICULTURE AND NATURAL RESOURCES (UCDANR)
Agricultural Publication
6701 San Pablo Avenue
Oakland, CA 94608-1239
Ph: 510-642-2431
Fax: 510-643-5470

U.S. DEPARTMENT OF COMMERCE PRODUCT STANDARDS (PS)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250

internet: http://www.access.gpo.gov/su_docs

VIRGINIA ADMINISTRATIVE CODE (VAC)
Department of Professional and Occupational Regulations
3600 West Broad Street
Richmond, VA 23230-4917
Ph: 804-367-8595

VIRGINIA DEPARTMENT OF HIGHWAYS AND TRANSPORTATION (VDHT)
1401 East Broad Street
Richmond, VA 23219-2094
Ph: 804-786-2801
Fax: 804-786-6250

VIRGINIA SOIL AND WATER CONSERVATION COMMISSION (VSWCC)
203 Governor Street, Suite 206
Richmond, VA 23219-2094
Ph: 804-786-2064
Fax: 804-786-1798

VIRGINIA STATE REGULATIONS (VSR)
Department of Environment Quality
629 Main East Street
Richmond, VA 23240
Ph: 804-698-4000
Fax: 804-698-4500

WASHINGTON STATE ADMINISTRATIVE CODE (WAC)
P. O. BOX 47600
Olympia, WA 98504-7600
Ph: 360-407-6045 (Records)
Fax: 360-407-6137

WASHINGTON STATE DEPARTMENT OF ECOLOGY (WSDE)
P. O. Box 47600
Olympia, WA 98504-7600
Ph: 360-407-7472 (Publications)
Fax: 360-407-6035

WATER QUALITY ASSOCIATION (WQA)
4151 Naperville Road
Lisle, IL 60532
Ph: 630-505-0160
Fax: 630-505-9637
internet: http://www.wqa.org
email: info@mail.wqa.org

WEST COAST LUMBER INSPECTION BUREAU (WCLIB)
6980 SW Varns Street
Portland, OR 97223
Ph: 503-639-0651
Fax: 503-684-8928
Ordering address:
P. O. Box 23145
Portland, OR 97281

WESTERN WOOD PRODUCTS ASSOCIATION (WWPA)
522 SW 5th Avenue, Suite 500
Portland, OR 97204-2122

Ph: 503-224-3930
Fax: 503-224-3934
internet: http://www.wwpa.org
email: info@wwpa.org

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

# SECTION 01450

# QUALITY CONTROL
**09/00**

## PART 1 GENERAL

### 1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Quality Control (QC) plan; G

Submit a QC plan within 20 calendar days after the acceptance of the final design.

The QC Plan shall include a preliminary submittal of the list of definable features of work that shall cover the first 90 days of construction.

Submit the completed list of definable features of work in conjunction with the Accepted Network Analysis Schedule.

Any approval by the Government of the QC Plan shall be considered to be "approved as noted, resubmittal required" and will be in effect only until the completed list of definable features of work is received and approved. If the completed list of definable features of work and accepted network schedule is not received within the time indicated in the paragraph entitled "Accepted Network Analysis Schedule" of Section 01321, "Network Analysis Schedules," the QC Plan will become disapproved and all work, except for the work authorized in the paragraph entitled "Preliminary Work Authorized Prior to Approval," will stop.

### 1.2 INFORMATION FOR THE CONTRACTING OFFICER

Prior to commencing work on construction, the Contractor can obtain a single copy set of the current report forms from the Contracting Officer. The report forms will consist of the Contractor Production Report, Contractor Production Report (Continuation Sheet), Contractor Quality Control Report, Contractor Quality Control Report (Continuation Sheet), Preparatory Phase Checklist, Initial Phase Checklist, Rework Items List, and Testing Plan and Log. Other reports referenced below may be in formats customarily used by the Contractor, Testing Laboratories, etc. and will contain the information required by this specification.

Deliver the following to the Contracting Officer:

a. Combined Contractor Production Report/Contractor Quality Control Report (1 sheet): Original and 1 copy, by 10:00 AM the next working day after each day that work is performed;

Contractor Quality Control Report; original and 1 copy, by 10:00 AM the next working day after each day that work is performed;

Contractor Production Report: Original and 1 copy, by 10:00 AM the next working day after each day that work is performed, attached to the Contractor Quality Control Report;

b. Preparatory Phase Checklist: Original attached to the original Combined Contractor Production Report/Contractor Quality Control Report and 1 copy attached to each copy.

c. Initial Phase Checklist: Original attached to the original Combined Contractor Production Report/Contractor Quality Control Report and 1 copy attached to each copy.

d. QC specialist Reports: Originals and 1 copy, by 10:00 AM the next working day after each day that work is performed, attached to the Contractor Quality Control Report;

e. Field Test Reports: 2 copies, within 2 working days after the test is performed, attached to the Contractor Quality Control Report;

f. Monthly Summary Report of Tests: 2 copies attached to the Contractor Quality Control Report;

g. Testing Plan and Log, 2 copies, at the end of each month;

h. Rework Items List: 2 copies, by the last working day of the month;

i. QC Meeting Minutes: 2 copies, within 2 working days after the meeting;

j. QC Certifications: As required by the paragraph entitled "QC Certifications."

## 1.3 QC PROGRAM REQUIREMENTS

Establish and maintain a QC (Quality Control) program as described in this section. The QC program consists of a QC Organization, a QC Plan (including a Quality Assurance Plan for the structural systems and elements as outlined in FEMA 302, Chapter 3), a Coordination and Mutual Understanding Meeting, QC meetings, three phases of control, submittal review and approval, testing, completion inspections, and QC certifications and documentation necessary to provide materials, equipment, workmanship, fabrication, construction and operations which comply with the requirements of this Contract. The QC program shall cover on-site and off-site work and shall be keyed to the work sequence. No work or testing may be performed unless the QC Manager is on the work site. The QC Manager shall report to the project superintendent. The project superintendent will be held responsible for the quality of work on the job and is subject to removal by the Contracting Officer for non-compliance with quality requirements specified in the contract. The project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

The Contractor shall perform and comply with the requirements of the Quality Assurance requirements as stated in Chapter 3 of FEMA 302. To comply with the requirements of Paragraph 3.3 of Chapter 3, FEMA 302, the Structural Quality Control Specialist shall observe the construction for compliance with Paragraph 3.3, Chapter 3 of FEMA 302 in its entirety. For FEMA compliance purposes, the Structural Quality Control Specialist shall

perform the function of a special inspector retained by the Government.

Each contractor and subcontractor responsible for the construction of whole or parts of the seismic force resisting system, designated seismic system on the drawings, or a component listed in the quality assurance plan noted above, shall submit to the Design-Build Contractor and the Contracting Officer a written contractor's statement of responsibility prior to the commencement of work on the system or component, per FEMA 302, Chapter 3.

The construction of the structural aspects of the project shall have structural observation by the Structural Engineer of Record in accordance with FEMA 302, Chapter 3.

1.3.1 Preliminary Work Authorized Prior to Approval

The only work that is authorized to proceed prior to the approval of the QC Plan is mobilization of storage and office trailers, temporary utilities, and surveying.

1.3.2 Approval

Approval of the QC Plan is required prior to the start of construction. The Contracting Officer reserves the right to require changes in the QC Plan and operations as necessary, including removal of personnel, to ensure the specified quality of work. The Contracting Officer may require the removal of any individual for non-compliance with quality requirements specified in the contract. The Contracting Officer reserves the right to interview any member of the QC organization at any time in order to verify the submitted qualifications. All QC organization personnel shall be subject to acceptance by the Contracting Officer.

1.3.3 Notification of Changes

Notify the Contracting Officer, in writing, of any proposed change, including changes in the QC organization personnel, a minimum of seven calendar days prior to a proposed change. Proposed changes shall be subject to acceptance by the Contracting Officer.

1.4 QC ORGANIZATION

1.4.1 QC Manager

1.4.1.1 Duties

Provide a QC Manager at the work site to implement and manage the QC program. The only duties and responsibilities of the QC Manager are to manage and implement the QC program on this contract. The QC Manager shall not be designated as the safety competent person as defined by COE EM-385-1-1. The QC Manager is required to attend the Coordination and Mutual Understanding Meeting, conduct the QC meetings, perform the three phases of control, except for those phases of control designated to be performed by QC Specialists, perform submittal review and approval, ensure testing is performed and provide QC certifications and documentation required in this contract. The QC Manager is responsible for managing and coordinating the three phases of control and documentation performed by the QC specialists, Testing Laboratory personnel and any other inspection and testing personnel required by this Contract.

The QC Manager shall be a member of the Contractor's design team and an

active participant in the design of the facility being constructed under this contract or have participated in some other capacity in the design effort (e.g., performed constructability or coordination reviews).

1.4.1.2 Qualifications

A graduate of a four year accredited college program in one of the following disciplines: Engineering, Architecture, Construction Management, Engineering Technology, Building Construction, or Building Science, with a minimum of 6 years experience as a superintendent, inspector, QC Manager, project manager, or construction manager on similar size and type construction contracts which included the major trades that are part of this Contract. The individual must be familiar with the requirements of COE EM-385-1-1, and have experience in the areas of hazard identification and safety compliance. In addition to the above qualifications, the individual shall have professional expertise to perform QC work on architectural, civil, electrical and mechanical work.

1.4.2 Alternate QC Manager Duties and Qualifications

Designate an alternate for the QC Manager at the work site to serve in the event of the designated QC Manager's absence. The period of absence may not exceed two weeks at one time, and not more than 30 workdays during a calendar year. The qualification requirements for the Alternate QC Manager shall be the same as for the QC manager.

1.4.3 QC Specialists Duties and Qualifications

Provide a separate QC specialist at the work site for each of the areas of responsibilities, specified below, who shall assist and report to the QC Manager and who shall have no duties other than their assigned quality control duties. QC specialists are required to attend the Coordination and Mutual Understanding Meeting, QC meetings, and be physically present at the construction site to perform the three phases of control and prepare documentation for each definable feature of work in their area of responsibility.

| Qualification/Experience in Area of Responsibility | Area of Responsibility | Frequency |
|---|---|---|
| Registered Geotechnical Engineer, (P.E.) | Drilled Pier Drilling, Casing, and Placement Section 02468 | Continuous |
| Registered Structural Engineer, (P.E.) | Drilled Pier Drilling, Casing, and Placement Section 02468 | First Day of installation, once a week thereafter |
| Registered Structural Engineer, (P.E.) | Strucutural steel erection, Section 05120 | Once a week |

1.4.4 Submittal Reviewer's Duties and Qualifications

Submittal reviewers shall review and certify that the submittals meet the requirements of the Contract prior to certification or approval by the QC Manager. Submittal Reviewers shall be members of the Contractor's design

team shall review and certify submittals for their respective disciplines.

Each of the following submittals shall be reviewed by individuals meeting the qualifications/experience specified below:

| Qualification/Experience in Submittal Discipline | Submittals to be reviewed: Spec Section No. | Submittal |
|---|---|---|
| Registered Structural Engineer, (P.E.) | Section 05120 | Fabrication Drawings<br>Erection Plan |
| Registered Architect | Section 08120 | Fabrication Drawings<br>Erection Plan |
| Registered Architect | Section 08900 | Fabrication Drawings<br>Erection Plan |
| Registered Mechanical Engineer | Division 15 | All |
| Registered Electrical Engineer | Division 16 | All |

## 1.5 QUALITY CONTROL (QC) PLAN

### 1.5.1 Requirements

Provide, for approval by the Contracting Officer, a QC plan submitted in a 3-ring binder with pages numbered sequentially that covers both on-site and off-site work and includes the following:

a. A table of contents listing the major sections identified with tabs in the following order:

I. QC ORGANIZATION
II. NAMES AND QUALIFICATIONS
III. DUTIES, RESPONSIBILITY AND AUTHORITY OF QC PERSONNEL
IV. OUTSIDE ORGANIZATIONS
V. APPOINTMENT LETTERS
VI. SUBMITTAL PROCEDURES AND INITIAL SUBMITTAL REGISTER
VII. TESTING LABORATORY INFORMATION
VIII. TESTING PLAN AND LOG
IX. PROCEDURES TO COMPLETE REWORK ITEMS
X. DOCUMENTATION PROCEDURES
XI. LIST OF DEFINABLE FEATURES
XII. PROCEDURES FOR PERFORMING THE THREE PHASES OF CONTROL
XIII. PERSONNEL MATRIX
XIV. PROCEDURES FOR COMPLETION INSPECTION

b. A chart showing the QC organizational structure.

c. Names and qualifications, in resume format, for each person in the QC organization. Include the CQM course certifications for the QC Manager and Alternate QC Manager as required by the paragraphs entitled "Construction Quality Management Training" and "Alternate QC Manager Duties and Qualifications".

d. Duties, responsibilities and authorities of each person in the QC

organization.

e. A listing of outside organizations such as, architectural and consulting engineering firms that will be employed by the Contractor and a description of the services these firms will provide.

f. Letters signed by an officer of the firm appointing the QC Manager and Alternate QC Manager and stating that they are responsible for implementing and managing the QC program as described in this contract. Include in this letter the responsibility of the QC Manager and Alternate QC Manager to implement and manage the three phases of quality control, and their authority to stop work which is not in compliance with the contract. The QC Manager shall issue letters of direction to the Assistant QC Manager and all other QC specialists outlining their duties, authorities, and responsibilities. Copies of the letters shall be included in the QC plan.

g. Procedures for reviewing, approving and managing submittals. Provide the names of the persons in the QC organization authorized to review and certify submittals prior to approval. Provide the initial submittal of the Submittal Register as specified in section entitled "Submittal Procedures."

h. Testing laboratory information required by the paragraphs entitled "Acceditation Requirements" or "Construction Materials Testing Laboratory Requirements", as applicable.

i. A Testing Plan and Log that includes the tests required, referenced by the specification paragraph number requiring the test, the frequency, and the person responsible for each test.

j. Procedures to identify, record, track and complete rework items.

k. Documentation procedures, including proposed report formats.

l. List of definable features of work. A definable feature of work (DFOW) is a task which is separate and distinct from other tasks, has the same control requirements and work crews. The list shall be cross-referenced to the contractor's Construction Schedule and the specification sections. For projects requiring a Progress Chart, the list of definable features of work shall include but not be limited to all items of work on the schedule. For projects requiring a Network Analysis Schedule, the list of definable features of work shall include but not be limited to all critical path activities.

m. Procedures for Performing the Three Phases of Control. For each DFOW, provide the DFOW's Preparatory and Initial Phase Checklists. Each list shall include a breakdown of quality checks that will be used when performing the quality control functions, inspections, and tests required by the contract documents. The Preparatory and Initial Phases and meetings shall be conducted with a view towards obtaining quality construction by planning ahead and identifying potential problems for each definable feature of work.

n. A personnel matrix showing for each section of the specification

who will review and approve submittals, who will perform and document the three phases of control, and who will perform and document the testing.

o. Procedures for Identifying and Documenting the Completion Inspection process. Include in these procedures the responsible party for punch out inspection, prefinal inspection, and final acceptance inspection.

