


Notes:
1. Embedment depths relative to top of rock, which is at approxiate El. 14 feet M.S.L.
2. The indicated capacities are for compression or transient tension loading.
3. Capacities are based on strength of the bedrock; the structural capacity of the pier may govern.
4. Piers should be spaced no closer than three diameters center to center.
5. Pier capacities are based on skin friction only.
6. Pier capacities may be increased by one-third for wind and/or seismic loads.

| | |
|---|---|
| **BUILDING 245 EXTENSION**<br>**NAVAL POSTGRADUATE SCHOOL**<br>Monterey, California | **ALLOWABLE CAPACITIES**<br>**OF DRILLED PIERS** |
| **Treadwell&Rollo** | Date 11/16/00 \| Project No. 2948.01 \| Figure 6 |







FIXED-HEAD CONDITION

| Curve | Lateral Load (kips) |
|---|---|
| ——— (solid line) | 105 |
| —·—·—·— (dash-dot line) | 130 |

Notes:
1. The profiles presented above are for embedments of at least seven feet into underlying bedrock.
2. Assumes center to center spacing of piers is at least 6 diameters.

**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

**DEFLECTION AND MOMENT PROFILE FOR LATERALLY LOADED 30-INCH DIAMETER CAST-IN-PLACE CONCRETE PIERS**

| Date 11/16/00 | Project No. 2948.01 | Figure 7 |
|---|---|---|

**Treadwell&Rollo**

# APPENDIX A
## Logs of Borings and Classification Charts

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-1

PAGE 1 OF 2

| | |
|---|---|
| Boring location: | See Site Plan, Figure 2 |
| Date started: | 9/19/00 |
| Date finished: | 9/19/00 |
| Drilling method: | Hollow-stem auger |
| Hammer weight/drop: | 140 lbs./30 inches |
| Hammer type: | Safety |
| Sampler: | Sprague & Henwood (S&H), Standard Penetration Test (SPT) |
| Logged by: | R. Nelson |

Surface Elevation: 48.5 feet[2]

| DEPTH (feet) | SAMPLES: Sampler Type | SAMPLES: SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|
| 0–8 | | | SP-SM | SAND with SILT (SP - SM)<br>brown, dense, moist, fine sand, with gravel and brick fragments (FILL) | | | | | | |
| 3 | S&H | 34 | | | | | | | | |
| 6 | SPT | 4 | | very loose | | | | | | |
| 8–17 | | | SC | CLAYEY SAND with GRAVEL (SC)<br>light brown to olive, medium dense, moist, fine sand | | | | | | |
| 9 | SPT | 30 | | | | | | | | |
| 14 | S&H | 51 | | very dense | | | | | 13.1 | 116 |
| 17–30 | | | SP | SAND (SP)<br>yellow-brown, dense, moist, with fine-grained mica particles | | | | | | |
| 19 | SPT | 32 | | | | | | | 11.2 | |
| 24 | SPT | 23 | | medium dense | | | | 7.7 | 13.8 | |
| 26 | | | | water level measured at 9:40 am 9/19/00 and 8:55 am 9/20/00 | | | | | | |
| 29 | SPT | 22 | | | | | | | 32.7 | |

LABORATORY TEST DATA

Treadwell&Rollo

Project No.: 2948.01

Figure: A-1a

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-1



| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SAND (SP) (continued) | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | SP | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | SPT | | 50/ 3" | | very dense<br>with sandstone fragments | | | | | | |
| 35 | | | | | SANDSTONE<br>brown, crushed, soft, friable, deep weathering, micaceous, siltstone interbeds | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | | | | | | | | | | | |
| 39 | SPT | | 50/ 5" | | | | | | | | |
| 40 | SPT | | 50/ 6" | | some claystone interbeds<br>intensely fractured, low hardness | | | | | | |
| 41 | | | | | | | | | | | |
| 42 | | | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | | | | | | | |
| 46 | | | | | | | | | | | |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| 49 | | | | | | | | | | | |
| 50 | | | | | | | | | | | |
| 51 | | | | | | | | | | | |
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | | | | | | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | | | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | | | |

Boring terminated at a depth of 40.5 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 26 feet.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01 Figure: A-1b

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-2

PAGE 1 OF 2

| | |
|---|---|
| Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson |
| Date started: 9/19/00 | Date finished: 9/19/00 |
| Drilling method: Hollow-stem auger | |
| Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety |
| Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT) | |

