All piers are designed to obtain support through friction in undisturbed bedrock. Based on the foundation investigation report, bedrock was anticipated to underlie the site at depths ranging from 29 to 33 feet.

**DRILLED PIER OBSERVATIONS**

Drilled piers were installed between 12 March and 8 April 1993. The design called for a total of 135 piers with embedment into bedrock ranging from 5 to 10 feet. Of these piers, 61 were designed to be 24-inch-diameter and 74 were to be 30-inch diameter.

A representative of Treadwell and Rollo, Inc. observed the construction of all 135 piers. Observations were made regarding the pier diameter, depth, location, cleanliness, soil type, and placement of reinforcement and concrete. A log containing pertinent information was prepared by our representative for each pier and will be maintained in our files.

In general, the soil encountered during pier drilling consisted of interlayered sand and clayey sand overlying shale bedrock. Bedrock was encountered between depths of 28 and 35 feet. Groundwater was encountered at a depth of approximately 30 feet in all but a few pier shafts.

The piers installed were drilled using two different flight auger rigs, a Watson 1500 and a Hugh's LDH 100. Sand below the groundwater was prone to caving, and steps had to be implemented to keep the drilled shafts open so reinforcement and concrete could be placed. Steel casing was used in all the pier shafts. Additionally, on two occasions, a waterhead was added inside the casing to further reduce caving. Concrete was placed in all piers using a tremie method. Displaced water was pumped off as the concrete neared the ground surface.

Reinforcing cages were pre-fabricated for all the piers. Several of the initial pier shafts were drilled to allow for the use of the entire length of the pre-fabricated cages. However, it became evident that bedrock was, on the average, higher than expected, and the cages were generally too long. Subsequently, the cages were cut to fit the actual conditions. Locations of all 135 piers are shown on Figure 1 and Figure 2, which are reproductions of the contract foundation plans. Information regarding individual piers is presented in the accompanying Summary of Drilled Piers.

Based on our observations, we judge the drilled piers were installed in accordance with the intent of the plans and specifications. In our opinion, all the piers installed under our observation are capable of supporting their assigned loads.

This letter concludes our involvement in the pier installation for this project. If you have any questions regarding our observations or this summary, please contact us.

Sincerely yours,
TREADWELL & ROLLO, INC.

