# TABLE 1 - SUMMARY OF PIER INSTALLATION
## NAVAL POSTGRADUATE SCHOOL
## Monterey , California

| T&R Pier No. | Contractor's Pier No. | Pier Location | Date Drilled | Design Pier Diam. (inch) | Pier Length (ft) | | Rock Embedment (ft) | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Design | As-built | Design | As-built | |
| 61 | 4081 | H-3 | 3-24 | 24 | 46.7 | 41.8 | 8.0 | 8.8 | --- |
| 62 | 4079 | J-3 | 3-24 | 24 | 46.7 | 41.0 | 8.0 | 9.5 | --- |
| 63 | 4119 | G-1 | 3-24 | 30 | 46.7 | 45.5 | 8.0 | 10.0 | --- |
| 64 | 4117 | H-1 | 3-24 | 30 | 46.7 | 42.0 | 8.0 | 9.0 | --- |
| 65 | 4115 | J-1 | 3-24 | 30 | 45.7 | 40.0 | 7.0 | 8.0 | --- |
| 66 | 4076 | K-4 | 3-25 | 30 | 45.7 | 38.4 | 7.0 | 8.5 | --- |
| 67 | 4078 | K-3 | 3-25 | 30 | 45.7 | 38.8 | 7.0 | 8.3 | --- |
| 68 | 4126 | K.9-2.8 | 3-25 | 24 | 43.7 | 35.5 | 5.0 | 5.5 | --- |
| 69 | 4127 | K.9-2.4 | 3-25 | 24 | 43.7 | 36.5 | 5.0 | 6.0 | --- |
| 70 | 4125 | K.1-2.4 | 3-25 | 24 | 43.7 | 37.3 | 5.0 | 6.8 | --- |
| 71 | 4031 | K-2 | 3-25 | 24 | 44.7 | 38.1 | 6.5 | 6.6 | ---- |
| 72 | 4113 | K-1 | 3-25 | 30 | 45.7 | 39.1 | 7.0 | 8.1 | --- |
| 73 | 4140 | L-2 | 3-25 | 30 | 46.7 | 39.1 | 8.0 | 8.6 | --- |
| 74 | 4146 | L-1 | 3-25 | 30 | 46.7 | 39.8 | 8.0 | 8.8 | --- |
| 75 | 4150 | R-1 | 3-30 | 30 | 46.7 | 39.0 | 8.0 | 9.0 | Caving to depth of 4 feet, put on a hydrostatic head to help minimize caving |
| 76 | 4149 | Q-1 | 3-30 | 30 | 46.7 | 39.8 | 8.0 | 8.8 | --- |
| 77 | 4161 | Q-2 | 3-30 | 30 | 46.7 | 39.1 | 8.0 | 9.1 | --- |
| 78 | 4164 | P-2 | 3-30 | 30 | 46.7 | 40.8 | 8.0 | 8.8 | --- |
| 79 | 4143 | N-2 | 3-30 | 30 | 48.7 | 44.2 | 10.0 | 11.2 | --- |
| 80 | 4141 | M-2 | 3-30 | 30 | 48.7 | 43.3 | 10.0 | 10.8 | --- |
| 81 | 4154 | P-3 | 3-30 | 30 | 46.7 | 38.6 | 8.0 | 9.1 | --- |
| 82 | 4135 | M-3 | 3-30 | 30 | 48.7 | 43.2 | 10.0 | 11.2 | --- |
| 83 | 4133 | R-4 | 3-31 | 30 | 46.7 | 37.8 | 8.0 | 9.3 | --- |
| 84 | 4131 | Q-4 | 3-31 | 30 | 46.7 | 38.7 | 8.0 | 9.3 | --- |
| 85 | 4048 | P-4 | 3-31 | 30 | 48.7 | 41.2 | 10.0 | 11.2 | --- |
| 86 | 4156 | Q-3 | 3-31 | 30 | 46.7 | 39.5 | 8.0 | 9.5 | Hydrostatic head to minimize caving |
| 87 | 4153 | P-3 | 3-31 | 30 | 46.7 | 39.2 | 8.0 | 9.2 | --- |
| 88 | 4137 | N-3 | 3-31 | 30 | 48.7 | 43.0 | 10.0 | 11.5 | --- |
| 89 | 4047 | N-4 | 3-31 | 30 | 48.7 | 41.3 | 10.0 | 10.7 | --- |
| 90 | 4129 | M-4 | 3-31 | 30 | 46.7 | 40.2 | 8.0 | 9.2 | --- |

