| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 5 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0007 | 3. EFFECTIVE DATE 1 JUNE 2001 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE N62474<br>ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>0 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)* | | (✔) X | 9A. AMENDMENT OF SOLICITATION NO. N62474-00-R-3035<br>9B. DATED *(SEE ITEM 11)* 11 December 2000<br>10A. MODIFICATION OF CONTRACT/ORDER NO.<br>10B. DATED *(SEE ITEM 13)* |
| CODE | FACILITY CODE | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA**

## PURPOSE

The purpose of this amendment is to make change/revisions to the specifications and the drawings of the solicitation, to request revised price proposals from offerors, and to request any additional submittal information from offerors, resultant from discussions with the Government, which offerors consider may improve its relative capability on the basis of its Past Performance, Corporate and Key Personnel Experience, and Commitment to Small Business.

**(SEE ENCLOSED)**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type of print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| 15B. CONTRACT/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**STANDARD FROM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 DFR) 53.243

## AMENDMENT

**1.** The following changes/revisions are made to the specifications and the drawings of the solicitation:

### SPECIFICATION REVISIONS:

Section 01112 GENERAL DESIGN AND CONSTRUCTION CRITERIA

1.1.2.b: Replace the fourth sentence with the following sentences:

"The entire structure shall have a total settlement of less than 1/2 inch. The foundation system shall comply with the requirement of either subparagraph 1.9.6.1.a which begins with "a. Except as noted in Paragraph 1.1.2 above, the foundation system shall consist of drilled, cast-in-place concrete piers, pier caps, and interconnected grade beams, ....", or subparagraph 1.9.6.1.b which begins with "b. An alternate foundation system may consist of spread footings......" All other structural requirements remain unchanged.

1.9.7 QUALITY ASSURANCE

1.9.7.c. Third line, delete the word "Certified".

Section 01321 NETWORK ANALYSIS SCHEDULES (NAS)

1.5 QUALIFICATIONS: Replace the first sentence with the following sentences:

"The Contractor shall designate a part time Scheduler that will be responsible for the development, preparation, and maintenance of an accurate, computerized Network Analysis Schedule. Part time is defined as the scheduler performing on-site coordination, attending project meetings, and updates all of the Network Analysis Schedule work as required by this Section........"

Section 01450 QUALITY CONTROL

1.3 QC PROGRAM REQUIREMENTS

First line on top of Page 3, replace "......a special inspector retained by the Government", with "........a special inspector retained as part of the Quality Control Staff."

1.4.3 QC Specialists Duties and Qualifications

Under the column "Qualification/Experience in Area of Responsibility", add ""Designer of Record" after "Registered Structural Engineer, (P.E.)" for both Section 02468 and Section 05120."

1.4.4 Submittal Reviewer's Duties and Qualifications

Under the column "Qualification/Experience in Submittal Discipline", add "Designer of Record" after "Registered Structural Engineer, (P.E.), Registered Architect, Registered Mechanical Engineer, and Registered Electrical Engineer."

Section 09510 ACOUSTICAL CEILING

"1.2 SUBMITTALS: In SD-02 Shop Drawings, SD-03 Product Data, SD-04 Sample, SD-07 Certificates: Delete submittal of "Suspended Metal Grid Ceiling System.""

"2.1.2 Suspended Metal Grid Ceiling Systems: Delete this subparagraph in its entirety.

Section 09611 FIBERGLASS REINFORCED FLOOR SEALING SYSTEM:

"Delete Section 09611 FIBERGLASS REINFORCED FLOOR SEALING SYSTEM in its entirety."

Section 09630 STONE FLOORING

2.1.A Stone Slabs: Replace this subparagraph with new paragraph 2.1.1 PAVER TILE/STONE FLOORING as follows:

"2.1.1 PAVER TILE/STONE FLOORING (for use in LINK and STAIR#2)

2.1.1.1 Description: Paver tile/Stone flooring shall be a natural, hard quartzite material, size and color shall match the stone flooring used in the Entry Lobby of the existing Building 245. The characteristics of the paver tile/stone flooring are as follows:

a. Size: 3/4-inch thick, random sizes 6 x 12 inches, 12 x 12 inches, and 12 x 18 inches.

b. Slip resistance: High—0.71 coefficient of friction.

c. Hardness: 8.5 on Moh scale of 10.

d. Weight: 7 to 9 pounds per square foot.

e. Compressive strength: 30,000 to 50,000 psi.

f. Color: Permanent

g. Water Absorption: One percent maximum allowable in accordance with ASTM C 97.

