# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 7

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0006 | 10 APRIL 2001 | | |

6. ISSUED BY CODE **N62474**

**ENGINEERING FIELD ACTIVITY WEST**
NAVAL FACILITIES ENGINEERING COMMAND
900 COMMODORE DRIVE
SAN BRUNO, CA 94066-5006

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

CODE

FACILITY CODE

(✔) X 9A. AMENDMENT OF SOLICITATION NO. **N62474-00-R-3035**

9B. DATED *(SEE ITEM 11)* 11 December 2000

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

## AMENDMENT

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

1. This amendment is intended for those offerors who submitted (Part One) proposals under the solicitation which addressed (1) Past Performance, and (2) Corporate and Key Personnel Experience.

**(SEE ENCLOSED)**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type of print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| 15B. CONTRACT/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

**AMENDMENT 0006 (CONTINUED)**

2. This amendment is providing offerors with the following Division 02 through 16 Specification Sections:

DIVISION 02 - SITE WORK

| | |
|---|---|
| 02220 | SITE DEMOLITION |
| 02231 | CLEARING AND GRUBBING |
| 02301 | EARTHWORK FOR STRUCTURES AND PAVEMENTS |
| 02302 | EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES |
| 02315 | EXCAVATION AND FILL |
| 02468 | DRILLED FOUNDATION CAISSONS |
| 02510 | WATER DISTRIBUTION |
| 02530 | SANITARY SEWERAGE |
| 02559 | VALVE MANHOLES AND PIPING AND EQUIPMENT IN VALVE MANHOLES |
| 02630 | STORM DRAINAGE |
| 02741 | ASHPALT CONCRETE FOR VEHICULAR TRAFFIC |
| 02811 | IRRIGATION SPRINKLER SYSTEMS |
| 02930 | EXTERIOR PLANTS |
| 02935 | LANDSCAPE MAINTENANCE |

DIVISION 03 - CONCRETE

| | |
|---|---|
| 03300 | CAST IN PLACE CONCRETE |

DIVISION 05 - METALS

| | |
|---|---|
| 05120 | STRUCTURAL STEEL |
| 05310 | STEEL DECKS |
| 05500 | METAL FABRICATIONS |

DIVISION 06 - WOODS & PLASTICS

| | |
|---|---|
| 06200 | FINISH CARPENTRY |

**AMENDMENT 0006 (CONTINUED)**

DIVISION 07 - THERMAL & MOISTURE PROTECTION

| | |
|---|---|
| 07212 | MINERAL FIBER BATT INSULATION |
| 07513 | BUILT-UP ASHPALT ROOFING (MINERAL SURFACED) |
| 07600 | FLASHING AND SHEET METAL |
| 07840 | FIRESTOPPING |
| 07920 | JOINT SEALANTS |

DIVISION 08 - DOORS & WINDOWS

| | |
|---|---|
| 08110 | STEEL DOORS AND FRAMES |
| 08120 | ALUMINUM STOREFRONT SYSTEM – Exterior Metal Wall/Window Assembly |
| 08210 | WOOD DOORS |
| 08450 | FRAMELESS TEMPERED GLASS DOORS |
| 08710 | DOOR HARDWARE |
| 08800 | GLAZING |
| 08900 | GLAZED CURTAIN WALL |

DIVISION 09 - FINISHES

| | |
|---|---|
| 09100 | METAL SUPPORT ASSEMBLIES |
| 09250 | GYPSUM BOARD |
| 09310 | CERAMIC TILE, QUARRY TILE, AND PAVER TILE |
| 09510 | ACOUSTICAL CEILINGS |
| 09611 | FIBERGLASS REINFORCED FLOOR SEALING SYSTEM |
| 09630 | STONE FLOORING |
| 09685 | CARPET TILE |
| 09900 | PAINTS AND COATINGS |

DIVISION 10 - SPECIALTIES

| | |
|---|---|
| 10100 | MARKERBOARDS |
| 10153 | TOILET PARTITIONS |
| 10201 | ROOF SCREEN LOUVERS |
| 10400 | IDENTIFICATION DEVICES |
| 10411 | SAFETY AND ACCESSIBILITY SIGNAGE |
| 10520 | FIRE EXTINGUISHER CABINETS |
| 10615 | DEMOUNTABLE GYPSUM BOARD PARTITIONS |
| 10800 | TOILET AND BATH ACCESSORIES |

**AMENDMENT 0006 (CONTINUED)**

DIVISION 11 - EQUIPMENT

| | |
|---|---|
| 11132 | PROJECTION SCREENS |

DIVISION 12 - FURNISHINGS

| | |
|---|---|
| 12490 | BLINDS, VENETIAN |

DIVISION 13 - SPECIAL CONSTRUCTION

| | |
|---|---|
| 13855 | ANALOG/ADDRESSABLE INTERIOR FIRE ALARM SYSTEM |
| 13930 | WET PIPE FIRE SUPPRESSION SPRINKLERS |

DIVISION 15 - MECHANICAL

| | |
|---|---|
| 15050 | BASIC MECHANICAL MATERIALS AND METHODS |
| 15070 | MECHANICAL SOUND, VIBRATION, AND SEISMIC CONTROL |
| 15080 | MECHANICAL INSULATION |
| 15181 | CHILLED WATER PIPING |
| 15185 | LOW TEMPERATURE WATER HEATING SYSTEM |
| 15400 | PLUMBING SYSTEMS |
| 15601 | CENTRAL REFRIGERATION EQUIPMENT FOR AIR CONDITIONING – Air-Cooled Water Chiller |
| 15720 | AIR HANDLING UNITS – Central Station Air Handling Unit and Variable Air Volume Terminal Units |
| 15730 | UNITARY AIR CONDITIONING EQUIPMENT |
| 15810 | DUCTWORK AND DUCTWORK ACCESSORIES |
| 15901 | SPACE TEMPERATURE CONTROL SYSTEMS |
| 15950 | HVAC TESTING/ADJUSTING/BALANCING |

DIVISION 16 - ELECTRICAL

| | |
|---|---|
| 16050 | BASIC ELECTRICAL MATERIALS AND METHODS |
| 16402 | INTERIOR DISTRIBUTION SYSTEM |
| 16510 | INTERIOR LIGHTING |
| 16520 | EXTERIOR LIGHTING |
| 16710 | STRUCTURED TELECOMMUNICATIONS CABLING AND PATHWAY SYSTEM |

**AMENDMENT 0006 (CONTINUED)**

3. The following changes are made to Amendment 0004 attachments:

   (a) Division 1, Section 01112, Part 1, Sub-paragraph 1.1.2.b., at the end of this subparagraph, add the following: "The clear height of the basement, from the finished floor to the bottom of the beams, shall not be less than twelve (12) feet."

   (b) Division 1, Section 01112, Part 1, Sub-paragraph 1.1.2.c., at the end of this subparagraph, add the following: "The clear height of the third floor, from the finished floor to the bottom of the beams, shall not be less than twelve (12) feet."

   (c) Division 1, Section 01575, Part 3, Sub-paragraph 3.7.1, Blasting Operations: Replace the first sentence, "The use of silica sand is prohibited in sandblasting" with "The use of silica containing abrasive is prohibited in abrasive procedures."

   (d) NAVFAC DWG NO. 6458083, DWG NO. A6, BUILDING SECTION: Change the ceiling height in the "Conference/Study" spaces from "12 feet" to "9 feet 10 inches."

4. The following changes are made to the attachments to this Amendment (0006):

   (e) Division 5, Section 05120, Part 3, Sub-paragraph 3.3, Connections: Last sentence, change "……..shall be clean or dirt rust,……" to "……..shall be clean of dirt and rust,………"

   (f) Division 7, Section 07513, Part 2, Sub-paragraph 2.2, Materials: Add the following: "Asbestos containing roof or deck insulation, felt, cement, sealer or similar products shall not be used."

   (g) Division 7, Section 07840, Part 3, Sub-paragraph 3.2.4, Insulated Pipes and Ducts: At the end of the paragraph, add the following: "Replacement thermal insulation shall be asbestos free."

**AMENDMENT 0006 (CONTINUED)**

(h) Division 8, Section 08710, Part 3, Sub-paragraph 3.6, Hardware Sets, add new paragraph 3.7 Installation, Testing, Training and Acceptance of the Electrified Card Key System as follows:

"3 7 Installation, Testing, Training and Acceptance of the Electrified Card Key System

The installation of the electrified card key system shall conform to the NEC requirements and the applicable requirements of Section 16402 - Interior Distribution System. Manufacturer's technical field representative to assist the Contractor in the installation, debugging, testing, and training the Government personnel in operation and maintenance of the Electrified Card Key System will be required.

At the completion of the installation, the entire Electrified Card Key System shall be tested to assure that the entire system is operating satisfactory and reliably. The testing shall include but not limited to checking the operation of each individual lock, recoding and issuance of new card keys, and verifying reliable operation of the software and firmware. The Contractor shall submit to the Government a certificate to state that the entire electrified card key system has been tested and is operating satisfactory and reliably. The manufacturer's technical representative shall certified that the entire system has been installed in accordance with the manufacturer's instructions and recommendations, and is operating satisfactory and reliably

The manufacturer's representative shall conduct a hands on training session of the Government personnel. The training session shall include but not limited to the operation and maintenance of the entire system, recoding and issuance of new card keys, simulation of system faults and resolving the faults.

(i) Division 9, Section 09510, Part 2, Sub-paragraph 2.1.1, Acoustical Units: At the end of the paragraph, add the following: "Material used shall be asbestos free."

(j) Division 9, Section 09900, Part 3, Sub-paragraph 3.2.3, Removal of Existing Coating: At the end of the paragraph, add the following: "HUD and EPA lead paint abatement requirements must be followed if lead containing paint is removed."

(k) Division 15, Section 15185, Part 2, Sub-paragraph 2.1.7.10, Butterfly Valves: Delete this paragraph in its entirety.

**AMENDMENT 0006 (CONTINUED)**

(l) Division 15, Section 15720, Part 1, Sub-paragraph 1.2, General Requirements: 10th line, change "……acoustical/insulation line, ……" to "……acoustical/insulation liner, ………."

(m) Division 15, Section 15901, Part 3, delete in their entirety, Sub-paragraphs 3.4.3, 3.4.4, and 3.4.5.

(n) Division 16, Section 16402, Part 3, Sub-paragraph 3.2.5, Grounding System Test, add new paragraph 3.3, Working in Existing Electrical Room of Building 245 as follows:

Prior to working inside the existing Electrical Room in Building 245, the Contractor shall thoroughly study the premise and the available record drawings, and plan his work. The Contractor shall submit a certificate to the Government to state that he is thoroughly studied the premise and the equipment installation, including the underground utilities; and the planned work can be conducted safely, and will not jeopardize the safety of his worker and the operation of Building 245." The certificate shall be submitted to the Government via the QC Manager. The QC Manager and the Electrical Engineer of Record (Contractor's Design Team) shall review the Contractor's work and safety plan for the work in the existing Electrical Room to satisfy himself that the work can be conducted safely without jeopardizing the safety of the work crew and the operation of Building 245. The QC Manager shall certify and concur with the Contractor's certification. This certificate shall be submitted to the Government for record ten days prior to start work in the existing Electrical Room.

Prior to start work, the Contractor shall erect a dust barrier to separate the existing Main Switch Board to assure that construction dust and debris will not penetrate the dust barrier. The Contractor shall provide a fire and safety watch in the existing Electrical Room when work crew is working in the space.

Unless permission is granted from the Contracting Officer, the Contractor's personnel is not permitted to operate any of the Government equipment. The Contractor shall notify the Contracting Officer fourteen days in advance prior to make the final connection from the existing electrical main switch board in Building 245. Prior to making the final connection, the Contractor shall verify the integrity of the new system to assure that the final connection (extending the service to the new extension) will not cause harm/damage to the existing Building 245 services."

**5.** All other terms and conditions of the solicitation remain unchanged.

Request for Proposals No.:
N62474-00-C-3035

Engineering Field Activity West
Naval Facilities Engineering Command
900 Commodore Drive
San Bruno, CA 94066-0720

# P-189, BUILDING 245 EXTENSION
# FY 2001 MCON PROJECT

## Naval Postgraduate School
## Monterey, California

# Construction Solicitation and Specifications

SECTION 02220

# SITE DEMOLITION

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 GENERAL REQUIREMENTS

Do not begin demolition until authorization is received from the Contracting Officer. Remove rubbish and debris from the station daily ; do not allow accumulations inside or outside the building. Store materials that cannot be removed daily in areas within the construction site approved by the Contracting Officer.

### 1.3 DEFINITIONS

#### 1.3.1 Class I and Class II Ozone Depleting Substance (ODS)

Class I and Class II ODS are defined in Section, 602(a) and (b), of The Clean Air Act.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-07 Certificates

Demolition plan

Notifications

Submit proposed salvage, demolition and removal procedures to the Contracting Officer for approval before work is started.

SD-11 Closeout Submittals

Receipts

### 1.5 REGULATORY AND SAFETY REQUIREMENTS

Comply with federal, state, and local hauling and disposal regulations. In addition to the requirements of the "Contract Clauses," safety requirements shall conform with ANSI A10.6.

#### 1.5.1 Notifications

Notify the Contracting Officer, and the local air pollution control district/agency where required, in writing 10 working days prior to the commencement of work in accordance with 40 CFR 61-SUBPART M.

1.5.2 Receipts

Submit a shipping receipt or bill of lading for all containers of ozone depleting substance (ODS) shipped to the Defense Depot, Richmond, Virginia.

1.6 DUST AND DEBRIS CONTROL

Prevent the spread of dust and debris to occupied portions of the building and avoid the creation of a nuisance or hazard in the surrounding area. Do not use water if it results in hazardous or objectionable conditions such as, but not limited to, ice, flooding, or pollution. Vacuum the work area daily.

1.7 PROTECTION

1.7.1 Traffic Control Signs

Where pedestrian and driver safety is endangered in the area of removal work, use traffic barricades with flashing lights. Notify the Contracting Officer prior to beginning such work.

1.7.2 Existing Work

Protect existing work which is to remain in place, be reused, or remain the property of the Government. Repair items which are to remain which are to be salvaged and which are damaged during performance of the work to their original condition, or replace with new. Do not overload structural elements,w supports and reinforcement for existing construction weakened by demolition or removal work. Repairs, reinforcement, or structural replacement must have Contracting Officer approval.

1.7.3 Weather Protection

For portions of the building to remain, protect building interior and materials and equipment from the weather at all times. Where removal of existing roofing is necessary to accomplish work, have materials and workmen ready to provide adequate and temporary covering of exposed areas so as to ensure effectiveness and to prevent displacement.

1.7.4 Trees

Conform to Section 01575, "Temporary Environmental Controls," for protection of natural resources.

1.7.5 Facilities

Protect electrical and mechanical services and utilities. Where removal of existing utilities and pavement is specified or indicated, provide approved barricades, temporary covering of exposed areas, and temporary services or connections for electrical and mechanical utilities. Where open trenches are exposed during non-working hours they shall be covered with steel plates adequate for vehicular traffic in areas designed for automotive use, and steel plate of thickness as required by the span of the opening at pedestrian areas.

1.8 BURNING

Burning will not be permitted.

1.9 RELOCATIONS

Perform the removal and reinstallation of relocated items as indicated with workmen skilled in the trades involved. Repair items to be relocated which are damaged or replace damaged items with new undamaged items as approved by the Contracting Officer.

1.10 Required Data

Demolition plan shall include procedures for careful removal and disposition of materials specified to be salvaged, coordination with other work in progress, a disconnection schedule of utility services, a detailed description of methods and equipment to be used for each operation and of the sequence of operations.

1.11 Required Data

Demolition plan shall include procedures for careful removal and disposition of materials specified to be salvaged, coordination with other work in progress, a disconnection schedule of utility services, a detailed description of methods and equipment to be used for each operation and of the sequence of operations.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

3.1 EXISTING FACILITIES TO BE REMOVED

3.1.1 Structures

Remove indicated existing structures, including below grade structures.

3.1.2 Utilities and Related Equipment

Remove existing utilities , as indicated and terminate in a manner conforming to the nationally recognized code covering the specific utility and approved by the Contracting Officer. Remove meters and related equipment and deliver to a location on the station in accordance with instructions of the Contracting Officer. If utility lines are encountered that are not shown on drawings, contact the Contracting Officer for further instructions.

3.1.3 Paving and Slabs

Remove scarified and sawn concrete and asphaltic concrete paving and slabs including aggregate base to a depth of 8 inches below existing adjacent grade. Provide neat sawcuts at limits of pavement removal as indicated.

3.1.4 Masonry

Sawcut and remove masonry so as to prevent damage to surfaces to remain and to facilitate the installation of new work. Where new masonry adjoins

existing, the new work shall abut or tie into the existing construction as indicated.

3.1.5 Concrete

Saw concrete along straight lines to a depth of not less than 2 inches. Make each cut in walls perpendicular to the face and in alignment with the cut in the opposite face. Break out the remainder of the concrete provided that the broken area is concealed in the finished work, and the remaining concrete is sound. At locations where the broken face cannot be concealed, grind smooth or saw cut entirely through the concrete.

3.1.6 Patching

Where removals leave holes and damaged surfaces exposed in the finished work, patch and repair these holes and damaged surfaces to match adjacent finished surfaces. Where new work is to be applied to existing surfaces, perform removals and patching in a manner to produce surfaces suitable for receiving new work. Finished surfaces of patched area shall be flush with the adjacent existing surface and shall match the existing adjacent surface as closely as possible as to texture and finish. Patching shall be as specified and indicated, and shall include:

a. Holes and depressions caused by previous physical damage or left as a result of removals in existing masonry walls to remain shall be completely filled with an approved masonry patching material, applied in accordance with the manufacturer's printed instructions.

b. Where existing partitions have been removed leaving damaged or missing resilient tile flooring, patch to match the existing floor tile.

c. Patch acoustic lay-in ceiling where partitions have been removed. The transition between the different ceiling heights shall be effected by continuing the higher ceiling level over to the first runner on the lower ceiling and closing the vertical opening with a painted sheet metal strip.

3.2 DISPOSITION OF MATERIAL

3.2.1 Title to Materials

Except where specified in other sections, all materials and equipment removed, and not reused, shall become the property of the Contractor and shall be removed from Government property. Title to materials resulting from demolition, and materials and equipment to be removed, is vested in the Contractor upon approval by the Contracting Officer of the Contractor's demolition and removal procedures, and authorization by the Contracting Officer to begin demolition. The Government will not be responsible for the condition or loss of, or damage to, such property after contract award. Materials and equipment shall not be viewed by prospective purchasers or sold on the site.

3.2.2 Reuse of Materials and Equipment

Remove and store materials and equipment indicated to be reused or relocated to prevent damage, and reinstall as the work progresses.

3.2.3 Salvaged Materials and Equipment

Remove materials and equipment that are indicated to be removed by the Contractor and that are to remain the property of the Government, and deliver to a storage site , as directed within 3 miles of the work site.

## 3.3 CLEANUP

### 3.3.1 Debris and Rubbish

Remove and transport debris and rubbish daily, or more frequently as required, in a manner that will prevent spillage on pavements, streets or adjacent areas. Limit to 3/8 cubic yard capacity buggies or other conveyances used on roofs and within the building to transport removed debris. Clean up spillage from pavements, streets and adjacent areas .

-- End of Section --

SECTION 02231

# CLEARING AND GRUBBING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-04 Samples

Tree wound paint

Herbicide

Submit samples in cans with manufacturer's label.

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver materials to, store at the site, and handle in a manner which will maintain the materials in their original manufactured or fabricated condition until ready for use.

## PART 2 PRODUCTS

### 2.1 TREE WOUND PAINT

Bituminous based paint of standard manufacture specially formulated for tree wounds.

### 2.2 HERBICIDE

Comply with Federal Insecticide, Fungicide, and Rodenticide Act (Title 7 U.S.C. Section 136) for requirements on contractor's licensing, certification and record keeping. Contact the command Pest Control Coordinator prior to starting work.

## PART 3 EXECUTION

### 3.1 PROTECTION

#### 3.1.1 Roads and Walks

Keep roads and walks free of dirt and debris at all times.

#### 3.1.2 Trees, Shrubs, and Existing Facilities

Protection shall be in accordance with Section 01575, "Temporary Environmental Controls."

#### 3.1.3 Utility Lines

Protect existing utility lines that are indicated to remain from damage. Notify the Contracting Officer immediately of damage to or an encounter with an unknown existing utility line. The Contractor shall be responsible for the repairs of damage to existing utility lines that are indicated or made known to the Contractor prior to start of clearing and grubbing operations. When utility lines which are to be removed are encountered within the area of operations, the Contractor shall notify the Contracting Officer in ample time to minimize interruption of the service. Refer to Section 01310, "Administrative Requirements," and Section 01575, "Temporary Environmental Controls," for additional utility protection.

### 3.2 CLEARING

Shall consist of the felling, trimming, and cutting of trees into sections and the satisfactory disposal of the trees and other vegetation designated for removal, including downed timber, snags, brush, and rubbish occurring within the areas to be cleared. Cut off flush with or below the original ground surface trees, stumps, roots, brush, and other vegetation in areas to be cleared, except for trees and vegetation indicated or directed to be left standing. Apply herbicide in accordance with the manufacturer's label to the top surface of stumps designated not to be removed.

### 3.3 TREE REMOVAL

Where indicated, remove designated trees and stumps and grub roots.

### 3.4 PRUNING

Prune individual trees as indicated. Trim trees designated to be left standing within the cleared areas of dead branches 1 1/2 inches or more in diameter; and trim branches to heights and in a manner as indicated. Neatly cut limbs and branches to be trimmed close to the bole of the tree or main branches. Paint cuts more than 1 1/4 inches in diameter with an approved tree wound paint.

### 3.5 GRUBBING

Remove and dispose of roots larger than 3 inches in diameter, matted roots, and designated stumps from the indicated grubbing areas. Excavate this material together with logs, organic and metallic debris, brush, and refuse and remove to a depth of not less than 18 inches below the original soil surface in areas indicated to be grubbed and in areas indicated as construction areas under this contract. Fill depressions made by grubbing with suitable material and compact in accordance with the requirements specified in Section 02301, "Earthwork for Structures and Pavements," to make the new surface conform with the existing adjacent surface of the ground.

### 3.6 DISPOSAL OF CLEARED AND GRUBBED MATERIALS

#### 3.6.1 Nonsaleable Materials

Remove from the project site and dispose of off station.

-- End of Section --

SECTION 02301

# EARTHWORK FOR STRUCTURES AND PAVEMENTS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

#### 1.2.1 Backfill

A specified material used in refilling a cut, trench, or other excavation, placed at a specified degree of compaction.

#### 1.2.2 Capillary Water Barrier

A layer of clean, poorly graded crushed rock, stone, or natural sand or gravel having a high porosity which is placed beneath a building slab with or without a vapor barrier to cut off the capillary flow of pore water to the area immediately below a slab.

#### 1.2.3 Cohesive Materials

Cohesive materials include materials classified by ASTM D 2487 as GC, SC, ML, CL, MH, and CH. Materials classified as GM and SM will be identified as cohesive only when the fines have a plasticity index greater than zero.

#### 1.2.4 Cohesionless Materials

Cohesionless materials include materials classified by ASTM D 2487as GW, GP, SW, and SP. Materials classified as GM and SM will be identified as cohesionless only when the fines have a plasticity index of zero.

#### 1.2.5 Compaction

The process of mechanically stabilizing a material by increasing its density at a controlled moisture condition. "Degree of Compaction" is expressed as a percentage of the maximum density obtained by the test procedure described in ASTM D 1557 for general soil types or ASTM D 4253 and ASTM D 4254 (Relative Density) for isolated cohesionless materials, abbreviated in this specification as "95 percent ASTM D 1557 maximum density."

#### 1.2.6 Controlled Fill and Controlled Backfill

A specified soil mix or gradation of materials constructed to attain maximum bearing strength and minimize consolidation or differential settlement under a load. Controlled fill is sometimes called "structural

fill."

1.2.7 Embankment

A "fill" having a top that is higher than adjoining ground.

1.2.8 Excavation

The removal of soil, rock, or hard material to obtain a specified depth or elevation.

1.2.9 Fill

Specified material placed at a specified degree of compaction to obtain an indicated grade or elevation.

1.2.10 Hard Material

Weathered rock, dense consolidated deposits or conglomerate materials, (excluding manmade materials such as concrete) which are not included in the definition of "rock" but which usually require the use of heavy excavation equipment with ripper teeth or the use of jack hammers for removal. Material indicated in the soil boring logs as having a standard penetration resistance as determined by ASTM D 1586 between 60 and 600 blows per foot is arbitrarily defined herein as "Hard Material."

1.2.11 In Situ Soil

Existing in place soil.

1.2.12 Lift

A layer (or course) of soil placed on top of a previously prepared or placed soil.

1.2.13 Rock

Solid, homogeneous, interlocking crystalline material with firmly cemented, laminated, or foliated masses or conglomerate deposits, neither of which can be removed without systematic drilling and blasting, drilling and the use of expansion jacks or feather wedges, or the use of backhoe-mounted pneumatic hole punchers or rock breakers; also large boulders, buried masonry, or concrete other than pavement, exceeding 1/2 cubic yard in volume. Material indicated in the soil boring logs as having a standard penetration resistance as determined by ASTM D 1586 greater than 600 blows per foot is arbitrarily defined herein as "Rock." Removal of "hard material" will not be considered rock excavation because of intermittent drilling and blasting that is performed merely to increase production.

1.2.14 Soil

The surface material of the earth's crust resulting from the chemical and mechanical weathering of rock and organic material.

1.2.15 Subgrade

The material in excavation, cuts and fills immediately below any subbase, base, pavement, or other improvement. Also, as a secondary definition, the level below which work above is referenced.

1.2.16 Topsoil

In natural or undisturbed soil formations, the fine-grained, weathered material on the surface or directly below any loose or partially decomposed organic matter. Topsoil may be a dark-colored, fine, silty, or sandy material with a high content of well decomposed organic matter, often containing traces of the parent rock material. Gradation and material requirements specified herein apply to all topsoil references in this contract. The material shall be representative of productive soils in the vicinity.

1.2.17 Unsatisfactory Material

Existing, in situ soil or other material which can be identified as having insufficient strength characteristics or stability to carry intended loads in fill or embankment without excessive consolidation or loss of stability. Materials classified as PT, OH, or OL by ASTM D 2487 are unsatisfactory. Unsatisfactory materials also include man-made fills, refuse, frozen material, uncompacted backfills from previous construction, unsound rock or soil lenses, or other deleterious or objectionable material.

1.2.18 Working Platform

A layer of compacted crushed rock or natural stone that replaces the in situ soil to provide a stable, uniform bearing foundation for construction equipment to facilitate further site construction.

1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-06 Test Reports

Controlled fill and Controlled backfill material tests

Backfill tests

Granular fill tests

1.4 DELIVERY AND STORAGE

Deliver and store materials in a manner to prevent contamination or segregation.

1.5 SITE CONDITIONS

1.5.1 Utilities

Contact the Contracting Officer 72 hours prior to construction for the location of all existing underground utilities . Movement of construction machinery and equipment over pipes and utilities during construction shall be at the Contractor's risk. Contact the utility companies for location(s) of their utilities. Perform work adjacent to privately owned utilities in accordance with procedures outlined by the utility company. Report damage to utility lines or subsurface construction immediately to the Contracting Officer.

## 1.6 QUALITY ASSURANCE

# PART 2 PRODUCTS

## 2.1 MATERIALS

### 2.1.1 Granular Fill

#### 2.1.1.1 Capillary Water Barrier

Provide a capillary water barrier under concrete floor slabs consisting of clean crushed stone, crushed gravel, or uncrushed gravel conforming to ASTM C 33 coarse aggregate grading size 57, 67, or 7.

### 2.1.2 Soil Materials

Provide materials free from debris, roots, wood, scrap materials, vegetable matter, refuse or frozen material. Maximum particle size permitted is 3 inches. Use excavated material from the site for the work indicated when material falls within the requirements specified herein.

#### 2.1.2.1 Controlled Fill and Controlled Backfill

Provide materials classified as GW, GP, SP by ASTM D-2487 where indicated.

#### 2.1.2.2 General Backfill Beside Structures

Soft, spongy, highly plastic, or otherwise unstable material is prohibited. Material shall be classified as GP or GM, by ASTM D 2487. If more material is required than is available from on-site excavation, then provide that material from approved sources.

#### 2.1.2.3 General Site Fill, Backfill and Embankment Material

Provide a soil material from the site that can be readily compacted to the specified densities. Materials shall be unclassified.

#### 2.1.2.4 Working Platform

Material and thicknesses of working platform for support of construction equipment shall be at the discretion of the construction contractor. The gradation and placement of such material shall not create large void spaces upon which overlying work is indicated to be placed.

#### 2.1.2.5 Topsoil

Provide salvaged topsoil from stockpile. Prior to spreading, test the topsoil, and add the necessary soil modifiers to bring the material within acceptable ranges.

# PART 3 EXECUTION

## 3.1 PROTECTION

### 3.1.1 Protection and Restoration of Surfaces

Protect newly graded areas from traffic, erosion, and settlements. Repair and reestablish damaged or eroded slopes, elevations or grades and restore surface construction prior to acceptance. Conduct work in accordance with

requirements specified in Section 01575, "Temporary Environmental Controls."

3.1.1.1 Disposal of Excavated Material

Dispose of excavated material in such a manner that it will not obstruct the flow of runoff, streams, endanger a partly finished structure, impair the efficiency or appearance of facilities, or be detrimental to the completed work.

3.2 SURFACE PREPARATION

3.2.1 Clearing and Grubbing

Perform as specified in Section 02231, "Clearing and Grubbing."

3.2.2 Stockpiling Topsoil

Strip approved topsoil to a depth of 4 inches from the site where excavation or grading is indicated and stockpile separately from other excavated material. Locate topsoil so that the material can be used readily for the finished grading. Protect and store in segregated piles until needed.

3.2.3 Unsatisfactory Material

Remove organic matter, sod, muck, rubbish, and unsuitable soil] under embankments which are less than 3 feet in thickness and under pavements or slabs on grade. Typical depth of removal of such unsuitable material shall be 1.5 inches.

3.3 EXCAVATION

Excavate to contours and dimensions indicated. Keep excavations free from water while construction is in progress. Notify the Contracting Officer immediately in writing in the event that it becomes necessary to remove rock, hard material, or other material defined as unsatisfactory to a depth greater than indicated and an adjustment in contract price will be considered in accordance with the Contract clause entitled "Differing Site Conditions." Refill excavations cut below the depths indicated with controlled fill and compact as specified herein. Excavate soil disturbed or weakened by construction operations or soils soften from exposure to weather. Refill with controlled fill and compact as specified herein.

3.3.1 Excavations for Structures and Spread Footings

Excavate to depth indicated. If excavation is deeper than indicated, then fill with concrete when the foundations or footings are placed. Excavations for foundations may not begin until 2 weeks after completion of the indicated filling operation.

3.4 FILLING AND BACKFILLING

3.4.1 Subgrade Preparation

Scarify the underlying subgrade surface to a depth of 6 inches before the fill is started. Step, bench, or break up sloped surfaces steeper than one vertical to 4 horizontal so that the fill material will bond with or be securely keyed to the existing material. Scarify existing surface to a minimum depth of 6 inches if subgrade density is less than the degree of

compaction specified and recompact. When the subgrade is part fill and part excavation or natural ground, scarify the excavated or natural ground portion to a depth of 12 inches and recompact as specified for the adjacent or overlying fill. Compact with equipment well suited to the soil being compacted. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used.

3.4.2 Fill and Backfill Beside Structures

Place required backfill material adjacent to structures and compact in a manner that prevents wedging action or eccentric loading upon or against the structures. Step or serrate slopes bounding or within areas to be backfilled to prevent sliding of the fill. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used. Do not place material on surfaces that are muddy, frozen, or contain frost. Do not use equipment for backfilling operations or for the formation of embankments against structures that will overload the structure. Backfilling against concrete will be done only after approval has been obtained from the Contracting Officer.

3.4.3 Controlled Fill and Controlled Backfill

Place controlled fill and controlled backfill under pavements in loose lifts of 8 inches. Do not place material on surfaces that are muddy, frozen, or contain frost. Compact with equipment well suited to the soil being compacted. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used. Compact each lift as specified herein before placing the overlaying lift. Compaction shall be accomplished continuously over the entire area. Sufficient passes shall be made to ensure that specified density is obtained.

3.4.4 General Backfill

Construct backfill at the locations and to lines and grades indicated. Use only approved materials in constructing fill on the prepared subgrade. Place satisfactory material in horizontal lifts not exceeding 8 inches in loose depth. Do not place material on surfaces that are muddy, frozen, or contain frost. Compact with equipment well suited to the soil being compacted. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used. Compact each lift as specified before placing the overlaying lift.

3.4.5 Final Backfill for Utilities

Construct backfill (final backfill) for storm drains, manholes, utility lines, and other utility appurtenances using the material and compaction requirements specified herein for the adjacent or overlying work. Bedding and initial backfill requirements are specified in Section 02302, "Excavation, Backfilling, and Compacting for Utilities." Backfilling against concrete will be done only after approval has been obtained from the Contracting Officer.

3.4.6 Weather Limitations

Fill and backfill shall not be constructed when weather conditions

detrimentally affect the quality of the finished course. Place fill and backfill only if the atmospheric temperature is above freezing in the shade and is rising. Do not construct fill and backfill in the rain or on saturated subgrades. If weather conditions are windy, hot or arid, with high rate of evaporation, schedule the placement in cooler portions of the day and furnish equipment to add moisture to the fill or backfill during and after placement.

## 3.5 COMPACTION

Compact each layer or lift of material specified so that the in-place density tested is not less than the percentage of maximum density allowed by the soils report.

TABLE III

| | Percent ASTM D 1557 ASTM D 2922 Maximum Density | |
|---|---|---|
| | Cohesive Material | Cohesionless Material |
| Fill, Embankment and Backfill | | |
| General Fill under steps and parking lots | 90 | 95 |
| General Fill under sidewalks and grassed areas | 85 | 90 |
| Backfill beside structures | 90 | 95 |
| Controlled fill and under footings, pavements and structures | 95 | 100 |
| Under Roadways, top 12 inches] | 95 | 100 |
| Subgrade (Top of fill, backfill or cut) | | |
| Under building slabs, steps and parking lots | 93 | 98 |
| Under sidewalks, and grass areas | 85 | 90 |

## 3.6 FINISH OPERATIONS

### 3.6.1 Site Grading

Grade to finished grades indicated within 0.10 foot. Grade areas to drain water away from structures . Existing grades which are to remain but are disturbed by the Contractor's operations shall be restored.

### 3.6.2 Finishing Subgrades Under Structures and Pavements

Finish surface of top lift of fill or top of subgrade to the elevation and cross section indicated. Finished surface shall be smooth and of uniform texture. Lightly scarify or blade the finished surface to bring the

finished surface to within 0.05 foot of the indicated grade and to eliminate imprints made by compaction and shaping equipment. Surface shall show no deviations in excess of 3/8 inch when tested with a 10 foot straightedge.

### 3.6.3 Spreading Topsoil

Clear areas indicated or specified to receive topsoil of materials interfering with planting and maintenance operations. Do not place topsoil when subgrade is frozen, extremely wet or dry, or in other conditions detrimental to seeding, planting, or grading. Spread topsoil to a uniform depth of 4 inches over the designated area.

### 3.6.4 Protection of Surfaces

Protect newly graded areas from traffic, erosion, and settlements that may occur and as required in the Section 01575, "Temporary Environmental Controls" and as specified in the paragraph entitled "Protection and Restoration of Surfaces." Repair or reestablish damaged grades, elevations, or slopes prior to acceptance of work.

## 3.7 FIELD QUALITY CONTROL

### 3.7.1 Sampling

Furnish one 50 pound composite sample taken at random times daily being compacted and fill material being placed. Submit samples, in the number directed, whenever the source or character of the fill, backfill, or embankment material changes. Contain each sample in a clean container and fasten to prevent loss of material. Tag each sample for identification. Tag shall contain the following information:

Contract No. ____________________
Sample No. ______________________
Date of Sample _________________
Sampler ________________________
Source _________________________
Intended Use ___________________

### 3.7.2 Tests

Test backfill and granular fill using ASTM C 136 for conformance to ASTM C 33, and ASTM D 2487 gradation limits. Test backfill for material finer than the No. 200 sieve using ASTM D 1140. Test backfill and subgrade in cut materials for moisture density relations using ASTM D 1557. Test backfill for permeability in accordance with ASTM D 2434. Perform one of each of the required tests for each material used when directed. Provide additional tests as specified above for each source change. Perform density tests in randomly selected locations using ASTM D 1556 or ASTM D 2922 as follows: one test per 5,000 square feet in each layer of lift placed. Determine moisture content of soil material in place at every location where in-place density is tested. Where ASTM D 2922 is used to test field compaction densities, verify the results of the tests by performing at least one test per day using ASTM D 1556 at a location already tested by ASTM D 2922 and at least one additional test using ASTM D 1556 for every 10 tests performed with a nuclear device, also at locations already checked by ASTM D 2922.

3.7.3 Controlled Fill

Method of in-place density tests shall be in accordance with paragraph entitled "Tests." Acceptance of the compacted material shall be determined in each location by the results of a minimum of two consecutive tests. The average of two tests shall equal or exceed the specified density. The location of the tests for each compacted layer will be randomly selected by the Contracting Officer.

3.7.3 Locations

The location of field density tests on the established grid for the unit of fill being tested will be selected by the Contracting Officer using a table of random numbers similar to the Asphalt Institute Publication, Appendix B, Manual Series No. 10 (AI MS-10).

3.7.4 Acceptance

Acceptance of the compacted materials shall be determined in each unit by the results of a series of three consecutive field in-place density tests. Method of in-place tests shall be in accordance with paragraph "Tests." The average of three tests shall equal or exceed the specified average density requirement. Fill shall be accepted or rejected by units with a complete unit being reworked in the event of rejection. A unit shall consist of 500 cubic yards of fill or 20 percent percent of the total fill quantity, whichever is less and have a minimum of 2 feet of fill.

-- End of Section --

SECTION 02302

# EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

#### 1.2.1 Backfill

Material used in refilling a cut, trench or other excavation.

#### 1.2.2 Cohesive Materials

Soils classified by ASTM D 2487 as GC, SC, ML, CL, MH, and CH. Materials classified as GM and SM will be identified as cohesive only when fines have a plasticity index greater than zero.

#### 1.2.3 Cohesionless Materials

Soils classified by ASTM D 2487 as GW, GP, SW, and SP. Materials classified as GM and SM will be identified as cohesionless only when the fines have a plasticity index of zero.

#### 1.2.4 Compaction

The process of mechanically stabilizing a material by increasing its density at a controlled moisture condition. "Degree of Compaction" is expressed as a percentage of the maximum density obtained by the test procedure described in ASTM D 1557 for general soil types, abbreviated in this specification as "95 percent ASTM D 1557 maximum density."

#### 1.2.5 Granular Pipe Bedding

A dense, well-graded aggregate mixture of sand, gravel, or crushed stone (mixed individually, in combination with each other, or with suitable binder soil) placed on a subgrade to provide a suitable foundation for pipe. Granular bedding material may also consist of poorly graded sands or gravels where fast draining soil characteristics are desired.

#### 1.2.6 In-Situ Soil

Existing in place soil.

#### 1.2.7 Lift

A layer (or course) of soil placed on top of subgrade or a previously prepared or placed soil in a fill or backfill.

1.2.8 Topsoil

In natural or undisturbed soil formations, the fine-grained, weathered material on the surface or directly below any loose or partially decomposed organic matter. Topsoil may be a dark-colored, fine, silty, or sandy material with a high content of well decomposed organic matter, often containing traces of the parent rock material.

1.2.9 Unsatisfactory Material

In-Situ soil or other material which can be identified as having insufficient strength characteristics or stability to carry intended loads in the trench without excessive consolidation or loss of stability. Also backfill material which contains refuse, frozen material, large rocks, debris, soluble particles, and other material which could damage the pipe or cause the backfill not to compact. Materials classified as PT, OH, or OL by ASTM D 2487 are unsatisfactory.

1.2.10 Unstable Material

Material in the trench bottom which lacks firmness to maintain alignment and prevent joints from separating in the pipe, conduit, or appurtenance structure during backfilling. This may be material otherwise identified as satisfactory which has been disturbed or saturated.

1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-06 Test Reports

Concrete tests

Trench backfill material tests

Pipe bedding material tests

Test for moisture-density relation

Density and moisture tests

1.3 DELIVERY, STORAGE, AND HANDLING

Deliver and store materials in a manner to prevent contamination, segregation, freezing, and other damage.

1.4 PROTECTION

1.4.1 Utilities

Movement of construction machinery and equipment over pipes and utilities during construction shall be at the Contractor's risk. Perform work adjacent to non-Government utilities as indicated in accordance with procedures outlined by utility company. Report damage to utility lines or

subsurface construction immediately to the Contracting Officer.

1.6 QUALITY ASSURANCE

1.5 Test for moisture-density relation

Submit 7 days prior to commencing utility excavation.

1.6.2 Density and moisture tests

Submit field test data not listed above sufficiently in advance of construction so as not to delay work. Submit within 14 days of test date.

PART 2 PRODUCTS

2.1 SOIL MATERIALS

Provide soil materials as specified below free of debris, roots, wood, scrap material, vegetable matter, refuse, soft unsound particles, ice, or other deleterious and objectionable materials.

2.1.1 Backfill

Bring trenches to grade indicated on the drawings using material classified as GM or SM by ASTM D 2487 with a maximum particle size of 1.5 inches.

2.1.2 Special Backfill for Structures and Pavements

Backfill trenches under roads, structures, and paved areas as specified in Section 02301, "Earthwork for Structures and Pavements."

2.1.3 Gravel

Clean, coarsely graded natural gravel, crushed stone or a combination thereof having a classification of GW or GP in accordance with ASTM D 2487 for bedding and backfill. Maximum particle size shall not exceed 1.5 inches.

2.1.4 Topsoil Material

Salvaged topsoil from stockpile. Prior to spreading, test topsoil, and add necessary soil modifiers to bring material within acceptable range. Furnish additional topsoil from approved sources off the site.

2.1.5 Pipe Bedding

TABLE 02302-1 UTILITY EARTHWORK REFERENCES

| | PIPE MATERIALS | NAVY SPECIFICATION | SOIL MATERIALS REFERENCE | INSTALLATION REF |
|---|---|---|---|---|
| a. | Vitrified Clay Pipe | 02630<br>02530 | ASTM C 12 except Class B, gravel bedding installed as indicated, Class C, GW or SW as approved. | ASTM C 12 |
| b. | Concrete Encased Electrical | 16302 | NEMA TC 2 , 3000 psi, 16302 | Section |

TABLE 02302-1 UTILITY EARTHWORK REFERENCES

| | PIPE MATERIALS | NAVY SPECIFICATION | SOIL MATERIALS REFERENCE | INSTALLATION REF |
|---|---|---|---|---|
| | Plastic Tubing (EPT) and Conduit | | Concrete, one inch max aggregate size | |
| c. | Concrete Gravity, Sewer, Culvert | 02630<br>02530 | ASTM C 76 (Reinforced) | ACPA 01-103 |
| ASTM C 14 | | | | |
| d. | Metallic Water Service Line Pipe (Steel, Copper Tube, Brass) | 02510 | AWWA C600 | Same |
| e. | Polyethylene (PE) Pressure Pipe | 02811<br>02551 | ASTM D 2774, except bedding shall be GW or SW and all material surrounding the pipe shall have maximum particle size of 1/2 inch. | ASTM D 2774 |
| f. | Polyvinyl Chloride (PVC) Nonpressure Pipe | 02630<br>02530<br>15400 | ASTM D 2321, except bedding shall be Class I, gravel or Class II. Haunching to springline shall be Class I, gravel or Class II. | ASTM D 2321<br>AWWA M23 |
| g. | Polyvinyl Chloride (PVC) Pressure Pipe | 02811<br>02510 | ASTM D 2774, except bedding shall be GW or SW and all material surrounding pipe shall have maximum particle size of 1/2 inch. | ASTM D 2774 |
| h. | PVC and ABS Plastic Utilities Duct | 16302 | NEMA TC 6<br>NFPA 30<br>NFPA 70 | Section 16302 |
| i. | Rigid Metallic Conduit (Electrical) | 16302 | | Section 16302<br>NFPA 70, Articles 300-6<br>NFPA 70, Articles 710-3 and |

TABLE 02302-1 UTILITY EARTHWORK REFERENCES

| | PIPE MATERIALS | NAVY SPECIFICATION | SOIL MATERIALS REFERENCE | INSTALLATION REF 300-5 |
|---|---|---|---|---|
| j. | Steel Gas Piping | 02551 | | ASME B31.8 |
| k. | Ductile Iron Pipe Water Main | 02510 | AWWA M11 | AWWA M11 |
| l. | Underground Heat Distribution Systems (Pre-Fabricated or Pre-Engineered Types) | 02553 | Provide bedding and backfill material in accordance with system manufacturer's recom-mendations as approved in paragraph titles "Submittals." Provide Class I, gravel or Class II bedding. Haunching to springline shall be Class I or Class II. Place as indicated. | Section 02553 |

## 2.2 BURIED WARNING AND IDENTIFICATION TAPE

Polyethylene plastic and metallic core or metallic-faced, acid- and alkali-resistant, polyethylene plastic warning tape manufactured specifically for warning and identification of buried utility lines. Provide tape on rolls, 3 inch minimum width, color coded as specified below for the intended utility with warning and identification imprinted in bold black letters continuously over the entire tape length. Warning and identification to read, "CAUTION, BURIED (intended service) LINE BELOW" or similar wording. Color and printing shall be permanent, unaffected by moisture or soil.

Warning Tape Color Codes

| | |
|---|---|
| Yellow: | Electric |
| Yellow: | Gas, Oil, Dangerous Materials |
| Orange: | Telephone and Other Communications |
| Blue: | Water Systems |
| Green: | Sewer Systems |
| White: | Steam Systems |
| Gray: | Compressed Air |

### 2.2.1 Warning Tape for Metallic Piping

Acid and alkali-resistant polyethylene plastic tape conforming to the width, color, and printing requirements specified above. Minimum thickness of tape shall be 0.003 inch. Tape shall have a minimum strength of 1500 psi lengthwise, and 1250 psi crosswise, with a maximum 350 percent elongation.

### 2.2.2 Detectable Warning Tape for Non-Metallic Piping

Polyethylene plastic tape conforming to the width, color, and printing requirements specified above. Minimum thickness of the tape shall be 0.004 inch. Tape shall have a minimum strength of 1500 psi lengthwise and 1250 psi crosswise. Tape shall be manufactured with integral wires, foil backing, or other means of enabling detection by a metal detector when tape is buried up to 3 feet deep. Encase metallic element of the tape in a protective jacket or provide with other means of corrosion protection.

2.3 DETECTION WIRE FOR NON-METALLIC PIPING

Detection wire shall be insulated single strand, solid copper with a minimum diameter of 12 AWG.

PART 3 EXECUTION

3.1 PROTECTION

3.1.1 Underground Utilities

Location of the existing utilities indicated is approximate. The Contractor shall physically verify the location and elevation of the existing utilities indicated prior to starting construction. The Contractor shall contact the Public Works Department for assistance in locating existing utilities.

3.1.2 Structures and Surfaces

Protect newly backfilled areas and adjacent structures, slopes, or grades from traffic, erosion settlement, or any other damage. Repair and reestablish damaged or eroded grades and slopes and restore surface construction prior to acceptance. Protect existing ditches, and storm drain inlets from water-borne soil by means of filter fabric dams as indicated on the contract drawings. Perform work in accordance with requirements specified in Section 01575, "Temporary Environmental Controls."

3.1.2.1 Disposal of Excavated Material

Dispose of excavated material so that it will not obstruct the flow of runoff, streams, endanger a partly finished structure, impair the efficiency or appearance of any facilities, or be detrimental to the completed work.

3.2 SURFACE PREPARATION

3.2.1 Stockpiling Topsoil

Strip suitable soil from the site where excavation or grading is indicated and stockpile separately from other excavated material. Material unsuitable for use as topsoil shall be wasted. Locate topsoil so that the material can be used readily for the finished grading. Where sufficient existing topsoil conforming to the material requirements is not available on site, provide borrow materials suitable for use as topsoil. Protect topsoil and keep in segregated piles until needed.

3.2.2 Cutting Pavement, Curbs, and Gutters

Saw cut with neat, parallel, straight lines one foot wider than trench width on each side of trenches and one foot beyond each edge of pits. When the saw cut is within 3 feet of an existing joint, remove pavement to the

existing joint.

## 3.3 GENERAL EXCAVATION AND TRENCHING

Keep excavations free from water while construction is in progress. Notify the Contracting Officer immediately in writing if it becomes necessary to remove rock or hard, unstable, or otherwise unsatisfactory material to a depth greater than indicated. Make trench sides as nearly vertical as practicable except where sloping of sides is allowed. Sides of trenches shall not be sloped from the bottom of the trench up to the elevation of the top of the pipe, conduit or duct. Excavate ledge rock, boulders, and other unyielding material to an overdepth at least 6 inches below the bottom of the pipe, conduit or duct and appurtenances unless otherwise indicated or specified. Blasting will not be permitted. Over excavate soft, weak, or wet excavation. Use bedding material, gravel or sand placed in 6 inch maximum layers to refill overdepths to the proper grade. At the Contractor's option, the excavations may be cut to an overdepth of not less than 4 inches and refilled to required grade as specified. Grade bottom of trenches accurately to provide uniform bearing and support for each section of pipe, conduit or duct structure on undisturbed soil, or bedding material as indicated or specified at every point along its entire length except for portions where it is necessary to excavate for bell holes and for making proper joints. Dig bell holes and depressions for joints after trench has been graded. Dimension of bell holes shall be as required for properly making the particular type of joint to ensure that the bell does not bear on the bottom of the excavation.

## 3.4 BEDDING

Of materials and depths as indicated for utility lines and utility line structures. Place bedding in 6 inch maximum loose lifts. Provide uniform and continuous support for each section of structure except at bell holes or depressions necessary for making proper joints.

### 3.4.1 Concrete Cradles

Specified in lieu of other types of bedding for a particular type of pipe material, shall be as indicated.

## 3.5 BURIED WARNING AND IDENTIFICATION TAPE

Install tape in accordance with manufacturer's recommendations except as modified herein. Bury tape at the depth indicated. 12 inches below finished grade; under pavements and slabs, bury tape 6 inches below top of subgrade.

## 3.6 BURIED DETECTION WIRE

Bury detection wire directly above non-metallic piping at a distance not to exceed 12 inches above the top of pipe. The wire shall extend continuously and unbroken, from manhole to manhole. The ends of the wire shall terminate inside the manholes at each end of the pipe, with a minimum of 3 feet of wire, coiled, remaining accessible in each manhole. The wire shall remain insulated over it's entire length. The wire shall enter manholes between the top of the corbel and the frame, and extend up through the chimney seal between the frame and the chimney seal. For force mains, the wire shall terminate in the valve pit at the pump station end of the pipe.

## 3.7 BACKFILLING

Construct backfill in two operations (initial and final) as indicated and specified in this section. Place initial backfill in 6 inch maximum loose lifts to one foot above pipe, conduit or duct unless otherwise specified. Ensure that initially placed material is tamped firmly under pipe haunches. Bring up evenly on each side and along the full length of the pipe, conduit or duct structure. Ensure that no damage is done to the utility or its protective coating. Place the remainder of the backfill (final backfill) in 9 inch maximum loose lifts unless otherwise specified. Compact each loose lift as specified in the paragraph entitled "General Compaction" before placing the next lift. Do not backfill in freezing weather or where the material in the trench is already frozen or is muddy, except as authorized. Provide a minimum cover from final grade of 2 1/2 feet for water piping, gas mains or storm drains and 2 feet for sewer mains. Where settlements greater than the tolerance allowed herein for grading occur in trenches and pits due to improper compaction, excavate to the depth necessary to rectify the problem, then backfill and compact the excavation as specified herein and restore the surface to the required elevation. Coordinate backfilling with testing of utilities. Testing for the following shall be complete before final backfilling: water distribution, storm drainage, sanitary sewer and gas distribution systems. Provide buried warning and identification tape installed in accordance with the manufacturer's recommendation.

## 3.8 COMPACTION

Use hand-operated, plate-type, vibratory, or other suitable hand tampers in areas not accessible to larger rollers or compactors. Avoid damaging pipes and protective pipe coatings. Compact material in accordance with the following unless otherwise specified. If necessary, alter, change, or modify selected equipment or compaction methods to meet specified compaction requirements.

### 3.8.1 Compaction of Material in Subcuts or Overexcavations

In rock, compact to 95 percent of ASTM D 1557 maximum density. In soft, weak, or wet soils, tamp refill material to consolidate to density of adjacent material in trench wall. In stable soils, compact to 90 percent of ASTM D 1557maximum density.

### 3.8.2 Compaction of Pipe and Conduit Bedding

In soil, compact to 90 percent of ASTM D 1557 maximum density.

### 3.8.3 Compaction of Backfill

Compact initial backfill material surrounding pipes, cables, conduits, or ducts, to 90 percent of ASTM D 1557 maximum density except where bedding and backfill are the same material. Where bedding and backfill are the same material, compact initial backfill to the density of the bedding. Under areas to be seeded or sodded, compact succeeding layers of final backfill to 85 percent of ASTM D 1557 maximum density.

## 3.9 SPECIAL EARTHWORK INSTALLATION REQUIREMENTS

### 3.9.1 Outside Gas Systems

Where the lines are intended for natural gas only, grade the trench to conform to the surface profile except the trench shall be graded as

uniformly as practicable between pronounced high and low points.

3.9.2 Manholes and Other Appurtenances

Provide at least 12 inches clear from outer surfaces to the embankment or shoring. Remove rock as specified herein. Remove unstable soil that is incapable of supporting the structure to an overdepth of one foot and refill with gravel to the proper elevation. Stabilize soft, weak, or wet excavations as indicated. Refill overdepths with gravel to the required grade and compact as specified to 95 percent of ASTM D 1557 maximum density.

3.9.3 Compaction for Structures and Pavements

Place final backfill in 6 inch maximum loose lifts. If a vibratory roller is used for compaction of final backfill, the lift thickness can be increased to 9 inches. Compact all backfill surrounding pipes, ducts, conduits, and other structures to 90 percent of ASTM D 1557 maximum density except compact the top 12 inches of subgrade to 95 percent of ASTM D 1557 maximum density. Backfill to permit the rolling and compacting of the completed excavation with the adjoining material, providing the specified density necessary to enable paving of the area immediately after backfilling has been completed.

3.10 FINISH OPERATIONS

3.10.1 Grading

Finish to grades indicated within one-tenth of a foot. Provide sod or topsoil in areas to be seeded or sodded as indicated. Grade areas to drain water away from structures and to provide suitable surfaces for mowing machines. Grade existing grades that are to remain but have been disturbed by the Contractor's operations.

3.10.2 Spreading Topsoil

Clear areas to receive topsoil for the finished surface of materials that would interfere with planting and maintenance operations. Scarify subgrade to a depth of 2 inches. Do not place topsoil when the subgrade is frozen, extremely wet or dry, or in other conditions detrimental to seeding, planting, or grading.

3.11 FIELD QUALITY CONTROL

Test gravel, bedding, backfill and topsoil for conformance to specified requirements. Test backfill to be used under roads and paved areas for conformance to special requirements. Test bedding and backfill for moisture-density relations in accordance with ASTM D 1557 as specified herein. Perform at least one of each of the required tests for each material provided. Perform sufficiently in advance of construction so as not to delay work. Provide additional tests as specified above for each change of source. Perform final tests on topsoil to ensure adjustment of parameters into the ranges specified. Perform density and moisture tests in randomly selected locations and in accordance with ASTM D 1556 as follows:

a. Bedding and backfill in trenches: One test per 50 linear feet in each lift.

b. Appurtenance structures: One test per 100 square feet or fraction

thereof in each lift.

Perform at least one additional test using ASTM D 1556 for every ten tests performed with a nuclear device, at locations checked in accordance with ASTM D 2922.

-- End of Section --

SECTION 02315

# EXCAVATION AND FILL

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

#### 1.2.1 Hard Materials

Weathered rock, dense consolidated deposits, or conglomerate materials which are not included in the definition of "rock" but which usually require the use of heavy excavation equipment, ripper teeth, or jack hammers for removal.

#### 1.2.2 Cohesive Materials

Materials ASTM D 2487 classified as GC, SC, ML, CL, MH, and CH. Materials classified as GM and SM will be identified as cohesive only when the fines have a plasticity index greater than zero.

#### 1.2.3 Cohesionless Materials

Materials ASTM D 2487 classified as GW, GP, SW, and SP. Materials classified as GM and SM will be identified as cohesionless only when the fines have a plasticity index of zero.

### 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-06 Test Reports

Fill and backfill test

Density tests

### 1.4 DELIVERY, STORAGE, AND HANDLING

Perform in a manner to prevent contamination or segregation of materials.

### 1.5 QUALITY ASSURANCE

## PART 2 PRODUCTS

### 2.1 SOIL MATERIALS

Free of debris, roots, wood, scrap material, vegetation, refuse, soft unsound particles, and deleterious, or objectionable materials. Unless specified otherwise, the maximum particle diameter shall be one-half the lift thickness at the intended location.

### 2.1.1 Backfill and Fill Material

ASTM D 2487, classification GW and GM with a maximum ASTM D 4318 liquid limit of 35, maximum ASTM D 4318 plasticity index of 12, and a maximum of 25 percent by weight passing ASTM D 1140, No. 200 sieve.

## 2.2 BURIED WARNING AND IDENTIFICATION TAPE

Polyethylene plastic and metallic core or metallic-faced, acid- and alkali-resistant, polyethylene plastic warning tape manufactured specifically for warning and identification of buried utility lines. Provide tape on rolls, 3 inch minimum width, color coded as specified below for the intended utility with warning and identification imprinted in bold black letters continuously over the entire tape length. Warning and identification to read, "CAUTION, BURIED (intended service) LINE BELOW" or similar wording. Color and printing shall be permanent, unaffected by moisture or soil.

Warning Tape Color Codes

| | |
|---|---|
| Yellow: | Electric |
| Yellow: | Gas, Oil Dangerous Materials |
| Orange: | Telephone and Other Communications |
| Blue: | Water Systems |
| Green: | Sewer Systems |
| White: | Steam Systems |
| Gray: | Compressed Air |

### 2.2.1 Warning Tape for Metallic Piping

Acid and alkali-resistant polyethylene plastic tape conforming to the width, color, and printing requirements specified above. Minimum thickness of tape shall be 0.003 inch. Tape shall have a minimum strength of 1500 psi lengthwise, and 1250 psi crosswise, with a maximum 350 percent elongation.

### 2.2.2 Detectable Warning Tape for Non-Metallic Piping

Polyethylene plastic tape conforming to the width, color, and printing requirements specified above. Minimum thickness of the tape shall be 0.004 inch. Tape shall have a minimum strength of 1500 psi lengthwise and 1250 psi crosswise. Tape shall be manufactured with integral wires, foil backing, or other means of enabling detection by a metal detector when tape is buried up to 3 feet deep. Encase metallic element of the tape in a protective jacket or provide with other means of corrosion protection.

## 2.3 DETECTION WIRE FOR NON-METALLIC PIPING

Detection wire shall be insulated single strand, solid copper with a minimum of 12 AWG.

# PART 3 EXECUTION

## 3.1 SURFACE PREPARATION

### 3.1.1 Clearing and Grubbing

Unless indicated otherwise, remove trees, stumps, logs, shrubs, and brush within the clearing limits. Remove stumps entirely. Grub out matted roots and roots over 2 inches in diameter to at least 18 inches below existing surface.

### 3.1.2 Stripping

Strip existing topsoil to a depth of 4 inches without contamination by subsoil material. Stockpile topsoil separately from other excavated material and locate convenient to finish grading area.

### 3.1.3 Unsuitable Material

Remove vegetation, debris, decayed vegetable matter, sod, mulch, and rubbish underneath paved areas or concrete slabs.

### 3.1.4 Building Site Preparation

Perform building site preparation as indicated.

## 3.2 PROTECTION

### 3.2.1 Protection Systems

### 3.2.2 Underground Utilities

Location of the existing utilities indicated is approximate. The Contractor shall physically verify the location and elevation of the existing utilities indicated prior to starting construction. The Contractor shall contact the Public Works Department for assistance in locating existing utilities.

### 3.2.3 Machinery and Equipment

Movement of construction machinery and equipment over pipes during construction shall be at the Contractor's risk. Repair, or remove and provide new pipe for existing or newly installed pipe that has been displaced or damaged.

## 3.3 EXCAVATION

Excavate to contours, elevation, and dimensions indicated. Reuse excavated materials that meet the specified requirements for the material type required at the intended location. Keep excavations free from water. Excavate soil disturbed or weakened by Contractor's operations, soils softened or made unsuitable for subsequent construction due to exposure to weather. Refill with backfill and fill material and compact to 95 percent of ASTM D 1557 maximum density. Unless specified otherwise, refill excavations cut below indicated depth with backfill and fill material and compact to 95 percent of ASTM D 1557 maximum density.

### 3.3.1 Structures With Spread Footings

Ensure that footing subgrades have been inspected and approved by the QC Specialist and QC Manager prior to concrete placement. Fill

overexcavations with concrete during foundation placement.

3.3.2 Pipe Trenches

Excavate to the dimension indicated. Grade bottom of trenches to provide uniform support for each section of pipe after pipe bedding placement.

3.4 FILLING AND BACKFILLING

Fill and backfill to contours, elevations, and dimensions indicated. Compact each lift before placing overlaying lift.

3.4.1 Backfill and Fill Material Placement

Provide for paved areas and under concrete slabs, except where select material is provided. Place in 6 inch lifts. Place backfill material adjacent to structures as the structural elements are completed and accepted. Backfill against concrete only when approved. Place and compact material to avoid loading upon or against the structure.

3.4.2 Trench Backfilling

Backfill as rapidly as construction, testing, and acceptance of work permits. Place and compact backfill under structures and paved areas in 6 inch lifts to top of trench and in 6 inch lifts to one foot over pipe outside structures and paved areas.

3.4.2.1 Bedding Requirements

Except as specified otherwise in the individual piping section, provide bedding for buried piping in accordance with AWWA C600, Type 4, except as specified herein. Backfill to top of pipe shall be compacted to 95 percent of ASTM D 698 maximum density. Plastic piping shall have bedding to spring line of pipe. Provide ASTM D 2321 materials as follows:

a. Class I: Angular, 0.25 to 1.5 inches, graded stone, including a number of fill materials that have regional significance such as coral, slag, cinders, crushed stone, and crushed shells.

b. Class II: Coarse sands and gravels with maximum particle size of 1.5 inches, including various graded sands and gravels containing small percentages of fines, generally granular and noncohesive, either wet or dry. Soil Types GW, GP, SW, and SP are included in this class as specified in ASTM D 2487.

3.5 BURIED WARNING AND IDENTIFICATION TAPE

Provide buried utility lines with utility identification tape. Bury tape 12 inches below finished grade; under pavements and slabs, bury tape 6 inches below top of subgrade.

3.6 BURIED DETECTION WIRE

Bury detection wire directly above non-metallic piping at a distance not to exceed 12 inches above the top of pipe. The wire shall extend continuously and unbroken, from manhole to manhole. The ends of the wire shall terminate inside the manholes at each end of the pipe, with a minimum of 3 feet of wire, coiled, remaining accessible in each manhole. The wire shall remain insulated over it's entire length. The wire shall enter manholes

between the top of the corbel and the frame, and extend up through the chimney seal between the frame and the chimney seal. For force mains, the wire shall terminate in the valve pit at the pump station end of the pipe.

## 3.7 COMPACTION

Expressed as a percentage of maximum density. Determine in-place density of existing subgrade; if required density exists, no compaction of existing subgrade will be required.

### 3.7.1 General Site

Compact underneath areas designated for vegetation and areas outside the 5 foot line of the structure to 85 percent of ASTM D 1557.

### 3.7.2 Structures, Spread Footings, and Concrete Slabs

Compact top 12 inches of subgrades to 95 percent of ASTM D 1557. Compact fill and backfill material to 95 percent of ASTM D 1557.

### 3.7.3 Adjacent Area

Compact areas within 5 feet of structures to 90 percent of ASTM D 1557.

### 3.7.4 Paved Areas

Compact top 12 inches of subgrades to 95 percent of ASTM D 1557. Compact fill and backfill materials to 95 percent of ASTM D 1557.

## 3.8 FINISH OPERATIONS

### 3.8.1 Grading

Finish grades as indicated within one-tenth of one foot. Grade areas to drain water away from structures. For existing grades that will remain but which were disturbed by Contractor's operations, grade as directed.

### 3.8.2 Protection of Surfaces

Protect newly graded areas from traffic, erosion, and settlements that may occur. Repair or reestablish damaged grades, elevations, or slopes.

## 3.9 FIELD QUALITY CONTROL

### 3.9.1 Sampling

Take the number and size of samples required to perform the following tests.

### 3.9.2 Testing

Perform one of each of the following tests for each material used. Provide additional tests for each source change.

#### 3.9.2.1 Fill and Backfill Material Testing

Test fill and backfill material in accordance with ASTM C 136 for conformance to ASTM D 2487 gradation limits; ASTM D 1140 for material finer than the No. 200 sieve; ASTM D 4318 for liquid limit and for plastic limit; ASTM D 698 or ASTM D 1557 for moisture density relations, as applicable.

3.9.2.2 Density Tests

| Material Type | Location of Material | Test Frequency |
|---|---|---|
| Undisturbed native soil | Structures | Two random tests in building footings and two tests on subgrade within building line. |
| Fills and backfills | Structures (adjacent to) | One test per structure per 2,000 sq. ft taken 12 inches below finished grade. |
| Subgrades | Site (except airfields) | One test per lift per 2,500 sq. ft |
| Embankments or borrow | Any | One test per lift per 500 cubic yds placed. |
| Native soil subgrade other than structures and parking | Any | One test or one test per 10,000 sq. ft, whichever is greater. |
| Borrow | Any | One test per lift per 500 cubuc yds placed. |

Test density in accordance with ASTM D 1556, or ASTM D 2922 and ASTM D 3017. When ASTM D 2922 and ASTM D 3017 density tests are used, verify density test results by performing an ASTM D 1556 density test at a location already ASTM D 2922 and ASTM D 3017 tested as specified herein. Perform an ASTM D 1556 density test at the start of the job, and for every 10 ASTM D 2922 and ASTM D 3017 density tests thereafter. Test each lift at randomly selected locations every 2000 square feet of existing grade in fills for structures and concrete slabs, and every 2500 square feet for other fill areas and every 2000 square feet of subgrade in cut.

-- End of Section --

SECTION 02468

# DRILLED FOUNDATION CAISSONS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM A 36/A 36M | (1996) Carbon Structural Steel |
| ASTM A 123 | (1989; Rev. A) Zinc (Hot-Dip Galvanized) Coatings on Iron and Steel Products |
| ASTM A 615/A 615M | (1996; Rev. A) Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| ASTM D 1143 | (1981; R 1994) Piles Under Static Axial Compressive Load |
| ASTM D 1586 | (1984; R 1992) Penetration Test and Split-Barrel Sampling of Soils |

AMERICAN WELDING SOCIETY, INC. (AWS)

| | |
|---|---|
| AWS D1.1 | (1996) Structural Welding Code - Steel |
| AWS D1.4 | (1992) Structural Welding Code - Reinforcing Steel |

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittal Procedures."

SD-02 Shop Drawings

Survey of caisson locations

SD-11 Closeout Submittals

Caisson records

Submit detailed records for each caisson as specified in paragraph entitled "Records."

## 1.3 QUALITY ASSURANCE

### 1.3.1 Survey of Caisson Locations

Submit a certified survey meeting the requirements specified herein.

### 1.3.2 Inspection

The Quality Control Specialist is required to be on site during the entire period of drilled caisson installations.

## 1.4 Delivery and Storage

Deliver casings and appurtenant equipment to the job site in an undamaged and ready to place condition. Delivery of concrete shall be in accordance with requirements of Section 03300 Cast-In-Place Concrete.

# PART 2 PRODUCTS

## 2.1 MATERIALS

### 2.1.1 Concrete Work

Section 03300 as modified herein:

#### 2.1.1.1 Strength

Concrete strength shall be 3000 psi at 28 days. Slump shall be from 4 to 6 inches.

#### 2.1.1.2 Coarse Aggregate

Maximum size of coarse aggregate shall be 1 - 1/2 inch.

#### 2.1.1.3 Reinforcing Steel

ASTM A 615/A 615M Grade 60. Steel shall be welded into cages in accordance with AWS D1.4.

### 2.1.2 Welding

Shop and field welding shall be in accordance with AWS D1.1. Qualification of welding procedures, welders, and welding operators shall be in accordance with AWS D1.1. Records of test results of welding procedures not prequalified and copies of records for each qualified welding operator, containing records on positions of welding and types of electrode qualifications, shall be kept by the Contractor and be available for examination by the Contracting Officer.

### 2.1.3 Casing Steel

ASTM A 36/A 36M. Casings shall have outside diameters not less than indicated shaft sizes and shall be a minimum thickness as determined by the structural engineer of record.

## 2.2 CAISSON DRILLING EQUIPMENT

Caisson drilling equipment shall have minimum torque capacity and downward force capacity suitable for the site conditions.

# PART 3 EXECUTION

## 3.1 Installation

### 3.1.1 Excavation

Drill caissons to depths and dimensions shown. Drilling of caisson shall not be within 20 feet of concrete placed within last 3 days.. Clean bottoms of caissons of loose, soft, or disturbed materials and level. Dispose of excavated material off Government property. Excavations made below indicated depths, without specific direction by the Contracting Officer, shall be filled with concrete. Where, in the opinion of the Contracting Officer, materials are encountered at the indicated depths that do not provide the required bearing capacity or would result in unsatisfactory construction, the excavation shall be extended as directed by the Contracting Officer and an adjustment in the contract requirements will be made.

### 3.1.1 Protection and Casings

In drilling caissons, protect surrounding soil and excavated walls against cave-ins, displacement of the surrounding earth, and retention of ground water by means of temporary steel casings, sheeting, or use of bentonite slurry. Casing shall not be driven within 20 feet of concrete placed within last 3 days. If Contracting Officer determines that the structural integrity of the caisson will be impaired, the casing shall be left in place and an adjustment in the contract requirements will be made. Withdraw temporary steel casings, as concrete is placed, maintaining sufficient head of concrete within the casing to prevent extraneous material from falling in from the sides and mixing with the concrete. Casings may be jerked upward a maximum of 4 inches to break the bottom seal but thereafter removed with a smooth, continuous motion. All voids surrounding the casing shall be filled with concrete extruded from the bottom of the casing as it is being raised, with all free water surrounding the casing being forced to the surface ahead of the rising concrete. Provide venting if necessary to ensure removal of water around the casing as the concrete level rises and the casing is being removed.

#### 3.1.1.1 Cleaning Casings

Clean inside of steel casings thoroughly and oil before reuse.

#### 3.1.1.2 Temporary Casings

The temporary casing shall be in place from the caisson top to the ground surface until the concrete has set if the elevation of the top of the caisson is below the adjacent ground surface.

#### 3.1.1.3 Casings with Soft Sub-base

Continuously remove water that flows into the excavations and the excavation bottom prior to concrete placement. The maximum permissible water depth will be 2 inches at the start of concrete placement. If severe water conditions make it impossible or impractical to dewater the excavation, deepen the excavation to undisturbed material and place concrete using underwater tremie after water movement has stabilized.

3.1.2 Filling

Prior to placing concrete, inspect caisson excavation to ensure that deleterious material or detrimental conditions are not present in the excavation. Concrete shall be placed within 3 hours after completing excavation. Place concrete continuously by methods that ensure against segregation and dislodging of excavation sidewalls and completely fill the bell and shaft. Place concrete by pumping, tremie, or drop chutes. For concrete placed by pumping or tremie, the discharge shall be kept a minimum of 3 feet below the fresh concrete surface during placement.

3.1.2.1 Keys for Placement in Lifts

Bring concrete to a true level surface inside the shaft and form a full width cross key or install dowels should it become necessary to interrupt placing concrete in any caisson. Prior to placing additional concrete, clean surfaces of laitance and slush with one to one portland cement grout. The grout shall have a water cement ratio not exceeding that of the concrete.

3.1.2.2 Chute Placement

Place concrete in dry batter caissons with a drop chute extending within 3 feet of the concrete surface in the excavation.

3.1.2.3 Concrete Vibration

Vibrate concrete for full height of caisson for caissons without permanent encasing. For caisson, with permanent encasing, vibrate only the bell of the caisson.

3.1.3 Reinforcement

Install as indicated. Insert securely in the caissons, in position and alignment, as shown, prior to concrete placement.

3.2 TOLERANCES

3.2.1 Alignment

Caissons out of center or plumb beyond the tolerance specified shall be corrected to comply with the tolerances and the Contractor shall bear any cost of correction. Method of correction shall be approved by the Contracting Officer.

3.2.2 Cross Sections of Shafts

Shall not be less than design dimensions.

3.2.3 Top Location of Caissons

Install with top location deviating not more than 1 1/2 inches from

centerline locations.

### 3.2.4 Vertical Caissons

Install plumb within a maximum of 1 1/2 inches for the first 10 feet and 1/2 inch for each 10 feet of additional depth.

### 3.2.5 The Center of the Caisson

Shall be established after construction is completed and the center marked by a suitable permanent mark.

#### 3.2.5.1 Rejected Caisson

Test caissons found inadequate because of improper instrumentation, testing, or construction procedures shall be removed and replaced with new caissons and retested.

### 3.2.6 Maximum Allowable Deflection

The maximum designed allowable deflection of the pier cap shall be ½" under allowable stress loads.

## 3.3 RECORDS

Keep complete and accurate records of all caisson installations. Include locations, Caisson I. D. Number, Date Drilled, shaft diameters, top and bottom elevations, Pier Length (ft) - Design Length and As-Built Length," and "Rock Embedment (ft) - Design and As-Built,depths of test holes, casing dimensions, concrete strength, concrete volume, quantity of rock excavation, excavation condition, dates of excavation and concrete placement, bearing strata description, and subsurface water conditions. Location shall be based on the survey of the registered surveys or engineer provided by the Contractor. All records, including corrective measures and observation remarks, shall be tabulated.

## 3.4 Quality Assurance and Quality Control

Quality Assurance and Quality Control of the drilled caisson installation shall comply with the requirements as stated in Paragraph 1.9.7, Quality Assurance of Section 01112, General Design and Construction Criteria. In addition, the Contracting Officer's Representative may observe the drilled caisson installation.

-- End of Section --

SECTION 02510

# WATER DISTRIBUTION

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DESIGN REQUIREMENTS

#### 1.2.1 Water Distribution Mains

Provide water distribution mains indicated as 8-12 inch lines of ductile-iron pipe. Provide water main accessories, gate valves and check valves as specified and where indicated. Submit design calculations of water piping.

Reroute/relocation of the existing 12" and 8" water main will cause disruption of water services to existing buildings, Halligan Hall, Mechanical Engineering Building (Bldg 245), and Bullard Hall. The Contractor shall maintain Fire Protection Service and Domestic Water Service to these buildings. The maximum permissible interruption of water services to each building is four (4) hours.

### 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Piping Materials

Water distribution main piping, fittings, joints, valves, and coupling

Water service line piping, fittings, joints, valves, and coupling

Hydrants

Indicator posts

Corporation stops

Valve boxes

Submit manufacturer's standard drawings or catalog cuts, except submit both drawings and cuts for push-on joints. Include

information concerning gaskets with submittal for joints and couplings.

SD-05 Design Data

design calculations of water piping

SD-07 Certificates

Water distribution main piping, fittings, joints, valves, and coupling

Water service line piping, fittings, joints, valves, and coupling

Shop-applied lining and coating

lining

Fire hydrants

Certificates shall attest that tests set forth in each applicable referenced publication have been performed, whether specified in that publication to be mandatory or otherwise and that production control tests have been performed at the intervals or frequency specified in the publication. Other tests shall have been performed within 3 years of the date of submittal of certificates on the same type, class, grade, and size of material as is being provided for the project.

SD-08 Manufacturer's Instructions

Installation procedures for water piping

1.4 DELIVERY, STORAGE, AND HANDLING

1.4.1 Delivery and Storage

Inspect materials delivered to site for damage. Unload and store with minimum handling. Store materials on site in enclosures or under protective covering. Do not store materials directly on the ground. Keep inside of pipes, fittings, valves and hydrants free of dirt and debris.

1.4.2 Handling

Handle pipe, fittings, valves, hydrants, and other accessories in a manner to ensure delivery to the trench in sound undamaged condition. Take special care to avoid injury to coatings and linings on pipe and fittings; make satisfactory repairs if coatings or linings are damaged. Carry, do not drag pipe to the trench.

PART 2 PRODUCTS

2.1 WATER DISTRIBUTION MAIN AND WATER SERVICE LINE MATERIALS MATERIALS

2.1.1 Piping Materials

2.1.1.1 Ductile-Iron Piping

a. Pipe and Fittings: Pipe, except flanged pipe, ANSI/AWWA

C151/A21.51, Pressure Class 150 . Flanged pipe, AWWA C115/A21.15. Fittings, AWWA C110/A21.10 or AWWA C153/A21.53 ; fittings with push-on joint ends conforming to the same requirements as fittings with mechanical-joint ends, except that the bell design shall be modified, as approved, for push-on joint. Fittings shall have pressure rating at least equivalent to that of the pipe. Ends of pipe and fittings shall be suitable for the specified joints. Pipe and fittings shall have cement-mortar lining, AWWA C104/A21.4, standard thickness.

b. Joints and Jointing Material:

(1) Joints: Joints for pipe and fittings shall be push-on joints or mechanical joints unless otherwise indicated. Provide insulating joints where indicated.

(2) Mechanical Joints: Dimensional and material requirements for pipe ends, glands, bolts and nuts, and gaskets, AWWA C111/A21.11.

(3) Flanged Joints: Bolts, nuts, and gaskets for flanged connections as recommended in the Appendix to AWWA C115/A21.15. Flange for setscrewed flanges shall be of ductile iron, ASTM A 536, Grade 65-45-12, and conform to the applicable requirements of ASME/ANSI B16.1, Class 250. Setscrews for setscrewed flanges shall be 190,000 psi tensile strength, heat treated and zinc-coated steel. Gasket for setscrewed flanges, in accordance with applicable requirements for mechanical-joint gaskets specified in AWWA C111/A21.11. Design of setscrewed gasket shall provide for confinement and compression of gasket when joint to adjoining flange is made.

(4) Insulating Joints: Designed to effectively prevent metal-to-metal contact at the joint between adjacent sections of piping. Joint shall be of the flanged type with insulating gasket, insulating bolt sleeves, and insulating washers. Gasket shall be of the dielectric type, full face, and in other respects as recommended in the Appendix to AWWA C115/A21.15. Bolts and nuts, as recommended in the Appendix to AWWA C115/A21.15.

(5) Sleeve-Type Mechanical Coupled Joints: As specified in paragraph entitled "Sleeve-Type Mechanical Couplings."

2.1.2 Valves, Hydrants, and Other Water Main Accessories

2.1.2.1 Gate Valves on Buried Piping

AWWA C500, AWWA C509, or UL 262. Unless otherwise specified, valves conforming to: (1) AWWA C500 shall be nonrising stem type with double-disc gates and mechanical-joint ends or push-on joint ends as appropriate for the adjoining pipe, (2) AWWA C509 shall be nonrising stem type with mechanical-joint ends, and (3) UL 262 shall be inside-screw type with operating nut, double-disc or split-wedge type gate, designed for a hydraulic working pressure of 200 psi, and shall have mechanical-joint ends or push-on joint ends as appropriate for the pipe to which it is joined. Materials for UL 262 valves shall conform to the reference standards specified in AWWA C500. Valves shall open by counterclockwise rotation of the valve stem. Stuffing boxes shall have 0-ring stem seals. In lieu of mechanical-joint ends and push-on joint ends, valves may have special ends for connection to sleeve-type mechanical coupling. Valve ends and gaskets

for connection to sleeve-type mechanical coupling shall conform to the applicable requirements specified for the joint or coupling. Valves shall be of one manufacturer. Provide 4-12 inch size valves.

2.1.2.2 Gate Valves in Valve Pit(s) and Aboveground Location

AWWA C500, AWWA C509, or UL 262. Unless otherwise specified, valves conforming to: (1) AWWA C500 shall be non-rising stem type with double-disk or solid-wedge gates and flanged ends, (2) AWWA C509 shall be nonrising stem type with flanged ends, and (3) UL 262 shall be inside-screw type, shall have double-disc or split-wedge or solid or one-piece type gate and flanged ends, and shall be designed for a hydraulic working pressure of 125 psi. Materials for UL 262 valves shall conform to the reference standards specified in AWWA C500. Valves 4-6 inch size shall be nonrising stem type or inside-screw type. Valves 4-6 inch size shall have solid-wedge gates or solid or one-piece type gates. Provide valves with handwheels that open by counterclockwise rotation of the valve stem. In lieu of flanged ends, valves may have shouldered ends suitable for shouldered type joints, as specified in paragraph entitled "Ductile-Iron Piping." Valves 8-12 inch size shall have gearing, AWWA C500. Provide 8-12 inch size valve with bypasses, AWWA C500. Valves shall be of one manufacturer.

2.1.2.3 Check Valves

Swing-check type, AWWA C508 or UL 312. Valves conforming to: (1) AWWA C508 shall have iron or steel body and cover and flanged ends, and (2) UL 312 shall have cast iron or steel body and cover, flanged ends, and designed for a working pressure of 125 psi. Materials for UL 312 valves shall conform to the reference standards specified in AWWA C508. Valves shall have clear port opening. In lieu of flanged ends, valves may have shouldered ends suitable for shouldered type joints, as specified in paragraph entitled "Ductile-Iron Piping." Valves shall be of one manufacturer.

2.1.2.4 Fire Hydrants

Wet-barrel type. Paint hydrants with at least one coat of primer and two coats of yellow enamel paint, except use red enamel paint for tops of hydrants in non-potable water systems. Stencil hydrant number and main size on the hydrant barrel using black stencil paint.

a. Wet-Barrel Type Fire Hydrants: Wet-barrel type hydrants, AWWA C503 or UL 246, "Wet Barrel" design, shall have 6 inch inlet, one 4 1/2 inch pumper connection, and two 2 1/2 inch hose connections. Inlet shall have mechanical-joint end only, except where flanged end is indicated; end shall conform to the applicable requirements as specified for the joint. Size and shape of operating nut, cap nuts, and threads on hose and pumper connections shall be as specified in AWWA C503 or UL 246. Hydrants shall have a protective epoxy interior coating conforming to AWWA C550 on those portions continuously in contact with sea water or salt water.

2.1.2.5 Indicator Posts

UL 789. Provide gate valves for Fire Service (FS) Lines.

2.1.2.6 Valve Boxes

Provide a valve box for each gate valve on buried piping . Valve boxes shall be of cast iron or precast concrete of a size suitable for the valve on which it is to be used and shall be adjustable. Provide a round head. Cast the word "WATER" on the lid. The least diameter of the shaft of the box shall be 5 1/4 inches. Cast-iron box shall have a heavy coat of bituminous paint.

2.1.2.7 Sleeve-Type Mechanical Couplings

Couplings shall be designed to couple plain-end piping by compression of a ring gasket at each end of the adjoining pipe sections. The coupling shall consist of one middle ring flared or beveled at each end to provide a gasket seat; two follower rings; two resilient tapered rubber gaskets; and bolts and nuts to draw the follower rings toward each other to compress the gaskets. The middle ring and the follower rings shall be true circular sections free from irregularities, flat spots, and surface defects; the design shall provide for confinement and compression of the gaskets. For ductile iron pipe, the middle ring shall be of cast-iron; and the follower rings shall be of malleable or ductile iron. Cast iron, ASTM A 48, not less than Class 25. Malleable and ductile iron shall, conform to ASTM A 47 and ASTM A 536, respectively. Gaskets shall be designed for resistance to set after installation and shall meet the applicable requirements specified for gaskets for mechanical joint in AWWA C111/A21.11. Bolts shall be track-head type, ASTM A 307, Grade A, with nuts, ASTM A 563, Grade A; or round-head square-neck type bolts, ANSI B18.5.2.1M and ANSI/ASME B18.5.2.2M with hex nuts, ASME/ANSI B18.2.2. Bolts shall be 5/8 inch in diameter; minimum number of bolts for each coupling shall be as specified by the manufacturer. The minimum numbers of bolts for each pipe size shall be as follows: 4 inch, 4; 6 inch, 5; and 12 inch, 8. Bolt holes in follower rings shall be of a shape to hold fast the necks of the bolts used. Mechanically coupled joints using a sleeve-type mechanical coupling shall not be used as an optional method of jointing except where pipeline is adequately anchored to resist tension pull across the joint.

# PART 3 EXECUTION

## 3.1 INSTALLATION OF PIPELINES

### 3.1.1 General Requirements for Installation of Pipelines

These requirements shall apply to all pipeline installation except where specific exception is made in the "Special Requirements..." paragraphs.

#### 3.1.1.1 Location of Water Lines

Terminate the work covered by this section at a point approximately 5 feet from the building . Where water lines cross under gravity sewer lines, encase sewer line fully in concrete for a distance of at least 10 feet on each side of the crossing, unless sewer line is made of pressure pipe with rubber-gasketed joints and no joint is located within 3 feet horizontally of the crossing. Lay water lines which cross sewer force mains and inverted siphons at least 2 feet above these sewer lines; when joints in the sewer line are closer than 3 feet horizontally from the water line, encase these joints in concrete. Do not lay water lines in the same trench with gas lines, fuel lines or electric wiring.

a. Water Piping Installation Parallel With Sewer Piping

(1) Normal Conditions: Lay water piping at least 10 feet

horizontally from a sewer or sewer manhole whenever possible. Measure the distance edge-to-edge.

(2) Unusual Conditions: When local conditions prevent a horizontal separation of 10 feet, the water piping may be laid closer to a sewer or sewer manhole provided that:

(a) The bottom (invert) of the water piping shall be at least 18 inches above the top (crown) of the sewer piping.

(b) Where this vertical separation cannot be obtained, the sewer piping shall be constructed of AWWA-approved water pipe and pressure tested in place without leakage prior to backfilling.

(c) The sewer manhole shall be of watertight construction and tested in place.

b. Installation of Water Piping Crossing Sewer Piping

(1) Normal Conditions: Water piping crossing above sewer piping shall be laid to provide a separation of at least 18 inches between the bottom of the water piping and the top of the sewer piping.

(2) Unusual Conditions: When local conditions prevent a vertical separation described above, use the following construction:

(a) Sewer piping passing over or under water piping shall be constructed of AWWA-approved ductile iron water piping, pressure tested in place without leakage prior to backfilling.

(b) Water piping passing under sewer piping shall, in addition, be protected by providing a vertical separation of at least 18 inches between the bottom of the sewer piping and the top of the water piping; adequate structural support for the sewer piping to prevent excessive deflection of the joints and the settling on and breaking of the water piping; and that the length, minimum 20 feet, of the water piping be centered at the point of the crossing so that joints shall be equidistant and as far as possible from the sewer piping.

c. Sewer Piping or Sewer Manholes: No water piping shall pass through or come in contact with any part of a sewer manhole.

3.1.1.2 Earthwork

Perform earthwork operations in accordance with Section 02302, "EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES."

3.1.1.3 Pipe Laying and Jointing

Remove fins and burrs from pipe and fittings. Before placing in position, clean pipe, fittings, valves, and accessories, and maintain in a clean condition. Provide proper facilities for lowering sections of pipe into trenches. Do not under any circumstances drop or dump pipe, fittings, valves, or any other water line material into trenches. Cut pipe accurately to length established at the site and work into place without springing or forcing. Replace by one of the proper length any pipe or fitting that does not allow sufficient space for proper installation of

jointing material. Blocking or wedging between bells and spigots will not be permitted. Lay bell-and-spigot pipe with the bell end pointing in the direction of laying. Grade the pipeline in straight lines; avoid the formation of dips and low points. Support pipe at proper elevation and grade. Secure firm, uniform support. Wood support blocking will not be permitted. Lay pipe so that the full length of each section of pipe and each fitting will rest solidly on the pipe bedding; excavate recesses to accommodate bells, joints, and couplings. Provide anchors and supports where necessary for fastening work into place. Make proper provision for expansion and contraction of pipelines. Keep trenches free of water until joints have been properly made. At the end of each work day, close open ends of pipe temporarily with wood blocks or bulkheads. Do not lay pipe when conditions of trench or weather prevent installation. Depth of cover over top of pipe shall not be less than 2 1/2 feet.

3.1.1.4 Installation of Tracer Wire

Install a continuous length of tracer wire for the full length of each run of nonmetallic pipe. Attach wire to top of pipe in such manner that it will not be displaced during construction operations.

3.1.1.5 Connections to Existing Water Lines

Make connections to existing water lines after approval is obtained and with a minimum interruption of service on the existing line. Make connections to existing lines under pressure in accordance with the recommended procedures of the manufacturer of the pipe being tapped as indicated, except as otherwise specified, tap concrete pipe in accordance with AWWA M9 for tapping concrete pressure pipe.

3.1.2 Special Requirements for Installation of Water Mains

3.1.2.1 Installation of Ductile-Iron Piping

Unless otherwise specified, install pipe and fittings in accordance with paragraph entitled "General Requirements for Installation of Pipelines" and with the requirements of AWWA C600 for pipe installation, joint assembly, valve-and-fitting installation, and thrust restraint.

a. Jointing: Make mechanical joints with the gaskets, glands, bolts, and nuts specified for this type joint; assemble in accordance with the applicable requirements of AWWA C600 for joint assembly and the recommendations of Appendix A to AWWA C111/A21.11. Make flanged joints with the gaskets, bolts, and nuts specified for this type joint. Make flanged joints up tight; avoid undue strain on flanges, fittings, valves, and other equipment and accessories. Align bolt holes for each flanged joint. Use full size bolts for the bolt holes; use of undersized bolts to make up for misalignment of bolt holes or for any other purpose will not be permitted. Do not allow adjoining flange faces to be out of parallel to such degree that the flanged joint cannot be made watertight without overstraining the flange. When flanged pipe or fitting has dimensions that do not allow the making of a proper flanged joint as specified, replace it by one of proper dimensions. Use setscrewed flanges to make flanged joints where conditions prevent the use of full-length flanged pipe and assemble in accordance with the recommendations of the setscrewed flange manufacturer. Assemble joints made with sleeve-type mechanical couplings in accordance with the recommendations of the

coupling manufacturer. Make shouldered type joints with the couplings previously specified for this type joint connecting pipe with the shouldered ends specified for this type joint; assemble in accordance with the recommendations of the coupling manufacturer. Make insulating joints with the gaskets, sleeves, washers, bolts, and nuts previously specified for this type joint. Assemble insulating joints as specified for flanged joints, except that bolts with insulating sleeves shall be full size for the bolt holes. Ensure that there is no metal-to-metal contact between dissimilar metals after the joint has been assembled.

b. Pipe Anchorage: Provide concrete thrust blocks (reaction backing) for pipe anchorage. Thrust blocks shall be in accordance with the requirements of AWWA C600 for thrust restraint, except that size and positioning of thrust blocks shall be as indicated. Use concrete, ASTM C 94, having a minimum compressive strength of 2,500 psi at 28 days; or use concrete of a mix not leaner than one part cement, 2 1/2 parts sand, and 5 parts gravel, having the same minimum compressive strength.

c. Exterior Protection: Completely encase buried ductile iron pipelines with polyethylene tube or sheet, using Class A polyethylene film, in accordance with AWWA C105/A21.5.

3.1.2.2 Installation of Valves and Hydrants

a. Installation of Valves: Install gate valves, AWWA C500 and UL 262, in accordance with the requirements of AWWA C600 for valve-and-fitting installation and with the recommendations of the Appendix ("Installation, Operation, and Maintenance of Gate Valves") to AWWA C500. Install gate valves, AWWA C509, in accordance with the requirements of AWWA C600 for valve-and-fitting installation and with the recommendations of the Appendix ("Installation, Operation, and Maintenance of Gate Valves") to AWWA C509. Install gate valves on PVC water mains in accordance with the recommendations for appurtenance installation in AWWA M23, Chapter 7, "Installation." Install check valves in accordance with the applicable requirements of AWWA C600 for valve-and-fitting installation , except as otherwise indicated. Make and assemble joints to gate valves and check valves as specified for making and assembling the same type joints between pipe and fittings.

b. Installation of Hydrants: Install hydrants in accordance with AWWA C600 for hydrant installation and as indicated. Make and assemble joints as specified for making and assembling the same type joints between pipe and fittings. Install hydrants with the 4 1/2 inch connections facing the adjacent paved surface. If there are two paved adjacent surfaces, contact the Contracting Officer for further instructions.

3.1.3 Installation of Water Service Piping

3.1.3.1 Location

Connect water service piping to the building service where the building service has been installed. Where building service has not been installed, terminate water service lines approximately 5 feet from the building line at the point indicated on the Drawings; such water service lines shall be

closed with plugs or caps.

3.1.3.2 Service Line Connections to Water Mains

Connect service lines 4-6 inch size to the main as indicated. Connect service lines 4-6 inch size to the main with a rigid connection and install a gate valve on service line below the frostline. Connect service lines to ductile-iron water mains in accordance with AWWA C600 for service taps. Connect service lines to concrete water mains in accordance with the recommendations of AWWA M9, Chapter 12, "Tapping Concrete Pressure Pipe." Connect service lines to steel water mains in accordance with the recommendations of the steel water main pipe manufacturer and with the recommendations for special and valve connections and other appurtenances in AWWA M11, Chapter 13, "Supplementary Design Data and Details."

3.1.4 Special Requirements for Installation of Water Service Piping

3.1.4.1 Installation of Metallic Piping

Install pipe and fittings in accordance with paragraph entitled "General Requirements for Installation of Pipelines" and with the applicable requirements of AWWA C600 for pipe installation, unless otherwise specified.

a. Jointing:

(1) Screwed Joints: Make screwed joints up tight with a stiff mixture of graphite and oil, inert filler and oil, or graphite compound; apply to male threads only. Threads shall be full cut; do not leave more than three threads on the pipe exposed after assembling the joint.

(2) Flanged Joints: Make flanged joints up tight, taking care to avoid undue strain on flanges, valves, fittings, and accessories.

3.1.5 Disinfection

Disinfect new water piping and existing water piping affected by Contractor's operations in accordance with AWWA C651. Fill piping systems with solution containing minimum of 50 parts per million of available chlorine and allow solution to stand for minimum of 24 hours. Flush solution from the systems with domestic water until maximum residual chlorine content is within the range of 0.2 and 0.5 parts per million, or the residual chlorine content of domestic water supply. Obtain at least two consecutive satisfactory bacteriological samples from new water piping, analyze by a certified laboratory, and submit the results prior to the new water piping being placed into service. Disinfection of systems supplying nonpotable water is not required.

3.2 FIELD QUALITY CONTROL

3.2.1 Field Tests and Inspections

The Contracting Officer will conduct field inspections and witness field tests specified in this section. The Contractor shall perform field tests, and provide labor, equipment, and incidentals required for testing. The Contractor shall produce evidence, when required, that any item of work has been constructed in accordance with the drawings and specifications. Do not begin testing on any section of a pipeline where concrete thrust blocks have been provided until at least 5 days after placing of the concrete.

### 3.2.2 Testing Procedure

Test water mains and water service lines in accordance with the applicable specified standard, except for the special testing requirements given in paragraph entitled "Special Testing Requirements." Test ductile-iron water mains and water service lines in accordance with the requirements of AWWA C600 for hydrostatic testing. The amount of leakage on ductile-iron pipelines with mechanical-joints or push-on joints shall not exceed the amounts given in AWWA C600; no leakage will be allowed at joints made by any other method. Repair of welded joints to stop leakage shall be done by welding only. Test water service lines in accordance with applicable requirements of AWWA C600 for hydrostatic testing.

### 3.2.3 Special Testing Requirements

For pressure test, use a hydrostatic pressure 50 psi greater than the maximum working pressure of the system, except that for those portions of the system having pipe size larger than 2 inches in diameter, hydrostatic test pressure shall be not less than 200 psi. Hold this pressure for not less than 2 hours. Prior to the pressure test, fill that portion of the pipeline being tested with water for a soaking period of not less than 24 hours. For leakage test, use a hydrostatic pressure not less than the maximum working pressure of the system. Leakage test may be performed at the same time and at the same test pressure as the pressure test.

-- End of Section --

SECTION 02530

# SANITARY SEWERAGE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SYSTEM DESCRIPTION

#### 1.2.1 Sanitary Sewer Gravity Pipeline

Provide mains and laterals of 4-6 inch lines of clay pipe. Provide building connections with 4 inch lines of clay pipe.

### 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Frames, covers, and gratings

SD-03 Product Data

Pipeline materials including joints, fittings, and couplings

Submit manufacturer's standard drawings or catalog cuts.

### 1.4 DELIVERY, STORAGE, AND HANDLING

#### 1.4.1 Delivery and Storage

##### 1.4.1.1 Piping

Inspect materials delivered to site for damage; store with minimum of handling. Store materials on site in enclosures or under protective coverings. Store rubber gaskets under cover out of direct sunlight. Do not store materials directly on the ground. Keep inside of pipes and fittings free of dirt and debris.

##### 1.4.1.2 Metal Items

Check upon arrival; identify and segregate as to types, functions, and sizes. Store off the ground in a manner affording easy accessibility and not causing excessive rusting or coating with grease or other objectionable materials.

# PART 2 PRODUCTS

## 2.1 PIPELINE MATERIALS

### 2.1.1 Clay Piping

#### 2.1.1.1 Clay Pipe and Fittings

ASTM C 700, standard strength bell-and-spigot piping only.

#### 2.1.1.2 Clay Piping Jointing Materials

ASTM C 425.

# PART 3 EXECUTION

## 3.1 INSTALLATION OF PIPELINES AND APPURTENANT CONSTRUCTION

### 3.1.1 General Requirements for Installation of Pipelines

Apply except where specific exception is made in the following paragraphs entitled "Special Requirements."

#### 3.1.1.1 Location

The work covered by this section shall terminate at a point approximately 5 feet from the building, unless otherwise indicated. Where the location of the sewer is not clearly defined by dimensions on the drawings, do not lay sewer line closer horizontally than 10 feet to a water main or service line. Where sanitary sewer lines pass below water lines, lay pipe so that no joint in the sewer line will be closer than 3 feet, horizontal distance, to the water line.

a. Sanitary piping installation parallel with water line:

(1) Normal conditions: Sanitary piping or manholes shall be laid at least 10 feet horizontally from a water line whenever possible. The distance shall be measured edge-to-edge.

(2) Unusual conditions: When local conditions prevent a horizontal separation of 10 feet, the sanitary piping or manhole may be laid closer to a water line provided that:

(a) The top (crown) of the sanitary piping shall be at least 18 inches below the bottom (invert) of the water main.

(b) Where this vertical separation cannot be obtained, the sanitary piping shall be constructed of AWWA-approved ductile iron water pipe pressure tested in place without leakage prior to backfilling.

(c) The sewer manhole shall be of watertight construction and tested in place.

#### 3.1.1.2 Earthwork

Perform earthwork operations in accordance with Section 02302, "EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES."

3.1.1.3 Pipe Laying and Jointing

Inspect each pipe and fitting before and after installation; replace those found defective and remove from site. Provide proper facilities for lowering sections of pipe into trenches. Lay nonpressure pipe with the bell ends in the upgrade direction. Adjust spigots in bells to give a uniform space all around. Blocking or wedging between bells and spigots will not be permitted. Replace by one of the proper dimensions, pipe or fittings that do not allow sufficient space for installation of joint material. At the end of each work day, close open ends of pipe temporarily with wood blocks or bulkheads. Provide batterboards not more than 25 feet apart in trenches for checking and ensuring that pipe invert elevations are as indicated. Laser beam method may be used in lieu of batterboards for the same purpose.

3.1.1.4 Connections to Existing Lines

Obtain approval from the Contracting Officer before making connection to existing line. Conduct work so that there is minimum interruption of service on existing line.

3.1.2 Special Requirements

3.1.2.1 Installation of Clay Piping

Install pipe and fittings in accordance with paragraph entitled "General Requirements for Installation of Pipelines" of this section and with the requirements of ASTM C 12 for pipe laying. Make joints with a compression joint material specified for clay pipe joints and assemble in accordance with the recommendations of the manufacturer of the pipe.

3.2 FIELD QUALITY CONTROL

3.2.1 Field Tests and Inspections

The Quality Control Specialist shall conduct field inspection and witness field tests specified in this section. The Contracting Officer may witness the field tests. The Contractor shall perform field tests and provide labor, equipment, and incidentals required for testing, except that water and electric power needed for field tests will be furnished as set forth in Section 01500, "TEMPORARY FACILITIES AND CONTROLS". Be able to produce evidence, when required, that each item of work has been constructed in accordance with the drawings and specifications.

3.2.2 Tests for Nonpressure Lines

Check each straight run of pipeline for gross deficiencies by holding a light in a manhole; it shall show a practically full circle of light through the pipeline when viewed from the adjoining end of line. When pressure piping is used in a nonpressure line for nonpressure use, test this piping as specified for nonpressure pipe.

3.2.2.1 Leakage Tests

Test lines for leakage by either infiltration tests or exfiltration tests, or by low-pressure air tests. Prior to testing for leakage, backfill trench up to at least lower half of pipe. When necessary to prevent pipeline movement during testing, place additional backfill around pipe

sufficient to prevent movement, but leaving joints uncovered to permit inspection. When leakage or pressure drop exceeds the allowable amount specified, make satisfactory correction and retest pipeline section in the same manner. Correct visible leaks regardless of leakage test results.

a. Infiltration tests and exfiltration tests: Perform these tests for sewer lines made of the specified materials, not only concrete, in accordance with ASTM C 969. Make calculations in accordance with the Appendix to ASTM C 969.

b. Low-pressure air tests: Perform tests as follows:

(1) Clay pipelines: Test in accordance with ASTM C 828. Allowable pressure drop shall be as given in ASTM C 828. Make calculations in accordance with the Appendix to ASTM C 828.

-- End of Section --

SECTION 02559

# VALVE MANHOLES AND PIPING AND EQUIPMENT IN VALVE MANHOLES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

### 1.2 DESCRIPTION

This specification covers the reconstruction of existing natural gas vault with new manhole cover. The Contractor is required to lower the vault and provide with new manhole cover to meet at new grade. The manhole cover shall provide adequate access to operate and maintain the piping inside the vault. The new vault and manhole cover shall withstand H20 vehicular loading. The reconstruction of the vault shall not interrupt natural gas services to the Station.

## PART 2 PRODUCTS

NOT USED

## PART 3 EXECUTION

NOT USED

-- End of Section --

SECTION 02630

# STORM DRAINAGE

PART 1 GENERAL

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Precast concrete structures

Metal items

SD-03 Product Data

Concrete piping including fittings and jointing materials

SD-07 Certificates

Pipeline and fittings, including factory-applied linings and joint materials

Cast-iron frames, covers, and gratings

Precast concrete structures

Submit certificates attesting that tests set forth in each applicable referenced publication have been performed, whether specified in that publication to be mandatory or otherwise and that production control tests have been performed at the frequency or intervals specified in the publication. Other tests shall have been performed within 3 years of the date of submittal of certificates on the same type, class, grade, and size of material as is being provided for the project.

1.3 DELIVERY, STORAGE, AND HANDLING

1.3.1 Delivery and Storage

1.3.1.1 Piping

Inspect materials delivered to site for damage; store with minimum of handling. Store plastic piping and jointing materials and rubber gaskets

under cover out of direct sunlight. Do not store materials directly on the ground. Keep inside of pipes and fittings free of dirt and debris.

1.3.1.2 Metal Items

Check upon arrival; identify and segregate as to types, functions, and sizes. Store off the ground in a manner affording easy accessibility and not causing excessive rusting or coating with grease or other objectionable materials.

1.3.2 Handling

Handle pipe, fittings, and other accessories in a manner to ensure delivery to the trench in sound undamaged condition. Carry, do not drag pipe to trench.

PART 2 PRODUCTS

2.1 PIPELINE MATERIALS

2.1.1 Concrete Pipe and Fittings

Storm drainage pipe shall be reinforced concrete pipe conforming to ASTM C 76, Class IV. Fittings and specials shall conform to the applicable requirements specified for the pipe and shall be of the same strength as the pipe. Cement used in manufacturing pipe and fittings shall be Type II conforming to ASTM C 150.

2.1.2 Jointing Materials for Concrete Piping

Gaskets and pipe ends for rubber gasket joint shall conform to ASTM C 443. Gaskets shall be suitable for use with sewage.

2.2 CONCRETE MATERIALS

Provide as specified in Section 03300"Cast-In-Place Concrete."

2.3 MISCELLANEOUS MATERIALS

2.3.1 Drainage Structures

Construct of solid concrete masonry units or concrete. Precast structures may be provided in lieu of cast-in-place concrete. Pipe-to-wall connections shall be mortared to produce smooth transitions and watertight joints or provided with ASTM C 923 resilient connectors. Bases shall have smooth inverts accurately shaped to a semicircular bottom conforming to the inside contour of the adjacent sewer sections. Changes in direction of the sewer and entering branches into the manhole shall have a circular curve in the manhole invert of as large a radius as the size of the manhole will permit.

2.3.1.1 Precast Concrete Structures

ASTM C 478, except as specified herein. Provide a minimum wall thickness of 5 inches. ASTM A 615/A 615Mreinforcing bars. ASTM A 497 welded wire fabric. ASTM C 443 or AASHTO M198, Type B gaskets for joint connections. Provide a 4 inch layer of clean gravel bedding with a maximum size of 2 inches.

2.3.2 Metal Items

2.3.2.1 Frames, Covers, and Gratings

Shall be cast iron conforming to CID A-A-60005, figure numbers as indicated. Fabricate frames, covers, and gratings of standard commercial grade steel or ductile iron, welded by qualified welders in accordance with AWS D1.1. Covers shall be of rolled steel floor plate or ductile iron having an approved anti-slip surface. Steel gratings shall be of commercial grade steel or ductile iron and be of welded construction.

a. Traffic manhole: Provide in paved areas.

Frame: Figure 1, Size 22A
Cover: Figure 8, Size 22A
Steps: Figure 19

2.3.2.2 Drainage Structure Steps

Zinc-coated steel conforming to 29 CFR 1910.27. As an option, plastic or rubber coating pressure-molded to the steel may be used. Plastic coating shall conform to ASTM D 4101, copolymer polypropylene. Rubber shall conform to ASTM C 443, except shore A durometer hardness shall be 70 plus or minus 5. For curb inlets, steel sump ladder rungs as indicated may be used in lieu of cast-iron steps; rungs shall be zinc-coated after fabrication. Aluminum steps or rungs will not be permitted. Steps are not required in manholes, curb inlets, or catch basins less than 4 feet deep.

2.4 FLARED ENDS

Flared end sections shall be same material as pipe material except that only reinforced concrete flared ends shall be provided for concrete pipe. Flared ends are included in the lengths of pipe indicated.

PART 3 EXECUTION

3.1 INSTALLATION OF PIPELINES AND APPURTENANT CONSTRUCTION

3.1.1 General Requirements for Installation of Pipelines

These requirements shall apply to pipeline installation except where specific exception is made under paragraph entitled "Special Requirements."

3.1.1.1 Location

The work covered by this section shall terminate at a point approximately 5 feet from the building, unless otherwise indicated on the drawings.

3.1.1.2 Earthwork

Perform earthwork operations in accordance with Section 02302, "EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES."

3.1.1.3 Pipe Laying and Jointing

Inspect each pipe and fitting before and after installation; remove those found defective from site and replace with new. Provide proper facilities for lowering sections of pipe into trenches. Lay pipe with the bell ends in the upgrade direction. Adjust spigots in bells to produce a uniform

space. Blocking or wedging between bells and spigots will not be permitted. Replace by one of the proper dimensions any pipe or fitting that does not allow sufficient space for proper calking or installation of joint material. At the end of each work day, close open ends of pipe temporarily with wood blocks or bulkheads. Provide batterboards not more than 25 feet apart in trenches for checking and ensuring that pipe invert elevations are as indicated. Laser beam method may be used in lieu of batterboards for the same purpose.

3.1.1.4 Connections to Existing Lines

Notify Contracting Officer in writing at least 10 days prior to date that connections are to be made. Obtain approval of the Contracting Officer before interrupting service. Conduct work so that there is minimum interruption of service on existing line.

3.1.2 Special Requirements

3.1.2.1 Installation of Concrete Piping

Install pipe and fittings in accordance with paragraph entitled "General Requirements for Installation of Pipelines" of this section and with the provisions for rubber gasket jointing and jointing procedures of ACPA 01-103 or of ACPA 01-102, Chapter 9. Make joints with the gaskets previously specified for joints with this piping. Clean and dry surfaces receiving lubricants, cements, or adhesives. Affix gaskets to pipe not more than 24 hours prior to the installation of the pipe. Protect gaskets from sun, blowing dust, and other deleterious agents at all times. Before installation of the pipe, inspect gaskets and remove and replace loose or improperly affixed gaskets. Align each pipe section with the previously installed pipe section, and pull the joint together. If, while pulling the joint, the gasket becomes loose and can be seen through the exterior joint recess when the pipe is pulled up to within one inch of closure, remove the pipe and remake the joint.

3.1.3 Concrete Work

3.1.3.1 Manhole, Curb Inlet, and Catch Basin Construction

Construct base slab of cast-in-place concrete or use precast concrete base sections. Make inverts in cast-in-place concrete and precast concrete bases with a smooth-surfaced semi-circular bottom conforming to the inside contour of the adjacent drainage sections. For changes in direction of drains and entering branches into the manhole, make a circular curve in the manhole invert of as large a radius as manhole size will permit. For cast-in-place concrete construction, either pour bottom slabs and walls integrally or key and bond walls to bottom slab. For precast concrete construction, make joints between sections with the gaskets specified for this purpose; install in the manner specified for installing joints in concrete piping. Give a smooth finish to inside joints of precast concrete manholes, curb inlets, and catch basins. Parging will not be required for precast concrete manholes. Cast-in-place concrete work shall be in accordance with the paragraph entitled, "Concrete Work." Make joints between concrete manholes and pipes entering manholes with the resilient connectors specified for this purpose or mortared to produce a watertight joint; install in accordance with the recommendations of the connector manufacturer. Where a new manhole is constructed on an existing line, remove existing pipe as required to construct the manhole. Cut existing pipe so that pipe ends are approximately flush with the interior face of

manhole wall, but not protruding beyond into the manhole.

3.1.4 Metal Work

3.1.4.1 Workmanship and Finish

Perform metal work so that workmanship and finish will be equal to the best practice in modern structural shops and foundries. Form iron and steel to shape and size with sharp lines and angles. Do shearing and punching so that clean true lines and surfaces are produced. Make castings sound and free from warp, cold shuts, and blow holes that may impair their strength or appearance. Give exposed surfaces a smooth finish with sharp well-defined lines and arises. Provide rabbets, lugs, and brackets wherever necessary for fitting and support. Apply zinc coating to steel gratings after fabrication in accordance with ASTM A 653/A 653M.

3.2 Field Tests and Inspections

The Contracting Officer will conduct field inspections and witness field tests specified in this section. The Contractor shall perform field tests and provide labor, equipment, and incidentals required for testing , except that water and electric power needed for field tests will be furnished as set forth in Section 01500, "TEMPORARY FACILITIES AND CONTROLS." Be able to produce evidence, when required, that each item of work has been constructed properly in accordance with the drawings and specifications.

3.2.1 Pipeline Testing

Check each straight run of pipeline for gross deficiencies by holding a light in a manhole; it shall show a practically full circle of light through the pipeline when viewed from the adjoining end of line.

3.2.1.1 Leakage Tests

Test lines for leakage by either infiltration tests or exfiltration tests. Prior to testing for leakage, backfill trench up to at least the lower half of pipe. When necessary to prevent pipeline movement during testing, place additional backfill around pipe sufficient to prevent movement, but leaving joints uncovered to permit inspection. When the water table is 2 feet or more above top of pipe at upper end of pipeline section to be tested, measure infiltration using a suitable weir or other acceptable device. When the water table is less than 2 feet above top of pipe at upper end of pipeline section to be tested, make exfiltration test by filling the line to be tested with water so that the head will be at least 4 feet above top of pipe at upper end of pipeline section being tested. Allow filled pipeline to stand until the pipe has reached its maximum absorption, but not less than 4 hours. After absorption, re-establish the head and measure amount of water needed to maintain this water level during a 2 hour test period. Amount of leakage, as measured by either infiltration or exfiltration test shall not exceed 500 gallons per inch of diameter per day per mile of pipeline. When leakage exceeds the amount specified, make satisfactory correction and retest pipeline section in the same manner. Correct visible leaks regardless of leakage test results.

3.2.2 Field Tests for Concrete

Field testing requirements are covered in Section 03300, "Cast-In-Place Concrete."

-- End of Section --

SECTION 02741

# ASPHALT CONCRETE FOR VEHICULAR TRAFFIC

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-05 Design Data

Job-mix formula for asphalt concrete

SD-06 Test Reports

Asphalt concrete

Submit as required in paragraph entitled "Field Quality Control."

SD-07 Certificates

Aggregates for base course and asphalt concrete

Asphalt cement

Liquid asphalt

Asphaltic emulsion

Paint

Asphalt concrete

Submit copies of weighmaster's certificates or certified delivery tickets for each truck load of material.

### 1.3 QUALITY ASSURANCE

Materials and workmanship specified herein with the referenced State Standard specifications shall be in accordance with the referenced articles, sections and paragraphs of the standard except that contractural and payment provisions do not apply. Where the term "Engineer" is used, it shall mean the Contracting Officer. Where the term "state" is used, it shall mean "Federal Government."

1.3.1 Required Data

Submit a job-mix formula for each type of bituminous mixture 14 days before asphalt concrete placement. Ensure formula is within the specified design range.

1.4 ENVIRONMENTAL CONDITIONS

Apply paint to clean, dry surfaces and unless otherwise approved, only when air and pavement temperatures are above 40 degrees F for oil-based materials, 50 degrees F for water-based materials, and are less than 95 degrees F. Maintain paint temperature within these same limits.

1.5 EQUIPMENT

1.5.1 Painting Equipment

Use a stripe painting machine capable of producing marking and striping indicated. Provide equipment having a compressor capacity of at least 105 cubic feet and capable of operating at an air pressure of 125 psi. Provide striping machine with a pointer so the machine will hold exactly to alignment. Provide propelling vehicle with a speedometer or tachometer, and with a suitable device for determining quantity of paint in the container. Mechanically agitate paint while equipment is in operation. Clean paint container and spray nozzles on machine before starting work each day.

PART 2 PRODUCTS

2.1 MATERIALS

2.1.1 Aggregates

2.1.1.1 Base Course

SS-1, Class II, Type B Medium for 3/4 inch maximum size gradation.

2.1.1.2 Asphalt Concrete

SS-1, Class II, Type B for individual test result conforming to 1/2 inch maximum size gradation, medium.

2.1.2 Asphalt Materials

2.1.2.1 Asphalt Cement

SS-1, penetration grade 85-100, and showing a negative spot when tested as specified in AASHTO T102.

2.1.2.2 Liquid Asphalt

SS-1, Grade AR-4000.

2.1.2.3 Asphaltic Emulsion

SS-1, Grade SC-70.

2.1.3 Paint

FS TT-P-115, Type II, color as indicated.

## PART 3 EXECUTION

### 3.1 PREPARATION

#### 3.1.1 Subgrade

Requirements for subgrade are specified in Section 02301 "Earthwork for Structures and Pavements." Prior to construction of base course, asphaltic concrete, clean previously constructed subgrade or subbase of foreign substances.

#### 3.1.2 Asphalt Concrete Preparation

Uniformly mix mineral aggregate with bituminous material in a central plant in accordance with SS-1. The percentage of asphalt cement binder shall be between five and seven percent.

#### 3.1.3 Striping

Allow new pavement surfaces to cure for at least 30 days before striping. Clean pavement surfaces immediately prior to painting with a power broom and then a power blower using compressed air. Thoroughly clean pavement surface of water, oil, grease or other objectionable matter. Do not use solvent material that will damage pavement.

### 3.2 INSTALLATION

#### 3.2.1 Base Course Installation

Place aggregate base in accordance with requirements of SS-1 and to the thickness shown. Grade and compact in 4 inch layers to at least 95 percent of maximum density, ASTM D 1557 Method D. Maintain base course in proper condition until asphaltic concrete is in place, including drainage, rolling, shaping, and watering. Maintain sufficient moisture at the surface to prevent a dusty condition by light sprinkling with water. Recondition, reshape, and recompact areas of completed base course damaged by freezing in accordance with the specified requirements.

#### 3.2.2 Prime Coat

Prior to application of asphaltic concrete, apply a prime coat. Apply by pressure distributors. Allow sufficient time before placing asphalt concrete to permit prime coat to penetrate base.

##### 3.2.2.1 Liquid Asphalt Application

Apply liquid asphalt on prepared compacted base at a rate of 0.25 gallon per square yard on prepared compacted base in accordance with SS-1.

##### 3.2.2.2 Asphalt Emulsion Application

Apply emulsion at a rate of .25 gallon per square yard.

#### 3.2.3 Tack Coat

Apply asphaltic emulsion to the existing pavement surfaces in accordance with SS-1. Unless otherwise directed, apply at a rate of 0.1 gallon per

square yard to the exposed edges against which asphaltic concrete is to be placed.

3.2.4 Asphalt Concrete Installation

3.2.4.1 Placing

Deliver bituminous mixtures to the roadbed at temperatures specified in SS-1. Spread in accordance with SS-1.

3.2.4.2 Compaction

Initial or breakdown rolling and the final rolling of the uppermost layer of the asphalt concrete shall be in accordance with SS-1. Compaction by vehicular traffic shall not be permitted.

Perform initial or breakdown rolling by making one pass over asphalt pavement with a two-axle or three-axle tandem steel wheel roller or a three wheel steel roller with rollers weighing at least 12 tons. Commence rolling at the lower edge and progress toward the highest portion. Under no circumstances shall the center be rolled first. Perform rolling with the drive wheel of the tandem roller forward with respect to the direction of spreading operations. Follow the initial or breakdown rolling with three complete passes of a pneumatic-tired roller while the temperature of the mixture is at least 150 degrees F. Perform final rolling of the uppermost layer of asphalt concrete using an 8-ton two-axled tandem roller in a manner that will avoid cracking, shoving or displacement.

3.2.4.3 Joining Pavement

Carefully make joints between old and new pavements and of successive days' work in such manner as to ensure a continuous bond between old and new sections of the course. Expose and clean edges of existing pavement. Cut edge to straight, vertical surfaces. Paint joints with a uniform coat of tack coat before the fresh mixture is placed. Prepare joints in the new pavement in accordance with SS-1.

3.2.5 Striping Pavements

3.2.5.1 Application

Apply one coat of paint at a maximum rate of 110 square feet per gallon of paint. Apply to required width, with clean true edges and without sharp breaks. Repaint portion of marking and striping damaged by traffic within 24 hours after applying paint. Repaint existing markings damaged by construction.

3.2.5.2 Tolerances

Place marking and striping within 2 inches of alignment shown. Apply markings and stripes within 1/2 inch of dimensions for size shown.

3.2.6 Headerboards

Set to alignment and grade. Score untreated headerboards to prevent warping. Place earth against the outside shoulder of the forms and compact sufficiently to prevent forms from spreading during the compaction of the pavement.

## 3.3 FIELD QUALITY CONTROL

### 3.3.1 Base Course Finish Surface

Surface tolerance shall conform to SS-1. The finish surface when tested for uniformity of slope, shall not deviate more than 3/8 inch from bottom of a 10 foot straightedge laid in every direction. When base course is constructed in more than one layer, specified smoothness requirements apply only to top surface.

### 3.3.2 Pavement Smoothness

Test wearing course in accordance with SS-1.Make one test for each 400 square yards of pavement.

### 3.3.3 Pavement Thickness

Determine pavement thickness in accordance with SS-1. Make one test for each 1000 square yards of completed pavement. Replace pavement where samples are removed.

### 3.3.4 Gradation

#### 3.3.4.1 Base Course Gradation

Perform the base course gradation test in accordance with ASTM C 136. Make one test for each 100 tons of material.

#### 3.3.4.2 Asphalt Concrete Gradation

Perform the asphalt concrete gradation test in accordance with ASTM C 136. Make one test for each 100 tons of material.

### 3.3.5 Base Course Density

ASTM D 1557, Method D. Perform in place density tests in accordance with ASTM D 1556. Make one maximum density test for each gradation. Make one set of two tests each for in place density for each 1000 square yards of surface area.

### 3.3.6 Asphalt Content of Asphalt Concrete

Determine percent asphalt content by extraction in accordance with ASTM D 2172, Method A. Make one test for each 100 tons of material.

## 3.4 PROTECTION OF PAVEMENT

After final rolling, do not permit vehicular traffic on the pavement until pavement has cooled and hardened and in no case less than 6 hours.

-- End of Section --

SECTION 02811

# IRRIGATION SPRINKLER SYSTEMS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

a. Year 2000 compliant-means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twentyfirst centuries, and the years 1999 and 2000 and leap year calculations.

### 1.3 SYSTEM DESCRIPTION

This system is designed with a water pressure minimum of 50 pounds per square inch (psi) maximum of 75 psi at connection to backflow prevention device and 30 psi at the last head in each zone. Provide a system pressure calculations and irrigation requirements of the area. If pressure falls above or below indicated values, Contractor shall notify Contracting Officer. For Irrigation Sprinkler System, indicate the following:

a. Head, piping, valve, controller, sensor layout.

b. Pipe, valve, backflow preventer, and controller.

c. Water source equipment, including existing mains, piping, valves and meters.

d. System and supply pressures.

e. Indicate wiring diagram between existing power source and controller/water pump.

f. Number and extent of control valve circuits.

g. Provide details of all irrigation components and accessories.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Irrigation sprinkler system drawings including irrigation legend prepared by a licensed, registered or certified Landscape Architect or Irrigation Specialist.

SD-03 Product Data

Piping materials, tubing, and fittings

Valves and accessories

Sprinkler heads

Backflow preventers

Automatic controller

Solvent cement

Control wiring

Water hammer arresters

Water meter

Rain shut-off device

Freeze shut-off device

Soil moisture sensor

Tapping tee

Valve boxes and lids

SD-05 Design Data

System pressure calculations

Irrigation requirements

SD-06 Test Reports

Valves, and accessories tests

Backflow preventers

Pressure test

Operation test including verification of sprinkler head layout

Submit record of pressure tests conducted on recording gage.

SD-07 Certificates

Backflow preventers

ASSE 5000, Submit a certificate of Full Approval or a current Certificate of Approval from FCCCHR-USC for size, and make of

backflow preventer being provided for this project. A Certificate of Provisional Approval will not be acceptable.

Year 2000 (Y2K) Compliance Warranty; G

SD-08 Manufacturer's Instructions

Automatic controller

Sprinkler heads

Piping materials, tubing and fittings

Backflow preventers

Valves

Solvent cement

Control wiring

Water hammer arresters

Water meter

Rain shut-off device

Freeze shut-off device

Soil moisture sensor

Submit mounting details for automatic controllers.

SD-10 Operation and Maintenance Data

Piping materials and fittings, Data Package 2

Sprinkler heads and accessories, Data Package 2

Backflow preventers, Data Package 2

Valves, Data Package 2

Automatic controller, Data Package 2

Water hammer arresters, Data Package 2

Water meter, Data Package 2

Rain shut-off device, Data Package 2

Freeze shut-off device, Data Package 2

Soil moisture sensor, Data Package 2

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data." Include troubleshooting procedures with respect to valve and controller problems.

SD-11 Closeout Submittals

Controller Charts

## 1.5 DELIVERY, STORAGE, AND HANDLING

### 1.5.1 Delivery

Deliver materials in original rolls, packages, cartons, and containers with the name of manufacturer, brand, and model. Inspect materials delivered to the site for damage.

### 1.5.2 Storage

Store materials on site in enclosures or under protective covering. Store plastic piping and rubber gaskets under cover out of direct sunlight. Do not store materials directly on ground. Keep inside of pipes and fittings free from dirt and debris.

### 1.5.3 Handling

Handle and carry pipe, fittings, valves, and accessories in such a manner as to ensure delivery to trench in sound undamaged condition. Do not drag pipe.

## 1.6 EXTRA STOCK

a. 12 additional sprinkler heads (nozzles, bodies, screens, pressure compensating devices) of each size and type;

b. 2 valve keys for operating manual valves;

c. 2 wrenches for removing and installing each type of head;

d. 2 quick coupler keys and hose swivels;

e. 4 irrigation controller housing keys.

f. 4 irrigation controller enclosure keys; and

g. 2 hand-held remotes compatible with controller system.

## 1.7 QUALITY ASSURANCE

### 1.7.1 Required Test

Submit tests signed by an authorized official of a testing laboratory of sprinkler head, valve, automatic controller, emitter heads, vacuum breaker, backflow preventer, and water hammer arrester.

## 1.8 WARRANTY

### 1.8.1 Year 2000 (Y2K) Compliance Warranty

For each product, component and system specified in this section as a "computer controlled facility component" provide a statement of Y2K compliance warranty for the specific equipment. The contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time

data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations to the extent that other computer controlled components, used in combination with the computer controlled component being acquired, properly exchange data and time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provisions to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other that Year 2000 performance.

# PART 2 PRODUCTS

## 2.1 Y2K COMPLIANT PRODUCTS

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip technology. This includes, but is not limited to, telecommunications switches, utility monitoring and control systems, alarms, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

## 2.2 PIPING MATERIALS

### 2.2.1 Copper Tubing and Associated Fittings

#### 2.2.1.1 Tubing

88MASTM B 88, Type K.

#### 2.2.1.2 Fittings

ASME/ANSI B16.22 and ANSI B16.18, solder joint. Solder, ASTM B 32 alloy Grade Sn95 or Sn94. Flux, CID A-A-51145, Type I.

### 2.2.2 Red Brass Pipe and Associated Fittings

#### 2.2.2.1 Pipe

ASTM B 43, regular.

#### 2.2.2.2 Fittings

ANSI/ASME B16.15, Class 250, cast bronze threaded.

### 2.2.3 Galvanized Steel Pipe and Associated Fittings

#### 2.2.3.1 Pipe

2.2.3.2 Fittings

ANSI/ASME B16.3, Class 150.

2.2.4 Polyvinyl Chloride (PVC) Pipe, Fittings and Solvent Cement

NSF 14, seal of approval for potable water.

2.2.4.1 Pipe

ASTM D 1785, PVC 1120 Schedule 40 (main lines); or ASTM D 2241, PVC 1120 SDR 21, Class 315 (main lines) and Class 200 (lateral lines).

2.2.4.2 Fittings

a. Solvent Welded Socket Type: ASTM D 2466, Schedule 40.
b. Threaded Type: ASTM D 2464, Schedule 80.

2.2.4.3 Solvent Cement

ASTM D 2564.

2.2.5 Polyethylene (PE) Plastic Piping

2.2.5.1 Pipe

AWWA C901, outside diameter (od) base with dimension ratio (DR) of 9.3 to provide150 psi minimum pressure rating.

2.2.5.2 Fittings

ASTM D 3261, DR of 9.3.

2.2.6 Dielectric Fittings

ASTM F 441/F 441M, Schedule 80, CPVC threaded pipe nipples,4 inch length.

2.2.7 Pipe Sleeving

a. Provide Class 315 PVC piping two times the diameter of main or lateral piping.

b. Provide grey PVC electrical conduit sized according to number of control wires. Minimum2 inch size.

2.3 IRRIGATION AND DRIP SPRINKLER HEADS

2.3.1 Fixed Riser Irrigation Heads

2.3.1.1 Stream Rotors, Full or Part Circle

Sprinkler body, nozzle, and screen constructed of heavy-duty, ultra-violet resistant plastic. Heavy duty, stainless steel internal construction with plastic body. Provide check valve below each sprinkler body on riser where low head drainage will occur.

2.3.1.2 Gear Rotor Irrigation Head, Full or Part Circle

Single-stream, water lubricated, gear drive type. Part circle sprinkler

with an adjustable arc coverage of30 to 360 degrees. Stainless steel internal construction with plastic body, with matched precipitation rate nozzles in standard /low/ flat angle trajectories, filter screen, reducible watering radius, and choice of nozzles. Provide check valve below each sprinkler body on riser where low head drainage will occur.

2.3.1.3 Spray Irrigation Heads, Full or Part Circle

Capable of covering 5 to 15 foot radius at 30 psi with a discharge rates of 0.1 to 3.3 gpm. Sprinkler body, nozzle, and screen constructed of heavy-duty, ultra-violet resistant plastic. Matched precipitation rate plastic nozzles with an adjustable screw capable of regulating the radius and the flow. Capable of housing under the nozzle; protective, non-clogging filter screen and/or pressure compensating devices. Screen used in conjunction with the adjusting screw from regulating. Provide check valve below each sprinkler body on riser where low head drainage will occur.

2.3.1.4 Pressure Compensating Flood Bubbler Head

Capable of providing a consistent discharge rate of gpm at 30 psi. Plastic inlet filter screen bubbler assembly to protect the nozzle against clogging. Permanently assembled design constructed of durable, ultra-violet resistant plastic with a integral rubber flow washer for regulating the discharge rate at an operating pressure range of20 to 90 psi.

2.3.2 Pop-Up Irrigation Head

2.3.2.1 Stream Rotor Irrigation Head, Full or Part Circle

Sprinkler body, nozzle, and screen constructed of heavy-duty, ultra-violet resistant plastic. Heavy duty, stainless steel internal construction with plastic body. Pop-up height of6 or 12 inches as measured from top of cap at normal installation to middle of nozzle orifice. Provide check valve below each sprinkler body on riser where low head drainage will occur.

2.3.2.2 Gear Rotor Irrigation Head, Full or Part Circle

Sprinkler body, nozzle, and screen constructed of heavy-duty, ultra-violet resistant plastic. Heavy duty, stainless steel internal construction with plastic body and match precipitation rates for standard low or flat angle trajectories. Single-stream, water lubricated, gear drive type. Part circle sprinkler with an adjustable arc coverage of30 to 360 degrees. Pop-up height of6 or 12 inches as measured from top of cap at normal installation to middle of nozzle orifice. Provide wiper seal that positively seals against nozzle flange to keep debris out of rotor and cleans debris from pop-up steam as it retracts. Provide check valve below each sprinkler body on riser where low head drainage will occur.

2.3.2.3 Spray Irrigation Head, Full or Part Circle

Capable of covering 5 to 15 foot radius at 30 psi with a discharge rates of 0.1 to 3.3 gpm Sprinkler body, nozzle, and screen constructed of heavy-duty, ultra-violet resistant plastic with wiper seal. Plastic nozzle with matched precipitation rate and an adjustable screw capable of regulating the radius and flow. Capable of housing under the nozzle; protective, non-clogging filter screen and/or pressure compensating devices. Screen used in conjunction with the adjusting screw from regulating. Pop-up height of6 or 12 inches as measured from the top of cap at normal installation to middle of nozzle orifice. Provide check valve

below each sprinkler body on riser where low head drainage will occur.

2.3.3 Bubbler Irrigation Head

2.3.3.1 Pressure Compensating Flood Bubbler

Capable of providing a consistent discharge rate of gpm at 30 psi. Plastic inlet filter screen bubbler assembly to protect the nozzle against clogging. Permanently assembled design constructed of durable, ultra-violet resistant plastic with an integral rubber flow washer for regulating the discharge rate at an operating pressure range of20 to 90 psi. Pop-up height of6 12 inches as measured from top of cap at normal installation to middle of nozzle orifice.

2.4 VALVES

2.4.1 Isolation Valve

2.4.1.1 Ball Valves, Less than3 Inches

API STD 598, brass body, threaded ends.

2.4.1.2 Gate Valves,3 Inches and Larger

AWWA C500, bottom wedging double discs, parallel seats, non-rising stems, open by counterclockwise turning. Provide flanged end connections. Provide bronze interior construction of valves including stem containing a maximum 2 percent aluminum and maximum 16 percent zinc.

2.4.2 Control Valves

2.4.2.1 Pressure Regulating Master Control Valve

Automatic mechanical self-cleaning, self-purging control system having an adjustable pressure setting operated by a solenoid on alternating current (ac) with 0.70 amperes at 24 volts. Valve shall close slowly and be free of chatter in each diaphragm position. Provide a manual flow stem to adjust closing speed and internal flushing. Provide an adjusting screw for setting pressure and schrader valve for monitoring pressure. Provide two inlet tappings capable of being installed as a straight pattern valve. Provide heavy duty brass or plastic valve body with brass seat that is removable and serviceable from top without removing valve body from system. Maximum working pressure of valve is150 psi and pilot range from10 to 125 psi.

2.4.2.2 Remote Control Valve, Electrical

Solenoid actuated globe or angle valves of3/4 to 3 inch size, alternating current (ac), 60/50 cycle 0.70 amps in rush current and 0.50 amps holding current. Provide brass or plastic valve housing suitable for service at150 psi operating pressure. Provide pressure regulating module capable of regulating outlet pressure between15 to 25 psi (+/-)5 psi and adjustable screw for setting pressure schrader valve connection for monitoring pressure.

2.4.2.3 Manual Angle Control Valve, Manual Globe Control Valve

Less than2 1/2 inch MSS SP-80, type 3, Class 150 threaded ends. Angle or globe valve2 1/2 inch and larger MSS SP-85, Type II, Class 250 threaded or

flanged ends.

2.4.3 Quick Coupling Valves

Two piece unit consisting of a coupler water seal valve assembly and a removable upper body to allow spring and key track to be serviced without shutout of main. Provide brass parts. Provide yellow rubber lockable lids with springs for positive closure on key removal.

2.4.4 Hose Bib

One piece consisting of all brass construction with full flowone inch hose connection outlet and removable key handle with gaskets and washers.

2.4.5 Backflow Preventers

2.4.5.1 Reduced Pressure Type Backflow Preventers

AWWA C511. Provide backflow preventers complete with150 psi rated flanged cast iron, bronze and/or brass mounted gate or ball valve and strainer, 304 stainless steel or bronze, internal parts. Total pressure drop through complete assembly shall be a maximum of12 psi at rated flow. Listing of particular make, model/design, and size in FCCCHR-USC will be acceptable as required proof for testing and certification.

a. Piping Assembly: Red brass pipe and fittings or galvanized steel pipe and fittings.

b. Strainers: Bronze or brass construction with gasket caps. Equip units withNo. 200 mesh stainless steel screen elements.

2.5 ACCESSORIES AND APPURTENANCES

2.5.1 Tapping Tee

Bronze flat, double strap, with neoprene gasket or "O"-ring seal.

2.5.2 Water Meter

Meter to include roll sealed register, magnetic drive, straight reading (odometer shall indicate in gallons, large numerals, glass lens for legibility,) low flow indicator to detect leaks, tamper proof seal pin to detect theft; sturdy durable, corrosion resistant main case, electrical grounding continuity; nutating disc measuring chamber with minimum head loss.

1.1.1 2.5.3 Valve Boxes

Precast concrete valve box for each isolation valve, control valve, and quick coupling valve. Provide box sizes that are suitable and adjustable for valve used.

a. Cast the word "IRRIGATION" on cover.

b. Stencil, engrave, or brand controller and valve sequence on remote control valve cover. Letters minimum 4 inches height.

2.5.4 Backflow Preventer Accessories

2.5.4.1 Pressure Gages

ANSI/ASME B40.1, single style pressure gage for water with 4 1/2 inch dial, brass or aluminum case, bronze tube, gage cock, pressure snubber, and siphon. Provide scale range suitable for irrigation systems.

2.5.4.2 Water Hammer Arresters

ASSE 1010; stainless steel construction with an encased and sealed bellows compression chamber.

2.5.4.3 Backflow Preventer Enclosure

Frame to be constructed of3/16 inch stainless steel with1 1/2 inch No. 9 expanded metal covering. Construct in a one piece single swing hinge configuration. Provisions for pad locking and lighting handles. Size to fit backflow assembly to installed. Lock for enclosure provided by others.

2.5.4.4 Concrete Pads

Cast-in-place reinforced concrete construction for reduced pressure type backflow preventers.

2.5.5 Moisture Sensing Device

2.5.5.1 Automatic Rain Shut-Off Device

One piece, maintenance and adjustment free, reacts to a minimum1/8 inch of rain water, unaffected by humidity levels, commercial grade materials, no exposed mechanical switch or electrodes, solid state construction with internal relay operating voltage of, static charge pretested, maximum switch current of.

2.5.5.2 Automatic Freeze Shut-Off Device

Construct of a PVC cylinder with a sensing element mounted at top of cylinder capable of interrupting the control valve common wire as temperatures approach32 degrees F. Operating voltage 24 VAC, maximum current. Static charge protection with snubber network.

2.5.5.3 Soil Moisture Sensor Device

24 VAC, field adjustable and capable of interrupting irrigation cycles for pre-determined moisture level at moisture probe location. Waterproof field adjustment module with bypass switch.

2.5.6 Air/Vacuum Relief

Construct of PVC with a maximum operating pressure of140 psi.

2.5.7 Flow Meter

Flow meter, line size (main line), female national pipe threaded ends and replaceable metering insert. 9 volt direct current output with a pulse rate which is proportional to thegpm, a 0.067 amperes fuse link to protect metering insert and 14 gage output feeder wire to be powered by the controller. Provide brass meter housing suitable for service at150 psi operating pressure.

## 2.6 AUTOMATIC CONTROLLER ELECTRICAL

Controller, NEMA ICS 2 with 120-volt single phase service operating with indicated station, and grounded chassis. Provide enclosure NEMA ICS 6 Type 3R, with locking hinge cover, wall mounted or pedestal mounted.

### 2.6.1 Controller Features

a. Controller with 4 independent programs that can run concurrently.

b. Allows an infinite number of cycles per day by placing the program in a looping mode.

c. Ability to be programmed in one second increments, from one second to 24 minutes.

d. A water budgeting capability in all stations within a program in one percent increments from one percent to 255 percent.

e. A programmable watering calendar ranging from 1 to 7 days.

f. A single-station timed manual feature that allows a station to be turned on manually for its programmed watering time.

g. A semi-automatic manual cycle feature.

h. A true manual operation with safety shut-off at midnight and indicate which station is on by means of L.E.D.S.

i. UL listed, having a re-settable circuit breaker, cadmium plated, weatherproof steel case, and keyed lock.

## 2.7 ELECTRICAL CIRCUITS

### 2.7.1 Control Wiring for Electrically Operated Valves

NFPA 70, copper conductor14 gage wire for pilot wires, 12 gage wire for common wires, Type UF.

### 2.7.2 Conduit

UL 651, rigid polyvinyl chloride conduit, Schedule 40.

## 2.8 CONCRETE MATERIALS

2500 psi compressive concrete strength at 28 days as specified under Section 03300, "Cast-In-Place Concrete".

# PART 3 EXECUTION

## 3.1 INSTALLATION

Install sprinkler system after site grading has been completed.

### 3.1.1 Trenching

Hand trench around roots to pipe grade when roots of2 inches diameter or greater are encountered. Make width of trench4 inches minimum or 1 1/2 times diameter of pipe, whichever is wider. Backfill and hand tamp over

excavation. When rock is encountered, excavate4 inches deeper and backfill with silty sand (SM) or well-graded sand (SW) to pipe grade. Keep trenches free of obstructions and debris that would damage pipe. Do not mix subsoil with topsoil. Bore under existing concrete walks, drives and other obstacles at a depth conforming to bottom of adjacent trenches. Install pipe sleeve, two pipe diameters larger than sprinkler pipe, to fill bore. Rock may be encountered. Excavate4 inches deeper and backfill with silty sand (SM) or well graded sand (SW) to pipe grade. Prior to backfilling of trench, Contracting Officer shall verify and approve location of all irrigation heads.

3.1.2 Piping System

3.1.2.1 Clearances

a. Minimum horizontal clearances between lines: 4 inches for 2 inch pipe and less;12 inches for 2 inch pipe and more.

b. Minimum vertical clearances between lines: One inch.

3.1.2.2 Thrust Blocks

Install thrust blocks at bends, tees, plugs and valves or2 1/2 inches and larger mainline piping. Place concrete so that sides subject to thrust or load are against undisturbed earth, and valves and fittings are serviceable after concrete has set.

3.1.2.3 Minimum Backfill Cover

a. 18 inches for pressure mainline pipe and valve control wire.

b. 12 inches for non-pressure lateral pipe.

c. 24 inches for all piping under paved or non-paved pedestrian paths.

d. 36 inches for all piping under traffic loads.

e. Install pipe sleeves at depths indicated in "c" and "d".

Rock may be encountered. Provide minimum14 inches of silty sand (SM) or well graded sand (SW) cover on top of all piping. Fill remainder of trench or pipe cover to within3 inches of top with excavated soil, and compact soil with plate hand-held compactors to same density as undisturbed adjacent soil.

3.1.2.4 Restoration

Fill top3 inches with topsoil and compact with same density as surrounding soil. Restore turf and plants according to Section 02930, "Turf," and Section 02930, "Exterior Plants".

3.1.2.5 Sterilization

Sprinkler system fed from a potable water system sterilized upstream of backflow preventer in accordance with AWWA C651. Sterilize new water lines for a minimum of 24 hours to meet local, state, and federal health test requirements before placing in service. Minimum retention period shall be 3 hours.

3.1.3 Piping Installation

3.1.3.1 Polyvinyl Chloride (PVC) Pipe

a. Solvent-Cemented Joints: ASTM D 2855.

b. Threaded Joints: PPI TN8/8; full cut with a maximum of three threads remain exposed on pipe and nipples. Make threaded joints tight without recourse to wicks or fillers, other than polytetrafluoroethylene thread tape.

c. Piping: ASTM D 2774 or ASTM D 2855, and pipe manufacturer's instructions. Install pipe in a serpentine (snaked) manner to allow for expansion and contraction in trench before backfilling. Install pipes at temperatures over40 degrees F.

3.1.3.2 Soldered Copper Tubing

Ream pipe and remove burrs. Clean and polish contact surfaces of joint. Flux both male and female ends. Insert end of tube into fittings full depth of socket. After soldering, a solder bead shall show continuously around entire joint circumference. Remove excess acid flux from tubings and fittings.

3.1.3.3 Threaded Brass or Galvanized Steel Pipe

Prior to installation ream pipe. Cut threads as specified in ANSI/ASME B1.2. Make joints with pipe joint compound applied to male end only.

3.1.3.4 Dielectric Protection

Where pipes of dissimilar metal are joined, make connection with dielectric fitting.

3.1.4 Irrigation Heads

Install plumb and level with terrain.

3.1.4.1 Fixed Riser Irrigation Heads

Nozzle mounted on fixed riser minimum12 inches above grade in mulched planter beds,12 inches above grade in planter beds with groundcover. Provide swing joint assembly attachment between lateral lines and fixed risers.

3.1.4.2 Pop-Up Irrigation Head

Install plumb and level with terrain. Provide swing joint assembly attachment between lateral line and pop-up body. Top of irrigation head shall be flush wit surrounding finish grade.

3.1.5 Valves

3.1.5.1 Isolation Valves

Install in a valve box extending from grade to below valve body, with a minimum of4 inches cover measured from finish grade to top of valve stem.

3.1.5.2 Control Valves

Plumb valve in a valve box extending from grade to below valve body, with minimum of4 inch cover measured from grade to top of valve. Install automatic valves beside sprinkler heads with a valve box.

3.1.5.3 Quick Coupling Valves

Install in a valve box extending from grade to below valve body, with a minimum of4 inches cover measured from finish grade to top of valve stem.

3.1.5.4 Hose Bibb

Install below grade in valve box with support.

3.1.6 Backflow Preventers

a. Install backflow preventer in new connection to existing water distribution system, between connection and control valves. Install with concrete pads

b. Flush pipe lines prior to installing device.

c. Device shall not be installed in pits or where any part of the device could become submerged in standing water

d. Install device a minimum of12 inches from trees, walls, fences, structures and other obstructions.

3.1.6.1 Reduced Pressure Backflow Preventer

a. Protect device by a strainer located upstream.

b. Install device a minimum of12 inches between finish grade and bottom of relief port.

c. Where freezing conditions occur, locate device inside a building and pipe the relief valve port through an air gap to a drain.

1.1.2 3.1.7 Accessories

3.1.7.1 Connection To Existing Water Supply Systems (Tapping Tee)

Use tapping or drilling machine valve and mechanical joint type sleeves for connections to be made under pressure. Bolt sleeves around mains; bolt valve conforming to AWWA C500 to the branch. Open valve, attach drilling machine, make tap, close valve, and remove drilling machine, without interruption of service. Notify Contracting Officer in writing at least 15 days prior to the date the connections are required; receive approval before any service is interrupted. Provide materials required to make connections into the existing water supply systems and perform excavating, backfilling, and other incidental labor as required. Furnish the labor and the tapping or drilling machine for making the actual connections to the existing systems.

3.1.7.2 Water Meter

Install meter upstream of backflow preventer per manufacturer's recommendations and local PWC Utility Department Instructions. Plumb meter in a valve box extending from grade to below meter body, with a minimum of4

inch cover measured from top of grade to top of meter.

3.1.7.3 Valve Boxes and Lids

a. Install with one cu ft pea gravel sump below valve.

b. Support valve box with bricks.

c. Provide wire screen between gravel sump and bottom of valve body for rodent protection.

d. For turf areas, install flush with finish grade.

e. For planter beds, install2 inches above finish grade.

f. For sloped conditions, install valve box level with terrain.

3.1.7.4 Backflow Preventer Enclosure

a. Install with concrete pad.

b. Place hinges so direction of swing will not conflict with other site features.

3.1.7.5 Rain and Freeze Shut-Off Devices

a. Install as per manufacturer's recommendations.

b. For wall mounted controllers, attach devices to side of building or eave, minimum8 feet above finish grade and a minimum of12 inches from building wall or eave.

c. For pedestal mounted controllers, mount minimum42 inches high pole outside of irrigation coverage in vandal-resistant enclosure.

3.1.7.6 Soil Moisture Sensing Device

a. Bury the device at depth per manufacturer's recommendation in the effective root zone of hydrozone to be monitored.

b. Place a sensor-protection valve box with cover above the device.

c. Provide waterproof connection to all field splices in valve boxes.

3.1.7.7 Air/Vacuum Relief Valve

Locate at highest point in piping system.

3.1.8 Electrical Circuits

Bury wires beside mainline pipe in same trench. Provide grey electrical conduit where wires run under paved or non-paved pedestrian paths and vehicular roads. Tag wires at controller and control valve location with plastic tie wrapped tags. Provide one control wire to each control valve location and one common wire looped from controller to each control valve. provide one separate control valve wire of a different color from controller to each control valve cluster.

3.1.8.1 Loops

Provide a12 inch loop of wire at each valve where controls are connected.

3.1.8.2 Expansion and Contraction

Bundle multiple tubes or wires and tape together at20 foot intervals with12 inch loop for expansion and contraction.

3.1.8.3 Splices

Make electrical splices waterproof. Locate all field electrical splices in valve boxes.

3.1.9 Automatic Controller

Determine exact location of controllers in field before installation. Coordinate the electrical service to these locations. Install in accordance with manufacturer's recommendations and NFPA 70.

3.1.10 Flushing

After piping, risers, and valves are in place and connected, but prior to installation of sprinkler heads and valves, flush piping system under a full head of water. Maintain flushing for 3 minutes.

3.1.11 Adjustment

After grading, plant installation, and rolling of planted areas, adjust sprinkler heads flush with finished grade. Make adjustments by providing new nipples of proper length or by use of heads having an approved device, integral with head, which will permit adjustment in height of head without changing piping.

3.1.12 Sterilization

Sprinkler system fed from a potable water system shall be sterilized upstream of backflow preventer in accordance with AWWA C651. Sterilize new waterlines for a minimum of 24-hours, to meet local, state, and federal, health test requirements before placing in service. Minimum retention period shall be 3 hours.

3.2 FIELD QUALITY CONTROL

The Contractor will conduct and the Contracting Officer and the QC representative will witness field inspections and field tests specified in this section. Perform field tests, and provide labor, equipment, and incidentals required for testing.

3.2.1 Pressure Test

3.2.1.1 Duration

During pressure test, maintain a hydrostatic pressure of150 psi without pumping for a period of one hour with an allowable pressure drop of5 psi before backfilling system.

3.2.1.2 Leaks

Correct leaks. Make necessary corrections to stop leakage.

3.2.1.3 Retest

Retest system twice until pressure can be maintained for duration of test.

3.2.2 Operation Test

3.2.2.1 Accessories

At conclusion of pressure test, install irrigation heads or drip heads, quick coupling assemblies, and hose bib, and test entire system for operation under normal operating pressure. Make necessary corrections or adjustments to raise or lower pressure for each system if tests results do not match pressure requirements.

3.2.2.2 Acceptance

Operation test is acceptable if system operates through at least one complete cycle for areas to be irrigated.

3.2.3 Controller Charts

Provide one chart for each controller supplied. Indicate in chart area controlled by automatic controller. The chart is a reduction of the actual plans that will fit the maximum dimensions inside controller housing. Use black line print for chart and a different pastel or transparent color to indicate each station area of coverage. After chart is completed and approved for final acceptance, seal chart between two20 mil pieces of clear plastic.

-- End of Section --

SECTION 02930

# EXTERIOR PLANTS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITION

#### 1.2.1 Stand of Wildflowers

95 percent ground cover of the established specified species.

### 1.3 RELATED REQUIREMENTS

Section 02935, "Landscape Maintenance" applies to this section for pesticide use and plant establishment requirements, with additions and modifications herein.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Organic mulch

Fertilizer

Weed control fabric

Root control barrier

Metal edging

Plastic edging

Metal anchors

Include physical characteristics, application and installation instructions and recommendations.

Antidesiccants

SD-06 Test Reports

Topsoil composition tests specified in DOA SSIR

SD-07 Certificates

Nursery certifications

Indicate names of plants in accordance with the LHBH, including type, quality, and size.

SD-08 Manufacturer's Instructions

Metal edging

Plastic edging

Erosion control materials

Metal anchors

Root control barrier

Include physical characteristics, application and installation instructions, and recommendations.

## 1.5 DELIVERY, STORAGE, AND HANDLING

### 1.5.1 Delivery

#### 1.5.1.1 Branched Plant Delivery

Deliver with branches tied and exposed branches covered with material which allows air circulation. Prevent damage to root balls and desiccation of leaves.

#### 1.5.1.2 Fertilizer and Soil Amendment Delivery

Deliver to the site in original, unopened containers bearing manufacturer's chemical analysis, name, trade name, or trademark, and indication of conformance to state and federal laws. Instead of containers, fertilizers, and soil amendments may be furnished in bulk with a certificate indicating the above information.

#### 1.5.1.3 Plant Labels

Deliver plants with durable waterproof labels in weather-resistant ink. Provide labels stating the correct plant name and size as specified in the list of required plants. Attach to plants, bundles, and containers of plants. Groups of plants may be labeled by tagging one plant. Labels shall be legible for a minimum of 60 days after delivery to the planting site.

### 1.5.2 Storage

#### 1.5.2.1 Plant Storage and Protection

Store and protect plants not planted on the day of arrival at the site as follows:

a. Shade and protect plants in outside storage areas from the wind and direct sunlight until planted.

b. Heel-in bare root plants.

c. Protect balled and burlapped plants from freezing or drying out by covering the balls or roots with moist burlap, sawdust, wood chips, shredded bark, peat moss, or other approved material. Provide covering which allows air circulation.

d. Keep plants in a moist condition until planted by watering with a fine mist spray.

e. Do not store plant material directly on concrete or bituminous surfaces.

1.5.2.2 Fertilizer and Soil Amendment Storage

Store in dry locations away from contaminants.

1.5.2.3 Topsoil

Prior to stockpiling topsoil, eradicate on site undesirable growing vegetation. Clear and grub existing vegetation three to four weeks prior to stockpiling existing topsoil.

1.5.2.4 Root Control Barrier and Weed Control Fabric

Store materials on site in enclosures or under protective covering in dry location. Store under cover out of direct sunlight. Do not store materials directly on ground.

1.5.3 Handling

Do not drop or dump plants from vehicles. Avoid damaging plants being moved from nursery or storage area to planting site. Handle balled and platformed, container plants carefully to avoid damaging or breaking the earth ball or root structure. Do not handle plants by the trunk or stem. Remove damaged plants from the site.

1.5.3.1 Specimen Plants

Protect against breaking soil from root area when digging, binding and wrapping or boxing specimen plants. Prune lightly plants dug and moved by portable hydraulic split shells or four-spade plant moving equipment or plants jerked bare root from the soil and treat the root system with vitamin B extract and plant hormone solution according to manufacturer's directions. Mulch and guy specimen plants in a basin and fertilize within 48 hours after removal from previous location.

1.6 TIME RESTRICTIONS AND PLANTING CONDITIONS

1.6.1 Planting Dates

1.6.1.1 Restrictions

Do not plant when ground is muddy, or when air temperature exceeds 90 degrees Fahrenheit

## 1.7 GUARANTEE

All plants shall be guaranteed for one year beginning on the date of inspection by the Contracting Officer to commence the plant establishment period. Transplanted plants require no guarantee.

# PART 2 PRODUCTS

## 2.1 PLANTS

### 2.1.1 Regulations and Varieties

Botanical names indicated are listed in LHBH UCDANR 4091. Furnish nursery stock in accordance with ANSI Z60.1, except as otherwise specified or indicated. Each plant or group of planting shall have a "key" number indicated on the nursery certifications of the plant schedule. Furnish plants grown under climatic conditions similar to those in the locality of the project. Spray plants budding into leaf or having soft growth with an antidesiccant before digging. Plants of the same specified size shall be of uniform size and character of growth. Follow additional requirements as indicated in RFNI.

### 2.1.2 Shape and Condition

Well-branched, well-formed, sound, vigorous, healthy planting stock free from disease, sunscald, windburn, abrasion, and harmful insects or insect eggs and having a healthy, normal, and undamaged root system.

#### 2.1.2.1 Deciduous Trees and Shrubs

Symmetrically developed and of uniform habit of growth, with straight boles or stems, and free from objectionable disfigurements.

#### 2.1.2.2 Evergreen Trees and Shrubs

Well developed symmetrical tops with typical spread of branches for each particular species or variety.

#### 2.1.2.3 Ground Covers and Vines

Number and length of runners and clump sizes indicated, and of the proper age for the grade of plants indicated, furnished in removable containers, integral containers, or formed homogeneous soil section.

### 2.1.3 Plant Size

Minimum sizes measured after pruning and with branches in normal position, shall conform to measurements indicated, based on the average width or height of the plant for the species as specified in ANSI Z60.1. Plants larger in size than specified may be provided with approval of the Contracting Officer. When larger plants are provided, increase the ball of earth or spread of roots in accordance with ANSI Z60.1.

### 2.1.4 Root Ball Size

#### 2.1.4.1 Balled and Platformed (BP) Plants

Wrap and ball in the same manner as B&B plants and fasten securely to strong platforms.

2.1.4.2 Container Grown Plants

Root growth shall be sufficient to hold earth intact when removed from containers. Root bound plants will not be accepted.

2.1.5 Existing Plants for Transplanting

Ball sizes shall conform to requirements for collected plants in ANSI Z60.1. Dig, handle, and replant plants in accordance with this section.

2.2 TOPSOIL

2.2.1 Existing Soil

Modify to conform to requirements specified in paragraph entitled "Composition."

2.2.2 On-Site Topsoil

Surface soil stripped and stockpiled on the site, that meet requirements specified for topsoil in paragraph entitled "Composition."

2.2.3 Off-Site Topsoil

Conform to requirements specified in paragraph entitled "Composition." Additional topsoil shall be furnished by the Contractor.

2.2.4 Composition

From 5 to 8 percent organic matter as determined by the topsoil composition tests of the Organic Carbon, 6A, Chemical Analysis Method described in DOA SSIR. Maximum particle size,3/4 inch, with maximum 3 percent retained on 1/4 inch screen. Topsoil shall be free of sticks, stones, roots, and other debris and objectionable materials. Other components shall conform to the following limits:

| | |
|---|---|
| pH | 5.5 to 7.0 |
| Soluble Salts | 600 ppm maximum |
| Silt | 25 to 50 |
| Clay | 10 to 30 |
| Sand | 20 to 35 |

2.3 PH ADJUSTERS

2.3.1 Lime

Commercial grade ground, hydrate, or burnt limestone containing. Gradation as follows: minimum 75 percent passing100 mesh sieve, and 100 percent passing20 mesh sieve.

2.3.2 Aluminum Sulfate

Commercial grade.

2.3.3 Sulfur

100 percent elemental

2.3.4 Iron

100 percent elemental

2.4 SOIL CONDITIONERS

Provide singly or in combination as required to meet specified requirements for topsoil. Soil conditioners shall be nontoxic to plants.

2.4.1 Peat

Natural product of peat moss derived from a freshwater site and conforming to ASTM D 4427. Shred and granulate peat to pass a1/2 inch mesh screen and condition in storage pile for minimum 6 months after excavation.

2.4.2 Sand

Clean and free of materials harmful to plants.

2.4.3 Perlite

Horticultural grade.

2.4.4 Rotted Manure

Composted, horse or cattle manure containing a maximum 25 percent by volume of straw, sawdust, or other bedding materials. Manure shall be free of stones, sticks, and soil, viable weed seed, and other materials harmful to plants.

2.4.5 Composted Derivatives

Ground bark, nitrolized sawdust, humus or other green wood waste material free of stones, sticks, and soil stabilized with nitrogen and having the following properties:

2.4.5.1 Particle Size

Minimum percent by weight passing:

| | |
|---|---|
| No. 4 mesh screen | 95 |
| No. 8 mesh screen | 80 |

2.4.5.2 Nitrogen Content

Minimum percent based on dry weight:

| | |
|---|---|
| Fir Sawdust | 0.7 |
| Fir or Pine Bark | 1.0 |

2.4.6 Gypsum

Coarsely ground gypsum comprised of calcium sulfate dihydrate 91 percent, calcium 22 percent, sulfur 17 percent; minimum 96 percent passing through20 mesh screen, 100 percent passing thru16 mesh screen.

2.5 PLANTING SOIL MIXTURES

Sandy topsoil: one part topsoil to one part peat; clay topsoil: two parts

topsoil to one part peat. Thoroughly mix all parts of planting soil mixture to a uniform blend throughout.

2.6 FERTILIZER

2.6.1 Pre-Plant Fertilizer Mixture

Fertilizer mixtures not to exceed one percent granular dust and CID A-A-1909, as specified below.

2.6.1.1 Fertilizer "A"

Commercial Fertilizer: Use a complete fertilizer in which part of the elements are derived from organic sources, containing in available form by weight, 6% nitrogen, 20% phosphoric acid, and 20% potash; and 0% nitrogen, 25% phosphoric acid, and 0% potash (single super phosphate). Fertilizer shall be in pelleted or granular form.

2.6.1.2 Fertilizer "B"

Planting Tablets: Composed of tightly compressed fertilizer chips forming a tablet that is insoluble in water, is designed to provide a continuous release of nutrients for at least 24 months. 21 grams each, guaranteed analysis 20-10-5

2.7 WEED CONTROL FABRIC

2.7.1 Non-Woven Landscape Blanket

100 percent polyester, non-woven, needle-punched fabric manufactured specifically for weed control purposes treated for protection against deterioration due to ultraviolet radiation. Fabric shall be 99 percent opaque to prevent photosynthesis and seed germination from occurring yet allowing air, water, and nutrients to pass through to roots. Minimum thickness 0.04 inch.

2.8 DRAINAGE PIPE FOR PLANT PITS AND BEDS

Plastic polyvinyl chloride pipe, 6 inches in diameter, conforming to ASTM D 2729.

2.9 GRANULAR FILL FOR PLANT PIT AND BED DRAINAGE

Uniformly graded sand, stone, gravel, or stone screenings free from an excess of soft or unsound particles or other objectionable material. When tested in accordance with ASTM C 136, material shall conform to the following gradation limits:

| Sieve Size | Percent Passing |
|---|---|
| 3/8 inch | 100 |
| No. 4 | 85 - 100 |
| No. 16 | 45 - 80 |
| No. 50 | 10 - 30 |
| No. 100 | 0 - 10 |
| No. 200 | 0 - 3 |

2.10 MULCHES TOPDRESSING

Free from noxious weeds, mold, or other deleterious materials.

2.10.1 Inert Mulch Materials

Crushed (decomposed) granite chips.

2.10.2 Organic Mulch Materials

Ground or shredded bark ranging in size from 1/4" minimum to 3/4" maximum.

2.11 TRUNK WRAPPING MATERIAL

Two thicknesses crinkled paper cemented together with bituminous material, minimum4 inch width, with stretch factor of 33 1/3 percent. Tying material shall be 3 ply, lightly tarred medium or coarse sisal yarn twine.

2.12 STAKING AND GUYING MATERIAL

2.12.1 Staking Material

2.12.1.1 Tree Support Stakes

Rough sawn hard wood free of knots, rot, cross grain, bark, long slivers, or other defects that impair strength. Stakes shall be minimum2 inches square or2 1/2 inch diameter by8 feet long, pointed at one end. Paint or stain wood stakes dark brown.

2.12.1.2 Ground Stakes

2 inches square are by3 feet long, pointed at one end.

2.12.2 Guying Material

2.12.2.1 Guying Wire

12 gage annealed galvanized steel, ASTM A 580/A 580M.

2.12.2.2 Guying Cable

Minimum five-strand,3/16 inch diameter galvanized steel cable plastic coated.

2.12.3 Hose Chafing Guards

New or used 2 ply3/4 inch diameter reinforced rubber or plastic hose, black or dark green, all of same color.

2.12.4 Flags

White surveyor's plastic tape, 1/2 inch diameter PVC pipe 12 inches long, fastened to guying wires or cables.

2.12.5 Turnbuckles

Galvanized or cadmium-plated steel with minimum3 inch long openings fitted with screw eyes. Eye bolts shall be galvanized or cadmium-plated steel with one inch diameter eyes and screw length1 1/2 inches, minimum.

2.12.6 Deadmen

14 by 8 inch rectangular or8 inch diameter by36 inch long, pinewood material.

2.12.7 Metal Anchors

2.12.7.1 Driven Anchors

Malleable iron, arrow shaped, galvanized, sized as follows:

| Tree Caliper | Anchor Size |
|---|---|
| 2 inches and under | 3 inches |
| 3 to 6 inches | 4 inches |
| 6 to 8 inches | 6 inches |
| 8 to 10 inches | 8 inches |
| 10 to 12 inches | 10 inches |

2.12.7.2 Screw Anchors

Steel, screw type with welded-on3 inch round helical steel plate, minimum 3/8 inch diameter,15 inches long.

2.13 EDGING MATERIAL

2.13.1 Wood Edging

Redwood wood edging shall be free of solvent at time of delivery. Minimum8 by 1/2 inch. Anchoring stakes shall be the same material as wood edging,1/2 by 2 inches,12 inches long.

2.13.2 Metal Edging

Galvanized steel or aluminum with slots for stakes and1/4 inch thick by 5 inch deep in20 foot lengths. Treat steel edging with rust preventative and factory finish in color black. Anchoring stakes shall be tapered galvanized steel with same finish as metal edging,16 to 18 inches long.

2.13.3 Plastic Edging

Black 5 inch deep by 1/4 inch thick in20 foot length heavy-duty edging Dimensions indicated are minimum. Plastic edging shall have a recycled-content level of 30-100 percent recovered materials.

2.13.4 Concrete Edging

6 by 6 by inch concrete mowstrip. Provide tooled contraction joints to a depth of3/4 inch after the surface has been finished. Provide joints 5 lineal feet. Provide1/2 inch thick expansion joints at change of direction and where mowstrip abuts rigid pavement. Provide #4 reinforcement bar and other devices necessary to install and secure reinforcement. Provide a floated finish, then finish with a flexible bristle broom. 2500 psi compressive concrete strength at 28 days as specified under Section 03300, "Cast-In-Place Concrete."

2.14 ANTIDESICCANTS

Sprayable, water insoluble vinyl-vinledine complex which produce a moisture retarding barrier not removable by rain or snow. Film shall form at

temperatures commonly encountered out of doors during planting season and have a moisture vapor transmission rate (MVT) of the resultant film of maximum 10 grams per 24 hours at 70 percent humidity.

## 2.15 EROSION CONTROL MATERIALS

### 2.15.1 Net

Heavy, twisted jute mesh, plastic net, biodegradable paper fabric with twisted yarns, or standard weave burlap.

### 2.15.2 Blanket

Fiber.

## 2.16 ROOT CONTROL BARRIER

Linear barrier with integral vertical root deflecting ribs constructed of ultraviolet resistant polypropylene material. Color to be black.

## 2.17 WATER

Source of water to be approved by Contracting Officer and suitable quality for irrigation.

## 2.18 SOURCE QUALITY CONTROL

The Contracting Officer will inspect plant materials at the project site and approve them. Tag plant materials for size and quality.

# PART 3 EXECUTION

## 3.1 EXTENT OF WORK

Provide soil preparation, fertilizing, tree, shrub, vine, groundcover planting, edging, staking and guying, weed control fabric, and root control barrier installation and a mulch topdressing of all newly graded finished earth surfaces, unless indicated otherwise, and at all areas inside or outside the limits of construction that are disturbed by the Contractor's operations.

## 3.2 PREPARATION

### 3.2.1 Layout

Stake out approved plant material locations and planter bed outlines on the project site before digging plant pits or beds. The Contracting Officer reserves the right to adjust plant material locations to meet field conditions.

### 3.2.2 Soil Preparation

Provide off-site topsoil where required to meet indicated finish grade. After areas have been brought to indicated finish grade, incorporate fertilizers, pH adjusters, soil conditioners into soil to a minimum depth of 6 inches by disking, harrowing, tilling or other method approved by Contracting Officer. In planting areas where topsoil has been added to meet finish grades, thoroughly mix subgrade and topsoil to a depth of8 inches by disking, harrowing, tilling or other method approved by

Contracting Officer. Remove debris and stones larger thanone inch in any dimension remaining on the surface after tillage. Correct irregularities in finished surfaces to eliminate depressions. Protect finished topsoil areas from damage by vehicular or pedestrian traffic.

3.2.2.1 pH Adjuster Application Rates

Apply pH adjuster at rates as determined by laboratory soil analysis of the soils at the job site. For bidding purposes only apply at rates for the following:

Iron pounds per 1000 square feet.

3.2.2.2 Soil Conditioner Application Rates

Apply soil conditioners at rates as determined by laboratory soil analysis of the soils at the job site. For bidding purposes only apply at rates for the following:

Compost Derivatives6 cubic yards per 1000 square feet.

3.2.2.3 Fertilizer Application Rates

Apply fertilizer at rates as determined by laboratory soil analysis of the soils at the job site. For bidding purposes only apply at rates for the following:

Synthetic 6-20-20 Fertilizer 20 pounds per 1000 square feet.
Single super-phosphate (0-20-0) Fertilizer 20 pounds per 1000 square feet.

3.2.3 Plant Bed Preparation

Prior to excavating for plant pits, the area shall conform to the lines and grades shown. Verify location of underground utilities. Repair any damage done to utility lines shown. If utility lines not shown on the drawings are encountered, notify the Contracting Officer immediately. If lawns have been established prior to planting operations, cover the surrounding turf before excavations are made. Dig plant pits so that pits have vertical sides and flat bottoms. When pits are dug with an auger and sides of plant pits become glazed, scarify the glazed surface. Minimum allowable dimensions of plant pits shall be as indicated. Install plant material as specified in paragraph entitled "Plant Installation."

3.2.3.1 Ball Diameter12 Inches or Less

Balled, potted or container plants with ball or container12 inches or less in diameter, excavate pits at least twice as large in diameter and6 inches deeper than the size of ball or container. Ground cover in2 to 3 inch pots shall require pits 4 inches deeper than the size of the container.

3.2.3.2 Ball Diameter Greater Than 12 Inches

Balled, potted or container plants, with ball or container greater than12 inches in diameter, excavate pits at least twice as large in diameter and 6 inches deeper than the size of ball or container.

3.2.3.3 Trees

Excavate pits at least 36 inches larger in diameter and 12 inches deeper than the size of ball or spread of the root system.

3.2.4 Earth Mounded Watering Basin

Form with topsoil around each plant by placing a mound of topsoil around the edge of each plant pit. Watering basins shall be6 inches deep for trees and4 inches deep for shrubs. Construct watering basin in a4 1/2 foot diameter circle around specimen (not planted in a close group) trees and shrubs.

3.2.5 Root Control Barrier

Install linear polypropylene barrier a minimum1/2 inch above finish grade to prevent root growth over the barrier. Backfill the outside of the barrier with3/4 to one gravel a minimum width of2 inches. For linear barrier application use appropriate device to connect two pieces.

3.2.6 Subsoil Drainage for Plant Pits and Beds

Provide as indicated. Lay perforated drain pipe with perforations down. Backfill trenches as specified in Section 02302, "Excavation, Backfilling, and Compacting for Utilities."

3.3 PLANT INSTALLATION

3.3.1 Handling and Setting

Move plant materials only by supporting the container. Set plants on hand compacted layer of prepared backfill soil mixture6 inches thick and hold plumb in the center of the pit until soil has been tamped firmly around root ball. Set plant materials, in relation to surrounding finish grade, oneinch above the depth at which they were grown in the nursery, collecting field or container. Replace plant material whose root balls are cracked or damaged either before or during the planting process.

3.3.1.1 Mulch Topdressing

Provide mulch topdressing over entire planter bed surface including earth mound watering basin around plants to a depth of3 inches after completion of plant installation and before watering. Keep mulch out of the crowns of shrubs. Place mulch a minimum3 to 4 inches away from trunk of shrub or tree.

3.3.2 Container Grown Stock

Remove from container and prevent damage to plant or root system. Cut root ball vertically in two to three places with sharp knife before planting.

3.3.3 Ground Covers and Vines

Smooth planting areas before planting to provide even, smooth finish. Plant after placing weed control fabric and mulch topdressing. Do not remove plant material from flats or containers until immediately before planting. Space at the intervals indicated. Plant at a depth to sufficiently cover all roots. Start watering areas planted as required by temperature and wind conditions. Apply water at a rate sufficient to ensure thorough wetting of soil to a depth of6 inches without run off. Add mulch topdressing as needed.

3.3.4 Fertilization

Place fertilizer planting tablets evenly spaced around the plant pits to the manufacturer's recommended depth at the following rate: 2 per 1 gallon can; 3 per 5 gallon can; 4 per 15 gallon can; specimen trees-3 per inch of caliper

3.4 FINISHING

3.4.1 Edging

Uniformly edge beds of individual plants to provide a clear cut division line between planted area and adjacent turf areas. Form bed shapes as indicated. Make individual plant pits circular in shape. Install edging materials as specified.

3.4.2 Mulching

Provide mulching materials at other indicated locations to a depth of3 inches. Keep mulch off buildings, sidewalks, roadways, light standards, and other structures.

3.4.2.1 Placing Inert Mulch Topdressing

Install weed control fabric with edges lapped6 to 12 inches to receive inert mulch topdressing. Punch a grid of1/4 inch holes for drainage in the black polyethylene membraneone foot on center over entire area. Spread mulch topdressing to a depth of 3 inches.

3.4.3 Erosion Control Material

Install in accordance with manufacturer's instructions.

3.4.4 Installation of Edging

Uniformly edge beds of plants to provide a clear cut division line between planted area and adjacent lawn. Construct bed shapes as indicated. Install edging material as specified. Install edging with minimumone inch left above ground level.

3.4.5 Weed Control Fabric Installation

Remove grass and weed vegetation, including roots, from within the area enclosed by edging. Completely cover areas enclosed by edging with specified polypropylene weed control fabric. Overlap cut edges6 inches.

3.4.6 Placement of Mulch Topdressing

Place specified mulch topdressing on top of weed control fabric covering total area enclosed by edging. Place mulch topdressing to a depth of3 inches.

3.4.7 Wrapping

Tie trunk wrapping material to trunks of deciduous trees with specified material within the next full working day after planting. Contracting Officer will inspect the trunks of deciduous trees for physical damage, insect infestation, or disease, and determine required treatment or

rejection prior to wrapping operation. Begin wrapping at base and extend to first branches. Overlap wrapping half the width of underlying wrap and securely tie at top, bottom, and18 inch maximum intervals with twine.

3.4.8 Staking and Guying

3.4.8.1 Staking

Stake items with the number of stakes indicated on the drawings.

3.4.8.2 Guying

Guy items items as detailed on the drawings.

3.4.8.3 Chafing Guards

Use hose chafing guards, as specified where guy wires will contact the plant.

3.4.8.4 Deadmen

Place deadmen minimum18 inches below ground surface. Place equal distance from tree trunk and around the plant pit.

3.4.8.5 Wood Ground Stakes

Drive wood ground stakes into firm ground outside of plant pit with top of stake flush with ground. Place equal distance from tree trunk and around the plant pit.

3.4.8.6 Iron Anchors

Drive malleable iron anchors into firm ground outside of plant pit a minimum 30 inches below finish grade. Place equal distance from tree trunk and around the plant pit.

3.4.8.7 Steel Screw Anchors

Insert steel screw anchors as recommended in manufacturer's data. Place equal distance from tree trunk and around the plant pit.

3.4.8.8 Flags

Securely fasten flags on each guy wire approximately two-thirds of the distance up from ground level.

3.4.9 Pruning

Prune in accordance with safety requirement of ANSI Z133.1.

3.4.9.1 Trees and Shrubs

Remove dead and broken branches. Prune to correct structural defects only. Retain typical growth shape of individual plants with as much height and spread as practical. Do not cut central leader on trees. Make cuts with sharp instruments flush with branch collars so that collars remain in place. Do not flush with trunk or adjacent branches requiring collars to be removed.

3.4.9.2 Wound Dressing

Do not apply tree wound dressing to cuts.

-- End of Section --

SECTION 02935

# LANDSCAPE MAINTENANCE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

#### 1.2.1 Pesticide

Fumigant, herbicide, insecticide, fungicide and rodenticide.

### 1.3 Stand of Wildflowers

95 percent ground cover of the established species.

### 1.4 RELATED REQUIREMENTS

Section 02811, "Irrigation Sprinkler System" applies to this section for installation of irrigation equipment requirements, with additions and modifications herein.

Section 02930, "Exterior Plants" applies to this section for installation of trees, shrubs, ground cover, vines, wildflower, mulch topdressing, staking and guying and weed barrier requirements, with additions and modifications herein.

### 1.5 SUBMITTALS

Submit the following in accordance with Section 01330, "Submittal Procedures."

SD-03 Product Data

Fertilizer; G

Pesticides; G

Antidessicants; G

Plant growth regulators; G

Include physical characteristics, application instructions and recommendations.

SD-06 Test Reports

Topsoil composition tests

SD-08 Manufacturer's Instructions

Pesticides

Antidessicants

Plant growth regulators

## 1.6 DELIVERY, STORAGE AND HANDLING

### 1.6.1 Delivery

#### 1.6.1.1 Fertilizer, Gypsum, Iron Delivery

Deliver to the site in original containers bearing manufacturer's chemical analysis, name, trade name, or trademark, and indication of conformance to state and federal laws. Instead of containers, fertilizer, gypsum may be furnished in bulk with a certificate indicating the above information.

#### 1.6.1.2 Pesticide Delivery

Deliver to the site in original containers with legible label indicating Environmental Protection Agency (EPA) registration number and manufacturer's registered uses.

### 1.6.2 Storage

#### 1.6.2.1 Fertilizer, Gypsum, Iron, Mulch Storage

Store in dry locations away from contaminants.

#### 1.6.2.2 Pesticides, Antidessicants, Plant Growth Regulators Storage

Do not store with other maintenance material. Store herbicides "downwind," relative to the airflow in the storage building, from other pesticides.

### 1.6.3 Handling

Do not drop or dump materials from vehicles.

## 1.7 QUALITY ASSURANCE

### 1.7.1 Topsoil composition Tests

Perform tests as specified in DOA SSIR.

# PART 2 PRODUCTS

## 2.1 PH ADJUSTERS

### 2.1.1 Iron

100 percent elemental

## 2.2 SOIL CONDITIONERS

Prior to use of soil conditioners, perform tests of on-site topsoil to determine its suitability and the possible need of soil conditioners. Soils test may have already been performed under section 02930 Exterior Plants. If so reference those soils tests for recommendations. If not, perform soils tests per 02930 Exterior Plants.

2.2.1 Sand

Clean and free of materials harmful to plants.

2.2.2 Composted Derivatives

Ground bark, nitrolized sawdust, humus or other green wood waste material free of stones, sticks, and soil stabilized with nitrogen and having the following properties:

2.2.2.1 Particle Size

Minimum percent by weight passing:

No. 4 mesh screen 95
No. 8 mesh screen 80

2.2.2.2 Nitrogen Content

Minimum percent based on dry weight:

Fir Sawdust 0.7
Fir or Pine Bark 1.0

2.2.3 Gypsum

Coarsely ground gypsum comprised of calcium sulfate dihydrate 91 percent, calcium 22 percent, sulfur 17 percent; minimum 96 percent passing through20 mesh screen, 100 percent passing thru16 mesh screen.

2.3 FERTILIZER

Prior to use of fertilizers, perform tests of on-site topsoil to determine its suitability and the possible need of soil conditioners. Soils test may have already been performed under section 02930 Exterior Plants. If so reference those soils tests for recommendations. If not, perform soils tests per 02930 Exterior Plants.

2.3.1 Post-Plant Fertilizer Mixture

Fertilizer mixtures not to exceed one percent granular dust, as specified below.

2.3.1.1 Planter Bed/Slope Fertilizer "A"

For spring and summer seasons use an organic or synthetic, granular fertilizer containing the following minimum percentages, by weight, or plant food nutrients:

6 percent available nitrogen
20 percent available phosphorus
20 percent available potassium

2.3.1.2 Planter Bed/Slope Fertilizer "B"

For spring and summer seasons use an organic or synthetic, granular fertilizer controlled slow release type, containing the following minimum percentages, by weight, or plant food nutrients:

6 percent available nitrogen
20 percent available phosphorus
20 percent available potassium

2.4 WATER

Source of water to be approved by Contracting Officer, suitable quality for irrigation.

2.5 ANTIDESSICANTS

Sprayable, water insoluble vinyl-vinledine complex which produce a moisture retarding barrier not removable by rain or snow. Film shall form at temperatures commonly encountered out of doors during planting season and have a moisture vapor transmission rate (MVT) of the resultant film of maximum10 grams per 24 hours at 70 percent humidity.

2.6 PLANT GROWTH REGULATORS

Sprayable, foliar absorbed non-translocatable liquid suppressant which reduces and inhibits plant growth. Do not apply thru an irrigation system. Utilized for reduction of plant growth (i.e.: frequency of mowing, trimming and pruning in turf and shrub species.

2.7 ORGANIC MULCH MATERIALS

Ground or shredded bark ranging in size from 1/4" minimum to 3/4" maximum.

2.8 PESTICIDES

Fumigant, Herbicide, Insecticide, Fungicide, and Rodenticide: EPA registered and approved. Furnish for preemergence and postemergence application for crabgrass control and broadleaf weed control. Comply with Federal Insecticide, Fungicide, and Rodenticide Act (Title 7 U.S.C. Section 136) for requirements on contractor's licensing, certification, and record keeping. Contractor to keep records of all pesticide applications and forward data monthly to Contracting Officer. Submit record keeping format to Contracting Officer for approval. Contact the Installation Pest Control Coordinator prior to starting work.

PART 3 EXECUTION

3.1 EXTENT OF WORK

Provide landscape construction maintenance to include irrigation equipment cleaning and adjustments, mowing, edging, overseeding, rolling, aeration, fertilizing, watering, weeding, pruning, stake and guy adjusting, and pesticide application for all newly installed and renovated landscape areas and existing plant material, unless indicated otherwise, and at all areas inside or outside the limits of the construction that are disturbed by the Contractor's operations.

## 3.2 IRRIGATION ESTABLISHMENT PERIOD

Irrigation establishment period will commence on the date that inspection by the Contracting Officer shows that the new and/or repaired irrigation equipment furnished under this contract have been satisfactorily installed and is functional and shall continue for a period of 90 days.

### 3.2.1 Maintenance During the Irrigation Establishment Period

Begin maintenance immediately after irrigation equipment has been installed and is functional. Inspect irrigation equipment at least once a week during the installation and establishment period and perform needed maintenance promptly.

### 3.2.2 Irrigation Equipment and System Maintenance

The Contractor shall provide all necessary maintenance and repair to ensure proper operation of the irrigation system and its components. Irrigation systems are designed so that only one irrigation control valve in a multiple valve connection can be in operation at one time. Operation of more than one valve, in any single system, at the same time will result in improper and insufficient water distribution. All hoses or portable irrigation equipment, upon completion of watering each day shall be cleaned up, removed from the site and stored in a proper fashion. Use of portable equipment shall be provided at no additional cost to the Government. In the event that the main water supply connected to a system is completely shut down on a temporary or permanent basis the Contractor shall provide water by portable tanker or water truck or from the closest water source. If hosebibs from buildings are utilized for water sources, Contractor shall provide a hosebib backflow preventer for each connection between the hose and hosebib.

#### 3.2.2.1 Irrigation Sprinkler Head Maintenance

Inspection of irrigation sprinkler heads shall done per week to ensure correct adjustment, repair and position to prevent water from spraying into doorways, windows, buildings, parked cars, parking areas, or to impede vehicular or pedestrian traffic. Sprinkler heads shall be removed and cleaned out if dirt or other debris is causing the a malfunction or poor distribution of water. Any foreign obstruction surrounding the sprinkler heads that impairs or prevents proper coverage or operation shall be removed. Trim grass and remove debris from and around sprinkler heads as required. Cut outs or well depressions are not permitted around sprinkler heads to aid performance. Repair, broken risers, fittings, and breaks in lateral and main lines. Adjust and realign risers as needed. Clean all drip filters and sprinkler head inlet filter screens.

#### 3.2.2.2 Automatic Controllers

Maintain, program and repair all Automatic Controllers. Electrical connections and wiring between automatic control and flush valves shall be maintained to operate as intended. Ensure that battery back-up is fully functional and recharging correctly. Automatic controllers not equipped with rain shut-off sensors shall be turned off during periods of rain that exceed twelve hours of continuous rainfall in one day or during rain storms of one day or more. Once the rain has subsided timers shall be reactivated. Irrigation controllers shall be inspected and reprogrammed after power outages.

3.2.2.3 Valves

Clean and adjust manual, automated control valves, wye strainers, pressure regulators, auto flush valves, and rain shut-off devices. Repair or replace defective or malfunctioning manual and automatic control valves (including valve box and lid), solenoids, quick coupler valves and backflow prevention devices.

3.2.2.4 Backflow Prevention Devices

The Contractor shall inspect and test all backflow preventers to ensure proper operation and submit reports in compliance with Federal, State and Local Health and Safety Codes. Inspection and testing shall be performed by persons who have been certified by the American Water Works Association. Testing shall be provided once at the beginning of the irrigation establishment period and inspections occurring monthly for newly installed units. The format of the test report shall be as required by the local water authority or government utility department. The original and two copies of the report once complete shall be submitted to the Contracting Officer.

3.2.2.5 Replacement Parts or Components

All irrigation repairs and/or replacement parts or components furnished by the Contractor shall be equal or better in quality than items being repaired or replaced and shall be fully compatible in equipment material and design.

3.2.3 Water Restrictions

The Contractor shall abide by state, local or other water conservation regulations in force during the establishment period. Automatic controller shall be adjusted to comply with the water conservation regulations schedule.

3.2.4 Fire Hydrants

To use a fire hydrant for irrigation, the Contractor shall obtain prior clearance from the Contracting Officer and provide the tools and connections approved for use on fire hydrants. If a fire hydrant is used, Contractor shall provide a reduced pressure backflow preventer for each connection between hose and fire hydrant. Backflow preventer used shall be tested once per month by a certified backflow preventer tester.

3.2.5 Final Acceptance

Operation and coverage test is acceptable if system operates through at least one complete cycle for areas to be irrigated and all leaks or repairs have been completed.

3.2.6 Controller Charts

Provide one chart for each controller supplied. Indicate in chart area controlled by the automatic controller. The chart is a reduction of the actual plans that will fit the maximum dimensions inside the controller housing. Use a black line print for the chart and a different pastel or transparent color to indicate each station zone of coverage. After chart is completed and approved for final acceptance, seal chart between two 20 mil pieces of clear plastic.

### 3.2.7 Remedial Work

Remedial measures directed by the Contracting Officer to ensure all irrigation system and equipment repairs and adjustments for plant material survival and healthy growth have been completed.

### 3.2.8 Policing

The Contractor shall police all landscaped areas. Policing includes removal of leaves, branches and limbs regardless of length or diameter, dead vegetation, paper, trash, cigarette butts, garbage, rocks or other debris. Policing shall extend to both sides of fencing or walls. Collected debris shall be promptly removed and disposed of at an approved disposal site.

### 3.2.9 Drainage System Maintenance

The Contractor shall remove all obstructions from surface and subsurface drain lines to allow water to flow unrestricted in swales, gutters, catch basins, storm drain curb inlets, and yard drains. Remove grates and clear debris in catch basins. Open drainage channels are to be maintained free of all debris and vegetation at all times. Edges of these channels shall be clear of any encroachment by vegetation.

### 3.2.10 Final Inspection and Acceptance

Final inspection will be make upon written request from the Contractor at least 10 days prior to the last day of the turf establishment period. Final acceptance will be based upon a satisfactory stand of turf.

## 3.3 EXTERIOR PLANT (PLANTER BED) ESTABLISHMENT PERIOD

Planter Bed establishment period will commence on the date that inspection by the Contracting Officer shows that the new plants furnished under this contract has been satisfactorily installed and shall continue for a period of 90 days.

### 3.3.1 Maintenance During the Planter Bed Establishment Period

Begin maintenance immediately after plants have been installed. Inspect planter bed areas at least once a week during the installation and establishment period and perform needed maintenance promptly.

### 3.3.2 Promotion of Plant Growth

Water, prune, fertilize, mulch, adjust stakes, guys and turnbuckles, re-wrap, eradicate weeds and perform other operations necessary to promote plant growth.

### 3.3.3 Planter Bed Maintenance

Planter beds shall be weeded, fertilized, dead flower stalks and seed heads removed, and mulch levels maintained. A plant bed is defined as an area comprised of trees, shrubs, vines, wildflowers, perennials, ground cover, and a mulch topdressing. Planter beds shall be kept weed, turf and pest free. Ground covers shall not be allowed to grow into vines, perennials, shrubs or trees.

3.3.3.1 Ground Cover Maintenance

Herbaceous and woody ground cover shall be trimmed, pruned, irrigated, and fertilized to present a healthy and manicured appearance. Ground cover will not be allowed to encroach into turf areas. A definite break shall be maintained between turf and ground cover. In areas where ground cover and shrubs, vines and wildflowers are planted together the ground cover shall not be allow to grow onto or other wise dominate the planter bed area. Ground cover will not be allowed to grow onto or into, and be removed from both sides of fences, ditches, gutters, paved areas, buildings, walls, trees, shrubs and storm drains.

3.3.3.2 Shrub and Hedge Maintenance

Shrubs and hedges shall be trimmed and pruned for health, safety, and aesthetic appearance. Hedges are categorized as formal and informal. Hedge type will be identified by the Contracting Officer prior to pruning. Shrubs or shrub masses not identified as hedges shall be pruned to evenly form and balance a plant to its natural growth characteristics. Water shoots, suckers, and branches of shrubs not conforming to desired shape and size shall be removed. A formal hedge shall be treated as a continuous row of plant material with no gaps or voids. Formal hedges shall be pruned to shape and control the size and growth pattern. The maximum height shall not exceed 4 feet. The minimum height shall be 2 feet. The base shall be slightly broader than the top, sides gradually sloped in from bottom to top. Hedge growth shall be maintained continuous from top to ground level with no voids or gaps. An informal hedge shall be treated as a continuous row of plant material with no gaps of voids. Informal hedges shall be pruned to shape and control size and growth pattern. The maximum height shall not exceed 4 feet. The minimum height shall be 2 feet. Informal pruning shall leave hedges evenly formed and balanced to its natural growth characteristics. Water shoots, suckers and branches not conforming to desired shape and size shall be removed. Hedge growth shall be maintained continuous from top to ground level with no voids or gaps.

3.3.3.3 Shrub and Hedge Selective Maintenance

In addition to the above requirements, shrubs and hedges shall be selectively pruned, and shaped for health and safety when the following conditions exist. Remove growth in front of windows, over entrance ways or walks, and any growth which will obstruct vision at street intersections. Remove dead, damaged or diseased branches or limbs. Shrub and hedge growth obstructs pedestrian walkways. Shrub and hedge growth found growing against or over structures. All pruning debris shall be disposed of in a proper manner.

3.3.3.4 Shrub Irrigation

All earth mound watering basins around the base of shrubs and hedges intended to retain water for proper irrigation shall be maintained in good condition to permit the most efficient application of water and reduce waste.

3.3.3.5 Tree Maintenance

Tree maintenance includes adjustment of stake ties, guy supports and turnbuckles, watering, fertilizing, pest control, pruning for health and safety and fall leaf cleanup. Stakes, ties, guy supports and turnbuckles shall be inspected and adjusted to avoid girdling and promote natural

development. All trees within the project boundaries, regardless of caliper, shall be selectively pruned for safety and health reasons. These include but are not limited to removal of dead and broken branches, correction of structural defects, or whenever the following conditions exist. Remove diseased wood, or structurally weak limbs that may cause a safety hazard. Remove branches that extend over buildings and endanger roofs and infront of windows and which obstruct traffic signs or street intersections. Provide clearance for buses, moving vans and similar vehicles along streets. Prune trees according to their natural growth characteristics leaving trees well shaped and balanced. Pruning of all trees including palm trees shall be accomplished by or in the presence of a certified member of the International Society of Arboriculture and in accordance with ANSI Z133.1. All pruning debris generated shall be disposed of in a proper manner.

3.3.3.6 Tree Irrigation

All earth mound watering basins around the base of individual trees or clumps of trees intended to retain water in place for proper irrigation shall be maintained in a good condition to permit the most efficient application of water and reduce waste.

3.3.4 Water Restrictions

The Contractor shall abide by state, local or other water conservation regulations in force during the establishment period. Automatic controllers shall be adjusted to comply with the water conservation regulations schedule.

3.3.5 Planter Bed Post-Fertilizer Application

Apply fertilizer in a manner that promotes health, growth, color and appearance of newly installed planter bed areas. The method of application, fertilizer type and frequencies shall be determined by the laboratory soil analysis result and recommendations of the soils at the site. Organic fertilizer shall be used. In the event that organic fertilizer is not producing the desired effect, the Contractor shall contract the Contracting Officer, in writing, for approval prior to the use of a non-organic type of fertilizer. Fertilizer shall be applied by approved methods in accordance with the manufacturer's recommendations. For bidding purposes only apply at rates for the following:

Fertilizer "A" 15 pounds per 1000 square feet at intervals of every 6 weeks.

Fertilizer "B" (controlled time release) per manufacturers interval and recommended rate.

3.3.6 Policing

The Contractor shall police all landscaped areas. Policing includes removal of leaves, branches and limbs regardless of length or diameter, dead vegetation, paper, trash, cigarette butts, garbage, rocks or other debris. Policing shall extend to both sides of fencing or walls. Collected debris shall be promptly removed and disposed of at an approved disposal site.

3.3.7 Slope Erosion Control Maintenance

The Contractor shall provide slope erosion control maintenance to prevent

undermining of all slopes in newly landscaped and natural growth areas. Maintenance tasks include immediate repairs to weak spots in sloped areas, immediate repair of broken irrigation risers and main and lateral lines and maintaining clean, clear culverts, an graded berms, and terraces to intercept and direct water flow to prevent development of large gullies and slope erosion and during periods of extended rainfall, irrigation systems shall be secured. Eroded areas shall be filled with amended topsoil and replanted with the same plant species. Erosion control netting blankets damaged due to slope erosion shall be reinstalled.

3.3.8 Drainage System Maintenance

The Contractor shall remove all obstructions from surface and subsurface drain lines to allow water to flow unrestricted in swales, gutters, catch basins, storm drain curb inlets, and yard drains. Remove grates and clear debris in catch basins. Open drainage channels are to be maintained free of all debris and vegetation at all times. Edges of these channels shall be clear of any encroachment by vegetation.

3.3.9 Removal of Dead Plants

Remove dead plants and provide new plants immediately and replace stakes, guys, wraps, mulch and eroded earth mound water basins. No additional plant establishment period will be required for replacement plants.

3.3.10 Tracking of Unhealthy Plants

Note plants not in healthy growing condition, as determined by the Contracting Officer, and as soon as seasonal conditions permit, remove and replace with plants of the same species and sizes as originally specified. Install replacement plantings in accordance with Section 02930 "Exterior Plants."

3.3.11 Final Inspection

Final inspection will be made upon written request from the Contractor at least 10 days prior to the last day of the planter bed establishment period.

3.3.12 Final Acceptance

Based on compliance with the following:

3.3.12.1 Total Plants on Site

Plants have been accepted and required number of replacements have been installed.

3.3.12.2 Mulching and Weeding

Planter beds and earth mound water basins are properly mulched and free of weeds.

3.3.12.3 Fertilizing

Planter beds have been fertilized as required with correct type of material and application rates.

3.3.12.4 Tree Supports

Stakes, guys and turnbuckles are in good condition.

3.3.12.5 Remedial Work

Remedial measures directed by the Contracting Officer to ensure plant material survival and promote healthy growth have been completed.

3.4 PESTICIDE APPLICATION

The Contractor shall furnish all labor, supervision, tools, materials, equipment, and transportation necessary to provide Pest Control Services as required.

3.4.1 State Licensing

The Contractor shall be licensed by the State to provide pest control in the categories in which work will be performed.

3.4.2 Licensed Applicators

All pesticide applications shall be performed by a licensed pesticide applicator. The individual must be responsible and all pesticides must be used in accordance with the Federal, state, local, and installation laws publications, and any requirements identified in attachments. All pesticides shall be procured, processed, handled, and applied in strict accordance with the manufacturer's label. All pesticides shall be registered with the U.S. Environmental Protection Agency and State.

3.4.3 Pesticide Use Inspections

Pesticide applications will be inspected by a Government designated Certified Pest Control Coordinator or trained Pest Control Quality Assurance Evaluator. The Contractor shall notify the Contracting Officer immediately, by telephone, of any inspection visits by any Federal or State enforcement officials.

3.4.4 Pesticide Approval

The Contractor shall submit to the Contracting Officer a list of pesticides "proposed for use" prior to initiation of work on the correct submission form. The Contracting Officer must approve the pesticides proposed before they can be used. Copies of the pesticide label and material safety data sheet for each pesticide proposed for use must be included. Copies of the State of business license as an applicator of pesticides and the pesticide applicators certificate in the appropriate categories must also be attached. If the Contractor wishes to use a pesticide not currently on the "list" (previously submitted), the new pesticide must be submitted to the Contracting Officer for approval on the correct submission form. Once pesticides are approved by the Contracting Officer, they can be used throughout the course of the contract provided that registration is not revoked by the EPA or the State.

3.4.5 Application and Reporting Procedure

Notify the Contracting Officer 24 hours before application. Apply pesticides in accordance with EPA label restrictions and recommendations and federal and state laws. Make daily reports to the Contracting Officer stating areas treated with each chemical, the quantity applied, and spray mixture or formulation used. The Contractor shall maintain a label book of

pesticides used, including all appropriate Material Safety Data Sheets (MSDS), and have it readily available at all times for inspection. Pesticides shall always be stored in original containers having EPA-registered labels or in containers meeting EPA label requirements.

3.4.6 Application Precautions

Apply in well ventilated areas. Avoid inhalation, injection, or spilling on clothing or skin. Wear protective clothing in accordance with manufacturer's Material Safety Data Sheet recommendations. Do not expose personnel to pesticides exceeding the exposure levels recommended in the most stringent of the following: OSHA, 29 CFR 1910-SUBPART Z, or the manufacturer's material safety data sheet. If excessive exposures are unavoidable, use respirators approved by the National Institute for Occupational Safety and Health for protection from pesticides. Conform to the selection and usage guidance in ANSI Z88.2.

3.4.7 Hydraulic Equipment

For liquid application of chemicals, hydraulic equipment shall have leakproof tanks and a positive agitation method. Calibrate and meter equipment so that application of chemicals in specified amounts can be determined. Provide equipment with gages and valves capable of maintaining constant application pressures. Use application equipment appropriate for the nature and size of work, that is clean, calibrated, and in proper operational condition. Never leave equipment unattended during filling, and during application usage.

3.4.8 Personnel Injury and Property Damage Prevention

Apply in a manner to prevent injury to personnel, and damage to property, from either direct spray, or drifting of chemicals both on and off Government property.

3.4.9 Pesticide Disposal

The Contractor shall dispose of all excess pesticides, pesticide rinse water, empty pesticide containers, and any pesticide contaminated article in accordance with the label, applicable State and Federal regulations and with Section 01575, "Temporary Environmental Controls." Pesticides, pesticide containers, pesticide residue, pesticide rinse water, or any pesticide contaminated articles shall not be disposed of on the installation or on any Federally owned property. However, rinse water may be used as diluent for the formulation of the same pesticide.

3.4.10 Pesticide Spills, Clean Up and Decontamination

The Contractor shall be responsible for proper reporting, clean up and decontamination of pesticide spills, as required by EPA and State Laws and Regulations. All spills shall be immediately reported to the Contracting Officer.

-- End of Section --

SECTION 03300

# CAST-IN-PLACE CONCRETE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

a. "Cementitious material" as used herein shall include all portland cement, pozzolan, fly ash, ground iron blast-furnace slag, and silica fume.

b. "Exposed to public view" means situated so that it can be seen from eye level from a public location after completion of the building. A public location is accessible to persons not responsible for operation or maintenance of the building.

### 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Formwork

Reinforcing steel

SD-03 Product Data

Materials for curing concrete

Joint sealants

Joint filler

Vapor barrier

Waterstops

SD-04 Samples

Slab finish sample

SD-05 Design Data

Concrete mix design

In recognition of the soils report as prepared by Treadwell & Rollo for this project, the Design-Build team shall retain a Corrosion Engineer Specialist to provide recommendations regarding mitigation of the effects of the corrosive soil on the concrete reinforcing. These recommendations shall be incorporated into the concrete mix design for all native soil in contact with the concrete piers, pier caps, grade beams, and footings. It shall not be required for interior or exterior slabs on grade, or other incidental concrete. The mitigation efforts shall provide protection of the reinforcing from onset of corrosion over the life of the building (50 years).

Thirty days minimum prior to concrete placement, submit a mix design for each strength and type of concrete. Submit a complete list of materials including type; brand; source and amount of cement, fly ash, pozzolans, silica fume, ground slag, and admixtures; and applicable reference specifications. Provide mix proportion data using at least three different water-cement ratios for each type of mixture, which will produce a range of strength encompassing those required for each class and type of concrete required. If source material changes, resubmit mix proportion data using revised source material. No material shall be provided unless proven by trial mix studies to meet the requirements of this specification, unless otherwise approved in writing by the Contracting Officer. The submittal shall clearly indicate where each mix design will be used when more than one mix design is submitted. Submit additional data regarding concrete aggregates if the source of aggregate changes. In addition, copies of the fly ash and pozzolan test results shall be submitted. The approval of fly ash, and pozzolan tests results shall have been within 6 months of submittal date. Obtain acknowledgement of receipt prior to concrete placement.

Calculations

SD-06 Test Reports

Concrete mix design

Fly ash

Pozzolan

Ground iron blast-furnace slag

Aggregates

Compressive strength tests

SD-07 Certificates

Pumping concrete

Finishing plan

Form removal schedule

1.4 MODIFICATION OF REFERENCES

Accomplish work in accordance with ACI publications except as modified herein. Consider the advisory or recommended provisions to be mandatory, as though the word "shall" had been substituted for the words "should" or "could" or "may," wherever they appear. Interpret reference to the "Building Official," the "Structural Engineer," and the "Architect/Engineer" to mean the Contracting Officer.

## 1.5 DELIVERY, STORAGE, AND HANDLING

Do not deliver concrete until vapor barrier, forms, reinforcement, embedded items, and chamfer strips are in place and ready for concrete placement. ACI 301 for job site storage of materials. Protect materials from contaminants such as grease, oil, and dirt. Ensure materials can be accurately identified after bundles are broken and tags removed.

### 1.5.1 Reinforcement

Store reinforcement of different sizes and shapes in separate piles or racks raised above the ground. Protect from contaminants such as grease, oil, and dirt. Ensure bar sizes can be accurately identified after bundles are broken and tags removed.

## 1.6 QUALITY ASSURANCE

### 1.6.1 Design Data

#### 1.6.1.1 Formwork Calculations

ACI 347R. Include design calculations indicating arrangement of forms, sizes and grades of supports (lumber), panels, and related components. Furnish drawings and calculations of shoring and reshoring methods proposed for floor and roof slabs, spandrel beams, and other horizontal concrete members.

### 1.6.2 Drawings

#### 1.6.2.1 Formwork

Drawings showing details of formwork including; joints, supports, studding and shoring, and sequence of form and shoring removal.

#### 1.6.2.2 Reinforcing Steel

ACI 315. Indicate bending diagrams, assembly diagrams, splicing and laps of bars, shapes, dimensions, and details of bar reinforcing, accessories, and concrete cover. Do not scale dimensions from structural drawings to determine lengths of reinforcing bars.

### 1.6.3 Control Submittals

#### 1.6.3.1 Curing Concrete Elements

Submit proposed materials and methods for curing concrete elements.

#### 1.6.3.2 Pumping Concrete

Submit proposed materials and methods for pumping concrete. Submittal shall include mix designs, pumping equipment including type of pump and

size and material for pipe, and maximum length and height concrete will be pumped.

Provide statement that the manufacturer's representative will be present at mix plant to ensure proper mix, including high range water reducer, and batching methods during the first 3 days of concrete mix preparation and placement. After which the manufacturer's representative shall designate a representative at the concrete producer's plant to ensure the concrete mix procedures meet the silica fume manufacturer's recommendations.

1.6.3.3 Finishing Plan

The contractor shall submit proposed material and procedures to be used in obtaining the finish for the 1st and 2nd floors. Include qualification of person to be used for obtaining floor tolerance measurement, description measuring equipment to be used, and sketch showing lines and locations the measuring equipment will follow.

1.6.3.4 Form Removal Schedule

Submit schedule for form removal indicating element and minimum length of time for form removal.

1.6.3.5 Material Safety Data Sheets

Submit Material Safety Data Sheets (MSDS) for all materials that are regulated for hazardous health effects. Prominently post the MSDS at the construction site.

1.6.4 Test Reports

1.6.4.1 Concrete Mix Design

Submit copies of laboratory test reports showing that the mix has been successfully tested to produce concrete with the properties specified and that mix will be suitable for the job conditions. The laboratory test reports shall include mill test and all other test for cement, aggregates, and admixtures. Provide maximum nominal aggregate size, gradation analysis, percentage retained and passing sieve, and a graph of percentage retained verses sieve size. Test reports shall be submitted along with the concrete mix design. Obtain approval before concrete placement.

1.6.4.2 Fly Ash and Pozzolan

Submit test results in accordance with ASTM C 618 for fly ash and pozzolan. Submit test results performed within 6 months of submittal date.

1.6.4.3 Aggregates

ASTM C 227 for potential alkali-silica reactions, ASTM C 295 for petrographic analysis.

1.6.5 Field Samples

1.6.5.1 Slab Finish Sample

Install minimum of 10 foot by 10 foot slab. Finish as required by specification.

# PART 2 PRODUCTS

## 2.1 MATERIALS FOR FORMS

Provide wood, plywood, or steel. Use plywood or steel forms where a smooth form finish is required. Lumber shall be square edged or tongue-and-groove boards, free of raised grain, knotholes, or other surface defects. Plywood: PS-1, B-B concrete form panels or better or AHA A135.4, hardboard for smooth form lining. Steel form surfaces shall not contain irregularities, dents, or sags.

## 2.2 FORM TIES AND ACCESSORIES

The use of wire alone is prohibited. Form ties and accessories shall not reduce the effective cover of the reinforcement.

### 2.2.1 Polyvinylchloride Waterstops

COE CRD-C-572.

### 2.2.2 Dovetail Anchor Slot

Preformed metal slot approximately one by one inch of not less than 22 gage galvanized steel cast in concrete. Coordinate actual size and throat opening with dovetail anchors and provide with removable filler material.

## 2.3 CONCRETE

To be completed by the Contractor's Design Build Team.

### 2.3.1 Mix Proportions for Normal Weight Concrete

Trial design batches, mixture proportioning studies, and testing requirements for various classes and types of concrete specified shall be the responsibility of the Contractor. Mixture proportions shall be based on compressive strength as determined by test specimens fabricated in accordance with ASTM C 192/C 192M and tested in accordance with ASTM C 39. Samples of all materials used in mixture proportioning studies shall be representative of those proposed for use in the project and shall be accompanied by the manufacturer's or producer's test report indicating compliance with these specifications. Trial mixtures having proportions, consistencies, and suitable for the work shall be made based on methodology described in ACI 211.1. The trial mixture shall use at least three different water-cement ratios for each type of mixture, which will produce a range of strength encompassing those required for each class and type of concrete required on the project. The maximum water-cement ratio required will be based on equivalent water-cement ratio calculations as determined by the conversion from the weight ratio of water to cement plus pozzolan, and ground granulated blast-furnace slag by weight equivalency method. Laboratory trial mixture shall be designed for maximum permitted slump and air content. Each combination of material proposed for use shall have separate trial mixture, except for accelerator or retarder use can be provided without separate trial mixture. The temperature of concrete in each trial batch shall be reported. For each water-cement ratio, at least three test cylinders for each test age shall be made and cured in accordance with ASTM C 192/C 192M and tested in accordance with ASTM C 39 for 7 and 28 days. From these results, a curve shall be plotted showing the relationship between water-cement ratio and strength for each set of trial mix studies. In addition a curve shall be plotted showing the

relationship between 7 and 28 day strengths.

PART 3 EXECUTION

To be completed by the Contractor's Design Build Team.

-- End of Section --

SECTION 05120

# STRUCTURAL STEEL

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SYSTEM DESCRIPTION

Provide the structural steel system, including shop primer, complete and ready for use. Structural steel systems including design, materials, installation, workmanship, fabrication, assembly, erection, inspection, quality control, and testing shall be provided in accordance with AISC M016 and AISC M017 for allowable stress design and AISC M018L and AISC M019L for LRFD design except as modified in this contract.

### 1.3 MODIFICATIONS TO REFERENCES

FOR ASD DESIGN:
In AISC M016, AISC M017, AISC S335, AISC S303, AISC S329, and AISC S340, shall be considered a part of AISC M016 and AISC M017 and is referred to in this section as AISC M016 and AISC M017.

FOR LRFD DESIGN:
In AISC M018L and AISC M019L, AISC S342L, AISC S303, AISC S334L, and AISC S340, shall be considered a part of AISC M018L and AISC M019L and is referred to in this section as AISC M018L and AISC M019L.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Fabrication drawings

SD-03 Product Data

Shop primer

Load indicator washers

Include test report for Class B primer.

SD-06 Test Reports

Class B coating

Bolts, nuts, and washers

Supply the certified manufacturer's mill reports which clearly show the applicable ASTM mechanical and chemical requirements together with the actual test results for the supplied fasteners.

SD-07 Certificates

Steel

Bolts, nuts, and washers

Shop primer

Welding electrodes and rods

Nonshrink grout

Galvanizing

AISC Quality Certification

Erection plan

Welding procedures and qualifications

1.5 AISC QUALITY CERTIFICATION

Work shall be fabricated in an AISC certified Category Sbd fabrication plant.

1.6 SEISMIC PROVISIONS

In addition to AISC M018L and AISC M019L, when using LRFD, the structural steel system shall be provided in accordance with AISC S341.

1.7 QUALITY ASSURANCE

1.7.1 Drawing Requirements

Submit fabrication drawings for approval prior to fabrication. Prepare in accordance with AISC M013, AISC M016 and AISC M017. Drawings shall not be reproductions of contract drawings. Include complete information for the fabrication and erection of the structure's components, including the location, type, and size of bolts, welds, member sizes and lengths, connection details, blocks, copes, and cuts. Use AWS standard welding symbols. Shoring and temporary bracing shall be designed and sealed by a registered professional engineer and submitted for record purposes, with calculations, as part of the drawings.

1.7.2 Certifications

1.7.2.1 Erection Plan

Submit for record purposes. Indicate the sequence of erection, temporary shoring and bracing, and a detailed sequence of welding, including each

welding procedure required.

1.7.2.2 Welding Procedures and Qualifications

Welding Inspector Qualifications: The Design-Build team shall retain a special welding inspector to observe the steel welding. All welding inspectors shall be AWS certified welding inspectors (CWI) as defined in AWS Standard and Guide for Qualification and Certification of Welding Inspectors, latest edition. Welding inspectors qualifications shall be submitted to the Design-Build Team's Structural Engineer for approval. Inspector's shall be trained and thoroughly experienced in inspecting welding operations. Compliance shall be made with AWS section 6.1.3.

Welding Qualifications:

Welding procedures, welders, welding operations, and tackers shall be qualified in accordance with AWS D1.1.

1. Welders performing complete penetration beam flange-to-column welds shall be job-qualified per AWS D1.1 procedures.

2. Welders who have not performed welding for a period of three or more months shall be requalified.

3. Welders whose work fails to pass inspection shall be requalified before performing further welding.

4. The Design-Build Team shall pay costs for certifying qualifications.

Types of Welds requiring special inspection:

1. All fillet and flare bevel welds with an effective throat less than or equal to 5/16" shall require periodic visual inspection.

2. All fillet and flare bevel welds with an effective throat greater than 5/16" shall require continuous visual inspection.

3. All partial and complete penetration welds shall require continuous visual inspection.

Prior to welding, submit certification for each welder stating the type of welding and positions qualified for, the code and procedure qualified under, date qualified, and the firm and individual certifying the qualification tests. If the qualification date of the welding operator is more than one-year old, the welding operator's qualification certificate shall be accompanied by a current certificate by the welder attesting to the fact that he has been engaged in welding since the date of certification, with no break in welding service greater than 6 months.

PART 2 PRODUCTS

2.1 STEEL

2.1.1 Structural Steel

W-Sections: ASTM A36 or 572/A 572M Grade 50 or ASTM A992 Grade 50 as required and detailed by Design Build Team;
Plates and misc. shapes: ASTM A 36.

2.1.2 Structural Steel Tubing

ASTM A 500, Grade B;

2.1.3 Steel Pipe

ASTM A 53, Type E or S, Grade B, weight class STD (Standard).

2.2 BOLTS, NUTS, AND WASHERS

Provide the following unless indicated otherwise.

2.2.1 Structural Steel

2.2.1.1 Bolts

325MASTM A 325, Type 1 ASTM A 490, Type 1 or 2.

2.2.1.2 Nuts

563MASTM A 563, Grade and Style as specified in the applicable ASTM bolt standard.

2.2.1.3 Washers

436MASTM F 436, plain carbon steel.

2.2.2 Weathering Structural Steel

2.2.2.1 Bolts

325MASTM A 325, Type 3; ASTM A 490, Type 3.

2.2.2.2 Nuts

563MASTM A 563, heavy hex style, Grade DH3, except Grade C3 may be furnished for ASTM A 325bolts.

2.2.2.3 Washers

436MASTM F 436, weathering steel.

2.2.3 Foundation Anchorage

2.2.3.1 Bolts

ASTM A 307.

2.2.3.2 Nuts

563ASTM A 563, Grade A, hex style.

2.2.3.3 Washers

ASTM F 844.

2.2.4 Load Indicator Washers

959MASTM F 959. Provide ASTM B 695, Class 50, Type 1 galvanizing.

2.2.5 Load Indicator Bolts

325MASTM A 325, Type 1; ASTM A 490, Type 1, with a manufactured notch between the bolt tip and threads. The bolt shall be designed to react to the opposing rotational torques applied by the installation wrench, with the bolt tip automatically shearing off when the proper tension is obtained.

2.3 STRUCTURAL STEEL ACCESSORIES

2.3.1 Welding Electrodes and Rods

AWS D1.1.

2.3.2 Nonshrink Grout

ASTM C 1107, with no ASTM C 827 shrinkage. Grout shall be nonmetallic.

2.3.3 Welded Shear Stud Connectors

AWS D1.1.

2.4 SHOP PRIMER

FS TT-P-664, SSPC Paint 25, or MIL-P-24441/1 epoxy-polyamide, green primer (Form 150) type 1, except provide a Class B coating in accordance with AISC M016 and AISC M017 for slip critical joints. Primer shall conform to Federal, State, and local VOC regulations. If flash rusting occurs, re-clean the surface prior to application of primer.

2.5 GALVANIZING

ASTM A 123/A 123M or ASTM A 153/A 153M, as applicable, unless specified otherwise galvanize after fabrication where practicable.

2.6 FABRICATION

2.6.1 Markings

Prior to erection, members shall be identified by a painted erection mark. Connecting parts assembled in the shop for reaming holes in field connections shall be match marked with scratch and notch marks. Do not locate erection markings on areas to be welded. Do not locate match markings in areas that will decrease member strength or cause stress concentrations. Affix embossed tags to hot-dipped galvanized members.

2.6.2 Shop Primer

Shop prime structural steel, except as modified herein, in accordance with SSPC PA 1. Do not prime steel surfaces embedded in concrete, galvanized surfaces, surfaces designed as part of a composite steel concrete section, or surfaces within 0.5 inch of the toe of the welds prior to welding (except surfaces on which metal decking is to be welded). Slip critical surfaces shall be primed with a Class B coating. Prior to assembly, prime surfaces which will be concealed or inaccessible after assembly. Do not apply primer in foggy or rainy weather; when the ambient temperature is below 45 degrees F or over 95 degrees F; or when the primer may be exposed

to temperatures below 40 degrees F within 48 hours after application, unless approved otherwise by the Contracting Officer.

2.6.2.1 Cleaning

SSPC SP 6, except steel exposed in spaces above ceilings, attic spaces, furred spaces, and chases that will be hidden to view in finished construction may be cleaned to SSPC SP 3 when recommended by the shop primer manufacturer. Maintain steel surfaces free from rust, dirt, oil, grease, and other contaminants through final assembly.

2.6.2.2 Primer

Apply primer to a minimum dry film thickness of 2.0 mil except provide the Class B coating for slip critical joints in accordance with the coating manufacturer's recommendations. Repair damaged primed surfaces with an additional coat of primer.

2.6.3 Surface Finishes

ANSI/ASME B46.1 maximum surface roughness of 125 for pin, pinholes, and sliding bearings, unless indicated otherwise.

PART 3 EXECUTION

3.1 General

In addition to the requirements as specified in Paragraph 1.2 System Description, the Execution requirements as specified in Part 3, Execution, shall be performed.

3.2 Erection

Provide for drainage in structure steel. After final positioning of steel members, provide full bearing under base plates and bearing plates using nonshrink grout. Place nonshrink grout in accordance with the manufacturer's instructions.

3.3 Connections

Except as modified in this section, connections not detailed shall be designed in accordance with AISC S335. Build connections into existing work. Do not tighten anchor bolts set in concrete with impact torque wrenches. Punch, subpunch and ream, or drill bolt holes. Bolts, nuts, and washers shall be clean or dirt rust, and lubricated immediately prior to installation.

3.3.1 Common Grade Bolts

ASTM A 307 bolts shall be tightened to a "snug tight" fit. "Snug tight" is the tightness that exists when plies in a joint are in firm contact. If firm contact of joint piles cannot be obtained with a few impact of an impact wrench, or the full effort of a man using a spud wrench, contact the Structural Engineer of Record for further instructions.

3.3.2 High Strength Bolts and Load Indicator Bolts

ASTM A 325MASTM A 325 and ASTM A 490M ASTM A 490 bolts shall be fully tensioned to 70 percent of their minimum tensile strength. Provide load

indicator bolts or washers in all ASTM A 325MASTM A 325M, ASTM A 490 bolted connections, except provide only load indicator washers for slip critical connections. Direct tension indicator tightening shall be the only acceptable tightening methods. Use only direct tension indicator tightening for slip critical connections. Bolts shall be installed in connection holes and initially brought to a snug fit. After the initial tightening procedure, bolts shall then be fully tensioned, progressing from the most rigid part of a connection to the free edges.

3.3.2.1 Installation of Load Indicator Washers (LIW)

ASTM F 959MASTM F959. Where possible, the LIW shall be installed under the bolt head and the nut shall be tightened. If the LIW is installed adjacent to the turned element, provide a flat ASTM F 436M ASTM F 436 washer between the LIW and bolt head when the bolt head is turned for tightening. In addition to the LIW, provide flat ASTM F 436M ASTM F436 washers under both the bolt head and nut when ASTM A 490M ASTM A 490 bolts are used.

3.4 Welding

AWS D1.1. Provide ASW D1.1 qualified welders, welding operators, and tackers.

3.5 Shop Primer Repair

Repair shop primer in accordance with the paint manufacturer's recommendation for surfaces damaged by handling, transporting, cutting, welding, or bolting.

3.6 Galvanizing Repair

Repair damage to galvanized coatings using ASTM A 780 zinc rich paint for galvanizing damaged by handling, transporting, cutting, welding, or bolting. Do not heat surfaces to which repair paint has been applied.

3.7 Field Quality Control

Perform field tests, and provide labor, equipment, and incidentals required for testing. The Contracting Officer shall be notified in writing of defective welds, bolts, nuts, and washers within 7 working days of the date of weld inspection.

3.7.1 Welds

3.7.1.1 Visual Inspection

AWS D1.1. Furnish the services of AWS certified welding inspectors for fabrication and erection inspection and testing and verification inspections. Welding inspectors shall visually inspect and mark welds, including fillet weld and returns.

3.7.1.2 Non-destructive Testing

AWS D1.1. Test locations shall be selected by the Structural Engineer of Record. If more than 20 percent of welds made by a welder contain defects identified by testing, then all welds made by that welder shall be tested by ultrasonic testing. When all welds made by an individual welder are required to be tested, magnetic particle testing shall be used only in areas inaccessible to ultrasonic testing. Retest defective areas after

repair.

a. Testing Frequency: Provide the following types and number of tests:

| Test Type | Number of Tests |
|---|---|
| Ultrasonic | All complete penetration welds |

3.7.2 Load Indicator Washers

3.7.2.1 Load Indicator Washer Compression

Load indicator washers shall be tested in place to verify that they have been compressed sufficiently to provide the 0.015 inch gap when the load indicator washer is placed under the bolt head and the nut is tightened, and to provide the 0.005 inch gap when the load indicator washer is placed under the turned element, as required by ASTM F 959M ASTM 959.

3.7.3 High Strength Bolts and Load Indicator Bolts

3.7.3.1 Testing Bolt, Nut, and Washer Assemblies

Test a minimum of 3 bolt, nut, and washer assemblies from each mill certificate batch in a tension measuring device at the job site prior to the beginning of bolting start-up. Demonstrate that the bolts and nuts, when used together, can develop tension not less than the provisions specified in table 4 of the "Specification for Structural Joints Using ASTM A 325 or A 490 Bolts" AISC M016, depending on bolt size and grade. The bolt tension shall be developed by tightening the nut. A representative of the manufacturer or supplier shall be present to ensure that the fasteners are properly used, and to demonstrate that the fastener assemblies supplied satisfy the specified requirements.

3.7.3.2 Inspection

Inspection procedures shall be in accordance with Section 9 of the "Specification for Structural Joints Using ASTM A 325 or A 490 Bolts" AISC M016. Confirm and report to the Structural Engineer of Record that the materials meet the project specification and that they are properly stored. Confirm that the faying surfaces have been properly prepared before the connections are assembled. Observe the specified job site testing and calibration, and confirm that the procedure to be used provides the required tension. Monitor the work to ensure that testing procedures are routinely followed on joints that are specified to be fully tensioned. Defective work shall be corrected and reinspected.

3.7.3.3 Testing

Perform nondestructive tests on 5 percent of the installed bolts to verify compliance with pre-load bolt tension requirements. The nondestructive testing will be done in-place using and ultrasonic measuring device or any other device capable of determining in-place pre-load bolt tension. The test locations shall be selected by the Structural Engineer of Record. If more than 10 percent of the bolts tested contain defects identified by testing, then all bolts used from the batch from which the tested bolts were taken, shall be tested. Retest new bolts after installation. Defective work shall be corrected and retested.

3.7.3.4 Certifications

The inspector, tester, and Structural Engineer of Record shall jointed certified the inspection records, testing reports to indicate the required inspection, testing were performed, all defective work have been corrected, and the installed work has met or exceeded the contract requirements.

Additional Execution requirements to be completed by the Design Build team.

-- End of Section --

SECTION 05310

# STEEL DECKS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN IRON AND STEEL INSTITUTE (AISI)

AISI SG-673 (1989; Errata 1990) Cold-Formed Steel Design Manual

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM A 611 (1994) Steel, Sheet, Carbon, Cold-Rolled, Structural Quality

ASTM A 653/A 653M (1998) Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process

AMERICAN WELDING SOCIETY, INC. (AWS)

AWS D1.1 (1998) Structural Welding Code Steel

AWS D1.3 (1998) Structural Welding Code - Sheet Steel

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 70 (1999) National Electrical Code

STEEL DECK INSTITUTE (SDEI)

SDEI DMCDFDRD (1995; Number 29) Design Manual for Composite Decks, Form Decks and Roof Decks

SDEI MCSD (1992) Manual of Construction with Steel Deck

SDEI P1 (1987) Deck Damages and Penetration

UNDERWRITERS LABORATORIES INC. (UL)

UL BMD (1997) Building Materials Directory

UL 209 (1995) Cellular Metal Floor Raceways and Fittings

| | |
|---|---|
| UL 580 | (1994; R 1998) Uplift Resistance of Roof Assemblies |

## 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Layout

SD-03 Product Data

Accessories

SD-05 Design Data

Deck units

Submit manufacturer's design calculations, or applicable published literature for the structural properties of the proposed deck units.

SD-07 Certificates

Qualification of welders

Fire safety

## 1.3 QUALITY ASSURANCE

### 1.3.1 Steel Deck

Deck and accessories shall be products of a manufacturer regularly engaged in manufacture of steel decking.

### 1.3.2 Qualification of Welders

Provide welder qualification procedures, welder qualifications, and duration of qualification period in accordance with AWS D1.1 and AWS D1.3.

### 1.3.3 Layout Drawings

Show location of units, location and sequence of connections, bearing on supports, methods of anchoring, attachment of accessories, adjusting plate details, size and location of holes to be cut and reinforcement to be provided, and other pertinent details.

## 1.4 DELIVERY, STORAGE, AND HANDLING

Deliver, store and handle steel deck in a manner to protect it from corrosion, deformation, and other types of damage. Do not use decking for storage or as working platform until units have been fastened into position. Exercise care not to damage material or overload decking during construction. The maximum uniform distributed storage load shall not exceed the design live load. Stack decking on platforms or pallets and

cover with weathertight ventilated covering. Elevate one end during storage to provide drainage. Maintain deck finish at all times to prevent formation of rust. Replace damaged material.

## PART 2 PRODUCTS

### 2.1 MATERIALS

#### 2.1.1 Steel Sheet

To be completed by Contractor's Design Build Team

#### 2.1.2 Cover Plates

Sheet metal. Polyethylene-coated, self-adhesive, 2 inch wide joint tape may be provided in lieu of cover plates on flat-surfaced decking.

#### 2.1.3 Column Flashing

Sheet metal, minimum 0.0358 inch thick or metal rib lath.

#### 2.1.4 Access Hole Covers

Sheet metal, minimum 0.0474 inch thick.

#### 2.1.5 Hanger

Provide clips or loops for utility systems and suspended ceilings of one or more of the following types:

a. Lip tabs or integral tabs where noncellular decking or flat plate of cellular section is 0.0474 inch thick or more, and a structural concrete fill is used over deck.

b. Slots or holes punched in decking for installation of pigtails.

c. Tabs driven from top side of decking and arranged so as not to pierce electrical cells.

d. Decking manufacturer's standard as approved by the Contracting Officer.

#### 2.1.6 Miscellaneous Accessories

Provide fasteners, ridge and valley plates, and other types of plates and closures as indicated or as necessary to complete the work. Provide accessories required for a finished installation.

### 2.2 FABRICATION

To be completed by contractors design build team.

## PART 3 EXECUTION

To be completed by contractors design build team.

-- End of Section --

SECTION 05500

# METAL FABRICATIONS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Fabrication drawings of steel stairs

Access doors and panels, installation drawings

Expansion joint covers, installation drawings

Handrails, installation drawings

Glass railing system, installation drawings

Submit fabrication drawings showing layout(s), connections to structural system, and anchoring details as specified in AISC S303.

Submit templates, erection and installation drawings indicating thickness, type, grade, class of metal, and dimensions. Show construction details, reinforcement, anchorage, and installation with relation to the building construction.

SD-03 Product Data

Access doors and panels

Expansion joint covers

Handrails

Glass railing system, installation drawings

SD-04 Samples

Expansion joint covers

Glass railing system, installation drawings

Samples may be installed in the work, provided each sample is clearly identified and its location recorded.

## 1.3 QUALIFICATION OF WELDERS

Qualify welders in accordance with AWS D1.1. Use procedures, materials, and equipment of the type required for the work.

## 1.4 DELIVERY, STORAGE, AND PROTECTION

Protect from corrosion, deformation, and other types of damage. Store items in an enclosed area free from contact with soil and weather. Remove and replace damaged items with new items.

# PART 2 PRODUCTS

## 2.1 MATERIALS

### 2.1.1 Exposed Steel at Feature Stair

All steel provided under the work of this Section for use in the construction of the feature stair in the Link segment of the building, which will be exposed to view and is scheduled to receive an applied finish shall be "Architectural Grade" steel material as defined in the AISC Code of Standard Practice, Section 10, Architecturally Exposed Structural Steel, free of all mill scale, blemishes and unsightly welds.

### 2.1.2 Structural Carbon Steel

ASTM A 36/A 36M.

### 2.1.3 Structural Tubing

ASTM A 500.

### 2.1.4 Steel Pipe

ASTM A 53, Type E or S, Grade B.

### 2.1.5 Fittings for Steel Pipe

Standard malleable iron fittings ASTM A 47.

### 2.1.6 Anchor Bolts

ASTM A 307. Where exposed, shall be of the same material, color, and finish as the metal to which applied.

### 2.1.7 Aluminum Alloy Products

Conform to ASTM B 209 for sheet plate, ASTM B 221 for extrusions and ASTM B 26/B 26M or ASTM B 108 for castings, as applicable. Provide aluminum extrusions at least 1/8 inch thick and aluminum plate or sheet at least 0.050 inch thick.

## 2.2 FABRICATION FINISHES

### 2.2.1 Galvanizing

Hot-dip galvanize items specified to be zinc-coated, after fabrication where practicable. Galvanizing: ASTM A 123/A 123M, ASTM A 153/A 153Mor ASTM A 653/A 653M, G90, as applicable.

### 2.2.2 Galvanize

Anchor bolts, grating fasteners, washers, and parts or devices necessary for proper installation, unless indicated otherwise.

### 2.2.3 Repair of Zinc-Coated Surfaces

Repair damaged surfaces with galvanizing repair method and paint conforming to ASTM A 780 or by application of stick or thick paste material specifically designed for repair of galvanizing, as approved by Contracting Officer. Clean areas to be repaired and remove slag from welds. Heat surfaces to which stick or paste material is applied, with a torch to a temperature sufficient to melt the metallics in stick or paste; spread molten material uniformly over surfaces to be coated and wipe off excess material.

### 2.2.4 Shop Cleaning and Painting

#### 2.2.4.1 Surface Preparation

Blast clean surfaces in accordance with SSPC SP 6. Surfaces that will be exposed in spaces above ceiling or in attic spaces, crawl spaces, furred spaces, and chases may be cleaned in accordance with SSPC SP 3 in lieu of being blast cleaned. Wash cleaned surfaces which become contaminated with rust, dirt, oil, grease, or other contaminants with solvents until thoroughly clean. Steel to be embedded in concrete shall be free of dirt and grease. Do not paint or galvanize bearing surfaces, including contact surfaces within slip critical joints, but coat with rust preventative applied in the shop.

#### 2.2.4.2 Pretreatment, Priming and Painting

Apply pretreatment, primer, and paint in accordance with manufacturer's printed instructions. On surfaces concealed in the finished construction or not accessible for finish painting, apply an additional prime coat to a minimum dry film thickness of 1.0 mil. Tint additional prime coat with a small amount of tinting pigment.

### 2.2.5 Nonferrous Metal Surfaces

Protect by plating, anodic, or organic coatings.

### 2.2.6 Aluminum Surfaces

#### 2.2.6.1 Surface Condition

Before finishes are applied, remove roll marks, scratches, rolled-in scratches, kinks, stains, pits, orange peel, die marks, structural streaks, and other defects which will affect uniform appearance of finished surfaces.

#### 2.2.6.2 Unexposed Sheet, Plate, and Extrusions

Unexposed sheet, plate and extrusions may have mill finish as fabricated. Sandblast castings' finish, medium, AA 45, or AA 46.

## 2.3 ACCESS DOORS AND PANELS

Provide flush type access doors and panels. Fabricate frames for access doors of steel not lighter than 14 gage with welded joints and anchorage for securing into construction. Provide access doors with a minimum of 14 by 20 inches and of not lighter than 14 gage steel, with stiffened edges and welded attachments. Provide access doors hinged to frame and with a flush-face, turn-screw-operated latch. Provide exposed metal surfaces with a shop applied prime coat.

## 2.4 CONTROL-JOINT COVERS

Provide control-joint covers to be located on wall surfaces of concrete, masonry and tile work. Provide protective coating on the surface in contact with concrete, masonry or tile.

## 2.5 EXPANSION JOINT COVERS

Provide expansion joint covers constructed of extruded aluminum with anodized satin aluminum finish for walls and ceilings and with standard mill finish for floor covers and exterior covers. Furnish plates, backup angles, expansion filler strip and anchors as indicated. Expansion joint system shall provide the fire rating reqyuired by the Uniform Building Code.

## 2.6 HANDRAILS

Design handrails to resist a concentrated load of 250 lbs in any direction at any point of the top of the rail or 20 lbs per foot applied horizontally to top of the rail, whichever is more severe. NAAMM PR, provide the same size rail and post. Provide pipe collars of the same material and finish as the handrail and posts.

### 2.6.1 Steel Handrails, Including Carbon Steel Inserts

Provide steel handrails, including inserts in concrete, steel pipe conforming to ASTM A 53 or structural tubing conforming to ASTM A 500, Grade A or B of equivalent strength. Provide steel railings of 1-1/2 inches nominal size. Railings to be hot-dip galvanized and shop prime coat painted.

a. Fabrication: Joint posts, rail, and corners by one of the following methods:

   (1) Flush-type rail fittings of commercial standard, welded and ground smooth with railing splice locks secured with 3/8 inch hexagonal-recessed-head setscrews.

   (2) Mitered and welded joints made by fitting post to top rail and intermediate rail to post, mitering corners, groove welding joints, and grinding smooth. Butt railing splices and reinforce them by a tight fitting interior sleeve not less than 6 inches long.

   (3) Railings may be bent at corners in lieu of jointing, provided bends are made in suitable jigs and the pipe is not crushed.

## 2.7 MISCELLANEOUS PLATES AND SHAPES

Provide for items that do not form a part of the structural steel framework, such as lintels, sill angles, support framing for ceiling-mounted toilet partitions, miscellaneous mountings and frames. Provide lintels fabricated from structural steel shapes over openings in masonry walls and partitions as indicated and as required to support wall loads over openings. Provide with connections and fasteners and/or welds. Construct to have at least 8 inches bearing at each end.

Provide angles and plates, ASTM A 36/A 36M, for embedment as indicated. Galvanize embedded items exposed to the elements according to ASTM A 123/A 123M.

## 2.8 SAFETY NOSINGS FOR CONCRETE TREADS

Provide safety nosings of cast aluminum with plain abrasive-surfaces, or extruded aluminum with abrasive inserts. Nosing to be at least 4 inches wide and 1/4 inch thick and terminating at not more than 4 inches from the ends of treads for stairs and for platforms and landings. Provide safety nosings with anchors embedded in the concrete and with tops flush with the top of the traffic surface.

## 2.9 STEEL STAIRS

Provide steel stairs complete with stringers, metal-pan concrete-filled treads, landings, columns, handrails, and necessary bolts and other fastenings. Steel stairs and accessories to be hot-dip galvanized and shop prime coat painted.

### 2.9.1 Design Loads

Design stairs to sustain a live load of not less than 100 pounds per square foot, or a concentrated load of 300 applied where it is most critical. Conform to AISC S335 or AISC S342L with the design and fabrication of steel stairs, other than a commercial product. Design fire stairs to conform to NFPA 101.

### 2.9.2 Materials

Provide steel stairs of welded construction except that bolts may be used where welding is not practicable. Screw or screw-type connections are not permitted.

a. Structural Steel: ASTM A 36/A 36M.

Support metal pan for concrete fill on angle cleats welded to stringers or treads with integral cleats, welded or bolted to the stringer.

e. Before fabrication, obtain necessary field measurements and verify drawing dimensions.

f. Clean metal surfaces free from mill scale, flake rust and rust pitting prior to shop finishing. Weld permanent connections. Finish welds flush and smooth on surfaces that will be exposed after installation.

## 2.10 MISCELLANEOUS METAL WORK FOR SUN CONTROL DEVICES AND FRAMING FOR ROOF SCREENS

Provide all miscellaneous shapes and plates of the sizes and configurations shown required to construct sun control devices and framing for roof screens to match the existing units on the exisitng building.

## 2.11 LADDERS

Fabricate vertical ladders conforming to Section 7 of 29 CFR 1910.27. Use 2 1/2 by 3/8 inch steel flats for stringers and 3/4 inch diameter steel rods for rungs. Rungs to be not less than 16 inches wide, spaced one foot apart, plug welded or shouldered and headed into stringers. Install ladders so that the distance from the rungs to the finished wall surface will not be less than 7 inches. Provide heavy clip angles riveted or bolted to the stringer and drilled for not less than two 1/2 inch diameter expansion bolts as indicated. Provide intermediate clip angles not over 48 inches on centers.

## 2.12 GLASS RAILING SYSTEM FOR FEATURE STAIR

At the feature stair in the building link, provide a railing system at both sides of the stair and at the edge of the opening adjacent to the stair, fabricated from minimum 3/8 inch thick laminated glass panels held in place by means of reinforced nylon posts and top rails. The railing assembly and attachments shall be designed to be capable of resisting a lateral force of 200 pounds at any point and 20 pounds per lineal foot without damage or permanent set.

## 2.13 PIPE RAILINGS

At the exit stair, provide steel handrails, including inserts in concrete, steel pipe conforming to ASTM A 53 or structural tubing conforming to ASTM A 500, Grade A or B of equivalent strength. Provide steel railings of1 1/2 inches nominal size.

a. Fabrication: Joint posts, rail, and corners by one of the following methods:

   (1) Flush-type rail fittings of commercial standard, welded and ground smooth with railing splice locks secured with 3/8 inch hexagonal-recessed-head setscrews.

   (2) Mitered and welded joints made by fitting post to top rail and intermediate rail to post, mitering corners, groove welding joints, and grinding smooth. Butt railing splices and reinforce them by a tight fitting interior sleeve not less than 6 inches long.

   (3) Railings may be bent at corners in lieu of jointing, provided bends are made in suitable jigs and the pipe is not crushed.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Install items at locations indicated, according to manufacturer's instructions. Items listed below require additional procedures.

## 3.2 ANCHORAGE, FASTENINGS, AND CONNECTIONS

Provide anchorage where necessary for fastening miscellaneous metal items securely in place. Include for anchorage not otherwise specified or indicated slotted inserts, expansion shields, and powder-driven fasteners, when approved for concrete; toggle bolts and through bolts for masonry; machine and carriage bolts for steel; through bolts, lag bolts, and screws for wood. Do not use wood plugs in any material. Provide non-ferrous attachments for non-ferrous metal. Make exposed fastenings of compatible materials, generally matching in color and finish, to which fastenings are applied. Conceal fastenings where practicable.

## 3.3 BUILT-IN WORK

Form for anchorage metal work built-in with concrete or masonry, or provide with suitable anchoring devices as indicated or as required. Furnish metal work in ample time for securing in place as the work progresses.

## 3.4 WELDING

Perform welding, welding inspection, and corrective welding, in accordance with AWS D1.1. Use continuous welds on all exposed connections. Grind visible welds smooth in the finished installation.

## 3.5 FINISHES

### 3.5.1 Dissimilar Materials

Where dissimilar metals are in contact, protect surfaces with a coat conforming to FS TT-P-664 to prevent galvanic or corrosive action. Where aluminum is in contact with concrete, mortar, masonry, wood, or absorptive materials subject to wetting, protect with ASTM D 1187, asphalt-base emulsion.

## 3.6 ACCESS PANELS

Install a removable access panel not less than 12 by 12 inches directly below each valve, flow indicator, damper, or air splitter that is located above the ceiling, other than an acoustical ceiling, and that would otherwise not be accessible.

## 3.7 CONTROL-JOINT COVERS

Provide covers over control-joints and fasten on one side only with fasteners spaced to give positive contact with wall surfaces on both sides of joint throughout the entire length of cover.

## 3.8 STEEL STAIRS

Provide anchor bolts, grating fasteners, washers, and all parts or devices necessary for proper installation. Provide lock washers under nuts.

## 3.9 LADDERS

Secure to the adjacent construction with the clip angles attached to the stringer. Secure to masonry or concrete with not less than two 1/2 inch diameter expansion bolts. Install intermediate clip angles not over 48 inches on center. Install brackets as required for securing of ladders welded or bolted to structural steel or built into the masonry or concrete.

In no case shall ends of ladders rest upon floor.

3.10 ROOF HATCH

Shall be of zinc-coated steel sheets not less than 14 gage, with 3 inch beaded flange, welded and ground at corner. Provide a minimum clear opening of 30 by 36 inches. Construction and accessories shall be as follows:

a. Insulate cover and curb with one inch thick rigid fiberboard insulation covered and protected by zinc-coated steel liner not less than 26 gage. Curb shall be 12 inches high, formed with 3 inch mounting flange with holes provided for securing to the roof deck. Equip the curb with an integral metal cap flashing of the same gage and metal as the curb, full welded and ground at corners for weather tightness.

b. Provide hatch completely assembled with pintle hinges, compression spring operators enclosed in telescopic tubes, positive snap latch with turn handles on inside and outside, and neoprene draft seal. Provide fasteners for padlocking on the inside. Equip the cover with an automatic hold-open arm complete with grip handle to permit one-hand release. Cover action shall be smooth through its entire range with an operating pressure of approximately 30 pounds.

-- End of Section --

SECTION 06200

# FINISH CARPENTRY

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01330, "Submittal Procedures."

SD-02 Shop Drawings

Prefabricated millwork

SD-07 Certificates

Certificates of grade

Certificates of compliance

### 1.3 DRAWINGS

Submit drawings showing prefabricated millwork. Include details and erection data associated with work of other trades; materials and species; arrangements; profiles of moldings; thicknesses; sizes of parts; construction; fastenings; and clearances.

### 1.4 CERTIFICATES

Provide certificates of grade from the grading agency on graded but unmarked lumber or plywood attesting that materials meet the grade requirements specified herein.

Provide certificates of compliance unless materials bear certification markings or statements.

### 1.5 DELIVERY, STORAGE, AND HANDLING

Deliver lumber, plywood, trim, and millwork to job site in an undamaged condition. Stack materials to ensure ventilation and drainage. Protect against dampness before and after delivery. Store materials under cover in a well-ventilated enclosure and protect against extreme changes in temperature and humidity. Do not store products in building until wet

trade materials are dry.

## 1.6 QUALITY ASSURANCE

### 1.6.1 Lumber

Identify each piece or each bundle of lumber, millwork, and trim by the grade mark of a recognized association or independent inspection agency that is certified by the Board of Review, American Lumber Standards Committee, to grade the species.

### 1.6.2 Plywood

Each sheet of plywood shall bear the mark of a recognized association or independent inspection agency that maintains continuing control over quality of the plywood. Mark shall identify plywood by species group or span rating, and shall show exposure durability classification, grade, and compliance with PS-1.

### 1.6.3 Hardboard and Particleboard

Materials shall bear a marking or statement identifying the producer and the applicable standard.

### 1.6.4 Pressure-Treated Lumber and Plywood

Each treated piece shall be inspected in accordance with AWPA M2.

### 1.6.5 Nonpressure-Treated Woodwork and Millwork

Mark, stamp, or label, indicating compliance with NWWDA I.S.4.

### 1.6.6 Fire-Retardant Treated Lumber

Each piece to bear Underwriters Laboratories label or the label of another nationally recognized independent testing laboratory.

# PART 2 PRODUCTS

## 2.1 WOOD

### 2.1.1 Softwood Plywood

PS-1, thicknesses as indicated.

### 2.1.2 Particleboard

ANSI A208.1, Grade 1-M-2 or 2-M-2 or better.

## 2.2 LAMINATED PLASTIC

NEMA LD 3.

### 2.2.1 Countertop Finish

Grade GP 50 or PF 42, satin finish.

### 2.2.2 Backing Sheet

BK 20.

## 2.3 MOISTURE CONTENT OF WOOD PRODUCTS

Air-dry or kiln-dry lumber. Kiln-dry treated lumber after treatment. Maximum moisture content of wood products at time of delivery to the job site, and when installed, shall be as follows:

a. Interior Millwork 1 1/4 Inches Nominal or Less in Thickness: 6 percent on 85 percent of the pieces and 8 percent on remainder.

b. Moisture content of other materials shall be in accordance with the applicable standards.

## 2.4 PRESERVATIVE TREATMENT OF WOOD PRODUCTS

### 2.4.1 Nonpressure Treatment

Treat woodwork and millwork, such as exterior trim, door trim, and window trim, in accordance with NWWDA I.S.4, with either 2 percent copper napthenate, 3 percent zinc napthenate, or 1.8 percent copper-8-quinolinolate. Provide a liberal brushcoat of preservative treatment to field cuts and holes.

### 2.4.2 Pressure Treatment

Lumber and plywood used on the exterior of buildings, in conjunction with roofing membrane system, or in contact with masonry or concrete shall be treated with water-borne preservative in accordance with AWPA C1, AWPA C2, and AWPA C9, as applicable, and inspected in accordance with AWPA M2. Identify treatment on each piece of material by the quality mark of an agency accredited by the Board of Review of the American Lumber Standards Committee.

## 2.5 FIRE-RETARDANT TREATMENT

### 2.5.1 Wood Products

Treat the following items:

a. All wood or wood products used as backing for electrical or communications equipment..

a. All wood or wood products used in conjunction with a fire rated assembly.

## 2.6 HARDWARE

Provide sizes, types, and spacings of manufactured building materials recommended by the product manufacturer except as otherwise indicated or specified. Provide hot-dipped galvanized steel or aluminum nails and fastenings where used on the exterior or exposed to the weather.

## 2.7 FABRICATION

### 2.7.1 Quality Standards (QS)

The terms "Premium" and "Custom" refer to the quality grades defined in AWI QS. Items specified to be of Premium Grade shall be of "AA Premium" Grade.

Items not specified to be of a specific grade shall be Custom grade. The AWI QS is superseded by all contract document requirements indicated or stated herein.

2.7.2 Countertops

Fabricate with lumber and a core of exterior plywood or particleboard, glued and screwed to form an integral unit. Bond laminated plastic under pressure to exposed surfaces, using type of glue recommended by plastic manufacturer, and bond a backing sheet under pressure to underside of countertop. Countertop unit shall be post-formed type with no-drip nose, cove moulding, and Style A back splash, and covered with NEMA LD 3, Grade PF 42 plastic. Back splash shall be not less than 3 1/2 inches nor more than 4 1/2 inches high.

2.7.3 Cabinets

Wall and base cabinets shall be of the same construction and appearances. Fabricate with solid ends and frame fronts, or with frames all around. Frames shall be solid hardwood not less than 3/4 by 1 1/2 inches. Ends, bottom, back, partitions, and doors shall be hardwood plywood. Mortise and tenon, dovetail, or dowel and glue joints to produce a rigid unit. Cover exposed edges of plywood with hardwood strips. Doors, frames, and solid exposed ends shall be 3/4 inch thick; bottom, partitions, and framed ends 1/2 inch minimum; shelves 5/8 inch minimum; back 1/4 inch minimum.

2.7.3.1 Cabinet Hardware

ANSI/BHMA A156.9. Provide hardware for each door, including two self-closing hinges. Provide two side-mounted metal drawer slides for each drawer. Hardware exposed to view shall be satin chromium plated.

2.7.4 Casework With High Pressure Laminate Finish (CHPL)

2.7.4.1 AWI Quality Grade (CHPL)

Custom grade.

PART 3 EXECUTION

3.1 FINISH WORK

Provide sizes, materials, and designs as indicated and as specified. Apply primer to finish work before installing. Where practicable, shop assemble and finish items of built-up millwork. Joints shall be tight and constructed in a manner to conceal shrinkage. Miter trim and moldings at exterior angles and cope at interior angles and at returns. Material shall show no warp after installation. Install millwork and trim in maximum practical lengths. Fasten finish work with finish nails. Provide blind nailing where practicable. Set face nails for putty stopping.

3.1.1 Interior Finish Work

After installation, sand exposed surfaces smooth. Provide window and door trim in single lengths.

3.2 MISCELLANEOUS

3.2.1 Counters

Construct as indicated. Conceal fastenings where practicable, fit counter neatly, install in a rigid and substantial manner, and scribe to adjoining surfaces. Provide counter sections in longest lengths practicable; keep joints in tops to a minimum; and where joints are necessary, provide tight hairline joints drawn up with concealed-type heavy pull-up bolts. Glue joints with water-resistant glue and, in addition, make rigid and substantial with screws, bolts, or other approved fastenings.

3.2.2 Cabinets

Install level, plumb, and tight against adjacent walls. Secure cabinets to walls with concealed toggle bolts, and secure top to cabinet with concealed screws. Make cut-outs for fixtures to templates supplied by fixture manufacturer. Carefully locate cut-outs for pipes so that edges of holes will be covered by escutcheons.

-- End of Section --

SECTION 07212

# MINERAL FIBER BATT INSULATION

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Batt insulation

Pressure sensitive tape

### 1.3 DELIVERY, STORAGE, AND HANDLING

#### 1.3.1 Delivery

Deliver materials to site in original sealed wrapping bearing manufacturer's name and brand designation, specification number, type, grade, R-value, and class. Store and handle to protect from damage. Do not allow insulation materials to become wet, soiled, crushed, or covered with ice or snow. Comply with manufacturer's recommendations for handling, storing, and protecting of materials before and during installation.

#### 1.3.2 Storage

Inspect materials delivered to the site for damage; unload and store out of weather in manufacturer's original packaging. Store only in dry locations, not subject to open flames or sparks, and easily accessible for inspection and handling.

### 1.4 SAFETY PRECAUTIONS

#### 1.4.1 Respirators

Provide installers with dust/mist respirators, training in their use, and protective clothing, all approved by National Institute for Occupational Safety and Health (NIOSH)/Mine Safety and Health Administration (MSHA) in accordance with 29 CFR 1910.134.

1.4.2 Smoking

Do not smoke during installation of blanket thermal insulation.

1.4.3 Other Safety Concerns

Consider other safety concerns and measures as outlined in ASTM C 930.

PART 2 PRODUCTS

2.1 BATT INSULATION

ASTM C 665, Type III, batts with reflective coverings; Class A, membrane-faced surface with a flame spread of 25 or less, except a flame spread rating of 25 or less and a smoke developed rating of 150 or less when tested in accordance with ASTM E 84.

2.1.1 Thermal Resistance Value (R-VALUE)

As required by the Title 24 Report.

2.1.2 Recycled Materials

Provide Thermal Insulation containing recycled materials to the extent practicable, provided the material meets all other requirements of this section. The minimum required recycled materials content by weight are:

Rock Wool: 75 percent slag
Fiberglass: 20 to 25 percent glass cullet

2.1.3 Prohibited Materials

Do not provide asbestos-containing materials.

2.1.4 Vapor Retarder

Membrane with the following properties:

Water Vapor Permeance: ASTM E 96: One perm or less
Maximum Flame Spread of 25 or less and a smoke developed rating of 150 or less when tested in accordance with ASTM E 84.

2.2 PRESSURE SENSITIVE TAPE

As recommended by the vapor retarder manufacturer and having a water vapor permeance rating of one perm or less when tested in accordance with ASTM D 3833/D 3833M.

PART 3 EXECUTION

3.1 EXISTING CONDITIONS

Before installing insulation, ensure that areas that will be in contact with the insulation are dry and free of projections which could cause voids, compressed insulation, or punctured vapor retarders. If moisture or other conditions are found that do not allow the workmanlike installation of the insulation, do not proceed but notify Contracting Officer of such conditions.

## 3.2 INSTALLATION

### 3.2.1 Insulation

Install and handle insulation in accordance with manufacturer's instructions. Keep material dry and free of extraneous materials. Ensure personal protective clothing and respiratory equipment is used as required. Observe safe work practices.

#### 3.2.1.1 Continuity of Insulation

Install batt insulation to butt tightly against adjoining batts and to studs, rafters, joists, sill plates, headers and any obstructions. Where insulation required is thicker than depth of joist, provide full width blankets to cover across top of joists. Provide continuity and integrity of insulation at corners, wall to ceiling joints, roof, and floor. Avoid creating thermal bridges.

#### 3.2.1.2 Insulation Blanket with Affixed Vapor Retarder

Locate vapor retarder as indicated. Do not install blankets with affixed vapor retarders unless so specified. Unless the insulation manufacturer's instructions specifically recommend not to staple the flanges of the vapor retarder facing, staple flanges of vapor retarder at 6 inch intervals flush with face or set in the side of truss, joist, or stud. Avoid gaps and bulges in insulation and "fishmouth" in vapor retarders. Overlap both flanges when using face method. Seal joints and edges of vapor retarder with pressure sensitive tape. Stuff pieces of insulation into small cracks between trusses, joists, studs and other framing, such as at attic access doors, door and window heads, jambs, and sills, band joists, and headers. Cover these insulated cracks with vapor retarder material and tape all joints with pressure sensitive tape to provide air and vapor tightness.

-- End of Section --

SECTION 07513

# BUILT-UP ASPHALT ROOFING (MINERAL SURFACED)

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Asphalt

Felts

Fasteners

Primer

Asphalt roof cement

Walkway material

Warranty certificate; G

Submit roofing system manufacturer's warranty stamped "Sample" or "Facsimile."

SD-06 Test Reports

Samples of built-up roofing

Submit test results on roofing field samples as required, verifying composition of sample. Submit six copies of laboratory analysis within 30 calendar days after samples are taken. Submit reports in accordance with ASTM D 3617.

SD-07 Certificates

Bill of lading

Submit when labels of asphalt containers do not bear the flash point, finished blowing temperature and equiviscous temperature.

Qualifications of Applicator

Submit evidence of the roofing system manufacturer's approval.

SD-08 Manufacturer's Instructions

Asphalt

Felts, including flashing felts

Primer

Asphalt roof cement

Walkway material

Explicity identify, in writing, differences between manufacturer's instructions and requirements specified herein.

SD-11 Closeout Submittals

Information card

Roofing System Manufacturer's Warranty for the Roofing System

For each roofing installation, submit a typewritten card or photoengraved aluminum card containing the information listed on Form 1 located at the end of this section.

## 1.3 QUALITY ASSURANCE

### 1.3.1 Qualifications of Applicator

The roofing system applicator shall be approved, authorized, or licensed in writing by the roofing system manufacturer and be approved at a level capable of providing the specified warranty.

## 1.4 DELIVERY, STORAGE, AND HANDLING

### 1.4.1 Delivery

Deliver materials in manufacturers' original unopened containers and rolls with manufacturer's labels intact and legible. Mark and remove wet or damaged materials from site. Where materials are covered by a referenced specification, container shall bear the specification number, type, and class, as applicable. Indicate on labels or bill of lading for roofing asphalt the asphalt type, finished blowing temperature (FBT), flash point (FP), and equiviscous temperature (EVT), that is, the temperature at which the viscosity is either 125 centistokes when tested in accordance with ASTM D 2170 or 75 centipoise when tested in accordance with ASTM D 4402. Deliver materials in sufficient quantity to allow the work to proceed without interruption.

### 1.4.2 Storage

Protect materials against moisture absorption. Store roll materials on end on clean raised platforms in dry locations in enclosed buildings or trailers with adequate ventilation. Do not store roll materials in buildings under construction until concrete, mortar, and plaster work are

finished and dry. For a 24-hour period immediately prior to application, maintain roll materials at temperatures above 50 degrees F. Place only those materials to be used during one day's work on roof at one time. Remove materials from roof at end of each day's work.

#### 1.4.3 Handling

Select and operate material handling equipment so as not to damage applied roofing. Prevent damage to edges and ends of roll materials.

### 1.5 ENVIRONMENTAL CONDITIONS

Do not install roofing during precipitation or fog, or when air temperature is below 40 degrees F, or when there is ice, frost, moisture or visible dampness on roof deck.

### 1.6 PROTECTION OF PROPERTY

#### 1.6.1 Protective Coverings

Install protective coverings at paving and building walls adjacent to hoist and kettles prior to starting work. Lap protective coverings not less than 6 inches, secure against wind, and vent to prevent collection of moisture on covered surfaces. Keep protective coverings in place for duration of roofing work.

#### 1.6.2 Flame-Heated Equipment

Do not place flame-heated equipment closer than 25 feet to buildings or combustible materials. Provide minimum of two 20 pound ABC all-purpose extinguishers at melting kettle and at area of hot material application.

### 1.7 WARRANTY

Furnish the roofing system manufacturer's warranty for the roofing system. The warranty period shall not be less than 5 years from the date of Government acceptance of the work. The warranty shall be issued directly to the Government and shall not be limited in dollar value. The warranty shall provide that if within the warranty period, the built-up roofing system including membrane, membrane flashing and accessories becomes non-watertight, blisters or shows evidence of excessive weathering due to deterioration of the roofing system resulting from defective materials or workmanship, the repair of the defective materials or workmanship shall be the responsibility of the manufacturer. While roofing is under warranty, perform repairs that become necessary due to defective materials or workmanship within 72 hours of notification, unless additional time is approved by Contracting Officer. Failure to perform repairs within specified period of time will constitute grounds for the Government having repairs performed by others and cost billed to Contractor.

## PART 2 PRODUCTS

### 2.1 ROOFING SYSTEM

Glass felt, asphalt bitumen, mineral surfaced.

| Substrate: Cast-In-Place Concrete<br>Components: | Quantity: |
|---|---|
| Felt: | |
| Ply Felt (GA) | 3 Plies |
| Mineral Surfaced Cap Sheet (GC) | 1 Ply |
| Asphalt: (See a. below) | |
| Between Substrate and First Ply | 20-35 lbs/100 sq. ft. |
| Between Each Ply | 20-35 lbs/100 sq. ft. |

a. Provide asphalt quantities within the indicated ranges, unless recommended otherwise in the roofing materials manufacturer's printed data.

2.2 MATERIALS

2.2.1 Asphalt

| Roof Slope, in./ft | Specification |
|---|---|
| 1/4 to 1/2 | ASTM D 312, Type II |
| 1/2 or more but not more than 3 | ASTM D 312, Type III |

2.2.2 Felts

For built-up roofing and flashing:

| Designation | Use | Felt | Impregnant | Coating | Specification |
|---|---|---|---|---|---|
| GA | Ply Felt | Glass | Asphalt | None | ASTM D 2178, Type VI |
| FF | Flashing Felt | Glass | Asphalt | Asphalt | (See a. below) |
| GC | Mineral Surfaced Cap Sheet | Glass | Asphalt | Asphalt | ASTM D 3909 |

a. Provide flashing felt specifically prepared in the manufacturing process for use in two-ply base flashing construction of either: a single thickness of glass felt conforming to the properties listed in ASTM D 2178, for Type IV; or glass felt factory-laminated to a woven glass fiber scrim or cotton fabric; or styrene-butadiene-styrene (SBS) or atactic polypropylene (APP) modified bitumen. Factory-coat each type of flashing construction on both sides with an asphaltic coating which includes a water-insoluble, fine mineral stabilizer and a fine mineral surfacing.

2.2.3 Primer

ASTM D 41.

2.2.4 Asphalt Roof Cement

ASTM D 4586, Type II for vertical surfaces and built-up bituminous flashings; Type I for horizontal surfaces.

2.2.5 Walkway Material

Preformed reprocessed rubber pads or granular surfaced treads consisting of plasticizers, fibers, and inert fillers, not less than 3/4 inch thick.

PART 3 EXECUTION

3.1 CONDITION OF SURFACES

Ensure that the following conditions exist prior to application of the roofing materials:

a. Drains, curbs, cants, expansion joints, perimeter walls, roof penetrating components, and equipment supports are in place.

b. Surfaces are rigid, dry, smooth, and free from cracks, holes, and sharp changes in elevation. Joints in substrate are sealed to prevent drippage of bitumen into building or down exterior walls.

c. Plane of substrate does not vary more than 1/4 inchwithin an area 10 by 10 feet when checked with a 10 foot straight edge placed anywhere on substrate.

d. Substrate is sloped as indicated to provide drainage.

e. Walls and vertical surfaces are constructed to receive counterflashing.

f. Treated wood nailers are in place on non-nailable surfaces to permit nailing of base flashing at minimum height of 8 inches above finished roofing surface.

g. Treated wood nailers are fastened in place at eaves, gable ends, openings, and intersections with vertical surfaces for securing of felts, edging strips, gravel stops, and roof fixtures.

h. Cants are securely fastened in place in the angles formed by walls and other vertical surfaces. The angle of the cant is approximately 45 degrees and the height of the vertical leg is not less than nominal 4 inches. Cants are constructed of wood fiberboard roof insulation.

i. Cast-in-place substrates have been allowed to cure and the surface dryness requirements specified under paragraph entitled "Field Quality Control" have been met.

3.2 PREPARATION

Coordinate work with other trades to ensure that components which are to be secured to or stripped into the roofing system are available and that permanent flashings and counterflashings are installed as the work

progresses.

3.2.1 Priming of Surfaces

Prime surfaces at rate of 0.75 gallon per 100 square feet.

3.2.1.1 Priming of Concrete and Masonry Surfaces

After surface dryness requirements have been met, coat concrete and masonry surfaces which are to receive roofing and base flashing uniformly with asphalt primer. Allow primer to dry before application of roofing and flashing materials.

3.2.1.2 Priming of Metal Surfaces

Prime flanges of metal gravel stops, edging strips, flashing collars, roof drain flashing, and accessories before stripping into roofing system.

3.2.2 Heating of Asphalt

Break up solid asphalt on surface free of dirt and debris. Heat in kettle designed to prevent contact of flame with surfaces in contact with asphalt. Kettles shall have visible thermometer and thermostatic controls set to specified temperature limits. Keep controls in working order and calibrated. Use immersion thermometer, accurate within a tolerance of plus or minus 2 degrees F, for frequent checking of asphalt temperature. If temperature exceeds maximum specified, remove asphalt from site. If asphalt temperature, at the instant of application, is below minimum specified, take a field sample of the affected roofing, analyze as specified, and replace with new material if deficiencies are disclosed. Cutting back, adulterating, or fluxing of asphalt are prohibited.

3.3 APPLICATION

Apply roofing materials as specified and as recommended by manufacturer's printed application instructions. Keep roofing materials dry before and during application. Phased construction is prohibited. Complete application of roofing in a continuous operation. Begin and apply only as much roofing in one day as can be completed that same day. Maintain specified temperatures for asphalt.

3.3.1 Bitumen Stops

Provide bitumen stops at roof edges, openings, and vertical projections before applying roofing felts unless recommended otherwise by manufacturer's printed application instructions. Form bitumen stops with two 12 inch wide strips of organic ply felt. Laminate with and set strips into a coating of asphalt roof cement with one-half of the width overhanging the edge of the roof or opening. Where nailers are provided, nail the strips with roofing nails spaced 12 inches on center in addition to embedding in asphalt roof cement. After cap sheet is in place, fold free portion of the strips back over cap sheet and embed in a continuous coating of asphalt roof cement. Secure with roofing nails spaced 3 inches on center.

3.3.2 Ply Felts

Apply ply felts shingle fashion in hot-moppings of asphalt. Apply felts in a continuous operation. Provide starter sheets of ply felt to maintain the

specified number of plies throughout the roofing. Apply felts with side laps in accordance with the material manufacturer's printed instructions and in uniform alignment. Lap ends not less than 6 inches and stagger 36 inchesminimum. Apply felts at right angles to roof slope so that direction of water flow is over and not against laps. Extend felts approximately 2 inches above top of cant strips at vertical surfaces and to top of cant strips elsewhere. Trim felts to a neat fit around vent pipes, roof drains, and other projections.

3.3.3 Mineral Surfaced Cap Sheet

Prior to laying mineral surfaced cap sheets, cut rolls into sheets 12 to 18 feet long, and stack in flat protected piles for not less than 24 hours. Sheets shall not be buckled or wrinkled. Apply shingle fashion and in same direction as ply felts. Maintain 2 inch side laps and 6 inch end laps. Stagger end laps not less than 12 inches. Apply sheets firmly in hot-moppings of asphalt the full width under sheets. Seal edges of sheets.

3.3.4 Hot-Mopping of Ply Felts and Mineral Surfaced Cap Sheets

Bond ply felts to each other, to substrate, and to the mineral surfaced cap sheet with hot asphalt. Apply felts immediately following application of hot asphalt. Do not work ahead with asphalt. At the instant felts come into contact with asphalt, asphalt shall be completely fluid, with mop temperatures within specified EVT range. Apply asphalt uniformly in a full, continuous, firmly bonding film at the rate specified. As felts are being rolled into the hot asphalt, immediately squeegee, roll or broom down to eliminate trapped air and to provide tight, smooth laminations without wrinkles, buckles, kinks, or fish mouths. The completed roofing system shall be free of pockets, felt delaminations, ridges, fishmouths, dry laps, or blisters. Do not lay felts dry, turning back laps for mopping between plies.

3.3.4.1 Temperature Limitations for Asphalt

Heat and apply asphalt at the temperatures specified below unless specified otherwise by the manufacturer. Use thermometer to check temperature during heating and application. Have kettle attended constantly during heating process to ensure specified temperatures are maintained. Do not heat asphalt above its finished blowing temperature (FBT). Do not heat asphalt to the flash point (FP). Apply asphalt and embed roofing felts when asphalt temperature is within plus or minus 25 degrees F of the equiviscous temperature (EVT). Before heating asphalt refer to manufacturer's label or bill of lading for the FBT, FP and EVT of the asphalt used.

3.3.5 Flashing

Provide bituminous flashing in the angles formed where roof deck abuts walls, curbs, ventilators, pipes, and other vertical surfaces, and where necessary to make the work watertight. Install flashing after plies of felt have been applied, including the mineral surfaced cap sheet. Metal flashings are specified under Section 07600, "Flashing and Sheet Metal." Except for SBS modified bitumen flashing, do not set built-up bituminous or metal flashing in hot asphalt.

3.3.5.1 Base Flashing

Mechanically secure base flashing to vertical surfaces using one of the following base flashing systems as recommended by the manufacturer of the

ply felt:

a. Three-Ply Bituminous Built-Up Base Flashing: Provide three plies of specified GA ply felt. Embed each in a uniform trowelling of asphalt roof cement not less than 1/8 inch thick. Smooth and press felts firmly into place. Extend felts not less than 6, 9, and 12 inches, respectively, over the roofing membrane beyond toe of cant, and not less than 4 inches nor more than 10 inchesabove top of cant on vertical surfaces. Lap ends not less than 12 inches and seal watertight with asphalt roof cement. Stagger end laps. Nail top edges of base flashing to wood nailers with large head roofing nails through metal discs or one-piece composite fasteners spaced not more than 4 inches on center on a line 1 1/2 inches below the top edge of the base flashing. Coat the finished base flashing with asphalt roof cement not less than 1/8 inch thick, extending from one inch above the top of base flashing on the vertical surface to one inch beyond edge of base flashing on the roofing membrane.

b. Two-Ply Bituminous Built-Up Base Flashing: Provide one ply of GA ply felt and one ply of flashing felt, FF, in accordance with the manufacturer's printed installation instructions and graphic details.

c. Modified Bitumen Base Flashing: Provide two ply SBS or APP modified bitumen base flashing standard with the roofing system manufacturer in accordance with printed installation instructions and graphic details.

3.3.5.2 Strip Flashing

Set flanges of horizontal sheet metal work which are to be incorporated into roofing system into a uniform coating of asphalt roof cement not less than 1/16 inch thick applied over mineral surfaced cap sheets. Strip-in with either two layers of ply felt or one layer of modified bitumen sheet cemented to flange tops, roofing surface, and to each other. Use coatings of asphalt roof cement not less than 1/16 inch thick for ply felt. Use hot steep asphalt for modified bitumen sheet. Extend felts 3 and 6 inches, respectively, or modified bitumen sheet 6 inches beyond flange edges and onto cap sheet surface. Coat finished felt strip flashing with asphalt roof cement not less than 1/8 inch thick.

3.3.5.3 Flashing at Roof Drain

Roof drains are specified under Section 15400, "Plumbing Systems." Flashings for roof drains are specified under Section 07600, "Flashing and Sheet Metal." Extend roofing plies and cap sheet to edge of drain bowl opening at roof drain deck flange. Neatly fit and press primed metal roof drain flashing into heavy coat of asphalt roof cement applied to top of cap sheet. Strip in and completely cover flashing with two layers of modified bitumen sheet, extending the sheets 4 and 6 inches, respectively, on the roofing beyond edge of flashing. Cement the two layers to the metal flashing and to each other with hot asphalt. Securely clamp membrane, mineral surfaced cap sheet, metal flashing, and strip flashing in the flashing clamping ring. Secure clamps so that membrane and metal flashing are free from wrinkles and folds. Trim membrane, flashing and stripping flush with inside of clamping ring.

3.3.6 Protection of Applied Roofing

3.3.6.1 Protection Against Moisture Absorption

When precipitation is imminent and at the end of each day's work, protect applied felts as follows:

a. Water Cut-Offs: Apply water cut-offs consisting of two strips of ply felt applied to exposed edges of insulation. Extend the first strip 6 inches on roof deck, up vertical edge of insulation, and 6 inches on top of applied felts. The second strip shall lap first strip by 3 inches on each side. Apply the strips with asphalt roof cement to roof deck, applied felts, and to each other. Keep roof cement from edges of insulation. Before resuming application of insulation and roofing system, remove water cut-offs to expose edges of insulation so that new insulation butts properly against insulation already in place.

b. Temporary Flashing: Provide temporary flashing at drains, curbs, walls, and other penetrations and terminations of roofing felts until roofing membrane is complete, and permanent flashings are applied. Use one ply of felt applied in trowel coat of asphalt roof cement over primed surface. Finish with a surface coat of asphalt roof cement. Remove temporary flashing before applying permanent flashing.

3.3.6.2 Temporary Walkways, Runways, and Platforms

Storing, walking, wheeling, and trucking directly on applied roofing materials is prohibited. Provide temporary walkways, runways, and platforms of smooth clean boards or planks as necessary to avoid damage to applied roofing materials, and to distribute weight to conform to indicated live load limits of roof construction. Use rubber-tired equipment for roofing work.

3.3.7 Walkways

Provide reprocessed rubber pads or granular surfaced treads for access to mechanical equipment and for traffic areas, as indicated. Where walkways are used, make provision for continuous roof drainage. Install walk pads in spot-moppings of Type III asphalt applied with one spot at each corner and one in the middle of the longest sides of walk pads. Leave a 6 inch wide space between walk pads for drainage.

3.4 FIELD QUALITY CONTROL

Perform field tests in the presence of the Contracting Officer. Notify the Contracting Officer seven days before performing tests.

3.4.1 Test for Surface Dryness

Before starting work on area to be roofed, perform test for surface dryness in accordance with the following:

a. Foaming: When poured on the surface to receive felts, one pint of asphalt heated in the range of 350 to 400 degrees F, shall not foam upon contact.

b. Stripping: After asphalt used in foaming test application has cooled to ambient temperature, test for adherence. If a portion

of the sample is readily stripped clean from the surface, do not consider the surface to be dry and do not start application. If rain occurs during application, stop work and do not resume until surface has been tested by the method above and found dry.

3.4.2 Samples of Built-Up Roofing

After application of specified roofing felts and prior to applying surfacing, take field samples of built-up roofing in the presence of the Contracting Officer. Take and test samples in accordance with ASTM D 3617 and at locations selected by the Designer of Record, Registered Architect immediately prior to cutting. Cut 4 by 40 inch samples across felt laps in a manner to expose the specified number of plies. The 4 inch edge shall coincide with an edge lap of felt and shall not be positioned over an end lap. The 4 by 40 inchsamples will be used by the Contracting Officer to inspect for the specified number of plies, bond between plies, skips in interply moppings, uniform asphalt mopping, presence of excessive voids or large voids in the ply construction, presence of harmful foreign materials, visible presence of moisture in the sandwich and wet insulation. 12 by 12 inch cut samples will be used to calculate bitumen quantities in accordance with ASTM D 3617 when necessary and directed by the Contracting Officer. Do not proceed with surfacing until all deficiencies disclosed as a result of "cut tests" have been corrected and approved.

3.4.2.1 Number of Cut Tests

Take not less than two samples from each 100 squares of roofed area, and take at least one sample from each day's application, regardless of quantity applied. If samples show any deficiency, no matter how slight, take additional sample to determine extent of deficiency.

3.4.2.2 Sample Cutting Device

Provide a rectangular, 4 by 40 inch template and 12 by 12 inch template, of a type that will permit accurate cutting of samples with standard roofing knives. Keep cutting edge of knife clean by washing in solvent after each cut.

3.4.2.3 Patching Cut-Out Area

Immediately after inspection, replace cut-out sample. When sample is needed for laboratory analysis or other circumstance makes it unavailable, substitute a new section of equivalent size and structure. For non-nailable decks, replace sample in hot asphalt. For nailable decks, insert one ply of felt into the opening from which sample was taken and sprinkle nail to hold in place; coat felt heavily with asphalt roof cement and press the cutout sample firmly into the asphalt roof cement. Cover area over replaced samples with 3 plies of felt and one ply of cap sheet, hot mopped in place with first ply overlapping the cutout area 3 inches on all sides and each succeeding ply overlapping previous ply 3 inches on all sides.

3.4.3 Correction of Deficiencies

Where interply moppings are too light, apply additional 2 plies of felt in full moppings of asphalt. Apply with 4 inch side and end laps. Where free water, skips, excessive voids, dry laps, disbonding or any form of delamination are discovered between the plies, remove and rebuild affected area. Correction of inadequate number of plies, improper lap widths, or

nonuniform or excessive asphalt mopping shall be as directed by the QC Manager.

3.4.4 Roof Drain Test

After completing roofing system but prior to Government acceptance, perform the following test for watertightness. Plug roof drains and fill with water to edge of drain sump for 24 hours. Do not plug secondary overflow drains. To ensure some drainage from roof, do not test all drains at same time. Measure water at beginning and end of the 24 hour period. When precipitation occurs during test period, repeat test. When water level falls, remove water, thoroughly dry, and inspect installation; repair or replace roofing at drain. Repeat test until there is no water leakage.

3.5 INFORMATION CARD

For each roof, provide a typewritten card, laminated in plastic for interior display, or a photoengraved 0.032 inch thick aluminum card for exterior display. Card shall be 8 1/2 by 11 inches minimum and contain the information listed on Form 1 located at the end of this section. Install card near point of access to roof or where indicated. Send photostatic paper copy to SOUTHWESTNAVFACENGCOM, Code 133SB, 1220 Pacific Highway, San Diego, CA 92132-5190.

FORM 1 - ROOFING SYSTEM DESCRIPTION

1. Location ____________________________ 2. Bldg. Name ___________________

3. Bldg. No. _____ 4. Roof Area (SF) ______ 5. Contract No. ____________

6. New Construction ( ) Yes ( ) No 7. Deck Slope: ______________________

8. Type of Deck:
( ) Metal ( ) Wood Plank or Plywood
( ) Cast-In-Place Concrete ( ) Other ____________________
( ) Precast/Prestressed Concrete

9. Type of Insulation Board:
( ) Polyisocyanurate/Composite ( ) Polyisocyanurate Foam
( ) Polystyrene/Composite ( ) Polystyrene
( ) Perlite ( ) Mineral Fiber
( ) Other ______________________

10. Insulation Manufacturer: ____________________________________________

11. Insulation Thickness: _____________________

12. Vapor Treatment: Total Coverage ( ) Yes ( ) No
( ) No Vapor Retarder ( ) Bituminous Vapor Retarder
( ) One Way Roof Vents ( ) Laminated Kraft Paper
( ) Other __________________________

13. Vapor Treatment Manufacturer(s): ____________________________________

14. Roofing Type:
( ) Built-Up (Asphalt) ( ) PIB ( ) TPA
( ) Built-Up (Coal-Tar) ( ) Modified Bitumen ( ) EPDM
( ) Metal ( ) CSPE ( ) PVC
( ) Shingles ( ) Other _________________

15. Roofing Manufacturer: _______________________________________________

16. Roofing Installer/Warrantor: ________________________________________

17. Roofing Application Method:
( ) Bitumen ( ) Fully Adhered ( ) Loose-Laid
( ) Mechanically Fastened ( ) Torched Ballasted
( ) Mechanically Fastened/Fully Adhered ( ) Other _____________

18. Warranty Period: From ________________ To ______________

19. Warranty Serial Number: ____________________________________________

20. Date Roofing Completed: ______________ 21. Inspector: ______________

22. Prime Contractor Name/Address: ______________________________________

Signature: ____________________________________ Date: ___________________

INSTRUCTIONS FOR FORM 1 (DO NOT POST)

1. Location: Name of activity as shown on contract.

2. Bldg. Name: As shown on contract or as provided by Contracting Officer.

3. Bldg. Number: As provided by Contracting Officer.

4. Roof Area: Area in square feet of roof for which deck insulation, membrane, etc. are the same. A separate form is required if any part of roof system is different over other areas of the roof.

5. Contract Number: As shown on the contract.

7. Show deck slope.

8. Deck: Check appropriate block.

9. Type of Insulation Board: Check appropriate block.

11. Show minimum thickness of installed insulation.

12. Vapor Treatment: Check appropriate blocks.

13. Show vapor treatment system manufacturer's name.

14. Roofing Type: Check appropriate block.

15. Show roofing manufacturer's name.

16. Roofing Installer's or Contractor's name.

17. Roofing Application Method: Check appropriate block.

18. Warranty Period: Insert Start and End dates.

19. Warranty Serial Number: Insert serial number.

20. Show date roofing was accepted by the Contracting Officer. Warranty period begins on this date.

21. Show Government Inspector's name.

22. Prime Contractor Name/Address/Signature: Must be signed and dated by QC Representative and an official of Contracting firm.

-- End of Section --

SECTION 07600

# FLASHING AND SHEET METAL

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Covering on flat, sloped, or curved surfaces

Expansion joints

Fascias

Splash pans

Flashing for roof drains

Base flashing

Counterflashing

Flashing at roof penetrations

Reglets

Copings

Drip edge

Downspouts and Scuppers

Indicate thicknesses, dimensions, fastenings and anchoring methods, expansion joints, and other provisions necessary for thermal expansion and contraction. Scaled manufacturer's catalog data may be submitted for factory fabricated items.

SD-11 Closeout Submittals

Quality Control Plan; G

Submit for sheet metal work in accordance with paragraph entitled "Field Quality Control."

1.3 DELIVERY, HANDLING, AND STORAGE

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

PART 2 PRODUCTS

2.1 MATERIALS

Furnish sheet metal items in 8 to 10 foot lengths. Single pieces less than 8 feet long may be used to connect to factory-fabricated inside and outside corners, and at ends of runs. Factory fabricate corner pieces with minimum 12 inch legs. Provide accessories and other items essential to complete the sheet metal installation. These accessories shall be made of the same materials as the items to which they are applied. Fabricate sheet metal items of the materials specified below and to the gage, thickness, or weight shown in Table I at the end of this section. Sheet metal items shall have mill finish unless specified otherwise. Where more than one material is listed for a particular item in Table I, each is acceptable and may be used except as follows:

2.1.1 Exposed Sheet Metal Items

Shall be of the same material. The following items shall be considered as exposed sheet metal: gutters, including hangers; downspouts; gravel stops and fascias; cap, valley, steeped, base, and eave flashings and related accessories.

2.1.2 Drainage

Do not use copper for an exposed item if drainage from that item will pass over exposed masonry, stonework or other metal surfaces. In addition to the metals listed in Table I, lead-coated copper may be used for such items.

2.1.3 Copper, Sheet and Strip

ASTM B 370, cold-rolled temper.

2.1.4 Steel Sheet, Zinc-Coated (Galvanized)

ASTM A 653/A 653M.

2.1.5 Zinc Sheet and Strip

ASTM B 69, Type I, a minimum of 0.024 inch thick.

2.1.6 Stainless Steel

ASTM A 167, Type 302 or 304, 2D Finish, fully annealed, dead-soft temper.

2.1.7 Terne-Coated Stainless Steel

Minimum of 14 by 20 inches with minimum of 40 pound coating per double base box.

2.1.8 Aluminum Alloy Sheet and Plate

ASTM B 209, form alloy, and temper appropriate for use.

2.1.8.1 Finish

Exposed exterior sheet metal items of aluminum shall have a baked-on, factory-applied color coating of polyvinylidene fluoride (PVF2) or other equivalent fluorocarbon coating applied after metal substrates have been cleaned and pretreated. Finish coating dry-film thickness shall be 0.8 to 1.3 mils.

2.1.9 Aluminum Alloy, Extruded Bars, Rods, Shapes, and Tubes

ASTM B 221.

2.1.10 Solder

ASTM B 32.

2.1.11 Bituminous Plastic Cement

ASTM D 4586, Type I.

2.1.12 Building Paper

Uncreped, reinforced, 20 lb per inch dry tensile strength, 16 hour minimum water resistance.

2.1.13 Asphalt Primer

ASTM D 41.

2.1.14 Fasteners

Use the same metal or a metal compatible with the item fastened. Use stainless steel fasteners to fasten dissimilar materials.

PART 3 EXECUTION

3.1 INSTALLATION

3.1.1 Requirements

Make surfaces to receive sheet metal plumb and true, clean, even, smooth, dry, and free of defects and projections which might affect the application. For installation of items not shown in detail or not covered by specifications conform to the applicable requirements of SMACNA ASMM, Architectural Sheet Metal Manual. Provide sheet metal flashing in the angles formed where roof decks abut walls, curbs, ventilators, pipes, or other vertical surfaces and wherever indicated and necessary to make the work watertight. Join sheet metal items together as shown in Table II.

3.1.2 Workmanship

Make lines, arrises, and angles sharp and true. Free exposed surfaces from visible wave, warp, and buckle, and tool marks. Fold back exposed edges neatly to form a 1/2 inch hem on the concealed side. Make sheet metal exposed to the weather watertight with provisions for expansion and contraction.

3.1.3 Nailing

Confine nailing of sheet metal generally to sheet metal having a maximum width of 18 inches. Confine nailing of flashing to one edge only. Space nails evenly not over 3 inches on centers and approximately 1/2 inch from edge unless otherwise specified or indicated. Face nailing will not be permitted. Where sheet metal is applied to other than wood surfaces, include in shop drawings, the locations for sleepers and nailing strips required to secure the work. Sleepers and nailing strips are specified in Section 06100, "Rough Carpentry."

3.1.4 Cleats

Provide cleats for sheet metal 18 inches and over in width. Space cleats evenly not over 12 inches on centers unless otherwise specified or indicated. Unless otherwise specified, cleats shall be not less than 2 inches wide by 3 inches long and of the same material and thickness as the sheet metal being installed. Secure one end of the cleat with two nails and the cleat folded back over the nailheads. Lock the other end into the seam. Pretin cleats for soldered seams.

3.1.5 Bolts, Rivets, and Screws

Install bolts, rivets, and screws where indicated or required. Provide compatible washers where required to protect surface of sheet metal and to provide a watertight connection.

3.1.6 Seams

Straight and uniform in width and height with no solder showing on the face.

3.1.6.1 Flat-lock Seams

Finish not less than 3/4 inch wide.

3.1.6.2 Lap Seams

Finish soldered seams not less than one inch wide. Overlap seams not soldered, not less than 3 inches.

3.1.6.3 Flat Seams

Make seams in the direction of the flow.

3.1.7 Soldering

Where soldering is specified, it shall apply to copper, terne-coated stainless steel, zinc-coated steel, and stainless steel items.

3.1.7.1 Edges

Pretin edges of sheet metals before soldering. Slowly solder with well heated soldering irons so as to thoroughly heat the seams and completely sweat the solder through the full width of the seam. Scrape or wire-brush the edges of lead-coated material to be soldered to produce a bright surface. Flux brush the seams in before soldering. Treat with soldering acid flux the edges of stainless steel to be pretinned. Solder immediately after application of the flux. Upon completion of soldering, the acid flux

residue shall be thoroughly cleaned from the sheet metal with a solution of washing soda in water and rinsed with clean water. Seal the joints in aluminum sheets of 0.040 inch or less in thickness with specified sealants. Do not solder aluminum.

3.1.8 Welding and Mechanical Fastening

Use welding for aluminum of thickness greater than 0.040 inch. Aluminum 0.040 inch or less in thickness shall be butted and the space backed with formed flashing plate; or lock joined, mechanically fastened, and filled with sealant as recommended by the aluminum manufacturer.

3.1.8.1 Welding of Aluminum

Use welding of the inert gas, shield-arc type. For procedures, appearance and quality of welds, and the methods used in correcting welding work, conform to AWS D1.2.

3.1.8.2 Mechanical Fastening of Aluminum

Use No. 12, aluminum alloy, sheet metal screws or other suitable aluminum alloy or stainless steel fasteners. Drive fasteners in holes made with a No. 26 drill in securing side laps, end laps, and flashings. Space fasteners 12 inches maximum on centers. Where end lap fasteners are required to improve closure, locate the end lap fasteners not more than 2 inches from the end of the overlapping sheet.

3.1.9 Protection from Contact with Dissimilar Materials

3.1.9.1 Copper or Copper-bearing Alloys

Paint with heavy-bodied bituminous paint surfaces in contact with dissimilar metal, or separate the surfaces by means of moistureproof building felts.

3.1.9.2 Aluminum

Aluminum surfaces shall not directly contact other metals except stainless steel, zinc, or zinc coating. Where aluminum contacts another metal, paint the dissimilar metal with a primer followed by two coats of aluminum paint. Where drainage from a dissimilar metal passes over aluminum, paint the dissimilar metal with a non-lead pigmented paint.

3.1.9.3 Metal Surfaces

Paint surfaces in contact with mortar, concrete, or other masonry materials with alkali-resistant coatings such as heavy-bodied bituminous paint.

3.1.9.4 Wood or Other Absorptive Materials

Paint surfaces that may become repeatedly wet and in contact with metal with two coats of aluminum paint or a coat of heavy-bodied bituminous paint.

3.1.10 Expansion and Contraction

Provide expansion and contraction joints at not more than 32 foot intervals for aluminum and at not more than 40 foot intervals for other metals. Where the distance between the last expansion joint and the end of the continuous run is more than half the required interval, an additional joint

shall be provided. Space joints evenly. Join extruded aluminum gravel stops and fascias by expansion and contraction joints spaced not more than 12 feet apart.

3.1.11 Base Flashing

Extend up vertical surfaces of the flashing not less than 8 inches and not less than 4 inches under the roof covering. Where finish wall coverings form a counterflashing, extend the vertical leg of the flashing up behind the applied wall covering not less than 6 inches. Overlap the flashing strips with the previously laid flashing not less than 3 inches. Fasten the strips at their upper edge to the deck, with compatible, large-head roofing nails. Solder end laps and provide for expansion and contraction. Extend the metal flashing over crickets at the up-slope side of vertical surfaces extending through sloping roofs, the metal flashings. Extend the metal flashings onto the roof covering not less than 4.5 inches at the lower side of vertical surfaces extending through the roof decks. Install and fit the flashings so as to be completely weathertight. Base flashing for interior and exterior corners shall be factory-fabricated.

3.1.12 Counterflashing

Except where indicated or specified otherwise, insert counterflashing in reglets located from 9 to 10 inches above roof decks, extend down vertical surfaces over upturned vertical leg of base flashings not less than 3 inches. Fold the exposed edges of counterflashings 1/2 inch. Where stepped counterflashings are required, they may be installed in short lengths or may be of the preformed one-piece type. Provide end laps in counterflashings not less than 3 inches and make it weathertight with plastic cement. Do not make lengths of metal counterflashings exceed 10 feet. Form the flashings to the required shapes before installation. Factory-form the corners not less than 12 inches from the angle. Secure the flashings in the reglets with lead wedges and space not more than 18 inches apart; on short runs, place wedges closer together. Fill calked-type reglets or raked joints which receive counterflashing with calking compound. Calking is covered in Section 07920, "Joint Sealants." Turn up the concealed edge of counterflashings built into masonry or concrete walls not less than 1/4 inch and extend not less than 2 inches into the walls. Install counterflashing to provide a spring action against base flashing.

3.1.13 Metal Reglets

Calked type or friction type reglets shall be factory fabricated with a minimum opening of 1/4 inch and a depth of 1 1/4 inches, as approved.

3.1.13.1 Calked Reglets

Provide with rounded edges and metal strap brackets or other anchors for securing to the concrete forms. Provide reglets with a core to protect them from injury during the installation. Provide built-up mitered corner pieces for internal and external angles. Wedge the flashing in the reglets with lead wedges every 18 inches, calked full and solid with an approved compound.

3.1.13.2 Friction Reglets

Provide with flashing receiving slots not less than 5/8 inch deep, one inch jointing tongues, and upper and lower anchoring flanges. Insert the

flashing the full depth of the slot and lock by indentations made with a dull-pointed tool.

### 3.1.14 Fascias

Prefabricate in the shapes and sizes indicated and in lengths notless than 8 feet. Extend flange at least 4 inches onto roofing. Provide prefabricated, mitered corners internal and external corners. Install fascias after all plies of the roofing membrane have been applied, but before the flood coat of bitumen is applied. Prime roof flange of fascias on both sides with an asphalt primer. After primer has dried, set flange on roofing membrane and strip-in as specified in Section 07513, "Built-Up Asphalt Roofing (Mineral Surfaced)". Nail flange securely to wood nailer with large-head, barbed-shank roofing nails 1.5 inches long spaced not more than 3 inches on centers, in two staggered rows.

#### 3.1.14.1 Edge Strip

Hook the lower edge of fascias at least 3/4 inch over a continuous strip of the same material bent outward at an angle not more than 45 degrees to form a drip. Nail hook strip to a wood nailer at 6 inches maximum on centers. Where fastening is made to concrete or masonry, use screws spaced 12 inches on centers driven in expansion shields set in the concrete or masonry. Where horizontal wood nailers are slotted to provide for insulation venting, install strips to prevent obstruction of vent slots. Where necessary, install strips over 1/16 inch thick compatible spacer or washers.

#### 3.1.14.2 Joints

Leave open the section ends of gravel stops and fascias 1/4 inch and backed with a formed flashing plate, mechanically fastened in place and lapping each section end a minimum of 4 inches set laps in plastic cement. Face nailing will not be permitted. Install prefabricated aluminum fascias in accordance with the manufacturer's printed instructions and details.

### 3.1.15 Metal Drip Edge

Provide a metal drip, designed to allow water run-off to drip free of underlying construction, at eaves and rakes prior to the application of roofing shingles. Apply directly on the wood deck at the eaves and over the underlay along the rakes. Extend back from the edge of the deck not more than 3 inches and secure with compatible nails spaced not more than 10 inches on center along upper edge.

### 3.1.16 Flashing for Roof Drains

Roof drains are specified in Section: 15400, "Plumbing Systems". Provide a 30 inch square sheet indicated. Taper insulation to drain from 24 inches out. Set flashing on finished felts in a full bed of asphalt roof cement as specified in Roofing Section. Apply strip flashing to the drain flashing in accordance with Section 07513, "Built-Up Asphalt Roofing (Mineral Surfaced)", paragraph entitled "Roof Drain Flashing." Heavily coat the drain flashing ring with asphalt roof cement. Clamp the roof membrane, flashing sheet, and stripping felt in the drain clamping ring. Secure clamps so that felts and drain flashing are free of wrinkles and folds.

### 3.1.17 Sheet Metal Covering on Flat, Sloped, or Curved Surfaces

Except as specified or indicated otherwise, cover and flash all minor flat,

sloped, or curved surfaces such as crickets, bulkheads, dormers and small decks with metal sheets of the material used for flashing; maximum size of sheets, 16 by 18 inches. Fasten sheets to sheathing with metal cleats. Lock seams and solder. Lock aluminum seams and fill with sealer as recommended by aluminum manufacturer. Provide an underlayment of building paper for all sheet metal covering.

3.1.18 Expansion Joints

Provide expansion joints for roofs, where indicated and conform to the requirements of Table I.

3.1.18.1 Roof Expansion Joints

Consist of curb with wood nailing members on each side of joint, bituminous base flashing, metal counterflashing, and metal joint cover. Bituminous base flashing is specified in Roofing Section. Provide counterflashing as specified in paragraph "Counterflashing," except as follows: Provide counterflashing with vertical leg of suitable depth to enable forming into a horizontal continuous cleat. Secure the inner edge to the nailing member. Make the outer edge projection not less than one inch for flashing on one side of the expansion joint and be less than the width of the expansion joint plus one inch for flashing on the other side of the joint. Hook the expansion joint cover over the projecting outer edges of counterflashing. Provide roof joint with a joint cover of the width indicated. Hook and lock one edge of the joint cover over the shorter projecting flange of the continuous cleat, and the other edge hooked over and loose locked with the longer projecting flange. Joints are specified in Table II.

3.1.19 Flashing at Roof Penetrations and Equipment Supports

Provide metal flashing for all pipes, ducts, and conduits projecting through the roof surface and for equipment supports, guy wire anchors, and similar items supported by or attached to the roof deck.

3.1.19.1 Single Pipe Vents

See Table I, footnote (d). Set flange of sleeve in bituminous plastic cement and nail 3 inches on centers. Bend the top of sleeve over and extend down into the vent pipe a minimum of 2 inches. For long runs or long rises above the deck, where it is impractical to cover the vent pipe with lead, use a two-piece formed metal housing. Set metal housing with a metal sleeve having a 4 inch roof flange in bituminous plastic cement and nailed 3 inches on centers. Extend sleeve a minimum of 8 inches above the roof deck and lapped a minimum of 3 inches by a metal hood secured to the vent pipe by a draw band. Seal the area of hood in contact with vent pipe with an approved sealant. Sealants are covered under Section 07920, "Joint Sealants."

3.1.20 Copings

Provide coping using copper sheets 8 or 10 feet long joined by a 3/4 inch locked and soldered seam. Terminate outer edges in edge strips. Install with sealed cover plate joints as indicated.

3.1.21 Downspouts

Type, shape and sizes as required. Provide complete including elbows and

offsets. Provide downspouts in approximately 10 foot lengths. Provide end joints to telescope not less than ½ inch and lock longitudinal joints. Provide gutter outlets with wire ball strainers for each outlet. Provide strainers to fit tightly into outlets and be of the same material used for gutters. Keep downspouts not less than one inch away from walls. Fasten to the walls at top, bottom, and at an intermediate point not to exceed 5 feet on centers with leader straps or concealed rack-and-pin type fasteners. Form straps and fasteners of metal compatible with the downspouts.

3.1.21.1 Terminations

Neatly fit into the drainage connection the downspouts terminating in drainage lines and fill the joints with a Portland cement mortar cap sloped away from the downspout. Provide downspouts terminating in splash blocks with elbow-type fittings. Provide splash pans as specified.

3.1.22 Scuppers

Line interior of scupper openings with sheet metal. Extend the lining through and project outside of the wall to form a drip on the bottom edge and form to return not less than one inch against the face of the outside wall at the top and sides. Fold outside edges under ½ inch on all sides. Provide the perimeter of the lining approximately ½ inch less than the perimeter of the scupper. Joint the top and sides of the lining on the roof deck side to a closure flange by a locked and soldered joint. Join the bottom edge by a locked and soldered joint to the closure flange, where required, form with a ridge to act as a gravel stop around the scupper inlet. Provide surfaces to receive the scupper lining and coat with bituminous plastic cement.

3.2 PAINTING

Field-paint sheet metal for separation of dissimilar materials. Finish painting is specified in Section 09900, "Paints and Coatings."

3.3 CLEANING

Clean exposed sheet metal work at completion of installation. Remove grease and oil films, handling marks, contamination from steel wool, fittings and drilling debris, and scrub-clean. Free the exposed metal surfaces of dents, creases, waves, scratch marks, and solder or weld marks.

3.4 REPAIRS TO FINISH

Scratches, abrasions, and minor surface defects of finish may be repaired in accordance with the manufacturer's printed instructions and as approved. Repair damaged surfaces caused by scratches, blemishes, and variations of color and surface texture. Replace items which cannot be repaired.

3.5 FIELD QUALITY CONTROL

Establish and maintain a Quality Control Plan for sheet metal used in conjunction with roofing to assure compliance of the installed sheet metalwork with the contract requirements. Work not in compliance with the contract shall be promptly removed and replaced or corrected. Quality control shall include, but not be limited to, the following:

a. Observation of environmental conditions; number and skill level of

sheet metal workers; condition of substrate.

b. Verification of compliance before, during, and after installation.

c. Inspection of sheet metalwork, for proper size and thickness, fastening and joining, and proper installation.

3.5.1 Procedure

Submit for approval prior to start of roofing work. Include a checklist of points to be observed. Document the actual quality control observations and inspections. Furnish a copy of the documentation to the Contracting Officer at the end of each day.

TABLE I. SHEET METAL WEIGHTS, THICKNESSES, AND GAGES

| Sheet Metal Items | Copper, Ounces Per Square Foot | Aluminum, Inch | Stainless Steel, Inch | Terne-Coated Stainless Steel, Inch | Zinc-Coated Steel, U.S. Std. Gage |
|---|---|---|---|---|---|
| Building Expansion Joints | | | | | |
| Cover............... | 16 | .032 | .015 | .015 | 24 |
| Waterstop-bellows or flanged, U-type..... | 16 | - | .015 | .015 | - |
| Covering on minor flat, pitched or curved surfaces........... | 20 | .040 | .018 | .018 | - |
| Flashings: | | | | | |
| Base................ | 20 | .040 | .018 | .018 | 24 |
| Cap (Counter-flashing) | 16 | .032 | .015 | .015 | 26 |
| Eave................ | 16 | - | .015 | .015 | 24 |
| Stepped............. | 16 | .032 | .015 | .015 | - |
| Roof drain.......... | 16(b) | | | | |
| Pipe vent sleeve(d) | | | | | |
| Coping.............. | 16 | - | - | - | - |
| Fascias: | | | | | |
| Extrusions.......... | - | .075 | - | - | - |
| Sheets, corrugated.......... | 16 | .032 | .015 | .015 | - |
| Sheets, smooth...... | 20 | .050 | .018 | .018 | 24 |
| Edge strip.......... | 24 | .050 | .025 | - | - |
| Reglets (c)......... | 10 | - | .010 | .010 | - |
| Splash pans......... | 16 | .040 | .018 | .018 | - |

(a) Brass.

(b) May be lead weighing 4 pounds per square foot.

(c) May be polyvinyl chloride.

(d) 2.5 pound minimum lead sleeve with 4 inch flange. Where lead sleeve is impractical, refer to paragraph entitled "Single Pipe Vents" for optional material.

TABLE I. SHEET METAL WEIGHTS, THICKNESSES, AND GAGES

| Sheet Metal Items | Copper, Ounces Per Square Foot | Aluminum, Inch | Stainless Steel, Inch | Terne-Coated Stainless Steel, Inch | Zinc-Coated Steel, U.S. Std. Gage |
|---|---|---|---|---|---|

TABLE II. SHEET METAL JOINTS
TYPE OF JOINT

| Item Designation | Copper, Terne-Coated Stainless Steel, Zinc-Coated Steel and Stainless Steel | Aluminum | Remarks |
|---|---|---|---|
| Joint cap for building expansion seam, cleated joint at roof | 1.25 inch single lock, standing seam, cleated | 1.25 inch single lock, standing | - - - |
| Flashings | | | |
| Base | One inch 3 inch lap for expansion joint | One inch flat locked, soldered; sealed; 3 inch lap for expansion joint | Aluminum producer's recommended hard setting sealant for locked aluminum joints. Fill each metal expansion joint with a joint sealing compound compound. See Section 07920, "Joint Sealants." |
| Cap-in reglet | 3 inch lap | 3 inch lap | Seal groove with joint sealing compound. See Section 07920, "Joint Sealants." |
| Reglets | Butt joint | - - - | Seal reglet groove with joint sealing compound. See Section 07920, "Joint Sealants." |
| Eave | One inch flat locked, cleated | One inch flat locked, locked, | Same as base flashing. |

TABLE II. SHEET METAL JOINTS
TYPE OF JOINT

| Item Designation | Copper, Terne-Coated Stainless Steel, Zinc-Coated Steel and Stainless Steel | Aluminum | Remarks |
|---|---|---|---|
| | One inch loose locked, expansion joint cleated | cleated one inch loose locked, sealed expansion joints, cleated | |
| Stepped | 3 inch lap | 3 inch lap | - - - |
| Valley. | 6 inch lap cleated | 6 inch lap cleated | - - - |
| Edge strip | Butt | Butt | - - - |
| Extrusions | - - - | Butt with 1/2 inch space | Use sheet flashing beneath and a cover plate. |
| Sheet, smooth | Butt with 1/4 inch space | Butt with 1/4 inch space | Use sheet flashing backup plate. |
| Sheet corrugated | Butt with 1/4 inch space | Butt with 1/4 inch space | Use sheet flashing beneath and a cover plate or a combination unit |

(a) Elastomeric flashing shall have 3 inch lap with manufacturer's recommended sealant.

(b) Polyvinyl chloride reglet shall be sealed with manufacturer's recommended sealant.

-- End of Section --

SECTION 07840

# FIRESTOPPING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build." The fire protection engineer, EFA WEST Division, Naval Facilities Engineering Command will review and approve all submittals in this section requiring Government approval.
Through-penetration firestopping systems or designs shall be the types tested in accordance withASTM E 814, UL 1479, or UL 2079 and listed by UL FRD or approved by
FM P7825. Submittals shall show the construction compliance in accordance with UL FRD or FM P7825 for the specific wall or floor assembly being penetrated and firestopping protected.

SD-03 Product Data

Firestopping

Include composition and performance characteristics; include UL system number and drawing for each design condition where product will be used.

SD-06 Test Reports

Firestopping field report; G

SD-07 Certificates

Firestopping

SD-08 Manufacturer's Instructions

Firestopping

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver materials in original unopened packages or containers showing name of manufacturer and brand name. Store materials off the ground and protect from damage and exposure to elements. Remove damaged and deteriorated materials from the site.

### 1.4 COORDINATION

Coordinate the work with other trades. Apply firestopping materials at penetrations of pipes and ducts, prior to insulating, unless insulation meets requirements specified for firestopping. Apply firestopping materials at building joints prior to completion of enclosing walls or assemblies.

## PART 2 PRODUCTS

### 2.1 FIRESTOPPING

Provide asbestos-free firestopping material capable of maintaining an effective barrier against flame, gases, and temperature. Provide noncombustible firestopping that is nontoxic to human beings during installation or during fire conditions. Devices and equipment for firestopping service shall be UL FRD listed or FM P7825 approved for use with applicable construction, and penetrating items.

#### 2.1.1 Fire Hazard Classification

Material shall have a flame spread of 25 or less and a smoke developed rating of 50 or less when tested in accordance with UL 723.

#### 2.1.2 Firestopping Rating

Firestopping materials shall be UL FRD listed or FM P7825 approved for "F" and "T" ratings at least equal to fire-rating of fire wall or floor in which penetrated openings are to be protected.

## PART 3 EXECUTION

### 3.1 SURFACE PREPARATION

Prior to application, remove from surfaces all dirt, grease, oil, loose materials, rust, or other substances that may affect proper fitting or required fire resistance of firestopping materials. Prepare surface as recommended by manufacturer.

### 3.2 INSTALLATION

Install firestopping assembly at locations shown and as specified in accordance with UL FRD systems or FM P7825 designs, and as recommended by manufacturer.

#### 3.2.1 Firestopping Construction Joints

Completely fill openings at construction joints with firestopping material to prevent spread of fire in the following locations:

a. Floor-to-Floor Joints

b. Wall-to-Wall Joints

c. Floor-to-Wall Joints

d. Head-of Wall Joints

#### 3.2.2 Firestopping Penetrations

Completely fill openings around penetrating items with firestopping material to prevent spread of fire in the following locations:

a. Around duct, cable, conduit, piping, and their supports that penetrate fire-rated above grade floor slabs and interior partitions.

b. Around penetration of vertical fire-rated service shafts.

c. Around openings and penetrations through fire-rated enclosures.

d. Other locations indicated.

3.2.3 Filling of Voids

Completely fill voids flush with the surface; the depth of material shall be in accordance with UL FRD or FM P7825. Firestopping for filling voids in floors in which smallest dimension of a void is 4 inches or more shall support the floor design load or be protected by a permanent barrier. Damaged, disrupted, or removed firestoppings shall be replaced with new firestoppings as specified in this section.

3.2.4 Insulated Pipes and Ducts

Cut and remove thermal insulation where pipes or ducts pass through firestoppings. Replace thermal insulation with a material having equal thermal insulating characteristics and equal firestopping characteristics.

3.2.5 Wall and Floor Penetration by Plastic Drain, Waste, and Vent Pipes

A 2-hour fire resistive chase enclosure is maintained by encasing the pipe in an 18 inch steel sleeve and penetrating the chase at a 45 degree downward angle. Chases shall be firestopped at each floor.

3.3 FIELD QUALITY CONTROL

Do not cover or enclose firestopped areas until approved by the Contracting Officer.

3.3.1 Firestopping Field Report

Submit written reports indicating locations of and types of penetrations and types of firestopping used at each location. Type shall be recorded by UL listed printed numbers.

-- End of Section --

SECTION 07920

# JOINT SEALANTS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Sealants

Primers

Bond breakers

Backstops

Data for the sealants shall include shelf life, recommended cleaning solvents, and applicable MSDS information.

### 1.3 ENVIRONMENTAL CONDITIONS

The ambient temperature shall be within the limits of 40 and 100 degrees F when sealant is applied.

### 1.4 DELIVERY AND STORAGE

Deliver materials to the job site in unopened manufacturers' external shipping containers, with brand names, date of manufacture, color, and material designation clearly marked thereon. Elastomeric sealant containers shall be labeled to identify type, class, grade, and use. Carefully handle and store materials to prevent inclusion of foreign materials or subjection to sustained temperatures exceeding 100 F degrees or less than 0 degrees F.

## PART 2 PRODUCTS

### 2.1 SEALANTS

Provide sealant that has been tested and found suitable for the substrates to which it will be applied.

#### 2.1.1 Interior Sealant

ASTM C 834 or ASTM C 920, Type S or M, Grade NS, Class 12.5, Use NT.

#### 2.1.2 Exterior Sealant

For joints in vertical surfaces, provide ASTM C 920, Type S or M, Grade NS, Class 25, Use NT. For joints in horizontal surfaces, provide ASTM C 920, Type S or M, Grade P, Class 25, Use T.

#### 2.1.3 Floor Joint Sealant

ASTM C 920, Type S or M, Grade P, Class 25, Use T.

### 2.2 PRIMERS

Provide a nonstaining, quick-drying type and consistency recommended by the sealant manufacturer for the particular application.

### 2.3 BOND BREAKERS

Provide the type and consistency recommended by the sealant manufacturer for the particular application.

### 2.4 BACKSTOPS

Provide glass fiber roving or neoprene, butyl, polyurethane, or polyethylene foams free from oil or other staining elements as recommended by sealant manufacturer. Backstop material shall be compatible with sealant. Do not use oakum and other types of absorptive materials as backstops.

### 2.5 CLEANING SOLVENTS

Provide type(s) recommended by the sealant manufacturer except for aluminum and bronze surfaces that will be in contact with sealant.

## PART 3 EXECUTION

### 3.1 SURFACE PREPARATION

Surfaces shall be clean, dry to the touch, and free from dirt frost, moisture, grease, oil, wax, lacquer, paint, or other foreign matter that would tend to destroy or impair adhesion. When resealing an existing joint, remove existing calk or sealant prior to applying new sealant.

#### 3.1.1 Steel Surfaces

Remove loose mill scale by sandblasting or, if sandblasting is impractical or would damage finish work, scraping and wire brushing. Remove protective coatings by sandblasting or using a residue-free solvent.

#### 3.1.2 Aluminum or Bronze Surfaces

Remove temporary protective coatings from surfaces that will be in contact with sealant. When masking tape is used as a protective coating, remove tape and any residual adhesive just prior to sealant application. For removing protective coatings and final cleaning, use nonstaining solvents recommended by the manufacturer of the item(s) containing aluminum or bronze surfaces.

## 3.2 SEALANT PREPARATION

Do not add liquids, solvents, or powders to the sealant. Mix multicomponent elastomeric sealants in accordance with manufacturer's instructions.

## 3.3 APPLICATION

### 3.3.1 Joint Width-To-Depth Ratios

a. Acceptable Ratios:

| JOINT WIDTH | JOINT DEPTH Minimum | Maximum |
|---|---|---|
| For metal, glass, or other nonporous surfaces: | | |
| 1/4 inch (minimum) | 1/4 inch | 1/4 inch |
| over 1/4 inch | 1/2 of width | Equal to width |
| For wood, concrete, masonry, or stone : | | |
| 1/4 inch (minimum) | 1/4 inch | 1/4 inch |
| Over 1/4 inch to 1/2 inch | 1/4 inch | Equal to width |
| Over 1/2 inch to 2 inches | 1/2 inch | 5/8 inch |
| Over 2 inches | (As recommended by sealant manufacturer) | |

b. Unacceptable Ratios: Where joints of acceptable width-to-depth ratios have not been provided, clean out joints to acceptable depths and grind or cut to acceptable widths without damage to the adjoining work. Grinding shall not be required on metal surfaces.

### 3.3.2 Backstops

Install backstops dry and free of tears or holes. Tightly pack the back or bottom of joint cavities with backstop material to provide a joint of the depth specified. Install backstops in the following locations:

a. Where indicated.

b. Where backstop is not indicated but joint cavities exceed the acceptable maximum depths specified in paragraph entitled, "Joint Width-to-Depth Ratios."

### 3.3.3 Primer

Immediately prior to application of the sealant, clean out loose particles from joints. Where recommended by sealant manufacturer, apply primer to joints in concrete masonry units, wood, and other porous surfaces in accordance with sealant manufacturer's instructions. Do not apply primer to exposed finish surfaces.

3.3.4 Bond Breaker

Provide bond breakers to the back or bottom of joint cavities, as recommended by the sealant manufacturer for each type of joint and sealant used, to prevent sealant from adhering to these surfaces. Carefully apply the bond breaker to avoid contamination of adjoining surfaces or breaking bond with surfaces other than those covered by the bond breaker.

3.3.5 Sealants

Provide a sealant compatible with the material(s) to which it is applied. Do not use a sealant that has exceeded shelf life or has jelled and can not be discharged in a continuous flow from the gun. Apply the sealant in accordance with the manufacturer's instructions with a gun having a nozzle that fits the joint width. Force sealant into joints to fill the joints solidly without air pockets. Tool sealant after application to ensure adhesion. Sealant shall be uniformly smooth and free of wrinkles. Upon completion of sealant application, roughen partially filled or unfilled joints, apply sealant, and tool smooth as specified.

3.4 PROTECTION AND CLEANING

3.4.1 Protection

Protect areas adjacent to joints from sealant smears. Masking tape may be used for this purpose if removed 5 to 10 minutes after the joint is filled.

3.4.2 Final Cleaning

Upon completion of sealant application, remove remaining smears and stains and leave the work in a clean and neat condition.

a. Masonry and Other Porous Surfaces: Immediately scrape off fresh sealant that has been smeared on masonry and rub clean with a solvent as recommended by the sealant manufacturer. Allow excess sealant to cure for 24 hour then remove by wire brushing or sanding.

b. Metal and Other Non-Porous Surfaces: Remove excess sealant with a solvent-moistened cloth.

-- End of Section --

SECTION 08110

# STEEL DOORS AND FRAMES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Doors

Frames

Accessories

Weatherstripping

Show elevations, construction details, metal gages, hardware provisions, method of glazing, and installation details.

Schedule of doors

Schedule of frames

Submit door and frame locations.

SD-03 Product Data

Doors

Frames

Accessories

Weatherstripping

Submit manufacturer's descriptive literature for doors, frames, and accessories. Include data and details on door construction, panel (internal) reinforcement, insulation, and door edge construction. When "custom hollow metal doors" are provided in lieu of "standard steel doors," provide additional details and data sufficient for comparison to ANSI/SDI 100 requirements.

## 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver doors, frames, and accessories undamaged and with protective wrappings or packaging. Strap knock-down frames in bundles. Provide temporary steel spreaders securely fastened to the bottom of each welded frame. Store doors and frames on platforms under cover in clean, dry, ventilated, and accessible locations, with 1/4 inch airspace between doors. Remove damp or wet packaging immediately and wipe affected surfaces dry. Replace damaged materials with new.

# PART 2 PRODUCTS

## 2.1 STANDARD STEEL DOORS

ANSI/SDI 100, except as specified otherwise. Prepare doors to receive hardware specified in Section 08710, "Door Hardware." Undercut where indicated. Exterior doors shall have top edge closed flush and sealed to prevent water intrusion. Doors shall be 1 3/4 inches thick, unless otherwise indicated.

### 2.1.1 Door Grades

#### 2.1.1.1 Heavy Duty Doors

ANSI/SDI 100, Grade II, Model 2, with core construction Type e or f for exterior doors, of size(s) and design(s) indicated. Where Type f cores are used, the space between the stiffeners shall be filled with mineral-fiber insulation as specified in paragraph "INSULATION CORES." Provide Grade II doors at all exterior door locations not scheduled to receive a glazed storefront type door.

## 2.2 CUSTOM HOLLOW METAL DOORS

Provide custom hollow metal doors where nonstandard steel doors are indicated. At the Contractor's option, custom hollow metal doors may be provided in lieu of standard steel doors. Door size(s), design, materials, construction, gages, and finish shall be as specified for standard steel doors and shall comply with the requirement of HMMA HMM. Fill all spaces in doors with insulation. Close top and bottom edges with steel channels not lighter than 16 gage. Close tops of exterior doors flush with an additional channel and seal to prevent water intrusion. Prepare doors to receive hardware specified in Section 08710, "Door Hardware." Doors shall be 1 3/4 inches thick, unless otherwise indicated.

## 2.3 ACCESSORIES

### 2.3.1 Louvers

#### 2.3.1.1 Exterior Louvers

Louvers shall be inverted "Z" type with minimum of 55 percent net-free opening. Weld or tenon louver blades to continuous channel frame and weld assembly to door to form watertight assembly. Form louvers of hot-dip galvanized steel of same gage as door facings. Louvers shall have steel-framed insect screens secured to room side and readily removable. Provide aluminum wire cloth, 18 by 18 or 18 by 16 inch mesh, for insect screens. Net-free louver area to be before screening.

### 2.3.2 Astragals

For pairs of exterior steel doors which will not have aluminum astragals or removable mullions, as specified in Section 08710, "Door Hardware," provide overlapping steel astragals with the doors.

#### 2.3.3 Moldings

Provide moldings around glass of interior and exterior doors and louvers of interior doors. Provide nonremovable moldings on outside of exterior doors and on corridor side of interior doors. Other moldings may be stationary or removable. Secure inside moldings to stationary moldings, or provide snap-on moldings. Muntins shall interlock at intersections and shall be fitted and welded to stationary moldings.

### 2.4 INSULATION CORES

Insulated cores shall be of type specified, shall provide maximum assembly U-value of .48 in accordance with SDI 113 and shall conform to:

a. Mineral Fiber: ASTM C 665, Type I.

### 2.5 STANDARD STEEL FRAMES

ANSI/SDI 100, except as otherwise specified. Form frames to sizes and shapes indicated, with welded corners or knock-down field-assembled corners. Provide steel frames for doors, transoms, sidelights, mullions, and interior glazed panels, unless otherwise indicated.

#### 2.5.1 Welded Frames

Continuously weld frame faces at corner joints. Mechanically interlock or continuously weld stops and rabbets. Grind welds smooth.

#### 2.5.2 Knock-Down Frames

Design corners for simple field assembly by concealed tenons, splice plates, or interlocking joints that produce square, rigid corners and a tight fit and maintain the alignment of adjoining members. Provide locknuts for bolted connections.

#### 2.5.3 Mullions and Transom Bars

Mullions and transom bars shall be closed or tubular construction and shall member with heads and jambs butt-welded thereto or knock-down for field assembly. Bottom of door mullions shall have adjustable floor anchors and spreader connections.

#### 2.5.4 Stops and Beads

Form stops and beads from 20 gage steel. Provide for glazed and other openings in standard steel frames. Secure beads to frames with oval-head, countersunk Phillips self-tapping sheet metal screws or concealed clips and fasteners. Space fasteners approximately 12 to 16 inches on centers. Miter molded shapes at corners. Butt or miter square or rectangular beads at corners.

#### 2.5.5 Cased Openings

Fabricate frames for cased openings of same material, gage, and assembly as

specified for metal door frames, except omit door stops and preparation for hardware.

2.5.6 Anchors

Provide anchors to secure the frame to adjoining construction. Provide steel anchors, zinc-coated or painted with rust-inhibitive paint, not lighter than 18 gage.

2.5.6.1 Wall Anchors

Provide at least three anchors for each jamb. For frames which are more than 7.5 feet in height, provide one additional anchor for each jamb for each additional 2.5 feet or fraction thereof.

a. Stud partitions: Weld or otherwise securely fasten anchors to backs of frames. Design anchors to be fastened to closed steel studs with sheet metal screws, and to open steel studs by wiring or welding.

2.5.6.2 Floor Anchors

Provide floor anchors drilled for 3/8 inch anchor bolts at bottom of each jamb member. Where floor fill occurs, terminate bottom of frames at the indicated finished floor levels and support by adjustable extension clips resting on and anchored to the structural slabs.

2.6 FIRE AND SMOKE DOORS AND FRAMES

NFPA 80 and NFPA 105 and this specification. The requirements of NFPA 80 and NFPA 105 shall take precedence over details indicated or specified.

2.6.1 Labels

Fire doors and frames shall bear the label of Underwriters Laboratories, Inc. (UL), Factory Mutual Engineering Corporation (FM), or Warnock Hersey International (WHI) attesting to the rating required. Testing shall be in accordance with NFPA 252 or UL 10B. Labels shall be metal with raised letters, and shall bear the name or file number of the door and frame manufacturer. Labels shall be permanently affixed at the factory to frames and to the hinge edge of the door. Door labels shall not be painted.

2.6.2 Oversized Doors

For fire doors and frames which exceed the size for which testing and labeling are available, furnish certificates stating that the doors and frames are identical in design, materials, and construction to a door which has been tested and meets the requirements for the class indicated.

2.6.3 Astragal on Fire and Smoke Doors

On pairs of labeled fire doors, conform to NFPA 80 and UL requirements. On smoke control doors, conform to NFPA 105.

2.7 WEATHERSTRIPPING

As specified in Section 08710, "Door Hardware."

2.8 HARDWARE PREPARATION

Reinforce, drill, and tap doors and frames to receive finish hardware. Prepare doors and frames for hardware in accordance with the applicable requirements of SDI 107 and ANSI/DHI A115. Drill and tap for surface-applied hardware at the project site. Build additional reinforcing for surface-applied hardware into the door at the factory. Locate hardware in accordance with the requirements of ANSI/SDI 100, as applicable. Punch door frames , with the exception of frames that will have weatherstripping or soundproof gasketing, to receive a minimum of two rubber or vinyl door silencers on lock side of single doors and one silencer for each leaf at heads of double doors. Set lock strikes out to provide clearance for silencers.

## 2.9 FINISHES

### 2.9.1 Hot-Dip Zinc-Coated and Factory-Primed Finish

Fabricate exterior doors and louvers from galvanized steel, ASTM A 653/A 653M, Coating Designation G90. Repair damaged zinc-coated surfaces by the application of zinc dust paint. Phosphate treat and factory prime zinc-coated surfaces as specified in ANSI/SDI 100. Provide for door openings exposed to the exterior.

### 2.9.2 Electrolytic Zinc-Coated and Factory-Primed Finish

Fabricate interior door frames from electrolytic zinc-coated steel, ASTM A 591/A 591M, Commercial Quality, Coating Class A. Phosphate treat and factory prime zinc-coated surfaces as specified in ANSI/SDI 100. Provide for all openings not exposed to the exterior.

## 2.10 FABRICATION AND WORKMANSHIP

Finished doors and frames shall be strong and rigid, neat in appearance, and free from defects, waves, scratches, cuts, dents, ridges, holes, warp, and buckle. Molded members shall be clean cut, straight, and true, with joints coped or mitered, well formed, and in true alignment. Dress exposed welded and soldered joints smooth. Design door frame sections for use with the wall construction indicated. Corner joints shall be well formed and in true alignment. Conceal fastenings where practicable. On wraparound frames for masonry partitions, provide a throat opening 1/8 inch larger than the actual masonry thickness. Design other frames in exposed masonry walls or partitions to allow sufficient space between the inside back of trim and masonry to receive calking compound.

# PART 3 EXECUTION

## 3.1 INSTALLATION

### 3.1.1 Frames

Set frames in accordance with SDI 105. Plumb, align, and brace securely until permanent anchors are set. Anchor bottoms of frames with expansion bolts or powder-actuated fasteners. Build in or secure wall anchors to adjoining construction. Where frames require ceiling struts or overhead bracing, anchor frames to the struts or bracing. Backfill frames with mortar. For frames in exterior walls, ensure that stops are filled with rigid insulation before grout is placed.

### 3.1.2 Doors

Hang doors in accordance with clearances specified in ANSI/SDI 100. After erection and glazing, clean and adjust hardware.

3.1.3 Fire and Smoke Doors and Frames

Install fire doors and frames, including hardware, in accordance with NFPA 80. Install fire rated smoke doors and frames in accordance with NFPA 80 and NFPA 105.

## 3.2 PROTECTION

Protect doors and frames from damage. Repair damaged doors and frames prior to completion and acceptance of the project or replace with new, as directed. Wire brush rusted frames until rust is removed. Clean thoroughly. Apply an all-over coat of rust-inhibitive paint of the same type used for shop coat.

## 3.3 CLEANING

Upon completion, clean exposed surfaces of doors and frames thoroughly. Remove mastic smears and other unsightly marks.

-- End of Section --

SECTION 08120

# ALUMINUM STOREFRONT SYSTEM EXTERIOR METAL WALL/WINDOW ASSEMBLY

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 General

This Section generally describes the requirement of the exterior metal wall/window assemblies. The exterior metal wall/window assemblies will be installed in the openings between the vertical concrete columns and the horizontal concrete beams. These assemblies generally consist of framing members, storm-proof louver units, fixed and operable glass windows, and insulated metal panel units. Some assemblies are modified to accommodate entry doors, and/or sunshade for the windows. The Government's preliminary architectural design drawings illustrate the configurations of these exterior metal wall/window assemblies. Unless specifically stated, the metal components of the assemblies are to be fabricated from extruded aluminum members.

The exterior metal wall/window assemblies are to be furnished by one manufacturer, who is responsible for the detailed manufacturing drawings, shop drawings, and installation instructions. The design of these assemblies shall conform and consider the thermal expansion and contraction of the installed assemblies, structural strength, water tightness, thermal insulations, acoustical, and color coating requirements.

The Contractor is solely responsible for the coordination with the manufacturer to coordinate the dimensional variance, tolerance of the constructed openings for these assemblies.

Prior to fabrication of these assemblies, the manufacturer and the Contractor shall erect a field mock-up of an assembly to demonstrate conformance/compliance with the above requirements, and to solve any future erection problems.

### 1.3 Submittals:

SD-02 Shop Drawings

Exterior metal wall/window assemblies

Submit for exterior metal wall/window assemblies (system), accessories, and mock-up. Tentative approval for drawings shall be received before fabrication of mock-up. Final approval of drawings will be deferred pending approval of mock-up and accessories. Drawings shall indicate in detail all system part including elevations, full-size sections, framing,

jointing, panels, types and thickness of metal, field connections, weep and drainage system, finishes, sealing methods, glazing, glass sizes and details, fire-stopping insulation materials, and erection details.

SD-03 Product Data

Exterior metal wall/window assemblies

Include descriptive literature, detailed specifications, and available performance test data.

SD-05 Design Data

Calculations

SD-08 Manufacturer's Instructions

Exterior metal wall/window assemblies

SD-19 Operation and Maintenance Manual

Exterior Wall/Window Assemblies

Submit data package in accordance with Section 01782, "OMSI Manual for Design Build." Including cleaning and maintenance instructions and insulating glass warranty.

## 1.4 Requirement for Design Data

Submit structural and thermal calculations for the complete wall assemblies

## 1.5 Quality Assurance

### 1.5.1 Mock-Up

#### 1.5.1.1 Construction

Construct at jobsite full size typical wall unit which incorporate horizontal and vertical joints, faming, window units, panels, glazing, and other accessories as detailed and specified.

#### 1.5.1.2 Performance Test

Conduct after approval of visual aspects has been obtained. Finished work shall match approved mock-up.

#### 1.5.1.3 Approved Mock-up

After completion and approval of test results, transport mock-up to job-site and install, for reference during construction. Approved mock-up shall remain the property of the Contractor.

### 1.5.2 Factory Tests

Perform the following tests except that where an exterior metal wall/window assembly of similar type, size and design as specified for this project has been previously tested, under the conditions specified herein, the resulting test reports may be submitted.

1.5.2.1 Structural Tests

No metal wall framing member shall deflect, in a direction normal to the plane of the wall, more than 1/175 of its clean span or 3/4 inch, which ever is less, when tested in accordance with ASTM E 330. No framing member shall have a permanent deformation in excess of 0.02 percent of its clear span when tested in accordance with ASTM E 330 for a minimum test period of 10 seconds at a 45 pounds per square foot of wind pressure.

1.5.2.2 Air Infiltration

Excluding the louver areas, air infiltration through the wall, when tested in accordance with ASTM E 283, shall not exceed 0.06 CFM per square foot of fixed wall area, plus the permissible allowance specified for operable windows within the test area.

1.5.2.3 Water Penetration Test

No water penetration shall occur when the wall is tested in accordance with ASTM 331 at a differential static test pressure of 20 percent of the inward acting design wind pressure as specified, but not less than 4 psf. Make provision in the wall construction for adequate drainage to the outside of water leakage or condensation that occurs within the outer face of the wall. Leave drainage and weep openings in members and wall open during test.

1.5.2.4 Window Tests

Window shall meet the requirements specified in Section 08800, Glazing, except where the requirements of this section differ, this section shall govern. Windows and doors shall meet the same requirements for deflection and structural adequacy as specified for framing members when tested in accordance with ASTM E 330 except permanent deformation shall not exceed 0.04 percent ; there shall be no glass breakage, and no permanent damage to fasteners, anchors, hardware, or operating devices. Windows shall no water penetration when tested in accordance with ASTM E 331.

1.5.2.5 Fire Resistance Tests

The wall system shall have a flame spread rating not exceeding 75 and a smoke developed rating not exceeding 150 when tested in accordance with ASTM E 84.

1.5.2.6 Sound Transmission Loss Test

Sound transmission loss (TL) of the wall system, excluding the louvers, shall not be less than 35 db when tested in accordance with ASTM E 90 for the frequency range between 125 to 400 Hz.

1.5.2.7 Test Certifications

In lieu of factory tests, prior laboratory tests certifications of wall system having similar construction and size will be acceptable.

1.6 Exterior Metal Wall/Window Assembly Requirements

Provide system complete with framing, mullions, trim, panels, windows, glass, glazing, sealants, insulation, fasteners, anchors, accessories,

concealed auxiliary members, and attachment devices for secured the wall to the structure as specified or indicated.

### 1.6.1 Source

Exterior wall system components shall be furnished by one manufacturer or fabricator; however, all components need not be products of the same manufacturer.

### 1.6.2 Design

Fully coordinated assembly with accessories directly incorporated, and adjacent to contiguous related work and insure materials compatibility, deflection limitations, thermal movements, and clearances and tolerances as specified.

### 1.6.3 Thermal Movements

Fabricate, assemble, and erect system with adequate allowances for expansion and contraction of components and fastenings to prevent buckling damage, joint seal failure, glass breakage, undue stress on fastenings or other detrimental effects. For design purposes, base provisions for thermal movement on assumed ambient temperature range from 25 degree F to 95 degree F.

### 1.6.4 Tolerances

Design and erect wall assembly to accommodate tolerances in building frame and other contiguous work as indicated or specified. Provide with the following tolerances:

a. Maximum variation from plane or location shown on approved shop drawings: One eighth of an inch (1/8 inch) per 12 feet of length up to not more than one half of an inch (1/2 inch) in any total length.

b. Maximum offset from true alignment between two identical members abutting and to end in line: 1/16 inch.

### 1.6.5 Structural Requirements

No member shall deflect in a direction parallel to the plane of the wall, when carrying its full design load, more than an amount which will reduce the edge cover or glass bite below 75 percent of the design dimensions. No member after deflection under full design load, shall have a clearance between itself and top of the panel, glass, sash, or other part immediately below it less than 1/8 inch; the clearance between the member and an operable window or door shall be minimum 1/16 inch. Design system members shall be able to withstand a mid-span concentrated load of 250 pounds normal to plane of wall. Design entire system to withstand the indicated wind and concentrated loads, and the following wind loads acting normal to the plane of the wall:

a. On the first three stories above grade 18 psf acting inward, and the same load acting outward.

b. On corner areas, extending 9 feet from the building corners on the first three stories, on all facades, the outward-acting (negative) design load shall be increased to 25 pound per square foot.

## 1.7 Qualification of Welders

Welding shall be performed by certified welders qualified in accordance with AWS D1.1 using procedures, materials, and equipment of the type required for the work.

## 1.8 Delivery and Storage

Inspect materials delivered to the site for damage; unload the store with a minimum of handling in accordance with recommendations contained in AAMA CW-10. Storage spaces shall be dry locations with adequate ventilation, free from heavy dust, not subject to combustion products or sources of water, and shall permit easy access for inspection and handling. Deliver calking and sealing compounds to the job site in sealed containers labeled to show the designated name, formula or specifications number; lot number; color; date of manufacturer; shelf life; and curing time when applicable.

### 1.8.1 Protective Covering

Prior to shipment from the factory, place knocked-down lineal members in cardboard containers and cover finished surfaces of aluminum with protective covering of adhesive paper, waterproof tape, or strippable plastic. Covering shall not chip, peel, or flake due to temperature or weather, shall protect against discoloration and surface damage from transportation, and storage, and shall be resistant to alkaline mortar and plaster. Do not cover aluminum surfaces that will be in contact with sealants after installation.

## 1.9 Warranty

Insulating glass units shall be guaranteed not to develop materials obstruction of vision as a result of dust or film formation on the inner glass surface caused by failure of the seal, other than through glass breakage, within a period of 5 years from date of acceptance of work by the Government. Units failing to comply with the terms of this guarantee shall be replaced with new units without additional cost to the Government. The Contractor shall require the manufacturer to execute their warranties in writing directly to the Government.

# PART 2 PRODUCTS

## 2.1 DOOR FRAMES

Provide for swing-type hollow metal doors of size, design, and location indicated. Provide complete with frames, framing members, subframes, transoms, adjoining sidelights, trim, and accessories.

## 2.2 Louver Units

Louver units shall be fabricated from aluminum to the same size and configuration as the existing louvers on the existing building and provided as a part of the Work of this Section.

## 2.3 Operable Sash Segments

Type AP-HC40 Awning Windows. Conceal operating mechanism within the frame members or enclose within a metal casing not less than 0.0625 inch thick sheet aluminum. Provide all operable sash openings with screening.

2.4 Custom Fabricated Metal Panels

Fabricate custom formed panels to match the configuration of the panels at the existing building using aluminum of the same thickness. Where corners are formed, weld closed to prevent any water entry at the panel corners. All welds shall be ground and polished to match the adjacent surfaces

2.5 MATERIALS

2.5.1 Anchors

Stainless steel or steel with hot-dipped galvanized finish.

2.5.2 Aluminum Alloy for Door Frames

ASTM B 221, Alloy 6063-T5 for extrusions. ASTM B 209, alloy and temper best suited for aluminum sheets and strips.

2.5.3 Fasteners

Hard aluminum or stainless steel.

2.5.4 Structural Steel

ASTM A 36/A 36M.

2.6 FABRICATION

2.6.1 Aluminum Frames

Extruded aluminum shapes with contours approximately as indicated. Provide removable glass stops and glazing beads for frames accommodating fixed glass. Use countersunk stainless steel Phillips screws for exposed fastenings, and space not more than 12 inches o.c. Mill joints in frame members to a hairline fit, reinforce, and secure mechanically.

2.6.2 Welding and Fastening

Where possible, locate welds on unexposed surfaces. Dress welds on exposed surfaces smoothly. Select welding rods, filler wire, and flux to produce a uniform texture and color in finished work. Remove flux and spatter from surfaces immediately after welding. Exposed screws or bolts will be permitted only in inconspicuous locations, and shall have countersunk heads. Weld concealed reinforcements for hardware in place.

2.6.3 Anchors

On the backs of subframes, provide anchors of the sizes and shapes indicated for securing subframes to adjacent construction. Anchor transom bars at ends and mullions at head and sill. Where required, reinforce vertical mullions with structural steel members of sufficient length to extend up to the overhead structural slab or framing and secure thereto.

2.6.4 Provisions for Glazing

Provide extruded aluminum snap-in glazing beads on interior side. Provide extruded aluminum, theft-proof, fixed glazing beads on security side. Glazing beads shall have vinyl insert glazing gaskets. Design glazing beads to receive glass of thickness indicated or specified. Glazing is

specified in Section 08800, "Glazing."

2.6.5 Finishes

All exposed aluminum surfaces shall be prefinished to match the coating system and color used on the aluminum storefront and related work at the existing building.

PART 3 EXECUTION

3.1 INSTALLATION

Plumb, square, level, and align frames and framing members to receive doors, transoms, adjoining sidelights, and, adjoining glazing framing. Anchor frames to adjacent construction as indicated and in accordance with manufacturer's printed instructions. Anchor bottom of each frame to rough floor construction with 3/32 inch thick stainless steel angle clips secured to back of each jamb and to floor construction; use stainless steel bolts and expansion rivets for fastening clip anchors. Seal metal-to-metal joints between framing members as specified in Section 07920, "Joint Sealants." Hang doors to produce adequate clearances. After erection and glazing, adjust doors and hardware to operate properly.

3.2 PROTECTION FROM DISSIMILAR MATERIALS

3.2.1 Dissimilar Metals

Where aluminum surfaces come in contact with metals other than stainless steel, zinc, or small areas of white bronze, protect from direct contact by one or a combination of the following methods:

a. Paint the dissimilar metal with one coat of heavy-bodied bituminous paint.

b. Apply a good quality elastomeric sealant between the aluminum and the dissimilar metal.

c. Paint the dissimilar metal with one coat of primer and one coat of aluminum paint.

d. Use a nonabsorptive tape or gasket in permanently dry locations.

3.2.2 Drainage from Dissimilar Metals

In locations where drainage from dissimilar metals has direct contact with aluminum, provide protective paint, to prevent aluminum discoloration.

3.2.3 Concrete

Provide aluminum surfaces in contact with concrete materials with one coat of heavy-bodied bituminous paint.

3.2.4 Wood or Other Absorptive Materials

Provide aluminum surfaces in contact with absorptive materials subject to frequent moisture, and aluminum surfaces in contact with treated wood, with two coats of aluminum paint or one coat of heavy-bodied bituminous paint. In lieu of painting the aluminum, the Contractor shall have the option of painting the wood or other absorptive surface with two coats of aluminum

paint and sealing the joints with elastomeric sealant.

## 3.3 CLEANING

Upon completion of installation, clean door and frame surfaces in accordance with door manufacturer's recommended procedure. Do not use abrasive, caustic, or acid cleaning agents.

## 3.4 PROTECTION

Protect doors and frames from damage and from contamination by other materials such as cement mortar. Prior to completion and acceptance of the work, restore damaged doors and frames to original condition, or replace with new ones.

-- End of Section --

SECTION 08210

# WOOD DOORS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Doors

Submit drawings or catalog data showing each type of door unit. Drawings and data shall indicate door type and construction, sizes, thickness, and glazing.

SD-03 Product Data

Doors

Accessories

Water-resistant sealer

Sample warranty

Fire resistance rating

SD-04 Samples

Doors

Prior to the delivery of wood doors, submit a sample section of each type of door which shows the stile, rail, veneer, finish, and core construction.

Door finish colors

Submit a minimum of three color selection samples for selection by the Contracting Officer.

SD-06 Test Reports

Split resistance

Cycle-slam

Hinge loading resistance

Submit split resistance test report for doors tested in accordance with NWWDA TM-5, cycle-slam test report for doors tested in accordance with NWWDA TM-7, and hinge loading resistance test report for doors tested in accordance with NWWDA TM-8.

## 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver doors to the site in an undamaged condition and protect against damage and dampness. Stack doors flat under cover. Support on blocking, a minimum of 4 inches thick, located at each end and at the midpoint of the door. Store doors in a well-ventilated building so that they will not be exposed to excessive moisture, heat, dryness, direct sunlight, or extreme changes of temperature and humidity. Replace defective or damaged doors with new ones.

## 1.4 WARRANTY

Warranty shall warrant doors free of defects as set forth in the door manufacturer's standard door warranty.

# PART 2 PRODUCTS

## 2.1 DOORS

Provide doors of the types, sizes, and designs indicated.

### 2.1.1 Flush Doors

Flush doors shall conform to NWWDA I.S.1-A. Solid core doors shall have lock blocks and one inch minimum thickness hinge stile. Stile edge bands of doors to receive natural finish shall be hardwood, compatible with face veneer. No visible finger joints will be accepted in stile edge bands. When used, locate finger-joints under hardware.

#### 2.1.1.1 Interior Flush Doors

Provide particleboard core, Type II flush doors conforming to NWWDA I.S.1-A with faces of premium grade hardwood to match the doors at the exisitng building. Hardwood veneers shall be rotary cut, random matched.

#### 2.1.1.2 Composite-Type Fire Doors

Doors specified or indicated to have a fire resistance rating shall conform to the requirements of UL 10B, ASTM E 152, or NFPA 252 for the class of door indicated. Affix a permanent metal label with raised or incised markings indicating testing agency's name and approved hourly fire rating to hinge edge of each door.

## 2.2 ACCESSORIES

### 2.2.1 Door Light Openings

Provide glazed openings with the manufacturer's standard wood moldings

except that moldings for doors to receive natural finish shall be of the same specie and color as the face veneers. Provide glazed openings in fire-rated doors with fire rated frames. Glazing is specified in Section 08800, "Glazing."

2.2.2 Additional Hardware Reinforcement

Provide fire rated doors with hardware reinforcement blocking. Size of lock blocks shall be as required to secure the hardware specified. Top, bottom and intermediate rail blocks shall measure 5 inches minimum by full core width. Reinforcement blocking shall be in compliance with the manufacturer's labeling requirements and shall not be mineral material similar to the core.

2.3 FABRICATION

2.3.1 Marking

Each door shall bear a stamp, brand, or other identifying mark indicating quality and construction of the door.

2.3.2 Quality and Construction

Identify the standard on which the construction of the door was based and identify doors as having a Type I glue bond.

2.3.3 Adhesives and Bonds

NWWDA I.S.1-A. Use Type I bond adhesive for all wood doors. Adhesive for doors to receive a natural finish shall be nonstaining.

2.3.4 Prefitting

At the Contractor's option, doors may be provided factory pre-fit. Doors shall be sized and machined at the factory by the door manufacturer in accordance with the standards under which they are produced. The work shall include sizing, bevelling edges, mortising, and drilling for hardware and providing necessary beaded openings for glass and louvers. Provide the door manufacturer with the necessary hardware samples, and frame and hardware schedules as required to coordinate the work.

2.3.5 Finishes

2.3.5.1 Factory Finish

Provide doors finished at the factory by the door manufacturer as follows: AWI QS Section 1500, specification for System No. 4 Conversion varnish alkyd urea or System No. 5 Vinyl catalyzed. The coating shall be AWI QS premium, medium rubbed sheen, open grain effect. Use stain when required to produce the finish specified for color. Seal edges, cutouts, trim, and wood accessories, and apply two coats of finish compatible with the door face finish. Touch-up finishes that are scratched or marred, or where exposed fastener holes are filled, in accordance with the door manufacturer's instructions. Match color and sheen of factory finish using materials compatible for field application.

2.3.6 Water-Resistant Sealer

Provide a water-resistant sealer compatible with the specified finish as

approved and as recommended by the door manufacturer.

## 2.4 SOURCE QUALITY CONTROL

Stiles of "B" and "C" label fire doors utilizing standard mortise leaf hinges shall meet the following performance criteria:

a. Split resistance: Average of ten test samples shall be not less than 500 pounds load when tested in accordance with NWWDA TM-5.

b. Cycle-slam: 200,000 cycles with no loose hinge screws or other visible signs of failure when tested in accordance with the requirements of NWWDA TM-7.

c. Hinge loading resistance: Average of ten test samples shall be not less than 700 pounds load when tested for direct screw withdrawal in accordance with NWWDA TM-8 using a No. 12, 1 1/4 inch long, steel, fully threaded wood screw. Drill 5/32 inch pilot hole, use 1 1/2 inch opening around screw for bearing surface, and engage screw full, except for last 1/8 inch. Do not use a steel plate to reinforce screw area.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Before installation, seal top and bottom edges of doors with the approved water-resistant sealer. Seal cuts made on the job immediately after cutting using approved water-resistant sealer. Fit, trim, and hang doors with a 1/16 inch minimum, 1/8 inch maximum clearance at sides and top, and a 3/16 inch minimum, 1/4 inch maximum clearance over thresholds. Provide 3/8 inch minimum, 7/16 inch maximum clearance at bottom where no threshold occurs. Bevel edges of doors at the rate of 1/8 inch in 2 inches. Door warp shall not exceed 1/4 inch when measured in accordance with NWWDA I.S.1-A.

### 3.1.1 Fire Doors

Install fire doors in accordance with NFPA 80. Do not paint over labels.

### 3.1.2 Prehung Doors

Install doors in accordance with the manufacturer's instructions and details. Provide fasteners for stops within 3 inches of each end and spaced 11 inches on centers maximum. Provide side and head jambs joined together with a dado or notch of 3/16 inch minimum depth.

-- End of Section --

SECTION 08450

# FRAMELESS TEMPERED GLASS DOORS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Frameless tempered glass doors

Door hardware and Accessories

Shop drawings to indicate how locking hardware will interact with the building's card key system, as specified in Section 08710, DOOR HARDWARE.

SD-03 Product Data

Frameless tempered glass doors

Door hardware and Accessories

SD-04 Samples

Glass

Door hardware and Trim

SD-07 Certificates

State of California Energy Requirements

Provide a written certification from the manufacturer of the door and framing materials, certifying conformance with the applicable requirements of the State of California Energy Requirements, relative to air infiltration.

### 1.3 WARRANTY

Upon completion of the work of this Section, manufacturer shall submit a written warranty, signed by the Contractor, as well as the installer, covering the work for a period of five years. In addition, the warranty shall stipulate that the Contractor will provide all other work required

for such repair or replacement, should failure occur, at no costs to the Government.

## PART 2 PRODUCTS

### 2.1 MATERIALS AND ACCESSORIES

A. Provide a tempered glass door system at each location shown, complete with door, trim, operating mechanisms, and finish hardware, as specified herein.

B. Metal: All exposed metal work shall be Type 302 stainless steel, #8 finish.

C. Doors: Frameless glass doors shall have full length top and bottom rails permanently assembled in the factory to 1/2 inch thick tempered glass conforming to the requirements of Section 08800, "GLASS AND GLAZING". Bottom rail shall have top edges tapered to meet ADA and Title 24 requirements. Glass shall be prepared to receive all scheduled hardware, by the door manufacturer, prior to tempering of the glass.

D. Hardware: Each door leaf shall be provided the following hardware items:

1. Exit Device: Single vertical tube design pull on exterior extending from top to bottom of door leaf, and an "L" shaped tube exit device at the interior, locking into the head. The the head strike shall be electrified and shall be tied into the card key security system for the building.

2. Top and bottom pivots.

3. Concealed overhead closer with a $110^{o}$ limiting arm, conforming to the requirements of the ADA and Title 24.

E. Each opening shall be provided with an aluminum threshold.

F. Perimeters of doors shall be weatherstripped.

### 2.2 FABRICATION

A. General

1. Sizes and profiles: The required sizes for door units, and the profile requirements shall be as shown on the drawings.

2. Coordination of fabrication: Coordinate the door opening dimensions in the actual construction work by means of accurate field measurement before fabrication of the doors if possible. However, coordinate fabrication schedule with construction progress to avoid delays in the work. Where necessary, proceed with fabrication without field measurements, and coordinate installation tolerances to ensure proper fit of door and frame unit.

3. Conceal fasteners, wherever possible, unless specifically shown otherwise.

4. Reinforce the work as necessary for performance requirements, and for support to the structure. Separate dissimilar metals with

bituminous paint or preformed separators to prevent electrolytic action. Separate metal surfaces at moving joints with non-metallic separators to prevent "freeze-up" of joints.

## PART 3 EXECUTION

### 3.1 INSTALLATION

A. Comply with the manufacturer's specifications and recommendations for the installation of aluminum doors and frames.

B. Set units plumb, level and true to line, without warp or rack of frames, doors or panels. Anchor securely in place. Separate aluminum from contact with other metals or other sources of electrolytic action.

C. Glass and glazing of doors shall be in accordance with Section 08800, "GLASS AND GLAZING".

D. Sealants shall be as recommended by the door manufacturer, and in accordance with Section 07920, "SEALANTS AND CAULKING".

### 3.2 PROTECTION

A. Clean all metal surfaces promptly after completion of installation of frames and doors, exercising care to avoid damage of the protective coating (if any). Remove all excess glazing and sealant compounds, dirt and other foreign materials.

B. Installer shall provide Contractor in writing, with copy to the Architect, of protective measures and other precautions required through the remainder of the construction period, to ensure that doors and frames will be without damage or deterioration, other than normal weathering, at the time of acceptance of the Project by the Government.

-- End of Section --

SECTION 08710

# DOOR HARDWARE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Hardware schedule

Keying system

Electrified card key system

SD-03 Product Data

Hardware items

Electrified card key system

SD-08 Manufacturer's Instructions

Installation

SD-10 Operation and Maintenance Data

Electrified card key system

Hardware Schedule items, Data Package 1

Submit data package in accordance with Section 01782, " OMSI Manual For Design Build."

SD-11 Closeout Submittals

Key bitting

Electrified card key system

### 1.3 HARDWARE SCHEDULE

Prepare and submit hardware schedule in the following form:

| Hardware Item | Quantity | Size | Reference Publication Type No. | Finish | Mfr. Name and Catalog No. | Key Control Symbols | UL Mark (If fire rated and listed) | ANSI/BHMA Finish Designation |
|---|---|---|---|---|---|---|---|---|

## 1.4 KEY BITTING CHART REQUIREMENTS

Submit key bitting charts to the Contracting Officer prior to completion of the work. Include:

a. Complete listing of all keys (AA1, AA2, etc.).

b. Complete listing of all key cuts (AA1-123456, AA2-123458).

c. Tabulation showing which key fits which door.

d. Copy of floor plan showing doors and door numbers.

e. Listing of 20 percent more key cuts than are presently required in each master system.

## 1.5 QUALITY ASSURANCE

### 1.5.1 Hardware Manufacturers and Modifications

Provide, as far as feasible, locks, hinges, pivots, and closers of one lock, hinge, pivot, or closer manufacturer's make. Modify hardware as necessary to provide features indicated or specified.

## 1.6 DELIVERY, STORAGE, AND HANDLING

Deliver hardware in original individual containers, complete with necessary appurtenances including fasteners and instructions. Mark each individual container with item number as shown in hardware schedule. Deliver permanent keys and removable cores to the Contracting Officer, either directly or by certified mail. Deliver construction master keys with the locks.

# PART 2 PRODUCTS

## 2.1 TEMPLATE HARDWARE

Hardware to be applied to metal or to prefinished doors shall be made to template. Promptly furnish template information or templates to door and frame manufacturers. Template hinges shall conform to ANSI/BHMA A156.7. Coordinate hardware items to prevent interference with other hardware.

## 2.2 HARDWARE FOR FIRE DOORS AND EXIT DOORS

Provide all hardware necessary to meet the requirements of NFPA 80 for fire doors and NFPA 101 for exit doors, as well as to other requirements specified, even if such hardware is not specifically mentioned under paragraph entitled "Hardware Schedule." Such hardware shall bear the label of Underwriters Laboratories, Inc., and be listed in UL BMD or labeled and listed by another testing laboratory acceptable to the Contracting Officer.

## 2.3 HARDWARE ITEMS

All door hardware shall be of one manufacturer, and shall match that of the existing Building 245 where possible. All interior doors, and all exterior doors other than the doors to the exterior accessable mechanical and electrical rooms shall have electrified locksets with physical key override, which are to be tied into the card key system. The doors to the exterior accessable mechanical and electrical rooms shall be key operated and shall be provided with storeroom function locksets.

Hinges, pivots, locks, latches, exit devices, bolts, and closers shall be clearly and permanently marked with the manufacturer's name or trademark where it will be visible after the item is installed. For closers with covers, the name or trademark may be beneath the cover.

## 2.4 ELECTRIFIED HARDWARE

### 2.4.1 ELECTRIFIED CARD KEY SYSTEM

The Project will require a new, stand-alone, electrified, fail-safe card key system with readers at all interior doors and at all exterior doors other than the doors to the mechanical and electrical rooms. The controller shall be located in the Telephone Equipment Room and shall, in addition to controling the electrified locksets at the door, record the identity of the owner of the card being used and the time of use. In additon to the Controller device, the readers and all wiring, provide a machine for making and isssuing new cards and a supply of 500 blank cards for the Governments use.

### 2.4.2 Accessory Items

At those locations where the requirement for electrically operated hardware is indicated, it is intended that the identified hardware item(s) shall be provided with all related and/or required wiring, power transfers, power boosters, transformers, switches and other devices as required to provide the necessary power to the hardware item and render it fully functional and operational.

### 2.4.3 Y2K Compliance

All components or control systems having electronic chip controllers or operating systems shall be certified to be Year 2000 Compliant.

## 2.5 KEY CABINET AND CONTROL SYSTEM

ANSI/BHMA A156.5, Type required to yield a capacity (number of hooks) 50 percent greater than the number of key changes used for door locks.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Install hardware in accordance with manufacturers' printed instructions. Fasten hardware to wood surfaces with full-threaded wood screws or sheet metal screws. Provide machine screws set in expansion shields for fastening hardware to solid concrete and masonry surfaces. Provide toggle bolts where required for fastening to hollow core construction. Provide through bolts where necessary for satisfactory installation.

### 3.1.1 Weather Stripping Installation

Handle and install weather stripping so as to prevent damage. Provide full contact, weather-tight seals. Doors shall operate without binding.

3.1.1.1 Stop-Applied Weather Stripping

Fasten in place with color-matched sheet metal screws not more than 9 inches o.c. after doors and frames have been finish painted.

3.1.1.2 Interlocking Type Weather Stripping

Provide interlocking, self-adjusting type on heads and jambs and flexible hook type at sills. Nail weather stripping to door one inch o.c. and to heads and jambs at 4 inches o.c.

3.1.1.3 Spring Tension Type Weather Stripping

Provide spring tension type on heads and jambs. Provide bronze nails with bronze, stainless steel nails with stainless steel. Space nails not more than 1 1/2 inches o.c.

3.1.2 Soundproofing Installation

Install as specified for stop-applied weather stripping.

3.1.3 Threshold Installation

Extend thresholds the full width of the opening and notch end for jamb stops. Set thresholds in a full bed of sealant and anchor to floor with cadmium-plated, countersunk, steel screws in expansion sleeves.

3.2 FIRE DOORS AND EXIT DOORS

Install hardware in accordance with NFPA 80 for fire doors, NFPA 101 for exit doors.

3.3 HARDWARE LOCATIONS

ANSI/SDI 100, unless indicated or specified otherwise.

a. Kick and Armor Plates: Push side of single-acting doors. Both sides of double-acting doors.

b. Mop Plates: Bottom flush with bottom of door.

3.4 KEY CABINET AND CONTROL SYSTEM

Locate where directed. Tag one set of file keys and one set of duplicate keys. Place other keys in appropriately marked envelopes, or tag each key. Furnish complete instructions for setup and use of key control system. On tags and envelopes, indicate door and room numbers or master or grand master key.

3.5 FIELD QUALITY CONTROL

After installation, protect hardware from paint, stains, blemishes, and other damage until acceptance of work. Submit notice of testing 15 days before scheduled, so that testing can be witnessed by the Contracting Officer. Adjust hinges, locks, latches, bolts, holders, closers, and other

items to operate properly. Demonstrate that permanent keys operate respective locks, and give keys to the Contracting Officer. Correct, repair, and finish, as directed, errors in cutting and fitting and damage to adjoining work.

## 3.6 HARDWARE SETS

Hardware Sets shall be prepared in accordance with NAVFAC requirements by a Door Hardware Consultant, certified by the Door Hardware Institute.

-- End of Section --

SECTION 08800

# GLAZING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-08 Manufacturer's Instructions

Setting and sealing materials

Glass setting

Submit glass manufacturer's recommendations for setting and sealing materials and for installation of each type of glazing material specified.

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver products to the site in unopened containers, labeled plainly with manufacturers' names and brands. Store glass and setting materials in safe, dry locations and do not unpack until needed for installation. Handle and install materials in a manner that will protect them from damage.

### 1.4 ENVIRONMENTAL REQUIREMENTS

Do not start glazing work until the outdoor temperature is above 40 degrees F and rising, unless procedures recommended by the glass manufacturer and approved by the Contracting Officer are made to warm the glass and rabbet surfaces. Provide ventilation to prevent condensation of moisture on glazing work during installation. Do not perform glazing work during damp or rainy weather.

### 1.5 WARRANTY

### 1.5 Warranty for Insulating Glass Units

Warranty insulating glass units against development of material obstruction to vision (such as dust or film formation on the inner glass surfaces) caused by failure of the hermetic seal, other than through glass breakage, for a 5-year period following acceptance of the work. Provide new units for any units failing to comply with terms of this warranty within 45 working days after receipt of notice from the Government.

1.6 Aluminum Storefront System (Exterior Metal Wall/Window Assemblies)

Coordinate work of the Section with Section 08120 "Aluminum Storefront System," to provide a complete Storefront System consisting of sunshades, windows, panels, and louvers.

1.7 Glazed Curtain Wall

Coordinate work of the Section with Section 08900 "Glazed Curtain Wall," to provide a complete curtain wall system.

PART 2 PRODUCTS

2.1 GLASS

Exterior glazing other than the glass curtain wall shall be annealed tempered laminated glass. The overall heat transfer coefficient or "U" value of the glass assembly shall be determined by meeting the Design Energy Target of 32,000 BTU/SF of floor area/yr. Double glazed window assembly may be needed for both the fixed and operable element. The appearance of the glazing shall match the glazing in the existing Building 245. In doors and sidelights, provide safety glazing material conforming to 16 CFR 1201.

The glass curtain wall shall be minimum of annealed tempered glass.

ASTM C 1036, unless specified otherwise. In doors and sidelights, provide safety glazing material conforming to 16 CFR 1201.

2.1.1 Clear Glass

Type I, Class 1 (clear), Quality q4 (A). Provide for glazing openings not indicated or specified otherwise. Use 3/16 inch sheet glass for glazing openings up to 30 square feet, and 1/4 inch for glazing openings over 30 square feet but not over 45 square feet.

2.1.2 Heat-Absorbing Glass

Type I, Class 2 (heat absorbing and light reducing), Quality q3 (select).

2.1.3 Laminated Glass

Fabricated from two pieces of Type I, Class 1, Quality q3 glass laminated together with a clear 0.015 inch thick polyvinyl butyral interlayer. The total thickness shall be nominally 1/4 inch.

2.1.4 Tempered Glass

ASTM C 1048, Kind FT (fully tempered), Condition A (uncoated), Type I, Class 1 (transparent) or 2 (tinted heat absorbing), Quality q3, thickness as required.

2.1.5 Patterned Glass

Type II, Class 1 (translucent), Form 3 (patterned), Quality q7 (decorative), Finish f1 (patterned one side), Pattern p3 (random), 7/32 inch thick. Provide a "hammered" glass texture pattern.

## 2.2 SETTING AND SEALING MATERIALS

Provide as specified in the GANA GM, SIGMA TM-3000, SIGMA TB-3001, and manufacturer's recommendations, unless specified otherwise herein. Do not use metal sash putty, nonskinning compounds, nonresilient preformed sealers, or impregnated preformed gaskets. Materials exposed to view and unpainted shall be gray or neutral color.

### 2.2.1 Elastomeric Sealant

ASTM C 920, Type S or M, Grade NS, Class 12.5, Use G. Use for channel or stop glazing metal sash. Sealant shall be chemically compatible with setting blocks, edge blocks, and sealing tapes, with sealants used in manufacture of insulating glass units.

### 2.2.2 Preformed Channels

Neoprene, vinyl, or rubber, as recommended by the glass manufacturer for the particular condition.

### 2.2.3 Sealing Tapes

Preformed, semisolid, polymeric-based material of proper size and compressibility for the particular condition. Use only where glazing rabbet is designed for tape and tape is recommended by the glass or sealant manufacturer. Provide spacer shims for use with compressible tapes. Tapes shall be chemically compatible with the product being set.

### 2.2.4 Setting Blocks and Edge Blocks

Lead or neoprene of 70 to 90 Shore "A" durometer hardness, chemically compatible with sealants used, and of sizes recommended by the glass manufacturer.

# PART 3 EXECUTION

## 3.1 PREPARATION

Preparation, unless otherwise specified or approved, shall conform to applicable recommendations in the GANA GM, GANA SM, SIGMA TB-3001, SIGMA TM-3000, and manufacturer's recommendations. Determine the sizes to provide the required edge clearances by measuring the actual opening to receive the glass. Grind smooth in the shop glass edges that will be exposed in finish work. Leave labels in place until the installation is approved, except remove applied labels on heat-absorbing glass and on insulating glass units as soon as glass is installed. Securely fix movable items or keep in a closed and locked position until glazing compound has thoroughly set.

## 3.2 GLASS SETTING

Shop glaze or field glaze items to be glazed using glass of the quality and thickness specified or indicated. Glazing, unless otherwise specified or approved, shall conform to applicable recommendations in the GANA GM, GANA SM, SIGMA TB-3001, SIGMA TM-3000, and manufacturer's recommendations. Aluminum windows, wood doors, and wood windows may be glazed in conformance with one of the glazing methods described in the standards under which they are produced, except that face puttying with no bedding will not be permitted. Handle and install glazing materials in accordance with

manufacturer's instructions. Use beads or stops which are furnished with items to be glazed to secure the glass in place.

### 3.2.1 Sheet Glass

Cut and set with the visible lines or waves horizontal.

### 3.2.2 Installation of Heat-Absorbing Glass

Glass shall have clean-cut, factory-fabricated edges. Field cutting will not be permitted.

### 3.2.3 Installation of Laminated Glass

Sashes which are to receive laminated glass shall be weeped to the outside to allow water drainage into the channel.

## 3.3 CLEANING

Clean glass surfaces and remove labels, paint spots, putty, and other defacement as required to prevent staining. Glass shall be clean at the time the work is accepted.

-- End of Section --

WIND LOAD CHART




DESIGN FACTOR 2.5

SECTION 08900

# GLAZED CURTAIN WALL

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Glazed curtain wall system

Submit for curtain wall system, accessories, and mock-up. Drawings shall indicate in detail all system parts including elevations, full-size sections, framing, jointing, panels, types and thickness of metal, flashing and coping details, field connections, weep and drainage system, finishes, sealing methods, glazing, glass sizes and details, firestopping insulation materials, and erection details.

SD-03 Product Data

Glazed curtain wall system

Include descriptive literature, detailed specifications, and available performance test data.

SD-05 Design Data

Calculations

SD-08 Manufacturer's Instructions

Glazed curtain wall system

Insulating glass

### 1.3 REQUIREMENT FOR DESIGN DATA

Submit structural and thermal calculations for complete wall assembly.

### 1.4 QUALITY ASSURANCE

#### 1.4.1 Testing Requirements

The components listed below shall have been tested in accordance with the requirements below, and shall meet performance requirements specified.

a. Joint and Glazing Sealants: Perform tests as required by applicable publications referenced.

b. Preformed Compression Gaskets and Seals: ASTM C 864.

c. Preformed Lock-strip Gaskets: ASTM C 542, modified as follows: Heat age specimens seven days at 158 degrees F, in zipped or locked position under full design compression. Unzip, cool for one hour, re-zip, and test lip seal pressure, which shall be minimum 2.5 pounds per linear inch on any extruded or corner specimen.

d. Spandrel Glass: Fallout resistance test, ASTM C 1048.

e. Porcelain Enamel: Acid resistance, color retention, and spall resistance tests, PEI-1001.

f. Anodized Finishes: Stain resistance, coating weight, and coating thickness tests, ASTM B 136, ASTM B 137, and ASTM B 244, respectively.

g. Insulating Glass: ASTM E 546 or ASTM E 576 at minus 20 degrees F, no frost or dew point.

1.4.2 Factory Tests

Perform the following tests except that where a curtain wall system or component of similar type, size, and design as specified for this project has been previously tested, under the conditions specified herein, the resulting test reports may be submitted in lieu of field testing the components listed.

1.4.2.1 Deflection and Structural Tests

No curtain wall framing member shall deflect, in a direction normal to the plane of the wall, more than 1/175 of its clear span or 3/4 inch, whichever is less, when tested in accordance with ASTM E 330, except that when a plastered surface will be affected the deflection shall not exceed 1/360 of the span. No framing member shall have a permanent deformation in excess of 0.2 percent of its clear span when tested in accordance with ASTM E 330 for a minimum test period of 10 seconds at 1.5 times the design wind pressures specified.

1.4.2.2 Water Penetration Test

No water penetration shall occur when the wall is tested in accordance with ASTM E 331 at a differential static test pressure of 20 percent of the inward acting design wind pressure as specified, but not less than 4 psf. Make provision in the wall construction for adequate drainage to the outside of water leakage or condensation that occurs within the outer face of the wall. Leave drainage and weep openings in members and wall open during test.

1.4.2.3 Air Infiltration Test

Air infiltration through the wall, when tested in accordance with ASTM E 283, shall not exceed 0.06 cfm per square foot of fixed wall area, plus the permissible allowance specified for operable windows within the test area.

## 1.5 GLAZED CURTAIN WALL SYSTEM REQUIREMENTS

The curtainwall system framing members shall be of the same size(s) and configuration(s) as the system on the existing building. Provide system complete with framing, mullions, trim, framed pre-assembled units, windows, glass, glazing, sealants, insulation, fasteners, anchors, accessories, concealed auxiliary members, and attachment devices for securing the wall to the structure as specified or indicated.

### 1.5.1 Source

Curtain wall system components shall be furnished by one manufacturer or fabricator; however, all components need not be products of the same manufacturer.

## 1.6 QUALIFICATION OF WELDERS

Welding shall be performed by certified welders qualified in accordance with AWS D1.1 using procedures, materials, and equipment of the type required for the work.

## 1.7 DELIVERY AND STORAGE

Inspect materials delivered to the site for damage; unload and store with a minimum of handling in accordance with recommendations contained in AAMA CW-10. Storage spaces shall be dry locations with adequate ventilation, free from heavy dust, not subject to combustion products or sources of water, and shall permit easy access for inspection and handling. Deliver calking and sealing compounds to the job site in sealed containers labeled to show the designated name, formula or specifications number; lot number; color; date of manufacturer; shelf life; and curing time when applicable.

# PART 2 PRODUCTS

## 2.1 MATERIALS

### 2.1.1 Aluminum

Shall be free from defects impairing strength or durability of surface finish. Standard alloys shall conform to standards and designations of AA 1. Special alloys, not covered by the following ASTM specifications, shall conform to standards and designations recommended by the manufacturer for the purpose intended.

#### 2.1.1.1 Wrought Aluminum Alloys

Shall be those which include aluminum alloying elements not exceeding the following maximum limits when tested and additional in accordance with ASTM E 34. These limits apply to both bare products and the core of clad products. The cladding of clad products shall be within the same limits except that the maximum zinc limit may be 2.5 percent in order to assure that the cladding is anodic to the core. Special wrought alloys with a silicon content not more than 7.0 percent will be acceptable for limited structural uses where special appearance is required:

| ALLOY | PERCENT |
|---|---|
| Silicon | 1.5 |
| Magnesium, Manganese, and Chromium combined | 6.0 |
| Iron | 1.0 |
| Copper | 0.4 |
| Zinc | 1.0 |

Within the chemical composition limits set forth above, wrought aluminum alloys shall conform to the following:

a. Extruded bars, rods, shapes and tubes: ASTM B 221.

b. Sheet and Plate: ASTM B 209.

2.1.1.2 Cast Aluminum Alloys

Provide those in which the alloying elements are silicon, magnesium, manganese, or a combination of these. Other elements shall not exceed the following limits:

| ELEMENT | PERCENT |
|---|---|
| Iron | 1.2 |
| Copper | 0.4 |
| Nickel | 0.4 |
| Titanium | 0.2 |
| Others (total) | 0.5 |

Within the chemical composition limits set forth above, cast aluminum alloys shall conform to the following:

a. Sand castings: ASTM B 26/B 26M.

b. Die casting: ASTM B 85.

c. Permanent mold castings: ASTM B 108.

2.1.1.3 Welding Rods and Electrodes

Welding rods and bare electrodes shall conform to AWS A5.10 as recommended by the manufacturer of the aluminum base metal alloy being used.

2.1.1.4 Finish

Anodized finish on aluminum surfaces shall match in appearance or fall within the two extremes of color range of the approved samples. The following designation of finishes refer to standard finishes as defined in the NAAMM MFM. Aluminum used for framing shall have a color anodized

finish designation AA-MIO-C22-A34 and AA-MIOC22-A44, meeting the requirements of AAMA 608.1.

2.1.1.5 Strength

Aluminum extrusions for framing members used in curtain walls and main frame and sash or ventilator members in windows shall have a minimum ultimate tensile strength of 22,000 psi and a minimum yield strength of 16,000 psi.

2.1.2 Stainless Steel

Conform to ASTM A 167, Type 302 or 304, and finish in accordance with the NAAMM MFM conform to Metal Finishes Manual as follows:

a. Concealed flashings: Dead soft fully annealed, 2D finish finish.

b. Exposed work: No. 4 finish finish to match approved sample.

2.1.3 2.1.3 High-Strength, Low-Alloy Steel

Conform to ASTM A 572/A 572M for structural shapes, plates, and bars.

2.1.4 Joint Sealants and Accessories

Provide manufacturer's standard colors as closely matching the adjacent surfaces as possible.

2.1.4.1 Elastomeric, Single or Multiple Component

ASTM C 920, Type M, multiple component. Use Grade NS, nonsag type in joints on vertical surfaces and use Grade P, self-leveling or flow type, in joints on horizontal surfaces.

2.1.4.2 Solvents and Primers

Provide material which is quick drying, colorless, nonstaining, compatible with compound used, as recommended by sealant manufacturer. Where primer is specified or recommended by sealant manufacturer, tests related to that material shall include primer.

2.1.4.3 Backing Material

Provide material which is nonstaining, nonabsorbent, and compatible with sealing compound. Closed cell resilient urethane, polyvinylchloride or polyethylene foam; closed-cell sponge of vinyl or rubber; closed cell neoprene or butyl rod; or polychloroprene tubes or beads.

2.1.4.4 Bond Preventive Materials

Provide polyethylene tape with pressure-sensitive adhesive; aluminum foil or waxed paper.

2.1.4.5 Preformed Sealing Compound

Provide nonskinning type conforming to AAMA 800. Tapes, beads, ribbons or other shapes as required.

2.1.5 Glass and Glazing

Materials are specified under Section 08800, "Glazing."

2.1.5.1 Glass Sizes and Clearances

Verify actual sizes required by measuring frames. Coordinate dimensions for glass and glass holding members to meet applicable minimum clearances as recommended by glass manufacturer. Do not nip to remove flares or to reduce oversized dimensions.

2.1.6 Firestopping Material

Conform to the requirements specified in Section 07840, "FIRESTOPPING"

2.2 FABRICATION

The curtain wall components shall be of the materials and thickness indicated or specified. The details indicated are representative of the required design and profiles. Acceptable designs may differ from that shown if the proposed system components conform to the limiting dimensions indicated and the requirements specified herein. Unless specifically indicated or specified otherwise, the methods of fabrication and assembly shall be at the discretion of the curtain wall manufacturer. Perform fitting and assembling of components in the shop to the maximum extent practicable. Anchorage devices shall permit adjustment in three directions. Exposed fastenings used on finished surfaces shall be truss head, flat head, or oval head screws or bolts.

2.2 Joints

Provide welded or mechanical fasteners as indicated or specified. Match joints in exposed work to produce continuity of line and design. Bed-joints or rabbets receiving calking or sealing material shall be minimum 3/4 inch deep and 3/8 inch wide at mid ambient temperature range.

2.3 Welding

Conform to AWS D1.1. Use methods and electrodes recommended by manufacturers of base metal alloys. Welding rods shall be of an alloy that matches the color of the metal being welded. Protect glass and other finish from exposure to welding spatter. Ground and finish weld beads on exposed metal surfaces to minimize mismatch and to blend with finish on adjacent parent metal. If flux is used in welding aluminum, completely remove it immediately upon completion of welding operations. Do not use exposed welds on aluminum surfaces.

2.4 Soldering and Brazing

Provide as recommended by suppliers. Solder only for filling or sealing joints.

2.5 Ventilation and Drainage

Provide internal ventilation drainage system of weeps or based on principles of pressure equalization to ventilate the wall internally and to discharge condensation and water leakage to exterior as inconspicuously as possible. Flashings and other materials used internally shall be nonstaining, noncorrosive, and nonbleeding.

2.6 Protection and Treatment of Metals

2.6.1 General

Remove from metal surfaces lubricants used in fabrication and clean off other extraneous material before leaving the shop.

2.6.2 Galvanic Action

Provide protection against galvanic action wherever dissimilar metals are in contact, except in the case of aluminum in permanent contact with galvanized steel, zinc, stainless steel, or relatively small areas of white bronze. Paint contact surfaces with one coat bituminous paint or apply appropriate calking material or nonabsorptive, noncorrosive, and nonstaining tape or gasket between contact surfaces.

2.6.3 Protection for Aluminum

Protect aluminum which is placed in contact with, built into, or which will receive drainage from masonry, lime mortar, concrete, or plaster with one coat of alkali-resistant bituminous paint. Where aluminum is contacted by absorptive materials subject to repeated wetting or treated with preservative noncompatible with aluminum, apply two coats of aluminum paint, to such materials and seal joints with approved calking compound.

2.7 FINISHES

2.7.1 Finishes to Match Existing

All exposed aluminum surfaces shall be prefinished to match the coating system and color used on the aluminum curtain wall and related work at the existing building.

PART 3 EXECUTION

3.1 INSTALLATION

Installation and erection of glazed wall system and all components shall be performed under direct supervision of and in accordance with approved recommendations and instructions of wall system manufacturer or fabricator.

3.1.1 Bench Marks and Reference Points

Establish and permanently mark bench marks for elevations and building line offsets for alignment at convenient points on each floor level. Should any error or discrepancy be discovered in location of the marks, stop erection work in that area until discrepancies have been corrected.

3.1.2 Verifying Conditions and Adjacent Surfaces

After establishment of lines and grades and prior to system installation examine supporting structural elements. Verify governing dimensions, including floor elevations, floor to floor heights, minimum clearances between curtain wall and structural frames, and other permissible dimensional tolerances in the building frame.

3.1.3 Framing

Install framing in accordance with details indicated and approved detail

drawings.

3.1.3.1 Sealing

Seal exterior metal to metal joints between members of windows, frames, mullions, and mullion covers. Remove excess sealant.

3.1.4 Joint Sealants

3.1.4.1 Surface Preparation

Surfaces to be primed and sealed shall be clean, dry to the touch, free from frost, moisture, grease, oil, wax, lacquer, paint, or other foreign matter. Enclose joints on three sides. Clean out grooves to proper depth. Joint dimensions shall conform to approved detail drawings with a tolerance of plus 1/8 inch. Do not apply compound unless ambient temperature is between 40 and 90 degrees F. Clean out loose particles and mortar just before sealing. Remove protective coatings or coverings from surfaces in contact with sealants before applying sealants or tapes. Solvents used to remove coatings shall be of type that leave no residue on metals.

3.1.4.2 Applications

Match approved sample. Force compound into grooves with sufficient pressure to fill grooves solidly. Sealing compound shall be uniformly smooth and free of wrinkles and, unless indicated otherwise, shall be tooled and left sufficiently convex to result in a flush joint when dry. Do not trim edges of sealing material after joints are tooled. Mix only amount of multi-component sealant which can be installed within four hours, but at no time shall this amount exceed 5 gallons.

3.1.4.3 Primer

Apply to masonry, concrete, wood, and other surfaces as recommended by sealant manufacturer. Do not apply primer to surfaces which will be exposed after calking is completed.

3.1.4.4 Backing

Tightly pack in bottom of joints which are over 1/2 inch in depth with specified backing material to depth indicated or specified. Roll backing material of hose or rod stock into joints to prevent lengthwise stretching.

3.1.4.5 Bond Prevention

Install bond preventive material at back or bottom of joint cavities in which no backstop material is required, covering full width and length of joint cavities.

3.1.4.6 Protection and Cleaning

Remove compound smears from surfaces of materials adjacent to sealed joints as the work progresses. Use masking tape on each side of joint where texture of adjacent material will be difficult to clean. Remove masking tape immediately after filling joint. Scrape off fresh compound from adjacent surfaces immediately and rub clean with approved solvent. Upon completion of calking and sealing, remove remaining smears, stains, and other soiling, and leave the work in clean neat condition.

3.1.5 Glass

Install in accordance with manufacturer's recommendations as modified herein. Install insulating glass units made with heat absorbing glass with heat absorbing pane on exterior side.

3.1.5.1 Inspection of Sash and Frames

Before installing glass, inspect sash and frames to receive glass for defects such as dimensional variations, glass clearances, open joints, or other conditions that will prevent satisfactory glass installation. Do not proceed with installation until defects have been corrected.

3.1.5.2 Preparation of Glass and Rabbets

Clean sealing surfaces at perimeter of glass and sealing surfaces of rabbets and stop beads before applying glazing compound, sealing compound, glazing tape, or gaskets. Use only approved solvents and cleaning agents recommended by compound or gasket manufacturer.

3.1.5.3 Positioning Glass

Set glass from inside the building unless otherwise indicated or specified. Maintain specified edge clearances and glass bite at perimeter. Maintain position of glass in rabbet and provide required sealant thickness on both sides of glass. For glass dimensions larger than 50 united inches, provide setting blocks at sill and spacer shims on all four sides; locate setting blocks one quarter way in from each jamb edge of glass. Where setting blocks and spacer shims are set into glazing compound or sealant, butter with compound or sealant, place in position, and allow to firmly set prior to installation of glass.

3.1.5.4 Setting Methods

Apply glazing compound, glazing sealant, glazing tape, and gaskets uniformly with accurately formed corners and bevels. Remove excess compound from glass and sash. Use only recommended thinners, cleaners, and solvents. Strip surplus compound from both sides of glass and tool at slight angle to shed water and provide clean sight lines. Secure stop beads in place with suitable fastenings. Do not apply compound or sealant at temperatures lower than 40 degrees F, or on damp, dirty, or dusty surfaces.

3.1.5.5 Void Space

Heat absorbing, tempered glass, and glass of other types that exceed 100 united inchesin size: Provide void space at head and jamb to allow glass to expand or move without exuding the sealant.

3.1.6 Firestopping

Provide firestopping, where required, in openings between wall system and floor at each story to prevent passage of flame and hot gases from floor to floor under extended fire exposure. Installed fire stopping shall remain in place under extended fire exposure despite distortions that may occur in wall system components. Securely attach anchoring or containment devices to building structure and not to wall system.

3.2 FIELD TESTS

Conduct field check test for water leakage on designated wall areas after erection. Conduct test on two wall areas, two bays wide by two stories high where directed. Conduct test and take necessary remedial action as described in AAMA 501.

## 3.3 CLEANING AND PROTECTION

### 3.3.1 Glass

Upon completion of wall system installation, thoroughly wash glass surfaces on both sides and remove labels, paint spots, putty, compounds, and other defacements. Replace cracked, broken, and defective glass with new glass at no additional cost to the Government.

### 3.3.2 Aluminum Surfaces

Protection methods, cleaning, and maintenance shall be in accordance with AAMA 609 and AAMA 610.1.

### 3.3.3 Other Metal Surfaces

After installation, protect windows, panels, and other exposed surfaces from disfiguration, contamination, contact with harmful materials, and from other construction hazards that will interfere with their operation, or damage their appearance or finish. Protection methods shall be in accordance with recommendations of product manufacturers or of the respective trade association. Remove paper or tape factory applied protection immediately after installation. Clean surfaces of mortar, plaster, paint, smears of sealants, and other foreign matter to present neat appearance and prevent fouling of operation. In addition, wash with a stiff fiber brush, soap and water, and thoroughly rinse. Where surfaces become stained or discolored, clean or restore finish in accordance with recommendations of product manufacturer or the respective trade association.

-- End of Section --

SECTION 09100

# METAL SUPPORT ASSEMBLIES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DELIVERY, STORAGE, AND HANDLING

Deliver materials to the job site and store in ventilated dry locations. Storage area shall permit easy access for inspection and handling. If materials are stored outdoors, stack materials off the ground, supported on a level platform, and fully protected from the weather. Handle materials carefully to prevent damage. Remove damaged items and provide new items.

## PART 2 PRODUCTS

### 2.1 MATERIALS

Provide steel materials for metal support systems with galvanized coating ASTM A 653/A 653M, G-60; aluminum coating ASTM A 463/A 463M, T1-25; or a 55-percent aluminum-zinc coating.

#### 2.1.1 Materials for Attachment of Lath

##### 2.1.1.1 Suspended and Furred Ceiling Systems and Wall Furring

ASTM C 841.

##### 2.1.1.2 Nonload-Bearing Wall Framing

ML/SFA MLF.

#### 2.1.2 Materials for Attachment of Gypsum Wallboard

##### 2.1.2.1 Suspended and Furred Ceiling Systems

ASTM C 645.

##### 2.1.2.2 Nonload-Bearing Wall Framing and Furring

ASTM C 645, but not thinner than 0.0179 inch thickess, with 0.0329 inch minimum thickness supporting wall hung items such as cabinetwork, equipment and fixtures.

##### 2.1.2.3 Furring Structural Steel Columns

ASTM C 645. Steel (furring) clips and support angles listed in UL FRD may