be provided in lieu of steel studs for erection of gypsum wallboard around structural steel columns.

# PART 3 EXECUTION

## 3.1 INSTALLATION

### 3.1.1 Systems for Attachment of Lath

#### 3.1.1.1 Suspended and Furred Ceiling Systems and Wall Furring

ASTM C 841, except as indicated otherwise.

#### 3.1.1.2 Nonload-Bearing Wall Framing

ML/SFA MLF, except that framing members shall be 16 inches o.c. unless indicated otherwise.

### 3.1.2 Systems for Attachment of Gypsum Wallboard

#### 3.1.2.1 Suspended and Furred Ceiling Systems

ASTM C 754, except that framing members shall be 16 inches o.c. unless indicated otherwise.

#### 3.1.2.2 Nonload-Bearing Wall Framing and Furring

ASTM C 754, except as indicated otherwise.

#### 3.1.2.3 Furring Structural Steel Columns

Install studs or galvanized steel clips and support angles for erection of gypsum wallboard around structural steel columns.

-- End of Section --

SECTION 09250

# GYPSUM BOARD

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Cementitious backer units

Accessories

Submit for each type of gypsum board and for cementitious backer units.

SD-04 Samples

Predecorated gypsum board; G

Submit for each color and pattern of predecorated gypsum board. Where colors are not indicated, submit color selection samples of not less than eight of the manufacturer's standard colors.

### 1.3 DELIVERY, STORAGE, AND HANDLING

#### 1.3.1 Delivery, Storage and Handling

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

### 1.4 ENVIRONMENTAL CONDITIONS

#### 1.4.1 Temperature

Maintain a uniform temperature of not less than 50 degrees F in the structure for at least 48 hours prior to, during, and following the application of gypsum board, cementitious backer units, and joint treatment materials, or the bonding of adhesives.

#### 1.4.2 Exposure to Weather

Protect gypsum board and cementitious backer unit products from direct

exposure to rain, snow, sunlight, and other extreme weather conditions.

# PART 2 PRODUCTS

## 2.1 MATERIALS

Conform to specifications, standards and requirements specified herein. Provide gypsum board manufactured from asbestos-free materials.

### 2.1.1 Gypsum Board

ASTM C 36.

### 2.1.2 Regular Water-Resistant Gypsum Backing Board

ASTM C 630/C 630M

### 2.1.3 Glass Mat Water-Resistant Gypsum Backing Board

ASTM C 1178/C 1178M

### 2.1.4 Cementitious Backer Units

ANSI A118.9.

### 2.1.5 Fasteners

#### 2.1.5.1 Screws

ASTM C 1002, Type "G", Type "S" or Type "W" steel drill screws for fastening gypsum board to gypsum board and steel framing members less than 0.033 inch thick. ASTM C 954 steel drill screws for fastening gypsum board to steel framing members 0.033 to 0.112 inch thick.

#### 2.1.5.2 Adhesive for Fastening Gypsum Board to Metal Framing

Type recommended by gypsum board manufacturer.

#### 2.1.5.3 Adhesive for Laminating

For laminating two-ply gypsum board systems and gypsum studs to face panels, provide adhesive recommended by gypsum board manufacturer.

### 2.1.6 Accessories

ASTM C 1047. Fabricate from corrosion protected steel or plastic designed for intended use. Accessories manufactured with paper flanges are not acceptable. Flanges shall be free of dirt, grease, and other materials that may adversely affect bond of joint treatment. Provide prefinished or job decorated materials.

# PART 3 EXECUTION

## 3.1 EXAMINATION

### 3.1.1 Framing and Furring

Verify that framing and furring are securely attached and of sizes and spacing to provide a suitable substrate to receive gypsum board and

cementitious backer units. Verify that all blocking, headers and supports are in place to support plumbing fixtures and to receive soap dishes, grabbars, towel racks, and similar items. Do not proceed with work until framing and furring are acceptable for application of gypsum board and cementitious backer units.

Verify that surfaces of masonry and concrete walls to receive gypsum board applied with adhesive are dry, free of dust, oil, form release agents, protrusions and voids, and any other foreign matter. Do not proceed with work until surfaces are acceptable for application of gypsum board with adhesive.

## 3.2 APPLICATION OF GYPSUM BOARD

Apply gypsum board to framing and furring members in accordance with ASTM C 840 or GA 216 and the requirements specified herein. Apply gypsum board with separate panels in moderate contact; do not force in place. Stagger end joints of adjoining panels. Neatly fit abutting end and edge joints. Use gypsum board of maximum practical length. Cut out gypsum board as required to make neat close joints around openings. In vertical application of gypsum board, provide panels in lengths required to reach full height of vertical surfaces in one continuous piece. Surfaces of gypsum board and substrate members may be bonded together with an adhesive, except where prohibited by fire rating(s). Treat edges of cutouts for plumbing pipes, screwheads, and joints with water-resistant compound as recommended by the gypsum board manufacturer. Provide type of gypsum board for use in each system specified herein as indicated.

### 3.2.1 Control Joints

Install expansion and contraction joints in ceilings and walls in accordance with ASTM C 840, System XIII or GA 216, unless indicated otherwise.

## 3.3 APPLICATION OF CEMENTITIOUS BACKER UNITS AND GLASS MAT WATER-RESISTANT GYPSUM BACKING BOARD

### 3.3.1 Application

Apply cementitious backer units or glass mat water-resistant gypsum backing boards in accord with ANSI A108.11.

### 3.3.2 Joint Treatment

ANSI A108.11.

## 3.4 FINISHING OF GYPSUM BOARD

Tape and finish gypsum board in accordance with ASTM C 840 or GA 216. Provide joint, fastener depression, and corner treatment. Do not use fiber glass mesh tape with conventional drying type joint compounds; use setting or hardening type compounds only. Provide treatment for water-resistant gypsum board as recommended by the gypsum board manufacturer.

### 3.4.1 Skim Coat

Wherever gypsum board is to receive eggshell, semigloss or gloss paint finish, apply a thin skim coat of joint compound to the entire gypsum board surface, after the three-coat joint and fastener treatment is complete and

dry. Apply skim coat with trowel, broadknife or long-nap roller. Wipe tightly with trowel or broadknife.

## 3.5 SEALING

Seal openings around pipes, fixtures, and other items projecting through gypsum board and cementitious backer units as specified in Section 07920, "Joint Sealants." Apply material with exposed surface flush with gypsum board or cementitious backer units.

## 3.6 FIRE-RESISTANT ASSEMBLIES

Wherever fire-rated gypsum board construction is indicated, provide materials and application methods, including types and spacing of fasteners, in accordance with the specifications contained in UL FRD or GA 600 for the File Number(s) indicated.

## 3.7 PATCHING

Patch surface defects in gypsum board to a smooth, uniform appearance, ready to receive finish as specified.

-- End of Section --

SECTION 09310

# CERAMIC TILE, QUARRY TILE, AND PAVER TILE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-04 Samples

Ceramic floor tile; G

2 inch square sheets mounted showing colors, finish, pattern, and form of each type, with joints between the tiles grouted.

Ceramic wall tile; G

Sets of four tiles or ceramic mosaic sheets showing size, form, finish, and range and shades in each color, with joints between the tiles grouted.

Ceramic tile trim units; G

Pieces of each unit, showing color, finish, and type.

Ceramic tile accessories; G

Pieces of each type, showing color, finish, type, and style.

### 1.3 DELIVERY, STORAGE, AND HANDLING

ANSI A108.1, ANSI A108.4, ANSI A108.5, and ANSI A108.6, Section A-1.

### 1.4 ENVIRONMENTAL CONDITIONS

ANSI A108.1, ANSI A108.4, ANSI A108.5, and ANSI A108.6 Section A-1 as modified herein. Do not start tile work unless the ambient temperature in work area is at least 50 degrees F and rising. Maintain the ambient temperature above 50 degrees F while work is in progress and for at least 3 days after its completion. For the installation and subsequent cure of chemical-resistant epoxy and furan mortars, the temperature shall be at least 60 degrees F and rising for a period of time recommended by the manufacturer. Do not use adhesives in unventilated areas.

1.5 EXTRA STOCK

Supply an extra two percent of each type tile used in clean and marked cartons.

PART 2 PRODUCTS

2.1 MATERIALS

ANSI A108.1, ANSI A108.4, ANSI A108.5, and ANSI A108.6 Section A-2.

2.1.1 Tile

ANSI A137.1, Standard Grade.

2.1.1.1 Ceramic Floor Tile

a. Unglazed ceramic mosaic tile: ANSI A137.1, porcelain or natural clay with cushioned edges.

2.1.1.2 Wall Tile

a. Glazed wall tile: ANSI A137.1, bright or matte finish with cushioned edges.

b. Glazed ceramic mosaic tile: ANSI A137.1, porcelain or natural clay with cushioned edges.

2.1.1.3 Trim Units

Provide matching trim units with tile work. Provide where indicated for a complete and finished installation. Identification numbers for trim unit shapes are cited in ANSI A137.1. Provide bullnose units for wainscots, except where wainscot is flush with abutting wall surface. Provide up-and-down corners with bullnose units where there is a break in wainscot height, or where the wainscot does not terminate against projecting construction. Provide coved base units for wainscots, and 4 inch coved base units for tile floors where wainscots are not provided. Internal corners shall be squared and external corners rounded using appropriate matching trim units.

2.1.2 Hydrated Lime

ASTM C 206, Type S; or ASTM C 207, Type S.

2.1.3 Aggregate

ASTM C 144, except sand for grout shall pass a number 16 sieve.

2.1.4 Water

Clean, potable.

2.1.5 Portland Cement

ASTM C 150, Type 1, white for grout, gray for other uses.

2.1.6 Membrane or Cleavage Membrane

ANSI A108.1, ANSI A108.4, ANSI A108.5, and ANSI A108.6, Section A-2.

2.1.7 Reinforcing Wire Fabric

ASTM A 185 or ASTM A 497, 3 by 3 inch fabric, 13/13 wire.

2.1.8 Metal Dividing Strips

Heavy-top terrazzo type, brass or zinc alloy, approximately 1/16 inch thick with 1/4 inch thick top, and depth equal to thickness of tile plus setting bed.

2.1.9 Mortars and Grouts

2.1.9.1 Mortar and Adhesives, Tile Setting

a. Portland cement mortar: ANSI A108.1 Section A4.1 for proportions.

b. Dry-set portland cement mortar: ANSI A118.1, factory sanded.

c. Latex-portland cement mortar: ANSI A118.4.

f. Organic adhesive: ANSI A136.1.

2.1.9.2 Grout

a. Commercial portland cement: ASTM C 150; ANSI A108.1, Section A4.1 for proportions.

b. Sand portland cement: ASTM C 150; ANSI A108.1, Section A4.1 for proportions.

c. Dry set: ANSI A118.1, factory sanded.

d. Latex-portland cement: ANSI A118.4.

2.1.10 Sealants and Calkings

Provide sealants and calkings in joints as specified in Section 07920, "Joint Sealants."

2.1.11 Glass Mesh Mortar Units

Concrete glass fiber reinforced, 1/2 inch thick prefabricated panel, consisting of aggregate portland cement reinforced with vinyl-coated woven *glass-fiber mesh embedded in both surfaces.

2.1.11.1 Glass Fiber Tape

Coated glass fiber tape with pressure sensitive adhesive 2 inches wide.

PART 3 EXECUTION

3.1 EXAMINATION

Do not start tile work until roughing in for plumbing, heating, ventilating, air conditioning, and electrical work has been installed and tested; and built-in bathtubs, shower stalls, and membrane waterproofing

have been installed and tested.

3.2 PREPARATION

3.2.1 Concrete Subfloor Preparation

Do not begin floor tile installation in areas receiving wall tile until wall tile installation has been completed.

3.2.1.1 Precast and Structural Slabs Subject to Bending

Prepare in accordance with ANSI A108.1 Use reinforced mortar setting bed with cleavage membrane.

3.2.1.2 Structural Slabs With Limited Bending

Prepare in accordance with ANSI A108.1 or ANSI A108.5. Before applying tile with dry set mortar, test structural concrete floor for levelness or uniformity of slope by using straightedges. Fill areas where the floor does not meet the required tolerances and level in accordance ANSI A108.5 and Section 03300, "Cast-In-Place Concrete". Provide expansion joints where indicated.

3.2.1.3 Slab on Grade Construction Where No Bending Stresses Occur

Prepare in accordance with ANSI A108.1, ANSI A108.5 or ANSI A108.6.

3.3 INSTALLATION

3.3.1 Floor Tile

a. Portland cement mortar: ANSI A108.1 ceramic mosaic, paver tile, reinforced mortar bed, and cleavage membrane. Recess, or depress setting bed where indicated.

c. Dry-set mortar: ANSI A108.5.

d. Latex-portland cement mortar: ANSI A108.5.

3.3.2 Wall Tile

Wall surfaces receiving ceramic tile set with dry-set mortar or latex-portland cement mortar shall have square corners, be plumb and true, with variations not exceeding 1/8 inch in eight feet from the required plane.

a. Portland cement mortar: ANSI A108.1 ceramic mosaic and glazed wall tile.

b. Dry-set mortar: ANSI A108.5.

c. Latex-portland cement mortar: ANSI A108.5.

3.3.3 Expansion and Control Joints

Provide expansion and control joints in tile work in accordance with ANSI A108.1, ANSI A108.4, ANSI A108.5 and ANSI A108.6 and where indicated.

3.3.3 Joint Treatment

Fill horizontal and vertical joints and corners with either organic adhesive, dry-set portland cement, or latex-portland cement mortar. Apply glass fiber tape over joints and corners and embed with same mortar or adhesive.

3.3.4 Metal Dividing Strips

Install dividing strips in mortar setting bed while bed is in a plastic state. Set dividing strips where indicated in straight, unbroken lines, flush with unfinished floor surface. Provide dividing strips at joints where floor tile abuts and is flush with other types of floor finishes, except at doors where thresholds are provided.

3.3.5 Thresholds

Align edges with faces of trim on both sides of openings. Fit thresholds neatly and bed properly in cement mortar flush with adjoining floors.

3.3.6 Curing

Cover floors with 30 pound natural kraft paper with joints overlapping at least 4 inches and tape-sealed or held down with planks or other weights. Allow to damp cure for at least 72 hours before permitting foot traffic on tiled floor. Cure in accordance with ANSI A108.1, ANSI A108.5 orANSI A108.6.

3.4 CLEANING

Clean in accordance with ANSI A108.1, ANSI A108.4, ANSI A108.5, and ANSI A108.6, Section A-3. Acid cleaning of unglazed tile when necessary, shall be done no sooner than 14 days after setting tile.

-- End of Section --

SECTION 09510

# ACOUSTICAL CEILINGS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Acoustical units

Suspended Metal Grid Ceiling Systems

Suspension system

Show suspension system, methods of anchoring and fastening, and reflected ceiling plan.

SD-03 Product Data

Acoustical units

Suspended Metal Grid Ceiling Systems

Suspension system

SD-04 Samples

Acoustical units; G

Suspended Metal Grid Ceiling Systems

Two samples of each type of acoustical unit showing texture, finish, and color.

SD-07 Certificates

Fire endurance

Ceiling attenuation class

Test reports by an independent testing laboratory attesting that acoustical ceiling systems meet specified fire endurance

requirements.

## 1.3 DESIGN CRITERIA FOR CEILING SYSTEM

### 1.3.1 Fire Endurance

The fire endurance (separation) rating of the acoustical ceiling system(s), including penetrations such as light fixtures and electric boxes, shall be as indicated when determined by ASTM E 119. Flame spread of acoustical units shall be 25 or less and smoke development shall be 50 or less when tested in accordance with ASTM E 84.

### 1.3.2 Ceiling Sound Absorption

Determine the NRC in accordance with ASTM C 423 Method of Test.

### 1.3.3 Light Reflectance

Determine light reflectance factor in accordance with ASTM E 1477 Test Method.

## 1.4 DELIVERY AND STORAGE

Deliver acoustical units in the manufacturer's original unopened containers with brand name and type clearly marked. Handle materials carefully and store them under cover in dry, watertight enclosures. Immediately before installation, store acoustical units for not less than 24 hours at the same temperature and relative humidity as the space where they will be installed.

## 1.5 ENVIRONMENTAL CONDITIONS

For 24 hours before, during, and 24 hours after installation of acoustical units, maintain temperature and relative humidity at typical in-service conditions. Interior finish work such as plastering, concrete, and terrazzo work shall be completed and dry before installation. Mechanical, electrical, and other work above the ceiling line shall be completed and approved prior to the start of acoustical ceiling installation.

# PART 2 PRODUCTS

## 2.1 MATERIALS

### 2.1.1 Acoustical Units

ASTM E 1264, matching the units in the existing building, with recycled material content of 18 percent minimum.

### 2.1.2 Suspended Metal Grid Ceiling Systems

Suspended metal grid sysem Types A and B to match the two correspondending types in the existing building, complete with integral suspension and seismic bracing systems.

## 2.2 SUSPENSION SYSTEMS

ASTM C 635.

a. Type: Systems shall match the systems in the existing building.

e. Seismic Requirements: ASTM E 580.

## PART 3 EXECUTION

### 3.1 INSTALLATION

#### 3.1.1 Suspended Ceilings

ASTM C 636.

Provide seismic restraint for the suspension system in accordance with ASTM E 580.

### 3.2 CLEANING

Clean soiled or discolored unit surfaces after installation. Touch up scratches, abrasions, voids and other defects in painted surfaces. Remove damaged or improperly installed units and install new materials.

### 3.3 MAINTENANCE MATERIAL (EXTRA STOCK)

Furnish one spare acoustical unit for each 100 units installed.

-- End of Section --

SECTION 09611

# FIBERGLASS REINFORCED FLOOR SEALING SYSTEM

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Chloride testing units

Fiberglass Reinforced Floor Sealing System Products

SD-06 Test Reports

Vapor tests

### 1.3 DELIVERY, STORAGE, AND HANDLING

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

### 1.4 ENVIRONMENTAL CONDITIONS

All Work of this Section shall be performed in conformance with the requirements for consideration of the environmental conditions as specified in Section 01500, "Temporary Facilities and Controls."

### 1.5 WARRANTY

Manufacturer's Warranty: Covering failure of finished flooring system due to concrete water vapor emission to the installed system for a period of 10 years form the date of Substantial Completion. Include repair or replacement of the finished flooring material and reapplication of adhesive, flooring material and vapor emission control system, in the event of treatment system failure.

Warranty exclusion shall be limited to;

1. Moisture failure due to topical intrusion or plumbing failure or other substances entering from the surface.
2. Seismic damage occurring after installation.

3. Moisture emission levels, beyond system's capability, due to water intrusion i.e. but not limited to plumbing or flooding leaks below the slab.
4. Replacement of floor coverings during the warranty period as removal demolition could damage process.

Manufacturer to provide evidence of a product liability insurance policy. Insurer shall have no less than an "A" rating from one of the four major rating services. A certificate of insurance shall be delivered to the owner and shall name the owner, architect and general contractor as co-insured. Liability shall be in the amount of $5,000,000.00 per occurrence.

## 1.6 SEQUENCING AND SCHEDULING

Concrete testing shall be scheduled three weeks prior to the installation of floor coverings and as environmental conditions are achieved. Treatment shall be scheduled to be installed, contingent upon conditions encountered, 2 weeks prior to floor coverings.

# PART 2 PRODUCTS

## 2.1 MANUFACTURERS

The vapor emission & alkalinity control system specified herein is that manufactured by Floor Seal Technology, Inc., (800) 572-2344. Systems manufactured by Vytech or Seal-Crete, meeting the requirements specified herein shall be accepted as equal.

## 2.2 MATERIALS

Treatment System: Treatment employs two-component MES Penetrant with joint-membrane dispersion system and two-component MES Coating.

1. MES Penetrant: Special blend, two component, VOC compliant, anti-microbial, low viscosity, water-based modified acrylic epoxy formulation developed under quality control standards to penetrate the concrete surface and mechanically restrict the pores of the concrete.

2. MES Coating: Same two-component, VOC compliant, anti-microbial chemical formulation as MES Penetrant, but in a thicker viscosity, and used in conjunction with MES Penetrant to suppress a higher volume of vapor transmission without totally restricting vapor emission passage which can cause a failure of the concrete mortar cap surface.

Cementitious underlayment as manufactured by Ardex Engineered Cements or equal.

1. Provide a complete "K-15" system

Testing equipment as manufactured by Vaprecision Testing Systems (800) 449-6194 or equal.

## 2.3 MIXES

Mixing: Mix penetrants and coatings materials in accordance with manufacturer's mixing instructions.

# PART 3 EXECUTION

3.1 LOCATION OF WORK OF THIS SECTION

The Work of this Section shall be installed at all locations scheduled to receive carpet tile.

3.2 PREPARATION

Inspect floor surfaces which are to receive the materials specified herein. Ensure that all such surfaces are clean and dry, free of loose material, and that all holes or loose joints are properly prepared to receive the materials. Plumbing pipes, drains, and similar work shall be in place and solidly anchored.

Examine substrate for conditions harmful to pre-installation testing and installation of system treatment required.

3.2.1 Adjacent Surfaces Protection

Protect adjacent surfaces from damage during system treatment installation. Prior to installation of fiberglass reinforced floor sealing system, protect finish substrates and surfaces from the effects of scarification and fiberglass reinforced floor sealing system installation operations.

3.2.2 Building Environmental Conditions

Acclimatize installation area to conditions representative of building operation conditions for a minimum of 48 hours prior to beginning application of the coating system.

Clean and fill all divots, chips voids and other surface irregularities with portland based cementitious fill only. Gypsum based materials are not acceptable under any circumstances.

3.3 VAPOR AND pH TESTING

Vapor Testing: Test in accordance with ASTM F 1869.

The number of test kits required is determined by the square footage of the facility. Three (3) test kits are required in areas up to 1,000 square feet. One (1) additional test for each 1,000 square feet thereafter.

Conduct pH testing at the same rate as vapor testing.

Vapor control treatment shall be installed in areas exceeding 3 pounds of emission and pH of 10 or above.

Provide a testing report to the Construction Manager, include a building diagram to identify each testing location, date and time of tests, all calculations, temperature and humidity of site during testing and all results expressed in accordance with industry standards, prior to treatment installation.

3.4 APPLICATION

3.4.1 Warranty Installation / Manufacturer's Instructions

Install fiberglass reinforced floor sealing system in accordance with manufacturer's instructions for a warranted system.

3.4.2 Surface Preparation

Shot blast surfaces to receive prescribed system treatment prior to installation. Prepare control joints and cold joints with manufacturer's recommended joint-membrane dispersion system. Clean substrate surfaces to receive system treatment and treat surface irregularities with a 100% Portland Cement based patching compound and cementitious fill compatible with prescribed system treatment.

3.4.3 Application Temperature Limits

Apply the fiberglass reinforced floor sealing system within the following temperature limitations:

Minimum 65o F, Maximum 100o F.

3.4.4 Limitations

Do not install fiberglass reinforced floor sealing system on vertical surfaces. Concrete slab surfaces, regardless of age must be scarified by shot blasting prior to installation of fiberglass reinforced floor sealing system.

3.4.5 Installation Requirements / Procedures

1. Methods of Application: Apply penetrants and coatings by squeegee and roller application method to saturate the concrete surface.

2. Application: Apply selected system treatment contingent upon pre-installation testing results of concrete substrate in accordance with manufacturer's installation instructions.

3. Coverage: Coverage rates shall be in accordance with manufacturer's recommendations for selected prescribed system treatment and concrete density and porosity.

4. Environmental Condition: Install prescribed system treatment in environmental conditions that are representative of the environmental operating conditions of finished project.

3.4.6 Topping Materials

Apply materials in accordance with manufacturer instructions. Gypsum materials are not acceptable under any circumstances.

3.4.7 Interface With Other Work

Coordinate system treatment installation with installation of flooring covering and surface coatings specified in other Sections of these specifications.

3.5 FIELD QUALITY CONTROL

Manufacturer's Field Services:

1. Conduct pre-installation testing and system treatment installation in the presence of manufacturer representative.

2. Upon Owner's request, provide manufacturer's field service consisting of product use recommendations and periodic site visits.

3.6 PROTECTION

A. Protect vapor treatment system and final process immediately after completion and acceptance.

B. Notify treatment manufacturer of flooring installation schedule.

-- End of Section --

SECTION 09630

# STONE FLOORING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Stonework pattern

SD-04 Samples

Stone flooring

Grout

### 1.3 QUALITY ASSURANCE

Allowable Tolerances:

A. Floor surface true to plane within 1 in 1000 (1/8-inch in 10 feet) not cumulative.

B. Joint width deviation not greater than 10 percent of dimension shown.

### 1.4 DELIVERY, STORAGE, AND HANDLING

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

### 1.5 ENVIRONMENTAL CONDITIONS

All Work of this Section shall be performed in conformance with the requirements for consideration of the environmental conditions as specified in Section 01500, "Temporary Facilities and Controls."

## PART 2 PRODUCTS

### 2.1 MATERIALS

A. Stone Slabs: with abrasion resistance of at least 25 as measured by ASTM C241. Stone slabs to be uniform in quality and texture, free from shale, excess mica, seams, sealing and disintegration.

B. Portland Cement: ASTM C150.

C. Coloring Pigments: Pure mineral pigments, lime proof and non-fading; added to grout by the manufacturer. Job colored grout is not acceptable.

## 2.2 MORTAR

ASTM C270, Type S. No admixtures permitted. Type N lime is not permitted.

## 2.3 GROUT

One part portland cement and three parts sand by volume. Mix with enough water for flowability.

# PART 3 EXECUTION

## 3.1 INSTALLATION

A. General: Do not use stone slabs with chips, cracks, discoloration or other visible defects.

B. Installation with Portland Cement Grout:

1. Spread and screed mortar setting bed mixture (1/2-inch to 1-inch) in thickness true to plane.

2. Limit setting bed to minimum amount which can be covered with stone before initial set.

3. Apply 1/32-inch layer of neat cement paste over setting bed. Set and level each brick immediately. Tamp brick to completely contact setting bed.

4. Grout joints as soon as initial set is achieved. Place grout in joints, strike flush and tool slightly concave.

5. Cure grout by maintaining in a damp condition for seven days.

C. Installation with Portland Cement Mortar:

1. Install brick in full bed joint. Remove excess mortar. Strike joints flush with top surface of brick and tool slightly concave.

2. Cure mortar by maintaining in a damp condition for seven days.

-- End of Section --

SECTION 09685

# CARPET TILE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Carpet tile installation

Submit drawings that include area to be carpeted; moldings and edge strips and location; details of special treatments, such as ducts and trench headers and location.

SD-04 Samples

Carpet tile; G

Molding; G

SD-06 Test Reports

Flammability; G

Static control; G

CRI Green Label Requirements for Indoor Air Quality Test Criteria

ADA requirements

The reports shall be dated within two years of submittal for approval.

SD-07 Certificates

Installation experience

Carpet tile

Submit certificates attesting that the carpet tile meets the

requirements of the paragraphs entitled "Flammability," "ADA Requirements," and "Indoor Air Quality."

SD-08 Manufacturer's Instructions

Carpet tile installation

Submit the carpet manufacturer's printed installation instructions. Include procedures for installation covering preparation of the substrate, seaming techniques, and recommended adhesives and tapes where applicable.

SD-10 Operation and Maintenance Data

Carpet tile, Data Package 1

Submit data package in accordance with Section 01781, "Operation and Maintenance Data." Submit copies of the manufacturer's maintenance manual.

## 1.3 INSTALLATION REQUIREMENTS

### 1.3.1 Experience

All work shall be done by installation firms specializing in commercial carpet installation. The firm shall be a member of the Floor Covering Installation Contractor's Association (FCICA) or certified by the Floor Covering Installation Board (FCIB).

### 1.3.2 Certificate

Submit certificate from the Contractor attesting that the installation supervisor has had a minimum of 5 years experience in this type of work and will provide qualified, experienced installers to perform work. Include a list of previous jobs giving name, location, dollar value, and date, setting forth supervisor's installation experience.

## 1.4 DELIVERY AND STORAGE

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

## 1.5 SAFETY

Carpet adhesives may contain toxic volatile components. Follow ventilation, personal protection, and other safety precautions as recommended by the manufacturer of the adhesive.

## 1.6 REGULATORY REQUIREMENTS

### 1.6.1 Indoor Air Quality

Carpet shall bear the Carpet and Rug Institute (CRI) Indoor Air Quality (IAQ) label. Carpet type bearing the label will indicate that the carpet has been tested and meets the criteria of the CRI Green Label Requirements for Indoor Air Quality Test Criteria.

### 1.6.2 ADA Requirements

Carpet shall meet the ADA requirements.

## PART 2 PRODUCTS

### 2.1 PHYSICAL REQUIREMENTS

Carpet tile shall consist of carpet tiles with attached cushions. The surface texture of the carpet tile shall be loop pile, multi-color, small pattern. Pile weight shall be between 28 to 32 oz per square yard. Pile yarn shall be 100% nylon, type 66.

### 2.2 MOLDING

Heavy-duty vinyl designed for the type of carpet tile being installed. Floor flange at least 2 inches wide.

### 2.3 ADHESIVES

Waterproof, nonflammable, shall be a pressure sensitive releasable adhesive carpet as furnished or recommended by the carpet manufacturer. Use waterproof, nonflammable, and nonstaining seal adhesive as furnished or recommended by the carpet manufacturer. Low emitting volatile organic compound (VOC) adhesive should be used to improve indoor air quality.

## PART 3 EXECUTION

### 3.1 CARPET TILE INSTALLATION

Install carpet tile in accordance with CRI 104 and manufacturer's printed instructions after the work of other trades, including painting, is done. Installed carpet tile must be smooth, uniform, and secure. Install tile with carpet pile lay in same direction. Fit cutouts, such as door jambs, columns, and ducts, neatly and securely.

#### 3.1.1 Carpet Tile Location

Install carpet tile wall-to-wall in rooms and areas indicated on finish/color schedule in the drawings. Include all material indicated, specified, or necessary for a completely finished installation. Contractors responsible for providing carpet of the same dye lot for each type indicated, for the required quantities of carpet and must verify all dimensions in the field as well as other conditions affecting the work.

#### 3.1.2 Extra Carpet Tile

Furnish one carton of carpet tiles of each pattern and color in addition to the quantity required for installation. Furnish extra carpet tile, for replacement use, of same manufacturer, type, and quality as the installed carpet tile; provided in original cartons; and properly marked.

#### 3.1.3 Substrate Preparation

Inspect rooms and areas to be carpeted. Before installation, ensure that the Work of Section 09611, "FIBERGLASS REINFORCED FLOOR SEALING SYSTEM" has been satisfactorily completed. Repair holes, cracks, depressions, or rough areas using material recommended by the carpet tile manufacturer. Grind raised areas or ridges smooth and level with surrounding surface. Provide floor free of any foreign materials and swept broom clean. Comply with

requirements for conditioning adhesives and minimum floor temperature before, during, and after installation as recommended by the carpet tile and adhesive manufacturer's instructions. However, in no case may floor temperature be less than 60 degrees F for 24 hours prior to, during, and after installation. Do not permit traffic or movement of furniture or equipment in carpeted areas for at least 24 hours after installation. Carpet tile installation constitutes validation by the Contractor that the substrate and conditions in the area meet all requirements for satisfactory installation.

3.1.4 Accessibility

Installed carpet tiles shall be removable. Ensure that the exposed area is capable of being restored to its original condition by replacing the removed tiles or installing new tiles of the same manufacturer, type, and quality.

3.1.5 Molding

Finish carpet tile edges meeting hard surface flooring with moldings. Install in accordance with manufacturer's instructions.

3.2 CLEANING AND PROTECTION

3.2.1 Cleaning

After installation, remove all debris, moldings, scraps, and other foreign matter. Remove any soiled spots or adhesive from the face of the carpet tile with the appropriate spot remover. Clip any protruding face yarn with sharp scissors. Vacuum the carpet tile until clean.

3.2.2 Protection

Carefully protect installed carpet tile with heavy, reinforced, nonstaining kraft building paper or polyethylene film of an approved quality and thickness. Lap and secure edges of covering widths. Keep covering in repair and replace damaged portions. Remove protective covering when directed by the Contracting Officer.

-- End of Section --

SECTION 09900

# PAINTS AND COATINGS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

All federal and CID Paint specifications listed in cross-over lists on paint tables of 09900, "Paints and Coatings", are considered equal to the corresponding MPI paints for specification purposes. The current MPI, "Approved Product List" of manufacturers and their approved paint systems, as of the date of contract award, will be used to determine compliance with the submittal requirements of this specification. The Contractor may choose to use a subsequent MPI "approved Product List", however, only one list may be used for the entire contract.

SD-02 Shop Drawings

Piping identification

Submit color stencil codes.

SD-03 Product Data

Coating; G

Sealant

For each type of coating, sealant, or other product furnished, submit data from the manufacturer's paint laboratory indicating that the product conforms to requirements of the referenced specification.

SD-04 Samples

Color; G

Submit manufacturer's samples of paint colors. Cross reference color samples to color scheme as indicated.

SD-08 Manufacturer's Instructions

Application instructions

Manufacturer's material safety data sheets

Submit Manufacturer's material safety data sheets for coatings, solvents, and other potentially hazardous materials, as defined in FED-STD-313.

SD-07 Certificates

Applicator's qualifications

Evidence of acceptable variation; G

1.3 APPLICATOR'S QUALIFICATIONS

a. Submit evidence that applicator has satisfactorily applied paint by airless spray at minimum of two sites. Indicate names and locations of sites, and type and design of equipment used, including safety devices.

1.4 EVIDENCE OF ACCEPTABLE VARIATION

If a product proposed for use does not conform to requirements of the referenced specification, submit for approval to the Contracting Officer, evidence from the paint manufacturer's laboratory that the proposed product is either equal to or better than the product specified. The submittal shall include the following:

a. Identification of the proposed substitute;

b. Reason why the substitution is necessary;

c. A comparative analysis of the specified product and the proposed substitute, including tabulations of the composition of pigment and vehicle;

d. The differences between the specified product and the proposed substitute; and

e. Other information necessary for an accurate comparison of the proposed substitute and the specified product.

1.5 QUALITY ASSURANCE

1.5.1 Qualifications of Airless Spray Applicators

Satisfactory application of paint by airless spray at a minimum of two sites.

1.5.2 Field Samples and Tests

The Government will take one pint samples of paint at random from the products delivered to the job site and test them to verify that the products either conform to the referenced specifications or the approved substitution. Products which do not conform shall be removed from the job site and replaced with new products that conform to the referenced specification or the approved substitution.

1.6 REGULATORY REQUIREMENTS

#### 1.6.1 Environmental Protection

In addition to requirements specified elsewhere for environmental protection, provide coating materials that conform to the restrictions of the California Air Resources Board (CARB). Notify Contracting Officer of any paint specified herein which fails to conform to Air Quality Management District Rules (cited in Appendix A) for the location of the project. In localities where specified coating or paint is prohibited, the Contracting Officer may direct substitution of acceptable coating system.

#### 1.6.2 Human Carcinogens

Materials shall not contain ACGIH TLV-BKLT and ACGIH TLV-DOC confirmed human carcinogens (A1) or suspected human carcinogens (A2).

### 1.7 PACKAGING, LABELING, AND STORAGE

Paints shall be in sealed containers that legibly show the contract specification number, designation name, formula or specification number, batch number, color, quantity, date of manufacture, manufacturer's formulation number, manufacturer's directions including any warnings and special precautions, and name and address of manufacturer. Pigmented paints shall be furnished in containers not larger than 5 gallons. Paints and thinners shall be stored in accordance with the manufacturer's written directions, and as a minimum, stored off the ground, under cover, with sufficient ventilation to prevent the buildup of flammable vapors, and at temperatures between 40 to 95 degrees F.

### 1.8 SAFETY METHODS

Apply coating materials using safety methods and equipment in accordance with the following:

#### 1.8.1 Safety Methods Used During Coating Application

Comply with the requirements of SSPC PA 3.

#### 1.8.2 Toxic Materials

To protect personnel from overexposure to toxic materials.

### 1.9 ENVIRONMENTAL CONDITIONS

#### 1.9.1 Exterior Coatings

Do not apply coating to surfaces during foggy or rainy weather, or under the following surface temperature conditions:

a. Less than 5 degrees F above dew point;

b. Below 40 degrees F (for oil-based paints), 50 degrees F (for latex paints) or over 95 degrees F, unless approved by the Contracting Officer.

#### 1.9.2 Interior Coatings

Apply coatings when surfaces to be painted are dry and the following surface temperatures can be maintained:

a. Between 40 and 95 degrees F during application of enamels and varnishes;

b. Between 50 and 95 degrees F during application of other coatings.

## 1.10 LOCATION AND SURFACE TYPE TO BE PAINTED

### 1.10.1 Painting Included

Spaces or surfaces indicated to be painted, shall include the following unless indicated otherwise.

a. Surfaces behind portable objects and surface mounted articles readily detachable by removal of fasteners, such as screws and bolts.

b. New factory finished surfaces that require identification or color coding and factory finished surfaces that are damaged during performance of the work.

c. Existing coated surfaces that are damaged during performance of the work.

### 1.10.2 Painting Excluded

Do not paint the following unless indicated otherwise.

a. Surfaces concealed and made inaccessible by panelboards, fixed ductwork, machinery, and equipment fixed in place.

b. Surfaces in concealed spaces. Concealed spaces are defined as enclosed spaces above suspended ceilings, furred spaces, attic spaces, crawl spaces, and chases.

c. Steel to be embedded in concrete.

d. Copper, stainless steel, aluminum, brass, and lead except existing coated surfaces.

### 1.10.3 Exterior Painting

Includes new surfaces, existing coated surfaces, and existing uncoated surfaces, of the new and exisitng buildings and appurtenances as indicated. Also included are existing coated surfaces made bare by cleaning operations.

### 1.10.4 Interior Painting

Includes new surfaces, existing uncoated surfaces, and existing coated surfaces of the buildings and appurtenances as indicated and existing coated surfaces made bare by cleaning operations. Where a space or surface is indicated to be painted, include the following items, unless indicated otherwise.

a. Exposed columns, girders, beams, joists, and metal deck; and

b. Other contiguous surfaces.

### 1.10.5 Mechanical and Electrical Painting

Includes field coating of interior and exterior new and existing surfaces.

a. Where a space or surface is indicated to be painted, include the following items unless indicated otherwise.

(1) Exposed piping, conduit, and ductwork;

(2) Supports, hangers, air grilles, and registers;

(3) Miscellaneous metalwork and insulation coverings.

b. Do not paint the following, unless indicated otherwise:

(1) New zinc-coated, aluminum, and copper surfaces under insulation

(2) New aluminum jacket on piping

(3) New interior ferrous piping under insulation.

1.10.5.1 Fire Extinguishing Sprinkler Systems

Clean, pretreat, prime, and paint new fire extinguishing sprinkler systems including valves, piping, conduit, hangers, supports, miscellaneous metalwork, and accessories. Apply coatings to clean, dry surfaces, using clean brushes. Clean the surfaces to remove dust, dirt, rust, and loose mill scale. Immediately after cleaning, provide the metal surfaces with one coat of pretreatment primer applied to a minimum dry film thickness of 0.3 mil, and one coat of zinc molybdate primer applied to a minimum dry film thickness of 1.0 mil. Shield sprinkler heads with protective covering while painting is in progress. Upon completion of painting, remove protective covering from sprinkler heads. Remove sprinkler heads which have been painted and replace with new sprinkler heads. Provide primed surfaces with the following:

a. Piping in Unfinished Areas: Provide primed surfaces with one coat of red alkyd gloss enamel applied to a minimum dry film thickness of 1.0 mil in attic spaces, spaces above suspended ceilings, crawl spaces, pipe chases, mechanical equipment room, and spaces where walls or ceiling are not painted or not constructed of a prefinished material.

b. Piping in Finished Areas: Provide primed surfaces with two coats of paint to match adjacent surfaces, except provide valves and operating accessories with one coat of red alkyd gloss enamel applied to a minimum dry film thickness of 1.0 mil. Provide piping with 2 inch wide red enamel bands or self-adhering red plastic bands spaced at maximum of 20 foot intervals throughout the piping systems.

PART 2 PRODUCTS

2.1 MATERIALS

Conform to the coating specifications and standards referenced in PART 3.

2.1.1 Latex Block Filler

CID A-A-1500.

## PART 3 EXECUTION

### 3.1 PROTECTION OF AREAS AND SPACES

Prior to surface preparation and coating applications, remove, mask, or otherwise protect, hardware, hardware accessories, machined surfaces, radiator covers, plates, lighting fixtures, public and private property, and other such items not to be coated that are in contact with surfaces to be coated. Following completion of painting, workmen skilled in the trades involved shall reinstall removed items. Restore surfaces contaminated by coating materials, to original condition and repair damaged items.

### 3.2 SURFACE PREPARATION

Remove dirt, splinters, loose particles, grease, oil, disintegrated coatings, and other substances deleterious to coating performance as specified for each substrate.

#### 3.2.1 Existing Coated Surfaces With No Defects

Before application of coatings, perform the following on surfaces covered by soundly-adhered coatings, defined as those which cannot be removed with a putty knife:

a. Wipe previously painted surfaces to receive solvent-based coatings, except stucco and similarly rough surfaces clean with a clean, dry cloth saturated with mineral spirits, CID A-A-2904. Allow surface to dry. Wiping shall immediately precede the application of the first coat of any coating, unless specified otherwise.

b. Sand existing enamel and other glossy surfaces to remove gloss. Brush, and wipe clean with a dry cloth.

c. The requirements specified are minimum. Comply also with the application instructions of the paint manufacturer.

#### 3.2.2 Existing Coated Surfaces with Minor Defects

Sand, spackle, and treat minor defects to render them smooth. Minor defects are defined as scratches, nicks, cracks, gouges, spalls, alligatoring, chalking, and irregularities due to partial peeling of previous coatings. Remove chalking by sanding or blasting so that when tested in accordance with ASTM D 4214, the chalk rating is not less than 8.

#### 3.2.3 Removal of Existing Coatings

Remove existing coatings from the following surfaces:

a. Surfaces containing large areas of minor defects;

b. Surfaces containing more than 20 percent peeling area; and

c. Surfaces designated by the Contracting Officer, such as surfaces where rust shows through existing coatings.

#### 3.2.4 Substrate Repair

a. Repair substrate surface damaged during coating removal;

b. Sand edges of adjacent soundly-adhered existing coatings so they are tapered as smooth as practical to areas involved with coating removal; and

c. Clean and prime the substrate as specified.

## 3.3 PREPARATION OF METAL SURFACES

### 3.3.1 Existing and New Ferrous Surfaces

Clean in accordance with the appropoiate SSPC method recommeded for the situation involved.

## 3.4 PREPARATION OF CONCRETE AND CEMENTITIOUS SURFACES

### 3.4.1 Concrete

a. Surface Cleaning: Remove the following deleterious substances.

(1) Dirt, Chalking, Grease, and Oil: Wash new and existing uncoated surfaces with a solution composed of 1/2 cup trisodium phosphate, 1/4 cuphousehold detergent, and 4 quarts of warm water. Then rinse thoroughly with fresh water. Wash existing coated surfaces with a suitable detergent and rinse thoroughly. For large areas, water blasting may be used.

(2) Fungus and Mold: Wash new, existing coated, and existing uncoated surfaces with a solution composed of 1/2 cup trisodium phosphate, 1/4 cup household detergent, 1 quart 5 percent sodium hypochlorite solution and 3 quarts of warm water. Rinse thoroughly with fresh water.

(3) Paint and Loose Particles: Remove by wire brushing.

(4) Efflorescence: Remove by scraping or wire brushing followed by washing with a 5 to 10 percent by weight aqueous solution of hydrochloric (muriatic) acid. Do not allow acid to remain on the surface for more than five minutes before rinsing with fresh water. Do not acid clean more than 4 square feet of surface, per workman, at one time.

(5) Removal of Existing Coatings: For surfaces to receive textured coating FS TT-C-555, remove existing coatings including soundly adhered coatings if recommended by textured coating manufacturer.

b. Cosmetic Repair of Minor Defects: Repair or fill mortar joints and minor defects, including but not limited to spalls, in accordance with manufacturer's recommendations and prior to coating application.

c. Allowable Moisture Content: Latex coatings may be applied to damp surfaces, but not to surfaces with droplets of water. Do not apply epoxies to damp surfaces as determined by ASTM D 4263. Allow surfaces to cure a minimum of 30 days before painting.

3.4.2 Gypsum Board, Plaster, and Stucco

a. Surface Cleaning: Plaster and stucco shall be clean and free from loose matter; gypsum board shall be dry. Remove loose dirt and dust by brushing with a soft brush or rubbing with a dry cloth prior to application of the first coat material.

b. Repair of Minor Defects: Prior to painting, repair joints, cracks, holes, surface irregularities, and other minor defects with patching plaster or spackling compound and sand smooth.

c. Allowable Moisture Content: Latex coatings may be applied to damp surfaces, but not surfaces with droplets of water. Do not apply epoxies to damp surfaces as determined by ASTM D 4263. New plaster to be coated shall have a maximum instrument measured moisture content of 8 percent. In addition to moisture content requirements, allow new plaster to age a minimum of 30 days before preparation for painting.

3.5 PREPARATION OF WOOD AND PLYWOOD SURFACES

3.5.1 New, Existing Uncoated, and Existing Coated Surfaces

New, Existing Uncoated, and Existing Coated Plywood and Wood Surfaces, Except Floors, to Receive Natural Finish:

a. Surface Cleaning: Surfaces shall be free from dust and other deleterious substances and in a condition approved by the Contracting Officer prior to receiving paint or other finish. Do not use water to clean uncoated wood. Scrape to remove loose coatings. Lightly sand to roughen the entire area of previously enamel-coated wood surfaces.

b. Removal of Fungus and Mold: Wash existing coated surfaces with a solution composed of 3 ounces (2/3 cup) trisodium phosphate, 1 ounce (1/3 cup) household detergent, 1 quart 5 percent sodium hypochlorite solution and 3 quarts of warm water. Rinse thoroughly with fresh water.

c. Cosmetic Repair of Minor Defects:

(1) Knots and Resinous Wood: Prior to application of coating, cover knots and stains with two or more coats of 3-pound-cut shellac varnish, plasticized with 5 ounces of castor oil per gallon. Scrape away existing coatings from knotty areas, and sand before treating. Prime before applying any putty over shellacked area.

(2) Open Joints and Other Openings: Fill with whiting putty, CID A-A-378. Sand smooth after putty has dried.

(3) Checking: Where checking of the wood is present, sand the surface, wipe and apply a coat of pigmented orange shellac. Allow to dry before paint is applied.

d. Prime Coat For New Exterior Surfaces: Prime coat wood trim before wood becomes dirty or warped.

e. Cracks and Nailheads: Set and putty stop nailheads and putty cracks after the prime coat has dried.

## 3.6 APPLICATION

### 3.6.1 Coating Application

Apply coating materials in accordance with SSPC PA 1. SSPC PA 1methods are applicable to all substrates, except as modified herein. Thoroughly work coating materials into joints, crevices, and open spaces. Touch up damaged coatings before applying subsequent coats. Interior areas shall be broom clean and dust free before and during the application of coating material. Apply paint to new fire extinguishing sprinkler systems including valves, piping, conduit, hangers, supports, miscellaneous metal work, and accessories. Shield sprinkler heads with protective coverings while painting is in progress. Remove sprinkler heads which have been painted and replace with new sprinkler heads. For piping in unfinished spaces, provide primed surfaces with one coat of red alkyd gloss enamel to a minimum dry film thickness of 1.0 mil. Unfinished spaces include attic spaces, spaces above suspended ceilings, crawl spaces, pipe chases, mechanical equipment room, and space where walls or ceiling are not painted or not constructed of a prefinished material. For piping in finished areas, provide prime surfaces with two coats of paint to match adjacent surfaces, except provide valves and operating accessories with one coat of red alkyd gloss enamel. Upon completion of painting, remove protective covering from sprinkler heads.

a. Drying Time: Allow time between coats, as recommended by the coating manufacturer, to permit thorough drying, but not to present topcoat adhesion problems. Provide each coat in specified condition to receive next coat.

b. Primers, and Intermediate Coats: Do not allow primers or intermediate coats to dry more than 30 days, or longer than recommended by manufacturer, before applying subsequent coats. Follow manufacturer's recommendations for surface preparation if primers or intermediate coats are allowed to dry longer than recommended by manufacturers of subsequent coatings. Each coat shall cover surface of preceding coat or surface completely, and there shall be a visually perceptible difference in shades of successive coats.

c. Finished Surfaces: Provide finished surfaces free from runs, drops, ridges, waves, laps, brush marks, and variations in colors.

d. Thermosetting Paints: Topcoats over thermosetting paints (epoxies and urethanes) should be applied while the intermediate coat is still tacky, within a few days. Otherwise, apply a mist-coat of 1 to 2 wet mils of MIL-DTL-24441/29 and allow to cure to tack, a minimum of 4 hours, before topcoating.

### 3.6.2 Equipment

Apply coatings with approved brushes, approved rollers, or approved spray equipment, unless specified otherwise. Spray areas made inaccessible to brushing by items such as ducts and other equipment.

### 3.6.3 Thinning of Paints

Reduce paints to proper consistency by adding fresh paint, except when thinning is mandatory for the type of paint being used. Obtain written

permission from the Contracting Officer to use thinners. The written permission shall include quantities and types of thinners to use.

3.6.4 Coating Systems

a. Systems by Substrates: Apply coatings that conform to the respective specifications listed in the following Tables:

| Table | |
|---|---|
| 1 | Exterior Metal Surfaces |
| 2 | Interior Metal Surfaces |
| 3 | Building Systems Surfaces: Interior and Exterior |
| 4 | Exterior Concrete and Asbestos-Cement Surfaces |
| 5 | Interior Concrete and Wallboard Surfaces |

b. Minimum Dry Film Thickness (DFT): Apply paints, primers, varnishes, enamels, undercoats, and other coatings to a minimum dry film thickness of 1.5 mil each coat unless specified otherwise in the Tables. Coating thickness where specified, refers to the minimum dry film thickness. The DFT range specified for MIL-C-24667 represents minimum peak and valley measurements.

c. Coatings for Surfaces Not Specified Otherwise: Coat surfaces which have not been specified, the same as surfaces having similar conditions of exposure.

d. Existing Surfaces Damaged During Performance of the Work, Including New Patches In Existing Surfaces: Coat surfaces with the following:

(1) One coat of primer.

(2) One coat of undercoat or intermediate coat.

(3) One topcoat to match adjacent surfaces.

e. Existing Coated Surfaces To Be Painted: Apply coatings conforming to the respective specifications listed in the Tables herein, except that pretreatments, sealers and fillers need not be provided on surfaces where existing coatings are soundly adhered and in good condition. Do not omit undercoats or primers.

3.7 COATING SYSTEMS FOR METAL

a. Primer: Apply specified ferrous metal primer on the same day that surface is cleaned. If flash rusting occurs, re-clean the surface prior to application of primer.

(1) Inaccessible Surfaces: Prior to erection, use two coats of specified primer on metal surfaces that will be inaccessible after erection.

(2) Shop-primed Surfaces: Touch up exposed substrates and damaged coatings to protect from rusting prior to applying field primer.

(3) Surface Previously Coated with Epoxy or Urethane: Apply MIL-DTL-24441/1, Formula 150, 1.5 mils DFT immediately prior to

application of epoxy or urethane coatings.

(4) Pipes and Tubing: Semitransparent film applied to pipes and tubing at the mill is not to be considered a shop coat. Remove shop coat and apply specified ferrous metal primer prior to application of subsequent coats.

(5) Exposed Nails, Screws, Fasteners, and Miscellaneous Ferrous Surfaces. On surfaces to be coated with water thinned coatings, spot prime exposed nails and other ferrous metal with latex primer, CID A-A-50557.

b. Apply coatings of Tables 1, 2 and 3. "DFT" means dry film thickness in mils.

3.8 COATING SYSTEMS FOR CONCRETE AND CEMENTITIOUS SUBSTRATES

Apply coatings of Tables 4 and 5.

3.9 COATING SYSTEMS FOR WOOD AND PLYWOOD

a. Apply coatings of Tables 6 and 7.

b. Prior to erection, apply two coats of specified primer to treat and prime wood and plywood surfaces which will be inaccessible after erection.

c. Apply stains in accordance with manufacturer's printed instructions.

3.10 PIPING IDENTIFICATION

Piping Identification, Including Surfaces In Concealed Spaces: Provide in accordance with MIL-STD-101. Place stenciling in clearly visible locations. On piping not covered by MIL-STD-101, stencil approved names or code letters, in letters a minimum of 1/2 inch high for piping and a minimum of 2 inches high elsewhere. Stencil arrow-shaped markings on piping to indicate direction of flow. Use black stencil paint, CID A-A-1558.

3.11 INSPECTION AND ACCEPTANCE

In addition to meeting previously specified requirements, demonstrate mobility of moving components, including swinging and sliding doors, cabinets, and windows with operable sash, for inspection by the Contracting Officer. Perform this demonstration after appropriate curing and drying times of coatings have elapsed and prior to invoicing for final payment.

TABLE 1

EXTERIOR METAL SURFACES

A. New Steel that has been blast-cleaned (up to SSPC SP 6):

| | | | |
|---|---|---|---|
| 1. | Primer: | FS TT-P-664 | 1.5 mils DFT |
| | Intermediate: | CID A-A-3067 [semigloss][gloss] | 1.5 mils DFT |
| | Topcoat: | CID A-A-3067 [semigloss][gloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

TABLE 1

EXTERIOR METAL SURFACES

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 94 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 94 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 9 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 9 (gloss) | 1.5 mils DFT |

B. Existing steel that has been spot-blasted (up to SSPC SP 6):

1. Surface previously coated with alkyd or latex:

| | | |
|---|---|---|
| Spot Primer: | MPI 101 | 1.5 mils DFT |
| Intermediate: | MPI 110 [1 (gloss)][2 (semigloss)] | 1.5 mils DFT |
| Topcoat: | MPI 110 [1 (gloss)][2 (semigloss)] | 1.5 mils DFT |

2. Surface previously coated with epoxy:

| | | |
|---|---|---|
| Spot Primer: | MIL-DTL-24441 /29 Formula 150 Type IV | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | MIL-PRF-85285 (gloss) | 1.5 mils DFT |

C. New and existing steel blasted to SSPC SP 10:

| | | |
|---|---|---|
| 1. Primer: | MIL-DTL-24441 /29 Formula 150 Type IV | 3.0 mils DFT |
| Intermediate: | MIL-DTL-24441 /31 Formula 152 Type IV | 3.0 mils DFT |
| Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | MIL-PRF-85285 (gloss) | 2.0 mils DFT |

EXTERIOR METAL SURFACES (GALVANIZED)

D. New galvanized surfaces:

| | | |
|---|---|---|
| 1. Primer: | FS TT-P-19 (flat) | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | FS TT-P-19 (flat) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 10 (flat) | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | MPI 10 (flat) | 1.5 mils DFT |

| | | |
|---|---|---|
| 2. Primer: | FS TT-P-19 (flat) | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | FS TT-E-2784 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 10 (flat) | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | MPI 11 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| Primer: | MPI 10 (flat) | 1.5 mils DFT |

TABLE 1

EXTERIOR METAL SURFACES

| | | | |
|---|---|---|---|
| | Intermediate: | N/A | |
| | Topcoat: | MPI 119 (gloss) | 1.5 mils DFT |
| 3. | Primer: | CID A-A-50557 | 1.5 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 134 | 1.5 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MPI 110 [2 (semigloss)][1 (gloss)] | 1.5 mils DFT |
| 4. | Primer: | Mil-DTL-24441/29 Formula 150 Type IV | 2.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | | MIL-PRF-85285 (gloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | SSPC Paint 22 | 2.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | SSPC Paint 104 (gloss) | 1.0 mils DFT |

E. Galvanized surfaces with slight coating deterioration; little or no rusting:

| | | | |
|---|---|---|---|
| 1. | Spot Prime: | CID A-A-50557 | 3.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 134 | 1.5 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MPI 110 2 (semigloss) | 1.5 mils DFT |
| 2. | Spot Prime: | MIL-DTL-24441 /29 Formula 150 Type IV | 3.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MIL-PRF-85285 (gloss) | 2.0 mils DFT |

F. Galvanized surfaces with severely deteriorated coating or rusting:

| | | | |
|---|---|---|---|
| 1. | Primer: | MIL-DTL-24441 /29 Formula 150 Type IV | 3.0 mils DFT |
| | Intermediate: | MIL-DTL-24441 /31 Formula 152 Type IV | 3.0 mils DFT |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | | MIL-PRF-85285 (gloss) | 2.0 mils DFT |
| 2. | Primer: | MPI 101 | 2.5 mils DFT |
| | Intermediate: | MPI 98 | 2.5 mils DFT |
| | Topcoat: | MPI 110 [2 (semigloss)][1 (gloss)] | 2.0 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | SSPC Paint 22 | 2.5 mils DFT |

TABLE 1

EXTERIOR METAL SURFACES

| | | |
|---|---|---|
| Intermediate: | SSPC Paint 22 | 2.5 mils DFT |
| Topcoat: | SSPC Paint 24 (semigloss) | 2.0 mils DFT |

OTHER EXTERIOR METAL SURFACES

G. Terne-coated and other Metal, except roof surfaces, not otherwise specified:

| | | | |
|---|---|---|---|
| 1. | Primer: | FS TT-P-664 | 2.0 mils DFT |
| | Intermediate: | CID A-A-3067 [(semigloss)][(gloss)] | 1.5 mils DFT |
| | Topcoat: | CID A-A-3067 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 94 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 94 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 9 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 9 (gloss) | 1.5 mils DFT |

| | | | |
|---|---|---|---|
| 2. | Primer: | FS TT-P-664 | 1.5 mils DFT |
| | Intermediate: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 110 [2 (semigloss)][1 (gloss)] | 1.5 mils DFT |
| Topcoat: | MPI 110 [2 (semigloss)][1 (gloss)] | 1.5 mils DFT |

H. Existing roof surfaces previously coated:

1. ASTM D 2824: Sufficient coats to provide not less than 8.0 mils]

| | | | |
|---|---|---|---|
| 2. | Primer: | FS TT-P-38 | 1.5 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | FS TT-P-38 | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 1 | 1.5 mils DFT |
| Intermediate: | N/A | |
| Topcoat: | MPI 1 | 1.5 mils DFT |

TABLE 2

INTERIOR METAL SURFACES

A. Metal (except floors) not otherwise specified:

1. Primer

TABLE 2

INTERIOR METAL SURFACES

| | | |
|---|---|---|
| - (non-shop-primed surfaces): | FS TT-P-664 | 2.0 mils DFT |
| Intermediate: | CID A-A-2962 [flat][Note **][semigloss][gloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2962 [flat][Note **][semigloss][gloss] | 1.5 mils DFT |

[NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.]

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer | | |
| - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 49 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 49 (flat) | 1.5 mils DFT |
| Primer | | |
| - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 51 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 51 (eggshell) | 1.5 mils DFT |
| Primer | | |
| - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| Primer | | |
| - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |

2. Primer

| | | |
|---|---|---|
| (non-shop-primed surfaces): | FS TT-P-664 | 2.0 mils DFT |
| Intermediate: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| Primer: | MPI 79 | | 2.5 mils DFT |
| Intermediate: | MPI 138 | (flat) | 1.5 mils DFT |
| Topcoat: | MPI 138 | (flat) | 1.5 mils DFT |
| Primer: | MPI 79 | | 2.5 mils DFT |
| Intermediate: | MPI 139 | (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 139 | (eggshell) | 1.5 mils DFT |
| Primer: | MPI 79 | | 2.5 mils DFT |
| Intermediate: | MPI 141 | (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 141 | (semigloss) | 1.5 mils DFT |

B. Metal floors (non-shop-primed surfaces):

| | | | |
|---|---|---|---|
| 1. Primer: | FS TT-P-664 | | 2.0 mils DFT |
| Intermediate: | MIL-C-24667 | (non-skid) | 5.0-10.0 mils DFT |
| Topcoat: | MIL-C-24667 | (non-skid) | 5.0-10.0 mils DFT |

C. Metal floors (non-slip deck surfaces):

TABLE 2

INTERIOR METAL SURFACES

| | | | |
|---|---|---|---|
| 1. | Primer: | MIL-DTL-24441/29 Formula 150 Type IV | 3.0 mils DFT |
| | Intermediate: | MIL-C-24667 (non-skid) | 5.0-10.0 mils DFT |
| | Topcoat: | MIL-C-24667 (non-skid) | 5.0-10.0 mils DFT |

D. Metal in toilets [and other high-humidity areas]:

| | | | |
|---|---|---|---|
| 1. | Primer - (non-shop-primed surfaces): | FS TT-P-664 | 2.0 mils DFT |
| | Intermediate: | CID A-A-2962 [flat][Note **][semigloss][gloss] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2962 [flat][Note **][semigloss][gloss] | 1.5 mils DFT |

[NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.]

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 49 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 49 (flat) | 1.5 mils DFT |
| Primer - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 51 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 51 (eggshell) | 1.5 mils DFT |
| Primer - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| Primer - (non-shop-primed surfaces): | MPI 79 | 2.0 mils DFT |
| Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |

---

TABLE 3

BUILDING SYSTEMS SURFACES: INTERIOR AND EXTERIOR

Mechanical, electrical, [Fire extinguishing sprinkler systems including valves, conduit, hangers, supports,] [exposed copper piping,] and miscellaneous metal items, except hot metal surfaces and new prefinished equipment.

A. Surfaces not adjacent to painted surfaces:

| | | | |
|---|---|---|---|
| 1. | Primer: | FS TT-P-664 | 2.0 mils DFT |
| | Intermediate: | CID A-A-2962 [(semigloss)][(gloss)] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2962 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

TABLE 3

BUILDING SYSTEMS SURFACES: INTERIOR AND EXTERIOR

| | | | |
|---|---|---|---|
| | Primer: | MPI 79 | 1.5 mils DFT |
| | Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| | Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| | Primer: | MPI 79 | 1.5 mils DFT |
| | Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| | Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |
| 2. | Primer: | TT-P-664 | 1.5 mils DFT |
| | Intermediate: | CID A-A-50570 (semigloss) | 1.5 mils DFT |
| | Topcoat: | CID A-A-50570 (semigloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 79 | 1.5 mils DFT |
| Intermediate: | MPI 110 [1 (gloss)][2 (semigloss)] | 1.5 mils DFT |
| Topcoat: | MPI 110 [1 (gloss)][2 (semigloss)] | 1.5 mils DFT |

B. Surfaces adjacent to painted surfaces: Coating systems as specified. Color of topcoat to match adjacent surfaces: 0.0375 mm DFT for each coat.

C. New fire extinguishing sprinkler systems, exposed piping and equipment:

| | | | |
|---|---|---|---|
| 1. | Primer: | FS TT-P-664 | 1.5 mils DFT |
| | Intermediate: | CID A-A-2962 [(semigloss)][(gloss)] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2962 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 79 | 1.5 mils DFT |
| | Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| | Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| | Primer: | MPI 79 | 1.5 mils DFT |
| | Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| | Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |
| 2. | Primer: | MIL-DTL-24441 /29 Formula 150, Type IV | 3.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MIL-DTL-24441 /31 Formula 152, Type IV | 3.0 mils DFT |
| 3. | Primer: | MIL-DTL-24441 /29 Formula 150, Type IV | 3.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MIL-PRF-85285 (gloss) | 2.0 mils DFT |

D. Hot metal surfaces [including smokestacks] subject to temperatures up to 650 degrees F:

| | | | |
|---|---|---|---|
| 1. | Primer: | N/A | |
| | Intermediate: | CID A-A-3054 | 1.5 mils DFT |
| | Topcoat: | CID A-A-3054 | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 2 | 1.5 mils DFT |

TABLE 3

BUILDING SYSTEMS SURFACES: INTERIOR AND EXTERIOR

| | | |
|---|---|---|
| Topcoat: | MPI 2 | 1.5 mils DFT |

2. Primer: N/A

| | | |
|---|---|---|
| Intermediate: | SSPC Paint 20 Type I-[_____] | _._ mils DFT |
| Topcoat: | SSPC Paint 20 Type I-[_____] | _._ mils DFT |

E. New surfaces][ and] [Existing surfaces] made bare cleaning SSPC SP 10 subject to temperatures up to 1100 degrees F:

1. Primer: N/A

| | | |
|---|---|---|
| Intermediate: | FS TT-P-28 | 1.5 mils DFT |
| Topcoat: | FS TT-P-28 | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 22 | 1.5 mils DFT |
| Topcoat: | MPI 22 | 1.5 mils DFT |

F. Insulation and surfaces of insulation coverings:

1. Primer: N/A

| | | |
|---|---|---|
| Intermediate: | FS TT-P-19 (flat) | 1.5 mils DFT |
| Topcoat: | FS TT-P-19 (flat) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 10 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 10 (flat) | 1.5 mils DFT |

2. Primer: N/A

| | | |
|---|---|---|
| Intermediate: | FS TT-E-2784 [(semigloss)][(gloss)] | 1.5 mils DFT |
| Topcoat: | FS TT-E-2784 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 11 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 11 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 119 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 119 (gloss) | 1.5 mils DFT |

G. Cloth and paper covering on insulation:

1. Primer: Glue size and primer recommended by material manufacturer, one coat each.
   Intermediate: N/A
   Topcoat: Coating to match adjacent surfaces.

TABLE 4

EXTERIOR CONCRETE AND
ASBESTOS-CEMENT SURFACES

A. New and existing concrete; including soffits but excluding tops of slabs:

1. Primer: As recommended by manufacturer of FS TT-P-19
Intermediate: FS TT-P-19 (flat) 1.5 mils DFT
Topcoat: FS TT-P-19 (flat) 1.5 mils DFT

EQUIVALENT CROSS-OVER MATCH

Primer: As recommended by manufacturer of MPI 10
Intermediate: MPI 10 (flat) 1.5 mils DFT
Topcoat: MPI 10 (flat) 1.5 mils DFT

2. Primer: As recommended by manufacturer of FS TT-E-2784
Intermediate: FS TT-E-2784 [(semigloss)][(gloss)] 1.5 mils DFT
Topcoat: FS TT-E-2784 [(semigloss)][(gloss)] 1.5 mils DFT

EQUIVALENT CROSS-OVER MATCH

Primer: As recommended by manufacturer of MPI 11
Intermediate: MPI 11 (semigloss) 1.5 mils DFT
Topcoat: MPI 11 (semigloss) 1.5 mils DFT

Primer: N/A
Intermediate: MPI 119 (gloss) 1.5 mils DFT
Topcoat: MPI 119 (gloss) 1.5 mils DFT

3. Primer: As recommended by manufacturer of FS TT-C-555
Intermediate: FS TT-C-555, Type II (see note)
Topcoat: FS TT-C-555, Type II (see note)

NOTE: Sufficient coats to provide no less than 20 mils of finished coating system. Texture: [sand] [coarse]]

4. Primer: As recommended by manufacturer of MPI 113
Intermediate: MPI 113 (see note)
Topcoat: MPI 113 (see note)

NOTE: Sufficient coats to provide no less than 16 to 18 mils of finished coating system. Texture: smooth]

---

TABLE 5

INTERIOR CONCRETE AND WALLBOARD SURFACES

A. Concrete not specified otherwise, except floors and ceilings:

1. Primer: CID A-A-2994, Type II 1.5 mils DFT
Intermediate: FS TT-P-29 (flat) 1.5 mils DFT
Topcoat: FS TT-P-29 (flat) 1.5 mils DFT

EQUIVALENT CROSS-OVER MATCH

TABLE 5

INTERIOR CONCRETE AND WALLBOARD SURFACES

| | | | |
|---|---|---|---|
| | Primer: | MPI 50 | 1.5 mils DFT |
| | Intermediate: | MPI 53 (flat) | 1.5 mils DFT |
| | Topcoat: | MPI 53 (flat) | 1.5 mils DFT |
| 2. | Primer: | CID A-A-2994, Type II | 1.5 mils DFT |
| | Intermediate: | FS TT-E-2784, [Note **][(semigloss)] | 1.5 mils DFT |
| | Topcoat: | FS TT-E-2784, [Note **][(semigloss)] | 1.5 mils DFT |

NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 50 | 1.5 mils DFT |
| | Intermediate: | MPI 52 (eggshell) | 1.5 mils DFT |
| | Topcoat: | MPI 52 (eggshell) | 1.5 mils DFT |
| | Primer: | MPI 50 | 1.5 mils DFT |
| | Intermediate: | MPI 54 (semigloss) | 1.5 mils DFT |
| | Topcoat: | MPI 54 (semigloss) | 1.5 mils DFT |
| 3. | Primer: | CID A-A-2994, Type II | 2.0 mils DFT |
| | Intermediate: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 138 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 138 (flat) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 139 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 139 (eggshell) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 141 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 141 (semigloss) | 1.5 mils DFT |

B. Concrete ceilings, uncoated:

| | | |
|---|---|---|
| 1. | Primer: | As recommended by manufacturer of FS TT-C-555 |
| | Intermediate: | FS TT-C-555 Type I (see note) |
| | Topcoat: | FS TT-C-555 Type I (see note) |

NOTE: Sufficient coats to provide no less than 20 mils of finished coating system. Texture: [sand] [coarse]]

| | | |
|---|---|---|
| 2. | Primer: | As recommended by manufacturer of MPI 41 |
| | Intermediate: | MPI 41 coarse texture (see note) |
| | Topcoat: | MPI 41 coarse texture (see note) ] |
| | Primer: | As recommended by manufacturer of MPI 42 |
| | Intermediate: | MPI 42 medium texture (see note) |
| | Topcoat: | MPI 42 medium texture (see note) ] |

TABLE 5

INTERIOR CONCRETE AND WALLBOARD SURFACES

NOTE: Sufficient coats to provide no less than 16 to 18 mils of coating.

C. Concrete, except floors, in toilets:

| | | | |
|---|---|---|---|
| 1. | Primer: | CID A-A-2994, Type II | 1.5 mils DFT |
| | Intermediate: | CID A-A-50574 (semigloss) | 1.5 mils DFT |
| | Topcoat: | CID A-A-50574 (semigloss) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 50 | 1.5 mils DFT |
| | Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| | Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| 2. | Primer: | MIL-DTL-24441 /29 Formula 150 Type IV | 3.0 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | MIL-DTL-24441*/27 Formula 157 Type IV | 3.0 mils DFT |

NOTE * or: Type IV topcoat formulas in other colors may be selected

| | | | |
|---|---|---|---|
| 3. | Primer: | CID A-A-2994, Type II | 2.0 mils DFT |
| | Intermediate: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 50 | 2.0 mils DFT |
| | Intermediate: | MPI 138 (flat) | 1.5 mils DFT |
| | Topcoat: | MPI 138 (flat) | 1.5 mils DFT |
| | Primer: | MPI 50 | 2.0 mils DFT |
| | Intermediate: | MPI 139 (eggshell) | 1.5 mils DFT |
| | Topcoat: | MPI 139 (eggshell) | 1.5 mils DFT |
| | Primer: | MPI 50 | 2.0 mils DFT |
| | Intermediate: | MPI 141 (semigloss) | 1.5 mils DFT |
| | Topcoat: | MPI 141 (semigloss) | 1.5 mils DFT |
| 4. | [Primer: | CID A-A-3120 Type C | 1.5 mils DFT |
| | Intermediate: | N/A | |
| | Topcoat: | CID A-A-3120 Type C | 1.5 mils DFT] |

D. Wallboard not otherwise specified:

| | | | |
|---|---|---|---|
| 1. | Primer: | CID A-A-2994, Type II | 1.5 mils DFT |
| | Intermediate: | FS TT-P-29 (flat) | 1.5 mils DFT |
| | Topcoat: | FS TT-P-29 (flat) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | | |
|---|---|---|---|
| | Primer: | MPI 50 | 1.5 mils DFT |
| | Intermediate: | MPI 53 (flat) | 1.5 mils DFT |
| | Topcoat: | MPI 53 (flat) | 1.5 mils DFT |
| 2. | Primer: | CID A-A-2994, Type II | 1.5 mils DFT |

TABLE 5

INTERIOR CONCRETE AND WALLBOARD SURFACES

| | | |
|---|---|---|
| Intermediate: | FS TT-E-2784, [(Note **)][(semigloss)] | 1.5 mils DFT |
| Topcoat: | FS TT-E-2784, [(Note **)][(semigloss)] | 1.5 mils DFT |

NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 50 | 1.5 mils DFT |
| Intermediate: | MPI 52 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 52 (eggshell) | 1.5 mils DFT] |
| Primer: | MPI 50 | 1.5 mils DFT |
| Intermediate: | MPI 54 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 54 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| 3. Primer: | CID A-A-2994, Type II | 2.0 mils DFT |
| Intermediate: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 138 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 138 (flat) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 139 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 139 (eggshell) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 141 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 141 (semigloss) | 1.5 mils DFT |

G. Plaster and Wallboard in toilets [and other high humidity areas]:

| | | |
|---|---|---|
| 1. Primer: | CID A-A-2994, Type II | 2.0 mils DFT |
| Intermediate: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2246, [flat][eggshell][semigloss] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 138 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 138 (flat) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 139 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 139 (eggshell) | 1.5 mils DFT |
| Primer: | MPI 50 | 2.0 mils DFT |
| Intermediate: | MPI 141 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 141 (semigloss) | 1.5 mils DFT |

TABLE 5

INTERIOR CONCRETE AND WALLBOARD SURFACES

2. Primer

| | | |
|---|---|---|
| - (non-shop-primed surfaces): | CID A-A-2994 Type II | 2.0 mils DFT |
| Intermediate: | CID A-A-2962 [flat][Note **][semigloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2962 [flat][Note **][semigloss] | 1.5 mils DFT |

[NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.]

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer | | |
| - (non-shop-primed surfaces): | MPI 45 | 2.0 mils DFT |
| Intermediate: | MPI 49 (flat) | 1.5 mils DFT |
| Topcoat: | MPI 49 (flat) | 1.5 mils DFT |
| Primer | | |
| - (non-shop-primed surfaces): | MPI 45 | 2.0 mils DFT |
| Intermediate: | MPI 51 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 51 (eggshell) | 1.5 mils DFT |
| Primer | | |
| - (non-shop-primed surfaces): | MPI 45 | 2.0 mils DFT |
| Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |

---

TABLE 7

INTERIOR WOOD AND PLYWOOD SURFACES

A. Wood and plywood not otherwise specified:

| | | |
|---|---|---|
| Primer: | CID A-A-2994 Type I on softwood plywood | 1.5 mils DFT |
| Intermediate: | CID A-A-2962, [NOTE **][semigloss][gloss] | 1.5 mils DFT |
| Topcoat: | CID A-A-2962, [NOTE **][semigloss][gloss] | 1.5 mils DFT |

[NOTE **: Eggshell shall conform to a gloss at 60 degrees between 10 and 25 units in accordance with ASTM D 523.]

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 45 | 1.5 mils DFT |
| Intermediate: | MPI 51 (eggshell) | 1.5 mils DFT |
| Topcoat: | MPI 51 (eggshell) | 1.5 mils DFT |
| Primer: | MPI 45 | 1.5 mils DFT |
| Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |
| Primer: | MPI 45 | 1.5 mils DFT |
| Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |

TABLE 7

INTERIOR WOOD AND PLYWOOD SURFACES

B. Wood, natural finish:

| | | |
|---|---|---|
| 1. Primer: | N/A | |
| Intermediate: | FS TT-S-711 | 1.5 mils DFT |
| Topcoat: | CID A-A-1800 (3 coats) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 90 | 1.5 mils DFT |
| Topcoat: | MPI 28 (3 coats) | 1.5 mils DFT |

C. Plywood, natural finish:

| | | |
|---|---|---|
| 1. Primer: | N/A | |
| Intermediate: | MPI 90 | 1.5 mils DFT |
| Topcoat: | MPI 57 (3 coats) | 1.5 mils DFT |

D. Wood floors, natural finish:

| | | |
|---|---|---|
| 1. Primer: | N/A | |
| Intermediate: | FS TT-S-711 | 1.5 mils DFT |
| Topcoat: | FS TT-C-542 (3 coats) | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | N/A | |
| Intermediate: | MPI 90 (one coat) | 1.5 mils DFT |
| Topcoat: | MPI 31 (three coats) | 1.5 mils DFT |

| | | |
|---|---|---|
| 2. Primer: | FS TT-C-542 Type I | 1.5 mils DFT |
| Intermediate: | FS TT-C-542 Type I | 1.5 mils DFT |
| Topcoat: | FS TT-C-542 Type I | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 31 (one coat) | 1.5 mils DFT |
| Intermediate: | MPI 31 (one coat) | 1.5 mils DFT |
| Topcoat: | MPI 31 (one coat) | 1.5 mils DFT |

E. Wood surfaces in toilets:

| | | |
|---|---|---|
| 1. Primer: | CID A-A-2994 Type I | 1.5 mils DFT |
| Intermediate: | CID A-A-2962, [(semigloss)][(gloss)] | 1.5 mils DFT |
| Topcoat: | CID A-A-2962, [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 45 | 1.5 mils DFT |
| Intermediate: | MPI 47 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 47 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| Primer: | MPI 45 | 1.5 mils DFT |
| Intermediate: | MPI 48 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 48 (gloss) | 1.5 mils DFT |

TABLE 7

INTERIOR WOOD AND PLYWOOD SURFACES

| | | | |
|---|---|---|---|
| 2. | Primer: | CID A-A-2994 Type II | 1.5 mils DFT |
| | Intermediate: | CID A-A-2246 [(semigloss)][(gloss)] | 1.5 mils DFT |
| | Topcoat: | CID A-A-2246 [(semigloss)][(gloss)] | 1.5 mils DFT |

EQUIVALENT CROSS-OVER MATCH

| | | |
|---|---|---|
| Primer: | MPI 50 | 1.5 mils DFT |
| Intermediate: | MPI 141 (semigloss) | 1.5 mils DFT |
| Topcoat: | MPI 141 (semigloss) | 1.5 mils DFT |

| | | |
|---|---|---|
| [Primer: | MPI 50 | 1.5 mils DFT |
| Intermediate: | MPI 114 (gloss) | 1.5 mils DFT |
| Topcoat: | MPI 114 (gloss) | 1.5 mils DFT |

F. Natural finish wood doors:

| | | |
|---|---|---|
| 1. | Primer: | FS TT-S-711 (one coat) |
| | Intermediate: | CID A-A-2335 sealer (one coat) and sand with 220 grit |
| | Topcoat: | FS TT-C-542 (two coats) |

EQUIVALENT CROSS-OVER MATCH

| | |
|---|---|
| Primer: | MPI 90 (one coat) |
| Intermediate: | MPI 91 (one coat) and sand with 220 grit |
| Topcoat: | MPI 31 (two coats)] |

-- End of Section --

SECTION 10100

# MARKERBOARDS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

PORCELAIN ENAMEL INSTITUTE (PEI)

| | |
|---|---|
| PEI 1001 (ALS-100) | Specifications for Architectural Porcelain Enamel |

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Markerboards, panels; G

Submit literature for each item and each type of panel, complete with descriptions of materials, finishes, fastening and anchoring devices, and appurtenances.

## PART 2 PRODUCTS

### 2.1 MATERIALS

#### 2.1.1 Marker Board

Nominal 5/16 inch thick specifically designed for use with liquid chalk markers, composed of 1/4 inch thick wood or hardboard core and porcelain enamel finished 24 gauge steel securely bonded to each other under pressure, using a waterproof adhesive. The exposed metal surface face shall comply with the requirements for markerboard surfaces as recommended by the Porcelain Enamel Institute. Carry the metal face around the edges of the board, providing crisp bends without causing stress marks or other failures in the surface coating. Boards shall be designed to be mounted full height of the wall with concealed mounting. Color of markerboard shall be White.

Provide a "chalk" trough to hold the markers and eraser(s).

### 2.2 EXPOSED METAL FINISHES

Unless otherwise specified, exposed metals shall receive finish(es) in accordance with the following:

Anodized Aluminum: Aluminum trim materials shall receive a finish consisting of clear anodization.

## PART 3 EXECUTION

### 3.1 PREPARATION

Examine all surfaces to which markerboard will be applied and notify the Contractor in writing, with copy to the Architect, of all conditions detrimental to the timely completion of the work. Do not proceed with the work of this Section until all unsatisfactory conditions have been corrected in a manner acceptable to the manufacturer of the materials.

### 3.2 INSTALLATION

Markerboard units shall be mounted by means of mechanical fasteners, size and spacing as recommended by the manufacturer for the type of installation involved. Units shall be of the size, and mounted at the height shown on the Drawings. Units less than 12 feet in length shall have no vertical joints. Units less than 4 feet in height shall have no horizontal joints.

### 3.3 CLEANING

After completion of installation of the markerboard materials, clean all surfaces with a cleaner or detergent as recommended by the manufacturer of the units. Replace all materials damaged during installation.

-- End of Section --

SECTION 10153

# TOILET PARTITIONS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Toilet partitions

Submit shop drawings indicating elevations of partitions, full-scale sections, thicknesses and gauges of metal, fastenings, proposed method of anchoring, the size and spacing of anchors, details of construction, hardware, fittings, mountings, and other related items and installation details.

SD-03 Product Data

Hardware

Fittings

Toilet partitions, panels

Submit literature for each item and each type of panel, complete with descriptions of materials, finishes, fastening and anchoring devices, and appurtenances.

SD-04 Samples

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver materials to the site in original sealed containers or packages, bearing the manufacturer's name, brand designation, specification number, type, style, and finish as applicable. Store and handle materials in a manner to protect them from damage.

## PART 2 PRODUCTS

### 2.1 TOILET PARTITIONS

### 2.1.1 Toilet Enclosures

CID A-A-60003. Reinforce panels to receive partition-mounted and/or through-the-panel double access accessories.

### 2.1.2 Operating Hardware and Fittings

Stainless steel door latches that operate without either tight grasping or twisting at the wrist of the operator. Latching devices and hinges for handicap compartments shall comply with ATBCB ADA TITLE III.

## 2.2 FINISHES

Partitions, panels, screen, and door finishes shall conform to CID A-A-60003 and the requirements specified.

### 2.2.1 Finish No. 1

Baked enamel.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Secure the work to contiguous construction straight and plumb, with uniform clearance of 1/2 inch between pilasters and panels; one inch between pilasters and walls, and panels and walls; and not more than 3/16 inch between pilasters and doors. In the finished work, conceal evidence of drilling in floors and walls. Screws and bolts shall be stainless steel.

## 3.2 ADJUSTING

Adjust hardware for proper operation and set hinges to hold the doors ajar about 30 degrees when unlatched.

## 3.3 CLEANING

After installation, thoroughly clean exposed surfaces and restore damaged work to its original condition or replace with new work.

-- End of Section --

SECTION 10201

# ROOF SCREEN LOUVERS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Wall louvers

Show all information necessary for fabrication and installation of louvers. Indicate materials, sizes, thicknesses, fastenings, and profiles.

SD-04 Samples

Louvers at roof screen

Colors of finishes shall closely approximate colors indicated. Where color is not indicated, submit the manufacturer's standard colors to the Contracting Officer for selection.

### 1.3 DELIVERY, STORAGE, AND PROTECTION

Deliver materials to the site in an undamaged condition. Carefully store materials off the ground to provide proper ventilation, drainage, and protection against dampness. Louvers shall be free from nicks, scratches, and blemishes. Replace defective or damaged materials with new.

## PART 2 PRODUCTS

### 2.1 MATERIALS

#### 2.1.1 Extruded Aluminum

ASTM B 221, alloy 6063-T5 or -T52.

### 2.2 METAL LOUVERS AT ROOF SCREEN

Continuous type, made to withstand a wind load of not less than 30 pounds per square foot.

#### 2.2.1 Extruded Aluminum Louvers

Fabricated of extruded 6063-T5 or -T52 aluminum with a wall thickness of not less than 0.081 inch.

#### 2.2.2 Mullions and Mullion Covers

Same material and finish as louvers. Provide mullions, concealed from view from the ground level, for all louvers.

### 2.3 FASTENERS AND ACCESSORIES

Provide stainless steel screws and fasteners for aluminum louvers and zinc-coated or stainless steel screws and fasteners for steel louvers. Provide other accessories as required for complete and proper installation.

### 2.4 FINISHES

#### 2.4.1 Aluminum

Provide factory-applied organic coating.

##### 2.4.1.1 Organic Coating

Clean and prime exposed aluminum surfaces and apply a baked enamel finish conforming to AAMA 603.8, 0.8 mil minimum dry film thickness.

## PART 3 EXECUTION

### 3.1 INSTALLATION

#### 3.1.1 Wall Louvers

Install using stops or moldings, flanges, strap anchors, or jamb fasteners as appropriate for the wall construction and in accordance with manufacturer's recommendations.

### 3.2 PROTECTION FROM CONTACT OF DISSIMILAR MATERIALS

#### 3.2.1 Copper or Copper-Bearing Alloys

Paint copper or copper-bearing alloys in contact with dissimilar metal with heavy-bodied bituminous paint or separate with inert membrane.

#### 3.2.2 Aluminum

Where aluminum contacts metal other than zinc, paint the dissimilar metal with a primer and two coats of aluminum paint.

#### 3.2.3 Metal

Paint metal in contact with concrete, or other cementitious materials with alkali-resistant coatings such as heavy-bodied bituminous paint.

-- End of Section --

SECTION 10400

# IDENTIFICATION DEVICES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Interior room and direction plaque signs; G

Building directories; G

Submit complete detail drawings, templates, erection and installation details for products listed below. Indicate dimensions, construction details, reinforcement, anchorage, and installation with relation to the building construction.

SD-03 Product Data

Interior room and direction plaque signs

Building directories

SD-04 Samples

Interior room, door, and direction plaque signs; G

Take samples from manufacturer's stock complete as required for installation in the structure. Samples may be installed in the work, provided each sample is clearly identified and its location recorded.

## PART 2 PRODUCTS

### 2.1 INTERIOR PLAQUE SIGNS

ATBCB ADA TITLE III. Provide matte finish plaques to match plaque signs in the existing building and as shown on the Drawings.

#### 2.1.1 Modular Changeable Message Strips

Provide individual message strips to permit removal, change, and

reinsertion. If changeable message strips are shown behind a clear surface cover, provide optical corrections to prevent distortion.

## 2.2 BUILDING DIRECTORIES

### 2.2.1 Frame and Trim

Aluminum ASTM B 221, Alloy 6063-T5.

### 2.2.2 Doors

#### 2.2.2.1 Door Glazing

3/16 inch clear polycarbonate sheet, SAE AMS 3611.

#### 2.2.2.2 Swinging Doors

a. Door frame of same material and finish as surrounding frame;

b. Mitered welded corners, and concealed fasteners;

c. Concealed pivot or full length piano hinges in finish to match frames and trim; and

d. Set glazing in frame with resilient glazing channels.

#### 2.2.2.3 Door Locks

Manufacturer's standard, with locks keyed alike.

### 2.2.3 Changeable Letters

Changable letter system to match that used in the directory in the existing building.

# PART 3 EXECUTION

## 3.1 EXAMINATION

Examine condition of locations and surfaces on which signs will be installed. Do not proceed with installation until defects or errors which would result in poor installation have been corrected.

## 3.2 INSTALLATION

Install signs at locations as indicated. Ensure that signs are installed plumb and true, at mounting heights indicated, and by method shown or specified. Do not install signs on doors or other surfaces until finishes on such surfaces have been applied.

### 3.2.1 Anchorage

Provide anchorage to ensure that signs are fastened securely in place. Anchorage not otherwise specified or indicated shall include slotted inserts, expansion shields, and powder-driven fasteners when approved for concrete; toggle bolts and through bolts for masonry; machine and carriage bolts for steel; through bolts, lag bolts, and screws for wood. Provide slotted inserts of types required to engage with anchors.

## 3.3 PROTECTION

Protect work and adjacent work and materials against damage during progress of work until completion. Wrap finished work with paper, polyethylene film, or strippable waterproof tape for shipment and storage and protect from damage during installation.

## 3.4 ADJUST AND CLEAN

Repair damage to signs incurred during installation. Replace signs which cannot be repaired to new condition. Clean glass, frames, and other sign surfaces, adjust hardware for proper operation.

-- End of Section --

SECTION 10441

# SAFETY AND ACCESSIBILITY SIGNAGE

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Signage and mounting systems

### 1.3 DELIVERY, STORAGE, AND HANDLING

All materials shall be delivered, properly stored and handled as specified in Section 01500, "Temporary Facilities and Controls."

### 1.4 ENVIRONMENTAL CONDITIONS

All Work of this Section shall be performed in conformance with the requirements for consideration of the environmental conditions as specified in Section 01500, "Temporary Facilities and Controls."

## PART 2 PRODUCTS

### 2.1 EXTERIOR SIGNAGE

Each parking space reserved for persons with physical disabilities shall be identified by a reflectorized metal sign permanently posted immediately adjacent to and visible from each stall or space, consisting of a profile view of a wheelchair with occupant in white on dark blue background. The sign shall not be smaller than 70 square inches in area and, when in a path of travel, shall be mounted on a galvanized steel pipe post at a minimum height of 80 inches from the bottom of the sign to the parking space finished grade. Wall mounted signs shall be centered on the wall at the interior end of the parking space at a minimum height of 36 inches from the parking space finished grade, ground or sidewalk. Sign location shall be as indicated on the Drawings.

An additional metal sign shall also be installed as shown on the Drawings, and if not shown, in a conspicuous place, at each entrance to off street parking facilities, or immediately adjacent to and visible from each stall

or space. The sign shall be not less than 17 inches by 22 inches in size with lettering not less than 1 inch in height, which clearly and conspicuously states the following:

"Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or license plates issued for persons with disabilities may be towed away at owner's expense. Towed vehicles may be reclaimed at _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ or by telephoning _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ."

(Blank spaces are to be filled in with appropriate information provided by the Owner as a permanent part of the sign.)

In addition to the above requirements, the surface of each accessible parking space or stall shall have a surface identification as shown on the Drawings, or if not shown, duplicating either of the following schemes:

1. By outlining or painting the stall or space in blue and outlining on the ground in the stall or space in white or suitable contrasting color a profile view depicting a wheelchair with occupant; or

2. By outlining a profile view of a wheelchair with occupant in white on blue background. The profile view shall be located so that it is visible to a traffic enforcement officer when a vehicle is properly parked in the space and shall be 36 inches high by 36 inches wide.

## 2.2 INTERIOR SIGNAGE

### 2.2.1 Plastic Sign Plaques

1. Acrylic Sheet: Rohm and Haas plexiglas or approved equal; clear, 1/4 inch thickness, size as shown or specified.

2. Adhesive: As recommended by the material manufacturer for each application.

3. Foam Tape: Per manufacturer's recommendations.

4. Paint:
   a. Lacquer for acrylic sheet, and metal, matte sheen, number of coats as required for coverage.

   b. Silkscreen lacquer, Advance Screen Products or approved equal, semi-gloss.

   c. Paint for fill on engraved sign, semi-gloss finish.

5. Vinyl: Reverse computer die cut adhesive letters, pressure sensitive, Helvetica Regular, upper case.

### 2.2.2 Signage Requirements

1. International Symbol of Accessibility: The inter-national symbol of accessibility shall be the standard used to identify facilities that are accessible to and usable by physically disabled persons.

2. Color of Symbol: The symbol specified above shall consist of a white figure on a blue background. The blue shall be equal to Color No. 15090 in Federal Standard 599b.

3. Braille Symbols: Contracted Grade 2 Braille shall be used wherever Braille symbols are specifically required in other portions of these standards. Dots shall be 1/10 inch on centers in each cell with 2/10 inch space between cells. Dots shall be raised a minimum of 1/40 inch above the background.

4. Symbol Size: Raised characters or symbols shall be a minimum of 5/8 inch high.

5. Pictorial Symbol Signs (Pictograms): Pictorial symbol signs (pictograms) shall be accompanied by the equivalent verbal description placed directly below the pictogram. The border dimension of the pictogram shall be a minimum of 6 inches in height.

6. Contrast of Symbol: Characters and symbols shall contrast with their background, either light characters on a dark background or dark characters on a light background.

7. Letter Type: Letters and numbers on signs shall be raised or recessed 1/32 inch minimum and shall be sans serif or simple serif uppercase characters accompanied by Grade 2 Braille.

8. Proportions: Letters and numbers on signs shall have a width to height ratio of between 3:5 and 1:1 and a stroke width to height ratio between 1:5 and 1:10.

9. Character Height: Characters and numbers on signs shall be sized according to the viewing distance from which they are to be read. The minimum height is measured using an upper case X. Lower case characters are permitted. For signs suspended or projected above the finish floor, the minimum character height shall be 3 inches.

10. Mounting Location and Height: Where permanent identification is provided for rooms and spaces, raised letters shall be provided and shall be accompanied by Braille. Signs shall be installed on the wall adjacent the latch outside of the door. Where there is no wall space on latch side, including at double leaf doors, signs shall be placed the nearest adjacent wall. Mounting height shall be 60 inches above the finish floor to the centerline of the sign. Mounting location shall be determined so that a person may approach within 3 inches of signage without encountering protruding objects or standing within the swing of a door.

2.2.3 Building Entrance Signs

All building entrances that are accessible to and usable by persons with disabilities shall be identified with at least one standard sign and with additional directional signs, as required, to be visible to persons along approaching pedestrian ways.

2.2.4 Toilet Room Identification

Doorways leading to men's sanitary facilities, shall be identified by an equilateral triangle 1/4 inch thick with edges 12 inches long and a vertex pointing upward. Sign(s) for use at Men's Toilet Rooms shall have the international symbol for men and the word "MEN" imprinted on the face as well as raised braille letters in accordance with ADA requirements. Women's sanitary facilities shall be identified by a circle, 1/4 inch thick

and 12 inches in diameter. Sign(s) for use at Women's Toilet Rooms shall have the international symbol for women and the word "WOMEN" imprinted on the face as well as raised braille letters in accordance with ADA requirements. Unisex sanitary facilities shall be identified by a circle 1/4 inch thick, 12 inches in diameter with a 1/ 4" thick triangle superimposed on the circle and within the 12 inch diameter as well as raised braille letters in accordance with ADA requirements. These geometric symbols shall be centered on the door at a height of 60 inches and their color and contrast shall be distinctly different from the color and contrast of the door.

1. In addition to the above, at all toilet rooms, provide a 1/8" x 6" x 10" acrylic plaque identifying accessibility by the disabled, mounted at a height of 60" on the wall adjacent to the door as shown on the Drawings.

2.2.5 Stair Signage

Provide and install stair signage as required by UBC 1006.16, conforming to the requirements of UBC Standard 10-2. Colors of signage shall be as specified above. Letters shall be of the style and height required by the UBC.

Emergency procedure signage at every stairwell landing and immediately inside all public entrances to comply with California Building Code Section 1117.B.5, and as required by the NPSM Fire Department.

PART 3 EXECUTION

3.1 PREPARATION

Examine the areas and conditions under which the units will be installed and notify the Contractor in writing, with copy to the Architect, of all conditions detrimental to the timely completion of the work. Do not proceed with the work of this Section until all unsatisfactory conditions have been corrected in a manner acceptable to the manufacturer of the materials.

3.2 INSTALLATION

Install units plumb and level, in the locations and mountings shown. Securely attach to the supporting structure with concealed fasteners.

3.3 CLEANING

At the completion of installation, clean all surfaces in accordance with the manufacturer's instructions. Protect units from damage until final inspection.

-- End of Section --

SECTION 10520

# FIRE EXTINGUISHER CABINETS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-## Title

Submittal item surrounded with tags as indicated

#### 1.2.1 SD-03, Product Data

Manufacturer's literature describing products.

#### 1.2.2 SD-02, Shop Drawings

Shop drawings showing fabrication and installation details shall be supplied for approval, prior to fabrication of extinguisher cabinets.

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver, store, and handle packaged materials in original containers with seals unbroken and labels intact until time of use.

a. Unload materials carefully and store on clean concrete surface or raised platform in safe, dry area.

### 1.4 PROJECT CONDITIONS

Scheduling and Sequencing: Schedule installation of items to occur after application of exposed finishes wherever installation will not damage exposed finish surfaces and completion of finishes will not impede installation.

## PART 2 PRODUCTS

### 2.1 FIRE EXTINGUISHER CABINETS

#### 2.1.1 Cabinets:

2.1.1.1 Style 1 - Recessed

Recessed style with bubble type door: Construction of cold rolled steel formed, mitered, welded and ground smooth; 20 gauge tubular door and 18 gauge frame and molded butyrate canopy. Cabinets in fire rated walls shall meet the requirements of ASTM E 814. Cabinet door and trim shall have shop applied rust resistant prime coat. Interior shall be finished in white baked enamel. Potter Roemer "Loma, Model 7322"; Larsen's Mfg. Co. "Cameo, Model C2409-5R"; J.L. Industries "Clear Vu Model 1516"; or approved equal.

## PART 3 EXECUTION

### 3.1 PREPARATION

Coordinate details with other work supporting, adjoining, or otherwise contacting items as required to insure proper installation.

Insure adequate support will be available at time of installation.

### 3.2 INSPECTION

#### 3.2.1 Examination

Examine construction to support, adjoin, or otherwise contact and verify that:

a. Dimensions are correct.

b. Load-bearing studs are available where required by weight of items.

c. Setting conditions are dry, clean, and otherwise proper for installation.

Do not install items until unsatisfactory conditions have been corrected.

### 3.3 INSTALLATION

a. Install extinguisher cabinets at locations indicated in accordance with approved manufacturer's recommendation and reviewed shop drawings.

b. Employ mechanics skilled in installations required.

c. Use machine screws or bolts to metal backing. Toggle bolts will not be permitted.

d. Drill and tap mounting surfaces for mounting hardware as required.

-- End of Section --

SECTION 10615

# DEMOUNTABLE GYPSUM BOARD PARTITIONS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Fabrication Drawings; Demountable Gypsum Partitions

Installation Drawings; Partition Base

Shop drawings shall clearly identify the method(s) of assembly and dis-assembly of the demountable wall system , as well as the routing of all required utilities.

SD-03 Product Data

Demountable Gypsum Partitions

Partition Base

SD-04 Samples

Vinyl fabric

Anodized aluminum finish

Fittings and fasteners

manufacturer's color charts

### 1.3 DELIVERY, HANDLING, AND STORAGE

Materials shall be protected from the weather, soil, and damage during delivery, storage, and construction.

Materials shall be delivered in the original packages, containers, or bundles baring the brand name and the name of the material.

## 1.4 FIELD MEASUREMENTS

Field measurements shall be taken prior to the preparation of the drawing and fabrication to ensure proper fits.

# PART 2 PRODUCTS

## 2.1 DEMOUNTABLE GYPSUM PARTITIONS

Partitions, shall be the demountable type, of the height and thickness indicated, consisting of laminated gypsum panels, tongue and groove, with fabric-backed Vinyl Fabric wall covering.

Provide the manufacturer's standard nominal 10'-0" height partitions. At those locations where partitions are shown to extend to underside of the structure above, provide the manufacturer's wall extension panels system to achieve the needed height.

Partitions shall be complete with aluminum posts and end members.

Fabric covering shall be as selected from the manufacturer's standard vinyl wall coverings.

Aluminum Finish:

Clear anodized

### 2.1.1 Sound Rating

The demountable partition system shall have a sound transmission coefficient of not less than 46.

## 2.2 PARTITION BASE

Closed bases shall be provided as required. Exposed surfaces shall be smooth and free from wave, warp or buckle. Bases shall be continuous between partition posts with joints occurring at posts. Closed base height shall be not less than 4 inches nor more than 6 inches.

## 2.3 FRAMING FOR DOOR OPENINGS

At those locations where doors occur, the framing system shall be structurally braced to resist the loads imposed by the heavy use of the doors. In addition, the framing shall be reinforced at all locations where door hardware items will be attached to the framing. Coordinate hinge template requirements with the Work specified in Section 08710, "DOOR HARDWARE". Doors shall be provided under the Work of Section 08210, "WOOD DOORS".

# PART 3 EXECUTION

## 3.1 GENERAL

Partitions shall be installed straight, plumb, and level and in accordance with the manufacturer's printed instructions.

## 3.2 ACCEPTANCE PROVISIONS

3.2.1 Repairing

Damaged and unacceptable portions of completed work shall be removed and replaced with new work at no additional cost to the Government.

3.2.2 Cleaning

Surfaces of the work, and adjacent surfaces soiled as a result of the work, shall be cleaned in an approved manner. Equipment, surplus materials, and rubbish from the work shall be removed from the site.

-- End of Section --

SECTION 10800

# TOILET AND BATH ACCESSORIES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Manufactured units

Submit for each type of accessory specified. Include descriptions of materials, finishes, fastening and anchoring devices, and appurtenances.

SD-07 Certificates

Manufactured units

Submit for each type of accessory specified, attesting that materials meet the specified requirements.

### 1.3 DELIVERY, STORAGE, AND HANDLING

Deliver materials to the site in unopened containers, labeled with the manufacturer's names and brands, ready for installation. Store accessories in safe, dry locations until needed for installation.

## PART 2 PRODUCTS

### 2.1 MATERIALS AND FABRICATION

Fabricate accessories in accordance with commercial practice, with welds ground smooth. Bend, flange, draw, form, and perform similar operations in a manner to ensure no defects. Flanges of recessed accessories to return to walls to provide a continuous, tight-against-the-wall installation. Doors shall be warp free. Key manufacturer's standard locks alike, for groups of accessories; two keys furnished for each group.

### 2.2 FINISHES

Finishes on metals not specified otherwise shall be provided as follows:

| Metal | Finish |
|---|---|
| Corrosion-resisting Steel (Stainless Steel) | General-purpose Polished |
| Aluminum | Satin Anodic, Clear |
| Carbon Steel | Bright Chromium Plate |
| Copper Alloy (Brass) | Bright Chromium Plate |
| Zinc Alloy | Bright Chromium Plate |

## 2.3 MANUFACTURED UNITS

### 2.3.1 Toilet Accessories

All toilet accessories shall be of the same manufacturer and model as exists in the existing building.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Surfaces of fastening devices exposed after installation shall have the same finish as the attached accessory. Exposed screw heads shall be oval. Install accessories at the location and height indicated. Protect exposed surfaces of accessories with strippable plastic or by other means until the installation is accepted. After acceptance of accessories, remove and dispose of strippable plastic protection. Coordinate accessory manufacturer's mounting details with other trades as their work progresses. After installation, thoroughly clean exposed surfaces and restore damaged work to its original condition or replace with new work.

### 3.1.1 Recessed Accessories

Fasten accessories with wood screws to studs, blocking or rough frame in wood construction. Set anchors in mortar in masonry construction. Fasten to metal studs or framing with sheet metal screws in metal construction.

### 3.1.2 Surface Mounted Accessories

Mount on concealed backplates, unless specified otherwise. Accessories without backplates shall have concealed fasteners. Unless indicated or specified otherwise, install accessories with sheet metal screws or wood screws in lead-lined braided jute, teflon or neoprene sleeves, or lead expansion shields, or with toggle bolts or other approved fasteners as required by the construction. Install backplates in the same manner, or provide with lugs or anchors set in mortar, as required by the construction. Fasten accessories mounted on gypsum board walls without solid backing into the metal or to metal backplates secured to metal studs.

-- End of Section --

SECTION 11132

# PROJECTION SCREENS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Projection Screens

### 1.3 DELIVERY, STORAGE AND HANDLING

If storage at project is necessary before installation can be accomplished, store such materials in a clean, dry place. Replace all damaged materials. Damaged parts may be replaced within a complete assembly, provided replacements are of the same quality, size, shape, color and other requirements.

## PART 2 PRODUCTS

### 2.1 ELECTRICALLY OPERATED CEILING MOUNTED FRONT PROJECTION SCREENS WITH AUTOMATIC CEILING CLOSURE

#### 2.1.1 Manufacturer

Subject to compliance with the requirements specified herein, provide End Mounted Motor Operated Screens with Automatic Ceiling Closure as manufactured by one of the following:

"Executive Electrol"; Da Lite Screen Co., Inc.

"Ambassador"; Draper Shade and Screen Co., Inc.

#### 2.1.2 Characteristics

Manufacturer's standard UL listed and marked units consisting of case, screen, motor, controls, mounting accessories and other components and complying with the following requirements:

Motor: Instant reversing motor of size and capacity recommended by

screen manufacturer, with permanently lubricated bearings, automatic thermal overload protection, preset limit switches to automatically stop or reverse screen in "up" and "down" position, and positive stop action to prevent coasting; and as follows:

For end mounted motors, mount motors on end indicated.

Switch to be furnished complete with box and cover plate.

Screen Characteristics: Provide mildew and flame resistant glass fiber fabric mounted on rigid roller, with vinyl coated viewing surfaces complying with the following requirements:

Size: As indicated on the Drawings.

Type of Viewing Surface: Matte white.

Edge Treatment: Black masking borders.

Provide extra drop length of dimension and where indicated.

Sreen Control: Single station control with 3 position switch with metal device box and flush cover plate for connection to 120 VAC electric power supply.

End Mounted Motor Operated-Screens with Automatic Ceiling Closure: Recessed in ceiling units with factory primed wood case fully enclosing screen and metal lined motor compartments, and with 2 bottom panels of aluminum or wood, one attached to case by a continuous hinge and connected to drive mechanism to open and close automatically with lowering and raising of screen, and the other removable or openable for access to interior of case; and complying with the following requirements:

Flush mount bottom panels to case.

## PART 3 EXECUTION

### 3.1 INSTALLATION

Install projection screens in a secure manner, to solid blocking, in accordance with the recommendations of the manufacturer for the installation involved. Install work level, and plumb. All moving parts shall operate freely. Perform all installation in accordance with the manufacturer's directions. Where special fastenings, adhesives, lubricants or like materials are required, supply as recommended by the manufacturer of the item. Install projection screens with screen cases in position and relationship to adjoining work indicated, anchored to supporting substrate, to produce an operating screen with plumb and straight vertical edges and plumb and flat viewing surfaces when lowered.

Where exact locations are not indicated, or special heights for mounting are required, install as directed by the Architect in the field.

Protect finish surfaces of adjacent materials with tape, paper or other materials. Make fastenings as inconspicuous as possible. Remove sharp edges or burrs. Make final adjustment of moving parts immediately prior to final inspection of the work of the Project.

Test electrically operated units to verify that screen, controls, limit switches, closure and other operating components are in optimum functioning condition.

-- End of Section --

SECTION 12490

# BLINDS, VENETIAN

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Blinds

SD-04 Samples

Blinds; G

Submit one complete unit of each type specified, labeled for identification. The Contracting Officer will deliver approved samples to the site; if in good condition and otherwise suitable, the samples may be installed in the work. Identification and approval marks shall remain undisturbed until final acceptance. Colors shall be as specified in paragraph entitled "Colors for Slats, Tape, Cords, and Exposed Metal."

### 1.3 DELIVERY AND STORAGE

Deliver the blinds to the site in the manufacturer's original containers with the manufacturer's name and container contents clearly labeled. Store in a safe, dry, clean, and well-ventilated area. Do not open containers until needed for installation unless verification inspection is required.

## PART 2 PRODUCTS

### 2.1 BLINDS

#### 2.1.1 Blind Units

FS AA-V-00200, Type II, one inch slats, except as modified herein.

#### 2.1.2 Size

As indicated.

#### 2.1.3 Slats

Aluminum for Type II venetian blinds. Slat thickness shall be a nominal .0085 inch.

2.1.4 Ladders

Ladder tapes plastic or woven synthetic for Type I, 100 percent polyester, woven or braided for Type II.

2.1.5 Cords

Braided polyester or synthetic fiber, ends heat-fused, terminated with a plastic tassel, or continuous.

2.1.6 Tilting Device

Locate on the left side.

2.1.7 Lifting Cord Locks

Locate on the side opposite the tilting device enabling the blind to stop at any height of window opening.

PART 3 EXECUTION

3.1 INSTALLATION

Install blinds after the work of other trades, including painting, is substantially done. Install blinds level and in accordance with manufacturer's recommended installation instructions as approved. Isolate metal parts from direct contact with concrete, mortar, or dissimilar metals. Ensure blinds installed in recessed pockets can be removable without disturbing the pocket. The entire blind, when retracted, shall be contained behind the pocket. For blinds installed outside the jambs and mullions, overlap each jamb and mullion 0.75 inch or more when the jamb and mullion sizes permit. Include all hardware, brackets, anchors, fasteners, and accessories necessary for a complete, finished installation.

3.2 LOCATION

Install blinds at locations as indicated. Provide the required quantity of blinds and carefully check the dimensions of all openings in the facility for exact sizing of the blinds to be provided.

-- End of Section --

SECTION 13855

# ANALOG/ADDRESSABLE INTERIOR FIRE ALARM SYSTEM

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 16050, "Basic Electrical Materials and Methods," applies to this section, with the additions and modifications specified herein.

### 1.3 DESCRIPTION OF WORK

#### 1.3.1 Scope

This work includes designing and providing a new, complete, analog/addressable fire alarm system as described herein and on the contract drawings for the expansion of Building 245 and connect to existing fire alarm system in Engineering Building 245 for annunciation to existing fire department. The system shall include wiring, raceways, pull boxes, terminal cabinets, outlet and mounting boxes, control equipment, alarm, and supervisory signal initiating devices, alarm notification appliances and other accessories and miscellaneous items required for a complete operating system even though each item is not specifically mentioned or described. Provide system complete and ready for operation. Equipment, materials, installation, workmanship, inspection, and testing shall be in strict accordance with the required and advisory provisions of NFPA 72 except as modified herein. The system layout on the drawings show the intent of coverage and are shown in suggested locations. Final quantity, layout, and coordination is the responsibility of the Contractor. A single fire alarm control panel is indicated with terminal cabinets at each floor at each riser location.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01330, "Submittal Procedures." Provide six complete sets of submittals. Partial submittals will not be acceptable and will be returned without review. The Engineering Field Activity (EFA), Fire Protection Engineer, will review and approve submittals.

SD-02 Shop Drawings

Provide point-to-point wiring diagrams showing the points of connection and terminals used for electrical field connections in

the system, including interconnections between the equipment or systems which are supervised or controlled by the system. Diagrams shall show connections from field devices to the FACP initiating circuits, switches, relays and terminals.

Provide plan view drawing showing device locations, terminal cabinet locations, junction boxes, other related equipment, conduit routing, wire counts, circuit identification in each conduit, and circuit layouts for all floors.

Provide a complete description of the system operation in matrix format on the drawings.

Provide a complete list of device addresses and corresponding messages.

Include annotated catalog data, in table format on the drawings, showing manufacturer's name, model, voltage, and catalog numbers for equipment and components.

Provide complete riser diagrams indicating the wiring sequence of devices and their connections to the control equipment. Include a color code schedule for the wiring. Include floor plans showing the locations of devices and equipment.

Battery power calculations

Submit shop drawings not smaller than 24 by 36 inches. As a minimum, the shop drawing submittal shall include the items listed above.

SD-03 Product Data

Fire alarm control panel (FACP); G

Terminal cabinets/assemblies; G

Manual stations; G

Batteries; G

Battery chargers; G

Smoke sensors; G

Wiring and cable; G

Notification appliances; G

Addressable interface devices; G

Water flow detectors; G

Tamper switches; G

Smoke sensor testing procedures; G

Submit data on proposed equipment, including, but not limited to the items listed above. Include UL or FM listing cards for

equipment provided.

SD-06 Test Reports

Furnish preliminary test results to the Contracting Officer. Include the control panel and initiating and indicating devices, a unique identifier for each device with an indication of test results, and signature of the factory-trained technician of the control panel manufacturer and equipment installer. With reports on preliminary tests, include printer information.

SD-07 Certificates

Qualifications of installer

SD-10 Operation and Maintenance Data

Interior fire alarm system, Data Package 5; G

Record drawing software

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

Prepare and submit to the Contracting Officer six sets of detailed as-built drawings. The drawings shall include complete wiring diagrams showing connections between devices and equipment, both factory and field wired. Include a riser diagram and drawings showing the as-built location of devices and equipment. The drawings shall show the system as installed, including deviations from both the project drawings and the approved shop drawings. The drawings shall be prepared on uniform sized mylar sheets not less than 30 by 42 inches with 8 by 4 inch title block similar to contract drawings. These drawings shall be submitted within 2 weeks after the final acceptance test of the system. At least one set of as-built (marked-up) drawings shall be provided at the time of, or prior to the final acceptance test.

Submit the installer’s training history for the employees involved with this contract.

## 1.5 ADDITIONAL SUBMITTAL REQUIREMENTS

### 1.5.1 Battery Power Calculations

Verify that battery capacity exceeds supervisory and alarm power requirements.

a. Provide complete battery calculations for both the alarm and supervisory power requirements. Ampere hour requirements for each system component shall be submitted with the calculations.

b. Provide data on each circuit to indicate that there is at least 25 percent spare capacity for notification appliances, 25 percent spare capacity for initiating devices. Annotate data for each circuit on the drawings.

1.5.2 Qualifications of Installer

Installer shall have an office, which has been in existence for at least 3 years, within a 100 mile radius of the job site. Installation shall be accomplished by an electrical contractor with a minimum of 5 years' experience in the installation of fire alarm systems. The Contracting Officer may reject any proposed installer who cannot show evidence of such qualifications. The services of a technician provided by the control equipment manufacturer shall be provided to supervise installation, adjustments, and tests of the system. The Contractor shall furnish evidence that the fire alarm equipment supplier has an experienced and effective service organization which carries a stock of repair parts for the system to be furnished. The Contractor shall guarantee labor, materials, and equipment provided under this contract against defects for a period of one year after the date of final acceptance of this work by the Contracting Officer and the receipt of as-built drawings and schematics of all equipment. Prior to installation, submit data for approval by the Fire Protection Engineer, showing that the Contractor has successfully installed addressable, analog intelligent interior fire alarm systems of the same type as specified herein, or that the Contractor has a firm contractual agreement with a subcontractor having such required experience. Include the names and locations of at least three installations where the Contractor, or the subcontractor referred to above, has installed such systems. Indicate the type and design of each system and certify that each system has performed satisfactorily in the manner intended for a period of not less than 18 months. Submit names and phone numbers of points of contact at each site.

1.5.3 Record Drawing Software

Furnish one set of floppy diskettes containing CAD based drawings in DXF format of as-built drawings and schematics.

1.6 QUALITY ASSURANCE

Equipment and devices shall be compatible and operable with existing station fire alarm system and shall not impair reliability or operational functions of existing supervising station fire alarm system. Existing supervising station fire alarm system is located in the fire station and receives signals from FACP panels via dedicated signaling lines, not public telephone lines.

1.6.1 Regulatory Requirements

Devices and equipment for fire alarm service shall be listed by UL FPED or approved by FM P7825.

1.6.1.1 Requirements for Fire Protection Service

Equipment and material shall have been tested by UL and listed in UL FPED or approved by FM and listed in FM P7825. Where the terms "listed" or "approved" appear in this specification, they shall mean listed in UL FPED or FM P7825. The omission of these terms under the description of any item of equipment described shall not be construed as waiving this requirement.

1.6.1.2 Testing Services or Laboratories

Fire alarm and fire detection equipment shall be constructed in accordance with UL FPED, UL ECMD, or FM P7825.

1.6.2 Standard Products

Provide materials, equipment, and devices that have been tested by a nationally recognized testing laboratory, such as UL or FM, and listed or approved for fire protection service when so required by NFPA 72 or this specification. Select material from one manufacturer, where possible, and not a combination of manufacturers, for any particular classification of materials.

1.6.3 Modification of References

a. In NFPA publications referred to herein, consider advisory provisions to be mandatory, as though the word "shall" had been substituted for "should" wherever it appears; interpret reference to "authority having jurisdiction" to mean the EFA Fire Protection Engineer.

b. The recommended practices stated in the manufacturer's literature or documentation shall be considered as mandatory requirements.

1.7 DELIVERY, STORAGE, AND HANDLING

Protect equipment delivered and placed in storage from the weather, humidity, and temperature variation, dirt and dust, and other contaminants.

1.8 SPARE PARTS AND TOOLS

1.8.1 Interchangeable Parts

Spare parts furnished shall be directly interchangeable with the corresponding components of the installed system. Spare parts shall be suitably packaged and identified by nameplate, tagging, or stamping. Spare parts shall be delivered to the Contracting Officer at the time of the final acceptance testing.

1.8.2 Spare Parts

Furnish the following spare parts and accessories:

a. 1 audiovisual devices of each type installed

b. 2 fuses for each fused circuit

c. 2 manual stations

d. 3 break rods for manual stations

1.8.3 Parts List

Furnish a list, in duplicate, of all other parts and accessories which the manufacturer of the system recommends to be stocked for maintenance.

1.9 KEYS

Keys and locks for equipment shall be identical. Provide not less than six keys of each type required. Keys shall be CAT 60.

PART 2 PRODUCTS

## 2.1 COORDINATING WITH OTHER DIVISIONS

### 2.1.1 Other Divisions To Be Coordinated With

Refer to the following sections for related work and coordination:

Section 13930, "Wet Pipe Fire Suppression Sprinklers," Section 15720, "Air Handling Units".

Section 07840, "Firestopping" for additional work related to firestopping.

### 2.1.2 Manufacturer Qualifications

Components shall be of current design and shall be in regular and recurrent production at the time of installation. Provide design, materials, and devices for a protected premises fire alarm system, complete, conforming to NFPA 72, except as otherwise or additionally specified herein.

## 2.2 SYSTEM DESIGN

### 2.2.1 Definitions

Wherever mentioned in this specification or on the drawings, the equipment, devices, and functions shall be defined as follows:

a. Analog/Addressable System: A system in which multiple signals are transmitted via the same conduction path to a remote fire alarm control unit and fire alarm control panel, decoded and separated so that each signal will initiate the specified response.

b. Hard Wired System: A system in which alarm and supervisory initiating devices are directly connected, through individual dedicated conductors, to a central control panel without the use of analog/addressable circuits or devices.

c. Interface Device: An addressable device which interconnects hard wired systems or devices to an analog/addressable system.

d. Fire Alarm Control Unit: A control panel, remote from the fire alarm control panel, that receives inputs from automatic and manual fire alarm devices; may supply power to detection devices and interface devices; may provide transfer of power to the notification appliances; may provide transfer of condition to relays or devices connected to the control unit; and reports to and receives signals from the fire alarm control panel.

e. Fire Alarm Control Panel (FACP): A master control panel having the features of a fire alarm control unit and to which fire alarm control units are interconnected. The panel has central processing, memory, input and output terminals.

f. Terminal Cabinet: A steel cabinet with locking, hinge-mounted door in which terminal strips are securely mounted.

### 2.2.2 System Operation

The system shall be a complete, supervised, noncoded, analog/addressable

fire alarm system conforming to NFPA 72. The system shall have an interconnected riser loop or network having Style 6 supervision that shall not be located in the same room or shaft. The return portion of the loop shall be remote from the supply portion of the loop. Where the building has two stairs for egress from floors above grade, a single impairment cannot adversely affect more than one floor. Where three or more stairs are provided for egress from floors above grade, a single impairment cannot adversely affect more than 1/2 of any floor. Any single impairment of the system shall not affect the system on more than one-half of any floor. The system shall operate in the alarm mode upon actuation of any alarm initiating device. The system shall remain in the alarm mode until initiating device(s) are reset and the fire alarm control panel is manually reset and restored to normal. The system shall provide the following functions and operating features:

a. The FACP shall provide power, annunciation, supervision, and control for the system.

b. Provide Style B initiating device circuits.

c. Provide Style 4 signaling line circuits for each floor.

d. Provide Style 6 signaling line circuits for the network.

e. Provide Style Z notification appliance circuits. The visual alarm notification appliances shall have the flash rates synchronized.

f. Provide electrical supervision of the primary power (AC) supply, presence of the battery, battery voltage, and placement of system modules within the control panel.

g. Provide an audible and visual trouble signal to activate upon a single break or open condition, or ground fault. The trouble signal shall also operate upon loss of primary power (AC) supply, absence of a battery supply, low battery voltage, or removal of alarm or supervisory panel modules. Provide a trouble alarm silence feature which shall silence the audible trouble signal, without affecting the visual indicator. After the system returns to normal operating conditions, the trouble signal shall again sound until the trouble is acknowledged. A smoke sensor in the process of being verified for the actual presence of smoke shall not initiate a trouble condition.

h. Provide a notification appliance silencing switch which, when activated, will silence the audible signal appliance, but will not affect the visual alarm indicator, the liquid crystal display, or the automatic notification of the fire department. This switch shall be overridden upon activation of a subsequent alarm.

i. Provide alarm verification capability for smoke sensors. Alarm verification shall initially be set for 30 seconds.

j. Provide program capability via switches in a locked portion of the FACP to bypass the automatic notification appliance circuits, fire reporting system, air handler shutdown, and door release features. Operation of this programming shall indicate this action on the FACP display.

k. Alarm, supervisory, and/or trouble signals shall be automatically transmitted to the fire department.

l. Alarm functions shall override trouble or supervisory functions. Supervisory functions shall override trouble functions.

m. The system shall be capable of being programmed from the panel's keyboard. Programmed information shall be stored in non-volatile memory.

n. The system shall be capable of operating, supervising, and/or monitoring both addressable and non-addressable alarm and supervisory devices.

o. There shall be no limit, other than maximum system capacity, as to the number of addressable devices which may be in alarm simultaneously.

p. Where the fire alarm system is responsible for initiating an action in another emergency control device or system, such as an HVAC system, the addressable fire alarm relay shall be within 3 feet of the emergency control device.

q. An alarm signal shall automatically initiate the following functions:

(1) Transmission of an alarm signal to the fire department.

(2) Visual indication of the device operated on the fire alarm control panel (FACP), and on the annunciator. Indicator on the annunciator shall be by floor, zone or circuit, and type of device.

(3) Continuous actuation of all alarm notification appliances throughout the building.

(4) Release of doors held open by electromagnetic devices.

(5) Operation of a duct smoke sensor shall shut down the appropriate air handler in accordance with NFPA 90A in addition to other requirements of this paragraph.

r. A supervisory signal shall automatically initiate the following functions:

(1) Visual indication of the device operated on the FACP, and on the annunciator, and sound the audible alarm at the respective panel.

s. A trouble condition shall automatically initiate the following functions:

(1) Visual indication of the system trouble on the FACP, and on the annunciator, and sound the audible alarm at the respective panel.

(2) Transmission of a trouble signal to the fire department via telephone line.

t. The maximum permissible elapsed time between the actuation of an

initiating device and its indication at the FACP shall be 15 seconds.

u. The maximum elapsed time between the occurrence of the trouble condition and its indication at the FACP shall not exceed 200 seconds.

2.2.3 System Monitoring

a. Valves: Each valve affecting the proper operation of a fire protection system, including automatic sprinkler control valves, standpipe control valves, sprinkler service entrance valve, valves at fire pumps, and valves at backflow preventers, whether supplied under this contract or existing, shall be electrically monitored to ensure its proper position. Each tamper switch shall be provided with a separate address.

2.2.4 Overvoltage and Surge Protection

a. Signaling Line Circuit Surge Protection: For systems having circuits located outdoors, communications equipment shall be protected against surges induced on any signaling line circuit and shall comply with the applicable requirements of ANSI/IEEE C62.41. Cables and conductors, which serve as communications links, shall have surge protection circuits installed at each end that meet the following wave form:

(1) A 10 microsecond by 1000 microsecond wave form with a peak voltage of 1500 volts and a peak current of 60 amperes.

b. Sensor Wiring Surge Protection: Digital and analog inputs and outputs shall be protected against surges induced by sensor wiring installed outdoors and as shown. The inputs and outputs shall be tested with the following wave form:

(1) A 10 by 1000 microsecond wave form with a peak voltage of 1500 volts and a peak current of 60 amperes.

2.2.5 Addressable Interface Devices

The addressable interface (AI) device shall provide an addressable input interface to the FACP for monitoring normally open or normally closed contact devices such as water flow switches, valve supervisory switches, fire pump monitoring, independent smoke detection systems, relays for output function actuation, etc.

2.2.6 Smoke Sensors

2.2.6.1 Ionization Type Smoke Sensors

Provide addressable ionization type smoke sensors as follows:

a. Provide analog smoke sensors which operate on the ionization principle and are actuated by the presence of visible or invisible products of combustion. Smoke sensors shall be listed for use with the fire alarm control panel.

b. Provide self-restoring type sensors which do not require any readjustment after actuation at the FACP to restore them to normal

operation. Sensors shall be UL listed as smoke-automatic fire sensors.

c. Components shall be rust and corrosion resistant. Vibration shall have no effect on the sensor's operation. Protect the detection chamber with a fine mesh metallic screen which prevents the entrance of insects or airborne materials. The screen shall not inhibit the movement of smoke particles into the chamber.

d. Provide twist lock bases for the sensors. The sensors shall maintain contact with their bases without the use of springs. Provide companion mounting base with screw terminals for each conductor. Terminate field wiring on the screw terminals. The sensor shall have a visual indicator to show actuation.

e. The sensor address shall identify the particular unit, its location within the system, and its sensitivity setting. Sensors shall be of the low voltage type rated for use on a 24 VDC system.

f. An operator at the control panel, having a proper access level, shall have the capability to manually access the following information for each initiating device.

(1) Primary status
(2) Device type
(3) Present average value
(4) Present sensitivity selected
(5) Sensor range (normal, dirty, etc.)

2.2.6.2 Duct Smoke Sensors

Duct smoke sensors shall be analog/addressable photoelectric type as described in paragraph entitled "Photoelectric Smoke Sensors," and shall be provided in ductwork in accordance with NFPA 90A and in accordance with manufacturer’s recommendations.

2.2.6.3 Smoke Sensor Testing

Smoke sensors shall be tested in accordance with manufacturer's recommended calibrated test method. Submit smoke sensor testing procedures for approval.

2.2.7 Electric Power

2.2.7.1 Primary Power

Provide primary power for the FACP from the normal AC service to the building where shown on the drawings. Power shall be 120 VAC service, transformed through a two-winding, isolation type transformer and rectified to low voltage DC for operation of circuits and devices. Make the service connection for the FACP at the main distribution panel where shown. Provide appropriate equipment to protect against power surges. Provide a separate NEMA 1 "general purpose enclosure" for the circuit breaker. The circuit breaker enclosure shall be painted red, marked "FIRE ALARM SYSTEM," provided with a red and white engraved plastic sign permanently affixed to the face of the switch, and provided with a lockable handle or cover.

2.2.8 Emergency Power Supply

Provide for system operation in the event of primary power source failure. Transfer from normal to auxiliary (secondary) power or restoration from auxiliary to normal power shall be automatic and shall not cause transmission of a false alarm.

2.2.8.1 Batteries

Provide sealed, maintenance-free, nickel-cadmium batteries as the source for emergency power to the FACP. Batteries shall contain suspended electrolyte. The battery system shall be maintained in a fully charged condition by means of a solid state battery charger. Provide an automatic transfer switch to transfer the load to the batteries in the event of the failure of primary power.

2.2.8.2 Capacity

Provide the batteries with sufficient capacity to operate the system under supervisory and trouble conditions, including audible trouble signal devices for 48 hours and audible and visual signal devices under alarm conditions for an additional 10 minutes.

2.2.8.3 Battery Chargers

Provide a solid state, fully automatic, variable charging rate battery charger. The charger shall be capable of providing 150 percent of the connected system load and shall maintain the batteries at full charge. In the event the batteries are fully discharged, the charger shall recharge the batteries back to 95 percent of full charge within 48 hours. Provide pilot light to indicate when batteries are manually placed on a high rate of charge as part of the unit assembly if a high rate switch is provided.

2.2.9 System Field Wiring

2.2.9.1 Wiring Within Cabinets, Enclosures, Boxes, Junction Boxes, and Fittings

Provide wiring installed in a neat and workmanlike manner and installed parallel with or at right angles to the sides and back of any box, enclosure, or cabinet. Conductors which are terminated, spliced, or otherwise interrupted in any enclosure, cabinet, mounting, or junction box shall be connected to terminal blocks. Mark each terminal in accordance with the wiring diagrams of the system. Make connections with approved pressure type terminal blocks, which are securely mounted. The use of wire nuts or similar devices shall be prohibited.

2.2.9.2 Terminal Cabinets

Provide a terminal cabinet at the base of any circuit riser, on each floor at each riser, and where indicated on the drawings. Terminal size shall be appropriate for the size of the wiring to be connected. Conductor terminations shall be labeled and a drawing containing conductors, their labels, their circuits, and their interconnection shall be permanently mounted in the terminal cabinet. Minimum size is 8 inches high by 8 inches.

2.2.9.3 Alarm Wiring

Signaling line circuits and initiating device circuit field wiring shall be copper, No. 18 AWG size conductors at a minimum. Notification appliance circuit conductors, that contain audible alarm devices shall be solid

copper No. 14 AWG size conductors at a minimum. Wire size shall be sufficient to prevent voltage drop problems. Circuits operating at 24 VDC shall not operate at less than 21.6 volts. Circuits operating at any other voltage shall not have a voltage drop exceeding 10 percent of nominal voltage. Power wiring, operating at 120 VAC minimum, shall be No. 12 AWG solid copper having similar insulation. Provide all wiring in rigid metal conduit or intermediate metal conduit. Electrical metallic tubing conduit is acceptable in dry locations not enclosed in concrete or where not subject to mechanical damage. Conceal conduit in finished areas of new construction and wherever practicable in existing construction. The use of flexible conduit not exceeding a 6 foot length shall be permitted in initiating device circuits. Run conduit or tubing concealed unless specifically shown otherwise on the drawings. Shielded wiring shall be utilized where recommended by the manufacturer. For shielded wiring, the shield shall be grounded at only one point, which shall be in or adjacent to the FACP. T-taps are permitted in Style 4 circuits with interconnections occurring on terminal strips. Color coding is required for circuits and shall be maintained throughout the circuit.

2.2.9.4 Conductor Terminations

Labeling of conductors at terminal blocks in terminal cabinets, FACP, and remote fire alarm control units shall be provided at each conductor connection. Each conductor or cable shall have a shrink-wrap label to provide a unique and specific designation. Each terminal cabinet, FACP, and fire alarm control unit shall contain a laminated drawing which indicates each conductor, its label, circuit, and terminal. The laminated drawing shall be neat, using 12 point lettering minimum size, and mounted within each cabinet, panel, or unit so that it does not interfere with the wiring or terminals. Maintain existing color code scheme where connecting to existing equipment.

2.2.10 Fire Alarm Control Panel (FACP)

Provide a complete control panel fully enclosed in a lockable steel enclosure as specified herein. Operations required for testing or for normal care and maintenance of the systems shall be performed from the front of the enclosure. If more than a single unit is required at a location to form a complete control panel, the unit enclosures shall match exactly. Each control unit shall provide power, supervision, control, and logic for the entire system, utilizing solid state, modular components, internally mounted and arranged for easy access. Each control unit shall be suitable for operation on a 120 volt, 60 hertz, normal building power supply. Provide each panel with supervisory functions for power failure, internal component placement, and operation. Visual indication of alarm, supervisory, or trouble initiation on the fire alarm control panel shall be by liquid crystal display or similar means with a minimum of 80 characters of which at least 32 are field changeable.

2.2.10.1 Cabinet

Install control panel components in cabinets large enough to accommodate all components and also to allow ample gutter space for interconnection of panels as well as field wiring. The enclosure shall be identified by an engraved laminated phenolic resin nameplate. Lettering on the nameplate shall say "Fire Alarm Control Panel" and shall not be less than one inch high. Provide prominent rigid plastic or metal identification plates for lamps, circuits, meters, fuses, and switches. The cabinet shall be provided in a sturdy steel housing, complete with back box, hinged steel

door with cylinder lock, and surface mounting provisions.

2.2.10.2 Control Modules

Provide power and control modules to perform all functions of the FACP. Provide audible signals to indicate any alarm, supervisory, or trouble condition. The alarm signals shall be different from the trouble signal. Connect circuit conductors entering or leaving the panel to screw-type terminals with each terminal marked for identification. Locate diodes and relays, if any, on screw terminals in the FACP. Circuits operating at 24 VDC shall not operate at less than 21.6 volts. Circuits operating at any other voltage shall not have a voltage drop exceeding 10 percent of nominal voltage.

2.2.10.3 Silencing Switches

a. Alarm Silencing Switch: Provide an alarm silencing switch at the FACP which shall silence the audible signal but not affect the visual alarm indicator. This switch shall be overridden upon activation of a subsequent alarm.

b. Supervisory/Trouble Silencing Switch: Provide supervisory and trouble silencing switch which shall silence the audible trouble and supervisory signal, but not extinguish the visual indicator. This switch shall be overridden upon activation of a subsequent alarm, supervision, or trouble condition.

2.2.10.4 Non-Interfering

Power and supervise each circuit such that a signal from one device does not prevent the receipt of signals from any other device. Circuits shall be manually resettable by switch from the FACP after the initiating device or devices have been restored to normal.

2.2.10.5 Fire Alarm Signal

A fire alarm shall activate notification appliances throughout the building. Audible devices shall be fire alarm horns which produce a temporal coded signal (3 short bursts separated by a longer pause between sets). Visual devices shall be strobes operating in accordance with NFPA 72.

2.2.10.6 Memory

Provide each control unit with non-volatile memory and logic for all functions. The use of long life batteries, capacitors, or other age-dependent devices shall not be considered as equal to non-volatile processors, PROMS, or EPROMS.

2.2.10.7 Field Programmability

Provide control units and control panels that are fully field programmable for control, initiation, notification, supervisory, and trouble functions of both input and output. The system program configuration shall be menu driven. System changes shall be password protected and shall be accomplished using personal computer based equipment.

2.2.10.8 Input/Output Modifications

The FACP shall contain features which allow the bypassing of input devices

from the system or the modification of system outputs. These control features shall consist of a panel mounted keypad. Any bypass or modification to the system shall indicate a trouble condition on the FACP.

2.2.10.9 Resetting

Provide the necessary controls to prevent the resetting of any alarm, supervisory, or trouble signal while the alarm, supervisory or trouble condition on the system still exists.

2.2.10.10 Instructions

Provide a typeset printed or typewritten instruction card mounted behind a Lexan plastic or glass cover in a stainless steel or aluminum frame. Install the instructions on the interior of the FACP. The card shall show those steps to be taken by an operator when a signal is received as well as the functional operation of the system under all conditions, normal, alarm, supervisory, and trouble. The instructions shall be approved by the Contracting Officer before being posted.

2.2.10.11 Walk Test

The FACP shall have a walk test feature. When using this feature, operation of initiating devices shall result in limited system outputs, so that the notification appliances operate for only a few seconds and the event is indicated on the system printer, but no other outputs occur.

2.2.10.12 History Logging

In addition to the required printer output, the control panel shall have the ability to store a minimum of 400 events in a log. These events shall be stored in a battery-protected memory and shall remain in the memory until the memory is downloaded or cleared manually. Resetting of the control panel shall not clear the memory.

2.2.10.13 RS-232-C Output

Each local control panel shall be capable of operating remote service type cathode ray tubes (CRTs), printers, and/or modems. The output shall be paralleled ASCII from an EIA RS-232-C connection with a baud rate of 1200 or 2400 to allow use of any commonly available CRT, printer, or modem.

2.2.11 Annunciator

2.2.11.1 Annunciator Panel

Provide an annunciator which indicates the building floor plan, including the locations of stairs and elevators. Stairs and elevators shall be identified by number. Alarm circuit boundaries shall be clearly marked on the floor plan. The annunciator shall be an LCD (liquid crystal display) style panel and flush mounted.

2.2.11.2 Material

Construct the annunciator face plate of smoked Plexiglas. Control equipment and wiring shall be housed in a recessed back box. The exposed portions of the back box shall be bronze plated with knockouts.

2.2.12 Manual Stations

Provide metal or plastic, semi-flush mounted, double action, addressable manual stations, which are not subject to operation by jarring or vibration. Stations shall be equipped with screw terminals for each conductor. Stations which require the replacement of any portion of the device after activation are not permitted. Stations shall be finished in fire-engine red with molded raised lettering operating instructions of contrasting color. The use of a key or wrench shall be required to reset the station.

2.2.13 Notification Appliances

2.2.13.1 Visual Alarm Signals

Provide strobe light visual alarm signals which operate on a supervised 24 volt DC circuit. The strobe lens shall comply with UL 1971 and conform to the Americans With Disabilities Act. The light pattern shall be disbursed so that it is visible above and below the strobe and from a 90 degree angle on both sides of the strobe. The strobe flash output shall be a minimum of 15 candela based on the UL 1971 test. The strobe shall have a xenon flash tube. Visible appliances may be part of an audio-visual assembly. Where more than two appliances are located in the same room or corridor, provide synchronized operation.

2.2.13.2 Fire Alarm Horns

Provide semi-flush mounted electronic multi-tone horns that produce a minimum of four distinct sounds, suitable for use in an electrically supervised circuit. Horns shall have a rating of 90 dBA at 10 feet when tested in accordance with UL 464 while emitting a temporal coded signal. Output from the horns shall be a temporal coded signal. Where horns and strobes are provided in the same location, they may be combined into a single unit.

2.2.13.3 Connections

Provide screw terminals for each notification appliance. Terminals shall be designed to accept the size conductors used in this project without modification.

2.2.14 Valve Monitor Switches (Tamper Switches)

Provide a tamper switch for each fire protection system control valve. Tamper switches shall be UL listed as "Extinguishing System Attachment" for the location and type of valve supervised. The device shall contain double pole, double throw contacts. Operation of the switch shall cause a supervisory signal to be transmitted to the FACP upon not more than two complete turns of the valve wheel or a closure of 10 percent, whichever is less. Tamper switches shall be equipped with screw terminals for each conductor.

2.2.15 Water flow Detectors

a. Provide vane type water flow detectors for wet pipe sprinkler systems. The device shall contain double pole, double throw contacts. Equip the detector with a pneumatic time delay, field adjustable from 0 to 90 seconds. The time delay shall be set initially to 30 seconds. The device shall be a UL listed extinguishing system attachment rated for the particular pressure

and location at which it is installed. Flow switches shall be equipped with screw terminals for each conductor.

b. Provide pressure type water flow detectors for dry pipe sprinkler systems. The device shall contain double pole, double throw contacts. The device shall be a UL listed extinguishing system attachment rated for the particular pressure and location at which it is installed. Switch shall be equipped with screw terminals for each conductor.

2.2.16 Electromagnetic Door Holders

Where indicated on the drawings, provide magnetic fire door hold open devices. The electromagnetic holding devices shall be designed to operate on 120 VAC, and require not more than 3 watts of power to develop 25 psi of holding force. The initiation of any fire alarm shall cause the release of the electromagnetic door holding device permitting the door to be closed by the door closer. The device shall be UL listed based on UL 228 tests.

2.2.17 Automatic Transmitters

2.2.17.1 Signals To Be Transmitted to the Base Receiving Station

The following signals shall be sent to the base receiving station:

a. Sprinkler water flow

b. Manual pull stations

c. Smoke detectors

d. Sprinkler valve supervision

## 2.3 NAMEPLATES

Major components of equipment shall have the manufacturer's name, address, type or style, model or serial number, catalog number, date of installation, installing Contractor's name and address, and the contract number provided on a new plate permanently affixed to the item or equipment. Major components include, but are not limited to, the following:

a. FACPs

Furnish to obtain approval by the Contracting Officer before installation. Obtain approval by the Contracting Officer for installation locations. Nameplates shall be etched metal or plastic, permanently attached by screws to panels or adjacent walls.

## 2.4 WIRING

Provide wiring materials under this section as specified in Section 16402, "Interior Wiring Systems," with the additions and modifications specified herein.

# PART 3 EXECUTION

## 3.1 INSTALLATION OF FIRE ALARM INITIATING AND INDICATING DEVICES

a. FACP: Locate the FACP where indicated on the drawings. Surface

mount the enclosure with the top of the cabinet 6 feet above the finished floor or center the cabinet at 5 feet, whichever is lower. Conductor terminations shall be labeled and a drawing containing conductors, their labels, their circuits, and their interconnection shall be permanently mounted in the FACP.

b. Manual Stations: Locate manual stations where shown on the drawings. Mount stations so that their operating handles are 4 feet above the finished floor. Mount stations so they are located no farther than 5 feet from the exit door they serve, measured horizontally.

c. Notification Appliance Devices: Locate notification appliance devices as required by NFPA 72 and where shown on the drawings. Mount assemblies on walls 80 inches above the finished floor or 6 inches below the ceiling whichever is lower.

d. Smoke Sensors: Locate sensors as required by NFPA 72 and their listings and as shown on the drawings on a 4 inch mounting box. Sensors located on the ceiling shall be installed not less than 4 inches from a side wall to the near edge. Those located on the wall shall have the top of the sensor at least 4 inches below the ceiling, but not more than 12 inches below the ceiling. Install smoke sensors no closer than 5 feet from air handling supply outlets. Smoke sensors are required to activate magnetic door closer mechanisms.

e. Annunciator: Locate the annunciator as shown on the drawings. Recess mount the panel, with the top of the panel 6 feet above the finished floor or center the panel at 5 feet, whichever is lower.

f. Water Flow Detectors and Tamper Switches: Locate water flow detectors and tamper switches where shown on the drawings

g. The modification of any fire alarm system and the procedures shall comply with the requirements of NFPA 241.

## 3.2 CONNECTION OF NEW SYSTEM

The following new system connections shall be made during the last phase of construction, at the beginning of the preliminary tests. New system connections shall include:

a. Connection of new system transmitter to existing base fire reporting system.

Once these connections are made, system shall be left energized and new audio/visual devices deactivated. Report immediately to the Contracting Officer, coordination and field problems resulting from the connection of the above components.

## 3.3 FIRESTOPPING

Provide firestopping for holes at conduit penetrations through floor slabs, fire rated walls, partitions with fire rated doors, corridor walls, and vertical service shafts in accordance with Section 07840, "Firestopping."

## 3.4 PAINTING

Paint exposed electrical, fire alarm conduit, and surface metal raceway to match adjacent finishes in exposed areas. Paint junction boxes conduit and surface metal raceways red in unfinished areas. Painting shall comply with Section 09900, “Paints and Coatings."

3.5 FIELD QUALITY CONTROL

3.5.1 Tests

a. Megger Tests: After wiring has been installed, and prior to making any connections to panels or devices, wiring shall be megger tested for insulation resistance, grounds, and/or shorts. Conductors with 300 volt rated insulation shall be tested at a minimum of 250 VDC. Conductors with 600 volt rated insulation shall be tested at a minimum of 500 VDC. The tests shall be witnessed by the Contracting Officer and test results recorded for use at the final acceptance test.

b. Loop Resistance Tests: Measure and record the resistance of each circuit with each pair of conductors in the circuit short-circuited at the farthest point from the circuit origin. The tests shall be witnessed by the Contracting Officer and test results recorded for use at the final acceptance test.

c. Preliminary Testing: Conduct preliminary tests to ensure that devices and circuits are functioning properly. Tests shall meet the requirements of paragraph entitled "Minimum System Tests." After preliminary testing is complete, provide a letter certifying that the installation is complete and fully operable. The letter shall state that each initiating and indicating device was tested in place and functioned properly. The letter shall also state that panel functions were tested and operated properly. The letter shall include the names and titles of the witnesses to the preliminary tests. The Contractor and an authorized representative from each supplier of equipment shall be in attendance at the preliminary testing to make necessary adjustments.

d. Request for Formal Inspection and Tests: When tests have been completed and corrections made, submit a signed, dated certificate with a request for formal inspection and tests to the Contracting Officer.

e. Final Testing: Notify the Contracting Officer in writing when the system is ready for final acceptance testing. Submit request for test at least 15 calendar days prior to the test date. A final acceptance test will not be scheduled until the operation and maintenance (O&M) manuals are furnished to the Contracting Officer and the following are provided at the job site:

(1) The systems manufacturer's technical representative

(2) Marked-up red line drawings of the system as actually installed

(3) Megger test results

(4) Loop resistance test results

(5) Complete program printout including input/output addresses

The final tests shall be witnessed by the Fire Protection Engineer. At this time, any and all required tests shall be repeated at their discretion. Following acceptance of the system, as-built drawings and O&M manuals shall be delivered to the Contracting Officer for review and acceptance. In existing buildings, the transfer of devices from the existing system to the new system and the permission to begin demolition of the old fire alarm system will not be permitted until the as-built drawings and O&M manuals are received.

3.5.2 Minimum System Tests

Test the system in accordance with the procedures outlined in NFPA 72. The required tests are as follows:

a. Verify the absence of unwanted voltages between circuit conductors and ground. The tests shall be accomplished at the preliminary test with results available at the final system test.

b. Verify that the control unit is in the normal condition as detailed in the manufacturer's O&M manual.

c. Test each initiating and indicating device and circuit for proper operation and response at the control unit. Smoke sensors shall be tested in accordance with manufacturer's recommended calibrated test method. Testing of duct smoke detectors shall comply with the requirements of NFPA 72.

d. Test the system for specified functions in accordance with the contract drawings and specifications and the manufacturer's O&M manual.

e. Test both primary power and secondary power. Verify, by test, the secondary power system is capable of operating the system for the time period and in the manner specified.

f. Determine that the system is operable under trouble conditions as specified.

g. Visually inspect wiring.

h. Test the battery charger and batteries.

i. Verify that software control and data files have been entered or programmed into the FACP. Hard copy records of the software shall be provided to the Contracting Officer.

j. Verify that red-line drawings are accurate.

k. Measure the current in circuits to ensure there is the calculated spare capacity for the circuits.

l. Measure voltage readings for circuits to ensure that voltage drop is not excessive.

m. Disconnect the verification feature for smoke sensors during tests to minimize the amount of smoke needed to activate the sensor.

Testing of smoke sensors shall be conducted using real smoke. The use of canned smoke is prohibited.

n. Measure the voltage drop at the most remote appliance on each notification appliance circuit.

## 3.6 INSTRUCTION OF GOVERNMENT EMPLOYEES

Equipment manufacturer shall provide one 8 hour day onsite. Training shall allow for classroom instruction as well as individual hands on programming, troubleshooting and diagnostics exercises.

### 3.6.1 Instructor

Include in the project the services of an instructor, who shall have received specific training from the manufacturer for the training of other persons regarding the inspection, testing, and maintenance of the system provided. The instructor shall train the Government employees designated by the Contracting Officer, in the care, adjustment, maintenance, and operation of the fire alarm system.

### 3.6.2 Qualifications

Each instructor shall be thoroughly familiar with all parts of this installation. The instructor shall be trained in operating theory as well as in practical O&M work.

### 3.6.3 Required Instruction Time

Provide 16 hours of instruction after final acceptance of the system. The instruction shall be given during regular working hours on such dates and times as are selected by the Contracting Officer. The instruction may be divided into two or more periods at the discretion of the Contracting Officer. The training shall allow for rescheduling for unforeseen maintenance and/or fire department responses.

-- End of Section --

SECTION 13930

# WET-PIPE FIRE SUPPRESSION SPRINKLERS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITION

a. Year 2000 compliant - means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations.

### 1.3 SYSTEM DESCRIPTION

Design and provide automatic wet pipe fire extinguishing sprinkler systems for complete fire protection coverage throughout building.

### 1.4 SPRINKLER SYSTEM DESIGN

Design automatic wet pipe fire extinguishing sprinkler systems in accordance with the required and advisory provisions of NFPA 13, except as modified herein, by hydraulic calculations for uniform distribution of water over the design area. Discharge from individual heads in the hydraulically most remote area shall be between 100 percent and 120 percent of the specified density. Each system shall include materials, accessories, and equipment inside and outside the building to provide each system complete and ready for use. Design and provide each system to give full consideration to blind spaces, piping, electrical equipment, ducts, and other construction and equipment in accordance with detailed working drawings to be submitted for approval. Locate sprinkler heads in a consistent pattern with ceiling grid, lights, and air supply diffusers. Provide sprinkler heads and piping system layout. Devices and equipment for fire protection service shall be UL FPED listed or FM P7825 approved for use in wet pipe sprinkler systems. Design systems for earthquake protection.

#### 1.4.1 Location of Sprinkler Heads

Heads in relation to the ceiling and the spacing of sprinkler heads shall not exceed that permitted by NFPA 13 for light hazard occupancy. Uniformly space sprinklers on the branch piping.

#### 1.4.2 Water Distribution

Distribution shall be uniform throughout the area in which the sprinkler

heads will open. Discharge from individual heads in the hydraulically most remote area shall be 100 percent of the specified density.

#### 1.4.3 Density of Application of Water

Size pipe to provide the specified density when the system is discharging the specified total maximum required flow. Application to horizontal surfaces below the sprinklers shall be 0.10 gpm per sq ft.

#### 1.4.4 Sprinkler Discharge Area

Area shall be the hydraulically most remote 1500 sq. ft area as defined in NFPA 13.

#### 1.4.5 Outside Hose Allowances

Hydraulic calculations shall include an allowance of 250 gpm for outside hose streams.

#### 1.4.6 Friction Losses

Calculate losses in piping in accordance with the Hazen-Williams formula with 'C' value of 120 for steel piping and 140 for cement-lined ductile-iron piping.

#### 1.4.7 Water Supply

Verify available fire water flow, pressure, and residual pressure and perform hydraulic calculations.

#### 1.4.8 Detail Drawings

Prepare 24 by 36 inch detail working drawings of sprinkler heads and piping system layout in accordance with NFPA 13, "Working Drawings (Plans)." Show data essential for proper installation of each system. Show details, plan view, elevations, and sections of the systems supply and piping. Show piping schematic of systems supply, devices, valves, pipe, and fittings. Show point to point electrical wiring diagrams. Submit drawings signed by a registered fire protection engineer.

#### 1.4.9 As-Built Drawings

After completion, but before final acceptance, submit complete set of as-built drawings of each system for record purposes. Submit 24 by 36 inch drawings on reproducible mylar film with title block similar to full size contract drawings. Furnish the as-built (record) working drawings in addition to as-built contract drawings required by Division 1, "General Requirements."

### 1.5 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Sprinkler heads and piping system layout; G

Electrical wiring diagrams; G

SD-03 Product Data

Piping; G

Alarm valves; G

Valves, including post indicator valve, gate, check, and globe; G

Water motor alarms; G

Sprinkler heads; G

Pipe hangers and supports; G

Flow switch; G

Fire department connections; G

Mechanical couplings; G

Backflow Preventer; G

Annotate descriptive data to show the specific model, type, and size of each item.

SD-05 Design Data

Sprinkler system design; G

Submit computer program generated hydraulic calculations to substantiate compliance with hydraulic design requirements. Submit name of software program used.

SD-06 Test Reports

Preliminary tests on piping system; G

SD-07 Certificates

Qualifications of installer; G

Year 2000 (Y2K) Compliance Warranty

SD-10 Operation and Maintenance Data

Alarm valves, Data Package 3; G

Excess pressure pump, Data Package 3; G

Backflow preventer, Data Package 3; G

Submit in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

As-built drawings of each system; G

## 1.6 QUALITY ASSURANCE

### 1.6.1 Qualifications of Installer

Prior to installation, submit data showing that the Contractor has successfully installed systems of the same type and design as specified herein, or that Contractor has a firm contractual agreement with a subcontractor having such required experience. Data shall include names and locations of at least two installations where the Contractor, or the subcontractor referred to above, has installed such systems. Indicate type and design of each system and certify that each system has performed satisfactorily in the manner intended for not less than 18 months.

Qualifications of System Technician: Installation drawings, shop drawing and as-built drawings shall be prepared, by or under the supervision of, an individual who is experienced with the types of works specified herein, and is currently certified by the National Institute for Certification in Engineering Technologies (NICET) as an engineering technician with minimum Level-III certification in Automatic Sprinkler System program. Contractor shall submit data for approval showing the name and certification of all involved individuals with such qualifications at or prior to submittal of drawings.

## 1.7 WARRANTY

### 1.7.1 Year 2000 (Y2K) Compliance Warranty

For each product, component and system specified in this section as a "computer controlled facility component" provide a statement of Y2K compliance warranty for the specific equipment. The contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations to the extent that other computer controlled components, used in combination with the computer controlled component being acquired, properly exchange data and time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provisions to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other that Year 2000 performance.

# PART 2 PRODUCTS

## 2.1 Y2K COMPLIANT PRODUCTS

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip

technology. This includes, but in not limited to, telecommunications switches, programmable thermostats, HVAC controllers, elevator controllers, utility monitoring and control systems, fire detection and suppression systems, alarms, security systems, traffic signals, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

2.2 ABOVEGROUND PIPING SYSTEMS

Provide fittings for changes in direction of piping and for connections. Make changes in piping sizes through tapered reducing pipe fittings; bushings will not be permitted. Perform welding in the shop; field welding will not be permitted. Conceal piping in areas with suspended ceiling and gypsum ceiling.

2.2.1 Sprinkler Piping

NFPA 13, except as modified herein. Steel piping shall be Schedule 40 for sizes less than 8 inches. Fittings into which sprinkler heads, sprinkler head riser nipples, or drop nipples are threaded shall be welded, threaded, or grooved-end type. Plain-end fittings with mechanical couplings and fittings which use steel gripping devices to bite into the pipe when pressure is applied will not be permitted. Rubber gasketed grooved-end pipe and fittings with mechanical couplings shall be permitted in pipe sizes 1.5 inches and larger. Fittings shall be UL FPED listed or FM P7825 approved for use in wet pipe sprinkler systems. Fittings, mechanical couplings, and rubber gaskets shall be supplied by the same manufacturer. Steel piping with wall thickness less than Schedule 30 shall not be threaded. Sprinkler pipe and fittings shall be metal.

2.2.2 Sprinkler Heads

Provide nominal 0.50 inch orifice sprinkler heads. O-rings will not be permitted in sprinkler heads. Release element of each head shall be of the ordinary temperature rating or higher as suitable for the specific application. Provide polished stainless steel ceiling plates or chromium-plated finish on copper alloy ceiling plates, and chromium-plated pendent sprinklers below suspended ceilings. Provide recessed type sprinkler heads. Deflector shall not be more than 3 inches below suspended ceilings. Ceiling plates shall not be more than 0.5 inch deep. Ceiling cups shall not be permitted.

2.2.3 Cabinet

Provide metal cabinet with extra sprinkler heads, including a representative sample of dry pendent type sprinklers and sprinkler head wrench adjacent to each alarm valve. The number and types of extra sprinkler heads shall be as specified in NFPA 13.

2.2.4 Alarm Valves

Provide variable pressure type alarm valve complete with retarding chamber, alarm test valve, alarm shutoff valve, drain valve, pressure gages, accessories, and appurtenances for the proper operation of the system.

2.2.5 Water Motor Alarms

Provide alarms of the approved weatherproof and guarded type, to sound locally on the flow of water in each corresponding sprinkler system. Mount

alarms on the outside of the outer walls of each building at a location as directed. Provide separate drain piping directly to exterior of building.

2.2.6 Flow Switch

Provide switch with circuit opener or closer for the automatic transmittal of an alarm over the facility fire alarm system. Connection of switch shall be under Section 13852, "Interior Fire Alarm System". Alarm actuating device shall have mechanical diaphragm controlled retard device adjustable from 10 to 60 seconds and shall instantly recycle.

2.2.7 Pipe Hangers and Supports

Provide in accordance with NFPA 13. Attach to steel joists with MSS SP-58, Type 19 or 23 clamps and retaining straps. Attach to Steel W or S beams with Type 21, 28, 29, or 30 clamps. Attach to steel angles and vertical web steel channels with Type 20 clamp with beam clamp channel adapter. Attach to horizontal web steel channel and wood with drilled hole on centerline and double nut and washer. Attach to concrete with Type 18 insert or drilled expansion anchor.

2.2.8 Valves

NFPA 13. Provide valves of types approved for fire service. Gate valves shall open by counterclockwise rotation. Provide an OS&Y valve beneath each alarm. Check valves shall be flanged clear opening swing-check type with flanged inspection and access cover plate for sizes 4 inches and larger.

2.2.9 Identification Signs

NFPA 13. Attach properly lettered and approved metal signs to each valve and alarm device. Permanently affix hydraulic design data nameplates to the riser of each system.

2.2.10 Test Connections

2.2.10.1 Inspector's Test Connection for Preaction Systems

Provide test connections approximately 6 feet above the floor for each sprinkler system or portion of each sprinkler system equipped with an alarm device; locate at the hydraulically most remote part of each system. Provide test connection piping to a drain location that can accept full flow where the discharge will be readily visible and where water may be discharged without property damage. Discharge to a floor drain shall be permitted only if the drain is sized to accommodate full flow. Discharge to janitor sinks or similar fixtures shall not be permitted. Provide discharge orifice of same size as corresponding sprinkler orifice. The penetration of the exterior wall shall be no greater than 2 feet above finished grade.

2.2.10.2 Backflow Preventer Test Connection

Provide downstream of the backflow prevention assembly listed hose valves with 2.5 inch National Standard male hose threads with cap and chain. Provide one valve for each 250 gpm of system demand or fraction thereof. Provide a permanent sign in accordance with paragraph entitled "Identification Signs" which reads, "Test Valve."

2.2.11 Main Drains

Provide separate drain piping to discharge at safe points outside building. Provide auxiliary drains as required by NFPA 13. Provide precast concrete splash block under each exterior drain discharge. The penetration of the exterior wall shall be no greater than 2 feet above finished grade.

2.2.12 Fire Department Connections

Provide 4 inchconnections approximately 3 feet above finish grade, of the approved two-way type with 2.5 inch National Standard female hose threads with plug, chain, and identifying fire department connection escutcheon plate.

2.3 BURIED WATER PIPING SYSTEMS

2.3.1 Pipe and Fittings

Provide outside coal tar epoxy coated, cement-mortar lined, ductile-iron pipe, and fittings conforming to NFPA 24 for piping under the building and outside of building walls. Anchor joints in accordance with NFPA 24. Provide concrete thrust block at the elbow where the pipe turns up toward the floor, and restrain the pipe riser with steel rods from the elbow to the flange above the floor. Minimum pipe size shall be 6 inches. Minimum depth of cover shall be 3 feet at finish grade. Piping beyond 5 feet outside of building walls shall be provided under Section 02510, "Water Distribution."

2.3.2 Valves

Provide as required by NFPA 24. Gate valves shall conform to UL 262 and shall open by counterclockwise rotation.

2.3.3 Post Indicator Valves

Provide with operating nut located about 3 feet above finished grade. Gate valves for use with indicator post shall conform to UL 262. Indicator post shall conform to UL 789. Provide each indicator post with one coat of primer and two coats of red enamel paint.

2.3.4 Valve Boxes

Except where indicator posts are provided, for each buried valve, provide cast-iron valve box of a suitable size. Provide cast-iron cover for valve box with the word "WATER" cast on the cover. The minimum box shaft diameter shall be 5.25 inches. Coat cast-iron and ductile-iron boxes with bituminous paint applied to a minimum dry-film thickness of 10 mils.

2.3.5 Buried Utility Warning and Identification Tape

Provide detectable aluminum foil plastic backed tape or detectable magnetic plastic tape manufactured specifically for warning and identification of buried piping. Tape shall be detectable by an electronic detection instrument. Provide tape in rolls, 3 inches minimum width, color coded for the utility involved with warning and identification imprinted in bold black letters continuously and repeatedly over entire tape length. Warning and identification shall read "CAUTION BURIED WATER PIPING BELOW" or similar wording. Use permanent code and letter coloring unaffected by moisture and other substances contained in trench backfill material.

## 2.4 PIPE SLEEVES

Provide where piping passes entirely through walls, floors, and roofs. Secure sleeves in position and location during construction. Piping passing through grade beams or foundation members is not permitted. Provide sleeves of sufficient length to pass through entire thickness of walls, floors, and roofs. Provide one inch minimum clearance between exterior of piping and interior of sleeve or core-drilled hole. Firmly pack space with mineral wool insulation. Seal space at both ends of the sleeve or core-drilled hole with plastic waterproof cement which will dry to a firm but pliable mass, or provide a mechanically adjustable segmented elastomeric seal. In fire walls and fire floors, seal both ends of pipe sleeves or core-drilled holes with UL listed fill, void, or cavity material.

a. Sleeves in Masonry and Concrete Walls, Floors, and Roofs: Provide hot-dip galvanized steel, ductile-iron, or cast-iron sleeves. Core drilling of masonry and concrete may be provided in lieu of pipe sleeves when cavities in the core-drilled hole are completely grouted smooth.

b. Sleeves in Other Than Masonry and Concrete Walls, Floors, and Roofs: Provide 26 gage galvanized steel sheet.

## 2.5 ESCUTCHEON PLATES

Provide split hinge metal plates for piping entering walls, floors, and ceilings in exposed spaces. Provide polished stainless steel plates or chromium-plated finish on copper alloy plates in finished spaces. Provide paint finish on metal plates in unfinished spaces.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Installation, workmanship, fabrication, assembly, erection, examination, inspection, and testing shall be in accordance with NFPA 13, except as modified herein. Install piping straight and true to bear evenly on hangers and supports. Do not hang piping from plaster ceilings. Keep the interior and ends of new piping and existing piping affected by Contractor's operations thoroughly cleaned of water and foreign matter. Keep piping systems clean during installation by means of plugs or other approved methods. When work is not in progress, securely close open ends of piping to prevent entry of water and foreign matter. Inspect piping before placing into position. Provide Teflon pipe thread paste on male threads.

### 3.1.1 Electrical Work

Provide electrical work associated with this section under Section 16402, "Interior Distribution System," except for control and fire alarm wiring. Provide fire alarm system under Section 13852, "Interior Fire Alarm System." Provide control and fire alarm wiring, including connections to fire alarm systems, under this section in accordance with NFPA 70. Provide wiring in rigid metal conduit or intermediate metal conduit, except electrical metallic tubing conduit may be used in dry locations not enclosed in concrete or where not subject to mechanical damage.

### 3.1.2 Disinfection

Disinfect the new water piping and existing water piping affected by Contractor's operations in accordance with AWWA C651. Fill piping systems with solution containing minimum of 50 parts per million (ppm) of available chlorine and allow solution to stand for minimum of 24 hours. Flush solution from the systems with domestic water until maximum residual chlorine content is within the range of 0.2 to 0.5 ppm, or the residual chlorine content of domestic water supply. Obtain at least two consecutive satisfactory bacteriological samples from new water piping, analyze by a certified laboratory, and submit results prior to the new water piping being place into service. Disinfection of systems supplied by nonpotable water is not required.

#### 3.1.3 Connections to Existing Water Supply Systems

Provide new water service tee fittings from the new 12 inch water main to the new building extension. To maintain service to existing Building 245, the Contractor may use tapping or drilling machine valve and mechanical joint type sleeve for connections to be made under pressure, when the new water service line can maintain a minimum 30" cover from the top of the pipe to grade. Bolt sleeves around the main piping; bolt valve to the branch connection. Open valve, attach drilling machine, make tap, close valve, and remove drilling machine, all without interruption of service. Notify the Contracting Officer in writing at least 15 days prior to connection date; receive approval before any service is interrupted. Furnish materials required to make connections into existing water supply systems, and perform excavating, backfilling, and other incidental labor as required. Furnish the labor and the tapping or drilling machine for making the actual connections to existing systems.

#### 3.1.4 Buried Piping System

Bury tape with the printed side up at a depth of 12 inches below the top surface of earth or the top surface of the subgrade under pavements.

### 3.2 FIELD QUALITY CONTROL

Perform test to determine compliance with the specified requirements in the presence of the Contracting Officer. Test, inspect, and approve piping before covering or concealing.

#### 3.2.1 Preliminary Tests

Hydrostatically test each system at 200 psig for a 2 hour period with no leakage or reduction in pressure. Flush piping with potable water in accordance with NFPA 13. Piping above suspended ceilings shall be tested, inspected, and approved before installation of ceilings. Test the alarms and other devices. Test the water flow alarms by flowing water through the inspector's test connection. When tests have been completed and corrections made, submit a signed and dated certificate, similar to that specified in NFPA 13.

#### 3.2.2 Formal Tests and Inspections

Do not submit a request for formal test and inspection until the preliminary test and corrections are completed and approved. Submit a written request for formal inspection at least 15 days prior to inspection date. An experienced technician regularly employed by the system installer shall be present during the inspection. At this inspection, repeat any or

all of the required tests as directed. Correct defects in work provided by the Contractor, and make additional tests until the systems comply with contract requirements. Furnish appliances, equipment, electricity, instruments, connecting devices, and personnel for the tests. The Government will furnish water for the tests. The Western Division, Naval Facilities Engineering Command, Fire Protection Engineer, will witness formal tests and approve systems before they are accepted.

3.3 FIELD PAINTING

Field painting of fire extinguishing sprinkler system shall be specified in Section 09900, Paints and Coatings."

-- End of Section --

SECTION 15050

# BASIC MECHANICAL MATERIALS AND METHODS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

This section applies to all sections of Division 15, "Mechanical" of this project specification, unless specified otherwise in the individual section.

### 1.3 QUALITY ASSURANCE

#### 1.3.1 Material and Equipment Qualifications

Provide materials and equipment that are standard products of manufacturers regularly engaged in the manufacture of such products, which are of a similar material, design and workmanship. Standard products shall have been in satisfactory commercial or industrial use for 2 years prior to bid opening. The 2-year use shall include applications of equipment and materials under similar circumstances and of similar size. The product shall have been for sale on the commercial market through advertisements, manufacturers' catalogs, or brochures during the 2 year period.

#### 1.3.2 Alternative Qualifications

Products having less than a two-year field service record will be acceptable if a certified record of satisfactory field operation for not less than 6000 hours, exclusive of the manufacturer's factory or laboratory tests, can be shown.

#### 1.3.3 Service Support

The equipment items shall be supported by service organizations. Submit a certified list of qualified permanent service organizations for support of the equipment which includes their addresses and qualifications. These service organizations shall be reasonably convenient to the equipment installation and able to render satisfactory service to the equipment on a regular and emergency basis during the warranty period of the contract.

#### 1.3.4 Manufacturer's Nameplate

Each item of equipment shall have a nameplate bearing the manufacturer's name, address, model number, and serial number securely affixed in a conspicuous place; the nameplate of the distributing agent will not be acceptable.

1.3.5 Modification of References

In each of the publications referred to herein, consider the advisory provisions to be mandatory, as though the word, "shall" had been substituted for "should" wherever it appears. Interpret references in these publications to the "authority having jurisdiction", or words of similar meaning, to mean the Contracting Officer.

1.3.5.1 Definitions

For the International Code Council (ICC) Codes referenced in the contract documents, advisory provisions shall be considered mandatory, the word "should" shall be interpreted as "shall." Reference to the "code official" shall be interpreted to mean the "Contracting Officer." For Navy owned property, references to the "owner" shall be interpreted to mean the "Contracting Officer." For leased facilities, references to the "owner" shall be interpreted to mean the "lessor." References to the "permit holder" shall be interpreted to mean the "Contractor."

1.3.5.2 Administrative Interpretations

For ICC Codes referenced in the contract documents, the provisions of Chapter 1, "Administrator," do not apply. These administrative requirements are covered by the applicable Federal Acquisition Regulations (FAR) included in this contract and by the authority granted to the Officer in Charge of Construction to administer the construction of this project. References in the ICC Codes to sections of Chapter 1, shall be applied appropriately by the Contracting Officer as authorized by his administrative cognizance and the FAR.

1.4 DELIVERY, STORAGE, AND HANDLING

Handle, store, and protect equipment and materials to prevent damage before and during installation in accordance with the manufacturer's recommendations, and as approved by the Contracting Officer. Replace damaged or defective items.

1.5 SAFETY REQUIREMENTS

1.5.1 Equipment Safety

Provide positive means of locking out equipment so that equipment cannot be accidentally started during maintenance procedures. High-temperature equipment and piping so located as to endanger personnel or create a fire hazard shall be properly guarded or covered with insulation of the type specified. Ensure that access openings leading to equipment are large enough to carry through routine maintenance items such as filters and tools.

1.5.2 Warning Sign

Provide a permanent placard or sign at the entrance to confined spaces contained in the equipment. The sign shall warn personnel not to enter the space until the atmosphere inside has been tested and systems have been de-energized.

1.5.3 Lockout of Energy Sources

Provide appropriate lockout devices for energy isolating valves and for machines or other equipment to prevent unexpected start-up or release of

stored electrical, mechanical, hydraulic, pneumatic, thermal, chemical, or other energy in accordance with 29 CFR 1910.147. Lockout devices for valves shall provide a means of attachment to which, or through which, a lock can be affixed or shall have a locking mechanism built into it so that the valve cannot be moved from the lockout position until the lock is removed. Electrical isolation of machines or other equipment shall be in accordance with requirements of DIVISION 16 "Electrical."

## 1.6 ELECTRICAL REQUIREMENTS

Furnish motors, controllers, disconnects and contactors with their respective pieces of equipment. Motors, controllers, disconnects and contactors shall conform to and have electrical connections provided under Section 16402, "Interior Distribution System." Furnish internal wiring for components of packaged equipment as an integral part of the equipment. Extended voltage range motors will not be permitted. Controllers and contactors shall have a maximum of 120 volt control circuits, and shall have auxiliary contacts for use with the controls furnished. When motors and equipment furnished are larger than sizes indicated, the cost of additional electrical service and related work shall be included under the section that specified that motor or equipment. Power wiring and conduit for field installed equipment shall be provided under and conform to the requirements of Section 16402, "Interior Distribution System."

## 1.7 ELECTRICAL INSTALLATION REQUIREMENTS

Electrical installations shall conform to ANSI C2, NFPA 70, and requirements specified herein.

### 1.7.1 New Work

Provide electrical components of mechanical equipment, such as motors, motor starters (except starters/controllers which are indicated as part of a motor control center), control or push-button stations, float or pressure switches, solenoid valves, integral disconnects, and other devices functioning to control mechanical equipment, as well as control wiring and conduit for circuits rated 100 volts or less, to conform with the requirements of the section covering the mechanical equipment. Extended voltage range motors shall not be permitted. The interconnecting power wiring and conduit, control wiring rated 120 volts (nominal) and conduit, the motor control equipment forming a part of motor control centers, and the electrical power circuits shall be provided under Division 16, except internal wiring for components of package equipment shall be provided as an integral part of the equipment. When motors and equipment furnished are larger than sizes indicated, provide any required changes to the electrical service as may be necessary and related work as a part of the work for the section specifying that motor or equipment.

### 1.7.2 Modifications to Existing Systems

Where existing mechanical systems and motor-operated equipment require modifications, provide electrical components under Division 16.

### 1.7.3 High Efficiency Motors

#### 1.7.3.1 High Efficiency Single-Phase Motors

Unless otherwise specified, single-phase fractional-horsepower

alternating-current motors shall be high efficiency types corresponding to the applications listed in NEMA MG 11.

1.7.3.2 High Efficiency Polyphase Motors

Unless otherwise specified, polyphase motors shall be selected based on high efficiency characteristics relative to the applications as listed in NEMA MG 10. Additionally, polyphase squirrel-cage medium induction motors with continuous ratings shall meet or exceed energy efficient ratings in accordance with Table 12-6C of NEMA MG 1.

1.7.4 Three-Phase Motor Protection

Provide controllers for motors rated one hp and larger with electronic phase-voltage monitors designed to protect motors from phase-loss, undervoltage, and overvoltage. Provide protection for motors from immediate restart by a time adjustable restart relay.

1.8 INSTRUCTION TO GOVERNMENT PERSONNEL

When specified in other sections, furnish the services of competent instructors to give full instruction to the designated Government personnel in the adjustment, operation, and maintenance, including pertinent safety requirements, of the specified equipment or system. Instructors shall be thoroughly familiar with all parts of the installation and shall be trained in operating theory as well as practical operation and maintenance work.

Instruction shall be given during the first regular work week after the equipment or system has been accepted and turned over to the Government for regular operation. The number of man-days (8 hours per day) of instruction furnished shall be as specified in the individual section. When more than 4 man-days of instruction are specified, use approximately half of the time for classroom instruction. Use other time for instruction with the equipment or system.

When significant changes or modifications in the equipment or system are made under the terms of the contract, provide additional instruction to acquaint the operating personnel with the changes or modifications.

1.9 ACCESSIBILITY

Install all work so that parts requiring periodic inspection, operation, maintenance, and repair are readily accessible. Install concealed valves, expansion joints, controls, dampers, and equipment requiring access, in locations freely accessible through access doors.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

3.1 PAINTING OF NEW EQUIPMENT

New equipment painting shall be factory applied or shop applied, and shall be as specified herein, and provided under each individual section.

3.1.1 Factory Painting Systems

Manufacturer's standard factory painting systems may be provided subject to certification that the factory painting system applied will withstand 125 hours in a salt-spray fog test, except that equipment located outdoors shall withstand 500 hours in a salt-spray fog test. Salt-spray fog test shall be in accordance with ASTM B 117, and for that test the acceptance criteria shall be as follows: immediately after completion of the test, the paint shall show no signs of blistering, wrinkling, or cracking, and no loss of adhesion; and the specimen shall show no signs of rust creepage beyond 0.125 inch on either side of the scratch mark.

The film thickness of the factory painting system applied on the equipment shall not be less than the film thickness used on the test specimen. If manufacturer's standard factory painting system is being proposed for use on surfaces subject to temperatures above 120 degrees F, the factory painting system shall be designed for the temperature service.

3.1.2 Shop Painting Systems for Metal Surfaces

Clean, pretreat, prime and paint metal surfaces; except aluminum surfaces need not be painted. Apply coatings to clean dry surfaces. Clean the surfaces to remove dust, dirt, rust, oil and grease by wire brushing and solvent degreasing prior to application of paint, except metal surfaces subject to temperatures in excess of 120 degrees F shall be cleaned to bare metal.

Where more than one coat of paint is specified, apply the second coat after the preceding coat is thoroughly dry. Lightly sand damaged painting and retouch before applying the succeeding coat. Color of finish coat shall be aluminum or light gray.

a. Temperatures Less Than 120 Degrees F: Immediately after cleaning, the metal surfaces subject to temperatures less than 120 degrees F shall receive one coat of pretreatment primer applied to a minimum dry film thickness of 0.3 mil, one coat of primer applied to a minimum dry film thickness of one mil; and two coats of enamel applied to a minimum dry film thickness of one mil per coat.

b. Temperatures Between 120 and 400 Degrees F: Metal surfaces subject to temperatures between 120 and 400 degrees F shall receive two coats of 400 degrees F heat-resisting enamel applied to a total minimum thickness of 2 mils.

c. Temperatures Greater Than 400 Degrees F: Metal surfaces subject to temperatures greater than 400 degrees F shall receive two coats of 600 degrees F heat-resisting paint applied to a total minimum dry film thickness of 2 mils.

-- End of Section --

SECTION 15070

# MECHANICAL SOUND, VIBRATION, AND SEISMIC CONTROL

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

The provisions of Section 15050, "Basic Mechanical Materials and Methods", apply to this section.

### 1.3 DEFINITIONS

#### 1.3.1 Decibels dB

Measure of sound level. Decibels are referenced to either 20 uPa for sound pressure levels or one pW for sound power levels. dBA is the overall "A" weighted sound level.

#### 1.3.2 Machinery

The vibration or noise producing equipment that must be isolated.

#### 1.3.3 Manufacturer

The fabricator or supplier of vibration-isolation or seismic-protection materials and equipment. For mechanical equipment and machinery the term machinery manufacturer will be used.

#### 1.3.4 Micropascal uPa

10 to the minus 6 power newtons per square meter.

#### 1.3.5 Picowatt pW

10 to the minus 12 power watts.

### 1.4 GENERAL REQUIREMENTS

The project contains the installations of a central station air handling unit, air-cooled water chiller, pumps, split system A/C unit, piping and ductwork, and sound isolation through walls and structural openings. The Contractor is required to provide sound and vibration isolations and control. The Contractor's design team is required to provide sound and vibration isolation and a control system to meet and exceed the following requirements:

1.4.1 Central Station Air Handling Unit

When the unit is equipped with internal vibration and sound isolation devices for all of the power blowers, an external vibration platform is not required. The unit shall not transmit structural borne sound and vibration to the building. When the above requirements are met, the central station air handling unit may be supported by a factory fabricated curb.

When the air handling unit's internal sound and vibration isolation is insufficient to preclude the structural borne transmission of sound and vibration to the building, a platform type external vibration isolation assembly will be required. The vibration isolation platform shall be equipped with spring type vibration isolators including seismic restraints.

1.4.2 Air-Cooled Water Chiller

The manufacturer shall certify that all of the moving components of the air-cooled water chiller assembly have been internally vibration isolated, to preclude the structural borne vibration transmission to the ground. The unit may be mounted on a structurally isolated concrete base.

When the unit transmits structural borne vibration to the concrete base, platform type external vibration isolation assembly will be required. The vibration isolation platform shall be equipped with spring type vibration isolators including seismic restraints.

1.4.3 Base Mounted Pumps

Base mounted pumps shall be installed on a concrete structural base, isolated from the building floor slab.

1.4.4 Split System A/C Unit

The fan-coil unit shall be mounted on suspended vibration isolators. The condensing unit may be mounted on a structurally isolated concrete base.

1.4.5 Piping

Piping vibration isolators and seismic pipe supports shall be provided to preclude structural borne transmission of vibration and sound to the building.

1.4.6 Ductwork

The sound attenuators and the flexible duct connectors and seismic support of the ducts shall be provided to preclude structural borne transmission of sound and vibration to the building. The sound attenuation system shall maintain NC-35 in the occupying spaces.

1.4.7 Sound and Vibration Isolation Through Wall and Roof Openings

Sound vibration isolation of wall and roof openings will be required to preclude the transmission of sound and vibration to the adjacent structures.

1.5 SYSTEM DESCRIPTION

1.5.1 Spring Isolator Data

For each type and size of spring isolator, submit the spring outside

diameter, deflection, operating spring height, unloaded spring height, solid spring height, the ratio of the outside diameter to the operating spring height, the load to deflection ratio of the springs, and weight and sizes of structural steel members.

1.5.2 Machinery Manufacturer's Sound Data

For each piece of indicated machinery to be vibration isolated, the calculated sound power test data or sound pressure test data as levels in dB in the eight octave bands between 63 and 8,000 Hz. Refer sound power levels to one pW and sound pressure levels to 20 uPa. Submit the overall "A" weighted scale sound pressure level in dB. Submit the standard test procedure used to obtain the sound power or pressure data for the applicable vibration isolation equipment size.

1.5.3 Machinery

For each item of machinery, compare spring static deflections with the specified minimum static deflection, to show that the calculated spring static deflections are not less than the minimum static deflections specified. Rated spring static deflections are not acceptable in lieu of calculated spring static deflections. When seismic protection is required, substantiating calculations are required.

1.5.4 Machinery Over 300 Pounds

For machinery items over 300 pounds, provide calculations for shear, pull-up, primary overturning, and secondary overturning.

1.5.5 Machinery Vibration Criteria

TABLE 1A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Reciprocating Chillers | | | | | | |
| 500 to 750 rpm | SV-R | 1.75 | SV-R | 2.5 | SV-R | 3.5 |
| 751 rpm and up | SV-R | 1.5 | SV-R | 2.5 | SV-R | 3.5 |
| Closed Coupled Pumps | | | | | | |
| Up to 7-1/2 hp | S-I | 1.0 | S-I | 1.0 | S-I | 1.0 |
| Over 7-1/2 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Base Mounted Pumps | | | | | | |

TABLE 1A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Up to 20 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Factory Assembled Air Handling Equipment AH, AC and HV Units (Note (2)) | | | | | | |
| Floor Mounted Units | | | | | | |
| Up to 5 hp | S | 1.0 | S | 1.0 | S | 1.0 |
| Over 5 hp | | | | | | |
| Up to 400 rpm | S-R | 1.75 | S-R | 1.75 | S-R | 2.5 |
| Over 401 rpm | S-R | 1.0 | S-R | 1.5 | S-R | 2.5 |
| Centrifugal Blowers | | | | | | |
| 175 - 224 rpm | S-B | 4.75 | S-B | 4.75 | S-B | 4.75 |
| 225 - 299 rpm | S-B | 3.75 | S-B | 4.75 | S-B | 4.75 |
| 300 - 374 rpm | S-B | 2.75 | S-B | 4.5 | S-B | 4.75 |
| 375 - 499 rpm | S-B | 2.5 | S-B | 3.5 | S-B | 4.5 |
| Over 500 rpm | S-B | 1.75 | S-B | 2.5 | S-B | 3.5 |
| Utility Fans (Note (2)) | | | | | | |
| Suspended | | H with deflections specified for centrifugal blowers but not to exceed 2.75 inches | | | | |
| Floor-Mounted | | S-R with deflections not specified for centrifugal blowers but not to exceed 2.75 inches | | | | |
| Transformers | | | | | | |
| Up to 1000 lbs. | NM | 0.35 | NM | 0.35 | S | 3.5 |
| Over 1000 lbs. | SV | 1.0 | SV | 1.0 | SV | 1.0 |

NOTES: (1) Equipment Vibration Isolation Schedule Designations
(Hyphenated designations are combinations of the following:)

TABLE 1A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type | MSD | Type | MSD | Type | MSD |
| | (Note (1)) | | (Note (1)) | | (Note (1)) | |

B - Welded structural steel bases.

H - Spring isolators (suspended equipment and piping). Where required, provide with adjustable preloading devices.

HR - Thrust restraints

I - Concrete inertia bases with steel forms.

NM - Neoprene mounts.

NP - Neoprene pads.

R - Structural steel rail for equipment mounts.

S - Freestanding spring isolators (floor-mounted equipment).

SV - Freestanding spring isolators (floor-mounted equipment).

SX - Freestanding spring isolators with adjustable cushioned vertical stops and cushioned horizontal stops (floor-mounted equipment). Protected spring isolators SX may be substituted wherever S or SV is specified and shall meet all requirements.

(2) Fans

a. When fan motors are 75 hp or larger, use the deflection requirements for the next wider column spacing. Except for building slab on grade a minimum of 2.5 inches should be used unless larger deflections are specified in the centrifugal blower table.

b. Provide sway brace isolators for tubular centrifugal and axial fans when the fan pressure exceeds 4 inches water column.

c. Provide inertia bases for all fans in lieu of structural steel bases or rails specified above when the fan pressure exceeds 4 inches water column.

d. With attaching brackets, suspension spring isolators bridge between the structure and the thrust-producing machinery such as high-pressure fan. Both types H and HR normally provide reaction in tension, while types S, SV, and SX normally provide reaction in compression. Thrust restraints are low-cost and effective components available from manufacturers. Use thrust restraints to

TABLE 1A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |

eliminate the need for or reduce the magnitude of inertia mass when the mass is only used to reduce the displacement effects of the thrust.

TABLE 1B

Class II Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for basements below grade and floor slabs on earth

| Equipment | Type (Note (1)) | MSD |
|---|---|---|
| Reciprocating Chillers | | |
| 500 to 750 rpm | SV | 1.0 |
| 751 rpm and up | SV | 1.0 |
| Pumps | | |
| Closed Coupled | NP | 0.25 |
| Up to 7 1/2 hp | NM | 0.35 |
| Over 7 1/2 hp | S-I | 1.0 |
| Base Mounted | | |
| Up to 20 hp | S-I | 1.0 |
| Factory Assembled Air Handling Equipment AH, AC and HV Units (Note (2)) | | |
| Floor Mounted Units | | |
| Up to 5 hp | NP<br>NM | 0.25<br>0.35 |
| Over 5 hp | | |
| Up to 400 rpm | NM | 0.35 |
| Over 401 rpm | NM | 0.35 |
| Centrifugal Blowers | | |
| 175 - 224 rpm | NM-B | 0.35 |
| 225 - 299 rpm | NM-B | 0.35 |
| 300 - 374 rpm | NM-B | 0.35 |
| 375 - 499 rpm | NM-B | 0.35 |

TABLE 1B

Class II Vibration Isolator Types and Minimum Static Deflection (MSD, inches) for basements below grade and floor slabs on earth

| Equipment | Type (Note (1)) | MSD |
|---|---|---|
| Over 500 rpm | NM-B | 0.35 |
| Utility Fans (Note (2)) | | |
| Suspended and centrifugal | H with deflections specified for | |
| Floor Mounted | NM | 0.35 |
| Transformers | | |
| Up to 1000 lbs. | NP | 0.25 |
| | NM | 0.35 |
| Over 1000 lbs. | SV | 1.0 |

NOTES: Note (1) and Note (2) are same as for TABLE 1A.

Provide vibration isolators and seismic snubbers for mechanical and electrical machinery and associated piping and ductwork, to minimize transmission of vibrations and structure borne noise to the building structure or spaces or from the building structure to the machinery. Comply with the following vibration schedule.

1.5.6 Machinery Airborne Sound Level Criteria

TABLE 2A
Sound Data Schedule

| Equipment | Maximum Sound Power Level (dB) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Octave Band Level Center Frequency (Hz) | | | | | | | |
| | 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
| Air Handling Unit | 94 | 90 | 89 | 89 | 89 | 84 | 82 | 79 |
| Air Conditioning Unit | 100 | 96 | 90 | 89 | 86 | 80 | 75 | 72 |
| Chiller | 98 | 98 | 96 | 95 | 93 | 94 | 88 | 81 |
| Pump | 85 | 80 | 82 | 82 | 80 | 77 | 74 | 72 |
| Fan | 55 | 50 | 48 | 47 | 48 | 46 | 42 | 37 |

1.5.6.1 Basic Criteria

For each piece of machinery in the human work environment, do not exceed the maximum airborne sound levels 84 dB A-weighted scale, continuous or intermittent, or 140 dB peak sound pressure-level, impact or impulse, noise.

1.5.6.2 Sound Data Schedule

TABLE 2A
Sound Data Schedule

| Equipment | Maximum Sound Power Level (dB) Octave Band Level Center Frequency (Hz) 63 | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| Air Handling Unit | 94 | 90 | 89 | 89 | 89 | 84 | 82 | 79 |
| Air Conditioning Unit | 100 | 96 | 90 | 89 | 86 | 80 | 75 | 72 |
| Chiller | 98 | 98 | 96 | 95 | 93 | 94 | 88 | 81 |
| Pump | 85 | 80 | 82 | 82 | 80 | 77 | 74 | 72 |
| Fan | 55 | 50 | 48 | 47 | 48 | 46 | 42 | 37 |

### 1.5.7 Seismic Protection Criteria

Use a Horizontal Force Factor minimum 60 percent of the machinery weight considered passing through the machinery center of gravity in any horizontal direction. Unless vibration isolation is required to protect machinery against unacceptable structure transmitted noise or vibration, protect the structure or machinery from earthquakes by rigid structurally sound attachment to the load-supporting structure. Protect each piece of vibration-isolated machinery with protected spring isolators or separate seismic restraint devices. Determine by calculations the number and size of seismic restraints needed for each machinery. Verify seismic restraint vendor's calculations by a registered professional engineer. Provide seismic snubbers and protected spring isolators rated in three principle axes. Verify ratings by independent laboratory testing, by analysis of an independent licensed structural engineer.

### 1.5.8 Welding

AWS D1.1.

## 1.6 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

- Inertia bases
- Machinery bases
- Platforms
- Rails
- Saddles

SD-03 Product Data

- Isolators

Flexible connectors

Flexible duct connectors

Seismic snubbers

Vertical stops

Thrust restraints

Inertia bases

Machinery bases

Platforms

Rails

Saddles

Machinery manufacturer's sound data

SD-05 Design Data

Inertia bases

Machinery bases

Platforms

Rails

Saddles

Each item of machinery

Each item of machinery over 300 pounds

Submit design calculations for inertia bases, machinery bases, platforms, rails, and saddles, either by the machinery manufacturer for the recommended machinery mounting or by the vibration-isolation equipment manufacturer.

SD-06 Test Reports

Seismic snubbers

Equipment vibration tests

Equipment sound level tests

Protected spring isolators

Submit seismic protection rating in three principal axes certified by an independent laboratory or analyzed by an independent licensed structural engineer.

SD-08 Manufacturer's Instructions

Vibration and noise isolation components

Seismic protection components

## 1.7 QUALITY ASSURANCE

### 1.7.1 Vibration Isolator Procurement

For each piece of machinery to be isolated from vibration, supply the inertia base, machinery base, platform, rails, saddles, vibration isolators, seismic snubbers, and other associated materials and equipment as a coordinated package by a single manufacturer or by the machinery manufacturer. Select isolators that provide uniform deflection even when machinery weight is not evenly distributed. This requirement does not include the flexible connectors or the hangers for the associated piping and ductwork.

### 1.7.2 Unitized Machinery Assemblies

Mounting of unitized assemblies directly on vibration isolation springs is acceptable if machinery manufacturer certifies that the end supports of the assemblies have been designed for such installation.

# PART 2 PRODUCTS

## 2.1 CORROSION PROTECTION FOR STEEL PARTS

ASTM A 123/A 123M hot-dipped galvanized, or equivalent manufacturer standard coatings. Where steel parts are exposed to the weather, provide galvanized coating of at least 2 ounces of zinc per square foot of surface. Coat springs with neoprene.

## 2.2 NEOPRENE

ASTM D 471 and ASTM D 2240, Grade Durometer 40, 50, or 60, and oil resistant.

## 2.3 FLOOR-MOUNTED ISOLATORS

### 2.3.1 Neoprene Isolation Pads

Provide pads at least 1/4 inch thick with cross-ribbed or waffle design. For concentrated loads, provide steel bearing plates bonded or cold cemented to the pads.

### 2.3.2 Neoprene Isolators

Provide molded neoprene isolators having steel base plates with mounting holes and, at the top, steel mounting plates with mounting holes or threaded inserts. Provide elements of type and size coded with molded letters or color-coded for capacity identification. Embed metal parts completely in neoprene.

## 2.4 SPRING ISOLATORS AND PROTECTED SPRING ISOLATORS

Provide spring isolators or protected spring isolators that are adjustable and laterally stable with free-standing springs of horizontal stiffness at minimum 80 percent of the vertical (axial) stiffness. For machine-attached

and floor-attached restraining elements, separate from metal-to-metal contact by neoprene cushions 1/8 inch thick minimum. Provide neoprene acoustic friction pads at least 1/4 inch thick.

#### 2.4.1 Springs

Provide springs with base and compression plates, to keep spring ends parallel during and after deflection to operating height. Provide outside coil diameters at least 0.8 of the operating height. At operating height, springs shall have additional travel to complete (solid) compression equal to at least 50 percent of the operating deflection.

#### 2.4.2 Mounting and Adjustment

Provide base and compression plates with mounting holes or threaded fittings. Bolt leveling adjustment bolts to machinery or base.

### 2.5 SUSPENSION ISOLATORS

Provide hangers with suspension isolators encased in open steel brackets. Isolate hanger rods from isolator steel brackets with neoprene-lined opening.

#### 2.5.1 Suspension Neoprene Isolators

Provide double-deflection elements with minimum 3/8 inch deflection.

#### 2.5.2 Suspension Spring Isolators

Provide hangers with springs and molded neoprene elements in series. Provide isolators with adjustable spring-preloading devices where required to maintain constant pipe elevations during installation and when pipe operational loads are transferred to the springs.

### 2.6 MACHINERY BASES , PLATFORMS, RAILS SADDLES

ASTM A 36/A 36M and AISC S342L.

### 2.7 INERTIA BASES

ASTM A 36/A 36M steel, ASTM C 94 (2,500 psi) concrete.

### 2.8 FLEXIBLE CONNECTORS FOR PIPING

Straight or elbow flexible connectors rated for temperatures, pressures, and fluids to be conveyed. Provide flexible connectors with the strength 4 times operating pressure at highest system operating temperature. Provide elbow flexible connectors with a permanently set angle.

#### 2.8.1 Elastomeric Flexible Connectors

Fabricated of multiple plies of tire cord fabric and elastomeric materials with integral reinforced elastomeric flanges with galvanized malleable iron back up rings.

#### 2.8.2 Metal Flexible Connectors

Fabricated of Grade E phosphor bronze, monel or corrugated stainless steel tube covered with comparable bronze or stainless steel braid restraining

and pressure cover.

## 2.9 FLEXIBLE DUCT CONNECTORS

Provide flexible duct connectors fabricated in accordance with SMACNA DCS.

## 2.10 SEISMIC SNUBBERS FOR EQUIPMENT

Factory-fabricated, omni-directional with factory set air gaps between 1/8 inch minimum and 1/4 inch maximum. Load capacity of each snubber at 50 percent neoprene element deflection shall be 0.5g minimum. Provide replaceable neoprene elements 1/4 inch minimum thickness.

## 2.11 PIPE GUIDES

Factory-fabricated. Weld steel bar guides to the pipe at a maximum radial spacing of 60 degrees. The outside diameter around the guide bars shall be smaller than the inside diameter of the guide sleeve in accordance with standard field construction practice. For pipe temperatures below 60 degrees F, provide metal sleeve, minimum one pound per cubic foot density insulation.

## 2.12 THRUST RESTRAINTS

Adjustable spring thrust restraints, able to resist the thrust force with at least 25 percent unused capacity. The operating spring deflection shall be not less than 50 percent of the static deflection of the isolation supporting the machinery.

## 2.13 SEISMIC PROTECTION COMPONENTS FOR PIPING AND DUCTWORK

Section 15050, "Basic Mechanical Materials and Methods."

# PART 3 EXECUTION

## 3.1 INSTALLATION

### 3.1.1 Vibration and Noise Isolation Components

Install vibration-and-noise isolation materials and equipment in accordance with machinery manufacturer's instructions.

### 3.1.2 Suspension Vibration Isolators

Provide suspension isolation hangers for piping, suspended equipment, and suspended equipment platforms in mechanical equipment rooms. For operating load static deflections of 1/4 inch or less, provide neoprene pads or single deflection neoprene isolators. For operating load static deflections over 5/16 to 3/8 inch, provide double-deflection neoprene element isolators. For operating load static deflections over 3/8 inch, provide isolators with spring and neoprene elements in series.

### 3.1.3 Vertical Stops

For machinery affected by wind pressure or having an operational weight different from installed weight, provide resilient vertical limit stops which prevent spring extension when weight is removed. Provide vertical stops for machinery containing liquid, such as water chillers, evaporative coolers, boilers, and cooling towers. Spring isolated or protected spring isolated machinery must rock and move freely within limits of stops or

seismic restraint devices.

3.1.4 Thrust Restraints

Where required, provide pairs of thrust restraints, symmetrically installed on both sides of the steady state line of thrust.

3.1.5 Flexible Pipe and Duct Connectors

Install flexible connectors in accordance with the manufacturer's instructions. When liquid pulsation dampening is required, flexible connectors with spherical configuration may be used. Provide restraints for pipe connectors at pumps to prevent connector failure upon pump startup.

3.1.6 Seismic Snubbers

Provide snubbers as close as possible to each vibration isolator as indicated. After installing and leveling of the machinery, adjust snubbers in accordance with the snubber manufacturer's instructions.

3.1.7 Machinery

Provide vibration isolators, flexible connectors and seismic snubbers in accordance with manufacturer's recommendations. Machinery with spring isolators or protected spring isolators shall rock or move freely within limits of stops or seismic snubber restraints.

3.1.7.1 Stability

Isolators shall be stable during starting and stopping of machinery without traverse and eccentric movement of machinery that would damage or adversely affect the machinery or attachments.

3.1.7.2 Lateral Motion

The installed vibration isolation system for each piece of floor or ceiling mounted machinery shall have a maximum lateral motion under machinery start up and shut down conditions of not more than 1/4 inch. Restrain motions in excess by approved spring mountings.

3.1.7.3 Unbalanced Machinery

Provide foundation suspension systems specifically designed to resist horizontal forces for machinery with large unbalanced horizontal forces. Vibration isolator systems shall conform to the machinery manufacturer's recommendations.

3.1.7.4 Nonrotating Machinery

Mount nonrotating machinery in systems which includes rotating or vibrating machinery on isolators having the same deflection as the hangers and supports for the pipe connected to.

3.1.7.5 Unitized Machinery Assemblies

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Reciprocating Chillers | | | | | | |
| 500 to 750 rpm | SV-R | 1.75 | SV-R | 2.5 | SV-R | 3.5 |
| 751 rpm and up | SV-R | 1.5 | SV-R | 2.5 | SV-R | 3.5 |
| Closed Coupled Pumps | | | | | | |
| Up to 7 1/2 hp | S-I | 1.0 | S-I | 1.0 | S-I | 1.0 |
| Over 7 1/2 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Base Mounted Pumps | | | | | | |
| Up to 20 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Factory Assembled Air Handling Equipment AH, AC and HV Units (Note (2)) | | | | | | |
| Floor Mounted Units | | | | | | |
| Up to 5 hp | S | 1.0 | S | 1.0 | S | 1.0 |
| Over 5 hp | | | | | | |
| Up to 400 rpm | S-R | 1.75 | S-R | 1.75 | S-R | 2.5 |
| Over 401 rpm | S-R | 1.0 | S-R | 1.5 | S-R | 2.5 |
| Centrifugal Blowers | | | | | | |
| 175 - 224 rpm | S-B | 4.75 | S-B | 4.75 | S-B | 4.75 |
| 225 - 299 rpm | S-B | 3.75 | S-B | 4.75 | S-B | 4.75 |
| 300 - 374 rpm | S-B | 2.75 | S-B | 4.5 | S-B | 4.75 |
| 375 - 499 rpm | S-B | 2.5 | S-B | 3.5 | S-B | 4.5 |
| Over 500 rpm | S-B | 1.75 | S-B | 2.5 | S-B | 3.5 |
| Utility Fans (Note (2)) | | | | | | |

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Suspended | H with deflections specified for centrifugal blowers but not to exceed 2.75 inches | | | | | |
| Floor-Mounted | S-R with deflections not specified for centrifugal blowers but not to exceed 2.75 inches | | | | | |
| Transformers | | | | | | |
| Up to 1000 lbs. | NM | 0.35 | NM | 0.35 | S | 3.5 |
| Over 1000 lbs. | SV | 1.0 | SV | 1.0 | SV | 1.0 |

NOTES: (1) Equipment Vibration Isolation Schedule Designations (Hyphenated designations are combinations of the following:)

B - Welded structural steel bases.

H - Spring isolators (suspended equipment and piping). Where required, provide with adjustable preloading devices.

HR - Thrust restraints

I - Concrete inertia bases with steel forms.

NM - Neoprene mounts.

NP - Neoprene pads.

R - Structural steel rail for equipment mounts.

S - Freestanding spring isolators (floor-mounted equipment).

SV - Freestanding spring isolators (floor-mounted equipment).

SX - Freestanding spring isolators with adjustable cushioned vertical stops and cushioned horizontal stops (floor-mounted equipment). Protected spring isolators SX may be substituted wherever S or SV is specified and shall meet all requirements.

(2) Fans

a. When fan motors are 75 hp or larger, use the deflection requirements for the next wider column spacing. Except

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |

for building slab on grade a minimum of 2.5 inches should be used unless larger deflections are specified in the centrifugal blower table.

b. Provide sway brace isolators for tubular centrifugal and axial fans when the fan pressure exceeds 4 inches water column.

c. Provide inertia bases for all fans in lieu of structural steel bases or rails specified above when the fan pressure exceeds 4 inches water column.

d. With attaching brackets, suspension spring isolators bridge between the structure and the thrust-producing machinery such as high-pressure fan. Both types H and HR normally provide reaction in tension, while types S, SV, and SX normally provide reaction in compression. Thrust restraints are low-cost and effective components available from manufacturers. Use thrust restraints to eliminate the need for or reduce the magnitude of inertia mass when the mass is only used to reduce the displacement effects of the thrust.

Unitized assemblies such as chillers with evaporator and condenser, and top mounted centrifugal compressor or unitized absorption refrigeration machines, structurally designed with end supports, may be mounted on steel rails and springs in lieu of steel bases and springs. Where the slab or deck is less than 4 inches thick, provide spring isolation units with the deflection double that of the vibration isolation schedule, up to a maximum static deflection of 5 inches.

3.1.7.6 Roof and Upper Floor Mounted Machinery

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Reciprocating Chillers | | | | | | |
| 500 to 750 rpm | SV-R | 1.75 | SV-R | 2.5 | SV-R | 3.5 |

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| 751 rpm and up | SV-R | 1.5 | SV-R | 2.5 | SV-R | 3.5 |
| Closed Coupled Pumps | | | | | | |
| Up to 7 1/2 hp | S-I | 1.0 | S-I | 1.0 | S-I | 1.0 |
| Over 7 1/2 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Base Mounted Pumps | | | | | | |
| Up to 20 hp | S-I | 1.5 | S-I | 2.5 | S-I | 2.5 |
| Factory Assembled Air Handling Equipment AH, AC and HV Units (Note (2)) | | | | | | |
| Floor Mounted Units | | | | | | |
| Up to 5 hp | S | 1.0 | S | 1.0 | S | 1.0 |
| Over 5 hp | | | | | | |
| Up to 400 rpm | S-R | 1.75 | S-R | 1.75 | S-R | 2.5 |
| Over 401 rpm | S-R | 1.0 | S-R | 1.5 | S-R | 2.5 |
| Centrifugal Blowers | | | | | | |
| 175 - 224 rpm | S-B | 4.75 | S-B | 4.75 | S-B | 4.75 |
| 225 - 299 rpm | S-B | 3.75 | S-B | 4.75 | S-B | 4.75 |
| 300 - 374 rpm | S-B | 2.75 | S-B | 4.5 | S-B | 4.75 |
| 375 - 499 rpm | S-B | 2.5 | S-B | 3.5 | S-B | 4.5 |
| Over 500 rpm | S-B | 1.75 | S-B | 2.5 | S-B | 3.5 |
| Utility Fans (Note (2)) | | | | | | |
| Suspended | | H with deflections specified for centrifugal blowers but not to exceed 2.75 inches | | | | |

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |
| Floor-Mounted | | S-R with deflections not specified for centrifugal blowers but not to exceed 2.75 inches | | | | |
| Transformers | | | | | | |
| Up to 1000 lbs. | NM | 0.35 | NM | 0.35 | S | 3.5 |
| Over 1000 lbs. | SV | 1.0 | SV | 1.0 | SV | 1.0 |

NOTES: (1) Equipment Vibration Isolation Schedule Designations (Hyphenated designations are combinations of the following:)

B - Welded structural steel bases.

H - Spring isolators (suspended equipment and piping). Where required, provide with adjustable preloading devices.

HR - Thrust restraints

I - Concrete inertia bases with steel forms.

NM - Neoprene mounts.

NP - Neoprene pads.

R - Structural steel rail for equipment mounts.

S - Freestanding spring isolators (floor-mounted equipment).

SV - Freestanding spring isolators (floor-mounted equipment).

SX - Freestanding spring isolators with adjustable cushioned vertical stops and cushioned horizontal stops (floor-mounted equipment). Protected spring isolators SX may be substituted wherever S or SV is specified and shall meet all requirements.

(2) Fans

a. When fan motors are 75 hp or larger, use the deflection requirements for the next wider column spacing. Except for building slab on grade a minimum of 2.5 inches should be used unless larger deflections are specified in the centrifugal blower table.

TABLE 3A

Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for 4-8 inch slab on grade and column supported.

| Column Spacing | Slab on earth and 0-30 feet | | 31-40 feet | | 41-50 feet | |
|---|---|---|---|---|---|---|
| Equipment | Type (Note (1)) | MSD | Type (Note (1)) | MSD | Type (Note (1)) | MSD |

b. Provide sway brace isolators for tubular centrifugal and axial fans when the fan pressure exceeds 4 inches water column.

c. Provide inertia bases for all fans in lieu of structural steel bases or rails specified above when the fan pressure exceeds 4 inches water column.

d. With attaching brackets, suspension spring isolators bridge between the structure and the thrust-producing machinery such as high-pressure fan. Both types H and HR normally provide reaction in tension, while types S, SV, and SX normally provide reaction in compression. Thrust restraints are low-cost and effective components available from manufacturers. Use thrust restraints to eliminate the need for or reduce the magnitude of inertia mass when the mass is only used to reduce the displacement effects of the thrust.

TABLE 3B

Class II Vibration Isolator Types and Minimum Static Deflection
(MSD, inches) for basements below grade and floor slabs on earth

| Equipment | Type (Note (1)) | MSD |
|---|---|---|
| Reciprocating Chillers | | |
| 500 to 750 rpm | SV | 1.0 |
| 751 rpm and up | SV | 1.0 |
| Pumps | | |
| Closed Coupled | NP | 0.25 |
| Up to 7 1/2 hp | NM | 0.35 |
| Over 7 1/2 hp | S-I | 1.0 |
| Base Mounted | | |
| Up to 20 hp | S-I | 1.0 |
| Factory Assembled Air Handling Equipment AH, AC and HV Units (Note (2)) | | |

TABLE 3B

Class II Vibration Isolator Types and Minimum Static Deflection (MSD, inches) for basements below grade and floor slabs on earth

| Equipment | Type (Note (1)) | MSD |
|---|---|---|
| Floor Mounted Units | | |
| Up to 5 hp | NP | 0.25 |
| | NM | 0.35 |
| Over 5 hp | | |
| Up to 400 rpm | NM | 0.35 |
| Over 401 rpm | NM | 0.35 |
| Centrifugal Blowers | | |
| 175 - 224 rpm | NM-B | 0.35 |
| 225 - 299 rpm | NM-B | 0.35 |
| 300 - 374 rpm | NM-B | 0.35 |
| 375 - 499 rpm | NM-B | 0.35 |
| Over 500 rpm | NM-B | 0.35 |
| Utility Fans (Note (2)) | | |
| Suspended and centrifugal | H with deflections specified for | |
| Floor Mounted | NM | 0.35 |
| Transformers | | |
| Up to 1000 lbs. | NP | 0.25 |
| | NM | 0.35 |
| Over 1000 lbs. | SV | 1.0 |

NOTES: Note (1) and Note (2) are same as for TABLE 3A.

On the roof or upper floors, mount machinery on isolators with vertical stops. Rest isolators on beams or structures designed and installed in accordance with the SMACNA ASMM, Plate 61.

3.1.8 Piping

Provide vibration isolation for piping. The isolator deflections shall be equal to or greater than the static deflection of the vibration isolators provided for the connected machinery as follows:

3.1.8.1 Piping Connected to Vibration Isolated Machinery

For a distance of 50 feet or 50 pipe diameters, whichever is greater.

3.1.8.2 Chilled and Hot Piping

For risers from pumps and for the first 20 feet of the branch connection of the main supply and return piping at each floor.

3.1.9 Water Piping Application

Resiliently support piping with combination spring and neoprene isolation hangers. Provide spring elements with 5/8 inch static deflection; install the hanger with spacing so that the first harmonic natural frequency is not less than 360 Hz. Provide double-deflection neoprene elements. For the first two isolation hangers from the rotating equipment of 3 1/2 inch and smaller piping systems, ensure a deflection equal to the equipment-isolation static deflection. For the first four piping isolation hanger supports from rotating equipment of 4 inch and larger piping systems, use resilient hanger-rod isolators at a fixed elevation regardless of load changes. Incorporate an adjustable preloading device to transfer the load to the spring element within the hanger mounting after the piping system has been filled with water.

3.1.10 Pipe Hanger and Support Installation

3.1.10.1 Pipe Hangers

Provide eye-bolts or swivel joints for pipe hangers to permit pipe thermal or mechanical movement without angular misalignment of hanger vibration isolator.

3.1.10.2 High Temperatures

Where neoprene elements of vibration isolator may be subjected to high pipe temperatures, above 160 degrees F, provide metal heat shields or thermal isolators.

3.1.10.3 Valves

Provide vibration isolation hangers and supports at modulating, pressure reducing, or control valves which will induce fluid pulsations. When required or indicated, isolate valves with flexible connectors.

3.1.10.4 Machinery Without Flexible Connections

When piping is not connected to vibrating machinery with flexible connectors, provide the first four hangers with isolation elements designed for deflections equal to equipment vibration isolator deflections (including static, operating, and start-up).

3.1.10.5 Pipe Risers

Provide pipe riser supports with bearing plates and two layers of 1/4 inch thick ribbed or waffled neoprene pad loaded to not more than 50 psi. Separate isolation pads with 1/4 inch steel plate. Weld pipe riser clamps at anchor points to the pipe and to pairs of vertical acoustical pipe anchor mountings which shall be rigidly fastened to the steel framing.

3.1.10.6 Supports at Base of Pipe Risers

Piping isolation supports at the base of risers shall be two layers of 1/2 inch thick heavy-duty neoprene pad separated by 1/4 inch thick steel plate. Use bearing plates sized to provide a pad loading of not more than 500 psi. Weld the stanchion between the pipe and isolation support to the pipe and weld or bolt to the isolation support. Bolt isolation support to the floor slab with resilient sleeves and washers. Where supplementary steel is

required to support piping, provide a maximum deflection of 0.08 inches at the mid-span of this steel under the load. Rigidly support piping from the supplementary steel with the supplementary steel isolated from the building structure with isolators.

3.1.10.7 Pipe Anchors

Attach each end of the pipe anchor to an omni-directional pipe isolator which in turn shall be rigidly fastened to the steel framing or structural concrete. Provide a telescoping pipe isolator of two sizes of steel tubing separated by a minimum 1/2 inch thick pad of heavy-duty neoprene or heavy-duty neoprene and canvas. Provide vertical restraints by similar material to prevent vertical travel in either direction. The load on the isolation material shall not exceed 500 psi.

3.1.11 Equipment Room Sound Isolation

Do not allow direct contact between pipe or ducts and walls, floor slabs, roofs, ceilings or partitions of equipment rooms.

3.1.11.1 Pipe Penetrations

Provide galvanized Schedule 40 pipe sleeves and tightly pack annular space between sleeves and pipe with insulation having a flame spread rating not more than 25 and a smoke developed rating not more than 50 when tested in accordance with ASTM E 84, maximum effective temperature 1000 degrees F, bulk density 6 pounds/cu. ft. minimum. Provide uninsulated pipe with a one inch thick mineral fiber sleeve the full length of the penetration and seal each end with an interior or exterior and weather resistant non-hardening compound. Provide sealant and mineral-fiber sleeve of a flame spread rating not more than 25 and a smoke developed rating not more than 50 when tested in accordance with ASTM E 84.

3.1.11.2 Duct Penetrations

Pack openings around ducts with mineral fiber insulation the full length of the penetration having a flame spread rating not more than 25 and a smoke developed rating not more than 50 when tested in accordance with ASTM E 84. At each end of duct opening provide sealing collars and seal with an interior or exterior and weather resistant non-hardening compound.

3.1.11.3 Ducts Passing Through Equipment Rooms

Provide with sound insulation equal to the sound attenuation value of the wall, floor, or ceiling penetrated.

3.1.12 Machinery Foundations and Subbases

Provide cast in place anchor bolts as recommended by the machinery manufacturer.

3.1.12.1 Machinery Subbases

Provide concrete subbases at least 4 inches high for floor mounted equipment. Rest subbases on structural floor and reinforce with steel rods interconnected with floor reinforcing bars by tie bars hooked at both ends. Provide at least 2 inch clearance between subbases and inertia bases, steel bases, and steel saddles with machinery in operation.

3.1.12.2 Common Machinery Foundations

Mount electrical motors on the same foundations as driven machinery. Support piping connections, strainers, valves, and risers on the same foundation as the pumps.

3.1.12.3 Foundation and Subbase Concrete

Cast concrete foundations and subbases of ASTM C 94 2500 psi concrete reinforced with steel bars as indicated or recommended by machinery manufacturer.

3.1.12.4 Anchor Bolts and Grout

Secure machinery to foundations and inertia bases with anchor bolts. Grout equipment with baseplates, the full area under baseplates with premixed non-shrinking grout. After grout has set, remove wedges, shims, and jack bolts and fill spaces with grout.

3.1.13 Inertia Bases

Install inertia bases in accordance with the recommendations of the machinery manufacturer or inertia base manufacturer, as applicable.

3.1.14 Seismic Restraints for Piping and Ductwork

Provide seismic restraints in accordance with SMACNA SRM.

3.1.15 Suspended Machinery Platforms

Provide with vibration-isolation hangers.

3.1.16 Electrical Connections

Provide flexible conduit or multiple conductor cable connections for machinery with sufficient extra length to permit 2 inch minimum displacement in any direction without damage.

3.1.17 Systems Not To Be Vibration Isolated

Do not provide vibration isolation for electrical raceways and conduits or for fire protection, storm, sanitary, and domestic water piping systems which do not include pumps or other vibrating, rotating, or pulsating equipment including control and pressure reducing valves.

3.2 FIELD QUALITY CONTROL

Provide equipment and apparatus required for performing inspections and tests. Notify Contracting Officer 14 days prior to machinery sound vibration, and seismic testing. Rebalance, adjust, or replace machinery with noise or vibration levels in excess of those given in the machinery specifications, or machinery manufacturer's data.

3.2.1 Field Inspections

Prior to initial operation, inspect the vibration isolators and seismic snubbers for conformance to drawings, specifications, and manufacturer's data and instructions. Check for vibration and noise transmission through connections, piping, ductwork, foundations, and walls. Check connector

alignment before and after filling of system and during operation. Correct misalignment without damage to connector and in accordance with manufacturer's recommendations.

### 3.2.2 Spring Isolator Inspection

After installation of spring isolators or protected spring isolators, and seismic restraint devices, the machinery shall rock freely on its spring isolators within limits of stops or seismic restraint devices. Eliminate or correct interferences.

### 3.2.3 Tests

Adjust, repair, or replace isolators as required to reduce vibration and noise transmissions to specified levels.

#### 3.2.3.1 Equipment Vibration Tests

Perform vibration tests to determine conformance with vibration isolation schedule specified.

#### 3.2.3.2 Equipment Sound Level Tests

Measure continuous or intermittent steady state noise with a sound level meter set for low response. Measure impact or impulse noise as dB peak sound pressure level (20 uPa) with an impact noise analyzer. Measure work distance from person to machinery noise center. Perform sound level tests to determine conformance with sound level schedule specified.

a. Interior Machinery Sound

In accordance with ARI 575, measure the sound data for air conditioning and refrigeration machinery, such as fans, boilers, valves, engines, turbines, or transformers. Measure the sound pressure levels around mechanical and electrical machinery located in equipment spaces, 3 feet horizontally from the edge closest to the acoustical center of the machinery at points 3 feet and 5.5 feet above floor. Take measurements at the center of each side of the machinery. Locate the microphone at least 3 feet from the observer and measuring instruments. Observer shall not be between the machinery and the measuring instrument.

b. Exterior Machinery Sound

Measure sound data in accordance with ARI 370 for machinery radiating noise outside the building in such applications as grade installations, area-ways, wall and roof installations for fans, air conditioning machinery, and air intakes.

-- End of Section --

SECTION 15080

# MECHANICAL INSULATION

## PART 1 GENERAL

### 1.1 GENERAL REQUIREMENTS

Ductwork and piping shall be insulated. Factory packaged equipment shall be furnished with insulation installed at the factory.

#### 1.1.1 Ductwork

External Ductwork: External ductwork shall be insulated with acoustical liner.

Internal Ductwork: Internal ductwork shall be insulated with flexible fiberglass blanket insulation with integral aluminum vapor barrier.

#### 1.1.2 Piping

a. External Piping: Exposed external piping shall be insulated with pre-formed fiberglass insulation with integral vapor barrier. The insulation shall be protected with Type 316 stainless steel jacket.

b. Internal Piping: Internal piping shall be insulated with pre-formed fiberglass insulation with integral vapor barrier.

c. Refrigerant Piping: Refrigerant piping shall be insulated with flexible cellular insulation . Exposed insulation shall be protected with Type 316 stainless steel jacket.

### 1.2 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.3 QUALITY ASSURANCE

Provide new and modify existing field-applied insulation for heating, ventilating, and cooling (HVAC) air distribution systems and piping systems which are located within, on, under, and adjacent to buildings; and for plumbing systems.

#### 1.3.1 Calculation of Insulation Thickness

Calculation of insulation thickness shall be performed by designer and certified by professional engineer who is currently licensed in any State or Washington D.C. Specific insulation thickness for services shall be indicated in Contractor's bid documents.

#### 1.3.2 Packaging and Labeling

Every package or standard container of insulation, jackets, cements, adhesives, and coatings delivered to project site shall have manufacturer's stamp or label attached giving name of manufacturer, brand and description of material. Insulation packages and containers shall be asbestos-free.

1.3.3 Surface Burning Characteristics

Materials shall have a flame-spread rating of not more than 25 and a smoke-developed rating of not more than 50, when tested in accordance with NFPA 255, ASTM E 84 or UL 723. Insulation materials located exterior to the building perimeter are not required to be fire-rated.

1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build".

SD-03 Product Data

Accessory materials

Adhesives, sealants, and coating compounds

Duct insulation

Duct insulation jackets

Piping insulation

Piping insulation jackets

SD-05 Design Data

Calculation of Insulation Thickness; G

1.5 RECYCLED MATERIALS

Provide thermal insulation containing recycled materials to the extent practicable, provided that the materials meets all other requirements of this section. The minimum recycled material content of the following insulation are:

Rock Wool - 75 percent slag of weight
Fiberglass - 20-25 percent glass cullet by weight
Phenolic Rigid Foam - 5 percent recovered material
Plastic Rigid Foam - 9 percent recovered material
Polyiscocyanurate/Polyurethane - 9 percent recovered material
Rigid Foam - 9 percent recovered material

PART 2 PRODUCTS

2.1 PIPING INSULATION

Insulation material shall conform to Table 1. Insulation thickness shall be as listed in Table 2. Except for flexible cellular insulation, insulation thickness as specified in Table 2 shall be 1/2 inch greater for insulated piping systems located outside. Insulation exterior shall be factory cleanable, grease resistant, non-flaking and non-peeling.

### 2.1.1 Piping Insulation Jackets

#### 2.1.1.1 All-Purpose Jacket

Provide insulation with insulation manufacturer's standard reinforced fire retardant jacket with or without integral vapor barrier as required by the service. Provide jackets in exposed locations with a white surface suitable for field painting.

#### 2.1.1.2 Metal Jackets

a. Aluminum Jackets: ASTM B 209, Temper H14, minimum thickness of 27 gage (0.016 inch), with factory-applied polyethylene and kraft paper moisture barrier on inside surface. Provide smooth surface jackets for jacket outside diameters less than 8 inches. Provide corrugated surface jackets for jacket outside diameters 8 inches and larger. Provide stainless steel bands, minimum width of 0.5 inch. Provide factory prefabricated aluminum covers for insulation on fittings, valves, and flanges. Covers shall be same thickness and material as jackets on adjacent piping.

b. Stainless Steel Jackets: ASTM A 167 or ASTM A 240/A 240M; Type 316, minimum thickness of 33 gage (0.010 inch), smooth surface with factory-applied polyethylene and kraft paper moisture barrier on inside surface. Provide stainless steel bands, minimum width of 0.5 inch. Provide factory prefabricated stainless steel covers for insulation on fittings, valves, and flanges. Covers shall be same thickness and material as jackets on adjacent piping.

## 2.2 HEATING, VENTILATING, AND AIR CONDITIONING SYSTEMS INSULATION

### 2.2.1 Duct Insulation

Provide factory-applied insulation with insulation manufacturer's standard reinforced fire-retardant vapor barrier jacket, with identification of installed thermal resistance (R) value and out-of-package R value.

#### 2.2.1.1 Rigid Insulation

Rigid mineral fiber in accordance with ASTM C 612, Class 2 (maximum surface temperature 400 degrees F), 3 pcf average, one inch thick.

#### 2.2.1.2 Blanket Insulation

Blanket flexible mineral fiber insulation conforming to ASTM C 553, Type 1, Class B-3, 3/4 pound per cubic foot (pcf) nominal, 2.0 inches thick.

### 2.2.2 Acoustical Duct Lining

For ductwork indicated or specified in Section 15810, "Ductwork and Ductwork Accessories," to be acoustically lined, provide external insulation in accordance with this specification section and in addition to the acoustical duct lining.

### 2.2.3 Duct Insulation Jackets

#### 2.2.3.1 All-Purpose Jacket

Provide insulation with insulation manufacturer's standard reinforced

fire-retardant jacket with integral vapor barrier.

## 2.3 EQUIPMENT

Insulate equipment and accessories as specified in Table 3 and 4. In outside locations, provide insulation 1/2 inch thicker than specified. Increase the specified insulation thickness for equipment where necessary to equal the thickness of angles or other structural members to make a smooth, exterior surface.

## 2.4 ADHESIVES, SEALANTS, AND COATING COMPOUNDS

### 2.4.1 Insulation and Vapor Barrier Adhesive

Provide ASTM C 916, Type I adhesive for securing insulation to metal surfaces and for vapor barrier lap only in building interior.

### 2.4.2 Lagging Adhesive

MIL-A-3316, Class 1, for bonding fibrous glass cloth to unfaced fibrous glass insulation; for bonding cotton brattice cloth to faced and unfaced fibrous glass insulation board; for sealing edges of and bounding fibrous glass tape to joints of fibrous glass board; or for bonding lagging cloth to thermal insulation, or Class 2, for attaching fibrous glass insulation to metal surfaces. Provide for pipe and duct insulation.

### 2.4.3 Mineral Fiber Insulation Cement

ASTM C 195.

### 2.4.4 Vapor Barrier Coating

Provide in accordance with insulation manufacturers' recommendations.

### 2.4.5 Weatherproof Coating

For outside applications provide in accordance with insulation and jacket manufacturer's recommendations.

## 2.5 ACCESSORY MATERIALS

### 2.5.1 Staples

ASTM A 167, Type 304 or 316 stainless steel outside-clinch type.

### 2.5.2 Insulation Bands

1/2 inch wide; 26 gage stainless steel.

### 2.5.3 Metal Bands

3/8 inch minimum width; 26 gage stainless steel.

### 2.5.4 Anchor Pins and Speed Washers

Provide in accordance with insulation manufacturer's recommendations.

### 2.5.5 Fibrous Glass Cloth and Tape

Fibrous glass cloth and tape; 20 by 20 maximum size mesh. Tape shall be 4 inch wide rolls. Class 3 tape shall be 4.5 ounces per square yard. In lieu of glass cloth and tape, open weave glass membrane may be provided.

2.5.6 Wire

Soft annealed stainless steel, 18 gage.

2.5.7 PVC Pipe Fitting Cover and Its Vapor Barrier Tape

Provide PVC fitting covers with insulation inserts of same material and thickness as pipe insulation.

2.5.8 Vapor Barrier Materials

ASTM C 1136. Resistant to flame, moisture penetration, and mold growth, color white.

PART 3 EXECUTION

3.1 PREPARATION

Clean and test mechanical systems prior to application of insulation. Obtain Contracting Officer's written approval of HVAC, water distribution systems, and air distribution systems under Section 15950, "HVAC Testing/Adjusting/Balancing" before applying field-applied insulation to mechanical systems. Do not insulate the following:

a. Adjacent insulation;

b. ASME stamps;

c. Access plates of fan housings;

d. Cleanouts or handholes;

e. Components within factory preinsulated HVAC equipment;

f. Factory preinsulated flexible ductwork;

g. Factory preinsulated HVAC equipment;

h. Manufacturer's nameplates;

i. Chrome plated pipes, and fire protection pipes;

j. Vibration isolating connections;

3.2 DUCTWORK, PLENUMS, CASINGS, AND ACCESSORIES INSULATION

Provide rigid type duct insulation in mechanical rooms. Provide field-applied insulation to exterior of supply ducts, outside air intake ducts, duct plenums, and casings of HVAC units. Ensure full range of motion of equipment actuators. Modify insulation to avoid obstruction with valve handles, safety reliefs, and other such items. Install insulation with jackets drawn tight and cement down on longitudinal and end laps. Do not use scrap pieces where a full length section will fit.

3.2.1 Rigid Insulation

Secure rigid insulation by impaling over pins or anchors located not more than 3 inches from joint edges of boards, spaced not more than 12 inches o.c. and secure with washers and clips. Spot weld anchor pins or attach with a waterproof adhesive especially designed for use on metal surfaces. Apply insulation with joints tightly butted. Neatly bevel insulation around name plates and access plates and doors. Each pin or anchor shall be capable of supporting a 20 poundload. Cut off protruding ends of pins, after clips are sealed with coating compound for inside work or manufacturer's recommended weatherproof coating for outside work, and reinforced with open weave glass membrane.

3.2.2 Flexible Blanket Insulation

Apply insulation with joints tightly butted. Secure insulation to ductwork with adhesive in 6 inch wide strips on 12 inch centers. Staple laps of jacket with outward clinching staples on 4 inch centers. Sealing shall be in accordance with paragraph entitled "Insulation Finishes and Joint Sealing." Provide pins, washers and clips at 18 inches on center and not more than 4 inches from duct edge for duct surfaces greater than 24 inches across except for top surfaces of horizontal ducts. For vertical ducts with surfaces less than 24 inches across, provide pins no more than 4 inches from duct edge at 18 inches on center. Carry insulation over standing seams and trapeze-type hangers. Install speed washers with pins and pin trimmed to washer. Sagging of flexible duct insulation shall not be permitted. Cut off protruding ends of pins after securing and sealing clips with coating compound for inside work. For warm air ducts, overlap insulation not less than 2 inches at joints and secure laps with outward clinch staples on 4 inch centers. In cold air ducts, vapor seal joints and staple as specified.

3.2.3 Duct Sleeves and Pipe Sleeves

Insulation shall be continuous through sleeves, wall and ceiling openings, except at fire dampers in duct systems. Extend surface finishes to protect surfaces, ends, and raw edges of insulation. Apply coatings and adhesives at manufacturer's recommended coverage per gallon.

3.2.4 Access Plates and Doors

On acoustically lined ducts, plenums, and casings, provide insulation on access plates and doors. On externally insulated ducts, plenums, and casings, bevel insulation around access plates and doors.

3.2.5 Insulation Finishes and Joint Sealing

Fill breaks, punctures, and voids with vapor barrier coating compound for inside work or manufacturer's recommended weatherproof coating for outside work. Vapor seal joints by embedding a single layer of 3 inch wide open weave glass membrane, maximum 20 by 20 mesh per linear one inch between two 1/16 inch wet film thickness coats of vapor barrier coating compound. Draw glass fabric smooth and tight with a 1 1/2 inch overlap. At jacket penetrations such as hangers, thermometers, and damper operating rods, fill voids in insulation with vapor barrier coating. Brush a coat of vapor barrier coating where required on HVAC ducts. Provide vapor barrier jacket continuous across seams, reinforcements, and projections. Where height of projections is greater than insulation thickness, carry insulation and jacket over projection. For joints for heating only systems, provide insulation with two coats of fire resistant adhesive with glass fabric mesh

embedded between coats.

### 3.2.6 Moisture Seal

Provide a vapor (moisture) seal where insulation terminates against metal hangers, anchors and other projections through insulation on surfaces for which a vapor seal is specified. Keep insulation dry during application of finish. Bevel and seal edges of exposed insulation.

## 3.3 PIPE INSULATION

### 3.3.1 Pipe Insulation (Except Cellular and Calcium Silicate Insulation)

Place sections of insulation around pipe and joints tightly butted into place. Draw jacket tight and smooth. Secure jacket with fire resistant adhesive, factory-applied self-sealing lap, or stainless steel outward clinching staples spaced not over 4 inches on center (o.c.) and 1/2 inch minimum from edge of lap. Cover circumferential joints with butt strips, not less than 3 inches wide, of material identical to jacket material. Overlap longitudinal laps of jacket material not less than 1 1/2 inches. Adhesive used to secure butt strip shall be same as that used to secure jacket laps. Apply staples to both edges of butt strips.

a. Vapor Barrier Jacket: When a vapor barrier jacket is required, as indicated in Table 1, on ends of sections of insulation that butt against flanges, unions, valves, fittings, and joints, provide a vapor barrier coating or manufacturer's weatherproof coating for outside service unless pipe is supplied with factory-applied self-seal lap. Apply vapor barrier coating at longitudinal and circumferential laps. Patch damaged jacket material by wrapping a strip of jacket material around the pipe and cementing, stapling, and coating as specified for butt strips. Extend patch not less than 1 1/2 inches past the break in both directions. At penetrations by pressure gages and thermometers, fill voids with vapor barrier coating for outside service. Seal with a brush coat of the same coating. Do not use staples to secure jacket laps on pipes carrying fluid medium at temperatures below 35 degrees F.

b. Roof: Where pipe penetrates, insulate piping to a point flush with top of flashing and seal with vapor barrier coating. Butt top of flashing and interior insulation tightly to exterior insulation. Extend exterior metal jacket 2 inches to fold down beyond end of insulation. Seal flashing and counter flashing underneath with vapor barrier coating.

### 3.3.2 Flexible Cellular Insulation

Bond cuts, butt joints, ends, and longitudinal joints with adhesive. Miter 90-degree turns and elbows, tees, and valve insulation. Where pipes penetrate fire walls, provide mineral-fiber insulation inserts and sheet-metal sleeves. Insulate flanges, unions, valves, and fittings in accordance with manufacturer's published instructions. Apply two coats of finish as recommended by insulation manufacturers to flexible unicellular insulation in outside locations. Do not use vinyl lacquer finish or equivalent. Use metal jackets on cellular insulation located outside.

### 3.3.3 Cellular Glass Insulation

Provide in accordance with manufacturer's printed instructions.

3.3.4 Hangers and Anchors

Pipe insulation shall be continuous through pipe hangers. Where pipe is supported by insulation, provide galvanized steel shields and protection saddles. Where shields are used on pipes 2 inches and larger, provide insulation inserts at points of hangers and supports. Insulation inserts shall be of calcium silicate, cellular glass, minimum 8 pcf, molded glass fiber, minimum 8 pcf, or other approved material of the same thickness as adjacent insulation. Insulation inserts shall cover bottom half of pipe circumference and be not less in length than the protection shield. Vapor-barrier facing of insert shall be of same material as facing on adjacent insulation. Seal inserts into insulation with vapor barrier coating or weatherproof coating as applicable. Where protection saddles are used, fill voids with same insulation material as used on adjacent pipe. Where anchors are secured to chilled piping that is to be insulated, insulate anchors same as piping for a distance not less than four times the insulation thickness to prevent condensation. Vapor seal insulation around anchors.

3.3.5 Sleeves and Wall Chases

Where interior wall penetrates, extend a stainless steel jacket 2 inches out on either side of wall and secure on each end with a band. Where floor penetrates, extend a metal jacket from a point below back-up material to a point 10 inches above floor with one band at the floor and one not more than one inchfrom end of metal jacket. Where exterior wall is penetrated, extend metal jacket through sleeve to a point 2 inches beyond interior surface of wall.

3.3.6 Flanges, Unions, Valves and Fittings for Piping

Provide insulation for cold piping and hot piping of 110 degrees F or higher. Factory fabricated removable and reusable insulation covers may be used except with flexible cellular. When nesting size insulation is used, overlap 2 inches or one pipe diameter, whichever is larger. Use insulating cement to fill voids. On pipe sizes larger than 2 1/2 inches, elbows insulated using segments shall not have less than three segments per elbow. Place and joint segments with manufacturer's recommended water-vapor resistant, fire retardant, and adhesive appropriate for the temperature limit of the service. Overlap tape seams one inch. Extend adhesive onto adjoining insulation not less than two inches. Total dry film thickness shall not be less than 1/16 inch. Where unions are indicated not to be insulated, taper insulation to union at a 45 degree angle. Provide finish coating as follows:

a. Coating with Embedded Glass Tape: Coat insulation and all purpose jacket with two coats of lagging adhesive and with glass tape embedded between coats. Total dry film thickness shall not be less than 1/16 inch. Where unions are indicated not to be insulated, taper insulation to union at a 45 degree angle. For cold piping, seal insulation and jacket with two coats of vapor barrier coating with glass tape embedded between coats. Insulate anchors attached directly to cold pipe for a sufficient distance to prevent condensation but not less than 6 inches from insulation surface.

b. PVC Fitting Covers: Factory premolded one-piece PVC fitting covers may be provided in lieu of two coats of adhesive with tape

embedded between coats. Provide factory premolded field-fabricated segment or blanket insert insulation under fitting covers. Install factory premolded one-piece PVC fitting covers over insulation. Secure covers with stapling, taping with PVC vapor barrier tape, or with metal or plastic tacks made for securing PVC fitting covers. Do not provide PVC fitting covers where exposed to weather. Provide PVC fitting covers only in ambient temperatures below 150 degrees F.

### 3.3.7 Piping Exposed to Weather

#### 3.3.7.1 Metal Jackets

Provide over insulation. Machine cut jacket to smooth edge of circumferential joints. Overlap jacket not less than 2 inches at longitudinal and circumferential joints and secure with metal bands at not more than 9 inch centers. Overlap longitudinal joints down to shed water. Seal joints with a coating recommended by insulation manufacturer for weatherproofing.

#### 3.3.7.2 Flanges, Unions, Valves, Fittings, and Accessories

Insulate and finish as specified hereinbefore for applicable service. Apply two coats of an emulsion type weatherproof mastic for hot service and vapor barrier mastic for cold service recommended by insulation manufacturer. Embed glass tape in the first coat. Overlap tape not less than one inch and the adjoining metal jacket not less than 2 inches.

## 3.4 EQUIPMENT INSULATION

Apply equipment insulation suitable for temperature and service in rigid block or semi-rigid board or flexible form to fit as closely as possible to equipment. Groove or score insulation where necessary to fit contours of equipment. Stagger end joints where possible. Bevel edges of insulation for cylindrical surfaces to provide tight joints. Join sections of cellular glass insulation with bedding compound. After cellular glass insulation is in place on areas to be insulated, except where metal-encased, fill joints, seams, chipped edges, or depressions with bedding compound to form a smooth surface. Fill mineral fiber joints with insulating cement. Bevel insulation around name plates, ASME and access plates. For insulation on equipment that is opened periodically for inspection, cleaning, or repair, construct insulation to be removable and replaceable without damage. Protect exposed insulation corners with corner angles under wires and bands.

### 3.4.1 Pumps

Insulate pumps used for hot service with preformed mineral fiber insulation and pumps used for chilled water cellular glass insulation. Insulate pumps by forming a box around pump housing, drive shaft, and piping. Apply insulation to inside surfaces of 20 gage stainless steel sheet-metal boxes having openings for drive shaft and pipes. Construct box by forming bottom and sides using joints which do not leave raw ends of insulation exposed. Band bottom and sides to form a rigid housing that does not rest on pump. Between top cover and sides, fit joints tightly forming a female shiplap joint on side pieces and a male joint on top cover to make top cover removable. Secure insulation to box with adhesive. Allow clearance for draining and adjustment of pump shaft seal.

## 3.5 FIELD QUALITY CONTROL

Visually inspect to ensure that materials provided conform to specifications. Inspect installations progressively for compliance with requirements.

### 3.5.1 Air Distribution Systems

Obtain Contracting Officer's written approval of systems under Section 15950, "HVAC Testing/Adjusting/Balancing" before applying field insulation to air distribution systems.

### 3.5.2 Piping Systems

Obtain Contracting Officer's written approval of HVAC water distribution systems under Section 15950, "HVAC Testing/Adjusting/Balancing" before applying field-applied insulation to HVAC water distribution systems. At Contractor's option and with Contracting Officer's written approval, piping systems may be insulated before systems are tested, adjusted, and balanced (TAB'd). Piping insulation shall terminate immediately adjacent to each flow control valve, automatic control valve, or device. For chilled water and chilled-hot water piping systems, seal ends of pipe insulation and space between ends of pipe insulation and piping with waterproof vapor barrier seating. After systems are TAB'd, insulate control valves and devices.

TABLE 1
Insulation Material For Piping

| Service | Material | Spec. | Type | Class | Vapor Barrier Required |
|---|---|---|---|---|---|
| Chilled Water (Supply & Return, Dual Temperature Piping, 40oF nominal) | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Urethane | ASTM C 591 | | | Yes |
| | Mineral Fiber | ASTM C 547 | | 1 | Yes |
| | Flexible Cellular | ASTM C 534 | I | | No |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |
| Hot Domestic Water Supply and Recirculating Piping (Maximum 200oF) | Mineral Fiber | ASTM C 547 | | 1 | No |
| | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Urethane | ASTM C 591 | | | Yes |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |
| Cold Domestic Water Piping | Mineral Fiber | ASTM C 547 | | 1 | Yes |
| | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Urethane | ASTM C 591 | | | Yes |
| | Flexible Cellular | ASTM C 534 | I | | No |

TABLE 1
Insulation Material For Piping

| Service | Material | Spec. | Type | Class | Vapor Barrier Required |
|---|---|---|---|---|---|
| Heating Hot Water (Supply & Return, Maximum 250oF) | Mineral Fiber | ASTM C 547 | | 1 | No |
| | Calcium Silicate | ASTM C 533 | I | | No |
| | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |
| Refrigerant Suction Piping (35oF nominal) | Flexible Cellular | ASTM C 534 | I | | No |
| | Cellular Glass | ASTM C 552 | | 1 | Yes |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |
| Drinking Fountain, Drain Piping (to sewer tie in) | Mineral Fiber | ASTM C 547 | | 1 | Yes |
| | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Flexible Cellular | ASTM C 534 | I | | No |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |
| Exposed Lavatory Drains, Exposed Domestic Water Piping & Drains to Areas for Handicap Personnel | Flexible Cellular | ASTM C 534 | I | | No |
| Horizontal Roof Drain Leaders (Including Underside of Roof Drain Fittings) | Mineral Fiber | ASTM C 547 | | 1 | Yes |
| | Flexible Cellular | ASTM C 534 | I | | No |
| A/C condensate Drain Located Inside Bldg. | Mineral Fiber | ASTM C 547 | | 1 | Yes |
| | Cellular Glass | ASTM C 552 | II | 2 | No |
| | Flexible Cellular | ASTM C 534 | I | | No |
| | Faced Phenolic Foam | ASTM C 1126 | III | | Yes |

TABLE 2
Piping Insulation Thickness (inch)

| | | Tube And Pipe Size (Inches) | | | | |
|---|---|---|---|---|---|---|
| Service | Material | 1/4-1 1/4 | 1 1/2-3 | 3 1/2-5 | 6-10 | 11-36 |
| Chilled Water (Supply & Return, & Dual Temperature Piping) (40oF Nominal) | Cellular Glass | 1.5 | 2 | 2 | 2.5 | 3 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1.5 | 1.5 |
| Hot Domestic Water Supply and Recirculating Piping (Maximum 200oF) | Mineral Fiber | 1 | 1 | 1.5 | 1.5 | 1.5 |
| | Cellular Glass | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | Urethane | 0.75 | 0.75 | 1 | 1 | 1 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |
| Cold Domestic Water Piping | Mineral Fiber | 0.75 | 1 | 1 | 1 | 1 |
| | Cellular Glass | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | Flexible cellular | 0.5 | 0.5 | 0.5 | N/A | N/A |
| | Urethane | 0.75 | 0.75 | 0.75 | 1 | 1 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |
| Heating Hot Water (Supply & Return, Maximum 250oF) | Mineral Fiber | 1.5 | 1.5 | 2 | 2.5 | 3 |
| | Calcium Silicate | 1.5 | 1.5 | 2.5 | 2.5 | 2.5 |
| | | 2* | 2* | 2.5* | 2.5* | 2.5* |
| | Cellular Glass | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |
| Refrigerant Suction Piping (35oF nominal) | Flexible cellular | 0.5 | 1 | 1 | 1 | 1 |
| | Cellular Glass | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |
| Exposed Lavatory Drains, Exposed Domestic Water Piping & Drains to Areas for Handicap Personnel | Flexible cellular | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |

TABLE 2
Piping Insulation Thickness (inch)

| | | Tube And Pipe Size (Inches) | | | | |
|---|---|---|---|---|---|---|
| Service | Material | 1/4-1 1/4 | 1 1/2-3 | 3 1/2-5 | 6-10 | 11-36 |
| Horizontal Roof Drain Leaders (including Underside of Roof Drain Fitting) | Mineral Fiber | 1 | 1 | 1.5 | 1.5 | 2 |
| | Flexible Cellular | 1 | 1 | 1 | 1 | 1 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |
| A/C condensate Drain Located Inside Bldg. | Mineral Fiber | 0.75 | 1 | 1 | 1 | 1 |
| | Cellular Glass | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | Flexible cellular | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Faced Phenolic Foam | 1 | 1 | 1 | 1 | 1 |

TABLE 3
Insulation Materials for Equipment

| Equipment | Spec | Type | Class |
|---|---|---|---|
| Flexible Mineral Fiber Surface Temperatures up to 400oF | ASTM C 553 | I | B-3 |
| Rigid Mineral Fiber ASTM C 612 | | | |
| Surface Temperatures up to 400oF | | | 1 or 2 |
| Surface Temperatures up to 850oF | | | 3 |
| Cellular Glass Surface Temperatures between Minus 400oF and Positive 800oF | ASTM C 552 | 1, 2 or 3 | 1 or 2 |
| Flexible Cellular Service Temperature from 20oF to 120oF | ASTM C 534 | | |
| Phenolic Foam Surface temperature from minus 40 to positive 250oF | ASTM C 1126 | III | |

TABLE 4
Insulation Thickness for Equipment

| Equipment | Recommended Thickness |
|---|---|
| Expansion Tanks or Pneumatic Water Tanks | 1/2" |
| Air Separators | 2" |
| Pumps | 2" |
| Hot Water Duct-Mounted Coils | 2" |

NOTE: * indicates where vapor barrier is required.

-- End of Section --

SECTION 15181

# CHILLED WATER PIPING

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 GENERAL REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with additions and modifications specified herein.

#### 1.2.1 Description of Work

Work shall include furnishing, installing, and testing of chilled water piping system, as indicated, together with piping, tubing, flanges, bolting, gaskets, valves, fittings, pressure containing assemblies, flow measuring equipment, flow control equipment, circulating pumps, and associated appurtenances necessary for a complete and operable system. Work also includes modifications and connections to existing chilled and hot and cold (dual service) water system(s).

#### 1.2.2 Associated Work

Other work associated with this section including controls, insulation, exterior water distribution system(s), chillers, and painting is covered in other sections of this specification.

#### 1.2.3 System Design Temperatures, Pressures, and Classes

System design pressures shall not be less than 1.5 times system maximum operating pressure at design temperature. Piping components shall be suitable for use under design pressures specified. Except as modified herein, pressure/temperature limitations shall be as specified in referenced standards and specifications. Pressures in this specification are pressures in psi above atmospheric pressure, and temperatures are in degrees Fahrenheit (F). System design, component selection, and system installation, including pressure containing parts and materials, shall meet or exceed the following requirements:

a. Chilled water piping shall be designed for a minimum service pressure of 125 psi at 150 degrees F; minimum ANSI Class 125.

b. Hot and cold (dual service) water piping shall be designed for a minimum service pressure of 150 psi at 250 degrees F; minimum ANSI Class 150.

### 1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Water piping, fittings, and accessories

Gaskets

Soldering and brazing metals

Valves

Pump motors

Instrumentation

Pipe hangers and supports

Pumps

Motor starters

Tanks

For valves, submit valve manufacturer's published ratings and maximum operating pressure differential. For relief valves, also submit manufacturer's published discharge capacity ratings. For pumps, include pump speed and characteristic curves for performance of impeller selected for each pump. Curves shall indicate capacity versus head, efficiency, and brake horsepower for full range, from shutoff to free delivery.

SD-07 Certificates

Welding procedure

Performance qualification record

List of welders' names and symbols

Backflow preventer certificate

SD-08 Manufacturer's Instructions

Pumps

Tanks

SD-10 Operation and Maintenance Data

Pumps, Data Package 3

Flow measuring equipment, Data Package 2

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

Posted operating instructions

## 1.4 QUALITY ASSURANCE

### 1.4.1 Defective Welds

Give welders making defective welds, after passing a qualification test, a requalification test. Welders failing requalification test shall not be permitted to work under this contract.

### 1.4.2 Previous Welder Qualifications

Welding procedures, welders, and welding operators previously qualified by test may be accepted for this contract without requalifying subject to approval of the Contracting Officer and provided that conditions specified in ASME/ANSI B31.9 are met before a procedure is used.

### 1.4.3 Welding Procedure

Before performing welding, the Contractor shall submit to the Contracting Officer three copies of welding procedure specification for each metal included in the work, together with proof of qualifications in accordance with ASME/ANSI B31.9.

### 1.4.4 Performance Qualification Record

Before performing welding, the Contractor shall also submit to the Contracting Officer three copies of the Welder's Performance Qualification Record in conformance with ASME/ANSI B31.9 showing that the welder or operator was tested under the approved procedure specification submitted by the Contractor. Certification dates shall be less than one (1) year old.

### 1.4.5 List of Welders' Names and Symbols

Submit the assigned number, letter, or symbol used to identify the work of the welder, and affix it immediately upon completion of the weld.

### 1.4.6 Backflow Preventer Certificate

Submit for each design, size, and make of backflow preventer being provided for the project. Certificate shall be from the Foundation for Cross-Connection Control Research, University of Southern California, and shall attest that this design, size and make of backflow preventer has satisfactorily passed the complete sequence of performance testing and evaluation for the respective level of approval. A Certificate of Provisional Approval will not be acceptable in lieu of the above.

### 1.4.7 Posted Operating Instructions

Submit posted operating instructions for flow measuring equipment, piping system diagrams and codes.

## 1.5 SPECIMENS, CORROSION PREVENTION OF FERROUS METALS

Expose for 125 hours in a salt-spray fog test, except equipment located outdoors shall withstand 500 hours. Salt-spray fog test shall be in accordance with ASTM B 117 using a 5 parts by weight (plus or minus 1) of

sodium chloride in 95 parts of distilled water or water containing not more than 200 parts per million of total solid sodium chloride solution. Immediately after completion of test, coating shall show no signs of blistering, wrinkling, or cracking, no loss of adhesion, and specimen shall show no signs of rust creepage beyond 1/8 inch on either side of scratch mark. Each specimen shall have a standard scratch as defined in ASTM D 1654. Film thickness of factory coating or paint system applied on equipment shall not be less than film thickness used as test specimen.

## 1.6 SAFETY PRECAUTIONS

### 1.6.1 Rotating Equipment Safety

Fully guard couplings, motor shafts, gears and other exposed rotating or rapidly moving parts in accordance with ANSI/ASME B15.1. Guards shall be cast iron or expanded metal. Guard parts shall be rigid, secured, and readily removable without disassembling guarded unit.

### 1.6.2 Welding and Cutting Safety

ANSI/AWS Z49.1.

# PART 2 PRODUCTS

## 2.1 WATER PIPING, FITTINGS, AND ACCESSORIES

Materials and dimensions shall conform to ASME/ANSI B31.9.

### 2.1.1 Chilled Water Piping

Provide seamless Schedule 40 black steel pipe conforming to ASTM A 53, Grade A and B. Piping 4 inches and smaller may be hard drawn copper tubing; conforming to ASTM B 88.

### 2.1.2 Fittings and Flanges for Steel Piping

#### 2.1.2.1 Sizes 1/8 to 2 Inches

Steel fittings, ASME B16.11, socket welding type, Class 3000, or threaded type Class 2000; malleable iron fittings, ANSI/ASME B16.3, threaded type.

#### 2.1.2.2 Sizes 2 1/2 Inches and Above

Steel fittings, ASME/ANSI B16.9, butt-welding type, or ASME/ANSI B16.5, flanged type, or convoluted steel flanges conforming to ASME BPVC SEC VIII D1; ANSI b16.24, flange type. ASME/ANSI B16.1, flanged type; bronze fittings up to 8 inch size, ANSI B16.24, flanged type.

### 2.1.3 Fittings for Copper Tubing

Fittings for copper tubing shall be cast copper alloy solder-joint type conforming to ANSI B16.18 or wrought copper solder-joint type conforming to ASME/ANSI B16.22.

### 2.1.4 Unions

#### 2.1.4.1 Unions (Threaded) for Steel Pipe

ASME/ANSI B16.39, or MSS SP-83.

2.1.4.2 Unions for Copper Tubing

ASME/ANSI B16.22; solder-joint end type.

2.1.4.3 Dielectric Union

Provide insulated union of galvanized steel and female threaded on end. Solder joints conforming to ASME/ANSI B16.39, Class 1 dimensional strength and pressure requirements. Union shall have water impervious insulation barrier capable of limiting galvanic current to one percent of short circuit current in a corresponding bimetallic joint. When dry, insulation barrier shall be able to withstand a 600-volt breakdown test.

2.1.5 End Connections

2.1.5.1 Steel Piping

2 inches and smaller shall be threaded or socket welded; 2 1/2 inches and larger shall be flanged or butt welded.

a. Threaded joints: Thread in accordance with ANSI/ASME B1.20.1.

b. Flanged joints:

(1) Bolting of flanges: Material used for bolts and studs shall conform to ASTM A 307, Grade B, and material for nuts shall conform to ASTM A 194/A 194M, Grade 2. Dimensions of bolts, studs, and nuts shall conform to ANSI B18.2.1and ASME/ANSI B18.2.2 with threads conforming to ASME B1.1 coarse type with Class 2A fit for bolts and studs, and Class 2B fit for nuts. Bolts or studs shall extend through nuts and may have reduced shanks of a diameter not less than diameter at root of threads. Carbon steel bolts shall have American Standard regular square or heavy hexagon heads and shall have American Standard heavy, semifinished hexagonal nuts.

(2) Gaskets: ASTM D 2000, fluorinated elastomers, suitable for pressure and temperature ranges encountered, and compatible with grooves in flange faces. Dimensions for nonmetallic gaskets shall conform to ASME B16.21.

c. Butt weld joints: ASME/ANSI B31.9. Use of backing rings shall conform to ASME/ANSI B31.9. Ferrous rings shall be of good weldable quality and not exceed 0.05 percent sulfur; for alloy pipe, backing rings shall be of material compatible with chemical composition of parts to be welded and preferably of same composition. Backing rings shall be of continuous machined or split-band type. Provide backing rings for joints 2 1/2 inches and larger.

d. Socket weld joints: ASME/ANSI B31.9.

2.1.5.2 Joints for Copper Tubing

a. Soldering and brazing metals: Solder, ASTM B 32, Grade Sb5, tin-antimony alloy for service pressures up to 150 psi; brazing filler metal, AWS A5.8, Type BAg-5 with AWS Type 3 flux, except Type BCuP-5 or BCuP-6 may be used for brazing copper-to-copper

joints.

b. Provide mechanically formed joints only for making tees in existing system "K" or "L" type tubing. Adjoining tubing shall be brazed. Joints shall meet system design and test requirements specified herein, be approved by the manufacturer for the specific service, and be installed in strict accordance with the manufacturer's procedures and instructions.

2.1.6 Valves and Related Equipment

End connections shall conform to paragraph entitled "End Connections." Valves shall have rising stems and shall open when turned counterclockwise.

2.1.6.1 Gate Valves

a. Bronze gate valves, 2 inches and smaller: MSS SP-80, wedge disc, rising stem, inside threaded type. Provide solder-joint ends when used with copper tubing.

b. Steel gate valves: ASME/ANSI B16.34, outside screw-and-yoke type with solid wedge or flexible wedge disc, with trim of heat and corrosion-resistant steel as recommended by the manufacturer for service indicated.

c. Cast iron gate valves, 2 1/2 inches and larger: MSS SP-70, outside screw-and-yoke type with bronze trim.

2.1.6.2 Globe and Angle Valves

a. Bronze, 2 inches and smaller: MSS SP-80, with renewable seats and discs except internal slats for solder-end valves.

b. Steel: ASME/ANSI B16.34, with heat and corrosion-resistant trim as recommended by the manufacturer for service indicated, and provided with tapped drains and brass plugs.

c. Cast Iron, 2 1/2 inches and larger: MSS SP-85, with bronze trim, tapped drains, and brass plugs.

2.1.6.3 Check Valves

a. Bronze, 2 inches and smaller: MSS SP-80, regrinding-swing-check type.

b. Steel, 2 1/2 inches and above: ASME/ANSI B16.34, with heat and corrosion-resistant trim as recommended by the manufacturer for conditions indicated.

c. Swing check valves: Provide with bolted caps.

d. Lift check valves, 2 inches and smaller: Provide with bolted caps.

e. Cast iron check valves, 2 1/2 inches and larger: MSS SP-71, with bronze trim.

2.1.6.4 Water Temperature Mixing Valves

ASSE 1017.

2.1.6.5 Water Pressure-Reducing Valves

ASSE 1003.

2.1.6.6 Plug Valves

MSS SP-78, cast iron or steel, Size 2 inches and larger, Flanged End Connection. Replaceable valve seat is not required.

2.1.6.7 Ball Valves

MSS SP-110; copper alloy; valve design which permits inspection and repair of seats and seals without removing valve body from line; End Connection threaded.

2.1.6.8 Drain Valves

Gate valves conforming to MSS SP-80, manually operated 3/4 inch pipe size and above, with threaded ends. Provide hose nipple adapters for connecting a hose to lead to a convenient floor drain.

2.1.6.9 Air Vent Valves

Manually-Operated General Service Type and Automatic Type. Automatic-type air vent valves (Water Traps) shall be of ball-float type. Provide valves with brass/bronze or brass bodies, 300 series corrosion-resistant steel float, linkage and removable seat of hardened, corrosion-resistant steel. Air vent valves on water coils shall have not less than 1/8 inch threaded end connections. Provide 3/4 inch pipe size for water mains and 1/2 inch minimum pipe size for other applications.

2.1.6.10 Automatic Flow Control Valves

Individually selected and factory calibrated by the manufacturer for service specified. Valves shall automatically limit rate of flow of system to required design capacity regardless of system fluctuations. Valves shall regulate flow within 5 percent of their tag rating over an operating pressure differential of at least 10 times the minimum required for control. Provide tamperproof valves with body tappings suitable for connecting instruments for verifying flow control performance. Provide self-cleaning, cartridge-piston type with stainless steel, variable area orifices and stainless steel or nickel-plated pistons. Valves shall have bronze bodies with threaded, soldered, or flanged connections as required for pipe fittings. Furnish each automatic flow control valve with a valve kit located outside of insulation, and hose fittings suitable for use with measuring instruments as indicated.

a. When meeting component requirements herein, composite valves consisting of integral ball valve(s), automatic flow control valve, thermo wells, gage cocks, strainer, and fittings, or a combination thereof, are acceptable where certified by the manufacturer for specific service and installed in strict accordance with the manufacturer's recommendations.

2.1.6.11 Solenoid Valves

Provide direct acting or pilot operating type for use with liquid service. Valves shall conform to UL 429, and be designed for pressure drop required.

Valves shall have seal-capped manual opening stems and be constructed for servicing without removing from line. Each valve shall include a coil housing, stem-and-plunger assembly nonmagnetic to the plug, stainless steel enclosing tube, seat-and-plunger, and proper inlet and outlet connections for installing into piping system. Direction of flow shall be indicated on body. Provide solenoid valves designed, manufactured, and tested specifically for the service in all respects, including material. Coil housing shall include a moistureproof coil in a metal housing with electrical wires extending through a female-pipe-tap-conduit connection. Coil shall be wired for electrical current used and be capable of withstanding temperature of liquid encountered plus heat from coil. Provide bodies, stems, and pistons of a material that will not corrode or pit when used in water systems. Valve with threaded connections shall conform to ANSI/ASME B1.20.1.

a. Type of valves: Direct operated valve shall be of the type that operates plunger by direct action of coil. Pilot operated valves shall be floating piston or direct-connected-plunger type. Pilot operated valve with floating piston shall be used on 1/2 inches or larger port size valves and capable of handling liquid temperature up to design temperature. Valves shall have flanged connections in sizes 1 1/2 inches and larger with companion flanges for either welding or soldering to piping. Sizes 1 1/4 inches and smaller may either have female thread connections or may be nonferrous with soldering connections.

2.1.6.12 Safety Relief Valves

Provide cast iron bodies conforming to ASTM A 126, Grade B with corrosion resistant internal working parts.

2.1.6.13 Balancing Valves

Balancing valves shall be calibrated bronze body balancing valves with integral ball valve and venturi or valve orifice and valve body pressure taps for flow measurement based on differential pressure readings. Valve pressure taps and meter connections shall have seals and built-in check valves with threaded connections for a portable meter. Meter shall be provided by the same manufacturer and be capable of reading system pressures and shall meet the requirements of the paragraph entitled "Flow Measuring Equipment." Valves shall have internal seals to prevent leakage around rotating element and be suitable for full shut-off at rated pressure. Valves shall have an operator with integral pointer and memory stop. Balancing valves shall be selected for the required flows as indicated on the plans.

2.1.7 Miscellaneous Components for Piping System

2.1.7.1 Strainers

FS WW-S-2739, Type I (single screen) for IPS sizes below 2 inches and Type II (single perforated basket) for sizes 2 inches and above. Provide Type 304 stainless steel element with 0.047 inch minimum diameter perforations, or Type 304 stainless steel screen. Select perforation diameter or screen mesh number suitable to protect the particular component indicated. Manual and automatic cleaners are not required.

2.1.7.2 Flexible Hose

Provide water service type of seamless rubber tubing with molded nonferrous wire braid, or stainless steel bellows with stainless steel braid. Provide materials recommended by the manufacturer for use with chilled water. Threaded couplings shall conform to American Standard NPT in accordance with ASME B1.20.7.

2.1.7.3 Flow Measuring Equipment

Venturi type. Flow metering equipment including pitot tubes, venturis, flanges, and indicating meters shall be the product of one and the same manufacturer. Provide flow meters of portable type. Flow meters shall be suitable for service in which they are to be installed. Primary elements of flow meters shall conform to ASME recommendations for flow meters. Provide bronze, monel, or stainless steel materials for wetted parts of flow meters.

a. Tubular flow meters: Flow measuring elements consisting of venturi tubes or pitot tubes where indicated. Locations and arrangement of piping, both upstream and downstream of flow measuring elements shall conform to the manufacturer's published literature. Provide each flow measuring element with an integral tab, or a metal tag on a corrosion-resistant steel wire, extending outside pipe covering, and stamped or printed in a visible position with manufacturer's name and address; serial number of meter to which it is to be connected; name, number, or location of equipment served; specified rate of flow; and multiplier to be applied to meter reading. Provide taps with shutoff valves and quick connecting hose fittings for portable meters or double ferrule compression fittings for connection to tubing for permanently located meters or recorders. Tubes shall be calibrated in accordance with ASME recommendations.

(1) Venturi tubes: Certified by the manufacturer for the actual piping configuration and any necessary piping changes required for certification without additional cost to the Government. Throat diameter for each venturi tube shall be designed so that at specified rate of flow the scale reading will fall between 50 percent and 80 percent of full scale value. Select venturi tube sizes from the manufacturer's latest published tables of flow versus differential pressure. Unrecovered head loss at maximum flow shall not exceed 10 percent. Provide bronze or cast iron tubes with bronze-lined throats, with flanged, threaded, or welded ends to suit piping system. Provide bodies of fabricated steel and fittings of the same class as piping in which installed. Two integral meter taps shall be provided in each venturi tube. Connections for attachment to portable flow meter hoses shall be readily accessible and not over six feet above a floor or permanent platform.

(2) Pitot tube assemblies: Provide corrosion-resistant materials. Tubes shall be capable of measuring liquid flow through tube elements providing an averaged, interpolated flow measurement from a single, fixed position. Provide self cleaning elements and impact tube designed to rotate when turned by the operator to protect pressure-sensing elements of tube when not in use. Location and total amount of pitot tubes required for system flow measurement shall be as recommended by the manufacturer and as indicated.

b. Meters: Designed for a full scale pressure differential of 50

inches water gage for tubular type or 100 inches water gage for orifice type. Dials shall have square root or linear scales with developed length of not less than 12 inches. Provide flush mounted panel meters that read directly in gallons per minute. Dials of portable meters shall have square root scales reading from 0 to 100 gpm for use with multiplier stamped on orifice or tubular type. Provide meters designed for not less than 200 psi and protected against pressure surges. Meter bodies shall have taps for venting and draining.

(1) Portable meters: Provide meter with a factory-fabricated carrying case with carrying handle. Provide case fitted to hold meter securely and to accommodate the following accessories:

(a) Two 15 foot lengths of connecting hose with suitable female connectors for connecting from meter to venturi tube pressure-tap nipples. Provide hose designed for a minimum service pressure of 125 psi or 150 percent of maximum system service pressure, whichever is greater.

(b) A completely assembled three-valve manifold with two block valves and vent and drain valves, piped and mounted on a base designed for use laying flat on a stationary surface.

(c) A bound set of descriptive bulletins, installation and operating instructions, parts list, and a set of curves showing flow versus pressure differential for each orifice, venturi tube, or pitot tube with which meter is to be used.

(d) A metal instruction plate, secured inside cover, illustrating use of meter.

(e) Provide meters with overall accuracy of plus or minus 5 percent of full scale flow over a range from 20 to 100 percent of full scale flow.

2.1.7.4 Pipe Hangers and Supports

Design and fabrication of pipe hangers, supports, and welding attachments shall conform to MSS SP-58. Hanger types and supports for bare and covered pipes shall conform to MSS SP-69 for system temperature range. Unless otherwise indicated, horizontal and vertical piping attachments shall conform to MSS SP-58. Provide metal protection shields and inserts for insulated piping in accordance with Section 15080, "Mechanical Insulation." Sway bracing shall conform with ASME/ANSI B31.9.

2.1.7.5 Pipe Sleeves

Pipe sleeves penetrating outside walls, floors, and roof slabs shall be zinc-coated steel pipe conforming to ASTM A 53. Sleeves penetrating inside partitions shall be zinc-coated sheet steel not less than 0.02 inches thick, conforming to ASTM A 653/A 653M.

2.1.7.6 Condensate Drains

ASTM B 88, Type M or Type L, hard drawn with ASME/ANSI B16.22 fittings.

2.1.7.7 Cooling Coil Drain Pans

Stainless steel.

2.1.8 Pumps

Horizontal centrifugal water pumps for dual service and chilled water systems shall conform to CID A-A-50562, Type I-General Service, Style 2-End Suction (On Base Plate) Style 3-End Suction Closed Couple, and shall have replaceable mechanical seals of material and style recommended by the manufacture for the particular service. End suction pump shall have vertical split casing. Pumps shall have single suction with volute water passage. Impellers shall have radial flow. Select pumps so that the operating point on selected impeller-curve will lie at or to left of shutoff side of, and not more than 5 percent below, point of maximum efficiency for impeller. Vertical or horizontal, inline circulator pumps for forced hot water heating systems shall conform to CID A-A-50560.

2.1.8.1 Pump Motors

Motors shall conform to NEMA MG 1 and be suitable for electrical characteristics as indicated. Provide totally enclosed type.

2.1.8.2 Motor Starters

NEMA ICS 2 across the line type with NEMA ICS 6 weather-resistant enclosure.

2.1.9 Tanks

2.1.9.1 Expansion Tank

Provide welded steel tank constructed and tested hydrostatically in accordance with ASME BPVC SEC VIII D1. Minimum design pressure of tank shall be as specified. Tank shall be zinc-coated inside and out after fabrication by ASTM A 123/A 123M hot-dip process. Tank shall have drain, fill, air charging and system connections.

2.1.9.2 External Air Separation Tank

Provide steel tank, designed and constructed in accordance with ASME BPVC SEC VIII D1, factory-tested and ASME-labeled for design pressure specified. Capacity of separator shall not be less than indicated. Tank shall have tangential connections, flanged for sizes 2 1/2 inches and larger and threaded connections for 2 inches and smaller inlets and outlets. Each unit shall have an internal design suitable for creating required vortex and subsequent air separation, for air release to atmosphere and shall also have a galvanized steel strainer. Provide a blow-down connection with a gate valve piped to nearest floor drain.

2.1.10 Instrumentation

Provide scale range based upon location, application, and design pressure as indicated or specified.

2.1.10.1 Pressure and Vacuum Gages

Dial Type, elastic element, ANSI/ASME B40.1 with integrally mounted restrictor, dial size 4 1/2 or 6 inches; positive, vacuum, compound, or differential pressure type as indicated.

2.1.10.2 Tank Gages

CID A-A-50568.

2.1.10.3 Indicating Thermometers

Thermometers shall be dial type with an adjustable angle suitable for the service. Provide thermowell sized for each thermometer in accordance with the thermowell specification. Fluid-filled thermometers (mercury is not acceptable) shall have a nominal scale diameter of 5 inches. Construction shall be stainless-steel case with molded glass cover, stainless-steel stem and bulb. Stem shall be straight, length as required to fit well. Bimetal thermometers shall have a scale diameter of 3 1/2 inches. Case shall be hermetic. Case and stem shall be constructed of stainless steel. Bimetal stem shall be straight and of a length as required to fit the well.

2.1.10.4 Remote Reading Thermometers

Separable well type with insertion length and sensing portion length of well and socket suitable for piping and service intended.

2.1.10.5 Pressure/Temperature Test Ports

Pressure/Temperature Test ports shall have brass body and EPDM and/or Neoprene valve seals. Ports shall be rated for service between 35 and 275 degrees F and up to 500 psig. Ports shall be provided in lengths appropriate for the insulation thickness specified in Section 15080, "Mechanical Insulation" and installed to allow a minimum of 12 inches of access for probe insertion. Provide with screw-on cap attached with a strap or chain to prevent loss when removed. Ports shall be 1/4 inch NPT and accept 1/8 inch diameter probes.

2.1.11 Backflow Preventers

Reduced pressure principle type conforming to applicable requirements of AWWA C511.

PART 3 EXECUTION

3.1 INSTALLATION

Install piping and piping components to ensure proper and efficient operation of equipment, and controls and in accordance with manufacturer's printed instructions. Provide proper supports for mounting of vibration isolators, stands, guides, anchors, clamps and brackets. Arrange piping connections to equipment so that removal of equipment or components of equipment including tube withdrawal from chillers, pump casing, shaft seals and similar work can be accomplished with the least amount of disassembly or removal of piping system. Provide piping connected to equipment with vibration isolators with flexible connections which shall conform to vibration and sound isolation requirements for system. Electric isolation shall be provided between dissimilar metals to reduce rate of galvanic corrosion.

3.1.1 Water Piping

ASME/ANSI B31.9.

3.2 PIPING SYSTEMS

Cut to measurements established at site and work into place without springing or forcing. Install piping with line flexibility included to absorb expansion and contraction due to temperature changes of piping systems. Piping line flexibility shall be achieved by use of pipe bends or loops or flexible hose.

3.2.1 Flanged Joints

Faced true, square, tight and provided where necessary for normal maintenance. Mate with valves and various equipment connections. Remove raised faces when used with flanges having a flat face.

3.2.2 Threaded Joints

Clean threads and apply suitable amount of teflon tape or teflon pipe dope prior to making joint.

3.2.3 Pipe Bends

Acceptable in lieu of pipe fittings where space permits. Pipe bends shall have a uniform radius of at least five times the nominal pipe diameter. Pipe bends shall be free of any flattening, wrinkling, or thinning of pipe walls other than minor external surface distortions. In occupied space pipe bend radii shall not exceed five times the nominal pipe diameter.

3.2.3.1 Copper Tubing

Pipe bends for annealed copper tubing in lieu of fittings may be provided where space permits. Bends for annealed copper tubing shall conform to CDA 404/0. Tubing bends shall be free of any appreciable flattening, wrinkling, or thinning of tubing walls.

3.2.4 Reducing Fittings

Provide to connect changes of sizes in piping lines. Make branch connections with tees except that factory-made-forged-steel welding branch outlets or nozzles having integral reinforcements and conforming to ASME/ANSI B31.9 may be provided when the nominal diameter of piping system branch does not exceed one nominal pipe size less than nominal size of piping segment containing fitting.

3.2.5 Insulation

Piping insulation shall be in accordance with Section 15080, "Mechanical Insulation," with enough clearance allowed between pipes to permit application of insulation.

3.2.6 Brazing and Soldering

Preparation and procedures for soldering and brazing of joints shall conform to ASME/ANSI B31.9 and shall be in accordance with the procedure as outlined in CDA 404/0.

3.2.7 Dielectric Unions or Flanges

Provide between ferrous and nonferrous piping, equipment, and fittings; except that bronze valves and fittings may be provided without dielectric couplings for ferrous-to-ferrous or nonferrous-to- nonferrous connections. Flanges and unions shall conform to requirements of ANSI/ASME B16.10.

### 3.2.8 Pipe Hangers and Supports

Installation including spacing shall conform to ASME/ANSI B31.9.

### 3.2.9 Flexible Connections

Install flexible pipe connectors on piping connected to equipment. Flexible section shall consist of rubber, tetrafluoroethylene resin, corrosion-resistant steel, bronze, monel, or galvanized steel. Material provided and configuration shall be suitable for pressure, temperature, and circulating medium. Flexible section shall have threaded, ends and shall be suitable for service intended. Flexible section may be reinforced with metal retaining rings, with built-in braided wire reinforcement and restriction bolts or with wire braid cover suitable for service intended.

### 3.2.10 Pipe Sleeves

Provide pipe sleeves for pipes and tubing which penetrate building structure. Securely retain sleeves in position and location before and during construction. Space between pipe and sleeves, or between insulation of pipe and sleeves, shall be not less than 1/4 inch between outside of pipe or insulation, and inside wall of sleeves. Pack annular space with hemp or fiberglass, and seal with elastic cement. Sleeves for uninsulated pipes shall have ends flush with finished wall surfaces and pipe or tubing with outside perimeter of pipe calked to sleeve. Sleeves for insulated pipes shall extend 1/2 inch from concrete or masonry ceiling or wall faces and outside perimeter of insulation shall be caulked to sleeve on both sides of faces. Seal terminal ends of pipe insulation with mastic. Sleeves for lines passing through floors shall extend 3 inches above finished floor slab, and be calked to the slab. Equip lines passing through exterior walls and roof areas with flashing and counter flashing to form a watertight roof seal.

## 3.3 WATER PIPING

Chilled Water Piping:

### 3.3.1 Fabrication and Assembly of Piping and Components

Welding, heating, and soldering shall conform to ASME/ANSI B31.9 and as specified herein. Provide sufficient pitch to assure adequate drainage and venting. Drain valves at low points of piping system, and automatic air vent valves at high points where air pockets would occur. Piping shall follow general arrangement shown, cut accurately to measurements established for the work by the Contractor, and worked into place without springing or forcing, except where cold-springing is indicated. Piping and equipment within buildings shall be entirely out of the way of electrical conduit, lighting fixtures, equipment and doors, windows, and other openings. Run overhead piping in buildings in the most inconspicuous positions. Provide adequate clearance from walls, ceilings, and floors to permit welding of joints; at least 6 inches for pipe sizes 4 inches and less, 10 inches for pipe sizes over 4 inches, and in corners provide sufficient clearance to permit the welder to work between pipe and one wall. Provide for expansion and contraction of pipe lines. Make changes in size of water lines with reducing fittings. Do not bury, conceal, or insulate piping until inspected, tested, and approved. Protect materials and equipment from weather. Run pipe to be insulated as shown and as required with sufficient clearance to permit application of insulation. Do

not miter pipe to form elbows, or notch straight runs to form full-sized tees, or utilize any similar construction. Except where shown otherwise, run vertical piping plumb and straight and parallel to walls. Thoroughly clean each section of pipe, fittings, and valves to be free of foreign matter before erection. Prior to erection, hold each piece of pipe in an inclined position and thoroughly tap to loosen sand, mill scale, and foreign matter. Before final connections are made to apparatus, wash interior of piping thoroughly with water. Blow out piping with high pressure steam or compressed air to remove rust scale, oil, and debris. Plug or cap open ends of mains during shutdown periods. Do not leave lines open at any place where foreign matter might accidentally enter.

3.3.1.1 Insulation of Copper Tubing

Insulate copper tubing placed in cinder fill or run through cinder block foundation from cinder material to prevent sulphur corrosion by wrapping complete continuous tubing surface with protective tape.

3.3.1.2 Strainers

Provide strainers in chilled water lines to protect orifices, automatic valves, pump and compressor from foreign materials. Locate strainers close to equipment to be protected. Install strainers with screen drum and in direction of flow, as marked on strainer body. Strainers shall have isolating service valves to permit servicing strainer with minimum loss of fluid. Provide clearance for removal and replacing of strainer screens. Strainers shall have screens of ample net free area and be composed of materials which shall be compatible with fluid being used. Provide reducer fittings for changes in pipeline sizes and strainer connection sizes. Provide a pressure gage with valved connection to inlet and outlet sides of strainer for determining pressure drop through strainer, for indicating need for cleaning strainer screen.

3.3.1.3 Shell and Tube Vessels and Clearance

Provide shutoff valves in water lines to vessels to permit servicing without draining system. Locate valves so as not to interfere with head removal. Where water boxes are provided, water piping connections may be made directly to covers. Provide piping with mechanical piping connections adjacent to covers, and water shutoff valves located so as not to interfere with tube cleaning or pulling operations after pipe sections have been removed. Maintain working space for removal of heads, and on one end of vessel provide a clear space at least equal to overall length, breadth, and depth of the tube bundle for tube removal. A door opening, window, or wall opening, may be utilized for this purpose.

3.3.1.4 Piping, Chilled Water Coils

Provide chilled water coils with a counterflow piping arrangement. Connect supply piping at bottom of coil and connect return piping at top of coil. Provide supply piping to coil connection with gate valve, strainer, thermometer-bypass tee for valve bypass when three way valve is provided, tee with nipple, globe valve with hose connection, and union in that order. In lieu of orifice with manometer connections and a calibrated balancing valve may be provided for balancing the water flow. Provide return piping from coil connection with a union, tee with nipple, globe valve with hose connection, air chamber and vent at high point, thermometer, automatic control valve and bypass, when required, orifice with manometer connections, plug valve or ball valve for balancing, and gate valve, in

that order. Provide lengths of straight, uninterrupted pipe before and after orifice flanges, as required by the orifice manufacturer. Provide plug valve or ball valve for balancing in three-way valve by-pass piping when included as part of system. Provide unions and flanges as necessary to permit removal of coil and automatic control valves. Piping and fittings shall not interfere with access to equipment. For multi-coil arrangement, provide each supply and return line to and from coil with a union, thermometer well, and plug valve or ball valve for balancing.

3.3.1.5 Pumps

Support, anchor, and guide so that no strains are imposed on pump by weight or thermal movement of piping. Provide air vent valve on pump casing. Pipe drain outlets on pump bases to nearest floor or other acceptable drains, with necessary clean-out tees. Provide pig tails or pet cocks for pressure gages on suction and discharge for water balancing measurements.

3.3.1.6 Valves

Install at equipment to allow maintenance or isolation, and to establish proper and sequential operation of complete system. Shell and tube liquid coolers shall have fluid valves installed so that tubes are accessible for cleaning or replacing. Provide globe valves or plug cocks where required to regulate flow to obtain equal distribution of gas or fluid handled. Remove valve bonnets, where valve construction permits removal, when connecting valves by brazing to copper tubing. Install globe and angle valves with stems horizontal where necessary to avoid trapping of fluid.

3.3.1.7 Air Vent Valves

Provide at high points in water piping and at water coils and water heat exchangers. Provide isolation valves and pipe to run off into the nearest floor drain.

3.3.1.8 Closed Expansion Tank

Provide automatic water makeup, and automatic relief to drain with air gap between relief outlet and drain. Pneumatically pressurize tank during charging of water, so that system is fully charged with water and with level in expansion tank at normal level at normal operating conditions.

3.3.1.9 Instrumentation

Locate gages and thermometers as indicated.

a. Pressure and vacuum gage: Provide a shutoff valve or pet cock between pressure gages and pipe line.

b. Thermometers: Provide thermometers and thermal sensing elements of control valves with a separate socket. Install separable sockets in pipe lines in such a manner to sense temperature of flowing fluid and minimize obstruction to flow.

3.4 MISCELLANEOUS DRAINS

3.4.1 Condensate Drains

Provide drain piping from cooling coils to drain condensate. Trap drains at exit point of cooling coil and connect to area drain system, in

accordance with ICC IPC.

3.4.2 Cooling Coil Drain Pans

Provide drain connections and lines to remove condensate collected on cold coil surface from air stream. Pipe condensate from drain pan bottom to a disposal point outside of coil casings and trap to ensure complete pan drainage. Provide double drain pans where possible.

3.5 ELECTRICAL EQUIPMENT

Motor starters shall be provided complete with properly sized thermal overload protection and other appurtenances necessary for motor control specified.

3.6 CLEANING OF SYSTEMS

When installations of various components of piping systems are completed, clean before final closing. Clean piping and components of scale and thoroughly flush out foreign matter. Provide temporary bypasses for water coils to prevent flushing water from passing through coils. Clean strainers and valves thoroughly. Wipe equipment clean, removing traces of oil, dust, dirt, or paint spots. Maintain system in this clean condition until final approval. Clean and paint piping and equipment.

3.6.1 Safety Procedure

Ventilate work area, avoiding skin contact by using solvent-resistant gloves. Observe precautions and warnings on the manufacturer's product labels. Conform to requirements of 29 CFR 1910.1200.

3.7 IDENTIFICATION OF PIPING AND PHYSICAL HAZARDS

Identify piping and physical hazards in accordance with CFR 29 CFR 1910.144, ANSI A13.1, ANSI Z53.1. Spacing of identification marks on runs shall not exceed 50 feet. Painting and stencilling shall conform to Section 09900, "Paints and Coatings." Colors shall conform to ANSI Z53.1. Tag equipment, gages, thermometers, valves, and controllers with tags of brass or approvable nonferrous material and securely mount or attach.

3.8 FIELD INSPECTIONS

Prior to initial operation examine and inspect piping systems for conformance to plans and specifications, ASME/ANSI B31.9. Equipment, material, or work rejected because of defects or nonconformance with plans, specifications, and ANSI Codes for pressure piping shall be corrected as directed by the Contracting Officer.

3.9 FIELD TESTS

After completion of piping installation and prior to initial operation, conduct tests on piping system. Furnish materials and equipment required for tests. Correct defects disclosed by test. Perform test after installation and prior to acceptance in presence of the Contracting Officer and subject to his approval.

3.9.1 Water Piping

Hydrostatically test in accordance with requirements of ASME/ANSI B31.9.

Test piping system at twice the design pressure with water not exceeding 100 degrees F. Before tests, remove or isolate gages, traps, and other apparatus which may be damaged. Repair leaks. Do not caulk joints. Install a calibrated, test pressure gage in system to observe loss in pressure. Maintain required test pressure for a sufficient amount of time to enable an inspection of joints and connections. Correct defects disclosed by test.

3.10 STARTUP AND OPERATIONAL TESTS

Start up and initially operate system. During this time, periodically clean various strainers until no further accumulation of foreign material occurs. Exercise care so that minimum loss of water occurs when strainers are cleaned. Adjust safety and automatic control instruments as necessary to place them in required operation and sequence.

3.11 TESTING, ADJUSTING, AND BALANCING

Test, adjust and balance the hydronic system in accordance with Section 15950, "HVAC Testing/Adjusting/Balancing."

-- End of Section --

SECTION 15185

# LOW TEMPERATURE WATER HEATING SYSTEM

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods" applies to this section with additions and modifications specified herein.

### 1.3 SYSTEM DESCRIPTION

Except as specified otherwise, equipment and piping components shall be suitable for use in low temperature water heating system. Except as modified herein, the pressure temperature limitations shall be as specified in the referenced standards and specifications. Pressures in this specification are pressures in pounds per square inch above atmospheric pressure, and temperatures are in degrees Fahrenheit (F).

#### 1.3.1 Hot Water Heating System

Submit plan, elevations, dimensions, capacities, and ratings. Include the following:

a. Unit heaters

b. Convectors

c. Finned tube radiators

d. Pumps

e. Valves

f. Expansion tanks

g. Flow measuring equipment

h. Backflow preventer

i. Air separating tank

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Hot water heating system

SD-03 Product Data

Convectors

Finned tube radiators

Pumps

Valves

Expansion tanks

Flow measuring equipment

Backflow preventers

External air separation tanks

Hot water heating pipe

Fittings

Mechanical pipe coupling system

Include pump speed and characteristic curve for performance of impeller selected for each pump. Curves shall indicate capacity vs head, efficiency, and brake power for full range, from shut-off to free delivery.

SD-06 Test Reports

Hydrostatic test of piping system

Auxiliary equipment and accessory tests

Submit test reports in accordance with the paragraph entitled "Field Quality Control."

SD-07 Certificates

Backflow preventer certification

Report of prior installations

Welding procedures

Welder's qualifications

SD-10 Operation and Maintenance Data

Convectors, Data Package 3

Finned tube radiators, Data Package 3

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data." Submit a list of qualified service organizations which includes addresses and qualifications.

## 1.5 QUALITY ASSURANCE

### 1.5.1 Standard Commercial Product for Terminal Units

Terminal units provided shall comply with features called out in this specification and shall be the manufacturer's standard commercial product. Additional or better features which are not prohibited by this specification but which are a part of the manufacturer's standard commercial product, shall be included in the terminal units being furnished. A standard commercial product is a product which has been sold or is currently being offered for sale, on the commercial market through advertisements or manufacturer's catalogs, or brochures. Provide Institute of Boiler and Radiator Manufacturer (IBR) or Steel Boiler Institute (SBI) rating for required capacity.

### 1.5.2 Welding

#### 1.5.2.1 Report of Prior Installations

Submit a Certificate of Full Approval or a current Certificate of Approval for each design, size, and make of backflow preventer being provided for the project. Certificate shall be from the Foundation for Cross-Connection Control and Hydraulic Research, University of Southern California, and shall attest that this design, size, and make of backflow preventer has satisfactorily passed the complete sequence of performance testing and evaluation for the respective level of approval. A Certificate of Provisional Approval is not acceptable in lieu of the above.

#### 1.5.2.2 Welding Procedures

Before performing welding, submit three copies of welding procedure specification for all metals to be used in the work, together with proof of welder's qualification as outlines in ASME/ANSI B31.9.

#### 1.5.2.3 Welder's Qualifications

Before welder or operator performs welding, submit three copies of Welder's Performance Qualification Record in conformance with ASME/ANSI B31.9showing that the welder was tested under the approved procedure specification submitted by the Contractor. In addition, submit each welder's assigned number, letter, or symbol used to identify the work of the welder.

#### 1.5.2.4 Identification of Welder's Work

Ensure that each welder's assigned number, letter or symbol is affixed immediately upon completion of the weld. To welders making defective welds after passing a qualification test, give a requalification test. Upon failing to pass the test, do not permit welder to work in this contract.

#### 1.5.2.5 Previous Qualifications

Welding procedures, welders, and welding operators previously qualified by test may be accepted for this contract without requalification subject to the approval and provided that all the conditions specified in

ASME/ANSI B31.9 are met before a procedure can be used.

1.5.3 Brazing and Soldering

1.5.3.1 Brazing Procedure

ASME/ANSI B31.9. Brazing procedure for joints shall be as outlined in CDA 404/0.

1.5.3.2 Soldering, Soldering Preparation, and Procedures for Joints

ASME/ANSI B31.9 and as outlined in CDA 404/0.

1.5.4 Backflow Preventer Certification

Submit a Certificate of Full Approval or a current Certificate of Approval for backflow preventers.

1.6 SAFETY STANDARDS

1.6.1 Welding

Safety in welding and cutting of pipe shall conform to ANSI/AWS Z49.1.

1.6.2 Guards

Couplings, motor shafts, gears and other moving parts shall be guarded, in accordance with OSHA 29 CFR 1910.219. Guards shall be cast iron or expanded metal. Guard parts shall be rigid and removable without disassembling the guarded unit.

PART 2 PRODUCTS

2.1 PIPE AND FITTINGS

2.1.1 Hot Water Heating Pipe (Supply and Return)

ASTM A 53 seamless, Schedule 40 steel pipe.

2.1.2 Fittings

Provide fittings compatible with the pipe being provided and shall conform to the following requirements.

2.1.2.1 Steel or Malleable Iron Pipe

Sizes 1/8 to 2 inches. ASME B16.11 steel socket welding or screwed type or ANSI/ASME B16.3 for screwed type malleable iron fittings.

2.1.2.2 Steel, Cast Iron, or Bronze

Sizes 2 1/2 inches and above. Steel fitting butt welding type ASME/ANSI B16.9 or ASME/ANSI B16.5 flanged type.

2.1.2.3 Fittings for Copper Tubing

ANSI B16.18 cast bronze solder joint type or ASME/ANSI B16.22wrought copper solder joint type. Fittings may be flared or compression joint type.

### 2.1.3 Mechanical Pipe Coupling System

Couplings may be provided for water temperatures not to exceed 200 degrees F. Couplings shall be self centering and shall engage and lock in place the grooved or shouldered ends of pipe and pipe fittings in a positive watertight couple. Couplings shall be designed to permit some angular pipe deflection, contraction, and expansion. Coupling clamp shall be ductile iron conforming to ASTM A 536, Grade 65-45-12. Gasket shall be molded rubber conforming to ASTM D 2000, the "line call-out" number shall be suitable for a water temperature of 230 degrees F. Coupling nuts and bolts shall be steel conforming to ASTM A 183. Fittings shall be grooved malleable iron conforming to ASTM A 47, Grade 32510 or ductile iron conforming to ASTM A 536, Grade 65-45-12 or malleable iron conforming to ASTM A 47, Grade 32510. Mechanical couplings and fittings shall be of the same manufacturer. Before assembling couplings, coat pipe ends and outsides of gaskets with lubricant approved by the coupling manufacturer to facilitate installation.

#### 2.1.3.1 Groove and Check Valves

Grooved end, dual disc, spring loaded, non-slam check valves with Type 316 stainless steel or aluminum bronze discs and EPDM rubber seats. Maximum rated working pressure of 500 psi dependent on size. Tested in accordance with MSS SP-71.

#### 2.1.3.2 Strainers

Include grooved end T-type strainers with steel or ductile iron bodies, Type 304 removable strainer baskets with 6 or 12 mesh screens and 57 percent open area. Maximum rated working pressure of 750 psi dependent on size.

### 2.1.4 Unions

#### 2.1.4.1 Steel Pipe

Provide ASME/ANSI B16.39, malleable iron unions, threaded connections.

#### 2.1.4.2 Copper Tubing

Provide FS WW-U-516, bronze unions, solder joint end.

#### 2.1.4.3 Dielectric Union

Provide insulated union with galvanized steel female pipe-threaded end and a copper solder joint end conforming with ASME/ANSI B16.39, Class 1, dimensional, strength and pressure requirements. Union shall have a water-impervious insulation barrier capable of limiting galvanic current to one percent of the short-circuit current in a corresponding bimetallic joint. When dry, insulation barrier shall be able to withstand a 600-volt breakdown test.

### 2.1.5 Flanges

Remove raised faces when used with flanges having a flat face.

#### 2.1.5.1 Steel Flanges

ASME/ANSI B16.5 forged steel, welding type.

2.1.6 Drains and Overflows

2.1.6.1 Steel Pipe

ASTM A 53, Electric resistance welded Schedule 40, Malleable iron or forged steel fittings, screwed or welded joints.

2.1.6.2 Copper Tubing

ASTM B 88, Type K, hard drawn, cast brass or wrought copper fittings, Grade Sb5 solder joints.

2.1.7 Valves

Valves shall have rising stems and shall open when turned counterclockwise.

2.1.7.1 Gate Valves

a. Bronze Gate Valves: MSS SP-80, 2 inches and smaller, wedge disc, inside screw type not less than Class 150. Use solder joint ends with copper tubing.

b. Steel Gate Valves: ASME/ANSI B16.34, provide with open stem and yoke type with solid wedge or flexible wedge disc and heat and corrosion-resistant steel trim.

c. Cast Iron Gate Valves: MSS SP-70, 2 1/2 inches and larger, open stem and yoke type with bronze trim.

2.1.7.2 Globe and Angle Valves

a. Bronze Globe and Angle Valves: MSS SP-80, 2 inches and smaller, Class 200, except use Class 150 with solder ends for copper tubing. Valves shall have renewable seat and discs except solder end valves which shall have integral seats.

b. Steel Globe and Angle Valves: ASME/ANSI B16.34, provide with heat and corrosion-resistant trim.

c. Cast Iron Globe and Angle Valves: MSS SP-85, 2 1/2 inches and larger, with bronze trim, tapped drains and brass plug.

2.1.7.3 Check Valves

a. Bronze Check Valves: MSS SP-80, 2 inches and smaller, regrinding swing check type, Class 200.

b. Steel Swing Check Valves: ASME/ANSI B16.34, regrinding swing check type, Class 200.

(1) Swing check valves shall have bolted caps.

(2) Steel Lift check valves 2 inches and smaller shall have bolted caps. Lift check valves 2 1/2 inches and larger shall have pressure seal caps.

c. Cast Iron Check Valves: ASME/ANSI B16.34, 2 1/2 inches and larger, bronze trim, non-slam, eccentric disc type for centrifugal

pump discharge service.

2.1.7.4 Temperature Regulating Valves

Provide temperature regulating valves with electric actuators and wall mounted remote thermostats. The body shall be bronze.

2.1.7.5 Water Pressure-Reducing Valves

ASSE 1003.

2.1.7.6 Plug Valves

MIL-V-12003, except that a replaceable valve seat will not be required.

2.1.7.7 Ball Valves

Flanged or butt-welding ends ball valve shall conform to MSS SP-72, bronze. Threaded, socket-welding, solder joint, grooved and flared ends shall conform to MSS SP-110.

2.1.7.8 Radiator Valves

Radiator valves shall be angle or straightway pattern, with packed or packless bonnet shutoff globe type, designed especially for hot water heating system. Valve shall be constructed of brass or bronze or copper alloy conforming to ASTM specifications for materials with non-metallic renewable disc and plastic wheel handle for shutoff service.

2.1.7.9 Flow Control Valves

Flow control valves shall be specially designed check valves with bronze body and trim, which shall open by the pressure developed by the pump, and close automatically. Provide means to hold the valve in the open position when the system is to be drained.

2.1.7.10 Butterfly Valves 2 Inches and Smaller

Valves shall be one-piece and three-piece design with male or female threaded or soldered end connections and shall be bubble tight for shutoff at 150 psig. Stem and disc assembly shall be of 300 series corrosion resistant steel. Disc seal assembly shall be of 300 series corrosion resistant steel. Disc seal shall be suitable for the liquid being used in the system in which the valve is to be installed. Valves shall be suitable for water temperature up to 200 degrees F and shall be capable of operating at the rated pressure of 50 psig. Valves shall be designed for throttling service use by valve lever and indicator adjustment.

2.1.7.11 Relief Valves

Bronze body, teflon seat, stainless steel stem and springs, automatic, direct pressure actuated, capacities ASME certified and labelled.

2.1.7.12 Balancing Valves

Balancing valves shall be calibrated bronze body balancing valves with integral ball valve and venturi or valve orifice and valve body pressure taps for flow measurement based on differential pressure readings. Valve pressure taps and meter connections shall have seals and built-in check

valves with threaded connections for a portable meter. Meter shall be provided by the same manufacturer and be capable of reading system pressures and shall meet the requirements of the paragraph entitled "Flow Measuring Equipment." Valves shall have internal seals to prevent leakage around rotating element and be suitable for full shut-off rated pressure. Valves shall have an operator with integral pointer and memory stop. Balancing valves shall be selected for the required flows as indicated on the plans.

2.1.8 End Connections

2.1.8.1 Flexible Connectors

Provide flexible pipe connectors on piping connected to equipment. Flexible section shall consist of rubber, tetrafluoroethylene resin, corrosion-resistant steel, bronze, monel, or galvanized steel. Material provided and configuration shall be suitable for pressure, temperature, and circulating medium. Flexible section shall have threaded, ends and shall be suitable for service intended. Flexible section may be reinforced with metal retaining rings, with built-in braided wire reinforcement and restriction bolts or with wire braid cover suitable for service intended.

2.1.8.2 Steel Piping

Screwed or socket welded for 2 inches and smaller and flanged or butt welded for 2 1/2 inches and larger.

a. Screwed Joints With Taper Threads: ANSI/ASME B1.20.1.

b. Flanged Joints: Bolting and gaskets shall be as follows:

(1) Bolting: Bolt and stud material ASTM A 307, Grade B, and nut material ASTM A 194/A 194M, Grade 2. Bolt, stud, and nut dimensions ASME/ANSI B18.2.2 threads ASME B1.1coarse type with Class 2A fit for bolts and studs, and Class 2B fit for nuts. Bolts or bolt studs shall extend completely through the nuts and may have reduced shanks of a diameter not less than the diameter at root of threads. Carbon steel bolts shall have American Standard regular square or heavy hexagon heads and shall have American Standard heavy semifinished hexagonal nuts conforming to ASME/ANSI B18.2.2.

(2) Gaskets: ASME B16.21, Non-asbestos compressed material 1/16 inch thickness full face or self-centering flat ring type and suitable for pressure and temperature of the piping system.

c. Butt Weld Joints: ASME/ANSI B31.9. Backing rings shall conform to ASME/ANSI B31.9. Ferrous rings shall not exceed 0.05 percent sulfur; for alloy pipe, backing rings shall be of material compatible with the chemical composition of the parts to be welded and preferably of the same composition. Provide continuous machined or split band backing rings.

d. Socket Weld Joints: ASME/ANSI B31.9.

2.1.8.3 Joints for Copper Tubing

a. Solder conforming to ASTM B 32 alloy grade Sb5 or Sn96. Solder and flux shall be lead free (less than 0.2 percent of lead).

b. Copper Tube Extracted Joint: An extracted mechanical tee joint may be made in copper tube. Make joint with an appropriate tool by drilling a pilot hole and drawing out the tube surface to form a collar having a minimum height of three times the thickness of the tube wall. To prevent the branch tube from being inserted beyond the depth of the extracted joint, provide dimpled depth stops. Notch the branch tube for proper penetration into fitting to assure a free flow joint. Braze extracted joints using a copper phosphorous classification brazing filler metal. Soldered joints shall not be permitted.

### 2.1.9 Expansion Joints

The thermal expansion and contraction of the piping shall take place in the "U" shape pipe expansion loop.

### 2.1.10 Instrumentation

#### 2.1.10.1 Pressure and Vacuum Gauges

Provide ANSI/ASME B40.1 with restrictor.

#### 2.1.10.2 Indicating Thermometers

Thermometers shall be dial type with an adjustable angle suitable for the service. Provide thermowell sized for each thermometer in accordance with the thermowell specification. Fluid-filled thermometers (mercury is not acceptable) shall have a nominal scale diameter of 5 inches. Construction shall be stainless-steel case with molded glass cover, stainless-steel stem and bulb. Stem shall be straight, length as required to fit well. Bimetal thermometers shall have a scale diameter of 3 1/2 inches. Case shall be hermetic. Case and stem shall be constructed of stainless steel. Bimetal stem shall be straight and of a length as required to fit the well.

#### 2.1.10.3 Pressure/Temperature Test Ports

Pressure/Temperature Test Ports shall have brass body and EPDM and/or Neoprene valve seals. Ports shall be rated for service between 35 and 275 degrees F and up to 500 psig. Ports shall be provided in lengths appropriate for the insulation thickness specified in Section 15080, "Mechanical Insulation" and installed to allow a minimum of 12 inches of access for probe insertion. Provide with screw-on cap attached with a strap or chain to prevent loss when removed. Ports shall be 1/4 inch NPT and accept 1/8 inch diameter probes.

### 2.1.11 Miscellaneous Pipeline Components

#### 2.1.11.1 Air Vent

Provide float type air vent in hydronic systems. Vent shall be constructed of brass or semi-steel body, copper float, and stainless steel valve and valve seat. Design air vent to suit system operating temperature and pressure. Provide isolating valve to permit service without draining the system. Pipe discharge of vent to a drain.

#### 2.1.11.2 Strainers

Strainers for classes 125 and 250 piping in IPS 1/2 to 8 inches, inclusive,

FS WW-S-2739 and locate as indicated.

2.1.11.3 Hangers and Supports

Design and fabrication of pipe hangers, supports, and welding attachments shall conform to MSS SP-58 and ASME/ANSI B31.9. Hanger types and supports for bare and covered pipe shall conform to MSS SP-69 for the temperature range.

2.1.11.4 Pipe Sleeves

Sleeves in masonry and concrete walls, floors, and roof slabs shall be ASTM A 53, Schedule 40 or Standard Weight, hot-dip galvanized steel pipe. Sleeves in partitions shall be zinc-coated sheet steel having a nominal weight of not less than 0.906 pound per square foot.

2.1.11.5 Escutcheon Plates

Provide one piece or split hinge metal plates for piping passing through floors, walls, and ceilings in exposed spaces. Provide polished stainless steel plates or chromium-plated finish on copper alloy plates in finished spaces and paint finish on metal plates in unfinished spaces.

2.2 PIPING SYSTEM EQUIPMENT

2.2.1 Pumps

Provide hot water circulating pumps, CID A-A-50560, Service A. Pump casing and flange shall be made of close-grained cast iron. Shaft shall be carbon or alloy steel with lubricated bearings and impeller shall be bronze. Select pumps so that the operating point on selected impeller-curve will lie at or to the left of shutoff side of, and not more than 5 percent below, point of maximum efficiency for impeller. Provide motors of totally enclosed type conforming to NEMA MG 1 and suitable for electrical characteristic as indicated. Motor starters shall conform to NEMA ICS 2 across the line type with NEMA ICS 6 weather-resistant enclosure.

2.2.2 Expansion Tanks

Provide welded steel, constructed and tested hydrostatically in accordance with ASME BPVC SEC VIII D1. Tank shall be equipped with all necessary fittings. The tank and fittings shall be pressure rated at least equal to the test pressure of the total system. Zinc coat the tank inside and out after fabrication by the hot dip process ASTM A 123.

2.2.3 External Air Separation Tanks

Provide tank constructed of steel, designed for not less than 75 psig, and constructed and tested in accordance with the requirements of ASME BPVC SEC VIII D1. Provide tangential inlet and outlet connections, flanged for sizes 2 1/2 inches and larger. Each unit shall have an internal design suitable for creating the required vortex and subsequent air separation. Provide with automatic air release device and galvanized steel strainer. Provide a blow down connection with a gate valve and piped to nearest floor drain.

2.2.4 Backflow Preventers

Reduced pressure principle type. Furnish proof that each make, model/design, and size of backflow preventer being furnished for the

project is approved by and has a current "Certificate of Approval" from the FCCCHR-USC. Listing of a particular make, model/design, and size in the current FCCCHR-USC will be acceptable as the required proof.

2.2.5 Flow Measuring Equipment

Orifice or venturi type. Flow metering equipment including pitot tubes, venturis, orifice plates, flanges, and indicating meters shall be the product of one and the same manufacturer. Provide flow meters of portable type. Flow meters shall be suitable for service in which they are to be installed. Primary elements of flow meters shall conform to ASME recommendations for flow meters. Provide bronze, monel, or stainless steel materials for wetted parts of flow meters.

a. Orifices: Square-edge type, made of corrosion and erosion resistant metal and mounted between pipe flanges having factory-made pressure taps provided with shutoff valves. Orifice flanges shall conform to ASME/ANSI B16.36.

b. Tubular Flow meters: Flow measuring elements consisting of venturi tubes or pitot tubes where indicated. Locations and arrangement of piping, both upstream and downstream of flow measuring elements shall conform to the manufacturer's published literature. Provide each flow measuring element with an integral tab, or a metal tag on a corrosion-resistant steel wire, extending outside pipe covering, and stamped or printed in a visible position with manufacturer's name and address; serial number of meter to which it is to be connected; name, number, or location of equipment served; specified rate of flow; and multiplier to be applied to meter reading. Provide taps with shutoff valves and quick connecting hose fittings for portable meters or double ferrule compression fittings for connection to tubing for permanently located meters or recorders. Tubes shall be calibrated in accordance with ASME recommendations.

(1) Venturi Tubes: Certified by the manufacturer for the actual piping configuration and any necessary piping changes required for certification without additional cost to the Government. Throat diameter for each venturi tube shall be designed so that at specified rate of flow the scale reading will fall between 50 percent and 80 percent of full scale value. Select venturi tube sizes from the manufacturer's latest published tables of flow versus differential pressure. Unrecovered head loss at maximum flow shall not exceed 10 percent. Provide bronze or cast iron tubes with bronze-lined throats, with flanged, threaded, or welded ends to suit piping system. Provide bodies of fabricated steel and fittings of the same class as piping in which installed. Two integral meter taps shall be provided in each venturi tube. Connections for attachment to portable flow meter hoses shall be readily accessible and not over 6 feet above a floor or permanent platform.

(2) Pitot Tube Assemblies: Provide corrosion-resistant materials. Tubes shall be capable of measuring liquid flow through tube elements providing an averaged, interpolated flow measurement from a single, fixed position. Provide self cleaning elements and impact tube designed to rotate when turned by the operator to protect pressure-sensing elements of tube when not in use. Location and total amount of pitot tubes required for system flow

measurement shall be as recommended by the manufacturer and as indicated.

c. Meters: Designed for a full scale pressure differential of 50 inches water gage for tubular type or 100 inches water gage for orifice type. Dials shall have square root or linear scales with developed length of not less than 12 inches. Provide flush mounted panel meters that read directly in gallons per minute. Dials of portable meters shall have square root scales reading from 0 to 100 gpm for use with multiplier stamped on orifice or tubular type. Provide meters designed for not less than 200 psi and protected against pressure surges. Meter bodies shall have taps for venting and draining.

(1) Portable Meters: Provide meter with a factory-fabricated carrying case with carrying handle. Provide case fitted to hold meter securely and to accommodate the following accessories:

(a) Two 15 foot lengths of connecting hose with suitable female connectors for connecting from meter to venturi tube pressure-tap nipples. Provide hose designed for a minimum service pressure of 125 psi or 150 percent of maximum system service pressure, whichever is greater.

(b) A completely assembled three-valve manifold with two block valves and vent and drain valves, piped and mounted on a base designed for use laying flat on a stationary surface.

(c) A bound set of descriptive bulletins, installation and operating instructions, parts list, and a set of curves showing flow versus pressure differential for each orifice, venturi tube, or pitot tube with which meter is to be used.

(d) A metal instruction plate, secured inside cover, illustrating use of meter.

(e) Provide meters with overall accuracy of plus or minus 5 percent of full scale flow over a range from 20 to 100 percent of full scale flow.

## 2.3 TERMINAL UNITS

### 2.3.1 Finned Tube Radiators

Copper tube and aluminum fin type CID A-A-50545.

### 2.3.2 Convectors

CID A-A-50543 and CID A-A-50544, of design and capacity not less than that indicated.

## 2.4 ELECTRICAL EQUIPMENT

Provide complete with motors, motor starters, thermal overload protection, and controls. Equipment and wiring shall be in accordance with Section 16402, "Interior Distribution System."

## 2.5 CONTROLS

Provide controls as specified in Section 15901, "Space Temperature Control Systems."

## 2.6 INSULATION

Provide shop and field applied insulation as specified in Section 15080, "Mechanical Insulation."

## 2.7 ASBESTOS PROHIBITION

Asbestos and asbestos containing products are prohibited.

# PART 3 EXECUTION

## 3.1 PREPARATION

Provide storage for equipment and material at the project site. All parts shall be readily accessible for inspection, repair, and renewal. Protect material and equipment from the weather.

## 3.2 INSTALLATION

Piping fabrication, assembly, welding, soldering, and brazing shall conform to ASME/ANSI B31.9. Piping shall follow the general arrangement shown. Route piping and equipment within buildings out of the way of lighting fixtures and doors, windows, and other openings. Run overhead piping in buildings in inconspicuous positions. Provide adequate clearances from walls, ceilings, and floors to permit welding of joints and application of insulation. Make provision for expansion and contraction of pipe lines. Make changes in size of water lines with reducing fittings. Do not bury, conceal, or insulate until piping has been inspected, tested, and approved. Do not run piping concealed in walls, partitions, underground, or under the floor except as otherwise indicated. Where pipe passes through building structure, locate pipe joints and expansion joints where they may be inspected. Provide flanged joints where necessary for normal maintenance and where required to match valves and equipment. Furnish gaskets, packing, and thread compounds suitable for the service. Provide long radius ells where possible to reduce pressure drops. Pipe bends in lieu of welding fittings may be used where space permits. Pipe bends shall have a uniform radius of at least five times the pipe diameter and shall be free from appreciable flattening, wrinkling, or thinning of the pipe. Do not use mitering of pipe to form elbows, notching straight runs to form full sized tees, or any similar construction. Make branch connections over 2 inches with welding tees except factory made forged welding branch outlets or nozzles having integral reinforcements conforming to ASME/ANSI B31.9 may be used, provided the nominal diameter of the branch is at least one pipe size less than the nominal diameter of the run. Branch connections 2 inches and under can be threaded or welded. Run vertical piping plumb and straight and parallel to walls. Provide sleeves for lines passing through building structure. Provide a fire seal where pipes pass through fire wall, fire partitions, fire rated pipe chase walls, or floors above grade. Install piping connected to equipment with flexibility for thermal stresses and for vibration, and support and anchor so that strain from weight and thermal movement of piping is not imposed on the equipment.

### 3.2.1 Hangers and Supports

Unless otherwise indicated, horizontal and vertical piping attachments shall conform to MSS SP-58. Band and secure insulation protection shields

without damaging pipe insulation. Continuous inserts and expansion bolts may be used.

3.2.2 Grading of Pipe Lines

Unless otherwise indicated, install horizontal lines of hot water piping to grade down in the direction of flow with a pitch of not less than one inch in 30 feet, except in loop mains and main headers where the flow may be in either direction.

3.2.3 Pipe Sleeves

Provide sleeves where pipes and tubing pass through masonry or concrete walls, floors, roof, and partitions. Annular space between pipe, tubing, or insulation and the sleeve shall not be less than 1/4 inch. Hold sleeves securely in proper position and location before and during construction. Sleeves shall be of sufficient length to pass through entire thickness of walls, partitions, or slabs. Sleeves in floor slabs shall extend 2 inches above finished floor. Firmly pack space between pipe or tubing and sleeve with oakum and caulk on both ends of the sleeve with plastic waterproof cement which will dry to a firm but pliable mass, or provide a mechanically adjustable segmented elastomeric seal. Seal both ends of penetrations through fire walls and fire floors to maintain fire resistive integrity with UL listed fill, void, or cavity material.

3.2.4 Flashing for Buildings

Provide flashing where pipes pass through building roofs, and make outside walls tight and waterproof.

3.2.5 Unions and Flanges

Provide unions and flanges to permit easy disconnection of piping and apparatus. Each connection having a screwed-end valve shall have a union. Place unions and flanges no farther apart than 100 feet. Install unions downstream of valves and at equipment or apparatus connections. Provide unions on piping under 2 inches in diameter, and provide flanges on piping 2 inches and over in diameter. Provide dielectric unions or flanges between ferrous and non-ferrous piping, equipment, and fittings; except that bronze valves and fittings may be used without dielectric couplings for ferrous-to-ferrous or non-ferrous-to-non-ferrous connections.

3.2.6 Connections for Future Equipment

Locate capped or plugged outlets for connections to future equipment as indicated.

3.2.7 Changes in Pipe Size

Provide reducing fittings for changes in pipe size; reducing bushings are not permitted. In horizontal lines, provide eccentric reducing fittings to maintain the top of the lines in the same plane.

3.2.8 Cleaning of Pipe

Thoroughly clean each section of pipe, fittings, and valves free of foreign matter before erection. Prior to erection, hold each piece of pipe in an inclined position and tap along its full length to loosen sand, mill scale and other foreign matter. For pipe 2 inches and larger, draw wire brush,

of a diameter larger than that of the inside of the pipe, several times through the entire length of pipe. Before making final connections to apparatus, wash out interior of piping thoroughly with water. Plug or cap open ends of mains during shutdown periods. Do not leave lines open where foreign matter might enter the pipe.

3.2.9 Valves

Install valves in conformance with ASME/ANSI B31.9. Provide gate valves unless otherwise directed. Install valves with stems horizontal or above. Locate or equip stop valves to permit operation from floor level, or provide with safe access in the form of walkways or ladders. Install valves in positions accessible for operation and repair.

3.2.9.1 Globe Valves

Install globe valves so that the pressure is below the disk and the stem horizontal.

3.2.9.2 Radiators Valves

Provide automatic radiator valves on water inlet and balancing valves on water outlet of terminal heating units such as convectors and fin-tube radiators.

3.2.9.3 Relief Valves

Provide valves on pressure tanks, low pressure side of reducing valves, heat exchangers, and expansion tanks. Select system relief valve so that capacity is greater than make-up pressure reducing valve capacity. Select equipment relief valve capacity to exceed rating of connected equipment. Pipe relief valve outlet to the nearest floor drain.

3.2.10 Pressure Gage

Provide a shut-off valve or pet cock between pressure gages and the line.

3.2.11 Thermometers

Provide thermometers and thermal sensing elements of control valves with a separable socket. Install separable sockets in pipe lines in such a manner to sense the temperature of flowing the fluid and minimize obstruction to flow.

3.2.12 Strainers

Provide strainers, with meshes suitable for the services, where indicated, or where dirt might interfere with the proper operation of valve parts, orifices, or moving parts of equipment.

3.2.13 Pumps

Select pumps for specified fluid temperatures, are non-overloading in parallel or individual operation, and operate within 25 percent of midpoint of published maximum efficiency curve. Support piping adjacent to pump such that no weight is carried on pump casings. Install close coupled and base mounted pumps on concrete base, with anchor bolts, set and level, and grout in place and provide supports under elbows on pump suction and discharge line sizes 4 inches and over. Lubricate pump before start-up.

3.2.14 Equipment Foundations

Locate equipment foundations as shown on the drawings. Size, weight, and design shall preclude shifting of equipment under operating conditions. Foundations shall meet the requirements of the equipment manufacturer. Concrete shall conform to Section 03300, "Cast-In-Place-Concrete," and grout shall be approved non-shrinking.

3.2.15 Equipment Installation

Install equipment in accordance with installation instructions of the manufacturers. Grout equipment mounted on concrete foundations before installing piping. Install piping in such a manner as not to place a strain on the equipment. Do not bolt flanged joints tight unless they match. Grade, anchor, guide, and support piping without low pockets.

3.2.16 Cleaning of Systems

As installation of the various system components is completed, fill, start, and vent prior to cleaning. Place terminal control valves in open position. Add cleaner to closed system at concentration as recommended by manufacturer. Apply heat while circulating, slowly raising temperature to 160 degrees F and maintain for 12 hours minimum. Remove heat and circulate to 100 degrees F or less; drain systems as quickly as possible and refill with clean water. Circulate for 6 hours at design temperatures, then drain. Refill with clean water and repeat until system cleaner is removed. Use neutralizer agents on recommendation of system cleaner supplier and approval of Contracting Officer. Remove, clean, and replace strainer screens. Inspect, remove sludge, and flush low points with clean water after cleaning process is completed. Include disassembly of components as required. Preliminary or final tests are not permitted until cleaning is approved.

3.2.17 Painting of Piping and Equipment

Provide in accordance with Section 09900, "Paints and Coatings."

3.2.18 Identification of Piping

Identify piping in accordance with OSHA 29 CFR 1910.144, except that labels or tapes may be used in lieu of painting or stencilling. Spacing of identification marking on runs shall not exceed 50 feet. Materials for labels and tapes shall conform to CID A-A-1689, and shall be general purpose type and color class. Painting and stencilling shall conform to Section 09900, "Paints and Coatings."

3.3 FIELD QUALITY CONTROL

Perform inspections and tests as specified herein to demonstrate that piping and equipment, as installed, is in compliance with contract requirements. Start up and operate the system. During this time, periodically clean the various strainers until no further accumulation of foreign material occurs. Exercise care so that minimum loss of water occurs when strainers are cleaned. Adjust safety and automatic control instruments to place them in proper operation and sequence.

3.3.1 Hydrostatic Test of Piping System

Test piping system hydrostatically using water not exceeding 100 degrees F. Conduct tests in accordance with the requirements of ASME/ANSI B31.9 and as follows. Test piping system after all lines have been cleaned and before applying insulation covering. Remove or valve off from the system, gages, and other apparatus which may be damaged by the test before the tests are made. Install calibrated test pressure gage in the system to observe any loss in pressure. Maintain test pressure for a sufficient length of time to enable an inspection of each joint and connection. Perform tests after installation and prior to acceptance.Notify the Contracting Officer in writing 3 days prior to the time scheduled for the tests.

3.3.2 Auxiliary Equipment and Accessory Tests

Observe and check pumps, accessories, and equipment during operational and capacity tests for leakage, malfunctions, defects, noncompliance with referenced standards, or overloading.

3.3.2.1 Backflow Preventers

Backflow preventers shall be tested by locally approved and certified backflow assembly testers. A copy of the test report shall be provided to the Contracting Officer prior to placing the domestic water system into operation, or no later than 5 days after the test.

3.4 TESTING, ADJUSTING, AND BALANCING

Test, adjust, and balance the hydronic system in accordance with Section 15950, "HVAC Testing/Adjusting/Balancing."

3.4.1 Markings of Settings

Following final acceptance of the balancing report, the settings of all valves, splitters, dampers, and other adjustment devices shall be permanently marked so that adjustment can be restored if disturbed at anytime.

3.4.2 Sound Level Tests

Upon completion of testing and balancing of hydronic systems, conduct sound level tests of conditioned spaces. Use sound level meter required by ANSI S1.4 (ASA 47), Type 2, calibrated in accordance with NBS standards and guidelines, and accompanied by a certificate of calibration. Record sound levels in dBA with heating systems off and with heating systems operating. Record the following data for each room and system:

a. Background sound level (systems off);

b. Total sound level corrected for background; and

c. Sound power rating by manufacturer of the respective outlet.

Test Locations: Take sound level reading at location 6 feet from face of each outlet on a line at 45 degrees with face of outlet. Remedial Action: If sound level at any observation point exceeds 45 dBA, take remedial action as directed.

-- End of Section --

SECTION 15400

# PLUMBING SYSTEMS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with the additions and modifications specified herein.

### 1.3 SYSTEM DESCRIPTION

Provide new plumbing systems, complete and ready for operation. Plumbing systems including manufacturer's products shall be in accordance with the required and advisory provisions of the ICC IPC. Plumbing systems include piping less than 5 feet outside of building walls and piping beyond 5 feet outside of building walls including connections to existing exterior distribution systems.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

- Pipe and fittings
- Valves
- Plumbing fixtures
- Pipe hangers and supports
- Water meters
- Strainers
- Drains
- Water hammer arresters
- Backflow preventers
- Electric water coolers

SD-06 Test Reports

Backflow Preventers Test Report

SD-10 Operation and Maintenance Data

Electric water coolers, Data Package 2

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

1.5 QUALITY ASSURANCE

Plumbing systems including fixtures, equipment, materials, installation, and workmanship shall be in accordance with the Plumbing Code except as modified herein. In the Plumbing Code referred to herein, the advisory provisions shall be considered to be mandatory, as though the word "shall" had been substituted for the word "should" wherever it appears; reference to the "authority having jurisdiction," the Administrative Authority, the Plumbing Official, and the Design Engineer shall be interpreted to mean the Contracting Officer. Capacity of equipment shall be not less than that indicated.

PART 2 PRODUCTS

2.1 DRAIN, WASTE, AND VENT (DWV) PIPE AND FITTINGS

Fittings shall be long radius fittings, except fittings in vent piping may be short radius fittings. Minimum size piping shall be 2 inches for buried piping and 1.5 inches for aboveground piping.

2.1.1 Buried Piping

Provide piping up to but not more than 6 inches aboveground or floor slab on grade.

2.1.1.1 Cast-Iron Hub and Spigot Pipe and Fittings

ASTM A 74 with ASTM C 564 or CISPI HSN rubber compression gasket joints.

2.1.2 Aboveground Piping

2.1.2.1 Cast-Iron Hubless Pipe and Fittings

CISPI 301 with CISPI 310 couplings.

2.1.2.2 Copper Tubing

ASTM B 306, with ANSI B16.23, ANSI/ASME B16.29, or ANSI/ASME B16.32 solder joint fittings using ASTM B 32, 95-5 tin-antimony or Grade Sn96 tin-silver solder, and flux containing not more than 0.2 percent lead.

2.1.3 Cleanouts

ANSI A112.36.2M; provide threaded bronze or thermoplastic or PVC plastic cleanout plugs.

2.1.3.1 Floor Cleanouts

Provide cast-iron or ductile-iron floor cleanout with flange, adjustable height polished bronze, nickel bronze, stainless steel, or chromium-plated copper alloy rim and scoriated floor plate with "CO" cast in the plate, and countersunk screws for installing floor plate flush with finished floor.

2.1.3.2 Wall Cleanouts

Provide polished stainless steel or chromium-plated copper alloy cover plate and secure to cleanout plug with countersunk stainless steel screw.

2.1.3.3 Cleanouts Exterior to Buildings

Provide cast-iron cleanouts and countersunk plugs. Provide 24 by 24 by 4 inch thick concrete slab with top one inch above grade with cleanout located in center of slab. Provide cleanouts flush with finished grade or concrete slab.

2.1.4 Drains

ASME A112.21.1M; provide cast-iron or ductile-iron drains and clamping rings for use with membrane waterproofing. Provide P-traps for each floor drain.

2.1.4.1 Roof Drains

ANSI A112.21.2M; provide hot-dip galvanized cast-iron or ductile-iron drains, with minimum of 10 inch diameter body, non-puncturing flashing clamp device with integral gravel stop and deck clamp, and removable cast-iron or ductile-iron or polypropylene locking dome. Free area of dome shall be not less than two times the free area of drain outlet. Provide drain flashing ring seat flush with adjacent roof deck, and secure rigidly in place with deck clamp.

2.2 DOMESTIC WATER PIPING

2.2.1 Buried Piping and Aboveground Piping

2.2.1.1 Copper Tubing

ASTM B 88, Type L or M for aboveground piping, Type K for buried piping, with ANSI B16.18 or ASME/ANSI B16.22 solder joint fittings; or with ASME/ANSI B16.26 flared joint fittings. Provide ASTM B 42 copper pipe nipples with threaded end connections. Provide ASTM B 32, 95-5 tin-antimony solder, or provide Plumbing Code approved lead-free solder. Provide copper tubing for pipe sizes 4 inches or smaller.

2.2.1.2 Cast Ductile-Iron Piping

Sizes larger than 4 inches, outside coated, AWWA C104/A21.4 cement mortar lined, ANSI/AWWA C151/A21.51 ductile-iron pipe, AWWA C111/A21.11 rubber gasket joints, and AWWA C110/A21.10 fittings. Provide concrete thrust blocks at the elbow where the buried piping turns up toward the floor, and restrain the pipe riser with steel rods from the elbow to the flange above the floor. Aboveground piping shall have flanged end connections conforming to AWWA C115/A21.15 for flanged pipe and AWWA C110/A21.10 for flanged fittings.

2.2.2 Water Valves

Provide valves suitable for minimum of 125 psig and minimum of 180 degrees F hot water. Valves shall have flanged end connections, except sizes smaller than 1.5 inches may have threaded end connections with a union on all but one side of the valve, or solder end connections for connections between bronze valves and copper tubing. Ball valves may be provided in lieu of gate valves. Provide blue finish and red finish on handwheels for valves in cold domestic water piping and hot domestic water piping, respectively.

2.2.2.1 Gate Valves

MSS SP-80, Class 125, except sizes 2.5 inches and larger shall conform to MSS SP-70, Class 125.

2.2.2.2 Ball Valves

Full port design, copper alloy, except sizes 2.5 inches and larger shall be ductile-iron body or cast-iron body. Valves shall have two-position lever handles.

2.2.2.3 Hose Bibbs

Provide angle type copper alloy hose bibb with lockshield and removable handwheel. Inlet shall have internal threads. Outlet shall have vacuum breaker with 0.75 inch external hose threads.

2.2.3 Water Meters

AWWA C701 turbine type, with register reading in U.S. gallons.

2.2.4 Strainers

Strainers shall have blow off outlet with pipe nipple and gate valve and discharge pipe nipple. Copper alloy or cast-iron body. Provide stainless steel strainer element with perforations of 0.047 inch.

2.2.5 Dielectric Connections

Provide at connections between copper and ferrous metal piping materials. ASTM F 441/F 441M, Schedule 80, CPVC threaded pipe nipples, 4 inch minimum length, may be provided for dielectric connections in pipe sizes 2 inches and smaller.

2.2.6 Water Hammer Arresters

PDI WH201.

2.2.7 Valve Boxes

For each buried valve provide cast-iron, ductile-iron, or plastic box of a suitable size. Provide cast-iron, ductile-iron, or plastic cover for the box with the word "WATER" cast on the cover. Plastic boxes shall be constructed of ABS plastic or inorganic fiber-reinforced black polyolefin plastic. Coat cast-iron and ductile-iron boxes with bituminous paint.

2.2.8 Backflow Preventers

Reduced pressure principle assemblies, double check valve assemblies, atmospheric (nonpressure) type vacuum breakers, and pressure type vacuum

breakers shall be listed in the current FCCCHR-USC.

## 2.3 MISCELLANEOUS PIPING MATERIALS

### 2.3.1 Flanges

ASME/ANSI B16.1, Class 125, for use in ferrous piping; ASME/ANSI B16.22 or ANSI B16.24 for use in copper tubing; with MIL-R-6855 full face flat type synthetic rubber gaskets.

### 2.3.2 Escutcheon Plates

Provide one piece or split hinge metal plates for piping entering floors, walls, and ceilings in exposed spaces. Provide chromium-plated or polished stainless steel finish on copper alloy plates in finished spaces. Provide paint finish on metal in unfinished spaces.

### 2.3.3 Pipe Sleeves

#### 2.3.3.1 Sleeves in Masonry and Concrete Walls, Floors, Roofs

ASTM A 53, Schedule 40 or Standard Weight, hot-dip galvanized steel pipe sleeves.

#### 2.3.3.2 Sleeves in Non-Masonry or -Concrete Walls, Floors, and Roofs

Provide 26 gage hot-dip galvanized steel sheet.

### 2.3.4 Pipe Sleeves

Provide where piping passes entirely through walls, ceilings, roofs, and floors. Secure sleeves in position and location during construction. Provide sleeves of sufficient length to pass through entire thickness of walls, ceilings, roofs, and floors. Provide one inch minimum clearance between exterior of piping or pipe insulation, and interior of sleeve or core-drilled hole. Firmly pack space with mineral wool insulation. Seal space at both ends of sleeve or core-drilled hole with plastic waterproof cement which will dry to a firm but pliable mass, or provide a mechanically adjustable segmented elastomeric seal. In fire walls and fire floors, seal both ends of sleeves or core-drilled holes with UL listed fill, void, or cavity material.

a. Sleeves in masonry and concrete walls, floors, and roofs: Provide steel pipe sleeves. Sleeves are not required where drain, waste, and vent (DWV) piping passes through concrete floor slabs located on grade. Core drilling of masonry and concrete may be provided in lieu of pipe sleeves when cavities in the core-drilled hole are completely grouted smooth.

b. Sleeves in other than masonry and concrete walls, floors, and roofs: Provide 26 gage galvanized steel sheet.

### 2.3.5 Pipe Hangers and Supports

Provide MSS SP-58 and MSS SP-69, Type 1 with adjustable type steel support rods, except as specified or indicated otherwise. Attach to steel joists with Type 19 or 23 clamps and retaining straps. Attach to Steel W or S beams with Type 21, 28, 29, or 30 clamps. Attach to steel angles and vertical web steel channels with Type 20 clamp with beam clamp channel

adapter. Attach to horizontal web steel channel and wood with drilled hole on centerline and double nut and washer. Attach to concrete with Type 18 insert or drilled expansion anchor. Provide Type 40 insulation protection shield for insulated piping.

2.3.6 Access Doors

Provide 12 by 12 inch factory prefabricated and primed flush face steel access doors including steel door frame with continuous hinges and turn-screw-operated latch. Door frame shall be for installation in plaster and masonry walls. Furnish doors under this section to provide proper access to concealed valves; install doors under the appropriate section of this specification.

2.4 FIXTURES, FITTINGS, ACCESSORIES, AND SUPPLIES

Provide control-stop valves in each supply to each fixture. The finish of fittings, accessories, and supplies exposed to view shall be chromium-plated per ASME A112.18.1M. Centerset faucets shall be top-mounted with inlets on not greater than 4 inch centers.

2.4.1 Flush Valve Type Water Closets (P-1)

ASME A112.19.2M, white vitreous china, wall-hung, siphon jet, elongated bowl, black solid plastic elongated open-front seat, and ASME A112.19.5 trim. Provide large diaphragm (not less than 2.625 inches upper chamber inside diameter at the point where the diaphragm is sealed between the upper and lower chambers) nonhold-open flush valve of chrome plated cast brass, including vacuum breaker and angle (control-stop) valve with back check, mounted approximately 39 to 44 inches above floor. The water flushing volume of the flush valve and water closet combination shall not exceed 1.6 gallons per flush.

2.4.2 Wheelchair Water Closets (P-2)

Provide same as specified for water closets (P-1) except water closet height to top of seat shall be 17 to 19 inches above floor.

2.4.3 Flush Valve Type Urinals (P-3)

ASME A112.19.2M, white vitreous china, wall-mounted, wall outlet, siphon jet, integral trap, extended side shields, and ASME A112.19.5 trim. Provide large diaphragm (not less than 2.625 inches upper chamber inside diameter at the point where the diaphragm is sealed between the upper and lower chambers), nonhold-open flush valve of chrome plated cast brass, including vacuum breaker and angle (control-stop) valve with back check. Water flushing volume of the flush valve and urinal combination shall not exceed one gallon per flush. Provide ASME A112.6.1M concealed chair carriers.

2.4.4 Wheelchair Flush Valve Type Urinals

ASME A112.19.2M, white vitreous china, wall-mounted, wall outlet, blowout action, integral trap, elongated projecting bowl, 20 inches long from wall to front of flare, and ASME A112.19.5 trim. Provide large diaphragm (not less than 2.625 inches upper chamber inside diameter at the point where the diaphragm is sealed between the upper and lower chambers), nonhold-open flush valve of chrome plated cast brass conforming to ASTM B 584, including vacuum breaker and angle (control-stop) valve with back check. The water

flushing volume of the flush valve and urinal combination shall not exceed one gallon per flush. Furnish urinal manufacturer's certification of conformance. Provide ASME A112.6.1M concealed chair carriers. Mount urinal with front rim a maximum of 17 inches above floor and flush valve handle a maximum of 44 inches above floor for use by handicapped on wheelchair.

2.4.5 Lavatories (P-4)

ASME/ANSI A112.19.1M, ASME A112.19.2M white vitreous china with ASME A112.6.1M concealed arm carrier support, shelf back type, minimum dimensions of 20 inches wide by 18 inches front to rear. Provide ASME A112.18.1M copper alloy self-closing metering, centerset faucets combination faucets with body mounted from behind the vertical surface of shelf back lavatory, with aerator,perforated grid strainers, and 1.25 inch adjustable P-traps. Flow shall not exceed 2.5 gpm at 80 psi flow pressure. Faucet that limit the period of water discharge shall not exceed 0.25 gallon per cycle at 80 psi flow pressure. Provide ASME A112.6.1M concealed chair carriers.

2.4.6 Countertop Lavatories (P-5)

ASME/ANSI A112.19.1M, white enameled cast-iron, minimum oval dimensions of 20 inches wide by 18 inches front to rear, and self-rimming type. Provide ASME A112.18.1M copper alloy self-closing metering centerset faucets with aerator, perforated grid strainers with offset tailpiece, and 1.25 inch adjustable P-traps. Flow shall not exceed 2.5 gpm at 80 psi flow pressure. Faucet that limit the period of water discharge shall not exceed 0.25 gallon per cycle at 80 psi flow pressure. Furnish template and mounting kit by lavatory manufacturer.

2.4.7 Wheelchair Lavatories (P-6)

ASME/ANSI A112.19.1M, white vitreous china, contoured front rim, front concealed overflow, ASME A112.6.1M concealed arm carrier support and chair carrier, minimum dimensions of 20 inches wide by 27 inches front to rear, 29 inch minimum clearance from bottom of front rim to floor, 34 inch front rim height above floor. Provide ASME A112.18.1M copper alloy centerset faucets, gooseneck spout with aerator 5 inches above rim, 4 inch wrist action handles, perforated grid strainers with offset tailpiece, and 1.25 inch adjustable P-trap. Flow shall not exceed 2.5 gpm at 80 psi flow pressure. Faucet that limit the period of water discharge shall not exceed 0.25 gallon per cycle at 80 psi flow pressure. Faucets with wrist action handles shall open within one-quarter turn in opposite directions.

2.4.8 Countertop Sinks (P-7)

ASME/ANSI A112.19.3M, 20 gage stainless steel with integral mounting rim, minimum dimensions of 25 inches wide by 17 inches front to rear, one compartment with ledge back and undersides coated with sound dampening material. Provide top-mounted ASME A112.18.1M copper alloy faucets, swing spout with aerator, and stainless steel drain outlets with cup strainers. Flow shall not exceed 2.5 gpm at 80 psi flow pressure. Faucet that limit the period of water discharge shall not exceed 0.25 gallon per cycle at 80 psi flow pressure. Provide 1.5 inch adjustable P-trap with drain piping to vertical vent stack. Provide UL 430 waste disposer unit in right compartment.

2.4.9 Electric Water Cooler (P-8)

ARI 1010, wall-mounted, bubbler style, air-cooled condensing unit, 4.0 gph minimum capacity, stainless steel splash receptor, and all stainless steel cabinet. Provide ASME A112.6.1M concealed chair carriers.

2.4.10 Wheelchair Electric Water Cooler (P-9)

ARI 1010, wall-mounted bubbler style with ASME A112.6.1M concealed chair carrier, air-cooled condensing unit, 4.75 gph minimum capacity, stainless steel splash receptor, and all stainless steel cabinet, with 27 inch minimum knee clearance from front bottom of unit to floor and 36 inch maximum spout height above floor. Bubblers shall also be controlled by push levers, by push bars, or touch pads one on each side or one on front and both sides of the cabinet.

2.5 PLUMBING FIXTURES

Provide the following types of plumbing fixtures as indicated. Provide plumbing fixture faucets, fittings, trim, accessories, and supplies as specified in paragraph entitled "Plumbing Fixture Faucets, Trim, and Fittings."

2.5.1 Flush Valve Plumbing Fixtures

a. Flush Valves: Provide large (not less than 2.625 inches in diameter minimum upper chamber inside diameter where the diaphragm is sealed between the upper and lower chambers) diaphragm flush valves for domestic water service. Provide vacuum breakers and angle control-stop valves for each flush valve. Exposed to view and pressure containing components of flush valves, vacuum breaker, angle control-stop valve, tail pieces, slip nuts, escutcheon plates, and wall plates shall be chromium-plated copper alloy or polished stainless steel. Mount flush valves not less than 11 inches above the fixture. Water flushing volume of the flush valve shall be factory set as required by the fixture.

b. Flush Valve Urinals: ASME A112.19.2M, white vitreous china, wall-mounted, wall outlet, siphon jet, integral trap, and extended side shields. Water flushing volume of the flush valve and urinal combinations shall not exceed one gallon per flush. Provide ASME A112.6.1M concealed chair carriers. Mount urinal with the rim approximately 17 inches above the floor.

c. Flush Valve Water Closets: ASME A112.19.2M, white vitreous china, siphon jet, elongated bowl, floor-mounted, floor or wall outlet as indicated. Water flushing volume of the flush valve and water closet combination shall not exceed 1.6 gallons per flush for floor outlet water closet; flush valve shall be factory set at 1.6 gallons per flush. Water closet rim height above floor shall be approximately 15 inches, except wheelchair water closet rim height above floor shall be 17 to 19 inches. Provide white solid plastic elongated open-front seat.

2.6 PLUMBING FIXTURE FAUCETS, TRIM, AND FITTINGS

ASME A112.18.1M for plumbing fixture faucets. The finish of plumbing fixture faucets, trim, valves, and fittings exposed to view shall be chromium-plated or polished stainless steel except as modified herein.

# PART 3 EXECUTION

## 3.1 INSTALLATION

Installation of plumbing systems including fixtures, backflow preventers, equipment, materials, and workmanship shall be in accordance with the Plumbing Code, except as modified herein. When fixtures require both hot water and cold water supplies, provide the hot water supply to the left of the cold water supply. Plastic piping shall not penetrate fire walls or fire floors and shall be used on one side of fire walls and fire floors not closer than 6 inches to the penetration. Plastic DWV piping shall not be permitted. Cast-iron DWV piping only shall be provided.

### 3.1.1 Threaded Connections

Jointing compound for pipe threads shall be polytetrafluoroethylene (PTFE) pipe thread paste, pipe cement and oil, or PTFE powder and oil; apply only on male threads. Provide exposed ferrous pipe threads with one coat of primer applied to a minimum dry film thickness of 1.0 mil.

### 3.1.2 Solder End Valves

Remove stems and washers and other item subject to damage by heat during installation. Reassemble valve after soldering is completed. Valves without heat sensitive parts do not require disassembly but shall be opened at least two turns during soldering.

### 3.1.3 Pipe Supports (Hangers)

Provide additional supports at the concentrated loads in piping between supports, such as for inline water pumps and flanged valves. Maximum of 5 foot apart at valves and pumps.

#### 3.1.3.1 Piping to Receive Insulation

Provide temporary wood spacers between the insulation protection shield and the pipe in order to properly slope the piping and to establish final elevations. Temporary wood spacers shall be of the same thickness as the insulation to be provided under Section 15080, "Mechanical Insulation."

#### 3.1.3.2 Maximum Spacing Between Supports

a. Vertical Piping: Support metal piping at each floor, but at not more than 10 foot intervals.

b. Horizontal Piping: Support cast-iron piping at 5 foot intervals, except for pipe exceeding 5 foot length, provide supports at intervals equal to the pipe length but not exceeding 10 feet. Locate supports within one foot of joints at each change of direction and with 18 inches of joints for straight runs. Support steel piping and copper tubing as follows:

MAXIMUM SPACING (FEET)

| Nominal Pipe Size (inches) | One and under | 1.25 | 1.5 | 2 | 2.5 | 3 | 3.5 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Steel Pipe | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | 17 |
| Copper Tube | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |

3.1.4 Ductile Iron Pipe Aboveground

Provide flanged joints.

3.1.5 Encased Buried Piping

Completely encase buried copper water piping and cast iron DWV and water piping with polyethylene tube or sheet in accordance with AWWA C105/A21.5.

3.1.6 Installation of Pipe Sleeves

Provide pipe sleeves where piping passes through walls, floors, roofs, and partitions. Secure sleeves in proper position and location during construction. Provide sleeves of sufficient length to pass through entire thickness of walls, floors, roofs, and partitions. Provide not less than 0.25 inch space between exterior of piping or pipe insulation and interior of sleeve or core-drilled hole. Firmly pack space with mineral wool insulation. Seal at both ends of the sleeve or core-drilled hole with plastic waterproof cement which will dry to a firm but pliable mass, or provide a mechanically adjustable segmented elastomeric seal. Seal both ends of penetrations through fire walls and fire floors to maintain fire resistive integrity with UL listed fill, void, or cavity material. Extend sleeves in floor slabs 3 inches above the finished floor, except sleeves are not required where DWV piping passes through concrete floor slabs located on grade.

3.1.7 Copper Tube Extracted Joint

An extracted mechanical tee joint may be made in copper tube. Make joint with an appropriate tool by drilling a pilot hole and drawing out the tube surface to form a collar having a minimum height of three times the thickness of the tube wall. To prevent the branch tube from being inserted beyond the depth of the extracted joint, provide dimpled depth stops. Notch the branch tube for proper penetration into fitting to ensure a free flow joint. Braze extracted joints using a copper phosphorus classification brazing filler metal. Soldered joints shall not be permitted.

3.2 NAMEPLATES

Provide laminated plastic nameplates for equipment, gages, thermometers, and valves; stop valves in supplies to fixtures will not require nameplates. Laminated plastic shall be 0.125 inch thick melamine plastic, black with white center core. Surface shall be a matte finish. Corners shall be square. Accurately align lettering and engrave into the white core. Minimum size of nameplates shall be 1.0 by 2.5 inches. Lettering shall be minimum of 0.25 inch high normal block lettering. Key nameplates to a chart and schedule for each system. Frame charts and schedules under

glass and place where directed near each system. Furnish two copies of each chart and schedule. Each inscription shall identify its function. Equipment nameplates shall show the following information:

a. Manufacturer, type, and model number

b. Contract number and accepted date

c. Capacity or size

d. System in which installed

e. System which it controls

## 3.3 CONNECTIONS TO EXISTING WATER SUPPLY SYSTEMS

Use tapping or drilling machine valve and mechanical joint type sleeves for connections to be made under pressure. Bolt sleeves around mains; bolt valve conforming to AWWA C500 to the branch. Open valve, attach drilling machine, make tap, close valve, and remove drilling machine, without interruption of service. Notify the Contracting Officer in writing at least 15 days prior to the date the connections are required; receive approval before any service is interrupted. Provide materials required to make connections into the existing water supply systems and perform excavating, backfilling, and other incidental labor as required. Furnish the labor and the tapping or drilling machine for making the actual connections to the existing systems.

## 3.4 FIELD QUALITY CONTROL

### 3.4.1 Inspections

Prior to initial operation, inspect piping system for compliance with drawings, specifications, and manufacturer's submittals.

### 3.4.2 Field Testing

Before final acceptance of the work, test each system as in service to demonstrate compliance with the contract requirements. Perform the following tests in addition to the tests specified in the Plumbing Code, except as modified herein. Correct defects in the work provided by the Contractor, and repeat tests until work is in compliance with contract requirements. Furnish water, electricity, instruments, connecting devices, and personnel for performing tests.

#### 3.4.2.1 Domestic Water Piping

Before applying insulation, hydrostatically test each piping system at not less than 120 psig with no leakage or reduction in gage pressure for 2 hours.

#### 3.4.2.2 DWV Piping

Before the installation of fixtures, cap ends of each system, fill piping with water to the roof, and allow to stand until a thorough inspection has been made. If the system is tested in sections, each opening shall be plugged and each section tested with not less than a 10 foot head of water. After plumbing fixtures have been set and their traps filled with water, subject the entire sanitary system to a final air pressure test of not more

than 1.0 inch of water column and a smoke or peppermint test. Perform the air and smoke test with an approved smoke testing machine which shall show a clear passage of smoke and air throughout the entire system. The entire system shall be proven absolutely tight under such test.

#### 3.4.2.3 Backflow Preventers Test Report

Backflow preventers shall be tested by a locally approved and certified backflow assembly tester. A copy of the test report shall be provided to the Contracting Officer prior to placing the domestic water system into operation, or no later than 5 days after the test.

### 3.5 OPTIONAL DISINFECTION METHOD

Disinfect new potable water lines and affected portions of existing potable water lines with geothermal water. Geothermal water shall be not less than 194 degrees F and contact time shall be not less than 30 minutes. After disinfection, thoroughly flush new potable water lines and affected portions of existing potable water lines with the chlorinated base water supply for a minimum of two hours.

### 3.6 DISINFECTION

Disinfect new water piping and existing water piping affected by Contractor's operations in accordance with AWWA C651. Fill piping systems with solution containing minimum of 50 parts per million (ppm) of available chlorine and allow solution to stand for minimum of 24 hours. Flush solution from the systems with domestic water until maximum residual chlorine content is within the range of 0.2 to 0.5 ppm, or the residual chlorine content of domestic water supply. Obtain at least two consecutive satisfactory bacteriological samples from new water piping, analyze by a certified laboratory, and submit the results prior to the new water piping being placed into service. Disinfection of systems supplied by non-potable water is not required.

-- End of Section --

SECTION 15601

# CENTRAL REFRIGERATION EQUIPMENT FOR AIR CONDITIONING - AIR COOLED WATER CHILLER

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with the additions and modifications specified herein.

### 1.3 DEFINITION

a. Year 2000 compliant - means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Water chillers

SD-03 Product Data

Water chillers

SD-06 Test Reports

Pressure vessel tests

Salt-spray tests

Make-up water analysis

Start-up and initial operational tests

Water analysis

Field-assembled cooling towers performance tests

SD-07 Certificates

Year 2000 (Y2K) Compliance Warranty; G

SD-08 Manufacturer's Instructions

Chiller

Submit an Occupational Safety and Health Act (OSHA) Material Safety Data Sheet for chemicals provided.

SD-10 Operation and Maintenance Data

Water Chillers, Data Package 3

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

Central refrigeration equipment

Submit text.

## 1.5 QUALITY ASSURANCE

### 1.5.1 Modifications of References

In the referenced publications, the advisory provisions shall be mandatory; substitute the word "shall" for "should" or "it is recommended" wherever they appear; reference to the "authority having jurisdiction" and "owner" shall be interpreted to mean the Contracting Officer.

### 1.5.2 Pressure Vessels

Design, fabrication, inspection, and testing of pressure vessels including waterside and refrigerant side of condensers and liquid coolers (evaporators) shall be in accordance with ASME BPVC SEC VIII and ASHRAE 15. The ASME official Code U-Symbol or Code UM-Symbol stamped or marked on the vessels, and the submission of the applicable ASME required manufacturer's data report will be accepted as evidence that pressure vessels comply to ASME rules for construction. Submit results of pressure vessel tests. Provide make-up water analysis in accordance with ASTM D 596.

### 1.5.3 Personnel Protection

UL 465. Provide personnel protection from moving parts including fans, pulleys, chains, gears, and couplings. High temperature machinery and piping shall be guarded or covered with insulation.

### 1.5.4 Electrical Systems

Wiring and components shall conform to NFPA 70 and UL 465.

## 1.6 CENTRAL REFRIGERATION EQUIPMENT

Provide manufacturer's instruction, including evacuation and charging

procedures.and posted operating instructions for each piece of refrigeration equipment.

## 1.7 REFRIGERANTS AND OILS

Dehydrate, purge, and charge refrigerant circuit with refrigerant and oil at factory. Factory oil and refrigerant charge shall be full amount required for operation, if within limits permitted by the Department of Transportation; otherwise, a holding charge shall be furnished. Field charging, where only a holding charge is shipped, shall be accomplished without breaking permanent refrigerant connections. Furnish one complete charge of lubricating oil in sealed containers in addition to that placed in system. Chillers using R-11, R-12, R-113, R-114, R-115, or R-500 as a refrigerant will not be permitted. Refrigerants shall have an Ozone Depletion Factor (ODF) of 0.05 or less. The ODF shall be in accordance with the "Montreal Protocol On Substances That Deplete The Ozone Layer," September 1987, sponsored by the United Nations Environment Programme.

## 1.8 WARRANTY

### 1.8.1 Year 2000 (Y2K) Compliance Warranty

For each product, component and system specified in this section as a "computer controlled facility component" provide a statement of Y2K compliance warranty for the specific equipment. The contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations to the extent that other computer controlled components, used in combination with the computer controlled component being acquired, properly exchange data and time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provisions to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other that Year 2000 performance.

# PART 2 PRODUCTS

## 2.1 Y2K Compliant Products

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip technology. This includes, but in not limited to, programmable thermostats, HVAC controllers, utility monitoring and control systems, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

2.2 AIR-COOLED WATER CHILLERS

The air-cooled water chiller shall be a completely factory assembled unit, factory charged and factory run tested. The unit shall have an ARI label and a rated capacity per design. The chiller shall be a regular catalog listed product and have been on the market for five or more years. The unit shall have capacity controls of either step unloading or with multiple compressors. Hot gas bypass capacity control will not be acceptable. The chiller unit shall be complete with all operating components, including multiple hermetic scroll or reciprocating compressors, direct expansion evaporator, air-cooled condenser with sub-cooling, piping and valves, electrical wiring and control system, and all components necessary for safe and controlled unit operation. The only field wiring needed is connecting to electrical power and to the building automation control system.

2.3 DESIGN REQUIREMENTS

2.3.1 General

Provide a complete scroll compressor packaged chiller as specified herein and as shown on the drawings.

2.3.2 Performance

Refer to the schedule of performance on the drawings. The chiller shall be capable of stable operation to a minimum of 20 percent of full load with hot gas bypass. Performance shall be in accordance with ARI 590l.

2.4 CHILLER COMPONENTS

2.4.1 Compressor

The compressor shall be sealed hermetic scroll type with discharge service valve, crankcase oil heater and suction strainer. Compressor shall have a forced feed lubrication system with a reversible oil pump and oil charge. The compressor motor shall be refrigerant gas cooled, high torque, hermetic induction type, two-pole, with inherent thermal protection on all three phases and shall be mounted on RIS vibration isolator pads.

2.4.2 Evaporator

the evaporator shall be direct expansion type with stainless steel plates brazed together with copper. It shall be insulated with 3/4 inch closed cell polyurethane insulation and be heated with an electric heater to provide freeze protection to -20 deg. F ambient temperature.

2.4.3 Condenser

The condenser coils shall consist of 3/8 inch seamless copper tubes mechanically bonded into copper or coated aluminum plate type fins. The fins shall have full drawn collars to completely cover the tubes. A subcooling coil shall be an integral part of the main condenser coil. Condenser fans shall be propeller type arranged for vertical air discharge and individually driven by direct drive fan motors. Each fan shall be in its own compartment to eliminate cross flow of condenser air during fan cycling and shall be equipped with a heavy-gauge fan guard. Fan motors shall be weather protected, single-phase, direct-drive, 1140 rpm, open drip-proof type.

#### 2.4.4 Refrigerant Circuit

The refrigerant circuit shall include a liquid line shut-off valve, refrigerant filter-drier, sight glass with moisture indicator, liquid line solenoid valve (no exceptions), thermal expansion valve, and insulated suction line.

#### 2.4.5 Control System

A centrally located weatherproof control panel shall contain the field power connection points control interlock terminals and control system. Power and starting components shall include factory fusing of fan motors and control circuit; individual contactors for each fan motor, solid-state start timer, solid-state compressor three-phase motor overload protection, inherent fan motor overload protection and unit power terminal blocks for connection to remote disconnect switch. Terminals shall also be provided for power supply to the evaporator heater circuit. Hinged access doors shall be lockable. Barrier panels are required to protect against accidental contact with line voltage when accessing the control system. Safety and operating control shall include unit stop switch, recycling pump-down control, high and low pressure safety switches, water temperature controller, freeze protection pressurestats, and fan cycling controls. Unit shall provide recycling pump-down protection at all times.

### 2.5 OPTIONS AND ACCESSORIES

The following options are to be included:

a. Chilled water flow switch to be field mounted in the chilled water line and field wired to terminals in the control panel.

### 2.6 SOURCE QUALITY CONTROL

#### 2.6.1 Salt-Spray Tests

Factory-applied coating or paint system on equipment located outdoors including reciprocating, helical rotary, scroll, air-cooled water chillers, and air-cooled remote-type condensers, shall be factory salt-spray tested in accordance with ASTM B 117. Period of text shall be 500 hours. Test specimens shall have a standard scribe mark as defined in ASTM D 1654. Upon completion of exposure, coating or paint system shall be evaluated and rated in accordance with procedures A and B of ASTM D 1654. Rating of failure at the scribe mark shall be not less than six (average creepage not greater than 1/8 inch). Rating of the unscribed area shall not be less than 10 (no failure).

## PART 3 EXECUTION

### 3.1 INSTALLATION

Installation procedures shall conform to ASHRAE 15, and manufacturer's recommendations. Make piping connections to equipment after piping systems have been tested and cleaned.

### 3.2 FOUNDATIONS

Foundations for mounting of equipment, accessories, appurtenances, piping, and controls shall be provided, including concrete housekeeping pad supports, stands, guides, anchors, clamps, and brackets. Anchor bolts and

sleeves shall be set using templates. Anchor bolts shall be provided with welded-on plates on the head end embedded in the concrete. Equipment bases shall be leveled, using jacks or steel wedges, and grouted in using a non-shrinking type of grouting mortar. Concrete housekeeping pad shall conform to manufacturer's recommendations.

## 3.3 LOCATIONS AND CLEARANCES

Equipment shall be located so that working space is available for necessary servicing such as shaft removal, disassembling compressor cylinders and pistons, replacing or adjusting drives, motors, or shaft seals, access to water heads and valves of shell and tube equipment, tube cleaning or replacement, access to automatic controls, refrigerant charging, lubrication, oil draining and working clearance under overhead lines. Provide manufacturer's recommended clearances for installation, operation, and maintenance, for chillers located within enclosures.

## 3.4 IDENTIFICATION TAGS AND PLATES

Provide equipment with tags numbered and stamped for their use. Plates and tags shall be brass or non-ferrous material. Minimum letter and numeral sizes shall be 1/8 inch high.

## 3.5 FIELD QUALITY CONTROL

Perform tests and provide labor, materials, and equipment required. Notify the Contracting Officer, in writing, 10 days before performing tests. Tests shall be performed in the presence of a manufacturer's representative. In addition to the requirements of Section 15950, "HVAC Testing/Adjusting/Balancing," conduct rated capacity and step capacity tests. Demonstrate that all of the safety controls and operating controls are working properly.

### 3.5.1 Start-Up and Initial Operational Tests

Provide chemicals and place water treatment systems in operation before initial start-up. Equipment shall be started and operated. Follow manufacturer's procedures and place systems under all modes of operation. Initial charges of refrigerant lubricating oil shall be supplemented to ensure maximum operating capacity. Safety and automatic control instruments shall be adjusted. Record manufacturer's recommended readings hourly.

-- End of Section --

SECTION 15720

# AIR HANDLING UNITS (CENTRAL STATION AIR HANDLING UNIT AND VARIABLE AIR VOLUME TERMINAL UNITS

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 GENERAL REQUIREMENTS

The air handling unit shall be a Central Station Air Handling Unit, specifically designed and manufactured for outdoor installation. The unit shall be equipped with electronic type variable speed drives to control the output pressure and volume of the supply air blower and the return air blower. The variable speed drives shall be equipped with addressable controls and monitoring panel. The unit shall be internally isolated with spring type vibration isolators, equipped with seismic restraints; the unit shall not transmit any structural borne vibration to the building structure. All exposed internal surface shall be insulated with polyurethane insulation or acoustical/insulation line, flame and water resistant coating. The unit shall consist at a minimum of a structural base, frame and panels, cabinets, and access doors, economizer cycle and mixing box, return air fan section, filter section, cooling coil section, supply air fan section, controls, and roof curb. The cabinets shall be constructed to withstand medium to high supply air pressure and medium return air pressure. Access doors shall be double wall construction with insulation between the inner and outer panel. Unless the unit is shipped as a single assembled unit, factory assistance during erection will be required. Factory assistance to conduct start-up and testing of the unit will be required.

### 1.3 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with the additions and modifications specified herein.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-03 Product Data

Central station air handlers

Fans

Variable-air-volume (VAV) terminal units

Roof curbs

Filter Sections

Drip Pans

Manometers

Include sound rating data and sound power level for all octave-band center frequencies or loudness level.

SD-06 Test Reports

Corrosion protection

Preliminary tests

Air handling and distribution equipment tests

Dampers leakage test

Include certification by the equipment manufacturer's representative.

SD-07 Certificates

Central station air handlers

Fans

Variable-air-volume (VAV) terminal units

SD-10 Operation and Maintenance Data

Central station air handlers, Data Package 3

Fans, Data Package 3

Filter sections, Data Package 2

Variable-air-volume (VAV) terminal units, Data Package 2

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

1.5 TESTING FOR CORROSION PROTECTION

Comply with ASTM A 123/A 123M, or protect equipment with a corrosion-inhibiting coating or paint system that has proved capable of satisfactorily withstanding corrosion in accordance with ASTM B 117. Test 125 hours for equipment installed indoors and 500 hours for equipment installed outdoors or subjected to a marine atmosphere. Each specimen shall have a standard scratch as defined in ASTM D 1654.

1.5.1 Corrosion Criteria

Upon completion of exposure, evaluate coating or painting in accordance

with ASTM D 1654. Coat or paint shall show no indication of deterioration, loss of adhesion, or indication of rust or corrosion extending further than 1/8 inch on either side of original scratch.

### 1.5.2 Thickness of Coating

Thickness of coating or paint system on the actual equipment shall be identical to that on the test specimens with respect to materials, conditions of application, and dry film thickness.

## PART 2 PRODUCTS

### 2.1 FANS

Total sound power level of the fan shall not exceed 90 dBA when tested per AMCA 300 and rated perAMCA 301; statically and dynamically balanced, with air capacities, brake horsepowers, fan types, fan arrangement, sound power levels or loudness level, and static pressure as indicated. Fan bearing life shall have a minimum average life of 200,000 hours at design operating conditions. Provide nominal 2 mesh 0.063 inch wire diameter, stainless steel bird screens for outdoor inlets and outlets. Have thermal overload protection in the operating disconnect switches within the building. Construct housings and impellers of aluminum, except as specified otherwise. Provide non-sparking construction where indicated. For wiring terminations, provide terminal lugs to match branch circuit conductor quantities, sizes, and materials. Enclose terminal lugs in terminal box sized to NFPA 70.

### 2.1.1 Centrifugal Fans

ANSI/AMCA 210 with AMCA seal, airfoil type, V-belt drive motors. Provide bearing cooling fan and threaded drain connection. Impeller shall be constructed of steel or aluminum with smooth curved rim, back plate, blades, and cast iron or cast steel hub riveted to back plate and keyed to shaft with set screws.

### 2.1.2 Power Roof Ventilators

UL 705 with UL label and ANSI/AMCA 210 with AMCA seal, centrifugal V-belt fans in spun aluminum housings high-impact plastic with glass fiber reinforcement. Equip motors with unfused safety disconnect switches and resilient mounts. Mount motors out of air stream. Provide factory-fabricated roof curbs with continuous curb gaskets and aluminum bird screen. Provide gravity actuated, aluminum multiple blade construction backdraft damper and cast iron or steel sheaves, dynamically balanced and bored to fit shafts and keyed.

### 2.2 CENTRAL STATION AIR HANDLERS

ARI 430 with sound rating in accordance with ANSI/ASHRAE 68, sound power level, and static pressure, as indicated. Include damper section, supply blower section, filter section with mixing box section or combination filter-mixing box section, and coil section. Filters, housing coils, and heaters must be completely removable from the unit without having to dismantle the unit or adjacent equipment.

### 2.2.1 Casings

Construct casings of steel or galvanized steel on channel base and drain

pan coated externally with manufacturers standard paint finish. Provide removable panels and access doors for inspection and access to internal parts. Insulate casings with manufacturer's standard materials. For outdoor roof mounted units, provide weatherproof casing in accordance with paragraph entitled "Testing for Corrosion Protection." Finish with seal joints, stationary galvanized steel louvers with birdscreen, and bearing AMCA Certified Ratings Seal in accordance with AMCA 500. The construction of the casing shall be designed to shed water. All exposed seams shall be protected with seam caps. All joints shall be sealed with waterproof sealant. All exterior panel shall be constructed of 18 gauge galvanized steel formed panels. Prime and coat for salt air environment.

2.2.2 Dampers

Provide with factory mounted outside and return air dampers in mixing boxes of galvanized steel blades, with vinyl bulb edging and edge seals in galvanized frame, in opposed blade arrangement with non-slip keyed connecting rods and linkages. Permanently secure damper blades on a single shaft with self-lubricating bearings. Position damper blades across short air opening dimension. Maximum leakage is 2 percent at 4 inch water gage differential pressure when sized for 2000 fpm face velocity.

2.2.3 Supply Blower (Fan) Sections

Centrifugal fan with airfoil blades and V-belt drive motor. Belt guards are not required for internally mounted motors. Provide variable speed motor. Bearings shall be grease-lubricated ball-bearing type, with minimum average life of 200,000 hours at design operating conditions.

2.2.4 Vibration Isolation

For the entire fan, motor, and drive assembly, provide 2 inchnominal deflection spring vibration isolators, internally mounted at the factory together with fan discharge flexible connection and thrust restraint springs. As an alternate, vibration isolation may be provided external to air handlers. When alternate is chosen, provide 2 inch nominal deflection springs, pipe and duct flexible connections, thrust restraint springs, and spring type pipe hangers on pipes directly-connected to such air handlers.

2.2.5 Filter Sections

Protect permanent holding frames with rust inhibitor coating. Provide visible identification on media frames showing model number and air-flow direction. Where filter bank is indicated or required, provide means of sealing to prevent bypass of unfiltered air. Except extended media with self-supporting cartridge and high efficiency particulate filters, performance shall be determined in accordance with ASHRAE 52.1. Provide a differential pressure gauge readout in inches of water. The gauge range shall be adequate and suitable for measuring the filter resistance.

2.2.5.1 Replaceable Air Filters

UL 900, Class 2, those which, when clean, burn moderately when attacked by flame or emit moderate amount of smoke, or both, throw-away frames and media, 2 inch nominal thickness.

2.2.5.2 Disposable Cartridge Air Filters

UL 900, Class 2, UL classified, and factory assembled. Provide filter

media of cotton and synthetic fibers having 50 to 55 percent average dust spot efficiencies with maximum final resistance one inch water gage and maximum face velocity 450 fpm. Construct filter frame of 16 gage sheet steel or aluminum with welded or riveted joints. Calk or gasket entire assembly to prevent air leakage around frames.

2.2.5.3 Filter Housing

Minimum thickness, 14 gage steel with baked finish inside and out. Joints shall be continuously welded. Flange shall have a fixed air sealing gasket with hollow cross section, closed cell rubber or resilient neoprene, suitable for repetitive reuse. Cabinets shall have flanged ends for connection to adjacent ducts. Hinged access doors on both cabinet sides. Provide access doors with fixed air sealing gaskets to be airtight at the static pressure expected in service. Provide two 3/8 inch Society of Automotive Engineers (SAE) flare connection test ports complete with seal cap, one on each side of the filter. Weld test ports into each filter cabinet or plenum. Test port shall not penetrate to filter frame or media.

2.2.6 Outside-Air Intake

Provide each roof top unit with a unit-mounted louver, built-in rain lip, and bird screen.

2.2.7 Cooling Sections

2.2.7.1 Coils

Provide drainable chilled water coils. The coils shall be designed for 250 psig working pressure and shall be tested at 350 psig without leaks or failures. The exterior tubes and fins of the cooling coil shall be properly coated to resist salt air corrosion. Provide removable coils per ARI 410 with access to both sides. Enclose cooling coils in a common or individual casing with headers and return bends fully contained within casing. Cooling coils shall have drain pans with piping connections to remove condensate. Seal coils to casing to prevent leakage of air around coils.

2.2.7.2 Eliminators

Equip each cooling coil having an air velocity of over 400 fpm through the net face area with moisture eliminators, unless the coil manufacturer guarantees, over the signature of a responsible company official, that no moisture will be carried beyond the drip pans under actual conditions of operation. Construct of minimum 24 gage copper, removable through the nearest access door in the casing or ductwork. Eliminators shall have not less than two bends at 45 degrees and shall be spaced not more than 2 1/2 inches center-to-center on face. Each bend shall have an integrally formed hook as indicated in the SMACNA DCS.

2.2.7.3 Drip Pans

Provide each cooling coil section in both field-and-factory assembled casings with a stainless or galvanized steel drip pan not less than 18 gage with drain connections. Drip pans shall collect, confine, and dispose of all condensate from cooling coils and attachments, including headers, return bends, distributors, and uninsulated pipe and fittings. Where individual eliminator blades are in section (not in one piece from top to bottom of coil bank), provide auxiliary drip troughs at bottom of each

section with drains to drip pans. Insulate drip pans with water impervious insulation of sufficient thickness to prevent condensate formation on the exterior at ambient conditions to be encountered.

## 2.3 RETURN-AIR FAN SECTIONS

Centrifugal fan conforming to paragraph entitled "Supply Blower (Fan) Sections."

## 2.4 Motors

All motors shall be high efficiency conforming to State of California Title 24 energy conservation requirements.

## 2.5 Variable Speed Motor Drives

The variable speed drives shall be of the "Pulse Width Modulation" design. The variable speed drives are used to control the output pressure and volume of the supply air blower and the return air blower. The variable speed drive shall be equipped with addressable controls and monitoring panel. Line reactors shall be furnished when needed for proper operation of the variable speed drives.

## 2.6 VARIABLE-AIR-VOLUME (VAV) TERMINAL REHEAT UNITS

The variable air volume (VAV) unit shall be a single duct terminal with hot water reheat coil. The VAV unit shall meet ARI 880, sound power level, capacities, static pressures, and other operating conditions as indicated.The VAV units shall include sound attenuator boxes, variable volume dampers, adjustable maximum and minimum air volume regulators, and other items as required for proper system operation. Equip units with integral air volume control dampers. Maximum air leakage rate shall not exceed 2 percent at static pressure from 0.4 to 3 inches water gauge. The unit shall provide output signals, control signals, and feedbacks suitable for DDC controls. Sensor shall be wall mounted."

### 2.6.1 Casings

Minimum 26 gage galvanized steel or minimum 0.04 inch thick aluminum, welded construction. Provide removable access panels where required for inspection, adjustment, and maintenance without disconnecting ducts.

### 2.6.2 Insulation

NFPA 90A and UL Classified for 2 hour fire-rated classification with minimum 1/2 inch, 1 1/2 lb. glass fiber. Acoustically and thermally insulate internal surfaces of units, air diffusers, and accessories. Surface coat the insulation to prevent erosion.

### 2.6.3 Controls

Provide controls in accordance with Section 15910, "Direct Digital Control Systems."

### 2.6.4 Air-Volume Regulators

Static-pressure-compensated or velocity-pressure type. At any damper position, maintain constant-volume cfm within plus-or-minus 5 percent of design-rated cfm setting. Provide factory-fabricated and field-adjustable

set-points to set maximum and minimum cfm.

2.6.5 Air Diffusers

Fixed type. Construct diffusers to operate without loss of Coanda effect. Provide remote diffusers with integral boots and bellows or dampers.

2.6.6 Reheat Coils

2.6.6.1 Water Coils

One-row or two-row hot water coils. On reduction in cooling loads, the air supply quantity shall be gradually reduced to a fixed minimum setting. Then, the reheat coil shall be activated in sequence to maintain thermostat setting.

2.7 MOTORS AND MOTOR STARTERS

NEMA MG 1, NEMA ICS 2, and NEMA ICS 6, respectively, with electrical characteristics as indicated. Motors shall be totally-enclosed. Motor starters shall be magnetic-across-the-line type with water-resistant enclosure.

2.8 ROOF CURBS

Factory-fabricated sheet-steel structural members. Provide minimum 4 inch cants for built-up roofing, 2 by 6 inch factory-installed wood nailers, and fully mitered end sections. Provide welded 18 gage galvanized steel shell, base plate, and counterflashing and provide stiffness required to eliminating deflection.

2.9 CORROSION PROTECTION FOR MARINE ENVIRONMENTS

2.9.1 Corrosion Protection for Marine Environments

Provide a special finish on the interior of the equipment and the exterior, where indicated. Apply coating at the premises of a company specializing in such work.

2.9.1.1 Mild Steel and Factory Primed Surfaces

a. Synthetic Resin Primer: 36 percent, plus or minus 6 percent, solids content by volume; 1 coat, 3 mils minimum dry film thickness.

b. Vinyl Copolymer: 23 percent, plus or minus 4 percent, solids content by volume; 2 coats, 1 1/2 mils minimum dry film thickness per coat.

2.9.1.2 Nonferrous Heat Exchanger Fin Coil Surfaces

Vinyl copolymer, 4 coats, 1 1/2 mils minimum dry film thickness per coat.

2.9.1.3 Galvanized Surfaces

a. Polyamide Epoxy Primer: 48 percent, plus or minus 2 percent, solids content by volume; 1 coat, 2 mils minimum dry film thickness.

b. Vinyl Copolymer: 23 percent, plus or minus 4 percent, solids content by volume; 2 coats, 1 1/2 mils minimum dry film thickness per coat.

2.9.1.4 Aluminum Surfaces Other than Fin Coil Surfaces

a. Polyamide Epoxy Primer: 48 percent, plus or minus 2 percent, solid contact by volume; 1 coat, 2 mils minimum dry film thickness.

b. Vinyl Copolymer: 23 percent, plus or minus 4 percent, solids content by volume; 2 coats, 1 1/2 mils minimum dry film thickness per coat.

PART 3 EXECUTION

3.1 PREPARATION

Provide storage for equipment and materials at the project site. Parts shall be readily accessible for inspection, repair, and renewal. Protect materials and equipment from weather.

3.2 INSTALLATION

Install air distribution equipment as indicated and in accordance with the manufacturer's instructions. Provide clearance for inspection, repair, replacement, and service. Electrical work shall conform with NFPA 70and Division 16, "Electrical." Provide overload protection in the operating disconnect switches and magnetic starters. Locate air intake of air handling equipment at a minimum of 25 feet from industrial stacks, bathroom vents, and sanitary risers. Prevailing wind direction shall not be used as justification for placing air intake closer than 25 feet of exhaust stacks. Locate annunciator panel in maintenance office or foreman's office.

3.2.1 Fans

Install with resilient mountings, flexible electrical leads, and flexible connections between fan inlet and discharge ductwork. Provide fixed sheaves required for final air balance and safety screen where inlet or outlet is exposed.

3.2.2 Air Handling Units

Install assembled units on vibration isolators and isolate fan section with flexible duct connections. Bolt sections together in high pressure units. Pipe drain pan to the nearest floor drain.

3.2.3 Power Ventilators

Secure roof exhausters with stainless steel lag screws to roof curb. Extend ducts to roof exhausters into roof curb. Counterflash duct to roof opening.

3.3 FIELD QUALITY CONTROL

Schedule and administer specified tests. Provide personnel, instruments, and equipment for such tests. Correct defects and repeat the respective inspection and tests. Give the Contracting Officer ample notice of the dates and times scheduled for tests and trial operations.Conduct inspection and testing in the presence of the Contracting Officer.

### 3.3.1 Inspection

Prior to initial operation, inspect equipment installation for conformance with drawings and specifications.

### 3.3.2 Preliminary Tests

For each item of air handling and distribution equipment and its components, perform an operational test for a minimum period of 4 hours.

### 3.3.3 Testing and Balancing

After preliminary tests, perform air handling and distribution equipment tests, adjustment, and balancing in accordance with Section 15950, "HVAC Testing/Adjusting/Balancing".

-- End of Section --

SECTION 15730

# UNITARY AIR CONDITIONING EQUIPMENT

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITION

a. Year 2000 compliant - means computer controlled facility components that accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations.

### 1.3 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with the additions and modifications specified herein.

### 1.4 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-02 Shop Drawings

Field-assembled refrigerant piping

Control system wiring diagrams

SD-03 Product Data

Air conditioners

Filters

Refrigerant piping and accessories

Coatings for finned tube coils

SD-06 Test Reports

Salt-spray tests

Start-up and initial operational tests

SD-07 Certificates

Year 2000 (Y2K) Compliance Warranty

SD-08 Manufacturer's Instructions

Air conditioners

Filters

Refrigerant piping and accessories

SD-10 Operation and Maintenance Data

Air conditioners, Data Package 3

Filters, Data Package 2

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data."

SD-11 Closeout Submittals

Posted operating instructions

## 1.5 QUALITY ASSURANCE

### 1.5.1 Modification of References

Accomplish work in accordance with the referenced publications, except as modified by this section. Consider the advisory or recommended provisions to be mandatory, as though the word "shall" had been substituted for the words "should" or "could" or "may," wherever they appear. Interpret reference to "the Authority having jurisdiction," "the Administrative Authority," "the Owner," or "the Design Engineer" to mean the Contracting Officer.

### 1.5.2 Detail Drawing

For refrigerant piping, submit piping, including pipe sizes. Submit control system wiring diagrams.

### 1.5.3 Safety

Design, manufacture, and installation of unitary air conditioning equipment shall conform to ASHRAE 15.

### 1.5.4 Posted Operating Instructions

Submit posted operating instructions for each packaged air conditioning unit.

## 1.6 REFRIGERANTS

Refrigerants shall have an Ozone Depletion Factor (ODF) of 0.05 or less. The ODF shall be in accordance with the "Montreal Protocol On Substances That Deplete The Ozone Layer," September 1987, sponsored by the United Nations Environment Programme.

## 1.7 WARRANTY

1.7.1 Year 2000 (Y2K) Compliance Warranty

For each product, component and system specified in this section as a "computer controlled facility component" provide a statement of Y2K compliance warranty for the specific equipment. The contractor warrants that each hardware, software, and firmware product delivered under this contract and listed below shall be able to accurately process date and time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000 and leap year calculations to the extent that other computer controlled components, used in combination with the computer controlled component being acquired, properly exchange data and time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those listed products as a system. The duration of this warranty and the remedies available to the Government for breach of this warranty shall be defined in, and subject to, the terms and limitations of the contractor's standard commercial warranty or warranties contained in this contract, provided that, notwithstanding any provisions to the contrary, in such commercial warranty or warranties, the remedies available to the Government under this warranty shall include repair or replacement of any listed product whose non-compliance is discovered and made known to the contractor in writing within one year (365 days) after acceptance. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract, with respect to defects other that Year 2000 performance.

PART 2 PRODUCTS

2.1 Y2K COMPLIANT PRODUCTS

Provide computer controlled facility components, specified in this section, that are Year 2000 compliant (Y2K). Computer controlled facility components refers to software driven technology and embedded microchip technology. This includes, but in not limited to, programmable thermostats, HVAC controllers, utility monitoring and control systems, and other facilities control systems utilizing microcomputer, minicomputer, or programmable logic controllers.

2.2 AIR CONDITIONERS

2.2.1 Split-System Type

FS OO-A-374. Additional requirements for various system components are specified in this paragraph; however, basic requirements for the system and system components are contained in FS OO-A-374. Provide separate assemblies designed to be used together. Base ratings on the use of matched assemblies. Provide performance diagrams for units with capacities not certified by ARI to verify that components of the air conditioning system furnished will satisfy the capacity requirement specified or indicated. Minimum energy efficiency shall be in accordance with ASHRAE 90.1. List units with capacities smaller than 135,000 Btu/hr in the ARI DCUAC; in lieu of listing in the ARI Directory, a letter of certification from ARI that units have been certified and will be listed in the next Directory will be acceptable. Provide capacity, electrical characteristics and operating conditions as indicated.

2.2.2 Coils

On coils with all-aluminum construction, provide tubes of aluminum alloy 1100, 1200, or 3102; provide fins of aluminum alloy 7072; and provide tube sheets of aluminum alloy 7072 or 5052. The cooling coil shall be coated to resist salt air corrosion. Provide a separate air cooled condenser circuit for each compressor or parallel compressor installation. Provide a coating on condenser coils and fins as specified in the paragraph entitled "Coatings for Finned Tube Coils." Coils to be coated shall be part of manufacturer's standard product for capacities and ratings indicated and specified. Provide plate type fins.

2.2.3 Condenser Controls

Provide start-up and head pressure controls to allow for system operation at ambient temperatures down to 0 degrees F.

2.2.4 Fans

Provide belt-driven evaporator fans with adjustable pitch pulleys; except for units less than 5 ton capacity, direct drive with at least two speed taps may be used. Select pulleys at approximately midpoint of the adjustable range.

2.2.5 Filters

Provide filters of the type specified in this section.

2.2.6 Filter Boxes

Provide when filters are not included integral with air conditioning units. Construct of not less than No. 20 US gage steel with track, hinged access doors with latches, and gaskets between frame and filters. Arrange filters to filter outside and return air. Provide removable filter assemblies, replaceable without the use of tools.

2.2.7 Thermostats

Provide adjustable type that conforms to applicable requirements of UL 873. Provide combination heating-cooling type with contacts hermetically sealed against moisture, corrosion, lint, dust, and foreign material. Design to operate on not more than 1.5 degrees Fdifferential and of suitable range calibrated in degrees F. Provide adjustable heat anticipation and fixed cooling anticipation. Provide two independent temperature sensing elements electrically connected to control the compressor and heating equipment, respectively. Accomplish manual switching for system changeover from heating to cooling or cooling to heating and fan operation through the use of a thermostat subbase. Provide system selector switches to provide "COOL" and "OFF" and "HEAT" and fan selector switches to provide "AUTOMATIC" and "ON." Provide relays, contactors, and transformers located in a panel or panels for replacement and service.

2.2.7.1 Cooling

a. When thermostat is in "COOL" position with fan selector switch in "AUTO" position, compressor, evaporator fan, and condenser fan shall cycle together.

b. When thermostat is in "COOL" position with fan selector switch in "ON" position, compressor, and condenser fan shall cycle together and evaporator fan shall run continuously.

2.2.7.2 Supply Air Fan

a. When fan selector switch is in "AUTO" position with thermostat in "OFF" position, fan shall not run.

b. When fan selector switch is in "ON" position, fan shall run continuously.

2.3 FILTERS

Provide filters to filter outside air and return air and locate inside air conditioners. Provide replaceable (throw-away) type. Filters shall conform to UL 900, Class 2.

2.3.1 Replaceable Type Filters

ASTM F 1040 throw-away frames and media, standard dust holding capacity, 350 fpm maximum face velocity, and one inch thick.

2.4 COATINGS FOR FINNED TUBE COILS

Where stipulated in equipment specifications of this section, coat finned tube coils of the affected equipment as specified below. Apply coating at the premises of a company specializing in such work. Degrease and prepare for coating in accordance with the coating applicator's procedures for the type of metals involved. Completed coating shall show no evidence of softening, blistering, cracking, crazing, flaking, loss of adhesion, or "bridging" between the fins.

2.4.1 Phenolic Coating

Provide a resin base thermosetting phenolic coating. Apply coating by immersion dipping of the entire coil. Provide a minimum of two coats. Bake or heat dry coils following immersions. After final immersion and prior to final baking, spray entire coil with particular emphasis given to building up coating on sheared edges. Total dry film thickness shall be 2.5 to 3.0 mils.

2.4.2 Chemical Conversion Coating with Polyelastomer Finish Coat

Dip coils in a chemical conversion solution to molecularly deposit a corrosion resistant coating by electrolysis action. Chemical conversion coatings shall conform to MIL-C-5541, Class 1A. Cure conversion coating at a temperature of 110 to 140 degrees F for a minimum of 3 hours. Coat coil surfaces with a complex polymer primer with a dry film thickness of 1 mil. Cure primer coat for a minimum of 1 hour. Using dip tank method, provide three coats of a complex polyelastomer finish coat. After each of the first two finish coats, cure the coils for 1 hour. Following the third coat, spray a fog coat of an inert sealer on the coil surfaces. Total dry film thickness shall be 2.5 to 3.0 mils. Cure finish coat for a minimum of 3 hours. Coating materials shall have 300 percent flexibility, operate in temperatures of minus 50 to plus 220 degrees F, and protect against atmospheres of a pH range of 1 to 14.

2.4.3 Vinyl Coating

Apply coating using an airless fog nozzle. For each coat, make at least two passes with the nozzle. Materials to be applied are as follows:

Total dry film thickness, 6.5 mils maximum.

Vinyl Primer, 24 percent solids by volume: One coat 2 mils thick

Vinyl Copolymer, 30 percent solids by volume: One coat 4.5 mils thick.

## 2.5 MOTORS AND STARTERS

NEMA MG 1, NEMA ICS 1, and NEMA ICS 2. Determine specific motor characteristics to ensure provision of correctly sized starters and overload heaters. Provide motors to operate at full capacity with a voltage variation of plus or minus 10 percent of the motor voltage rating. Motor size shall be sufficient for the duty to be performed and shall not exceed its full load nameplate current rating when driven equipment is operated at specified capacity under the most severe conditions likely to be encountered. When motor size provided differs from size indicated or specified, the Contractor shall make the necessary adjustments to the wiring, disconnect devices, and branch circuit protection to accommodate equipment actually provided. Provide weather-resistant type starter enclosures in accordance with NEMA ICS 6.

## 2.6 REFRIGERANT PIPING AND ACCESSORIES

Provide accessories as specified in FS OO-A-373 and this section. Provide suction line accumulators as recommended by equipment manufacturer's installation instructions. Provide a filter-drier in the liquid line.

### 2.6.1 Factory Charged Tubing

Provide extra soft, deoxidized, bright annealed copper tubing conforming to ASTM B 280, factory dehydrated and furnished with a balanced charge of refrigerant recommended by manufacturer of equipment being connected. Factory insulate suction line tubing with 3/8 inchminimum thickness of closed cell, foamed plastic conforming to ASTM C 534 with a permeance rating not to exceed 1.0. Provide quick-connectors with caps or plugs to protect couplings. Include couplings for suction and liquid line connections of the indoor and outdoor sections.

### 2.6.2 Field-Assembled Refrigerant Piping

Material and dimensional requirements for field-assembled refrigerant piping, valves, fittings, and accessories shall conform to ASHRAE 15 and ASME/ANSI B31.5, except as herein specified. Factory clean, dehydrate, and seal piping before delivery to the project location. Provide seamless copper tubing, hard drawn, Type K or L, conforming to ASTM B 88, except that tubing with outside diameters of 1/4 inch and 3/8 inch shall have nominal wall thickness of not less than 0.030 inch and 0.032 inch, respectively. Soft annealed copper tubing conforming to ASTM B 280 may be used where flare connections to equipment are required only in nominal sizes less than one inch outside diameter.

### 2.6.3 Fittings

ASME/ANSI B16.22 for solder-joint fittings. UL 109 for flared tube fittings.

#### 2.6.4 Brazing Filler Material

AWS A5.8.

#### 2.6.5 Pipe Hangers and Supports

MSS SP-69 and MSS SP-58.

#### 2.6.6 Pipe Sleeves

Provide sleeves where piping passes through walls, floors, roofs, and partitions. Secure sleeves in proper position and location during construction. Provide sleeves of sufficient length to pass through entire thickness of walls, floors, roofs, and partitions. Provide not less than 0.25 inch space between exterior of piping or pipe insulation and interior of sleeve. Firmly pack space with insulation and caulk at both ends of the sleeve with plastic waterproof cement which will dry to a firm but pliable mass, or provide a segmented elastomeric seal.

##### 2.6.6.1 Sleeves in Masonry and Concrete Walls, Floors, and Roofs

Provide Schedule 40 or Standard Weight zinc-coated steel pipe sleeves. Extend sleeves in floor slabs 3 inches above finished floor.

##### 2.6.6.2 Sleeves in Partitions and Non-Masonry Structures

Provide zinc-coated steel sheet sleeves having a nominal weight of not less than 0.90 pound per square foot, in partitions and other than masonry and concrete walls, floors, and roofs.

### 2.7 FINISHES

Provide steel surfaces of equipment including packaged terminal units, heat pumps, and air conditioners, that do not have a zinc coating conforming to ASTM A 123, or a duplex coating of zinc and paint, with a factory applied coating or paint system. Provide a coating or paint system on actual equipment identical to that on salt-spray test specimens with respect to materials, conditions of application, and dry-film thickness.

### 2.8 SOURCE QUALITY CONTROL

#### 2.8.1 Salt-Spray Tests

Salt-spray test the factory-applied coating or paint system of equipment including packaged terminal units, heat pumps, and air conditioners in accordance with ASTM B 117. Conduct test for 500 hours for equipment installed outdoors, or 125 hours for equipment installed indoors. Test specimens shall have a standard scribe mark as defined in ASTM D 1654. Upon completion of exposure, evaluate and rate the coating or paint system in accordance with procedures A and B of ASTM D 1654. Rating of failure at the scribe mark shall not be less than six, average creepage not greater than 1/8 inch. Rating of the unscribed area shall not be less than 10, no failure.

## PART 3 EXECUTION

### 3.1 EQUIPMENT INSTALLATION

Install equipment and components in a manner to ensure proper and sequential operation of equipment and equipment controls. Install equipment not covered in this section, or in manufacturer's instructions, as recommended by manufacturer's representative. Provide proper foundations for mounting of equipment, accessories, appurtenances, piping and controls including, but not limited to, supports, vibration isolators, stands, guides, anchors, clamps and brackets. Foundations for equipment shall conform to equipment manufacturer's recommendation, unless otherwise indicated. Set anchor bolts and sleeves using templates. Provide anchor bolts of adequate length, and provide with welded-on plates on the head end embedded in the concrete. Level equipment bases, using jacks or steel wedges, and neatly grout-in with a non-shrinking type of grouting mortar. Locate equipment to allow working space for servicing including shaft removal, disassembling compressor cylinders and pistons, replacing or adjusting drives, motors, or shaft seals, access to water heads and valves of shell and tube equipment, tube cleaning or replacement, access to automatic controls, refrigerant charging, lubrication, oil draining and working clearance under overhead lines. Provide electric isolation between dissimilar metals for the purpose of minimizing galvanic corrosion.

## 3.2 PIPING

Brazing, bending, forming and assembly of refrigerant piping shall conform to ASME/ANSI B31.5.

### 3.2.1 Pipe Hangers and Supports

Design and fabrication of pipe hangers, supports, and welding attachments shall conform to MSS SP-58. Installation of hanger types and supports for bare and covered pipes shall conform to MSS SP-69 for the system temperature range. Unless otherwise indicated, horizontal and vertical piping attachments shall conform to MSS SP-58.

### 3.2.2 Refrigerant Piping

Cut pipe to measurements established at the site and work into place without springing or forcing. Install piping with sufficient flexibility to provide for expansion and contraction due to temperature fluctuation. Where pipe passes through building structure pipe joints shall not be concealed, but shall be located where they may be readily inspected. Install piping to be insulated with sufficient clearance to permit application of insulation. Install piping as indicated and detailed, to avoid interference with other piping, conduit, or equipment. Except where specifically indicated otherwise, run piping plumb and straight and parallel to walls and ceilings. Trapping of lines will not be permitted except where indicated. Provide sleeves of suitable size for lines passing through building structure. Braze refrigerant piping with silver solder complying with AWS A5.8. Inside of tubing and fittings shall be free of flux. Clean parts to be jointed with emery cloth and keep hot until solder has penetrated full depth of fitting and extra flux has been expelled. Cool joints in air and remove flame marks and traces of flux. During brazing operation, prevent oxide film from forming on inside of tubing by slowly flowing dry nitrogen through tubing to expel air. Make provisions to automatically return oil on halocarbon systems. Installation of piping shall comply with ASME/ANSI B31.5.

### 3.2.3 Returning Oil From Refrigerant System

Install refrigerant lines so that gas velocity in the evaporator suction

line is sufficient to move oil along with gas to the compressor. Where equipment location requires vertical risers, line shall be sized to maintain sufficient velocity to lift oil at minimum system loading and corresponding reduction of gas volume. Install a double riser when excess velocity and pressure drop would result from full system loading. Larger riser shall have a trap, of minimum volume, obtained by use of 90- and 45-degree ells. Arrange small riser with inlet close to bottom of horizontal line, and connect to top of upper horizontal line. Do not install valves in risers.

### 3.2.4 Refrigerant Driers, Sight Glass Indicators, and Strainers

Provide refrigerant driers, sight glass liquid indicators, and strainers in refrigerant piping in accordance with FS OO-A-374 when not furnished by the manufacturer as part of the equipment. Install driers in liquid line with service valves and valved bypass line the same size as liquid line in which dryer is installed. Size of driers shall be determined by piping and installation of the unit on location. Install dryers of 50 cubic inches and larger vertically with the cover for removing cartridge at the bottom. Install moisture indicators in the liquid line downstream of the drier. Indicator connections shall be the same size as the liquid line in which it is installed.

### 3.2.5 Strainer Locations and Installation

Locate strainers close to equipment they are to protect. Provide a strainer in common refrigerant liquid supply to two or more thermal valves in parallel when each thermal valve has a built-in strainer. Install strainers with screen down and in direction of flow as indicated on strainer's body.

### 3.2.6 Solenoid Valve Installation

Install solenoid valves in horizontal lines with stem vertical and with flow in direction indicated on valve. If not incorporated as integral part of the valve, provide a strainer upstream of the solenoid valve. Provide service valves upstream of the solenoid valve, upstream of the strainer, and downstream of the solenoid valve. Remove the internal parts of the solenoid valve when brazing the valve.

## 3.3 AUXILIARY DRAIN PANS, DRAIN CONNECTIONS, AND DRAIN LINES

Provide auxiliary drain pans under units located above finished ceilings or over mechanical or electrical equipment where condensate overflow will cause damage to ceilings, piping, and equipment below. Provide separate drain lines for the unit drain and auxiliary drain pans. Trap drain pans from the bottom to ensure complete pan drainage. Provide drain lines full size of drain opening. Traps and piping to drainage disposal points shall conform to Section 15400, "Plumbing Systems."

## 3.4 ACCESS PANELS

Provide access panels for concealed valves, controls, dampers, and other fittings requiring inspection and maintenance.

## 3.5 AIR FILTERS

Allow access space for servicing filters. Install filters with suitable sealing to prevent bypassing of air.

## 3.6 IDENTIFICATION TAGS AND PLATES

Provide equipment, gages, thermometers, valves, and controllers with tags numbered and stamped for their use. Provide plates and tags of brass or suitable nonferrous material, securely mounted or attached. Provide minimum letter and numeral size of 1/8 inch high.

## 3.7 FIELD QUALITY CONTROL

### 3.7.1 Leak Testing

Upon completion of installation of air conditioning equipment, test factory- and field-installed refrigerant piping with an electronic-type leak detector. Use same type of refrigerant to be provided in the system for leak testing. When nitrogen is used to boost system pressure for testing, ensure that it is eliminated from the system before charging. Minimum refrigerant leak field test pressure shall be as specified in ASHRAE 15, except that test pressure shall not exceed 150 psig on hermetic compressors unless otherwise specified as a low side test pressure on the equipment nameplate. If leaks are detected at time of installation or during warranty period, remove the entire refrigerant charge from the system, correct leaks, and retest system.

### 3.7.2 Evacuation, Dehydration, and Charging

After field charged refrigerant system is found to be without leaks or after leaks have been repaired on field-charged and factory-charged systems, evacuate the system using a reliable gage and a vacuum pump capable of pulling a vacuum of at least one mm Hg absolute. Evacuate system in accordance with the triple-evacuation and blotter method or in accordance with equipment manufacturer's printed instructions and recharge system.

### 3.7.3 Start-Up and Initial Operational Tests

Test the air conditioning systems and systems components for proper operation. Adjust safety and automatic control instruments as necessary to ensure proper operation and sequence. Conduct operational tests for not less than 8 hours.

### 3.7.4 Performance Tests

Upon completion of evacuation, charging, startup, final leak testing, and proper adjustment of controls, test the systems to demonstrate compliance with performance and capacity requirements. Test systems for not less than 8 hours, record readings hourly. At the end of the test period, average the readings, and the average shall be considered to be the system performance.

-- End of Section --

SECTION 15810

# DUCTWORK AND DUCTWORK ACCESSORIES

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 RELATED REQUIREMENTS

Section 15050, "Basic Mechanical Materials and Methods," applies to this section with the additions and modifications specified herein.

### 1.3 PRESSURE CLASSIFICATION

SMACNA DCS, Section 1, and as indicated.

### 1.4 Design Requirements

#### 1.4.1 Duct Span Versus Reinforcement Schedule

Submit maximum duct dimension, board stiffness rating, board thickness, type and spacing of reinforcement, and maximum duct static pressure.

#### 1.4.2 Automatic Dampers

Submit certification of damper leakage testing and conformance with AMCA 500 and specified maximum leakage or pressure drop requirements.

#### 1.4.3 Sound Pressure Level Rating

Submit for inlets and outlets including diffusers, registers and grilles.

#### 1.4.4 Sound Attenuators and Attenuator Ducts Acoustical Tests

Submit certified test data from an independent acoustical testing laboratory, listing sound noise reduction characteristics, static pressure drop, air flow velocity capacity, and insertion loss data.

#### 1.4.5 Plenum or Casing Acoustical Tests

Submit as required in paragraph entitled "Casings and Plenums."

### 1.5 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Diffusers, registers, and grilles

Duct hangers and supports

Submit a schedule of inlets and outlets indicating location, catalog model number, manufacturer, dimensional information, sound pressure level rating, nominal rated volumetric flow rate cfm, neck or face velocity at specified cfm, pressure drop at specified cfm, throw and drop for outlets, range for diffusers, and maximum and minimum cfm modulation.

SD-02 Shop Drawings

Locations of test holes

Duct hangers and supports details

SD-03 Product Data

Dampers

Sound attenuators

Acoustical duct lining

Flexible ducts and connectors

Insulation and vapor barrier

Duct-liner adhesives

Bird screens

Diffusers, registers, and grilles

Metal ducts

Test holes

Sound-attenuator ducts

SD-05 Design Data

Duct span versus reinforcement schedule

SD-06 Test Reports

Automatic dampers

Sound pressure level rating

Sound attenuators and attenuator ducts acoustical tests

Air duct leakage tests

SD-07 Certificates

Fire dampers

Automatic smoke dampers

SD-08 Manufacturer's Instructions

Ductwork and ductwork accessories

## 1.6 QUALITY ASSURANCE

### 1.6.1 Modification of References

SMACNA Duct Construction Manuals: The SMACNA recommendations shall be considered as mandatory requirements. Substitute the word "shall" for the word "should" in these manuals.

### 1.6.2 Ductwork and Ductwork Accessories

Submit manufacturer's instruction including job inspection checklist, methods of on-site storage and handling, and recommended repair methods.

# PART 2 PRODUCTS

## 2.1 METAL DUCTS

### 2.1.1 Steel Ducts

ASTM A 653/A 653M galvanized steel sheet, lock-forming quality; coating designation G90.

### 2.1.2 Duct-Liner Adhesives

SMACNA DCS, fire-resistant adhesive.

## 2.2 DUCTS OF PRESSURE CLASSES

Ducts of pressure classes 4 to 10 inch water gage. Construct ducts of galvanized steel. Ductwork from the central station air handling unit to the VAV unit shall be rectangular construction.

### 2.2.1 Construction

Duct construction, metal gages, and hangers and support reinforcements shall conform with the SMACNA DCS. Ducts shall not pulsate or vibrate when in operation. Pressure sensitive tape shall not be used as a primary sealant on ductwork. Air leakage shall be less than one percent of the system capacity. Curved elbows shall have a centerline radius not less than 1 1/2 times the width of ducts.

### 2.2.2 Joints

Construct joints to meet the requirements of the leakage test specified herein. Duct components shall fit so that joints are not mismatched. Do not use duct sealant and tape to compensate for mismatched connections. Longitudinal locks or seams known as "button-punch snap-lock" will not be permitted. Apply fire-resistant sealing compound to exposed male part of fittings collars so that sealer will be on inside of joint and fully protected by the metal of the duct and fitting. Apply one brush coat of sealing compound over outside of joint to at least 2 inchband width covering screwheads and joint gap. When tape is used, apply a single wrap

of a duct tape over the wet sealer. Tape provided shall be as recommended by the sealer manufacturer to permit proper curing of the sealer. Dents in the male portion of the slip fitting collar will not be acceptable.

2.2.3 Fittings

Square elbows, round elbows, fittings, branch take-offs, transitions, splitters, duct volume dampers, fire dampers, flexible connections, and access doors shall conform with the SMACNA DCS, Section 2.

2.2.3.1 Test Holes

Provide factory fabricated, airtight, and noncorrosive test holes with screw cap and gasket. Provide extended neck fittings to clear insulation.

2.2.3.2 Round Elbows

Provide 45 degree and 90 degree elbows of 2 piece die stamped construction for ducts 8 inches or less in diameter. For ducts over 8 inches in diameter, provide 5 mitered piece for 90 degrees and 3 mitered piece for 45 degrees.

2.2.4 Round and Oval Ducts

Make joints between sections of duct and fittings with mating angle rings, beaded sleeve joints or slide-on gasketed flange connections. Slide-on gasketed flange joints shall consist of two mating flange rings. The flanges shall be fabricated with an integral mastic to make them self-sealing. The flanges shall be joined to the duct with spot-welds or self-tapping screws. A neoprene gasket shall be used between the flanges. Final joining of the slide-on flange connection shall be made with four bolts for flat-oval ducts. A single-bolt closure ring shall be used to complete the round slide-on flange connection. Select duct gage for size and pressure class as recommended in SMACNA DCS, Section 3.

2.2.5 Rectangular Ducts

Make joints between sections of duct and between ducts and fittings with mating angle flange joints, other joints recommended in SMACNA DCS, Section 1, or slide-on gasketed flange connections. Reinforce at the joints and between the joints as recommended by SMACNA. The slide-on gasketed flange connections shall consist of two mating flange frames. The frames shall be made up from four pieces of straight roll formed flange and four corner pieces. The flange shall be fabricated with an integral mastic to make them self sealing. The corner pieces shall be made with a downset to allow the corner of the duct to protrude past the corner piece. The frame shall be joined to the ductwall with spotwelds or self-tapping screws. A butyl gasket shall be used between the flanges. Gasket must pass UL 723 and shall not contain vegetable oils, fish oils or any other type vehicle that will support fungal and/or bacterial growth associated with dark areas of ductwork. The connection shall be completed using drive-on corner clips and snap-on cleat. Cleat spacing and fastener spacing shall be as dictated by the manufacturer. Where joint systems recognized by SMACNA as propriety are utilized, follow the manufacturer's construction and installation guidelines.

2.2.6 Sound Attenuators (Traps)

Provide factory fabricated attenuators that will reduce the rated sound

pressure level of the fan down to at least 65 decibels in the 250 Hz (3rd octave band) center frequency by using a reference sound source calibrated in decibels of sound power at 10-12 watts. Maximum permissible pressure drop shall not exceed 0.63 inch of water. Attenuators to be constructed air-tight when operating under an internal pressure of 10 inches of water. The air-side surface shall be capable of withstanding air velocity of 10,000 feet per minute. When attenuators are submitted for approval, provide manufacturer's certification of the sound reduction values. Sound absorbing material shall conform with ASTM C 1071, Type I or II. Provide suitable duct-transition sections for connection to ductwork.

2.2.6.1 Net Noise Reduction Values

Conform with the following:

Minimum Net Noise Reduction Values,
Sound Pressure Level dB
(Reference Sound Power at 10-12 Watts)

| Octave Pass Band | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Center-Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 4000 |
| Noise Reduction (dB) | 11 | 16 | 19 | 30 | 40 | 32 |

2.2.6.2 Factory-Fabricated Sound Attenuators (Traps)

Provide sound attenuators constructed of galvanized sheet steel casing and sound absorbing material covered with an internal perforated zinc-coated metal liner. Sound absorbing materials shall be faced with glass fiber cloth and hold in compression to prevent settling. The internal perforated metal liner shall be not less than 24 gage, with perforations not larger than 5/32 inch in diameter providing a net open area not less than 22 percent of the surface. Attenuators shall be insulated to prevent sweating. Attenuators shall be acoustically tested with metal duct inlet and outlet sections while under the rated air flow conditions. Noise reduction data shall include effects of flanking paths and vibration transmission.

2.3 DUCTS OF PRESSURE CLASSES 3 INCH WATER GAGE OR LESS

Construction, metal gage, hangers and supports, and reinforcements shall conform with SMACNA DCS, except that ducts with pressure classifications below 2 inch water gage that are located outside of the conditioned space shall have a seal class C. Ductwork shall be airtight and shall not vibrate or pulsate when system is in operation. Pressure sensitive tape shall not be used as a primary sealant on ductwork with pressure classifications above one inch water gage. Air leakage shall be less than 5 percent of the system capacity. Construct ductwork of galvanized steel.

2.3.1 Curved Elbows

Make a centerline radius not less than 1 1/2 times the width or diameter of the duct.

2.3.2 Laps

Make laps at joints in the direction of air flow. Space button-punch or bolt-connection in standing seams at fixed centers not greater than 6 inches. Longitudinal locks or seams, known as "button-punch snap-lock," may be used in lieu of Pittsburg Lock.