CONFORMED COPY

# NAVAL POSTGRADUATE SCHOOL
# BUILDING 245 EXPANSION
## MONTEREY, CALIFORNIA

## ENGINEERING FIELD ACTIVITY - WEST




3 LOCATION MAP
N.T.S.




2 VICINITY MAP
N.T.S.

| NAVFAC DWG. NO. | DWG. NO. | SEQ. NO. | DRAWING TITLE |
|---|---|---|---|
| | | | **GENERAL** |
| 6458066 | T1 | 1 | DRAWING INDEX, VICINITY MAP, LOCATION MAP |
| 6458067 | T2 | 2 | ABBREVIATIONS, SYMBOLS, MATERIAL INDICATIONS |
| | | | **CIVIL DRAWINGS** |
| 6458068 | C1 | 3 | EXISTING TOPOGRAPHY |
| 6458069 | C2 | 4 | DEMOLITION PLAN |
| 6458070 | C3 | 5 | UTILITY SITE PLAN |
| 6458071 | C4 | 6 | PLOT PLAN |
| 6458072 | C5 | 7 | GRADING PLAN |
| 6458073 | C6 | 8 | PAVING PLAN |
| 6458074 | C7 | 9 | PAINTING AND STRIPING PLAN |
| | | | **GEOTECHNICAL** |
| 6458075 | GT1 | 10 | BORING LOGS |
| 6458076 | GT2 | 11 | BORING LOGS |
| | | | **LANDSCAPE DRAWINGS** |
| 6458077 | L-1 | 12 | LANDSCAPE PLAN |
| | | | **ARCHITECTURAL DRAWINGS** |
| 6458078 | A1 | 13 | SITE PLAN |
| 6458079 | A2 | 14 | FIRST FLOOR PLAN & ROOM FINISH SCHEDULE |
| 6458080 | A3 | 15 | SECOND FLOOR PLAN & ROOM FINISH SCHEDULE |
| 6458081 | A4 | 16 | WEST ELEVATION & NORTH ELEVATION |
| 6458082 | A5 | 17 | EAST ELEVATION & SECTION @ WINDOW WALL - LOBBY |
| 6458083 | A6 | 18 | BUILDING SECTION |
| 6458084 | A7 | 19 | ROOF PLAN |
| 6458085 | A8 | 20 | FIRST FLOOR REFLECTED CEILING PLAN |
| 6458086 | A9 | 21 | SECOND FLOOR REFLECTED CEILING PLAN |
| 6458087 | A10 | 22 | WALL SECTIONS |
| | | | **STRUCTURAL DRAWINGS** |
| 6458088 | S1 | 23 | STRUCTURAL NOTES AND TYPICAL DETAILS |
| 6458089 | S2 | 24 | FOUNDATION PLAN |
| 6458090 | S3 | 25 | SECOND FLOOR FRAMING PLAN |
| 6458091 | S4 | 26 | ROOF FRAMING PLAN |
| 6458092 | S5 | 27 | NORTH AND WEST ELEVATIONS |
| 6458093 | S6 | 28 | SOUTH AND EAST ELEVATIONS |
| 6458094 | S7 | 29 | FOUNDATION DETAILS |
| 6458095 | S8 | 30 | STRUCTURAL DETAILS |
| 6458096 | S9 | 31 | METAL DECK DETAILS |
| 6458097 | S10 | 32 | STEEL DETAILS |
| | | | **MECHANICAL DRAWINGS** |
| 6458098 | M1 | 33 | LEGEND AND ABBREVIATIONS |
| 6458099 | M2 | 34 | FIRST FLOOR PLAN |
| 6458100 | M3 | 35 | SECOND FLOOR PLAN |
| 6458101 | M4 | 36 | DIAGRAMS |
| 6458102 | M5 | 37 | DETAILS |
| | | | **ELECTRICAL DRAWINGS** |
| 6458103 | E1 | 38 | SYMBOL LIST, ABBREVIATIONS & DRAWING INDEX |
| 6458104 | E2 | 39 | SITE PLAN |
| 6458105 | E3 | 40 | FIRST FLOOR PLAN & FIXTURE SCHED.- LIGHTING, POWER & SIGNALS |
| 6458106 | E4 | 41 | SECOND FLOOR PLAN & FIXTURE SCHED.- LIGHTING, POWER & SIGNALS |
| 6458107 | E5 | 42 | POWER ONE LINE DIAGRAM |
| 6458108 | E6 | 43 | FIRE ALARM, TELEPHONE, AND DATA RISER DIAGRAMS |
| | | | **FIRE PROTECTION DRAWINGS** |
| 6458109 | FP1 | 44 | FIRST FLOOR PLAN |
| 6458110 | FP2 | 45 | SECOND FLOOR PLAN |

1 DRAWING INDEX

HOOVER ASSOCIATES

DATE 2/15/01

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

DRAWING INDEX, VICINITY MAP, AND LOCATION MAP

SIZE D

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

NAVFAC DWG. NO. 6458066

SHEET 1 OF 45

T1

## 3 ABBREVIATIONS

| | |
|---|---|
| & | AND |
| < | ANGLE |
| @ | AT |
| C.L. | CENTERLINE |
| Ø | DIAMETER OR ROUND |
| ⊥ | PERPENDICULAR |
| # | POUND OR NUMBER |
| (E) | EXISTING |
| (N) | NEW |
| A.B. | ANCHOR BOLT |
| AC. | ACOUSTICAL |
| A.D. | AREA DRAIN |
| ADJ. | ADJUSTABLE |
| AGGR. | AGGREGATE |
| AL. | ALUMINUM |
| APPROX. | APPROXIMATE |
| ARCH. | ARCHITECTURAL |
| ASB. | ASBESTOS |
| ASPH. | ASPHALT |
| A.T. | ACOUSTICAL TILE |
| BD. | BOARD |
| BLDG. | BUILDING |
| BLK. | BLOCK |
| BLKG. | BLOCKING |
| BM. | BEAM |
| BITUM. | BITUMINOUS |
| BOT. | BOTTOM |
| B.O.S. | BOTTOM OF STEEL |
| B.U. | BUILT-UP |
| CAB. | CABINET |
| C.B. | CATCH BASIN |
| CEM. | CEMENT |
| CER. | CERAMIC |
| C.I. | CAST IRON |
| CLG. | CEILING |
| CLK. | CAULKING |
| CLO. | CLOSET |
| CLR. | CLEAR |
| CNTR. | COUNTER |
| COL. | COLUMN |
| CONC. | CONCRETE |
| CONN. | CONNECTION |
| CONSTR. | CONSTRUCTION |
| CONT. | CONTINUOUS |
| CORR. | CORRIDOR |
| CTSK. | COUNTERSUNK |
| CTR. | CENTER |
| C.R. | CURVE RADIUS |
| DBL. | DOUBLE |
| DEPT. | DEPARTMENT |
| D.F. | DRINKING FOUNTAIN |
| DTL. | DETAIL |
| DIA. | DIAMETER |
| DIAG. | DIAGONAL |
| DIM. | DIMENSION |
| DISP. | DISPENSER |
| DN. | DOWN |
| D.O. | DOOR OPENING |
| DP. | DEEP |
| DR. | DOOR |
| D.S. | DOWNSPOUT |
| D.S.P. | DRY STANDPIPE |
| DWG. | DRAWING |
| EA. | EACH |
| E.J. | EXPANSION JOINT |
| EL. | ELEVATION |
| ELEC. | ELECTRICAL |
| ELEV. | ELEVATOR |
| EMER. | EMERGENCY |
| ENCL. | ENCLOSURE |
| E.P. | ELECTRICAL PANELBOARD |
| EQ. | EQUAL |
| EQPT. | EQUIPMENT |
| E.W.C. | ELECTRIC WATER COOLER |
| EXST. | EXISTING |
| EXPO. | EXPOSED |
| EXP. | EXPANSION |
| EXT. | EXTERIOR |
| F.L. | FLOW LINE |
| F.A. | FIRE ALARM |
| F.D. | FLOOR DRAIN |
| FDN. | FOUNDATION |
| F.E. | FIRE EXTINGUISHER |
| F.E.C. | FIRE EXTINGUISHER CABINET |
| F.H.C. | FIRE HOSE CABINET |
| FIN. | FINISH |
| FLASH. | FLASHING |
| FLR. | FLOOR |
| FLUOR. | FLUORESCENT |
| F.O.C. | FACE OF CONCRETE |
| F.O.F. | FACE OF FINISH |
| F.O.S. | FACE OF STUDS |
| FPRF. | FIREPROOF |
| F.S. | FULL SIZE |
| FT. | FOOT OR FEET |
| FTG. | FOOTING |
| FURR. | FURRING |
| F/C | FACE OF CURB |
| GA. | GAUGE |
| GALV. | GALVANIZED |
| G.B. | GRAB BAR |
| GL. | GLASS |
| GND. | GROUND |
| GR. | GRADE |
| GYP. | GYPSUM |
| H | HEIGHT |
| H.B. | HOSE BIBB |
| H.C. | HOLLOW CORE |
| HDWD. | HARDWOOD |
| HDWE. | HARDWARE |
| H.M. | HOLLOW METAL |
| HORIZ. | HORIZONTAL |
| HR. | HOUR |
| HGT. | HEIGHT |
| I.D. | INSIDE DIAMETER (DIM) |
| INSUL. | INSULATION |
| INT. | INTERIOR |
| JAN. | JANITOR |
| JT. | JOINT |
| KIT. | KITCHEN |
| L.F. | LINEAR FEET |
| LAB. | LABORATORY |
| LAM. | LAMINATE |
| LAV. | LAVATORY |
| LKR. | LOCKER |
| LT. | LIGHT |
| MAX. | MAXIMUM |
| M.C. | MEDICINE CABINET |
| MECH. | MECHANICAL |
| MEMB. | MEMBRANE |
| MET. | METAL |
| MFR. | MANUFACTURER |
| MH. | MANHOLE |
| MIN. | MINIMUM |
| MIR. | MIRROR |
| MISC. | MISCELLANEOUS |
| M.O. | MASONRY OPENING |
| MTD. | MOUNTED |
| N. | NORTH |
| N/A | NOT APPLICABLE |
| N.I.C. | NOT IN CONTRACT |
| NO. OR # | NUMBER |
| NOM. | NOMINAL |
| N.T.S. | NOT TO SCALE |
| OBS. | OBSCURE |
| O.C. | ON CENTER |
| O.D. | OUTSIDE DIAMETER |
| OFF. | OFFICE |
| OPNG. | OPENING |
| OPP. | OPPOSITE |
| PL. | PLATE |
| P.LAM. | PLASTIC LAMINATE |
| PLAS. | PLASTER |
| PLY. | PLYWOOD |
| PR. | PAIR |
| PT. | POINT |
| P.T.D | PAPER TOWEL DISPENSER |
| P.T.D. /R | COMBINATION PAPER TOWEL DISPENSER & RECEPTACLE |
| P.T.N. | PARTITION |
| P.T.R. | PAPER TOWEL RECEPTACLE |
| Q.T. | QUARRY TILE |
| R. | RISER |
| RAD. | RADIUS |
| R.D. | ROOF DRAIN |
| REF. | REFERENCE |
| REFR. | REFRIGERATOR |
| RGTR. | REGISTER |
| REINF. | REINFORCED |
| REQ. | REQUIRED |
| RESIL. | RESILIENT |
| RM. | ROOM |
| R.O. | ROUGH OPENING |
| RWD. | REDWOOD |
| R.W.L. | RAIN WATER LEADER |
| S. | SINK |
| S.C. | SOLID CORE |
| S.C.D. | SEAT COVER DISPENSER |
| SCHED. | SCHEDULE |
| S.D. | SOAP DISPENSER |
| SECT. | SECTION |
| SH. | SHELF |
| SHR. | SHOWER |
| SHT. | SHEET |
| SIM. | SIMILAR |
| S.N.D. | SANITARY NAPKIN DISPENSER |
| S.N.R. | SANITARY NAPKIN RECEPTACLE |
| S.N.D. /R | COMBINATION SANITARY NAPKIN DISPENSER & RECEPTACLE |
| SPEC. | SPECIFICATION |
| SQ. | SQUARE |
| SST. | STAINLESS STEEL |
| S.SK. | SERVICE SINK |
| STA. | STATION |
| STD. | STANDARD |
| STL. | STEEL |
| STOR. | STORAGE |
| STRUCT. | STRUCTURAL |
| SUSP. | SUSPENDED |
| SYM. | SYMMETRICAL |
| T. | TREAD |
| T.B. | TOWEL BAR |
| T.C. | TOP OF CURB |
| TEL. | TELEPHONE |
| TER. | TERRAZZO |
| T. &G. | TONGUE AND GROOVE |
| THK. | THICK |
| T.P. | TOP OF PAVEMENT |
| T.P.D. | TOILET PAPER DISPENSER |
| T.W. | TOP OF WALL |
| TYP. | TYPICAL |
| UNF. | UNFINISHED |
| U.O.N. | UNLESS OTHERWISE AUTHORIZED |
| UR. | URINAL |
| V. | VENDING MACHINE |
| VERT. | VERTICAL |
| VEST. | VESTIBULE |
| W | WIDTH |
| W/ | WITH |
| W.C. | WATER CLOSET |
| WD. | WOOD |
| W/O | WITHOUT |
| W.P. | WATERPROOF |
| WSCT. | WAINSCOT |
| WT. | WEIGHT |
| W.W.F. | WELDED WIRE FABRIC |

