ROOF PLAN NOTES

1. SEE GENERAL NOTES ON SHEET S1
2. SEE SHEET S3 FOR FRAMING NOTES.
3 TOP OF STEEL IS (tCONC + tDECK) LESS THAN TOP OF CONCRETE, SEE 2/S9




1 ROOF FRAMING PLAN 1/8" = 1'-0"

NOTE

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1. AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
ROOF FRAMING PLAN

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3035

SPEC. 12003035

NAVFAC DWG. NO. 6458091

SHEET 26 OF 45

S4




2 NORTH ELEVATION
1/8"=1'-0"




1 WEST ELEVATION
1/8"=1'-0"

NOTE:

CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3

PRELIMINARY SUBMITTAL 11-21-00

DASSE DESIGN INC.

HOOVER ASSOCIATES

DATE 2/15/01

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
NORTH AND WEST ELEVATIONS

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

NAVFAC DWG. NO. 6458092

S5

FILE: V:\00b162x1\Struct\C3B16255.dwg02/14/01 at 15:48
XREF: V:\00b162x1\Struct\3B162x1.dwg




3 SOUTH ELEVATION

1/8"=1'-0"




4 EAST ELEVATION

1/8"=1'-0"

NOTE:

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND [illegible] BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
SOUTH AND EAST ELEVATIONS

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO.
SPEC. 12003036
NAVFAC DWG. NO. 6458093
SHEET 28 OF 45
S6




DRILLED PIER NOTES

1. SEE GENERAL NOTES AND SPECIFICATIONS
2. ALL PIERS SHALL BE DRILLED, CAST IN PLACE PIERS.
3. CONCRETE FOR DRILLED PIERS SHALL ATTAIN A MINIMUM ULTIMATE STRENGTH OF 3000 PSI AT 28 DAYS
4. SEE FOUNDATION PLAN FOR SIZE OF DRILLED PIERS AND EMBEDMENT LENGTH INTO UNDERLYING BEDROCK. EMBEDMENT LENGTH INTO UNDERLYING BEDROCK SHALL NOT BE LESS THAN 5'-0"
5. SEE CIVIL DRAWINGS FOR NOMINAL FIRST FLOOR ELEVATION.
6. PIER TIP EMBEDMENT HAVE BEEN ESTABLISHED ON THE BASIS OF BEDROCK STRENGTH FROM REPORT BY TREADWILL & ROLLO. SEE (FOUNDATION PLAN NOTE ON SHEET S2) AS DRILLING PROGRESSES, SUBSURFACE CONDITIONS MAY BE ENCOUNTERED WHICH WILL REQUIRE CHANGES IN THESE ELEVATIONS AND/OR PIERS. SUCH CHANGES SHALL BE MADE ONLY AS DIRECTED BY THE CONTRACTING OFFICER. AND SHALL BE ACCOUNTED FOR IN ACCORDANCE TO CONTRACT DOCUMENTS.
7. FOR EXCAVATION AND INSTALLATION OF DRILLED PIERS, SEE SPECIFICATIONS.
8. SPLICES FOR SPIRAL REINFORCEMENT SHALL BE LAPPED ONE TURN.
9. FOR SPLICES WHERE REQUIRED SEE 2/S5
10. ALL PIER HOLES SHALL BE TEMPORARILY CASED, WITH THE CASING REMOVED AS THE CONCRETE IS PLACED, PER THE SPECIFICATIONS. ANY PIER WITH THE CASING NOT REMOVED SHALL BE REJECTED AT THE CONTRACTORS EXPENSE

1 DRILLED PIER NOTES

| GRADE BEAM | W | D | TOP BARS | BOTTOM BARS | SIDE BARS | TIES |
|---|---|---|---|---|---|---|
| GB-1 | 18" | 24" | - | - | - | - |
| GB-2 | 24" | 24" | - | - | - | - |

NOTES:

1. FORM KEY AT TOP OF GRADE BEAM WITH SHAPED 2x6.
2. FOR DETAIL AT INTERSECTION OF GRADE BEAM AND PIER CAP SEE 6/-
3. WHERE GRADE BEAMS INTERSECT COMBINED FOOTINGS, EXTEND LONGITUDINAL REINF. THRU COMBINED FOOTING. SIM TO DETAIL 6/-
4. WHERE GRADE BEAMS TERMINATE AT INTERIOR GRADE BRACE EXTEND LONGITUDINAL GRADE BEAM REINF. 6'-0" MIN. INTO PERPENDICULAR GRADE BEAMS.
5. LOCATE CENTER LINE OF SPLICE OF LONGITUDINAL GRADE BEAM REINF. AT MIDDLE 1/3 SPAN OF BETWEEN COLUMNS. SEE 12/-
6. SET TOP OF GRADE BEAMS EQUIV. TO ELEV. AT TOP OF INTERSECTIONG PIER CAP

9 GRADE BEAM SCHEDULE

| COLUMN LOCATION | 1ST. LEVEL | 2ND. LEVEL |
|---|---|---|
| EXTERIOR COL. | 8 - # | 8 - # |

| PIER ø | "A" | "B" | "C" | "D" | LONG. REINF |
|---|---|---|---|---|---|
| 24" | 1'-9" | 5'-0" | 3'-6" | 3'-0" | |
| 30" | 2'-3" | 6'-3" | 4'-6" | 4'-0" | |

| MARK | PLAN DIMENSIONS B X D | THICKNESS T | REINFORCING (TOP & BOTTOM) |
|---|---|---|---|
| PC1 | 4'-6" X 4'-6" | 4'-0" | 5-#7 E.W. |
| PC2 | 4'-6" X 10'-9" | 4'-0" | 5-#7 LONG.<br>11-#7 TRANS. |

NOTES.

1. SEE COLUMN SCHEDULE ON SHEET S10 FOR BASE PLATE & ANCHOR BOLT DETAILS.

3 DRILLED PIER CAP SCHEDULE


5 TYPICAL CONC. BEAM SECTION AT ROOF LEVEL 3/4"=1'-0"
1 LINK AT ROOF SEISMIC SEPARATION 1"=1'-0"
2 LINK AT FLOOR SEISMIC SEPARATION 1"=1'-0"
AT GRADE BEAM
AT SLAB
3 (N) SLAB AND GRADE BEAM CONNECTION TO (E) FDN. 3/4"=1'-0"
4 LINK TO SECOND FLOOR & ROOF 1"=1'-0"
HOOVER ASSOCIATES
DASSE DESIGN INC.
DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
STRUCTURAL DETAILS
SIZE D
CODE IDENT. NO. 80091
NPS MONTEREY
NAVFAC DWG. NO. 6458095
S8




13 STEEL DECK SUPPORT AT COLUMN




NOTES:
1. SEE STEEL DECK NOTES AND DECK SCHEDULE FOR COMPLETE INFORMATION.

9 TYPICAL DECK WELDING DETAILS




NOTES:
1. SEE FRAMING PLANS AND SHEAR STUD NOTES THIS SHEET FOR STUD QUANTITIES. MAX. STUD SPACING IS AT 24"O.C.
2. SEE NOTE 17 OF STEEL DECKING AND SHEAR STUD NOTES THIS SHEET FOR ADDITIONAL SPACING INFO.

