DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315.ksc
7 FEB 02

RECEIVED
FEB 13 2002
WEST COAST CONTRACTORS
RENO OFFICE

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: PCO #08; Contract No. N62474-00-C-3035; Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Gentlemen:

The Government proposes the following changes in accordance with the contract clause FAR 52.243-4, "Changes (AUG 1987)".

PCO 8 - "NAVFAC Drawing 6460372, Sheet C3, UTILITY SITE PLAN and response to RFI #0045:

"Delete a new section of the 12" Storm Drainage line between the existing catch basin and the new catch basin CB#3 on the East side of the Building 245 Extension and leave in-place the existing 12" Storm Drainage line along Column Line-A of existing Building 245."

b. NAVFAC Drawing 6460461, SheetE3.1, FIRST FLOOR POWER & SIGNAL PLAN:

"First Floor Power & Signal Plan and First Floor Partial Power Plan: For Rooms 102, 104, 116, 118, 120 and 131, delete all of the floor mounted Data Outlets and the associated conduits to TTS in TeleCom Room 129, and Power outlets and the associated conduits and wiring to the associated power panel."

c. Civil and Landscape: Revise the Civil and Landscape Design and Construction to incorporate the following:

"NPS revised security concerns requires that the provisions for vehicle parking in the project be revised to eliminate vehicle parking within eighty feet of the building.

Proposed revisions to the parking area on the westerly side of the new building extension are indicated on the attached sketch.

Key points of this revision are:

Extend the existing 24' traffic lane of the existing Building 245 parking area to a point 30' westerly of the new building extension NW corner. Provide a vertical curb along the easterly side of the extended traffic lane from the building entry sidewalk to the north. The area between the vertical curb and the five-foot sidewalk to the east is to be a planter area with ground cover and irrigation used in similar areas of the design (Aarron's Beard and Bluebell creeper).

Subj: PCO #08; Contract No. N62474-00-C-3035; Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Existing parking stalls to the south of the building entry sidewalk are to be painted over and "NO PARKING" signage provided, painted on the existing pavement, with the easterly side of the extended traffic lane marked by a 4 inch yellow paint stripe.

The proposed planter area on the westerly side of the extended traffic lane is to be modified to accommodate the 24' traffic lane with no parking stalls extending into the 80' building setback distance. The three handicap parking stalls, previously shown directly west of the new building, are to be relocated to the west side of the planter area as shown.

The westerly side of the existing parking lot along Sloat Avenue is to remain as is except as is required to provide for the proposed 29' gate entry modifications previously designed. Existing parking stalls near the Sloat Avenue gate, and within the 80' building setback distance, shall be painted over with the area delineated by a 4 inch yellow line painted on the pavement."

If you feel additional contract time will be required to accomplish the changed work, your proposal should contain a substantiated time extension request.

Please send your proposal to this office at the earliest possible date but no later than 15 February 2002 to allow for review prior to negotiations. After receipt of your proposal you will be contacted by the Contract Specialist, Kim Cantrell, telephone (831) 656-3602 to establish the specific time for negotiations.

Sincerely,

Kathryn D. Norgaard
Contracting Officer


GAS METER AND CHECK VALVE
GAS METER AND CHECK VALVE
POTENTIAL HAZARDOUS MATERIAL
SEE NOTE 3
TBM
30" PINE
SILT FENCE, TYP.
PROPOSED BUILDING
FF 47.0
24" OAK
20" OAK
A.C. UNIT
CHILLED WATER
ELECT TRANS.
PROVIDE INLET PROTECTION, TYP.
4" YELLOW PAINT STRIPING
PAINT OUT EXIST. STALLS
6" VERTICAL CURB
PLANTER AREA
24'
30'
80'
4" SOLID YELLOW STRIPE
PAINT OUT EXIST. PARKING STALLS
PARKING SETBACK LINE
6" CYP
SCALE IN FEET: 1" = 20'
0
20
40
60