DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315.ksc
14 MAY 02

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: PCO #13, FIRE ALARM CHANGES; Contract No. N62474-00-C-3035; Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Gentlemen:

The Government proposes the following changes in accordance with the contract clause FAR 52.243-4, "Changes (AUG 1987)".

PCO 13 - "See attached scope of work dated 13 May 2002."

If you feel additional contract time will be required to accomplish the changed work, your proposal should contain a substantiated time extension request.

Please send your proposal to this office at the earliest possible date but no later than 21 May 2002 to allow for review prior to negotiations. After receipt of your proposal you will be contacted by the Contract Specialist, Kim Cantrell, telephone (831) 656-3602 to establish the specific time for negotiations.

Sincerely,

Kathryn D. Norgaard
Contracting Officer

FY 2001 MCON PROJECT P-189

EXTEND EXISTING INTERIOR FIRE ALARM SYSTEM
MECHANICAL ENGINEERING BLDG 245

AT THE

NAVAL POSTGRADUATE SCHOOL
MONTEREY, CALIFORNIA
13 MAY 02

# EXTEND EXISTING INTERIOR FIRE ALARM SYSTEM
# NPS, MONTEREY, CA

## SUMMARY OF WORK

**1 GENERAL**

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only. The sponsoring organizations of the publications are listed in Section 01420, "References."

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

(1994) Rigid Steel Conduit - Zinc Coated

(1994) Electrical Metallic Tubing - Zinc Coated

(1999) ANSI A17.1 - Safety Code for Elevators and Escalators

FACTORY MUTUAL ENGINEERING AND RESEARCH CORPORATION (FM)

(1999) Approval Guide

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC. (IEEE)

(1991) Surge Voltages in Low-Voltage AC Power Circuits

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA Standard 70(1999) - National Electrical Code

NFPA Standard 72(1999) - National Fire Alarm Code

NFPA Standard 101 (2000) - Life Safety Code

UNDERWRITERS LABORATORIES INC. (UL)

(2002) Fire Protection Equipment Directory

(1996; R 1998) Surface Metal Raceways and Fittings

(1997) Rigid Metal Conduit

(1993; Bul. 1994, R 1996) Grounding and Bonding Equipment

(2002) Safety Protectors for Data Communications and Fire Alarm Circuits

(1996; R 1998) Metallic Outlet Boxes

(1997; R 1998) Fittings for Conduit and Outlet Boxes

(1993; R 1997) Electrical Metallic Tubing

(1996; R 1998) Intermediate Metal Conduit

(1996; R 1998) Transient Voltage Surge Suppressors

(1995; R 1997) Safety Signaling Devices for the Hearing Impaired

1.2 RELATED REQUIREMENTS

This RFP specification completely replaces Section 13855.

Section 16050, "Basic Electrical Materials and Methods" applies to this section with additions and modifications specified herein.

1.3 DESCRIPTION OF WORK

The work includes extension of a Radionics interior fire alarm system. Radionics system is to be installed in Bldg. 245 prior to this work. Coordinate extension work with original installation. These two projects are to be performed by the same subcontractor working under different contracts. The work for this extension project includes material, tools, equipment, installation, and testing necessary for and incidental to the provision of a complete and usable standard system conforming to the applicable requirements of NFPA 70, NFPA 72, NFPA 101 and this specification. When a specification requirement exceeds a requirement of these NFPA documents, the specification requirement shall govern. In referenced NFPA publications, the advisory provisions shall be mandatory, as though the word "shall" had been substituted for "should" wherever it appears. Intent of this work is to provide additional devices to extend the existing fire alarm system into the new building extension being constructed under this contract. The system extension shall include wiring, raceways, pull boxes, terminal cabinets, outlet and mounting boxes, control equipment, alarm, and other accessories and miscellaneous items required for a complete operating system even though each item is not specifically mentioned or described. Provide system complete and ready for operation. The system layout on the drawings shows the intent of coverage and suggested locations. Final quantity, layout, and coordination are the responsibility of the Contractor. At least one terminal cabinet shall be provided for the new building extension.

1.4 SYSTEM DESCRIPTION

1.4.1 Design Requirements

1.4.1.1 Power Calculations

Submit design calculations for new work specified herein to substantiate that the existing battery capacity for the expanded system exceeds supervisory and alarm power requirements and that permitted voltage drop limits are not exceeded in signaling line or notification appliance circuits. Show comparison of the detector power requirements per zone versus the control panel power output per zone in both the standby and alarm modes. Show comparison of the notification appliance circuit alarm power requirements with the rated circuit power output. Replace or supplement battery capacity as necessary.

