DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2135.ksc
5 DEC 01

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: 100% DESIGN SUBMITTAL; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Sir:

Reference is made to your 100% design submittal dated November 5, 2001 and received by the Government on November 13, 2001.

The 100% submittal has been reviewed and is found to be incomplete and not in conformance with the submittal requirements stated in Section 01331 – Submittal Requirements After Award. A re-submittal of the 100% design conforming to Section 01331 requirements is required. The following comments highlight the major deficiencies of the 100% design submittal:

1. Drawings:

   a. Fire Protection System design drawings were not submitted.

   b. HVAC control design is missing from the drawings.

   c. Telecommunication distribution system design (phone and information technology) is missing from the drawings.

2. Specifications:

   a. Prescriptive specifications required by Paragraph 1.3.c (2), (3) and (4) were not submitted. The required catalog cuts/manufacturer's information indicating the product selected with data to support compliance with contract requirements was not submitted.

3. Calculations:

   a. Engineering calculations are incomplete and lack sufficient detail to support conclusions or are missing.

   b. Mechanical design requiress design calculations and analysis to support the design.

Subj: 100% DESIGN SUBMITTAL; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

4. Fire Protection System:

   a. Fire Protection System design and documentation required by Paragraph 1.3.e (1), (2), (3), and (4) were not provided.

More detailed review comments regarding the above stated concerns will be forwarded to you by 13 December 2001. The Project Leader, Dan Wong, is available to discuss the above comments with you and your design consultants by telephone at (650) 746-7432.

Please re-submit the 100% design within 30 calendar days after receipt of this letter. The Government reserves adequate time to review the re-submittal. There will be no time extension of the contract completion date to accomplish the 100% design re-submittal.

Sincerely,

Kathryn D. Norgaard
Contracting Officer