DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315.ksc
13 MAR 02

Mr. Mario Ramirez
West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: Limited Notice to Proceed for Structural Work; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Mr. Ramirez:

This partial NTP is limited to the certified structural design of Building 245 Extension as shown in NAVFAC Drawings 6460424 through 6460438 (Structural Sheet S0.1 through S4.1) dated 22 February 2002, signed and stamped by the Structural Engineer of Record and changes contained in PCO #1 with the following stipulations and limitations:

a. A Network Analysis Schedule shall be prepared IAW Section 01321 of the contract and submitted for Government approval no later than 22 March 2002.

b. The NTP is limited to grade beams, columns, shear walls and floors with the related excavation and backfill for structural foundation, elevator pit, floor slabs, utility penetrations through grade beams, walls and floors, and utilities under the first floor slab and other related incidental work.

c. The NTP for structural work does not include the construction of the roof diaphragm and the seismic and vibration support of the central air handling unit. Your firm has not provided pertinent information which demonstrates the HVAC system generated noise level in the interior spaces will be within NC-35 as required by the RFP.

d. The NTP excludes work associated with the exterior window wall system defined in Specification Section 08120, and all interior partitions and ceilings associated with the structural drawings.

e. Inspection/Testing Requirements related to this NTP:

(1) Where your documents make reference to "inspection by Building Official", replace it with "inspection by certified special inspector(s) retained as part of the Quality Control Staff."

(2) Where your documents make reference to "...employed by the Building Owner", replace it with "certified special inspector(s) retained as part of the Quality Control Staff."

(3) Where your documents make reference to "inspection by a WABO registered welding inspector engaged by the owner", replace it with "inspection by a WABO registered welding inspector) retained as part of the Quality Control Staff."

(4) Where your documents make reference to "Testing and interpretation will be carried out by the owner....", replace it with "Testing and interpretation will be carried out by the by certified special inspector(s)/testing agency retained as part of the Quality Control Staff."

f. All work covered by this partial NTP shall fully comply with contract requirements. Work shall not proceed until all of the required Quality Assurance and Quality Control requirements are fully in-place for the specific work.

g. Government review and concurrence with this portion of the design documents does not constitute approval or acceptance of any variation from the requirement of the contract unless such variations have been specifically noted in separate correspondence by the Contractor and have been approved in writing by the Contracting Officer. The responsibility for a totally integrated design and construction of this Building Extension in accordance with the requirements of the contract shall remain with your firm

Please call me at 831 656-3454 should you have any questions or concerns.

Sincerely,

Kathryn D. Norgaard
Contracting Officer

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315/ksc
13 NOV 01

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: LIMITED NOTICE TO PROCEED; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Sir:

Your company is hereby granted a limited notice to proceed in compliance with the parameters stated in your letter dated 7 November 2001 re: Partial Notice to Proceed. Your company will not perform any caisson installation, construction, and no additional work beyond what is expressly stated in your letter may proceed without Contracting Officer authorization.

Sincerely,

Kathryn D. Norgaard
Contracting Officer

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

RECEIVED
DEC 21 2001
WEST COAST CONTRACTORS
RENO OFFICE

IN REPLY REFER TO:
2315/ksc
12 DEC 01

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: LIMITED NOTICE TO PROCEED/CAISSONS; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Sir:

Your company is hereby granted a limited notice to proceed for drilling of caissons provided all underground utilities within the building footprint have been removed and subject to conformance with the following requirements:

a. Conformance with the structural requirements of Section 01112 – General Design and Construction Criteria.

b. Conformance with your proposed 100% design drawings for the drilled foundation caissons and specification Section 02468, Drilled Foundation Caissons.

c. Approved shop drawings which include "Survey of caisson locations, concrete, reinforcing steels, qualification of welding procedures, welders, and welding operators for shop and field welds."

d. Installation work plan and schedule of the drilled foundation caissons.

e. The structural drawings pertaining to the drilled caissons shall be signed and stamped by the Professional Engineer, Designer of Record.

f. QC Organization must be in place to support and execute the quality control requirements.

Paragraph 3.16.2 , "Testing Agency", Section 03300, "Cast-In-Place Concrete" of the 100% design submittal states "Owner will engage a qualified independent testing and inspection agency to sample materials, perform tests, and submit test reports during concrete placement." This statement is in error. Section 01450, "Quality Control" states "the Contractor has the responsibility to provide a complete QC program, except for the Government approved submittals "

Your company will not perform any construction nor any additional work beyond what is expressly authorized by this limited notice to proceed without Contracting Officer authorization.

Sincerely,

Kathryn D. Norgaard
Contracting Officer

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315/ksc
14 MAY 02

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: NOTICE TO PROCEED/ALL WORK; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Sir:

Your company is granted a notice to proceed on all remaining work.

This Notice to Proceed references your specifications dated 15 February 2002, and your drawings dated 15 January 2002. The Government review performed on these documents does not constitute that they are in conformance with the RFP, nor does it waive any RFP requirements. Simply stated, the contractor is ultimately responsible for ensuring conformance to the RFP. The importance of your Quality Control system, specification Section 01450, cannot be overemphasized.

In lieu of a pre-Final and Final Design submittal, for which consideration remains to be addressed, a complete set (10 copies) of construction drawings consisting of design drawings and applicable specifications incorporating all items of project work shall be submitted to the Government on 24 May 2002. The submitted drawings shall be signed and stamped by the designer/registered architect/registered engineer of record. In addition, the submittal of the construction documents shall include a "Design Certification" per paragraph 1.3.c.iv.a, Section 01331, of the contract. Also, it is understood that the 20 action items agreed to at the partnering meeting held at EFA West on 27 March 2002 will be completed on schedule.

Sincerely,

Kathryn D. Norgaard
Contracting Officer

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
ENGINEERING FIELD ACTIVITY WEST
NAVAL FACILITIES ENGINEERING COMMAND
NAVAL POSTGRADUATE SCHOOL
511 GARDNERS ROAD, BLDG 426, ROOM 23
MONTEREY, CA 93943-5035

IN REPLY REFER TO:

2315/ksc
8 APR 02

West Coast Contractors of Nevada, Inc
7785 White Fir Street
Reno, NV 89523

Subj: DIFFERING SITE CONDITION; Contract No. N62474-00-C-3035, Bldg 245 Extension, Naval Postgraduate School, Monterey, CA 93943

Dear Sir:

Reference your 13 March 2002 letter regarding a differing site condition in regards to the existing soil on the site.

The Government concurs with your recommendation to use the native soil materials as controlled fill and to use the compaction recommendations submitted by AHBL on 11 March 2002. All other requirements in specification sections 2301 and 2315 remain unchanged unless otherwise specifically requested and approved.

In the event the native soils do not meet the compaction percentages as set forth you are required to immediately notify the Contracting Officer in accordance with FAR Clause 52.236-02, Differing Site Conditions.

Sincerely,

Kathryn D. Norgaard
Contracting Officer