# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: July 10, 2006)

| | |
|---|---|
| ****************************************** | |
| **WEST COAST CONTRACTORS OF NEVADA, INC.**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ****************************************** | |

**Order**

Pursuant to the Preliminary Status Conference held on July 10, 2006, the Court ORDERS the Parties to file a Joint Status Report on or before **October 2, 2006**. In the report, the Parties shall discuss in detail all discovery that has taken place to date, whether or not the Parties believe that ADR and/or settlement would be fruitful at this point in the proceeding, and the basis for their position. If the Parties believe that ADR would be productive, they shall discuss which type of ADR they would like to pursue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge