IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05-1121 C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to this Court's July 10, 2006 Order, Plaintiff West Coast Contractors of Nevada, Inc. ("Plaintiff") and Defendant the United States ("Defendant") respectfully submit the following joint status report regarding discovery and the viability of alternative dispute resolution.

## I. Discovery

Plaintiff served the Defendant with its First Request for Production of Documents on September 5, 2006. Defendant's response to this discovery request is thus due on October 9, 2006.

In addition, in response to Defendant's document requests, Plaintiff culled together thirty-four (34) boxes of documents for Defendant's review, which Plaintiff narrowed down to eleven (11) boxes after excluding duplicate documents. On August 16-18, 2006, Defendant's expert, Wiley Wright, CPA, visited Plaintiff's Reno, Nevada offices to review the documents. Mr. Wright selected certain documents for duplication

during his visit. After duplication and bates-numbering, Plaintiff delivered the requested documents to defense counsel on September 28, 2006.

II. **Alternative Dispute Resolution**

a. **Plaintiff**: West Coast believes that early ADR would be useful for purposes of determining whether settlement is possible without the expenditures associated with protracted litigation. If Defendant were to agree to ADR, West Coast requests referral to mediation conducted by either a judge or retired judge.

b. **Defendant**: Defendant does not believe that early ADR would be useful at this time because it has not yet had an opportunity to analyze the documents produced by Plaintiff.

Respectfully submitted,

s/William C. Davis
WILLIAM C. DAVIS, III
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852
Tel. (301) 230-5239
Attorneys for Plaintiff

PETER D. KESSLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7561

October 2, 2006

Attorneys for Defendant