# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC., | ) | |
| Plaintiff, | ) | Case No. 05-1121 C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims and Paragraph 4(a) of this Court's November 14, 2005 Special Procedures Order, Plaintiff West Coast Contractors Of Nevada, Inc. ("West Coast") respectfully requests that this Court extend the deadline for fact discovery for thirty-one days – from January 2, 2007 to February 2, 2007 – to permit the parties sufficient time to complete fact discovery in this matter, including depositions. This is the West Coast's first request for an enlargement of time for this purpose. This request is made more than five days prior to the deadline sought to be extended. Counsel for Defendant the United States has indicated that Defendant does not oppose this motion.

The basis for this extension is that the parties' and counsel's schedules, as well as the intervening holiday season, resulted in an inability to schedule depositions on the west coast after documents were produced but prior to the current close of discovery. This request will not affect other pre-trial deadlines, as the parties currently anticipate that all other dates set in the scheduling order can remain intact.

West Coast thus respectfully requests that this Court's May 10, 2006 Scheduling Order be amended to reflect February 2, 2007 as the new close of fact discovery.

Date: December 15, 2006

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.**

s/William C. Davis, III
William C. Davis, III
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
Tel: (301) 230-5217
Fax: (301) 230-2891

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of December, 2006, a copy of the foregoing Unopposed Motion to Amend the Scheduling Order was served via facsimile and overnight courier upon:

Peter D. Kessler
David M. Cohen
Brian M. Simkin
Michael O'Connell
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/William C. Davis, III
William C. Davis, III