# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: December 18, 2006)

| | |
|---|---|
| ************************************** | |
| **WEST COAST CONTRACTORS OF NEVADA, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

## ORDER

On December 15, 2006, Plaintiff filed an Unopposed Motion to Amend the Scheduling Order to extend the deadline for fact discovery. Plaintiff's motion is GRANTED.

The Court hereby rescinds the scheduling order issued May 10, 2006. The Court ORDERS the Parties to adhere to following discovery schedule:

| | |
|---|---|
| Expert Reports due | **January 31, 2007** |
| Fact Discovery ends | **February 2, 2007** |
| Joint Status Report due | **February 16, 2007** |
| Expert Depositions due | **March 15, 2007** |
| Expert Discovery ends | **March 15, 2007** |
| Dispositive Motions due | **March 15, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge