# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: January 26, 2007)

| | |
|---|---|
| ****************************************** | |
| **WEST COAST CONTRACTORS OF NEVADA, INC.**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ****************************************** | |

**ORDER**

On January 24, 2007, Defendant filed an Unopposed Motion for Enlargement of Time to Complete Discovery. Defendant's motion is GRANTED.

The Court hereby vacates the scheduling order issued December 18, 2006. The Court ORDERS the Parties to adhere to following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **April 30, 2007** |
| Joint Status Report due | **May 14, 2007** |
| Expert Reports due | **May 7, 2007** |
| Expert Depositions due | **June 22, 2007** |
| Expert Discovery ends | **June 22, 2007** |
| Dispositive Motions due | **July 6, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge