# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: March 21, 2007)

| | |
|---|---|
| **WEST COAST CONTRACTORS OF NEVADA, INC.**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**ORDER**

On March 19, 2007, Defendant attempted to file with the Court in paper form its Supplemental Initial Disclosures Pursuant to Rule 26(a)(1). Pursuant to Rule 5(d) of the Rules of the U.S. Court of Federal Claims ("RCFC"), however, initial disclosures pursuant to RCFC 26(a)(1) need not be filed with the Court. Moreover, this case was designated as an electronic case in the court's electronic case filing ("ECF") system on October 18, 2005. Therefore, all filings with the Court should be done electronically, not in paper.

The Clerk of the Court is hereby directed to return the unfiled documents to Defendant.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge