IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC., | ) | |
| Plaintiff, | ) | No. 05-1121C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of 18 days, from April 30, 2007 until May 18, 2007, to complete fact discovery. Defendant further requests that all subsequent deadlines be enlarged a corresponding amount of time. Thus, defendant requests that the date for submission of expert reports be enlarged from May 7, 2007 to May 25, 2007. Defendant requests that the date for completion of expert depositions be enlarged from June 22, 2007 to July 10, 2007. Defendant requests that the dispositive motion deadline be enlarged from July 6, 2007 to July 24, 2007. Defendant's counsel has spoken with William Davis, attorney for plaintiff, West Coast Contractors of Nevada, Inc. ("WCC") who does not oppose this motion. This is defendant's second request for an enlargement of time for this purpose. The previous enlargement was for three months.

In support of this motion, defendant states that WCC was scheduled to take the depositions of several Navy witnesses during the week of April 9, 2007 in California. Subsequently, Chief Judge Michel of the United States Court of Appeals for the Federal Circuit asked all of the attorneys at the National Courts section of the Department of Justice to attend a meeting with him on April 10, 2007, during which time defendant's counsel was scheduled to be

in California to attend the referenced depositions. The Department of Justice has made attendance at this meeting mandatory for all attorneys in the National Courts section. The first week during which both witnesses and the attorneys for the parties are available to conduct the depositions is the week of May 14, 2007.

Accordingly, defendant respectfully requests that the Court grant this motion and revise the discovery schedule with the dates set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
12th Floor
Washington, D.C. 20530
Tele: (202) 307-0282
Attorneys for Defendant

Dated: April 2, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2007, a copy of the foregoing motion for enlargement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell