# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: April 3, 2007)

****************************************
**WEST COAST CONTRACTORS OF NEVADA, INC.**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On April 2, 2007, Defendant filed its second Unopposed Motion for Enlargement of Time to Complete Discovery. Defendant's motion is GRANTED.

The Court hereby vacates the scheduling order issued January 26, 2007. The Court ORDERS the parties to adhere to the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **May 18, 2007** |
| Joint Status Report due | **June 1, 2007** |
| Expert Reports due | **May 25, 2007** |
| Expert Depositions due | **July 10, 2007** |
| Expert Discovery ends | **July 10, 2007** |
| Dispositive Motions due | **July 24, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge