**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | : | No. 05-1121C<br>(Chief Judge Damich) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, plaintiff respectfully requests an enlargement of 60 days, from May 18, 2007 to July 17, 2007, to complete fact discovery. Plaintiff further requests that all subsequent deadlines be enlarged a corresponding amount of time. Thus, plaintiff requests that the date for submission of expert reports by enlarged from May 25, 2007 to July 24, 2007. Plaintiff requests that the date for completion of expert depositions be enlarged from July 10, 2007 to September 10, 2007. Plaintiff requests that the dispositive motion deadline be enlarged from July 24, 2007 to September 24, 2007. Plaintiff's counsel has communicated with Michael N. O'Connell, attorney for defendant, who does not oppose this motion.

In support of this motion, plaintiff states that plaintiff was scheduled to take the depositions of several Navy witnesses during the week of April 9, 2007 in California. Subsequently, Chief Judge Michel of the United States Court of Appeals for the Federal Circuit asked all of the attorneys at the National Courts section of the Department of Justice to attend a meeting with him on April 10, 2007, during which time defendant's counsel was

scheduled to be in California to attend the referenced depositions. The Department of Justice made attendance at this meeting mandatory for all attorneys in the National Courts section. The first week during which some of the Navy witnesses and the attorneys for the parties are available to conduct the depositions is the week of May 14, 2007. However, not all of the Navy witnesses who were available the week of April 9th are available for deposition the week of May 14th. In addition, defendant has served supplemental initial disclosures in which several additional individuals were identified. Plaintiff may want to take the depositions of these individuals as well. As of the date of filing this motion, the defendant had not been able to ascertain the availability of these individuals for deposition.

Accordingly, plaintiff respectfully requests that the Court grant this motion and revise the discovery schedule with the dates set forth above.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: ______________________
William C. Davis, III

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5217
(301) 230-2891 (fax)

Attorneys for Plaintiff West Coast Contractors of Nevada, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2007 a copy of the foregoing Plaintiff's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William C. Davis, III

G:\39\West Coast\Documents\Unopposed Motion for Enlargement.wpd