# In the United States Court of Federal Claims

No. 05-1121 C

(Filed: May 15, 2007)

****************************************
**WEST COAST CONTRACTORS OF NEVADA, INC.**, *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
****************************************

**ORDER**

On May 14, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time to Complete Discovery. Plaintiff's motion is GRANTED.

The Court hereby vacates the scheduling order issued April 3, 2007. The Court ORDERS the parties to adhere to the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **July 17, 2007** |
| Joint Status Report due | **July 31, 2007** |
| Expert Reports due | **July 24, 2007** |
| Expert Depositions due | **September 10, 2007** |
| Expert Discovery ends | **September 10, 2007** |
| Dispositive Motions due | **September 24, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge