# In the United States Court of Federal Claims

No. 05-1121 C
(Filed: July 17, 2007)

***************************************
**WEST COAST CONTRACTORS OF NEVADA, INC.,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
***************************************

## ORDER

On July 17, 2007, Plaintiff filed a Second Unopposed Motion for Enlargement of Time to Complete Discovery. Plaintiff's motion is GRANTED.

The Court hereby vacates the scheduling order issued May 15, 2007. The Court ORDERS the parties to adhere to the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **July 25, 2007** |
| Expert Reports due | **August 3, 2007** |
| Expert Depositions due | **September 18, 2007** |
| Expert Discovery ends | **September 18, 2007** |
| Joint Status Report due | **September 28, 2007** |

In the Joint Status Report, the parties shall discuss what, if any, dispositive motions they intend to file and when they would like to file such motions. A status conference will be scheduled to follow the Joint Status Report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge