**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | No. 05-1121C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's July 17, 2007 Order, Plaintiff West Coast Contractors of Nevada, Inc. ("Plaintiff") and Defendant, The United States, ("Defendant") respectfully submit the following joint status report regarding the completion of fact and expert witness discovery and the filing of dispositive motions.

**I. Discovery**

The parties have completed both fact and expert witness discovery.

**II. Dispositive Motions/Dismissal of Certain Claims**

Plaintiff does not intend to file any dispositive motions. Plaintiff intends to formally dismiss its claim relative to the fire alarm system as set forth at paragraphs 32 - 37 of the Complaint, and will be filing a formal Stipulation of Dismissal of this with the Court prior to November 9, 2007.

Defendant intends at this time to file a dispositive motions relative to certain claims, including but not limited to the mechanical equipment claim (paragraphs 10 - 13 of the Complaint), the grade beam elevation change claim (paragraphs 14 - 17 of the Complaint) and the increased design cost claim (paragraphs 20 - 27 of the Complaint).

The parties propose the following schedule for Defendant's dispositive motion:

| | |
|---|---|
| November 9, 2007 | Dispositive Motion Filed |
| December 21, 2007 | Opposition to Motion Filed |
| January 11, 2008 | Reply to Opposition Filed |

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By:s/William C. Davis
William C. Davis, III

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5217
(301) 230-2891 (fax)

Attorneys for Plaintiff West Coast
Contractors of Nevada, Inc.

PETER D. KESSLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-1618

Attorneys for Defendant

Dated: September 27, 2007.

G:\39\West Coast\Documents\110786002.JointStatusReport.9.28.07.wpd