**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | : | No. 05-1121C<br>(Chief Judge Damich) |

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiff West Coast Contractors of Nevada, Inc. and Defendant The United States, by their respective undersigned counsel and pursuant to Rule 41(a), hereby agree and stipulate to the partial dismissal of the claim relative to the fire alarm system as set forth at paragraphs 32 - 37 of the Complaint.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: /s/ William C. Davis, III
William C. Davis, III

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5217
(301) 230-2891 (fax)

Attorneys for Plaintiff West Coast Contractors of Nevada, Inc.

PETER D. KESSLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-1618
Attorneys for Defendant

Dated: November 7, 2007.

G:\39\West Coast\Documents\110786002.StipulationPartialDismissal.wpd