IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC., | ) | |
| Plaintiff, | ) | No. 05-1121C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
TO FILE HARD COPIES OF CERTAIN DOCUMENTS

Pursuant to General Order No. 42A, section I(3), of the Court of Federal Claims, defendant respectfully requests leave to file hard copies of certain construction drawings. These drawings are a portion of the appendix to defendant's motion for partial summary judgment. We intend to file this motion on November 9, 2007. In support of this motion, defendant states that the size of the drawings make them better suited for paper filing rather than electronic filing. In addition, paper copies will provide more ease of reference for the Court given their size. Defendant's counsel has discussed this motion with William Davis, attorney for West Coast Contractors of Nevada, Inc., who stated that he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
12th Floor
Washington, D.C. 20530
Tele: (202) 307-0282
Attorneys for Defendant

Dated: November 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing defendant's unopposed motion to file hard copies of certain documents was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell