803 F.2d 650 (Fed. Cir. 1986)........................................................................................ 9