[Commerce Business Daily: Posted in CBDNet on November 7, 2000]
[Printed Issue Date: November 13, 2000]
From the Commerce Business Daily Online via GPO Access
[cbdnet.access.gpo.gov]

yes

PART: U.S. GOVERNMENT PROCUREMENTS
SUBPART: SERVICES
CLASSCOD: Y--Construction of Structures and Facilities
OFFADD: Commanding Officer, Engineering Field Activity West, 900 Commodore Dr, San Bruno, CA 94066-5006
SUBJECT: Y--BLDG. 245 EXTENSION AT THE NAVAL POST GRADUATE SCHOOL, MONTEREY, CA
SOL N62474-00-R-3035
DUE 010601
POC Linda Nanbu, Contract Specialist (650)244-2421, Karen Powell Contracting Officer (650)244-2678

00-154

DESC: The work includes provisions of all labor, materials, and equipment to provide for the design and construction of an extension to the north end of Building 245 to accommodate additional academic offices and classrooms incorporating flexible building technology. The building construction is anticipated to be a two-story concrete, masonry, and steel extension matching the existing architecture and style of Building 245, and of approximately 1,500 square meters floor space. Site work is required including pavements, landscaping, and utility support to the new building. The estimated construction cost is between $1,000,000 and $5,000,000. This procurement is unrestricted. The Standard Industrial Code (SIC) is 1542; the NAICS is 23332 and the related small business size standard is $27,500,000. The contract will be awarded to the firm providing the proposal with the best value to the Government based on a best value trade-off between technical factors and price. THE GOVERNMENT WILL ISSUE THIS SOLICITATION THROUGH THE INTERNET. Plans and specifications will NOT be directly provided in a paper hard copy format nor CDs. Notification of any changes to this solicitation will be made ONLY on the Internet site. It is, therefore, the contractor's responsibility to check the below listed Internet site daily for any posted changes in this solicitation's plans and specifications which will be available on or about 30 November 2000. Download from the Internet is free of charge; however, the plans and specifications may take time to download. The address for downloading this solicitation from the Internet is http://esol.navfac.navy.mil. The official plan holders list will be maintained on, and can be printed from this Internet site. All prospective offerors must register as plan holders on the Internet site for this project. Each company must include its name, address, phone number, and e-mail address, identify whether the firm is a prime, sub, or supplier, and indicate whether firm is a large, small, small disadvantaged, or women-owned business. Plan centers are also required to register. Pre-proposal inquiries must be submitted via e-mail to Linda Nanbu at Nanbulj@efawest.navfac.navy.mil.
EMAILADD: Nanbulj@efawest.navfac.navy.mil
EMAILDESC: click here to contact the contract specialist via e-mail
CITE: (W-312 SN5062A0)

69

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. N62474-00-R-3035 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ XX NEGOTIATED (RFP) | 3. DATE ISSUED 11 DEC 2000 | PAGE OF PAGES 1 OF 2 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | | |

| 7. ..ED BY CODE N62474 | 8. ADDRESS OFFER TO |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>ATTN: LINDA NANBU, CODE 021LJN<br>BLDG 205, 1ST FLOOR<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006<br><br>MARK SUBMITTAL: "PROPOSAL ENCLOSED" |

| 9. FOR INFORMATION CALL: ▶ | A. NAME Linda Nanbu | B. TELEPHONE NO. *(Include area code)* ***(NO COLLECT CALLS)*** e-mail: nanbulj@efawest.navfac.navy.mil |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and offeror" mean bid" and bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Design-build of the Building 245 Extension at the Naval Postgraduate School, Monterey, California

Work includes the design and construction of a two-story office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

T.. procurement uses the two-phase design-build procedures outlined in the Federal Acquisition Regulation Subpart 36.3. Offerors not submitting a proposal for Phase 1 of this ..on will not be allowed to submit a proposal for Phase 2.

..fferors must execute Blocks 14 through 20C on Page 2 of this SF 1442.

11. The Contractor shall begin performance within 15 calendar days and complete it within TBD calendar days after receiving ☒ XX award, ☐ notice to proceed. This performance is ☒ X mandatory, ☐ negotiable. *(See ______.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| YES | |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00 P M *(hour)* local time 11 January 2001 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☐ is, ☒ XX not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. .. providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered ..ll be rejected.

**STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(d)

**OFFER (Must be fully completed by offeror)**

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

15. TELEPHONE NO. (Include area code)

16. REMITTANCE ADDRESS (Include only if different from Item 14)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

Price Proposals shall be submitted during Phase 2 of this procurement. PRICES ARE NOT REQUIRED AT THIS TIME.

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGEMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT NO. | | | | | | | | | | |
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD *(To be completed by Government)***

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S C. 253(c)( )

26. ADMINISTERED BY

27. PAYMENT WILL BE MADE BY

***CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE***

28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract.

29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummated the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

**STANDARD FORM 1442 BACK** (REV. 4-85)

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

DOCUMENT 00010

TABLE OF CONTENTS


REQUEST FOR PROPOSAL

SOLICITATION, OFFER AND AWARD (STANDARD FORM 1442)

00010 TABLE OF CONTENTS

00201 INSTRUCTIONS TO PROPOSERS

| Para | Title |
|---|---|
| 1 | Description Of Work |
| 2 | Two Phase Design-Build Selection Procedures |
| 3 | Number Of Copies Of Submission For Phase 1 |
| 4 | FAR 52.204-6 Data Universal Numbering System (Duns) Number (Jun 1999) |
| 5 | DFARS 252.204-7001, Commercial And Government Entity (Cage) Code Reporting (Aug 1999) |
| 6 | DFARS 252.204-7004, Required Central Contractor Registration (Mar 2000) |
| 7 | DFARS 252.209-7001, Disclosure Of Ownership Or Control By The Government Of A Terrorist Country (Mar 1998) |
| 8 | FAR 52.211-1, Availability Of Specifications Listed In The GSA Index Of Federal Specifications, Standards And Commercial Item Descriptions, FPMR Part 101-29 (Aug 1998) |
| 9 | FAR 52.211-2, Availability Of Specifications Listed In The DoD Index Of Specifications And Standards (DODISS) And Descriptions Listed In The Acquisition Management Systems And Data Requirements Control List, DOD 5010.12-L (Dec 1999) |
| 10 | FAR 52.211-6, Brand Name Or Equal (Aug 1999) |
| 11 | FAR 52.211-14, Notice Of Priority Rating For National Defense Use (Sep 1990) |
| 12 | DFARS 252.211-7002, Availability For Examination Of Specifications, Standards, Plans, Drawings, Data Item Descriptions, And Other Pertinent Documents (Dec 1991) |
| 13 | FAR 52.215-1, Instructions To Offerors--Competitive Acquisition (Feb 2000) |
| 14 | FAR 52.215-16, Facilities Capital Cost Of Money (Oct 1997) |
| 15 | FAR 52.216-1, Type Of Contract (Apr 1984) |
| 16 | FAR 52.217-5 Evaluation Of Options(Jul 1990) |
| 17 | FAR 52.222-23, Notice Of Requirement For Affirmative Action To Ensure Equal Employment Opportunity (Feb 1999) |
| 18 | FAR 52.225-9, Buy American Act--Balance Of Payments Program--Construction Materials (Feb 2000) |
| 19 | FAR 52.225-10, Notice Of Buy American Act/Balance Of Payments Program Requirement--Construction Materials (Feb 2000) |
| 20 | FAC 5252.228-9300, Individual Surety/Sureties (Jun 1994) |
| 21 | FAC 5252.228-9302, Bid Guarantee (Jan 1996) |
| 22 | FAR 52.233-2, Service Of Protest (Aug 1996) |
| 23 | FAR 52.236-27, Site Visit (Construction) (Feb 1995) |
| 24 | FAR 52.236-28, Preparation Of Proposals - Construction (Oct 1997) |
| 25 | FAR 52.252-1, Solicitation Provisions Incorporated By Reference (Feb 1998) |

## 00202 EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS

| **Para** | **Title** |
|---|---|
| A | Evaluation Factors for Award |
| B | Technical Evaluation Factors |
| C | Price Evaluation Factor |
| D | Technical Submittal Requirements |
| E | Price Submittal Requirements |

