(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size
standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

9. FAR 52.219-19, SMALL BUSINESS CONCERN REPRESENTATION FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (OCT 2000)

(a) Definition. "Emerging small business" as used in this solicitation, means a small business concern whose size is no greater than 50 percent of the numerical size standard applicable to the North American Industry Classification System (NAICS) code assigned to a contracting opportunity.

(b) [Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.] The Offeror ( ) is, ( ) is not an emerging small business.

(c) [Complete only if the Offeror is a small business or an emerging small business, indicating its size range.] Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

10. FAR 52.219-21, SMALL BUSINESS SIZE REPRESENTATION FOR TARGETED INDUSTRY CATEGORIES UNDER THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (MAY 1999)

[Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.]

Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| No. of Employees Avg. | Annual Gross Revenues |
|---|---|
| ____ 50 or fewer | ____ $1 million or less |
| ____ 51 - 100 | ____ $1,000,001 - $2 million |
| ____ 101 - 250 | ____ $2,000,001 - $3.5 million |
| ____ 251 - 500 | ____ $3,500,001 - $5 million |
| ____ 501 - 750 | ____ $5,000,001 - $10 million |
| ____ 751 - 1,000 | ____ $10,000,001 - $17 million |
| ____ Over 1,000 | ____ Over $17 million |

11. FAR 52.219-22, SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations. (1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

( ) (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

( ) (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) ( ) For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern

that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:_________________________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

12. FAR 52.222-22, PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that--

(a) It ( ) has, ( ) has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b) It ( ) has, ( ) has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

13. FAR 52.223-4, RECOVERED MATERIAL CERTIFICATION (OCT 1997)

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i), the offeror certifies, by signing this offer, that the percentage of recovered materials to be used in the performance of the contract will be at least the amount required by the applicable contract specification.

14. FAR 52.223-13, CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting Requirements because each such facility is exempt for at least one of the following reasons: [Check each block that is applicable.]

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | J | 1 \| 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 19 DECEMBER 2000 | | |

| 6. ISSUED BY CODE N62474 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | |
|---|---|---|
| | | 9A. AMENDMENT OF SOLICITATION NO.<br>N62474-00-R-3035 |
| | | 9B. DATED (SEE ITEM 11) 11 DEC 2000 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference of to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43 103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

See page 2 for description

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect*

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>BY ____________________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ____________________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

**STANDARD FORM 30** (REV. 10-83)

1. Document 00201, clause 17 (FAR 52.222-23, Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity), paragraph e. is amended to read as follows:

"e. As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is **Monterey, Monterey County, California.**"

2. Document 00452, clause 8 (FAR 52.219-1, Small Business Program Representations), paragraphs (a)(1) and (a)(2) are amended to read as follows:

"(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **23332.**

(2) The small business size standard is **$27,500,000.**"

3. In clarification of the solicitation requirements, no drawings will be issued during Phase 1 of this two-phase solicitation. It is the Government's intent to issue 35% design drawings to those offerors who are selected to participate in Phase 2 (see Document 00201, paragraph 2 for information on the Two-Phase Design-Build Selection Procedures.)

4. All other terms and conditions remain unchanged.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1 \| 1 |
| 2. AMENDMENT/MODIFICATION NO.<br>0002 | 3. EFFECTIVE DATE<br>10JAN2001 | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE N62474<br>ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | 9A. AMENDMENT OF SOLICITATION NO.<br>N62474-00-R-3035 | |
| | | 9B. DATED (SEE ITEM 11) 11DEC2000 | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☒ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

1 The closing date for submission of proposals is extended to 2:00p.m., 23 JANUARY 2001.

2. All other terms and conditions of the solicitation remain unchanged.

*Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.*

| | | | |
|---|---|---|---|
| 15A NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
| 15B. CONTRACTOR/OFFEROR<br>BY ____________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ____________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

STANDARD FORM 30 (REV. 10-83)

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1 \| 2 |
| 2. AMENDMENT/MODIFICATION NO.<br>0003 | 3. EFFECTIVE DATE<br>12JAN2001 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE N62474<br>ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | 9A. AMENDMENT OF SOLICITATION NO.<br>N62474-00-R-3035 | |
| | | 9B. DATED (SEE ITEM 11) 11DEC2000 | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference of to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIED THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDERED IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

SEE PAGE 2 FOR DESCRIPTION

*Except as provided herein all terms and conditions of the document referenced in Item 9A or 10A as heretofore changed, remains unchanged and in full force and effect*

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
| 15B. CONTRACTOR/OFFEROR<br>BY ____________<br>*(Signature of Person Authorized to Sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ____________<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

**STANDARD FORM 30** (REV. 10-83)

1. Document 00201, "Instructions to Proposers," paragraphs 2 and 3 are amended to read as follows:

2. DESIGN-BUILD SELECTION PROCEDURES

(a) This solicitation is for the design-build of the facility described above. Technical and price information submitted in response to this solicitation shall be provided and evaluated in two separate submissions, hereinafter referred to as Part 1 and Part 2.

(b) Part 1 of the technical evaluation will address the following technical factors: (1) Past Performance, and (2) Corporate and Key Personnel Experience.

(c) Part 2 of the evaluation will address price and the following technical factor: (1) Commitment to Small Business.

