FOOTNOTE:
Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu. yds. and over; Multiple engine scraper (when used as push pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572 or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/box person; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt); Mine or shaft hoist; Portable crusher; Power jumbo operator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on

streets, highways, airports and canals); Deck engineer; Drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcat larger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); Screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip Seal; Self-propelled automatically applied concrete curing mahcine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit sharpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete equipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and dragline over 7 cu. yds.; Crane, over 100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting

device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVERS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTORS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane over 45 tons to 100 tons; Derrick under 100 tons; Self-propelled boom-type lifting device over 45 tons to 100 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

---

ENGI0004L 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, MADERA, MARIPOSA, MONTEREY AND TUOLUMNE COUNTIES: | | |
| BUILDING CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| AREA 1: | | |
| GROUP 1 | 30.40 | 12.79 |
| GROUP 2 | 28.95 | 12.79 |
| GROUP 3 | 27.55 | 12.79 |
| GROUP 4 | 26.22 | 12.79 |
| GROUP 5 | 25.01 | 12.79 |
| GROUP 6 | 23.74 | 12.79 |
| GROUP 7 | 22.65 | 12.79 |
| GROUP 8 | 21.57 | 12.79 |
| GROUP 8-A | 19.45 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 32.40 | 12.79 |
| GROUP 2 | 30.95 | 12.79 |
| GROUP 3 | 29.55 | 12.79 |
| GROUP 4 | 28.22 | 12.79 |
| GROUP 5 | 27.01 | 12.79 |
| GROUP 6 | 25.74 | 12.79 |

| | | |
|---|---|---|
| GROUP 7 | 24.65 | 12.79 |
| GROUP 8 | 23.57 | 12.79 |
| GROUP 8-A | 21.45 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| AREA 1: | | |
| GROUP 1 | 31.25 | 12.79 |
| Truck crane oiler | 24.59 | 12.79 |
| Oiler | 22.42 | 12.79 |
| GROUP 2 | 29.56 | 12.79 |
| Truck crane oiler | 24.35 | 12.79 |
| Oiler | 22.20 | 12.79 |
| GROUP 3 | 27.92 | 12.79 |
| Truck crane oiler | 24.11 | 12.79 |
| Hydraulic | 23.74 | 12.79 |
| Oiler | 21.95 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 33.25 | 12.79 |
| Truck crane oiler | 26.59 | 12.79 |
| Oiler | 24.42 | 12.79 |
| GROUP 2 | 31.56 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.20 | 12.79 |
| GROUP 3 | 29.92 | 12.79 |
| Truck crane oiler | 26.11 | 12.79 |
| Hydraulic | 25.74 | 12.79 |
| Oiler | 23.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 31.56 | 12.79 |
| Truck crane oiler | 24.91 | 12.79 |
| Oiler | 22.74 | 12.79 |
| GROUP 2 | 29.85 | 12.79 |
| Truck crane oiler | 24.68 | 12.79 |
| Oiler | 22.49 | 12.79 |
| GROUP 3 | 28.24 | 12.79 |
| Truck crane oiler | 24.41 | 12.79 |
| Oiler | 22.26 | 12.79 |
| GROUP 4 | 26.54 | 12.79 |
| GROUP 5 | 24.04 | 12.79 |
| GROUP 6 | 21.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTION: | | |
| GROUP 1 | 32.19 | 12.79 |
| Truck crane oiler | 25.20 | 12.79 |
| Oiler | 23.06 | 12.79 |
| GROUP 2 | 30.48 | 12.79 |
| Truck crane oiler | 24.98 | 12.79 |
| Oiler | 22.81 | 12.79 |
| GROUP 3 | 29.09 | 12.79 |
| Truck crane oiler | 24.73 | 12.79 |
| Hydraulic | 24.35 | 12.79 |
| Oiler | 22.58 | 12.79 |
| GROUP 4 | 27.16 | 12.79 |
| GROUP 5 | 25.91 | 12.79 |
| HEAVY AND HIGHWAY CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| AREA 1: | | |
| GROUP 1 | 31.82 | 12.79 |
| GROUP 2 | 30.29 | 12.79 |

| | | |
|---|---|---|
| GROUP 3 | 28.81 | 12.79 |
| GROUP 4 | 27.43 | 12.79 |
| GROUP 5 | 26.16 | 12.79 |
| GROUP 6 | 24.84 | 12.79 |
| GROUP 7 | 23.70 | 12.79 |
| GROUP 8 | 22.56 | 12.79 |
| GROUP 8-A | 20.35 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 33.82 | 12.79 |
| GROUP 2 | 32.29 | 12.79 |
| GROUP 3 | 30.81 | 12.79 |
| GROUP 4 | 29.43 | 12.79 |
| GROUP 5 | 28.16 | 12.79 |
| GROUP 6 | 26.84 | 12.79 |
| GROUP 7 | 25.70 | 12.79 |
| GROUP 8 | 24.56 | 12.79 |
| GROUP 8-A | 22.35 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| AREA 1: | | |
| GROUP 1 | 32.70 | 12.79 |
| Truck crane oiler | 25.73 | 12.79 |
| Oiler | 23.44 | 12.79 |
| GROUP 2 | 30.94 | 12.79 |
| Truck crane oiler | 25.47 | 12.79 |
| Oiler | 23.23 | 12.79 |
| GROUP 3 | 29.20 | 12.79 |
| Truck crane oiler | 25.23 | 12.79 |
| Hydraulic | 24.84 | 12.79 |
| Oiler | 22.95 | 12.79 |
| AREA 2: | | |
| GROUP 1 | 34.70 | 12.79 |
| Truck crane oiler | 27.73 | 12.79 |
| Oiler | 25.44 | 12.79 |
| GROUP 2 | 32.94 | 12.79 |
| Truck crane oiler | 27.47 | 12.79 |
| Oiler | 25.23 | 12.79 |
| GROUP 3 | 31.20 | 12.79 |
| Truck crane oiler | 27.23 | 12.79 |
| Hydraulic | 26.84 | 12.79 |
| Oiler | 24.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 33.04 | 12.79 |
| Truck crane oiler | 26.06 | 12.79 |
| Oiler | 23.78 | 12.79 |
| GROUP 2 | 31.22 | 12.79 |
| Truck crane oiler | 25.81 | 12.79 |
| Oiler | 23.51 | 12.79 |
| GROUP 3 | 29.54 | 12.79 |
| Truck crane oiler | 25.52 | 12.79 |
| Oiler | 23.29 | 12.79 |
| GROUP 4 | 27.77 | 12.79 |
| GROUP 5 | 25.13 | 12.79 |
| GROUP 6 | 22.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 33.67 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.12 | 12.79 |

| | | |
|---|---|---|
| GROUP 2 | 31.90 | 12.79 |
| Truck crane oiler | 26.13 | 12.79 |
| Oiler | 23.85 | 12.79 |
| GROUP 3 | 30.42 | 12.79 |
| Truck crane oiler | 25.86 | 12.79 |
| Hydraulic | 25.47 | 12.79 |
| Oiler | 23.63 | 12.79 |
| GROUP 4 | 28.40 | 12.79 |
| GROUP 5 | 27.10 | 12.79 |

FOOTNOTE:

Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu. yds. and over; Multiple engine scraper (when used as push pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572 or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/box person; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt); Mine or shaft hoist; Portable crusher;

Power jumbo operator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on streets, highways, airports and canals); Deck engineer; Drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcat larger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); Screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip Seal; Self-propelled automatically applied concrete curing mahcine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit sharpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete equipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and dragline over 7 cu. yds.; Crane, over

100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVERS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTORS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane over 45 tons to 100 tons; Derrick under 100 tons; Self-propelled boom-type lifting device over 45 tons to 100 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

----------------------------------------------------------------

IRON0001U 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| IRONWORKERS: | | |
| Fence erector | 23.94 | 14.375 |
| Ornamental, reinforcing and structural | 24.83 | 14.375 |

FOOTNOTE:

CITY OF SAN FRANCISCO (defined as the city limits of San Francisco (as described by the San Francisco County Recorder's Office as of July 1, 1998), the Golden Gate Bridge in its entirety, and the west side of the San Francisco Bay Bridge up to

and including Treasure Island):
Congestion zone fee: $8.00 per day.

