Ph: 215-697-2179
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

FEDERAL STANDARDS (FED-STD)
Defense Printing Service (DPS)
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179
DSN: 442-2179/2667
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

FOUNDATION FOR CROSS-CONNECTION CONTROL AND HYDRAULIC RESEARCH (FCCCHR)
University of Southern California
KAP-200 University Park MC-2531
Los Angeles, CA 90089-2531
Ph: 213-740-2032
Fax: 213-740-8399
internet: http://www.usc.edu/dept/fccchr

GAS APPLIANCE MANUFACTURERS ASSOCIATION (GAMA)
1901 North Moore Street, Suite 1100
Arlington, VA 22209
Ph: 703-525-9565
Fax: 703-525-0718
internet: http://www.gamanet.org
email: information@gamanet.org

GLASS ASSOCIATION OF NORTH AMERICA (GANA)
White Lakes Professional Building
3310 SW Harrison Street
Topeka, KS 66611-2279
Ph: 913-266-7013
Fax: 913-266-0272
internet: http://www.cssinfo.com/info/gana.html

GYPSUM ASSOCIATION (GA)
810 First Street, NE, Suite 510
Washington, DC 20002
Ph: 202-289-5440
Fax: 202-289-3707

HARDWOOD PLYWOOD & VENEER ASSOCIATION (HPVA)
1825 Michael Faraday Drive
P. O. Box 2789
Reston, VA 20195-2789
Ph: 703-435-2900
Fax: 703-435-2537

HOIST MANUFACTURES INSTITUTE (HMI)
Material Handling Institute
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217
Ph: 704-522-8644
Fax: 704-522-7826
internet: http://www.mhia.org

HOLLOW METAL MANUFACTURER'S ASSOCIATION (HMMA)
8 South Michigan Avenue, Suite 1000
Division of NAAMM
Chicago, IL 60603
Ph: 312-782-4951
Fax: 312-580-0165
internet: http://www.gss.net/naamm/techpubs.htm

HYDRAULIC INSTITUTE (HI)
9 Sylvan Way, Suite 180
Parsippany, NJ 07054-3802
Ph: 973-267-9700
Fax: 973-267-9053

ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA (IES)
120 Wall Street, 17th Floor
New York, NY 10005-4001
Ph: 212-248-5000
Fax: 212-248-5017
internet: http://www.iesna.org

INSTITUTE OF CLEAN AIR COMPANIES (ICAC)
1660 "L" Street, NW, Suite 1100
Washington, DC 20036-5603
Ph: 202-457-0911
Fax: 202-331-1388
internet: http://www.icac.com

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC. (IEEE)
445 Hoes Lane
P. O. Box 1331
Piscataway, NJ 08855-1331
Ph: 908-562-3800/800-678-4333
Fax: 908-981-9667
internet: http://www.ieee.org
email: stds-maillst@ieee.org

INSTRUMENT SOCIETY OF AMERICA (ISA)
67 Alexander Drive
Research Triangle Park, NC 27709
Ph: 919-549-8411
Fax: 919-549-8288
internet: http://www.isa.org

INSULATED CABLE ENGINEERS ASSOCIATION (ICEA)
P. O. Box 440
South Yarmouth, MA 02664
Ph: 508-394-4424
Fax: 508-394-1194
internet: http://www.electreicnet.com/orgs/insucbl.htm

INTERNATIONAL CODE COUNCIL (ICC)
4051 West Flossmoor Road
Country Club Hills, IL 60478-5795
Ph: 708-799-2300
Ph: 800-323-1103 (Government Use Only)
Fax: 708-799-4981 (General)
internet: http://www.boca.org

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS (ICBO)
5360 Workman Mill Road
Whittier, CA 90601-2298
Ph: 310-699-0541
Fax: 310-695-4694

INTERNATIONAL ELECTRICAL TESTING ASSOCIATION (NETA)
106 Stone Street
P. O. Box 687
Morrison, CO 80465
Ph: 303-697-8441
Fax: 303-697-8431
internet: http://www.electricnet.com/neta

INTERNATIONAL ELECTROTECHNICAL COMMISSION (IEC)
3, rue de Varembe
P. O. Box 131
CH-1211 Geneva 20
Switzerland
Ph: international +41 229190211
Fax: +41 22 919 03 00 (CCITT Type III)
internet: http://www.iec.ch/co-e.htm
email: pubinfo@iec.ch

INTERNATIONAL GROUND SOURCE HEAT PUMP ASSOCIATION (IGSHPA)
490 Cordell South
Oklahoma State University
Stillwater, OK 74078-8018
Ph: 800-626-4747/405-744-5175
Fax: 405-744-5283
internet: http://www.igshpa.okstate.edu

INTERNATIONAL MUNICIPAL SIGNAL ASSOCIATION (IMSA)
165 East Union Street
P. O. Box 539
Newark, NY 14513
Ph: 315-331-2182
Fax: 315-331-8205

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO)
Order from:
American National Standards Institute
1430 Broadway
New York, NY 10018
Ph: 212-642-4900
Fax: 212-302-1286
internet: http://www.iso.ch

INTERNATIONAL SLURRY SURFACING ASSOCIATION (ISSA)
1200 Nineteenth Street, NW, Suite 300
Washington, DC 20036-2401
Ph: 202-857-1160
Fax: 202-223-4579

IRON AND STEEL SOCIETY (ISS)
410 Commonwealth Drive
Warrendale, PA 15086-7512
Ph: 724-776-1535

Fax: 724-776-0430
internet: http://www.issource.org
email: custserv@issource.org

KITCHEN CABINET MANUFACTURERS ASSOCIATION (KCMA)
1899 Preston White Drive
Reston, VA 22091-4326
Ph: 703-264-1690
Fax: 703-620-6530
internet: http://www.kcma.org

L. H. BAILEY HORTORIUM (LHBH)
MacMillian Publishing Company
Hortus Third
ATTN: Order Department
100 Front Street
Riverside, NJ 08075-7500
Ph: 609-461-6500
Fax: 800-562-1272
Customer Service:
Fax: 609-461-7070, Ext. 2296

MANUFACTURERS STANDARDIZATION SOCIETY OF THE VALVE AND FITTINGS INDUSTRY, INC. (MSS)
127 Park Street, NE
Vienna, VA 22180-4602
Ph: 703-281-6613
Fax: 703-281-6671
internet: http://www.cssinfo.com

MAPLE FLOORING MANUFACTURERS ASSOCIATION (MFMA)
60 Revere Drive, Suite 500
Northbrook, IL 60062
Ph: 847-480-9080
Fax: 847-480-9282
internet: http://www.maplefloor.com
email: mfma@maplefloor.com

MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE)
2500 Broening Highway
Baltimore, MD 21224
Ph: 410-631-3000/800-633-6101
internet: http://www.mde.state.md.us/reference/index.html

METAL BUILDING MANUFACTURERS ASSOCIATION (MBMA)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

METAL LATH/STEEL FRAMING ASSOCIATION (ML/SFA)
8 South Michigan, Suite 1000
Chicago, IL 60603
Ph: 312-782-4951
Fax: 312-580-0165

MILITARY SPECIFICATION SHEET (MS)

Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

MILITARY SPECIFICATIONS (MIL)
Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: http://www.dodssp.daps.mil

MILITARY STANDARDS (MIL-STD)
Defense Printing Service (DPS)
ATTN: Cataloging
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
DSN: 442-2658/2664
Fax: 215-697-2978
internet: hhttp://www.dodssp.daps.mil

MONORAIL MANUFACTURERS ASSOCIATION, INC. (MMA)
Order from:
THE MATERIAL HANDLING INSTITUTE (MHI)
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217-3992
Ph: 704-522-8644/800-345-1815
Fax: 704-522-7826
internet: http://www.mhia.org

NATIONAL ASSOCIATION OF ARCHITECTURAL METAL MANUFACTURERS (NAAMM)
8 South Michigan, Suite 1000
Chicago, IL 60605
Ph: 312-782-4951, ext. 225 or 312-201-0101
Fax: 312-580-0165
internet: http://www.gss.net

NATIONAL ASSOCIATION OF CORROSION ENGINEERS (NACE)
1440 South Creek Drive
Houston, TX 77218-8340
Ph: 281-228-6200
Fax: 281-228-6300
internet: http://www.nace.org

NATIONAL ASSOCIATION OF GARAGE DOOR MANUFACTURERS (NAGDM)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue

Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

NATIONAL ASSOCIATION OF PLUMBING-HEATING-COOLING CONTRACTORS (NAPHCC)
180 South Washington Street
P. O. Box 6808
Falls Church, VA 22046
Ph: 703-237-8100/800-533-7674
Fax: 703-237-7442

NATIONAL BOARD OF BOILER AND PRESSURE VESSEL INSPECTORS (NBBPVI)
1055 Crupper Avenue
Columbus, OH 43229-1183
Ph: 614-888-8320, Ext. 219
Fax: 614-847-1828

