or illness.

h. Medical Treatment. Medical treatment includes treatment administered by a physician or by registered professional personnel under the standing orders of a physician. Medical treatment does not include first aid treatment even through provided by a physician or registered personnel.

i. Multi-employer work site (MEWS). A multi-employer work site, as defined by OSHA, is one in which many employers occupy the same site. The Navy considers the prime contractor to be the "controlling authority" for all work site safety and health of the subcontractors.

j. Operating Envelope. There is an "operating envelope" around any crane, and inside the envelope are the operator, riggers, rigging gear between the hook and the load, the load and the crane's supporting structure (ground, rail, etc.).

k. Qualified Person. One who, by possession of a recognized degree, certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work or the project.

l. Recordable Occupational Injuries or Illnesses. Any occupational injuries or illnesses which result in:

(1) Fatalities, regardless of the time between the injury and death, or the length of the illness; or

(2) Lost Workday Cases, other than fatalities, that result in lost workdays, or

(3) Non-Fatal Cases without lost workdays which result in transfer to another job or termination of employment, or require medical treatment (other than first aid) or involve: loss of consciousness or restriction of work or motion. This category also includes any diagnosed occupational illnesses which are reported to the employer but are not classified as facilities or lost workday cases.

m. Safety Officer. The superintendent or other qualified or competent person who is responsible for the on-site safety required for the project. The contractor quality control person cannot be the safety officer, even through the QC has safety inspection responsibilities as part of the QC duties.

n. Serious Accidents. Any work-related incident, which results in, a fatality, in-patient hospitalization of three or more employees, or property damage in excess of $200,000.

o. Significant Accident. Any contractor accident which involves falls of (4 feet) or more, electrical accidents, confined space accidents, diving accidents, equipment accidents, crane accident or fire accidents, which, result in property damage of $10,000 or more, but less than $200,000; or when fire department or emergency medical treatment (EMT) assistance is required.

p. Weight Handling Equipment (WHE) Accident. A WHE accident occurs when any one or more of the six elements in the operating envelope fails to perform correctly during operation, including operation during maintenance or testing resulting in personnel injury or death; material or equipment damage; dropped load; derailment; two-blocking; overload; and collision, including unplanned contact between the load, crane, and/or other objects. A dropped load, derailment, two-blocking, overload and collision are considered accidents even though no material damage or injury occurs. A component failure (e.g., motor burnout, gear tooth failure, bearing failure) is not considered an accident solely due to material or equipment damage unless the component failure results in damage to other components (e.g., dropped boom, dropped load, roll over, etc.).

1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-07 Certificates

Accident Prevention Plan (APP); G

Activity Hazard Analysis (AHA); G

Health and Safety Plan (HASP); G

SD-11 Closeout Submittals

Daily Confined Space Entry Permit

Submit one copy of each permit attached to each Daily Production Report.

Reports

Submit reports as their incidence occurs, in accordance with the requirements of the paragraph entitled, "Reports."

Crane Reports

Crane Critical Lift Plan

Certificate of Compliance

1.4 QUALITY ASSURANCE

1.4.1 Meetings

1.4.1.1 Preconstruction Conference

The safety officer shall attend the preconstruction conference.

1.4.1.2 Meeting on Work Procedures

a. Meet with Contracting Officer to discuss work procedures and safety precautions required by the APP. Ensure the participation of the contractor's superintendent, the quality control, and the

CSP or CIH.

1.4.1.3 Weekly Safety Meetings

Hold weekly at the project site. Attach minutes showing contract title, signatures of attendees and a list of topics discussed to the QC Contractor Quality Control daily report.

1.4.1.4 Work Phase Meetings

The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection.

1.4.1.5 New Employee Indoctrination

New employees will be informed of specific site hazards before they begin work. Documentation of this orientation shall be kept on file at the project site.

1.4.2 Certifications

1.4.2.1 Accident Prevention Plan (APP)

Submit the APP at least 15 calendar days prior to start of work at the job site, following Appendix A of COE EM-385-1-1. Make the APP site specific. Notice To Proceed will be given after Government finds the APP acceptable.

1.4.2.2 Activity Hazard Analysis (AHA)

Submit the AHA for review at least 15 calendar days prior to the start of each phase. Format subsequent AHA as amendments to the APP. In accordance with contract quality control requirements each AHA will be reviewed during an on-site preparatory inspection.

1.4.3 Reports

1.4.3.1 Crane Reports

Submit crane inspection reports required in accordance with COE EM-385-1-1 and as specified herein with Daily Reports of Inspections.

1.4.3.2 Crane Critical Lift Plan

Submit crane critical lift plan COE EM-385-1-1 section 16 when crane loads meet or exceed 75 percent of the crane load capacity in any configuration.

1.4.3.3 Certificate of Compliance

The Contractor shall provide a Certificate of Compliance for each crane entering a Naval activity under this contract (see ROICC for a blank certificate). Certificate shall state that the crane and rigging gear meet applicable OSHA regulations (with the contractor citing which OSHA regulations are applicable, e.g., cranes used in construction, demolition, or maintenance shall comply with 29 CFR 1926. Certify on the Certificate of Compliance that the crane operator(s) is qualified and trained in the operation of the crane to be used. The Contractor shall also certify that all of its crane operators working on the Naval activity have been trained not to bypass safety device (e.g., anti-two block devices) during lifting

operations. These certifications shall be posted on the crane.

1.5 ACCIDENT PREVENTION PLAN (APP)

Prepare the APP in accordance with the required and advisory provisions of COE EM-385-1-1 including Appendix A, "Minimum Basic Outline for Preparation of Accident Prevention Plan," and as modified herein. Include the associated AHA and other specific plans, programs and procedures listed on Pages A-3 and A-4 of COE EM-385-1-1, some of which are listed below.

1.5.1 Contents of the Accident Prevention Plan

a. Name and safety related qualifications of safety officer (including training and any certifications).

b. Qualifications of competent and of qualified persons.

c. Identity of the individual who will complete exposure data (hours worked); accident investigations, reports and logs; and immediate notification of accidents to include subcontractors.

d. Emergency response plan. Conform to COE EM-385-1-1, paragraph 01.E and include a map denoting the route to the nearest emergency care facility with emergency phone numbers. Contractor may be required to demonstrate emergency response.

e. Confined Space Entry Plan. Identify the qualified person's name and qualifications, training, and experience. Delineate the qualified person's authority to direct work stoppage in the event of hazardous conditions. Include procedure for rescue by contractor personnel and the coordination with emergency responders. (If there is no confined space work, include a statement that no confined space work exists and none will be created.)

f. Hazardous Material Use. Provisions to deal with hazardous materials, pursuant to the Contract Clause "FAR 52.223-3, Hazardous Material Identification and Material Safety Data." And the following:

(1) Inventory of hazardous materials to be introduced to the site with estimated quantities.

(2) Plan for protecting personnel and property during the transport, storage and use of the materials.

(3) Emergency procedures for spill response and disposal, including a site map with approximate quantities on site at any given time. The site map will be attached to the inventory, showing where the hazardous substances are stored.

(4) Material Safety Data Sheets for inventoried materials not required in other section of this specification.

(5) Labeling system to identify contents on all containers on-site.

(6) Plan for communicating high health hazards to employees and adjacent occupants.

g. Hazardous Energy Control Plan. For hazardous energy sources, comply with COE EM-385-1-1, paragraph 12.A.07.

h. Critical Lift Plan. Weight handling critical lift plans shall be prepared and signed in accordance with COE EM-385-1-1, paragraph 16.c.18.

i. Alcohol and Drug Abuse Plan

(1) Describe plan for random checks and testing with pre-employment screening in accordance with the DFAR Clause subpart 252.223-7004, "Drug Free Work Force."

(2) Description of the on-site prevention program

j. Fall Protection and Prevention (FP&P) Plan. The plan shall be site specific and address all fall hazards in the work place. It shall address how to protect and prevent workers from falling to lower levels when they are exposed to fall hazards above 6 feet. A qualified person shall prepare the plan. The plan shall include fall protection and prevention systems, equipment and methods employed, responsibilities, rescue and escape equipment and operations, training requirements, and monitoring methods. FP&P Plan shall be revised once every six months, to reflect any new changes during the course of construction, due to changes of personnel, equipment, systems or work habits.

k. Silica Exposure Reduction. The plan shall include specific procedures to prevent employee silica inhalation exposures.

l. Training Records and Requirements. List of mandatory training and certifications which are applicable to this project (e.g. explosive actuated tools, confined space entry, fall protection, crane operation, vehicle operator, forklift operators, personal protective equipment); list of requirements for periodic retraining/certification; outline requirements for supervisory and employee safety meetings.

m. Severe Weather Plan. Procedures of ceasing on-site operations during lightning or upon reaching maximum allowed wind velocities.

n. Emergency Lighting and Power Systems Plan (e.g. periodic testing of batteries for emergency lighting.)

