SECTION 01730

ALTERATIONS TO EXISTING WORK
**1/01**

PART 1 - GENERAL

1.1 REFERENCES

The Contractual Agreement, the Conditions of the Contract, and applicable portions of Division 1 and the Contract Drawings apply to the work of this Section as if printed herein.

The publications are referred to in the text by the basic designations only. The sponsoring organizations of the publications are listed in Section 01420, "References."

1.2 DESCRIPTION

The work shall include the furnishing of all necessary materials and equipment, and performing all labor for demolition, cutting and patching, and related work upon and about existing construction, required as preparation for alterations or additions to, as indicated or specified. New work shall be as specified in the respective Sections elsewhere in these Specifications. Where a specific item is not specified or specifically shown, the material and installation shall match the existing adjacent work. Upon completion of work performed under this Section, leave the work blended-in with, and bonded or secured to existing work, with no evidence of the new work or contrast with existing work. Patched and repaired areas shall be in true planes with clear lines, sharp corners, tight joints, and other requirements as required for new construction of respective crafts.

1.3 SEQUENCING AND COORDINATION

All Work shall be sequenced and coordinated with the Contracting Officer before any Work is begun.

1.4 EXISTING CONDITIONS

Prior to providing a price proposal, visit the project and inspect the existing conditions. Attention is directed to the fact that the Drawings and Specifications do not necessarily indicate in detail all portions of the existing work nor of work to be done. All new work shall be expected to include conditions, both exposed and concealed, generally characteristic on construction of the type.

1.5 EXTENT OF REWORK

Where existing items of work are to be cut, altered, removed or otherwise worked upon, continue removal and preparatory work until sound, solid and firm surfaces, structural or supporting members or underlayment are clean and fully exposed.

- Remove all mounting brackets, anchor studs and bolts associated with items indicated to be removed.

1.6 MATERIALS TO BE REMOVED

All materials indicated to be removed shall become the property of the Contractor and shall be disposed of by him, outside of the project site. Contractor shall not dispose of removed materials by sale, gift or in any other manner to the general public, at the site; provided, however, that this provision shall not be construed as limiting or prohibiting sale or disposal of such materials at the site to duly licensed Contractors or material men, provided materials are removed from construction site by the Contractor.

All removal of debris from the site, including removal of inventory to site of storage, is part of this contract and shall be done by Contractor's employees and no others.

1.7 REPAIRS TO EXISTING WORK

If existing work is cut, damaged, or altered during demolition or new construction, unless specifically required to be cut, altered or removed, repair or replace in kind to a condition as good as existed before construction was started at no extra cost to The Government. Such repairs shall be approved by the Contracting Officer.

Repair all damage to remaining surfaces caused by the removal of brackets, anchor studs and bolts.

1.8 PROTECTION OF HOLES IN EXISTING WORK

Provide temporary covers over openings to protect the interior from weather damage, dust and debris. If materials or finishes are damaged because of failure to protect the opening, repair or replace damaged materials and finishes with new materials and finishes as directed by the Contracting Officer, to at least equal existing materials and finishes.

1.9 MISCELLANEOUS ITEMS OF WORK NOT SHOWN

Where miscellaneous items of finish or construction are required to be cut, altered, or removed to accommodate the new work, and the procedure is not shown or implied, obtain specific instructions from the Contracting Officer.

1.10 PROTECTION OF UTILITIES AND SERVICES

Except where specifically modified hereinafter, preserve in operating condition, all active utilities and services traversing or within the project site; protect all property and appurtenances remaining. In the event of damage to utilities or service, caused by the work of this Section, repair to the satisfaction of the utility and/or local municipal body having jurisdiction, and/or the Contracting Officer.

1.11 EXISTING CONSTRUCTION TO REMAIN

Take all precautions required to protect existing sidewalks, curbs, pavements, utilities, adjoining property and structures and all adjacent work scheduled to remain, from damage caused by work of the Section. If construction (or property) is damaged, make repairs to a like-new condition at no additional cost to the Government.

1.12 SALVAGE AND REFUSE

All removed materials (other than salvage), concrete, masonry , soil and rocks, shall be refuse and shall be removed by the Contractor from the site. Where units or items of existing work are designated to be removed and reused in the new work or are to become salvage, remove such units or items carefully; use tools and methods which will not damage such units or items; protect underlying and/or adjoining work from damage. Such items shall be cleaned by the Contractor.

## 1.13 USE OF HEAVY EQUIPMENT

If the Contractor schedules the use of equipment weighing more than 500 pounds to be used in the demolition process, provide a demolition plan identifying the weight of the equipment, the proposed locations of use and the proposed route or method of getting the equipment to the location of work. The plan shall be stamped and signed by a structural engineer, attesting to the adequacy of the existing structure to support the loads to be imposed through the use of the equipment.

Submit 4 copies of the plan to the Contracting Officer. Do not begin operations utilizing the equipment until Contracting Officer has accepted the plan in writing.

# PART 2 PRODUCTS

## 2.1 GENERAL

All materials and products utilized (and not specified elsewhere) shall conform to the existing materials and products. In the event an existing material or product required is not available, the Contractor shall notify the Contracting Officer of the unavailability and provide a proposal for substitution.

# PART 3 EXECUTION

## 3.1 PREPARATORY WORK

Existing surfaces shall be examined for material(s), finish(es), and other similar characteristics; then the work under this Section shall be analyzed, and laid out, in the manner which will produce the necessary results. Minor variations in materials or methods may be required to suit field conditions; confer with the Contracting Officer in such situations and follow such directions as the Contracting Officer may issue, at no additional cost to the Government, as may be necessary to achieve the required quality of work and finish.

Equipment and labor methods and procedures are the responsibility of the Contractor, however, all such items must have the approval of the Contracting Officer. All work shall be performed by competent and skilled workmen under responsible supervision. The Contractor shall provide and maintain all necessary shoring, temporary supports, handling equipment and protective devices, to safely perform the required preparatory work, protect existing work remaining and perform new work. Noise and other disturbances shall be held to a minimum and dust palliative treatment shall be performed where required.

## 3.2 UTILITIES

Notify Contracting Officer of pending interruption of service or access, a

minimum of 72 hours in advance.

3.2.1 Removal of Existing Utilities

Cut, cap and remove existing utilities as shown. Utilities shall be removed to a point flush with the surrounding wall, floor or roof surface. If utilities other than those noted are encountered, immediately notify the Contracting Officer, cease operation in the immediate area and do not disturb until the Contracting Officer directs the disposition of such utility.

3.2.2 Existing Grilles, Registers and Thermostats

Existing heating and ventilating outlets, grilles, registers or thermostats, which would become covered or concealed, or their operation will become impaired by the new construction or remodeling work, shall be moved or brought out to the new surfaces so that the devices remain readily accessible and restored to their original appearance and function.

3.2.3 Existing Electrical Outlets, Switches and Devices

Existing electrical outlets, switches, or other devices, which will become concealed, or their function will become impaired by the new construction , or remodeling work, shall be moved or brought out to the new surfaces so that the devices remain readily accessible and restored to their original appearance and function.

3.3 CUTTING OF CONCRETE, MASONRY AND ASPHALT CONCRETE PAVING

Use saws, supplemented by other suitable devices to provide cuts which are vertical in relation to the original plane of finish, along straight lines, and with no undercutting, feather edges, loose or disintegrated portions; leave clean and sound surfaces. Where new concrete is to be placed upon or against existing concrete which does not require cutting, prepare existing concrete by means of etching, bush-hammering, chipping, sandblasting, or other suitable methods as required to bond new work to the existing.

3.4 CUTTING PLASTER AND STUCCO

Use suitable devices to provide cuts which are vertical in relation to the original plane of finish, along straight (unless otherwise designated) lines, with no undercutting, feather edges, loose or disintegrated portions; leave clean and suitably rough to provide bond with adjoining new work or patching. Where existing work has reinforcement, expose not less than 2 inches of such reinforcement around the perimeter at cuts in order to provide tie and bond with the adjoining new work or patching. Remove entire plaster assembly to expose framing or backing members.

3.5 CUTTING EXISTING FRAMING

Where new openings are cut into existing frame construction, lay out and perform work so that new studs, trimmers, headers, cripples and other members may be properly installed to provide sound and solid framing. Where existing openings are to be closed, provide for sound and solid infill panels that are securely fastened to and accurately aligned with the existing adjacent work. Where existing wood framing is exposed, examine all assemblies, members, and connections. Replace damaged or missing members, re-nail or tighten connections. Bring to rigid, solid and sound condition before covering with new finish materials. If dry-rot, termite

or other deterioration or damage is observed, immediately advise the Contracting Officer. Where complete areas are to be removed, such as walls and like assemblies, remove in as large of units as is practicable. Provide and maintain such protective items and shoring as is necessary until replacements for removed structural or framing assemblies are in place and secured.

3.6 REMOVAL OF EXISTING FLOOR COVERING

Where existing floor materials are to be removed, altered or patched, remove full material units along a straight line to the limits shown. Remove any adhesive or fastening devices remaining to leave a sound underlayment for the new work or patching. Where patching of existing subfloor is required and/or shown on the Drawings, the Contractor shall perform such work as required to yield a sub-base satisfactory to receive the covering material.

