IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC., | ) | |
| Plaintiff, | ) | No. 05-1121C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO FILE CORRECTED
COPY OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rules 1 and 56 of the Rules of the Court of Federal Claims, defendant respectfully requests leave to file a corrected copy of its motion for partial summary judgment. In support of this motion, defendant states that counsel converted the document to .pdf format but did not realize that the entire document had not been converted to .pdf. Accordingly, defendant requests leave to file a corrected copy. A copy of the corrected brief is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
12th Floor
Washington, D.C. 20530
Tele: (202) 353-1618
Attorneys for Defendant

Dated: November 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2007, a copy of the foregoing defendant's motion to file corrected copy of motion for partial summary judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell