(1) Place nothing upon the landing areas without the authorization of the Contracting Officer;

(2) Outline those landing areas hazardous to aircraft, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated low-intensity red flasher lights by night;

(3) Obtain, at an airfield where flying is controlled, additional permission from the control tower operator every time before entering any landing area, unless the landing area is marked as hazardous in accordance with paragraph (d)(2) of this clause;

(4) Identify all vehicles it operates in landing areas by means of a flag on a staff attached to, and flying above, the vehicle. The flag shall be three feet square, and consist of a checkered pattern of international orange and white squares of 1 foot on each side (except that the flag may vary up to ten percent from each of these dimensions);

(5) Mark all other equipment and materials in the landing areas, using the same marking devices as in paragraph (d)(2) of this clause, and

(6) Perform work so as to leave that portion of the landing area which is available to aircraft free from hazards, holes, piles of material, and projecting shoulders that might damage an airplane tire.

(e) Safety precaution areas. The Contractor shall--

(1) Place nothing upon the safety precaution areas without authorization of the Contracting Officer;

(2) Mark all equipment and materials in safety precaution areas, using (unless otherwise authorized by the Contracting Officer) red flags by day, and electric, battery-operated, low-intensity red flasher lights by night, and

(3) Provide all objects placed in safety precaution areas with a red light or red lantern at night, if the objects project above the approach-departure clearance surface or above the transitional surface.

**35. FAC 5252.236-9303, ACCIDENT PREVENTION (NOV 1998)**

(a) The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, all accidents resulting in death, traumatic injury, occupational disease, and damage to property, materials, supplies and equipment incident to work performed under this contract.
(b) Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.
(c) Prior to commencement of the work, the Contractor may be required to:
(1) submit in writing his proposals for effectuating provision for accident prevention;
(2) meet in conference with representatives of the Contracting Officer to discuss and develop mutual understandings relative to administration of the overall safety program.

**36. FAC 5252.236-9305, AVAILABILITY OF UTILITIES (JUN 1994)**

When available, the Government will furnish reasonable amounts of the following utilities for the work to be performed under this contract at no cost to the contractor. Information concerning the location of existing outlets may be secured from the OIC. The contractor shall provide and maintain, at his expense, the necessary service lines from existing Government outlets to the site of work.

Electric
Water

Contractor Furnished Utilities. In the event that the Government is unable to provide the required types of utilities, the Contractor shall, at his expense, arrange for the required utilities.

Contractor Energy Conservation. The Contractor shall be directly responsible for instruction employees in utilities conservation practices. The Contractor shall be responsible for operating under conditions which preclude the waste of utilities, which shall include:

a. Lights shall be used only in areas where and at the time when work is actually being performed.

b. Mechanical equipment controls for heating, ventilation and air conditioning systems will not be adjusted by the workers.

c. Water faucets or valves shall be turned off after the required usage has been accomplished.

Telephone Lines. Telephone lines for the sole use of the Contractor will not be available. Government telephones shall not be used for personal reasons.

Contractor Availability. The Contractor shall maintain a telephone at which he or his representative may be reached 24 hours daily. The telephone shall be listed in the Contractor's name. If the Contractor does not have a local telephone, he shall maintain a toll free emergency telephone (or accept collect calls from authorized Government personnel) at which he or his representative may be reached at night, weekends and holidays. It is mandatory that the Contractor or his representative be available to a toll free telephone 24 hours per day, seven days per week, including holidays. He shall notify the OIC in writing of the mailing address and telephone number within three days after award of this contract and immediately thereafter in the event of change.

**37. FAC 5252.236-9310, RECORD DRAWINGS (JUN 1994)**

The Contractor shall maintain at the jobsite two sets of full-size prints of the contract drawings, accurately marked in red with adequate dimensions, to show all variations between the construction actually provided and that indicated or specified in the contract documents, including buried or concealed construction.

Special attention shall be given to recording the horizontal and vertical location of all buried utilities that differ from the contract drawings.

Existing utility lines and features revealed during the course of construction shall also be accurately located and dimensioned. Variations in the interior utility systems shall be clearly defined and dimensioned; and coordinated with exterior utility connections at the building five-foot line, where applicable. Existing topographic features which differ from those shown on the contract drawings shall also be accurately located and recorded.

Where a choice of materials or methods is permitted herein, or where variations in scope or character of methods is permitted herein, or where variations in scope or character of work from that of the original contract are authorized, the drawings shall be marked to define the construction actually provided. The representations of such changes shall conform to standard drafting practice and shall include such supplementary notes, legends, and details as necessary to clearly portray the as-built construction. These drawings shall be available for review by the Contracting Officer at all times.

Upon completion of the work, both sets of the marked up prints shall be certified as correct, signed by the Contractor, and delivered to the Contracting Officer for his approval before acceptance. Requests for partial payments will not be approved if the marked prints are not kept current, and request for final payment will not be approved until the marked prints are delivered to the Contracting Officer

**38. FAC 5252.237-9301, SUBSTITUTIONS OF KEY PERSONNEL (JUN 1994)**

The Contractor shall provide complete resumes for proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the consent on substitutions. No change in fixed unit prices may occur as a result of key personnel substitutions.

**39. FAR 52.242-4, CERTIFICATION OF FINAL INDIRECT COSTS (JAN 1997)**

(a) The Contractor shall--

(1) Certify any proposal to establish or modify final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, may result in final indirect costs at rates unilaterally established by the Contracting Officer.

(c) The certificate of final indirect costs shall read as follows:

CERTIFICATE OF FINAL INDIRECT COSTS

This is to certify that I have reviewed this proposal to establish final indirect cost rates and the best of my knowledge and belief;

1. All costs included in this proposal (identify proposal and date) to establish billing or final indirect cost rates for (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Federal Acquisition Regulation (FAR) and its supplements applicable to those contracts to which the final indirect cost rates will apply; and

2. This proposal does not include any costs which are expressly unallowable under applicable cost principles of the FAR or its supplements.

