provisions of their grading ordinance and then submitted for approval by Contracting Officer. Fill material shall meet the appropriate ASTM standards. Material submittals shall be approved by the Contractor's soils engineer prior to delivery on site and/or placement.

e. Adjacent to the utility pad between the existing and new wings of building 245 is a retaining wall which shall be reconstructed to accommodate expansion of the utility pad and placement of fill.

1.6.2 Utilities

The following utilities are situated inside the limits of work line. They will be relocated.

a. Domestic water service - under and adjacent to the proposed building shall be relocated and as shown on the drawings.

b. Landscape and irrigation service and distribution lines are within the subject area of work and shall be relocated and as shown on the drawings.

Storm water roof downspout leaders shall be relocated.

A storm drainage pipe under the proposed building link to existing building 245 shall be relocated.

The fire call box at the corner of the site shall be relocated due to the proximity to the new building. New location shall be subjected to prior approval of Contracting Officer/NPS Fire Department.

All buried metallic piping and utilities shall be properly protected against corrosion with cathodic protection systems.

Digging Permits: Submit Digging permits to the Contracting Officer for review and approval. Permits shall be submitted to the Contracting Officer 15 calendar days prior to start of excavation.

Utility Verifications: The Contractor shall scan the construction site with electromagnetic or sonic equipment, and mark the surface of the ground where existing underground utilities are discovered. Verify the elevations of existing piping, utilities, and any type of underground obstruction not indicated or specified to be removed but indicated or discovered during scanning in locations to be traversed by piping, ducts, and other work to be installed. Verify elevations before installing new work closer than nearest manhole or other structure at which an adjustment in grade can be made

1.6.3 Storm Sewer Systems and Surface Drainage

The shed area adjacent to building 245 drains into an onsite storm drain system which is connected to a City of Monterey storm drain on Sloat Avenue.

The storm flow from the site is based upon "Monterey Rainfall Intensity

Curves - Del Monte Station Curves 1940 - 1974" using a coefficient of .85 based upon the percentage of hard surfaces. Area of the shed is 3.1 acres (approximately) and a rainfall rate of 1" per hour = 2.635 CFS for the entire area. Discharge for the site is approximately 0.26 CFS during the 100 year event.

All storm and sanitary sewer systems shall be installed at a minimum slope of .5% with a minimum velocity of 2 feet per second.

The drainage and grading plan C3 shows adjacent drainage and overland release.

The revised street / driveway pattern shall be designed in such a way that no outside sag will be greater than 6" and all overland release shall be directed to the public street. Standard hooded inlets will be used adjacent to curb and gutter, while 24"x24" flat grate inlets shall be used in paved parking lot areas.

All storm drain pipe shall be 12" RCP or greater with a minimum slope of 0.005.

Due to the high frequency of pedestrian traffic, the use of concrete cross gutters shall be avoided.

Minimum slopes for surface improvements are as follows.

a. Grass or turf areas 1%

b. A.C. pavement 1.5%

c. PCC pavement 0.5%

d. Unpaved areas within 10 feet of buildings 5%

1.6.4 Water System

The connection of the subject project will share the same distribution system as the existing building.

All potable water and fire service distribution and service facilities shall be ductile iron pipe with cement mortar lining, and exterior coated with epoxy coal tar. All trenches shall be backfilled and compacted to at least 95 percent relative compaction as stated in the Geotechnical Report.

The project site is served by a 12" water main which is part of a Station wide distribution system which begins at two eight inch meters at Sloat and Del Monte Avenues. The delivered pressure at the meter is consistently between 110 and 125 PSI. After regulation and distribution, the pressure adjacent to the site is approximately 85 PSI.

The water demand for the project must be broken into domestic water demand and fire flow. The domestic water demand calculation is based upon an average daily flow per plumbing fixture and is compared with coefficients for water usage for similar uses in the greater bay area. The estimated

average daily demand for the toilet rooms is 50GPM. The anticipated total fire flow demand is estimated at 700 GPM. Based on available 85 psi static pressure at the 12" water main, the supply was determined to be adequate.

1.6.5 Sanitary Sewer System

The existing sanitary sewer system into which this project will discharge, is a six inch lateral which also serves the other two wings of building 245. The slope of the lateral varies from .55% to 21/2% and has an estimated capacity of 690 gallons per minute, which is more than adequate to accept the additional discharge. It is connected to a City of Monterey sanitary sewer main within the intersection of Sloat and 8th Street.

The new sanitary sewer system shall consist of two 4 inch sanitary sewer laterals, one from each restroom complex, connecting to a 6" sanitary sewer lateral at the southwest corner of the new building which connects to the existing 6" sanitary sewer adjacent to the northwest corner of existing building 245 at a minimum slope of 1%, for a velocity of 2.95 fps and a flow rate of .58 CFS. All sanitary sewer lines shall be rubber or vinyl gasketed VCP.

When pipe cover is less than 30", a slurry or weak concrete material shall be used for trench backfill.

It is not anticipated that the sewer discharge from the project will have to be pumped or injected.

1.6.6 Sewage Treatment System

The onsite sanitary sewer system discharges into a public sanitary sewer system owned and operated by the City of Monterey

1.6.7 Dust and Erosion Control

Dust and erosion control shall be in accordance with standards established by the Regional Air Quality Control Board and the Water Quality Control Board. A SWPPP and Erosion Control Plan will be filed with the board and/or the City of Monterey. A dust control plan shall be submitted to the Government for review and approval. In addition to the Regional Air Quality Control Board requirements, there shall be no infiltration or intrusion of dust and debris into Building 245 due to the construction of this facility.

1.6.8 Fencing

The Contractor is required to erect a temporary construction fence around the project site. The Contractor shall maintain through traffic flows for Fire Department vehicles. Provide lockable gates to maintain fire department vehicular access. Provide two sets of keys of the locks to the Contracting Officer.

1.6.9 Paving

The internal streets/driveways adjacent to building 245 are typically for

local circulation, truck access and parking.

Based upon these uses the predominant vehicular traffic will be passenger cars and light utility vehicles with the occasional multi-axel truck or bus. Wheel loading will be light to moderate and speed seldom reach 15 miles per hour, due to the issues of short sight distance, vehicles backing out of parking spaces, and the fact that the isles/streets are for local access. A traffic index of 5 shall be used. The new pavement shall match the adjacent pavement sections.

The adjacent pavement section is 3-1/2 inches of asphalt concrete on 6 inches of Class II aggregate base, placed upon a subgrade that has been sacrificed to a depth of 8" and recompacted to 95% relative density at 2% over optimum moisture content.

1.7 LANDSCAPE ARCHITECTURE

1.7.1 Irrigation Design

All planting areas shall be watered with a fully automatic irrigation system utilizing pressure regulating pop-up heads with matched precipitation rate low flow overhead spray nozzles. The spray system shall be designed to provide head to head coverage with minimal runoff and over spray onto non-irrigated areas. The pop-up heads shall include integral flow shut off/flow limitation devices to prevent run off in the event of broken or damaged nozzles, minimizing water waste. All trees shall be irrigated with separate bubbler valves circuits, to provide deep root watering.

A fully automatic controller with a rain shut off device shall be used to provide precise control of watering times,. conversing water. The irrigation system design and components shall comply with design standards as stated on the drawings and specifications.

The existing irrigation system damaged by construction operations shall be repaired and restored to operational condition. The new irrigation system design and spray head layout shall tie into the existing system design and spray head layout to provide optimum head to head coverage between the two systems.

1.7.2 Planting Design

The landscape design shall consist of primarily low maintenance, drought tolerant, and aesthetically pleasing plant materials. The landscape plant palette selected shall create a unified appearance at the planting areas around the project and relate to the surrounding existing landscape plantings. The new landscape design shall be more colorful with more layers and textures than the existing design, but not to the extent it creates high maintenance requirements (e.g., densely planted or layered areas that require constant pruning and/or trimming to maintain appearance and/or constant shrub sizes). The plant palette shall also incorporate the following element :

a. Plant materials shall be primarily low maintenance evergreen

species, to minimize maintenance clean-up requirements (e.g., fall leaf cleanup, seed pod or fruit drop, bark shedding). Deciduous trees shall only be utilized in specific areas as noted below all other areas shall utilize evergreen trees.

b. Deciduous trees shall be utilized in specific areas only, as follows:

Deciduous shade trees shall be located adjacent to the south side of the building, to minimize solar gain in the summer months and permit solar gain during the winter months.

Small scale deciduous flowering trees may be utilized in focal areas, where not adjacent to pedestrian walkways, to provide colorful accents in the landscape design.