## 1.6 COORDINATION AND MUTUAL UNDERSTANDING MEETING

After submission of the QC Plan, and prior to the start of construction, meet with the Contracting Officer to present the QC program required by this Contract. The purpose of this meeting is to develop a mutual understanding of the QC details, including documentation, administration for on-site and off-site work, and the coordination of the Contractor's management, production and QC personnel. At the meeting, the Contractor will be required to explain in detail how three phases of control will be implemented for each definable feature of work. As a minimum, the Contractor's personnel required to attend shall include an officer of the firm, the project manager, project superintendent, QC Manager, Design Team, and subcontractor representatives. Each subcontractor who will be assigned QC responsibilities shall have a principal of the firm at the meeting. Minutes of the meeting will be prepared by the QC Manager and signed by the Contractor, the A/E and the Contracting Officer. A copy of the signed minutes shall be provided to all attendees by the Contractor. Repeat the coordination and mutual understanding meeting when a new QC Manager is appointed.

Provide a room acceptable to the Contracting Officer for the one day meeting. The room shall be equipped with VCR and monitor equipment, overhead projector and a flip chart. Submit for Contracting Officer approval the location, date and agenda for this meeting.

## 1.7 QC MEETINGS

After the start of construction, the QC Manager shall conduct weekly QC meetings at the work site with the project superintendent. The QC Manager shall prepare the minutes of the meeting and provide a copy to the Contracting Officer within 2 working days after the meeting. The Contracting Officer may attend these meetings. The QC Manager shall notify the Contracting Officer at least 48 hours in advance of each meeting. As a minimum, the following shall be accomplished at each meeting:

a. Review the minutes of the previous meeting;

b. Review the schedule and the status of work:

(1) Work or testing accomplished since last meeting

(2) Rework items identified since last meeting

(3) Rework items completed since last meeting;

c. Review the status of submittals:

(1) Submittals reviewed and approved since last meeting

(2) Submittals required in the near future;

d. Review the work to be accomplished in the next 2 weeks and documentation required:

(1) Establish completion dates for rework items

(2) Update the schedule showing planned and actual dates of the preparatory, initial and follow-up phases, including testing and any other inspection required by this contract

(3) Discuss construction methods and the approach that will be used to provide quality construction by planning ahead and identifying potential problems for each definable feature of work

(4) Discuss status of off-site work or testing

(5) Documentation required;

(6) Discuss upcoming Activity Hazard Analyses:

e. Resolve QC and production problems:

(1) Assist in resolving Request for Information issues; and

f. Address items that may require revising the QC plan:

(1) Changes in QC organization personnel

(2) Changes in procedures.

g. Review health and safety plan

## 1.8 THREE PHASES OF CONTROL

The Three Phases of Control shall adequately cover both on-site and off-site work and shall include the following for each definable feature of work.

### 1.8.1 Preparatory Phase

Notify the Contracting Officer at least 2 work days in advance of each preparatory phase. This phase shall include a meeting conducted by the QC Manager and attended by the superintendent, and the foreman responsible for the definable feature. Document the results of the preparatory phase actions in the daily Contractor Quality Control Report and in the Preparatory Phase Checklist. Perform the following prior to beginning work on each definable feature of work:

a. Review each paragraph of the applicable specification sections;

b. Review the Contract drawings;

c. Verify that appropriate shop drawings and submittals for materials and equipment have been submitted and approved. Verify receipt of approved factory test results, when required;

d. Review the testing plan and ensure that provisions have been made to provide the required QC testing;

e. Examine the work area to ensure that the required preliminary work has been completed;

f. Examine the required materials, equipment and sample work to ensure that they are on hand and conform to the approved shop drawings and submitted data;

g. Discuss construction methods, construction tolerances, workmanship standards, and the approach that will be used to provide quality construction by planning ahead and identifying potential problems for each definable feature of work; and

h. Review the safety plan and appropriate activity hazard analysis to ensure that applicable safety requirements are met, and that required Material Safety Data Sheets (MSDS) are submitted.

1.8.2 Initial Phase

Notify the Contracting Officer at least 2 work days in advance of each initial phase. When construction crews are ready to start work on a definable feature of work, conduct the initial phase with the QC Specialists, the superintendent, and the foreman responsible for that definable feature of work. Observe the initial segment of the definable feature of work to ensure that the work complies with Contract requirements. Document the results of the initial phase in the daily Contractor Quality Control Report and in the Initial Phase Checklist. Repeat the initial phase for each new crew to work on-site, or when acceptable levels of specified quality are not being met. Perform the following for each definable feature of work:

a. Establish the quality of workmanship required;

b. Resolve conflicts;

c. Ensure that testing is performed by the approved laboratory, and

d. Check work procedures for compliance with the Safety Plan and the appropriate activity hazard analysis to ensure that applicable safety requirements are met.

1.8.3 Follow-Up Phase

Perform the following for on-going work daily, or more frequently as necessary until the completion of each definable feature of work and document in the daily Contractor Quality Control Report:

a. Ensure the work is in compliance with Contract requirements;

b. Maintain the quality of workmanship required;

c. Ensure that testing is performed by the approved laboratory;

d. Ensure that rework items are being corrected; and

e. Perform safety inspections.

1.8.4 Additional Preparatory and Initial Phases

Additional Preparatory and Initial Phases shall be conducted on the same

definable features of work if the quality of on-going work is unacceptable, if there are changes in the applicable QC organization, if there are changes in the on-site production supervision or work crew, if work on a definable feature is resumed after substantial period of inactivity, or if other problems develop.

### 1.8.5 Notification of Three Phases of Control for Off-Site Work

Notify the Contracting Officer at least two weeks prior to the start of the preparatory and initial phases.

## 1.9 SUBMITTAL REVIEW AND APPROVAL

Procedures for submission, review and approval of submittals are described in Section 01332.

## 1.10 TESTING

Except as stated otherwise in the specification sections, perform sampling and testing required under this Contract.

### 1.10.1 Accreditation Requirements

Construction materials testing laboratories performing work for Navy construction contracts will be required to submit one of the following:

a. A copy of the Certificate of Accreditation and Scope of Accreditation by an acceptable laboratory accreditation authority, or

b. An acknowledgment letter from one of the laboratory accreditation authorities indicating that the application for accreditation has been received and the accreditation process has started.

Construction materials testing laboratories performing work for Navy construction contracts must be accredited by one of the laboratory accreditation authorities. The laboratory's scope of accreditation must include the ASTM standards listed in the paragraph titled "Construction Materials Testing Laboratory Requirements" as appropriate to the testing field. The policy applies to the specific laboratory performing the actual testing, not just the "Corporate Office".

### 1.10.2 Construction Materials Testing Laboratory Requirements

Provide an independent construction materials testing laboratory accredited by an acceptable laboratory accreditation authority to perform sampling and tests required by this Contract. Testing laboratories that have obtained accreditation by an acceptable laboratory accreditation authority listed in the paragraph entitled "Laboratory Accreditation Authorities" submit to the Contracting Officer, a copy of the Certificate of Accreditation and Scope of Accreditation. The scope of the laboratory's accreditation shall include the test methods required by the Contract. For testing laboratories that have not yet obtained accreditation by an acceptable laboratory accreditation authority listed in the paragraph entitled "Laboratory Accreditation Authorities" submit an acknowledgment letter from one of the laboratory accreditation authorities indicating that the application for accreditation has been received and the accreditation process has started, and submit to the Contracting Officer for approval, certified statements, signed by an official of the testing laboratory attesting that the proposed laboratory, meets or conforms to the ASTM

standards listed below as appropriate to the testing field.

a. Laboratories engaged in testing of construction materials shall meet the requirements of ASTM E 329.

b. Laboratories engaged in testing of concrete and concrete aggregates shall meet the requirements of ASTM C 1077.

c. Laboratories engaged in testing of bituminous paving materials shall meet the requirements of ASTM D 3666.

d. Laboratories engaged in testing of soil and rock, as used in engineering design and construction, shall meet the requirements of ASTM D 3740.

e. Laboratories engaged in inspection and testing of steel, stainless steel, and related alloys will be evaluated according to ASTM A 880.

f. Laboratories engaged in nondestructive testing (NDT) shall meet the requirements of ASTM E 543.

g. Laboratories engaged in Hazardous Materials Testing shall meet the requirements of OSHA and EPA.

1.10.3 Laboratory Accreditation Authorities

Laboratory Accreditation Authorities are the National Voluntary Laboratory Accreditation Program (NVLAP) administered by the National Institute of Standards and Technology, the American Association of State Highway and Transportation Officials (AASHTO) program, and the American Association for Laboratory Accreditation (A2LA) program and the Washington Association of Building Officials (WABO) (Approval authority for WABO is limited to projects within Washington State), and the Washington Area Council of Engineering Laboratories (WACEL) (Approval authority by WACEL is limited to projects within the Chesapeake Division and Public Works Center Washington geographical area).

Furnish to the Contracting Officer, a copy of the Certificate of Accreditation and Scope of Accreditation. The scope of the laboratory's accreditation shall include the test methods required by the Contract.

1.10.4 Capability Check

The Contracting Officer retains the right to check laboratory equipment in the proposed laboratory and the laboratory technician's testing procedures, techniques, and other items pertinent to testing, for compliance with the standards set forth in this Contract.

1.10.5 Test Results

Cite applicable Contract requirements, tests or analytical procedures used. Provide actual results and include a statement that the item tested or analyzed conforms or fails to conform to specified requirements. If the item fails to conform, notify Contracting Officer immediately. Conspicuously stamp the cover sheet for each report in large red letters "CONFORMS" or "DOES NOT CONFORM" to the specification requirements, whichever is applicable. Test results shall be signed by a testing laboratory representative authorized to sign certified test reports. Furnish the signed reports, certifications, and other documentation to the

Contracting Officer via the QC Manager. Furnish a summary report of field tests at the end of each month. Attach a copy of the summary report to the last daily Contractor Quality Control Report of each month.

1.10.6 Test Reports and Monthly Summary Report of Tests

The QC Manager shall furnish the signed reports, certifications, and a summary report of field tests at the end of each month to the Contracting Officer. Attach a copy of the summary report to the last daily Contractor Quality Control Report of each month.

All test reports shall include all pertinent information regarding the testing being performed, as well as the prevailing weather conditions and the date, time and duration of stay of the test reporter.

1.11 CQC CERTIFICATIONS

1.11.1 Contractor Quality Control Report Certification

Each Contractor Quality Control Report shall contain the following statement: "On behalf of the Contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge, except as noted in this report."

1.11.2 Invoice Certification

Furnish a certificate to the Contracting Officer with each payment request, signed by the QC Manager, attesting that as-built drawings are current and attesting that the work for which payment is requested, including stored material, is in compliance with contract requirements.

1.11.3 Completion Certification

Upon completion of work under this Contract, the QC Manager shall furnish a certificate to the Contracting Officer attesting that "the work has been completed, inspected, tested and is in compliance with the Contract."

1.12 COMPLETION INSPECTIONS

1.12.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the FAR clause entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the QC Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Include in the punch list any remaining items on the "Rework Items List" which were not corrected prior to the Punch-Out Inspection. The punch list shall include the estimated date by which the deficiencies will be corrected. A copy of the punch list shall be provided to the Contracting Officer. The QC Manager or staff shall make follow-on inspections to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government "Pre-Final Inspection."

1.12.2 Pre-Final Inspection

The Government will perform this inspection to verify that the facility is complete and ready to be occupied. A Government "Pre-Final Punch List" may be developed as a result of this inspection. The QC Manager shall ensure that all items on this list are corrected prior to notifying the Government that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-Final" inspection shall be corrected in timely manner and shall be accomplished within the time slated for completion of the entire work, or any particular increment thereof if the project is divided into increments by separate completion dates.

1.12.3 Final Acceptance Inspection

The QC Manager, the QC specialists, the superintendent or other primary contractor management personnel, and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel may be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the "Pre-Final" inspection. Notice shall be given to the Contracting Officer at least 14 days prior to the final inspection stating that all specific items previously identified to the Contractor as being unacceptable, along with all the remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Contract Clause entitled "Inspection of Construction." When the Contracting Officer takes possession of partial completed work, it will be in accordance with Contract Clause "Use and Possession Prior to Completion.

1.13 DOCUMENTATION

Maintain current and complete records of on-site and off-site QC program operations and activities.

1.13.1 Contractor Production Report

Reports are required for each day that work is performed and shall be attached to the Contractor Quality Control Report prepared for the same day. Account for each calendar day throughout the life of the Contract. The reporting of work shall be identified by terminology consistent with the construction schedule. Contractor Production Reports are to be prepared, signed and dated by the project superintendent and shall contain the following information:

a. Date of report, report number, name of contractor, Contract number, title and location of Contract and superintendent present.

b. Weather conditions in the morning and in the afternoon including maximum and minimum temperatures.

c. Identify work performed by corresponding Schedule Activity No., PC#, Modification No., etc.

d. A list of Contractor and subcontractor personnel on the work site, their trades, employer, work location, description of work performed, hours worked by trade, daily total work hours on work site this date (incl hours on continuation sheets), and total work hours from start of construction.

e. A list of job safety actions taken and safety inspections conducted. Indicate that safety requirements have been met including the results on the following:

(1) Was a job safety meeting held this date? (If YES, attach a copy of the meeting minutes.)

(2) Were there any lost time accidents this date? (If YES, attach a copy of the completed OSHA report.)