MATERIAL DESCRIPTION — Surface Elevation: 47 feet[2]

LABORATORY TEST DATA

| DEPTH (feet) | Sampler Type | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | SP | SAND (SP) brown, medium dense, fine sand, some organics, with trace silt (FILL, 0–8 ft) | | | | | | |
| 3 | S&H | 12 | SP | | | | | | 5.4 | 99 |
| 5 | | | SP | no organics | | | | | | |
| 6 | SPT | 12 | SP | | | | | | | |
| 8.5 | | | SC | CLAYEY SAND (SC) yellow-brown, dense, moist, fine sand, cemented | | | | | | |
| 9 | SPT | 38 | SC | | | | | | 12.9 | |
| 13 | | | SP | SAND (SP) yellow-brown, dense, moist, fine sand, with trace clay | | | | | | |
| 14 | SPT | 31 | SP | | | | | | | |
| 18 | | | SP | medium dense, contains mica grains | | | | | | |
| 19 | SPT | 25 | SP | | | | | | 12.7 | |
| 24 | SPT | 22 | SP | | | | | | 14.0 | |
| 25 | | | SP | ▽ water level measured at 11:26 am 9/19/00 | | | | | | |
| 29 | SPT | 35 | SP | dense, wet | | | | 9.8 | 21.8 | |

Treadwell&Rollo

Project No.: 2948.01 Figure: A-2a

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-2

PAGE 2 OF 2

| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30–33 | | | | SP | SAND (SP) (continued) | | | | | | |
| 33–33.5 | SPT | | 50/ 3" | | SANDSTONE brown, intensely fractured, low hardness, friable, deep weathering | | | | | | |
| 35–60 | | | | | | | | | | | |

Boring terminated at a depth of 33.5 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 25 feet.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01

Figure: A-2b

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-3

PAGE 1 OF 2

| | | | |
|---|---|---|---|
| Boring location: | See Site Plan, Figure 2 | Logged by: | R. Nelson |
| Date started: 9/19/00 | Date finished: 9/19/00 | | |
| Drilling method: | Hollow-stem auger | | |
| Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety | | |
| Sampler: | Sprague & Henwood (S&H), Standard Penetration Test (SPT) | | |

Surface Elevation: 47.5 feet[2]

| DEPTH (feet) | Sampler Type | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | SP-SM | SAND with SILT (SP - SM) dark brown, medium dense, moist, fine sand and gravel (FILL, 0–8 ft) | | | | | | |
| 3 | S&H | 20 | | | | | | | 6.8 | 101 |
| 5.5 | | | | loose | | | | | | |
| 6 | SPT | 8 | | | | | | | | |
| 8 | | | SP | SAND (SP) yellow-brown to olive, very dense, moist, fine sand, some silt | | | | | | |
| 9 | SPT | 51 | | | | | | | | |
| 14 | SPT | 51 | | | | | | | | |
| 19 | SPT | 36 | | | | | | | 10.0 | |
| 20 | | | | dense, contains mica grains, clay seams | | | | | | |
| 23.5 | | | | water level measured at 9:10 am 9/20/00 | | | | | | |
| 24 | SPT | 28 | | | | | | | 32.2 | |
| 25 | | | | medium dense | | | | | | |
| 26 | | | | water level measured at 12:27 pm 9/19/00 | | | | | | |
| 29 | SPT | 34 | | dense, wet | | | | | | |



Treadwell&Rollo

Project No.: 2948.01 Figure: A-3a

PROJECT: **BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

# Log of Boring TR-3

PAGE 2 OF 2

| DEPTH (feet) | Sampler Type | Sample | SPT N-Value[1] | LITHOLOGY | MATERIAL DESCRIPTION | Type of Strength Test | Confining Pressure Lbs/Sq Ft | Shear Strength Lbs/Sq Ft | Fines % | Natural Moisture Content, % | Dry Density Lbs/Cu Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31–33 | | | | SP | SAND (SP) (continued) | | | | | | |
| 33–34 | | | | | CLAYSTONE<br>olive-brown, crushed, low hardness, friable, deep weathering, with clay seams | | | | | | |
| 34 | SPT | | 80/ 11" | | | | | | | | |
| 39 | SPT | | 50/ 6" | | dark brown, intensely fractured | | | | | | |
| 43–44 | SPT | | 50/ 6" | | sandstone interbeds | | | | | | |
| 45–60 | | | | | | | | | | | |

Boring terminated at a depth of 44 feet.
Boring backfilled with cement grout.
Groundwater encountered at a depth of 23.75 feet at 9:10 am on 9/20/00.