Richard D. Rodgers
Geotechnical Engineer

REGISTERED PROFESSIONAL ENGINEER
RICHARD D. RODGERS
No. 752
Exp. 12/31/93
GEOTECHNICAL
STATE OF CALIFORNIA

RDR:mmd
13860201.RDR

Attachment

# TABLE 1 - SUMMARY OF PIER INSTALLATION
## NAVAL POSTGRADUATE SCHOOL
## Monterey , California

| T&R Pier No. | Contractor's Pier No. | Pier Location[1] | Date Drilled | Design Pier Diam. (inch) | Pier Length (ft) | | Rock Embedment (ft) | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Design | As-built | Design | As-built | |
| 1 | 4089 | D-3 | 3-12 | 24 | 46.8 | 42.0 | 8.0 | 11.0 | --- |
| 2 | 4091 | C-3 | 3-12 | 24 | 46.8 | 44.0 | 8.0 | 11.0 | --- |
| 3 | 4096 | A-2 | 3-12 | 30 | 45.8 | 45.8 | 7.0 | 12.9 | Overdrilled to length of prefabricated rebar cage |
| 4 | 4094 | B-3 | 3-12 | 24 | 46.7 | 46.8 | 8.0 | 14.8 | " " |
| 5 | 4090 | D-3 | 3-15 | 24 | 46.7 | 46.8 | 8.0 | 13.9 | " " |
| 6 | 4092 | C-3 | 3-15 | 24 | 46.7 | 47.0 | 8.0 | 15.0 | " " |
| 7 | 4043 | B-4 | 3-15 | 30 | 45.7 | 47.0 | 7.0 | 16.5 | " " |
| 8 | 4002 | A-4 | 3-15 | 30 | 45.7 | 46.5 | 7.0 | 15.5 | " " |
| 9 | 4093 | B-3 | 3-15 | 24 | 46.7 | 47.0 | 8.0 | 15.0 | " " |
| 10 | 4021 | A-3 | 3-15 | 24 | 44.7 | 45.0 | 6.5 | 13.5 | " " |
| 11 | 4095 | A-2 | 3-15 | 30 | 45.7 | 46.0 | 7.0 | 14.0 | " " |
| 12 | 4042 | A-4 | 3-16 | 30 | 45.7 | 46.0 | 7.0 | 12.5 | " " |
| 13 | 4044 | B-4 | 3-16 | 30 | 45.7 | 45.9 | 7.0 | 13.9 | " " |
| 14 | 4004 | C-4 | 3-16 | 24 | 44.7 | 45.1 | 6.5 | 13.6 | " " |
| 15 | 4069 | D-4 | 3-16 | 30 | 45.7 | 45.7 | 7.0 | 14.1 | " " |
| 16 | 4071 | E-4 | 3-16 | 30 | 45.7 | 46.5 | 7.0 | 15.5 | " " |
| 17 | 4073 | F-4 | 3-16 | 30 | 46.7 | 41.0 | 8.0 | 10.0 | --- |
| 18 | 4087 | E-3 | 3-16 | 24 | 46.3 | 46.8 | 8.0 | 14.8 | Overdrilled to length of prefabricated rebar cage |
| 19 | 4121 | A-1 | 3-16/17 | 30 | 45.7 | 45.9 | 7.0 | 13.9 | " " |
| 20 | 4040 | B-1 | 3-17 | 24 | 44.3 | 45.5 | 6.5 | 12.5 | " " |
| 21 | 4039 | C-1 | 3-17 | 24 | 44.3 | 44.5 | 6.5 | 11.5 | " " |
| 22 | 4098 | B-2 | 3-17/18 | 24 | 45.8 | 43.8 | 8.0 | 10.8 | " " |
| 23 | 4100 | C-2 | 3-17/18 | 24 | 45.8 | 40.9 | 8.0 | 9.3 | Cased overnight |
| 24 | 4102 | D-2 | 3-17/18 | 24 | 45.8 | 42.5 | 8.0 | 9.5 | " " |
| 25 | 4122 | A-1 | 3-18 | 30 | 45.7 | 45.7 | 7.0 | 12.1 | Overdrilled to length of prefabricated rebar cage |
| 26 | 4038 | D-1 | 3-18 | 24 | 44.7 | 44.7 | 6.5 | 11.7 | " " |
| 27 | 4037 | E-1 | 3-18 | 24 | 45.8 | 42.9 | 8.0 | 9.3 | --- |
| 28 | 4104 | E-2 | 3-18 | 24 | 46.7 | 42.1 | 8.0 | 9.1 | --- |
| 29 | 4106 | F-2 | 3-18 | 24 | 46.7 | 42.0 | 8.0 | 8.5 | --- |
| 30 | 4088 | E-3 | 3-18 | 24 | 46.3 | 40.5 | 8.0 | 8.5 | --- |

Note: [1] Reference "Sheet S-1" abd " Sheet S2" Sprankle Lynd Sprague Frye, Engineering Building, 7-15-92