# TABLE 1 - SUMMARY OF PIER INSTALLATION
## NAVAL POSTGRADUATE SCHOOL
## Monterey , California

| T&R Pier No. | Contractor's Pier No. | Pier Location | Date Drilled | Design Pier Diam. (inch) | Pier Length (ft) | | Rock Embedment (ft) | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Design | As-built | Design | As-built | |
| 91 | 4123 | L-4 | 3-31 | 30 | 46.7 | 39.4 | 8.0 | 8.9 | --- |
| 92 | 4136 | M-3 | 3-31 | 30 | 48.7 | 43.5 | 10.0 | 11.5 | --- |
| 93 | 4051 | R-3 | 4-1 | 30 | 48.7 | 39.7 | 10.0 | 10.7 | --- |
| 94 | 4134 | R-4 | 4-1 | 30 | 46.7 | 38.7 | 8.0 | 9.3 | --- |
| 95 | 4158 | Q-3 | 4-1 | 30 | 46.7 | 39.5 | 8.0 | 10.5 | --- |
| 96 | 4132 | Q-4 | 4-1 | 30 | 46.7 | 38.7 | 8.0 | 9.3 | --- |
| 97 | 4155 | P-3 | 4-1 | 30 | 46.7 | 38.9 | 8.0 | 8.9 | --- |
| 98 | 4138 | N-3 | 4-1 | 30 | 48.7 | 42.9 | 10.0 | 10.9 | --- |
| 99 | 4130 | M-4 | 4-1 | 30 | 46.7 | 40.4 | 8.0 | 9.0 | --- |
| 100 | 4056 | L-3 | 4-1 | 30 | 48.7 | 41.4 | 10.0 | 10.9 | --- |
| 101 | 4128 | L-4 | 4-1 | 30 | 46.7 | 38.4 | 8.0 | 8.9 | ---- |
| 102 | 4124 | K.1-2.8 | 4-1 | 24 | 43.7 | 37.1 | 5.0 | 5.6 | --- |
| 103 | 4157 | Q-3 | 4-2 | 30 | 46.7 | 39.0 | 8.0 | 9.0 | --- |
| 104 | 4062 | R-2 | 4-2 | 30 | 48.7 | 41.1 | 10.0 | 11.1 | --- |
| 105 | 4151 | R-1 | 4-2 | 30 | 46.7 | 40.2 | 8.0 | 9.2 | --- |
| 106 | 4160 | Q-2 | 4-2 | 30 | 46.7 | 39.0 | 8.0 | 9.0 | --- |
| 107 | 4147 | Q-1 | 4-2 | 30 | 46.7 | 40.5 | 8.0 | 9.5 | --- |
| 108 | 4163 | P-2 | 4-2 | 30 | 46.7 | 41.3 | 8.0 | 9.3 | --- |
| 109 | 4159 | Q-2 | 4-5 | 30 | 46.7 | 38.6 | 8.0 | 9.2 | --- |
| 110 | 4162 | P-2 | 4-5 | 30 | 46.7 | 40.7 | 8.0 | 8.7 | --- |
| 111 | 4152 | R-1 | 4-5 | 30 | 46.7 | 39.0 | 8.0 | 8.5 | --- |
| 112 | 4148 | Q-1 | 4-5 | 30 | 46.7 | 40.8 | 8.0 | 9.3 | --- |
| 113 | 4065 | P-1 | 4-5 | 30 | 48.7 | 45.1 | 10.0 | 11.6 | --- |
| 114 | 4066 | N-1 | 4-5 | 30 | 48.7 | 42.5 | 10.0 | 11.0 | --- |
| 115 | 4067 | M-1 | 4-5 | 30 | 48.7 | 44.2 | 10.0 | 11.2 | --- |
| 116 | 4145 | L-1 | 4-5 | 30 | 46.7 | 42.7 | 8.0 | 9.7 | --- |
| 117 | 4139 | L-2 | 4-5 | 30 | 46.7 | 41.2 | 8.0 | 8.6 | --- |
| 118 | 4222 | L.9-7 | 4-6 | 24 | 40.0 | 36.1 | 5.0 | 6.1 | --- |
| 119 | 4202 | K.8-7 | 4-6 | 24 | 40.0 | 34.8 | 5.0 | 8.8 | --- |
| 120 | 4203 | K.2-7 | 4-6 | 24 | 40.0 | 34.1 | 5.0 | 6.1 | --- |