**DRAWING REVISIONS**:

NAVFAC DWG NO. 6458079 – FIRST FLOOR PLAN AND ROOM FINISH SCHEDULE:

"ROOM FINISH SCHEDULE:

In Room 100, CORRIDOR and Room 124, ENTRY: In CEILING Column, replace "12" x 12" MTL. GRID" with "2' x 2' ACOUS. TILE" and in REMARKS Column, delete Note "EVERYTHING ABOVE GRID, PAINTED BLACK."

In Room 123 LINK: In CEILING Column, replace "6" x 6" MTL. GRID" with "2' x 2' ACOUS.TILE" and in REMARKS Column, delete Note "EVERYTHING ABOVE GRID, PAINTED BLACK."

NAVFAC DWG NO. 6458080 – SECOND FLOOR PLAN AND ROOM FINISH SCHEDULE:

"ROOM FINISH SCHEDULE:

In Room 200, CORRIDOR: In CEILING Column, replace "12" x 12" MTL. GRID" with "2' x 2' ACOUS. TILE", and in REMARKS Column, delete Note "GYP. BD. ABOVE GRID PAINTED BLACK.

In Room 223, LINK: In CEILING Column, replace "6" x 6" MTL. GRID" with "2'x 2' ACOUS. TILE", and in REMARKS Column, delete Note "GYP. BD. ABOVE GRID PAINTED BLACK."

"SECOND FLOOR PLAN:

In OFFICE 213, delete the Note "CASEWORK."

2. Offerors are requested to submit revised price proposals resultant from recent discussions with the Government. Revised price proposals must be received by 12 June 2001, 1200 hours.

3. Offerors are requested to submit any additional submittal information resultant from discussions with the Government, which the offeror considers may improve its relative capability on the basis of its Past Performance, Corporate and Key Personnel Experience, and Commitment to Small Business.

4. FACSIMILE PROPOSALS (OCT 1997) (FAR 52.215-5)

(a) *Definition.*

*Facsimile proposal,* as used in this provision, means a proposal, revision or modification of a proposal, or withdrawal of a proposal that is transmitted to and received by the Government via facsimile machine.

(b) Offerors may submit facsimile proposals as responses to this solicitation. Facsimile proposals are subject to the same rules as paper proposals.

(c) The telephone number of receiving facsimile equipment is: (650) 244-2635.

(d) If any portion of a facsimile proposal received by the Contracting Officer is unreadable to the degree that conformance to the essential requirements of the solicitation cannot be ascertained from the document --

(1) The Contracting Officer immediately shall notify the offeror and permit the offeror to resubmit the proposal;

(2) The method and time for resubmission shall be prescribed by the Contracting Officer after consultation with the offeror; and

(3) The resubmission shall be considered as if it were received at the date and time of the original unreadable submission for the purpose of determining timeliness, provided the offeror complies with the time and format requirements for resubmission prescribed by the Contracting Officer.

(e) The Government reserves the right to make award solely on the facsimile proposal. However, if requested to do so by the Contracting Officer, the apparently successful offeror promptly shall submit the complete original signed proposal.

5. All other terms and conditions of the solicitation remain unchanged.

# AMENDMENT OF SOLICITATION/M( ,FICATION OF CONTRACT

1. CONTRA^^T ID CODE

PAGE OF PAGES 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0008 | 13 JUNE 2001 | | |

6. ISSUED BY CODE N62474

ENGINEERING FIELD ACTIVITY WEST
\VAL FACILITIES ENGINEERING COMMAND
.0 COMMODORE DRIVE
SAN BRUNO, CA 94066-5006

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

(✔) X 9A. AMENDMENT OF SOLICITATION NO.
N62474-00-R-3035

9B. DATED *(SEE ITEM 11)*
11 December 2000

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA**

## PURPOSE

The purpose of this amendment is to provide offerors the opportunity to review their proposals and submit their final proposal revisions.

**(SEE ENCLOSED)**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type of print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| 15B. CONTRACT/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

.SN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**STANDARD FROM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 DFR) 53.243

## AMENDMENT

**1.** Offerors are hereby provided the opportunity to review their proposals and submit their final proposal revisions (FPRs). An offerors's final proposal revision shall be in writing. It is the Government's intent to make award without obtaining further revisions.