## 2 SYMBOLS




## 1 MATERIAL INDICATIONS



EARTH
CAPILLARY WATER BARRIER
SAND / MORTAR / PLASTER
CONCRETE, CAST IN PLACE OR PRECAST
CONCRETE BLOCK
METAL
WOOD, FINISH
WOOD, THROUGH MEMBER
WOOD, INTERRUPTED MEMBER
PLYWOOD
GLASS
ACOUSTICAL TILE OR BOARD
GYPSUM BOARD
INSULATION, BATT
INSULATION, RIGID

| SYMBOL | DESCRIPTION | PREP'D BY | DATE | APPROVED |
|---|---|---|---|---|
| | REVISIONS | | | |

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS
PALO ALTO, CA

| DSGN. | DR. | CHK. | SATISFACTORY TO | DATE |
|---|---|---|---|---|
| SUBMITTED BY | | DATE 2/15/01 | APPROVED | DATE |
| D.M. | | F.P. | FOR COMMANDER NAVFAC | |
| BR. HD. | | DIR. | | |

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

ABBREVIATIONS, SYMBOLS, MATERIAL INDIDICATIONS

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3025

SPEC. 12003035

NAVFAC DWG. NO. 6458067

SHEET 2 OF 45

T2







VICINITY MAP
NO SCALE

LEGEND

| | |
|---|---|
| EX SANITARY SEWER LINE | —SS— |
| EX WATER LINE | —W— |
| EX IRRIGATION LINE | —IRR— |
| EX STORM DRAIN LINE | —SD— |
| EX FENCE | —o—o—o— |
| EX ELECTROLIER | |
| EX STORM DRAIN CATCH BASIN | |
| EX SANITARY SEWER MANHOLE | ● |
| EX FIRE HYDRANT | |
| EX WATER VALVE | |

BENCHMARK
ELEV 46.50
AS NOTED ON FOUND BRASS DISK AT THE SW CORNER OF ROOT BUILDING. MARKED " NAVY DEPARTMENT M-203, ELEV. 46.50, 1954, PUBLIC WORKS OFF CE, 12TH NAVAL DISTRICT, SAN FRANCISCO, CA".

TIME 3:29PM
PATH: Y:\JOBS\JOBS00\002029\FINAL\
DATE: 02/14/2001
DRAWING: NAVYC1.DWG

Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, • MILPITAS, CA 95035
PHONE: (408) 934-1358 • FAX: (408) 934-1288

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

PRELIMINARY DESIGN SUBMITTAL 11/21/03
DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

EXISTING TOPOGRAPHY

DATE 2/15/01
SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3036
SPEC. 12003035
NAVFAC DWG. NO. 6458068
SHEET 3 OF 45
C1




## LEGEND

| | |
|---|---|
| LANDSCAPE AREA WITH CURB & GUTTER TO BE REMOVED | (hatch) |
| VALLEY GUTTER TO BE REMOVED | (hatch) |
| WALKWAY WITH CURB & GUTTER TO BE REMOVED | (hatch) |
| ISLAND TO BE REMOVED | (hatch) |
| AC PAVEMENT TO BE REMOVED | (hatch) |
| TREE TO BE REMOVED | (symbol) |
| EX WATER LINE TO BE REMOVED | W |
| EX IRRIGATION LINE TO BE REMOVED | IRR |
| EX STORM DRAIN LINE TO BE REMOVED | SD |
| EX CURB TO BE REMOVED | (line) |
| EX SANITARY SEWER LINE | SS |
| EX WATER LINE TO BE REMOVED | W |
| EX IRRIGATION LINE | IRR |
| EX STORM DRAIN LINE | SD |
| EX FENCE | o o |
| EX ELECTROLIER | (symbol) |
| EX STORM DRAIN CATCH BASIN | (symbol) |
| EX SANITARY SEWER MANHOLE | (symbol) |
| EX FIRE HYDRANT | (symbol) |
| EX WATER VALVE | (symbol) |

NOTES:

1. AC PAVEMENT TO BE REMOVED SHALL BE SAWCUT TO CLEAN LINES ALONG THE MARGIN WITH AREAS TO REMAIN.
2. THE 4" DOMESTIC AND 6" FIRE SERVICE LINES SHOWN TO BE RELOCATED MUST NOT BE SEVERED UNTIL NEW WATER SERVICE HAS BEEN INSTALLED AND CONNECTED TO EXISTING BUILDING 245 AND HALLIGAN HALL.
3. THE DESIGNER / BUILDER SHALL ROUTE THE NEW DOMESTIC WATER SERVICES AND PROVIDE DESIGN & DETAILS, i.e. BACKFLOW PREVENTER, THRUST BLOCKS, VALVES, ETC.
4. AS BUILT PLANS SHOW AC SECTIONS TO BE 3.5" AC PVMT ON 6" CLASS 2 AB.
5. PARKING LOT ELECTROLIER SHALL BE RELOCATED AND SALVAGED AS DETERMINED BY THE DESIGN BUILD TEAM. FOUNDATION AND CONDUIT DETAILS SHALL BE DESIGNED BY THE DESIGN BUILD TEAM.

Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, • MILPITAS, CA 95035
PHONE: (408) 934-1388 • FAX: (408) 934-1288

DEPARTMENT OF THE NAVY — NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

DEMOLITION PLAN

PRELIMINARY DESIGN SUBMITTAL 11-21-00

DSGN. DR. CHK. DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
SPEC. 12003035
NAVFAC DWG. NO. 6458069
SHEET 4 OF 45
C2

DATE: 02/14/2001
DRAWING: NAVYC2.DWG
TIME: 3:30PM
PATH: Y:\JOBS\00500\002029\FINAL\




## LEGEND

| | PROPOSED | EXISTING |
|---|---|---|
| WATER LINE | W | W |
| IRRIGATION LINE | IRR | IRR |
| STORM DRAIN LINE | SD | SD |
| SANITARY SEWER LINE | SS | SS |
| FENCE | | |
| ELECTROLIER | | |
| STORM DRAIN CATCH BASIN | | |
| SANITARY SEWER MANHOLE | | |
| FIRE HYDRANT | | |
| WATER VALVE | | |
| THRUST BLOCK | | |

NOTES:

1. DESIGNER / BUILDER TO PROVIDE DETAILS AND PROFILES OF ALL UTILITY SYSTEMS, i.e.
   * WATER VALVE BOX DETAILS
   * WATER THRUST BLOCKS
   * GAS VALVE & BOX DETAILS
   * PROFILES OF ALL GRAVITY SYSTEMS
   * DOMESTIC WATER MAIN TAP
   * VERIFY ALL GRAVITY INVERTS
2. MAINTAIN ALL SERVICES TO EXISTING BUILDING 245 AND HALLIGAN HALL AT ALL TIMES
3. ALL GRAVITY SEWERS TO BE INSTALLED AT A SIZE & SLOPE TO MAINTAIN A MINIMUM OF 2 FEET PER SECOND OF VELOCITY.
4. DOMESTIC WATER SERVICE AFTER METER REGULATION IS DELIVERED AT A NOMINAL PRESSURE OF 85 P.S.I. NEW SERVICES (DOMESTIC AND FIRE) SHALL BE DESIGNED IN ACCORDANCE WITH THE REQUIREMENTS OF THE CITY OF MONTEREY FIRE MARSHALL.
5. THE GAS VALVE VAULT NORTHERLY OF THE ADDITION MUST BE RECONSTRUCTED TO INCLUDE A MANHOLE COVER AND A TRAFFIC LID.
6. FIBER OPTIC CABLE LOCATED ADJACENT TO ELECTRICAL CONDUIT WEST OF HALLIGAN HALL. USE EXTREME CAUTION WHEN TRENCHING OR EXCAVATING.

Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, MILPITAS, CA 95035
PHONE: (408) 934-1388 • FAX: (408) 934-1288

HOOVER ASSOCIATES

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

UTILITY SITE PLAN

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

SPEC. 12003035

NAVFAC DWG. NO. 6458070

SHEET 5 OF 45

C3

DATE: 02/14/2001
DRAWING: NAVYC3.DWG
TIME: 3:32PM




| LINE TABLE | | | |
|---|---|---|---|
| NO | BEARING | DIST | DESC. |
| L1 | N52°21'41"E | 3.07' | F/C |
| L2 | N05°01'44"E | 1.37' | F/C |
| L3 | N79°13'04"E | 10.01' | F/C |
| L4 | N37°38'19"W | 56.00' | F/C |
| L5 | N52°21'41"E | 9.69' | F/C |
| L6 | N43°01'41"W | 5.97' | F/C |
| L7 | N79°13'04"E | 16.07' | F/C |
| L8 | N37°08'03"W | 12.61' | F/C |
| L10 | N17°03'25"E | 7.50' | F/C |
| L11 | N42°21'14"E | 5.51' | F/C |
| L12 | N50°30'20"E | 8.26' | F/C |
| L13 | N10°11'15"W | 5.54' | F/C |
| L14 | N79°48'45"E | 6.66' | F/C |
| L15 | N10°11'15"W | 29.26' | F/C |
| L16 | N13°34'30"W | 14.05' | F/C |
| L17 | N10°11'44"W | 16.00' | F/C |
| L18 | N79°21'12"E | 15.00' | F/C |
| L19 | N79°48'16"E | 10.00' | F/C |
| L20 | N52°21'41"E | 10.63' | F/C |
| L21 | N37°38'19"W | 3.77' | F/C |
| L22 | N52°21'41"E | 5.80' | F/C |
| L23 | N37°38'19"W | 5.16' | F/C |
| L24 | N79°13'04"E | 6.64' | F/C |
| L25 | N52°21'41"E | 11.49' | F/C |
| L26 | N52°21'41"E | 14.69' | F/C |
| L27 | N52°21'41"E | 17.95' | F/C |
| L28 | N52°21'41"E | 9.79' | F/C |
| L29 | N79°13'04"E | 10.86' | F/C |
| L30 | N10°46'56"W | 5.91' | F/C |
| L31 | N79°13'04"E | 8.27' | F/C |
| L32 | N37°38'19"W | 80.44' | F/C |
| L33 | N80°24'13"E | 11.41' | F/C |
| L34 | N79°35'44"E | 54.67' | F/C |
| L35 | N10°47'39"W | 112.00' | F/C |
| L36 | N49°06'24"E | 0.50' | F/C |
| L37 | N10°48'08"W | 88.50' | F/C |
| L38 | N10°48'08"W | 127.50' | F/C |
| L39 | N52°21'36"E | 31.45' | F/C |
| L40 | N37°38'19"W | 0.72' | F/C |
| L41 | N37°38'19"W | 91.70' | F/C |
| L42 | N52°21'41"E | 119.35' | F/C |

| Curve Table | | | | |
|---|---|---|---|---|
| NO. | RADIUS | DELTA | LENGTH | DESC. |
| C1 | 5.32' | 66°03'32" | 6.14' | F/C |
| C2 | 4.90' | 105°48'40" | 9.04' | F/C |
| C3 | 4.90' | 95°23'23" | 8.15' | F/C |
| C4 | 5.00' | 86°36'45" | 7.56' | F/C |
| C5 | 6.00' | 52°32'29" | 5.50' | F/C |
| C6 | 5.00' | 90°00'00" | 7.85' | F/C |
| C7 | 4.36' | 153°08'38" | 11.67' | F/C |
| C8 | 4.45' | 90°07'35" | 7.00' | F/C |
| C9 | 30.00' | 90°30'21" | 47.39' | F/C |
| C10 | 7.00' | 25°17'50" | 3.09' | F/C |
| C11 | 10.50' | 61°25'21" | 11.26' | F/C |
| C12 | 6.92' | 45°28'36" | 5.49' | F/C |
| C13 | 5.85' | 72°23'47" | 7.40' | F/C |
| C14 | 2.45' | 90°00'00" | 3.85' | F/C |
| C15 | 2.45' | 90°00'00" | 3.85' | F/C |
| C16 | 2.45' | 90°00'00" | 3.85' | F/C |
| C17 | 5.32' | 89°58'48" | 8.36' | F/C |
| C18 | 4.90' | 26°51'22" | 2.29' | F/C |
| C19 | 1.96' | 180°00'00" | 6.15' | F/C |
| C20 | 4.90' | 90°00'00" | 7.69' | F/C |
| C21 | 4.90' | 26°57'44" | 2.30' | F/C |
| C22 | 5.17' | 118°56'25" | 10.73' | F/C |
| C23 | 5.43' | 83°20'25" | 7.90' | F/C |
| C24 | 20.00' | 109°48'55" | 38.33' | F/C |
| C25 | 5.32' | 90°00'02" | 8.36' | F/C |
| C26 | 5.32' | 86°51'28" | 8.07' | F/C |
| C27 | 19.58' | 60°07'54" | 20.55' | F/C |

| SYMBOL | DESCRIPTION | PREP'D BY | DATE | APPROVED |
|---|---|---|---|---|
| | PRELIMINARY DESIGN SUBMITTAL | | 11-21-00 | |

REVISIONS

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS
PALO ALTO, CA

DSGN. DR. CHK.
SUBMITTED BY DATE 2/15/01
D.M. F.P.
BR. HD. DIR.
SATISFACTORY TO DATE
APPROVED DATE
FOR COMMANDER NAVFAC

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

PLOT PLAN

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO.
SPEC. 12003035
NAVFAC DWG. NO. 6458071
SHEET 6 OF 45
C4

Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, * MILPITAS, CA 95035
PHONE: (408) 934-1388 * FAX: (408) 934-1288

DATE: 02/14/2001 TIME: 3:33PM
DRAWING: NAVYC4.DWG PATH: Y:\JOBS\JOBS00\002029\FINAL\


SCALE IN FEET: 1"= 20'
NEW BUILDING
FF 49.0
NOTE:
DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.
EXISTING BUILDING 245
FF 49.0±
LIMIT OF WORK
SLOAT AVENUE
RECONSTRUCT GAS VALVE WITH MANHOLE COVER
NEW FH
RET WALL
SECTION A-A
NO SCALE
SECTION B-B
NO SCALE
SECTION C-C
NO SCALE
SECTION D-D
NO SCALE
GRADING PLAN
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
6458072
C5


LEGEND
AC PAVEMENT 3.5" AC ON 6" CLASS 2 AB
PCC SIDEWALK __" PCC ON __" CLASS 2 AB
SCALE IN FEET: 1" = 20'
NEW BUILDING
FF 49.0
EXISTING BUILDING 245
FF 49.0±
NOTE: DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.
ADJUST NEW MANHOLE COVER AND VAULT TO GRADE
LIMIT OF WORK LINE
SLOAT AVENUE
CONCRETE VERTICAL CURB
NO SCALE
TYPICAL PAVEMENT SECTION
NO SCALE
TYPICAL CONCRETE SIDEWALK
NO SCALE
EXPANSION JOINT
NO SCALE
CONTRACTION JOINT
NO SCALE
TYPICAL JOINT PATTERN
NO SCALE
JOINT PATTERN SCHEDULE
EXPANSION JOINTS @ 20 MAX
NOTES:
1. CLASS "B" CONCRETE SHALL BE USED.
2. 1/2" EXPANSION JOINTS AT 20' O.C. TO COINCIDE WITH THOSE IN SIDEWALK
3. FLOW LINE SHALL BE TESTED FOR PONDING BY CAREFULLY FLOWING A SMALL QUANTITY OF WATER ALONG EACH GUTTER SECTION. ANY PONDING SHALL BE CORRECTED BY REWORKING THE FLOWLINE BEFORE THE CONCRETE HARDENS.
4. FORMAT SHALL BE THE FULL DEPTHS SHOWN.
7. THIS SHEET SHOWS NEW PAVING REQUIRED.
8. AC PAVEMENT (OLD & NEW) WITHIN THE LIMITS OF WORK SHALL BE SLURRY SEALED.
Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, MILPITAS, CA 95035
PHONE: (408) 934-1388 • FAX: (408) 934-1288
DEPARTMENT OF THE NAVY
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
PAVING PLAN
HOOVER ASSOCIATES
SIZE D
CODE IDEN. NO. 80091
NPS MONTEREY
NAVFAC DWG. NO. 6458073
SHEET 8 OF 45
C6
DATE: 02/14/2001
DRAWING: NAVYC6.DWG




NOTES:

1. PAINTING AND STRIPING SHALL BE PER "SPECIFICATION SECTION 02741."
2. HANDICAP SPACES SHALL BE PROVIDED ADJACENT TO THE WEST WALKWAY FOR BLDG. 245 ADDITION. THE NUMBER AND DIMENSIONS SHALL BE DETERMINED BY THE ARCHITECT AT THE DESIGN-BUILD STAGE (RATIO DETERMINED BY SQUARE FOOTAGE OF THE CLASS ROOMS AND OFFICES).
3. HANDICAP ACCESS TO BUILDING IS THROUGH THE MAIN PORTION OF BLDG. 245.