11 SHEAR STUD SPACING DIAGRAM




5 MEDIUM OPENING IN STEEL DECK




6 LARGE OPENING IN STEEL DECK




7 EDGE OF DECK PARALLEL TO BEAM

1. SEE GENERAL NOTES ON S1 FOR MATERIAL SPECIFICATIONS.
2. STRUCTURAL PROPERTIES OF STEEL DECK SYSTEM SHALL EQUAL OR EXCEED THE PROPERTIES LISTED IN DETAIL 2 ON THIS SHEET.
3. DECKING SHALL BE CONTINUOUS OVER 3 OR MORE SUPPORTS WHEREVER POSSIBLE. OTHERWISE PROVIDE SHORING AS REQUIRED PER MANUFACTURER'S RECOMMENDATIONS. SPLICES SHALL BE LOCATED OVER SUPPORTS.
4. DECK SHALL HAVE A MINIMUM OF 2" BEARING AT ALL SUPPORTING MEMBERS (MEMBERS PERPENDICULAR TO DECK SPAN), AND 1-1/2" AT ALL PARALLEL MEMBERS.
5. DECK WELDING SHALL BE AS NOTED IN DETAIL 2 ON THIS SHEET
6. PROVIDE BENT CLOSURE PIECES AT ALL INTERIOR AND EXTERIOR EDGES OF DECK U.O.N., SEE DETAILS D7 AND D8 ON THIS SHEET.
7. OPENINGS THROUGH DECKING SHOWN ON FRAMING PLANS ARE NOT COMPLETE AS TO NUMBER, SIZE AND LOCATION. FOR COMPLETE INFORMATION REFER TO DRAWINGS OTHER THAN STRUCTURAL.
8. USE STRENGTHENING AT OPENINGS AS SHOWN IN DETAILS 4,5 OR 6 ON THIS SHEET UNLESS OTHERWISE NOTED. PROVIDE STRENGTHENING BEFORE CUTTING OPENING.
9. DETAILS SHOWN ARE FOR TYPICAL REINFORCING OF DECKS AT OPENINGS. FOR SPECIAL CONDITIONS, SUBMIT LAYOUT OF OPENINGS AND PROPOSED REINFORCING OF DECK FOR REVIEW.
10. MULTIPLE OPENINGS WITH A CLEAR DISTANCE LESS THAN THREE TIMES THE SIZE OF THE LARGER OPENING TO BE TREATED AS A SINGLE GROUP OPENING.
11. IF OPENING IS CUT PRIOR TO FILL PLACEMENT, PROVIDE CLOSURE PIECES AND SHORING AS REQUIRED
12. FOR OPENINGS THROUGH DECK THAT CUT ONLY ONE WEB AND ARE 5" SQUARE OR 5" DIAMETER MAXIMUM, NO STRENGTHENING IS REQUIRED
13. SEE MECHANICAL / PLUMBING DRAWINGS FOR DETAILS OF UTILITIES SUSPENDED FROM THE CONCRETE AND STEEL DECK SYSTEM. POINT LOADS TO THE DECK FROM THESE DETAILS SHALL NOT EXCEED 100 POUNDS.
14. DO NOT PLACE CONDUITS OR OTHER PIPES IN CONCRETE FILL OVER DECK.
15. SHEAR STUDS WELDED THROUGH THE DECK, WITH A MINIMUM CLEARANCE OF 1" FROM THE EDGE OF THE DECK TO THE STUD CENTER LINE, MAY BE SUBSTITUTED ONE FOR ONE FOR A DECK WELD.
16. ALL WELDED STUDS SHALL BE 3/4" DIAMETER. STUD LENGTHS SHALL BE PER DETAIL 12 ON THIS SHEET
17. TYPICAL SHEAR STUD SPACING IS SHOWN IN DETAIL 11 ON THIS SHEET. WHERE ONE NUMBER OF STUDS DESIGNATION IS GIVEN, SPACE SHEAR STUDS EQUALLY ALONG BEAM AS SHOWN. WHERE MULTIPLE NUMBER OF STUDS DESIGNATIONS ARE GIVEN, ONE DESIGNATION IS PROVIDED FOR EACH BAY. SPACE SHEAR STUDS EQUALLY THROUGH BAY
18. ALL BEAMS AND GIRDERS WHICH ARE COVERED BY STEEL DECK AND CONCRETE FILL, SHALL HAVE SHEAR STUDS WITH A MAXIMUM SPACING OF 24" ON CENTER UNLESS OTHERWISE NOTED
19. SEE DETAIL 13 ON THIS SHEET FOR TYPICAL DECK SUPPORT AT COLUMNS
20. SEE DETAIL 16 ON THIS SHEET FOR TYPICAL CONSTRUCTION JOINT IN CONCRETE.
21. PROVIDE VENTED DECKING TYPICAL UNLESS OTHERWISE NOTED

1 STEEL DECKING & SHEAR STUD NOTES




| DECK TYPE & GAUGE | $t_{DECK}$ | $t_{CONC.}$ | STEEL DECK ONLY | | | WELD ATTACHMENT | | | TYP. SLAB REINF. |
|---|---|---|---|---|---|---|---|---|---|
| | | | $I(in^4)$ | $+S(in^3)$ | $-S(in^3)$ | AT SUPPORT MEMBERS | AT PARALLEL MEMBERS | AT SIDELAPS | |
| SD-1 | 3" | 30" | - | - | - | - | - | - | #3@18 O.C. E.W. |
| SD-2 | 2" | 30" | - | - | - | - | - | - | #3@18 O.C. E.W. |

2 STEEL DECK SCHEDULE




16 CONSTRUCTION JOINT AT CONCRETE FILL OVER STEEL DECK




NOTES:
1. SPLIT DECK LONGITUDINALLY WHERE REQ'D TO ENLARGE TROUGH
2. PROVIDE DOUBLE STUDS WHERE SINGLE STUD SPACING WOULD BE LESS THAN 40" O.C.

12 SHEAR STUD DETAIL




8 EDGE OF DECK PERPENDICULAR TO BEAM




3 SMALL OPENING IN STEEL DECK

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
METAL DECK DETAILS

HOOVER ASSOCIATES

DASSE DESIGN INC.

PRELIMINARY SUBMITTAL

SIZE D

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

NAVFAC DWG. NO. 6458096

S9




9 CANTILEVERED BEAM TO BEAM CONNECTION

| MEMBER SIZE | a | b |
|---|---|---|
| 21" | 9" | 9" |
| 18" | 70" | 70" |
| 16" | 60" | 60" |
| 14" OR LESS (6 STUDS) | 9" | - |




NOTES:
1. SEE 2 FOR DETAILS & DIMENSIONS NOT SHOWN
2. SLOT TS FOR KNIFE PLATES NOT SHOWN.

5 BEAM TO TS COLUMN CONNECTION

1. SEE GENERAL NOTES ON SHEET
2. UNLESS OTHERWISE NOTED:
   A. ALL PLATES ARE 3/8"
   B. ALL BOLTS ARE 7/8"ø A325SC U.O.N
   C. ALL BUTT OR GROOVE WELDS ARE COMPLETE PENETRATION WELDS.
3. EACH COMPLETE PENETRATION WELD SHALL BE INSPECTED BY TESTING, SEE SPECIFICATIONS.
4. WELDING DETAILS SHALL COMPLY WITH THE "CODE FOR ARC AND GAS WELDING IN BUILDING CONSTRUCTION" OF THE AMERICAN WELDING SOCIETY, LATEST ISSUE. FOR FURTHER WELDING REQUIREMENTS, SEE SPECIFICATIONS.
5. SCHEDULE WELDING AND BOLT TIGHTENING SEQUENCE TO MINIMIZE LOCKED UP STRESSES.
6. ERECTION CLIPS, BRACING, ETC. AS REQUIRED BY CONTRACTOR ARE NOT SHOWN
7. THE DETAILS ON THIS SHEET SHOW STRUCTURAL FEATURES ONLY. FOR DETAILS AND DIMENSIONS NOT SHOWN, REFER TO DRAWINGS OTHER THAN STRUCTURAL.

1 STRUCTURAL STEEL NOTES

NO SCALE




10 BEAM TO CONCRETE WALL CONNECTION

1"=1'-0"

| MARK | COLUMN |
|---|---|
| C1 | TS 8x8x! |
| C2 | TS 6x6x! |

6 COLUMN SCHEDULE

| DEPTH OR SIZE OF BEAM | NO. OF BOLTS (2) 0"ø A325SC U.O.N. | SHEAR PLATE | WELD (1) SIZE |
|---|---|---|---|
| 8",10",C8 | 2 | [illegible] | 1" |
| 12",14", C12, MC12 | 3 | [illegible] | 1" |
| 16" | 4 | [illegible] | 1" |
| 18" | 5 | [illegible] | 1" |
| 21" | 6 | [illegible] | 1" |
| 24" | 7 | 0" | [illegible] |
| 27" | 8 | 0" | 1" |
| 30" | 8 | 0" | 1" |
| 33" | 9 | 0" | 1" |
| 36" | 10 | 0" | 1" |
| 40" | 11 | 0" | 1" |

NOTES:
(1) USE COMPLETE PENETRATION WELDS AT ALL SKEWED CONNECTIONS WHERE AISC PRE-QUALIFIED FILLET WELDS ARE NOT POSSIBLE

2 BEAM CONNECTION SCHEDULE




13 ROOF SCREEN DETAIL




7 TS COLUMN BASE PLATE

1"=1'-0"




3 BEAM TO BEAM CONNECTION




14 ROOF SCREEN DETAIL

1"=1'-0"




8 OVERSIZED HOLE WITH WELD WASHER

N.T.S




4 BEAM TO SHALLOW BEAM CONNECTION

PRELIMINARY SUBMITTAL
HOOVER ASSOCIATES
DASSE DESIGN INC.
DATE 2/15/01
DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
STEEL DETAILS

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
N62474-00-C-3035
SPEC. 12003035
NAVFAC DWG. NO. 6458097
SHEET 32 OF 48
S10

FILE: V:\00b162x1\Struc\00B162S10.dwg 01/26/01 at 15:04
XREF: V:\00b162x1\Struc\00B162xT.dwg