1.5 SUBMITTALS

Submit the following for review in accordance with Section 01331, "Submittal Requirements after Award." Provide six complete sets of submittals. Partial submittals will not be acceptable and will be returned without review. EFA West Fire Protection Engineer (FPE), NPS Fire Department Inspector and NPS Fire Alarm Electrician will review for approval all submittals required by this section.

SD-03 Product Data

Terminal cabinets/assemblies; G

Manual fire alarm box; G

Magnetic door holder; G

Notification appliance devices; G

Flow switch; G

10" water bell; G

Smoke detector; G

Duct smoke detector; G

Data which describe more than one type of item shall be clearly marked to indicate which type the Contractor intends to provide. Submit one original for each item and clear, legible, first-generation photocopies for the remainder of the specified copies. Incomplete or illegible photocopies will not be accepted. Partial submittals will not be accepted.

SD-05 Design Data

Power calculations; G
Fire Alarm System Working Plans; G

SD-06 Test Reports

Preliminary testing; G

Final acceptance testing; G

Submit for all inspections and tests specified under paragraph entitled "Field Quality Control."

SD-07 Certificates

Qualifications of installer; G

Include the installer's training history for employees involved with this contract.

SD-10 Operation and Maintenance Data

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data

SD-11 Closeout Submittals

Prepare and submit to Contracting Officer six sets of detailed as-built drawings

1.6 QUALITY ASSURANCE

1.6.1 Qualifications of Installer

Installer shall have an office with fire alarm system servicing capability, that has been in existence at least three years, within a 140 mile radius of the job site. Prior to installation, submit data for approval by Contracting Officer, Naval Facilities Engineering Command, Fire Protection Engineering Section, showing that the Contractor has successfully installed interior fire alarm systems of the same type and design as specified herein, or that there is a firm contractual agreement with a subcontractor having such required experience. Include the names and locations of at least two installations where the Contractor, or the subcontractor referred to above, has installed such systems. Indicate the type and design of each system and certify that each system has performed satisfactorily in the manner intended for a period of not less than 18 months. In lieu of the above requirements, the Contractor responsible for the installation of the fire alarm system shall be UL listed under their certification program and have a current UL certificate on file.

1.6.2 Manufacturer's Representative

Furnish the services of a qualified fire alarm system manufacturer's representative or technician, experienced in the installation and operation of the type of system being provided, to supervise the testing, including formal testing, adjustment of the system, and instruction to Government personnel. The Contractor or installer shall have satisfactorily installed fire alarm systems of the same type and design as

specified herein and shall use technicians certified for the installation and testing of the model of fire alarm system installed.

1.7 MAINTENANCE

1.7.1 Spare Parts

Furnish the following spare parts:

a. 1 of each type of audible and visual alarm device installed
b. 2 of each type of fuse required by the system
c. 2 of each type of manual pull station
d. 2 of each type of detector

1.7.2 Manuals

Submit operation and maintenance data in accordance with Section 01781, "Operation and Maintenance Data." Inscribe the following identification on the cover: the words OPERATION AND MAINTENANCE MANUAL, the location of the building, the name of the Contractor, system manufacturer and the contract number. The instructions shall be legible and easily read, with large sheets of drawings folded in. The manual shall include: circuit drawings; wiring and control diagrams with data to explain detailed operation and control of each item of equipment; a control sequence describing start-up, operation and shutdown instructions; installation instructions; maintenance instructions; safety precautions, diagrams, and illustrations; test procedures; performance data; and parts list.

1.7.3 Manufacture's Catalog Data

Submittals for each manufactured item shall be current manufacture's descriptive literature of cataloged products, equipment drawings, diagrams performance and characteristic curves, and catalog cuts. Handwritten and typed modifications and other notations not part of the manufacture's preprinted data will result in rejection of the submittal. Should manufacture's data require supplemental information for clarification, the supplemental information shall be submitted as specified for certificates of compliance.

1.7.4 As-Built Drawing Requirement

Before final acceptance of work, submit 4 copies of as-built drawings for interior fire alarm system. Include wiring diagrams and installation details of equipment indicating proposed location, layout and arrangement, control panels, accessories and other items that must be shown to ensure a coordinated installation. Wiring diagrams shall identify circuit terminals and indicate the internal wiring for each of item of equipment and the interconnection between each item of equipment. Drawing shall be "D" size 34 x 22 inches. They shall be reproducible drawings on mylar film drawn to the same scale as the contract drawings and with similar title block. The as-built drawings shall be furnished in addition to the record drawings required by Division 01.