## 00452 REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACTING BY NEGOTIATION

| **Para** | **Title** |
|---|---|
| 1 | Summary |
| 2 | FAR 52.203-2, Certificate Of Independent Price Determination (Apr 1985) |
| 3 | FAR 52.203-11, Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions (Apr 1991) |
| 4 | FAR 52.204-3, Taxpayer Identification (Oct 1998) |
| 5 | FAR 52.204-5, Women-Owned Business (Other Than Small Business) (May 1999) |
| 6 | FAR 52.209-5, Certification Regarding Debarment, Suspension, Proposed Debarment, And Other Responsibility Matters (Mar 1996) |
| 7 | FAR 52.215-20, Requirements For Cost Or Pricing Data Or Information Other Than Cost Or Pricing Data (Oct 1997) |
| 8 | FAR 52.219-1, Small Business Program Representations (Oct 2000) |
| 9 | FAR 52.219-19, Small Business Concern Representation For The Small Business Competitiveness Demonstration Program (Oct 2000) |
| 10 | FAR 52.219-21, Small Business Size Representation For Targeted Industry Categories Under The Small Business Competitiveness Demonstration Program (May 1999) |
| 11 | FAR 52.219-22, Small Disadvantaged Business Status (Oct 1999) |
| 12 | FAR 52.222-22, Previous Contracts And Compliance Reports (Feb 1999) |
| 13 | FAR 52.223-4, Recovered Material Certification (Oct 1997) |
| 14 | FAR 52.223-13, Certification Of Toxic Chemical Release Reporting (Oct 2000) |

DOCUMENT 00201

INSTRUCTIONS TO PROPOSERS

1. DESCRIPTION OF WORK: To obtain Construction of an Extension to Building 245 with matching exterior architectural to the existing Building 245, at the Naval Postgraduate School, Monterey, California. The work shall include the design and construction of a two-story office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

   The building extension consists of academic offices, classrooms, conference/study spaces, and other support spaces.

   The design phase includes design and engineering to complete the preparation of detailed working drawings and specifications suitable for construction. The Government has developed mandatory design requirements and preliminary design drawings and prescriptive specifications as the basis for the design build requirements.

   The construction phase includes earthwork, foundations, concrete work, structural steel work, concrete fill over metal deck roofing, architectural finishes, HVAC systems, plumbing systems, electrical systems, telecommunication cabling systems, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

2. TWO PHASE DESIGN-BUILD SELECTION PROCEDURES

   (a) This is a solicitation using the two-phase design-build selection procedures outlined in the Federal Acquisition Regulation Subpart 36.3.

   (b) Phase 1 of the technical evaluation will address the following technical factors: (1) Past Performance, and (2) Corporate and Key Personnel Experience. After evaluating Phase 1 proposals, a maximum of five of the most highly qualified offerors will participate in Phase 2.

   (c) Phase 2 of the evaluation will address the following technical factors: (1) Construction Schedule, (2) Quality, and (3) Commitment to Small Business. Prices shall also be submitted and evaluated during Phase 2.

3. NUMBER OF COPIES OF SUBMISSION FOR PHASE 1

   Proposal documents for Phase 1 of this solicitation are due at the address shown in Block 8 of the Standard Form (SF) 1442 and shall include the following:

   (a) SF 1442, Solicitation, Offer, and Award (original)

   (b) Representations and Certifications, Document 00452 of this solicitation (original)

(c) Technical Proposal per submittal requirements for Phase 1 in Document 00202 of this solicitation (original and 2 copies)

4. FAR 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (JUN 1999)

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.

(2) Company address.

(3) Company telephone number.

(4) Line of business.

(5) Chief executive officer/key manager.

(6) Date the company was started.

(7) Number of people employed by the company.

(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet home page at http://www.customerservice@dnb.com. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

5. DFARS 252.204-7001, COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (AUG 1999)

(a) The offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter "CAGE" before the number.

(b) If the offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Information Service (DLIS). The Contracting Officer will—

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLIS; and

(3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

6. DFARS 252.204-7004, REQUIRED CENTRAL CONTRACTOR REGISTRATION (MAR 2000)

(a) Definitions. As used in this clause:

(1) "Central Contractor Registration (CCR) database" means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) "Data Universal Number System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) "Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.

(4) "Registered in the CCR database" means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://www.ccr2000.com.