3. NUMBER OF COPIES OF SUBMISSION FOR PART 1

Proposal documents for Part 1 of this solic itation are due at the address shown in Block 8 of the Standard Form (SF) 1442 and shall include the following:

(a) SF 1442, Solicitation, Offer, and Award (original)

(b) Representations and Certifications, Document 00452 of this solicitation (original)

(c) Technical Proposal per submittal requirements for Part 1 in Document 00202 of this solicitation (original and 2 copies).

2. The attached Document 00202, "Evaluation Factors for Award and Submittal Requirements" replaces Document 00202 previously issued in its entirety.

3. The time and date for receipt of proposals remains 2:00 p.m., 23 January 2001.

4. All other terms and conditions remain unchanged.

DOCUMENT 00202

DESIGN-BUILD OF THE BUILDING 245 EXTENSION
AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

**EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS**

A. **Evaluation Factors for Award:** This is a Best Value Trade-Off source selection for the design-build of an extension to Bldg. 245 at NPS Monterey. Technical and Price information will be submitted in two separate parts, identified as Part One and Part Two. In determining the best value to the Government, proposals will be rated on the basis of three Technical Evaluation Factors (two in Part One, and one additional Technical Evaluation Factor in Part Two), and price. All offerors submitting technical proposals in Part One will be provided the opportunity to submit proposals for Part Two. Part Two proposals will be rated on the basis of all three Technical Evaluation Factors which are approximately equal in weight, and when combined, are weighted approximately equal to the Price Evaluation Factor.

B. **Technical Evaluation Factors:**

1. **FACTOR 1, Past Performance (Part One and Two)** This factor evaluates past performance for current projects and projects completed within the last three years on work similar to that within the scope of work of this solicitation. Offerors are encouraged to provide information on any problems encountered during performance of these contracts and any corrective actions taken by the offeror. In evaluating past performance, the Government shall consider information in the offeror's proposal and information from other sources including references, customers, Government agencies, and other sources deemed necessary.

2. **FACTOR 2, Corporate and Key Personnel Experience (Part One and Two)** This factor evaluates the recent experience and qualifications of the offeror and the offeror's proposed project team (design and construction teams), within the last five years in undertaking projects of similar scope and complexity and the proposed key personnel's contribution to the past performance considered in Factor 1. Offerors may determine who are key personnel but shall, at a minimum, include a project manager, project superintendent, and quality control manager. Note: The proposed key personnel shall be required to perform on the contract in their proposed roles. Substitution of key personnel after award is undesirable and should only be requested in accordance with NAVFAC P-68 Clause 5252.237-9301 in unavoidable circumstances.

3. **FACTOR 3, Commitment to Small Business (Part Two only)** This factor evaluates the extent of the offeror's commitment to having work performed by Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB); Historically Underutilized Business Zone (HUBZONE), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MI), concerns. If the offeror is a large business, this factor also evaluates the offeror's past achievements in meeting small business subcontracting goals.

C. Price Evaluation Factor:

1. The Government will evaluate the total proposed price of the base and option (if any) requirements.

2. Price evaluation will not be based upon absolute standards or given an adjectival rating, but will be an assessment of the reasonableness of the proposed price.

3. The Government will evaluate the fairness and reasonableness of the proposed price using one or more of the following price analysis techniques:

a. Evaluation of proposed price to solicitation requirements and their associated costs;

b. Comparison of proposed price with the independent Government estimate;

c. Comparison of proposed price to all other proposed prices; and,

d. Identification of prices which are unreasonably high or low.

D. **Technical Submittal Requirements:** The offeror's Part One technical proposal shall be limited to 30 single sided, 8 ½ by 11 inch pages of text with 10 point font or larger. The Part Two technical proposal shall be limited to 30 8 ½ by 11 inch pages of text with 10 point font or larger The page limitation does not include the Standard Form 1442, Solicitation, Offer, and Award; construction schedule, and SF 294s. If the technical proposal exceeds the stated page limitation, only the first 30 pages will be evaluated. The technical proposal shall be presented in three ring binders with dividers separating each evaluation factor. Offerors are advised that the required data listed below will be utilized for technical review and evaluation and for determination of a "rating" by a Technical Evaluation Team. The proposal should address the Technical Evaluation Factors specified below in the following format:

**PART ONE**:

1. **Factor 1: Past Performance**

a. Provide specific examples that demonstrate successful past performance as defined in Technical Evaluation Factor 1 as a prime contractor on comparable projects within the last three years. Provide examples in the following format:

Contract Number:

Project Title and Description:
Contract Award Date and Price:

Current or Actual Completion Date:

Percentage of Completion and Current Price:

Performance Evaluation Rating Received:

Owner and Point of Contact—Agency, Name, Address, Phone, E-mail Address:
Involvement of Proposed Key Personnel:

Description of Requirements and/or Complexity of the Project:

If the project was similar to the scope of work described in this solicitation, briefly describe the similarities:

Major Problems Encountered on Project and Resolution:

b. Provide any letters of commendations and awards received during the last three years.

c. Provide data concerning safety:

(1) OSHA incidence rate for the last three years; and,

(2) Most recent Experience Modification Rate (EMR) in California.