---

IRON0001V 07/01/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY COUNTY: | | |
| IRONWORKERS: | | |
| Fence erector | 23.94 | 14.375 |
| Ornamental, reinforcing and structural | 24.83 | 14.375 |

FOOTNOTE:
Work at the Army Defense Language Institute, and the Naval Post Graduate School: $2.00 per hour additional.

---

LABO0036A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO AND SAN MATEO COUNTIES: | | |
| BRICK TENDER | 19.84 | 7.57 |

FOOTNOTES:
Underground work such as sewers, manholes, catch basins, sewer pipes, telephone conduits, tunnels and cut trenches: $5.00 per day additional.
Work in live sewage: $2.50 per day additional.

---

LABO0036B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO AND SAN MATEO COUNTIES: | | |
| PLASTERER TENDER | 19.87 | 7.66 |

FOOTNOTES:
Work on a suspended scaffold: $5.00 per day additional.
Work operating a plaster mixer pump gun: $1.00 per hour additional.

---

LABO0067B 12/01/1998

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA COUNTIES: | | |
| ASBESTOS REMOVAL LABORER | 12.17 | 4.13 |
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| ASBESTOS REMOVAL LABORER | 10.58 | 4.13 |

SCOPE OF WORK:
Covers site mobilization; initial site clean-up; site preparation; removal of asbestos-containing materials from walls and ceilings; or from pipes, boilers and mechanical systems only if they are being scrapped; encapsulation, enclosure and disposal of asbestos-containing materials by hand or with equipment or machinery; scaffolding; fabrication of temporary wooden barriers; and assembly of decontamination stations.

---

LABO0067H 06/26/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| LABORERS: | | |
| Construction specialist group | 22.86 | 7.55 |

| | | |
|---|---|---|
| Group 1 | 22.16 | 7.55 |
| Group 1-a | 22.38 | 7.55 |
| GROUP 1-b: see note below | | |
| GROUP 1-c | 22.21 | 7.55 |
| GROUP 1-d: see note below | | |
| GROUP 1-e | 22.71 | 7.55 |
| GROUP 1-f | 22.74 | 7.55 |
| GROUP 1-g (Contra Costa County) | 22.36 | 7.55 |
| GROUP 2 | 22.01 | 7.55 |
| GROUP 3 | 21.91 | 7.55 |
| GROUP 4 | 15.60 | 7.55 |

See groups 1-b and 1-d under laborer classifications.

GUNITE LABORERS:

| | | |
|---|---|---|
| GROUP 1 | 23.12 | 7.55 |
| GROUP 2 | 22.62 | 7.55 |
| GROUP 3 | 22.03 | 7.55 |
| GROUP 4 | 21.91 | 7.55 |

WRECKING WORK:

| | | |
|---|---|---|
| GROUP 1 | 22.16 | 7.55 |
| GROUP 2 | 22.01 | 7.55 |
| GROUP 3 | 15.60 | 7.55 |

GARDENERS, HORTICULTURAL AND LANDSCAPE LABORERS:

| | | |
|---|---|---|
| New construction | 21.91 | 7.55 |
| Establishment warranty period | 15.60 | 7.55 |

TUNNEL AND SHAFT LABORERS:

| | | |
|---|---|---|
| GROUP 1 | 26.52 | 7.55 |
| GROUP 2 | 26.29 | 7.55 |
| GROUP 3 | 26.04 | 7.55 |
| GROUP 4 | 25.77 | 7.55 |
| GROUP 5 | 25.59 | 7.55 |
| GROUP 6 | 25.05 | 7.55 |

FOOTNOTES:

Laborers working off or with or from bos'n chairs, swinging scaffolds, belts shall receive $0.25 per hour above the applicable wage rate. This shall not apply to workers entitled to receive the wage rate set forth in Group 1-a below.

LABORER CLASSIFICATIONS

CONSTRUCTION SPECIALIST GROUP: Asphalt ironer and raker; Chainsaw; Laser beam in connection with laborers' work; Masonry and plasterer tender; Cast-in-place manhole form setter; Pressure pipelayer; Davis trencher - 300 or similar type (and all small trenchers); Blaster; Diamond driller; Multiple unit drill; Hydraulic drill

GROUP 1: Asphalt spreader boxes (all types); Barko, Wacker and similar type tampers; Buggymobile; Caulker, bander, pipewrapper, conduit layer, plastic pipelayer; Certified hazardous waste worker; Compactors of all types; Concrete and magnesite mixer, 1/2 yd. and under; Concrete pan work; Concrete sander; Concrete saw; Cribber and/or shoring; Cut granite curb setter; Dri-pak-it machine; Faller, logloader and bucker; Form raiser, slip forms; Green cutter; Headerboard, Hubsetter, aligner, by any method; High pressure blow pipe (1-1/2" or over, 100 lbs. pressure/over); Hydro seeder and similar type; Jackhammer operator; Jacking of pipe over 12 inches; Jackson and similar type compactor; Kettle tender, pot and worker applying asphalt, lay-kold, creosote, lime, caustic and similar type materials (applying means

applying, dipping or handling of such materials); Lagging, sheeting, whaling, bracing, trenchjacking, lagging hammer; Magnesite, epoxyresin, fiberglass, mastic worker (wet or dry); No joint pipe and stripping of same, including repair of voids; Pavement breaker and spader, including tool grinder; Perma curb; Pipelayer (including grade checking in connection with pipelaying); Precast-manhole setter; Pressure pipe tester; Post hole digger, air, gas and electric; Power broom sweeper; Power tampers of all types (except as shown in Group 2); Ram set gun and stud gun; Riprap stonepaver and rock-slinger, including placing of sacked concrete and/or sand (wet or dry) and gabions and similar type; Rotary scarifier or multiple head concrete chipping scarifier; Roto and Ditch Witch; Rototiller; Sandblaster, pot, gun, nozzle operators; Signalling and rigging; Tank cleaner; Tree climber; Turbo blaster; Vibrascreed, bull float in connection with laborers' work; Vibrator; Hazardous waste worker (lead removal); Asbestos and mold removal worker
GROUP 1-a: Joy drill model TWM-2A; Gardner-Denver model DH143 and similar type drills; Track driller; Jack leg driller; Wagon driller; Mechanical drillers, all types regardless of type or method of power; Mechanical pipe layers, all types regardless of type or method of power; Blaster and powder; All work of loading, placing and blasting of all powder and explosives of whatever type regardless of method used for such loading and placing; High scalers (including drilling of same); Tree topper; Bit grinder
GROUP 1-b: Sewer cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer cleaner" means any worker who handles or comes in contact with raw sewage in small diameter sewers. Those who work inside recently active, large diameter sewers, and all recently active sewer manholes shal receive $5.00 per day above Group 1 wage rates.
GROUP 1-c: Burning and welding in connection with laborers' work; Synthetic thermoplastics and similar type welding
GROUP 1-d: Maintenance and repair track and road beds. All employees performing work covered herein shall receive $ .25 per hour above their regular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.
GROUP 1-e: Work on and/or in bell hole footings and shafts thereof, and work on and in deep footings. (A deep footing is a hole 15 feet or more in depth.) In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds 15 feet, the deep footing wage rate would apply to all employees for each and every day worked on or in the excavation of the footing from the date of inception.
GROUP 1-f: Wire winding machine in connection with guniting or shot crete
GROUP 1-g, CONTRA COSTA COUNTY: Pipelayer (including grade checking in connection with pipelaying); Caulker; Bander; Pipewrapper; Conduit layer; Plastic pipe layer; Pressure pipe tester; No joint pipe and stripping of same, including repair of voids; Precast manhole setters, cast in place manhole form setters
GROUP 2: Asphalt shoveler; Cement dumper and handling dry

cement or gypsum; Choke-setter and rigger (clearing work); Concrete bucket dumper and chute; Concrete chipping and grinding; Concrete laborer (wet or dry); Driller tender, chuck tender, nipper; Guinea chaser (stake), grout crew; High pressure nozzle, adductor; Hydraulic monitor (over 100 lbs. pressure); Loading and unloading, carrying and hauling of all rods and materials for use in reinforcing concrete construction; Pittsburgh chipper and similar type brush shredders; Sloper; Single foot, hand-held, pneumatic tamper; All pneumatic, air, gas and electric tools not listed in Groups 1 through 1-f; Jacking of pipe - under 12 inches

GROUP 3: Construction laborers, including bridge and general laborer; Dump, load spotter; Flag person; Fire watcher; Fence erector; Guardrail erector; Gardener, horticultural and landscape laborer; Jetting; Limber, brush loader and piler; Pavement marker (button setter); Maintenance, repair track and road beds; Streetcar and railroad construction track laborer; Temporary air and water lines, Victaulic or similar; Tool room attendant (jobsite only)

GROUP 4: All clean-up work of debris, grounds and building including but not limited to: street cleaner; cleaning and washing windows; brick cleaner (jobsite only); material cleaner (jobsite only). The classification "material cleaner" is to be utilized under the following conditions:

A: at demolition site for the salvage of the material.