NATIONAL CABLE TELEVISION ASSOCIATION (NCTA)
1724 Massachusetts Avenue, NW
Washington, DC 20036-1969
Ph:. 202-775-3550
Fax: 202-775-3698

NATIONAL COUNCIL ON RADIATION PROTECTION AND MEASUREMENTS (NCRP)
7910 Woodmont Avenue, Suite 800
Bethesda, MD 20814
Ph: 301-657-2652/800-229-2652
Fx: 301-907-8768

NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION (NEMA)
1300 North 17th Street, Suite 1847
Rosslyn, Va 22209
Ph: 703-841-3200
Fax: 703-841-3300
internet: http://www.nema.org

NATIONAL ENVIRONMENTAL BALANCING BUREAU (NEBB)
8575 Government Circle
Gaitherburg, MD 20877
Ph: 301-977-3698
Fax: 301-977-9589
internet: http://www.nebb.org
email: mrnebb@aol.com

NATIONAL FLUID POWER ASSOCIATION (NFP(A))
3333 N. Mayfair Road
Milwaukee, WI 53222-3219
Ph: 414-778-3344
Fax: 414-778-3361
internet: http://www.nfpa.com
email: nfpa@nfpa.com

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
1 Batterymarch Park
Quincy, MA 02269-9101
Ph: 617-770-3000
Fax: 617-770-0700
internet: http://www.nfpa.org

NATIONAL HARDWOOD LUMBER ASSOCIATION (NHLA)
6830 Raleigh LaGrange
P. O. Box 34518
Memphis, TN 38134-0518
Ph: 901-377-1818
Fax: 901-382-6419

NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH (NIOSH)
Publications, Mail Stop C13
4676 Columbia Parkway
Cincinnati, OH 45226-1998
Ph: 513-533-8287/800-356-4674
Fax: 513-533-8573
internet: http://www.cdc.gov/niosh

NATIONAL LIME ASSOCIATION (NLA)
200 North Glebe Road, Suite 800
Arlington, VA 22203
Ph: 703-243-5463
Fax: 703-243-5489

NATIONAL ROOFING CONTRACTORS ASSOCIATION (NRCA)
10255 West Higgins Road, Suite 600
Rosemont, IL 60018-5607
Ph: 847-299-9070
Fax: 847-299-1183
internet: http://www.roofonline.org

NATIONAL TERRAZZO & MOSAIC ASSOCIATION (NTMA)
110 East Market Street
Leesburg, VA 20176
Ph: 800-323-9736/703-779-1022
Fax: 703-779-1026
internet: http://www.ntma.com

NATIONAL WOOD WINDOW & DOOR ASSOCIATION (NWWDA)
1400 East Touhy Avenue, Suite 470
Des Plaines, IL 60018
Ph: 800-223-2301
Fax: 847-299-1286
internet: http://www.nwwda.org

NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)
Seabee Logistics Center, Code 46
4111 San Pedro Street
Port Hueneme, CA 93043-4110
Ph: 805-982-5543/5743
Fax: 805-985-6465
email: GarciaCE@slc.navfac.navy.mil
email: DeleonDS@slc.navfac.navy.mil

NAVY DIRECTIVES (ND)
internet: http://www.neds.nebt.daps.mil

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION (NCDOT)
No. 1 South Wilmington Street
P. O. Box 25201
Raleigh, NC 27611

Ph: 919-733-2520
Fax: 919-733-9150

NORTH CAROLINA SEDIMENTATION CONTROL COMMISSION (NCSCC)
State of North Carolina
Department of Environment and Natural Resources
Division of Land Resources, Land Quality Section
P. O. Box 27687
Raliegh, NC 27611
Ph: 919-733-4574 ext. 702
Fax: 919-733-2876
internet: http://www.ehnr.state.nc.us/EHNR

NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION (NELMA)
P. O. Box 87A
Cumberland Center, ME 04021
Ph: 207-829-6901
Fax: 207-829-4293

NORTHERN VIRGINIA DIVISION, STATE AIR POLLUTION CONTROL BOARD (NVDSAPCB)
629 E. Main Street
Richmond, VA 23219
Ph: 804-698-4000
Fax: 804-698-4453

NORTHWEST AIR POLLUTION AUTHORITY (NWAPA)
16000 South Second Street
Mount Vernon, WA 98273-5202
Ph: 360-428-1617
Fax: 360-428-1620
internet: http://www.pacificrim.not/~nwapa

NSF INTERNATIONAL (NSF)
P. O. Box 130140
Ann Arbor, MI 48113-0140
Ph: 734-769-8010
Fax: 734-769-0109
internet: http://www.nsf.org
email: info@nsf.org

OLYMPIC AIR POLLUTION CONTROL AUTHORITY (OAPCA)
909 Sleater-Kinney Rd. SE, Suite #1
Lacey, WA 98503
Ph: 360-438-8768/800-422-5623
Fax: 360-491-6308
internet: http://www.wln.com/~oapca/index.html
email: oapca@wln.com

PIPE FABRICATION INSTITUTE (PFI)
P. O. Box 173
Springdale, PA 15144
Ph: 412-274-4722

PLASTICS PIPE INSTITUTE (PPI)
1801 K Street, NW, Suite 600K
Washington, DC 20006-1301
Ph: 888-314-6774
Fax: 202-293-0048

internet: http://www.plasticpipe.org

PLUMBING AND DRAINAGE INSTITUTE (PDI)
45 Bristol Drive, Suite 101
South Easton, MA 02375
Ph: 508-230-3516
Fax: 508-230-3529
email: pdhw@tiac.net

PLUMBING AND PIPING INDUSTRY COUNCIL (PPIC)
501 Shatto Place, Suite 402
Los Angeles, CA 90020
Ph: 213-487-3790
Fax: 213-487-3880

PORCELAIN ENAMEL INSTITUTE (PEI)
4004 Hillsboro Pike, Suite 224B
P. O. Box 158541
Nashville, TN 37215
Ph: 615-385-5357
Fax: 615-385-5463
internet: http://www.porcelainenamel.com
email: penamel@aol.com

PRECAST/PRESTRESSED CONCRETE INSTITUTE (PCI)
175 West Jackson Boulevard, Suite 1859
Chicago, IL 60604-9773
Ph: 312-786-0300
Fax: 312-786-0353
internet: http://www.pci.org
email: info@pci.org

PUGET SOUND AIR POLLUTION CONTROL AGENCY (PSAPCA)
110 Union Street, Suite 500
Seattle, WA 98101-2038
Ph: 206-343-8800/800-552-3565
Fax: 206-343-7522
internet: http://www.psapca.org

REDWOOD INSPECTION SERVICE (RIS)
California Redwood Association
405 Enfrente Drive, Suite 200
Novato, CA 94949
Ph: 415-382-0662
Fax: 415-382-8531
internet: http://www.caredwood.org

RURAL UTILITIES SERVICE (RUS)
14th & Independence Avenue, SW, Room 0180
Washington, DC 20250
Ph: 202-720-8674
Fax: 202-720-1915

SCREEN MANUFACTURERS ASSOCIATION (SMA)
2950 South Ocean Blvd., Suite 311
Palm Beach, FL 33480-5535
Ph: 407-533-0991
Fax: 407-533-7466

SEALED INSULATING GLASS MANUFACTURERS ASSOCIATION (SIGMA)
401 North Michigan Avenue
Chicago, IL 60611
Ph: 312-644-6610
Fax: 312-321-6869

SHEET METAL & AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. (SMACNA)
4201 Lafayette Center Drive
Chantilly, VA 20151-1209
Ph: 703-803-2980
Fax: 703-803-3732
internet: http://www.smacna.org
email: info@smacna.org

SINGLE-PLY ROOFING INSTITUTE (SPRI)
200 Reservoir Street, Suite 309A
Needham, MA 02494
Ph: 781-444-0242
Fax: 781-444-6111
internet: http://www.spri.org
email: spri@spri.org

SOCIETY OF AUTOMOTIVE ENGINEERS, INC. (SAE)
400 Commonwealth Drive
Warrendale, PA 15096-0001
Ph: 724-776-4841
Ph: 724-776-5760
internet: http://www.sae.org
email: publications.sae.org

SOCIETY OF MOTION PICTURE & TELEVISION ENGINEERS (SMPTE)
595 West Hartsdale Avenue
White Plains, NY 10607
Ph: 914-761-1100
Fax: 914-761-3115

SOCIETY OF THE PLASTICS INDUSTRY, INC. (SPI)
1801 K Street, NW, Suite 600K
Washington, DC 20006-1301
Ph: 202-974-5200
Fax: 202-296-7005
internet: http://www.socplas.org
email: feedback@socplas.org