1.6 ACTIVITY HAZARD ANALYSIS (AHA)

Prepare for each phase of the work. As a minimum, define activity being performed, sequence of work, specific hazards anticipated, control measures to eliminate or reduce each hazard to acceptable levels, training requirements for all involved, and the competent person in charge of that phase of work. For work with fall hazards, including fall hazards associated with scaffold erection and removal, identify the appropriate fall arrest systems. For work with materials handling equipment, address safeguarding measures related to materials handling equipment. For work requiring excavations, include excavation safeguarding requirements. The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection.

1.7 DRUG PREVENTION PROGRAM

Conduct a proactive drug and alcohol use prevention program for all workers, prime and subcontractor, on the site. Ensure that no employees either use illegal drugs or consume alcohol during work hours. Ensure there are no employees under the influence of drugs or alcohol during work hours. After accidents, collect blood, urine or saliva specimens and test injured employee's influence. A copy of the test shall be made available to the Contracting Officer upon request.

1.8 FALL HAZARD PROTECTION AND PREVENTION PROGRAM

1.8.1 Scaffolds

Delineate the fall protection requirements necessary during the erection and dismantling operation of scaffolds used on the project in the Fall Protection and Prevention (FP&P) plan and activity hazard analysis for the phase of work.

1.8.2 Training

Institute a fall protection training program. As part of the Fall Hazard Protection and Prevention Program, Contractor shall provide training for each employee who might be exposed to fall hazards.

1.9 DUTIES OF THE SAFETY OFFICER

a. Ensure construction hazards are identified and corrected.

b. Maintain applicable safety reference material on the job site.

c. Maintain a log of safety inspections performed.

d. Attend the pre-construction conference as required.

e. Identify hazardous conditions and take corrective action. Failure to do so will result in a dismissal from the site, with a work stoppage pending approval of suitable replacement personnel.

1.10 DISPLAY OF SAFETY INFORMATION

Display the following information in clear view of the on-site construction personnel:

a. Map denoting the route to the nearest emergency care facility with emergency phone numbers.

b. AHA

c. Confined space entry permit.

d. A sign indicating the number of hours worked since last lost workday accident.

1.11 SITE SAFETY REFERENCE MATERIALS

Maintain safety-related references applicable to the project, including those listed in the article "References." Maintain applicable equipment

manufacturers' manuals.

## 1.12 HIGH HAZARD WORK AND LONG DURATION

Work under this contract is potentially hazardous. Pursuant to contract clause "FAR 52.236-13, Accident Prevention, Alternate I," submit in writing additional proposals for effecting accident prevention under hazardous conditions. Meet in conference with Contracting Officer to discuss and develop mutual understanding relative to the administration of the overall safety program.

## 1.13 EMERGENCY MEDICAL TREATMENT

Contractors will arrange for their own emergency medical treatment. Government has no responsibility to provide emergency medical treatment. However, if emergency medical care is rendered by Navy medical services, charges may be billed to Contractor at prevailing rates established in BUMED Instruction 6320.4 series. Reimbursement shall be made by Contractor to Naval Regional Medical Center Collection Agent upon receipt of monthly statement.

## 1.14 REPORTS

### 1.14.1 Accident Reports

a. For recordable occupational injuries and illnesses, the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the Navy Contractor Significant Incident Report (CSIR) form and provide to the Contracting Officer within 5 calendar days of the accident. The Contracting Officer will provide a copy of the CSIR form.

b. For a weight handling equipment accident the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the WHE Accident Report form and provide to the Contracting Officer within 30 calendar days of the accident. The Contracting Officer will provide a blank copy of the WHE accident report form.

### 1.14.2 Notification

Notify the Contracting Officer as soon as practical, but not later than four hours, of any accident meeting the definition of Recordable Occupational Injuries or Illnesses or Significant Accidents. Information shall include contractor name; contract title; type of contract; name of activity, installation or location where accident occurred; date and time of accident; names of personnel injured; extent of property damage, if any; and brief description of accident (to include type of construction equipment used, PPE used, etc.).

### 1.14.3 Monthly Exposure Report

Monthly exposure reporting, to the Contracting Officer is required to be attached to the monthly billing request. This report is a compilation of employee-hours worked each month for all site workers, both prime and subcontractor.

### 1.14.4 OSHA Citations and Violations

Provide the Contracting Officer with a copy of each OSHA citation, OSHA report and contractor response. Correct violations and citations promptly and provide written corrective actions to the Contracting Officer.

1.14.5 Crane Notification

Notify Contracting Officer at least 15 days prior to bringing any crane equipment on-site so that the contracting officer may arrange for any additional quality assurance spot checks necessary by the government.

PART 2 PRODUCTS

2.1 Fall Protection Anchorage

Fall protection anchorage, conforming to ANSI 2359.1, will be left in place and so identified for continued customer use.

2.2 CONFINED SPACE SIGNAGE

Provide permanent signs integral to or securely attached to access covers for new permit required confined spaces. Signs wording: "DANGER--PERMIT REQUIRED CONFINED SPACE - DO NOT ENTER -" on bold letters a minimum of one inch in height and constructed to be clearly legible with all paint removed. The signal word "DANGER" shall be red and readable from 5 feet.

PART 3 EXECUTION

3.1 CONSTRUCTION

Comply with COE EM-385-1-1, NFPA 241, the accident prevention plan, the activity hazard analysis and other related submittals and activity fire and safety regulations.

3.1.1 Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract, radioactive materials or instruments capable of producing ionizing/non-ionizing radiation as well as materials which contain asbestos, mercury or polychlorinated biphenyls, di-isocynates, lead-based paint are prohibited. Exceptions to the use of any of the above excluded materials may be considered by Contracting Officer upon written request by Contractor.

3.1.2 Unforeseen Hazardous Material

The design should have identified materials such as PCB, lead paint, and friable and nonfriable asbestos. If material, not indicated, that may be hazardous to human health upon disturbance during construction operations is encountered, stop that portion of work and notify the Contracting Officer immediately. Within 14 calendar days the Government will determine if the material is hazardous. If material is not hazardous or poses no danger, the Government will direct the Contractor to proceed without change. If material is hazardous and handling of the material is necessary to accomplish the work, the Government will issue a modification pursuant to "FAR 52.243-4, Changes" and "FAR 52.236-2, Differing Site Conditions."

3.2 PRE-OUTAGE COORDINATION MEETING

Contractors are required to apply for utility outages a minimum of 15 days in advance. As a minimum, the request should include the location of the outage, utilities being effected, duration of outage and any necessary sketches. Special requirements for electrical outage requests are contained elsewhere in this specification section. Once approved and prior to beginning work on the utility system requiring shut down, the Contractor shall attend a pre-outage coordination meeting with the ROICC and the Station Utilities Department to review the scope of work and the lock out/tag out procedures for worker protection. No work will be performed on energized electrical equipment unless proven impassable. Working equipment "hot" must be considered the last option.

3.3 PERSONNEL PROTECTION

3.3.1 Hazardous Noise

Provide hazardous noise signs, and hearing protection, wherever equipment and work procedures produce sound-pressure levels greater than 85 dBA steady state or 140 dBA impulse, regardless of the duration of the exposure.

3.3.2 Fall Protection

Enforce use of the fall protection device designated for each specific work activity in the FP&P plan and/or AHA all times when an employee is on a surface 6 feet or more above lower levels. Personal fall arrest systems are required when working from an articulating or extendible boom, scissor lifts, swing stages, or suspended platform. Fall protection must comply with ANSI A10.14.

3.3.2.1 Personal Fall Arrest Device

Personal fall arrest device equipment, systems, subsystems, and components shall meet ANSI Z359.1, "Safety Requirements for Personal Fall Arrest Systems". Only a full-body harness with a shock absorbing lanyard or self-retracting lanyard is an acceptable personal fall arrest device. Body belts may only be used as a positioning device system such as steel reinforcing assembly and in conjunction with another fall arrest system. Harnesses shall have a fall arrest attachment, which is a connector, affixed to the body support (usually a D-ring) and specifically designated for attachment to the rest of the system. Only double locking snap hooks and carabiners shall be used. Webbing, straps, and ropes shall be made of synthetic fiber.

3.3.2.2 Fall Protection for Roofing Work

Fall protection controls shall be implemented based on the type of roof being constructed and work being performed. The roof area to be accessed shall be evaluated for its structural integrity including weight-bearing capabilities for the projected loading.

a. Low Sloped Roofs:

(1) For work within 6 feet of an edge, on low-slope roofs, personnel shall be protected from falling by use of personal fall arrest systems, guardrails, or safety nets. Safety monitoring system is not adequate fall protection and is not authorized.

(2) For work greater than 6 feet from an edge, warning lines shall be erected and installed in accordance with 29 CFR

1926.502(f).

3.3.2.3 Safety Nets

If safety nets are used as the selected fall protection system on the project, they shall be provided at unguarded workplaces, over water, machinery, dangerous operations and leading edge work.