3.7 REMOVAL OF EXISTING COATINGS OR SURFACES

When required, utilize mechanical means or an approved bead blast cleaning system utilizing steel beads, that produces no dust, uses no acids, chemicals or sandblasting. Removal shall extend to the faces of all adjacent walls and corners.

3.8 ROOFING REPAIR WORK

At those locations where new work will be performed on the existing roof, patch and repair the disturbed roofing and flashing in accordance with the requirements specified in Division 7.

3.9 INSULATION REPAIR WORK

At those locations where new work will be performed in areas of existing insulation materials, patch and repair the disturbed insulation in accordance with the requirements specified in Section 07210, Building Insulation.

3.10 CLEAN UP

Removed materials, refuse, or debris shall not be permitted to accumulate on the project site. Promptly remove and haul away all refuse and move salvage to designated storage areas.

-- End of Section --

SECTION 01770

CLOSEOUT PROCEDURES
**09/00**

PART 1 GENERAL

1.1 SUBMITTALS

Submit the following in accordance with Section 01330, "Submittal Procedures."

SD-10 Operation and Maintenance Data

Equipment/product warranty list

Submit Data Package 1 in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-11 Closeout Submittals

As-built drawings; G

Record of materials; G

Utility as-built drawings; G

Equipment/product warranty tag; G

Monthly project waste summary report; G

Hazardous material reporting; G

Certification of EPA Designated Items; G

1.2 Record Drawings

1.2.1 General

The Contractor's design team shall prepare record drawings showing "as-built" conditions upon completion of construction. The Contractor shall update his design electronic AUTOCADD files to show the as-built conditions. The updating of electronic files shall be based on marked-up as-built prints kept by the Quality Control Manager. Correct the design electronic AUTOCADD files to reflect the "as-built" changes indicated on the marked-up as-built prints. Forward the 3 set of CDs of the electronic record drawing files, and two sets of the record drawings and the set of marked-up prints to the Contracting Officer 15 calendar days prior to contract completion date. Request for final payment will not be approved until the record drawings and Electronic files of the record drawings in AutoCADD are delivered to the Contracting Officer.

1.2.2 Drafting Procedure for Record Drawings

Correct the design electronic AUTOCADD files to reflect "as-built" condition as follows:

a. Delete the superseded portions of the drawing from the electronic files.

b. When optional methods of construction are shown, the method not used shall be crossed out and noted "not built." Work previously crossed out and noted "omit" or "not in contract" shall remain.

c. Previous revision symbols and circles on the original design files shall remain. Revision data shall remain in the revision space.

d. Place the note "As-Built Condition Shown" in the "description" column of the revision block of each changed drawing file. When no changes to a design drawing file are necessary, place the words, "As-Built, No changes" in the revision block.

e. Date, initial and stamp "Record Drawing" on each electronic drawing file. All record drawing files shall be dated the same.

1.3 Utility As-Built Drawings

In addition to as-built drawings provide for each exterior utility system a set of reproducible utility drawings, stamped and signed by a registered professional civil engineer or professional land surveyor, and two copies. Submit within ten working days after each system is in place, but no later than five working days before final inspection. Indicate exterior utilities from a point five feet from a building to the termination point or point of connection to existing system. Include the following:

a. Horizontal and vertical controls for new utilities and existing utilities exposed during construction. Reference to station's horizontal and vertical control system.

b. Sufficient dimensional control for all important features such as beginning and termination points, points of connection, inverts for sewer lines and drainage collection systems, top of pipe or conduit runs, manholes, cathodic protection appurtenances, valves, valve stem tops, backflow preventers, and other significant features.

c. Indicate type and size of all materials used in the construction of the system.

d. Indicate bearing and distance on tangent lines. On curves, indicate delta and radius of the curve, also provide X, Y, and Z coordinates at all BC and EC angle points. Indicate horizontal and vertical control for all intersecting and tangent points where utility alignment changes. Indicate X, Y, and Z coordinates at building line and point of connection for straight building laterals or services under 40 feet.

e. Tolerances: Horizontal and vertical control dimensions, plus or minus 0.10 foot. Angular control, plus or minus 0 degrees 01 minute.

1.4 Certification of EPA Designated Items

Submit the Certification of EPA Designated Items as required by FAR 52.223-9, "Certification and Estimate of Percentage of Recovered Material Content for EPA Designated Items".

1.5 PROJECT RECORD DOCUMENTS

1.5.1 As-Built Record of Materials

Furnish a record of materials.

Where several manufacturers' brands, types, or classes of the item listed have been used in the project, designate specific areas where each item was used. Designations shall be keyed to the areas and spaces depicted on the contract drawing. Furnish the record of materials used in the following format:

| MATERIALS DESIGNATION | SPECIFICATION | MANUFACTURER | MATERIALS USED (MANUFACTURER'S DESIGNATION) | WHERE USED |
|---|---|---|---|---|
| ________ | ________ | ________ | ________ | ________ |

1.6 EQUIPMENT/PRODUCT WARRANTIES

1.6.1 Equipment/Product Warranty List

Furnish to the Contracting Officer a bound and indexed notebook containing written warranties for equipment/products furnished under the contract, and prepare a complete listing of such equipment/products. The equipment/products list shall state the specification section applicable to the equipment/product, duration of the warranty therefor, start date of the warranty, ending date of the warranty, and the point of contact for fulfillment of the warranty. The warranty period shall begin on the same date as project acceptance and shall continue for the full product warranty period. Execute the full list and deliver to the Contracting Officer prior to final acceptance of the facility.

1.6.2 Equipment Warranty Tags and Guarantor's Local Representative

Furnish with each warranty the name, address, and telephone number of the guarantor's representative nearest to the location where the equipment and appliances are installed. The guarantor's representative, upon request of the station representative, shall honor the warranty during the warranty period, and shall provide the services prescribed by the terms of the warranty. At the time of installation, tag each item of warranted equipment with a durable, oil- and water-resistant tag approved by the Contracting Officer. Attach tag with copper wire and spray with a clear silicone waterproof coating. Leave the date of acceptance and QC's signature blank until project is accepted for beneficial occupancy. Tag shall show the following information:

<u>EQUIPMENT/PRODUCT WARRANTY TAG</u>

Type of Equipment/Product ____________________
Warranty Period __________ From __________ To __________
Contract No. ____________________
Inspector's Signature ____________________ Date Accepted ____________

Construction Contractor:
Name: ______________________
Address: _________________________
Telephone: _________________________

Warranty Contact: ___________________
Name: ______________________
Address: __________________________
Telephone: __________________________

STATION PERSONNEL TO PERFORM ONLY OPERATIONAL MAINTENANCE

1.7 Mechanical Testing and Balancing

All contract requirements of Section 15901 Space Temperature Control Systems shall be fully completed, including all testing, prior to contract completion date. In addition, all contract requirements of Section 15950, "HVAC Testing/Adjusting/Balancing," shall be fully completed, including testing and inspection, prior to contract completion date. The time required to complete all work and testing as prescribed by Sections 15901 and 15950 is included in the allotted calendar days for completion.

1.8 CLEANUP

Leave premises "broom clean." Clean interior and exterior glass surfaces exposed to view; remove temporary labels, stains and foreign substances; polish transparent and glossy surfaces; vacuum carpeted and soft surfaces. Clean equipment and fixtures to a sanitary condition. Replace filters of operating equipment. Clean debris from roofs, gutters, downspouts and drainage systems. Sweep paved areas and rake clean landscaped areas. Remove waste and surplus materials, rubbish and construction facilities from the site.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01782

OMSI MANUAL FOR DESIGN BUILD
**03/98**

PART 1 GENERAL

1.1 SUMMARY

1.1.1 Section Includes

This section includes requirements for developing an Operation and Maintenance Support Information (OMSI) Manual for the facility being constructed. The purpose of the OMSI Manual is to provide operating and maintenance personnel factual, concise and comprehensive as-built information that describes the efficient, economical and safe operation, maintenance, and repair of the facility.

1.1.2 Related Sections

Submisssion and content requirements for Product Data and Operation and Maintenance (O&M) Data Packages are specified in Section 01332, "Submittals During Construction for Design Build" and Section 01782, "OMSI Manual For Design Build.

1.2 SUBMITTALS DURING CONSTRUCTION

Submit the following for review and approval by the Government as specified herein.

1.2.1 SD-10 Operation and Maintenance Data

a. Draft OMSI Manual G

b. Complete OMSI Manual G

1.2.1.1 Draft OMSI Manual

Submit 3 copies of the draft OMSI Manual 90 calendar days prior to contract completion date.

The purpose of this submittal is to present the plan being followed for preparation of the OMSI Manual. Include binders, cover insert sheets, spine inserts sheets, preface, tables of contents, dividers, and other materials as necessary to demonstrate the proposed physical arrangement of the OMSI manuals and the quality of the copies, dividers and tabs. Submit the following as a minimum:

a. OMSI Part I, Facility Information. Provide all available information for Part I, Facility Information.

b. OMSI Part II, Primary Systems Information. Identify all systems that will be addressed in Part II, Primary Systems Information. Provide at least one system essentially complete. Select one system of moderate complexity and develop the various operational and maintenance aspects of the system. This development should have sufficient depth to clearly demonstrate the arrangement and

level of detail proposed for all systems that will be included.

c. OMSI Part III, Product Data. Provide at least two Divisions of Part III, Product Data, essentially complete.