Firm: ______________________________
Signature: ______________________________
Date of Certifying Official: ______________________________
Title: ______________________________
Date of Execution: ______________________________

**40. FAR 52.242-13, BANKRUPTCY (JUL 1995)**

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the the bankruptcy petition was filed, the identity of the court in which bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

**41. FAR 52.242-14, SUSPENSION OF WORK (APR 1984)**

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the

extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract.

(c) A claim under this clause shall not be allowed

(1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order), and

(2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

**42. DFARS 252.242-7000, POSTAWARD CONFERENCE (DEC 1991)**

The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation subpart 42.5.

**43. FAC 5252.242-9300, GOVERNMENT REPRESENTATIVES (OCT 1996)**

(a) The contract will be administered by an authorized representative of the Contracting Officer. In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the Contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract. The authorized representative as indicated hereinafter:

[__X___] (1) The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer. The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.

[______] (2) The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or task/delivery orders.

[______] (3) The designated Property Administrator is the Administrative Contracting Officer's representative on property matters. The Property Administrator should be contacted regarding all matters pertaining to property administration.

**44. FAR 52.243-4, CHANGES (AUG 1987)**

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a

change order, make changes in the work within the general scope of the contract, including changes --

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after (1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

**45. DFARS 252.243-7001, PRICING OF CONTRACT MODIFICATIONS (DEC 1991)**

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, if effect on the date of this contract, apply.

**46. DFARS 252.243-7002, REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)**

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable regulations.

(b) In accordance with 10 U.S.C.2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor.

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

________________________________________

(Official's Name)

________________________________________

(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including---

(1) Cost of pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to--

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.

**47. FAR 52.244-5, COMPETITION IN SUBCONTRACTING (DEC 1996)**

(a) The Contractor shall select subcontracts (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b) If the Contractor is an appointed mentor under the Department of Defense Pilot Mentor - Protege - Program (Pub. L. 101-510, Section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its protege's.

**48. FAR 52.246-12, INSPECTION OF CONSTRUCTION (AUG 1996)**

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not --

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase on contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

**49. FAR 52.246-21, WARRANTY OF CONSTRUCTION (MAR 1994)**

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of -

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall

have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.

(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall --

(1) Obtain all warranties that would be given in normal commercial practice,

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

**50. FAR 52.248-3 VALUE ENGINEERING—CONSTRUCTION (FEB 2000)**

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) of this clause.
(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.
"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.
"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.
"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support. The term does not include the normal administrative costs of processing the VECP.
"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and

implementation costs, including subcontractors' development and implementation costs (see paragraph (h) of this clause).
"Value engineering change proposal (VECP)" means a proposal that--
(1) Requires a change to this, the instant contract, to implement; and
(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--
(i) In deliverable end item quantities only; or
(ii) To the contract type only.
(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in paragraphs (c)(1) through (7) of this clause. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:
(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.
(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.
(3) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) of this clause.
(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.
(5) A prediction of any effects the proposed change would have on collateral costs to the agency.
(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.
(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.
(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.
(e) Government action. (1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it will not be liable for any delay in acting upon a VECP.
(2) If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.
(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause.

The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.
(f) Sharing--(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by--
(i) 45 percent for fixed-price contracts; or
(ii) 75 percent for cost-reimbursement contracts.
(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--
(i) Accept the VECP;
(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and
(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.
(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.
(h) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $50,000 or more and may include one in subcontracts of lesser value. In computing any adjustment in this contract's price under paragraph (f) of this clause, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.
(i) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:
These data, furnished under the Value Engineering-- Construction clause of contract ____________ , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations.
If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the

data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

**51. FAR 52.249-2, TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED - PRICE) (SEP 1996) - ALTERNATES I (SEP 1996)**

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to any purchaser and

(ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120 day period.

(d) After expiration of the plant clearance period as defined in Subpart 45.6 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the government will accept title to those items and remove them or enter into a storage agreement. the Contracting Officer may verify the list upon removal of the items or if stored, with 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (f) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (f)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and Contracting Officer fail to agree on the whole amount to be paid the Contractor because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:

(1) For contract work performed before the effective date of termination, the total (without duplication of any items) of --(i) The cost of this work; (ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(i) of this clause; and (iii) A sum, as profit on subdivision (g)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (iii) and shall reduce the settlement to reflect the indicated rate of loss.

(2) The reasonable costs of settlement of the work terminated, including --(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data; (ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and (iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value, as determined by the Contracting Officer, of property that is destroyed, lost, stolen, or damaged so as to become undeliverable to the Government or to a buyer.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l), of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause. there shall be deducted --

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)

(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

**52. FAR 52.249-10, DEFAULT (FIXED - PRICE CONSTRUCTION) (APR 1984) - ALTERNATE II (APR 1984)**

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if --

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

**53. FAR 52.253-1, COMPUTER GENERATED FORMS (JAN 1991)**

Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard of Optional Form number and edition date.
Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.
If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

SECTION 00830

DAVIS-BACON WAGE DETERMINATION
**02/01**

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

PART 2 PRODUCTS

2.1 ARTICLE TITLE

Subparts at this level are referred to as articles.

PART 3 EXECUTION

3.1 SECTION PARTS

The extent of the subdivision of information depends on the complexity of the section, the nature of the subject being described, and the preferences of the specifier.