Evergreen shade trees shall be used around the parking areas.

Colorful flowering trees, shrubs, and ground covers shall be utilized along the paved entry area (with special accent paving) to the new glass link between the new and existing buildings, to create a focal point and sense of entry.

c. The pedestrian walkways around the parking lot adjacent to the building shall be planted with evergreen shade trees with an understory of colorful flowering shrubs, and ground covers.

d. The landscape area adjacent to Sloat Avenue shall have the same planting theme described above.

e. Plant materials selected shall be low water use species to conserve water. There will be no high water use lawn or annual color planting areas

1.7.3 Other Site Features

Pedestrian walkways around the parking lot and building will receive standard concrete paving.

Special Accent Paving: The paving in the area entry area to the glass link between the new and existing building shall receive special accent paving to differentiate it from the typical concrete paving/sidewalks used around the parking lot/building, and to create a sense of entry. The special paving includes the following options:

a. Colored concrete paving with special score joint patterns and finishes, such as: smooth tooled bands with rock salt finish fields within bands.

b. `Stamped' colored concrete with special patterns such as: brick slate stone, granite, round rock patterns.

c. Concrete Unit Pavers with various color and pattern options.

d. Natural flagstone or slate pavers set on concrete sub-base.

Natural stones come in a variety of colors and sizes.

e. Manufactured tile or pavers on concrete sub-base. Manufactured materials come in large variety of colors and sizes.

Final color and finish selections shall take into consideration the building material colors, so the Special Accent Paving theme appears in harmony with the building design and colors.

Lighting: Walkways in and around the building shall have night lighting for ease of access. Lighting shall provide 54 lux (5 foot candles) minimum, and comply with design standards as stated on the drawings and specifications, and NEC requirements. Select trees may have low voltage up lights (such as the trees in the Special Accent Paving area at the buildings entry)

## 1.8 ARCHITECTURE

### 1.8.1 General Description

For a general description of the building architecture, refer to Article 1.5.

### 1.8.2 Exterior Enclosure

Provide exterior enclosure, consisting of wall systems, glazing systems, doors, louvers, and roofing systems. The architectural character of the building must match the existing Building 245.

Concrete frame with concrete infill panels. Refer to Structural section.

#### 1.8.2.1 Metal Panel/Glazing system

System shall be an integrated system to match the system in the existing Building 245. Mullion system is aluminum storefront system with factory finish. Metal wall panels are steel with factory finish. Glass shall be high performance to meet shading coefficient prescribed by Title 24. Glass shall be shatter resistance laminated glass.

#### 1.8.2.2 Exterior Louvers and Grilles

Units shall be "stormproof".

#### 1.8.2.3 Curtainwall system

Doors in curtainwall system shall be frameless glass. Provide panic devices where required by Code.

#### 1.8.2.4 Exterior Doors

Exterior doors shall be hollow metal frames with transoms and vision panels. "Knock-down" frames are not permitted on the exterior of the building

1.8.2.5 Exterior Door Locksets

Exterior door locksets, other than main entry doors and mechanical space, shall be Grade 2, series 1000, mortise type. Use levers rather than knobs.

1.8.2.6 Roofing

Roofing shall be built-up, Class A. Minimum roof slope of 1/2 inch per foot. Roof drains shall be at the perimeter of the roof. No interior drains. Rainwater leaders shall match existing.

1.8.3 Minimum Building Envelope Insulation Values

Roof R-30 minimum

Walls R-11 minimum

1.8.4 Interior Construction

Provide interior construction consisting of non-bearing partition systems, door and ceiling systems.

1.8.4.1 Interior Partitions/Furring

Metal stud or furring channels with 5/8 inch drywall. Provide STC Ratings as noted on the Architectural Floor Plans:

Corridor Partitions: STC 40

Partitions between Individual Offices: STC 28

Partitions at Mechanical/Electrical Rooms: STC 40

1.8.4.2 Interior Doors

Interior doors shall be solid wood or particle board core with wood edge bands and premium hardwood faces. Conform to NWWDA I.S.1-A. For classrooms, conference/study spaces, provide doors with glazed opening.

1.8.4.3 Interior Hardware

Interior hardware selection and schedule shall be prepared by a Certified Architectural Hardware Consultant. Latchsets and locksets shall be Grade 2, Series 4000, and bored type with levers (no knobs). Replacement interchangeable cores shall be compatible with the NPSM keying system.

All interior spaces shall have a card key entry system.

1.8.4.4 Wall and Ceiling Systems

Drywall on suspended metal furring channels

Suspended grid/acoustical tile systems 2X2 Lay-in acoustical tile in metal

grid Acoustical panels shall conform to ASTM E1264.

Open metal grille: Match from existing Building 245

1.8.5 Interior Finishes

1.8.5.1 Painting

Painting shall be a two-coat eggshell latex, except at restrooms and mechanical rooms where semi-gloss shall be used.

1.8.5.2 Carpet

Carpet shall consist of carpet tiles with attached cushions. The surface texture of the carpet tile shall be loop pile, multi-color, small pattern. Pile weight shall be between 28 to 32 oz per square yard. Pile yarn shall be 100% nylon, type 66.

1.8.5.3 Ceramic Tile

Ceramic tiles shall be 152mm x 152mm square tiles with a grout width not to exceed 6mm. Grout shall be latex in a color value as dark or darker than the tile.

1.8.6 Casework

WIC standard, Custom grade, Plastic laminate counter tops and cabinet facings.

1.9 STRUCTURAL

1.9.1 Design Basis

Use Design Basis as stated in General Structural Notes of Structural Sheet S-1.

1.9.2 Materials and quality Control

Use Materials and Quality Control as stated in General Structural Notes of Sheet S-1.

1.9.3 Non-Seismic Design Requirements

a. Structural Steel: Load and Resistance Factor Design Specification for Structural Steel Buildings (LRFD) published by AISC - December 1, 1993 edition.

b. Steel Deck: "Specifications for Composite Steel Floor Deck", "Specification for Non-Composite Steel Form Deck", "Specification for Cellular Deck Floor Systems", and "Specification for Steel Roof Deck" as contained in publication No. 29, dated 1995, published by the Steel Deck Institute.

c. Concrete: Building Code Requirements for Structural Concrete" (ACI

318-95), published by the American Concrete Institute.

1.9.4 Seismic Design:

US Army Corps of Engineers publication TI-809-04, "Seismic Design of Buildings", dated December 1998, based on the NEHRP Recommended Provisions for Seismic Regulations for New Buildings and other Structures" (FEMA 302) - 1997 Edition.

Foundation Designs per section 7.5 of FEMA 302

Concrete Designs per section 9.7 of FEMA 302 for seismic Design Categories D, E, F

a. Performance Level: Life Safety (1)

b. Associated Ground Motion: Type A

c. Performance Objective: 1A

1.9.5 Geotechnical Report

When a specific portion of the Geotechnical Report prepared by Treadwell and Rollo dated November 20, 2000 for the Government is cited in this RFP as requirement, the Contractor is required to implement/incorporate it into design and construction of this facility.

The Contractor is required to hire an independent Geotechnical Engineering Firm (other than Treadwell and Rollo) as part of his design team.

Unless specifically cited as a design requirement, the Government's Treadwell and Rollo prepared Geotechnical Report is furnished to the Contractor for information only. The Contractor is solely responsible for the design and construction of this building extension.

1.9.6 Systems Description

1.9.6.1 Gravity Framing

a. Floor and roof framing systems shall be composed of concrete fill over metal deck and steel framing. Four interior columns shall be placed as noted on the preliminary design drawings.

a. Except as noted in Paragraph 1.1.2 above, the foundation system shall consist of drilled, cast-in-place concrete piers, pier caps, and interconnected grade beams, as stated in the aforementioned geotechnical report. All drilled piers shall be interconnected by grade beams. Concrete piers shall be temporarily cased with steel to prevent Bluffing of the soil into the drilled hole. The casing shall be removed as the concrete is placed. Casing left in the hole after the concrete is placed will be result in the rejection of that pier. Drilled piers shall be embedded into the bedrock strata as required to meet the vertical and lateral load requirements required by the governing code. The site consists of a 33 to 35 ft. sand layer overlying bedrock. An existing layer of non-compacted,

loose sand occurs approximately 8 ft. below the level of the site.

b. An alternate foundation system may consist of spread footings. This will require the mitigation of the very loose sand. This could be accomplished by removing approximately the top eight feet of soil throughout the building pads and replacing it with compacted engineered fill. This approach would allow for the use of shallow foundations. However, due to large overturning forces, the size of the footings may be excessively large. If this alternate foundation system is designed, it shall meet with the recommendations of the aforementioned geotechnical report. Total settlement shall not exceed one half inch. A supplementary geotechnical report shall be obtained by the design team, including full geotechnical recommendations for the alternate foundation system, anticipating settlements, and soil bearing values, as well as recommendations for installation.