(3) Was crane/manlift/trenching/scaffold/hv electrical/high work/hazmat work done? (If YES, attach a statement or checklist showing inspection performed.)

(4) Was hazardous material/waste released into the environment? (If YES, attach a description of incident and proposed action.)

f. Identify Schedule Activity No. related to safety action and list safety actions taken today and safety inspections conducted.

g. Identify Schedule Activity No., Submittal # and list equipment/material received each day that is incorporated into the job.

h. Identify Schedule Activity No., Owner and list construction and plant equipment on the work site including the number of hours used.

i. Include a "remarks" section in this report which will contain pertinent information including directions received, problems encountered during construction, work progress and delays, conflicts or errors in the drawings or specifications, field changes, safety hazards encountered, instructions given and corrective actions taken, delays encountered and a record of visitors to the work site. For each remark given, identify the Schedule Activity No. that is associated with the remark.

1.13.1.1 Contractor Production Report (Continuation Sheet)

Additional space required to contain daily information on the Contractor Production Report will be placed on its Continuation Sheet(s). An unlimited number of Continuation Sheets may be added as necessary and attached to the Production Report.

1.13.2 Contractor Quality Control Report

Reports are required for each day that work is performed and for every seven consecutive calendar days of no-work and on the last day of a no-work period. Account for each calendar day throughout the life of the Contract. The reporting of work shall be identified by terminology consistent with the construction schedule. Contractor Quality Control Reports are to be prepared, signed and dated by the QC Manager and shall contain the following information:

a. Date of report, report number, Contract Number, and Contract Title.

b. Indicate if Preparatory Phase work was performed today (Yes/No checkboxes).

c. If Preparatory Phase work was performed today (including on-site

and off-site work), identify its Schedule Activity No. and Definable Feature of Work. The Index # is a cross reference to the Preparatory Phase Checklist. An example of the Index # is: 0025-P01, where "0025" is the Contractor Quality Control Report Number, "P" indicates Preparatory Phase, and "01" is the Preparatory Phase Checklist number(s) for this date. Each entry in this section must be accompanied with a corresponding Preparatory Phase Checklist.

d. Indicate if Initial Phase work was performed today (Yes/No checkboxes).

e. If Initial Phase work was performed today (including on-site and off-site work), identify its Schedule Activity No. and Definable Feature of Work. The Index # is a cross reference to the Initial Phase Checklist. An example of the Index # is: 0025-I01, where "0025" is the Contractor Quality Control Report Number, "I" indicates Initial Phase, and "01" is the Initial Phase Checklist number(s) for this date. Each entry in this section must be accompanied with a corresponding Initial Phase Checklist.

f. Results of the Follow-up Phase inspections held today (including on-site and off-site work), including Schedule Activity No., the location of the definable feature of work, Specification Sections, etc. Indicate in the report for this definable feature of work that the work complies with the Contract as approved in the Initial Phase, work complies with safety requirements, and that required testing has been performed and include a list of who performed the tests.

g. List the rework items identified, but not corrected by close of business; along with its associated Schedule Activity Number.

h. List the rework items corrected from the rework items list along with the corrective action taken and its associated Schedule Activity Number.

i. Include a "remarks" section in this report which will contain pertinent information including directions received, quality control problem areas, deviations from the QC plan, construction deficiencies encountered, QC meetings held, acknowledgement that as-built drawings have been updated, corrective direction given by the QC Organization and corrective action taken by the Contractor. For each remark given, identify the Schedule Activity No. that is associated with the remark.

j. Contractor Quality Control Report certification, signature and date.

1.13.2.1 Contractor Quality Control Report (Continuation Sheet)

Additional space required to contain daily information on the Contractor Quality Control Report will be placed on its Continuation Sheet(s). An unlimited number of Continuation Sheets may be added as necessary and attached to the Contractor Quality Control Report.

1.13.3 Preparatory Phase Checklist

Each Definable Feature of Work that is in the Preparatory Phase shall have this checklist filled out for it. The checklist shall be identified by terminology consistent with the construction schedule. Attach this checklist to the Contractor Quality Control Report of the same date.

a. Specification Section, date of report, and Contract number shall be filled out. Duplicate this information in the header of the second page of the report.

b. Definable Feature of Work, Schedule Activity No. and Index # entry and format will match entry in the Preparatory Phase section of the Contractor Quality Control Report. Duplicate this information in the header of the second page of the report.

c. Personnel Present: Indicate the number of hours of advance notice that was given to the Government Representative and indicate (Yes/No checkboxes) whether or not the Government Rep was notified. Indicate the Names of Preparatory Phase Meeting attendees, their position and company/government they are with.

d. Submittals: Indicate if submittals have been approved (Yes/No checkboxes), if no indicate what has not been submitted. Are materials on hand (Yes/No checkboxes) and if not, what items are missing. Check delivered material/equipment against approved submittals and comment as required.

e. Material Storage: Indicate if materials/equipment is stored properly (Yes/No checkboxes) and if not, what action is/was taken.

f. Specifications: Review and comment on Specification Paragraphs that describe the material/equipment, procedure for accomplishing the work and clarify any differences.

g. Preliminary Work & Permits: Ensure preliminary work is in accordance with the contract documents and necessary permits are on file, if not, describe the action taken.

h. Testing: Identify who performs tests, the frequency, and where tests are to occur. Review the testing plan, report abnormalities, and if the test facilities have been approved.

i. Safety: Indicate if the activity hazard analysis has been approved (Yes/No checkboxes) and comment on the review of the applicable portions of the COE EM-385-1-1.

j. Meeting Comments: Note comments and remarks during the Preparatory Phase Meeting that was not addressed in previous sections of this checklist.

k. Other Items or Remarks: Note any other remarks or items that were a result of the Preparatory Phase.

l. QC Manager will sign and date the checklist.

1.13.4 Initial Phase Checklist

Each Definable Feature of Work that is in the Initial Phase shall have this checklist filled out for it. The checklist shall be identified by terminology consistent with the construction schedule. Attach this checklist to the Contractor Quality Control Report of the same date.

a. Specification Section, date of report, and Contract number shall be entered.

b. Definable Feature of Work, Schedule Activity No. and Index # entry and format will match entry in the Initial Phase section of the Contractor Quality Control Report.

c. Personnel Present: Indicate the number of hours of advance notice that was given to the Government Representative and indicate (Yes/No checkboxes) whether or not the Government Rep was notified. Indicate the Names of Initial Phase Meeting attendees, their position and company/government they are with.

d. Procedure Compliance: Comment on compliance with procedures identified at Preparatory Phase of Control and assurance that work is in accordance with plans, specifications and submittals.

e. Preliminary Work: Ensure preliminary work being placed is in compliance and if not, what action is/was taken.

f. Workmanship: Identify where initial work is located; if a sample panel is required (Yes/No checkboxes); is the initial work the sample (Yes/No checkboxes); and if Yes, describe the panel location and precautions taken to preserve the sample.

g. Resolution: Comment on any differences and the resolutions reached.

h. Check Safety: Comment on the safety review of the job conditions.

i. Other: Note any other remarks or items that were a result of the Initial Phase.

j. QC Manager will sign and date the checklist.

1.13.5 Quality Control Validation

Establish and maintain the following in a series of 3 ring binders. Binders shall be divided and tabbed as shown below. These binders shall be readily available to the Government's Quality Assurance Team during all business hours.

a. All completed Preparatory and Initial Phase Checklists, arranged by specification section.

b. All milestone inspections , arranged by Activity/Event Number.

c. A current up-to-date copy of the Testing and Plan Log with supporting field test reports, arranged by specification section.

d. Copies of all contract modifications, arranged in numerical order. Also include documentation that modified work was accomplished.

e. A current up-to-date copy of the Rework Items List.

f. Maintain up-to-date copies of all punch lists issued by the QC Staff on the Contractor and Sub-Contractors and all punch lists issued by the Government.

1.13.6 Reports from the QC Specialists

Reports are required for each day that work is performed in their area of responsibility.

QC Specialist reports shall include the same documentation requirements as the Contractor Quality Control Report for their area of responsibility. QC reports are to be prepared, signed and dated by the QC specialists and shall be attached to the Contract Quality Control Report prepared for the same day."

1.13.7 Testing Plan and Log

As tests are performed, the QC Manager shall record on the "Testing Plan and Log" the date the test was conducted, the date the test results were forwarded to the Contracting Officer, remarks and acknowledgement that an accredited or Contracting Officer approved testing laboratory was used. Attach a copy of the updated "Testing Plan and Log" to the last daily Contractor Quality Control Report of each month.

1.13.8 Rework Items List

The QC Manager shall maintain a list of work that does not comply with the Contract, identifying what items need to be reworked, the date the item was originally discovered, the date the item will be corrected by, and the date the item was corrected. There is no requirement to report a rework item that is corrected the same day it is discovered. Attach a copy of the "Rework Items List" to the last daily Contractor Quality Control Report of each month. The Contractor shall be responsible for including on this list items needing rework including those identified by the Contracting Officer.

1.13.9 As-Built Drawings

The QC Manager is required to ensure the as-built drawings, required by Section 01770, "Closeout Procedures," are kept current on a daily basis and marked to show deviations which have been made from the Contract drawings. Ensure each deviation has been identified with the appropriate modifying documentation (e.g. PC No., Modification No., Request for Information No., etc.). The QC Manager or QC specialist assigned to an area of responsibility shall initial each deviation and each revision. Upon completion of work, the QC Manager shall furnish a certificate attesting to the accuracy of the as-built drawings prior to submission to the Contracting Officer.

1.13.10 Report Forms

The following forms, are acceptable for providing the information required by the paragraph entitled "Documentation." While use of these specific formats are not required, any other format used shall contain the same information:

a. Combined Contractor Production Report and Contractor Quality Control Report, with separate continuation sheet(s).

Contractor Quality Control Report w/ continuation sheet(s);

Contractor Production Report w/ continuation sheet(s).

b. Preparatory Phase Checklist.

c. Initial Phase Checklist.

d. Testing Plan and Log.

e. Rework Items List.

## 1.14 NOTIFICATION ON NON-COMPLIANCE

The Contracting Officer will notify the Contractor of any detected non-compliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time for excess costs or damages by the Contractor.

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

Not used.

-- End of Section --

# SECTION 01500

# TEMPORARY FACILITIES AND CONTROLS
**09/99**

## PART 1 GENERAL

### 1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Traffic control plan; G

SD-03 Product Data

Backflow preventers

SD-06 Test Reports

Backflow Preventer Tests; G

SD-07 Certificates

Backflow Tester Certification; G

Backflow Preventers Certificate of Full Approval

### 1.2 CONSTRUCTION SITE PLAN

Prior to the start of work, submit a site plan showing the locations of temporary facilities (including layouts and details, equipment and material storage area (onsite and offsite), and access and haul routes used for this contract. Show locations of safety and construction fences, site trailers, construction entrances, trash dumpsters, temporary sanitary facilities, and worker parking areas.

Mobilization of storage and office trailers, temporary utilities and survey may commence after the Government has granted acceptance of the design and the Contractor has been notified in writing by the Contracting Officer that the design is accepted and construction mobilization is authorized.

No other work at the site may be started until the administrative process specified in this section relative to Government signatures and distribution of the design documents for construction have been completed and copies of the design drawings and specifications signed by the Government are received by the ROICC.

### 1.3 BACKFLOW PREVENTERS CERTIFICATE

Certificate of Full Approval from FCCCHR-USC, University of Southern California, attesting that the design, size and make of each backflow preventer has satisfactorily passed the complete sequence of performance testing and evaluation for the respective level of approval. Certificate of Provisional Approval will not be acceptable.

### 1.3.1 Backflow Prevention Training Certificate

The Contractor shall submit a certificate recognized by the State or local authority that states the Contractor has completed at least 10 hours of training in backflow preventer installations. The certificate must be current.

## 1.4 TEMPORARY UTILITIES

Reasonable amounts of utilities (water and electricity) will be made available to the Contractor without charge

The Contractor shall pay all costs incurred in connecting, converting, and transferring the utilities to the work. The Contractor shall make connections, including providing backflow-preventing devices on connections to domestic water lines; providing meters; and providing transformers; and make disconnections.

## 1.5 BACKFLOW TESTER CERTIFICATION

Prior to testing, submit to the Contracting Officer certification issued by the State or local regulatory agency attesting that the backflow tester has successfully completed a certification course sponsored by the regulatory agency. Tester shall not be affiliated with any company participating in any other phase of this Contract.

## 1.6 WEATHER PROTECTION

Take necessary precautions to ensure that roof openings and other critical openings in the building are monitored carefully. Take immediate actions required to seal off such openings when rain or other detrimental weather is imminent, and at the end of each workday. Ensure that the openings are completely sealed off to protect materials and equipment in the building from damage.

### 1.6.1 Building and Site Storm Protection

When a warning of gale force winds is issued, take precautions to minimize danger to persons, and protect the work and nearby Government property. Precautions shall include, but are not limited to, closing openings; removing loose materials, tools and equipment from exposed locations; and removing or securing scaffolding and other temporary work. Close openings in the work when storms of lesser intensity pose a threat to the work or any nearby Government property.

## 1.7 STATION OPERATION AFFECT ON CONTRACTOR OPERATIONS

### 1.7.1 Restricted Access Areas

The Government will monitor work in areas indicated. Notify Contracting Officer at least 14 calendar days prior to starting work in these areas.

### 1.7.2 Special Restrictions Regarding Access of Vehicles and Parking

The Contractor shall have sole possession of the Project site during the time of construction, to use as he feels necessary. The only restriction placed upon the use of the site is that access to all fire or emergency access roads or lanes must be available to the Government at all times.

1.7.2.1 Interruption of Vehicular Traffic

If during the performance of work, it becomes necessary to modify vehicular traffic patterns at any locations, notify the Contracting Officer at least 15 calendar days prior to the proposed modification date, and provide a Traffic Control Plan detailing the proposed controls to traffic movement for approval. The plan shall be in accordance with State and local regulations and the FHWA MUTCD, Part VI. Make all notifications and obtain any permits required for modification to traffic movements outside Station's jurisdiction. Provide cones, signs, barricades, lights, or other traffic control devices and personnel required to control traffic.

1.8 STORAGE AREAS

The Contract Clause entitled "FAR 52.236-10, Operations and Storage Areas" and the following apply:

1.8.1 Storage Size and Location

The open site available for storage shall be confined to the open area within the project site.