[1] S&H blow counts converted to SPT N-values using a factor of 0.7.
[2] Elevations based on Mean Sea Level (MSL).

Treadwell&Rollo

Project No.: 2948.01 Figure: A-3b

TEST GEOTECH LOG 294801.GPJ T&R.GDT 12/8/00

## UNIFIED SOIL CLASSIFICATION SYSTEM

| Major Divisions | | Symbols | Typical Names |
|---|---|---|---|
| **Coarse-Grained Soils** (more than half of soil > no. 200 sieve size | **Gravels** (More than half of coarse fraction > no. 4 sieve size) | **GW** | Well-graded gravels or gravel-sand mixtures, little or no fines |
| | | **GP** | Poorly-graded gravels or gravel-sand mixtures, little or no fines |
| | | **GM** | Silty gravels, gravel-sand-silt mixtures |
| | | **GC** | Clayey gravels, gravel-sand-clay mixtures |
| | **Sands** (More than half of coarse fraction < no. 4 sieve size) | **SW** | Well-graded sands or gravelly sands, little or no fines |
| | | **SP** | Poorly-graded sands or gravelly sands, little or no fines |
| | | **SM** | Silty sands, sand-silt mixtures |
| | | **SC** | Clayey sands, sand-clay mixtures |
| **Fine -Grained Soils** (more than half of soil < no. 200 sieve size) | **Silts and Clays** LL = < 50 | **ML** | Inorganic silts and clayey silts of low plasticity, sandy silts, gravelly silts |
| | | **CL** | Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, lean clays |
| | | **OL** | Organic silts and organic silt-clays of low plasticity |
| | **Silts and Clays** LL = > 50 | **MH** | Inorganic silts of high plasticity |
| | | **CH** | Inorganic clays of high plasticity, fat clays |
| | | **OH** | Organic silts and clays of high plasticity |
| **Highly Organic Soils** | | **PT** | Peat and other highly organic soils |

## GRAIN SIZE CHART

| Classification | Range of Grain Sizes: U.S. Standard Sieve Size | Range of Grain Sizes: Grain Size in Millimeters |
|---|---|---|
| Boulders | Above 12" | Above 305 |
| Cobbles | 12" to 3" | 305 to 76.2 |
| Gravel | 3" to No. 4 | 76.2 to 4.76 |
| coarse | 3" to 3/4" | 76.2 to 19.1 |
| fine | 3/4" to No. 4 | 19.1 to 4.76 |
| Sand | No. 4 to No. 200 | 4.76 to 0.074 |
| coarse | No. 4 to No. 10 | 4.76 to 2.00 |
| medium | No. 10 to No. 40 | 2.00 to 0.420 |
| fine | No. 40 to No. 200 | 0.420 to 0.074 |
| Silt and Clay | Below No. 200 | Below 0.074 |

## SAMPLE DESIGNATIONS/SYMBOLS

Sample taken with split-barrel sampler other than Standard Penetration Test sampler. Darkened area indicates soil recovered

Classification sample taken with Standard Penetration Test sampler

Undisturbed sample taken with thin-walled tube

Disturbed sample

Sampling attempted with no recovery

Core sample

Unstabilized groundwater level

Stabilized groundwater level

## SAMPLER TYPE

| | |
|---|---|
| C | Core barrel |
| CA | California split-barrel sampler with 2.5-inch outside diameter and a 1.93-inch inside diameter |
| D&M | Dames & Moore piston sampler using 2.5-inch outside diameter, thin-walled tube |
| O | Osterberg piston sampler using 3.0-inch outside diameter, thin-walled Shelby tube |
| PT | Pitcher tube sampler using 3.0-inch outside diameter, thin-walled Shelby tube |
| S&H | Sprague & Henwood split-barrel sampler with a 3.0-inch outside diameter and a 2.43-inch inside diameter |
| SPT | Standard Penetration Test (SPT) split-barrel sampler with a 2.0-inch outside diameter and a 1.5-inch inside diameter |
| ST | Shelby Tube (3.0-inch outside diameter, thin-walled tube) advanced with hydraulic pressure |