# TABLE 1 - SUMMARY OF PIER INSTALLATION
## NAVAL POSTGRADUATE SCHOOL
## Monterey , California

| T&R Pier No. | Contractor's Pier No. | Pier Location | Date Drilled | Design Pier Diam. (inch) | Pier Length (ft) | | Rock Embedment (ft) | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Design | As-built | Design | As-built | |
| 31 | 4097 | B-2 | 3-19 | 24 | 45.8 | 41.3 | 8.0 | 9.3 | --- |
| 32 | 4099 | C-2 | 3-19 | 24 | 45.8 | 42.4 | 8.0 | 9.4 | --- |
| 33 | 4101 | D-2 | 3-19 | 24 | 45.8 | 42.0 | 8.0 | 9.0 | --- |
| 34 | 4103 | E-2 | 3-19 | 24 | 45.8 | 41.5 | 8.0 | 8.5 | --- |
| 35 | 4105 | F-2 | 3-19 | 24 | 45.8 | 41.5 | 8.0 | 9.0 | --- |
| 36 | 4086 | F-3 | 3-19 | 30 | 45.8 | 41.3 | 8.0 | 9.3 | --- |
| 37 | 4070 | D-4 | 3-19 | 30 | 45.8 | 40.1 | 7.0 | 8.0 | --- |
| 38 | 4072 | E-4 | 3-19 | 30 | 45.8 | 39.1 | 7.0 | 7.6 | --- |
| 39 | 4074 | F-4 | 3-22 | 30 | 46.8 | 39.8 | 8.0 | 9.3 | --- |
| 40 | 4085 | F-3 | 3-22 | 30 | 46.7 | 40.7 | 8.0 | 9.1 | --- |
| 41 | 4036 | F-1 | 3-22 | 24 | 46.7 | 44.0 | 8.0 | 9.0 | --- |
| 42 | 4108 | G-2 | 3-22 | 24 | 46.7 | 42.8 | 8.0 | 8.8 | --- |
| 43 | 4110 | H-2 | 3-22 | 24 | 46.7 | 44.5 | 8.0 | 10.0 | --- |
| 44 | 4112 | J-2 | 3-22 | 24 | 46.7 | 41.5 | 8.0 | 9.5 | --- |
| 45 | 4120 | G-1 | 3-22 | 30 | 46.7 | 44.6 | 8.0 | 9.1 | --- |
| 46 | 4118 | H-1 | 3-22 | 30 | 46.7 | 44.8 | 8.0 | 9.8 | --- |
| 47 | 4008 | G-4 | 3-23 | 24 | 44.7 | 40.8 | 6.5 | 7.3 | --- |
| 48 | 4009 | H-4 | 3-23 | 24 | 44.7 | 38.7 | 6.5 | 7.1 | --- |
| 49 | 4084 | G-3 | 3-23 | 24 | 46.7 | 41.3 | 8.0 | 8.8 | --- |
| 50 | 4082 | H-3 | 3-23 | 24 | 46.7 | 42.0 | 8.0 | 9.0 | --- |
| 51 | 4080 | J-3 | 3-23 | 24 | 46.7 | 41.1 | 8.0 | 9.6 | --- |
| 52 | 4107 | G-2 | 3-23 | 24 | 46.7 | 42.8 | 8.0 | 8.8 | --- |
| 53 | 4109 | H-2 | 3-23 | 24 | 46.7 | 41.8 | 8.0 | 9.3 | --- |
| 54 | 4111 | J-2 | 3-23 | 24 | 46.7 | 40.8 | 8.0 | 9.3 | --- |
| 55 | 4116 | J-1 | 3-23 | 30 | 45.7 | 39.8 | 7.0 | 7.8 | --- |
| 56 | 4114 | K-1 | 3-23 | 30 | 45.7 | 40.5 | 7.0 | 8.5 | --- |
| 57 | 4075 | K-4 | 3-24 | 30 | 45.7 | 37.9 | 7.0 | 7.9 | --- |
| 58 | 4077 | K-3 | 3-24 | 30 | 45.7 | 38.1 | 7.0 | 7.6 | --- |
| 59 | 4010 | J-4 | 3-24 | 24 | 44.7 | 39.7 | 6.5 | 8.1 | --- |
| 60 | 4083 | G-3 | 3-24 | 24 | 46.7 | 42.4 | 8.0 | 9.5 | --- |