# TABLE 1 - SUMMARY OF PIER INSTALLATION
## NAVAL POSTGRADUATE SCHOOL
## Monterey , California

| T&R Pier No. | Contractor's Pier No. | Pier Location | Date Drilled | Design Pier Diam. (inch) | Pier Length (ft) | | Rock Embedment (ft) | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Design | As-built | Design | As-built | |
| 121 | 4224 | J.1-7 | 4-6 | 24 | 40.0 | 37.3 | 5.0 | 7.3 | --- |
| 122 | 4194 | K.2-5 | 4-6 | 24 | 40.0 | 34.5 | 5.0 | 6.0 | --- |
| 123 | 4193 | K.8-5 | 4-6 | 24 | 40.0 | 34.9 | 5.0 | 6.4 | --- |
| 124 | 4142 | M-2 | 4-6 | 30 | 48.7 | 44.1 | 10.0 | 11.6 | --- |
| 125 | 4144 | N-2 | 4-6 | 30 | 48.7 | 43.2 | 10.0 | 10.7 | --- |
| 126 | 4165 | R-1.5 | 4-7 | 24 | 40.0 | 35.6 | 5.0 | 5.6 | --- |
| 127 | 4223 | L.9-6 | 4-7 | 24 | 40.0 | 35.6 | 5.0 | 6.1 | --- |
| 127 | 4197 | K.8-6 | 4-7 | 24 | 40.0 | 36.2 | 5.0 | 6.2 | --- |
| 129 | 4198 | K.2-6 | 4-7 | 24 | 40.0 | 35.1 | 5.0 | 5.6 | --- |
| 130 | 4225 | J.1-6 | 4-7 | 24 | 40.0 | 39.1 | 5.0 | 8.6 | --- |
| 131 | 4220 | L.1-7.6 | 4-7 | 24 | 35.0 | 32.6 | 5.0 | 6.5 | ---- |
| 132 | 4218 | K.9-8 | 4-7 | 24 | 35.0 | 30.4 | 5.0 | 5.9 | --- |
| 133 | 4226 | L-8 | 4-7 | 24 | 36.0 | 32.3 | 5.0 | 5.8 | --- |
| 134 | 4219 | K-8 | 4-8 | 24 | 35.0 | 34.3 | 5.0 | 9.8 | --- |
| 135 | 4221 | J.9-7.6 | 4-8 | 24 | 35.0 | 32.7 | 5.0 | 7.2 | --- |

**DISTRIBUTION**

4 copies: Mr. Richard Campbell
Hoover Associates
1900 Embarcadero Road
Palo Alto, California 94303

2 copies: Mr. John Westphal
Dasse Design Inc., Structural Engineers
33 New Montgomery Street, Suite 850
San Francisco, California 94105

**QUALITY CONTROL REVIEWER:**

Frank J. Rollo
Geotechnical Engineer