**2.** **The date for receipt of final proposal revision is 18 June 2001, 1200 hours.**

**3.** Each offeror should ensure that its final proposal revisions cites all pertinent and applicable submittals received after submission of its initial price proposal (received on or before 8 May 2001) which may have any bearing on the offeror's price, cost breakdown, or relative capability on the basis of its Past Performance, Corporate and Key Personnel Experience, and Commitment to Small Business. For example, if there has been a change in the offeror's proposed design/construction project team, or proposed key personnel (project manager, project superintendent, and quality control manager), then the offeror should cite the applicable document which confirms the change.

**4. Offerors may submit FPRs by fax, followed by the original within two days.**

5. FACSIMILE PROPOSALS (OCT 1997) (FAR 52.215-5)

(a) *Definition.*

*Facsimile proposal,* as used in this provision, means a proposal, revision or modification of a proposal, or withdrawal of a proposal that is transmitted to and received by the Government via facsimile machine.

(b) Offerors may submit facsimile proposals as responses to this solicitation. Facsimile proposals are subject to the same rules as paper proposals.

(c) The telephone number of receiving facsimile equipment is: (650) 244-2635.

(d) If any portion of a facsimile proposal received by the Contracting Officer is unreadable to the degree that conformance to the essential requirements of the solicitation cannot be ascertained from the document --

(1) The Contracting Officer immediately shall notify the offeror and permit the offeror to resubmit the proposal;

(2) The method and time for resubmission shall be prescribed by the Contracting Officer after consultation with the offeror; and

(3) The resubmission shall be considered as if it were received at the date and time of the original unreadable submission for the purpose of determining timeliness, provided the offeror complies with the time and format requirements for resubmission prescribed by the Contracting Officer.

(e) The Government reserves the right to make award solely on the facsimile proposal. However, if requested to do so by the Contracting Officer, the apparently successful offeror promptly shall submit the complete original signed proposal.

**6.** All other terms and conditions of the solicitation remain unchanged.

**AMENDMENT OF SOLICITATION/MC FICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 1

2. AMENDMENT/MODIFICATION NO. 0009

3. EFFE IVE DATE 13 JUNE 2001

4. REQUISITION/PURCHASE REQ.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE N62474

ENGINEERING FIELD ACTIVITY WEST
VAL FACILITIES ENGINEERING COMMAND
, COMMODORE DRIVE
SAN BRUNO, CA 94066-5006

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

(✔) X 9A. AMENDMENT OF SOLICITATION NO. **N62474-00-R-3035**

9B. DATED *(SEE ITEM 11)* 11 December 2000

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☒ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA**

## AMENDMENT

**1.** The deadline for receipt of final proposal revisions is hereby extended from 18 June 2001, 1200 hours to 21 June 2001, 1200 hours.

**2.** All other terms and conditions of the solicitation remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type of print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)*

15B. CONTRACT/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

*(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**STANDARD FROM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 DFR) 53.243

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

WEST COAST CONTRACTORS OF NEVADA
7785 WHITE FIR STREET
RENO, NV 89523

15. TELEPHONE NO. (Include area code)
775-747-7774

16. REMITTANCE ADDRESS (Include only if different from Item 14)

17 The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▸ 4,493,767.00/100

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGEMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | 4 | 5 | 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 12/19/00 | 1/10/01 | 1/12/01 | 3/19/01 | 3/29/01 | 4/10/01 | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*
ANDY RAMIREZ - VICE PRESIDENT

20B. SIGNATURE
[signature]

20C. OFFER DATE
5/8/01

AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:
See Continuation Sheet.

22. AMOUNT
$4,978,384.00

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▸ ITEM 27

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

26. ADMINISTERED BY
Ms. Kathy Norggard (831) 656-3454
ROICC MONTEREY
NAVAL POST GRADUATE SCHOOL
1 UNIVERSITY CIRCLE, BLDG.2220, RM. 64
MONTEREY, CA 93943-5220

27. PAYMENT WILL BE MADE BY
DFAS OAKLAND VIA SAN DIEGO
CODE MAMB-EFD
P O BOX 429100
SAN DIEGO CA 92142

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return* 1 *copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract.

29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummated the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*
Mario R. Ramirez, President

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE
[signature]

30C. DATE

31B. UNITED STATES OF AMERICA
BY

31C. AWARD DATE