Ruggeri - Jensen - Azar & Associates
ENGINEERS • PLANNERS • SURVEYORS
100 N. MILPITAS BLVD., SUITE 160, • MILPITAS, CA 95035
PHONE: (408) 934-1388 • FAX: (408) 934-1288

SYMBOL | DESCRIPTION | DATE | APPROVED
PRELIMINARY DESIGN SUBMITTAL 11-21-00
REVISIONS

HOOVER ASSOCIATES
DESGN. DR. CHK.
SUBMITTED BY DATE 2/15/01
SATISFACTORY TO
APPROVED

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
PAINTING & STRIPING

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
SPEC. 12003035
NAVFAC DWG. NO. 6458074
SHEET 9 OF 45
C7

DATE: 02/14/2001
DRAWING: NAVYC7.DWG
TIME: 3:36PM
PATH: Y:\JOBS\JOBS00\002029\FINAL\







DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

BORING LOGS

HOOVER ASSOCIATES
DATE 2/15/01

SIZE D

CODE IDENT. NO. 80091

PROJ. LOCATION NPS MONTEREY

NAVFAC DWG. NO. 6458075

SHEET 10 OF 45

GT1

## Log of Boring TR-1 (PAGE 1 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson
Date started: 9/1?/00 | Date finished: 9/1?/00
Drilling method: Hollow-stem auger
Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety
Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT)

MATERIAL DESCRIPTION — Surface Elevation: 49.5 feet

- SAND with SILT (SP-SM): brown, dense, moist, fine sand, with gravel and brick fragments (FILL); S&H at 3 ft, 34
- very loose; SPT at 6 ft, 4
- CLAYEY SAND with GRAVEL (SC): light brown to olive, medium dense, moist, fine sand; SPT at 9 ft, 39
- very dense; S&H at 14 ft, 51; lab: 23.1, 116
- SAND (SP): yellow-brown, dense, moist, with fine-grained mica particles; SPT at 19 ft, 32; lab: 11.2
- medium dense; SPT at 24 ft, 23; lab: 7.7, 13.8
- water level measured at 9:40 am 9/13/00 and 6:55 am 9/20/00
- S&H at 29 ft, 32; lab: 32.7

LABORATORY TEST DATA

Treadwell&Rollo — Project No. 2948.01 — Figure A-1a

## Log of Boring TR-2 (PAGE 1 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson
Drilling method: Hollow-stem auger
Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety
Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT)

MATERIAL DESCRIPTION — Surface Elevation: 47 feet

- SAND (SP): brown, medium dense, fine sand, some organics, with topsoil; S&H at 3 ft; lab: 5.4, 99
- no organics; SPT at 6 ft
- CLAYEY SAND (SC): yellow-brown, dense, moist, fine sand, cemented; SPT at 9 ft, 33; lab: 12.9
- SAND (SP): yellow-brown, dense, moist, fine sand, with trace clay; SPT at 14 ft, 31
- medium dense, contains mica grains; SPT at 19 ft, 26; lab: 12.7
- water level measured at 11:25 am 9/14/00; SPT at 24 ft, 22; lab: 14.3
- dense, wet; SPT at 29 ft, 35; lab: 21.8

Treadwell&Rollo — Project No. 2948.01 — Figure A-2a

## Log of Boring TR-3 (PAGE 1 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

Boring location: See Site Plan, Figure 2 | Logged by: R. Nelson
Date started: 9/1?/00 | Date finished: 9/1?/00
Drilling method: Hollow-stem auger
Hammer weight/drop: 140 lbs./30 inches | Hammer type: Safety
Sampler: Sprague & Henwood (S&H), Standard Penetration Test (SPT)

MATERIAL DESCRIPTION — Surface Elevation: 47.5 feet

- SAND with SILT (SP-SM): dark brown, medium dense, moist, fine sand and gravel (FILL); S&H at 3 ft, 23; lab: 6.8, 31
- loose; SPT at 6 ft, 6
- SAND (SP): yellow-brown to olive, very dense, moist, fine sand, some silt; SPT at 9 ft, 71
- SPT at 14 ft, 51
- dense, contains mica grains, clay seams; SPT at 19 ft, 33; lab: 10.3
- water level measured at 8:10 am 9/20/00
- medium dense; SPT at 24 ft, 27; lab: 22.2
- water level measured at 10:27 pm 9/19/00
- dense, wet; SPT at 29 ft, 34

Treadwell&Rollo — Project No. 2948.01 — Figure A-3a

## Log of Boring TR-1 (PAGE 2 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

MATERIAL DESCRIPTION

- SAND (SP) (continued)
- very dense, with sandstone fragments; SPT at 34 ft, 50/5"
- SANDSTONE: brown, crushed, soft, friable, deep weathering, micaceous, siltstone interbeds
- some claystone interbeds; SPT at 39 ft, 50/5"; SPT at 40 ft, 50/3"
- moderately fractured, low hardness

Boring terminated at a depth of 40.5 feet. Boring backfilled with cement grout. Groundwater encountered at a depth of 25 feet.

Treadwell&Rollo — Project No. 2948.01 — Figure A-1b

## Log of Boring TR-2 (PAGE 2 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

MATERIAL DESCRIPTION

- SAND (SP) (continued)
- SANDSTONE: brown, intensely fractured, low hardness, friable, deep weathering; SPT at 34 ft, 50/3"

Boring terminated at a depth of 33.5 feet.

Treadwell&Rollo — Project No. 2948.01 — Figure A-2b

## Log of Boring TR-3 (PAGE 2 OF 2)

PROJECT: BUILDING 245 EXTENSION, NAVAL POSTGRADUATE SCHOOL, Monterey, California

MATERIAL DESCRIPTION

- SAND (SP) (continued)
- CLAYSTONE: olive-brown, crushed, low hardness, friable, deep weathering, with clay seams; SPT at 34 ft
- dark brown, intensely fractured; SPT at 39 ft, 50/5"
- sandstone interbeds; SPT at 44 ft, 50/3"

Treadwell&Rollo — Project No. 2948.01 — Figure A-3b

---

DEPARTMENT OF THE NAVY — NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

**BORING LOGS**

HOOVER ASSOCIATES — ARCHITECTS, PLANNERS
DATE: 2/15/01

SIZE D — IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION: NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3033
SPEC. 12000056
NAVFAC DWG. NO. 6458076
SHEET 11 OF 45

GT2




1 LANDSCAPE PLAN
SCALE: 1" = 20'-0"

PLANT PALETTE

| BOTANICAL NAME | COMMON NAME |
|---|---|
| **DECIDUOUS FLOWERING ACCENT TREES** | |
| PYRUS CALLERYANA 'CHANTICLEER' | FLOWERING PEAR |
| CHIONANTHUS RETUSUS | CHINESE FRINGE TREE |
| CHITALPA TASHKENTENSIS | CHITALPA |
| **DECIDUOUS SHADE TREES** | |
| CELTIS SINENSIS | CHINESE HACKBERRY |
| KOELREUTERIA BIPINNATA | CHINESE FLAME TREE |
| NYSSA SYLVATICA | SOUR GUM |
| **EVERGREEN FLOWERING TREES** | |
| ARBUTUS 'MARINA' | ARBUTUS |
| PODOCARPUS GRACILIOR | FERN PINE |
| EUCALYPTUS FICIFOLIA | RED FLOWERING GUM |
| **EVERGREEN SHADE TREES** | |
| CINNAMON CAMPHORA | CAMPHOR TREE |
| PINUS ELDARICA | ELDARICA PINE |
| LITHOCARPUS DENSIFLORUS | TANBARK OAK |
| **LARGE SHRUBS** | |
| ANISODONTEA HYPOMANDARUM | TREE MALLOW |
| LAVATERA THURINGIANCA | CAPE MALLOW |
| LIGUSTRUM JAPONICA 'TEXANUM' | PRIVET |
| **SMALL SHRUBS** | |
| CISTUS 'DORIS HIBBERSON' | ROCK ROSE |
| CISTUS HYBRIDUS | ROCK ROSE |
| HEBE SPP. | HEBE |
| OSMANTHUS HETEROPHYLLUS 'GOSHIKI' | OSMANTHUS |
| OSMANTHUS HETEROPHYLLUS 'VARIEGATUS' | OSMANTHUS |
| RHAPHIOLEPIS INDICA 'CLARA' | INDIA HAWTHORN |
| ROSMARINUS OFFICINALIS 'TUSCAN BLUE' | ROSEMARY |
| SALVIA GREGGII | SALVE |
| WESTRINGIA FRUTICOSA | WESTRINGIA |
| **GROUND COVERS** | |
| APTENIA CORDIFOLIA 'RED APPLE' | RED APPLE |
| CERATOSTIGMA PLUMBAGINOIDES | DWARF PLUMBAGO |
| COPROSMA PUMILA 'VERDA VISTA' | COPROSMA |
| FRAGARIA CHILOENSIS | WILD STRAWBERRY |
| GERANIUM 'JOHNSON'S BLUE' | GERANIUM |
| LANTANA MONTEVIDENSIS | LANTANA |
| MYOPORUM 'PACIFIC' | MYOPORUM |
| NEPETA FAASSENII | CAT MINT |

HOOVER ASSOCIATES
DESGN. DR. CHK. DATE 2/15/01
D.M. F.P. CR.
DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
LANDSCAPE PLAN

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
SPEC. 12003035
NAVFAC DWG. NO. 6456077
SHEET 12 OF 45
L1