## ABBREVIATIONS

| | |
|---|---|
| AD | ACCESS DOOR, AUTOMATIC DAMPER |
| AFF | ABOVE FINISHED FLOOR |
| AHU | AIR HANDLER UNIT |
| AP | ACCESS PANEL |
| APPROX | APPROXIMATE |
| ARCH | ARCHITECTURAL |
| BOD | BOTTOM OF DUCT |
| BOP | BOTTOM OF PIPE |
| BTU | BRITISH THERMAL UNIT |
| BTUH | BRITISH THERMAL UNIT/HOUR |
| CC | COOLING COIL |
| CFM | CUBIC FEET PER MINUTE |
| CH | CHILLER |
| CLG | CEILING |
| CLR | CLEAR |
| CONC | CONCRETE |
| CONN | CONNECTION |
| CV | CONSTANT VOLUME, CHECK VALVE |
| Cv | FLOW COEFFICIENT |
| DN | DOWN |
| DWG | DRAWING |
| E | EXHAUST FAN |
| EA | EACH |
| ECS | ENVIRONMENTAL CONTROL SYSTEM |
| EDB | ENTERING DRY BULB TEMPERATURE |
| ELEC | ELECTRICAL |
| EQPT | EQUIPMENT |
| EWB | ENTERING WET BULB |
| EWT | ENTERING WATER TEMPERATURE |
| EXH | EXHAUST |
| EXIST | EXISTING |
| F | FAHRENHEIT, FILTER |
| FIO | FURNISHED & INSTALLED BY OWNER |
| FLR | FLOOR |
| FOIC | FURNISHED BY OWNER & INSTALLED BY CONTRACTOR |
| FPM | FEET PER MINUTE |
| FSD | FIRE/SMOKE COMBINATION DAMPER |
| FT (') | FOOT OR FEET |
| GA | GAGE |
| GALV | GALVANIZED |
| GE | GENERAL EXHAUST |
| GPM | GALLONS PER MINUTE |
| GYP BD | GYPSUM BOARD |
| H, HT | HEIGHT |
| HD | HEAD (FEET OF WATER) |
| HP | HORSEPOWER |
| HVAC | HEATING, VENTILATING AND AIR CONDITIONING |
| ID | INSIDE DIAMETER |
| IN (") | INCH OR INCHES |
| LBS | POUNDS |
| LDB | LEAVING DRY BULB TEMPERATURE |
| LWB | LEAVING WET BULB TEMPERATURE |
| LWT | LEAVING WATER TEMPERATURE |
| MAX | MAXIMUM |
| MBH | 1000 BTUH |
| MECH | MECHANICAL |
| MFR | MANUFACTURER |
| MIN | MINIMUM |
| NC | NORMALLY CLOSED |
| NIC | NOT IN CONTRACT |
| NO | NORMALLY OPEN, NUMBER |
| NTS | NOT TO SCALE |
| OA | OUTSIDE AIR |
| OC | ON CENTER |
| OD | OUTSIDE DIAMETER |
| P | PUMP |
| PD | PRESSURE DROP |
| PLUMB | PLUMBING |
| POC | POINT OF CONNECTION |
| PSI | POUNDS PER SQUARE INCH |
| PSIG | POUNDS PER SQUARE INCH (GAUGE) |
| R | RADIUS; RISER |
| RHC | REHEAT COIL |
| RPM | REVOLUTIONS PER MINUTE |
| S | SUPPLY FAN |
| SA | SUPPLY AIR |
| SPEC | SPECIFICATIONS |
| SP | STATIC PRESSURE, |
| SSTL/SS | STAINLESS STEEL |
| STL | STEEL |
| TCP | TEMPERATURE CONTROL PANEL |
| TEMP | TEMPERATURE |
| THRU | THROUGH |
| TON | 12,000 BTUH OF COOLING |
| TYP | TYPICAL |
| UON | UNLESS OTHERWISE NOTED |
| VAV | VARIABLE AIR VOLUME |
| VD | VOLUME DAMPER |
| VERT | VERTICAL |
| WT | WEIGHT |
| W/ | WITH |
| W/O | WITHOUT |
| (E) | EXISTING |
| (F) | FUTURE |
| (N) | NEW |
| @ | AT |
| ℄ | CENTER LINE |
| # | NUMBER |
| & | AND |
| ø | DIAMETER, PHASE |
| 2W | 2 WAY |
| 3W | 3 WAY |
| °F | DEGREE FAHRENHEIT |

## PIPING LEGEND

| | |
|---|---|
| —CHWS— | CHILLED WATER SUPPLY |
| —CHWR— | CHILLED WATER RETURN |
| —HHWS— | HEATING HOT WATER SUPPLY |
| —HHWR— | HEATING HOT WATER RETURN |
| | PIPING CONNECTION TO EQUIPMENT |
| | ARROW INDICATES DIRECTION OF FLOW IN PIPE. LEADER INDICATES DOWNWARD SLOPE. |
| | PIPE INTO PLANE |
| | PIPE OUT OF PLANE |
| | PIPE DIRECTION CHANGE |
| | PIPE BRANCH – OUT OF PLANE |
| | PIPE BRANCH – IN TO PLANE |
| | PIPE BRANCH – IN PLANE |
| | CONCENTRIC/ECCENTRIC REDUCER/INCREASER |
| | BALANCING VALVE |
| | BALL VALVE |
| | BALL VALVE |
| | CHECK VALVE |
| | STRAINER WITH BLOW DOWN VALVE & HOSE BIBB |
| | TEST FITTING |
| | PIPE SENSOR WELL |
| | UNION |
| | PLUG, CAP OR BLIND FLANGE |
| Ⓥ | AIR VENT – MANUAL |
| | PUMP |
| | 3-WAY CONTROL VALVE |
| | 2-WAY CONTROL VALVE |

| | |
|---|---|
| 12x8 | RECTANGULAR DUCT WITH NET INSIDE DIMENSIONS SHOWN IN INCHES |
| 12x8 | DUCT WITH INTERNAL ACOUSTICAL INSULATION. DIMENSIONS SHOWN ARE NET INSIDE IN INCHES |
| | SUPPLY AIR DUCT – TURNING UP OR TOWARD |
| | SUPPLY AIR DUCT – TURNING DOWN OR AWAY |
| | EXHAUST AIR DUCT – TURNING UP OR TOWARD |
| | EXHAUST AIR DUCT – TURNING DOWN OR AWAY |
| | SUPPLY } RETURN } RECTANGULAR DUCT SECTION EXHAUST } |
| 12"ø | ROUND DUCT WITH NET INSIDE DIMENSION SHOWN IN INCHES |
| | ROUND AIR DUCT – TURNING UP OR TOWARD |
| | ROUND AIR DUCT – TURNING DOWN OR AWAY |
| | ROUND DUCT SECTION |
| UP / DN | INCLINED RISE / INCLINED DROP } WITH RESPECT TO AIR FLOW. 15° NOMINAL INCLINE WITH RADIUS TURNS = DEPTH OF DUCT. |
| W, R | R/W = 1. ROUND DUCT SIMILAR TO RECTANGULAR |
| | TURNING VANES – AIR FOIL TYPE. |
| | RECTANGULAR TO RECTANGULAR OR ROUND TO ROUND DUCT TRANSFORMATION. MAXIMUM 15° INCLUDED ANGLE EXCEPT WHERE SHOWN OTHERWISE. |
| 9x9, 9"ø | RECTANGULAR TO ROUND DUCT TRANSFORMATION |
| R+, 6 | BRANCH DUCT SPLIT WITH 6 INCH WIDTH AND MINIMUM R = WIDTH OF BRANCH DUCT DOWNSTREAM. ELBOW TURNING VANE OPTIONAL. |
| | CONICAL TAKE-OFF |
| | RECTANGULAR TAKE-OFF WITH TRANSITION TO ROUND. TAKE-OFF AREA MIN. 150% OF ROUND DUCT SIZE. |
| 1.50, 1.25D, 45°, D | TAP ENTRY AREA EQUALS 150% OF BRANCH AREA |
| | DUCT CHANGE IN PLANE. PLAN AND ELEVATION. USE 45° RADIUS ELBOW WHERE PRACTICAL. ROUND DUCT SIMILAR. |
| 18x8, 24x12, 10 ø, 150, 10 ø, D | DIFFUSER DROP. PLAN AND ELEVATION |
| VD, EQUAL, 24x12, 2x12, 200, 12x12 | DIFFUSER DROP. PLAN AND ELEVATION |
| | FLEXIBLE DUCT |
| VD | SINGLE BLADE OR MULTIBLADE VOLUME DAMPER |
| FSD | FIRE/SMOKE COMBINATION DAMPER IN DUCT ACCESS PANEL REQUIRED |
| AP, A.P. | ACCESS PANEL |
| AD | ACCESS DOOR IN DUCT OR PLENUM. |

## DUCT LEGEND

| | |
|---|---|
| | VAV OR CV TERMINAL W/ REHEAT COIL & COIL ACCESS PANEL (ACCESS DOOR NOT SHOWN ON PLANS) |
| | EXHAUST VAV TERMINAL W/O REHEAT COIL |
| 200 / 12x6x3 | CEILING SUPPLY DIFFUSER |
| -200 / 20x10 | CEILING EXHAUST REGISTER |
| 400 / 24x10 | SIDEWALL SUPPLY REGISTER |
| -200 / 24x10 | SIDEWALL EXHAUST REGISTER |
| 250 / 12"øx1 | CEILING SUPPLY DIFFUSER WITH FLEXIBLE DUCT |