1.7.5 Record Drawing Software

Furnish one set of floppy diskettes containing CAD based drawings in DXF format of as-built drawings and schematics.

1.8 DELIVERY, STORAGE AND HANDLING

Protect equipment delivered and place in storage away from weather, humidity, injurious temperature variation, dirt and dust, and other contaminants.

2 **DESIGN AND PRODUCTS**

2.1 COORDINATION WITH OTHER DIVISIONS

Refer to the following sections for related work and coordination:

Section 13930, "Wet Pipe Fire Suppression Sprinklers,"
Section 15720, "Air Handling Units"
Section 07840, "Firestopping"

2.2 SYSTEM DESIGN

Provide a complete, electrically supervised, analog/addressable, annunciated, fire alarm system control panel as described herein, and as shown on the drawings.

2.2.1 Fire Alarm Signal Initiation

Operation shall be such that actuation of any:

a. Manual station
b. Automatic sprinkler
c. Automatic heat detector
d. Automatic area smoke detector

Shall cause all of the following actions:

1. All building evacuation alarm devices (notification appliances) to operate continuously;

2. The annunciator(s) to properly register;

3. A coded signal to be transmitted over the station fire alarm reporting system.

4. Electromagnetic door hold-open devices to be deenergized.

All operations shall remain in the alarm mode (except alarm notification appliances if manually silenced) until the system is manually restored to normal.

2.2.2 Elevator Shutdown

In addition to the actions of 2.2.1 above, the actuation of the elevator machine room smoke detector or an elevator lobby smoke detector shall signal the shutdown of the elevator with time delay.

2.2.3 AHU Shutdown

Air handling unit to shut down on its associated duct smoke detector. The detector should send in a distinctive supervisory signal, which will be relayed on a separate zone. No other fire alarm signal shall shut down air handling units. If automatic fire or smoke dampers are provided, they shall shut on automatic shutoff of the AHU only.

2.2.4 Monitoring Integrity of Installation Conductors

A ground fault condition which prevents system operation or a single break or open condition shall result in a trouble signal of system.

2.2.5 Valve Tamper Switches

Provide addressable interface connections for valve tamper switches for all fire sprinkler control valves.

2.3 COMPONENT DESIGN

2.3.2 Fire Alarm Devices

Each new fire alarm initiating device shall be addressable or shall report to a dedicated addressable interface module. Provide fire alarm initiating and notification appliance devices to match newly installed fire alarm devices in the existing building.

2.3.2 Initiating Zones

Provide new zones consistent with the zones of the existing system.

2.3.3 Conduit

Rigid Steel Conduit (Zinc-Coated)

ANSI C80.1 or UL 6.

2.3.3.1 Intermediate Metal Conduit (IMC)

UL 1242, zinc-coated steel only.

2.3.3.2 Electrical Metallic Tubing (EMT)

ANSI C80.3 or UL 797.

2.3.3.3 Surface Metal Raceway and Fittings

UL 5, two-piece painted steel, totally enclosed snap-cover type.

2.3.4 Outlet Boxes

UL 514A, zinc-coated steel.

2.3.5 Fittings for Conduit and Outlet Boxes

UL 514B, zinc-coated steel.

2.3.6 Wiring

Wiring shall comply with NFPA 70 and NFPA 72. Wire for new 120V circuits shall be No. 12 AWG minimum solid copper conductor. Any new wire provided for low voltage DC notification appliance circuits shall be solid copper conductor.

2.3.7 Line Voltage Surge Suppressor

Suppressor shall be UL 1449 listed with a maximum 330 volt clamping level and a maximum response time of 5 nanoseconds. Suppressor shall also meet IEEE C62.41 category B tests for surge capacity. Suppressor shall be a multi-stage construction that includes inductors and silicon avalanche zener diodes. Suppressor shall have a long-life indicating lamp (light emitting diode or neon lamp) that extinguishes upon failure of protection components. Fuses shall be externally accessible. Wire in series with the incoming power source to the protected equipment using screw terminations.

3 **EXECUTION**

3.1 INSTALLATION

3.1.1 Wiring and Conduit

Installation shall be in accordance with the requirements of NFPA 70 and NFPA 72. Wiring styles for signaling line circuits and notification appliance circuits shall be consistent with existing circuit styles in Building 245. All circuit conductors shall be identified within each enclosure where a tap, splice or termination is made. Conductor identification shall be by plastic coated self sticking printed markers or by heat-shrink type sleeves. The markers shall be attached in a manner that will not permit accidental detachment. Control circuit terminations shall be properly identified. Wire devices so that their removal will activate system trouble signals. Pigtail or "T" tap connections are prohibited. Wiring for DC circuits shall not be permitted in the same conduit or tubing as wiring for AC circuits. Paint all junction box covers red or provide them with permanent labels reading "FIRE ALARM CIRCUIT." Electrical metallic tubing shall not be installed in exterior or wet locations and shall not be imbedded in masonry or concrete. Provide a written schedule of conductor markings identifying each wire

marker, the purpose, the origin, and termination point of each conductor. The conductor wire marker schedule shall be turned over to the Contracting Officer at the time of preliminary testing, together with as-built drawings.