7. DFARS 252.209-7001, DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) Definitions. As used in this provision--

(1) "Government of a terrorist country" includes the State and the Government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the Government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award. In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the Government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure. If the Government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the Government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--(1) Identification of each Government holding a significant interest; and

(2) A description of the significant interest held by each Government.

8. FAR 52.211-1, AVAILABILITY OF SPECIFICATIONS LISTED IN THE GSA INDEX OF FEDERAL SPECIFICATIONS, STANDARDS AND COMMERCIAL ITEM DESCRIPTIONS, FPMR PART 101-29 (AUG 1998)

The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to-

GSA Federal Supply Services
Specifications Section, Suite 8100
470 East L'Enfant Plaza, SW
Washington, DC 20407
Telephone (202) 619-8925
Facsimile (202) 619-8978

9. FAR 52.211-2, Availability of Specifications Listed in the DoD Index of Specifications and Standards (DoDISS) and Descriptions Listed in the Acquisition Management Systems and Data Requirements Control List, DoD 5010.12-L (Dec 1999)

Copies of specifications, standards, and data item descriptions cited in this solicitation may be obtained--

(a) From the ASSIST database via the Internet at http://assist.daps.mil; or

(b) By submitting a request to the--

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Telephone (215) 697-2667/2179
Facsimile (215) 697-1462.

10. FAR 52.211-6, BRAND NAME OR EQUAL (AUG 1999)

(a) If an item in this solicitation is identified as "brand name or equal," the purchase description Reflects the characteristics and level of quality that will satisfy the government's needs. The Salient physical, functional, or performance characteristics that "equal" products must meet are Specified in the solicitation.

(b) To be considered for award, offers of "equal" products, including "equal" products of the Brand name manufacturer, must--

(1) Meet the salient physical, functional, or performance characteristic specified in this Solicitation;

(2) Clearly identify the item by--

(i) Brand name, if any; and

(ii) Make or model number;

(3) Include descriptive literature such as illustrations, drawings, or a clear reference to Previously furnished descriptive data or information available to the contracting officer; and

(4) Clearly describe any modifications the offeror plans to make in a product to make it conform To the solicitation requirements. Mark any descriptive material to clearly show the Modifications.

(c) The contracting officer will evaluate "equal" products on the basis of information furnished by the offeror or identified in the offer and reasonably available to the contracting officer. The Contracting officer is not responsible for locating or obtaining any information not identified in the offer.

(d) Unless the offeror clearly indicates in its offer that the product being offered is an "equal" Product, the offeror shall provide the brand name product referenced in the solicitation.

11. FAR 52.211-14, NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be a __ DX rated order; _X_ DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR part 700), and the Contractor will be required to follow all of the requirements of this regulation.

12. DFARS 252.211-7002, AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTINENT DOCUMENTS (DEC 1991)

The specifications, standards, plans, drawings, data item descriptions, and other pertinent documents cited in this solicitation are not available for distribution but may be examined at the following location: On the internet at http://esol.navfac.navy.mil.

13. FAR 52.215-1, Instructions to Offerors--Competitive Acquisition (Feb 2000)

(a) *Definitions*. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"In writing" or "written" means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time," if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) *Amendments to solicitations*. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) *Submission, modification, revision, and withdrawal of proposals*. (1) Unless other methods (*e.g.*, electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) *Submission, modification, revision, and withdrawal of proposals.* (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(*1*) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(*2*) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(*3*) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized

representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) *Offer expiration date.* Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) *Restriction on disclosure and use of data*. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend:

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with--the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [*insert numbers or other identification of sheets*]; and

(2) Mark each sheet of data it wishes to restrict with the following legend:

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f) *Contract award.* (1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) The Government may disclose the following information in postaward debriefings to other offerors:

(i) The overall evaluated cost or price and technical rating of the successful offeror;

(ii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection;

(iii) A summary of the rationale for award; and

(iv) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

14. FAR 52.215-16, FACILITIES CAPITAL COST OF MONEY (OCT 1997)

(a) Facilities capital cost of money will be an allowable cost under the contemplated contract, if the criteria for allowability in subparagraph 31.205-10(a)(2) of the Federal Acquisition Regulation are met. One of the allowability criteria requires the prospective contractor to propose facilities capital cost of money in its offer.