2. **Factor 2: Corporate and Key Personnel Experience:**

a. Provide additional corporate examples of similar projects within the past 5 years in the same format as Factor 1 (do not repeat the projects listed for the last 3 years in Factor 1 as they will be considered to evaluate corporate experience).

b. Provide the resumes of the proposed project team including, as a minimum, the Design Consultant, Project Manager, Project Superintendent, and the Quality Control Manager. Include in the resumes a description of the experience, education, capability to undertake the responsibilities of this contract, and how the personnel contributed to the commended performance in the "Past Performance" factor.

**PART TWO:**

3. **Factor 3**: Commitment to Small Business

The submission for this factor may be provided no later than two calendar days after the due date for receipt of proposals.

a. Describe your firm's commitment to utilizing Small Businesses (SBs), Women-Owned Small Businesses (WOSBs), Small Disadvantaged Businesses (SDBs), Historically Underutilized Business Zone Small Businesses (HUBZONESB), and Historically Black Colleges and Universities/Minority Institutions (HBCU/MIs) to accomplish the work in this solicitation, in the following format:

(1) Note if your firm is a:

- ☐ Large Business (LB)
- ☐ Small Business (SB)
- ☐ Small Disadvantaged Business (SDB)
- ☐ Women-Owned Small Business (WOSB)
- ☐ Historically Underutilized Business Zone Small Business (HUBZONESB)

(2) Provide a breakout in terms of percentage and dollar amount of (i) the total contract dollar value you anticipate performing as a prime contractor, (ii) the total contract dollar value you anticipate subcontracting, and (iii) of the total projected subcontract amount, anticipated goals to be subcontracted to LBs, SBs, SDBs, WOSBs, and HUBZONESBs. Provide the breakout in the following format:

| | | Percentage | Dollar Value |
|---|---|---|---|
| a. | Total contract value to be performed by the Prime contractor | % | $ |
| b. | Total contract value to be subcontracted | % | $ |
| c. | Total Lines a + b. (Must equal total offered price) | 100% | $ |
| | **Subcontract Goals** | | |
| d. | Total Large Business subcontract goal | % | $ |
| e. | Total Small Business subcontract goal | % | $ |
| f. | Total Subcontract Goal, Lines d + e. (Dollar value must equal Line b) | 100% | $ |
| | **Small Business Subcontract Goals** | | |
| g. | SDB subcontract goal | % | $ |
| h. | WOSB subcontract goal | % | $ |
| i. | HUBZONESB subcontract goal | % | $ |
| j. | Other SB subcontract goal not categorized above | % | $ |
| k. | Total Small Business Subcontract Goal, Lines g + h + i +j (Dollar value must equal Line e) | 100% | $ |

(3) If your firm is a LB, these same percentage goals with the appropriate dollar values must be included in your Subcontracting Plan submitted in accordance with FAR 52.219-9 and DFARS 252.219-7003.

(4) For information purposes, the following are the Navy's goals: 65% of subcontracted work to SBs; 12% of subcontracted work to SDBs; 5% of subcontracted work to WOSBs; and 1% of subcontracted work to HUBZONESBs.

b. Past Commitment (For Large Businesses Only):

(1) For the projects cited as relevant past performance/experience, please provide the Subcontracting Plan goals for each of those projects that required a plan. Also, report the actual accomplishments for each goal. Please report this information using the following matrix.

| PER CENT Project | Total Subcont | Total Lge Bus | Total Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dollar Amount Project | Total Subcont | Total Lge Bus | Total Sm Bus | SDB | WOSB | HUBZone | HBCU/MI |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: SDBs, WOSBs, HUBZone and HBCU/MI firms are sub-sets of the Small Business percentages and dollar amounts.

c. If applicable, please submit the latest SF 294 prepared for each of the above projects. If the project is completed, please submit the SF 294 that is marked as "FINAL". Small businesses need not submit any SF 294s.

E. **Price Submittal Requirements:**

1. The price proposal shall include costs on the Standard Form 1442; Solicitation, Offer, and Award, for the following:

(a) CLIN 0001: Lump Sum Price for Base Item 0001.

(b) CLIN 0002: Unit price for variance of up to 100 lineal feet of 30-inch diameter drilled caissons, greater or less than 672 lineal feet.

(c) CLIN 0003: Unit price for variance of up to 120 lineal feet of 24-inch diameter drilled caissons, greater or less than 810 lineal feet.

2. Provide a breakdown of the price proposal in CSI division format. This breakdown shall be provided no later than two calendar days after the due date for receipt of proposals.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 6

2. AMENDMENT/MODIFICATION NO.: 0004

3. EFFECTIVE DATE: 19 MARCH 2001

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

ῦUED BY — CODE: N62474

ᵻINEERING FIELD ACTIVITY WEST
ᵻAVAL FACILITIES ENGINEERING COMMAND
900 COMMODORE DRIVE
SAN BRUNO, CA 94066-5006

7. ADMINISTERED BY *(If other than Item 6)* — CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

CODE — FACILITY CODE

(✔) X — 9A. AMENDMENT OF SOLICITATION NO.: N62474-00-R-3035

9B. DATED *(SEE ITEM 11)*: 11 December 2000

10A. MODIFICATION OF CONTRACT/ORDER NO

10B. DATED *(SEE ITEM 13)*

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; of (c) By separate letter of telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✔) | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DECRIPTION OF **AMENDMENT**/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**AMENDMENT**

DESIGN-BUILD OF THE BUILDING 245 EXTENSION AT THE NAVAL POSTGRADUATE SCHOOL, MONTEREY, CALIFORNIA

1. This amendment is intended for those offerors who submitted (Part One) proposals under the solicitation which addressed (1) Past Performance, and (2) Corporate and Key Personnel Experience.