B: at the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.

C: for the cleaning of salvage material at the jobsite or temporary jobsite yard.

The material cleaner classification should not be used in the performance of "form stripping, cleaning and oiling and moving to the next point of erection".

GUNITE LABORER CLASSIFICATIONS

GROUP 1: Structural nozzle operator

GROUP 2: Nozzle operator (including gun, pot); Ground person

GROUP 3: Rebound

GROUP 4: Gunite laborer

WRECKING WORK LABORER CLASSIFICATIONS

GROUP 1: Skilled wrecker (removing and salvaging of sash, windows and materials)

GROUP 2: Semi-skilled wrecker (salvaging of other building materials)

GROUP 3: General laborer (includes all clean-up work, loading lumber, loading and burning of debris)

TUNNEL AND SHAFT LABORER CLASSIFICATIONS

GROUP 1: Diamond driller; Ground person; Gunite and shotcrete nozzle operator

GROUP 2: Rod person; Shaft work & raise (below actual or excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powder person - heading; Cherry picker operator - where car is lifted; Concrete finisher in tunnel; Concrete screed person; Grout pump operator and pot person; Gunite & shotcrete gun person & pot person; Header person; High pressure nozzle operator; Miner - tunnel, including top and bottom person on shaft and raise work; Nipper; Nozzle operator on slick line; Sandblaster - pot person

GROUP 4: Steel form raiser and setter; Timber person, retimber person (wood or steel or substitute materials therefore); Tugger

(for tunnel laborer work); Cable tender; Chuck tender; Powder person - primer house
GROUP 5: Vibrator operator, pavement breaker; Bull gang - muckers, track person; Concrete crew - includes rodding and spreading
GROUP 6: Dump person (any method); Grout crew; Rebound person; Swamper

----------------------------------------------------------------

LAB00067J 06/26/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| LABORERS: | | |
| Construction specialist group | 21.86 | 7.55 |
| GROUP 1 | 21.16 | 7.55 |
| GROUP 1-a | 21.38 | 7.55 |
| GROUP 1-b: see note below | | |
| GROUP 1-c | 21.21 | 7.55 |
| GROUP 1-d: see note below | | |
| GROUP 1-e | 21.71 | 7.55 |
| GROUP 1-f | 21.74 | 7.55 |
| GROUP 2 | 21.01 | 7.55 |
| GROUP 3 | 20.90 | 7.55 |
| GROUP 4 | 14.60 | 7.55 |
| See groups 1-b and 1-d under laborer classifications. | | |
| GUNITE LABORERS: | | |
| GROUP 1 | 21.62 | 7.55 |
| GROUP 2 | 21.62 | 7.55 |
| GROUP 3 | 21.03 | 7.55 |
| GROUP 4 | 20.91 | 7.55 |
| WRECKING WORK: | | |
| GROUP 1 | 21.16 | 7.55 |
| GROUP 2 | 21.01 | 7.55 |
| GROUP 3 | 14.60 | 7.55 |
| GARDENERS, HORTICULTURAL AND LANDSCAPE LABORERS: | | |
| New construction | 20.90 | 7.55 |
| Establishment warranty period | 14.60 | 7.55 |
| TUNNEL AND SHAFT LABORERS: | | |
| GROUP 1 | 26.52 | 7.55 |
| GROUP 2 | 26.29 | 7.55 |
| GROUP 3 | 26.04 | 7.55 |
| GROUP 4 | 25.77 | 7.55 |
| GROUP 5 | 25.59 | 7.55 |
| GROUP 6 | 20.05 | 7.55 |

FOOTNOTE:
Laborers working off or with or from bos'n chairs, swinging scaffolds, belts (not applicable to workers entitled to receive the wage rate set forth in Group 1-a): $0.25 per hour additional.

LABORER CLASSIFICATIONS

CONSTRUCTION SPECIALIST GROUP: Asphalt ironer and raker; Chainsaw; Laser beam in connection with laborers' work; Masonry and plasterer tender; Cast-in-place manhole form setter; Pressure pipelayer; Davis trencher - 300 or similar type (and all small trenchers); Blaster; Diamond driller; Multiple unit drill; Hydraulic drill

GROUP 1: Asphalt spreader boxes (all types); Barko, Wacker and similar type tampers; Buggymobile; Caulker, bander, pipewrapper, conduit layer, plastic pipelayer; Certified hazardous waste worker; Compactors of all types; Concrete and magnesite mixer, 1/2 yd. and under; Concrete pan work; Concrete sander; Concrete saw; Cribber and/or shoring; Cut granite curb setter; Dri-pak-it machine; Faller, logloader and bucker; Form raiser, slip forms; Green cutter; Headerboard, Hubsetter, aligner, by any method; High pressure blow pipe (1-1/2" or over, 100 lbs. pressure/over); Hydro seeder and similar ype; Jackhammer operator; Jacking of pipe over 12 inches; Jackson and similar type compactor; Kettle tender, pot and worker applying asphalt, lay-kold, creosote, lime, caustic and similar type materials (applying means applying, dipping or handling of such materials); Lagging, sheeting, whaling, bracing, trenchjacking, lagging hammer; Magnesite, epoxyresin, fiberglass, mastic worker (wet or dry); No joint pipe and stripping of same, including repair of voids; Pavement breaker and spader, including tool grinder; Perma curb; Pipelayer (including grade checking in connection with pipelaying); Precast-manhole setter; Pressure pipe tester; Post hole digger, air, gas and electric; Power broom sweeper; Power tampers of all types (except as shown in Group 2); Ram set gun and stud gun; Riprap stonepaver and rock-slinger, including placing of sacked concrete and/or sand (wet or dry) and gabions and similar type; Rotary scarifier or multiple head concrete chipping scarifier; Roto and Ditch Witch; Rototiller; Sandblaster, pot, gun, nozzle operators; Signalling and rigging; Tank cleaner; Tree climber; Turbo blaster; Vibrascreed, bull float in connection with laborers' work; Vibrator; Hazardous waste worker (lead removal); Asbestos and mold removal worker
GROUP 1-a: Joy drill model TWM-2A; Gardner-Denver model DH143 and similar type drills; Track driller; Jack leg driller; Wagon driller; Mechanical drillers, all types regardless of type or method of power; Mechanical pipe layers, all types regardless of type or method of power; Blaster and powder; All work of loading, placing and blasting of all powder and explosives of whatever type regardless of method used for such loading and placing; High scalers (including drilling of same); Tree topper; Bit grinder
GROUP 1-b: Sewer cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer cleaner" means any worker who handles or comes in contact with raw sewage in small diameter sewers. Those who work inside recently active, large diameter sewers, and all recently active sewer manholes, shall receive $5.00 per day above Group 1 wage rates.
GROUP 1-c: Burning and welding in connection with laborers' work; Synthetic thermoplastics and similar type welding
GROUP 1-d: Maintenance and repair track and road beds (underground structures). All employees performing work covered herein shall receive $ .25 per hour above their regular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.
GROUP 1-e: Work on and/or in bell hole footings and shafts thereof, and work on and in deep footings. (A deep footing is a