SOLAR RATING AND CERTIFICATION CORPORATION (SRCC)
c/o FSEC
1679 Clearlake Road
Cocoa, FL 32922-5703
Ph: 407-638-1537
Fax: 407-638-1010
internet: http://www.theenergyguy.com/energyguy/srcc.html
email: srcc@fsec.icf.edu

SOUTHERN CYPRESS MANUFACTURERS ASSOCIATION (SCMA)
400 Penn Center Boulevard, Suite 530
Pittsburgh, PA 15235
Ph: 412-829-0770
Fax: 412-829-0844

SOUTHERN PINE INSPECTION BUREAU (SPIB)
4709 Scenic Highway
Pensacola, FL 32504-9094
Ph: 850-434-2611
Fax: 850-433-5594
internet: http://www.spib.org
email: spib@spib.org

STEEL DECK INSTITUTE (SDEI)

P. O. Box 25
Fox River Grove, IL 60021-0025
Ph: 847-462-1930
Fax: 847-462-1940
internet: http://www.sdi.org
email: steve@sdi.org

STEEL DOOR INSTITUTE (SDI)
30200 Detroit Road
Cleveland, OH 44145-1967
Ph: 440-899-0010
Fax: 440-892-1404
internet: http://www.wherryassoc.com/steeldoor.org

STEEL JOIST INSTITUTE (SJI)
3127 10th Avenue, North
Myrtle Beach, SC 29577-6760
Ph: 803-626-1995
Fax: 803-626-5565

STEEL STRUCTURES PAINTING COUNCIL (SSPC)
40 24th Street
Pittsburg, PA 15222
Ph: 412-281-2331
Fax: 412-281-9992

STEEL TANK INSTITUTE (STI)
570 Oakwood Road
Lake Zurich, IL 60047
Ph: 847-438-8265
Fax: 847-438-8766
internet: http://www.steeltank.com

STEEL WINDOW INSTITUTE (SWI)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105

TECHNICAL ASSOCIATION OF THE PULP AND PAPER INDUSTRY (TAPPI)
If using UPS:
15 Technology Parkway South
Norcross, GA 30092
Ph: 770-446-1400/800-332-8686
Fax: 770-446-6947
If ordering by mail:

Service Department
P. O. Box 105113
Atlanta, GA 30348-5113

THE ALUMINUM ASSOCIATION, INCORPORATED (AA)
900 19th Street, NW
Washington, DC 20006
Ph: 202-862-5100
Fax: 202-862-5164
internet: http://www.aluminum.org

TRUSS PLATE INSTITUTE (TPI)
583 D'Onofrio Drive, Suite 200
Madison, WI 53719
Ph: 608-833-5900
Fax: 608-833-4360

TUBULAR EXCHANGER MANUFACTURERS ASSOCIATION (TEMA)
25 North Broadway
Tarrytown, NY 10591
Ph: 914-332-0040
Fax: 914-332-1541

UNDERWRITERS LABORATORIES INC. (UL)
333 Pfingsten Road
Northbrook, IL 60062-2096
Ph: 847-272-8800
Fax: 847-272-8129
internet: http://www.ul.com
email: northbrook@ul.com

UNI-BELL PVC PIPE ASSOCIATION (UBPPA)
2655 Villa Creek Drive, Suite 155
Dallas, TX 75234
Ph: 214-243-3902
Fax: 214-243-3907

UNITED STATES CODE (USC)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

UNIVERSITY OF CALIFORNIA DIVISION OF AGRICULTURE AND NATURAL RESOURCES (UCDANR)
Agricultural Publication
6701 San Pablo Avenue
Oakland, CA 94608-1239
Ph: 510-642-2431
Fax: 510-643-5470

U.S. DEPARTMENT OF COMMERCE PRODUCT STANDARDS (PS)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250

internet: http://www.access.gpo.gov/su_docs

VIRGINIA ADMINISTRATIVE CODE (VAC)
Department of Professional and Occupational Regulations
3600 West Broad Street
Richmond, VA 23230-4917
Ph: 804-367-8595

VIRGINIA DEPARTMENT OF HIGHWAYS AND TRANSPORTATION (VDHT)
1401 East Broad Street
Richmond, VA 23219-2094
Ph: 804-786-2801
Fax: 804-786-6250

VIRGINIA SOIL AND WATER CONSERVATION COMMISSION (VSWCC)
203 Governor Street, Suite 206
Richmond, VA 23219-2094
Ph: 804-786-2064
Fax: 804-786-1798

VIRGINIA STATE REGULATIONS (VSR)
Department of Environment Quality
629 Main East Street
Richmond, VA 23240
Ph: 804-698-4000
Fax: 804-698-4500

WASHINGTON STATE ADMINISTRATIVE CODE (WAC)
P. O. BOX 47600
Olympia, WA 98504-7600
Ph: 360-407-6045 (Records)
Fax: 360-407-6137

WASHINGTON STATE DEPARTMENT OF ECOLOGY (WSDE)
P. O. Box 47600
Olympia, WA 98504-7600
Ph: 360-407-7472 (Publications)
Fax: 360-407-6035

WATER QUALITY ASSOCIATION (WQA)
4151 Naperville Road
Lisle, IL 60532
Ph: 630-505-0160
Fax: 630-505-9637
internet: http://www.wqa.org
email: info@mail.wqa.org

WEST COAST LUMBER INSPECTION BUREAU (WCLIB)
6980 SW Varns Street
Portland, OR 97223
Ph: 503-639-0651
Fax: 503-684-8928
Ordering address:
P. O. Box 23145
Portland, OR 97281

WESTERN WOOD PRODUCTS ASSOCIATION (WWPA)
522 SW 5th Avenue, Suite 500
Portland, OR 97204-2122

Ph: 503-224-3930
Fax: 503-224-3934
internet: http://www.wwpa.org
email: info@wwpa.org

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

# SECTION 01450

## QUALITY CONTROL
**09/00**

## PART 1 GENERAL

### 1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Quality Control (QC) plan; G

Submit a QC plan within 20 calendar days after the acceptance of the final design.

The QC Plan shall include a preliminary submittal of the list of definable features of work that shall cover the first 90 days of construction.

Submit the completed list of definable features of work in conjunction with the Accepted Network Analysis Schedule.

Any approval by the Government of the QC Plan shall be considered to be "approved as noted, resubmittal required" and will be in effect only until the completed list of definable features of work is received and approved. If the completed list of definable features of work and accepted network schedule is not received within the time indicated in the paragraph entitled "Accepted Network Analysis Schedule" of Section 01321, "Network Analysis Schedules," the QC Plan will become disapproved and all work, except for the work authorized in the paragraph entitled "Preliminary Work Authorized Prior to Approval," will stop.

### 1.2 INFORMATION FOR THE CONTRACTING OFFICER

Prior to commencing work on construction, the Contractor can obtain a single copy set of the current report forms from the Contracting Officer. The report forms will consist of the Contractor Production Report, Contractor Production Report (Continuation Sheet), Contractor Quality Control Report, Contractor Quality Control Report (Continuation Sheet), Preparatory Phase Checklist, Initial Phase Checklist, Rework Items List, and Testing Plan and Log. Other reports referenced below may be in formats customarily used by the Contractor, Testing Laboratories, etc. and will contain the information required by this specification.

Deliver the following to the Contracting Officer:

a. Combined Contractor Production Report/Contractor Quality Control Report (1 sheet): Original and 1 copy, by 10:00 AM the next working day after each day that work is performed;

Contractor Quality Control Report; original and 1 copy, by 10:00 AM the next working day after each day that work is performed;

Contractor Production Report: Original and 1 copy, by 10:00 AM the next working day after each day that work is performed, attached to the Contractor Quality Control Report;

b. Preparatory Phase Checklist: Original attached to the original Combined Contractor Production Report/Contractor Quality Control Report and 1 copy attached to each copy.

c. Initial Phase Checklist: Original attached to the original Combined Contractor Production Report/Contractor Quality Control Report and 1 copy attached to each copy.

d. QC specialist Reports: Originals and 1 copy, by 10:00 AM the next working day after each day that work is performed, attached to the Contractor Quality Control Report;

e. Field Test Reports: 2 copies, within 2 working days after the test is performed, attached to the Contractor Quality Control Report;

f. Monthly Summary Report of Tests: 2 copies attached to the Contractor Quality Control Report;

g. Testing Plan and Log, 2 copies, at the end of each month;

h. Rework Items List: 2 copies, by the last working day of the month;

i. QC Meeting Minutes: 2 copies, within 2 working days after the meeting;

j. QC Certifications: As required by the paragraph entitled "QC Certifications."