3.3.2.4 Existing Anchorage

Existing anchorages, used for attachment of personal fall arrest equipment, if to be used by the Contractor, shall be re-certified by the contractor's fall protection engineer (QP).

3.4 SCAFFOLDING

Employees shall be provided with a safe means of access to the work area on the scaffold. Climbing of any scaffold braces or supports not specifically designed for access is prohibited. Stair towers or ladders built into scaffold systems in accordance with USACE EM 385-1-1 Appendix J are required for work platforms greater than 20 feet in height. Contractor shall ensure that employees that are qualified perform scaffold erection. Do not use scaffold without the capability of supporting at least four times the maximum intended load or without appropriate fall protection as delineated in the accepted fall protection plan. Minimum platform size shall be based on the platform not being greater in height than three times the dimension of the smallest width dimension for rolling scaffold. Some Baker type scaffolding has been found not to meet these requirements. Stationary scaffolds must be attached to structural building components to safeguard against tipping forward or backward. Special care shall be given to ensure scaffold systems are not overloaded. Outrigger brackets used to extend scaffold platforms on self supported scaffold systems for the storage of material is prohibited. The first tie-in shall be at the height equal to 4 times the width of the smallest dimension of the scaffold base.

3.5 EQUIPMENT

3.5.1 Material Handling Equipment

a. Material handling equipment such as forklifts shall not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.

b. The use of hooks on equipment for lifting of material must be in accordance with manufacturers printed instructions.

3.5.2 Weight Handling Equipment

a. Cranes must be equipped with:

(1) Load Indicating Devices (LIDs) and a Boom Angle or Radius Indicator,

(2) or Load-Moment Indicating Devices (LMIs).

(3) Anti-two-block prevention devices.

(4) Boom Hoist Hydraulic Relief Valve, Disconnect, or Shutoff

(stops hoist when boom reaches a predetermined high angle).

(5) Boom Length Indicator (for telescoping booms).

(6) Device to prevent uncontrolled lowering of a telescoping hydraulic boom.

(7) Device to prevent uncontrolled retraction of a telescoping hydraulic boom.

b. The Contractor shall notify the Contracting Officer, in advance, of any cranes entering the activity so that necessary quality assurance spot checks can be coordinated.

c. The Contractor shall comply with the crane manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work. Erection shall be performed under the supervision of a designated person (as defined in ASME B30.5). All testing shall be performed in accordance with the manufacturers recommended procedures.

d. The Contractor shall comply with ASME B30.5 for mobile cranes, and ASME B30.22 for articulating boom cranes.

e. The presence of Naval station safety and health inspectors does not relieve the Contractor of an obligation to comply with all applicable safety regulations. The Government will investigate all complaints of unsafe or unhealthful working conditions received in writing from contractor employees, federal civilian employees, or military personnel.

f. Each load shall be rigged/attached independently to the hook/master-link in such a fashion that the load cannot slide or otherwise become detached. Christmas-tree lifting (multiple rigged materials) is not allowed.

g. When operating in the vicinity of overhead transmission lines, operators and riggers shall be alert to this special hazard and shall follow the requirements of ASME B30.5 or ASME B30.22 as applicable.

h. Crane supported work platforms shall only be used in extreme conditions if the Contractor proves that using any other access to the work location would provide a greater hazard to the workers. Personnel shall not be lifted with a live hoist or friction crane.

i. A fire extinguisher having a minimum rating of 10BC and a minimum nominal capacity of 5lb of extinguishing agent shall be available at all operator stations or cabs of cranes. Portable fire extinguishers shall be inspected, maintained, and recharged as specified in NFPA 10, Standard for Portable Fire Extinguishers.

j. All employees shall be kept clear of loads about to be lifted and of suspended loads.

k. A weight handling equipment operator shall not leave his position at the controls while a load is suspended.

l. A Contractor Crane Operation Checklist shall be used by the CQC

representative during oversight of contractor crane operations (refer to COE EM-385-1-1 Appendix H and ROICC for copies).

m. Only contractor crane operators who have met the requirements of 29 CFR 1910.94, 29 CFR 1910.120, 29 CFR 1926.65, 29 CFR 1926.502(f), COE EM-385-1-1, ASME B30.5, and ASME B30.22 and other local and state requirements shall be authorized to operate the crane.

n. Cribbing shall be utilized by the Contractor when performing lifts on outriggers.

o. The crane hook/block must be positioned directly over the load. Side loading of the crane is prohibited.

p. A physical barricade must be positioned to prevent personnel from entering the tailswing area of the crane.

q. A substantial and durable rating chart containing legible letters and figures shall be provided with each crane and securely mounted onto the crane cab in a location allowing easy reading by the operator while seated in the control station.

r. Certification records which include the date of inspection, signature of the person performing the inspection along with the serial number or other identifier of the crane which was inspected. This record will always be available for review by contracting officer personnel.

s. Written reports listing the load test procedures utilized along with any repairs or alterations performed on the crane will be available for review by the contracting officer personnel.

t. Contractor shall certify that all of the crane operators have been trained not to bypass safety devices (e.g. anti-two block devices) during lifting operations.

3.6 Excavations

The competent person for excavation performed as a result of contract work shall be on-site when work is being performed in excavation, and shall inspect excavations prior to entry by workers. The competent person must evaluate for all hazards, including atmospheric, that may be associated with the work, and shall have the resources necessary to correct hazards promptly. Prior to digging the appropriate digging permit must be obtained. All underground utilities in the work area must be positively identified by a utility locating service and coordinated with Station Utility Departments. The Contractor must physically verify underground utility locations by hand digging using wood or fiberglass handled tools when any adjacent construction work is expected to come within three feet of the underground system. If construction is parallel to an existing utility the utility shall be exposed by hand digging every 30 m (100 feet) if parallel within 5 feet of the excavation. Trench and shoring systems must be identified in the accepted safety plan and activity hazard analysis. Extreme care must be used when excavating near direct burial electric underground cables. Trenching machines with digging chain drives shall be operated only when the spotters/laborers are in plain view of the operator. Operator and spotters/laborers shall be provided training on the hazards of the digging chain drives with emphasis on the distance that needs to be maintained when the digging chain is operating. Documentation

of the training shall be kept on file in the project site office or trailer.

3.7 ELECTRICAL

3.7.1 Conduct of Electrical Work

Underground electrical spaces must be certified safe for entry before entering to conduct work. Cable intended to be cut must be positively identified and de-energized prior to performing each cut. Positive cable identification must be made prior to submitting any outage request for electrical systems. Arrangements are to be coordinated with the Contracting Officer and Station Utilities for identification. The Contracting Officer will not accept an outage request until the Contractor satisfactorily documents that the circuits have been clearly identified.Perform all high voltage cutting remotely. When racking in or live switching of circuit breakers, no additional person other than the switch operator will be allowed in the space during the actual operation. Plan so that work near energized parts is minimized to the fullest extent possible. Use of electrical outages clear of any energized electrical sources is the preferred method. When working in energized substations, only qualified electrical workers shall be permitted to enter. When work requires Contractor to work near energized circuits as defined by the NFPA 70, high voltage personnel must use personal protective equipment that includes, as a minimum, electrical hard hat, safety shoes, insulating gloves with leather protective sleeves, fire retarding shirts, coveralls, face shields, and safety glasses. Insulating blankets, hearing protection, and switching suits may be required, depending on the specific job and as delineated in the Contractor AHA.

3.7.2 Portable Extension Cords

Portable extension cords shall be sized in accordance with manufacturer ratings for the tool to be powered.

3.8 WORK IN CONFINED SPACES

Comply with the requirements in Section 06.I of COE EM-385-1-1. Any potential for a hazard in the confined space requires a permit system to be used.

a. Entry Procedures. Prohibit entry into a confined space by personnel for any purpose, including hot work, until the qualified person has conducted appropriate tests to ensure the confined or enclosed space is safe for the work intended and that all potential hazards are controlled or eliminated and documented. (See Section 06.I.05 of COE EM-385-1-1 for entry procedures.) All hazards pertaining to the space shall be reviewed with each employee during review of the AHA.

b. Forced air ventilation is required for all confined space entry operations and the minimum air exchange requirements must be maintained.

c. Ensure the use of rescue and retrieval devices in confined spaces greater than 5 feet in depth. Conform to Sections 06.I.09, 06.I.10 and 06.I.11 of COE EM-385-1-1.

d. Sewer wet wells require continuous atmosphere monitoring with audible alarm for toxic gas detection.

e. Include training information for employees who will be involved as entrant attendants for the work. Conform to Section 06.I.06 of COE EM-385-1-1.

f. Entry Permit. Use ENGFORM 5044-R or other form with the same minimum information for the Daily Confined Space Entry Permit, completed by the qualified person. Post the permit in a conspicuous place close to the confined space entrance.