1.2.1.2 Complete OMSI Manual

Submit 3 copies of the complete OMSI Manual 30 calendar days prior to contract completion date.

PART 2 PRODUCTS

2.1 OMSI MANUAL COMPOSITION

2.1.1 General Requirements

The Contractor's design team shall develop the OMSI Manual.

2.1.1.1 Manual Description

The OMSI Manual shall contain detailed as-built information that describes the efficient, economical and safe operation, maintenance, and repair of the facility. The OMSI Manual shall be factual, concise, comprehensive and written to be easily used by operating and maintenance personnel. Descriptive material and theory shall include technical details that are essential for a comprehensive understanding of the operation, maintenance and repair of the actual products, equipment and systems built into the facility. Ensure that changes to products, equipment and systems made during construction are reflected in the Manual.

2.1.1.2 Organization

Prepare the OMSI Manual in three Parts: Part I - Facility Information, Part II - Primary Systems Information, and Part III - Product Data. Cross referencing within or between OMSI manuals shall be specific. Requirements for each Part are specified below.

2.1.1.3 Sources of Data

Approved construction submittals such as O&M Data, Product Data and Shop Drawings required by the technical sections of the project specification developed by the Contractor, shall be the primary sources of information used to develop the OMSI Manual. Include only relevant information from the construction submittals by excluding transmittal sheets, QC certification pages, etc. Assemble and supplement the data with original information to produce an OMSI Manual that describes the efficient, economical and safe operation, maintenance and repair of the facility.

2.1.2 Format

2.1.2.1 Binders

Bind the OMSI manuals in durable, hard cover, water and grease resistant binders, which hold 8 1/2 by 11 inch sheets. Binders shall have clear pockets located on the front and on the spine that hold printed sheets. Identify each binder on both the cover insert sheet and the spine insert sheet with the following information:

a. OMSI Manual Part I, II or III with appropriate titles

b. Building Number

c. Project Title

d. Project Number

e. Activity and Location

f. Construction Contract Number

g. Prepared For: EFD WEST

h. Prepared By

i. Volume Number

Each binder is a single volume. Number each volume consecutively. For example, an OMSI Manual composed of 5 binders would have the Part I - Facility Information binder labeled Volume 1 of 5 and the last Part III - Product Data binder would be Volume 5 of 5.

a. Part I - Facility Information Binder: Bind in a white, post type, loose leaf binder of appropriate size.

b. Part II - Primary Systems Information Binders: Bind in blue, post type, loose leaf binders with 3 inch capacity. More than one system may be included in a single binder provided that all sections of each system are included in that binder.

c. Part III - Product Data Binders: Bind in red, post type, loose leaf binders with 3 inch capacity.

2.1.2.2 Pages, Dividers and Tabs

Use high quality paper and dividers made of heavy duty paper with plastic reinforced holes and integrated tabs.

a. Part I - Facility Information Divider: Use white tabs to identify the major items.

b. Part II - Primary Systems Information Dividers: Use blue tabs with bold type to identify the system titles. Use dividers with white tabs to identify the different sections under each system and the major topics under each section.

c. Part III - Product Data Dividers: Use white tabs to show the Division 2 through 16 number and title. Use dividers with colored tabs to identify the specification section number with keywords to identify the section title. Use colored non-tab dividers to separate large equipment groupings such as valves, pumps, chillers and to separate the O&M data within each specification section.

2.1.2.3 Oversize Sheets

Insert oversized sheets into the binders as single fold-out sheets. Oversized sheets are defined as submittals, instruction sheets, drawings, etc., larger than 8 1/2 by 11 inches, but not exceeding 11 by 17 inches. Oversized sheets shall be folded to expose the sheet's title block.

Submittals or drawings exceeding 11 by 17 inches, which cannot be reduced, shall be inserted in labeled, clear plastic pockets.

2.1.2.4 Preface

Insert a Preface as the first page in each volume. The Preface shall read as indicated below. No tab sheet is required with the Preface page.

PREFACE

INTRODUCTION

Operation and Maintenance Support Information (OMSI) was prepared for this project to help you operate, maintain, and repair the facility over its life cycle. OMSI manuals provide a comprehensive, organized library of as-built materials, equipment and systems. Use the OMSI manuals as the first step in solving your operation, maintenance or repair problems. Your comments or suggestions are welcome and should be forwarded to:

Commander
Engineering Field Activity West
Naval Facilities Engineering Command
900 Commodore Drive
San Bruno, CalA 94066-5006
Attn: Code [_____]. Telephone [_____], FAX [_____].

CONTENTS

OMSI Part I - Facility Information: This portion of the OMSI manuals contains Basic User Information needed on a daily basis by the owner or tenant of the facility. Examples: General Facility and System Descriptions, Utility Connection and Cut-off Plans, Safety Hazards, Warranty Information. Part I, Facility Information also provides the information you need to quickly prepare Maintenance Service Contracts and Performance Work Statements for O&M and Custodial Service Contracts. Examples of this information: area totals for floor coverings, wall and ceiling surfaces; number, types, and sizes of lighting fixtures, bathroom fixtures, windows and HVAC filters.

OMSI Part II - Primary Systems Information: This portion of the OMSI manuals provides detailed operation, preventive maintenance, repair, and manufacturer's data for each system selected. This information includes items such as normal and emergency operating procedures, flow diagrams, PM requirements, spare parts, troubleshooting, repair procedures, and warranty provisions. You can expect better PM, faster repairs, and reduced down time by using information in this part of the OMSI manuals.

OMSI Part III - Product Data: This portion of the OMSI manuals consists of construction contractor submittals for as-built materials and equipment such as manufacturer's catalog data, shop drawings, test data, and Operation and Maintenance Data not included in Part II. Part III is organized by the Divisions and Sections of the construction specifications. For example, if you wanted to find information about sprinkler system alarm valves, you would look under Division 13 "Special Construction", and then in Section 13930, "Wet-Pipe Fire Supression Sprinklers". This allows you to quickly identify the exact product installed, part number, manufacturer, etc. Part III also includes architectural product information for items such as ceiling tile, carpeting, plumbing, and lighting fixtures. This information will keep your facility looking sharp for many years through product-specific maintenance and replacement of its architectural features.

```
*                                                                        *
* UPDATING                                                               *
*                                                                        *
* The OMSI manuals must reflect the facility's existing components;      *
* therefore, you must continually update the manuals.  When equipment or *
* components are replaced, add pertinent new information to each manual  *
* set.  Be sure to update all sections of the OMSI manuals that reference *
* the replaced item.  Purge all information on the replaced item to      *
* prevent confusion.                                                     *
**************************************************************************
```

2.1.2.5 Table of Contents

Provide a Master Table of Contents for the entire set of OMSI manuals. Place a Master Table of Contents after the Preface page in each volume. Provide a specific Table of Contents for Part I, Facility Information, for each system in Part II, Primary Systems Information; and for each Division and Section in Part III, Product Data.

2.1.3 OMSI Part I - Facility Information

2.1.3.1 General Facility and Systems Descriptions

Describe the function of the facility. Detail the overall dimensions of the facility, number of floors, foundation type, expected number of occupants, and facility category code. List and generally describe all the facility systems addressed in Part II, Primary Systems Information and any special building features (such as cranes, elevators, and generators). Include photographs, marked up and labeled to show key operating components and the overall facility appearance.

2.1.3.2 Basis of Design

Include the Basis of Design in narrative form that shows the basic design scope of work, assumptions and intentions of the design.

2.1.3.3 Safety Hazards

List all residual hazards identified in the "Requirements Hazard Analysis". Provide recommended safeguards for each identified hazard.

2.1.3.4 Floor Plans

Provide uncluttered, legible 11 by 17 inch floor plans. Exact copies of the design drawings are not acceptable. Include room numbers, type or function of spaces, and overall facility dimensions on the floor plans. Do not include construction instructions, references, frame numbers, etc.

2.1.3.5 Site Plans and Utility Connection and Cutoff Plans

Provide uncluttered, legible 11 by 17 inch site and floor plans. On the utility site plans and floor plans indicate the main interior and exterior connection and cutoff points for all utilities. Include sufficient information to enable someone unfamiliar with the facility to locate the connection and cutoff points. Indicate the room number, panel number, circuit breaker, valve number, etc., for each connection and cutoff point, and what that connection or cutoff point controls. Do not include items such as contour lines, elevations, and subsurface information on the site plans. These plans shall be in addition to the "Floor Plans" required

above.

2.1.3.6 Extended Warranty Information

List all warranties for products, equipment, components, and subcomponents whose duration exceeds one year. Cross reference the list to the warranty copies included in Part II, Primary Systems Information or in Part III, Product Data. For each warranty listed indicate the applicable specification section, duration, start date, end date, and the point of contact for warranty fulfillment. Also, list or reference all specific operation and maintenance procedures that must be performed to keep the warranty valid.

2.1.3.7 Equipment Inventory

Provide an equipment inventory that includes item descriptions, locations, model numbers; and the names, addresses, and telephone numbers of the manufacturers, suppliers, contractors, and subcontractors. Limit the equipment inventory to major components such as shown on the design drawings equipment schedules.

2.1.3.8 HVAC Filters

Provide a table that lists the quantity, type, size, and location of each HVAC filter.