Wages Follow:

BRS Document Viewer
General Decision Number CA010029

General Decision Number CA010029
Superseded General Decision No. CA000029
State: California Construction Type:
BUILDING
DREDGING
HEAVY
HIGHWAY
County(ies):

| | | |
|---|---|---|
| ALAMEDA | MARIPOSA | SAN MATEO |
| CALAVERAS | MERCED | SANTA CLARA |
| CONTRA COSTA | MONTEREY | SANTA CRUZ |
| FRESNO | SAN BENITO | STANISLAUS |
| KINGS | SAN FRANCISCO | TUOLUMNE |
| MADERA | SAN JOAQUIN | |

BUILDING CONSTRUCTION PROJECTS; DREDGING PROJECTS (does not include hopper dredge work); HEAVY CONSTRUCTION PROJECTS (does not include water well drilling); HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/16/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| ALAMEDA | MARIPOSA | SAN MATEO |
| CALAVERAS | MERCED | SANTA CLARA |
| CONTRA COSTA | MONTEREY | SANTA CRUZ |
| FRESNO | SAN BENITO | STANISLAUS |
| KINGS | SAN FRANCISCO | TUOLUMNE |
| MADERA | SAN JOAQUIN | |

ASBE0016A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| INSULATOR/ASBESTOS WORKER<br>Includes the application of all insulating materials, protective coverings, coatings, and finishings to all types of mechanical systems | 37.38 | 7.66 |

----------------------------------------------------------------

ASBE0016E 05/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| ASBESTOS REMOVAL WORKER/<br>HAZARDOUS MATERIAL HANDLER<br>Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 22.01 | 4.28 |

----------------------------------------------------------------

ASBE0016F 05/01/1999

| | Rates | Fringes |
|---|---|---|

CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE

COUNTIES:

| | Rates | Fringes |
|---|---|---|
| ASBESTOS REMOVAL WORKER/ HAZARDOUS MATERIAL HANDLER Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 22.01 | 4.28 |

----------------------------------------------------------------

BOIL0092A 10/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 29.56 | 9.81 |
| TUBE WELDER | 31.06 | 9.81 |

----------------------------------------------------------------

BRCA0003B 08/01/1998

| | Rates | Fringes |
|---|---|---|
| MARBLE FINISHER | 21.12 | 4.97 |

----------------------------------------------------------------

BRCA0003D 08/01/1998

| | Rates | Fringes |
|---|---|---|
| MARBLE SETTER | 25.89 | 12.92 |

----------------------------------------------------------------

BRCA0003G 07/01/1999

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO AND SAN MATEO COUNTIES: | | |
| BRICKLAYER | 29.45 | 9.75 |

FOOTNOTES:

Underground work such as tunnel work, sewer work, manholes, catch basins, sewer pipes and telephone conduit: $5.00 per day additional.

Additionally, for work in direct contact with raw sewage: $2.50 per day additional.

Operating a saw or grinder: $0.50 per hour additional.

Gunite nozzle person: $1.00 per hour additional.

On one or two person light duty swinging scaffolds, from and including the seventh floor to the sky (floors to be determined by the number on the elevator identity or floor identity): $10.00 per day additional.

----------------------------------------------------------------

BRCA0003K 07/01/1999

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN BENITO AND SANTA CLARA COUNTIES: | | |
| BRICKLAYER | 28.67 | 8.53 |
| CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| BRICKLAYER | 24.45 | 7.05 |

FOOTNOTES:

Underground work such as tunnel work, sewer work, manholes, catch basins, sewer pipes and telephone conduit shall be paid $5.00 per day above the regular wage.

In addition to the daily allowance specified in the preceding sentence, all employees working in direct contact with raw sewage shall receive an additional allowance of $2.50 per day above the regular wage.

Fifty cents ($0.50) per hour extra will be allowed for

operating a saw or grinder, provided such work is for the major portion of the day.

A gunite nozzle person shall receive $1.00 per hour above the journeyman wage rate.

On one or two-person light-duty swinging scaffolds, from and including the seventh floor to the sky, $10.00 per day over and above the regular wage shall be paid. The floors shall be determined by the number on the elevator identity or floor identity.

---

BRCA0003O 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MONTEREY AND SANTA CRUZ COUNTIES: | | |
| BRICKLAYER | 27.38 | 9.05 |

FOOTNOTES:

Underground work such as tunnel work, sewer work, manholes, catch basins, sewer pipes and telephone conduit: $5.00 per day additional. In addition to the daily allowance specified in the preceding sentence, all workers working in direct contact with raw sewage: $2.50 per day additional.

Operating a saw or grinder, provided such work is for the major portion of the day: $0.50 per hour additional.

Gunite nozzle person: $1.00 per hour additional.

Work on one or two person light duty swinging scaffolds, from and including the seventh floor to the sky (floors to be determined by the number on the elevator identity or floor identity): $10.00 per day additional.

---

BRCA0003Q 07/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES: | | |
| BRICKLAYER | 22.35 | 8.15 |

---

BRCA0003T 04/01/1998

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CALAVERAS, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| TILE SETTER | 25.03 | 7.60 |
| TILE FINISHER | 13.06 | 5.27 |

---

BRCA0004P 07/01/1999

| | Rates | Fringes |
|---|---|---|
| TERRAZZO WORKER | 29.33 | 5.70 |
| TERRAZZO FINISHER | 15.56 | 5.02 |

FOOTNOTE:

Base machine operator: $.75 per hour additional.

---

BRCA9003A 04/01/1999

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES: | | |
| TILE FINISHER | 15.70 | 4.22 |
| TILE SETTER | 20.29 | 5.00 |

---

CARP0003A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA | | |

COUNTIES:

| | | |
|---|---|---|
| DRYWALL INSTALLER/LATHER | 28.00 | 11.645 |
| DRYWALL STOCKER/SCRAPPER | 14.50 | 6.385 |
| MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES: | | |
| DRYWALL INSTALLER/LATHER | 24.12 | 11.645 |
| DRYWALL STOCKER/SCRAPPER | 12.06 | 6.385 |
| REMAINDER OF COUNTIES: | | |
| DRYWALL INSTALLER/LATHER | 23.27 | 11.645 |
| DRYWALL STOCKER/SCRAPPER | 11.64 | 6.385 |

NOTE: Effective 8/1/99 new projects public or private, valued at twenty-five milllion dollars or more shall be paid at the Alameda, Contra Costa, San Francisco, San Mateo, and Santa Clara Counties rate.