1.9.6.2 Vibration

The following upper bounds shall be used in the design of the roof and floor systems:

Roofs: Upper half of slightly perceptible range on Meiher-Reister Nomograph.

Floors: Lower half of slightly perceptible range on Meiher-Reister Nomograph.

1.9.6.3 Lateral Force Resisting System

a. The lateral force resisting system shall be composed of rigid concrete roof and floor diaphragms consisting of concrete fill on metal deck, and exterior concrete shear walls. Ductility requirements of the governing code for the exterior concrete frames consisting of beams and columns are only required where calculated lateral deflections require the ductile detailing. Drilled piers or other foundation design shall resist seismic forces by shear and bending. Total pier deflection shall not exceed 1/2" at the top of the pier. Bending moments on the piers shall be calculated per the diagram provided in the aforementioned geotechnical report. The "link" element connecting the new building to the existing building shall be designed to resist lateral forces through a horizontal cantilever action.

b. The new building shall be seismically isolated from the existing building to eliminate the effect of seismic forces transmitting across the link. This shall be accomplished with seismic separations on the ends of the link.

1.9.6.4 Design-Build Team Requirements

A. During Design

The Design-Build Team shall provide a complete structural design of the building shell and link, including foundation. Additionally, design shall include structural attachments, supports, and anchorages of all architectural, mechanical, electrical, plumbing and other systems and

cladding. Finally, the Design-Build Team shall include structural design for all components outside of the building footprint. Complete structural design shall included the following:

i. Structural Drawings
ii. Structural Calculations
iii. Structural Specifications
iv. Quality Assurance Plan
v. Statements of Responsibility
vi. Test and Inspections Information Sheet

B. During Construction

Maintain operation of building 245 during the construction of structural systems, except as locally required during construction of the link, access holes, stair infill, and other related items. Reference architectural and site comments for additional requirements.

Provide Structural Observation, review of subcontractor submittals, Coordination of Special Inspection, in accordance with the Quality Assurance section following.

1.9.7 QUALITY ASSURANCE

a. The Structural Engineer of Record shall submit a quality assurance plan to the Contracting Officer, per FEMA 302, Chapter 3.

b. The construction of the structural aspects of the project shall have structural observation by the Structural Engineer of Record in accordance with FEMA 302, Chapter 3.

c. The following work requires tests and / or inspections. For specific requirements see the FEMA 302. Inspections shall be made in accordance with FEMA 302, Chapter 3, by a Certified Special Inspector, retained as part of the Quality Control staff. Progress reports and a final report by the special inspector shall be issued to the Contracting Officer, the Registered Design Professionals in Responsible Charge, the persons preparing the Quality Assurance Plan, and the Contractor. It shall contain the items required by FEMA 302. The Contractor shall be responsible to correct all deficiencies as required.

1. Soil Excavation and Compaction
2. Drilled Pier drilling
3. Casing placement and removal
4. Reinforcement and bolt placement, and bolt embedment
5. Concrete, including Placement, compression tests, mix designs
6. Welding of Reinforcing, Structural Steel, Metal Deck, Welded Studs
7. High Strength Bolts Expansion Anchors, Anchor Bolts
8. Architectural Components for Anchorage Mechanical and Electrical Components

1.9.7.1 SUBMITTALS

The Contractor shall provide submittals for the following:

Concrete mix designs Reinforcing shop drawings Structural steel shop drawings Metal deck shop drawings Construction Joint Layout and Control Joint Layout Manufacturer's Data for inserts, grouts and epoxies Welding electrode data and welding procedure specifications.

1.10 PLUMBING SYSTEMS

1.10.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide complete, functional, operational and maintainable plumbing systems.

1.10.2 SYSTEM REQUIREMENTS

1. Plumbing systems shall consist of all fixtures, potable cold water, hot water, and hot water recirculation piping and equipment, piping insulation, water heating equipment, sanitary waste, and vent piping systems.

2. Toilet room plumbing including piping and fixtures.

3. Drinking fountain plumbing including piping and drinking fountains.

4. Roof drain and overflow systems and piping.

5. Make-up water and backflow preventers for domestic water system and for HVAC equipment.

6. Existing Conditions: Relocate existing underground plumbing utilities to clear new building footings, foundations, etc.

1.10.3 DESIGN CRITERIA

1. Design velocity in water supply piping shall be no more than 6 feet per second maximum.

2. Provide main shut-off on building water supply. Provide isolation valves in hot and cold supply water piping to each toilet room.

3. Provide individual supply line stops at each fixture.

4. All piping shall be in furred chases.

5. Connect to existing cold water either at the existing Building 245 backflow preventer and run pipe underground, or connect to existing cold water piping within Building 245 and run pipe within existing and new construction.

a. Provide water service meter. Meter shall have a non-resettable remote read-out located outside of the building.

6. Provide minimum water pressure of 25 PSI at all water closets.

7. Connect new domestic hot water to existing within Building 245 and run

piping through Building 245 to the new extension.

a. Provide piping and pumps to recirculate hot water back to the water heater to maintain hot water temperature in supply piping to fixtures.

1.10.4 CODES AND STANDARDS

Plumbing systems shall be designed and constructed in accordance with the International Plumbing Code (IPC), International Mechanical Code, (IMC), and ASHRAE.

1.11 HVAC SYSTEMS

1.11.1 SYSTEM DESCRIPTION and REQUIREMENTS

This is a Design Build project. Provide a complete, functional, operational and maintainable HVAC system.

Air Conditioned Spaces in Classrooms, Conference/Study Spaces, Lounge, Corridors, Connecting Link shall be a single duct variable air volume system with terminal reheat.

Tele-communications room: Split system ductless air conditioning unit.

Basement: If the Contractor elected to build a basement and two story aboveground structure, provide heating and ventilation. For Summer, a minimum of 10 air changes consisting of 100% outside air will be required. For Winter, provide adequate ventilation for 70 people, and maintaining a minimum of 10 air changes circulation.

Offices shall be hydronic heated with fin-tube radiation. Each office shall have individual thermostat to control the electric flow control temperature regulating valve of the hydronic heating unit.

Mechanical and Electrical Room: Power Ventilation

Toilet Spaces: Power Ventilation

Except as noted in Paragraph 1.1.2 above, Preliminary Design Drawings Sheets M-1 through M-5 issued with this RFP are intended to show design intent only. The Design Build Contractor's Team shall perform independent design to meet the requirements of this RFP. The Contractor's design shall fully demonstrate and meet the functional, operational, and maintenance adequacy of this RFP. The Contractor shall be fully responsible for the design.

The HVAC design shall be designed under the direct supervision of a registered Professional Mechanical Engineer.

Field Investigations: The Design Build Contractor's Team shall perform and be responsible for all necessary field works to verify existing site conditions, available utility sources, routing, and point of connections. Design Guidance Drawing Sheet C-1 shows the record utilities. The Contractor shall perform necessary field utility verifications including

underground verifications to avoid interruption of Station operations, and damaging existing utilities.

Maintaining Building 254 Operations: The design and construction activities perform by the Contractor shall not interrupt nor interfere with the operation of Building 245. Work performed by the Government's consultant indicated adequate spare heating hot water source, domestic hot water source, and 480 volts/277 volts electrical power may be available to support the new HVAC systems. It is Contractor's responsibility to verify and determine the adequacy of these utility sources.

1.11.2 System Requirements

1.11.2.1 Provide Air Conditioning and/or Heating

Provide air conditioning and/or heating and ventilation for all occupied spaces as shown on the Drawings, or as indicated above. Arrange HVAC system such that each room is an independent temperature zone.

1. Interior zones: Variable volume with terminal reheat, air-cooled chiller, and heating hot water from Building 245.

2. Perimeter zones: Baseboard heating hot water convectors with operable windows.

3. Tele-communications room: Split system ductless air conditioning unit.

1.11.2.2 Comfort Cooling and Heating

Mechanical systems shall be same or similar to what is shown on the Drawings.

1.11.2.3 Title 24 Design Criteria

The building shall be within the California Title 24 Design Criteria for standard allowable cooling and heating.