1.8.2 Storage in Existing Buildings

The Contractor shall be working around existing buildings; the storage of material will not be allowed in the buildings. Provide 2.4 m 8 foot high security fence with a lockable gate around the storage area. Remove at the completion of work.

1.9 TEMPORARY SANITARY FACILITIES

Provide adequate sanitary conveniences of a type approved for the use of persons employed on the work, properly secluded from public observation, and maintained in such a manner as required and approved by the Contracting Officer. Maintain these conveniences at all times without nuisance. Upon completion of the work, remove the conveniences from the premises, leaving the premises clean and free from nuisance. Dispose of sewage through connection to a municipal, district, or station sanitary sewage system. Where such systems are not available, use chemical toilets or comparably effective units, and periodically empty wastes into a municipal, district, or station sanitary sewage system, or remove waste to a commercial facility. Include provisions for pest control and elimination of odors.

1.10 TEMPORARY BUILDINGS

Temporary facilities( including trailers) shall be in like new condition. Locate these facilities where directed and within the project site. Storage of material/debris under such facilities is prohibited. Contractor shall be responsible for the security of the stored property.

1.10.1 Maintenance of Temporary Facilities

Paint in accordance with base standards and maintain the temporary facilities. Failure to do so will be sufficient reason to require their removal.

1.10.2 Quality Control Manager Records and Field Office

Provide on the jobsite an office with approximately 18 square meter 200

square feet of useful floor area for the exclusive use of the QC Manager. Provide a weathertight structure with adequate heating and cooling, toilet facilities, lighting, ventilation, a 1200 by 2400 mm 4 by 8 foot plan table, a standard size office desk and chair, computer station, and working communications facilities. Provide either a 1,500 watt radiant heater and a window-mounted air conditioner rated at 2.6 kW 9,000 Btus minimum or a window-mounted heat pump of the same minimum heating and cooling ratings. Provide a door with a c ylinder lock and windows with locking hardware. Make utility connections. Locate as directed. File quality control records in the office and make available at all times to the Government. After completion of the work, remove the entire structure from the site.

## PART 2 PRODUCTS

### 2.1 BACKFLOW PREVENTERS

Reduced pressure principle type conforming to the applicable requirements AWWA C511. Provide backflow preventers complete with 150 pound flanged bronze or brass mounted gate valve and strainer, 304 stainless steel or bronz e, internal parts. The particular make, model/design, and size of backflow preventers to be installed shall be included in the latest edition of the List of Approved Backflow Prevention Assemblies issued by the FCCCHR-USC and shall be accompanied by a Certificate of Full Approval from FCCCHR-USC.

## PART 3 EXECUTION

### 3.1 TEMPORARY PHYSICAL CONTROLS

#### 3.1.1 Access Controls

##### 3.1.1.1 Temporary Barricades

Contractor shall provide for barricading around all work areas to prevent public access.

##### 3.1.1.2 Fencing

Fencing shall be provided along the construction site. Fencing must be installed to be able to restrain a force of at least 114.00 kg 250 pounds against it.

In addition, prior to the start of work, enclose those ares at the construction site which are not within the construction fence with a temporary safety fence, including gates and warning signs, to protect the public from construction activities. The safety fence shall match the base standard color (or bright orange where it protects excavated areas), shall be made of high density polyethylene grid or approved equal, a minimum of 1100 mm 42 inches high, supported and tightly secured to steel posts located on minimum 3000 mm 10 foot centers. Remove the fence from the work site upon completion of the contract.

##### 3.1.1.3 Signs

Place warning signs at the construction area perimeter designating the presence of construction hazards requiring unauthorized persons to keep out. Signs must be placed on all sides of the project, with at least one sign every 90 m 300 feet. All points of entry shall have signs designating the construction site as a hard hat area.

3.1.1.4 Traffic Work

All work around/involving roadways, to include roadway excavations and utility crossings, will be conducted in accordance with Manual of Traffic Control Devices. Contractors shall provide and ensure appropriate road closure and detour signs are established as necessary for motor traffic management. All road closures shall be coordinated with the Contracting Officer in advance. Self-illuminated (lighted) barricades shall be provided during hours of darkness. Brightly-colored (orange) vests are required for all personnel working in roadways. Road closures shall require a road closure plan showing the location of signage.

3.2 TEMPORARY WIRING

Provide temporary wiring in accordance with NFPA 241 and NFPA 70, Article 305-6(b), Assured Equipment Grounding Conductor Program. Program shall include frequent inspection of all equipment and apparatus.

3.3 REDUCED PRESSURE BACKFLOW PREVENTERS

Provide an approved reduced pressure backflow prevention assembly at each location where the Contractor taps into the Government potable water supply.

A certified tester(s) shall perform testing of backflow preventer(s) for proper installation and operation and provide subsequent tagging. Backflow preventer tests shall be performed using test equipment, procedures, and certification forms conforming to those outlined in the latest edition of the Manual of Cross-Connection Control published by the FCCCHR-CCC. Test and tag each reduced pressure backflow preventer upon initial installation (prior to continued water use) and quarterly thereafter. Tag shall contain the following information: make, model, serial number, dates of tests, results, maintenance performed, and signature of tester. Record test results on certification forms conforming to requirements cited earlier in this paragraph.

-- End of Section --

SECTION 01525

SAFETY REQUIREMENTS
**09/00**

PART 1 GENERAL

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

1.2 DEFINITIONS

a. Certified Industrial Hygienist. An industrial hygienist is an individual who is certified by the American Board of Industrial Hygiene.

b. Certified Safety Professional. A safety manager, safety specialist, or safety engineer that has passed the CSP exam administered by the Board of Certified Safety Professionals.

c. Competent Person. A competent person is one who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees, and who has authorization to take prompt corrective measures to eliminate them.

d. Confined Space. A space which by design has limited openings for entry and exit, unfavorable natural ventilation which could contain or produce dangerous air contaminants, and which is not intended for continuous employee occupancy. Confined spaces include, but are not limited to storage tanks, process vessels, pits, silos, vats, degreasers, reaction vessels, boilers, ventilation and exhaust ducts, sewers, tunnels, underground utility vaults, and pipelines.

e. First Aid. First aid is any one-time treatment, and any follow-up visit for the purpose of observation, of minor scratches, cuts, burns, splinters, and so forth, which do not ordinarily require medical care, even though provided by a physician or registered professional personnel.

f. Health and Safety Plan (HASP). The HASP is the Navy equivalent Army term of SHP or SSHP used in COE EM-385-1-1. "USACE" property and equipment specified in COE EM-385-1-1 should be interpreted as Government property and equipment.

g. Lost Workdays. The number of days (consecutive or not) after, but not including, the day of injury or illness during which the employee would have worked but could not do so; that is, could not perform all or part of his normal assignment during all or any part of the workday or shift; because of the occupational injury

or illness.

h. Medical Treatment. Medical treatment includes treatment administered by a physician or by registered professional personnel under the standing orders of a physician. Medical treatment does not include first aid treatment even through provided by a physician or registered personnel.

i. Multi-employer work site (MEWS). A multi-employer work site, as defined by OSHA, is one in which many employers occupy the same site. The Navy considers the prime contractor to be the "controlling authority" for all work site safety and health of the subcontractors.

j. Operating Envelope. There is an "operating envelope" around any crane, and inside the envelope are the operator, riggers, rigging gear between the hook and the load, the load and the crane's supporting structure (ground, rail, etc.).

k. Qualified Person. One who, by possession of a recognized degree, certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work or the project.

l. Recordable Occupational Injuries or Illnesses. Any occupational injuries or illnesses which result in:

(1) Fatalities, regardless of the time between the injury and death, or the length of the illness; or

(2) Lost Workday Cases, other than fatalities, that result in lost workdays, or

(3) Non-Fatal Cases without lost workdays which result in transfer to another job or termination of employment, or require medical treatment (other than first aid) or involve: loss of consciousness or restriction of work or motion. This category also includes any diagnosed occupational illnesses which are reported to the employer but are not classified as facilities or lost workday cases.

m. Safety Officer. The superintendent or other qualified or competent person who is responsible for the on-site safety required for the project. The contractor quality control person cannot be the safety officer, even through the QC has safety inspection responsibilities as part of the QC duties.

n. Serious Accidents. Any work-related incident, which results in, a fatality, in-patient hospitalization of three or more employees, or property damage in excess of $200,000.

o. Significant Accident. Any contractor accident which involves falls of (4 feet) or more, electrical accidents, confined space accidents, diving accidents, equipment accidents, crane accident or fire accidents, which, result in property damage of $10,000 or more, but less than $200,000; or when fire department or emergency medical treatment (EMT) assistance is required.

p. Weight Handling Equipment (WHE) Accident. A WHE accident occurs when any one or more of the six elements in the operating envelope fails to perform correctly during operation, including operation during maintenance or testing resulting in personnel injury or death; material or equipment damage; dropped load; derailment; two-blocking; overload; and collision, including unplanned contact between the load, crane, and/or other objects. A dropped load, derailment, two-blocking, overload and collision are considered accidents even though no material damage or injury occurs. A component failure (e.g., motor burnout, gear tooth failure, bearing failure) is not considered an accident solely due to material or equipment damage unless the component failure results in damage to other components (e.g., dropped boom, dropped load, roll over, etc.).

## 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-07 Certificates

Accident Prevention Plan (APP); G

Activity Hazard Analysis (AHA); G

Health and Safety Plan (HASP); G

SD-11 Closeout Submittals

Daily Confined Space Entry Permit

Submit one copy of each permit attached to each Daily Production Report.

Reports

Submit reports as their incidence occurs, in accordance with the requirements of the paragraph entitled, "Reports."

Crane Reports

Crane Critical Lift Plan

Certificate of Compliance

## 1.4 QUALITY ASSURANCE

### 1.4.1 Meetings

#### 1.4.1.1 Preconstruction Conference

The safety officer shall attend the preconstruction conference.

#### 1.4.1.2 Meeting on Work Procedures

a. Meet with Contracting Officer to discuss work procedures and safety precautions required by the APP. Ensure the participation of the contractor's superintendent, the quality control, and the

CSP or CIH.

1.4.1.3 Weekly Safety Meetings

Hold weekly at the project site. Attach minutes showing contract title, signatures of attendees and a list of topics discussed to the QC Contractor Quality Control daily report.

1.4.1.4 Work Phase Meetings

The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection.

1.4.1.5 New Employee Indoctrination

New employees will be informed of specific site hazards before they begin work. Documentation of this orientation shall be kept on file at the project site.

1.4.2 Certifications

1.4.2.1 Accident Prevention Plan (APP)

Submit the APP at least 15 calendar days prior to start of work at the job site, following Appendix A of COE EM-385-1-1. Make the APP site specific. Notice To Proceed will be given after Government finds the APP acceptable.

1.4.2.2 Activity Hazard Analysis (AHA)

Submit the AHA for review at least 15 calendar days prior to the start of each phase. Format subsequent AHA as amendments to the APP. In accordance with contract quality control requirements each AHA will be reviewed during an on-site preparatory inspection.

1.4.3 Reports

1.4.3.1 Crane Reports

Submit crane inspection reports required in accordance with COE EM-385-1-1 and as specified herein with Daily Reports of Inspections.

1.4.3.2 Crane Critical Lift Plan

Submit crane critical lift plan COE EM-385-1-1 section 16 when crane loads meet or exceed 75 percent of the crane load capacity in any configuration.

1.4.3.3 Certificate of Compliance

The Contractor shall provide a Certificate of Compliance for each crane entering a Naval activity under this contract (see ROICC for a blank certificate). Certificate shall state that the crane and rigging gear meet applicable OSHA regulations (with the contractor citing which OSHA regulations are applicable, e.g., cranes used in construction, demolition, or maintenance shall comply with 29 CFR 1926. Certify on the Certificate of Compliance that the crane operator(s) is qualified and trained in the operation of the crane to be used. The Contractor shall also certify that all of its crane operators working on the Naval activity have been trained not to bypass safety device (e.g., anti-two block devices) during lifting

operations. These certifications shall be posted on the crane.

1.5 ACCIDENT PREVENTION PLAN (APP)

Prepare the APP in accordance with the required and advisory provisions of COE EM-385-1-1 including Appendix A, "Minimum Basic Outline for Preparation of Accident Prevention Plan," and as modified herein. Include the associated AHA and other specific plans, programs and procedures listed on Pages A-3 and A-4 of COE EM-385-1-1, some of which are listed below.

1.5.1 Contents of the Accident Prevention Plan

a. Name and safety related qualifications of safety officer (including training and any certifications).

b. Qualifications of competent and of qualified persons.

c. Identity of the individual who will complete exposure data (hours worked); accident investigations, reports and logs; and immediate notification of accidents to include subcontractors.

d. Emergency response plan. Conform to COE EM-385-1-1, paragraph 01.E and include a map denoting the route to the nearest emergency care facility with emergency phone numbers. Contractor may be required to demonstrate emergency response.

e. Confined Space Entry Plan. Identify the qualified person's name and qualifications, training, and experience. Delineate the qualified person's authority to direct work stoppage in the event of hazardous conditions. Include procedure for rescue by contractor personnel and the coordination with emergency responders. (If there is no confined space work, include a statement that no confined space work exists and none will be created.)

f. Hazardous Material Use. Provisions to deal with hazardous materials, pursuant to the Contract Clause "FAR 52.223-3, Hazardous Material Identification and Material Safety Data." And the following:

(1) Inventory of hazardous materials to be introduced to the site with estimated quantities.

(2) Plan for protecting personnel and property during the transport, storage and use of the materials.

(3) Emergency procedures for spill response and disposal, including a site map with approximate quantities on site at any given time. The site map will be attached to the inventory, showing where the hazardous substances are stored.

(4) Material Safety Data Sheets for inventoried materials not required in other section of this specification.

(5) Labeling system to identify contents on all containers on-site.

(6) Plan for communicating high health hazards to employees and adjacent occupants.

g. Hazardous Energy Control Plan. For hazardous energy sources, comply with COE EM-385-1-1, paragraph 12.A.07.

h. Critical Lift Plan. Weight handling critical lift plans shall be prepared and signed in accordance with COE EM-385-1-1, paragraph 16.c.18.

i. Alcohol and Drug Abuse Plan

(1) Describe plan for random checks and testing with pre-employment screening in accordance with the DFAR Clause subpart 252.223-7004, "Drug Free Work Force."