**BUILDING 245 EXTENSION**
**NAVAL POSTGRADUATE SCHOOL**
Monterey, California

**Treadwell&Rollo**

**CLASSIFICATION CHART**

Date 10/27/00 | Project No. 2948.01 | Figure A-4

## I FRACTURING

| Intensity | Size of Pieces in Feet |
|---|---|
| Very little fractured | Greater than 4.0 |
| Occasionally fractured | 1.0 to 4.0 |
| Moderately fractured | 0.5 to 1.0 |
| Closely fractured | 0.1 to 0.5 |
| Intensely fractured | 0.05 to 0.1 |
| Crushed | Less than 0.05 |

## II HARDNESS

1. **Soft** - reserved for plastic material alone.
2. **Low hardness** - can be gouged deeply or carved easily with a knife blade.
3. **Moderately hard** - can be readily scratched by a knife blade; scratch leaves a heavy trace of dust and is readily visibly after the powder has been blown away.
4. **Hard** - can be scratched with difficulty; scratch produced a little powder and is often faintly visible.
5. **Very hard** - cannot be scratched with knife blade; leaves a metallic streak.

## III STRENGTH

1. **Plastic** or very low strength.
2. **Friable** - crumbles easily by rubbing with fingers.
3. **Weak** - an unfractured specimen of such material will crumble under light hammer blows.
4. **Moderately strong** - specimen will withstand a few heavy hammer blows before breaking.
5. **Strong** - specimen will withstand a few heavy ringing hammer blows and will yield with difficulty only dust and small flying fragments.
6. **Very strong** - specimen will resist heavy ringing hammer blows and will yield with difficulty only dust and small flying fragments.

## IV WEATHERING - The physical and chemical disintegration and decomposition of rocks and minerals by natural processes such as oxidation, reduction, hydration, solution, carbonation, and freezing and thawing.

**D. Deep** - moderate to complete mineral decomposition; extensive disintegration; deep and thorough discoloration; many fractures, all extensively coated or filled with oxides, carbonates and/or clay or silt.

**M. Moderate** - slight change or partial decomposition of minerals; little disintegration; cementation little to unaffected. Moderate to occasionally intense discoloration. Moderately coated fractures.

**L. Little** - no megascopic decomposition of minerals; little of no effect on normal cementation. Slight and intermittent, or localized discoloration. Few stains on fracture surfaces.

**F. Fresh** - unaffected by weathering agents. No disintegration of discoloration. Fractures usually less numerous than joints.

## ADDITIONAL COMMENTS:

## V CONSOLIDATION OF SEDIMENTARY ROCKS: usually determined from unweathered samples. Largely dependent on cementation.

U = unconsolidated
P = poorly consolidated
M = moderately consolidated
W = well consolidated

## VI BEDDING OF SEDIMENTARY ROCKS

| Splitting Property | Thickness | Stratification |
|---|---|---|
| Massive | Greater than 4.0 ft. | very thick-bedded |
| Blocky | 2.0 to 4.0 ft. | thick bedded |
| Slabby | 0.2 to 2.0 ft. | thin bedded |
| Flaggy | 0.05 to 0.2 ft. | very thin-bedded |
| Shaly or platy | 0.01 to 0.05 ft. | laminated |
| Papery | less than 0.01 | thinly laminated |

# APPENDIX B
## Corrosion Test Results

*California State Certified Laboratory No.2153*

C E R C O
analytical, inc.

*3942-A Valley Avenue*
*Pleasanton, CA 94566-4715*
*Tel: 925.462.2771*
*Fax: 925.462.2775*

13 October, 2000

Job No.0009184
Cust. No.10727

Mr. Chris Ridley
Treadwell & Rollo
555 Montgomery Street, Suite 1300
San Francisco, CA 94111

Subject: Project No.2948.01
Project Name: Naval Post Graduate School, Monterey, CA
Corrosivity Analysis – ASTM Test Methods

Dear Mr.Ridley:

Pursuant to your request, the two soil samples furnished by your office were analyzed in accordance with ASTM Test Methods. The data and brief corrosivity evaluation are enclosed for your consideration.

Based upon the resistivity measurements, Sample No.001 is classified as "moderately corrosive" and Sample No.002 is classified as "mildly corrosive". All buried iron, steel, cast iron, ductile iron, galvanized steel and dielectric coated steel or iron should be properly protected against corrosion depending upon the critical nature of the structure. All buried metallic pressure piping such as ductile iron firewater pipelines should be protected against corrosion.