HALLIGAN HALL
234
BULLARD HALL
233
243
CAUTION:
FIBER OPTIC CABLE LOCATED
UNDER THE AREA
DD
AA
A
60'-0"
30'-0"
1
4
PATH
BACKFLOW PREVENTER
LINK
LANDSCAPE
EXISTING BUILDING
245
EXISTING BUILDING
RAMP
RAMP
STEPS
255
SLOAT AVENUE
7TH ST
LIMIT OF WORK
SITE PLAN
SCALE: 1" = 30'-0"
DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
SITE PLAN
HOOVER ASSOCIATES
ARCHITECTS, PLANNERS
DSGN.
DR.
CHK.
SUBMITTED BY
DATE
2/15/01
D.M.
F.P.
BR. HD.
DR.
SATISFACTORY TO
DATE
APPROVED
DATE
SYMBOL
DESCRIPTION
REVISIONS
DATE
APPROVED
SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY
CODE IDEN. NO.
80091
PROJ. LOCATION
NPS MONTEREY
CONSTR. CONTR. NO.
SPEC. 12003035
NAVFAC DWG. NO.
6458078
SHEET 13 OF 45
A1

## ROOM FINISH SCHEDULE

| RM. NO. | ROOM NAME | FLOOR | BASE | WALLS | CEILING | CEILING HEIGHT | REMARKS |
|---|---|---|---|---|---|---|---|
| 100 | CORRIDOR | CARPET | R.B. | GYP. BD./P. | 12"x12" MTL. GRID | 9'-10" | EVERYTHING ABOVE GRID PAINTED BLACK |
| 101 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 102 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 103 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 104 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 105 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 106 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 107 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 108 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 109 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 110 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 111 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 112 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 113 | ELECTRICAL | CONC. | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 114 | MECHANICAL | CONC. | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 115 | TELEPHONE | CARPET | R.B. | GYP. BD./P. | GYP. BD./P. | 9'-10" | |
| 116 | CLASSROOM | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 117 | CONF./STUDY | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 118 | CONF./STUDY | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 119 | LOUNGE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 120 | WOMEN | C.T. | C.T. | C.T. | GYP. BD./P. | 9'-10" | |
| 121 | UNISEX | C.T. | C.T. | C.T. | GYP. BD./P. | 9'-10" | |
| 122 | SUPPLIES | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 123 | LINK | STONE | STONE | MTL. PANEL, GLASS | 6"x6" MTL. GRID | 8'-5" | EVERYTHING ABOVE GRID PAINTED BLACK |
| 124 | ENTRY | CARPET | R.B. | GYP. BD./P. | 12"x12" MTL. GRID | 9'-10" | EVERYTHING ABOVE GRID PAINTED BLACK |
| 125 | STAIR #1 | CONC. | - | - | - | - | |
| 126 | STAIR #2 | STONE | - | - | - | - | |

### ROOM FINISH NOTES:

1. CARPET IS CARPET TILE
2. STONE TO MATCH (E) BUILDING

### GENERAL NOTES:

1. INTERIOR DOORS: ALL INTERIOR DOORS ARE SOLID CORE, STAIN GRADE BIRCH VENEER, 3x8' LEAF(S). PROVIDE VISION PANELS AT ALL CLASSROOM DOORS, OFFICE DOORS, AND DOUBLE DOORS AT LINK, BOTH FROM NEW AND FROM EXISTING BUILDING 245.
2. EXTERIOR DOORS, WINDOW WALL SYSTEM: HOLLOW METAL, 3x8' LEAF(S) WITH TRANSOMS AND VISION PANELS WHERE SHOWN.
3. EXTERIOR DOORS, CURTAIN WALL SYSTEM: FRAMELESS GLASS DOORS
4. SOUND TRANSMISSION: ALL SHADED PARTITIONS EXTEND TO SLAB ABOVE.

   FROM CORRIDOR TO CLASSROOM OR CONF./STUDY: STC 40

   FROM CORRIDOR TO OFFICES: STC 40

   PERIMETER OF MECH./ELEC. SPACES: STC 40

   PERIMETER OF RESTROOMS: STC 40

   ALL OTHER SEPARATIONS: STC 28
5. LIGHT CONTROL: PROVIDE BLINDS AT ALL EXTERIOR WINDOWS
6. SIGNAGE:
   PROVIDE SAFETY AND CODE REQUIRED SIGNS.
   PROVIDE IDENTIFYING DEVICES AT ALL INTERIOR DOORS.
   (SEE DETAIL 2/A2)




1 FIRST FLOOR PLAN

SCALE: 1/8" = 1'-0"




ON DOOR WAYS LEADING TO MEN'S SANITARY FACILITIES, PROVIDE AN EQUILATERAL TRIANGLE 1/4" THICK WITH EDGES 12" LONG AND A VERTEX POINTING UPWARD. WOMEN'S SANITARY FACILITY SHALL BE IDENTIFIED WITH A CIRCLE 1/4" THICK AND 12" IN DIAMETER WITH A 1/4" THICK TRIANGLE SUPERIMPOSED ON THE CIRCLE AND WITHIN THE 12" DIAMETER. THESE GEOMETRIC SYMBOLS SHALL BE CENTERED ON THE DOOR AT A HEIGHT OF 60" A.F.F. AND THEIR COLOR AND CONTRAST SHALL BE DISTINCTLY DIFFERENT THE COLOR AND CONTRAST OF THE DOOR. ALL GEOMETRIC SYMBOLS SHALL BE ACCOMPANIED WITH EQUIVALENT VERBAL AND BRAILLE DESCRIPTION. LETTERS SHALL BE RAISED 1/32" THICK UPPER CASE SANS SERIF OR SIMPLE SERIF TYPE. BRAILLE SHALL BE GRADE 2. RAISED CHARACTERS SHALL BE AT LEAST 5/8" HIGH BUT NO HIGHER THAN 2" VERBAL AND BRAILLE SIGNS SHALL BE MOUNTED ALONG THE CLOSEST ADJACENT WALL ON THE STRIKE SIDE OF THE DOOR CENTERED AT 60" A.F.F.

2 SIGNAGE

SCALE: AS NOTED

DEPARTMENT OF THE NAVY — NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

FIRST FLOOR PLAN AND ROOM FINISH SCHEDULE

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DATE 2/15/01

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3033

SPEC. 12003035

NAVFAC DWG. NO. 6458079

SHEET 14 OF 45

A2




SECOND FLOOR PLAN
SCALE: 1/8" = 1'-0"

## ROOM FINISH SCHEDULE

| RM. NO. | ROOM NAME | FLOOR | BASE | WALLS | CEILING | CEILING HEIGHT | REMARKS |
|---|---|---|---|---|---|---|---|
| 200 | CORRIDOR | CARPET | R.B. | GYP. BD./P. | 12x12" MTL. GRID | 9'-10" | GYP.BD. ABOVE GRID PAINTED BLACK |
| 201 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 202 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 203 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 204 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 205 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 206 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 207 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 208 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 209 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 210 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 211 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 212 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 213 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 214 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 215 | OFFICE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 216 | CLASSROOM | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 217 | CONF./STUDY | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 218 | CONF./STUDY | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 12'-0" | |
| 219 | LOUNGE | CARPET | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 220 | MEN | C.T. | C.T. | GYP. BD./P., C.T. | G.B./P. | 9'-10" | |
| 221 | UNISEX | C.T. | C.T. | GYP. BD./P., C.T. | G.B./P. | 9'-10" | |
| 222 | KITCHENETTE | C.T. | R.B. | GYP. BD./P. | 2x2' ACOUS. TILE | 9'-10" | |
| 223 | LINK | STONE | STONE | MTL. PANEL, GLASS | 6"x6" MTL. GRID | 12'-2" | GYP.BD. ABOVE GRID PAINTED BLACK |
| 224 | BALCONY | STONE | - | - | - | - | |

GENERAL NOTES:

1. INTERIOR DOORS: ALL INTERIOR DOORS ARE SOLID CORE, STAIN GRADE BIRCH VENEER, 3x8' LEAF(S). PROVIDE VISION PANELS AT ALL CLASSROOM DOORS, OFFICE DOORS, AND DOUBLE DOORS AT LINK, BOTH FROM NEW AND FROM EXISTING BUILDING 245.
2. EXTERIOR DOORS, WINDOW WALL SYSTEM: HOLLOW METAL, 3x8' LEAF(S) WITH TRANSOMS AND VISION PANELS WHERE SHOWN.
3. EXTERIOR DOORS, CURTAIN WALL SYSTEM: FRAMELESS GLASS DOORS
4. SOUND TRANSMISSION: ALL SHADED PARTITIONS EXTEND TO SLAB ABOVE.