} TOP FIGURE INDICATES CFM. BOTTOM FIGURES INDICATE NECK SIZE & DIRECTION & NUMBER OF THROWS ON SUPPLY DIFFUSER ARROW ON PLAN DESIGNATES DIRECTION OF THROW, OR 4-WAY THROW IF NOT SHOWN. DUCT SIZE IS FULL SIZE OF DIFFUSER/ REGISTER CONNECTION.

| | |
|---|---|
| Ⓣ | ROOM THERMOSTAT OR SENSOR |
| ① | SHEET NOTE TAG |
| 1 / M4.1 | DETAIL / DIAGRAM NO. REFERENCED SHEET NO. } DETAIL/DIAGRAM TAG |
| A / M4.1 | SECTION NO. REF. SHEET NO. } SECTION TAG |
| 1 / SA36 | FLOOR NO. TERMINAL TYPE (SA OR EA) NO. } TERMINAL TAG |
| | SOUND TRAP |

## MECHANICAL DRAWING INDEX

| | |
|---|---|
| M1 | LEGEND AND ABBREVIATIONS |
| M2 | FIRST FLOOR PLAN |
| M3 | SECOND FLOOR PLAN |
| M4 | DIAGRAMS |
| M5 | DIAGRAMS |

## GENERAL NOTES

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES B8 AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

| SYMBOL | DESCRIPTION | PREP'D BY | DATE | APPROVED |
|---|---|---|---|---|
| | REVISIONS | | | |

GAYNER ENGINEERS

HOOVER ASSOCIATES ARCHITECTS, PLANNERS PALO ALTO, CA

DSGN. NM DR. DB CHK. NM

SUBMITTED BY DATE 2/15/01

D.M. F.P. BR. HD. DR.

SATISFACTORY TO DATE

APPROVED DATE

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

LEGEND AND ABBREVIATIONS

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO.

SPEC. 12003035

NAVFAC DWG. NO. 6458098

SHEET 33 OF 45

M1


FIRST FLOOR PLAN – MECHANICAL
SCALE: 1/8" = 1' - 0"
2 EXISTING MECHANICAL YARD
SCALE: 1/8" = 1' - 0"
(E) BLDG. 245
EXIST. MECHANICAL YARD
EXISTING WATER SERVICE
EXIST. TRANSFORMER TO REMAIN
REMOVE EXIST. ABANDONED CONDENSER
REMOVE EXIST. CHW PIPING
RELOCATE EXIST. CHILLER
HHWS/R DN TO CONVECTOR ON 1ST FLOOR
HHWS/R UP TO CONVECTOR ON 2ND FLOOR
CONVECTOR HHWS/R REVERSE RETURN LOOP
BASEBOARD HHW CONVECTOR, TYP. AT PERIMETER
HHWS/R TO OTHER CONVECTORS ON 1ST & 2ND FLOOR
EXH. FAN
TCP
CONVECTOR & REHEAT HHW PUMP
INDOOR AC UNIT
HHWS/R TO OTHER VAV REHEAT COILS
HHWS/R REVERSE RETURN LOOP
(N) DOMESTIC HOT WATER DISTRIBUTION
1ST FLOOR CONVECTOR & REHEAT HHWR
RELOCATED RETAINING WALL. SEE ARCH. DWGS.
NEW CHILLER (SERVING BLDG. 245 EXTENSION)
EXIST SPRINKLER TEST ASSEMBLY
NEW SPRINKLER TEST ASSEMBLY
RELOCATED (E) CHILLER (SERVING EXIST. BLDG. 245)
CHW PUMP
24x18 UP
OUTDOOR AC UNIT
EXIST WATER SERVICE
REFR. PIPING COND. DRAIN, CONTROLS
2 1/2" CHWS/R RISERS
24x6 TE UP
HHWS/R UP
(N) 3" CHWS/R ON WALL
(N) 3" CHWS/R EXPOSED ABOVE GRADE.
CONNECT (N) 3" CHW TO (E) AT FIRST FLOOR CEILING.
(E) 3" CHW AT FIRST FLOOR CEILING.
(N) DOMESTIC HOT WATER SUPPLY AND RETURN TO BLDG. 245 MECHANICAL ROOM. CONNECT TO (E) DOMESTIC HOT WATER CIRCULATION SYSTEM.
(N) 2 1/2" HHWS/R TO BUILDING 245 MECHANICAL ROOM. CONNECT TO EXISTING HHW PUMP DISCHARGE AND HHW RETURN.
REMOVE (E) 3" CHW RISER IN STAIRWELL WALL.
(N) 3" CHWS/R ABOVE CEILING.
EXPANSION JOINT/LOOP AT BUILDING EXPANSION JOINT. TYP.
REMOVE (E) BELOW GRADE CHW.
INTERNAL DUCT LINER. TYP.
CABLE TRAY ABOVE CEILING. SEE ELECT. DWGS.
HOOVER ASSOCIATES ARCHITECTS PLANNERS
DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
FIRST FLOOR PLAN
2/15/01
SIZE D
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
NAVFAC DWG. NO. 6458099
SHEET 34 OF 45
M2


7 VAV
HHWS/R REVERSE RETURN LOOP
REHEAT HHWS/R (REVERSE RETURN)
REHEAT HHWS/R DN
24x18 DN
2 1/2" CHWS/R DN
24x6 TE DN
UP TO TE FAN ON ROOF (~1000 CFM)
TO OTHER VAV REHEAT COILS
48x18 UP
2 1/2"CHWS/R
2-1/2"CHWS/R UP
ON ROOF
48x18 UP
HHWS/R DN. TYP.
BASEBOARD HHW CONVECTOR. TYPICAL AT PERIMETER
CABLE TRAY ABOVE CEILING. SEE ELECT. DWGS.
SECOND FLOOR PLAN – MECHANICAL
SCALE: 1/8" = 1'-0"
SECOND FLOOR PLAN
SIZE D
CODE IDEN. NO. 80091
NAVFAC DWG. NO. 6458100
SHEET 35 OF 45
M3




1 HEATING, COOLING AND VENTILATING SYSTEM DIAGRAM
NOT TO SCALE

REHEAT COIL BALANCING VALVE SCHEDULE

| GPM | MAX. SIZE (3) |
|---|---|
| <2 | 1/2" |
| 2-5 | 3/4" |
| 5-10 | 1" |




NOTES:

1. 3-WAY VALVE AT CHILLED WATER COIL. PIPE CONNECTION TO 3-WAY VALVES ARE DIAGRAMMATIC. MAKE PIPE CONNECTIONS TO NORMALLY OPEN AND NORMALLY CLOSED PORTS AS REQUIRED BY THE PROVIDED 3-WAY VALVE.
2. VALVE SIZE AS SCHEDULED.
3. BASED ON SPECIFIED VALVE.
4. PROVIDE REDUCERS WHERE BALANCING VALVES ARE SMALLER THAN LINE SIZE.

2 PIPING AT COIL




4 HEATING HOT WATER SYSTEM DIAGRAM
NOT TO SCALE




3 CHILLED WATER SYSTEM DIAGRAM
NOT TO SCALE

HOOVER ASSOCIATES
DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
DIAGRAMS
DATE 2/15/01
SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY
CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
NAVFAC DWG. NO. 6458101
SHEET 36 OF 45
M4