3.1.2 Painting

Paint exposed conduit and surface metal raceway to match adjacent finishes in exposed areas. Paint junction boxes, conduit and surface metal raceway red in unfinished areas. Painting shall comply with Section 09900, "Paints and Coatings."

3.1.3 Manual Pull Stations

Manual Pull Stations: Provide pull stations throughout this sprinklered building extension in compliance with NFPA 72, Section 2-8 requirements.

3.2 FIELD QUALITY CONTROL

3.2.1 Preliminary Testing

Notify Contracting Officer prior to performing preliminary testing. Contractor shall conduct the following tests during installation of wiring and system components. Any deficiency pertaining to these requirements shall be corrected by the Contractor prior to final acceptance testing of the system. Record results of testing. Submit all test results to the Contracting Officer together with a signed Fire Alarm System Record of Completion in accordance with NFPA 72-1999, Section 1-6.2.

a. Operation of Entire System. Operate all initiating and indicating devices.

b. Operation of Supervisory Systems: Operate all portions to demonstrate correctness of installation.

c. Smoke Detector Test: Clean the smoke detector in accordance with the manufacturer's recommended procedures. Test smoke detector using magnet-activated test switch, manufacturer-provided test card, or smoke. Use of aerosol test sprays are prohibited unless the aerosol is specifically approved in writing for such use by the smoke detector manufacturer. Bee smokers and similar devices are acceptable.

d. Contractor to perform all preliminary testing required by NPFA 72.

3.2.2 Standby Battery Test

Prior to formal inspection and tests, place the fire alarm system on standby battery power for 60 hours; immediately thereafter, sound the building evacuation alarm signaling devices for 5 minutes. When the test is complete, the fire alarm system battery charger shall fully recharge the standby batteries within 48 hours.

3.2.3 Final Acceptance Testing

The Contractor shall notify the Contracting Officer when the system is ready for final acceptance testing. Submit a signed and dated certificate with a request for formal inspection and tests. Request scheduling for final acceptance testing only after:

a. All necessary preliminary tests have been made.

b. All deficiencies found have been corrected to the satisfaction of the equipment manufacturer's technical representative and the Contracting Officer, NPS Fire Dept. Inspector and NPS Public Works F.A. Electrician.

c. Three copies of legible, up-to-date as-built drawing markups have been submitted to the Contracting Officer for distribution to authorities having jurisdiction.

The system shall be in service at least 15 calendar days prior to final acceptance testing. The Contractor shall allow at least 15 calendar days between the date final testing is requested and the date the final acceptance testing takes place. Before final acceptance of the work, test system to demonstrate compliance with the contract requirements. System shall be subjected to complete functional and operational tests, including tests in place of each detector.

The Contractor shall furnish all appliances, equipment, instruments, devices and personnel for this test. Furnish a minimum of three two-way radios plus one additional, all operating on the same frequency. The system shall be tested for approval in the presence of representatives of the manufacturer, EFA West Fire Protection Engineer, the Contracting Officer, NPS Fire Dept., Inspector and the NPS Public Works F.A. Electrician. All necessary tests shall be made including the following, and any deficiency found shall be corrected and the system retested.

3.2.4 Entire System

Test the entire system by operating all fire alarm initiating, notification, and signaling devices. Perform tests with the system operating on primary power and repeat the test with the system operating on battery power only. Provide necessary equipment to test automatic detectors.

3.2.4.1 Supervisory Systems

All aspects of the supervisory functions of the system shall be operated. Introduce faults in each circuit at random locations as directed by the NPS Fire Dept. Inspector and NPS Public Works F.A. Electrician. Verify proper trouble annunciation at the control panel.

3.2.4.2 Additional Tests

When deficiencies, defects or malfunctions develop during the tests required, all further testing of the system shall be suspended until proper adjustments, corrections or revisions have been made to assure

proper performance of the system. If these revisions require more than a nominal delay, the Contracting Officer shall be notified when the additional work has been completed, to arrange a new inspection and test of the fire alarm system. All tests required shall be repeated prior to final acceptance, unless directed otherwise.