(b) If the prospective Contractor does not propose this cost, the resulting contract will include the clause Waiver of Facilities Capital Cost of Money.

15. FAR 52.216-1, TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm fixed price contract resulting from this solicitation.

16. FAR 52.217-5 EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

17. FAR 52.222-23, NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (FEB 1999)

a. The offerors attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

b. The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| 23.6% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

c. The Contractor's compliance with Executive Order 11246 as amended, and the regulations in 41 CFR 60.4 shall be based on its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout

the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60.4. Compliance with the goals will be measured against the total work hours performed.

d. The Contractor shall provide written notification to the Director, Office of Federal Contract Compliance Programs, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the--

(1) Name, address, and telephone number of the subcontractor; (i) Employer identification number of the subcontractor;

(2) Estimated dollar amount of the subcontract;

(3) Estimated starting and completion dates of the subcontract; and

(4) Geographical area in which the subcontract is to be performed.

e. As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is the non SMSA Counties of Fresno-Bakersfield, California Economic Area consisting of Kings, Madera and Tulare Counties in California.

18. FAR 52.225-9, BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (FEB 2000)

(a) *Definitions*. As used in this clause--

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic preference.* (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

"NONE"

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) *Request for determination of inapplicability of the Buy American Act or Balance of Payments Program.* (1)(i) Any Contractor request to use foreign construction material in

accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) *Data*. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

19. FAR 52.225-10, NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT--CONSTRUCTION MATERIALS (FEB 2000)

(a) Definitions. "Construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act--Balance of Payments Program--Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign
construction material for which an exception was requested--

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

20. FAC 5252.228-9300, INDIVIDUAL SURETY/SURETIES (JUN 1994)

As prescribed in FAR 28.203(a), individual sureties will be permitted. In order for the Contracting Officer to make a determination as to the acceptability of individuals proposed as sureties, as prescribed in FAR 28.203(b), all proposers who submit bonds which are executed by individual sureties are requested to furnish additional information in support of SF-28, Affidavit of Individual Surety, with the bonds. Pursuant to Instruction 3(b) of Standard Form 24, the Bond, Standard Form 25, the Performance Bond, and the Standard Form 25A, the Payment Bond, the Contracting Officer requests the following information:

(a) Equity Securities (Stock):

(1) State the place(s) of incorporation and address of the principal place of business for each issuing corporation listed.

(2) State whether the security issued was issued by public or private offering and give the place of registration of the security.

(3) State whether the security is presently, actively traded.

(b) Debt securities (Bonds) and Certificates of Deposit:

(1) List the type of bonds held and their maturity dates.

(2) State the name, address, and telephone number of the issuing agency, firm or individual.

(3) State the complete address(es) where the bonds are held.

(4) State whether the bonds have been pledged as security or have otherwise been encumbered.

(c) Real Property Interests:

(1) Provide complete recording data for the conveyance of each parcel or interest listed to the individual proposed as surety.

(2) State whether the values listed are based upon personal evaluation or evaluation of an experienced real estate appraiser. If available, provide copies of written appraisals.

(3) State the method(s) of valuation upon which appraisal is based.

(4) Provide the assessed value of each property interest listed utilized by the appropriate tax assessor for purposes of property taxation.

(5) Provide the telephone number, including area code, for the tax assessor who performed the most recent tax assessment.

(6) State whether each real property interest listed is currently under lien or in any way encumbered and the dollar amount of each such lien or encumbrance.

(d) Persons Proposed as Individual Sureties:

(1) A current list of all other bonds (bid, performance, and payment) on which the individual is a surety and bonds for which the individual is requesting to be a surety.

(2) A statement as to the percent of completion of projects for which the individual is bound on a performance bond.

This information is necessary to enable the Contracting Officer to evaluate the sufficiency of the surety's net worth in a timely manner.

21. FAC 5252.228-9302, BID GUARANTEE (JAN 1996)

To assure the execution of the contract and the performance and payment bonds, each bidder/offeror shall submit with its bid/offer a guarantee bond (Standard Form 24) executed by a surety company holding a certificate of authority from the Secretary of the Treasury as an acceptable surety, or other security as provided in FAR clause 52.228-1, "Bid Guarantee." Security shall be in the penal sum equal to at least of 20 percent of the largest amount for which award can be made under the bid submitted, but in no case to exceed $3,000,000. The bid guarantee bond shall be accompanied by a copy of the agent's authority to sign bonds for the surety company.