**(SEE ENCLOSED)**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER *(Type of print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)*

15B. CONTRACT/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

*(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**STANDARD FROM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 DFR) 53.243

**AMENDMENT 0004 (CONTINUED)**

2. This amendment provides offerors with the SF 1442, SOLICITATION, OFFER AND AWARD; Sections 00600, 00710, 00711, 00830, Division 01, General Requirements, and 45 Drawings. These documents are provided to offerors in pdf format on a compact disc (CD). (the drawings are designated by alpha-numerics such as A1, A2, etc.). The detail of this amendment is as follows:

SOLICITATION, OFFER AND AWARD (STANDARD FORM 1442)

| | |
|---|---|
| Document 00010 | Project Table of Contents |
| 00452 | Representations and Certifications for Contract by Negotiation |
| 00600 | Bonds and Certifications |
| 00710 | Contract Clauses, FAR 52.202 through 52.228 |
| 00711 | Contract Clauses, FAR 52.229 through 52.252 |
| 00830 | Davis Bacon Wage Determination |
| Section 01112 | General Design and Construction Criteria |
| 01200 | Price and Payment Procedures |
| 01310 | Administrative Requirements |
| 01321 | Network Analysis Schedules (NAS) |
| 01331 | Submittal Requirements After Award |
| 01332 | Submittal During Construction for Design Build |
| 01420 | References |
| 01450 | Quality Control |
| 01500 | Temporary Facilities and Controls |
| 01525 | Safety Requirements |
| 01572 | Waste Management |
| 01575 | Temporary Environmental Controls |
| 01580 | Project Identification |
| 01600 | Materials and Equipment |
| 01730 | Alteration to Existing Work |
| 01770 | Closeout Procedures |
| 01782 | OMSI Manual for Design Build |
| Appendix A | Geotechnical Report |

**AMENDMENT 0004 (CONTINUED)**

Preliminary Design Drawings:

| NAVFAC DWG NO. | DWG NO. | DRAWING TITLE |
|---|---|---|
| 6458066 | T1 | Drawing Index, Vicinity Map, Location Map |
| 6458067 | T2 | Abbreviations, Symbols, Materials Indications |
| 6458068 | C1 | Existing Topography |
| 6458069 | C2 | Demolition Plan |
| 6458070 | C3 | Utility Site Plan |
| 6458071 | C4 | Plot Plan |
| 6458072 | C5 | Grading Plan |
| 6458073 | C6 | Paving Plan |
| 6458074 | C7 | Painting and Striping Plan |
| 6458075 | GT1 | Boring Logs |
| 6458076 | GT2 | Boring Logs |
| 6458077 | L1 | Landscape Plan |
| 6458078 | A1 | Site Plan |
| 6458079 | A2 | First Floor Plan & Room Finish Schedule |
| 6458080 | A3 | Second Floor Plan & Room Finish Schedule |
| 6458081` | A4 | West Elevation & North Elevation |
| 6458082 | A5 | East Elevation & Section @ Window Wall-Lobby |
| 6458083 | A6 | Building Section |
| 6458084 | A7 | Roof Plan |
| 6458085 | A8 | First Floor Reflected Ceiling Plan |
| 6458086 | A9 | Second Floor Reflected Ceiling Plan |
| 6458087 | A10 | Wall Sections |
| 6458088 | S1 | Structural Notes and Typical Details |
| 6458089 | S2 | Foundation Plan |
| 6458090 | S3 | Second Floor Framing Plan |
| 6458091 | S4 | Roof Framing Plan |
| 6458092 | S5 | North and West Elevations |

| | | |
|---|---|---|
| 6458093 | S6 | South and East Elevations |
| 6458094 | S7 | Foundation Details |
| 6458095 | S8 | Structural Details |
| 6458096 | S9 | Metal Deck Details |

**AMENDMENT 0004 (CONTINUED)**

| | | |
|---|---|---|
| 6458097 | S10 | Steel Details |
| 6458098 | M1 | Legend and Abbreviations |
| 6458099 | M2 | First Floor Plan |
| 6458100 | M3 | Second Floor Plan |
| 6458101 | M4 | Diagrams |
| 6458102 | M5 | Details |
| 6458103 | E1 | Symbol List, Abbreviations & Drawing Index |
| 6458104 | E2 | Site Plan |
| 6458105 | E3 | First Floor Plan & Fixture Sched.-Lighting, Power & Signal |
| 6458106 | E4 | Second Floor Plan & Fixture Sched.-Lighting, Power & Signal |
| 6458107 | E5 | Power One Line Diagram |
| 6458108 | E6 | Fire Alarm, Telephone, and Data Riser Diagrams |
| 6458109 | FP1 | First Floor Plan |
| 6458110 | FP2 | Second Floor Plan |

3. In regards Document 00710 (Contract Clauses), **Clause No. 68, FAR 52.227-4 -- Patent Indemnity -- Construction Contracts (Apr 1984)**, the following subparagraph applies:

Except as otherwise provided, the Contractor agrees to indemnify the Government and its officers, agents, and employees against liability, including costs and expenses, for infringement upon any United States patent (except a patent issued upon an application that is now or may hereafter be withheld from issue pursuant to a Secrecy Order under 35 U.S.C. 181) arising out of performing this contract or out of the use or disposal by or for the account of the Government of supplies furnished or work performed under this contract.