hole 15 feet or more in depth.) In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds 15 feet, the deep footing wage rate would apply to all employees for each and every day worked on or in the excavation of the footing from the date of inception.
GROUP 1-f: Wire winding machine in connection with guniting or shot crete
GROUP 2: Asphalt shoveler; Cement dumper and handling dry cement or gypsum; Choke-setter and rigger (clearing work); Concrete bucket dumper and chute; Concrete chipping and grinding; Concrete laborer (wet or dry); Driller tender, chuck tender, nipper; Guinea chaser (stake), grout crew; High pressure nozzle, adductor; Hydraulic monitor (over 100 lbs. pressure); Loading and unloading, carrying and hauling of all rods and materials for use in reinforcing concrete construction; Pittsburgh chipper and similar type brush shredders; Sloper; Single foot, hand-held, pneumatic tamper; All pneumatic, air, gas and electric tools not listed in Groups 1 through 1-f; Jacking of pipe - under 12 inches
GROUP 3: Construction laborers, including bridge and general laborer; Dump, load spotter; Flag person; Fire watcher; Fence erector; Guardrail erector; Gardener, horticultural and landscape laborer; Jetting; Limber, brush loader and piler; Pavement marker (button setter); Maintenance, repair track and road beds; Streetcar and railroad construction track laborer; Temporary air and water lines, Victaulic or similar; Tool room attendant (jobsite only)
GROUP 4: All clean-up work of debris, grounds and building including but not limited to: street cleaner; cleaning and washing windows; brick cleaner (jobsite only); material cleaner (jobsite only). The classification "material cleaner" is to be utilized under the following conditions:
A: at demolition site for the salvage of the material.
B: at the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.
C: for the cleaning of salvage material at the jobsite or temporary jobsite yard.
The material cleaner classification should not be used in the performance of "form stripping, cleaning and oiling and moving to the next point of erection".
GUNITE LABORER CLASSIFICATIONS
GROUP 1: Structural nozzle operator
GROUP 2: Nozzle operator (including gun, pot); Ground person
GROUP 3: Rebound
GROUP 4: Gunite laborer
WRECKING WORK LABORER CLASSIFICATIONS
GROUP 1: Skilled wrecker (removing and salvaging of sash, windows and materials)
GROUP 2: Semi-skilled wrecker (salvaging of other building materials)
GROUP 3: General laborer (includes all clean-up work, loading lumber, loading and burning of debris)
TUNNEL AND SHAFT LABORER CLASSIFICATIONS
GROUP 1: Diamond driller; Ground person; Gunite and shotcrete nozzle operator
GROUP 2: Rod person; Shaft work & raise (below actual or excavated ground level)
GROUP 3: Bit grinder; Blaster, driller, powder person - heading;

Cherry picker operator - where car is lifted; Concrete finisher in tunnel; Concrete screed person; Grout pump operator and pot person; Gunite & shotcrete gun person & pot person; Header person; High pressure nozzle operator; Miner - tunnel, including top and bottom person on shaft and raise work; Nipper; Nozzle operator on slick line; Sandblaster - pot person
GROUP 4: Steel form raiser and setter; Timber person, retimber person (wood or steel or substitute materials therefore); Tugger (for tunnel laborer work); Cable tender; Chuck tender; Powder prerson - primer house
GROUP 5: Vibrator operator, pavement breaker; Bull gang - muckers, track person; Concrete crew - includes rodding and spreading
GROUP 6: Dump person (any method); Grout crew; Rebound person; Swamper

---

LABO0073C 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| BRICK TENDER | 23.20 | 4.55 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0073E 10/01/1998

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| PLASTERER TENDER | 22.36 | 4.88 |

---

LABO0166A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| BRICK TENDER | 20.90 | 10.26 |

FOOTNOTES:
Work on jobs where heat-protective clothing is required: $2.00 per hour additional.
Work at grinders: $.25 per hour additional.
Manhole work: $2.00 per day additional.

---

LABO0166B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| PLASTERER TENDERS: | | |
| Plasterer tender | 23.25 | 10.16 |
| Gun operator | 24.00 | 10.16 |

---

LABO0185A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SAN BENITO COUNTIES: | | |
| BRICK TENDER | 22.95 | 4.55 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0270A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| BRICK TENDER | 24.05 | 6.10 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0270B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CRUZ COUNTY: | | |
| BRICK TENDER | 24.05 | 6.10 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0294A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS AND MADERA COUNTIES: | | |
| BRICK TENDER | 23.64 | 5.31 |

FOOTNOTE:
Refractory work where heat-protective clothing is required: $2.00 per hour additional.

---

LABO0297A 09/01/1998

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SAN BENITO COUNTIES: | | |
| PLASTERER TENDER | 15.95 | |

FOOTNOTE:
Mixer person: $4.00 per day additional.

---

PAIN0008A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| PAINTER | 26.56 | 8.20 |

---

PAIN0012A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, MERCED, MARIPOSA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| SOFT FLOOR LAYER | 28.00 | 11.25 |

---

PAIN0016A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| PAINTERS: | | |
| Work on industrial buildings (used for the manufacture and processing of goods for sale or service); Also, steel construction (bridges, stacks, towers, tanks and similar structures): | | |
| Brush and Roller | 24.10 | 9.94 |
| Spray and Sandblast | 24.50 | 9.94 |
| Application of exotic materials | 24.10 | 9.94 |
| All other work: | | |
| Brush and Roller | 23.85 | 9.94 |

| | Rates | Fringes |
|---|---|---|
| Application of exotic materials | 24.10 | 9.94 |

FOOTNOTE:
High time (free fall conditions): With a minimum of 2 hrs. exposure, work over 50 ft. above ground or water level to be paid 1/2 hr. per day additional; work from 100 ft. to 180 ft. above ground or water level to be paid 1 hr. per day additional; and work over 180 ft. above ground or water level to be paid 2 hrs. per day additional.

---

PAIN0016C 08/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| DRYWALL FINISHERS: | | |
| Remodel/tenant improvement work (shopping centers, offices and warehouses where the taping contractor is working directly for the tenant) | 21.73 | 8.28 |
| All other work | 27.43 | 9.98 |

---

PAIN0016H 01/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS AND MADERA COUNTIES: | | |
| DRYWALL TAPER | 20.49 | 5.39 |
| PAINTER | 19.74 | 5.39 |

FOOTNOTES:
Paperhangers, and work over 30 feet (does not include work from a lift): $0.50 per hour additional.
Spray painters and sandblasters: $0.75 per hour additional.
Lead paint abaters: $0.75 per hour additional.

---

PAIN0016K 01/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA AND COUNTIES: | | |
| SOFT FLOOR LAYER | 18.63 | 4.09 |

---

PAIN0016N 07/01/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO, SAN MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| PAINTER: | | |
| COMMERCIAL/INDUSTRIAL | 24.30 | 9.04 |

---

PAIN0016Q 03/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS AND SAN JOAQUIN COUNTIES: | | |
| Drywall Taper | 18.85 | 7.23 |
| PAINTERS: | | |
| Brush | 18.05 | 7.23 |
| Sandblaster; Waterblaster; Steam cleaning | 19.05 | 7.23 |
| Work with coal tar and exotic materials | 19.80 | 7.23 |

---

PAIN0016S 09/01/2000

| | Rates | Fringes |
|---|---|---|
| MARIPOSA, MERCED, STANISLAUS, AND TOULUMNE COUNTIES: | | |
| DRYWALL FINSHER | 18.13 | 9.04 |
| PAINTER: | | |
| Brush | 17.13 | 9.04 |
| Paperhanger; Spray & Sandblast | 18.03 | 9.04 |
| Hazardous coating, application and removal | 20.03 | 9.04 |

---

PAIN0169A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES: | | |
| GLAZIER | 23.55 | 8.52 |

FOOTNOTE:
Welding in connection with glazing work: $1.00 per hour additional.

---

PAIN0169E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| GLAZIER | 29.35 | 9.91 |

---

PAIN0169I 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA: | | |
| SHOWER DOOR INSTALLER | 23.57 | 4.60 |

PAID HOLIDAYS:
New Year's Day, President's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Day after Thanksgiving, and Christmas Day.