1.3 QC PROGRAM REQUIREMENTS

Establish and maintain a QC (Quality Control) program as described in this section. The QC program consists of a QC Organization, a QC Plan (including a Quality Assurance Plan for the structural systems and elements as outlined in FEMA 302, Chapter 3), a Coordination and Mutual Understanding Meeting, QC meetings, three phases of control, submittal review and approval, testing, completion inspections, and QC certifications and documentation necessary to provide materials, equipment, workmanship, fabrication, construction and operations which comply with the requirements of this Contract. The QC program shall cover on-site and off-site work and shall be keyed to the work sequence. No work or testing may be performed unless the QC Manager is on the work site. The QC Manager shall report to the project superintendent. The project superintendent will be held responsible for the quality of work on the job and is subject to removal by the Contracting Officer for non-compliance with quality requirements specified in the contract. The project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

The Contractor shall perform and comply with the requirements of the Quality Assurance requirements as stated in Chapter 3 of FEMA 302. To comply with the requirements of Paragraph 3.3 of Chapter 3, FEMA 302, the Structural Quality Control Specialist shall observe the construction for compliance with Paragraph 3.3, Chapter 3 of FEMA 302 in its entirety. For FEMA compliance purposes, the Structural Quality Control Specialist shall

perform the function of a special inspector retained by the Government.

Each contractor and subcontractor responsible for the construction of whole or parts of the seismic force resisting system, designated seismic system on the drawings, or a component listed in the quality assurance plan noted above, shall submit to the Design-Build Contractor and the Contracting Officer a written contractor's statement of responsibility prior to the commencement of work on the system or component, per FEMA 302, Chapter 3.

The construction of the structural aspects of the project shall have structural observation by the Structural Engineer of Record in accordance with FEMA 302, Chapter 3.

1.3.1 Preliminary Work Authorized Prior to Approval

The only work that is authorized to proceed prior to the approval of the QC Plan is mobilization of storage and office trailers, temporary utilities, and surveying.

1.3.2 Approval

Approval of the QC Plan is required prior to the start of construction. The Contracting Officer reserves the right to require changes in the QC Plan and operations as necessary, including removal of personnel, to ensure the specified quality of work. The Contracting Officer may require the removal of any individual for non-compliance with quality requirements specified in the contract. The Contracting Officer reserves the right to interview any member of the QC organization at any time in order to verify the submitted qualifications. All QC organization personnel shall be subject to acceptance by the Contracting Officer.

1.3.3 Notification of Changes

Notify the Contracting Officer, in writing, of any proposed change, including changes in the QC organization personnel, a minimum of seven calendar days prior to a proposed change. Proposed changes shall be subject to acceptance by the Contracting Officer.

1.4 QC ORGANIZATION

1.4.1 QC Manager

1.4.1.1 Duties

Provide a QC Manager at the work site to implement and manage the QC program. The only duties and responsibilities of the QC Manager are to manage and implement the QC program on this contract. The QC Manager shall not be designated as the safety competent person as defined by COE EM-385-1-1. The QC Manager is required to attend the Coordination and Mutual Understanding Meeting, conduct the QC meetings, perform the three phases of control, except for those phases of control designated to be performed by QC Specialists, perform submittal review and approval, ensure testing is performed and provide QC certifications and documentation required in this contract. The QC Manager is responsible for managing and coordinating the three phases of control and documentation performed by the QC specialists, Testing Laboratory personnel and any other inspection and testing personnel required by this Contract.

The QC Manager shall be a member of the Contractor's design team and an

active participant in the design of the facility being constructed under this contract or have participated in some other capacity in the design effort (e.g., performed constructability or coordination reviews).

1.4.1.2 Qualifications

A graduate of a four year accredited college program in one of the following disciplines: Engineering, Architecture, Construction Management, Engineering Technology, Building Construction, or Building Science, with a minimum of 6 years experience as a superintendent, inspector, QC Manager, project manager, or construction manager on similar size and type construction contracts which included the major trades that are part of this Contract. The individual must be familiar with the requirements of COE EM-385-1-1, and have experience in the areas of hazard identification and safety compliance. In addition to the above qualifications, the individual shall have professional expertise to perform QC work on architectural, civil, electrical and mechanical work.

1.4.2 Alternate QC Manager Duties and Qualifications

Designate an alternate for the QC Manager at the work site to serve in the event of the designated QC Manager's absence. The period of absence may not exceed two weeks at one time, and not more than 30 workdays during a calendar year. The qualification requirements for the Alternate QC Manager shall be the same as for the QC manager.

1.4.3 QC Specialists Duties and Qualifications

Provide a separate QC specialist at the work site for each of the areas of responsibilities, specified below, who shall assist and report to the QC Manager and who shall have no duties other than their assigned quality control duties. QC specialists are required to attend the Coordination and Mutual Understanding Meeting, QC meetings, and be physically present at the construction site to perform the three phases of control and prepare documentation for each definable feature of work in their area of responsibility.

| Qualification/Experience in Area of Responsibility | Area of Responsibility | Frequency |
|---|---|---|
| Registered Geotechnical Engineer, (P.E.) | Drilled Pier Drilling, Casing, and Placement Section 02468 | Continuous |
| Registered Structural Engineer, (P.E.) | Drilled Pier Drilling, Casing, and Placement Section 02468 | First Day of installation, once a week thereafter |
| Registered Structural Engineer, (P.E.) | Strucutural steel erection, Section 05120 | Once a week |

1.4.4 Submittal Reviewer's Duties and Qualifications

Submittal reviewers shall review and certify that the submittals meet the requirements of the Contract prior to certification or approval by the QC Manager. Submittal Reviewers shall be members of the Contractor's design

team shall review and certify submittals for their respective disciplines.

Each of the following submittals shall be reviewed by individuals meeting the qualifications/experience specified below:

| Qualification/Experience in Submittal Discipline | Submittals to be reviewed: Spec Section No. | Submittal |
|---|---|---|
| Registered Structural Engineer, (P.E.) | Section 05120 | Fabrication Drawings<br>Erection Plan |
| Registered Architect | Section 08120 | Fabrication Drawings<br>Erection Plan |
| Registered Architect | Section 08900 | Fabrication Drawings<br>Erection Plan |
| Registered Mechanical Engineer | Division 15 | All |
| Registered Electrical Engineer | Division 16 | All |

1.5 QUALITY CONTROL (QC) PLAN

1.5.1 Requirements

Provide, for approval by the Contracting Officer, a QC plan submitted in a 3-ring binder with pages numbered sequentially that covers both on-site and off-site work and includes the following:

a. A table of contents listing the major sections identified with tabs in the following order:

I. QC ORGANIZATION
II. NAMES AND QUALIFICATIONS
III. DUTIES, RESPONSIBILITY AND AUTHORITY OF QC PERSONNEL
IV. OUTSIDE ORGANIZATIONS
V. APPOINTMENT LETTERS
VI. SUBMITTAL PROCEDURES AND INITIAL SUBMITTAL REGISTER
VII. TESTING LABORATORY INFORMATION
VIII. TESTING PLAN AND LOG
IX. PROCEDURES TO COMPLETE REWORK ITEMS
X. DOCUMENTATION PROCEDURES
XI. LIST OF DEFINABLE FEATURES
XII. PROCEDURES FOR PERFORMING THE THREE PHASES OF CONTROL
XIII. PERSONNEL MATRIX
XIV. PROCEDURES FOR COMPLETION INSPECTION

b. A chart showing the QC organizational structure.

c. Names and qualifications, in resume format, for each person in the QC organization. Include the CQM course certifications for the QC Manager and Alternate QC Manager as required by the paragraphs entitled "Construction Quality Management Training" and "Alternate QC Manager Duties and Qualifications".

d. Duties, responsibilities and authorities of each person in the QC

organization.

e. A listing of outside organizations such as, architectural and consulting engineering firms that will be employed by the Contractor and a description of the services these firms will provide.

f. Letters signed by an officer of the firm appointing the QC Manager and Alternate QC Manager and stating that they are responsible for implementing and managing the QC program as described in this contract. Include in this letter the responsibility of the QC Manager and Alternate QC Manager to implement and manage the three phases of quality control, and their authority to stop work which is not in compliance with the contract. The QC Manager shall issue letters of direction to the Assistant QC Manager and all other QC specialists outlining their duties, authorities, and responsibilities. Copies of the letters shall be included in the QC plan.

g. Procedures for reviewing, approving and managing submittals. Provide the names of the persons in the QC organization authorized to review and certify submittals prior to approval. Provide the initial submittal of the Submittal Register as specified in section entitled "Submittal Procedures."

h. Testing laboratory information required by the paragraphs entitled "Acceditation Requirements" or "Construction Materials Testing Laboratory Requirements", as applicable.

i. A Testing Plan and Log that includes the tests required, referenced by the specification paragraph number requiring the test, the frequency, and the person responsible for each test.

j. Procedures to identify, record, track and complete rework items.

k. Documentation procedures, including proposed report formats.

l. List of definable features of work. A definable feature of work (DFOW) is a task which is separate and distinct from other tasks, has the same control requirements and work crews. The list shall be cross-referenced to the contractor's Construction Schedule and the specification sections. For projects requiring a Progress Chart, the list of definable features of work shall include but not be limited to all items of work on the schedule. For projects requiring a Network Analysis Schedule, the list of definable features of work shall include but not be limited to all critical path activities.

m. Procedures for Performing the Three Phases of Control. For each DFOW, provide the DFOW's Preparatory and Initial Phase Checklists. Each list shall include a breakdown of quality checks that will be used when performing the quality control functions, inspections, and tests required by the contract documents. The Preparatory and Initial Phases and meetings shall be conducted with a view towards obtaining quality construction by planning ahead and identifying potential problems for each definable feature of work.

n. A personnel matrix showing for each section of the specification

who will review and approve submittals, who will perform and document the three phases of control, and who will perform and document the testing.

o. Procedures for Identifying and Documenting the Completion Inspection process. Include in these procedures the responsible party for punch out inspection, prefinal inspection, and final acceptance inspection.