3.9 CRYSTALLINE SILICA

Grinding, abrasive blasting, and foundry operations of construction materials containing crystalline silica, shall comply with OSHA regulations, such as 29 CFR 1910.94, and COE EM-385-1-1, (Appendix C). The Contractor shall develop and implement effective exposure control and elimination procedures to include dust control systems, engineering controls, and establishment of work area boundaries, as well as medical surveillance, training, air monitoring, and personal protective equipment.

3.10 HOUSEKEEPING

3.10.1 Clean-up

All debris in work areas shall be cleaned up daily or more frequently as necessary. Construction debris may be temporarily located in an approved location, however garbage accumulation must be removed each day.

3.10.2 Dust Control

In addition to the dust control measures required elsewhere in the contract documents dry cutting of brick or masonry shall be prohibited. Wet cutting must address control of water run off.

3.11 ACCIDENT SCENE PRESERVATION

For serious accidents, and accidents involving weight handling equipment, ensure the accident site is secured and evidence is protected remaining undisturbed until released by the Contracting Officer.

3.12 FIELD QUALITY CONTROL

3.12.1 Inspections

Include safety inspection as a part of the daily Quality Control inspections required in Section 01450, "Quality Control".

3.13 FLAMMABLE AND COMBUSTIBLE LIQUID HANDLING AND STORAGE

3.13.1 Safety Gas Containers

Handling of flammable and combustible liquids shall be in safety containers with flame arresters, with not more than 5 gallons capacity, having a spring-closing lid and spout cover and designed to safely relieve internal pressures under fire exposures. Flammable and combustible Liquids shall be stored in separate NFPA approved storage cabinets 50 feet away from any sources of ignition with suitable NO SMOKING OR OPEN FLAME signs posted in all such areas.

-- End of Section --

SECTION 01572

WASTE MANAGEMENT
**09/99**

PART 1 GENERAL

1.1 DEFINITIONS

1.1.1 Construction and Demolition Waste

Solid wastes such as building materials, packaging and rubble resulting from construction, remodeling, demolition and repair of buildings/facilities, paving and infrastructure.

1.1.2 Recyclable Materials

Products and materials that can be recovered and remanufactured into a new product. Recyclable materials include, but are not limited to, the following:

a. Metals (ferrous and non-ferrous), including banding, metal studs, ductwork, piping

b. Asphaltic concrete paving

c. Portland cement concrete

d. Land clearing debris including trees and plant materials

e. Native rock and granular fill

f. Gypsum products

g. Paper and cardboard

h. Wood products, including structural, finish, crates and pallets

i. Brick and masonry

j. Carpet and padding

k. Plastics

l. Copper wiring

m. Mechanical and electrical products and equipment

1.1.3 Recycling Facility

A business that specializes in collecting, handling, processing, distributing, or remanufacturing waste materials generated by demolition and new construction projects, into products or materials that can be used for this project or by others.

1.1.4 Salvage and Reuse

Existing usable product or material that can be saved and reused in some

manner on the project site. Materials that can be salvaged and reused must comply with the applicable technical specifications and include, but are not limited to, the following:

a. Dimensional lumber and other wood products

b. Structural steel

c. Soil

d. Masonry products

1.1.5 Salvage for Resale

Existing usable product or material that can be saved and removed intact (as is) from the project site to another site for resale to others without remanufacturing.

1.1.6 Trash

Product or material unable to be salvaged for resale, salvaged and reused, returned, or recycled.

1.1.7 Waste Materials

Product or material that can be salvaged for resale, salvaged and reused, returned to vendors, or recycled.

1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Waste Management Plan; G

1.3 CONSTRUCTION WASTE MANAGEMENT

1.3.1 General Intent

The Contractor shall use all means available to divert to the greatest extent practical and economically feasible, construction and demolition waste from landfills and incinerators.

1.3.2 Construction Waste Management Operations

Take a pro-active, responsible role in management of construction waste and require all subcontractors, vendors, and suppliers to participate in the effort. Establish a construction waste management program that includes the following categories:

a. Minimizing Packaging Waste

b. Salvage and reuse

c. Salvage for resale or donation

d. Recycling

e. Disposal

Salvage and reuse is a better waste management method than recycling because little or no reprocessing is necessary, thus less pollution is created when items are reused in their original form. Therefore, a diligent effort shall be made to salvage and reuse products and materials. Waste materials that cannot be salvaged and reused, and have value as being recyclable, shall be recycled. Only trash shall be transported to a landfill or incinerator. The Contractor shall be responsible for implementation of any special programs involving rebates or similar incentives related to recycling construction waste for this project. Revenues or other savings obtained for recycling or returns shall accrue to the Contractor.

1.3.3 Construction Waste Management Plan

Perform a waste analysis to determine the types and quantity of construction waste anticipated and identify salvage for resale, salvage and reuse , recycling and disposal options available. Within 30 days after contract award and prior to performing any demolition work, submit a Waste Management Plan for review and approval. The Waste Management Plan shall include the following:

a. Project waste analysis.

b. Projected cost of disposing of all trash and waste materials as if there would be no salvage or recycling on this project.

c. Name, address and phone number for each landfill or incinerator facility to be utilized.

d. Tipping fee for each landfill or incinerator.

e. A list of waste materials that will be salvaged for resale, salvaged and reused, and recycled.

f. Identification of each recycling facility to be utilized.

g. Anticipated net cost savings determined by subtracting the cost of separating and recycling from the following:

1. Savings due to reuse of demolished materials.

2. Revenue from the sale of salvaged and recycled materials.

3. Landfill or incinerator tipping fees saved due to diversion of materials to recycling.

h. Description of the method to be employed in recycling waste materials and description of the method that will be used to protect recycled materials from contamination.

i. Description of the means of transportation of recyclable materials and the destination of the materials.

PART 2 PRODUCTS

Not Used.

PART 3 EXECUTION

3.1 PROGRAM IMPLEMENTATION AND MONITORING

Implement and maintain, for the duration of the project, the construction waste management program. Establish a method of monitoring and documenting the program, and submit a periodic report with each application for payment that includes the following:

a. Amount (by weight) and type of waste materials disposed of in a landfill or incinerator, the tip fee per ton, and the total cost of disposal including transportation costs, container rental costs, etc.

b. Amount (by weight) and type of materials salvaged for sale, salvaged for reuse, and recycled. Provide destination, means of transportation, cost of transportation and handling, tipping fee savings and revenue generated for each material.

c. Cost savings due to salvaging, reusing, and recycling materials.

3.1.1 Hazardous Materials/Hazardous Wastes

If any non-acceptable materials such as hazardous materials or hazardous wastes are encountered, notify the Contracting Officer.

3.2 SALVAGE AND REUSE

Encourage the practice of efficient waste management when, sizing, cutting, and installing products and materials.

3.3 SEPARATION OF RECYCLABLE WASTE MATERIALS

Provide the necessary containers and bins, to facilitate the waste management program, that are clearly and appropriately marked. Prevent contamination of recyclable materials from incompatible products and materials. Separate construction waste at the project site by one of the following methods:

a. Source Separated Method: Waste products and materials, that are recyclable, are separated from trash and sorted into appropriately marked separate containers and then transported to the respective recycling facility for further processing. Trash is transported to a landfill or incinerator.

b. Co-Mingled Method: All construction waste is placed into a single container and then transported to a recycling facility where the recyclable materials are sorted and processed and the remaining trash is transported to a landfill or incinerator.

c. Other methods proposed by the Contractor and approved by the Contracting Officer.

-- End of Section --

# SECTION 01575

# TEMPORARY ENVIRONMENTAL CONTROLS
**03/00**

## PART 1 GENERAL

### 1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

### 1.2 DEFINITIONS

#### 1.2.1 Sediment

Soil and other debris that have eroded and have been transported by runoff water or wind.

#### 1.2.2 Solid Waste

Garbage, refuse, debris, sludge, or other discharged material (except hazardous waste as defined in paragraph entitled "Hazardous Waste" or hazardous debris as defined in paragraph entitled "Hazardous Debris"), including solid, liquid, semisolid, or contained gaseous materials resulting from domestic, industrial, commercial, mining, or agricultural operations. Material not regulated as solid waste are: nuclear source or byproduct materials regulated under the Federal Atomic Energy Act of 1954 as amended; suspended or dissolved materials in domestic sewage effluent or irrigation return flows, or other regulated point source discharges; regulated air emissions; and fluids or wastes associated with natural gas or crude oil exploration or production.

a. Green waste: The vegetative matter from landscaping, land clearing and grubbing, including, but not limited to, grass, bushes, scrubs, small trees and saplings, tree stumps and plant roots. Marketable trees, grasses and plants that are indicated to remain, be re-located, or be re-used are not included.

b. Surplus soil: Existing soil that is in excess of what is required for this work, including aggregates intended, but not used, for on-site mixing of concrete, mortars and paving. Contaminated soil meeting the definition of hazardous material or hazardous waste is not included.

c. Inert construction and demolition debris: Broken or removed concrete, masonry, and rock asphalt paving; ceramics; roofing paper and shingles. Inert materials may not be re-inforced with or contain ferrous wire, rods, accessories and weldments.

d. Wood: Dimension and non-dimension lumber, plywood, chipboard, hardboard. Treated and/or painted wood that meets the definition of lead contaminated or lead based contaminated paint is not

included.

e. Scrap metal: Scrap and excess ferrous and non-ferrous metals such as re-inforcing steel, structural shapes, pipe and wire that are recovered or collected and disposed of as scrap. Scrap metal meeting the definition of hazardous material or hazardous waste is not included.

f. Paint cans: Metal cans that are empty of paints, solvents, thinners and adhesives. If permitted by the paint can label, a thin dry film may remain in the can.

g. Recyclables: Materials, equipment and assemblies such as doors, windows, door and window frames, plumbing fixtures, glazing and mirrors that are recovered and sold as recyclable. Metal meeting the definition of lead contaminated or lead based paint contaminated may not be included as recyclable if sold to a scrap metal company. Paint cans may be included as recyclable if sold to a scrap metal company.