2.1.3.9 Floor Coverings

Provide a table that lists by room number (including corridors and common spaces), the type of space, type of floor covering and area of floor. The table shall include a facility summary of the total area for each type of space and floor covering.

2.1.3.10 Wall Surfaces

Provide a table that lists by room number (including corridors and common spaces), the type of wall surface, and area of wall surface. The table shall include a facility summary of the total area for each type of wall surface.

2.1.3.11 Ceiling Surfaces

Provide a table that lists by room number (including corridors and common spaces), the type of ceiling surface, and area of ceiling surface. The table shall include a facility summary of the total area for each type of ceiling surface.

2.1.3.12 Windows

Provide a table that lists by room number (including corridors and common spaces), the type of window, window size, number of each size and type, and special features. The table shall include a facility summary of the total number for each type and size of window.

2.1.3.13 Lighting Fixtures

Provide a table that lists by room number (including corridors and common spaces), the type of lighting fixture, number of lighting fixtures, type of bulbs or tubes, and number of bulbs and tubes. The table shall include a

facility summary of the total number of fixtures of each type and number of bulbs or tubes of each type.

2.1.3.14 Bathroom and Plumbing Fixtures

Provide a table that lists by room number, the number and type of plumbing and bathroom plumbing fixtures (e.g., sinks, water closets, urinals, showers and drinking fountains).

2.1.3.15 Roofing

Provide the total area of each type of roof surface and system. Provide the name of the roofing product and system; manufacturer's, supplier's, and installer's names, addresses, and phone numbers. For each type of roof, provide a recommended inspection, maintenance and repair schedule that details checkpoints, frequencies, and prohibited practices. List roof structural load limits.

2.1.3.16 Supply Inventory Requirements

Provide a list of maintenance and repair supplies (e.g., spare parts, fuels, lubricants, etc.) required to ensure continued operation without unreasonable delays. Identify and list parts and supplies that have long lead purchase time. Give special consideration to facilities at remote locations.

2.1.3.17 As-built Drawing List

Provide a list of the as-built drawings. Include NAVFAC drawing number and title. Identify where the drawings and project specifications will be filed.

2.1.3.18 Training Requirements

Provide a list of recommended training related to the operation, maintenance and repair of each installed system that is available from the manufacturer or other source. Provide the name, address, and phone number of point of contact. The training requirements shall pertain only to systems addressed in Part II, Primary Systems Information.

2.1.3.19 Skill Matrix

Provide a matrix by system and skill that identifies productive hours required to maintain the facility's systems addressed in Part II, Primary Systems Information. An example of the format follows.

| | Hours | | | |
|---|---|---|---|---|
| | System 1 | System 2 | System 3 | Total/Skill |
| Skill 1 | | | | |
| Skill 2 | | | | |
| Skill 3 | | | | |
| Skill 4 | | | | |
| Total/System | | | | |

2.1.4 OMSI Part II - Primary Systems Information

Prepare the information required for Part II, Primary Systems Information using a systems approach. This approach requires that consideration be

given to the entire system (that is, the interfaces of equipment, connections and material flow within the system). Include the following systems:

a. HVAC System

b. Space Temperature Controls System

c. Fire Alarm System

d. Fire Suppression System(s)

e. Intercommunication System

f. Intrusion Detection Systems

g. Steam/Hot Water Boiler Systems

h. Direct Digital Control System (DDC)

i. Computer Monitoring and Control System (CMCS)

Use Notes, Cautions and Warnings throughout Part II, Primary Systems Information to emphasize important and critical instructions and procedures. Place Notes, Cautions and Warnings immediately before the applicable instructions or procedures. Notes, Cautions and Warnings are defined as follows:

Note: Highlights an essential operating or maintenance procedure, condition or statement.

Caution: Highlights an operating or maintenance procedure, practice, or condition, statement, etc., that, if not strictly observed, could result in damage to or destruction of equipment, loss of mission effectiveness, or health hazards to personnel.

Warning: Highlights an operating or maintenance procedure, practice, condition, or statement, etc., that, if not strictly observed, could result in injury to or death of personnel.

2.1.4.1 Operation

a. System Description: Provide a detailed discussion of the system composition and operation. Include technical details that are essential for an understanding of the system.

b. Start-Up and Shutdown Procedures: Provide step by step instructions to bring systems from static to operational configurations and from operating to shutdown status.

c. Normal Operating Instructions: Provide a discussion of the normal operation and control of the system. Address operating norms (e.g., temperatures, pressures, and flow rates) expected at each zone or phase of the system. Supplement the discussion with control and wiring diagrams and data.

d. Emergency Operating Instructions: Provide emergency operating procedures in the event of equipment malfunctions. Provide shutdown instructions for fires, explosions, spills, or other

contingencies.

e. System Flow Diagrams: Provide a flow diagram indicating system liquid, air (do not include ductwork) or gas flow during normal operations. Integrate all system components into the diagram. A compilation of non-integrated, flow diagrams for the individual system components are not acceptable.

f. Diagrammatic Plans: Provide floor plans indicating the location of equipment and configuration of the system installation. Include the configuration of associated piping or wiring. Subordinate structural features to utility features.

g. Environmental Considerations: Provide a listing of the equipment that requires special operation, reporting, testing, analysis or inspection to comply with federal, state or local environmental laws. Examples of possible list items include back flow preventer inspections, underground storage tank testing, hazardous material or waste usage and storage documentation, and air pollution control devices. Each item in the list shall include requirements for environmental operation, reporting, testing, analysis and inspection as well as references to respective implementing regulations, statutes, or policies.

h. Operator Servicing Requirements: Provide instructions for services to be performed by the operator such as lubrication, adjustments, and inspection.

i. Safety Instructions: Provide a list of all personnel hazards and equipment safety precautions including recommended safeguards.

j. Valve List: Provide a list of all valves associated with the system. Show valve type, identification number, function, location and normal operating position.

k. Operating Log: Provide forms, samples, and instructions for keeping necessary operating records.

2.1.4.2 Preventive Maintenance

a. Preventive Maintenance Plan and Schedule: Provide a Preventive Maintenance (PM) plan using manufacturer's recommendations and sound engineering practice. Include all major pieces of equipment. Provide a check sheet that details maintenance tasks and associated frequencies. Also provide an annual schedule indicating when maintenance tasks should be performed such that work is spread as evenly as possible throughout the year.

b. Preventive Maintenance Procedures: Provide a Task Card for each individual maintenance task identified on the PM Plan and Schedule. Include detailed PM procedures, safety instructions and precautions including Lock Out/Tag Out precautions, required skill level, number of personnel needed, frequency, special tools needed, parts needed, and estimated time required to complete the task.

c. Lubrication Schedule: Provide a lubrication schedule indicating types, grades, and capacities of lubricants for specific temperature ranges and applications.

d. Preventive Maintenance Log: Provide a tabular form for recording the accomplishment of PM. Log shall record date PM was performed, findings, action taken, parts used, time required to complete the work, and other data necessary to provide a good historical record of PM activities.

2.1.4.3 Repair

a. Troubleshooting Guides and Diagnostic Techniques: Provide step by step procedures for isolating the cause of system malfunctions. The procedures shall clearly state indications or symptoms of trouble; the sequential instructions, including checks and tests to be performed and conditions to be sought, to determine the cause; and remedial measures to bring the equipment and system to operating condition. Identify special test equipment required to perform the procedures. Start the troubleshooting guide at the system level and proceed to a level where detailed manufacturer's troubleshooting procedures for equipment and components can be referenced.

b. Repair Procedures: Provide repair instructions required to restore equipment to proper operating standards. References shall be specific as to location within the OMSI manuals.

c. Removal and Replacement Instructions: Provide or refer to the manufacturer's data for the instructions on the removal and replacement of equipment components. References shall be specific as to location within the OMSI manuals.

2.1.4.4 Manufacturer's Data

a. Operation and Maintenance Data: Include the O&M Data Package information (SD-19 submittals) required for the equipment and systems specified in the technical sections of the project specification developed by the Contractor. Incorporate this information into each system discussion under the Operation, Preventive Maintenance and Repair sections of Part II, Primary Systems Information.

b. Manufacturer's Equipment Information: Provide drawings, illustrations and technical data furnished by the manufacturer for the equipment and system components. Organize and index the information for easy reference.

2.1.5 OMSI Part III - Product Data

2.1.5.1 Record of Material and Equipment

Provide a record of materials and equipment used in the facility construction. Include Product Data required in Divisions 2 through 16 of the project specification. Examples of Product Data include manufacturer's catalog data, instructions, test reports and warranties. Include shop drawings relevant to the operation and maintenance of the facility or system except those used in Part II, Primary Systems Information. Do not include extraneous data (e.g., transmittal sheets, certifications, welder qualifications, contractor qualifications and certificates of compliance). Highlight or note submittals that contain information for several parts or model numbers to identify installed material. Product data included in

Part III, Product Data shall use metric and english units.

2.1.5.2 Written Warranties

Provide copies of extended equipment warranties.

2.2 O&M PROCEDURES VALIDATION

The operation and maintenance procedures shall be validated at the site in the presence of designated Government representatives. The validation process shall be scheduled and completed at a time mutually agreeable to the Contractor (system installation contractor), designated Government personnel (including operating personnel), and the Contracting Officer. Provide the services of personnel, that have detailed technical and organizational knowledge of the OMSI manuals, to perform the validation of the OMSI manuals. The purpose of the validation is to present the OMSI manuals to the users and to verify the OMSI manuals' completeness and accuracy.