---

CARP0012E 09/01/1993

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, SAN JOAQUIN AND STANISLAUS COUNTIES: | | |
| TILE FINISHER | 12.80 | 3.12 |

---

CARP0034A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| DIVERS: | | |
| Diver standby | 28.65 | 13.625 |
| Diver wet pay | 39.90 | 13.625 |
| Tender | 28.65 | 13.625 |
| Saturation diver | 46.50 | 13.625 |
| Manned submersible | 46.50 | 13.625 |
| Manifold operator/life support Technician | 30.65 | 13.625 |
| Remote controlled vehicle- remote operated vehicle pilot | 28.65 | 13.625 |
| Bell winch operator | 28.65 | 13.625 |

DEPTH PAY (Surface Diving):

| | |
|---|---|
| 50 to 100 ft | $1.32/ft |
| 100 to 150 ft | $66.00 + $1.85/ft |
| 150 to 200 ft | $158.00 + $2.65/ft |
| 200 ft and over | $291.00 + $3.00/ft |

---

CARP0034C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA COUNTIES: | | |
| PILEDRIVER | 26.65 | 13.375 |
| *PILEDRIVER - BRIDGE BUILDER | 28.00 | 11.205 |
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| PILEDRIVER | 26.65 | 13.375 |
| *PILEDRIVER - BRIDGE BUILDER | 23.77 | 11.205 |
| MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES: | | |
| PILEDRIVER | 26.65 | 13.375 |
| *PILEDRIVER - BRIDGE BUILDER | 24.62 | 11.205 |

---

*FOOTNOTE: Effective 7/1/99 new projects public or private, vaulved at twenty five million dollars or more shall be paid at the Alameda, Contra Costa, San Francisco, San Mateo, and Santa Clara counties rate.

| | | |
|---|---|---|
| *PILEDRIVER BRIDGE BUILDERS | 28.00 | 11.205 |

---

CARP0035A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, AND SANTA CLARA COUNTIES: | | |
| CARPENTER | 28.00 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 28.15 | 11.205 |
| BRIDGE BUILDERS | 28.00 | 11.205 |
| MILLWRIGHT | 28.00 | 12.645 |
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS, AND TUOLUMNE COUNTIES: | | |
| CARPENTER | 22.77 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 22.97 | 11.205 |
| BRIDGE BUILDERS | 23.77 | 11.205 |
| MILLWRIGHT | 23.92 | 12.645 |
| MONTEREY, SAN BENITO, AND SANTA CRUZ COUNTIES: | | |
| CARPENTER | 24.12 | 11.205 |
| HARDWOOD FLOORLAYER; SHINGLER; POWER SAW OPERATOR; STEEL SCAFFOLD AND STEEL SHORING ERECTOR; SAW FILER | 24.27 | 11.205 |
| BRIDGE BUILDERS | 24.62 | 11.205 |
| MILLWRIGHT | 25.27 | 12.645 |

FOOTNOTE: Effective 7/1/99 new projects public or private, valued at twenty-five million dollars or more shall be paid at the Alameda, Contra Costa, San Francisco, San Mato, and Santa Clara counties rate.

---

CARP0035H 07/01/1999

| | Rates | Fringes |
|---|---|---|
| MODULAR FURNITURE INSTALLER | 16.87 | 7.465 |

---

ELEC0006A 12/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA, AND SANTA CRUZ COUNTIES: | | |
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| Communications and Systems Installer | 23.32 | 3%+4.10 |
| Communications and Systems Technician | 26.55 | 3%+4.10 |

SCOPE OF WORK:

Including any data system whose only function is to transmit or receive information; excluding all other data systems or multiple systems which include control function or power supply; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding fire alarm work when installed in raceways (including wire and cable pulling) and when performed on new or major remodel building projects or jobs for which the conductors for the fire alarm system are installed in conduit; excluding installation of

raceway systems, line voltage work, industrial work, life-safety systems (all buildings having floors located more than 75' above the lowest floor level having building access); excluding energy management systems.
FOOTNOTE:
Fire alarm work when installed in raceways (including wire and cable pulling), on projects which involve new or major remodel building construction, for which the conductors for the fire alarm system are installed in the conduit, shall be performed by the inside electrician.

---

ELEC0006D 06/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician; ground person/driver | 34.375 | 3% + 11.665 |
| Cable splicer | 38.67 | 3% + 11.665 |
| Ground person | 29.92 | 3% + 11.665 |

---

ELEC0006E 11/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| SIGN ELECTRICIAN | 20.00 | 3% |

FOOTNOTE:
Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, 4th of July, Labor Day, Thanksgiving Day, Day after Thanksgiving, and Christmas Day. To be eligible for holiday pay the worker must work the first business day before and after said holiday.

---

ELEC0006H 06/01/1998

| | Rates | Fringes |
|---|---|---|
| SAN FRANCISCO COUNTY: | | |
| ELECTRICIAN: | | |
| Electrician | 34.375 | 3% + 11.57 |
| Cable splicer | 38.67 | 3% + 11.57 |

---

ELEC0006K 12/01/1999

| | Rates | Fringes |
|---|---|---|
| CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| Communications and Systems Installer | 18.72 | 3%+4.10 |
| Communications and Systems Technician | 21.31 | 3%+4.10 |

SCOPE OF WORK:
Including any data system whose only function is to transmit or receive information; excluding all other data systems or multiple systems which include control function or power supply; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding fire alarm work when installed in raceways (including wire and cable pulling) and when performed on new or major remodel building projects or jobs for which the conductors for the fire alarm system are installed in conduit; excluding installation of

raceway systems, line voltage work, industrial work, life-safety systems (all buildings having floors located more than 75' above the lowest floor level having building access); excluding energy management systems.

FOOTNOTE:

Fire alarm work when installed in raceways (including wire and cable pulling), on projects which involve new or major remodel building construction, for which the conductors for the fire alarm system are installed in the conduit, shall be performed by the inside electrician.