1.11.2.4 New Heating Hot Water

Connect new heating hot water to existing within Building 245 and run piping through Building 245 to the new extension. The Contractor is required to increase the capacity of the existing heating hot water system in Building 245 by replacing heat exchanger, pumps, valves, accessories, controls, electrical, etc. as needed.

1.11.2.5 Chiller

Locate chiller in the equipment yard.

1.11.2.6 Existing Chiller

Relocate existing chiller serving Building 245.

1.11.2.7 Chilled Water Chemical Treatment System

Provide chilled water chemical treatment system.

1.11.2.8 Direct Digital Control (DDC) Systems

Controls: Design direct digital control (DDC) systems to perform all necessary control functions.

1. Operation of each HVAC unit will be by programmable controllers set to the Government's requirements based on the occupant's schedule and environmental requirements.

2. Specify that all indoor controls are to be mounted at handicapped height requirements with tamper-proof cover.

3. The equipment is to be connected to the base-wide energy monitoring and control system (EMCS). Provide all research and investigation necessary to determine requirements, point of connection, etc.

1.11.3 DESIGN CRITERIA

1.11.3.1 External Loads

Weather Data: Outdoor design conditions shall be based on ASHRAE Publication SPDCX "Climatic Data for Region X" for the following site specific design conditions:

Winter 37 deg.FDB (0.2%)
Summer 78 deg.FDB (0.5%), 62 deg.FWB
Heating Degree Days 3169
Daily Range 20
Latitude 36.6 degrees North
Elevation Sea level

1.11.3.2 Internal loads.

Offices: One person per office.
Classrooms: 25 persons per classroom
Conference/Study Space: 6 persons per room
Visitors: 4 persons per floor
Connecting link: 5 persons
Simultaneous occupancy for outside air calculation purposes: 124 persons in the air conditioned area
Lights: 1.5 watts per square foot.
Equipment: Simultaneous computer heat load - 3 watts per square foot.

Basement: 75 persons and 1.5 watts per square foot of lights.

1.11.4 Indoor Temperature Requirements:

The system shall be capable of maintaining indoor design temperatures at outdoor design conditions. The systems shall distribute air to all normally occupied spaces, so that the average temperature within any

occupied space shall not vary more that plus or minus 2 degrees Fahrenheit from that at the location of the controlling thermostat. AABC MN-1 or NEBBPSTABES standard procedures shall be conducted to demonstrate compliance.

Inside Winter Design Temperature: 72 deg.F +/- 2 deg.F

Inside Summer Design Temperature: 74 deg.F +/- 2 deg.F (50% RH)
(where air conditioned; no humidity control)

Basement: Inside Winter Design Temperature: 72 deg.F +/- 2 deg.F
Inside Summer Ventilation: 10 air change/Hour minimum with 100% outside air

1.11.5 Room Noise Criteria: NC 35

1.11.6 Energy Efficient Design:

Minimize unit energy consumption through the application of energy-efficient designs, construction, and equipment selections. Building systems operation shall not require special attention by unit occupants. Materials and equipment shall be readily available, and manufactured by firms of established performance in their field. This project shall be designed in accordance with the following standards:

Calculate energy usage of building using hourly computerized calculations utilizing DOE, TRACE or other similar computer program. Energy usages/budget shall not exceed the 1190-A Design Energy Target (DET) of 32,000 BTUH/SF/yr. The DET is applicable to the above ground floor spaces including the connecting link. Provide certificate of compliance including energy usage calculations to demonstrate the compliance with the Energy Budget requirements.

Provide premium efficiency type motors for fans and pumps.

Provide energy efficient equipment. Prepare energy calculations for the government.

Provide certificates of compliance showing that equipment selected meets minimum values prescribed by the California Energy Standards.

1.11.7 Ventilation Requirements:

Toilets and janitor rooms shall be exhausted at a minimum rate of 12 to 15 air changes per hour.

Electrical, storage and maintenance rooms shall have power ventilation at a minimum rate of 10 air changes per hour, controlled by thermostats.

Outside air: The ventilation rate shall be less than 15 CFM per person at all times.

Classrooms, Conference/Study Rooms and Link: Variable volume.

Corridors: Constant volume.

1.11.8 Service Accessibility Requirements:

Service accessibility to all equipment shall be provided as part of design for maintainability and serviceability in accordance with Code, OSHA regulations and manufacturer's recommendations. Air conditioning equipment spaces shall provide adequate maintenance access space both to and around unit, as well as manufacturer's recommended airflow space around unit.

Design ventilation and air conditioning systems shall be designed in accordance with NFPA 90A.

Design air distribution supply and return ductwork shall be designed in accordance with codes and standards. Installation shall conform to NFPA 90A Codes and SMACNA DCS.

Supply air systems upstream of VAV terminals: 0.10 inches per 100 feet maximum friction loss, but not to exceed 1,500 feet per minute.

Supply air systems downstream of VAV terminals: 0.06 inches per 100 feet maximum friction loss, but not to exceed 900 feet per minute.

Return air systems: 0.06 inches per 100 feet maximum friction loss, but not to exceed 1250 feet per minute.

Exhaust air systems: 0.10 inches per 100 feet maximum friction loss, but not to exceed 1250 feet per minute.

Supply duct construction upstream of variable volume terminals: 4 in. w.g. with all joints and seams sealed.

Supply duct construction downstream of variable volume terminals: 2 in. w.g. with all joints and seams sealed.

Return and exhaust duct construction: 2 in. w.g. with all joints and seams sealed.

1.11.9 Codes and Standards

International Mechanical Code latest edition

ASHRAE 90.1 Energy Efficient Design of New Buildings, Except Low-rise Residential Buildings.

SMACNA Duct Construction Standards, latest edition.

SMACNA Seismic Restraint Guidelines to Mechanical Systems, latest edition.

Noise and Vibration Control, TM 5-80-4, 1998.

American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE).

Standard 62-1999 Ventilation for Acceptable Indoor Quality.

California State Energy Conservation Standards, Title 24, 1997.

1.12 FIRE PROTECTION SYSTEMS

1.12.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide a complete, functional and operational fire protection system.

1.12.2 SYSTEM REQUIREMENTS

The entire building shall be provided with a fully automatic fire sprinkler system that is hydraulically designed in accordance with NFPA 13 and MIL-HDBK-1008C requirements.

On-site fire main shall be per NFPA 24.

Sprinkler density shall be Light Hazard Occupancy for public spaces and private offices, and Ordinary Hazard, Group 1 Occupancy for mechanical and electrical rooms.

All valves shall be supervised with electric tamper switches.

Sprinkler heads in tile ceilings shall align with one or both centerlines.

Coordinate all fire alarm signals from this work with Electrical Work.

1.12.3 DESIGN CRITERIA

NFPA 13 Light Hazard Occupancy and Ordinary Group 1 Occupancy, as modified by MIL-HDBK-1008C requirements.

1.12.4 Codes and Standards

1. NFPA 13

2. Underwriters Laboratories.

3. Factory Mutual.

4. MIL-HDBK-1008C

5. Sprinkler Contractor shall be in the business of installing fire sprinkler work for the past five years.

6. Welding procedures and welder certifications shall be submitted for review and approval.

1.13 ELECTRICAL SYSTEMS

1.13.1 SYSTEM DESCRIPTION

This is a Design-Build project. Provide a complete, functional and operational electrical systems.

1.13.2 SYSTEM REQUIREMENTS

Provide power, lighting, fire alarm, telephone and data communications systems as shown on the drawings and as specified herein.

1. Feeder is from existing Building 245 switchgear at ground floor level.

2. Power to convenience receptacles, appliances, equipment shown on architectural drawings, equipment shown on mechanical drawings, and government furnished equipment.

3. Removal and relocation of power to existing mechanical equipment.

4. Lighting fixtures, switches, controls, and wiring.

5. Fire alarm system.

6. Telephone and data communications systems.

7. Grounding

8. Empty conduits for video conferencing system.

1.13.3 DESIGN CRITERIA

1.13.3.1 Electrical Systems and Standards

The electrical systems shall conform to NFPA, the National Electrical Code (NEC), ANSI C2, the National Electrical Safety Code (NESC), Uniform Building Code (UBC), Uniform Fire Code (UFC) Americans with Disabilities Act (ADA), Illuminating Engineering Society (IES), FEMA-302 for seismic bracing and support of all electrical and lighting equipment, California Energy Commission (CEC), NAVFAC Engineering Field Activity West (EFA-West), EFA-West safety and fire protection engineering section.