(2) Description of the on-site prevention program

j. Fall Protection and Prevention (FP&P) Plan. The plan shall be site specific and address all fall hazards in the work place. It shall address how to protect and prevent workers from falling to lower levels when they are exposed to fall hazards above 6 feet. A qualified person shall prepare the plan. The plan shall include fall protection and prevention systems, equipment and methods employed, responsibilities, rescue and escape equipment and operations, training requirements, and monitoring methods. FP&P Plan shall be revised once every six months, to reflect any new changes during the course of construction, due to changes of personnel, equipment, systems or work habits.

k. Silica Exposure Reduction. The plan shall include specific procedures to prevent employee silica inhalation exposures.

l. Training Records and Requirements. List of mandatory training and certifications which are applicable to this project (e.g. explosive actuated tools, confined space entry, fall protection, crane operation, vehicle operator, forklift operators, personal protective equipment); list of requirements for periodic retraining/certification; outline requirements for supervisory and employee safety meetings.

m. Severe Weather Plan. Procedures of ceasing on-site operations during lightning or upon reaching maximum allowed wind velocities.

n. Emergency Lighting and Power Systems Plan (e.g. periodic testing of batteries for emergency lighting.)

1.6 ACTIVITY HAZARD ANALYSIS (AHA)

Prepare for each phase of the work. As a minimum, define activity being performed, sequence of work, specific hazards anticipated, control measures to eliminate or reduce each hazard to acceptable levels, training requirements for all involved, and the competent person in charge of that phase of work. For work with fall hazards, including fall hazards associated with scaffold erection and removal, identify the appropriate fall arrest systems. For work with materials handling equipment, address safeguarding measures related to materials handling equipment. For work requiring excavations, include excavation safeguarding requirements. The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection.

## 1.7 DRUG PREVENTION PROGRAM

Conduct a proactive drug and alcohol use prevention program for all workers, prime and subcontractor, on the site. Ensure that no employees either use illegal drugs or consume alcohol during work hours. Ensure there are no employees under the influence of drugs or alcohol during work hours. After accidents, collect blood, urine or saliva specimens and test injured employee's influence. A copy of the test shall be made available to the Contracting Officer upon request.

## 1.8 FALL HAZARD PROTECTION AND PREVENTION PROGRAM

### 1.8.1 Scaffolds

Delineate the fall protection requirements necessary during the erection and dismantling operation of scaffolds used on the project in the Fall Protection and Prevention (FP&P) plan and activity hazard analysis for the phase of work.

### 1.8.2 Training

Institute a fall protection training program. As part of the Fall Hazard Protection and Prevention Program, Contractor shall provide training for each employee who might be exposed to fall hazards.

## 1.9 DUTIES OF THE SAFETY OFFICER

a. Ensure construction hazards are identified and corrected.

b. Maintain applicable safety reference material on the job site.

c. Maintain a log of safety inspections performed.

d. Attend the pre-construction conference as required.

e. Identify hazardous conditions and take corrective action. Failure to do so will result in a dismissal from the site, with a work stoppage pending approval of suitable replacement personnel.

## 1.10 DISPLAY OF SAFETY INFORMATION

Display the following information in clear view of the on-site construction personnel:

a. Map denoting the route to the nearest emergency care facility with emergency phone numbers.

b. AHA

c. Confined space entry permit.

d. A sign indicating the number of hours worked since last lost workday accident.

## 1.11 SITE SAFETY REFERENCE MATERIALS

Maintain safety-related references applicable to the project, including those listed in the article "References." Maintain applicable equipment

manufacturers' manuals.

## 1.12 HIGH HAZARD WORK AND LONG DURATION

Work under this contract is potentially hazardous. Pursuant to contract clause "FAR 52.236-13, Accident Prevention, Alternate I," submit in writing additional proposals for effecting accident prevention under hazardous conditions. Meet in conference with Contracting Officer to discuss and develop mutual understanding relative to the administration of the overall safety program.

## 1.13 EMERGENCY MEDICAL TREATMENT

Contractors will arrange for their own emergency medical treatment. Government has no responsibility to provide emergency medical treatment. However, if emergency medical care is rendered by Navy medical services, charges may be billed to Contractor at prevailing rates established in BUMED Instruction 6320.4 series. Reimbursement shall be made by Contractor to Naval Regional Medical Center Collection Agent upon receipt of monthly statement.

## 1.14 REPORTS

### 1.14.1 Accident Reports

a. For recordable occupational injuries and illnesses, the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the Navy Contractor Significant Incident Report (CSIR) form and provide to the Contracting Officer within 5 calendar days of the accident. The Contracting Officer will provide a copy of the CSIR form.

b. For a weight handling equipment accident the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the WHE Accident Report form and provide to the Contracting Officer within 30 calendar days of the accident. The Contracting Officer will provide a blank copy of the WHE accident report form.

### 1.14.2 Notification

Notify the Contracting Officer as soon as practical, but not later than four hours, of any accident meeting the definition of Recordable Occupational Injuries or Illnesses or Significant Accidents. Information shall include contractor name; contract title; type of contract; name of activity, installation or location where accident occurred; date and time of accident; names of personnel injured; extent of property damage, if any; and brief description of accident (to include type of construction equipment used, PPE used, etc.).

### 1.14.3 Monthly Exposure Report

Monthly exposure reporting, to the Contracting Officer is required to be attached to the monthly billing request. This report is a compilation of employee-hours worked each month for all site workers, both prime and subcontractor.

### 1.14.4 OSHA Citations and Violations

Provide the Contracting Officer with a copy of each OSHA citation, OSHA report and contractor response. Correct violations and citations promptly and provide written corrective actions to the Contracting Officer.

1.14.5 Crane Notification

Notify Contracting Officer at least 15 days prior to bringing any crane equipment on-site so that the contracting officer may arrange for any additional quality assurance spot checks necessary by the government.

PART 2 PRODUCTS

2.1 Fall Protection Anchorage

Fall protection anchorage, conforming to ANSI 2359.1, will be left in place and so identified for continued customer use.

2.2 CONFINED SPACE SIGNAGE

Provide permanent signs integral to or securely attached to access covers for new permit required confined spaces. Signs wording: "DANGER--PERMIT REQUIRED CONFINED SPACE - DO NOT ENTER -" on bold letters a minimum of one inch in height and constructed to be clearly legible with all paint removed. The signal word "DANGER" shall be red and readable from 5 feet.

PART 3 EXECUTION

3.1 CONSTRUCTION

Comply with COE EM-385-1-1, NFPA 241, the accident prevention plan, the activity hazard analysis and other related submittals and activity fire and safety regulations.

3.1.1 Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract, radioactive materials or instruments capable of producing ionizing/non-ionizing radiation as well as materials which contain asbestos, mercury or polychlorinated biphenyls, di-isocynates, lead-based paint are prohibited. Exceptions to the use of any of the above excluded materials may be considered by Contracting Officer upon written request by Contractor.

3.1.2 Unforeseen Hazardous Material

The design should have identified materials such as PCB, lead paint, and friable and nonfriable asbestos. If material, not indicated, that may be hazardous to human health upon disturbance during construction operations is encountered, stop that portion of work and notify the Contracting Officer immediately. Within 14 calendar days the Government will determine if the material is hazardous. If material is not hazardous or poses no danger, the Government will direct the Contractor to proceed without change. If material is hazardous and handling of the material is necessary to accomplish the work, the Government will issue a modification pursuant to "FAR 52.243-4, Changes" and "FAR 52.236-2, Differing Site Conditions."

3.2 PRE-OUTAGE COORDINATION MEETING

Contractors are required to apply for utility outages a minimum of 15 days in advance. As a minimum, the request should include the location of the outage, utilities being effected, duration of outage and any necessary sketches. Special requirements for electrical outage requests are contained elsewhere in this specification section. Once approved and prior to beginning work on the utility system requiring shut down, the Contractor shall attend a pre-outage coordination meeting with the ROICC and the Station Utilities Department to review the scope of work and the lock out/tag out procedures for worker protection. No work will be performed on energized electrical equipment unless proven impassable. Working equipment "hot" must be considered the last option.

## 3.3 PERSONNEL PROTECTION

### 3.3.1 Hazardous Noise

Provide hazardous noise signs, and hearing protection, wherever equipment and work procedures produce sound-pressure levels greater than 85 dBA steady state or 140 dBA impulse, regardless of the duration of the exposure.

### 3.3.2 Fall Protection

Enforce use of the fall protection device designated for each specific work activity in the FP&P plan and/or AHA all times when an employee is on a surface 6 feet or more above lower levels. Personal fall arrest systems are required when working from an articulating or extendible boom, scissor lifts, swing stages, or suspended platform. Fall protection must comply with ANSI A10.14.

#### 3.3.2.1 Personal Fall Arrest Device

Personal fall arrest device equipment, systems, subsystems, and components shall meet ANSI Z359.1, "Safety Requirements for Personal Fall Arrest Systems". Only a full-body harness with a shock absorbing lanyard or self-retracting lanyard is an acceptable personal fall arrest device. Body belts may only be used as a positioning device system such as steel reinforcing assembly and in conjunction with another fall arrest system. Harnesses shall have a fall arrest attachment, which is a connector, affixed to the body support (usually a D-ring) and specifically designated for attachment to the rest of the system. Only double locking snap hooks and carabiners shall be used. Webbing, straps, and ropes shall be made of synthetic fiber.

#### 3.3.2.2 Fall Protection for Roofing Work

Fall protection controls shall be implemented based on the type of roof being constructed and work being performed. The roof area to be accessed shall be evaluated for its structural integrity including weight-bearing capabilities for the projected loading.

a. Low Sloped Roofs:

(1) For work within 6 feet of an edge, on low-slope roofs, personnel shall be protected from falling by use of personal fall arrest systems, guardrails, or safety nets. Safety monitoring system is not adequate fall protection and is not authorized.

(2) For work greater than 6 feet from an edge, warning lines shall be erected and installed in accordance with 29 CFR

1926.502(f).

3.3.2.3 Safety Nets

If safety nets are used as the selected fall protection system on the project, they shall be provided at unguarded workplaces, over water, machinery, dangerous operations and leading edge work.

3.3.2.4 Existing Anchorage

Existing anchorages, used for attachment of personal fall arrest equipment, if to be used by the Contractor, shall be re-certified by the contractor's fall protection engineer (QP).

3.4 SCAFFOLDING

Employees shall be provided with a safe means of access to the work area on the scaffold. Climbing of any scaffold braces or supports not specifically designed for access is prohibited. Stair towers or ladders built into scaffold systems in accordance with USACE EM 385-1-1 Appendix J are required for work platforms greater than 20 feet in height. Contractor shall ensure that employees that are qualified perform scaffold erection. Do not use scaffold without the capability of supporting at least four times the maximum intended load or without appropriate fall protection as delineated in the accepted fall protection plan. Minimum platform size shall be based on the platform not being greater in height than three times the dimension of the smallest width dimension for rolling scaffold. Some Baker type scaffolding has been found not to meet these requirements. Stationary scaffolds must be attached to structural building components to safeguard against tipping forward or backward. Special care shall be given to ensure scaffold systems are not overloaded. Outrigger brackets used to extend scaffold platforms on self supported scaffold systems for the storage of material is prohibited. The first tie-in shall be at the height equal to 4 times the width of the smallest dimension of the scaffold base.

3.5 EQUIPMENT

3.5.1 Material Handling Equipment

a. Material handling equipment such as forklifts shall not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.

b. The use of hooks on equipment for lifting of material must be in accordance with manufacturers printed instructions.

3.5.2 Weight Handling Equipment

a. Cranes must be equipped with:

(1) Load Indicating Devices (LIDs) and a Boom Angle or Radius Indicator,

(2) or Load-Moment Indicating Devices (LMIs).

(3) Anti-two-block prevention devices.

(4) Boom Hoist Hydraulic Relief Valve, Disconnect, or Shutoff

(stops hoist when boom reaches a predetermined high angle).

(5) Boom Length Indicator (for telescoping booms).

(6) Device to prevent uncontrolled lowering of a telescoping hydraulic boom.

(7) Device to prevent uncontrolled retraction of a telescoping hydraulic boom.

b. The Contractor shall notify the Contracting Officer, in advance, of any cranes entering the activity so that necessary quality assurance spot checks can be coordinated.

c. The Contractor shall comply with the crane manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work. Erection shall be performed under the supervision of a designated person (as defined in ASME B30.5). All testing shall be performed in accordance with the manufacturers recommended procedures.

d. The Contractor shall comply with ASME B30.5 for mobile cranes, and ASME B30.22 for articulating boom cranes.

e. The presence of Naval station safety and health inspectors does not relieve the Contractor of an obligation to comply with all applicable safety regulations. The Government will investigate all complaints of unsafe or unhealthful working conditions received in writing from contractor employees, federal civilian employees, or military personnel.

f. Each load shall be rigged/attached independently to the hook/master-link in such a fashion that the load cannot slide or otherwise become detached. Christmas-tree lifting (multiple rigged materials) is not allowed.

g. When operating in the vicinity of overhead transmission lines, operators and riggers shall be alert to this special hazard and shall follow the requirements of ASME B30.5 or ASME B30.22 as applicable.

h. Crane supported work platforms shall only be used in extreme conditions if the Contractor proves that using any other access to the work location would provide a greater hazard to the workers. Personnel shall not be lifted with a live hoist or friction crane.

i. A fire extinguisher having a minimum rating of 10BC and a minimum nominal capacity of 5lb of extinguishing agent shall be available at all operator stations or cabs of cranes. Portable fire extinguishers shall be inspected, maintained, and recharged as specified in NFPA 10, Standard for Portable Fire Extinguishers.

j. All employees shall be kept clear of loads about to be lifted and of suspended loads.

k. A weight handling equipment operator shall not leave his position at the controls while a load is suspended.

l. A Contractor Crane Operation Checklist shall be used by the CQC

representative during oversight of contractor crane operations (refer to COE EM-385-1-1 Appendix H and ROICC for copies).

m. Only contractor crane operators who have met the requirements of 29 CFR 1910.94, 29 CFR 1910.120, 29 CFR 1926.65, 29 CFR 1926.502(f), COE EM-385-1-1, ASME B30.5, and ASME B30.22 and other local and state requirements shall be authorized to operate the crane.

n. Cribbing shall be utilized by the Contractor when performing lifts on outriggers.

o. The crane hook/block must be positioned directly over the load. Side loading of the crane is prohibited.

p. A physical barricade must be positioned to prevent personnel from entering the tailswing area of the crane.

q. A substantial and durable rating chart containing legible letters and figures shall be provided with each crane and securely mounted onto the crane cab in a location allowing easy reading by the operator while seated in the control station.

r. Certification records which include the date of inspection, signature of the person performing the inspection along with the serial number or other identifier of the crane which was inspected. This record will always be available for review by contracting officer personnel.

s. Written reports listing the load test procedures utilized along with any repairs or alterations performed on the crane will be available for review by the contracting officer personnel.

t. Contractor shall certify that all of the crane operators have been trained not to bypass safety devices (e.g. anti-two block devices) during lifting operations.