The chloride ion concentrations reflect none detected with a detection limit of 15 mg/kg.

The sulfate ion concentrations range from none detected to 130 mg/kg and are determined to be insufficient to damage reinforced concrete structures and cement mortar-coated steel at these locations.

The pH of the soils range from 7.8 to 7.9 which does not present corrosion problems for buried iron, steel, mortar-coated steel and reinforced concrete structures.

The redox potentials range from 310 to 360-mV which are indicative of potentially "slightly corrosive" soils resulting from anaerobic soil conditions.

This corrosivity evaluation is based on general corrosion engineering standards and is non-specific in nature. For specific design recommendations or consultation, please call JDH Corrosion Consultants, Inc. at (925) 927-6630.

We appreciate the opportunity of working with you on this project. If you have any questions, or if you required further information, please do not hesitate to contact us.

Very truly yours,
**CERCO ANALYTICAL, INC.**

J. Darby Howard, Jr., P.E.
President

JDH/jdl
En...

**CERCO Analytical, Inc.**

3942-A Valley Avenue, Pleasanton, CA 94566-4715 (925) 462-2771 Fax (925) 462-2775

# *FINAL RESULTS*

| | | | |
|---|---|---|---|
| Client: | Treadwell & Rollo | Date Sampled: | 19-Sep-2000 |
| Client's Project No.: | 2948.01 | Date Received: | 28-Sep-2000 |
| Client's Project Name: | Naval Post Graduate School, Monterey, CA | Date of Report: | 12-Oct-2000 |
| Authorization: | Signed Chain of Custody | Matrix: | Soil |

| Job/Sample No. | Sample I.D. | Redox (mV) | pH | Conductivity (umhos/cm)* | Resistivity (100% Saturation) (ohms-cm) | Sulfide (mg/kg)* | Chloride (mg/kg)* | Sulfate (mg/kg)* |
|---|---|---|---|---|---|---|---|---|
| 0009184-001 | TR-1 #2 @ 5' | 360 | 7.9 | - | 3,300 | - | N.D. | 130 |
| 0009184-002 | TR-3 #2 @ 5' | 310 | 7.8 | - | 12,000 | - | N.D. | N.D. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Method: | ASTM D1498 | ASTM D4972 | ASTM D1125M | ASTM G57 | ASTM D4658M | ASTM D4327 | ASTM D4327 |
| Detection Limit: | - | - | 10 | - | 50 | 15 | 15 |
| Date Analyzed: | 11-Oct-2000 | 11-Oct-2000 | - | 11-Oct-2000 | - | 10-Oct-2000 | 10-Oct-2000 |

Cheryl McMillen
Laboratory Director

* Results Reported on "As Received" Basis

N.D. - None Detected

**Quality Control Summary - All laboratory quality control parameters were found to be within established limits**

# APPENDIX C
## Summary of Construction Observations, Engineering Building

TREADWELL & ROLLO, INC.
Consulting Engineers and Scientists
353 Sacramento Street, Suite 800
San Francisco, California 94111
(415) 955-9040

FILE COPY

20 April 1993
Project 1386.02

Mr. Gary Frye
Crosby, Helmich, Frye & Drake
33 New Montgomery Street, Suite 950
San Francisco, California 94105

Subject: Summary of Construction Observations
Engineering Building
Naval Postgraduate School
Monterey, California

Dear Mr. Frye:

This letter report summarizes the observations of Treadwell and Rollo, Inc. during the installation of drilled piers for the new engineering building under construction at the Naval Postgraduate School in Monterey. The purpose of our construction observation services was to confirm the drilled piers were installed in accordance with the plans and specifications and the recommendations presented in the foundation investigation report for the project. The foundation report was prepared by Lee and Praszker, Inc. and dated November 1990. Lee and Praszker, Inc. is no longer associated with the project, and Treadwell & Rollo, Inc. was retained to provide construction observation of the foundation installation.

During this phase of the project, Treadwell and Rollo, Inc. provided full-time observation of the pier drilling operations and logged the soil and bedrock encountered in each pier hole. Additionally, we consulted with the design team and general contractor regarding geotechnical aspects of the construction.

The general contractor for the project is Allen Bender Construction. Piers were installed by Malcolm Drilling.