   FROM CORRIDOR TO CLASSROOM OR CONF./STUDY: STC 40

   FROM CORRIDOR TO OFFICES: STC 40

   PERIMETER OF MECH./ELEC. SPACES: STC 40

   PERIMETER OF RESTROOMS: STC 40

   ALL OTHER SEPARATIONS: STC 28
5. LIGHT CONTROL: PROVIDE BLINDS AT ALL EXTERIOR WINDOWS
6. SIGNAGE:
   PROVIDE SAFETY AND CODE REQUIRED SIGNS.
   PROVIDE IDENTIFYING DEVICES AT ALL INTERIOR DOORS.
   (SEE DETAIL 2/A2)

HOOVER ASSOCIATES

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SECOND FLOOR PLAN AND ROOM FINISH SCHEDULE

DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. [illegible]474-00-C 3033

SPEC. 12003035

NAVFAC DWG. NO. 6458080

SHEET 15 OF 45

A3


WINDOW WALL SYSTEM
SCUPPER HEAD & DS TO MATCH (E)
PREFINISHED ALUM. LOUVERS, TYP.
+29'-8" ROOF LEVEL EL.
T.O. FIN. STRL. SLAB
CONC. W/ WATER REPELLANT COATING, TO MATCH (E), TYP.
TINTED GLASS IN PAINTED ALUM. FRAMES TO MATCH (E), TYP.
+15'-0" SECOND LEVEL EL.
PREFINISHED MTL. PANELS, TYP.
+0'-0" FIRST LEVEL EL.
PREFINISHED MTL. PANELS TO MATCH (E), TYP.
2 NORTH ELEVATION
SCALE: 1/8" = 1'-0"
CURTAIN WALL SYSTEM
SLOPED SUN SHADES TO MATCH (E), TYP.
PREFINISHED MTL. PANELS TO MATCH (E), TYP.
(N) BUILDING
(E) BUILDING
MECHANICAL SCREEN
T.O. PARAPET
ROOF LEVEL +29'-8"
T.O. FIN. STRL. SLAB
FIN. @ SOFFIT
SECOND LEVEL EL. +15'-0"
FIRST LEVEL EL. +0'-0"
EXP. JT.
TINTED GLASS TO MATCH (E), TYP.
1 WEST ELEVATION
SCALE: 1/8" = 1'-0"
HOOVER ASSOCIATES
DEPARTMENT OF THE NAVY
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
WEST ELEVATION AND NORTH ELEVATION
SIZE D
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
NAVFAC DWG. NO. 6458081
SHEET 16 OF 45
A4




2 SOUTH ELEVATION/SECTION @ WINDOW WALL - LOBBY LINK

SCALE: 1/8" = 1' - 0"




1 EAST ELEVATION

SCALE: 1/8" = 1' - 0"

SYMBOL | DESCRIPTION | REVISIONS | PREP'D BY | DATE | APPROVED

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DSGN. | DR. | CHK.
SUBMITTED BY | DATE 2/15/01
D.M. | F.P.
BR. HD. | DR.

SATISFACTORY TO | DATE
APPROVED | DATE
FOR COMMANDER NAVFAC

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SOUTH ELEVATION/SECTION AT WINDOW WALL AND EAST ELEVATION

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3035

SPEC. 12003035

NAVFAC DWG. NO. 6458082

SHEET 17 OF 45

A5




CROSS-SECTION
SCALE: 1/8" = 1'-0"

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

BUILDING SECTION

DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO.
SPEC. 12003035
NAVFAC DWG. NO. 6458083
SHEET 18 OF 45
A6




ROOF PLAN

SCALE: 1/8" = 1'-0"

**NOTE:**
CRICKET PATTERNS SHOWN ARE SCHEMATIC ONLY. CONTRACTOR SHALL PROVIDE CRICKETING AS REQUIRED TO INSURE MAXIMUM SLOPE POSSIBLE AT ALL VALLEYS

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

ROOF PLAN

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DSGN. DR. CHK.
SUBMITTED BY DATE 2/15/01
SATISFACTORY TO
APPROVED

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
SPEC. 12003035
NAVFAC DWG. NO. 6458084
SHEET 19 OF 45
A7




FIRST FLOOR REFLECTED CEILING PLAN




SECOND FLOOR REFLECTED CEILINGPLAN

SCALE: 1/8" = 1'-0"


MECHANICAL SCREEN
TS SUPPORT SYSTEM, SEE STRUCTURAL DRAWINGS
T.O. PARAPET
T.O. DECKING
OPEN BELOW
FIN. CEILING
PAINTED LINEAR MTL. CLG.
TS 6x6
GLASS
STEEL RAILING
2ND LEVEL FIN. FLR. EL +15'-0"
6"x6" OPEN CEILING GRID, PAINT FLAT BLACK ABOVE
10'-0"
1ST LEVEL FIN. FLR. EL +0'-0"
ROOF LEVEL FIN. FLR. EL +29'-8"
CONC. SHEAR WALL
BATT INSULATION, TYP.
SUSPENDED ACOUS. CLG., WHERE OCCURS
COLUMN BEYOND
REVEAL
CONC. FILL
FURRING
CONC. SLAB ON GRADE
B.O. PARAPET
3" DECKING
PREFINISHED ALUM. LOUVER
PROVIDE BACKING
SLOPED SUN SHADE
FIXED GLASS
CONCEALED GLASS AWNING WINDOW
GYP. BD., TYP.
PREFINISHED MTL. PANELS
4 WALL SECTION @ LINK
SCALE: 1/2" = 1'-0"
3 WALL SECTION @ EXTERIOR SHEAR WALL
SCALE: 1/2" = 1'-0"
2 WALL SECTION @ GLAZING W/ SUN SHADES
SCALE: 1/2" = 1'-0"
1 WALL SECTION @ GLAZING W/O SUN SHADES
SCALE: 1/2" = 1'-0"
HOOVER ASSOCIATES
DEPARTMENT OF THE NAVY
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
LARGE SCALE WALL SECTIONS
SIZE D
CODE IDEN. NO. 80091
NPS MONTEREY
6458087
SHEET 22 OF 45
A10

# GENERAL STRUCTURAL NOTES

I. GENERAL

A. SEE DRAWINGS OTHER THAN STRUCTURAL FOR: KINDS OF FLOOR FINISH AND THEIR LOCATION, FOR DEPRESSIONS IN FLOOR SLABS, FOR OPENINGS IN WALLS AND FLOORS REQUIRED BY ARCHITECTURAL AND MECHANICAL FEATURES, FOR ROADWAY PAVING, WALKS, RAMPS, STAIRS, CURBS, ETC.

B. HOLES AND OPENINGS THROUGH WALLS AND FLOORS FOR DUCTS, PIPING AND VENTILATIONS SHALL BE COORDINATED BY THE CONTRACTOR WHO SHALL VERIFY SIZES AND LOCATION OF SUCH HOLES OR OPENINGS WITH THE MECHANICAL, PLUMBING, AND ELECTRICAL DRAWINGS AND THESE SUB-CONTRACTORS.

C. NO PIPES OR DUCTS SHALL BE EMBEDDED IN SLABS OR WALLS UNLESS SPECIFICALLY DETAILED OR APPROVED BY THE ARCHITECT.

D. IF CERTAIN FEATURES ARE NOT FULLY SHOWN OR CALLED FOR ON THE DRAWINGS OR SPECIFICATIONS, THEIR CONSTRUCTION SHALL BE OF THE SAME CHARACTER AS FOR SIMILAR CONDITIONS THAT ARE CALLED FOR OR SHOWN.

II. DESIGN BASIS

A. APPLICABLE CODES:

1. NON-SEISMIC

a. ANSI / ASCE 7-95 "MINIMUM DESIGN LOADS FOR BUILDINGS AND OTHER STRUCTURES"

b. STRUCTURAL STEEL
"LOAD AND RESISTANCE FACTOR DESIGN SPECIFICATION FOR STRUCTURAL STEEL BUILDINGS (LRFD)" PUBLISHED BY AISC – DECEMBER 1, 1993
OR
"ALLOWABLE STRESS DESIGN AND PLASTIC DESIGN SPECIFICATION FOR STRUCTURAL STEEL BUILDINGS (ASD)" PUBLISHED BY AISC – JUNE 1, 1989
OR
LOAD AND RESISTANCE FACTOR DESIGN SPECIFICATION FOR STRUCTURAL STEEL BUILDINGS – METRIC" (LRFD) PUBLISHED BY AISC – DECEMBER 1994

c. STEEL DECK
"SPECIFICATION FOR COMPOSITE STEEL FLOOR DECK" AS CONTAINED IN PUBLICATION NO. 29, DATED 1995, PUBLISHED BY THE STEEL DECK INSTITUTE

d. CONCRETE
"BUILDING CODE REQUIREMENTS FOR STRUCTURAL CONCRETE" (ACI 318-95) PUBLISHED BY THE AMERICAN CONCRETE INSTITUTE

2. SEISMIC

a. TECHNICAL MANUAL TI 809-04 "SEISMIC DESIGN FOR BUILDINGS", DATED DECEMBER 1998

b. FEMA 302

3. WIND

a. ASCE 7-95

B. VERTICAL LIVE LOADS:

1. ROOF: 20 PSF PLUS MECHANICAL

2. FLOORS: 50 PSF LIVE PLUS 20 PSF PARTITION DEAD LOAD PLUS 30 PSF INCIDENTAL (100 PSF LIVE LOAD AT CORRIDORS)

C. SEISMIC LOADS:

1. SEISMIC USE GROUP I
2. SEISMIC DESIGN CATEGORY "D"
3. Ss = 1.7 g, S1 = 0.7 g
4. fa = 1.0 ; fv = 1.5
5. R = 4.0 ; I = 1.0
6. SEISMIC BASE SHEAR V = 0.283 x W (LRFD)

D. WIND LOADS:

1. P = qh x (GCpf – GCpi)Table 6-1
2. qh = 0.00256 x Kz x Kzt x V2 x I
3. Kzt = 1.0
4. V = 85
5. GCpf = 0.45 , Gcpi = 0.18
6. I = 1.0
7. Kz = 0.85 @ 0 ft. to 15 ft., P = 9.9 psf
Kz = 0.90 @ 15ft. to 20 ft., P = 10.5 psf
Kz = 0.94 @ 20ft. to 25 ft., P = 11.0 psf
Kz = 0.98 @ 25 ft. to 30 ft., P = 11.4 psf

III. MATERIALS

A. CONCRETE

1. REINFORCING STEEL

a. BARS: ASTM A615, GRADE 60 AND ASTM A706 GRADE 60 WHERE NOTED ON DRAWINGS

b. WELDED BARS: ASTM A706, GRADE 60.

c. WELDED WIRE FABRIC: ASTM A185.

d. ALL CONCRETE SHALL BE REINFORCED UNLESS SPECIFICALLY MARKED "NOT REINFORCED"

2. CONCRETE CLASSES: SEE SPECIFICATIONS FOR REQUIREMENTS

| CLASS | USE | WT | STRENGTH |
|---|---|---|---|
| A | FOUNDATIONS, SLABS-ON-GRADE, NORMAL WEIGHT FILL ON STEEL DECK | 145 PCF | 3000 PSI |
| B | COLUMNS, BEAMS WALLS | 145 PCF | 4000 PSI |

3. MINIMUM CONCRETE COVER FOR REINFORCING STEEL:

a. SURFACES PLACED AGAINST EARTH 3"
b. FORMED SURFACES BELOW GRADE 2"
c. SURFACES EXPOSED TO WEATHER 2"
d. BEAM AND COLUMN BARS 1-1/2" (INCLUDING STIRRUPS OR TIES)
e. EXTERIOR WALL AT EXTERIOR FACE 1-1/2"
f. SLABS AND WALLS NOT EXPOSED TO WEATHER 1"

B. STEEL

1. SHAPES AND PLATES: ASTM A992, GRADE 50; TUBES: ASTM A500, GRADE B; PIPES: ASTM A53, GRADE B.
2. BOLTS: ASTM A325-SC
3. STEEL DECK: ASTM A446 GRADE A
4. WELDING ELECTRODES: E 70. SEE SPECIFICATIONS FOR TYPE.
5. ANCHOR BOLTS: ASTM A307.
7. WELDED STUDS: FLUX FILLED HEADED ANCHOR STUDS TYPE H4L OR S3L BY NELSON OR EQUAL.