2 AIR-HANDLING UNIT DETAIL
1/2"=1'-0"




1 CONVECTOR DETAIL
NOT TO SCALE

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

DETAILS

HOOVER ASSOCIATES

DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3036

NAVFAC DWG. NO. 6458102

SHEET 37 OF 45

M5

## ABBREVIATIONS

| | |
|---|---|
| A | AMPERE |
| ACB | AIR CIRCUIT BREAKER |
| AF | AMPERE FRAME (OR FUSE) |
| AFF | ABOVE FINISHED FLOOR |
| AS | AMPERE SWITCH |
| AT | AMPERE TRIP |
| AWG | AMERICAN WIRE GAGE |
| BKR | BREAKER |
| C | CONDUIT |
| CAT | CATALOG |
| CB | CIRCUIT BREAKER |
| CKT | CIRCUIT |
| CL | CENTER LINE |
| CLF | CURRENT LIMITING FUSES |
| CLG | CEILING |
| CO | CONDUIT ONLY |
| COL | COLUMN |
| CPT | CONTROL POWER TRANSF CENTER |
| CTR | CENTER |
| CW | COOL WHITE |
| DET | DETAIL |
| DPST | DOUBLE POLE SINGLE THROW |
| DWG | DRAWING |
| ECB | ENCLOSED CIRCUIT BREAKER |
| (E) | EXISTING |
| EM | EMERGENCY |
| EMERG | EMERGENCY |
| EO | ELECTRICALLY OPERATED |
| EPO | EMERGENCY POWER OFF |
| EXH | EXHAUST |
| EXIST | EXISTING |
| FA | FIRE ALARM |
| FACP | FIRE ALARM CONTROL PANEL |
| CATC | FIRE ALARM TERMINAL CABINET |
| FOM | FINISH |
| FLR | FLOOR |
| FLUOR | FLUORESCENT |
| FP | FIRE PUMP |
| G | GROUND |
| GF | GROUND FAULT INTERRUPTER |
| GN | GENERAL NOTE |
| GRD | GROUND |
| HID | HIGH INTENSITY DISCHARGE |
| HP | HORSEPOWER |
| HPS | HIGH PRESSURE SODIUM |
| HV | HIGH VOLTAGE |
| KV | KILOVOLT |
| KVA | KILOVOLT AMPERES |
| KW | KILOWATT |
| KWH | KILOWATT-HOUR |
| LT | LIGHT |
| MCC | MOTOR CONTROL CENTER |
| MCM | THOUSAND CIRCULAR MILS |
| MCP | MOTOR CIRCUIT PROTECTOR TYPE CIRCUIT BREAKER |
| MH | MANHOLE |
| MO | MANUALLY OPERATED |
| MTD | MOUNTED |
| MW | MICROWAVE |
| NA | NON-AUTOMATIC |
| NEC | NATIONAL ELECTRICAL CODE |
| NL | NIGHT LIGHT |
| NO | NUMBER |
| N.O. | NORMALLY OPEN |
| N.C. | NORMALLY CLOSED |
| NTS | NOT TO SCALE |
| P | POLE |
| PA | PUBLIC ADDRESS |
| PB | PULL BOX |
| PC | PHOTOELECTRIC CONTROL |
| PH or ø | PHASE |
| PF | POWER FACTOR |
| SFM | STATE FIRE MARSHAL |
| SHT | SHEET |
| SPDT | SINGLE POLE DOUBLE THROW |
| SPST | SINGLE POLE SINGLE THROW |
| SWBD | SWITCHBOARD |
| SW | SWITCH |
| TB | TRANSFORMER BANK |
| TCP | TEMPERATURE CONTROL PANEL |
| TEL | TELEPHONE |
| TRANSF | TRANSFORMER |
| TTB | TELEPHONE TERMINAL BOARD |
| TTC | TELEPHONE TERMINAL CABINET |
| TV | TELEVISION |
| TVC | TELEVISION CABINET |
| TYP | TYPICAL |
| UON | UNLESS OTHERWISE NOTED |
| UG | UNDER GROUND |
| V | VOLT |
| W | WATT OR WIRE |
| WP | WEATHERPROOF |
| WW | WARM WHITE |
| XFMR | TRANSFORMER |
| Z | IMPEDANCE |

## DRAWING INDEX


E1 Legend, Abbreviations, and Drawing Index
E2 Site Plan – Electrical
E3 First Floor Plan & Fixture Schedule – Lighting, Power & Communications
E4 Second Floor Plan – Lighting, Power & Communications
E5 Power One Line Diagram
E6 Fire Alarm and Telephone & Data Riser Diagrams


## GENERAL NOTES

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

## LEGEND (NOTE: SOME SYMBOLS ARE NOT USED ON THE DRAWINGS)

### EQUIPMENT

| | |
|---|---|
| MCC | MOTOR CONTROL CENTER, FLOOR MOUNTED ON 4" HIGH CONCRETE PAD. |
| | DISTRIBUTION PANELBOARD OR SWITCHBOARD, FLOOR MOUNTED ON 4" HIGH CONCRETE PAD, U.O.N. |
| | PANELBOARD, RECESS WALL MOUNT +6'-6" TO TOP. |
| | PANELBOARD, SURFACE WALL MOUNT +6'-6" TO TOP. |
| T | TRANSFORMER |
| M | MOTOR, COMPLETE WITH POWER, CONTROL AND GROUND CONNECTION. |
| G | ENGINE GENERATOR. |
| 30AS 15AF | FUSED DISCONNECT SWITCH, 3 POLE, HP RATED FOR MOTOR LOAD, VOLTAGE RATING AS REQUIRED BY LOAD. 30AS = 30A SWITCH 15AF = 15A FUSE |
| WP | FUSED DISCONNECT SWITCH IN NEMA 3R ENCLOSURE. |
| | NON-FUSED DISCONNECT SWITCH, 3 POLE, HP RATED FOR MOTOR LOAD, VOLTAGE RATING AS REQUIRED BY LOAD. |
| WP | NON-FUSED DISCONNECT SWITCH IN NEMA 3R ENCLOSURE. |
| ⊠1 | MOTOR STARTER IN NEMA 1 ENCLOSURE WITH H-O-A SWITCH, WALL MOUNTED +48" U.O.N. 1 = INDICATES STARTER NEMA SIZE, 3 POLE. |
| ⊠1 | COMBINATION MOTOR STARTER WITH FUSED DISCONNECT SWITCH IN NEMA 1 ENCLOSURE, WALL MOUNTED +48" U.O.N. 1 = INDICATES STARTER NEMA SIZE, 3 POLE. |
| VFD | VARIABLE FREQUENCY DRIVE. |
| SF 1 | MECHANICAL EQUIPMENT DESIGNATION, REFER TO MECHANICAL DRAWINGS FOR SCHEDULE. |
| E-EQ-24A1RDPA | DESCRIPTION OF EQUIPMENT NOMENCLATURE |
| E = | EMERGENCY POWER BRANCH. NO "E" MEANS NORMAL POWER BRANCH. |
| EQ = | EQUIPMENT (LAB. AND MECH.) BRANCH OF EMERGENCY POWER SYSTEM. OTHER DESIGNATIONS ARE: LS=LIFE SAFETY AND ELEVATOR BRANCH, VIV=VIVARIUM BRANCH. |
| 24A = | SERVES NORTH AREA OF BUILDING 24. 24B=SERVES SOUTH AREA BUILDING 24. |
| 1 = | FLOOR LOCATION; 1=1ST FLOOR, 2=2ND FLOOR, 3=3RD FLOOR, ETC. |
| R = | 120/208 VOLTS RECEPTACLE SUBPANEL. OTHER DESIGNATION IS L=277/480 LIGHTING SUBPANEL. |
| DP = | DISTRIBUTION PANEL. OTHER DESIGNATION IS MCC=MOTOR COTROL CENTER. |
| A = | DESIGNATES AS THE FIRST PANEL ON THE FLOOR SUBSEQUENT PANELS ARE B, C, D, ETC. |

### FIRE ALARM

| | |
|---|---|
| V | VISUAL FLASHING LIGHT, WALL MOUNTED +80" TO BOTTOM OF LIGHT. |
| F | MANUAL STATION, WALL MOUNTED +48" TO CENTERLINE OF DEVICE. |
| F | HORN WITH VISUAL FLASHING LIGHT, WALL MOUNTED +80" TO BOTTOM OF LIGHT. |
| FACP | CONTROL PANEL WITH BATTERIES AND CHARGER, WALL MOUNTED. |
| FARA | REMOTE ANNUNCIATOR PANEL, WALL MOUNTED. |
| SD | SMOKE DETECTOR, CEILING MOUNTED. |
| HD | HEAT DETECTOR, CEILING MOUNTED. |
| DD | DUCT MOUNTED SMOKE DETECTOR, INSTALLED BY MECHANICAL DIVISION 15, WIRED BY ELECTRICAL DIVISION 16. |
| MH | ELECTRICAL ELECTRO-MAGNETIC DOOR HOLDER, WALL MOUNTED +80" U.O.N. |
| FS | FIRE PROTECTION SPRINKLER SYSTEM FLOW SWITCH, INSTALLED BY MECHANICAL DIVISION 15, WIRED BY ELECTRICAL DIVISION 16. |
| TS | FIRE PROTECTION SPRINKLER SYSTEM TAMPER SWITCH INSTALLED BY MECHANICAL DIVISION 15, WIRED BY ELECTRICAL DIVISION 16. |