22. FAR 52.233-2, SERVICE OF PROTEST (AUG 1996)

a. Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Karen Powell, Code 021, Engineering Field Activity, West, Naval Facilities Engineering Command, 900 Commodore Drive, San Bruno, CA 94066-5006.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

23. FAR 52.236-27, SITE VISIT (CONSTRUCTION) (FEB 1995) ALTERNATE I (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigation and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) An organized site visit has been scheduled for:

______________________________________________

(Insert date and time)

(c) Participants will meet at--

______________________________________________

(Insert location)

24. FAR 52.236-28, PREPARATION OF PROPOSALS - CONSTRUCTION (OCT 1997)

(a) Proposals must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a proposal must initial each erasure or change appearing on any proposed form.

(b) The proposal form may require offerors to submit proposed prices for one or more items on various bases, including--

(1) Lump sum prices;

(2) Alternate prices;

(3) Units of construction; or

(4) Any combination of paragraphs (b)(1) through (b)(3) of this provision.

(c) If the solicitation requires submission of a proposal on all items, failure to do so may result in the proposal being rejected without further consideration. If a proposal on all items is not required, offerors should insert the words "no proposal" in the space provided for any item on which no price is submitted.

(d) Alternate proposals will not be considered unless his solicitation authorizes their submission.

25. FAR 52.252-1, SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov/far

DOCUMENT 00202

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS

A. **Evaluation Factors for Award:** This is a two-phase, design-build source selection. Proposals will be rated on the basis of five Technical Evaluation Factors; two in Phase One, and three additional Technical Evaluation Factors in Phase Two. The two Technical Evaluation Factors in Phase One are approximately equal in weight for the purpose of determining which offerors will submit proposals for Phase Two. Phase Two technical proposals will be rated on the basis of all five Technical Evaluation Factors. For Phase Two, all five Technical Evaluation Factors are approximately equal in weight, and when combined, are weighted approximately equal to the Price Evaluation Factor.

B. **Technical Evaluation Factors:**

1. **FACTOR 1, Past Performance (Phase One and Two)** This factor evaluates past performance for current projects and projects completed within the last three years on work similar to that within the scope of work of this solicitation. Offerors are encouraged to provide information on any problems encountered during performance of these contracts and any corrective actions taken by the offeror. In evaluating past performance, the Government shall consider information in the offeror's proposal and information from other sources including references, customers, Government agencies, and other sources deemed necessary.

2. **FACTOR 2, Corporate and Key Personnel Experience (Phase One and Two)** This factor evaluates the recent experience and qualifications of the offeror and the offeror's proposed project team (design and construction teams), within the last five years in undertaking projects of similar scope and complexity and the proposed key personnel's contribution to the past performance considered in Factor 1. Offerors may determine who are key personnel but shall, at a minimum, include a project manager, project superintendent, and quality control manager. Note: The proposed key personnel shall be required to perform on the contract in their proposed roles. Substitution of key personnel after award is undesirable and should only be requested in accordance with NAVFAC P-68 Clause 5252.237-9301 in unavoidable circumstances.

3. **FACTOR 3, Construction Schedule (Phase Two only)** This factor evaluates the extent to which the schedule demonstrates a clear understanding of the requirements, is realistic and logical, and offers benefits to the Government in terms of delivery schedule. Offers proposing less than ______ days *(number of days to be provided in Phase 2)* for completion time with a logical approach to complete the work will receive a strength for this factor. The proposed completion time will be the basis for establishing the contract completion date.

4. **FACTOR 4, Quality (Phase Two only)** This factor evaluates the extent to which the contractor proposes to go beyond the stated minimum design requirements. Minimum design requirements will be provided in Phase 2.

5. **FACTOR 5, Commitment to Small Business (Phase Two only)** This factor evaluates the extent of the offeror's commitment to having work performed by Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB); Historically Underutilized Business Zone (HUBZONE), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MI), concerns. If the offeror is a large business, this factor also evaluates the offeror's past achievements in meeting small business subcontracting goals.