4. In regards Section 01310, Administrative Requirements, Part 1, General, an additional Paragraph (1.5) is hereby added which reads as follows:

1.5 AVAILABILITY OF CADD DRAWING FILES

After award and upon request, the electronic "Computer Aided Drafting and Design (CADD)" drawing files will be made available to the Contractor for use in preparation of construction data related to the referenced contract subject to the following terms and conditions.

Data contained on these electronic files shall not be used for any purpose other than as a convenience in the preparation of construction data for the referenced project. Any other use or reuse shall be at the sole risk of the Contractor and without liability or legal exposure to the Government. The Contractor shall make no claim and waives to the fullest extent permitted by law, any claim or cause or action of any nature against the Government, its agents or sub consultants that may arise out of or in connection with the use of these electronic files. The Contractor shall, to the fullest extent permitted by law, indemnify and hold the Government harmless against all damages, liabilities or costs, including reasonable attorney's fees and defense costs, arising out of or resulting from the use of these electronic files.

These electronic CADD drawing files are not construction documents. Differences may exist between the CADD files and the corresponding construction documents. The Government makes no representation regarding the accuracy or completeness of the electronic CADD files, nor does it make representation to the compatibility of these files with the Contractors hardware of software. In the event that a conflict arises between the signed and sealed construction documents prepared by the Government and the furnished CADD files, the signed and sealed construction documents shall govern. The Contractor is responsible for determining if any conflict exists. Use of these CADD files does not relieve the Contractor of duty to fully comply with the contract documents, including and without limitation, the need to check, confirm and coordinate the work of all contractors for the project.

If the Contractor uses, duplicates and/or modifies these electronic CADD files for use in producing construction data related to this contract, all previous indicia of ownership (seals, logos, signatures, initials and dates) shall be removed."

4. In regards Section 01331, Submittal Requirements After Award, Paragraph 1.3.c. is hereby changed to read as follows:

> c. To approve RFP stipulated portions of project design. There are various other required submittals, not associated with the design process which must be provided and approved prior to the commencement of construction. Construction cannot proceed until all required submittals are approved.

3. Divisions 02 through 16 (which address site work, concrete, mechanical, electrical, etc.) will be issued via a subsequent amendment. Issuance of this subsequent amendment is anticipated on or about 10 April 2001.

4. Changes made to the solicitation in amendments 0001 and 0003 have been incorporated into the applicable documents attached to this amendment.

5. **NOTE TO OFFERORS:** This is a design build contract. The design shown on the drawings included in this solicitation will require significant development based on requirements in Section 01112 before pricing can take place. The Government's schedule is firm. Offerors' attention to design is considered necessary for adequate pricing.

6. Closing date for receipt of (Part Two) proposals which shall address (3) Commitment to Small Business, and (4) Price is 2:00 p.m., 8 May 2001.

7. All other terms and conditions remain unchanged.

Request for Proposals No.:
N62474-00-C-3035

Engineering Field Activity West
Naval Facilities Engineering Command
900 Commodore Drive
San Bruno, CA 94066-0720

# P-189, BUILDING 245 EXTENSION
# FY 2001 MCON PROJECT

**Naval Postgraduate School**
**Monterey, California**

# Construction Solicitation and Specifications

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. N62474-00-R-3035 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 11 DEC 2000 | PAGE OF PAGES 1 OF 2 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | | |

| 7. ISSUED BY CODE N62474 | 8. ADDRESS OFFER TO |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>ATTN: A. T. LAWRENCE, CODE 0212ATL<br>BLDG 205, 1ST FLOOR<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006<br><br>MARK SUBMITTAL: "PROPOSAL ENCLOSED" |

| 9. FOR INFORMATION CALL: ▶ | A. NAME A. T. LAWRENCE | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* e-mail: LawrenceAT@efawest.navfac.navy.mil |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and offeror" mean bid" and bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Design-build of the Building 245 Extension at the Naval Postgraduate School, Monterey, California

Work includes the design and construction of a basement with two story aboveground office/classroom building, or a three story aboveground office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities improvements and relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

Offeror shall state that its price proposal is for "a basement with two story aboveground office/classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building". If the offeror does not specifically state that its price proposal is for "a basement with two story aboveground office/ classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building", then its price proposal will be considered as non-responsive, and will not considered.

Note: Offerors must execute Blocks 14 through 20C on Page 2 of this SF 1442.