---

PAIN0718B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO AND SAN MATEO COUNTIES: | | |
| GLAZIER | 28.17 | 9.89 |

---

PAIN0767A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| GLAZIER | 26.77 | 6.80 |

PAID HOLIDAYS:
New Year's Day, Washington's Birthday, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Day after Thanksgiving Day, and Christmas Day.
FOOTNOTE:
Work thirty (30) feet or over free fall: $0.60 per hour additional.

---

PAIN1176A 06/26/2000

| | Rates | Fringes |
|---|---|---|
| PARKING LOT STRIPING/HIGHWAY MARKING: | | |
| GROUP 1 | 22.84 | 6.91 |
| GROUP 2 | 22.45 | 6.91 |
| GROUP 3 | 19.51 | 6.91 |
| GROUP 4 | 22.15 | 6.91 |
| Service Person (maintenance and repair of equipment) | 13.33 | 5.87 |

| | | |
|---|---|---|
| Parking Lot, Game Court and Playground Installer | 19.51 | 6.91 |

PARKING LOT STRIPING / HIGHWAY MARKING CLASSIFICATIONS
GROUP 1: STRIPER: Layout and application of painted traffic stripes and marking; hot thermo plastic; tape traffic stripes and markings
GROUP 2: TRAFFIC DELINEATING DEVICE APPLICATOR: Layout and application of pavement markers, delineating signs, rumble and traffic bars, adhesives, guide markers, other traffic delineating devices; includes all related surface preparation (sandblasting, waterblasting, grinding) as part of the application process
GROUP 3: TRAFFIC SURFACE ABRASIVE BLASTER: Removal of traffic lines and markings; preparation of surface for coatings and traffic control devices
GROUP 4: TRAFFIC PROTECTIVE DELINEATING SYSTEMS INSTALLER: Removes, relocates, installs permanently affixed roadside and parking delineation barricades, fencing, guard rail, cable anchor, retaining walls, reference signs, and monument markers
GROUP 5: TRAFFIC CONTROLPERSON: Sole function is to control and direct traffic through both conventional and moving lane closures

---

PAIN1237C 06/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| SOFT FLOOR LAYER | 20.57 | 9.10 |

---

PAIN1621A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| GLAZIER | 29.97 | 9.29 |

---

PLAS0001D 06/28/1999

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS: | | |
| Cement mason | 22.35 | 9.46 |
| Swing or slip form scaffolds; Mastic, magnesite, gypsum, epoxy, polyester, resin and all composition | 23.10 | 9.46 |

---

PLAS0066B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN MATEO AND SAN FRANCISCO COUNTIES: | | |
| PLASTERER | 27.21 | 10.70 |

---

PLAS0300A 01/01/2001

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS AND MADERA COUNTIES: | | |
| PLASTERER | 22.72 | 8.00 |
| SAN BENITO, SANTA CLARA AND SANTA CRUZ COUNTIES: | | |
| PLASTERER | 27.24 | 7.90 |
| CALAVERAS AND SAN JOAQUIN COUNTIES: | | |
| PLASTERER | 25.16 | 8.50 |
| MONTEREY COUNTY: | | |
| PLASTERER | 23.98 | 7.90 |
| MARIPOSA, MERCED, STANISLAUS AND | | |

```
  TUOLUMNE COUNTIES:
PLASTERER                              25.17          8.50
----------------------------------------------------------------
 PLUM0036A  01/01/2001
                                      Rates          Fringes
CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN,
STANISLAUS AND TUOLUMNE COUNTIES:
PLUMBER & STEAMFITTER                  27.79          9.19
----------------------------------------------------------------
 PLUM0036C  01/01/2001
                                      Rates          Fringes
MONTEREY AND SANTA CRUZ COUNTIES:
PLUMBER & STEAMFITTER                  27.79          9.19
----------------------------------------------------------------
 PLUM0036E  01/01/2000
                                      Rates          Fringes
FRESNO COUNTY:
PIPE TRADES PERSON:
  Building construction only           11.50          4.70
SCOPE OF WORK:
  Installation of corrugated metal piping for drainage, as well
as installation of corrugated metal piping for culverts in
connection with storm sewers and drains; Grouting, dry packing
and diapering of joints, holes or chases including paving over
joints, in piping; Temporary piping for dirt work for building
site preparation; Operating jack hammers, pavement breakers,
chipping guns, concrete saws and spades to cut holes, chases and
channels for piping systems; Digging, grading, backfilling and
ground preparation for all types of pipe to all points of the
jobsite; Ground preparation including ground leveling, layout and
planting of shrubbery, trees and ground cover, including
watering, mowing, edging, pruning and fertilizing, the breaking
of concrete, digging, backfilling and tamping for the preparation
and completion of all work in connection with lawn sprinkler and
landscaping; Loading, unloading and distributing materials at
jobsite; Putting away materials in storage bins in jobsite secure
storage area; Demolition of piping and fixtures for remodeling
and additions; Setting up and tearing down work benches, ladders
and job shacks; Clean-up and sweeping of jobsite; Pipe wrapping
and waterproofing where tar or similar material is applied for
protection of buried piping; Flag person
----------------------------------------------------------------
 PLUM0036I  01/01/2000
                                      Rates          Fringes
MERCED COUNTY:
PIPE TRADES PERSON:
  Building construction only           11.50          4.70
SCOPE OF WORK:
  Installation of corrugated metal piping for drainage, as well
as installation of corrugated metal piping for culverts in
connection with storm sewers and drains; Grouting, dry packing
and diapering of joints, holes or chases including paving over
joints, in piping; Temporary piping for dirt work for building
site preparation; Operating jack hammers, pavement breakers,
chipping guns, concrete saws and spades to cut holes, chases and
channels for piping systems; Digging, grading, backfilling and
ground preparation for all types of pipe to all points of the
```

jobsite; Ground preparation including ground leveling, layout and planting of shrubbery, trees and ground cover, including watering, mowing, edging, pruning and fertilizing, the breaking of concrete, digging, backfilling and tamping for the preparation and completion of all work in connection with lawn sprinkler and landscaping; Loading, unloading and distributing materials at jobsite; Putting away materials in storage bins in jobsite secure storage area; Demolition of piping and fixtures for remodeling and additions; Setting up and tearing down work benches, ladders and job shacks; Clean-up and sweeping of jobsite; Pipe wrapping and waterproofing where tar or similar material is applied for protection of buried piping; Flag person

----------------------------------------------------------------

PLUM0038A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| PLUMBERS: | | |
| Work on wooden frame structures 5 stories or less excluding high-rise buildings and commercial work such as hospitals, prisons, hotels and schools | 28.50 | 17.35 |
| All other work | 39.00 | 21.55 |
| LANDSCAPE/IRRIGATION FITTER | 27.32 | 10.15 |

----------------------------------------------------------------

PLUM0159A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| PLUMBERS & STEAMFITTERS: | | |
| Work on apartments over 4 stories, and motels | 25.76 | 9.14 |
| All other work | 33.56 | 13.59 |

----------------------------------------------------------------

* PLUM0342A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| PLUMBERS AND STEAMFITTER | 35.76 | 13.49 |

----------------------------------------------------------------

* PLUM0342B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA COUNTY: | | |
| PLUMBER & STEAMFITTER | 35.76 | 13.49 |

----------------------------------------------------------------

PLUM0355D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| LANDSCAPE FITTER; UNDERGROUND UTILITY WORKER | 22.00 | 5.55 |

----------------------------------------------------------------

PLUM0393A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN BENITO AND SANTA CLARA COUNTIES: | | |
| PLUMBER & PIPEFITTER: | | |
| Work on motels and hotels which | | |

| | Rates | Fringes |
|---|---|---|
| do not exceed 4 stories in height, excluding garages and parking areas | 20.64 | 5.30 |
| All other work | 42.51 | 10.58 |

---

PLUM0467A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN MATEO COUNTY: | | |
| PLUMBER; PIPEFITTER; STEAMFITTER | 36.44 | 11.51 |
| REFRIGERATION & AIR CONDITIONING | 36.28 | 11.76 |

---

ROOF0027C 09/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, AND MADERA COUNTIES: | | |
| ROOFER | 20.40 | 6.55 |

FOOTNOTE:

Work with pitch, pitch base of pitch impregnated products or any material containing coal tar pitch, on any building old or new, where both asphalt and pitchers are used in the application of a built-up roof or tear off: $2.00 per hour additional.