1.6 COORDINATION AND MUTUAL UNDERSTANDING MEETING

After submission of the QC Plan, and prior to the start of construction, meet with the Contracting Officer to present the QC program required by this Contract. The purpose of this meeting is to develop a mutual understanding of the QC details, including documentation, administration for on-site and off-site work, and the coordination of the Contractor's management, production and QC personnel. At the meeting, the Contractor will be required to explain in detail how three phases of control will be implemented for each definable feature of work. As a minimum, the Contractor's personnel required to attend shall include an officer of the firm, the project manager, project superintendent, QC Manager, Design Team, and subcontractor representatives. Each subcontractor who will be assigned QC responsibilities shall have a principal of the firm at the meeting. Minutes of the meeting will be prepared by the QC Manager and signed by the Contractor, the A/E and the Contracting Officer. A copy of the signed minutes shall be provided to all attendees by the Contractor. Repeat the coordination and mutual understanding meeting when a new QC Manager is appointed.

Provide a room acceptable to the Contracting Officer for the one day meeting. The room shall be equipped with VCR and monitor equipment, overhead projector and a flip chart. Submit for Contracting Officer approval the location, date and agenda for this meeting.

1.7 QC MEETINGS

After the start of construction, the QC Manager shall conduct weekly QC meetings at the work site with the project superintendent. The QC Manager shall prepare the minutes of the meeting and provide a copy to the Contracting Officer within 2 working days after the meeting. The Contracting Officer may attend these meetings. The QC Manager shall notify the Contracting Officer at least 48 hours in advance of each meeting. As a minimum, the following shall be accomplished at each meeting:

a. Review the minutes of the previous meeting;

b. Review the schedule and the status of work:

(1) Work or testing accomplished since last meeting

(2) Rework items identified since last meeting

(3) Rework items completed since last meeting;

c. Review the status of submittals:

(1) Submittals reviewed and approved since last meeting

(2) Submittals required in the near future;

d. Review the work to be accomplished in the next 2 weeks and documentation required:

(1) Establish completion dates for rework items

(2) Update the schedule showing planned and actual dates of the preparatory, initial and follow-up phases, including testing and any other inspection required by this contract

(3) Discuss construction methods and the approach that will be used to provide quality construction by planning ahead and identifying potential problems for each definable feature of work

(4) Discuss status of off-site work or testing

(5) Documentation required;

(6) Discuss upcoming Activity Hazard Analyses:

e. Resolve QC and production problems:

(1) Assist in resolving Request for Information issues; and

f. Address items that may require revising the QC plan:

(1) Changes in QC organization personnel

(2) Changes in procedures.

g. Review health and safety plan

1.8 THREE PHASES OF CONTROL

The Three Phases of Control shall adequately cover both on-site and off-site work and shall include the following for each definable feature of work.

1.8.1 Preparatory Phase

Notify the Contracting Officer at least 2 work days in advance of each preparatory phase. This phase shall include a meeting conducted by the QC Manager and attended by the superintendent, and the foreman responsible for the definable feature. Document the results of the preparatory phase actions in the daily Contractor Quality Control Report and in the Preparatory Phase Checklist. Perform the following prior to beginning work on each definable feature of work:

a. Review each paragraph of the applicable specification sections;

b. Review the Contract drawings;

c. Verify that appropriate shop drawings and submittals for materials and equipment have been submitted and approved. Verify receipt of approved factory test results, when required;

d. Review the testing plan and ensure that provisions have been made to provide the required QC testing;

e. Examine the work area to ensure that the required preliminary work has been completed;

f. Examine the required materials, equipment and sample work to ensure that they are on hand and conform to the approved shop drawings and submitted data;

g. Discuss construction methods, construction tolerances, workmanship standards, and the approach that will be used to provide quality construction by planning ahead and identifying potential problems for each definable feature of work; and

h. Review the safety plan and appropriate activity hazard analysis to ensure that applicable safety requirements are met, and that required Material Safety Data Sheets (MSDS) are submitted.

1.8.2 Initial Phase

Notify the Contracting Officer at least 2 work days in advance of each initial phase. When construction crews are ready to start work on a definable feature of work, conduct the initial phase with the QC Specialists, the superintendent, and the foreman responsible for that definable feature of work. Observe the initial segment of the definable feature of work to ensure that the work complies with Contract requirements. Document the results of the initial phase in the daily Contractor Quality Control Report and in the Initial Phase Checklist. Repeat the initial phase for each new crew to work on-site, or when acceptable levels of specified quality are not being met. Perform the following for each definable feature of work:

a. Establish the quality of workmanship required;

b. Resolve conflicts;

c. Ensure that testing is performed by the approved laboratory, and

d. Check work procedures for compliance with the Safety Plan and the appropriate activity hazard analysis to ensure that applicable safety requirements are met.

1.8.3 Follow-Up Phase

Perform the following for on-going work daily, or more frequently as necessary until the completion of each definable feature of work and document in the daily Contractor Quality Control Report:

a. Ensure the work is in compliance with Contract requirements;

b. Maintain the quality of workmanship required;

c. Ensure that testing is performed by the approved laboratory;

d. Ensure that rework items are being corrected; and

e. Perform safety inspections.

1.8.4 Additional Preparatory and Initial Phases

Additional Preparatory and Initial Phases shall be conducted on the same

definable features of work if the quality of on-going work is unacceptable, if there are changes in the applicable QC organization, if there are changes in the on-site production supervision or work crew, if work on a definable feature is resumed after substantial period of inactivity, or if other problems develop.

1.8.5 Notification of Three Phases of Control for Off-Site Work

Notify the Contracting Officer at least two weeks prior to the start of the preparatory and initial phases.

1.9 SUBMITTAL REVIEW AND APPROVAL

Procedures for submission, review and approval of submittals are described in Section 01332.

1.10 TESTING

Except as stated otherwise in the specification sections, perform sampling and testing required under this Contract.

1.10.1 Accreditation Requirements

Construction materials testing laboratories performing work for Navy construction contracts will be required to submit one of the following:

a. A copy of the Certificate of Accreditation and Scope of Accreditation by an acceptable laboratory accreditation authority, or

b. An acknowledgment letter from one of the laboratory accreditation authorities indicating that the application for accreditation has been received and the accreditation process has started.

Construction materials testing laboratories performing work for Navy construction contracts must be accredited by one of the laboratory accreditation authorities. The laboratory's scope of accreditation must include the ASTM standards listed in the paragraph titled "Construction Materials Testing Laboratory Requirements" as appropriate to the testing field. The policy applies to the specific laboratory performing the actual testing, not just the "Corporate Office".

1.10.2 Construction Materials Testing Laboratory Requirements

Provide an independent construction materials testing laboratory accredited by an acceptable laboratory accreditation authority to perform sampling and tests required by this Contract. Testing laboratories that have obtained accreditation by an acceptable laboratory accreditation authority listed in the paragraph entitled "Laboratory Accreditation Authorities" submit to the Contracting Officer, a copy of the Certificate of Accreditation and Scope of Accreditation. The scope of the laboratory's accreditation shall include the test methods required by the Contract. For testing laboratories that have not yet obtained accreditation by an acceptable laboratory accreditation authority listed in the paragraph entitled "Laboratory Accreditation Authorities" submit an acknowledgment letter from one of the laboratory accreditation authorities indicating that the application for accreditation has been received and the accreditation process has started, and submit to the Contracting Officer for approval, certified statements, signed by an official of the testing laboratory attesting that the proposed laboratory, meets or conforms to the ASTM

standards listed below as appropriate to the testing field.

a. Laboratories engaged in testing of construction materials shall meet the requirements of ASTM E 329.

b. Laboratories engaged in testing of concrete and concrete aggregates shall meet the requirements of ASTM C 1077.

c. Laboratories engaged in testing of bituminous paving materials shall meet the requirements of ASTM D 3666.

d. Laboratories engaged in testing of soil and rock, as used in engineering design and construction, shall meet the requirements of ASTM D 3740.

e. Laboratories engaged in inspection and testing of steel, stainless steel, and related alloys will be evaluated according to ASTM A 880.

f. Laboratories engaged in nondestructive testing (NDT) shall meet the requirements of ASTM E 543.

g. Laboratories engaged in Hazardous Materials Testing shall meet the requirements of OSHA and EPA.