1.2.3 Debris

Non-hazardous solid material generated during the construction, demolition, or renovation of a structure which exceeds 2.5 inch particle size that is: a manufactured object; plant or animal matter; or natural geologic material (e.g. cobbles and boulders). A mixture of debris and other material such as soil or sludge is also subject to regulation as debris if the mixture is comprised primarily of debris by volume, based on visual inspection.

1.2.4 Hazardous Debris

As defined in paragraph entitled "Debris" of this section, debris that contains listed hazardous waste (either on the debris surface, or in its interstices, such as pore structure) per 40 CFR 261; or debris that exhibits a characteristic of hazardous waste per 40 CFR 261.

1.2.5 Chemical Wastes

This includes salts, acids, alkalies, herbicides, pesticides, and organic chemicals.

1.2.6 Garbage

Refuse and scraps resulting from preparation, cooking, dispensing, and consumption of food.

1.2.7 Hazardous Waste

Hazardous waste as defined in 40 CFR 261 or as defined by applicable State and local regulations.

1.2.8 Oily Waste

Petroleum products and bituminous materials.

1.2.9 Regulated Waste

Those solid waste that have specific additional Federal, state, or local controls for handling, storage, or disposal.

1.2.10 Class I Ozone Depleting Substance (ODS)

Class I ODS is defined in Section 602(a) of The Clean Air Act and includes the following chemicals:

chlorofluorocarbon-11 (CFC-11)
chlorofluorocarbon-12 (CFC-12)
chlorofluorocarbon-13 (CFC-13)
chlorofluorocarbon-111 (CFC-111)
chlorofluorocarbon-112 (CFC-112)
chlorofluorocarbon-113 (CFC-113)
chlorofluorocarbon-114 (CFC-114)
chlorofluorocarbon-115 (CFC-115)
chlorofluorocarbon-211 (CFC-211)
chlorofluorocarbon-212 (CFC-212)
chlorofluorocarbon-213 (CFC-213)
chlorofluorocarbon-214 (CFC-214)
chlorofluorocarbon-215 (CFC-215)
chlorofluorocarbon-216 (CFC-216)
chlorofluorocarbon-217 (CFC-217)
halon-1211
halon-1301
halon-2402
carbon tetrachloride
methyl chloroform

1.2.11 Hazardous Materials

Any material that is regulated as a hazardous material in accordance with 49 CFR 173, requires a Material Safety Data Sheet (MSDS) in accordance with 29 CFR 1910.1200, or which during end use, treatment, handling, storage, transportation or disposal meets or has components which meet or have the potential to meet the definition of a Hazardous Waste in accordance with 40 CFR 261. Throughout this specification, hazardous material includes hazardous chemicals.

1.3 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Environmental protection plan; G

SD-06 Test Reports

Laboratory analysis

SD-11 Closeout Submittals

Some of the records listed below are also required as part of other submittals. For the "Records" submittal, maintain on-site a separate three-ring Environmental Records binder and submit at the completion of the project. Make separate parts to the binder corresponding to each of the applicable subitems listed below.

Preconstruction survey

Solid waste disposal permit

Waste determination documentation

Disposal documentation for hazardous and regulated waste

Contractor 40 CFR employee training records

Regulatory notification

Erosion and sediment control inspection reports

Solid waste disposal report

Contractor Hazardous Material Inventory Log; G

1.4 LABORATORY ANALYSIS

Submit a copy of a laboratory analysis of solid waste and debris with the potential of becoming classified as a hazardous waste (i.e., abrasive/sand blasting debris, etc.). Waste stream determinations are required at the point of generation and must sufficiently document whether the waste will be a solid waste, hazardous waste, or Resource Conservation and Recovery Act (RCRA) exempt waste. Determinations must use EPA approved methods and provide written rational for whether the waste is classified as hazardous or non-hazardous. The Contractor shall bear the cost of the waste stream determinations, and the Contracting Officer reserves the right to request waste stream determinations on questionable waste streams.

1.5 REPORTS

1.5.1 Preconstruction Survey

Perform a preconstruction survey of the project site with the Contracting Officer, and take photographs showing existing environmental conditions in and adjacent to the site. Submit a report for the record.

1.5.2 Solid Waste Disposal Permit

Submit one copy of a State permit or license showing such agency's approval of the disposal plan before transporting wastes off Government property.

1.5.3 Waste Determination Documentation

The Contractor shall complete a Waste Determination form (provided at the pre-construction conference) for all contractor derived wastes to be generated. The waste determination must be based upon either a constituent listing from the manufacturer used in conjunction with consideration of the process by which the waste was generated, EPA approved analytical data, or laboratory analysis (Material Safety Data Sheets (MSDS) by themselves are not adequate). All support documentation must be attached to the Waste Determination form. As a minimum, a Waste Determination form must be provided for the following wastes (this listing is not all inclusive): oil and latex based painting and caulking products, solvents, adhesives, aerosols, petroleum products, and all containers of the original materials.

1.5.4 Disposal Documentation for Hazardous and Regulated Waste

Submit a copy of the applicable EPA and State permit(s), manifest(s), or license(s) for transportation, treatment, storage, and disposal of hazardous and regulated waste by permitted facilities.

1.5.5 Contractor 40 CFR Employee Training Records

Prepare and maintain employee training records throughout the term of the contract meeting applicable 40 CFR requirements. Submit these training records to the Contracting Officer at the conclusion of the project, unless otherwise directed.

1.5.6 Regulatory Notification

The Contractor is responsible for all regulatory notification requirements in accordance with Federal, State and local regulations. The Contractor shall forward copies to the Contracting Officer prior to commencement of work activities. Typically, regulatory notifications must be provided for the following (this listing is not all inclusive): demolition, renovation, NPDES defined site work, remediation of controlled substances (asbestos, hazardous waste, lead paint).

1.5.7 Solid Waste Disposal Report

Monthly the Contractor shall submit a solid waste disposal report to the Contracting Officer. For each waste, the report shall state the classification (using the definitions provided in this section), amount, location, and name of the business receiving the solid waste. The Contractor shall include copies of the waste handling facilities' weight tickets, receipts, bills of sale, and other sales documentation. In lieu of sales documentation, the Contractor may submit a statement indicating the disposal location for the solid waste which is signed by an officer of the Contractor firm authorized to legally obligate or bind the firm. The sales documentation or Contractor certification shall include the receiver's tax identification number and business, EPA or State registration number, along with the receiver's delivery and business addresses and telephone numbers. For each solid waste retained by the Contractor for his own use, the Contractor shall submit on the solid waste disposal report the information previously described in this paragraph. Prices paid or received shall not be reported to the Contracting Officer unless required by other provisions or specifications of this Contract or public law.

1.6 CLASS I ODS PROHIBITION

Class I ODS as defined and identified herein shall not be used in the performance of this contract, nor be provided as part of the equipment. This prohibition shall be considered to prevail over any other provision, specification, drawing, or referenced documents.

1.7 ENVIRONMENTAL PROTECTION REQUIREMENTS

Provide and maintain, during the life of the contract, environmental protection as defined. Plan for and provide environmental protective measures to control pollution that develops during normal construction practice. Plan for and provide environmental protective measures required to correct conditions that develop during the construction of permanent or temporary environmental features associated with the project. Comply with Federal, State, and local regulations pertaining to the environment, including water, air, solid waste, hazardous waste and substances, oily substances, and noise pollution.

Environmental Brief: Attend an environmental brief to be included in the preconstruction meeting. Provide the following information: types, quantities, and use of hazardous materials that will be brought onto the activity; types and quantities of wastes/wastewater that may be generated during the contract.

1.7.1 Facility Hazardous Waste Generator Status

NPS< Monterey is designated as a Small Quantity Generator. All work conducted within the boundaries of this activity must meet the regulatory requirements of this generator designation. The Contractor shall comply with all provisions of Federal, State and local regulatory requirements applicable to this generator status regarding training and storage, handling, and disposal of all construction derived wastes.