2.2.1 Presentation

Present the OMSI manuals to designated Government representatives at the activity site. The presentation shall show how the OMSI manuals are organized, what they contain, how they are referenced and cross referenced, and how to use them in day-to-day operation, maintenance and repair.

2.2.2 Verification

Field verify the accuracy and completeness of the OMSI manuals. This includes verifying that the systems and equipment in the OMSI manuals accurately reflect the as-built conditions; verifying that O&M procedures are appropriate for the systems and equipment that they support; and verifying that equipment nomenclature and system configurations are accurate.

2.2.3 Corrections and Changes to the OMSI Manuals

Make corrections and changes to the manuals recommended as a result of the validation process prior to final acceptance of the manuals. After the validation process, make corrections and changes to the manuals resulting from in service use of the facility at no additional cost to the Government under the warranty clause of the contract.

PART 3 EXECUTION

Not used.

-- End of Section --

telecommunications outlet assemblies, conduit, raceway, and hardware for splicing, terminating, and interconnecting. The horizontal system includes the cabling and pathway between the telecommunications closet and the work area telecommunications outlet. The horizontal system shall be wired in a star topology with the IDF at the center or hub of the star. The backbone cabling and pathway system includes intrabuilding and interbuilding interconnecting cabling, pathway, and terminal hardware to provide connectivity between the MDF's, BDF's, and IDF's. The backbone system shall be wired in a star topology with the MDF at the center or hub of the star.

1.5 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Contruction for Design Build."

SD-02 Shop Drawings

Telecommunications drawings; G

Distribution frames; G

SD-03 Product Data

Telecommunications cabling (backbone and horizontal); G

Patch panels; G

Telecommunications outlet/connector assemblies; G

Equipment support frame; G

Building protector assemblies; G

Connector blocks; G

Protector modules; G

SD-06 Test Reports

Telecommunications cabling testing; G

Factory reel tests; G

Furnish factory reel tests for optical fiber cables.

SD-07 Certificates

Installer qualifications; G

Test plan; G

SD-10 Operation and Maintenance Data

Telecommunications cabling and pathway system Data Package 5; G

Submit operations and maintenance data in accordance with Section 01781, "Operation and Maintenance Data" and as specified herein.

## 1.6 ADDITIONAL SUBMITTAL REQUIREMENTS

### 1.6.1 Telecommunications Drawings

Provide drawings complete with wiring diagrams and details required to prove that the distribution system shall properly support connectivity from the telecommunications equipment room to telecommunications work area outlets. Show the entrance facility and layout of cabling and pathway runs, cross connect points, MDF, BDF, IDF, grounding system, terminating block arrangements and type. Drawings shall depict final telecommunications cabling configuration, including location, color coding, gage, pair assignment, polarization, and terminating blocks layout at cross connect points and patch panels after telecommunications cable installation. Provide a plastic laminated schematic of telecommunications cable system showing cabling, BDF's, IDF's, MDF's, and equipment rooms keyed to floor plans by room number.

### 1.6.2 Distribution Frames

Provide shop drawing showing layout of applicable equipment including incoming cable stub or connector blocks, building protector assembly, outgoing cable connector blocks and equipment spaces and racks.

### 1.6.3 Installer Qualifications

Prior to installation, submit data of installer's experience and qualifications. Installers shall be a Building Industry Consulting Service International (BICSI) Registered Cabling Installation Technician or have experience which shall include 3 years on projects of similar complexity. Include names and locations of two projects successfully completed using optical fiber and copper communications cabling systems. Include written certification from users that systems have performed satisfactorily for not less than 18 months. Include specific experience in installing and testing structured telecommunications distribution systems using optical fiber and Category 5 cabling systems.

### 1.6.4 Test Plan

Provide a complete and detailed test plan for the telecommunications cabling system including a complete list of test equipment for the UTP and optical fiber components and accessories. Include procedures for certification, validation, and testing.

### 1.6.5 Additions to Operation and Maintenance Manuals

In addition to requirements of Data package 5 for the telecommunications cabling and pathway system, include the requirements of paragraph entitled "Telecommunications Drawings."

## 1.7 DELIVERY AND STORAGE

Provide protection from weather, moisture, dirt, dust, and other contaminants for telecommunications cabling and pathway equipment placed in storage.

# PART 2 PRODUCTS

## 2.1 COMPONENTS

UL or third party certified. Provide a complete system of telecommunications cabling and pathway components using star topology and support structures, pathways, and spaces complete with conduits, pull wires, wireways, cable trays, terminal boxes, outlets, cables, junction boxes, telephone cabinets, and telecommunications closets. Fixed cables and pathway systems for telecommunications systems shall be UL listed or third party independent testing laboratory certified, and shall comply with NFPA 70.

2.2 PATHWAYS (BACKBONE AND HORIZONTAL)

EIA/TIA-569-A. Pathway shall be conduit and cable tray, installations. Provide grounding and bonding as required by EIA/TIA-607. Cable tray wiring shall comply with NFPA 70.

2.2.1 Work area Pathways

Comply with EIA/TIA-569-A. System furniture pathways shall comply with UL 1286. Horizontal cabling for open offices shall comply with EIA/TIA TSB-75.

2.3 TELECOMMUNICATIONS CABLING

Cabling shall be UL listed for the application and shall comply with EIA TSB-67, EIA/TIA-568-A and NFPA 70. Provide a labeling system for cabling as required by EIA/TIA-606 and UL 969. Cabling manufactured more than 12 months prior to date of installation shall not be used.

2.3.1 Backbone Cabling

2.3.1.1 Backbone Copper

ANSI/ICEA S-80-576, EIA/TIA-568-A and UL 444, copper backbone cable shall be solid conductor, 24 AWG, 100 ohm, 100-pair UTP (Unshielded twisted pair), NFPA 70 CMR rated formed into 25 pair binder groups covered with a gray thermoplastic jacket and metallic shield. NFPA 70 type CMP may be substituted for type CMR. Pair twist lengths and frequency per unit length shall be determined by the manufacturer. A minimum of two conductor twists per foot is required. Color coding shall comply with industry standards for 25 pair cables. Cable shall be third party verified to comply with EIA/TIA Category 5 requirements.

2.3.1.2 Backbone Optical Fiber

EIA-492AAAA-A, UL 1666, optical fiber cable shall be 62.5/125 24-fiber multimode with a NFPA 70 rating of OFNR. NFPA 70 type OFNP may be substituted for type OFNR. The cable jacket shall be orange. The cable shall provide a maximum attenuation of 3.5 dB/km @ 850 nm and 1.0 dB/km @ 1300 nm. The bandwidth of the cable shall be 160 MHz-km @ 850 nm and 500 MHz-km @ 1300 nm.

2.3.2 Horizontal Cabling

Comply with NFPA 70, NEMA WC 63.1, ANSI/ICEA S-80-576, EIA TSB-67 and performance characteristics in EIA/TIA-568-A.

2.3.2.1 Horizontal Copper

UTP (unshielded twisted pair), 100 ohm. Provide four each individually twisted pair, 24 AWG conductors, NFPA 70 CMG rated, with a blue PVC

jacket. Individual pairs shall be constructed to contain a minimum two twists per foot per each pair. Overall diameter of four pair cable shall not exceed 0.25 inches. Ultimate breaking strength shall be minimum 90 pounds. Four pair cable shall withstand a bend radius of one inch minimum at a temperature of minus 20 degrees C maximum without jacket or insulation cracking. Conductors shall be color coded and polarized in accordance with EIA/TIA-568-A. Horizontal cabling in open offices shall comply with EIA/TIA TSB-75.

a. Enhanced performance Category 5 UTP shall exceed EIA/TIA-568-A Category 5 standards for ACR margin (headroom) at transmission frequencies up to 155 MHz. ACR 15 dB at 100 MHz, 10 dB at 155 MHz. Propagation delay 5.7 ns/m at 100 MHz, maximum, delay skew 15 ns at 100 MHz, maximum. Power Sum NEXT shall be a minimum of 62 dB at 1 MHz, 47 at 10 MHz, 35 dB at 62.5 MHz, and 32 at 100 MHz.

2.3.2.2 Horizontal Optical Fiber

EIA-492AAAA-A, optical fiber cable shall be 62.5/125 2-fiber multimode, NFPA 70 rated OFN. The cable jacket shall be orange and be of single jacket construction. The cable shall provide a maximum attenuation of 3.5 dB/km @ 850 nm and 1.0 dB/km @ 1300 nm. The bandwidth of the cable shall be 160 MHz-km @ 850 nm and 500 MHz-km @ 1300 nm.

2.4 DISTRIBUTION FRAMES

Provide building distribution frames (BDF's), intermediate distribution frames (IDF's), and main distribution frames (MDF's) as shown on design drawings for terminating and cross connecting permanent cabling.

2.4.1 Equipment Support Frame

EIA 310-D.

a. Cabinets, freestanding modular type, 16 gauge steel construction treated to resist corrosion. Cabinet shall have removable and lockable side panels, front and rear doors, and have adjustable feet for leveling. Cabinet shall be vented in the roof and rear door. Cabinet shall have cable access in the roof and base and be compatible with 19 inches panel mounting. Provide cabinet with grounding bar, rack mounted 550 CFM fan with filter and a surge protected power strip with 6 duplex 20 amp receptacles. All cabinets shall be keyed alike.