---

ELEC0100C 12/01/2000

| | Rates | Fringes |
|---|---|---|
| FRESNO, KINGS, AND MADERA COUNTIES: | | |
| ELECTRICIAN | 25.10 | 3% + 8.61 |

---

ELEC0234A 12/25/2000

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES: | | |
| ELECTRICIANS | 29.56 | 3% + 11.59 |

---

ELEC0234B 05/27/1996

| | Rates | Fringes |
|---|---|---|
| MONTEREY, SAN BENITO, AND SANTA CRUZ COUNTIES: | | |
| LINE CONSTRUCTION: | | |
| Within the radius of 25 air miles from the intersection of Dolan Road and Hwy. #1 in Moss Landing; and an area extending 5 miles east and west of Hwy. #101 south to the San Luis Obispo County line: | | |
| Line technician & Equipment Operator | 23.20 | 4%+9.80 |
| Cable Splicer | 26.10 | 4%+9.80 |
| Ground Person/Truck Driver | 17.40 | 4%+8.35 |
| Remainder of County: | | |
| Line Technician & Equipment Operator | 25.52 | 4%+9.80 |
| Cable Splicer | 28.42 | 4%+9.80 |
| Ground Person/Truck Driver | 19.72 | 4%+8.35 |

---

ELEC0302A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 33.46 | 3%+8.16 |
| Cable splicer | 36.81 | 3%+8.16 |

---

ELEC0302B 06/01/2000

| | Rates | Fringes |
|---|---|---|
| CONTRA COSTA COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician | 33.46 | 3%+8.16 |
| Cable splicer | 36.81 | 3%+8.16 |
| Equipment operator | 33.46 | 3%+8.16 |
| Ground person | 33.46 | 3%+8.16 |

---

ELEC0332A 12/01/2000

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 37.97 | 3% + 11.12 |
| Cable splicer | 43.67 | 3% + 11.12 |

FOOTNOTES:

Work under compressed air or where gas masks are required, or work on ladders, scaffolds, stacks, "Bosun's chairs," or other structures and where the workers are not protected by permanent guard rails at a distance of 40 to 60 ft. from the ground or supporting structures: to be paid one and one-half times the straight-time rate of pay.

Work on structures of 60 ft. or over (as described above): to be paid twice the straight-time rate of pay.

Welding: $5.00 per day additional.

---

ELEC0332B 06/01/1999

| | Rates | Fringes |
|---|---|---|
| SANTA CLARA COUNTY: | | |
| LINE CONSTRUCTION: | | |
| Line technician; line equipment person | 33.50 | 3% + 11.06 |
| Cable splicer | 37.69 | 3% + 11.06 |
| Ground person | 29.32 | 3% + 10.11 |

FOOTNOTE:

Work on wooden poles, "H" frames or similar structures at a height of 75 ft. or more, or work on steel towers on tower structures where the point of attachment of the lowest high voltage insulator to the tower is 100 ft. or more: to be paid double time.

Flood lighting equipment or warning and signal lighting or similar equipment installed on towers over 100 ft. shall be considered premium work as provided above.

In determining height premium work, the top of the concrete footing of the stepped leg of the tower, or the ground level of the poles to be climbed and the lower side of the cross arm from which workers are required to work, shall be the determining factors.

There shall be no height premium work for the erection of steel transmission towers themselves.

---

ELEC0595A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA COUNTY: | | |
| ELECTRICIANS: | | |
| Electrician | 33.49 | 3% + 11.89 |
| Cable splicer | 37.48 | 3% + 11.89 |

---

ELEC0595B 12/01/2000

| | Rates | Fringes |
|---|---|---|
| CALAVERAS AND SAN JOAQUIN COUNTIES: | | |
| ELECTRICIANS: | | |
| Tunnel work: | | |
| Electrician | 28.19 | 5.75%+ 8.59 |
| Cable splicer | 31.71 | 5.75%+ 8.59 |
| All other work: | | |

| | | |
|---|---|---|
| Electrician | 28.06 | 5.75%+ 8.59 |
| Cable splicer | 31.57 | 5.75%+ 8.59 |

---

ELEC0617A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| SAN MATEO COUNTY: | | |
| ELECTRICIAN | 38.80 | 3% + 9.66 |

---

ELEC0684A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES: | | |
| Electrician | 26.12 | 7% + 8.85 |
| Cable splicer | 28.73 | 7% + 8.85 |

---

ELEC1245A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION AND OUTSIDE UTILITY TRANSMISSION WORK: | | |
| Line worker; Cable splicer | 31.26 | 4.5% + 7.35 |
| Powder worker | 29.70 | 4.5% + 7.46 |
| Ground person | 20.32 | 4.5% + 7.58 |
| Equipment specialist (operates crawler tractors, commercial motor vehicles, backhoes, trenchers, cranes (50 tons and below), and overhead and underground distribution line equipment) | 26.57 | 4.5% + 7.07 |
| Line worker, welding | 32.82 | 4.5% + 7.53 |

SCOPE OF WORK:

All outside work on electrical transmission lines, switchyards and substations, and outside work in electrical utility distribution systems owned, maintained and operated by electrical utility companies, municipalities, or governmental agencies.

---

ELEV0008A 08/01/2000

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANIC | 41.845 | 7.195 |

FOOTNOTE:

Vacation Pay: 8% with 5 or more years of service, 6% for 6 months to 5 years service. Paid Holidays: New Years Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Friday after, and Christmas Day.

---

ENGI0001A 05/01/1999

| | Rates | Fringes |
|---|---|---|

POWER EQUIPMENT OPERATORS
CRANES AND ATTACHMENTS
DREDGING
TUNNEL AND UNDERGROUND
These areas do not apply to piledrivers and steel erectors.
AREA 1: ALAMEDA, CONTRA COSTA, KINGS, MERCED, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ AND STANISLAUS COUNTIES
The remaining counties are split between Area 1 and Area 2 as noted below:
CALAVERAS COUNTY:

AREA 1: Area within the line beginning at the southernmost

point of Calaveras County,
Thence northerly along the southeasterly county line to the intersection with the easterly line of Range 15 East,
Thence northerly to the northeast corner of Township 5N, Range 15E,
Thence westerly to the southeast corner of Township 6N, Range 14E,
Thence northerly along the range line to the intersection with the northerly line of said county,
Thence westerly and southerly along the county line to the point of beginning.
AREA 2: Remainder of Calaveras County.