Standards: Materials, equipment and other appurtenances shall comply with Underwriters Laboratories, Inc., (UL), American National Standards Institute, Inc. (ANSI), American Society for Testing and Materials (ASTM), EIA/TIA 570, "Residential and Light Commercial Telecommunications Wiring Standard" EIA/TIA-606; Administration Standard for the Telecommunications Infrastructure of Commercial Buildings, EIA/TIA 607 "Commercial Building Ground and Bonding Requirements for Telecommunications" and the National Electrical manufacturer's Association (NEMA) standards and applicable standards of similar independent testing organization.

1.13.4 Electrical service and distribution system sizing.

1. Size the system (other than the basement) according to the following watts per square foot densities:

| Load | Watts per Square Foot |
|---|---|
| Lighting | 3 |
| Convenience receptacles | 2 |
| Telephone and data system | 1 |
| Appliances (photocopy machines, printers, etc.) | 1 |
| Exterior lighting | 1/2 |
| Mechanical equipment | Actual load |

Basement:

Provide a power panel wall mounted in the basement. The power panel shall have a minimum of three circuits for lighting, four circuits for convenience receptacles, and four circuits for appliance and four spares circuits.

Provide a wall mounted telephone and data communication panel. The panel shall have adequate capacity for 30 telephones and 60 data communication circuits. Terminate the wiring at the panel.

Lighting: 1.5 watts/square foot
Convenience receptacles: 1.5 watts/square foot
Appliances: 3 watts per square foot (terminate at the circuit breakers)

2. For convenience receptacles load: Calculate the load according to the outlets that are shown on the drawings. Use 180 volt-amperes for standard duplex receptacle and 400 volt-amperes for duplex receptacle that is intended for computers. The receptacles intended for computers are shown next to telephone and data outlets.

3. Calculate the connected loads, apply Code recognized demand factor, add the spare capacities, and size the service and distribution feeders and circuit breakers accordingly. The sizes shown on the drawings are minimum ratings. If required by the calculations provide larger service and distribution system feeder and circuit breaker sizes.

4. Illumination levels shall conform to Illumination Engineers Society (IES) of North America recommendations.

5. Provide minimum illumination levels (in footcandles, measured at 30 inches above the floor) as follows:

| Location | Footcandles |
|---|---|
| Offices | 60 |
| Classrooms | 75 |
| Utility rooms | 30 |
| Storage rooms | 20 |
| Corridors, lobbies, hallways | 20 |
| Parking | 1 |
| Walkway | 1 |
| Toilets | 20 |
| Conference and meeting rooms | 60 |
| Basement | 60 |

6. Submit lighting level calculations of all areas.

7. Emergency Power

Provide battery back-up emergency power that are integral to light fixtures and fire alarm panels for the following:

a. Exit Signs

b. Egress or Emergency Lighting

c. Fire Alarm System

1.13.5 Branch circuiting

1. Convenience receptacle circuit: maximum 6 duplex receptacles on a 20-ampere 120-volt circuit.

2. Where an outlet is intended to serve computer station use 400 watt load on that outlet.

3. Lighting: maximum 12 amperes lighting load on a 20-ampere, 120 or 277-volt circuit.

4. Wiring Devices:

a. Receptacles:

i. General convenience receptacles shall be specification grade, 20 ampere, duplex type, 125 volt, 2 pole, 3 wire grounding.

ii. Ground fault (GFI) receptacles shall be used in outdoor location, near sink, and in toilet rooms.

(c) Special purpose receptacles shall be as required to serve specific equipment.

b. Switches: Shall be heavy duty, toggle type, 15 amperes, 120/277 volts

5. Dry Type Transformer: Copper windings, energy efficient, 220 degree, C class insulation, 115 degree C rise temperature.

6. Panelboards: Bolt-on circuit breakers, copper busses, door-in-door panel covers, "intelligent" style with combination circuit breaker and relays for lighting subpanels.

7. Motor Controller: Combination circuit breakers and magnetic starters with HOA (HAND-OFF-AUTOMATIC) control stations.

1.13.6 Spare capacities

The electrical system, fire alarm and telephone and data communications are provided with 33% spare capacities.

1.13.7 Voltage drop

Branch and feeder wiring are provided with 3% maximum voltage drop to farthest outlet.

1.13.8 Fire alarm system

a. The fire alarm system shall consist of an addressable system, control panels, annunciator panels, smoke detectors, supervised manual pull stations, audible and visible signal devices, control equipment and terminal cabinets in compliance with NFPA 13 and MIL-HDBK-1008C.

b. Wiring shall be in conduits. All electrical components and conduits exposed to weather shall be in weatherproof enclosures and have weatherproof connections. Provide transmitter to signal alarm to the Station's Fire House.

c. Monitor the fire sprinkler flow and tamper switches, and mechanical duct smoke detectors.

d. Fire alarm drawings and system installation shall be prepared and installed by a qualified fire alarm contractor, and submitted to the Contracting Officer for review and approval.

Use analog addressable devices with wireless two-way radio communication between the building fire alarm control panel and Base Fire Department central station monitoring system.

1.13.9 Telecommunications System and Data Communication

1.13.9.a Raceway and Wiring System for Telecommunication

The raceway system for telecommunications (telephone, data and video wiring) consists of surface mounted raceways, cable trays, backboards, equipment racks, patch panels, conduits and boxes for telephone, data and video wiring. The cables, jacks and equipment for telecommunications shall conform to Category 6 compliant cable plant.

1.13.9.b Cable Plant

1. Fiber: The standard shall be shared sheath indoor/outdoor rated, 12 strand MM (multi-mode), 6 strand SM (single mode). Fiber to be run through outside conduit shall be placed in outdoor rated innerduct. Fiber to be ran from building entry point to DF (distribution frame) shall be placed in riser innerduct.
2. Fiber Termination: Fiber to be terminated in LIU's (light interface units) with SC Hot Melt MM and SM connectors. One LIU for each end of fiber.
3. Cable Infrastructure in Building: Each building shall have at minimum a BDF (building distribution frame) where the backbone fiber and copper cables come into and the electronics are housed.

4. Copper Cable for Voice and Data: UTP cable must be enhanced CAT5 or better and installed by certified technicians. Contractor shall supply an equivalent number of 3' patch and 20' line cables as drops.
5. Copper Termination: Copper to be terminated in a patch panel DF and wall plate with green colored jacks/connectors and matched CAT rating as cable installed on wall. Cable Manager to be positioned directly above and below each patch panel.
6. Electronics: 3COM 3300's with one fiber module per each stack of four 3300's.
7. UPS: 720 APC modules - SNMP card, Smart Slot Expansion Module and Temp. Humidity card. Running either SU700 or better depending on load potential.
8. DF: A lockable cabinet located in a temperature controlled or well-ventilated area. Size of cabinet would be dependent on network design.

1.13.9.c Cabling:

All wiring shall be in conduits.

Underground conduits: PVC schedule 40

Metal clad (MC) cables for receptacle and lighting branch circuits.

Interior conduits: Use rigid galvanized steel for all exposed conduit. Use EMT conduit in mechanical and equipment rooms. Use electro-metallic tubing (EMT) for conduits installation in ceiling spaces and furred walls.

Wires and Cables:

All conductors shall be copper.

Stranded for AWG Size 10 and above, and solid copper for 12 and smaller.

PART 2 PRODUCTS

NOT USED

PART 3 EXECUTION

NOT USED

-- End of Section --

SECTION 01200

PRICE AND PAYMENT PROCEDURES
***09/00***

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| COE EP-1110-1-8 | (1995) Construction Equipment Ownership and Operating Expense Schedule |

1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Schedule of prices; G

1.3 SCHEDULE OF PRICES

1.3.1 Data Required

Within the time specified provide as detailed a "Schedule of Prices" as can be assembled at this time.

In the "Schedule of Prices", include a line item for the design effort as a percentage of the construction cost. No later than 15 calendar days after design approval, provide an updated detailed "Schedule of Prices' reflecting the completed and accepted design.

This contract requires the use of a cost-loaded Network Analysis Schedule. The information required for the Schedule of Prices will be entered as an intregal part of the Network Analysis Schedule (NAS) and its Mathematical Analysis. Within 15 calendar days of notice of award, prepare and deliver to the Contracting Officer a schedule of prices (construction contract) on the forms furnished by the Government. Provide a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices therefor.

1.3.2 Schedule Instructions

Payments will not be made until the cost-loaded NAS has been submitted to and accepted by the Contracting Officer. Identify the cost for site work, and include incidental work to the 5 foot line. Identify costs for the building(s), and include work out to the 5 foot line. Work out to the 5 foot line shall include construction encompassed within a theoretical line 5 feet from the face of exterior walls and shall include attendant construction, such as cooling towers, placed beyond the 5 foot line.