3.6 Excavations

The competent person for excavation performed as a result of contract work shall be on-site when work is being performed in excavation, and shall inspect excavations prior to entry by workers. The competent person must evaluate for all hazards, including atmospheric, that may be associated with the work, and shall have the resources necessary to correct hazards promptly. Prior to digging the appropriate digging permit must be obtained. All underground utilities in the work area must be positively identified by a utility locating service and coordinated with Station Utility Departments. The Contractor must physically verify underground utility locations by hand digging using wood or fiberglass handled tools when any adjacent construction work is expected to come within three feet of the underground system. If construction is parallel to an existing utility the utility shall be exposed by hand digging every 30 m (100 feet) if parallel within 5 feet of the excavation. Trench and shoring systems must be identified in the accepted safety plan and activity hazard analysis. Extreme care must be used when excavating near direct burial electric underground cables. Trenching machines with digging chain drives shall be operated only when the spotters/laborers are in plain view of the operator. Operator and spotters/laborers shall be provided training on the hazards of the digging chain drives with emphasis on the distance that needs to be maintained when the digging chain is operating. Documentation

of the training shall be kept on file in the project site office or trailer.

## 3.7 ELECTRICAL

### 3.7.1 Conduct of Electrical Work

Underground electrical spaces must be certified safe for entry before entering to conduct work. Cable intended to be cut must be positively identified and de-energized prior to performing each cut. Positive cable identification must be made prior to submitting any outage request for electrical systems. Arrangements are to be coordinated with the Contracting Officer and Station Utilities for identification. The Contracting Officer will not accept an outage request until the Contractor satisfactorily documents that the circuits have been clearly identified.Perform all high voltage cutting remotely. When racking in or live switching of circuit breakers, no additional person other than the switch operator will be allowed in the space during the actual operation. Plan so that work near energized parts is minimized to the fullest extent possible. Use of electrical outages clear of any energized electrical sources is the preferred method. When working in energized substations, only qualified electrical workers shall be permitted to enter. When work requires Contractor to work near energized circuits as defined by the NFPA 70, high voltage personnel must use personal protective equipment that includes, as a minimum, electrical hard hat, safety shoes, insulating gloves with leather protective sleeves, fire retarding shirts, coveralls, face shields, and safety glasses. Insulating blankets, hearing protection, and switching suits may be required, depending on the specific job and as delineated in the Contractor AHA.

### 3.7.2 Portable Extension Cords

Portable extension cords shall be sized in accordance with manufacturer ratings for the tool to be powered.

## 3.8 WORK IN CONFINED SPACES

Comply with the requirements in Section 06.I of COE EM-385-1-1. Any potential for a hazard in the confined space requires a permit system to be used.

a. Entry Procedures. Prohibit entry into a confined space by personnel for any purpose, including hot work, until the qualified person has conducted appropriate tests to ensure the confined or enclosed space is safe for the work intended and that all potential hazards are controlled or eliminated and documented. (See Section 06.I.05 of COE EM-385-1-1 for entry procedures.) All hazards pertaining to the space shall be reviewed with each employee during review of the AHA.

b. Forced air ventilation is required for all confined space entry operations and the minimum air exchange requirements must be maintained.

c. Ensure the use of rescue and retrieval devices in confined spaces greater than 5 feet in depth. Conform to Sections 06.I.09, 06.I.10 and 06.I.11 of COE EM-385-1-1.

d. Sewer wet wells require continuous atmosphere monitoring with audible alarm for toxic gas detection.

e. Include training information for employees who will be involved as entrant attendants for the work. Conform to Section 06.I.06 of COE EM-385-1-1.

f. Entry Permit. Use ENGFORM 5044-R or other form with the same minimum information for the Daily Confined Space Entry Permit, completed by the qualified person. Post the permit in a conspicuous place close to the confined space entrance.

3.9 CRYSTALLINE SILICA

Grinding, abrasive blasting, and foundry operations of construction materials containing crystalline silica, shall comply with OSHA regulations, such as 29 CFR 1910.94, and COE EM-385-1-1, (Appendix C). The Contractor shall develop and implement effective exposure control and elimination procedures to include dust control systems, engineering controls, and establishment of work area boundaries, as well as medical surveillance, training, air monitoring, and personal protective equipment.

3.10 HOUSEKEEPING

3.10.1 Clean-up

All debris in work areas shall be cleaned up daily or more frequently as necessary. Construction debris may be temporarily located in an approved location, however garbage accumulation must be removed each day.

3.10.2 Dust Control

In addition to the dust control measures required elsewhere in the contract documents dry cutting of brick or masonry shall be prohibited. Wet cutting must address control of water run off.

3.11 ACCIDENT SCENE PRESERVATION

For serious accidents, and accidents involving weight handling equipment, ensure the accident site is secured and evidence is protected remaining undisturbed until released by the Contracting Officer.

3.12 FIELD QUALITY CONTROL

3.12.1 Inspections

Include safety inspection as a part of the daily Quality Control inspections required in Section 01450, "Quality Control".

3.13 FLAMMABLE AND COMBUSTIBLE LIQUID HANDLING AND STORAGE

3.13.1 Safety Gas Containers

Handling of flammable and combustible liquids shall be in safety containers with flame arresters, with not more than 5 gallons capacity, having a spring-closing lid and spout cover and designed to safely relieve internal pressures under fire exposures. Flammable and combustible Liquids shall be stored in separate NFPA approved storage cabinets 50 feet away from any sources of ignition with suitable NO SMOKING OR OPEN FLAME signs posted in all such areas.

-- End of Section --

# SECTION 01572

# WASTE MANAGEMENT
**09/99**

## PART 1 GENERAL

### 1.1 DEFINITIONS

#### 1.1.1 Construction and Demolition Waste

Solid wastes such as building materials, packaging and rubble resulting from construction, remodeling, demolition and repair of buildings/facilities, paving and infrastructure.

#### 1.1.2 Recyclable Materials

Products and materials that can be recovered and remanufactured into a new product. Recyclable materials include, but are not limited to, the following:

a. Metals (ferrous and non-ferrous), including banding, metal studs, ductwork, piping

b. Asphaltic concrete paving

c. Portland cement concrete

d. Land clearing debris including trees and plant materials

e. Native rock and granular fill

f. Gypsum products

g. Paper and cardboard

h. Wood products, including structural, finish, crates and pallets

i. Brick and masonry

j. Carpet and padding

k. Plastics

l. Copper wiring

m. Mechanical and electrical products and equipment

#### 1.1.3 Recycling Facility

A business that specializes in collecting, handling, processing, distributing, or remanufacturing waste materials generated by demolition and new construction projects, into products or materials that can be used for this project or by others.

#### 1.1.4 Salvage and Reuse

Existing usable product or material that can be saved and reused in some

manner on the project site. Materials that can be salvaged and reused must comply with the applicable technical specifications and include, but are not limited to, the following:

a. Dimensional lumber and other wood products

b. Structural steel

c. Soil

d. Masonry products

1.1.5 Salvage for Resale

Existing usable product or material that can be saved and removed intact (as is) from the project site to another site for resale to others without remanufacturing.

1.1.6 Trash

Product or material unable to be salvaged for resale, salvaged and reused, returned, or recycled.

1.1.7 Waste Materials

Product or material that can be salvaged for resale, salvaged and reused, returned to vendors, or recycled.

1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Waste Management Plan; G

1.3 CONSTRUCTION WASTE MANAGEMENT

1.3.1 General Intent

The Contractor shall use all means available to divert to the greatest extent practical and economically feasible, construction and demolition waste from landfills and incinerators.

1.3.2 Construction Waste Management Operations

Take a pro-active, responsible role in management of construction waste and require all subcontractors, vendors, and suppliers to participate in the effort. Establish a construction waste management program that includes the following categories:

a. Minimizing Packaging Waste

b. Salvage and reuse

c. Salvage for resale or donation

d. Recycling

e. Disposal

Salvage and reuse is a better waste management method than recycling because little or no reprocessing is necessary, thus less pollution is created when items are reused in their original form. Therefore, a diligent effort shall be made to salvage and reuse products and materials. Waste materials that cannot be salvaged and reused, and have value as being recyclable, shall be recycled. Only trash shall be transported to a landfill or incinerator. The Contractor shall be responsible for implementation of any special programs involving rebates or similar incentives related to recycling construction waste for this project. Revenues or other savings obtained for recycling or returns shall accrue to the Contractor.

1.3.3 Construction Waste Management Plan

Perform a waste analysis to determine the types and quantity of construction waste anticipated and identify salvage for resale, salvage and reuse , recycling and disposal options available. Within 30 days after contract award and prior to performing any demolition work, submit a Waste Management Plan for review and approval. The Waste Management Plan shall include the following:

a. Project waste analysis.

b. Projected cost of disposing of all trash and waste materials as if there would be no salvage or recycling on this project.

c. Name, address and phone number for each landfill or incinerator facility to be utilized.

d. Tipping fee for each landfill or incinerator.

e. A list of waste materials that will be salvaged for resale, salvaged and reused, and recycled.

f. Identification of each recycling facility to be utilized.

g. Anticipated net cost savings determined by subtracting the cost of separating and recycling from the following:

1. Savings due to reuse of demolished materials.

2. Revenue from the sale of salvaged and recycled materials.

3. Landfill or incinerator tipping fees saved due to diversion of materials to recycling.

h. Description of the method to be employed in recycling waste materials and description of the method that will be used to protect recycled materials from contamination.

i. Description of the means of transportation of recyclable materials and the destination of the materials.

PART 2 PRODUCTS

Not Used.

## PART 3 EXECUTION

### 3.1 PROGRAM IMPLEMENTATION AND MONITORING

Implement and maintain, for the duration of the project, the construction waste management program. Establish a method of monitoring and documenting the program, and submit a periodic report with each application for payment that includes the following:

a. Amount (by weight) and type of waste materials disposed of in a landfill or incinerator, the tip fee per ton, and the total cost of disposal including transportation costs, container rental costs, etc.

b. Amount (by weight) and type of materials salvaged for sale, salvaged for reuse, and recycled. Provide destination, means of transportation, cost of transportation and handling, tipping fee savings and revenue generated for each material.

c. Cost savings due to salvaging, reusing, and recycling materials.

#### 3.1.1 Hazardous Materials/Hazardous Wastes

If any non-acceptable materials such as hazardous materials or hazardous wastes are encountered, notify the Contracting Officer.

### 3.2 SALVAGE AND REUSE

Encourage the practice of efficient waste management when, sizing, cutting, and installing products and materials.

### 3.3 SEPARATION OF RECYCLABLE WASTE MATERIALS

Provide the necessary containers and bins, to facilitate the waste management program, that are clearly and appropriately marked. Prevent contamination of recyclable materials from incompatible products and materials. Separate construction waste at the project site by one of the following methods:

a. Source Separated Method: Waste products and materials, that are recyclable, are separated from trash and sorted into appropriately marked separate containers and then transported to the respective recycling facility for further processing. Trash is transported to a landfill or incinerator.

b. Co-Mingled Method: All construction waste is placed into a single container and then transported to a recycling facility where the recyclable materials are sorted and processed and the remaining trash is transported to a landfill or incinerator.

c. Other methods proposed by the Contractor and approved by the Contracting Officer.

-- End of Section --

SECTION 01575

TEMPORARY ENVIRONMENTAL CONTROLS
**03/00**

PART 1 GENERAL

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

1.2 DEFINITIONS

1.2.1 Sediment

Soil and other debris that have eroded and have been transported by runoff water or wind.

1.2.2 Solid Waste

Garbage, refuse, debris, sludge, or other discharged material (except hazardous waste as defined in paragraph entitled "Hazardous Waste" or hazardous debris as defined in paragraph entitled "Hazardous Debris"), including solid, liquid, semisolid, or contained gaseous materials resulting from domestic, industrial, commercial, mining, or agricultural operations. Material not regulated as solid waste are: nuclear source or byproduct materials regulated under the Federal Atomic Energy Act of 1954 as amended; suspended or dissolved materials in domestic sewage effluent or irrigation return flows, or other regulated point source discharges; regulated air emissions; and fluids or wastes associated with natural gas or crude oil exploration or production.

a. Green waste: The vegetative matter from landscaping, land clearing and grubbing, including, but not limited to, grass, bushes, scrubs, small trees and saplings, tree stumps and plant roots. Marketable trees, grasses and plants that are indicated to remain, be re-located, or be re-used are not included.

b. Surplus soil: Existing soil that is in excess of what is required for this work, including aggregates intended, but not used, for on-site mixing of concrete, mortars and paving. Contaminated soil meeting the definition of hazardous material or hazardous waste is not included.

c. Inert construction and demolition debris: Broken or removed concrete, masonry, and rock asphalt paving; ceramics; roofing paper and shingles. Inert materials may not be re-inforced with or contain ferrous wire, rods, accessories and weldments.

d. Wood: Dimension and non-dimension lumber, plywood, chipboard, hardboard. Treated and/or painted wood that meets the definition of lead contaminated or lead based contaminated paint is not

included.

e. Scrap metal: Scrap and excess ferrous and non-ferrous metals such as re-inforcing steel, structural shapes, pipe and wire that are recovered or collected and disposed of as scrap. Scrap metal meeting the definition of hazardous material or hazardous waste is not included.

f. Paint cans: Metal cans that are empty of paints, solvents, thinners and adhesives. If permitted by the paint can label, a thin dry film may remain in the can.

g. Recyclables: Materials, equipment and assemblies such as doors, windows, door and window frames, plumbing fixtures, glazing and mirrors that are recovered and sold as recyclable. Metal meeting the definition of lead contaminated or lead based paint contaminated may not be included as recyclable if sold to a scrap metal company. Paint cans may be included as recyclable if sold to a scrap metal company.