IV. QUALITY CONTROL

A. THE ENGINEER OF RECORD SHALL SUBMIT A QUALITY ASSURANCE PLAN TO THE CONTRACTING OFFICER, PER FEMA 302, CHAPTER 3

B. EACH CONTRACTOR OR SUBCONTRACTOR RESPONSIBLE FOR THE CONSTRUCTION OF WHOLE OR PARTS OF THE SEISMIC FORCE RESISTING SYSTEM, DESIGNATED SEISMIC SYSTEM, OR A COMPONENT LISTED IN THE QUALITY ASSURANCE PLAN NOTED ABOVE, SHALL SUBMIT TO THE CONTRACTING OFFICER A WRITTEN CONTRACTOR'S STATEMENT OF RESPONSIBILITY PRIOR TO THE COMMENCEMENT OF WORK ON THE SYSTEM OR COMPONENT, PER FEMA 302, CHAPTER 3.

C. THE FOLLOWING WORK REQUIRES TESTS AND/OR INSPECTIONS. FOR SPECIFIC REQUIREMENTS SEE SPECIFICATIONS. INSPECTIONS SHALL BE MADE IN ACCORDANCE WITH FEMA 302, CHAPTER 3, BY A CERTIFIED SPECIAL INSPECTOR AS PART OF THE CONTRACTOR'S QUALITY CONTROL STAFF. PROGRESS REPORTS AND A FINAL REPORT BY THE SPECIAL INSPECTOR SHALL BE ISSUED TO THE CONTRACTING OFFICER. THE REGISTERED DESIGN PROFESSIONAL IN RESPONSIBLE CHARGE, THE PERSONS PREPARING THE QUALITY ASSURANCE PLAN, AND THE CONTRACTOR, AND SHALL CONTAIN ITEMS REQUIRED BY FEMA 302. THE CONTRACTOR SHALL BE RESPONSIBLE TO CORRECT ALL DEFICIENCIES AS REQUIRED.

1. FOOTING EXCAVATION & DRILLED PIER PLACEMENT
2. SOIL COMPACTION
3. REINFORCING STEEL & ANCHOR BOLTS
4. CONCRETE AND GROUT
5. EXPANSION BOLTS
6. GROUTED DOWELS
7. WELDING, REBAR, STRUCTURAL STEEL, METAL DECK, WELDED STUDS
8. HIGH STRENGTH BOLTS
9. ARCHITECTURAL COMPONENTS FOR ANCHORAGE
10. MECHANICAL AND ELECTRICAL COMPONENTS

D. A PARTIAL LISTING OF REQUIRED STRUCTURAL SUBMITTALS FOLLOWS. CONSULT THE SPECIFICATIONS FOR A COMPLETE LISTING OF SUBMITTAL REQUIREMENTS

1. CONCRETE MIX DESIGNS
2. GROUT MIX DESIGNS
3. CONSTRUCTION JOINT LAYOUT & CONTROL JOINT LAYOUT
4. REINFORCING STEEL SHOP DRAWINGS
5. STRUCTURAL STEEL AND STEEL DECK SHOP DRAWINGS
6. MANUFACTURER'S DATA FOR INSERTS, GROUTS & EPOXIES
8. WELDING ELECTRODE DATA AND WELDING PROCEDURE SPECIFICATIONS

IX. ABBREVIATIONS

| | |
|---|---|
| ø | DIAMETER |
| & | AND |
| @ | AT |
| A.B. | ANCHOR BOLT |
| ARCH | ARCHITECTURAL |
| BLDG. | BUILDING |
| BLKG. | BLOCKING |
| BM. | BEAM |

V. ABBREVIATIONS (CONT'D)

| | |
|---|---|
| BOT. | BOTTOM |
| C.B. | COLUMN BASE |
| C.L. | CENTER LINE |
| C.J. | CONSTRUCTION JOINT |
| CLR | CLEAR |
| CMU. | CONCRETE MASONRY UNIT |
| COL. | COLUMN |
| CONN. | CONNECTION |
| CONT. | CONTINUOUS |
| C.P. (P.P.) | COMPLETE PENETRATION |
| CTR. | CENTER |
| CTRSK | COUNTERSINK |
| DET. | DETAIL |
| DWG. | DRAWING |
| (E) | EXISTING |
| EA. | EACH |
| E.F. | EACH FACE |
| EL. OR ELEV. | ELEVATION |
| ELECT. | ELECTRICAL |
| E.W. | EACH WAY |
| EXT | EXTERIOR |
| FDN. | FOUNDATION |
| FIN. | FINISH |
| FL. OR FLR | FLOOR |
| F.O.C. | FACE OF CONCRETE |
| FTG. | FOOTING |
| GA. | GAUGE |
| GALV. | GALVANIZED |
| HORIZ. | HORIZONTAL |
| HT. | HEIGHT |
| INT. | INTERIOR |
| JT. | JOINT |
| LLH (LLV) | LONG LEG HORIZONTAL (OR VERTICAL) |
| LT. | LIGHT |
| LT. WT | LIGHT WEIGHT |
| M.B. | UNFINISHED MACHINE BOLTS |
| MAX. | MAXIMUM |
| MECH | MECHANICAL |
| MFR | MANUFACTURER |
| MTL. | METAL |
| MIN. | MINIMUM |
| MISC. | MISCELLANEOUS |
| N.I.C. | NOT IN CONTRACT |
| NOM | NOMINAL |
| NTS. | NOT TO SCALE |
| O.C. | ON CENTER |
| O.D. (I.D.) | OUTSIDE (INSIDE) DIAMETER |
| OPG. | OPENING |
| OPP. | OPPOSITE |
| P | PLATE |
| P.P. | PARTIAL PENETRATION |
| PT. | POINT |
| REF | REFERENCE |
| REINF. | REINFORCEMENT |
| REQ. | REQUIRED |
| S.A.D. | SEE ARCHITECTURAL DRAWINGS |
| SCHED. | SCHEDULE |
| SECT | SECTION |
| SHT. | SHEET |
| SIM. | SIMILAR |
| SPA. | SPACE |
| SPEC. | SPECIFICATION |
| SQ. | SQUARE |
| STAGG. | STAGGERED |
| STD. | STANDARD |
| STL. | STEEL |
| STRUCT. | STRUCTURAL |
| SYM. | SYMMETRICAL |
| T&B | TOP AND BOTTOM |
| THD. | THREADED |
| T.O.C. | TOP OF CONCRETE |
| T.O.S. | TOP OF STEEL |
| TS | TUBE STEEL |
| T.W. | TOP OF WALL |
| T.P. | TOP OF PLATE |
| TYP | TYPICAL |
| U.O.N. | UNLESS OTHERWISE NOTED |
| VERT | VERTICAL |
| W/ | WITH |
| W/O | WITHOUT |
| W.P. | WORK POINT |
| WT. | WEIGHT |




9 SLAB-ON-GRADE CONSTRUCTION AND CONTROL JOINTS




1. DO NOT CUT REINFORCING
2. SLEEVE TO BE PLACED IN MIDDLE THIRD OF BEAM DEPTH AND BEAM SPAN ONLY

5 SLEEVE THRU GRADE BEAM

| DIAMETER OF BENDS | |
|---|---|
| D1 | 1 1/2" FOR #3 BARS<br>2" FOR #4 BARS<br>2 1/2" FOR #5 BARS |
| D2 | 6d FOR #3 THRU #8 BARS<br>8d FOR #9, #10 & #11 BARS |

"D1" – FOR STIRRUPS, TIES AND WALL REINF. AT OPENINGS
"D2" – FOR ALL OTHERS
d – NOMINAL BAR DIAMETER




| STANDARD HOOK LENGTHS | | | | |
|---|---|---|---|---|
| BAR SIZE | MAIN REINF 90° | MAIN REINF 180° | STIRRUP & TIE HOOKS 90° | STIRRUP & TIE HOOKS 135° |
| #3 | 4" | 2" | 3" | 3" |
| #4 | 6" | 2" | 3" | 3" |
| #5 | 7" | 2" | 3" | 3" |
| #6 | 9" | 3" | 9" | 4" |
| #7 | 10" | 3" | 10" | 5" |
| #8 | 12" | 4" | 12" | 6" |
| #9 | 13" | 4" | — | — |
| #10 | 15" | 5" | — | — |
| #11 | 16" | 5" | — | — |

1 STANDARD HOOKS




6 BEAMS AND GRADE BEAMS CONSTRUCTION JOINTS



| CONCRETE STRENGTH | F'c = 3000 PSI | | | | F'c = 4000 PSI | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS OF LAP SPLICE | CLASS "A" | | CLASS "B" | | CLASS "A" | | CLASS "B" | |
| BAR SIZE \ CASE | TOP BARS | OTHER BARS | TOP BARS | OTHER BARS | TOP BARS | OTHER BARS | TOP BARS | OTHER BARS |
| #3 | 1'-10" | 1'-5" | 2'-4" | 1'-10" | 1'-7" | 1'-3" | 2'-0" | 1'-7" |
| #4 | 2'-5" | 1'-10" | 3'-1" | 2'-5" | 2'-1" | 1'-7" | 2'-8" | 2'-1" |
| #5 | 3'-0" | 2'-4" | 3'-11" | 3'-0" | 2'-7" | 2'-0" | 3'-4" | 2'-7" |
| #6 | 3'-7" | 2'-9" | 4'-8" | 3'-7" | 3'-1" | 2'-5" | 4'-0" | 3'-1" |
| #7 | 5'-3" | 4'-0" | 6'-9" | 5'-2" | 4'-8" | 3'-6" | 5'-11" | 4'-6" |
| #8 | 6'-0" | 4'-7" | 7'-9" | 5'-11" | 5'-2" | 4'-0" | 6'-9" | 5'-2" |
| #9 | 6'-9" | 5'-2" | 8'-9" | 6'-9" | 5'-10" | 4'-6" | 7'-7" | 5'-10" |

NOTES.