### DIAGRAMS

| | |
|---|---|
| | MEDIUM-VOLTAGE AIR INTERRUPTER FUSIBLE SWITCH. |
| | MEDIUM-VOLTAGE AIR CIRCUIT BREAKER. |
| | AUTOMATIC TRANSFER SWITCH WITH BYPASS AND ISOLATION SWITCHES. |
| | AUTOMATIC TRANSFER SWITCH WITH BY-PASS AND ISOLATION SWITCHES. |
| 400AF 150AT | LOW-VOLTAGE CIRCUIT BREAKER, 3 POLE U.O.N. 400 AMPERE FRAME 150 AMPERE TRIP |
| 1600AF 1600AT | LOW-VOLTAGE POWER CIRCUIT BREAKER, DRAWOUT TYPE, EO=ELECTRICALLY OPERATED 1600 AMPERE FRAME 1600 AMPERE TRIP |
| 2000/5 3 | CURRENT TRANSFORMERS, NUMBER AND RATIO AS SHOWN. |
| | MEDIUM-VOLTAGE CABLE TERMINATIONS. |
| A AS | AMMETER AND AMMETER SWITCH. |
| V VS | VOLTMETER AND VOLTMETER SWITCH. |
| | GROUND CONNECTION. |
| | POWER TRANSFORMER, KVA AS SHOWN △ = DELTA CONNECTION Y = WYE CONNECTION-GROUNDED |
| | CONTROL POWER TRANSFORMER. |
| | FUSE(S). |
| O H O A | HAND-OFF-AUTO SELECTOR SWITCH. |
| | NORMALLY OPEN MOMENTARY CONTACT PUSHBUTTON. |
| | NORMALLY CLOSED MOMENTARY CONTACT PUSHBUTTON. |
| | NORMALLY OPEN AUXILIARY CONTACT. |
| M | MOTOR STARTER COIL. |
| C | CONTACTOR MAGNETICALLY OR MECHANICALLY HELD, AS SHOWN. |
| C | CONTACTOR COIL. |
| R | RELAY COIL. |
| KWH | KILOWATT HOUR METER. |
| GF | GROUND FAULT EQUIPMENT. |
| K | KIRK KEY INTERLOCK. |
| SSDM | SOLID STATE METER EQUIPMENT. |

### SITE WORK

| | |
|---|---|
| H | PRECAST CONCRETE HANDHOLE, SIZE AS NOTED |
| E | CONCRETE PULLBOX, SIZE AS NOTED E = ELECTRICAL F = FIRE ALARM T = TELEPHONE |
| E | CONCRETE MANHOLE, SIZE AS NOTED E = ELECTRICAL F = FIRE ALARM T = TELEPHONE |
| | OUTDOOR LIGHT STANDARD WITH 2 LUMINAIRES, POLE MOUNTED ON CONCRETE BASE. |
| | OUTDOOR BOLLARD LIGHTING FIXTURE ON CONCRETE BASE. |
| | OUTDOOR UPLIGHT FIXTURE, FLUSH WITH FINISHED PAVEMENT OR GRADE. |

### MISCELLANEOUS

| | |
|---|---|
| 1 / E-1 | DETAIL DESIGNATION, DETAIL NO. 1 ON SHEET E-1. |
| 1 | SHEET NOTE NUMBER 1 |
| S | PAGING SYSTEM SPEAKER, CEILING MOUNTED. |
| S | PAGING SYSTEM SPEAKER, WALL MOUNTED +7'-2" U.O.N. |

### WIRING DEVICES

| | |
|---|---|
| G 2 | DUPLEX RECEPTACLE, 20A, 125V, 2P, 3WG, WALL MOUNTED +18" U.O.N. SUBSCRIPT INDICATES: WP = WEATHERPROOF TYPE G = WITH GROUND FAULT CIRCUIT INTERRUPTER +42" U.O.N. 2 = INDICATES CIRCUIT NUMBER IG = ISOLATED GROUND TYPE, ORANGE COLOR C = ABOVE COUNTER D = DEDICATED CIRCUIT |
| | DOUBLE DUPLEX RECEPTACLE, WALL MOUNTED +18" U.O.N. |
| E | DUPLEX RECEPTACLE ON EMERGENCY CIRCUIT, WALL MOUNTED +18" U.O.N. |
| | DUPLEX RECEPTACLE MOUNTED, 20A, 125V, 2P, 3WG, IN A FLUSH FLOOR BOX, GASKETED COVER |
| M | DUPLEX RECEPTACLE MOUNTED, 20A, 125V, 2P, 3WG, IN A FLOOR "MONUMENT" TYPE SERVICE FITTING. |
| A | SPECIAL PURPOSE RECEPTACLE, WALL MOUNTED +18" U.O.N. LETTER INDICATES TYPE AND RATING. |
| | SINGLE RECEPTACLE, TWIST-LOCK, 30A, 125V, 2P 3WG, NEMA L5-30R IN SURFACE METAL RACEWAY. |
| $S_a$ | SINGLE POLE SWITCH, WALL MOUNTED +48" U.O.N. a = CIRCUIT OR OUTLET CONTROLLED. |
| $S_3$ | 3-WAY SWITCH, WALL MOUNTED +48" U.O.N. |
| $S_D$ | DIMMER SWITCH, WALL MOUNTED +48" U.O.N. WATTAGE AS REQUIRED BY LOAD. |
| $S_L$ | LOW VOLTAGE SWITCH WITH PILOT LIGHT, WALL MOUNTED +48" U.O.N. |
| $S_P$ | SINGLE POLE SWITCH WITH PILOT LIGHT, WALL MOUNTED +48", U.O.N. |
| $S_K$ | KEY OPERATED SWITCH, WALL MOUNTED +48", U.O.N. |
| $S_T$ | MANUAL MOTOR STARTER, TOGGLE TYPE WITH OVERLOAD PROTECTION, MOUNT ADJACENT TO EQUIPMENT. |
| $S_M$ | MOTION SENSOR AND ON-OFF SWITCH IN ONE ENCLOSURE, WALL MOUNTED +48" U.O.N. |
| S | ELECTRONIC TIMER SWITCH, WALL MOUNTED +48" U.O.N. |
| PC | PHOTOELECTRIC CONTROL SWITCH, ROOF MOUNTED +12" FACING NORTH. |
| OC | OCCUPANCY SENSOR WITH RELAY SWITCH PACK (ADJACENT TO THE SENSOR), CEILING MOUNTED. |
| PS | PHOTOSENSOR, CEILING MOUNTED. |
| | EMERGENCY POWER OFF (EPO) SWITCH, WALL MOUNTED +48" U.O.N. |
| | CLOCK AND CLOCK OUTLET, WALL MOUNTED +6'-8" U.O.N. |

### TELEPHONE, DATA AND VIDEO

| | |
|---|---|
| | TELEPHONE AND DATA OUTLET, WITH QUAD JACKS (ONE TEL, TWO DATA, ONE SPARE) WALL MOUNTED, +18" U.O.N. |
| W | TELEPHONE AND DATA OUTLET, WITH QUAD JACKS (ONE TEL, TWO DATA, ONE SPARE) WALL MOUNTED, +54" U.O.N. |
| P | PAY TELEPHONE OUTLET, WITH ONE JACK WALL MOUNTED, +42" U.O.N. |
| | TELEPHONE AND DATA OUTLET, FLOOR MOUNTED IN A FLUSH BOX. |
| M | TELEPHONE AND DATA OUTLET, FLOOR MOUNTED IN A "MONUMENT" TYPE SERVICE FITTING, GASKETED COVER |
| | DATA OUTLET, WITH DUPLEX JACKS, WALL MOUNTED, +18" U.O.N. |
| | DATA OUTLET, FLOOR MOUNTED IN A FLUSH BOX, GASKETED COVER. PROVIDE PULL STRING, NO JACKS |
| | CABLE TRAY SYSTEM, SUPPORTED FROM TRAPEZE HANGERS AT 8'-0" ON CENTER, SIZE AS SHOWN. |
| | J-HOOKS AT 4'-0" ON CENTER, SUPPORTED BY HANGER RODS, SIZE AS SHOWN. |
| TTB | TELEPHONE TERMINAL BACKBOARD. |

### RACEWAYS

| | |
|---|---|
| A41-2,4,6 | INDIVIDUAL CONDUIT HOMERUN TO PANEL OR EQUIPMENT WITH DESTINATION AS SHOWN. SLASH MARKS INDICATE QUANTITY OF NEUTRAL (LONG MARK) AND PHASE (SHORT MARKS) WIRES PLUS A GROUND WIRE. MINIMUM TWO WIRES AND A GROUND WIRE IF NO MARKS. A41-2,4,6 = PANEL A41 DESTINATION, CIRCUIT #2, 4 & 6 |
| #10 A41-2,4,6 | SIMILAR TO ABOVE EXCEPT WIRE SIZE (#10) AS SHOWN. |
| | CONDUIT AND WIRING CONCEALED IN SUSPENDED CEILING OR WALLS. |
| | CONDUIT AND WIRING RUN IN SLAB ON GRADE. |
| | CONDUIT AND WIRING RUN UNDERGROUND OR UNDER SLAB ON GRADE. |
| | CONDUIT AND WIRING TURNING DOWN. |
| | CONDUIT AND WIRING TURNING UP. |
| | CONDUIT AND WIRING CONTINUATION. |
| | CAPPED CONDUIT. |
| | FLEXIBLE CONDUIT CONNECTION. |
| | CONNECTION TO EQUIPMENT. |
| E | CONDUIT AND WIRING E = EMERGENCY CIRCUIT F = FIRE ALARM G = GROUND GRID, 1#4/0 UON T = TELEPHONE AND DATA V = VIDEO |
| | JUNCTION BOX, WALL MOUNTED, HEIGHT AS REQUIRED. |
| | JUNCTION BOX, CEILING MOUNTED, SIZED PER CODE. |
| | JUNCTION BOX WITH FLEXIBLE CONDUIT CONNECTION, +12" U.O.N. |