C. Price Evaluation Factor:

1. The Government will evaluate the total proposed price of the base and option (if any) requirements.

2. Price evaluation will not be based upon absolute standards or given an adjectival rating, but will be an assessment of the reasonableness of the proposed price.

3. The Government will evaluate the fairness and reasonableness of the proposed price using one or more of the following price analysis techniques:

a. Evaluation of proposed price to solicitation requirements and their associated costs;

b. Comparison of proposed price with the independent Government estimate;

c. Comparison of proposed price to all other proposed prices; and,

d. Identification of prices which are unreasonably high or low.

D. **Technical Submittal Requirements:** The offeror's Phase One technical proposal shall be limited to 30 single sided, 8 ½ by 11 inch pages of text with 10 point font or larger. The Phase Two technical proposal shall be limited to 30 8 ½ by 11 inch pages of text with 10 point font or larger The page limitation does not include the Standard Form 1442, Solicitation, Offer, and Award; construction schedule, and SF 294s. If the technical proposal exceeds the stated page limitation, only the first 30 pages will be evaluated. The technical proposal shall be presented in three ring binders with dividers separating each evaluation factor. Offerors are advised that the required data listed below will be utilized for technical review and evaluation and for determination of a "rating" by a Technical Evaluation Team. The proposal should address the Technical Evaluation Factors specified below in the following format:

**PHASE ONE**:

1. **Factor 1: Past Performance**

a. Provide specific examples that demonstrate successful past performance as defined in Technical Evaluation Factor 1 as a prime contractor on comparable projects within the last three years. Provide examples in the following format:

Contract Number:

Project Title and Description:
Contract Award Date and Price:

Current or Actual Completion Date:

Percentage of Completion and Current Price:

Performance Evaluation Rating Received:

Owner and Point of Contact—Agency, Name, Address, Phone, E-mail Address:
Involvement of Proposed Key Personnel:

Description of Requirements and/or Complexity of the Project:

If the project was similar to the scope of work described in this solicitation, briefly describe the similarities:

Major Problems Encountered on Project and Resolution:

b. Provide any letters of commendations and awards received during the last three years.

c. Provide data concerning safety:

(1) OSHA incidence rate for the last three years; and,

(2) Most recent Experience Modification Rate (EMR) in California.

2. **Factor 2: Corporate and Key Personnel Experience:**

a. Provide additional corporate examples of similar projects within the past 5 years in the same format as Factor 1 (do not repeat the projects listed for the last 3 years in Factor 1 as they will be considered to evaluate corporate experience).

b. Provide the resumes of the proposed project team including, as a minimum, the Design Consultant, Project Manager, Project Superintendent, and the Quality Control Manager. Include in the resumes a description of the experience, education, capability to undertake the responsibilities of this contract, and how the personnel contributed to the commended performance in the "Past Performance" factor.

**PHASE TWO:**

3. **Factor 3: Construction Schedule:** Provide a network schedule based on the critical path method. Submission may be either a bar chart or a network diagram. The schedule shall assume an award date of **15 May 2001** and include time for significant project activities including all submittal requirements, government reviews, lead time for equipment, and actual construction. The schedule shall be a minimum of 50 activities and clearly identify the critical path.

4. **Factor 4: Quality** (to be provided at a later date)

5. **Factor 5**: Commitment to Small Business

The submission for this factor may be provided no later than two calendar days after the due date for receipt of proposals.

a. Describe your firm's commitment to utilizing Small Businesses (SBs), Women-Owned Small Businesses (WOSBs), Small Disadvantaged Businesses (SDBs), Historically Underutilized Business Zone Small Businesses (HUBZONESB), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MIs) to accomplish the work in this solicitation, in the following format:

(1) Note if your firm is a _____Large Business (LB), ____Small Business (SB), ____Small Disadvantaged Business (SDB), ____Women-Owned Small Business (WOSB), or ____Historically Underutilized Business Zone Small Business (HUBZONESB).

(2) Provide a breakout in terms of percentage of the total contract dollar value you anticipate performing as a prime contractor and the total contract dollar value you anticipate subcontracting. Provide the breakout in the following format:

(i) Total contract value to be performed by the prime contractor: ________%

(ii) Total contract value to be subcontracted: ________%

(3) Provide a breakout in terms of percentage goals of the total projected subcontracted goals anticipated to be subcontracted to LBs, SBs, SDBs, WOSBs, and HUBZONESBs. Provide the breakout in the following format:

(i) Total Large Business Subcontracting ________%
(ii) Total Small Business Subcontracting ________%
(Note: The sum of Lines (3)(i) and (3)(ii) must equal the total provided in Line (2)(ii).)