11. The Contractor shall begin performance within 15 calendar days and complete it within TBD calendar days after receiving ☒ award, ☐ notice to proceed. This performance is ☒ mandatory, ☐ negotiable. *(See __________.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* YES | 12B. CALENDAR DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00 P.M. *(hour)* local time 8 May 2001 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(d)

**OFFER (Must be fully completed by offeror)**

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
| | 16. REMITTANCE ADDRESS (Include only if different from Item 14) |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19 ACKNOWLEDGEMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT NO. | | | | | | | | | | |
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

**AWARD *(To be completed by Government)***

21. ITEMS ACCEPTED:

| | | |
|---|---|---|
| 22 AMOUNT | | 23. ACCOUNTING AND APPROPRIATION DATA |
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( ) |
| 26. ADMINISTERED BY | | 27 PAYMENT WILL BE MADE BY |

***CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE***

| | |
|---|---|
| 28 NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract. | 29 AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummated the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* |

| | | | |
|---|---|---|---|
| ‚IGNATURE | 30C DATE | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE |

**STANDARD FORM 1442 BACK** (REV 4-85)

**DOCUMENT 00010**

**PROJECT TABLE OF CONTENTS**

**RREQUEST FOR PROPOSAL**

SOLICITATION, OFFER AND AWARD (STANDARD FORM 1442)

00010 PROJECT TABLE OF CONTENTS

00201 INSTRUCTIONS TO PROPOSERS
00202 EVALUATION FACTORS FOR AWARD AND SUBMITTAL REQUIREMENTS
00452 REPRESENTATIONS AND CERTIFICATIONS FOR CONTRACT BY NEGOTIATION
00600 BONDS AND CERTIFICATIONS
00710 CONTRACT CLAUSES, FAR 52.202 THROUGH 52. 228
00711 CONTRACT CLAUSES, FAR 52.229 THROUGH 52. 252
00830 DAVIS-BACON WAGE DETERMINATION

DIVISION 01 - GENERAL REQUIREMENTS

01112 GENERAL DESIGN AND CONSTRUCTION CRITERIA
01200 PRICE AND PAYMENT PROCEDURES
01310 ADMINISTRATIVE REQUIREMENTS
01321 NETWORK ANALYSIS SCHEDULES (NAS)
01331 SUBMITTAL REQUIREMENTS AFTER AWARD
01332 SUBMITTALS DURING CONSTRUCTION FOR DESIGN BUILD
01420 REFERENCES
01450 QUALITY CONTROL
01500 TEMPORARY FACILITIES AND CONTROLS
01525 SAFETY REQUIREMENTS
01572 WASTE MANAGEMENT
01575 TEMPORARY ENVIRONMENTAL CONTROLS
01580 PROJECT IDENTIFICATION
01600 MATERIALS AND EQUIPMENT
01730 ALTERATIONS TO EXISTING WORK
01770 CLOSEOUT PROCEDURES
01782 OMSI MANUAL FOR DESIGN BUILD

DIVISION 02 - SITE WORK

02220 SITE DEMOLITION
02231 CLEARING AND GRUBBING
02301 EARTHWORK FOR STRUCTURES AND PAVEMENTS
02302 EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES
02315 EXCAVATION AND FILL
02468 DRILLED FOUNDATION CAISSONS
02510 WATER DISTRIBUTION
02530 SANITARY SEWERAGE
02559 VALVE MANHOLES AND PIPING AND EQUIPMENT IN VALVE MANHOLES
02630 STORM DRAINAGE
02741 ASPHALT CONCRETE FOR VEHICULAR TRAFFIC
02787 SLURRY SEAL
02811 IRRIGATION SPRINKLER SYSTEMS
02930 EXTERIOR PLANTS
02935 LANDSCAPE MAINTENANCE

DIVISION 03 - CONCRETE

03300 CAST-IN-PLACE CONCRETE

DIVISION 05 - METALS

05120 STRUCTURAL STEEL
05310 STEEL DECKS
05500 METAL FABRICATIONS

DIVISION 06 - WOODS & PLASTICS

06200 FINISH CARPENTRY

DIVISION 07 - THERMAL & MOISTURE PROTECTION

07212 MINERAL FIBER BATT INSULATION
07513 BUILT-UP ASPHALT ROOFING (MINERAL SURFACED)
07600 FLASHING AND SHEET METAL
07840 FIRESTOPPING
07920 JOINT SEALANTS

DIVISION 08 - DOORS & WINDOWS

08110 STEEL DOORS AND FRAMES
08120 ALUMINUM STOREFRONT SYSTEM
08210 WOOD DOORS
08450 FRAMELESS TEMPERED GLASS DOORS
08710 DOOR HARDWARE
08800 GLAZING
08900 GLAZED CURTAIN WALL

DIVISION 09 - FINISHES

09100 METAL SUPPORT ASSEMBLIES
09250 GYPSUM BOARD
09310 CERAMIC TILE, QUARRY TILE, AND PAVER TILE
09510 ACOUSTICAL CEILINGS
09611 FIBERGLASS REINFORCED FLOOR SEALING SYSTEM
09630 STONE FLOORING
09685 CARPET TILE
09900 PAINTS AND COATINGS

DIVISION 10 - SPECIALTIES

10100 MARKERBOARDS
10153 TOILET PARTITIONS
10201 ROOF SCREEN LOUVERS
10400 IDENTIFICATION DEVICES
10441 SAFETY AND ACCESSIBILITY SIGNAGE
10520 FIRE EXTINGUISHER CABINETS
10615 DEMOUNTABLE GYPSUM BOARD PARTITIONS
10800 TOILET AND BATH ACCESSORIES