---

ROOF0040B 08/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO & SAN MATEO COUNTIES: | | |
| ROOFER | 22.47 | 10.67 |

---

ROOF0081A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| ROOFER | 22.80 | 9.85 |

---

ROOF0081E 09/09/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| ROOFER | 18.87 | 5.94 |

---

ROOF0095B 08/01/1996

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO, SANTA CLARA, AND SANTA CRUZ COUNTIES: | | |
| ROOFERS: | | |
| Kettle person (2 kettles); Bitumastic, enameler, coal tar, pitch and mastic worker | 26.07 | 6.75 |
| All other work | 24.07 | 6.75 |

---

SFCA0483A 01/01/2001

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| SPRINKLER FITTER (FIRE) | 35.59 | 11.20 |

---

SFCA0669K 04/01/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE | | |

| | Rates | Fringes |
|---|---|---|
| COUNTIES: | | |
| SPRINKLER FITTER (FIRE) | 27.35 | 5.95 |

---

SHEE0104A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA AND CONTRA COSTA COUNTIES: | | |
| SHEET METAL WORKER: | | |
| Work on projects with an HVAC contract price of $270,000 equipped with packaged units or a unitary system; Also, tenant completion work extending from an existing trunk line or an existing water or air loop to registers and/or diffusers; Also, remodel or add-on contracts on existing facilities providing the contract price is $165,000 or less; Also, architectural sheet metal contracts of $100,000 or less; Also, pre-engineered and pre-manufactured siding | 30.83 | 13.78 |
| All other work | 36.32 | 13.95 |

---

SHEE0104B 07/01/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SAN BENITO COUNTIES: | | |
| SHEET METAL WORKER | 30.31 | 11.85 |

---

SHEE0104D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN MATEO COUNTY: | | |
| SHEET METAL WORKER: | | |
| Work with an HVAC contract price of $250,000 equipped with packaged units or a unitary system; Also, tenant completion work extending from an existing trunk line or air loop to registers and/or diffusers; Also, remodel or add-on contracts on existing facilities providing the contract price is $150,000 or less; Also, architectural sheet metal contracts of $100,000 or less; Also, pre-engineered and pre-manufactured siding | 33.59 | 12.07 |
| All other work | 37.26 | 12.81 |

---

SHEE0104E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| SHEET METAL WORKER: | | |
| Work with an HVAC contract price of $50,000 or less; Also, tenant completion work | | |

```
   providing the contract price is
   $50,000 or less; Also, remodel
   or add-on contracts on existing
   facilities providing the contract
   price is $50,000 or less; Also,
   architectural sheet metal
   contracts of $100,000 or less;
   Also, pre-engineered and
   pre-manufactured siding         35.66        12.90
 All other work                    36.21        14.05
----------------------------------------------------------------
 SHEE0104G  07/01/2000
                                     Rates           Fringes
SANTA CRUZ COUNTY:
SHEET METAL WORKER                    31.45          10.71
----------------------------------------------------------------
 SHEE0104H  07/01/2000
                                     Rates           Fringes
SANTA CLARA COUNTY:
SHEET METAL WORKER:
 Work with an HVAC contract price
   of $250,000 equipped with
   packaged units or a unitary
   system; Also, tenant completion
   work extending from an existing
   trunk line or air loop to
   registers and/or diffusers;
   Also, remodel or add-on
   contracts on existing facilities
   providing the contract price is
   $150,000 or less; Also,
   architectural sheet metal
   contracts of $100,000 or less;
   Also pre-engineered and
   pre-manufactured siding         35.32          11.08
 All other work                    37.49          12.76
----------------------------------------------------------------
 SHEE0104O  07/01/1999
                                     Rates           Fringes
ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN
MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES:
SHEET METAL WORKERS:
  Metal deck and siding               27.44          11.80
----------------------------------------------------------------
 SHEE0162A  01/01/2001
                                     Rates           Fringes
CALAVERAS AND SAN JOAQUIN COUNTIES:
SHEET METAL WORKER                 26.14          10.26
----------------------------------------------------------------
 SHEE0162C  07/01/2000
                                     Rates           Fringes
MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES:
SHEET METAL WORKER (does not include
  metal deck and siding)              26.54          15.52
----------------------------------------------------------------
 SHEE0162D  06/01/2000
                                     Rates           Fringes
```

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA and TULARE COUNTIES: | | |
| SHEET METAL WORKER | 27.07 | 11.57 |

---

SHEE0162M 07/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| SHEET METAL WORKERS: | | |
| Metal deck and siding | 29.42 | 9.52 |

---

TEAM0094A 06/16/1999

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 21.06 | 11.46 |
| GROUP 2 | 21.36 | 11.46 |
| GROUP 3 | 21.66 | 11.46 |
| GROUP 4 | 22.01 | 11.46 |
| GROUP 5 | 22.36 | 11.46 |

FOOTNOTES:

Articulated dump truck; Bulk cement spreader (with or without auger); Dumpcrete truck; Skid truck (debris box); Dry pre-batch concrete mix trucks; Dumpster or similar type; Slurry truck: Use dump truck yardage rate.

Heater planer; Asphalt burner; Scarifier burner; Industrial lift truck (mechanical tailgate); Utility and clean-up truck: Use appropriate rate for the power unit or the equipment utilized.

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Dump trucks, under 6 yds.; Single unit flat rack (2-axle unit); Nipper truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump machine; Fork lift and lift jitneys; Fuel and/or grease truck driver or fuel person; Snow buggy; Steam cleaning; Bus or personhaul driver; Escort or pilot car driver; Pickup truck; Teamster oiler/greaser and/or serviceperson; Hook tender (including loading and unloading); Team driver; Tool room attendant (refineries)

GROUP 2: Dump trucks, 6 yds. and under 8 yds.; Transit mixers, through 10 yds.; Water trucks, under 7,000 gals.; Jetting trucks, under 7,000 gals.; Vacuum trucks, under 7,500 gals.; Single-unit flat rack (3-axle unit); Highbed heavy duty transport; Scissor truck; Rubber-tired muck car (not self-loaded); Rubber-tired truck jumbo; Winch truck and "A" frame drivers; Combination winch truck with hoist; Road oil truck or bootperson; Buggymobile; Ross, Hyster and similar straddle carriers; Small rubber-tired tractor

GROUP 3: Dump trucks, 8 yds. and including 35 yds.; Transit mixers, over 10 yds.; Water trucks, 7,000 gals. and over; Jetting trucks, 7,000 gals. and over; Vacuum trucks, 7,500 gals. and over; Trucks towing tilt bed or flat bed pull trailers; Lowbed heavy duty transport; Heavy duty transport tiller person; Self-propelled street sweeper with self-contained refuse bin; Boom truck - hydro-lift or Swedish type extension or retracting crane; P.B. or similar type self-loading truck; Tire repairperson; Truck repairperson; Combination bootperson and road oiler; Dry distribution truck (A bootperson when employed on such equipment, shall receive the rate specified for the classification of road

oil trucks or bootperson); Ammonia nitrate distributor, driver and mixer; Snow Go and/or plow
GROUP 4: Dump trucks, over 35 yds. and under 65 yds.; Water pulls - DW 10's, 20's, 21's and other similar equipment when pulling Aqua/pak or water tank trailers; Helicopter pilots (when transporting men and materials); DW10's, 20's, 21's and other similar Cat type, Terra Cobra, LeTourneau Pulls, Tournorocker, Euclid and similar type equipment when pulling fuel and/or grease tank trailers or other miscellaneous trailers
GROUP 5: Dump trucks, 65 yds. and over; Holland hauler

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the

interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

SECTION 01112

GENERAL DESIGN AND CONSTRUCTION CRITERIA
**03/01**

PART 1 GENERAL

1.1 PROJECT SCOPE AND OBJECTIVES

To obtain an addition to the existing Building 245, complete and adequate for use at the Naval Post Graduate School, Monterey, California. The work includes the completion of design and construction of an extension to existing Building 245, the work shall include but not limited to: site improvements including landscaping, utility improvements and relocations, foundation and building structure, interior construction, interior utility systems which includes HVAC, electrical, telecommunication and data transmission/distribution systems, lighting, and related work.