1.10.3 Laboratory Accreditation Authorities

Laboratory Accreditation Authorities are the National Voluntary Laboratory Accreditation Program (NVLAP) administered by the National Institute of Standards and Technology, the American Association of State Highway and Transportation Officials (AASHTO) program, and the American Association for Laboratory Accreditation (A2LA) program and the Washington Association of Building Officials (WABO) (Approval authority for WABO is limited to projects within Washington State), and the Washington Area Council of Engineering Laboratories (WACEL) (Approval authority by WACEL is limited to projects within the Chesapeake Division and Public Works Center Washington geographical area).

Furnish to the Contracting Officer, a copy of the Certificate of Accreditation and Scope of Accreditation. The scope of the laboratory's accreditation shall include the test methods required by the Contract.

1.10.4 Capability Check

The Contracting Officer retains the right to check laboratory equipment in the proposed laboratory and the laboratory technician's testing procedures, techniques, and other items pertinent to testing, for compliance with the standards set forth in this Contract.

1.10.5 Test Results

Cite applicable Contract requirements, tests or analytical procedures used. Provide actual results and include a statement that the item tested or analyzed conforms or fails to conform to specified requirements. If the item fails to conform, notify Contracting Officer immediately. Conspicuously stamp the cover sheet for each report in large red letters "CONFORMS" or "DOES NOT CONFORM" to the specification requirements, whichever is applicable. Test results shall be signed by a testing laboratory representative authorized to sign certified test reports. Furnish the signed reports, certifications, and other documentation to the

Contracting Officer via the QC Manager. Furnish a summary report of field tests at the end of each month. Attach a copy of the summary report to the last daily Contractor Quality Control Report of each month.

1.10.6 Test Reports and Monthly Summary Report of Tests

The QC Manager shall furnish the signed reports, certifications, and a summary report of field tests at the end of each month to the Contracting Officer. Attach a copy of the summary report to the last daily Contractor Quality Control Report of each month.

All test reports shall include all pertinent information regarding the testing being performed, as well as the prevailing weather conditions and the date, time and duration of stay of the test reporter.

1.11 CQC CERTIFICATIONS

1.11.1 Contractor Quality Control Report Certification

Each Contractor Quality Control Report shall contain the following statement: "On behalf of the Contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge, except as noted in this report."

1.11.2 Invoice Certification

Furnish a certificate to the Contracting Officer with each payment request, signed by the QC Manager, attesting that as-built drawings are current and attesting that the work for which payment is requested, including stored material, is in compliance with contract requirements.

1.11.3 Completion Certification

Upon completion of work under this Contract, the QC Manager shall furnish a certificate to the Contracting Officer attesting that "the work has been completed, inspected, tested and is in compliance with the Contract."

1.12 COMPLETION INSPECTIONS

1.12.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the FAR clause entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the QC Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Include in the punch list any remaining items on the "Rework Items List" which were not corrected prior to the Punch-Out Inspection. The punch list shall include the estimated date by which the deficiencies will be corrected. A copy of the punch list shall be provided to the Contracting Officer. The QC Manager or staff shall make follow-on inspections to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government "Pre-Final Inspection."

1.12.2 Pre-Final Inspection

The Government will perform this inspection to verify that the facility is complete and ready to be occupied. A Government "Pre-Final Punch List" may be developed as a result of this inspection. The QC Manager shall ensure that all items on this list are corrected prior to notifying the Government that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-Final" inspection shall be corrected in timely manner and shall be accomplished within the time slated for completion of the entire work, or any particular increment thereof if the project is divided into increments by separate completion dates.

1.12.3 Final Acceptance Inspection

The QC Manager, the QC specialists, the superintendent or other primary contractor management personnel, and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel may be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the "Pre-Final" inspection. Notice shall be given to the Contracting Officer at least 14 days prior to the final inspection stating that all specific items previously identified to the Contractor as being unacceptable, along with all the remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Contract Clause entitled "Inspection of Construction." When the Contracting Officer takes possession of partial completed work, it will be in accordance with Contract Clause "Use and Possession Prior to Completion.

1.13 DOCUMENTATION

Maintain current and complete records of on-site and off-site QC program operations and activities.

1.13.1 Contractor Production Report

Reports are required for each day that work is performed and shall be attached to the Contractor Quality Control Report prepared for the same day. Account for each calendar day throughout the life of the Contract. The reporting of work shall be identified by terminology consistent with the construction schedule. Contractor Production Reports are to be prepared, signed and dated by the project superintendent and shall contain the following information:

a. Date of report, report number, name of contractor, Contract number, title and location of Contract and superintendent present.

b. Weather conditions in the morning and in the afternoon including maximum and minimum temperatures.

c. Identify work performed by corresponding Schedule Activity No., PC#, Modification No., etc.

d. A list of Contractor and subcontractor personnel on the work site, their trades, employer, work location, description of work performed, hours worked by trade, daily total work hours on work site this date (incl hours on continuation sheets), and total work hours from start of construction.

e. A list of job safety actions taken and safety inspections conducted. Indicate that safety requirements have been met including the results on the following:

(1) Was a job safety meeting held this date? (If YES, attach a copy of the meeting minutes.)

(2) Were there any lost time accidents this date? (If YES, attach a copy of the completed OSHA report.)

(3) Was crane/manlift/trenching/scaffold/hv electrical/high work/hazmat work done? (If YES, attach a statement or checklist showing inspection performed.)

(4) Was hazardous material/waste released into the environment? (If YES, attach a description of incident and proposed action.)

f. Identify Schedule Activity No. related to safety action and list safety actions taken today and safety inspections conducted.

g. Identify Schedule Activity No., Submittal # and list equipment/material received each day that is incorporated into the job.

h. Identify Schedule Activity No., Owner and list construction and plant equipment on the work site including the number of hours used.

i. Include a "remarks" section in this report which will contain pertinent information including directions received, problems encountered during construction, work progress and delays, conflicts or errors in the drawings or specifications, field changes, safety hazards encountered, instructions given and corrective actions taken, delays encountered and a record of visitors to the work site. For each remark given, identify the Schedule Activity No. that is associated with the remark.

1.13.1.1 Contractor Production Report (Continuation Sheet)

Additional space required to contain daily information on the Contractor Production Report will be placed on its Continuation Sheet(s). An unlimited number of Continuation Sheets may be added as necessary and attached to the Production Report.

1.13.2 Contractor Quality Control Report

Reports are required for each day that work is performed and for every seven consecutive calendar days of no-work and on the last day of a no-work period. Account for each calendar day throughout the life of the Contract. The reporting of work shall be identified by terminology consistent with the construction schedule. Contractor Quality Control Reports are to be prepared, signed and dated by the QC Manager and shall contain the following information:

a. Date of report, report number, Contract Number, and Contract Title.

b. Indicate if Preparatory Phase work was performed today (Yes/No checkboxes).

c. If Preparatory Phase work was performed today (including on-site

and off-site work), identify its Schedule Activity No. and Definable Feature of Work. The Index # is a cross reference to the Preparatory Phase Checklist. An example of the Index # is: 0025-P01, where "0025" is the Contractor Quality Control Report Number, "P" indicates Preparatory Phase, and "01" is the Preparatory Phase Checklist number(s) for this date. Each entry in this section must be accompanied with a corresponding Preparatory Phase Checklist.

d. Indicate if Initial Phase work was performed today (Yes/No checkboxes).

e. If Initial Phase work was performed today (including on-site and off-site work), identify its Schedule Activity No. and Definable Feature of Work. The Index # is a cross reference to the Initial Phase Checklist. An example of the Index # is: 0025-I01, where "0025" is the Contractor Quality Control Report Number, "I" indicates Initial Phase, and "01" is the Initial Phase Checklist number(s) for this date. Each entry in this section must be accompanied with a corresponding Initial Phase Checklist.

f. Results of the Follow-up Phase inspections held today (including on-site and off-site work), including Schedule Activity No., the location of the definable feature of work, Specification Sections, etc. Indicate in the report for this definable feature of work that the work complies with the Contract as approved in the Initial Phase, work complies with safety requirements, and that required testing has been performed and include a list of who performed the tests.

g. List the rework items identified, but not corrected by close of business; along with its associated Schedule Activity Number.

h. List the rework items corrected from the rework items list along with the corrective action taken and its associated Schedule Activity Number.

i. Include a "remarks" section in this report which will contain pertinent information including directions received, quality control problem areas, deviations from the QC plan, construction deficiencies encountered, QC meetings held, acknowledgement that as-built drawings have been updated, corrective direction given by the QC Organization and corrective action taken by the Contractor. For each remark given, identify the Schedule Activity No. that is associated with the remark.

j. Contractor Quality Control Report certification, signature and date.