1.7.2 Licenses and Permits

Obtain licenses and permits pursuant to the "Permits and Responsibilities" FAR Clause 52.236-7.

For permits obtained by the Contracting Officer, whether or not required by the permit, the Contractor is responsible to perform quality control inspections of the work in progress, and to submit notifications and certifications to the applicable regulatory agency, via the Contracting Officer, that the work conforms to the contract and permit requirements. The inspections and certifications shall be provided through the services of a Professional Engineer, registered in the State where the work is being performed. As a part of the quality control plan, which is required to be submitted for approval by the quality control section, provide a subitem containing the name, P.E. registration number, address, and telephone number of the professional engineer(s) who will be performing the inspections and certifications for each permit listed above.

1.7.3 Contractor Liabilities for Environmental Protection

The Contractor is advised that this project and the station are subject to Federal, State, and local regulatory agency inspections to review compliance with environmental laws and regulations. The Contractor shall fully cooperate with any representative from any Federal, State or local regulatory agency who may visit the job site and shall provide immediate notification to the Contracting Officer, who shall accompany them on any subsequent site inspections. The Contractor shall complete, maintain, and make available to the Contracting Officer, station, or regulatory agency personnel all documentation relating to environmental compliance under applicable Federal, State and local laws and regulations. The Contractor shall immediately notify the Contracting Officer if a Notice of Violation (NOV) is issued to the Contractor.

The Contractor shall be responsible for all damages to persons or property resulting from Contractor fault or negligence as well as for the payment of any civil fines or penalties which may be assessed by any Federal, State or local regulatory agency as a result of the Contractor's or any subcontractor's violation of any applicable Federal, State or local environmental law or regulation. Should a Notice of Violation (NOV), Notice of Noncompliance (NON), Notice of Deficiency (NOD), or similar regulatory agency notice be issued to the Government as facility owner/operator on account of the actions or inactions of the Contractor or one of its subcontractors in the performance of work under this contract, the Contractor shall fully cooperate with the Government in defending against regulatory assessment of any civil fines or penalties arising out of such actions or inactions.

1.8 ENVIRONMENTAL PROTECTION PLAN

Five days after the award of contract, the Contractor shall meet with the Contracting Officer to discuss the proposed Environmental Protection Plan and develop a mutual understanding relative to the details of environmental

protection, including measures for protecting natural resources, required reports, and other measures to be taken. The Environmental Protection Plan shall be submitted in the following format and shall, at a minimum, address the following elements (also refer to paragraph entitled "Protection of Natural Resources" in this section):

a. Description of the Environmental Protection Plan

(1) General overview and purpose

(2) General site information

b. Protection of Natural Resources

(1) Land resources

(2) Tree protection

(3) Replacement of damaged landscape features

(4) Temporary construction

(5) Stream crossings

(6) Fish and wildlife resources

(7) Wetland areas

c. Protection of Historical and Archaeological Resources

(1) Objectives

(2) Methods

d. Storm Water Management and Control

(1) Ground cover

(2) Erodible soils

(3) Temporary measures

(a) Mechanical retardation and control of runoff

(b) Vegetation and mulch

e. Prevention of Releases to the Environment

(1) Procedures to prevent releases to the environment

(2) Notifications in the event of a release to the environment

f. Protection of the Environment from Waste Derived from Contractor Operations

(1) Control and disposal of solid and sanitary waste

(2) Control and disposal of hazardous waste

This item shall consist of the management procedures for all hazardous waste to be generated. The elements of those procedures shall coincide with the Activity Hazardous Waste Management Plan. A copy of the Activity Hazardous Waste Management Plan will be provided by the Contracting Officer. As a minimum, include the following:

(a) Procedures to be employed to ensure a written waste determination is made for appropriate wastes which are to be generated;

(b) Sampling/analysis plan;

(c) Methods of hazardous waste accumulation/storage (i.e., in tanks and/or containers);

(d) Management procedures for storage, labeling, transportation, and disposal of waste (treatment of waste is not allowed unless specifically noted);

(e) Management procedures and regulatory documentation ensuring disposal of hazardous waste complies with Land Disposal Restrictions (40 CFR 268);

(f) Management procedures for recyclable hazardous materials such as lead-acid batteries, used oil, and the like;

(g) Used oil management procedures in accordance with 40 CFR 279;

(h) Pollution prevention\hazardous waste minimization procedures;

(i) Plans for the disposal of hazardous waste by permitted facilities;

(j) Procedures to be employed to ensure all required employee training records are maintained.

1.8.1 Environmental Protection Plan Review

Fourteen days after the environmental protection meeting, submit the proposed Environmental Protection Plan for further discussion, review, and approval. Commencement of work shall not begin until the environmental protection plan has been approved.

1.9 UNFORESEEN HAZARDOUS OR REGULATED MATERIAL

If material that is not indicated in the contract documents is encountered that may be dangerous to human health upon disturbance during construction operations, stop that portion of work and notify the Contracting Officer immediately. Intent is to identify materials such as PCB, lead paint, mercury, petroleum products, and friable and nonfriable asbestos. Within 14 calendar days the Government will determine if the material is hazardous. If the material is not hazardous or poses no danger, the Government will direct the Contractor to proceed without change. If the material is hazardous and handling of the material is necessary to accomplish the work, the Government will issue a modification pursuant to "FAR 52.243-4, Changes" and "FAR 52.236-2, Differing Site Conditions."

1.10 CONTRACTOR HAZARDOUS MATERIAL INVENTORY LOG

Submit the "Contractor Hazardous Material Inventory Log", which provides information required by (EPCRA Sections 312 and 313) along with corresponding Material Safety Data Sheets (MSDS) to the Contracting Officer at the start and at the end of construction (30 days from final acceptance), and update no later than January 31 of each calendar year during the life of the contract. Documentation for any spills/releases, environmental reports or off-site transfers may be requested by the Contracting Officer.

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

### 3.1 PROTECTION OF NATURAL RESOURCES

Preserve the natural resources within the project boundaries and outside the limits of permanent work. Restore to an equivalent or improved condition upon completion of work. Confine construction activities to within the limits of the work indicated or specified. Conform to the national permitting requirements of the Clean Water Act.

#### 3.1.1 Land Resources

Except in areas to be cleared, do not remove, cut, deface, injure, or destroy trees or shrubs without the Contracting Officer's permission. Do not fasten or attach ropes, cables, or guys to existing nearby trees for anchorages unless authorized by the Contracting Officer. Where such use of attached ropes, cables, or guys is authorized, the Contractor shall be responsible for any resultant damage.

##### 3.1.1.1 Protection of Trees

Protect existing trees which are to remain and which may be injured, bruised, defaced, or otherwise damaged by construction operations. Remove displaced rocks from uncleared areas. By approved excavation, remove trees with 30 percent or more of their root systems destroyed.

##### 3.1.1.2 Replacement

Remove trees and other landscape features scarred or damaged by equipment operations, and replace with equivalent, undamaged trees and landscape features. Obtain Contracting Officer's approval before replacement.

#### 3.1.2 Water Resources

##### 3.1.2.1 Oily and Hazardous Substances

Prevent oil or hazardous substances from entering the ground, drainage areas, or navigable waters. In accordance with 40 CFR 112, surround all temporary fuel oil or petroleum storage tanks with a temporary berm or containment of sufficient size and strength to contain the contents of the tanks, plus 10 percent freeboard for precipitation. The berm shall be impervious to oil for 72 hours and be constructed so that any discharge will not permeate, drain, infiltrate, or otherwise escape before cleanup occurs.

3.1.3 Fish and Wildlife Resources

Do not disturb fish and wildlife. Do not alter water flows or otherwise significantly disturb the native habitat adjacent to the project and critical to the survival of fish and wildlife, except as indicated or specified.

3.2 HISTORICAL AND ARCHAEOLOGICAL RESOURCES

Carefully protect in-place and report immediately to the Contracting Officer historical and archaeological items or human skeletal remains discovered in the course of work. Stop work in the immediate area of the discovery until directed by the Contracting Officer to resume work. The Government retains ownership and control over historical and archaeological resources.

3.3 EROSION AND SEDIMENT CONTROL MEASURES

3.3.1 Burnoff

Burnoff of the ground cover is not permitted.

3.3.2 Protection of Erodible Soils

Immediately finish the earthwork brought to a final grade, as indicated or specified. Immediately protect the side slopes and back slopes upon completion of rough grading. Plan and conduct earthwork to minimize the duration of exposure of unprotected soils.

3.3.3 Temporary Protection of Erodible Soils

Use the following methods to prevent erosion and control sedimentation:

3.3.3.1 Mechanical Retardation and Control of Runoff

Mechanically retard and control the rate of runoff from the construction site. This includes construction of diversion ditches, benches, berms, and use of silt fences and straw bales to retard and divert runoff to protected drainage courses.

3.3.3.2 Sediment Basins

Trap sediment in temporary sediment basins. Select a basin size to accommodate the runoff of a local 50-year storm. Pump dry and remove the accumulated sediment, after each storm. Use a paved weir or vertical overflow pipe for overflow. Remove collected sediment from the site. Institute effluent quality monitoring programs.