2.4.2 Building Protector Assemblies

Self-contained unit providing a field cable stub factory connected to protector socket blocks to terminate and accept protector modules for 100 pairs of outside cable. Building protector assembly shall have connector blocks for connection to interior cabling at full capacity.

2.4.2.1 Protector Modules

UL 497, RUS TECM 823, three-electrode gas tube or solid state type rated for the application. Provide the number of surge protection modules equal to the number of pairs of exterior cable of the building protector assembly.

2.4.3 Connector Blocks

Insulation displacement Type 110 for Category 5 and higher systems. Provide blocks for the number of horizontal and backbone cables terminated on the block plus 25 percent spare.

2.4.4 Patch Panels

Provide ports for the number of horizontal and backbone cables terminated on the panel plus 25 percent spare. Provide pre-connectorized Optical fiber and copper patch cords for patch panels. Provide patch cords with connectors specified. Patch cords shall meet minimum performance requirements specified in EIA/TIA-568-A for cables and hardware specified.

2.4.4.1 Modular to 110 Block Patch Panel

EIA/TIA-568-A. Panels shall be third party verified and shall comply with EIA/TIA and 5 requirements. panels provided for Enhanced performance Category 5 UTP cabling shall meet or exceed the requirements for the cable provided. Panel shall be constructed of .09 inch minimum aluminum and shall be compatible with an EIA 19 incches equipment rack. Panel shall provide 48 non-keyed, RJ-45 ports, wired to T568A as indicated. Patch panels shall terminate the building cabling on 110-style insulation displacement connectors and shall utilize a printed circuit board interface. The rear of each panel shall have incoming cable strain-relief and routing guides. Panels shall have each port factory numbered and be equipped with laminated plastic nameplates above each port.

2.4.4.2 Fiber Optic Patch Panel

Provide panel for maintenance and cross-connecting of optical fiber cables. Panel shall be constructed of 0.09 inch minimum aluminum and shall be compatible with a EIA 19 inches equipment rack. Each panel shall provide 24 duplex SC multimode adapters. Adapters shall utilize zirconia ceramic metallic alignment sleeves. Provide dust cover for all unused adapters. The rear of each panel shall have a cable management tray a minimum of 8 inches deep with removable cover, incoming cable strain-relief and routing guides. Panels shall have each adapter factory numbered and be equipped with laminated plastic nameplates above each adapter.

2.5 TELECOMMUNICATIONS OUTLET BOXES

Standard type 4 inches square by 2 1/8 inches deep. Mount flush in finished walls at height specified for outlet receptacles. Depth of boxes shall be large enough to allow manufacturers' recommended conductor bend radiuses.

2.6 TELECOMMUNICATIONS OUTLET/CONNECTOR ASSEMBLIES

2.6.1 Outlet/Connector Copper

Outlet/connectors shall comply with FCC Part 68.5, and EIA/TIA-568-A. UTP Outlet/connectors shall be UL 1863 listed, non-keyed, 4-pair, constructed of high impact rated thermoplastic housing and shall be third party verified and shall comply with EIA/TIA and 5 requirements. Outlet/connectors provided for Enhanced performance Category 5 UTP cabling shall meet or exceed the requirements for the cable provided. Outlet/connectors shall be terminated using a 110-style PC board connector, color-coded for both T568A and T568B wiring. Each jack shall be wired T568A as indicated. UTP outlet/connectors shall comply with EIA-455-21A for 500 mating cycles.

2.6.2 Optical Fiber Adapters

Optical fiber adapters shall be suitable for duplex SC style connectors. Adapters shall utilize zirconia ceramic metallic alignment sleeves. Provide dust cover for all adapters.

2.6.3 Cover Plates

Telecommunications cover plates shall comply with UL 514C, and EIA/TIA-568-A ; flush design constructed of high impact thermoplastic, material. Stenciled lettering for voice and data circuits shall be provided using thermal ink transfer process.

2.6.4 Optical Fiber Distribution Panel

Panel shall be divided into two sections, distribution and user. Distribution section shall have strain relief, routing guides and shall be lockable, user section shall have a cover for patch cord protection. Each panel shall provide 6 duplex SC adapters. Adapters shall utilize zirconia alignment sleeves. Provide dust covers for all adapters.

2.6.5 Optical Fiber Connectors

EIA-455-21A. Optical fiber connectors shall be duplex SC, epoxyless crimp style compatible with 62.5/125 multimode fiber. The connectors shall utilize a zirconia ceramic ferrule. The connectors shall provide a maximum attenuation of .3 dB @ 1300 nm with less than a 0.2 dB change after 500 mating cycles.

2.7 BACKBOARDS

Provide void-free, fire rated interior grade plywood 3/4 inch thick 4 by 8 feet . Backboards shall be painted with a gray, nonconductive fire-resistant overcoat. Do not cover the fire stamp on the backboard.

2.8 GROUNDING AND BONDING PRODUCTS

Comply with UL 467, EIA/TIA-607, and NFPA 70. Components shall be identified as required by EIA/TIA-606. Ground rods shall be in accordance with Section 16402, "Interior Distribution System."

2.9 FIRESTOPPING MATERIAL

Provide in accordance with Section 07840, "Firestopping."

2.10 NAMEPLATES

Provide nameplates for equipment rooms and telecommunications rooms doors in accordance with schedule provided on drawings.

PART 3 EXECUTION

3.1 INSTALLATION

Telecommunications cabling and pathway systems, including the horizontal and backbone cable, pathway systems, telecommunications outlet/connector assemblies, and associated hardware shall be installed in accordance with EIA/TIA-568-A, EIA/TIA-569-A, NFPA 70, and UL standards as applicable.

Cabling shall be connected in a star topology network. Metal raceway bases, covers, and dividers shall be bonded and grounded in accordance with EIA/TIA-607. Telecommunications cabling and pathways with copper media shall be installed in accordance with the following criteria to avoid potential electromagnetic interference between power and telecommunications equipment. The interference ceiling shall not exceed 3.0 volts per meter measured over the usable bandwidth of the telecommunications cabling. Pathways shall be installed in accordance with the following minimum clearance distances of 4 feet from motors, generators, frequency converters, transformers, x-ray equipment or uninterruptible power system, 12 in from power conduits and cable systems, 5 inches from fluorescent or high frequency lighting system fixtures.

3.1.1 Cabling

InstallEnhanced Category 5 and optical fiber telecommunications cabling and pathway system as detailed in EIA/TIA-568-A. Screw terminals shall not be used except where specifically indicated on plans. Use an approved insulation displacement connection (IDC) tool kit for copper cable terminations. Do not untwist Category 5 UTP cables more than one half inch from the point of termination to maintain cable geometry. Provide service loop on each end of the cable, 10 ft. in the telecommunications closet, 3.3 ft in the work area outlet for optical fiber and 12 inches for UTP. Do not exceed manufacturers' cable pull tensions for copper and optical fiber cables. Provide a device to monitor cable pull tensions. Do not exceed 25 pounds pull tension for four pair copper cables. Do not chafe or damage outer jacket materials. Use only lubricants approved by cable manufacturer. Do not over cinch cables, or crush cables with staples. For UTP cable bend radii shall not be less than four times the cable diameter.

3.1.1.1 Open Cable

Use only where specifically indicated on plans for use in cable trays, or below raised floors. Comply with EIA/TIA-568-A. Do not exceed cable pull tensions recommended by the manufacturer.

a. Plenum cable shall be used where open cables are routed through plenum areas. All cable routed exposed under raised floors shall be plenum rated. Plenum cables shall comply with flammability plenum requirements of NFPA 70 and shall comply with UL 910.

3.1.1.2 Backbone Cable

a. Copper Backbone Cable. Install backbone copper cable between MDF, BDF, and IDF equipment as indicated on drawings.

b. Optical fiber Backbone Cable. Install backbone optical fiber in indicated pathways. Do not exceed manufacturer's recommended bending radii and pull tension. Prepare cable for pulling by cutting outer jacket 10 inches leaving strength members exposed for approximately 10 inches. Twist strength members together and attach to pulling eye.

3.1.1.3 Horizontal Cabling

Install horizontal cabling and pathway as indicated on drawings between IDF, and telecommunications outlet assemblies at workstations.

3.1.2 Pathway Installations

Comply with EIA/TIA-569-A. Conceal conduit under floor slabs and within finished walls, ceilings, and floors. Keep conduit minimum 6 inches away from parallel runs of electrical power equipment, flues, steam, and hot water pipes. Install conduit parallel with or at right angles to ceilings, walls, and structural members where located above accessible ceilings and where conduit is visible after completion of project. Run conduits in crawl spaces and under floor slabs as if exposed. Install no more than two 90 degree bends for a single horizontal cable run.

3.1.3 Conduit Installed Under Floor Slabs

Conduit shall be located a minimum of 12 inches below the vapor barrier. Seal around conduits at penetrations through vapor barrier.

3.1.4 Cable Tray Installation

Install cable tray components in accordance with EIA/TIA-569-A. Only CMP and OFNP type cable shall be installed in a plenum.

3.1.5 Work Area Outlets

Terminate UTP cable in accordance with EIA/TIA-568-A and wiring configuration as specified.