FRESNO COUNTY:
AREA 1: Area within the line beginning at the southeast corner of Township 13S, Range 28E,
Thence northerly to the northeast corner of Township 13S, Range 28E,
Thence westerly to the southeast corner of Township 12S, Range 27E,
Thence northerly to the northeast corner of Township 12S, Range 27E,
Thence westerly to the southeast corner of Township 11S, Range 26E,
Thence northerly to the northeast corner of Township 11S, Range 26E,
Thence westerly to the southeast corner of Township 10S, Range 25E,
Thence northerly to the northeast corner of Township 9S, Range 25E,
Thence westerly to the southeast corner of Township 8S, Range 24E,
Thence northerly to the northeast corner of Township 8S, Range 24E,
Thence westerly along the north line of Township 8S to the intersection with the Fresno County line,
Thence southwesterly and northwesterly along said county line to the intersection with the southeasterly line of Merced County,
Thence southwesterly along said county line to the intersection with the easterly line of San Benito County,
Thence southerly along said county line to the intersection with the easterly line of Monterey County,
Thence southeasterly along said county line to the intersection with the northwesterly line of Kings County,
Thence northeasterly along the southeasterly line of Fresno County to the point of beginning.
AREA 2: Remainder of Fresno County.

MADERA COUNTY:
AREA 1: Area within the line beginning at the point of intersection of Fresno County, Madera County, and Merced County,
Thence southeasterly and northeasterly along the southerly line of Madera County to the intersection with the northerly line of Township 8S,
Thence westerly to the southeast corner of Township 7S, Range 23E,
Thence northerly to the northeast corner of Township 6S,

Range 23E,
Thence westerly along the north line of Township 6S to the intersection of the northwesterly line of Madera County,
Thence southwesterly along said county line to the point of beginning.
AREA 2: Remainder of Madera County.
MARIPOSA COUNTY:
AREA 1: Area within the line beginning at the point of intersection of Stanislaus County with Mariposa County,
Thence southeasterly along the westerly line of Mariposa County to the intersection of Madera County,
Thence northeasterly along said county line to the intersection of the southerly line of Township 5S,
Thence westerly to the southeast corner of Township 5S, Range 20E,
Thence northerly to the northeast corner of Township 5S, Range 20E,
Thence westerly to the southeast corner of Township 4S, Range 19E,
Thence northerly along the range line to the intersection with the northerly line of Mariposa County,
Thence westerly along said county line to the point of beginning.
AREA 2: Remainder of Mariposa County.
MONTEREY COUNTY:
AREA 1: Area within a line beginning at the intersection of the southerly line of Township 19S with the Pacific Ocean,
Thence easterly along the southerly line of Township 19S to the northwest corner of Township 20S, Range 6E,
Thence southerly to the southwest corner of Township 20S, range 6E,
Thence easterly to the northwest corner of Township 21S, Range 7E,
Thence southerly to the southwest corner of Township 21S, Range 7E,
Thence easterly to the northwest corner of Township 22S, Range 9E,
Thence southerly to the southwest corner of Township 22S, Range 9E,
Thence easterly to the northwest corner of Township 23S, Range 10E,
Thence southerly to the southwest corner of Township 24S, Range 10E,
Thence easterly along the southerly line of Township 24S to the southeasterly corner of Monterey County,
Thence northwesterly along said county line to the point of intersection with the southerly line of Santa Cruz County,
Thence westerly along the northerly line of Monterey County to the Pacific Ocean,
Thence southerly along the Pacific Ocean to the point of beginning.
AREA 2: Remainder of Monterey County.
TUOLUMNE COUNTY:
AREA 1: Area within the line beginning at the point of intersection of the easterly line of Township 2S, Range 19E, with the southerly line of Tuolumne County,
Thence northerly to the northeast corner of Township 1S,

Range 19E,
Thence westerly to the southeast corner of Township 1N, Range 18E,
Thence northerly to the northeast corner of Township 3N, Range 18E,
Thence westerly to the southeast corner of Township 4N, Range 17E,
Thence northerly to the northeast corner of Township 4N, Range 17E,
Thence northerly to the northeast corner of Township 4N, Range 17E,
Thence westerly to the southeast corner of Township 5N, Range 15E,
Thence northerly to the intersection of the county line with the easterly line of Township 5N, Range 15E,
Thence southwesterly along the county line to the intersection of the northeasterly line of Stanislaus County,
Thence southeasterly along said county line to the southernmost corner of Tuolumne County,
Thence easterly along the county line to the point of beginning.
AREA 2: Remainder of Tuolumne County.

---

ENGI0003B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| DREDGING: CLAMSHELL & DIPPER DREDGING; | | |
| HYDRAULIC SUCTION DREDGING: | | |
| AREA 1: | | |
| Lever person/operator | 32.79 | 11.16 |
| Dredge dozer; Heavy duty repair person/welder | 27.83 | 11.16 |
| Booster pump operator; Deck engineer; Deck mate; Dredge tender; Winch operator | 26.71 | 11.16 |
| Barge person; Deckhand; Fire person; Leveehand; Oiler | 23.41 | 11.16 |
| AREA 2: | | |
| Lever person/operator | 34.79 | 11.16 |
| Dredge dozer; Heavy duty repair person/welder | 29.83 | 11.16 |
| Booster pump operator; Deck engineer; Deck mate; Dredge tender; Winch operator | 28.71 | 11.16 |
| Barge person; Deckhand; Fire-person; Levee hand; Oiler | 25.41 | 11.16 |