1.3.3 Schedule Requirements for HVAC TAB

The field work Section 15950, "HVAC Testing/Adjusting/Balancing" shall be broken down in the cost-loaded NAS by separate line items which reflect measurable deliverables. Specific payment percentages for each line item shall be determined on a case by case basis for each contract. The line items shall be as follows:

a. Approval of Design Review Report: The TABS Agency is required to conduct a review of the project plans and specifications to identify any feature, or the lack thereof, that would preclude successful testing and balancing of the project HVAC systems. The resulting findings shall be submitted to the Government to allow correction of the design. The progress payment shall be issued after review and approval of the report.

b. Approval of the pre-field engineering report: The TABS Agency submits a report which outlines the scope of field work. The report shall contain details of what systems will be tested, procedures to be used, sample report forms for reporting test results and a quality control checklist of work items that must be completed before TABS field work commences.

c. Season I field work: Incremental payments are issued as the TABS field work progresses. The TABS Agency mobilizes to the project site and executes the field work as outlined in the pre-field engineering report. The HVAC water and air systems are balanced and operational data shall be collected for one seasonal condition (either summer or winter depending on project timing).

d. Approval of Season I report: On completion of the Season I field work, the data is compiled into a report and submitted to the Government. The report is reviewed, and approved, after ensuring compliance with the pre-field engineering report scope of work.

e. Completion of Season I field QA check: Contract QC and Government representatives meet the TABS Agency at the jobsite to retest portions of the systems reported in the Season I report. The purpose of these tests are to validate the accuracy and completeness of the previously submitted Season I report.

f. Approval of Season II report: The TABS Agency completes all Season II field work, which is normally comprised mainly of taking heat transfer temperature readings, in the season opposite of that under which Season I performance data was compiled. This data shall be compiled into a report and submitted to the Government. On completion of submittal review to ensure compliance with the pre-field engineering report scope, progress payment is issued. Progress payment is less than that issued for the Season I report since most of the water and air balancing work effort is completed under Season I.

1.4 CONTRACT MODIFICATIONS

In conjunction with the Contract Clause "DFARS 252.236-7000, Modification Proposals-Price Breakdown," and where actual ownership and operating costs of construction equipment cannot be determined from Contractor accounting records, equipment use rates shall be based upon the applicable provisions

of the COE EP-1110-1-8.

1.5 CONTRACTOR'S INVOICE AND CONTRACT PERFORMANCE STATEMENT

1.5.1 Content of Invoice

Requests for payment will be processed in accordance with the Contract Clause "FAR 52.232-27, Prompt Payment Construction Contracts."

a. The Contractor's invoice certified by QC, on the form furnished by the Government for this purpose, showing in summary form, the basis for arriving at the amount of the invoice. Submit original and five copies.

b. The Contract Performance Statement on the form furnished by the Government for this purpose, showing in detail, the estimated cost, percentage of completion, and value of completed performance. Submit original and two copies.

c. Final invoice shall be accompanied by Final Release Form. If the contractor is incorporated, the release shall contain the corporate seal. An officer of the corporation shall sign the release and the corporate secretary shall certify the release

d. Updated network mathematical analysis (three copies).

1.5.2 Mailing of Invoices

a. All invoices shall be forwarded with specific marking on the envelope. This marking shall be in the front lower left hand corner, in large letters, "INVOICES - ENCLOSED."

b. Invoices not completed in accordance with contract requirements will be returned to the Contractor for correction of the deficiencies.

c. Final invoices not accompanied by Final Release Form will be considered incomplete and will be returned to the Contractor.

1.6 PAYMENTS TO THE CONTRACTOR

Payments will be made on submission of itemized requests by the Contractor which comply with the requirements of this section, and will be subject to reduction for overpayments or increase for underpayments made on previous payments to the Contractor.

a. Basis for Contracting Officer's consideration to allow progress payment for material delivered on the site (but not installed) and for completed preparatory work, as authorized under FAR 52.232-5(b), shall be (1) major high cost items and (2) long lead special order items. Materials that will not be paid for prior to installation include, but are not limited to, bulk quantities such as nails, fasteners, conduits, gypsum board, etc. In the request for progress payment, such items shall be specifically identified in the Contractor's estimates of work submitted for the Contracting Officer's approval in accordance with paragraph entitled "Schedule of Prices" above. At the time of invoicing, the amount billed shall be supported by documents establishing its value.

### 1.6.1 Obligation of Government Payments

The obligation of the Government to make payments required under the provisions of this contract will, at the discretion of the Contracting Officer, be subject to reductions and/or suspensions permitted under the FAR and agency regulations including the following in accordance with "FAR 32.503-6:

a. Reasonable deductions due to defects in material or workmanship;

b. Claims which the Government may have against the Contractor under or in connection with this contract;

c. Unless otherwise adjusted, repayment to the Government upon demand for overpayments made to the Contractor; and

d. Failure to provide up to date record drawings not current as stated in Contract Clause "FAC 5252.236-9310, Record Drawings."

### 1.6.2 Payment for Materials Offsite

Payments may be made to the Contractor for materials stored off construction sites under the following conditions:

a. Conditions described in the paragraph entitled "Payments to the Contractor";

b. Material within a distance of 50 miles by streets and roads to the construction site;

c. Materials adequately insured and protected from theft and exposure;

d. Materials not susceptible to deterioration or physical damage in storage or in transit to the job site are acceptable for progress payments. Items such as steel, machinery, pipe and fittings, and electrical cable are acceptable; items such as gypsum wallboard, glass, insulation, and wall coverings are not;

e. Materials in transit to the job site or storage site are not acceptable for payment; and

f. Conditions specified in "FAR 52.232-5(b) Payments Under Fixed Price Construction Contracts."

## PART 2 PRODUCTS

Not used.

## PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01310

ADMINISTRATIVE REQUIREMENTS
**09/00**

PART 1 GENERAL

1.1 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

List of contact personnel; G

Insurance; G

Personnel list; G

Vehicle list; G

Statement of Acknowledgement Form SF 1413

1.2 MINIMUM INSURANCE REQUIREMENTS

Procure and maintain during the entire period of performance under this contract the following minimum insurance coverage:

a. Comprehensive general liability: $500,000 per occurrence

b. Automobile liability: $200,000 per person, $500,000 per occurrence for bodily injury, $20,000 per occurrence for property damage

c. Workmen's compensation as required by Federal and State workers' compensation and occupational disease laws.

d. Employer's liability coverage of $100,000, except in States where workers compensation may not be written by private carriers,

e. Others as required by the State of Calfornia.

1.3 CONTRACTOR PERSONNEL REQUIREMENTS

1.3.1 Subcontractors and Personnel

Furnish a list of contact personnel of the Contractor and subcontractors including addresses and telephone numbers for use in the event of an emergency. As changes occur and additional information becomes available, correct and change the information contained in previous lists.

1.3.2 Space Temperature Control, HVAC TAB, and Apparatus Inspection

All contract requirements of Section 15901, "Space Temperature Control System" and "Section 15950, HVAC Testing/Adjustment/Balancing" shall be accomplished directly by a first tier subcontractor. No work required by Section "15901 and 15950" shall be accomplished by a second tier

subcontractor.

Add new Paragraph 1.5 Availability of CADD Drawing Files. Please use Paragraph 1.17 of the NAVFAC Guide Specification Section 01310 in its entirety.

1.3.3 Identification Badges

Identification badges, if required, will be furnished without charge. Application for and use of badges will be as directed. Immediately report instances of lost or stolen badges to the Contracting Officer.

1.3.4 Personnel List

Submit for approval, at least 15 days prior to the desired date of entry, an original alphabetical list of personnel who require entry into Government property to perform work on the project. Furnish for each person:

a. Name

b. Date and place of birth

c. Citizenship

d. Home address

e. Social security number

f. Current pass expiration date

g. Naturalization or Alien Registration number

h. Passport number, place of issue, and expiration date

The request for personnel passes shall be accompanied with the following certification:

"I hereby certify that all personnel on this list are either born U.S. citizens, naturalized U.S. citizens with the naturalization number shown , or legal aliens with the alien registration number indicate."