1.2.3 Debris

Non-hazardous solid material generated during the construction, demolition, or renovation of a structure which exceeds 2.5 inch particle size that is: a manufactured object; plant or animal matter; or natural geologic material (e.g. cobbles and boulders). A mixture of debris and other material such as soil or sludge is also subject to regulation as debris if the mixture is comprised primarily of debris by volume, based on visual inspection.

1.2.4 Hazardous Debris

As defined in paragraph entitled "Debris" of this section, debris that contains listed hazardous waste (either on the debris surface, or in its interstices, such as pore structure) per 40 CFR 261; or debris that exhibits a characteristic of hazardous waste per 40 CFR 261.

1.2.5 Chemical Wastes

This includes salts, acids, alkalies, herbicides, pesticides, and organic chemicals.

1.2.6 Garbage

Refuse and scraps resulting from preparation, cooking, dispensing, and consumption of food.

1.2.7 Hazardous Waste

Hazardous waste as defined in 40 CFR 261 or as defined by applicable State and local regulations.

1.2.8 Oily Waste

Petroleum products and bituminous materials.

1.2.9 Regulated Waste

Those solid waste that have specific additional Federal, state, or local controls for handling, storage, or disposal.

1.2.10 Class I Ozone Depleting Substance (ODS)

Class I ODS is defined in Section 602(a) of The Clean Air Act and includes the following chemicals:

chlorofluorocarbon-11 (CFC-11)
chlorofluorocarbon-12 (CFC-12)
chlorofluorocarbon-13 (CFC-13)
chlorofluorocarbon-111 (CFC-111)
chlorofluorocarbon-112 (CFC-112)
chlorofluorocarbon-113 (CFC-113)
chlorofluorocarbon-114 (CFC-114)
chlorofluorocarbon-115 (CFC-115)
chlorofluorocarbon-211 (CFC-211)
chlorofluorocarbon-212 (CFC-212)
chlorofluorocarbon-213 (CFC-213)
chlorofluorocarbon-214 (CFC-214)
chlorofluorocarbon-215 (CFC-215)
chlorofluorocarbon-216 (CFC-216)
chlorofluorocarbon-217 (CFC-217)
halon-1211
halon-1301
halon-2402
carbon tetrachloride
methyl chloroform

1.2.11 Hazardous Materials

Any material that is regulated as a hazardous material in accordance with 49 CFR 173, requires a Material Safety Data Sheet (MSDS) in accordance with 29 CFR 1910.1200, or which during end use, treatment, handling, storage, transportation or disposal meets or has components which meet or have the potential to meet the definition of a Hazardous Waste in accordance with 40 CFR 261. Throughout this specification, hazardous material includes hazardous chemicals.

1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Environmental protection plan; G

SD-06 Test Reports

Laboratory analysis

SD-11 Closeout Submittals

Some of the records listed below are also required as part of other submittals. For the "Records" submittal, maintain on-site a separate three-ring Environmental Records binder and submit at the completion of the project. Make separate parts to the binder corresponding to each of the applicable subitems listed below.

Preconstruction survey

Solid waste disposal permit

Waste determination documentation

Disposal documentation for hazardous and regulated waste

Contractor 40 CFR employee training records

Regulatory notification

Erosion and sediment control inspection reports

Solid waste disposal report

Contractor Hazardous Material Inventory Log; G

1.4 LABORATORY ANALYSIS

Submit a copy of a laboratory analysis of solid waste and debris with the potential of becoming classified as a hazardous waste (i.e., abrasive/sand blasting debris, etc.). Waste stream determinations are required at the point of generation and must sufficiently document whether the waste will be a solid waste, hazardous waste, or Resource Conservation and Recovery Act (RCRA) exempt waste. Determinations must use EPA approved methods and provide written rational for whether the waste is classified as hazardous or non-hazardous. The Contractor shall bear the cost of the waste stream determinations, and the Contracting Officer reserves the right to request waste stream determinations on questionable waste streams.

1.5 REPORTS

1.5.1 Preconstruction Survey

Perform a preconstruction survey of the project site with the Contracting Officer, and take photographs showing existing environmental conditions in and adjacent to the site. Submit a report for the record.

1.5.2 Solid Waste Disposal Permit

Submit one copy of a State permit or license showing such agency's approval of the disposal plan before transporting wastes off Government property.

1.5.3 Waste Determination Documentation

The Contractor shall complete a Waste Determination form (provided at the pre-construction conference) for all contractor derived wastes to be generated. The waste determination must be based upon either a constituent listing from the manufacturer used in conjunction with consideration of the process by which the waste was generated, EPA approved analytical data, or laboratory analysis (Material Safety Data Sheets (MSDS) by themselves are not adequate). All support documentation must be attached to the Waste Determination form. As a minimum, a Waste Determination form must be provided for the following wastes (this listing is not all inclusive): oil and latex based painting and caulking products, solvents, adhesives, aerosols, petroleum products, and all containers of the original materials.

1.5.4 Disposal Documentation for Hazardous and Regulated Waste

Submit a copy of the applicable EPA and State permit(s), manifest(s), or license(s) for transportation, treatment, storage, and disposal of hazardous and regulated waste by permitted facilities.

1.5.5 Contractor 40 CFR Employee Training Records

Prepare and maintain employee training records throughout the term of the contract meeting applicable 40 CFR requirements. Submit these training records to the Contracting Officer at the conclusion of the project, unless otherwise directed.

1.5.6 Regulatory Notification

The Contractor is responsible for all regulatory notification requirements in accordance with Federal, State and local regulations. The Contractor shall forward copies to the Contracting Officer prior to commencement of work activities. Typically, regulatory notifications must be provided for the following (this listing is not all inclusive): demolition, renovation, NPDES defined site work, remediation of controlled substances (asbestos, hazardous waste, lead paint).

1.5.7 Solid Waste Disposal Report

Monthly the Contractor shall submit a solid waste disposal report to the Contracting Officer. For each waste, the report shall state the classification (using the definitions provided in this section), amount, location, and name of the business receiving the solid waste. The Contractor shall include copies of the waste handling facilities' weight tickets, receipts, bills of sale, and other sales documentation. In lieu of sales documentation, the Contractor may submit a statement indicating the disposal location for the solid waste which is signed by an officer of the Contractor firm authorized to legally obligate or bind the firm. The sales documentation or Contractor certification shall include the receiver's tax identification number and business, EPA or State registration number, along with the receiver's delivery and business addresses and telephone numbers. For each solid waste retained by the Contractor for his own use, the Contractor shall submit on the solid waste disposal report the information previously described in this paragraph. Prices paid or received shall not be reported to the Contracting Officer unless required by other provisions or specifications of this Contract or public law.

1.6 CLASS I ODS PROHIBITION

Class I ODS as defined and identified herein shall not be used in the performance of this contract, nor be provided as part of the equipment. This prohibition shall be considered to prevail over any other provision, specification, drawing, or referenced documents.

1.7 ENVIRONMENTAL PROTECTION REQUIREMENTS

Provide and maintain, during the life of the contract, environmental protection as defined. Plan for and provide environmental protective measures to control pollution that develops during normal construction practice. Plan for and provide environmental protective measures required to correct conditions that develop during the construction of permanent or temporary environmental features associated with the project. Comply with Federal, State, and local regulations pertaining to the environment, including water, air, solid waste, hazardous waste and substances, oily substances, and noise pollution.

Environmental Brief: Attend an environmental brief to be included in the preconstruction meeting. Provide the following information: types, quantities, and use of hazardous materials that will be brought onto the activity; types and quantities of wastes/wastewater that may be generated during the contract.

1.7.1 Facility Hazardous Waste Generator Status

NPS< Monterey is designated as a Small Quantity Generator. All work conducted within the boundaries of this activity must meet the regulatory requirements of this generator designation. The Contractor shall comply with all provisions of Federal, State and local regulatory requirements applicable to this generator status regarding training and storage, handling, and disposal of all construction derived wastes.

1.7.2 Licenses and Permits

Obtain licenses and permits pursuant to the "Permits and Responsibilities" FAR Clause 52.236-7.

For permits obtained by the Contracting Officer, whether or not required by the permit, the Contractor is responsible to perform quality control inspections of the work in progress, and to submit notifications and certifications to the applicable regulatory agency, via the Contracting Officer, that the work conforms to the contract and permit requirements. The inspections and certifications shall be provided through the services of a Professional Engineer, registered in the State where the work is being performed. As a part of the quality control plan, which is required to be submitted for approval by the quality control section, provide a subitem containing the name, P.E. registration number, address, and telephone number of the professional engineer(s) who will be performing the inspections and certifications for each permit listed above.

1.7.3 Contractor Liabilities for Environmental Protection

The Contractor is advised that this project and the station are subject to Federal, State, and local regulatory agency inspections to review compliance with environmental laws and regulations. The Contractor shall fully cooperate with any representative from any Federal, State or local regulatory agency who may visit the job site and shall provide immediate notification to the Contracting Officer, who shall accompany them on any subsequent site inspections. The Contractor shall complete, maintain, and make available to the Contracting Officer, station, or regulatory agency personnel all documentation relating to environmental compliance under applicable Federal, State and local laws and regulations. The Contractor shall immediately notify the Contracting Officer if a Notice of Violation (NOV) is issued to the Contractor.

The Contractor shall be responsible for all damages to persons or property resulting from Contractor fault or negligence as well as for the payment of any civil fines or penalties which may be assessed by any Federal, State or local regulatory agency as a result of the Contractor's or any subcontractor's violation of any applicable Federal, State or local environmental law or regulation. Should a Notice of Violation (NOV), Notice of Noncompliance (NON), Notice of Deficiency (NOD), or similar regulatory agency notice be issued to the Government as facility owner/operator on account of the actions or inactions of the Contractor or one of its subcontractors in the performance of work under this contract, the Contractor shall fully cooperate with the Government in defending against regulatory assessment of any civil fines or penalties arising out of such actions or inactions.

1.8 ENVIRONMENTAL PROTECTION PLAN

Five days after the award of contract, the Contractor shall meet with the Contracting Officer to discuss the proposed Environmental Protection Plan and develop a mutual understanding relative to the details of environmental

protection, including measures for protecting natural resources, required reports, and other measures to be taken. The Environmental Protection Plan shall be submitted in the following format and shall, at a minimum, address the following elements (also refer to paragraph entitled "Protection of Natural Resources" in this section):

a. Description of the Environmental Protection Plan

(1) General overview and purpose

(2) General site information

b. Protection of Natural Resources

(1) Land resources

(2) Tree protection

(3) Replacement of damaged landscape features

(4) Temporary construction

(5) Stream crossings

(6) Fish and wildlife resources

(7) Wetland areas

c. Protection of Historical and Archaeological Resources

(1) Objectives

(2) Methods

d. Storm Water Management and Control

(1) Ground cover

(2) Erodible soils

(3) Temporary measures

(a) Mechanical retardation and control of runoff

(b) Vegetation and mulch

e. Prevention of Releases to the Environment

(1) Procedures to prevent releases to the environment

(2) Notifications in the event of a release to the environment

f. Protection of the Environment from Waste Derived from Contractor Operations

(1) Control and disposal of solid and sanitary waste

(2) Control and disposal of hazardous waste

This item shall consist of the management procedures for all hazardous waste to be generated. The elements of those procedures shall coincide with the Activity Hazardous Waste Management Plan. A copy of the Activity Hazardous Waste Management Plan will be provided by the Contracting Officer. As a minimum, include the following:

(a) Procedures to be employed to ensure a written waste determination is made for appropriate wastes which are to be generated;

(b) Sampling/analysis plan;

(c) Methods of hazardous waste accumulation/storage (i.e., in tanks and/or containers);

(d) Management procedures for storage, labeling, transportation, and disposal of waste (treatment of waste is not allowed unless specifically noted);

(e) Management procedures and regulatory documentation ensuring disposal of hazardous waste complies with Land Disposal Restrictions (40 CFR 268);

(f) Management procedures for recyclable hazardous materials such as lead-acid batteries, used oil, and the like;

(g) Used oil management procedures in accordance with 40 CFR 279;

(h) Pollution prevention\hazardous waste minimization procedures;

(i) Plans for the disposal of hazardous waste by permitted facilities;

(j) Procedures to be employed to ensure all required employee training records are maintained.

### 1.8.1 Environmental Protection Plan Review

Fourteen days after the environmental protection meeting, submit the proposed Environmental Protection Plan for further discussion, review, and approval. Commencement of work shall not begin until the environmental protection plan has been approved.

## 1.9 UNFORESEEN HAZARDOUS OR REGULATED MATERIAL

If material that is not indicated in the contract documents is encountered that may be dangerous to human health upon disturbance during construction operations, stop that portion of work and notify the Contracting Officer immediately. Intent is to identify materials such as PCB, lead paint, mercury, petroleum products, and friable and nonfriable asbestos. Within 14 calendar days the Government will determine if the material is hazardous. If the material is not hazardous or poses no danger, the Government will direct the Contractor to proceed without change. If the material is hazardous and handling of the material is necessary to accomplish the work, the Government will issue a modification pursuant to "FAR 52.243-4, Changes" and "FAR 52.236-2, Differing Site Conditions."

## 1.10 CONTRACTOR HAZARDOUS MATERIAL INVENTORY LOG

Submit the "Contractor Hazardous Material Inventory Log", which provides information required by (EPCRA Sections 312 and 313) along with corresponding Material Safety Data Sheets (MSDS) to the Contracting Officer at the start and at the end of construction (30 days from final acceptance), and update no later than January 31 of each calendar year during the life of the contract. Documentation for any spills/releases, environmental reports or off-site transfers may be requested by the Contracting Officer.

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

### 3.1 PROTECTION OF NATURAL RESOURCES

Preserve the natural resources within the project boundaries and outside the limits of permanent work. Restore to an equivalent or improved condition upon completion of work. Confine construction activities to within the limits of the work indicated or specified. Conform to the national permitting requirements of the Clean Water Act.