1. UNLESS INDICATED OTHERWISE, USE THE CLASS "B" LAP SPLICE LENGTHS, MULTIPLIED BY THE APPLICABLE FACTOR(S) LISTED BELOW.
2. WHERE CLEAR SPACE BETWEEN BARS LAP SPLICED AT ANY SECTION IS LESS THAN 2 BAR DIAMETERS, OR WHERE THE BAR COVER IS LESS THAN OR EQUAL TO THE BAR DIAMETER, INCREASE THE LAP LENGTH BY 50%.
3. A CLASS "A" SPLICE MAY BE USED ONLY WHERE NOTED ON THE DRAWINGS.
4. WHERE LIGHTWEIGHT AGGREGATE CONCRETE IS USED, INCREASE LAP SPLICE LENGTH BY 30%.
5. TOP BARS ARE HORIZONTAL BARS WITH MORE THAN 12 INCHES OF CONCRETE CAST BELOW THE BARS.
6. SPLICES OF HORIZONTAL REINFORCEMENT IN WALLS SHALL BE STAGGERED.
7. SPLICES IN WALLS CONTAINING TWO CURTAINS OF REINFORCEMENT SHALL NOT OCCUR IN THE SAME LOCATION.




7 CONCRETE WALL AND GRADE BEAMS FOOTING INTERSECTIONS

3 REBAR OFFSET AND LAP SPLICE

NOT TO SCALE




SEE DETAIL 9 FOR DETAILS NOT SHOWN OR NOTED

8 SLAB-ON-GRADE DEPRESSION




NOTE: CONTRACTOR SHALL BE RESPONSIBLE FOR SHORING OR OTHERWISE MAINTAINING THE SIDES OF THE EXCAVATION FROM CAVE-IN UNTIL ALL BACKFILL IS COMPLETED. BACKFILL PER SPECIFICATIONS

4 PIPE CLEARANCES AT FOOTINGS AND GRADE BEAMS

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

STRUCTURAL NOTES AND TYPICAL DETAILS

HOOVER ASSOCIATES ARCHITECTS, PLANNERS

DASSE DESIGN INC. STRUCTURAL ENGINEERS

PRELIMINARY SUBMITTAL 11-21-00

DATE 2/15/01

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

SPEC. 12003036

NAVFAC DWG. NO. 6458088

SHEET 23 OF 45

S1

FILE: V:\00b162x1\Struct\00B162S1.dwg02/14/01 at 14:39
XREF: V:\00b162x1\Struct\00B162xf.dwg




1 FOUNDATION PLAN 1/8"=1'-0"

## FOUNDATION PLAN (DRILLED PIER) NOTES

1. SEE GENERAL NOTES ON SHEET S1
2. FOUNDATION PLAN IS TAKEN IMMEDIATELY BELOW LOWEST FLOOR SLAB.
3. ALL FOUNDATION EXCAVATIONS SHALL BE MADE AS NEAR AS POSSIBLE TO THE NEAT LINES REQUIRED BY THE SIZE AND SHAPE OF THE STRUCTURE AND THE GEOTECHNICAL REPORT. NO MATERIAL IS TO BE EXCAVATED UNNECESSARILY. ALL FOUNDATION EXCAVATIONS MUST BE APPROVED BY THE DESIGN-BUILD TEAMS SOIL ENGINEER AND CONTRACTING OFFICER. PRIOR TO PLACEMENT OF CONCRETE.
4. (N) -X"ø / (Y) DENOTES PIER CAP WITH "N" # OF DRILLED CAST-IN-PLACE CONCRETE PIERS OF "X" DIAMETER WITH "Y" EMBEDMENT INTO UNDERLYING BEDROCK. THE ACTUAL PEIR DEPTH WILL DEPEND UPON FIELD CONDITIONS. THE OVERALL LENGTH OF PIER CAN BE ESTIMATED BY ADDING 35 FEET TO THE ROCK EMBEDMENT.
5. SEE DETAIL 2/S7 FOR TYPICAL CAST-IN-PLACE PIER REINFORCING AND PIER CAP DETAILS.
6. SEE DETAIL 4/S1 FOR TYPICAL PIPE CLEARANCES AT GRADE BEAMS.
7. ELEVATIONS OF BOTTOM OF DRILLED PIERS HAVE BEEN ESTABLISHED ON THE BASIS OF PERIPHERAL SHEAR. FROM REPORT BY TREADWELL AND ROLLO, DATED 20 NOVEMBER 2000, PROJECT NO. 2948.01 TITLED "GEOTECHNICAL INVESTIGATION BUILDING 245 EXTENSION NAVAL POST GRADUATE SCHOOL MONTEREY"
   AS EXCAVATION PROGRESSES, CONDITIONS MAY DEVELOP REQUIRING CHANGES IN THESE ELEVATIONS AND/OR DRILLED PIERS. SUCH CHANGES SHALL BE MADE ONLY AS DIRECTED BY THE CONTRACTING OFFICER AND SHALL BE ACCOUNTED FOR IN ACCORDANCE WITH CONTRACT DOCUMENTS.
8. FOR EXCAVATION AND INSTALLATION OF DRILLED PIERS, SEE SPECIFICATIONS.
9. ALL FOUNDATION EXCAVATIONS MUST BE INSPECTED AND APPROVED BY THE SOILS ENGINEER PRIOR TO PLACEMENT OF CONCRETE. SEE SPECIFICATIONS. THE SOILS ENGINEER SHALL BE PART OF THE CONTRACTOR'S QUALITY CONTROL STAFF.
10. VERIFY LOCATION OF UNDERGROUND UTILITIES BEFORE DRILLING. NOTIFY CONTRACTING OFFICER PRIOR TO DRILLING IN THE EVENT SUCH UTILITIES ARE ENCOUNTERED.
11. TOP OF PIER CAP AT EXTERIOR WALLS SHALL BE 12" MINIMUM BELOW FINISH GRADE SEE CIVIL DRAWINGS.
12. MARKS C1 ETC. REFER TO COLUMN DESIGNATION. SEE 6/S10
13. MARKS PC1 ETC. REFER TO PIER CAP DESIGNATION. SEE 5/S7 AND 7/S7
14. FOR EXTERIOR WALL ELEVATIONS SEE SHEETS S5 AND S6.

NOTE.

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND

BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

PRELIMINARY SUBMITTAL 11-21-00

HOOVER ASSOCIATES

DESIGN INC

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

FOUNDATION PLAN

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3035

SPEC. 12003036

NAVFAC DWG. NO. 6458089

SHEET 24 OF 45

S2

## FRAMING PLAN NOTES (STEEL WITH DECK AND CONCRETE FILL)

1. SEE GENERAL NOTES AND TYPICAL DETAILS ON SHEET S1.
2. ELEVATION TO TOP OF CONCRETE (T.O.C.) IS GIVEN WITH RESPECT TO NOMINAL FIRST FLOOR ELEVATION +[0'-0"] AND IS +[15'-0"] AT SECOND FLOOR.
3. TOPS OF STEEL BEAMS AND GIRDERS ARE FLUSH AND OCCUR IMMEDIATELY BELOW METAL DECK, UNLESS OTHERWISE NOTED. ELEVATIONS TO TOP OF STEEL (T.O.S.), WHERE GIVEN, ARE WITH RESPECT TO NOMINAL FIRST FLOOR ELEVATION +[0'-0"] AND SHOWN THUS: T.O.S. EL +[12'-0"].
4. SEE SHEET S9 FOR TYPICAL STEEL NOTES AND DETAILS.
5. STEEL DECK DIRECTION IS DENOTED THUS AND IS PERPENDICULAR TO SUPPORTING FRAMING MEMBERS. SEE TABLE 2/S9 FOR DECK PROPERTIES AND WELDING.
6. BEAMS SHALL BE EQUALLY SPACED IN BAYS U.O.N.
7. SEE DRAWINGS OTHER THAN STRUCTURAL FOR DEPRESSIONS, CURBS, MECHANICAL, ELECTRICAL, AND SHAFT OPENINGS, ETC.
8. MARKS (15) ETC DENOTE NUMBER OF SHEAR STUDS AT TOP FLANGE OF THE STEEL BEAM OR GIRDER. SEE NOTES AND DETAILS SHEET S9.
9. MARK ETC DENOTES MOMENT CONNECTION. SEE DETAILS 5/S10 & 9/S10
10. MARKS "DO" APPLY TO BEAM SIZES, ELEVATIONS AND CONNECTIONS.




1 SECOND FLOOR FRAMING PLAN 1/8"=1'-0"

N

NOTE

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3

SHALL BE INCLUDED IN THE DESIGN-BUILD TEAMS DESIGN, AND SHALL BE DESIGNED FOR A 100 PSF LIVE LOAD.

PRELIMINARY SUBMITTAL 11-21-00

HOOVER ASSOCIATES

DASSE DESIGN INC.

DEPARTMENT OF THE NAVY
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
SECOND FLOOR FRAMING PLAN

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO.

SPEC. 12003036

NAVFAC DWG. NO. 6458090

SHEET 25 OF 45

S3

FILE: V:\00b162x1\Struct\00B162S3.dwg 02/14/01 at 15:29