### LIGHTING

| | |
|---|---|
| F1 2 a | FLUORESCENT FIXTURE, CEILING MOUNTED. |
| F2 2 a | FLUORESCENT FIXTURE, CEILING MOUNTED. |
| 2 a | FLUORESCENT FIXTURE ON EMERGENCY CIRCUIT, CEILING MOUNTED. |
| 2 a | FLUORESCENT FIXTURE, WALL MOUNTED +7'-6" U.O.N. |
| 2 a | FLUORESCENT FIXTURE WITH ONE LAMP ON EMERGENCY CIRCUIT AND REMAINING LAMP(S) ON NORMAL POWER. CEILING MOUNTED. |
| 2 a | CONTINUOUS LINEAR FLUORESCENT FIXTURES, CEILING OR PENDANT MOUNTED. |
| 2 a | FLUORESCENT STRIP FIXTURE, CEILING SURFACE OR PENDANT MOUNTED AS NOTED. |
| 2 a | COMPACT FLUORESCENT, INCANDESCENT OR HID FIXTURE, CEILING MOUNTED. |
| 2 a | FLUORESCENT, INCANDESCENT OR HID FIXTURE, WALL MOUNTED +7'-6" U.O.N. |
| 2 a | FLUORESCENT, INCANDESCENT OR HID WALL WASHER. |
| | LIGHTING TRACK WITH FIXTURE AS SHOWN, CEILING MOUNTED. |
| | FIXTURE ON EMERGENCY CIRCUIT, CEILING MOUNTED. |
| | EXIT SIGN, CEILING MOUNTED, SHADED AREA(S) INDICATE ILLUMINATED FACE(S). ARROW(S) AS SHOWN, U.O.N. |
| | EXIT SIGN, WALL MOUNTED +7'-6" OR 9" ABOVE DOOR HEAD, SHADED AREA(S) INDICATE ILLUMINATED FACE(S). ARROW(S) AS SHOWN, U.O.N. |
| | BATTERY OPERATED EMERGENCY LIGHT UNIT, WALL MOUNTED +7'-6", U.O.N. |
| | FLUORESCENT FIXTURE: a = INDICATES INSIDE LAMP(S) CONTROLLED BY SWITCH "a" b = INDICATES OUTER LAMP(S) CONTROLLED BY SWITCH "b" |

NOTES:
SUBSCRIPTS TO ABOVE LEGEND INDICATE:
F1 = FIXTURE TYPE F1 WITHIN ROOM
a = CONTROLLED BY SWITCH
2 = CIRCUIT NUMBER 2

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SYMBOL LIST, ABBREVIATIONS AND DRAWING INDEX

HOOVER ASSOCIATES
GAYNER ENGINEERS

DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
SPEC. 12003035
NAVFAC DWG. NO. 6458103
SHEET 38 OF 45
E1

File Name: P:\PROJECT\D178-Monterey NPS D-B\ELECT\E-1.DWG




1 SITE PLAN
SCALE: 1" = 30'-0"

GENERAL NOTES:

G1. REFER TO MECHANICAL DRAWINGS FOR NEW EQUIPMENT AND ELECTRIC WORK TO EQUIPMENT TO BE RELOCATED.

SYMBOL | DESCRIPTION | DATE | APPROVED — REVISIONS

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DSGN. HW DR. HW CHK. ASM
SUBMITTED BY DATE 2/15/01

DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SITE PLAN - ELECTRICAL

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
NAVFAC DWG. NO. 6458104
SHEET 39 OF 45
E2

## LIGHT FIXTURE SCHEDULE

| FIXTURE TYPE | DESCRIPTION | NUMBER & WATTAGE OF LAMPS | |
|---|---|---|---|
| F1 | 2'x2' RECESSED FLUORESCENT, 1 2/2 x 1 1/2 x 1"H POLYSTERENE PARABOLIC LOUVERS. | 2 – T8 32 WATTS | |
| F2 | SIMILAR TO TYPE F1 BUT WITH 1x1 x 3/4"H EGG CRATE POLYSTERENE PARABOLIC LOUVERS THAT ARE 45° SHAPE. (AWAY FROM WALLS) | 2 – T8 32 WATTS | |
| F3 | 4-FOOT FLUORESCENT STRIP WITH WIRE GUARDS | 2 – T8 32 WATTS | |
| F4 | 1 x 4 FLUORESCENT, REGRESSED DOOR FRAME, ACRYLIC PRISMATIC LENS | 2 – T8 32 WATTS | |
| F5 | WALL MOUNTED FLUORESCENT, DOWNLIGHT ONLY | 2 – F32 T8 | |
| F6 | COMPACT FLUORESCENT DOWNLIGHT | 2 – 18W | |
| F7 | 2 x 2 SURFACE FLUORESCENT FIXTURE WITH RECRESSED PRISMATIC LENS | 2 – F32 T8 | |
| F8 | 4-FT, 2-LAMP, FLUORESCENT STRIP WITH SYMMETRIC REFLECTORS AND WIRE GUARD, PENDANT MOUNT ABOVE METAL GRID CEILING | 2 – F32 T8 | |
| H1 | 42" HIGH BOLLARD LIGHT, CONTROLLED BY PHOTOCELL. | 1 – 100W METAL HALIDE | |
| H2 | 12-FOOT POLE WITH ONE 175-WATT METAL HALIDE FIXTURE WITH PHOTOCELL. | 1–175W METAL HALIDE | |
| H3 | WALL MOUNTED 1 – 100W METAL HALIDE FIXTURE | 1 – 100W METAL HALIDE | |




NOTES: 1. EACH DATA OUTLET HAS 1"C RUN TO TEL ROOM.
2. REFER TO DWG 1D' FOR EXACT LOCATION OF FLOOR OUTLETS.

2 PART PLAN
SCALE: 1/8" = 1' - 0"

## SHEET NOTES:

1. FOR VIDEO CONFERENCING CAMERA WITH 1"C TO CEILING SPACE.
2. FOR CEILING PROJECTOR.
3. FLOOR MOUNTED FOR TEACHER DESK OR LECTERN (VIDEO CONFERENCING). RUN 1"C TO WALL JUNCTION BOX WITH NOTE (1).
4. TWO-LEVEL MOTION SENSOR WITH ON-OFF SWITCH. TYPICAL IN PERIMETER ROOMS.
5. 12 x 3 x 1/4" THICK COPPER WITH 1 #2G – 3/4"C TO MAIN PANEL MP.

## GENERAL NOTES:

G1. REFER TO MECHANICAL DWGS FOR MECHANICAL EQUIPMENT.
G2. PROVIDE LED STYLE EXIT SIGNS AND EGRESS LIGHTS PER CODE.
G3. RUN HOMERUN CONDUITS FOR FIRST FLOOR MOUNTED TELEPHONE AND DATA OUTLETS UNDER THE FLOOR.
G4. WITH GASKETED AND SPRING LOADED COVER PLATE.
G5. FOR FUTURE DATA WIRING, RUN 1" C.O. FROM EACH DATA OUTLET TO CABLE TRAY. PROVIDE PULL STRING TO THE CABLE TRAY.
G6. DUPLEX DATA JACKS IN THE ALUMINUM SURFACE RACEWAY PROVIDED AT 48" O.C.
G7. FIRE ALARM ANNUNCIATOR PANEL LOCATION SUBJECT TO CONTRACTING OFFICERS APPROVAL.
G8. NOT ALL LOCATIONS OF THE FIRE ALARM AUDIOVISUAL AND VISUAL NOTIFICATION APPLIANCES ARE SHOWN. LOCATE THROUGHOUT NEW CONSTRUCTION PER NFPA 72 REQUIREMENTS.




1 FIRST FLOOR PLAN
SCALE: 1/8" = 1' - 0"

DEPARTMENT OF THE NAVY — NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

FIRST FLOOR PLAN & FIXTURE SCHED. - LIGHTING, POWER & COMMUNICATIONS

HOOVER ASSOCIATES, ARCHITECTS, PLANNERS
DSGN. HW DR. HW CHK. ABM
DATE 2/15/01

SIZE D
IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
NAVFAC DWG. NO. 6458105
SHEET 40 OF 45
E3

SHEET NOTES.

1. FOR VIDEO CONFERENCING CAMERA WITH 1"C TO CEILING SPACE.
2. FOR CEILING PROJECTOR.
3. FLOOR MOUNTED FOR TEACHER DESK OR LECTERN (VIDEO CONFERENCING). RUN 1"C TO WALL JUNCTION BOX WITH NOTE (1).
4. TWO LEVEL MOTION SENSOR WITH ON-OFF SWITCH. TYPICAL IN PERIMETER ROOMS.
5. TEL-DATA FEEDER CONDUITS.

G5. FOR FUTURE DATA WIRING. RUN 1" C.O. FROM EACH DATA OUTLET TO CABLE TRAY. PROVIDE PULL STRING TO THE CABLE TRAY.