(iii) Of the Total Small Business Subcontracting, indicate what percentage will be:

SB Subcontracting ________%
SDB Subcontracting ________%
WOSB Subcontracting ________%
HUBZONESB Subcontracting ________%

(4) If your firm is a LB, these same percentage goals with the appropriate dollar values must be included in your Subcontracting Plan submitted in accordance with FAR 52.219-9 and DFARS 252.219-7003.

(5) For information purposes, the following are the Navy's goals: 65% of subcontracted work to SBs; 12% of subcontracted work to SDBs; 5% of subcontracted work to WOSBs; and 1% of subcontracted work to HUBZONESBs.

b. Past Commitment (For Large Businesses Only):

(1) For the projects cited as relevant past performance/experience, please provide the Subcontracting Plan goals for each of those projects that required a plan. Also, report the actual accomplishments for each goal. Please report this information using the following matrix.

| PER CENT<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dollar Amount<br>Project | Total<br>Subcont | Total<br>Lge Bus | Total<br>Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: SDBs, WOSBs, HUBZone and HBCU/MI firms are sub-sets of the Small Business percentages and dollar amounts.

c. If applicable, please submit the latest SF 294 prepared for each of the above projects. If the project is completed, please submit the SF 294 that is marked as "FINAL". Small businesses need not submit any SF 294s.

E. **Price Submittal Requirements:**

1. The price proposal shall include costs on the Standard Form 1442; Solicitation, Offer, and Award, for the following:

(a) CLIN 0001: Lump Sum Price for Base Item 0001.

2. Provide a breakdown of the price proposal in CSI division format. This breakdown shall be provided no later than two calendar days after the due date for receipt of proposals.

DOCUMENT 00452

REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACTING BY NEGOTIATION

Solicitation No.: ______________________________

Name and Address of Proposer:
____________________________________________
____________________________________________
____________________________________________

Contractor Establishment Code: __________________

Cage Code: ___________________________________

TIN: _______________________________________

1. SUMMARY

The following clauses are from the Federal Acquisition Regulations (FAR) and Department of Defense Federal Acquisition Regulation Supplement (DFARS). Complete the paragraphs below, and return with the bid forms.

2. FAR 52.203-2, CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

____________________________________________

____________________________________________

____________________________________________

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization); (ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and (iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

3. FAR 52.203-11, CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at "FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions," included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

4. FAR 52.204-3, TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
( ) TIN: _______.
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of a Federal, state or local government;

(e) *Type of organization.*

( ) Sole proprietorship;

( ) Partnership;

( ) Corporate entity (not tax-exempt);

( ) Corporate entity (tax-exempt);

( ) Government entity (Federal, State, or local);

( ) Foreign government;

( ) International organization per 26 CFR 1.6049-4;

( ) Other _________________________.

(f) *Common parent.*

( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

( ) Name and TIN of common parent:

Name ______________________________

TIN ______________________________

5. FAR 52.204-5, WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( )is a women-owned business concern.

6. FAR 52.209-5, CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996)

(a) The Offeror certifies, to the best of its knowledge and belief, that --(i) The Offeror and/or any of its Principals --(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; (B) Have ( ) have not ( ), within a 3-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision. (ii) The Offeror has ( ) has not ( ), within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). This certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section render the maker subject to prosecution under section 1001, title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

7. FAR 52.215-20, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data, offerors may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable.

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Commercial item exception. For a commercial item exception, the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information may include--

(A) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities;

(B) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market;

(C) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The offeror grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this provision, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the offeror's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the offeror is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The offeror shall prepare and submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before contract award (except for unpriced actions such as letter contracts), the offeror shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

8. FAR 52.219-1, SMALL BUSINESS PROGRAM REPRESENTATIONS (OCT 2000)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is _______________ [insert NAICS code].

(2) The small business size standard is ____________ [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(c) Definitions. As used in this provision--

"Service-disabled veteran-owned small business concern"--