DIVISION 11 - EQUIPMENT

11132 PROJECTION SCREENS

DIVISION 12 - FURNISHINGS

12490 BLINDS, VENETIAN

DIVISION 13 - SPECIAL CONSTRUCTION

13852 INTERIOR FIRE DETECTION AND ALARM SYSTEM
13930 WET-PIPE FIRE SUPPRESSION SPRINKLERS

DIVISION 15 - MECHANICAL

15050 BASIC MECHANICAL MATERIALS AND METHODS
15070 MECHANICAL SOUND, VIBRATION, AND SEISMIC CONTROL
15080 MECHANICAL INSULATION
15181 CHILLED WATER PIPING
15185 LOW TEMPERATURE WATER HEATING SYSTEM
15400 PLUMBING SYSTEMS
15601 CENTRAL REFRIGERATION EQUIPMENT FOR AIR CONDITIONING
15720 AIR HANDLING UNITS
15730 UNITARY AIR CONDITIONING EQUIPMENT
15810 DUCTWORK AND DUCTWORK ACCESSORIES
15901 SPACE TEMPERATURE CONTROL SYSTEMS
15950 HVAC TESTING/ADJUSTING/BALANCING

DIVISION 16 - ELECTRICAL

16050 BASIC ELECTRICAL MATERIALS AND METHODS
16402 INTERIOR DISTRIBUTION SYSTEM
16510 INTERIOR LIGHTING
16520 EXTERIOR LIGHTING
16710 STRUCTURED TELECOMMUNICATIONS CABLING AND PATHWAY SYSTEM

-- End of Project Table of Contents --

DOCUMENT 00201

INSTRUCTIONS TO PROPOSERS

1. DESCRIPTION OF WORK: To obtain Construction of an Extension to Building 245 with matching exterior architectural to the existing Building 245, at the Naval Postgraduate School, Monterey, California. The work shall include the design and construction of a two-story office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work. The building extension consists of academic offices, classrooms, converence/study spaces, and other support spaces.
The design phase includes design and engineering to complete the preparation of detailed working drawings and specifications suitable for construction. The Government has developed mandatory design requirements and preliminary design drawings and prescriptive specifications as the basis for the design build requirements.

The construction phase includes earthwork, foundations, concrete work, structural steel work, concrete fill over metal deck roofing, architectural finishes, HVAC systems, plumbing systems, electrical systems, telecommunication cabling systems, site grading and improvements, utilities, utilities relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

1.1 Information Concerning Cost Targets:
The target cost for this project is $5.4 million. It is the Navy's desire to award this contract at or below target cost.

2. TWO PHASE DESIGN-BUILD SELECTION PROCEDURES

(a) This solicitation is for the design-build of the vacility described above. Technical and price information submitted in response to this solicitation shall be provided and evaluated in two separate submissions, hereinafter referred to as Part 1 and Part 2.

(b) Part 1 of the technical evaluation will address the following technical factors: (1) Past Performance, and (2) Corporate and Key Personnel Experience.

(c) Part 2 of the evaluation will address price and the following technical factor: (1) Commitment to Small Business.

3. NUMBER OF COPIES OF SUBMISSION FOR PHASE 1

Proposal documents for Phase 1 of this solicitation are due at the address shown in Block 8 of the Standard Form (SF) 1442 and shall include the following:

(a) SF 1442, Solicitation, Offer, and Award (original)

(b) Representations and Certifications, Document 00452 of this solicitation (original)

(c) Technical Proposal per submittal requirements for Part 1in Document 00202 of this solicitation (original and 2 copies)

4. FAR 52.204-6 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (JUN 1999)

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.

(2) Company address.

(3) Company telephone number.

(4) Line of business.

(5) Chief executive officer/key manager.

(6) Date the company was started.

(7) Number of people employed by the company.

(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet home page at http://www.customerservice@dnb.com. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

5. DFARS 252.204-7001, COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (AUG 1999)

(a) The offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter "CAGE" before the number.

(b) If the offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Information Service (DLIS). The Contracting Officer will—

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLIS; and

(3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

6. DFARS 252.204-7004, REQUIRED CENTRAL CONTRACTOR REGISTRATION (MAR 2000)

(a) Definitions. As used in this clause:

(1) "Central Contractor Registration (CCR) database" means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) "Data Universal Number System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) "Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.

(4) "Registered in the CCR database" means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://www.ccr2000.com.

7. DFARS 252.209-7001, DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) Definitions. As used in this provision--

(1) "Government of a terrorist country" includes the State and the Government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the Government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award. In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the Government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure. If the Government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the Government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--(1) Identification of each Government holding a significant interest; and

(2) A description of the significant interest held by each Government.

8. FAR 52.211-1, AVAILABILITY OF SPECIFICATIONS LISTED IN THE GSA INDEX OF FEDERAL SPECIFICATIONS, STANDARDS AND COMMERCIAL ITEM DESCRIPTIONS, FPMR PART 101-29 (AUG 1998)

The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to-

GSA Federal Supply Services
Specifications Section, Suite 8100
470 East L'Enfant Plaza, SW
Washington, DC 20407
Telephone (202) 619-8925
Facsimile (202) 619-8978

9. FAR 52.211-2, Availability of Specifications Listed in the DoD Index of Specifications and Standards (DoDISS) and Descriptions Listed in the Acquisition Management Systems and Data Requirements Control List, DoD 5010.12-L (Dec 1999)

Copies of specifications, standards, and data item descriptions cited in this solicitation may be obtained--

(a) From the ASSIST database via the Internet at http://assist.daps.mil; or

(b) By submitting a request to the--

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Telephone (215) 697-2667/2179
Facsimile (215) 697-1462.