1.1.1 Contractor's Design Responsibility

This RFP includes a preliminary design package developed by the Government. The preliminary design package consists of partial design in architectural and engineering disciplines, and material specifications. The partial designs are in various stages of developments. The use of the Government's applicable portion of the preliminary design is required, unless it is specifically modified below. Additional design requirement are contain in this section of the RFP. The final design developed by the contractor shall combined the requirements in this section with the preliminary design to produce a complete design package suitable for construction. The material and related specifications define the minimum acceptable quality of the materials and constructions. The Contractor is solely responsible for the final design of the facility.

1.1.2 Modifications to the Government's Design Package

For scope authorization reasons, the Government needs to acquire a facility having a minimum square footage of 2025 square meters, or 21,789 square feet. To meet the minimum scope requirements, the required structure shall be of either one of the following design: (a) A full size basement with a two story above ground structure on a 81' x 91' nominal building footprint, plus the connecting link to the existing Building 245; (b) or a three story structure aboveground structure on a 81' x 91' nominal building footprint, plus the connecting link to the existing Building 245. The portion of Building 245 connecting to the new extension is a two story above ground structure, and it has no basement. Provide means of egress to comply with NFPA 101 requirements for the selected design.

a. Utilities to support the new extension: The Government's preliminary design shows the heating source of the new extension is from the domestic and hot water heating system of the existing Building 245. With this building extension, the Contractor shall modify the existing hot water heating system to increase the hot water generating capacity, pumping capacity, and extend the hot water heating system to the new extension. For electrical power, telephone and data

communication, use the information as shown on the Government's preliminary design.

(1) The following information pertaining to the existing hot water heating system of Building 245 (extracted from existing record drawings, NAVFAC DWG 6398794 & 6398795 of N62474-89-c-6909) is furnished for information. The Contractor is required to field verify these information during design.

Heating Converter:
SC-1N1 2,907,000 BTUH
306 GPM
181 EWT
200 LWT
WATER PRESSURE DROP 25 PSI
3,060 LBS/HR OF STEAM @ 25 PSI

PUMPS
P-1N1 END SUCTION, CENTRIFUGAL
334 GPM @ 73 FT TDH, 7-1/2 HP, 480V, 3 PHASE
P-1N2 END SUCTION, CENTRIFUGAL
334 GPM @ 73 FT TDH, 7-1/2 HP, 480V, 3 PHASE

b. For the basement structure, the Government has not done any foundation ,or other design of the basement structure. The Contractor is required to obtain the services of a professional Geotechnical firm as a member of the Design Team. The design shall conform to the Seismic Design as required by FEMA 302. The entire structure shall have a uniform differential settlement of less than 1/2 inch. Proper waterproofing and drainage to eliminate water and moisture penetrating the basement are required. For the basement only, the Contractor may add two additional columns along column line C-C, which will reduce the support span to 20' nominal. For the first and second floor, additional inner columns are not allowed. The Government has not done any architectural, mechanical, electrical, and fire protection/safety design for the basement. The Contractor is required to provide proper lighting, convenience power distribution, heating and ventilation for the basement. Provide terminations of the telecommunication and data communications with wall mounted panels for the basement. Architectural improvements shall consist of: (1) perimeter wall insulation and finishes to full height; (2) acoustical drop ceiling; (3) 200 lineal feet of full height partitions; and (4) one 20' x 30" one hour fire rated mechanical and electrical equipment room. Toilet facility for the basement is not required. In addition, handicap access to the basement shall be provided. For the first floor plan, modify the stair well to provide handicap access to the basement. Second floor plan, additional changes are not required. Connecting link, it shall have seismic separations between the link and the existing building as well as the new extension.

c. At the Contractor's option, the Contractor may propose an extension with a three story aboveground structure to meet the minimun 2025 square meter building foot print requirements.

With this option, the Contractor shall use the drilled caisson and grade beam foundation design. Connecting link, it shall have seismic separations between the link and the existing building. Architectural floor plans: (a) First floor plan, no architectural changes; (b) Second floor plan: modify the stair well to provide access to the third floor, and provide handicap access to the third floor; (c) Third floor plan: It shall be same as the Second floor, except the Lounge area shall be converted to offices. Mechanical, electrical, telecommunication/data transmission and fire protection design shall be similar to that of the preliminary design.

d. Amend the Government's Preliminary Design Drawings:

(1) NAVFAC DRAWING 6458070 (Sheet C-3) through 6458074 (Sheet C-7): Inside the building footprint, delete the note "Note: Design Build Team shall modify their drawings and calculations to reflect the deletion of a bay between grid lines BB and CC. This deletion is reflected on architectural site plan, Drawing A1, and on the Architectural Floor Plan, Drawings A2 and A3."

(2) NAVFAC DRAWING 6458070 (Sheet C-3):

(a) Middle top page, replace the Note "Tap and connect new water and fire service TP ex 12" W" with new Note "Provide new 6" FS and 4" W and reconnect the new lines to existing services in Building 245."

(b) Middle top page, replace the Note "Tap and connect water service to ex 12" W." with new Note "Provide new FS and W with reduced pressure backflow preventers to the new extension."

(c) Middle top page, Delete the Note "Install reduced pressure backflow preventer."

(3) Revise building plan from a 3 bay configuration to a 4 bay configuration having a building footprint of 81'6" x 91'6".

(4) NAVFAC DRAWINGS 6458078 (Sheet A1) through 6458080, and NAVFAC DRAWINGS 6458084 (Sheet A7) through 6458086: Revise building plan from a 3 bay configuration to a 4 bay configuration having a building footprint of 81'6" x 91'6". The Mechanical Floor Plans NAVFAC DRAWINGS 6458099 and 6458100 (Sheet M2 & M3) show the general for bay layout, except Sheet A3 shows the correct location of the Lounge area. On Sheet M2, replace the Lounge with two offices.

(5) NAVFAC DRAWING 6458081 (Sheet A4): West Elevation, revise elevation to show a 4 bay configuration having an overall length of 81'6".

(6) NAVFAC DRAWING 6458082 (Sheet A5): East Elevation, revise elevation to show a 4 bay configuration having an overall length of 81'6".

1.1.3 Government's Review and Acceptance

a. Other than the fire protection system, the Government s review is to check the design for its sole benefit only. Design review and acceptance of the design by the Government shall not constitute that the design documents are in conformance with the RFP, nor is it a waiver of any requirement of the RFP. Design acceptance shall not relieve the Contractor of liability for his design, from fully complying with all requirements of the RFP, or from providing the Government with a fully functional and operational facility, meeting the intent of the RFP requirements

The Government will retain review and approval authority of the Fire Protection System as specified in the appropriate technical sections of the specifications.

B. If the Contractor propose a variation from the design or RFP stipulated requirements, it must be specifically requested in writing by the Contractor and be approved in writing by the Contracting Officer prior to including the variation in the design submittal. See Section 10332, Para 1.4.4 Variations. The responsibility and liability for a totally integrated design in accordance with the requirements of the RFP shall remain with the Contractor.

1.1.4 Existing Work

Remove or alter existing work in such a manner as to prevent injury or damage to any portions of the existing work which remain.