1.13.2.1 Contractor Quality Control Report (Continuation Sheet)

Additional space required to contain daily information on the Contractor Quality Control Report will be placed on its Continuation Sheet(s). An unlimited number of Continuation Sheets may be added as necessary and attached to the Contractor Quality Control Report.

1.13.3 Preparatory Phase Checklist

Each Definable Feature of Work that is in the Preparatory Phase shall have this checklist filled out for it. The checklist shall be identified by terminology consistent with the construction schedule. Attach this checklist to the Contractor Quality Control Report of the same date.

a. Specification Section, date of report, and Contract number shall be filled out. Duplicate this information in the header of the second page of the report.

b. Definable Feature of Work, Schedule Activity No. and Index # entry and format will match entry in the Preparatory Phase section of the Contractor Quality Control Report. Duplicate this information in the header of the second page of the report.

c. Personnel Present: Indicate the number of hours of advance notice that was given to the Government Representative and indicate (Yes/No checkboxes) whether or not the Government Rep was notified. Indicate the Names of Preparatory Phase Meeting attendees, their position and company/government they are with.

d. Submittals: Indicate if submittals have been approved (Yes/No checkboxes), if no indicate what has not been submitted. Are materials on hand (Yes/No checkboxes) and if not, what items are missing. Check delivered material/equipment against approved submittals and comment as required.

e. Material Storage: Indicate if materials/equipment is stored properly (Yes/No checkboxes) and if not, what action is/was taken.

f. Specifications: Review and comment on Specification Paragraphs that describe the material/equipment, procedure for accomplishing the work and clarify any differences.

g. Preliminary Work & Permits: Ensure preliminary work is in accordance with the contract documents and necessary permits are on file, if not, describe the action taken.

h. Testing: Identify who performs tests, the frequency, and where tests are to occur. Review the testing plan, report abnormalities, and if the test facilities have been approved.

i. Safety: Indicate if the activity hazard analysis has been approved (Yes/No checkboxes) and comment on the review of the applicable portions of the COE EM-385-1-1.

j. Meeting Comments: Note comments and remarks during the Preparatory Phase Meeting that was not addressed in previous sections of this checklist.

k. Other Items or Remarks: Note any other remarks or items that were a result of the Preparatory Phase.

l. QC Manager will sign and date the checklist.

1.13.4 Initial Phase Checklist

Each Definable Feature of Work that is in the Initial Phase shall have this checklist filled out for it. The checklist shall be identified by terminology consistent with the construction schedule. Attach this checklist to the Contractor Quality Control Report of the same date.

a. Specification Section, date of report, and Contract number shall be entered.

b. Definable Feature of Work, Schedule Activity No. and Index # entry and format will match entry in the Initial Phase section of the Contractor Quality Control Report.

c. Personnel Present: Indicate the number of hours of advance notice that was given to the Government Representative and indicate (Yes/No checkboxes) whether or not the Government Rep was notified. Indicate the Names of Initial Phase Meeting attendees, their position and company/government they are with.

d. Procedure Compliance: Comment on compliance with procedures identified at Preparatory Phase of Control and assurance that work is in accordance with plans, specifications and submittals.

e. Preliminary Work: Ensure preliminary work being placed is in compliance and if not, what action is/was taken.

f. Workmanship: Identify where initial work is located; if a sample panel is required (Yes/No checkboxes); is the initial work the sample (Yes/No checkboxes); and if Yes, describe the panel location and precautions taken to preserve the sample.

g. Resolution: Comment on any differences and the resolutions reached.

h. Check Safety: Comment on the safety review of the job conditions.

i. Other: Note any other remarks or items that were a result of the Initial Phase.

j. QC Manager will sign and date the checklist.

1.13.5 Quality Control Validation

Establish and maintain the following in a series of 3 ring binders. Binders shall be divided and tabbed as shown below. These binders shall be readily available to the Government's Quality Assurance Team during all business hours.

a. All completed Preparatory and Initial Phase Checklists, arranged by specification section.

b. All milestone inspections , arranged by Activity/Event Number.

c. A current up-to-date copy of the Testing and Plan Log with supporting field test reports, arranged by specification section.

d. Copies of all contract modifications, arranged in numerical order. Also include documentation that modified work was accomplished.

e. A current up-to-date copy of the Rework Items List.

f. Maintain up-to-date copies of all punch lists issued by the QC Staff on the Contractor and Sub-Contractors and all punch lists issued by the Government.

1.13.6 Reports from the QC Specialists

Reports are required for each day that work is performed in their area of responsibility.

QC Specialist reports shall include the same documentation requirements as the Contractor Quality Control Report for their area of responsibility. QC reports are to be prepared, signed and dated by the QC specialists and shall be attached to the Contract Quality Control Report prepared for the same day."

1.13.7 Testing Plan and Log

As tests are performed, the QC Manager shall record on the "Testing Plan and Log" the date the test was conducted, the date the test results were forwarded to the Contracting Officer, remarks and acknowledgement that an accredited or Contracting Officer approved testing laboratory was used. Attach a copy of the updated "Testing Plan and Log" to the last daily Contractor Quality Control Report of each month.

1.13.8 Rework Items List

The QC Manager shall maintain a list of work that does not comply with the Contract, identifying what items need to be reworked, the date the item was originally discovered, the date the item will be corrected by, and the date the item was corrected. There is no requirement to report a rework item that is corrected the same day it is discovered. Attach a copy of the "Rework Items List" to the last daily Contractor Quality Control Report of each month. The Contractor shall be responsible for including on this list items needing rework including those identified by the Contracting Officer.

1.13.9 As-Built Drawings

The QC Manager is required to ensure the as-built drawings, required by Section 01770, "Closeout Procedures," are kept current on a daily basis and marked to show deviations which have been made from the Contract drawings. Ensure each deviation has been identified with the appropriate modifying documentation (e.g. PC No., Modification No., Request for Information No., etc.). The QC Manager or QC specialist assigned to an area of responsibility shall initial each deviation and each revision. Upon completion of work, the QC Manager shall furnish a certificate attesting to the accuracy of the as-built drawings prior to submission to the Contracting Officer.

1.13.10 Report Forms

The following forms, are acceptable for providing the information required by the paragraph entitled "Documentation." While use of these specific formats are not required, any other format used shall contain the same information:

a. Combined Contractor Production Report and Contractor Quality Control Report, with separate continuation sheet(s).

Contractor Quality Control Report w/ continuation sheet(s);

Contractor Production Report w/ continuation sheet(s).

b. Preparatory Phase Checklist.

c. Initial Phase Checklist.

d. Testing Plan and Log.

e. Rework Items List.

1.14 NOTIFICATION ON NON-COMPLIANCE

The Contracting Officer will notify the Contractor of any detected non-compliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time for excess costs or damages by the Contractor.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01500

TEMPORARY FACILITIES AND CONTROLS
**09/99**

PART 1 GENERAL

1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Traffic control plan; G

SD-03 Product Data

Backflow preventers

SD-06 Test Reports

Backflow Preventer Tests; G

SD-07 Certificates

Backflow Tester Certification; G

Backflow Preventers Certificate of Full Approval

1.2 CONSTRUCTION SITE PLAN

Prior to the start of work, submit a site plan showing the locations of temporary facilities (including layouts and details, equipment and material storage area (onsite and offsite), and access and haul routes used for this contract. Show locations of safety and construction fences, site trailers, construction entrances, trash dumpsters, temporary sanitary facilities, and worker parking areas.

Mobilization of storage and office trailers, temporary utilities and survey may commence after the Government has granted acceptance of the design and the Contractor has been notified in writing by the Contracting Officer that the design is accepted and construction mobilization is authorized.

No other work at the site may be started until the administrative process specified in this section relative to Government signatures and distribution of the design documents for construction have been completed and copies of the design drawings and specifications signed by the Government are received by the ROICC.

1.3 BACKFLOW PREVENTERS CERTIFICATE

Certificate of Full Approval from FCCCHR-USC, University of Southern California, attesting that the design, size and make of each backflow preventer has satisfactorily passed the complete sequence of performance testing and evaluation for the respective level of approval. Certificate of Provisional Approval will not be acceptable.

1.3.1 Backflow Prevention Training Certificate

The Contractor shall submit a certificate recognized by the State or local authority that states the Contractor has completed at least 10 hours of training in backflow preventer installations. The certificate must be current.

1.4 TEMPORARY UTILITIES

Reasonable amounts of utilities (water and electricity) will be made available to the Contractor without charge

The Contractor shall pay all costs incurred in connecting, converting, and transferring the utilities to the work. The Contractor shall make connections, including providing backflow-preventing devices on connections to domestic water lines; providing meters; and providing transformers; and make disconnections.