3.3.3.3 Vegetation and Mulch

Provide temporary protection on sides and back slopes as soon as rough grading is completed or sufficient soil is exposed to require erosion protection. Protect slopes by accelerated growth of permanent vegetation, temporary vegetation, mulching, or netting. Stabilize slopes by hydroseeding, anchoring mulch in place, covering with anchored netting, sodding, or such combination of these and other methods necessary for effective erosion control.

3.4 CONTROL AND DISPOSAL OF SOLID WASTES

Pick up solid wastes, and place in covered containers which are regularly emptied. Do not prepare or cook food on the project site. Prevent contamination of the site or other areas when handling and disposing of wastes. At project completion, leave the areas clean. Recycling is encouraged and can be coordinated with the Contracting Officer and the activity recycling coordinator. Remove all solid waste (including non-hazardous debris) from Government property and dispose off-site at an approved landfill. Solid waste disposal off-site must comply with most stringent local, State, and Federal requirements including 40 CFR 241, 40 CFR 243, and 40 CFR 258.

3.5 CONTROL AND DISPOSAL OF HAZARDOUS WASTES

3.5.1 Hazardous Waste/Debris Management

The Contractor shall identify all construction activities which will generate hazardous waste/debris. The Contractor must provide a documented waste determination for all resultant waste streams. Hazardous waste/debris shall be identified, labeled, handled, stored, and disposed of in accordance with all Federal, State, and local regulations including 40 CFR 261, 40 CFR 262, 40 CFR 263, 40 CFR 264, 40 CFR 265, 40 CFR 266, and 40 CFR 268. Hazardous waste shall also be managed in accordance with the approved Hazardous Waste Management Section of the Environmental Protection Plan. Store hazardous wastes in approved containers in accordance with 49 CFR 173 and 49 CFR 178. Hazardous waste generated within the confines of Government facilities shall be identified as being generated by the Government. Prior to removal of any hazardous waste from Government property, all hazardous waste manifests must be signed by activity personnel from the Station Environmental Office. No hazardous waste shall be brought onto Government property. Provide to the Contracting Officer a copy of waste determination documentation for any solid waste streams that have any potential to be hazardous waste or contain any chemical constituents listed in 40 CFR 372-SUBPART D. For hazardous wastes spills, verbally notify the Contracting Officer immediately.

3.5.1.1 Regulated Waste Storage/Satellite Accumulation/90 Day Storage Areas

If the work requires the temporary storage/collection of regulated or hazardous wastes, the Contractor shall request the establishment of a Regulated Waste Storage Area, a Satellite Accumulation Area, or a 90 Day Storage Area at the point of generation. The Contractor must submit a request in writing to the Contracting Officer providing the following information:

| | | | |
|---|---|---|---|
| Contract Number | ____________ | Contractor | ______________ |
| Haz/Waste or Regulated Waste POC | ____________ | Phone Number | ______________ |
| Type of Waste | ____________ | Source of Waste | ______________ |
| Emergency POC | ____________ | Phone Number | ______________ |

Location of the Site: ____________
(Attach Site Plan to the Request)

Attach a waste determination form. Allow ten working days for processing this request.

3.5.2 Pollution Prevention/Hazardous Waste Minimization

The Contractor shall actively pursue minimizing the use of hazardous materials and the generation of hazardous waste while on-base. The Hazardous Waste Management Section of the Environmental Protection Plan shall include the Contractor's procedures for pollution prevention/ hazardous waste minimization. For preparing this part of the plan, the Contractor may consult the activity Environmental Office for suggestions and to obtain a copy of the installation's pollution prevention/hazardous waste minimization plan for reference material. If no written plan exists, the Contractor may obtain information by contacting the Contracting Officer. The Contractor shall describe the types of the hazardous materials expected to be used in the construction when requesting information.

3.5.3 Hazardous Material Control

The Contractor shall include hazardous material control procedures in the Safety Plan. The procedures shall address and ensure the proper handling of hazardous materials, including the appropriate transportation requirements. The Contractor shall submit a MSDS and estimated quantities to be used for each hazardous material to the Contracting Officer prior to bringing the material on base. Typical materials requiring MSDS and quantity reporting include, but are not limited to, oil and latex based painting and caulking products, solvents, adhesives, aerosol, and petroleum products. At the end of the project, the Contractor shall provide the Contracting Officer with the maximum quantity of each material that was present at the site at any one time, the dates the material was present, the amount of each material that was used during the project, and how the material was used. The Contractor shall also ensure that hazardous materials are utilized in a manner that will minimize the amount of hazardous waste that is generated. The Contractor shall ensure that all containers of hazardous materials have NFPA labels or their equivalent. Copies of the MSDS for hazardous materials shall be kept on site at all times and provided to the Contracting Officer at the end of the project. The Contractor shall certify that all hazardous materials removed from the site are hazardous materials and do not meet the definition of hazardous waste per 40 CFR 261.

3.5.4 Petroleum Products

Conduct the fueling and lubricating of equipment and motor vehicles in a manner that protects against spills and evaporation. All used oil generated on site shall be managed in accordance with 40 CFR 279. The Contractor shall determine if any used oil generated while on-site exhibits a characteristic of hazardous waste. In addition, used oil containing 1000 parts per million of solvents will be considered a hazardous waste and disposed of at Contractor's expense. Used oil mixed with a hazardous waste will also be considered a hazardous waste. All hazardous waste will be managed in accordance with the paragraph entitled Hazardous Waste/Debris Management of this section and shall be managed in accordance with the approved Environmental Protection Plan.

3.5.5 Releases/Spills of Oil and Hazardous Substances

Take precautions to prevent releases/spills of oil and hazardous substances. In the event of any releases of oil and hazardous substances, chemicals, or gases; immediately (within 15 minutes) notify the Base or

Activity Fire Department, the activity's Command Duty Officer, and the Contracting Officer. The Contractor is responsible for verbal and written notifications as required by the federal 40 CFR 355, State, local regulations and Navy Instructions. Spill response shall be in accordance with 40 CFR 300 and applicable State and local regulations. Contain and clean up these spills without cost to the Government. If Government assistance is requested or required, the Contractor shall reimburse the Government for such assistance. Provide copies of the written notification and documentation that a verbal notification was made within 20 days.

## 3.6 DUST CONTROL

Keep dust down at all times, including during nonworking periods. Sprinkle or treat, with dust suppressants, the soil at the site, haul roads, and other areas disturbed by operations. Dry power brooming will not be permitted. Instead, use vacuuming, wet mopping, wet sweeping, or wet power brooming. Air blowing will be permitted only for cleaning nonparticulate debris such as steel reinforcing bars. Only wet cutting will be permitted for cutting concrete blocks, concrete, and bituminous concrete. Do not unnecessarily shake bags of cement, concrete mortar, or plaster.

## 3.7 ABRASIVE BLASTING

### 3.7.1 Blasting Operations

The use of silica sand is prohibited in sandblasting.

Provide tarpaulin drop cloths and windscreens to enclose abrasive blasting operations to confine and collect dust, abrasive, agent, paint chips, and other debris in accordance with the requirements specified. Perform work involving removal of hazardous material in accordance with 29 CFR 1910.

### 3.7.2 Disposal Requirements

Submit analytical results of the debris generated from abrasive blasting operations per paragraph entitled Laboratory Analysis of this section. Hazardous waste generated from blasting operations shall be managed in accordance with paragraph entitled "Hazardous Waste\Debris Management" of this section and with the approved HWMP. Disposal of non-hazardous abrasive blasting debris shall be in accordance with paragraph entitled, "Control and Disposal of Solid Wastes".

## 3.8 Noise

Make maximum use of low noise emission products and equipments, as certified by EPA. Blasting or use of explosive will not be permitted.

-- End of Section --

SECTION 01580

PROJECT IDENTIFICATION
**03/98**

PART 1 GENERAL

1.1 REFERENCES

The publication listed below form a part of this specificaiton to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)

| | |
|---|---|
| AWPA C1 | (1996) All Timber Products - Preservative Treatment by Pressure Processes |
| AWPA C2 | (1996) Lumber, Timber, Bridge Ties and Mine Ties - Preservative Treatment by Pressure Processes |

1.2 PROJECT SIGN

Within 15 days after the commencement of work, provide one project identification sign at the location designated. Construct the sign in accordance with project sign detail attached at the end of this section. Maintain sign throughout the life of the project. Upon completion of the project, remove the sign from the site. Government will supply the EFD/EFA 450 mm 18 inches logo sticker.

1.2.1 Project Identification Signboard

A project identification signboard shall be provided in accordance with Graphics attached at the end of this Section. The signboard shall be provided at a conspicuous location on the job site where directed by the Contracting Officer. Construct signboard in accordance with project identification signboard Plates 3 and 4.