3.1.6 Telecommunications Closet Termination

Install termination hardware required for enhanced Category 5 and Optical fiber system. An insulation displacement tool shall be used for terminating copper cable to insulation displacement connectors.

3.1.7 Equipment Support Frames

Install in accordance with EIA/TIA-569-A:

a. Cabinets, freestanding modular type. When cabinets are connected together, remove adjoining side panels for cable routing between cabinets. Mount rack mounted fan in base of cabinet.

3.1.8 Electrical Penetrations

Seal openings around electrical penetrations through fire resistance-rated wall, partitions, floors, or ceilings in accordance with Section 07840, "Firestopping."

3.1.9 Grounding and Bonding

In accordance with EIA/TIA-607, and NFPA 70.

3.2 TESTING

3.2.1 Telecommunications Cabling Testing

Perform telecommunications cabling inspection, verification, and performance tests in accordance with EIA/TIA-568-A.

3.2.1.1 Inspection

Visually inspect cabling jacket materials for UL or third party

certification markings. Visually inspect UTP and optical fiber jacket materials for UL or third party certification markings. Inspect cabling terminations in telecommunications rooms and at workstations to confirm color code for tip and ring pin assignments, and inspect cabling connections to confirm compliance with EIA/TIA-568-A. Visually confirm 5 marking of outlets, wallplates, outlet/connectors, and patch panels.

3.2.1.2 Verification Tests

UTP backbone copper cabling shall be tested for DC loop resistance, shorts, opens, intermittent faults, and polarity between conductors, and between conductors and shield, if cable has overall shield. Test operation of shorting bars in connection blocks. Test cables after terminated but not cross connected. Perform 100 MHz near end cross talk (NEXT) and attenuation tests for Category 5 systems installations.

Perform optical fiber end to end attenuation tests using an optical time domain reflectometer (OTDR) and manufacturer's recommended test procedures. Perform tests in accordance with EIA/TIA-526-14, Method B for horizontal, multimode optical fiber and EIA/TIA-526-7, Method B for backbone, single mode optical fiber. Perform verification acceptance tests and factory reel tests.

3.2.1.3 Performance Tests

a. Category 5 Links. Perform UTP link tests in accordance with EIA/TIA-568-A. Tests shall include wire map, length, attenuation, NEXT, and propagation delay.

b. optical fiber Links. Perform optical fiber end to end attenuation tests and reel tests at jobsite.

3.2.1.4 Final Verification Tests

Perform verification tests for UTP and optical fiber systems after the complete telecommunications cabling and workstation outlet/connectors are installed. These tests assume that dial tone service has been installed. Connect to the network interface device at the demarcation point. Go off-hook and listen and receive a dial tone. If a test number is available, make and receive a local, long distance, and DSN telephone call.

-- End of Section --

# GEOTECHNICAL INVESTIGATION
## Building 245 Extension
## Naval Postgraduate School
## Monterey, California

Hoover Associates
Palo Alto, California

20 November 2000
Project No. 2948.01

**Treadwell&Rollo**
Environmental and Geotechnical Consultants

20 November 2000
Project 2948.01

Mr. Richard Campbell
Hoover Associates
1900 Embarcadero Road
Palo Alto, California 94303

Subject: Geotechnical Investigation
Building 245 Extension
Naval Postgraduate School
Monterey, California

Dear Mr. Campbell:

We are pleased to submit four copies of our geotechnical investigation report for the Building 245 Extension on the campus of the Naval Postgraduate School in Monterey, California. This report is in fulfillment of our proposal dated 5 July 2000. Additional copies have been distributed as indicated at the end of this report.

The site is on the western side of the campus approximately 125 feet east of Sloat Avenue near the 7th Street Gate entrance. The project will include the construction of a 2-story at-grade classroom and laboratory building.

Subsurface data indicates the site of the proposed building is underlain by loose to medium dense sandy fill at the slab elevation with clayey sand to clean sand to a depth of roughly 33 to 35 feet. Bedrock consisting of claystone and sandstone underlie the sandy soils. Therefore, the proposed building should be supported on drilled cast-in-place concrete piers gaining support through friction in the bedrock layer. The bedrock can support moderate to heavy foundation loads without excessive settlement.

This report contains information regarding subsurface conditions, geologic hazards, and foundation design criteria. Our conclusions and recommendations are based on limited subsurface exploration and laboratory testing programs. Consequently, variations between expected and actual soil conditions may be found at localized areas during construction. We should be retained to observe site grading and the installation of the foundations, during which time we may make changes in our recommendations, if deemed necessary.

If you have any questions, please call.

Sincerely yours,
TREADWELL & ROLLO, INC.

Christopher A. Ridley
Senior Staff Engineer

Richard D. Rodgers
Geotechnical Engineer

REGISTERED PROFESSIONAL ENGINEER
RICHARD D. RODGERS
No. 732
Exp. 12/31/01
GEOTECHNICAL
STATE OF CALIFORNIA

29480104.CAR

# GEOTECHNICAL INVESTIGATION
## Building 245 Extension
## Naval Postgraduate School
## Monterey, California

**Hoover Associates**
**Palo Alto, California**

**20 November 2000**
**Project No. 2948.01**

**Treadwell&Rollo**
**Environmental and Geotechnical Consultants**

# TABLE OF CONTENTS

1.0 INTRODUCTION ..... 1

2.0 PROJECT DESCRIPTION ..... 1

3.0 SCOPE OF WORK ..... 2

4.0 FIELD INVESTIGATION ..... 2

5.0 LABORATORY TESTING ..... 3

6.0 SITE CONDITIONS ..... 3

7.0 SUBSURFACE CONDITIONS ..... 4

8.0 DISCUSSION AND CONCLUSIONS ..... 5
- 8.1 Foundations and Settlement ..... 5
- 8.2 Regional Seismicity ..... 6
- 8.3 Geologic Hazards ..... 8
- 8.4 Corrosion Potential ..... 9

9.0 RECOMMENDATIONS ..... 9
- 9.1 Drilled Cast-In-Place Piers ..... 10
- 9.2 Lateral Loads ..... 11
- 9.3 Slabs-on-Grade ..... 12
- 9.4 Elevator Pit Walls ..... 12
- 9.5 Seismic Design ..... 13
- 9.6 Fill Placement ..... 13

10.0 ADDITIONAL GEOTECHNICAL SERVICES ..... 15

11.0 LIMITATIONS ..... 15

FIGURES

APPENDIX A – Boring Logs

APPENDIX B – Corrosion Test Results

APPENDIX C – Summary of Construction Observations, Engineering Building

DISTRIBUTION

## LIST OF FIGURES

| | |
|---|---|
| Figure 1 | Site Location Map |
| Figure 2 | Site Plan |
| Figure 3 | Idealized Subsurface Profile A-A' |
| Figure 4 | Map of Major Faults and Earthquake Epicenters in the San Francisco Bay Area |
| Figure 5 | Modified Mercalli Intensity Scale |
| Figure 6 | Allowable Capacities of Drilled Piers |
| Figure 7 | Deflection and Moment Profile for Laterally Loaded 30-Inch Diameter Cast-In-Place Concrete Piers |

## APPENDIX A

| | |
|---|---|
| Figures A-1 through A-3 | Logs of Borings B-1 through B-3 |
| Figure A-4 | Classification Chart |
| Figure A-5 | Physical Properties Criteria for Rock Descriptions |

## APPENDIX B

Corrosion Test Results
Cerco Analytical Inc.

## APPENDIX C

Summary of Construction Observations,
Engineering Building

# GEOTECHNICAL INVESTIGATION
# BUILDING 245 EXTENSION
**Naval Postgraduate School**
**Monterey, California**

## 1.0 INTRODUCTION

This report presents the results of our geotechnical investigation for the proposed Building 245 Extension at the Naval Postgraduate School in Monterey, California. The site is on the western side of the campus, near Sloat Avenue and Halligan and Bullard Halls as shown on Figures 1 and 2. The new structure will be connected to the northern side of the existing Building 245 as shown on Figure 2.

During our investigation, we worked closely with DASSE Design, Inc., the project structural engineer, on possible foundation alternatives. Information was transmitted to the members of DASSE Design, Inc. as it became available.

## 2.0 PROJECT DESCRIPTION

We understand the structure will be two-stories in height and be used as laboratory and classroom space. It will have plan dimensions of approximately 80 by 90 feet and will be connected to the existing Building 245 on both floors by a hallway link. From discussions with the project structural engineers, we understand the structure will be steel framed with concrete shearwalls and concrete floors.

Earthwork for the construction is expected to be minimal consisting primarily of leveling for the proposed building and excavations for foundation elements. Large cuts and fills are not anticipated.

When our investigation began, several different building footprints and sizes were being considered. Borings were performed in locations which would allow for recommendations to be made for any of the alternatives.