---

ENGI0003C 06/16/2000

| | Rates | Fringes |
|---|---|---|
| ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA COUNTIES: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 32.82 | 12.70 |
| GROUP 2 | 31.29 | 12.70 |
| GROUP 3 | 29.81 | 12.70 |
| GROUP 4 | 28.43 | 12.70 |

| | | |
|---|---|---|
| GROUP 5 | 27.16 | 12.70 |
| GROUP 6 | 25.84 | 12.70 |
| GROUP 7 | 26.70 | 12.70 |
| GROUP 8 | 23.56 | 12.70 |
| GROUP 8-A | 21.35 | 12.70 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 33.70 | 12.70 |
| Truck crane oiler | 26.73 | 12.70 |
| Oiler | 24.44 | 12.70 |
| GROUP 2 | 31.94 | 12.70 |
| Truck crane oiler | 26.47 | 12.70 |
| Oiler | 24.23 | 12.70 |
| GROUP 3 | 30.20 | 12.70 |
| Truck crane oiler | 26.23 | 12.70 |
| Hydraulic | 25.84 | 12.70 |
| Oiler | 23.95 | 12.70 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 34.04 | 12.70 |
| Truck crane oiler | 27.06 | 12.70 |
| Oiler | 24.78 | 12.70 |
| GROUP 2 | 31.22 | 12.70 |
| Truck crane oiler | 26.81 | 12.70 |
| Oiler | 24.51 | 12.70 |
| GROUP 3 | 29.54 | 12.70 |
| Truck crane oiler | 26.52 | 12.70 |
| Oiler | 24.29 | 12.70 |
| GROUP 4 | 28.77 | 12.70 |
| GROUP 5 | 26.13 | 12.70 |
| GROUP 6 | 23.90 | 12.70 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 34.67 | 12.70 |
| Truck crane oiler | 27.35 | 12.70 |
| Oiler | 25.12 | 12.70 |
| GROUP 2 | 32.90 | 12.70 |
| Truck crane oiler | 27.13 | 12.70 |
| Oiler | 24.85 | 12.70 |
| GROUP 3 | 31.42 | 12.70 |
| Truck crane oiler | 26.86 | 12.70 |
| Hydraulic | 26.47 | 12.70 |
| Oiler | 24.63 | 12.70 |
| GROUP 4 | 29.40 | 12.70 |
| GROUP 5 | 28.10 | 12.70 |

FOOTNOTE:

Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work); Hydraulic excavator, 7 cu. yds. and over; Power shovels, over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu. yds. up to 7 cu. yds.; Power blade operator (finish); Power shovels, over 1 cu. yd. up to and including 7 cu. yds. m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination backhoe and loader over 3/4 cu. yds.; Continuous flight tie back machine; Crane mounted continuous flight tie back machine; Crane mounted drill attachment, tonnage to apply; Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2 cu. yds.; Loader 4 cu.

yds. and over; Multiple engine scraper (when used as plush pull); Power shovels, up to and including 1 cu. yd.; Pre-stress wire wrapping machine; Side boom cat, 572, or larger; Track loader 4 cu. yds. and over; Wheel excavator (up to and including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/boxperson; Chicago boom; Combination backhoe and loader up to and including 3/4 cu. yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull-type elevating loader; Gradesetter, grade checker (mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber-tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt; Mine or shaft hoist; Portable crusher; Power jumbo ooperator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom-type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on streets, highways, ariports and canals); Deck engineer, drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcatlarger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); screed (except asphaltic concrete paving); Self-propelled pipeline wrapping machine; Soils & materials tester; Tractor

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom

truck) - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker (with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip seal; Self-propelled automatically applied concrete curing machine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck-type loader

GROUP 8: Bit charpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete dquipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator; Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader - Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe - trencher)

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and Dragline over 7 cu. yds.; Crane, over 100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and Dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and Dragline up to and including 1 cu. yd.; Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons; Boom truck or dual purpose A-frame truck, non-rotating, over 15 tons

POWER EQUIPMENT OPERATORS - PILEDRIVER CLASSIFICATIONS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

POWER EQUIPMENT OPERATORS - STEEL ERECTOR CLASSIFICATIONS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane, over 45 tons up to and including 100 tons; Derrick, 100 tons & under; Self-propelled boom-type lifting device over 45 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

---

ENGI0003G 06/16/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| TUNNEL AND UNDERGROUND WORK: | | |
| AREA 1: | | |
| UNDERGROUND: | | |
| GROUP 1-A | 31.29 | 12.70 |
| GROUP 1 | 28.82 | 12.70 |
| GROUP 2 | 27.56 | 12.70 |
| GROUP 3 | 27.23 | 12.70 |
| GROUP 4 | 25.09 | 12.70 |
| GROUP 5 | 23.95 | 12.70 |
| SHAFTS, STOPES AND RAISES: | | |
| GROUP 1-A | 31.39 | 12.70 |
| GROUP 1 | 28.92 | 12.70 |
| GROUP 2 | 27.66 | 12.70 |
| GROUP 3 | 26.33 | 12.70 |
| GROUP 4 | 25.19 | 12.70 |
| GROUP 5 | 24.05 | 12.70 |
| AREA 2: | | |
| UNDERGROUND: | | |
| GROUP 1-A | 33.29 | 12.70 |
| GROUP 1 | 30.82 | 12.70 |
| GROUP 2 | 29.56 | 12.70 |
| GROUP 3 | 28.23 | 12.70 |
| GROUP 4 | 27.09 | 12.70 |
| GROUP 5 | 25.95 | 12.70 |
| SHAFTS, STOPES AND RAISES: | | |
| GROUP 1-A | 33.39 | 12.70 |
| GROUP 1 | 30.92 | 12.70 |
| GROUP 2 | 29.66 | 12.70 |
| GROUP 3 | 28.33 | 12.70 |
| GROUP 4 | 27.19 | 12.70 |
| GROUP 5 | 26.05 | 12.70 |

FOOTNOTE:

Work suspended by ropes or cables, or work on a Yo-Yo Cat: $.60 per hour additional.