Signature/Firm Name

1.4 PARTNERING

The Contracting Officer intends to encourage the foundation of a cohesive partnership among the Government, the Contractor and its Subcontractors, and the Architect/Engineer. This partnership shall be structured to draw on the strengths of each organization to identify and achieve common goals. The objectives are effective and efficient contract performance, intended to achieve completion within budget, on schedule, and in accordance with plans and specifications. The Contractor's key personnel shall attend a 2 day "partnering" course with key personnel of the Contracting Officer. Contractor key personnel are the Project Manager, Assistant Project Manager, Superintendent, QC representative, major subcontractors (electrical, mechanical, roofing, and controls), and specialized supplementary personnel. The Contractor shall organize and sponsor the course. The course will be held during normal working hours within 45 days

of contract award. One day follow-up sessions will be held at 4 month intervals, or as necessary, throughout the contract, with the same participants, during normal working hours. Government reserves the option to hold a second partnering course at the mid-point of the contract.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01321

NETWORK ANALYSIS SCHEDULES (NAS)
**09/00**

PART 1 GENERAL

1.1 DESCRIPTION

Prepare a progress chart pursuant to the clause entitled "FAR 52.236-15, Schedules for Construction Contracts" of the Contract Clauses that shall consist of a network analysis system. The network analysis system shall consist of the network analysis schedule (diagram), mathematical analysis, and associated reports. The scheduling of construction shall be the responsibility of the Contractor. Submission of progress and revision data will be used to measure work progress, aid to evaluate time extensions, and provide basis of all progress payments. The Critical Path Method (CPM) of network calculation shall be used to generate the project schedule and will utilize the Precedence Diagram technique to satisfy both time and cost applications. All progress payment amounts will be derived from and tied to the cost-loaded schedule activities.

1.2 SUBMITTALS

Submit the following in accordance with Section 01332, "Submittals During Construction for Design Build."

SD-01 Preconstruction Submittals

Qualifications; G

Standard Activity Coding Dictionary

Schedule Development Session scheduler/planner; G

Preliminary Network Analysis Schedule; G

Prior to the Pre-Design Meeting, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design.

Network Analysis Schedule; G

Accepted Network Analysis Schedule; G

SD-07 Certificates

Monthly Network Analysis Updates; G

SD-11 Closeout Submittals

1.3 SCHEDULE ACCEPTANCE

Review comments made by the Government on the Contractor's construction schedule will not relieve the Contractor from compliance with requirements of the Contract Documents. The Contractor is responsible for scheduling,

sequencing, and prosecuting the Work to comply with the requirements of the Contract Documents. Government acceptance extends only to the activities of the contractor's schedule that the Government has been assigned responsibility for and agrees it is responsible. The Government will also review for contract imposed schedule constraints and conformance, and cost loading of the CPM activities. Comments offered on other parts of the schedule which the Contractor is assigned responsibility are offered as a courtesy and are not conditions of government acceptance; but are for the general conformance with established industry schedule concepts.

1.3.1 Schedule Acceptance Prior to Start of Work

Contractor will not be allowed to start workprior to acceptance of the Project.

1.3.2 Acceptance

a. When the Accepted Network Analysis Schedule is submitted and accepted by the Contracting Officer, it will be considered the "Baseline CPM Schedule". The Baseline CPM Schedule will then be used by the Contractor for planning, organizing, and directing the work; reporting progress; and requesting payment for work accomplished. The schedule will be updated monthly by the Contractor and submitted monthly with the progress pay request to reflect the current status of the work. The submittal and acceptance of the Accepted Network Analysis Schedule and accurate updated schedules accompanying the pay requests are both conditions precedent to processing pay requests. Only bonds will be paid prior to acceptance of the Accepted Network Analysis Schedule.

b. Submittal of the Network, and subsequent schedule updates, will be understood to be the Contractor's representation that the submitted schedule meets all of the requirements of the Contract Documents, accurately reflects the work accomplished, and that Work will be executed in the sequence indicated on the submitted schedule.

1.4 SOFTWARE

The scheduling software that will be utilized by the contractor on this project is SureTrak by Primavera Systems, Inc.

1.4 Computer Hardware

Provide and maintain a personal computer (PC) capable of running the network analysis software specified. All necessary software and hardware will be provided to make the system a complete and useable package. Provide a printer or plotter, as required, with necessary cables. The contractor PC will remain the property of the Contractor.

1.5 QUALIFICATIONS

The Contractor shall designate a full time Scheduler that will be responsible for the development, preparation, and maintenance of an accurate, computerized Network Analysis Schedule. The Scheduler shall have previously developed, created and maintained at least 2 previous computerized schedules of similar size and complexity of this contract. A resume outlining the qualifications of the scheduler shall be submitted for

acceptance to the Contracting Officer. If at a later date, the Contracting Officer considers the Contractor's Scheduler to be incompetent or objectionable, the Contractor will propose a new Scheduler, meeting the qualification requirements. Payments will not be processed until an acceptable Scheduler is provided.

1.6 NETWORK SYSTEM FORMAT

The system shall consist of time scaled logic diagrams accompanying mathematical analyses and specified reports.

1.6.1 Diagrams

Show the order and interdependence of activities and the sequence in which the work is to be accomplished as planned. The basic concept of a network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion restricts or restrains the start of following activities. Diagrams shall be sorted by Early Start Date and will show a continuous flow from left to right with no logic (relationship lines) from right to left. With the exception of the Project Start and Project Completion milestone activities, no activities will be open-ended; each activity will have predecessor and successor ties. The diagram shall clearly show the activities of the critical path. No onsite construction activity shall have duration in excess of 20 working days. Once an activity exists on the schedule it may not be deleted and must remain in the logic. No more than 20 percent of the activities may be critical or near critical. Critical will be defined as having zero days of Total Float. "Near critical" will be defined as having Total Float in the range of 1 to 14 days. Show the following information on the diagrams for each activity:

a. Activity/Event Number

b. Activity Description

c. Original Duration in work days

d. Actual Duration in Work Days

e. Early Start Date

f. Early Finish Date

g. Total Float (or Slack)

h. Responsibility Code

Provide network diagrams on ANSI E sheets. Updated diagrams shall show the date of the latest revision.

1.6.2 Quantity and Numbering of Activities

Numbering shall be assigned so that, in general, predecessor activity numbers are smaller numerically than the successor activity numbers. Skip numbering shall be used on the network to allow insertion of additional activities for contract modifications and logic changes. The minimum number of construction activities in the final network diagram shall be 200. Types of activities included in the schedule are specified below.

1.6.2.1 HVAC TAB Activities

Requirements for the activities related to HVAC TAB work, Section entitled, "HVAC Testing/Adjusting/Balancing," are specified in Section entitled, "Price and Payment Procedures."

1.6.2.2 Procurement Activities

Tasks related to the procurement of material or equipment shall be included as separate activities in the project schedule. Examples of procurement activities include, but are not limited to: Material/equipment submittal preparation, submittal and approval of material/equipment; delivery of O&M manuals; material/equipment fabrication and delivery, delivery of extra parts, extra stock, special tools, notification of Government Furnished Material/Equipment delivery requirement, etc. As a minimum, separate procurement activities will be provided for every specification section. If the Contractor intends on using Just-In-Time (JIT) delivery methods, the schedule will show each JIT delivery with relationship tie to the Construction Activity specifically for the JIT delivery. Material and equipment for which payment will be requested in advance of installation shall be cost-loaded with the procurement costs. All activities within a procurement process/cycle will have a unique identifier in the activity code to show their relationships and will extend to the related construction activities (i.e., Work Category).

If the Government's action on any submittal is "Disapproved" or "Revise and Resubmit", a new series of Procurement Activities will be inserted into the schedule. Predecessor for the new submittal preparation activity will be the original approval activity and the successor of the new approval activity will be the fabrication/deliver activity for the equipment or material.

1.6.2.3 Government Activities

Government and other agency activities that could impact progress shall be clearly identified. Government activities include, but are not limited to; Government approved submittal reviews, Government conducted inspections/tests, utility outages, Notice(s) to Proceed and delivery of Government Furnished Material/Equipment. Show activities indicating Government furnished materials and equipment utilizing delivery dates indicated in "FAR 52.245-2, Government Property (Fixed-Price Contracts)." Government activities will be driven by calendars that reflect Saturdays, Sundays and all Federal Holidays as non-work days.

1.6.2.4 Construction Activities

Construction activities shall include, but are not limited to: Tasks related to mobilization/demobilization; the installation of temporary or permanent work by tradesman; testing and inspections of installed work by technicians, inspectors or engineers; start-up and testing of equipment; commissioning of building and related systems; scheduling of specified manufacture's representatives; final clean-up; training to be provided; and administrative tasks necessary to start, proceed with, accomplish or finalize the contract. Contractor activities will be driven by calendars that reflect Saturdays, Sundays and all Federal Holidays as non-work days.