#### 3.1.1 Land Resources

Except in areas to be cleared, do not remove, cut, deface, injure, or destroy trees or shrubs without the Contracting Officer's permission. Do not fasten or attach ropes, cables, or guys to existing nearby trees for anchorages unless authorized by the Contracting Officer. Where such use of attached ropes, cables, or guys is authorized, the Contractor shall be responsible for any resultant damage.

##### 3.1.1.1 Protection of Trees

Protect existing trees which are to remain and which may be injured, bruised, defaced, or otherwise damaged by construction operations. Remove displaced rocks from uncleared areas. By approved excavation, remove trees with 30 percent or more of their root systems destroyed.

##### 3.1.1.2 Replacement

Remove trees and other landscape features scarred or damaged by equipment operations, and replace with equivalent, undamaged trees and landscape features. Obtain Contracting Officer's approval before replacement.

#### 3.1.2 Water Resources

##### 3.1.2.1 Oily and Hazardous Substances

Prevent oil or hazardous substances from entering the ground, drainage areas, or navigable waters. In accordance with 40 CFR 112, surround all temporary fuel oil or petroleum storage tanks with a temporary berm or containment of sufficient size and strength to contain the contents of the tanks, plus 10 percent freeboard for precipitation. The berm shall be impervious to oil for 72 hours and be constructed so that any discharge will not permeate, drain, infiltrate, or otherwise escape before cleanup occurs.

3.1.3 Fish and Wildlife Resources

Do not disturb fish and wildlife. Do not alter water flows or otherwise significantly disturb the native habitat adjacent to the project and critical to the survival of fish and wildlife, except as indicated or specified.

3.2 HISTORICAL AND ARCHAEOLOGICAL RESOURCES

Carefully protect in-place and report immediately to the Contracting Officer historical and archaeological items or human skeletal remains discovered in the course of work. Stop work in the immediate area of the discovery until directed by the Contracting Officer to resume work. The Government retains ownership and control over historical and archaeological resources.

3.3 EROSION AND SEDIMENT CONTROL MEASURES

3.3.1 Burnoff

Burnoff of the ground cover is not permitted.

3.3.2 Protection of Erodible Soils

Immediately finish the earthwork brought to a final grade, as indicated or specified. Immediately protect the side slopes and back slopes upon completion of rough grading. Plan and conduct earthwork to minimize the duration of exposure of unprotected soils.

3.3.3 Temporary Protection of Erodible Soils

Use the following methods to prevent erosion and control sedimentation:

3.3.3.1 Mechanical Retardation and Control of Runoff

Mechanically retard and control the rate of runoff from the construction site. This includes construction of diversion ditches, benches, berms, and use of silt fences and straw bales to retard and divert runoff to protected drainage courses.

3.3.3.2 Sediment Basins

Trap sediment in temporary sediment basins. Select a basin size to accommodate the runoff of a local 50-year storm. Pump dry and remove the accumulated sediment, after each storm. Use a paved weir or vertical overflow pipe for overflow. Remove collected sediment from the site. Institute effluent quality monitoring programs.

3.3.3.3 Vegetation and Mulch

Provide temporary protection on sides and back slopes as soon as rough grading is completed or sufficient soil is exposed to require erosion protection. Protect slopes by accelerated growth of permanent vegetation, temporary vegetation, mulching, or netting. Stabilize slopes by hydroseeding, anchoring mulch in place, covering with anchored netting, sodding, or such combination of these and other methods necessary for effective erosion control.

3.4 CONTROL AND DISPOSAL OF SOLID WASTES

Pick up solid wastes, and place in covered containers which are regularly emptied. Do not prepare or cook food on the project site. Prevent contamination of the site or other areas when handling and disposing of wastes. At project completion, leave the areas clean. Recycling is encouraged and can be coordinated with the Contracting Officer and the activity recycling coordinator. Remove all solid waste (including non-hazardous debris) from Government property and dispose off-site at an approved landfill. Solid waste disposal off-site must comply with most stringent local, State, and Federal requirements including 40 CFR 241, 40 CFR 243, and 40 CFR 258.

## 3.5 CONTROL AND DISPOSAL OF HAZARDOUS WASTES

### 3.5.1 Hazardous Waste/Debris Management

The Contractor shall identify all construction activities which will generate hazardous waste/debris. The Contractor must provide a documented waste determination for all resultant waste streams. Hazardous waste/debris shall be identified, labeled, handled, stored, and disposed of in accordance with all Federal, State, and local regulations including 40 CFR 261, 40 CFR 262, 40 CFR 263, 40 CFR 264, 40 CFR 265, 40 CFR 266, and 40 CFR 268. Hazardous waste shall also be managed in accordance with the approved Hazardous Waste Management Section of the Environmental Protection Plan. Store hazardous wastes in approved containers in accordance with 49 CFR 173 and 49 CFR 178. Hazardous waste generated within the confines of Government facilities shall be identified as being generated by the Government. Prior to removal of any hazardous waste from Government property, all hazardous waste manifests must be signed by activity personnel from the Station Environmental Office. No hazardous waste shall be brought onto Government property. Provide to the Contracting Officer a copy of waste determination documentation for any solid waste streams that have any potential to be hazardous waste or contain any chemical constituents listed in 40 CFR 372-SUBPART D. For hazardous wastes spills, verbally notify the Contracting Officer immediately.

#### 3.5.1.1 Regulated Waste Storage/Satellite Accumulation/90 Day Storage Areas

If the work requires the temporary storage/collection of regulated or hazardous wastes, the Contractor shall request the establishment of a Regulated Waste Storage Area, a Satellite Accumulation Area, or a 90 Day Storage Area at the point of generation. The Contractor must submit a request in writing to the Contracting Officer providing the following information:

| | | | |
|---|---|---|---|
| Contract Number | ____________ | Contractor | ______________ |
| Haz/Waste or Regulated Waste POC | ____________ | Phone Number | ______________ |
| Type of Waste | ____________ | Source of Waste | ______________ |
| Emergency POC | ____________ | Phone Number | ______________ |

Location of the Site: ____________
(Attach Site Plan to the Request)

Attach a waste determination form. Allow ten working days for processing this request.

3.5.2 Pollution Prevention/Hazardous Waste Minimization

The Contractor shall actively pursue minimizing the use of hazardous materials and the generation of hazardous waste while on-base. The Hazardous Waste Management Section of the Environmental Protection Plan shall include the Contractor's procedures for pollution prevention/ hazardous waste minimization. For preparing this part of the plan, the Contractor may consult the activity Environmental Office for suggestions and to obtain a copy of the installation's pollution prevention/hazardous waste minimization plan for reference material. If no written plan exists, the Contractor may obtain information by contacting the Contracting Officer. The Contractor shall describe the types of the hazardous materials expected to be used in the construction when requesting information.

3.5.3 Hazardous Material Control

The Contractor shall include hazardous material control procedures in the Safety Plan. The procedures shall address and ensure the proper handling of hazardous materials, including the appropriate transportation requirements. The Contractor shall submit a MSDS and estimated quantities to be used for each hazardous material to the Contracting Officer prior to bringing the material on base. Typical materials requiring MSDS and quantity reporting include, but are not limited to, oil and latex based painting and caulking products, solvents, adhesives, aerosol, and petroleum products. At the end of the project, the Contractor shall provide the Contracting Officer with the maximum quantity of each material that was present at the site at any one time, the dates the material was present, the amount of each material that was used during the project, and how the material was used. The Contractor shall also ensure that hazardous materials are utilized in a manner that will minimize the amount of hazardous waste that is generated. The Contractor shall ensure that all containers of hazardous materials have NFPA labels or their equivalent. Copies of the MSDS for hazardous materials shall be kept on site at all times and provided to the Contracting Officer at the end of the project. The Contractor shall certify that all hazardous materials removed from the site are hazardous materials and do not meet the definition of hazardous waste per 40 CFR 261.

3.5.4 Petroleum Products

Conduct the fueling and lubricating of equipment and motor vehicles in a manner that protects against spills and evaporation. All used oil generated on site shall be managed in accordance with 40 CFR 279. The Contractor shall determine if any used oil generated while on-site exhibits a characteristic of hazardous waste. In addition, used oil containing 1000 parts per million of solvents will be considered a hazardous waste and disposed of at Contractor's expense. Used oil mixed with a hazardous waste will also be considered a hazardous waste. All hazardous waste will be managed in accordance with the paragraph entitled Hazardous Waste/Debris Management of this section and shall be managed in accordance with the approved Environmental Protection Plan.

3.5.5 Releases/Spills of Oil and Hazardous Substances

Take precautions to prevent releases/spills of oil and hazardous substances. In the event of any releases of oil and hazardous substances, chemicals, or gases; immediately (within 15 minutes) notify the Base or

Activity Fire Department, the activity's Command Duty Officer, and the Contracting Officer. The Contractor is responsible for verbal and written notifications as required by the federal 40 CFR 355, State, local regulations and Navy Instructions. Spill response shall be in accordance with 40 CFR 300 and applicable State and local regulations. Contain and clean up these spills without cost to the Government. If Government assistance is requested or required, the Contractor shall reimburse the Government for such assistance. Provide copies of the written notification and documentation that a verbal notification was made within 20 days.

## 3.6 DUST CONTROL

Keep dust down at all times, including during nonworking periods. Sprinkle or treat, with dust suppressants, the soil at the site, haul roads, and other areas disturbed by operations. Dry power brooming will not be permitted. Instead, use vacuuming, wet mopping, wet sweeping, or wet power brooming. Air blowing will be permitted only for cleaning nonparticulate debris such as steel reinforcing bars. Only wet cutting will be permitted for cutting concrete blocks, concrete, and bituminous concrete. Do not unnecessarily shake bags of cement, concrete mortar, or plaster.

## 3.7 ABRASIVE BLASTING

### 3.7.1 Blasting Operations

The use of silica sand is prohibited in sandblasting.

Provide tarpaulin drop cloths and windscreens to enclose abrasive blasting operations to confine and collect dust, abrasive, agent, paint chips, and other debris in accordance with the requirements specified. Perform work involving removal of hazardous material in accordance with 29 CFR 1910.

### 3.7.2 Disposal Requirements

Submit analytical results of the debris generated from abrasive blasting operations per paragraph entitled Laboratory Analysis of this section. Hazardous waste generated from blasting operations shall be managed in accordance with paragraph entitled "Hazardous Waste\Debris Management" of this section and with the approved HWMP. Disposal of non-hazardous abrasive blasting debris shall be in accordance with paragraph entitled, "Control and Disposal of Solid Wastes".

## 3.8 Noise

Make maximum use of low noise emission products and equipments, as certified by EPA. Blasting or use of explosive will not be permitted.

-- End of Section --

# SECTION 01580

# PROJECT IDENTIFICATION
**03/98**

## PART 1 GENERAL

### 1.1 REFERENCES

The publication listed below form a part of this specificaiton to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)

| | |
|---|---|
| AWPA C1 | (1996) All Timber Products - Preservative Treatment by Pressure Processes |
| AWPA C2 | (1996) Lumber, Timber, Bridge Ties and Mine Ties - Preservative Treatment by Pressure Processes |

### 1.2 PROJECT SIGN

Within 15 days after the commencement of work, provide one project identification sign at the location designated. Construct the sign in accordance with project sign detail attached at the end of this section. Maintain sign throughout the life of the project. Upon completion of the project, remove the sign from the site. Government will supply the EFD/EFA 450 mm 18 inches logo sticker.

#### 1.2.1 Project Identification Signboard

A project identification signboard shall be provided in accordance with Graphics attached at the end of this Section. The signboard shall be provided at a conspicuous location on the job site where directed by the Contracting Officer. Construct signboard in accordance with project identification signboard Plates 3 and 4.

Identify the project designers on the project sign as follows:

Building Design by Hoover Associates.
Site Design by Melvin Lee Associates.

a. The field of the sign shall consist of a 1200 by 2400 mm 4 by 8 foot sheet of grade B-B medium density overlaid exterior plywood.

b. Lumber shall be B or Better Southern pine, pressure-preservative treated in accordance with AWPA C1 and AWPA C2. Nails shall be aluminum or galvanized steel.

c. The entire signboard and supports shall be given one coat of exterior alkyd primer and two coats of exterior alkyd enamel paint. The lettering and sign work shall be performed by a skilled sign painter using paint known in the trade as bulletin colors. The colors, lettering sizes, and lettering styles shall be as indicated. Where preservative-treated lumber is required, utilize only cured

pressure-treated wood which has had the chemicals leached from the surface of the wood prior to painting.

d. The high gloss acrylic gold enamel paint used as background for the Department of the Navy - applied sticker shall be spray applied automotive quality paint. The 450 mm 18 inch diameter applied sticker shall be a silkscreened image in the design indicated, painted on a 2 millimeter transparent polyester film. The weather resistant, self adhering film shall be rated for a minimum of 2 year exterior vertical exposure and be mounted to sign with pressure sensitive, permanent acrylic adhesive. Shop cut sticker to round shape and provide pull-off backing sheet on adhesive side of design sticker for shipping. Provide applied design sticker in accordance with attached detail.

In the blank space insert the RFP preparer's name. Identify the project designers on the project sign as follows:

Site Design by (Contractor's Landscape Designer/Design Firm).

Building Design by (Contractor's Designer/Design Firm).

e. Sign paint colors (numbers listed below for color identification only)

(1) Blue = Benjamin Moore Paints No. 826.

(2) White = Benjamin Moore Paints No. 873.

(3) Gold = Dupont No. B8014, Metallic gold.

f. Final signboard artwork (rendering) may be either mounted under plexiglass as indicated in attached Plates 2 and 5, or at the Contractor's option may be electrostatically printed on 4 mil self-adhering, weather resistant, glossy vinyl film and mounted to signboard. Provide film that is capable of full color reproduction of the building rendering and cover it with a ultra-violet protection film. Laminate the 2 mil satin gloss clear protection film to the white 4 mil vinyl image film. Utilize pressure sensitive "controltac" adhesive to attach rendering to signboard and smooth out surface with hand pressure tools in accordance with manufacturer's recommendations. Shop cut sticker to size required and provide pull-off backing sheet on adhesive side of film for shipping. Provide the rendering on film that is rated for a minimum of 2 years exterior vertical exposure.

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

Not used.

-- End of Section --