G6. DUPLEX DATA JACKS IN THE ALUMINUM SURFACE RACEWAY PROVIDED AT 48" O.C.

GENERAL NOTES:

G1. REFER TO MECHANICAL DWGS FOR MECHANICAL EQUIPMENT.

G2. PROVIDE LED STYLE EXIT SIGNS AND EGRESS LIGHTS PER CODE.

G3. RUN HOMERUN CONDUITS FOR FIRST FLOOR MOUNTED TELEPHONE AND DATA OUTLETS UNDER THE FLOOR.

G4. WITH GASKETED AND SPRING LOADED COVER PLATE.

G5. NOT ALL LOCATIONS OF FIRE ALARM AUDIOVISUAL AND VISUAL NOTIFICATION APPLIANCES ARE SHOWN. LOCATE THROUGHOUT NEW CONSTRUCTION PER NFPA 72 REQUIREMENTS.




NOTES: 1. EACH DATA OUTLET HAS 1"C RUN TO TEL ROOM.

2. REFER TO DWG 1D2 FOR EXACT LOCATION OF FLOOR OUTLETS.

2 PART PLAN

SCALE: 1/8" = 1'-0"




1 SECOND FLOOR PLAN

SCALE: 1/8" = 1'-0"

HOOVER ASSOCIATES

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SECOND FLOOR PLAN - LIGHTING, POWER & COMMUNICATIONS

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDENT. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR CONTR. NO. N62474-00-C-3035

NAVFAC DWG. NO. 6458106

SHEET 41 OF 45

E4

SHEET NOTES:

1. 120/208V, 3ø, 4W SUBPANEL. WITH TRANSIENT VOLTAGE SUPPRESSORS
2. 277/480V, 3ø, 4W SUBPANEL.
3. NEW CKT BRKR IN EXISTING SPACE CUBICLE.
4. SOLID STATE METER. (A, KW, KVA, KW-HR, PF).
5. 300A FEEDER (4 #350 KcMIL, 1 #4G - 3"C) AND ONE 3" SPARE CONDUIT.
6. UFER GROUND IN ACCORDANCE WITH NEC ARTICLE 250.
7. GROUND TO OUTDOOR GROUND ROD. LOCATE ROD OUTSIDE ELECTRICAL ROOM.
8. GROUND TO MAIN WATER SERVICE. SEE MECH DWGS FOR WATER PIPE LOCATION.




POWER ONE LINE DIAGRAM
NO SCALE

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245
POWER ONE LINE DIAGRAM

HOOVER ASSOCIATES
ARCHITECTS, PLANNERS

DATE 2/15/01

SIZE D

CODE IDEN. NO. 80091
PROJ. LOCATION NPS MONTEREY
CONSTR. CONTR. NO. N62474-00-C-3035
NAVFAC DWG. NO. 6458107
SHEET 42 OF 45
E5

SHEET NOTES:

1. CONDUIT UP TO CABLE TRAY.
2. TEL-DATA OUTLETS IN THE CORE AREAS, I.E. CONF ROOMS, CLASSROOMS.
3. TEL-DATA OUTLETS IN THE PERIMETER AREAS, I.E. OFFICES.
4. CONDUIT RUN UNDER THE FLOOR.
5. CONDUIT DOWN TO CABLE TRAY.




NOTE: REFER TO FLOOR PLANS FOR DEVICE LOCATIONS.

FIRE ALARM RISER DIAGRAM
NOT TO SCALE




NOTE: REFER TO FLOOR PLANS FOR OUTLET.

TELEPHONE AND DATA RISER DIAGRAM
NOT TO SCALE

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

FIRE ALARM, TELEPHONE AND DATA RISER DIAGRAMS

HOOVER ASSOCIATES

DATE 2/15/01

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO. N62474-00-C-3035

NAVFAC DWG. NO. 6458108

SHEET 43 OF 45

E6




1 FIRST FLOOR PLAN – FIRE SPRINKLERS

SCALE 1/8" = 1'-0"

## SHEET NOTES

1. (E) ABOVE GROUND FIRE WATER SUPPLY AND BACKFLOW PREVENTION ASSEMBLY TO REMAIN.
2. (E) SPRINKLER RISER AND TEST DRAIN ASSEMBLY TO REMAIN.
3. CONNECT NEW 4"F TO EXISTING.
4. NEW SPRINKLER RISER AND TEST DRAIN ASSEMBLY EXPOSED.
5. PROVIDE THRUST BLOCKS AT ALL FITTING PER NFPA 24. SIZE FOR LOCAL SOIL CONDITIONS.
6. PIPING UNDERGROUND.
7. AREA SPRINKLERED FROM ABOVE.
8. PIPING IN CEILING SPACE ABOVE.
9. TYPICAL SPRINKLER SUPPLY BRANCH.
10. SPRINKLER SUPPLY UP TO 2ND FLOOR.
11. FIRE DEPARTMENT CONNECTION. LOCATION IS SUBJECT TO CONTRACTING OFFICER'S APPROVAL.
12. ELECTRIC ALARM BELL.

## GENERAL NOTES

DESIGN-BUILD TEAM SHALL MODIFY THEIR DRAWINGS AND CALCULATIONS TO REFLECT THE DELETION OF A BAY BETWEEN GRID LINES BB AND CC. THIS DELETION IS REFLECTED ON THE ARCHITECTURAL SITE PLAN, DRAWING A1, AND ON THE ARCHITECTURAL FLOOR PLANS, DRAWINGS A2 AND A3.

## LEGEND

| | |
|---|---|
| —— F —— F | FIRE MAIN |
| - - - SP —— SP | SPRINKLER PIPING |
| ● | SPRINKLER HEAD |
| –⊰ | FIRE DEPARTMENT CONNECTION |
| (9) | SHEET NOTE |
| DN | DOWN |
| (E) | EXISTING |
| TYP | TYPICAL |
| UG | UNDERGROUND |

## FIRE SPRINKLER DRAWING INDEX

F1 FIRST FLOOR PLAN – FIRE SPRINKLERS

F2 SECOND FLOOR PLAN – FIRE SPRINKLERS

## FIRE PROTECTION NOTES

1. FLOOR SHALL BE FULLY AUTOMATIC FIRE SPRINKLERED IN ACCORDANCE WITH NFPA 13 PER REQUIREMENTS OF MIL-HDBK-1008.
2. ALL PIPING SHALL BE HYDRAULICALLY SIZED.
3. SPRINKLER DENSITY SHALL BE IN ACCORDANCE WITH NFPA 13 OCCUPANCIES.
4. ALL PIPING PENETRATIONS THROUGH FIRE RATED BARRIERS SHALL BE FIRE STOPPED WITH UL LISTED ASSEMBLIES.

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

FIRST FLOOR PLAN - FIRE SPRINKLERS

HOOVER ASSOCIATES

DATE 2/15/01

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

SPEC. 12003035

NAVFAC DWG. NO. 6458109

SHEET 44 OF 45

FP1

SHEET NOTES

1. SPRINKLER SUPPLY UP FROM BELOW.
2. PIPING IN CEILING SPACE ABOVE.
3. TYPICAL SPRINKLER SUPPLY BRANCH.




1 SECOND FLOOR PLAN – FIRE SPRINKLERS

SCALE: 1/8" = 1'-0"

FIRE PROTECTION NOTES

1. FLOOR SHALL BE FULLY AUTOMATIC FIRE SPRINKLERED IN ACCORDANCE WITH NFPA 13 PER REQUIREMENTS OF MIL-HDBK-1008.
2. ALL PIPING SHALL BE HYDRAULICALLY SIZED.
3. SPRINKLER DENSITY SHALL BE IN ACCORDANCE WITH NFPA
4. ALL PIPING PENETRATIONS THROUGH FIRE RATED BARRIERS SHALL BE FIRE STOPPED WITH UL LISTED ASSEMBLIES.

SYMBOL | DESCRIPTION | REVISIONS | PREP'D BY | DATE | APPROVED

HOOVER ASSOCIATES

DATE 2/15/01

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING BUILDING
NAVAL POSTGRADUATE SCHOOL
EXPANSION OF BUILDING 245

SECOND FLOOR PLAN - FIRE SPRINKLERS

SIZE D

IF SHEET IS LESS THAN 22" X 34" IT IS A REDUCED PRINT - SCALE REDUCED ACCORDINGLY

CODE IDEN. NO. 80091

PROJ. LOCATION NPS MONTEREY

CONSTR. CONTR. NO.

SPEC. 12003335

NAVFAC DWG. NO. 6458110

SHEET 45 OF 45

FP2




OFFICE
SUPPLY
MEN
HALLWAY
CONF/
STUDY
OFFICE/
SUPPLY
STORAGE
LINK
LOBBY
STAIR
ELEVATOR
CLASSROOM
ELEV.
EQUIP.
TELECOM
MECH
ELECT
LOUNGE

Latest FTP Site Update: 08/30/01



Latest FTP Site Update: 08/30/01