10. FAR 52.211-6, BRAND NAME OR EQUAL (AUG 1999)

(a) If an item in this solicitation is identified as "brand name or equal," the purchase description Reflects the characteristics and level of quality that will satisfy the government's needs. The Salient physical, functional, or performance characteristics that "equal" products must meet are Specified in the solicitation.

(b) To be considered for award, offers of "equal" products, including "equal" products of the Brand name manufacturer, must--

(1) Meet the salient physical, functional, or performance characteristic specified in this Solicitation;

(2) Clearly identify the item by--

(i) Brand name, if any; and

(ii) Make or model number;

(3) Include descriptive literature such as illustrations, drawings, or a clear reference to Previously furnished descriptive data or information available to the contracting officer; and

(4) Clearly describe any modifications the offeror plans to make in a product to make it conform To the solicitation requirements. Mark any descriptive material to clearly show the Modifications.

(c) The contracting officer will evaluate "equal" products on the basis of information furnished by the offeror or identified in the offer and reasonably available to the contracting officer. The Contracting officer is not responsible for locating or obtaining any information not identified in the offer.

(d) Unless the offeror clearly indicates in its offer that the product being offered is an "equal" Product, the offeror shall provide the brand name product referenced in the solicitation.

11. FAR 52.211-14, NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be a __ DX rated order; _X_ DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR part 700), and the Contractor will be required to follow all of the requirements of this regulation.

12. DFARS 252.211-7002, AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTINENT DOCUMENTS (DEC 1991)

The specifications, standards, plans, drawings, data item descriptions, and other pertinent documents cited in this solicitation are not available for distribution but may be examined at the following location: On the internet at http://esol.navfac.navy.mil.

13. FAR 52.215-1, Instructions to Offerors--Competitive Acquisition (Feb 2000)

(a) *Definitions*. As used in this provision--

"Discussions" are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"In writing" or "written" means any worded or numbered expression which can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"Proposal modification" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"Proposal revision" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"Time," if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b) *Amendments to solicitations*. If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c) *Submission, modification, revision, and withdrawal of proposals*. (1) Unless other methods (*e.g.*, electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2) The first page of the proposal must show--

(i) The solicitation number;

(ii) The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);

(iii) A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;

(iv) Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and

(v) Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3) *Submission, modification, revision, and withdrawal of proposals.* (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

(ii)(A) Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(*1*) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

(*2*) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(*3*) It is the only proposal received.

(B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(iii) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(iv) If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(v) Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized

representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) *Offer expiration date*. Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

(e) *Restriction on disclosure and use of data*. Offerors that include in their proposals data that they do not want disclosed to the public for any purpose, or used by the Government except for evaluation purposes, shall--

(1) Mark the title page with the following legend:

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed--in whole or in part--for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of--or in connection with--the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [*insert numbers or other identification of sheets*]; and

(2) Mark each sheet of data it wishes to restrict with the following legend:

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

(f) *Contract award*. (1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) The Government may disclose the following information in postaward debriefings to other offerors:

(i) The overall evaluated cost or price and technical rating of the successful offeror;

(ii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection;

(iii) A summary of the rationale for award; and

(iv) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

14. FAR 52.215-16, FACILITIES CAPITAL COST OF MONEY (OCT 1997)

(a) Facilities capital cost of money will be an allowable cost under the contemplated contract, if the criteria for allowability in subparagraph 31.205-10(a)(2) of the Federal Acquisition Regulation are met. One of the allowability criteria requires the prospective contractor to propose facilities capital cost of money in its offer.

(b) If the prospective Contractor does not propose this cost, the resulting contract will include the clause Waiver of Facilities Capital Cost of Money.

15. FAR 52.216-1, TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm fixed price contract resulting from this solicitation.

16. FAR 52.217-5 EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

17. FAR 52.222-23, NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (FEB 1999)

a. The offerors attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

b. The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| 23.6% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

c. The Contractor's compliance with Executive Order 11246 as amended, and the regulations in 41 CFR 60.4 shall be based on its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout

the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60.4. Compliance with the goals will be measured against the total work hours performed.

d. The Contractor shall provide written notification to the Director, Office of Federal Contract Compliance Programs, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the--

(1) Name, address, and telephone number of the subcontractor; (i) Employer identification number of the subcontractor;

(2) Estimated dollar amount of the subcontract;

(3) Estimated starting and completion dates of the subcontract; and

(4) Geographical area in which the subcontract is to be performed.

e. As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Monterey, Monterey County, California.

18. <u>FAR 52.225-9, BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (FEB 2000)</u>

(a) *Definitions*. As used in this clause--

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic preference.* (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

___________"NONE"_____________________

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) *Request for determination of inapplicability of the Buy American Act or Balance of Payments Program.* (1)(i) Any Contractor request to use foreign construction material in