Repair or replace portions of existing work which have been altered during construction operations to match existing or adjoining work, as approved by the Contracting Officer. At the completion of operations, existing work shall be in a condition equal or better than that which existed before new work started

1.2 REFERENCES

COUNCIL OF AMERICAN BUILDING OFFICIALS (CABO)

| | |
|---|---|
| CABO A117.1 | 1992, Errata April 1999) Accessible and Usable Buildings and Facilities |

CODES AND REGULATIONS

1.2.1 Applicable Documents

1. The design and construction shall be in accordance with requirements of the following documents in effects of the date of the contract documents.

a. Uniform Building Code (UBC) 1997

b. International Mechanical Code (IMC) Latest Edition

c. International Plumbing Code (IPC) Latest Edition

d. U.S. Army, Technical Instruction 809-04, Seismic Design for Buildings, 1998

e. NEHRP Recommended Provisions for Seismic Regulations for New Buildings and Other Structures, FEMA-302, 1997

f. National Electric Code (NEC) Latest Edition

g. American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE)

h. National Fire Protection Association (NFPA) National Fire Code, NFPA No. 101 (1997), NFPA No. 80 (1999),NFPA No. 13 (1999), and NFPA 72 (1999)

i. Illumination Engineers Society (IES) Handbook

j. Accessible and Usable Buildings and Facilities, CABO A117.1.

k. Federal Specifications (FS) as specified.

l. American Society for Testing and Materials (ASTM) as specified.

m. Americans With Disabilities Act (ADA)

n. Code of Federal Regulations 10 CFR 435.

o. MIL-HD-1008C, Fire Protection for Facility Engineering Design and Construction

p. ANSI/ASCE 7-95 "Minimum design loads for building and other structures"

q. AISC 1993 "Load and Resistance Factor Design Specifications for Structural Steel Buildings LRFD"

r. AISC 1989 "Allowable Stress Design and Plastic Design Specification for Structural Steel Buildings (ASD)"

1.2.2 Authority

Public Law 106-398 of 31 October 2000 (Authorization), Public Law 106-246 of 13 July 2000 (Appropriation)

1.3 QUALITY ASSURANCE

1.3.1 Design Qualifications

The Contractor's design team shall be:

Registered architects and registered geotechnical, civil, structural, mechanical, electrical, and fire protection/safety engineers or multi-discipline design firm with registered architects and registered

civil, structural, geotechnical, mechanical, electrical and fire protection/safety engineers on staff. The design of the Building 245 Extension shall be accomplished under the direct supervision of the registered architects and registered engineers of the respective engineering disciplines.

1.3.2 Verification of Existing Conditions

The Design-Build Team shall be solely responsible for verifying the existing conditions prior to submitting their design.

1.4 CODE AND GENERAL REQUIREMENTS

1.4.1 Occupancy Classification: B

1.4.2 Construction Type

a. Construction Type: The buildings shall be designed and constructed according to UBC Type II-N construction.

b. General Materials: Except as noted in Paragraph 1.1.2 above, drilled caissons with reinforced concrete grade beam foundation, reinforced exterior concrete columns and beams, exterior concrete shear walls, insulated metal panel exterior window wall assemblies, interior steel columns and beams, concrete slab on grade ground floor and composite concrete/metal deck upper floor and roof on steel framing. Metal stud interior partitions with gypsum board finishes.

c. Fire Protection: Fully Sprinklered.

d. Maximum Height: 32 Feet for the structure having two story aboveground and a basement. 47 feet for the three story above ground structure.

1.5 BUILDING DESIGN

Except as noted in Paragraph 1.1.2 above, offices on both the first,secong and second levels are located on the perimeter of the 81' x 91' floor plates along with mechanical space, toilets, lounge area and stair. The stair and toilets are fixed areas that will remain even if offices and the lounge area are remodeled or eliminated. They have been located to have a minimal impact on the plan's flexibility.

The key design element of the building extension is to provide a very flexible building structure which will enable the user to modify the interior spaces at minimum cost and time to meet future functional needs. Other than the four interior columns, this structure has no permanent structural elements such as interior shear walls. The HVAC, electrical, telecommunication/data transmission system designs are required to support the building flexibility functions.

The interior of the floor plans is a space devoted to a large divisible classrooms and conference/study spaces. This area is equipped with electrical/telecommunication/data floor outlets in a grid pattern which

allows a variety of furniture layouts to occur. The grid is extended into the classrooms/conference/study spaces so that if the permanent walls between these rooms is removed, the flexibility of this space is not compromised.

The existing buildings provide the basis for the exterior design of the new wing and link. A departure is made at the roof of the link which accommodates mechanical equipment. Continuous metal louver screens are added to provide a visual screen for the mechanical equipment. Additionally the structural design requires an independently supported link structure. These factors result in a different situation and expression than at the link between the existing two and three story building.

*

1.5.1 Site Planning

a. Physical Features: The site of the expansion of Building 245 is to the north of the existing engineering building and is located 65' west of existing Halligan Hall and about 110' east of Sloat Avenue. Halligan Hall is a two-story concrete frame building that is architecturally compatible in scale and style to the existing two and three story engineering building that is being expanded. The site is relatively flat with a slight slope towards the existing parking area to the west. The front entrance of the addition is located in a glass link which is oriented to the west. The link is intended to mimic the existing link between the two and three story existing buildings.

Prevailing winds are from the Northwest. Soils are sandy. This Contract will require drill caissons and grade beam foundations for the three story above ground structure. For the basement with two story above ground structure, design the foundation and structure to comply with the FEMA-302 seismic requirements. The main feature of the existing site is a mature live oak tree which will be removed to accommodate the new structure.

The siting of the new building extension and link will require modifications to the road and parking areas to the West. Additionally, the service area to the east is redesigned to accommodate mechanical equipment for the new wing.

b. Orientation: The proposed wing will extend the existing aligned buildings approximately 110' to the north. Keeping this established alignment not only allows interior circulation to work efficiently, but continues the design statement of the original two buildings giving a sense of order to the site.

c. Circulation/Traffic Patterns: The traffic circulation to the west of the existing buildings will be modified to accommodate the new wing. Traffic circulation is essentially through the parking areas. The road system to the north is realigned to circumvent the new addition and to leave a 12' wide landscaping strip on that face of the building.

d. Utilities will be underground, located in the service area to the rear of the link or will be extended from the existing building. There will be no evidence of utility connections on the north or west exposures.

e. Site work involves providing paving, curbs, landscaping, site signage, utility connections to existing site utilities.

f. Site access for construction shall be as shown.

1.6 CIVIL SYSTEM

1.6.1 Site Grading

a. The site shall encompass an existing graded slope created with the final grading and construction of building 245 in 1992. It drains nominally northwesterly, away from the northwesterly end of building 245. It is surrounded on three sides by paved driveways and by the pad for building 245 on the fourth side. The hard surfaces of the driveways drain into storm water inlets within the paved parking areas to the east and west of the site, which are in turn connected to the onsite storm drain system which is in turn connected to a storm drain system within Sloat Avenue which is owned and operated by the City of Monterey. Roof rain water leaders from building 245 are collected through a series of pipe conduits and conveyed to the site storm drainage system.

b. The finished floor of the project building shall be the same elevation as that of Building 245 and shall be at least 1 foot above the surrounding finished grades. On the east, where the project will back up to an existing parking/loading area, a small retaining wall is required. The grading of the remainder of the site shall slope away from the new building pad at a slope not to exceed 2-4%. The site is not within a designated flood zone and the finished floor of the new building shall be at least two feet above the adjacent top of curb, and six feet above the top curb of the nearest public street.

c. The earthwork will consist of clearing and grubbing, removal of obstructions, demolition of driveway improvements, removal of deleterious materials and placement of engineered fill and finished grading. Placement of engineered fill shall be in accordance with the geotechnical report prepared by Treadwell and Rollo dated November 20, 2000, attached as an Exhibit.

When a specific portion of the Geotechnical Report prepared by Treadwell and Rollo dated November 20, 2000 for the Government is cited in this RFP as requirement, the Contractor is required to implement/incorporate it into design and construction of this facility.

The Contractor is required to hire an independent Geotechnical Engineering Firm (other than Treadwell and Rollo) as part of his design team.

Unless specifically cited as a design requirement, the Government's Treadwell and Rollo prepared Geotechnical Report is furnished to the Contractor for information only. The Contractor is solely responsible for the design and construction of this building extension.

d. Deleterious material and earth spoil from the grading operation shall be disposed of at an approved sanitary land fill site. Hall route and disposal site shall be approved by the City of Monterey under the