1.5 BACKFLOW TESTER CERTIFICATION

Prior to testing, submit to the Contracting Officer certification issued by the State or local regulatory agency attesting that the backflow tester has successfully completed a certification course sponsored by the regulatory agency. Tester shall not be affiliated with any company participating in any other phase of this Contract.

1.6 WEATHER PROTECTION

Take necessary precautions to ensure that roof openings and other critical openings in the building are monitored carefully. Take immediate actions required to seal off such openings when rain or other detrimental weather is imminent, and at the end of each workday. Ensure that the openings are completely sealed off to protect materials and equipment in the building from damage.

1.6.1 Building and Site Storm Protection

When a warning of gale force winds is issued, take precautions to minimize danger to persons, and protect the work and nearby Government property. Precautions shall include, but are not limited to, closing openings; removing loose materials, tools and equipment from exposed locations; and removing or securing scaffolding and other temporary work. Close openings in the work when storms of lesser intensity pose a threat to the work or any nearby Government property.

1.7 STATION OPERATION AFFECT ON CONTRACTOR OPERATIONS

1.7.1 Restricted Access Areas

The Government will monitor work in areas indicated. Notify Contracting Officer at least 14 calendar days prior to starting work in these areas.

1.7.2 Special Restrictions Regarding Access of Vehicles and Parking

The Contractor shall have sole possession of the Project site during the time of construction, to use as he feels necessary. The only restriction placed upon the use of the site is that access to all fire or emergency access roads or lanes must be available to the Government at all times.

1.7.2.1 Interruption of Vehicular Traffic

If during the performance of work, it becomes necessary to modify vehicular traffic patterns at any locations, notify the Contracting Officer at least 15 calendar days prior to the proposed modification date, and provide a Traffic Control Plan detailing the proposed controls to traffic movement for approval. The plan shall be in accordance with State and local regulations and the FHWA MUTCD, Part VI. Make all notifications and obtain any permits required for modification to traffic movements outside Station's jurisdiction. Provide cones, signs, barricades, lights, or other traffic control devices and personnel required to control traffic.

1.8 STORAGE AREAS

The Contract Clause entitled "FAR 52.236-10, Operations and Storage Areas" and the following apply:

1.8.1 Storage Size and Location

The open site available for storage shall be confined to the open area within the project site.

1.8.2 Storage in Existing Buildings

The Contractor shall be working around existing buildings; the storage of material will not be allowed in the buildings. Provide 2.4 m 8 foot high security fence with a lockable gate around the storage area. Remove at the completion of work.

1.9 TEMPORARY SANITARY FACILITIES

Provide adequate sanitary conveniences of a type approved for the use of persons employed on the work, properly secluded from public observation, and maintained in such a manner as required and approved by the Contracting Officer. Maintain these conveniences at all times without nuisance. Upon completion of the work, remove the conveniences from the premises, leaving the premises clean and free from nuisance. Dispose of sewage through connection to a municipal, district, or station sanitary sewage system. Where such systems are not available, use chemical toilets or comparably effective units, and periodically empty wastes into a municipal, district, or station sanitary sewage system, or remove waste to a commercial facility. Include provisions for pest control and elimination of odors.

1.10 TEMPORARY BUILDINGS

Temporary facilities( including trailers) shall be in like new condition. Locate these facilities where directed and within the project site. Storage of material/debris under such facilities is prohibited. Contractor shall be responsible for the security of the stored property.

1.10.1 Maintenance of Temporary Facilities

Paint in accordance with base standards and maintain the temporary facilities. Failure to do so will be sufficient reason to require their removal.

1.10.2 Quality Control Manager Records and Field Office

Provide on the jobsite an office with approximately 18 square meter 200

square feet of useful floor area for the exclusive use of the QC Manager. Provide a weathertight structure with adequate heating and cooling, toilet facilities, lighting, ventilation, a 1200 by 2400 mm 4 by 8 foot plan table, a standard size office desk and chair, computer station, and working communications facilities. Provide either a 1,500 watt radiant heater and a window-mounted air conditioner rated at 2.6 kW 9,000 Btus minimum or a window-mounted heat pump of the same minimum heating and cooling ratings. Provide a door with a c ylinder lock and windows with locking hardware. Make utility connections. Locate as directed. File quality control records in the office and make available at all times to the Government. After completion of the work, remove the entire structure from the site.

PART 2 PRODUCTS

2.1 BACKFLOW PREVENTERS

Reduced pressure principle type conforming to the applicable requirements AWWA C511. Provide backflow preventers complete with 150 pound flanged bronze or brass mounted gate valve and strainer, 304 stainless steel or bronz e, internal parts. The particular make, model/design, and size of backflow preventers to be installed shall be included in the latest edition of the List of Approved Backflow Prevention Assemblies issued by the FCCCHR-USC and shall be accompanied by a Certificate of Full Approval from FCCCHR-USC.

PART 3 EXECUTION

3.1 TEMPORARY PHYSICAL CONTROLS

3.1.1 Access Controls

3.1.1.1 Temporary Barricades

Contractor shall provide for barricading around all work areas to prevent public access.

3.1.1.2 Fencing

Fencing shall be provided along the construction site. Fencing must be installed to be able to restrain a force of at least 114.00 kg 250 pounds against it.

In addition, prior to the start of work, enclose those ares at the construction site which are not within the construction fence with a temporary safety fence, including gates and warning signs, to protect the public from construction activities. The safety fence shall match the base standard color (or bright orange where it protects excavated areas), shall be made of high density polyethylene grid or approved equal, a minimum of 1100 mm 42 inches high, supported and tightly secured to steel posts located on minimum 3000 mm 10 foot centers. Remove the fence from the work site upon completion of the contract.

3.1.1.3 Signs

Place warning signs at the construction area perimeter designating the presence of construction hazards requiring unauthorized persons to keep out. Signs must be placed on all sides of the project, with at least one sign every 90 m 300 feet. All points of entry shall have signs designating the construction site as a hard hat area.

3.1.1.4 Traffic Work

All work around/involving roadways, to include roadway excavations and utility crossings, will be conducted in accordance with Manual of Traffic Control Devices. Contractors shall provide and ensure appropriate road closure and detour signs are established as necessary for motor traffic management. All road closures shall be coordinated with the Contracting Officer in advance. Self-illuminated (lighted) barricades shall be provided during hours of darkness. Brightly-colored (orange) vests are required for all personnel working in roadways. Road closures shall require a road closure plan showing the location of signage.

3.2 TEMPORARY WIRING

Provide temporary wiring in accordance with NFPA 241 and NFPA 70, Article 305-6(b), Assured Equipment Grounding Conductor Program. Program shall include frequent inspection of all equipment and apparatus.

3.3 REDUCED PRESSURE BACKFLOW PREVENTERS

Provide an approved reduced pressure backflow prevention assembly at each location where the Contractor taps into the Government potable water supply.

A certified tester(s) shall perform testing of backflow preventer(s) for proper installation and operation and provide subsequent tagging. Backflow preventer tests shall be performed using test equipment, procedures, and certification forms conforming to those outlined in the latest edition of the Manual of Cross-Connection Control published by the FCCCHR-CCC. Test and tag each reduced pressure backflow preventer upon initial installation (prior to continued water use) and quarterly thereafter. Tag shall contain the following information: make, model, serial number, dates of tests, results, maintenance performed, and signature of tester. Record test results on certification forms conforming to requirements cited earlier in this paragraph.

-- End of Section --

SECTION 01525

SAFETY REQUIREMENTS
**09/00**

PART 1 GENERAL

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

1.2 DEFINITIONS

a. Certified Industrial Hygienist. An industrial hygienist is an individual who is certified by the American Board of Industrial Hygiene.

b. Certified Safety Professional. A safety manager, safety specialist, or safety engineer that has passed the CSP exam administered by the Board of Certified Safety Professionals.

c. Competent Person. A competent person is one who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees, and who has authorization to take prompt corrective measures to eliminate them.

d. Confined Space. A space which by design has limited openings for entry and exit, unfavorable natural ventilation which could contain or produce dangerous air contaminants, and which is not intended for continuous employee occupancy. Confined spaces include, but are not limited to storage tanks, process vessels, pits, silos, vats, degreasers, reaction vessels, boilers, ventilation and exhaust ducts, sewers, tunnels, underground utility vaults, and pipelines.

e. First Aid. First aid is any one-time treatment, and any follow-up visit for the purpose of observation, of minor scratches, cuts, burns, splinters, and so forth, which do not ordinarily require medical care, even though provided by a physician or registered professional personnel.

f. Health and Safety Plan (HASP). The HASP is the Navy equivalent Army term of SHP or SSHP used in COE EM-385-1-1. "USACE" property and equipment specified in COE EM-385-1-1 should be interpreted as Government property and equipment.

g. Lost Workdays. The number of days (consecutive or not) after, but not including, the day of injury or illness during which the employee would have worked but could not do so; that is, could not perform all or part of his normal assignment during all or any part of the workday or shift; because of the occupational injury