Identify the project designers on the project sign as follows:

Building Design by Hoover Associates.
Site Design by Melvin Lee Associates.

a. The field of the sign shall consist of a 1200 by 2400 mm 4 by 8 foot sheet of grade B-B medium density overlaid exterior plywood.

b. Lumber shall be B or Better Southern pine, pressure-preservative treated in accordance with AWPA C1 and AWPA C2. Nails shall be aluminum or galvanized steel.

c. The entire signboard and supports shall be given one coat of exterior alkyd primer and two coats of exterior alkyd enamel paint. The lettering and sign work shall be performed by a skilled sign painter using paint known in the trade as bulletin colors. The colors, lettering sizes, and lettering styles shall be as indicated. Where preservative-treated lumber is required, utilize only cured

pressure-treated wood which has had the chemicals leached from the surface of the wood prior to painting.

d. The high gloss acrylic gold enamel paint used as background for the Department of the Navy - applied sticker shall be spray applied automotive quality paint. The 450 mm 18 inch diameter applied sticker shall be a silkscreened image in the design indicated, painted on a 2 millimeter transparent polyester film. The weather resistant, self adhering film shall be rated for a minimum of 2 year exterior vertical exposure and be mounted to sign with pressure sensitive, permanent acrylic adhesive. Shop cut sticker to round shape and provide pull-off backing sheet on adhesive side of design sticker for shipping. Provide applied design sticker in accordance with attached detail.

In the blank space insert the RFP preparer's name. Identify the project designers on the project sign as follows:

Site Design by (Contractor's Landscape Designer/Design Firm).

Building Design by (Contractor's Designer/Design Firm).

e. Sign paint colors (numbers listed below for color identification only)

(1) Blue = Benjamin Moore Paints No. 826.

(2) White = Benjamin Moore Paints No. 873.

(3) Gold = Dupont No. B8014, Metallic gold.

f. Final signboard artwork (rendering) may be either mounted under plexiglass as indicated in attached Plates 2 and 5, or at the Contractor's option may be electrostatically printed on 4 mil self-adhering, weather resistant, glossy vinyl film and mounted to signboard. Provide film that is capable of full color reproduction of the building rendering and cover it with a ultra-violet protection film. Laminate the 2 mil satin gloss clear protection film to the white 4 mil vinyl image film. Utilize pressure sensitive "controltac" adhesive to attach rendering to signboard and smooth out surface with hand pressure tools in accordance with manufacturer's recommendations. Shop cut sticker to size required and provide pull-off backing sheet on adhesive side of film for shipping. Provide the rendering on film that is rated for a minimum of 2 years exterior vertical exposure.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01600

MATERIALS AND EQUIPMENT

PART 1 GENERAL

1.1 PRODUCTS

Products include material, equipment, and systems.

Comply with Specifications and referenced standards as minimum requirements.

Components required to be supplied in quantity within a Specification Section shall be the same, and shall be interchangeable.

Do not use materials and equipment removed from existing structure, except as specifically required, or allowed, by Contract Documents.

1.2 WORKMANSHIP

Comply with industry standards except when more restrictive tolerances or specified requirements indicate more rigid standards or more precise workmanship.

Perform work by persons qualified to produce workmanship of specified quality.

Secure products in place with positive anchorage devices designed and sized to withstand seismic stresses, vibration, and racking that comply with Title 24.

1.3 MANUFACTURERS' INSTRUCTIONS

When work is specified to comply with manufacturers' instructions, submit copies as specified in Section 01332, "Submittals During Construction for Design Build., distribute copies to persons involved, and maintain one set in field office.

Perform work in accordance with details of manufacturer's instructions and specified requirements. Should a conflict exist between Specifications and instructions, consult with Contracting Officer.

1.4 NAMEPLATES

Except as otherwise indicated for required labels and operating data, do not permanently attach or imprint manufacturer's or producer's nameplates or trademarks on exposed surfaces of products which will be exposed to view either in occupied spaces or on the exterior of the completed project.

Labels: Locate required product labels and stamps on a concealed surface or, where required for observation after installation, on an accessible surface which, in occupied spaces, is not conspicuous.

Equipment Nameplates: Provide a permanent nameplate on each item of service-connected or power-operated equipment. Locate the

nameplate on an easily accessible surface which is inconspicuous in occupied spaces. The nameplate shall contain the following information and other essential operating data:

Name of manufacturer.
Model number.
Serial number.
Capacity.
Speed.
Ratings.

1.5 TRANSPORTATION AND HANDLING

Transport products by methods to avoid product damage; deliver in undamaged condition in manufacturer's unopened containers or packaging, dry.

Provide equipment and personnel to handle products by methods to prevent soiling or damage.

Promptly inspect shipments to assure that products comply with requirements, quantities are correct, and products are undamaged.

Deliver products in the manufacturer's sealed container or other packaging system, complete with labels and instructions for handling, storing, unpacking, protecting and installing.

1.6 STORAGE AND PROTECTION

Store Products in accordance with manufacturer's instructions, with seals and labels intact and legible. Store sensitive products in weathertight enclosures; maintain within temperature and humidity ranges required by manufacturer's instructions.

For exterior storage of fabricated products, place on sloped supports above ground. Cover products subject to deterioration with impervious sheet covering; provide ventilation to avoid condensation.

Store loose granular materials on solid surfaces in a well-drained area; prevent mixing with foreign matter.

Arrange storage to provide access for inspection, periodically inspect to assure products are undamaged and are maintained under required conditions.

After installation, provide covering to protect products from damage from traffic and construction operations, remove when no longer needed.

1.7 PRODUCT OPTIONS

Within 30 days after the Government's acceptance of the Contractor's final design, submit complete list of major products proposed for use, with name of manufacturer, trade name, and model name and/or number.

Options:

Products specified only by reference standard: Any product meeting that standard.

Products specified by naming several manufacturers: Products of any named manufacturer meeting Specifications.

Products specified by naming one or more manufacturers and "or equal": Submit a request for substitution for any manufacturer not specifically named.

Products specified by naming only one manufacturer: No option.

1.8 DEFINITION OF "OR EQUAL"

When the term "or equal" is used in the Specifications, the definition shall be in keeping with the following intended definition. The term is used to indicate to the Contractor that if the Contractor feels that he has a product comparable in function, form and appearance to the product specified, he shall be allowed to submit the item for acceptance by the Contracting Officer, in accordance with the specified requirements for submittal of substitutions. In the case of rejection of the submittal by the Contracting Officer, the Contractor shall provide the material specified.

1.10 SUBSTITUTIONS

Not withstanding any reference in the specifications to any article, device, product, material, fixture, form, or type of construction by name, make, or catalog number, such references shall be interpreted as establishing a standard of quality, utility, and appearance and shall not be construed as limiting competition, and the contractor in such cases may, at his option, use any article device, product, material, fixture, form, or type of construction which, in the judgment of the Contracting Officer, and expressed by him in writing, is equal to that specified.

The Contractor shall, within fifteen (15) days after the execution of the Contract, submit for the review of the Contracting Officer, all materials, products, equipment and services, which differ in any respect from the materials, products, equipment and services specified. All such submittals shall be accompanied by the Form attached at the end of this Section. The Contracting Officer shall determine whether or not such materials, products, equipment and services are equal and his decision shall be final. No approval of substitutions shall be valid unless reduced to writing by the Contracting Officer. No delay or extension of the contract time will be allowed because of the time required for submitting substitutions or for determining their equality. Requests for substitutions will only be considered when offered by the Contractor. Failure to propose the substitution of any article or service within fifteen (15) days after the execution of the Contract, will be deemed sufficient cause for the denial of request for substitution.

After permission to use a substitution is given, the Contractor shall be responsible for any variation of dimensions, locations, connections, sizes, openings, etc.. The Contractor shall furnish and install any and all additional materials as may be required to perform a complete job without additional cost to the Owner.

The Contractor shall be responsible for obtaining the approval of any regulatory agency having jurisdiction, including the City and County Building Inspection Departments, which may be required for any substitution.

Requests for substitutions shall, in addition to following the directions described above, list any and all deviations in the quality, criteria, characteristics, or dimensions from the specified item or items. Any

deviations in the quality, criteria, characteristics or dimensions that do not appear in the request for approval and subsequently appear in the shop drawings or in the product or installation, may cause the Contractor to be directed to remove the item or items in total at his expense, and to provide and install the item or items as originally specified. The mere mention in the request that the item or items will be in accordance with the manufacturer's specification or catalog will not be sufficient to alter the Contract Specifications unless review is given to requests which specifically list in the requesting letter where deviations in the quality, criteria, characteristics or dimensions exist.

Requests for substitutions will not be entertained or considered by the Contracting Officer during the bidding period.

Costs of Substitution Requests: All substantiating samples, tests or other data shall be supplied by the Contractor. If proposed substitutions require added costs for any reason, such costs shall be borne by the Contractor.

PART 2 PRODUCTS

NOT USED

PART 3 EXECUTION

NOT USED

-- End of Section --