## 3.0 SCOPE OF WORK

The scope of our investigation, as outlined in our proposal dated 5 July 2000, was to explore subsurface conditions and perform laboratory testing and engineering analyses to develop conclusions and recommendations regarding:

- soil, bedrock and groundwater conditions
- the most appropriate foundation type for the selected building extension
- design criteria for the recommended foundation type
- estimates of foundation settlement
- updated site seismicity issues, including FEMA 302 recommendations as well as 1997 Uniform Building Code (UBC) soil profile type and near source factors.
- construction considerations, including a discussion of groundwater control
- site grading, excavation, and trench backfilling, including criteria for fill quality and compaction
- corrosion characteristics of the soil

## 4.0 FIELD INVESTIGATION

Geotechnical information was available from an investigation performed by Lee & Praszker in 1990 for the original Building 245. Specifically, five borings, TB-1 through TB-5, were drilled at locations under the existing building (Figure 2). In addition, Treadwell & Rollo performed a soil quality assessment for Building 245 in 1992. Seven shallow borings were completed shown on Figure 2 as B-1 through B-7.

To supplement the existing subsurface data, we drilled three borings, designated as borings TR-1 through TR-3, on 19 and 20 September 2000 at the locations shown on Figure 2. Each boring was advanced using a truck-mounted, hollow-stem auger rig (CME-55) to depths ranging from 34-½ to 44 feet below the existing ground surface. Our field engineer logged each boring and obtained undisturbed soil samples for laboratory testing and classification.

Logs of the borings are presented in Appendix A as Figures A-1 through A-3. The materials encountered in the borings were classified in accordance with the soil classification system and the criteria for rock descriptions presented in Appendix A as Figures A-4 and A-5, respectively.

Soil samples were obtained from the borings using a Sprague and Henwood (S&H) split-barrel sampler with a 3.0-inch outside and 2.5-inch inside diameter, and a Standard Penetration Test (SPT) sampler with a 2.0-inch outside and 1.5-inch inside diameter. Both samplers were driven with a 140-pound, above-ground safety hammer falling approximately 30 inches. The blow counts required to drive the S&H sampler the final 12 inches of an 18-inch drive were corrected to SPT N-values using a factor of 0.7 and are shown on the boring logs. Where the SPT sampler was used, the actual blow counts are shown on the boring logs.

## 5.0 LABORATORY TESTING

Each sample was re-examined in our office to confirm field classifications and representative soil samples were selected for testing. Samples were tested to measure moisture content, dry density, and passing #200 sieve. The laboratory test results are presented on the boring logs.

## 6.0 SITE CONDITIONS

The proposed building site is located adjacent to a parking lot and the western perimeter road, which runs parallel to Sloat Avenue, west of Halligan Hall. The site and surrounding area is

relatively flat varying from Elevation 45 feet (MSL)[1] to 49 feet. The proposed building footprint is partially landscaped with large trees and low-lying vegetation except for an access road leading to Halligan Hall, which will be relocated.

Building 245 was built in 1994 and consists of an at grade four-story structure. The building foundation consists of drilled cast-in-place, 24- to 30-inch-diameter concrete piers gaining support in the underlying bedrock. The two buildings to the east, Halligan and Bullard halls are also supported on drilled piers that extend to bedrock.

## 7.0 SUBSURFACE CONDITIONS

As shown on Figure 3, the idealized subsurface profile, A-A', the site is underlain by sandy fill containing varying amounts of silt, clayey sand with gravel, clean sand and bedrock. This subsurface profile should be considered accurate only at the test boring locations.

The sandy fill blankets the upper eight feet, contains brick fragments, and is very loose to dense. Beneath the fill, we encountered clayey sand with gravel. This layer is 4-½ to 9 feet thick, except in B-3, where it was not encountered. The clayey sand is dense to very dense. Beneath the clayey sand with gravel, is a deposit of poorly graded sand, which extends to the bedrock layer. The density of this material varies from medium dense to very dense. Visual inspection of this material indicates it contains varying amounts of Mica. Because Mica is relatively light, the unit weight of the material is lower. Bedrock, consisting of sandstone and claystone was encountered at approximately 33 to 35 feet below the ground surface (Elevation 13.5 to 14.5 feet MSL). It is generally olive-brown to dark brown, and ranges from crushed to intensely fractured. It has soft to low hardness, is friable, and is deeply weathered.

---

1 Elevations referenced in this report are Mean Sea Level (MSL) in feet.

Groundwater was encountered in our borings at the time of drilling above the sand/bedrock contact corresponding to depths ranging from 23 to 26 feet (Elevation 22.5 to 24 feet MSL) below the existing ground surface. We left borings TR-1, and TR-3 open overnight, and water levels were re-recorded. In TR-1, the water level remained unchanged. In TR-3, the water level rose about 3 feet, corresponding to a depth of 23.5 feet (Elevation 24 feet MSL).

## 8.0 DISCUSSION AND CONCLUSIONS

On the basis of our investigation, we conclude the project is feasible from a geotechnical standpoint. We judge the primary geotechnical issue at the site is the presence of uncontrolled fill and its poor reliability for foundation support. Our conclusions regarding this and other items are discussed in the remainder of this section.

### 8.1 Foundations and Settlement

Very loose to medium dense sandy fill underlies the proposed building site. If the proposed building is founded on the very loose sand, it could compress, resulting in large differential settlements between adjacent columns carrying the heaviest and lightest loads. To reduce the risk of adverse differential settlement, we conclude the proposed building be supported on bedrock. We judge the rock is too deep to be economically reached by spread footings; therefore, a drilled, cast-in-place concrete pier foundation, similar to the foundation installed beneath the surrounding buildings, is the most appropriate for this site. Properly installed concrete piers gaining support through friction in rock should settle less than ½ inch.

Alternatively, the building could rest on spread footings if the condition of very loose sand is mitigated. This could be accomplished by removing approximately the top eight feet of soil throughout the building pad and replacing it as compacted engineered fill. This approach would allow for the use of shallow foundations; however, we understand from discussions with DASSE Design, Inc., deep foundations may be necessary to resist seismic uplift.

### 8.2 Regional Seismicity

The major active faults in the area are the San Andreas, San Gregorio, Calaveras, and Hayward Faults. These and other faults of the region are shown on Figure 4. For each of the active faults, the distance from the site and estimated maximum Moment magnitude[2] (California Division of Mines and Geology 1996) event are summarized in Table 1.

**TABLE 1**
**Regional Faults and Seismicity**

| Fault Segment | Approximate Distance from Site (km) | Direction from Site | Maximum Magnitude |
|---|---|---|---|
| Monterey Bay – Tularcitos | 0.3 | Northeast | 7.1 |
| Palo Colorado | 13 | Southwest | 7.0 |
| San Gregorio | 33 | Northwest | 7.3 |
| Zayante-Vergeles | 34 | Northeast | 6.8 |
| San Andreas – 1906 Rupture | 41 | Northeast | 7.9 |
| San Andreas – Santa Cruz Mountains | 43 | North | 7.0 |
| Sargent | 47 | Northeast | 6.8 |
| Calaveras (South of Calaveras Reservoir) | 50 | Northeast | 6.2 |
| Monte Vista | 65 | North | 6.5 |
| San Andreas – Peninsula | 65 | North | 7.0 |
| Hayward – South East Extension | 77 | North | 6.5 |
| Calaveras (North of Calaveras Reservoir) | 94 | North | 6.8 |
| Hayward – Total | 94 | North | 7.1 |
| Greenville | 97 | North | 6.9 |
| Concord – Green Valley | 144 | North | 6.9 |
| Healdsburg – Rodgers Creek | 171 | North | 7.0 |

2 Moment magnitude is an energy-based scale and provides a physically meaningful measure of the size of a faulting event. Moment magnitude is directly related to average slip and fault rupture area.

Figure 4 also shows the earthquake epicenters for events with magnitude greater than 5.0 from January 1800 through January 1996. Since 1800, four major earthquakes have been recorded on the San Andreas Fault. In 1836 an earthquake with an estimated maximum intensity of VII on the Modified Mercalli (MM) scale (Figure 5) occurred east of Monterey Bay on the San Andreas Fault [(Toppozada and Borchardt 1998)]. The estimated Moment magnitude, $M_w$, for this earthquake is about 6-1/4. In 1838, an earthquake occurred with an estimated intensity of about VIII-IX (MM), corresponding to a $M_w$ of about 7-1/2. The San Francisco Earthquake of 1906 caused the most significant damage in the history of the Bay Area in terms of loss of lives and property damage. This earthquake created a surface rupture along the San Andreas Fault from Shelter Cove to San Juan Bautista approximately 430 kilometers in length. It had a maximum intensity of XI (MM), a $M_w$ of about 7.9, and was felt 560 kilometers away in Oregon, Nevada, and Los Angeles. The most recent earthquake to affect the Bay Area was the Loma Prieta Earthquake of 17 October 1989, in the Santa Cruz Mountains with a $M_w$ of 6.9, approximately 49 km from the site.

In 1868 an earthquake with an estimated maximum intensity of X on the MM scale occurred on the southern segment (between San Leandro and Fremont) of the Hayward Fault. The estimated $M_w$ for the earthquake is 7.0. In 1861, an earthquake of unknown magnitude (probably a $M_w$ of about 6.5) was reported on the Calaveras Fault. The most recent significant earthquake on this fault was the 1984 Morgan Hill earthquake ($M_w = 6.2$).

In 1999, the Working Group on California Earthquake Probabilities (WGCEP 1999) at the U.S. Geologic Survey (USGS) predicted a 70 percent probability of a magnitude 6.7 or greater earthquake occurring in the San Francisco Bay Area by the year 2030. More specific estimates of the probabilities for different faults in the Bay Area are presented in Table 2.