POWER EQUIPMENT OPERATOR CLASSIFICATIONS
GROUP 1-A: Tunnel bore machine operator, 20' diameter or more
GROUP 1: Heading shield operator; Heavy-duty repairperson/welder; Mucking machine (rubber tired, rail or track type); Raised bore operator (tunnels); Tunnel mole bore operator
GROUP 2: Combination slusher and motor operator; Concrete pump or pumpcrete gun; Power jumbo operator
GROUP 3: Drill doctor; Mine or shaft hoist
GROUP 4: Combination slurry mixer cleaner; Grouting machine operator; Motor person
GROUP 5: Bit sharpener; Brake person; Combination mixer and compressor (gunite); Compressor operator; Oiler (assistant to engineer); Pump operator; Slusher operator

---

ENGI0004K 07/01/1999

| | Rates | Fringes |
|---|---|---|
| KINGS, MERCED, SAN BENITO, SAN JOAQUIN, SANTA CRUZ AND STANISLAUS COUNTIES: | | |
| BUILDING CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 30.40 | 12.79 |
| GROUP 2 | 28.95 | 12.79 |
| GROUP 3 | 27.55 | 12.79 |
| GROUP 4 | 26.22 | 12.79 |
| GROUP 5 | 25.01 | 12.79 |
| GROUP 6 | 23.74 | 12.79 |
| GROUP 7 | 22.65 | 12.79 |
| GROUP 8 | 21.57 | 12.79 |
| GROUP 8-A | 19.45 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 31.25 | 12.79 |
| Truck crane oiler | 24.59 | 12.79 |
| Oiler | 22.42 | 12.79 |
| GROUP 2 | 29.56 | 12.79 |
| Truck crane oiler | 24.35 | 12.79 |
| Oiler | 22.20 | 12.79 |
| GROUP 3 | 27.92 | 12.79 |
| Truck crane oiler | 24.11 | 12.79 |
| Hydraulic | 23.74 | 12.79 |
| Oiler | 21.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 31.56 | 12.79 |
| Truck crane oiler | 24.91 | 12.79 |
| Oiler | 22.74 | 12.79 |
| GROUP 2 | 29.85 | 12.79 |
| Truck crane oiler | 24.68 | 12.79 |
| Oiler | 22.49 | 12.79 |
| GROUP 3 | 28.24 | 12.79 |
| Truck crane oiler | 24.41 | 12.79 |
| Oiler | 22.26 | 12.79 |
| GROUP 4 | 26.54 | 12.79 |
| GROUP 5 | 24.04 | 12.79 |
| GROUP 6 | 21.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTION: | | |
| GROUP 1 | 32.19 | 12.79 |
| Truck crane oiler | 25.20 | 12.79 |
| Oiler | 23.06 | 12.79 |

| | | |
|---|---|---|
| GROUP 2 | 30.48 | 12.79 |
| Truck crane oiler | 24.98 | 12.79 |
| Oiler | 22.81 | 12.79 |
| GROUP 3 | 29.09 | 12.79 |
| Truck crane oiler | 24.73 | 12.79 |
| Hydraulic | 24.35 | 12.79 |
| Oiler | 22.58 | 12.79 |
| GROUP 4 | 27.16 | 12.79 |
| GROUP 5 | 25.91 | 12.79 |
| HEAVY AND HIGHWAY CONSTRUCTION: | | |
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 31.82 | 12.79 |
| GROUP 2 | 30.29 | 12.79 |
| GROUP 3 | 28.81 | 12.79 |
| GROUP 4 | 27.43 | 12.79 |
| GROUP 5 | 26.16 | 12.79 |
| GROUP 6 | 24.84 | 12.79 |
| GROUP 7 | 23.70 | 12.79 |
| GROUP 8 | 22.56 | 12.79 |
| GROUP 8-A | 20.35 | 12.79 |
| POWER EQUIPMENT OPERATORS - ALL CRANES AND ATTACHMENTS: | | |
| GROUP 1 | 32.70 | 12.79 |
| Truck crane oiler | 25.73 | 12.79 |
| Oiler | 23.44 | 12.79 |
| GROUP 2 | 30.94 | 12.79 |
| Truck crane oiler | 25.47 | 12.79 |
| Oiler | 23.23 | 12.79 |
| GROUP 3 | 29.20 | 12.79 |
| Truck crane oiler | 25.23 | 12.79 |
| Hydraulic | 24.84 | 12.79 |
| Oiler | 22.95 | 12.79 |
| POWER EQUIPMENT OPERATORS - PILEDRIVERS: | | |
| GROUP 1 | 33.04 | 12.79 |
| Truck crane oiler | 26.06 | 12.79 |
| Oiler | 23.78 | 12.79 |
| GROUP 2 | 31.22 | 12.79 |
| Truck crane oiler | 25.81 | 12.79 |
| Oiler | 23.51 | 12.79 |
| GROUP 3 | 29.54 | 12.79 |
| Truck crane oiler | 25.52 | 12.79 |
| Oiler | 23.29 | 12.79 |
| GROUP 4 | 27.77 | 12.79 |
| GROUP 5 | 25.13 | 12.79 |
| GROUP 6 | 22.90 | 12.79 |
| POWER EQUIPMENT OPERATORS - STEEL ERECTORS: | | |
| GROUP 1 | 33.67 | 12.79 |
| Truck crane oiler | 26.35 | 12.79 |
| Oiler | 24.12 | 12.79 |
| GROUP 2 | 31.90 | 12.79 |
| Truck crane oiler | 26.13 | 12.79 |
| Oiler | 23.85 | 12.79 |
| GROUP 3 | 30.42 | 12.79 |
| Truck crane oiler | 25.86 | 12.79 |
| Hydraulic | 25.47 | 12.79 |
| Oiler | 23.63 | 12.79 |
| GROUP 4 | 28.40 | 12.79 |
| GROUP 5 | 27.10 | 12.79 |