1.6.2.5 Anticipated Weather Delays

Schedule activity duration(s) shall be formulated with allowance for normal

adverse weather conditions. Any activity duration which could be impacted by normally anticipated adverse weather (precipitation, high or low temperature, wind, etc.), due to the time period which the Contractor has scheduled the work, shall include an adjustment to include the anticipated weather delay. The Contractor shall anticipate delay by comparing the contractually imposed environmental restrictions in the Contract Documents to the National Oceanic and Atmospheric Association's (NOAA) historical monthly averages for the NOAA location closest to the project site. The number of anticipated adverse weather delays allocated to an activity will be reflected in the activity's calendar. A lost workday, due to weather conditions, is defined as a day in which the contractor's workforce cannot work 50 percent or more of the day. The Contractor shall immediately notify the Contracting Officer when a lost day has occurred due to weather and will record on the Daily Reports, the occurrence of adverse weather and resultant impact to the normally scheduled work. If the number of actual adverse weather delay days exceeds the number of days anticipated, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days and issue a modification in accordance with the contract clauses.

1.6.2.6 Activity Properties

Schedule activities will have the following properties:

a. Standard Activity Coding Dictionary: The Contractor shall submit a coding scheme for Schedule Activity Numbers that shall be used throughout the project. The coding scheme submitted shall list the values for each activity code category and translate those values into project specific designations. Code length shall not exceed 10 characters. Once accepted, the coding scheme will be used for the duration of the project.

b. Activity Description: Each activity shall have a narrative description consisting of a Verb or work function (e.g.; form, pour, excavate), an Object (e.g.; slab, footing, underfloor plumbing), and Area (e.g.; 3rd floor, northeast quadrant, basement).

c. Work Category: All Activities shall be identified in the project schedule according to the work category which best describes the activity. Examples of work categories are procurement, government, and construction activities that are all related to a single Definable Feature of Work. Activities shall not be contained in more than one Work Category.

d. Area Code: All activities shall be identified in the project schedule by the Area Code in which the activity occurs. Activities shall not be contained in more than one Area Code. Area is defined as a distinct separation in construction, such as a story of construction, separate structure, usage or function difference, utility distribution systems, etc.

e. Responsibility Code: All activities in the project schedule shall be identified with the party responsible to perform the task. Responsibility includes, but is not limited to; the prime contractor, subcontracting firm, or Government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by a responsibility code. For example, a

responsibility code value, "ELEC", may be identified as "Electrical Subcontractor."

f. CSI Code: All activities in the project schedule shall be identified with its respective 5-digit Specification Section number. Activities shall not belong to more than one Section number. If an activity does not have an applicable CSI Code, (such as "Mobilize"), the code will be "00000".

g. Drawing Code: All activities in the project schedule shall be identified with its respective project drawing code. The drawing code is the Sheet Number on the primary project drawing which indicates the work to be performed. Activities shall not belong to more than one Drawing Code. Examples of Drawing Codes are "C-10", "C.10" or "C10". The code system will allow organizing all activities by drawing code in alpha and numeric order. If an activity does not have an applicable Drawing Code, (such as "Mobilize"), the code will be "00000".

h. Modification Code: The Modification Code shall identify activities that are modified or added by contract modification. Activities shall not belong to more than one Modification Code. The Government will assign the modification number, which will be shown on the SF 30. Use a shortened version of the modification number for the code (e.g.; A00010 = 010).

i. Request for Equitable Adjustment (REA) or Claim Code: Activities that are modified or added, as a result of a Contractor's REA or Claim shall be identified by a code generated by the Contractor. Activities shall not belong to more than one REA or Claim Code.

j. The Three Phases of Control (Preparatory, Initial, and Follow-up): For each Definable Feature of Work identified in the Contractor's Quality Control Plan, include an activity for the Preparatory Phase. The Initial Phaseand Follow-up Phase will be represented by the Construction Activities in the schedule.

k. Project Milestone Dates: Dates shall be shown on the diagram for the start of the project, any contract required interim start and completion dates, contract completion date and other significant milestones.

l. Scheduled Project Duration: The schedule duration shall extend from notice-to-proceed to the contract completion date.

m. Project Start Date Milestones: The schedule shall start no earlier than the contract award date and the project duration (Day 1) will start on the Notice-to-Proceed (NTP) date. The Contractor shall include as the first activity in the schedule, an activity named "Contract Award" and another activity on the NTP date named "Start Project". Both activities will be zero duration, with constrained start dates equal to the contract award and NTP dates.

n. Constraint of Last Activity Milestone: The Contractor shall include as the last activity in the project schedule, an activity named "End Project". The "End Project" activity shall be zero duration with a mandatory finish constraint equal to the contract completion date for the project. Calculation of project updates shall be such that if the finish of the last activity falls after

the contract completion date, then the float calculation shall reflect negative float on the critical path.

o. Early Project Completion: In the event the Contractor's project schedule shows completion of the project prior to the contract completion date, the Contractor shall include an activity named "Contractor Early Completion". The activity shall be a zero duration milestone with an unconstrained date representing the Contractor's Early Completion date.

p. Substantial Completion: If the contractor elects to include an activity for Substantial Completion, then it is agreed that Substantial Completion will be the point in time that the Government considers the project is complete and ready for its intended use. The activity will be named "Substantial Completion". The activity shall be a zero duration milestone with an unconstrained date representing the Contractor's Substantial Completion date.

q. Summary (a.k.a., Banding or Hammock) Activities: The Contractor shall include special activities that are a summary of a chain of activities. The start of the activity will be the start date of the first activity in the chain and the finish date will be the finish date of the last activity in the chain. Generalized work sequences, Categories of Work and all Phase of Work activity chains will be summarized.

r. Activity/Event Constraints: Date/time constraint(s), other than those required by the contract, will not be allowed unless accepted by the Contracting Officer.

s. Leads and Lags: Leads or lags will not be used when the creation of an activity will perform the same function (e.g., concrete cure time). Lag durations contained in the project schedule shall not have a negative value. The use of any lead or lag will be explained in the Narrative Report.

t. Default Progress Data Disallowed: Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in the CPM scheduling software system. Actual Start and Actual Finish dates on the CPM schedule shall match the dates provided from Contractor Quality Control and Production Reports. These reports will be the sole basis for updating the schedule. Work activities will be updated by actual work progression rather than being cash flow driven. The updating of the percent complete and the remaining duration of any activity shall be independent functions; program features that calculate one of these parameters from the other shall be disabled. Out-of-Sequence progress (if applicable) shall be handled through Retained Logic, not the Default Option of Progress Override. Actual labor and equipment hours used on activities will be derived from the daily reports.

1.6.3 Mathematical Analysis

The network diagram mathematical analysis shall include a tabulation of each activity shown on the detailed network diagrams. Provide the following information as a minimum for each activity:

a. Activity/Event number

b. Activity/Event description

c. Estimated duration of activities (by work days)

d. Earliest start date (by calendar date)

e. Earliest finish date (by calendar date)

f. Actual start date (by calendar date)

g. Actual finish date (by calendar date)

h. Latest start date (by calendar date)

i. Latest finish date (by calendar date)

j. Total float or slack

k. Material/Equipment costs will be assigned to their respective Procurement Activities (i.e., the delivery activity). Costs for installation of the material/equipment (labor, construction equipment, and temporary materials) will be assigned to their respective Construction Activities. The value of inspection/testing activities will not be less than 10 percent of the total costs for Procurement and Construction Activities. Evenly disperse overhead and profit to each activity over the duration of the project.

l. Responsibility code (including prime contractor, subcontractors, suppliers, Government, or other party responsible for accomplishment of an activity.)

m. Area Code

n. Manpower required (crew size)

o. Percentage of activity duration completed

p. Contractor's earnings based on accepted work-in-place.

The program or means used in making the mathematical computation shall be capable of compiling the total value of completed and partially completed activities. The program shall also be capable of accepting revised completion dates as modified by approved time extensions and recompilation of tabulation dates/costs and float accordingly. The total of all cost loaded activities; including costs for material and equipment delivered for installation on the project, and manpower and construction equipment loaded construction activities, shall total to 100 percent of the value of the contract.

1.6.4 Additional Requirements

In addition to the tabulation of activities, in the Paragraph entitled "Mathematical Analysis", include the following data:

a. On-site manpower loading schedule: Each construction activity shall have an estimate of the number of workers per day by trade, man-hours per day by trade and total expected hours used by trade