during the execution of the activity. If no workers are required for an activity, then the activity shall be identified as using zero workers per day.

b. Equipment loading schedule: Each construction activity shall have an estimate of the equipment used per day, number of units per day and total expected hours for each piece of equipment used during the duration of the activity. Include a description of the major items of construction equipment planned for each construction activity on the project. The description shall include the year, make, model, and capacity. If no equipment is required for an activity, then the activity shall be identified as using zero equipment per day.

1.6.5 Required Reports

The following reports will be made available in the schedule submittals and in each updated schedule submission provided on disk by the Contractor:

a. By the preceding event number from lowest to highest and then in the order of the following activity number (Activity Identification Report) showing the current status of all activities.

b. By the amount of total float, from lowest to highest and then in order of early start date (Total Float or Slack Report) showing all incomplete activities.

c. By latest allowable start dates and then in order of activity numbers (Late Start Report).

d. Earned Value Report listing all activities having a budget amount and cost. A compilation of total earnings on the project from the notice to proceed to the most recent monthly progress payment request and the difference between the previous request amount and the current payment request amount. Sort report first by resource and then by activity.

e. By tasks scheduled to start and finish by the end of the next pay period (30-Day Look Ahead).

f. With each updated schedule submission, provide a computer generated Log Report using a recognized schedule comparision software listing all changes made between the previous schedule and current updated schedule. Identify the name of the previous schedule and name of the current schedule being compared. This report will as a minimum show changes for: Added & Deleted Activities, Original Durations, Remaining Durations, Activity Percent Complete, Total Float (or Slack), Free Float, Calendars, Descriptions, Constraints (added, deleted or changed), Actual Starts/Finishes, Added/Deleted Resources, Resource Quantities, Costs, Resource Percents, Added/Deleted Relations, Changed Relation Lags, Changed Driving Relations, and Changed Critical Status.

i. Manpower staffing report and histogram: With each update schedule, a planned early and planned late versus actual labor resource histogram will be provided. This histogram shall be based upon and shall be in agreement with, the number of shifts and crew

sizes by craft, in the Accepted Network Analysis Schedule (planned) and the Monthly Network Update (actual). Included in the report will be a tabular report that will list each trade to the activities that were worked on during the construction period.

j. Equipment usage report and histogram: With each update schedule, a planned early and planned late versus actual equipment resource histogram will be provided. This histogram shall be based upon and shall be in agreement with the equipment allocation accepted on the Accepted Network Analysis Schedule (planned) and the Monthly Network Update (actual). Included in the report will be a tabular report that will list equipment (by make and model) to the activities that were worked on during the construction period.

1.7 SUBMISSION AND ACCEPTANCE

1.7.1 Preliminary Meeting

At the Pre-Construction Conference, the Contracting Officer, Contractor and major subcontractors shall participate in a preliminary meeting to discuss the proposed schedule and requirements of this section prior to submission of the network. The definition of a "major subcontractor" is one that exceeds 5 percent of the contract value.

1.7.2 Preliminary Network Analysis Schedule

Prior to the Pre-Design Meeting, or 21 calendar days award notice of award, whichever is earlier, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design.

Submit a preliminary network defining the planned operations during the first 90 calendar days after contract award within 20 days after contract award. The general approach for the balance of the project shall be indicated. Cost of activities expected to be completed or partially completed before submission and acceptance of the Accepted Network Analysis Schedule should be included. Submit three copies of both the preliminary network diagrams and required reports listed in paragraph entitled "Required Reports." In accordance with paragraph entitled "Monthly Reports," the preliminary network may be used for requesting progress payments for a period not to exceed 90 calendar days after receipt of "Contract Award." Submittal and acceptance of the Preliminary Network is condition precedent to the processing of the Contractor's pay requests on this schedule. Payment requests after the first 90 calendar day period shall be based upon the Accepted Network Analysis Schedule. The activities and relationships of the preliminary schedule shall coincide and mesh with the activities of the Network Analysis Schedule. As part of this submittal, provide the Project Name format (and Project Group Name if used) that will be used by the Contractor to identify initial schedule submittals, updates, fragnets, changes, etc. Include 1 copy of the Preliminary Network Analysis Schedule on 3.5" disk(s).

1.7.3 Preliminary Network Analysis Schedule

Prior to the Pre-Design Meeting, or 21 calendar days award notice of award, whichever is earlier, submit a preliminary network analysis to the Government for review. Upon completion of the design, update the network analysis based on the available information derived from the completed design. Submit three copies of the diagrams described in the paragraph entitled

"Diagrams", the required reports listed in the paragraph entitled "Required Reports ", and the analysis described in the paragraph entitled "Mathematical Analysis" and information required by the paragraph entitled "Additional Requirements". Include 1 copy of the Network Analysis Schedule on 3.5" disk(s) formatted to hold 1.44 MB of data.

1.7.4 Review and Evaluation

After the Government's review, the Contractor shall meet with the Contracting Officer to discuss the review and evaluation of the NAS submittal. Revisions necessary as a result of this review shall be resubmitted for acceptance within 10 calendar days after the meeting.

1.7.5 Accepted Network Analysis Schedule

Once review comments are resolved and the network has been accepted by the Contracting Officer, the Contractor shall within 5 calendar days furnish:

a. Two copies of the network diagrams

b. Two copies of the required reports listed in paragraph entitled "Required Reports"

c. Two copies of the "Mathematical Analysis".

d. Two copies of the Cash Flow Report indicating the cash flow based upon both the early and late start schedules.

e. Two copies of each major subcontractor's statement certifying their concurrence with the Contractor's Accepted Network Analysis Schedule. Each certifying statement will be made on the subcontractor's letterhead.

f. Two sets of data disks containing the project schedule shall be provided for the initial submission and every periodic project update. Data shall be submitted on 3.5: disk(s), formatted to hold 1.44 MB of data. A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Preliminary, NAS Submittal, Accepted, Update, Recovery, or Change), full contract number, Project Name used to identify project in scheduling software, contract name & location, data status date, diskette number with total number of diskettes in set, software name and version used to run the schedule, and the name and telephone number of person responsible for the schedule.

For major revisions, updates or changes to the network diagrams, once accepted by the Contracting Officer, the Contractor shall submit these same diagrams and reports.

1.7.6 Monthly Network Analysis Updates

At monthly intervals the Contractor, Government representatives and major subcontractors will meet to jointly update the project schedule and agree on percentage of payment for each activity progressed during the update period. The purpose of the meeting is to determine progress payment amounts for each activity, allow all parties to evaluate project status at the data date, provide a complete and accurate update of procurement and construction progress, create an historical record of the project and establish prediction of completion date(s) based upon current status. The

Contractor is responsible to gather all supporting documentation propose the update data for the schedule and record the meeting minutes. All progress payment amounts will be derived from and tied to the cost-loaded schedule activities. Submit at monthly intervals a report of the actual construction progress by updating the required reports, the time scaled logic diagram, and mathematical analysis. Meeting to update the schedule and the submission of an error free, acceptable updated schedule to the Government is a condition precedent to the processing of the Contractor's pay request. As a minimum, the following actions will be accomplished during the meeting:

a. Identify activities started and completed during the previous period and enter the Actual Start and Actual Finish dates.

b. Show estimated duration (in workdays) to complete each activity started but not completed (remaining duration).

c. Indicate percentage of cost payable for each activity.

d. Reflect changes in the network diagram. All changes (i.e., duration changes, logic changes, new logic, conformed change orders, new activities, changes due to Conformed Modifications, changes in work sequence, etc.) shall be recorded and a note added to the activity log field. The log shall include as a minimum, the date and reason for the change, and description of the change.

e. Submit two copies of a Narrative Report describing: 1) Progress made in each area of the project; 2) Changes in the following; activities, original durations, logic interdependencies, milestones, planned sequence of operations, critical path, and resource and loading; 3) Pending items and status thereof, including permits, change orders, and time extensions; 4) Status of Contract Completion Date and interim milestones; 5) Current and anticipated delays (describe cause of the delay and corrective action(s)); and 6) Description of current and future schedule problem areas. Each entry in the narrative report will cite the respective Activity ID and Activity Description.

f. Submit two copies of the required reports listed in paragraph entitled "Required Reports".

g. Submit two copies of the Update Meeting minutes.

1.7.7 Summary Network

A summary network shall have the same network form as the Accepted Network Analysis Schedule. The summary network will contain a minimal number of activities that represent the general approach of work sequence. The Summary will be a time-scaled logical sequence of Work Phases. The Contractor shall submit a summary network diagram immediately after acceptance of the Accepted Network Analysis Schedule. A summary network update shall be submitted every 6 months during the contract duration and immediately following acceptance of each major schedule change. Submit the following:

a. Two copies of the summary network diagram.

b. Two copies of the Earned Value Report indicating the actual cash flow for the current updated (not summary) network based upon both

the early and late start schedules.

1.8 CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed revisions to the network with a fragnet and a cost proposal for each proposed change. All modifications shall be incorporated into the network analysis system as separately identifiable activities broken down and inserted appropriately on the first update following issuance of a directive to proceed with the change. Submit one copy of the Total Float Report, Log Report and a copy of the proposed Time Impact Analysis on disk, with the cost proposal. Unless the Contracting Officer requests otherwise, only conformed contract modification fragnets will be added into the subsequent monthly updates. All revisions to the current baseline schedule activities that are necessary to further refine the schedule so that the changed work activities can be logically tied to the schedule shall be made. Financial data shall not be incorporated into the schedule until the contract modification is signed by the Contracting Officer.

1.8.1 Time Impact Analysis:

Time Impact Analysis shall be used by the Contracting Officer in determining if a time extension or reduction to the contract milestone date(s) is justified. The Contractor shall provide a Time Impact Analysis to the Contracting Officer for any proposed contract change or as support for a Value Engineering Proposal, Claim or Request for Equitable Adjustment by the Contractor.

a. The Contractor shall submit a Time Impact Analysis (TIA) illustrating the influence of each change or delay on the Contract Completion Date or milestones. Unless the Contracting Officer requests an interim update to the schedule, the current monthly updated schedule accepted by the government shall be used to display the impacts of the change. Unless requested by the Contracting Officer, no other non-conformed changes will be incorporated into the schedule being used to justify the change impact.

b. Each TIA shall include a Fragmentary Network (fragnet) demonstrating how the Contractor proposes to incorporate the impact into the Project Schedule. A fragnet is defined as the sequence of new activities and/or activity revisions, logic relationships and resource changes that are proposed to be added to the existing schedule to demonstrate the influence of impacts to the schedule. The fragnet shall identify the predecessors to the new activities and demonstrate the impacts to successor activities. Include a narrative report describing the effects of new activities and relationships to interim and contract completion dates, with each TIA.

c. Following the Contractor's receipt of a contract modification on a Standard Form 30 signed by the Government; all changes in the fragnet used to determine impacts, shall be incorporated into the schedule. Changes will occur during the next monthly schedule update meeting.

1.8.2 No Reservation-Of-Rights

All direct costs, indirect costs, and time extensions will be negotiated

and made full, equitable and final at the time of modification issuance.

1.9 CHANGES TO THE NETWORK ANALYSIS SCHEDULE

If changes in the method of operating and scheduling are desired, the Contracting Officer shall be notified in writing stating the reasons for the change. If the Contracting Officer considers these changes to be of a major nature, the Contractor may be required to revise and submit for acceptance, without additional cost to the Government, the network diagrams and required sorts. A change may be considered of a major nature if the estimated time required or actually used for an activity or the network logic is varied from the original plan to a degree that there is a reasonable doubt as to the effect on the contract completion date(s). Changes that affect activities with adequate float time shall be considered a major change when their cumulative effect could extend the contract completion date.

1.10 FLOAT

Use of float suppression techniques, such as; preferential sequencing (arranging critical path through activities more susceptible to government caused delay), special lead/lag logic restraints, zero total or free float constraints, extended activity times, or imposing constraint dates other than as required by the contract, shall be cause for rejection of the project schedule or its updates. The use of Resource Leveling (or similar software features) used for the purpose of artificially adjusting activity durations to consume float and influence the critical path is expressly prohibited.

1.10.1 Definitions of Float or Slack

Free Float is the length of time the start of an activity can be delayed without delaying the start of a successor activity. Total Float is the length of time along a given network path that the actual start and finish of activity(s) can be delayed without delaying the project completion date. Project Float is the length of time between the Contractor's Early Completion (or Substantial Completion) and the Contract Completion Date.

1.10.2 Ownership of Float

Float available in the schedule, at any time shall not be considered for the exclusive use of either the Government or the Contractor. During the course of contract execution, any float generated due to the efficiencies of either party is not for the sole use of the party generating the float; rather it is a shared commodity to be reasonably used by either party. Efficiencies gained as a result of favorable weather within a calendar month, where the number of days of normally anticipated weather is less than expected, will also contribute to the reserve of float. A schedule showing work completing in less time than the Contract time, and accepted by the Government, will be considered to have Project Float. Project Float will be a resource available to both the Government and the Contractor. No time extensions will be granted nor delay damages paid unless a delay occurs which impacts the Project's critical path, consumes all available float or contingency time, and extends the work beyond the Contract Completion Date.

1.10.3 Negative Float

Negative float will not be a basis for requesting time extensions. Any

extension of time will be addressed in accordance with the Paragraph "Time Extensions". Scheduled completion date(s) that extend beyond the contract completion date(s) (evidenced by negative float) may be used in computations for assessment of payment withholdings. The use of this computation is not to be construed as a means of acceleration.

1.11 TIME EXTENSIONS

Extension of time for performance required under the clauses entitled "Changes," "Differing Site Conditions," "Default (Fixed-Price Construction)" or "Suspension of Work" will be granted only to the extent that equitable time adjustments for the activity or activities affected exceed the total float or slack along the network paths involved at the time Notice to Proceed was issued for the change. The Contractor acknowledges and agrees that delays in activities which, according to the network analysis schedule, does not in fact actually affect any milestone completion dates or the contract completion date shown on the CPM network at the time of delay, will not be a basis for a contract extension. Submit time extension requests with a Time Impact Analysis and three copies of the Total Float (or Slack) Report, Narrative Report and Log Report.

1.12 MONTHLY COORDINATION MEETING

In conjunction with receipt of the Monthly Network Update submission, a coordination meeting will be held each month on site to discuss the report. The Contractor shall make a presentation of the previously submitted and current Monthly Network Update to the Contracting Officer so as to provide an overview of the project's schedule and provide an opportunity to discuss items of coordination.

1.13 CORRESPONDENCE AND TEST REPORTS

All correspondence (e.g., letters, Requests for Information (RFIs), e-mails, meeting minutes, Production and QC Daily Reports, material delivery tickets, photographs, etc.) shall reference the Schedule Activity Number(s) that are being addressed. All test reports (e.g., concrete, soil compaction, weld, pressure, etc.) shall reference the Schedule Activity Number(s) that are being addressed.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --

SECTION 01331

SUBMITTAL REQUIREMENTS AFTER AWARD

PART 1 GENERAL

1.1 Design Quality Control Plan

The Contractor shall submit a Design Quality Control Plan at the Pre-design Conference. The Plan shall define the specific method to cross-check all of the various discipline's drawings for completeness and accuracy and the specific method to cross check the drawings and specifications with each other for completeness and accuracy.

1.2 PRE-DESIGN CONFERENCE

Within 21 calendar days after contract award, the Contractor shall meet with Government representatives at Engineering Field Activities West (EFA WEST) for one day to review the Preliminary Network Analysis of the Construction Schedule and specific technical and design submittal requirements contained in the RFP. The Contractor's design team (architect, civil engineer, structural engineer, geotechnical engineer, mechanical engineer, electrical engineer, fire protection engineer, specification writer, and Quality Control Manager) shall attend the meeting and be prepared to discuss their plans for accomplished the work, addressing the QA/QC plan to complete the Design. Also during this conference, Government representatives will discuss matter relating to design and construction.

1.2.1 Submittal Schedule

a. 100% Complete Design Submittal: 90 calendar days after the Pre-Design Conference, the Contractor shall provide a 100% Design Submittal to the Contracting Officer for review.

b. Pre-Final Submittal: 21 calendar days after receipt of Government's review comments, the Contractor shall provide a Pre-Final Submittal to the Government to verify that all review comments have been resolved.

c. To approve RFP stipulated portion of the project design.

There are various other required submittals, not associated with the design process which must be provided and approved prior to the commencement of construction. Construction cannot proceed until all required submittals are approved

1.3 100% Complete Design Submittal

The Contractor shall provide a 100% complete design submittal ready to use for construction to the Contracting Officer for review. Contract Completion time includes time for Government reviews.

Purpose of Submittal

a. To illustrate that the contractor has prepared documentation sufficient to communicate to his staff and subcontractors how to construct the design presented in concept -whether the concept was provided by the Government or is as defined by the accepted

proposal.

b. To provide documentation that allows the Government to determine that the contractor intends to meet contract requirements and that the accepted proposal is being implemented.

c. To approve RFP stipulated portions of project design.

Submittal Format

i. The design shall be submitted all at one time. The contractor's intent shall be indicated in the project schedule submitted as part of the proposal submission prior to award and shall be carried forward into the design phase of the contract.

ii. The submittal shall be complete and ready for construction. An incomplete submittal will not be reviewed and will be returned to the Contractor for completion and resubmission. Submissions found not to be in compliance with the contract requirements will be returned to the contractor for correction and resubmission. In either case, the Government will have the designated review period upon receipt of the revised design documents with no increase in the total contract completion time.

iii. The content of all amendments shall be reflected in the submittal.

iv. Detailed Submission Requirements

a. Design Certification: The Contractor shall provide certification, signed by an officer of the Contractor's company, attesting that the drawings, specifications and design analyses prepared and submitted for the construction of the facility comply with the requirements of the RFP.

b. Drawings

(1) Prepare, organize and present drawings in the format considered standard industry practice by the AIA and described in AIA Architect's Handbook of Professional Practice (current edition), except as modified herein. Provide drawings complete, accurate and explicit enough to show compliance with the contract requirements and to permit construction.

(2) Size: All drawings shall be presented in 22" X 34" (D size) format with the Engineering Field Activity title block.

(3) All drawings shall be prepared in AutoCad Version 14.

(4) Drawings shall be prepared at scales to match the drawings provided as part of the RFP.

(5) AutoCad files of the drawings provided as part of the RFP will be provided to the Contractor after award, no later than the pre-design meeting.

(6) Minimum drawing content requirements are specified in Section 01112, "General Design and Construction Criteria." Prepare separate drawings for each design discipline. As a minimum, the

Contractor shall prepare and submit the following design drawings:

Title Sheet and Index of Drawings
Civil Design Drawings
Soil Boring Log
Landscape Drawings
Architectural Drawings
Structural Drawings
Mechanical Drawings-HVAC
Mechanical Drawings-Plumbing
Electrical Drawings
Fire Protection Drawings

(7) Site Drawings: The Contractor's completion of the site design, and changes to the site design provided in the RFP, if any, shall be prepared on a separate layer using the RFP site drawings as an external reference file. The Contractor's design and changes to the site design, if any, shall be distinguishable on prints of the Contractor prepared site drawings.

(8) The Contractor's completion of the building design, and changes to the building design provided in the RFP, if any, shall be prepared on a separate layer using the RFP drawings as an external reference file. The Contractor's design and changes to the building design, if any, shall be distinguishable on prints of the Contractor prepared drawings.

c. Specifications

(1) There are two types of specifications included in this RFP: (1) Performance specifications containing performance requirements for materials, products and systems which must be met and criteria for verifying compliance (2) Prescriptive Specifications containing specific requirements which describe, materials, products, systems, sizes, ratios, fabrication, quality of workmanship, etc. Options are frequently permitted but are limited to those included in the specification.

(2) Specifications for construction shall be provided by the Contractor in the Construction Specifications Institute (CSI) 16 Division, three part section format. Specifications shall be prescriptive and shall be in compliance with the requirements of the RFP and with those items specifically identified in the accepted proposal. Where manufacturers brand names, model numbers or other product designations are included in the prescriptive specifications, submit manufacturer's product data indicating compliance with the requirements of the RFP along with the design submittal. The specifications shall list all applicable standards, catalog cuts, samples, shop drawings, test certificates and submittal requirements during construction. Include a Table of Contents.

(3) In some cases, several prescriptive specifications will be required to address various components of a system covered by a single performance specifications section.

(4) Submit a separate Specification Section 01300 SUBMITTALS, similar to the NAVFAC Guide Specification, listing all submittals requiring approval by the Contracting Officer. Include as a

minimum, manufacturer's catalog data, shop drawings, design data, test reports, certificates of conformance, samples and operation and maintenance manuals. Submittals which will be approved by the contracting Officer are identified with a "G" following the submittal item in the solicitation specification. This listing is both a design and construction submittal requirement.

d. Engineering Calculations and Analyses. Prepare calculations and basis for design narratives for each discipline. All calculations shall be fully legible and numbered to indicate the total number of pages in the calculation (i.e Page 10 of 25). Cite criteria from which the calculations, rationale, and formulae are extracted by publication number, title, edition and page number. The document shall also include the name of the person preparing the calculation and the person who reviewed the calculations. The signature and seal of the appropriate registered professional engineer responsible for the work shall appear on the cover page of the calculations for each discipline.

e. Soil Report
Fire Protection System
(1) Catalog cuts of all material and equipment
(2) Installing Contractor's qualifications
(3) Sprinkler System
i. Working Plans
ii. Water supply data including exterior distribution system and interior piping system hydraulic calculations.
(4) Fire Alarm System
i. Working Plan

Color Boards (1) Color Boards shall be provided to indicate color selection for interior and exterior finish materials. Proposed color scheme shall be provided. Samples of color and finishes shall be professionally mounted on foam board.

1.4 Government Review

Schedule

a. 100% Complete Design Submittal: The Government will require 30 calendar days to complete its review of the total package.

b. Pre-final Submittal: The Government will required three working days to complete its verification that all review comments have been resolved, for a single submission. If further resolution is required, the contractor will complete the required actions at no increase in contract completion time. A second pre-final submission will be required to document the actions taken.

c. Final Submittal: The Government will issue a written approval to proceed with construction within 7 calendar days of the receipt of the final submittal documents. This will occur at the end of the design process.

Number of Copies

a. 100 % Complete Submittal: Provide 16 copies of the stamped or sealed and signed design drawings, project specifications, submittal register and design analyses (basis of design and calculations) for review. Make the following distribution on the same day and in the same manner to all of the reviewing components. Specific addresses will be provided at the pre-design conference. Provide:

1. Four copies to the Contracting Officer
2. Seven copies to the Architect and Engineering firm of Hoover Associates, Architects (A/E)
3. Four copies to the Public Works Office, NPS, Monterey
4. Two copies to the Resident Officer in Charge of Construction, NPS, Monterey

The Government does not provide detailed checking or coordination of the various drawings and specifications prepared by the Contractor. The Government's review will be for compliance with RFP requirements and approval of RFP-stipulated portions of project design. See paragraph 6 below.

1.5 Response to Government Review Comments

a. Prior to submission of the final documents for government acceptance, the Contractor shall provide one (1) set of all documents and the annotated review comments from the 100% complete submittal review.

b. The contractor shall indicate the action taken to resolve the comment. At this point there should be no unresolved comments. The government will verify the responses provided and will notify the Contractor when the verification process is complete.

1.6 Final Submittal

a. When all review comments have been determined to be resolved, the Contractor shall submit the original drawings, specifications and engineering calculations for final approval. In addition, two copies of all documents shall be provided to the Contracting Officer.

b. The Contracting Officer will issue an approval to proceed with the accepted portion of the design, in writing.

1.7 Government Review and Acceptance

a. The Government's review is to check the design for its sole benefit only. Design review and acceptance of the design by the Government shall not constitute that the design documents are in conformance with the RFP, nor is it a waiver of any requirement of the RFP. Design acceptance shall not relieve the Contractor of liability for his design, from fully complying with all requirements of the RFP, or from providing the Government with a fully-functional and operational facility, meeting the intent of the RFP requirements.

b. If the Contractor proposes a variation from the design or RFP stipulated requirements, it must be specifically requested in writing by the Contractor and be approved in writing by the Contracting Officer prior to including the variation in the design submittal. See Section 10332, Para 1.4.4 Variations. The responsibility and liability for a totally integrated design in accordance with the requirements of the RFP shall remain with the Contractor.

1.8 Distribution of Final Documents

a. After the Government has accepted the original drawings and specifications, the Contractor will provide two (2) full-size and two (2) half-size copies of the drawings and the specifications to Engineering Field Activity West and six (6) sets to the Administrative Contracting Officer (ACO) (two(2) full-size and four (4) half-size copies of the drawings and six sets of the specification). One (1) set of half-size drawings and one (1) set of specifications shall be sent to the Public Works Department and one set of half size drawings and one (1) set of specifications shall be sent to the customer. Names and addresses will be provided at the Pre-design meeting.

b. A copy of all electronic files shall be submitted on CD at this time.

1.9 As-Built Drawings

a. Prior to final payment, the Contractor shall enter all changes and corrections in the electronic drawing files. Changes and corrections shall be entered as a separate layer. Changes and corrections so entered shall be indicated by a lettered circle and noted as "As-Built Condition Shown" in the revisions space provided. In the case where no revisions or corrections on an individual drawing were necessary, the notation "As-Built" shall be noted.

b. The Contractor shall deliver the "As-Built" tracings to the Contracting Officer at Engineering Field Activity West for review acceptance and retention within 60 days of beneficial occupancy. Note that all dimensions shall be metric on the final documents. Three sets of CDs containing the final "As-Built" files shall be submitted. The Contractor shall provide a list of cross-referenced files for each submittal disk.

c. These requirements are in addition to the requirements in Section 01770.

1.10 Electronic File Format

a. All drawings shall be prepared in AUTOCAD Version 14.

1.11 Operation, Maintenance and Supply Information (OMSI) and Warranty Service Plan

a. Prior to the final inspection and acceptance of the project, submit OMSI manuals and Warranty-Service Plan for all aspects of the building and site development. The OMSI Manuals and the Service Plan shall be submitted in two volumes. Volume One shall include all items in site development and utilities. Volume Two shall cover all construction systems and built in equipment for the buildings. Submit five sets of each volume to the Contracting Officer. See also Section 01782.

PART 2 PRODUCTS

Not Used

PART 3 EXECUTION

Not Used

-- End of Section --

# SECTION 01332

# SUBMITTALS DURING CONSTRUCTION FOR DESIGN BUILD

## PART 1 GENERAL

### 1.1 SUMMARY

#### 1.1.1 Section Includes

This section includes administrative and procedural requirements for construction submittals presented by the Contractor for review and approval to demonstrate conformance with the approved design and the request for Proposal (RFP) requirements. This section also includes requirements for developing, submitting and maintaining a "Submittals Register."

#### 1.1.2 Section Excludes

This section does not include requirements for facility design submittals which are specified in Section 01332, "Submittals During Construction for Design Build."

### 1.2 DEFINITIONS

#### 1.2.1 Construction Submittals

Documents, physical examples, and data which identify and represent materials, products, equipment, assemblies, systems, qualifications, workmanship, and testing to be provided in the construction presented for review and approval.

#### 1.2.2 Types of Submittals

This section identifies 17 construction submittal types, described in paragraph entitled "Schedule of Submittal Descriptions," which are grouped under the following four broad or general titles and defined below:

a. Shop Drawings: Drawings, schedules, diagrams, and other data prepared specifically for this contract, by the Contractor or through the Contractor by way of a subcontractor, manufacturer, supplier, distributor, or other lower tier contractor, to illustrate a portion of the work.

b. Product Data: Preprinted material such as illustrations, standard schedules, performance charts, instructions, brochures, diagrams, manufacturer's descriptive literature, catalog data, and other data to illustrate a portion of the work, but not prepared exclusively for this contract.

c. Samples: Physical examples of products, materials, equipment, assemblies, or workmanship that are physically identical to a portion of the work, illustrating a portion of the work or establishing standards for evaluating the appearance of the finished work or both.

d. Administrative Submittals: Data presented for review and approval to ensure that the administrative requirements of the project are

adequately met but not to ensure directly that the work is in accordance with the design concept and in compliance with the contract documents.

1.2.3 Approving Authority

The person authorized to approve a submittal.

1.2.4 Definable Feature of Work

A definable feature of work is a task which is separate and distinct from other tasks. As a minimum, if approved by the Contracting Officer, consider each section of the project specification as a definable feature of work. However, at times, there may be more than one definable feature of work in each section of the project specification.

1.3 SUBMITTALS

Submit the following for review and approval by the Government in accordance with the requirements of this section. Unless otherwise specifically stated elsewhere in this RFP, within 30 calendar days after the Contracting Officer issued an acceptance of the design, all Government Approved Submittals shall be submitted in a single completed package to the Government for review and approval. Partial incomplete submittal will not be acceptable.

1.3.1 Submittals Register

Prepare and maintain a Submittals Register. Use the form attached at the end of this section, "Submittal Register" and accompanying instructions, in developing the Submittals Register. Fill in columns (c), (d), (e), and the left side of (f) and submit with the design as required by Section 01331, "Submittals at Design Completion for Design Build".

Information for completing columns (c), (d), (e), and the left side of (f) of the Submittals Register shall be obtained from the construction submittal requirements contained in Division 01 through Division 16 of the project specification developed by the Contractor. Under the left side of column (f), insert "G" for Government approved items and leave the space blank for those items approved by the Contractor.

Should the Contractor choose to develop the project specification using the Construction Criteria Base (CCB) system and the SpecsIntact editor, the Submittals Register can be computer generated. Columns (c), (d), (e) and the left side of (f) will be automatically filled in based on the computer editing of the NAVFAC guide specifications. Disk copy of the RFP specification will be provided to the Contractor in order to generate the Submittals Register for the RFP specification sections to be used "as is" in the project specification developed by the Contractor. When the Submittals Register is computer generated, only columns (c), (d), (e) and the left side of (f) are automatically filled in, all other columns require manual entries.

The right side of column (f) will be completed by the Government during the conformance review of the design. The right side of column (f) will be filled in only for the items requiring Government approval. The Submittals Register will be returned to the Contractor along with the reviewed and approved design.

Upon receipt of the approved design, fill in column (g) and submit the Submittals Register along with the submission of the Original design documents as required by Section 01331, "Submittals at Design Completion for Design Build".

The Submittals Register, with columns (c), (d), (e), the left side of (f), and (g) filled in may be submitted with the design at the Contractor's option. Remaining columns will be filled in at the appropriate time and by the appropriate authorities during construction.

1.3.2 Other Government Approved Submittals

All other Government Approved Submittals shall be submitted in accordance with the requirements as stated in each specification sections.

1.3.3 Equipment and Materials Delivery Schedule

Within 30 calendar days after approval of the Network Analysis, submit for information to the Contracting Officer showing procurement plans for materials, plants, and equipment. Submittal shall include the minimum of the following information:

a. Description
b. Date of the Purchase Order
c. Promised shipment date
d. Name of the manufacturer or supplier
e. Date delivery is expected

1.4 PROCEDURES FOR SUBMITTALS

1.4.1 Reviewing, Certifying, Approving Authority

The Quality Control (QC) organization shall be responsible for reviewing and certifying that submittals are in compliance with contract requirements. The approving authority for submittals is the QC Manager unless otherwise specified for the specific submittal item. At each "Submittals During Construction" and "Submittals" paragraph in the individual specification sections, a notation "G", following a submittal item, indicates the Contracting Officer is the approving authority for that submittal item.

1.4.2 Constraints

a. Submittals listed or specified in this contract shall conform to the provisions of this section, unless explicitly stated otherwise.

b. Submittals shall be complete for each definable feature of work; components of the definable feature interrelated as a system shall be submitted at the same time.

c. When acceptability of a submittal is dependent on conditions, items, or materials included in separate subsequent submittals, the submittal will be returned without review.

d. Approval of a separate material, product, or component does not imply approval of assembly in which the item functions.

1.4.3 Scheduling

a. Coordinate scheduling, sequencing, preparing and processing of submittals with performance of the work so that work will not be delayed by submittal processing. Allow for potential requirements to resubmit.

b. Except as specified otherwise, allow a review period, beginning with receipt by the approving authority, that includes at least 15 days for submittals approved by the QC Manager and 20 working days for submittals approved by the Contracting Officer. The review period for submittals approved by the Contracting Officer begins when the Government receives the submittal from the QC organization. The review period for each resubmittal is the same as for the initial submittal.

c. For submittals requiring review by the Fire Protection Engineer, allow a review period, beginning when the Government receives the submittal from the QC organization, of 30 working days for return of the submittal to the Contractor. The review period for each resubmittal is the same as for the initial submittal.

1.4.4 Variations

Variations from contract requirements require Government approval pursuant to Contract Clause "FAR 52.236-21 Specifications and Drawings for Construction" and will be considered where advantageous to the Government. When proposing a variation, submit a written request to the Contracting Officer, with documentation of the nature and features of the variation and why the variation is desirable and beneficial to the Government. If lower cost is a benefit, also include an estimate of the cost saving. Identify the proposed variation separately and include the documentation for the proposed variation along with the required submittal for the item. When submitting a variation for approval, the Contractor warrants the following:

1.4.4.1 Variation Is Compatible

The contract has been reviewed to establish that the variation, if incorporated, will be compatible with other elements of the work.

1.4.4.2 Review Schedule Is Modified

In addition to the submittal review period specified above, allow 10 additional working days for consideration by the Government of submittals with variations.

1.4.5 Contractor's Responsibilities

a. Determine and verify field measurements, materials, field construction criteria; review each submittal; and check and coordinate each submittal with requirements of the work and contract documents.

b. Transmit submittals to the QC organization in orderly sequence, in accordance with the Submittals Register, and to prevent delays in the work, delays to the Government, or delays to separate contractors.

c. Advise the Contracting Officer of variation, as required by the paragraph titled "Variations."

d. Correct and resubmit submittal as directed by the approving authority. When resubmitting disapproved submittals or submittals noted for resubmittal, the Contractor shall provide a copy of that previously submitted submittal including all reviewer comments for use by the approving authority. Direct specific attention, in writing or on resubmitted submittal, to revisions not requested by the approving authority on previous submissions.

e. Furnish one additional copy of submittals when requested by the Contracting Officer, to a limit of 20 submittals.

f. Complete work which must be accomplished as a basis of a submittal in time to allow the submittal to occur as scheduled.

g. Ensure no work has begun until submittals for that work have been returned as "Approved," or "Approved as Noted," or "Approved as Submitted", except to the extent that a portion of the work must be accomplished as a basis of the submittal.

1.4.6 QC Organization Responsibilities

a. Note the date on which the submittal was received from the Contractor on each submittal.

b. Review each submittal and check and coordinate each submittal with requirements of the work and contract documents.

c. Review submittals for conformance with the design and compliance with the contract documents.

d. Act on submittals, determining the appropriate action based on the QC organization's review of the submittal.

(1) When the QC Manager is the approving authority, take the appropriate action on the submittal from the possible actions defined in the paragraph titled, "Actions Possible."

(2) When the Contracting Officer is the approving authority or when a variation has been proposed, forward the submittal to the Government with the certifying statement or return the submittal to the Contractor marked "Not Reviewed" or "Revise and Resubmit" as appropriate. The QC organization's review of the submittal determines the appropriate action.

e. Ensure that material is clearly legible.

f. Stamp each sheet of each submittal with the QC certifying statement or approving statement, except that data submitted in bound volume or on one sheet printed on two sides may be stamped on the front of the first sheet only.

(1) When the Contracting Officer is the approving authority, the QC organization shall certify submittals forwarded to the Contracting Officer with the following certifying statement:

"I hereby certify that the (equipment) (material) (article) shown and marked in this submittal is that proposed to be incorporated with Contract Number [_____], is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is submitted for Government approval.

Certified by Submittal Reviewer_________________, Date________
(Signature when applicable)

Certified by QC Manager _________________________, Date_______"
(Signature)

(2) When the QC Manager is the approving authority, the QC Manager shall use the following approval statement when returning submittals to the Contractor as "Approved," or "Approved as Noted."

"I hereby certify that the (equipment) (material) (article) shown and marked in this submittal and proposed to be incorporated with Contract Number [_____], is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is approved for use.

Certified by Submittal Reviewer_________________, Date_______
(Signature when applicable)

Approved by QC Manager__________________________, Date______"
(Signature)

g. Sign the certifying statement or approval statement. The person signing the certifying statements shall be the QC organization member designated in the approved QC Plan. The signatures shall be in original ink. Stamped signatures are not acceptable.

h. Update the Submittals Register as submittal actions occur and maintain the Submittals Register at the project site until final acceptance of all work by the Contracting Officer.

i. Retain a copy of approved submittals at the project site, including the Contractor's copy of approved samples.

j. When the QC Manager is the approving authority, forward to the Contracting Officer within 3 working days of approval, two information copies of each approved submittal, except "Samples," where one set is required. Ensure no work has begun until the QC approved submittals for that work are received by the Contracting Officer.

1.4.7 Government's Responsibilities

When the Contracting Officer is the approving authority, the Government will:

a. Note the date on which the submittal was received from the QC Manager, on each submittal for which the Contracting Officer is the approving authority.

b. Review submittals for conformance with the design and compliance with the contract documents within the review period specified.

c. Identify returned submittals with one of the actions defined in the paragraph titled "Actions Possible" and with markings appropriate for the action indicated.

d. Retain three copies of each submittal, except "Samples," where one copy will be retained.

1.4.8 Actions Possible

Submittals shall be returned with one of the following notations:

a. "Not Reviewed": Submittals so marked will indicate the submittal does not have evidence of being reviewed and approved by the Contractor, is not complete, has been previously reviewed and approved, or is not required as a submittal. A submittal marked "Not Reviewed" will be returned with an explanation of the reason

it is not reviewed. Returned submittals deemed to lack review by the Contractor or to be incomplete shall be resubmitted with appropriate action, coordination, or change.

b. "Approved," or "Approved as Submitted": Submittals so marked authorize the Contractor to proceed with the work covered.

c. "Approved as Noted": Submittals so marked authorize the Contractor to proceed with the work as noted provided the Contractor takes no exception to the notations.

d. "Revise and Resubmit" or "Disapproved": Submittals so marked indicate the submittal is incomplete or does not comply with the design or the requirements of the contract documents and shall be resubmitted with appropriate changes. No work shall proceed for this item until the resubmittal is approved.

1.5 FORMAT OF SUBMITTALS

1.5.1 Submittal Transmittal Form

Transmit each submittal, except sample installations and sample panels, to the office of the approving authority. Transmit submittals with a transmittal form prescribed by the Contracting Officer and standard for the project. Each transmittal form shall be consecutively numbered, identify the Contractor, indicate the date of the submittal, and include information prescribed by the transmittal form and required in the paragraph titled "Identifying Submittals." Process transmittal forms to record actions regarding sample panels and sample installations.

1.5.2 Identifying Submittals

Identify submittals, except sample panels and sample installations, with the following information permanently adhered to or noted on each separate component of each submittal and noted on the transmittal form. Mark each copy of each submittal identically, with the following:

a. Project title and location.

b. Construction contract number.

c. The specification section number which requires the submittal.

d. The submittal description (SD) number of each component of the submittal.

e. When a resubmission, an alphabetic suffix on the submittal description, for example, SD-10A, to indicate the resubmission.

f. The name, address, and telephone number of the subcontractor, supplier, manufacturer and any other second tier contractor associated with the submittal.

g. Product identification and location in project.

1.5.3 Format for Product Data

a. Present product data submittals for each Section as a complete, bound volume. Include a table of contents listing page and

catalog item numbers for product data.

b. Indicate, by prominent notation, each product which is being submitted; indicate the specification section number and paragraph number to which it pertains.

c. Supplement product data with material prepared for the project to satisfy submittal requirements for which product data does not exist. Identify this material as developed specifically for the project.

1.5.4 Format for Shop Drawings

a. Shop drawings shall not be less than 8 1/2 by 11 inches nor more than 30 by 42 inches.

b. Present 8 1/2 by 11 inches sized shop drawings as a part of the bound volume for the submittals required by the Section. Present larger drawings in sets.

c. Include on each drawing the drawing title, number, date, and revision numbers and dates, in addition to the information required in the paragraph titled "Identifying Submittals."

d. Dimension drawings, except diagrams and schematic drawings; prepare drawings demonstrating interface with other trades to scale. Identify materials and products for work shown.

1.5.5 Format of Samples

a. Furnish samples in the sizes specified below, unless otherwise specified or unless the manufacturer has prepackaged samples of approximately the same size as specified:

(1) Sample of Equipment or Device: Full size.

(2) Sample of Materials Less Than 2 by 3 inches: Built up to 8 1/2 by 11 inches.

(3) Sample of Materials Exceeding 8 1/2 by 11 inches: Cut down to 8 1/2 by 11 inches and adequate to indicate color, texture, and material variations.

(4) Sample of Linear Devices or Materials: 10 inch length or length to be supplied, if less than 10 inches. Examples of linear devices or materials are conduit and handrails.

(5) Sample of Non-Solid Materials: Pint. Examples of non-solid materials are sand and paint.

(6) Color Selection Samples: 2 by 4 inches.

(7) Sample Panel: 4 by 4 feet.

(8) Sample Installation: 100 square feet.

b. Samples Showing Range of Variation: Where variations are unavoidable due to the nature of the materials, submit sets of samples of not less than three units showing the extremes and

middle of the range.

c. Reusable Samples: Incorporate returned samples into the work only if so specified or indicated. Incorporated samples shall be in undamaged condition at the time of use.

d. Recording of Sample Installation: Note and preserve the notation of the area constituting the sample installation but remove the notation at the final clean up of the project.

1.5.6 Format of Administrative Submittals

a. When the submittal includes a document which is to be used in the project or become a part of the project record, other than as a submittal, do not apply the Contractor's approval stamp to the document, but to a separate sheet accompanying the document.

b. Operation and Maintenance Manual Data: Submit in accordance with Section 01730, "Operation and Maintenance Data." Include components required in that section and the various technical sections.

1.6 QUANTITY OF SUBMITTALS

1.6.1 Number of Copies of Product Data

Submit six copies of product data requiring review and approval only by the QC organization and seven copies of product data requiring review and approval by the Contracting Officer. Submit three copies of product data for operation and maintenance manuals.

1.6.2 Number of Copies of Shop Drawings

Submit shop drawings in compliance with the quantity requirements specified for product data.

1.6.3 Number of Samples

a. Submit two samples, or two sets of samples showing range of variation, of each required item. One approved sample or set of samples will be retained by the approving authority and one will be returned to the Contractor.

b. Submit one sample panel. Include components listed in technical section or as directed.

c. Submit one sample installation, where directed.

d. Submit one sample of non-solid materials.

1.6.4 Number of copies of Administrative Submittals

a. Unless otherwise specified, submit administrative submittals in compliance with the quantity requirements specified for product data.

b. Submit administrative submittals required under "SD-19, Operation and Maintenance Manuals" to conform to Section 01730, "Operation and Maintenance Data."

## 1.7 FORWARDING SUBMITTALS

### 1.7.1 Samples Required of the Contractor

Submit samples to the Resident Officer in Charge of Construction.

### 1.7.2 Shop Drawings and Product Data

As soon as practicable after award of the contract, and before procurement or fabrication, submit, except as specified otherwise, to the Resident Officer in Charge of Construction the shop drawings and product data required in the technical sections of this specification. One copy of the transmittal form for submittals shall be forwarded to the Resident Officer in Charge of Construction. Submit submittals for the following:

a. Testing/Adjusting/Balancing: Heating/Ventilating/Cooling System

b. Fire protection system

c. Fire alarm system

d. Intercommunication system

e. Pad mounted transformers

## 1.8 SCHEDULE OF SUBMITTAL DESCRIPTIONS (SD)

Construction submittals required by the RFP are identified using the following submittal description numbers and titles.

SD-01 Preconstruction Submittals

Submittals which provide calculations, descriptions, schedules or other documentation regarding the work.

Schedule: A tabular list of data or tabular list including location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work. A type of shop drawing.

SD-02 Shop Drawings

Shop Drawings: Submittals which graphically show relationship of various components of the work, schematic diagrams of systems, detail of fabrications, layout of particular elements, connections, and other relational aspects of the work. A type of shop drawing.

Schedule: A tabular list of data or tabular list including location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work. A type of shop drawing.

SD-03 Product Data

Product Data: Data composed of catalog cuts, brochures, circulars, specifications and product data, and printed information in sufficient detail and scope to verify compliance with requirements of the contract documents. A type of product data.

SD-04 Samples

Samples, including both fabricated and unfabricated physical examples of materials, products, and units of work as complete units or as portions of units of work. A type of sample.

Color Selection Samples: Samples of the available choice of colors, textures, and finishes of a product or material, presented over substrates identical in texture to that proposed for the work. A type of sample.

Sample Panels: An assembly constructed at the project site in a location acceptable to the Contracting Officer and using materials and methods to be employed in the work; completely finished; maintained during construction; and removed at the conclusion of the work or when authorized by the Contracting Officer. A type of sample.

Sample Installations: A portion of an assembly or material constructed where directed and, if approved, retained as a part of the work. A type of sample.

SD-05 Design Data

Design calculations, mix designs, analyses, or other data, written in nature and pertaining to a part of the work. A type of shop drawing.

SD-06 Test Reports

Test Report: A report signed by an authorized official of a testing laboratory that a material, product, or system identical to the material, product or system to be provided has been tested in accordance with requirements specified by naming the test method and material. The test report must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. Testing must have been within three years of the date of award of this contract. A type of product data.

Factory Test Report: A written report which includes the findings of a test required to be performed by the Contractor on an actual portion of the work or prototype prepared for this project before it is shipped to the job site. The report must be signed by an authorized official of a testing laboratory and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

Field Test Report: A written report which includes the findings of a test made at the job site, in the vicinity of the job site, or on a sample taken from the job site, on a portion of the work, during or after installation. The report must be signed by an authorized official of a testing laboratory or agency and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

SD-07 Certificates

Certificates: Statements signed by responsible officials of a manufacturer of a product, system, or material attesting that the product, system, or material meet specified requirements. The statements must be dated after the award of this contract, name the project, and list the specific

requirements which it is intended to address. A type of shop drawing.

Statement: A document, required of the Contractor, or through the Contractor by way of a supplier, installer, manufacturer, or other lower tier contractor, the purpose of which is to further the quality or orderly progression of a portion of the work by documenting procedures, acceptability of methods or personnel, qualifications, or other verification of quality. A type of shop drawing.

SD-08 Manufacturer's Instructions

Preprinted material describing installation of a product, system, or material, including special notices and Material Safety Data Sheets, if any, concerning impedances, hazards, and safety precautions. A type of product data.

SD-09 Manufacturer's Field Reports

Reports of inspection and laboratory test, including analysis and interpretation of test results. Each report shall be properly identified. Test methods used and compliance with recognized test standards shall be described.

SD-10 Operation and Maintenance Manuals

Data intended to be incorporated in an Operations and Maintenance Manual. A type of administrative submittal.

SD-11 Close Out Submittals

Documentation to ensure compliance with an administrative requirement or to establish an administrative mechanism. A type of administrative submittal.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

3.1 SUBMITTALS REGISTER INSTRUCTIONS

Use the Submittals Register form to develop the Submittals Register and to track progress of submittals as they are processed. Reproduce the attached form as necessary to develop the Submittals Register. Complete the form as specified in this section and submit to the Contracting Officer for approval.

When the Submittals Register is computer generated, the form is produced with columns (c), (d), (e) and the left side of (f) automatically filled in.

a. Column (c): List each specification section number in which a submittal is required.

b. Column (d): List each submittal description (SD No. and type, e.g. SD-04, Drawings) required in each specification section. Under each submittal description list the materials, products or documents addressed under each submittal description. For a resubmission, add to the submittal description number an alphabetic suffix to indicate resubmission of the particular

submittal (e.g. "SD-04B, Drawings" is the second resubmission of drawings for the particular product or equipment).

c. Column (e): List the primary paragraph in the specification section in which the material, product, or document is described or specified. This listing is to facilitate construction submittal review and should not be construed as limiting the requirements for the material, product, or document.

d. Column (f) left side: List a "G" for Government approved items and leave the space blank for those items approved by the QC Manager.

e. Column (f) right side: Leave this column blank. This column will be filled in by the Government during the conformance review of the design and will identify the specific reviewers within the Government for submittals to be approved by the Government. This column will remain blank for all other submittals.

f. Column (g): Enter dates scheduled for the approving authority to receive submittals. These dates are the scheduled start dates for the submittal review period. The Contractor proposes these dates and the Contracting Officer approves them to establish the approved Submittals Register.

g. Columns (h) and (i): Contractor's use.

Columns (a), (b), (j) and (k) will be used by the Contractor, the QC organization and the Government on their own copies to record data established by the Contractor.

a. Column (a): Enter the activity number associated with the submittal item from the Construction Schedule.

b. Column (b): As submittals are processed, list a consecutive number assigned by Contractor for each definable feature of work. Place this same number in the appropriate block on the "Submittal Transmittal Form." For a resubmission, repeat transmittal control number of the original submittal with an alphabetic suffix (e.g. No. "99B" is the second resubmission of material originally transmitted under Transmittal Control No. 99).

c. Columns (j) and (k): Record result of Contractor's review under action and date of action.

Column (l) through column (q) will be used by Contractor, QC organization, and the Government on their own copies, in the following manner:

<u>Contractor:</u>

a. Column (l): Enter date submittal is delivered to QC organization if QC Manager is approving authority or to the Government via QC organization if Contracting Officer is approving authority.

b. Columns (m) and (n): No entries are required on Contractor's copy.

c. Columns (o) and (p): Enter action and date of action by approving authority as shown on returned submittal.

d. Column (q): Enter date Contractor receives an acted-on or returned submittal.

QC Organization:

a. Column (l): Enter date QC organization receives submittal from Contractor.

b. Columns (m) and (n): When Contracting Officer is approving authority, enter date QC organization forwards certified submittal to Contracting Officer and the date the acted-on submittal is returned from the Contracting Officer. When QC organization is approving authority, leave both columns blank.

c. Columns (o) and (p): When Contracting Officer is approving authority, enter the Government action and date of action as shown on returned submittal. When QC Manager is approving authority, enter QC action and date of action.

d. Column (q): This requires two entries, first enter date QC organization returns submittal to Contractor, regardless of who is approving authority. Second, when QC Manager is approving authority, enter date the information copy is forwarded to the Government or when Contracting Officer is approving authority, enter date acted-on submittal is returned from the Contracting Officer.

Government:

a. Column (l): When Contracting Officer is approving authority, enter date submittal is received from QC organization, otherwise leave blank.

b. Columns (m) and (n): When Contracting Officer is approving authority, enter dates submittal is forwarded to and returned from the specialized reviewer, such as fire protection engineer, architect-engineer, etc. When the QC organization is the approving authority leave both columns blank.

c. Columns (o) and (p): When Contracting Officer is approving authority, enter the Government action and date of action. When QC organization is approving authority, enter QC Manager action and date of action, as indicated on information copy received from the QC organization.

d. Column (q): When Contracting Officer is approving authority, enter date submittal is returned to Contractor via QC organization. When QC Manager is approving authority, enter date submittal information copy is received from the QC organization.

Action Code key for Columns (j) and (o):

NR: Not Reviewed

AN: Approved as Noted

A: Approved

RR: Disapproved; Revise and Resubmit

(Others may be specified by the Transmittal Form)

-- End of Section --

SECTION 01420

REFERENCES
**12/98**

PART 1 GENERAL

1.1 REFERENCES

Reference publications are cited in other sections of the specifications along with identification of their sponsoring organizations. The addresses of the sponsoring organizations are listed below, and if the source of the publications is different from the address of the sponsoring organization, that information is also provided.

AIR-CONDITIONING AND REFRIGERATION INSTITUTE (ARI)
4301 North Fairfax Drive, Suite 425
Arlington, VA 22203
Ph: 703-524-8800
Fax: 703-528-3816
internet: http://www.ari.org
email: ari@ari.org

AIR MOVEMENT AND CONTROL ASSOCIATION, INC. (AMCA)
30 West University Drive
Arlington Heights, IL 60004-1893
Ph: 708-394-0404 (Publications)
Fax: 708-253-0088

AMERICAN ARCHITECTURAL MANUFACTURERS ASSOCIATION (AAMA)
1827 Walden Office Square, Suite 104
Schaumburg, IL 60173-4268
Ph: 847-303-5664 (Publications)
Fax: 847-303-5774
internet: http://www.aamanet.org

AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS (AASHTO)
444 North Capital Street, NW, Suite 249
Washington, DC 20001
Ph: 202-624-5800
Fax: 202-624-5806
internet: http://www.aashto.org

AMERICAN ASSOCIATION OF TEXTILE CHEMISTS AND COLORISTS (AATCC)
1 Davis Drive
P. O. Box 12215
Research Triangle Park, NC 27709-2215
Ph: 919-549-8141
Fax: 919-549-8933

AMERICAN BOILER MANUFACTURERS ASSOCIATION (ABMA)
950 North Glebe Road, Suite 160
Arlington, VA 22203-1824
Ph: 703-522-7350
Fax: 703-522-2665
http://www.abma.com

AMERICAN CONCRETE INSTITUTE (ACI)
P. O. Box 9094
Farmington Hills, MI 48333
Ph: 248-848-3700
Fax: 248-848-3801
internet: http://www.aci-int.org

AMERICAN CONCRETE PIPE ASSOCIATION (ACPA)
222 West Las Colinas Blvd, Suite 641
Irving, TX 75039-5423
Ph: 972-506-7126
Fax: 972-506-7682
internet: http://www.concrete-pipe.org
email: info@concrete-pipe.org

AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS (ACGIH)
1330 Kemper Meadow Drive
Cincinnati, OH 45240
Ph: 513-742-2020
Fax: 513-742-3355
internet: http://www.acgih.org

AMERICAN FOREST & PAPER ASSOCIATION (AFPA)
1111 Nineteenth Street, NW, Suite 800
Washington, DC 20036
Ph: 202-463-2766
Fax: 202-463-2791
internet: http://www.awc.org
email: awcinfo@afandpa.org

AMERICAN GAS ASSOCIATION (AGA)
1515 Wilson Boulevard
Arlington, VA 22209
Ph: 703-841-8400
Fax: 703-841-8406
internet: http://www.aga.com

AMERICAN GEAR MANUFACTURERS ASSOCIATION, INC. (AGMA)
1500 King Street, Suite 201
Alexandria, VA 22314-2730
Ph: 703-684-0211
Fax: 703-684-0242
Order from:
Global Engineering Documents
15 Inverness Lane East
Englewood, CO 80112
Ph: 800-854-7179
Fax: 303-397-2740

AMERICAN HARDBOARD ASSOCIATION (AHA)
1210 West Northwest Highway
Palatine, IL 60067
Ph: 708-934-8800
Fax: 708-934-8803

AMERICAN INSTITUTE OF STEEL CONSTRUCTION (AISC)
One East Wacker Drive, Suite 3100
Chicago, IL 60601-2001
Ph: 312-670-2400/800-644-2400

Fax: 312-670-5403
internet: http://www.aiscweb.com

AMERICAN INSTITUTE OF TIMBER CONSTRUCTION (AITC)
7012 South Revere Parkway, Suite 140
Englewood, CO 80112
Ph: 303-792-9559
Fax: 303-792-0669

AMERICAN IRON AND STEEL INSTITUTE (AISI)
Publication ordering:
P. O. Box 4327
Chestertwon, MD 21690
Ph: 800-277-3850
Fax: 410-810-0910
internet: http://www.steel.org

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
11 West 42nd Street
New York, NY 10036
Ph: 212-642-4900
Fax: 212-398-0023
internet: http://www.ansi.org

AMERICAN PETROLEUM INSTITUTE (API)
1220 "L" Street, NW
Washington, DC 20005
Ph: 202-682-8375
Fax: 202-962-4776
internet: http://www.api.org

AMERICAN PUBLIC HEALTH ASSOCIATION (APHA)
1015 Fifteenth Street, NW, Suite 300
Washington, DC 20005
Ph: 202-789-5600
Fax: 202-789-5661
internet: http://www.apha.org

AMERICAN RAILWAY ENGINEERING ASSOCIATION (AREA)
50 "F" Street, NW
Washington, DC 20001
Ph: 202-639-2100/2122
Fax: 202-639-2986

AMERICAN SOCIETY FOR NONDESTRUCTIVE TESTING, INC. (ASNT)
1711 Arlingate Lane
P. O. Box 28518
Columbus, OH 43228-0518
Ph: 800-222-2768
Fax: 614-274-6899

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Ph: 610-832-9585
Fax: 610-832-9555
internet: http://www.astm.org
email: cservice@astm.org

AMERICAN SOCIETY OF CIVIL ENGINEERS (ASCE)
1801 Alexander Bell Drive
Reston, VA 20191-4400
Ph: 703-295-6300
Fax: 703-295-6444
internet: http://www.asce.org

AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. (ASHRAE)
1791 Tullie Circle, NE
Atlanta, GA 30329-2305
Ph: 404-636-8400/800-527-4723
Fax: 404-321-5478
internet: http://www.ashrae.org

AMERICAN SOCIETY OF MECHANICAL ENGINEERS (ASME)
345 East 47th Street
New York, NY 10017
Ph: 212-705-7722
Fax: 212-705-7739
internet: http://www.asme.org

AMERICAN SOCIETY OF SANITARY ENGINEERING (ASSE)
28901 Clemens Road
Westlake, OH 44145
Ph: 440-835-3040
Fax: 440-835-3488
email: asse@ix.netcom.com

AMERICAN SOD PRODUCERS ASSOCIATION (ASPA)
1855-A Hicks Road
Rolling Meadows, IL 60008
Ph: 847-705-9898
Fax: 847-705-8347
internet: http://turfgrasssod.org

AMERICAN WATER WORKS ASSOCIATION (AWWA)
6666 West Quincy Avenue
Denver, CO 80235
Ph: 303-794-7711
Fax: 303-794-7310
internet: http://www.awwa.org
email: bookstor@awwa.org

AMERICAN WELDING SOCIETY, INC. (AWS)
550 NW LeJeune Road
Miami, FL 33126
Ph: 305-443-9353/800-334-9353
Fax: 305-443-7559
internet: http://www.amweld.org

AMERICAN WOOD-PRESERVERS' ASSOCIATION (AWPA)
3246 Fall Creek Highway, Suite 1900
Grandbury, TX 76049-7979
Ph: 817-326-6300
Fax: 817-326-6306

ANTI-FRICTION BEARING MANUFACTURERS ASSOCIATION (AFBMA)
1200 19th Street, NW

Washington, DC 20036
Ph: 202-429-5155
Fax: 202-223-4579

APA - THE ENGINEERED WOOD ASSOCIATION (APA)
P. O. Box 11700
Tacoma, WA 98411-0700
Ph: 253-565-6600
Fax: 253-565-7265
internet: http://www.apawood.org

ARCHITECTURAL & TRANSPORTATION BARRIERS COMPLIANCE BOARD (ATBCB)
1331 F. Street N.W., Suite 1000
Washington, DC 20004-1111
Ph: 800-872-2253
Fax: 202-272-5447
internet: http://www.access.board

ARCHITECTURAL WOODWORK INSTITUTE (AWI)
1952 Isaac Newton Square
Reston, WA 20190
Ph: 703-733-0600
Fax: 703-733-0584
internet: http://www.awinet.org

ASPHALT INSTITUTE (AI)
Research Park Drive
P. O. Box 14052
Lexington, KY 40512-4052
Ph: 606-288-4960
Fax: 606-288-4999
internet: http://www.asphaltinstitute.org
email: asphalt@asphaltinstitute.org

ASSOCIATED AIR BALANCE COUNCIL (AABC)
1518 "K" Street, NW, Suite 503
Washington, DC 20005
Ph: 202-737-0202
Fax: 202-638-4833

ASSOCIATED GENERAL CONTRACTORS OF AMERICA (AGCA)
1957 E. Street, N.W.
Washington, DC 20006
Ph: 202-393-2040
Fax: 202-347-4004
internet: http://www.agca.org
Email: info@agc.org

ASSOCIATION OF EDISON ILLUMINATING COMPANIES (AEIC)
600 North 18th Street
P. O. Box 2641
Birmingham, AL 35291-0992
Ph: 205-250-2530
Fax: 205-250-2540
internet: http://www.aeic.org
email: veazey-white@apc.com

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS (AHAM)
20 North Wacker Drive, Suite 1500

Chicago, IL 60606
Ph: 312-984-5800
Fax: 312-984-5823
internet: http://www.aham.org

BUILDERS HARDWARE MANUFACTURERS ASSOCIATION, INC. (BHMA)
355 Lexington Avenue, 17th Floor
New York, NY 10017
Ph: 212-661-4261
Fax: 212-370-9047
internet: http://www.buildershardware.com

CANADIAN STANDARDS ASSOCIATION (CAN/CSA)
178 Rexdale Blvd.
Rexdale (Toronto), ON
M9WIR3
Ph: 416-747-4000/800-463-6727
Fax: 416-747-4149
internet: http://www.csa.ca
email: sales@csa.ca

CARPET AND RUG INSTITUTE (CRI)
310 Holiday Ave.
P. O. Box 2048
Dalton, GA 30722-2048
Ph: 706-278-0232
internet: http://www.carpet-rug.com
email: carpet@gcigroup.com

CAST IRON SOIL PIPE INSTITUTE (CISPI)
5959 Shallowford Road, Suite 419
Chattanooga, TN 37421
Ph: 615-892-0137
Fax: 615-892-0817

CEILINGS & INTERIOR SYSTEMS CONSTRUCTION ASSOCIATION (CISCA)
1500 Lincoln Highway, Suite 202
St. Charles, IL 60174
Ph: 708-584-1919
Fax: 708-584-2003

CENTERS FOR DISEASE CONTROL (CDC)
1600 Clifton Road, NE
Atlanta, GA 30333
Ph: 404-639-3311
Fax: 404-639-2294
internet: http://www.cdc.gov
email: netinfo@cdc.gov

CHEMICAL FABRICS & FILM ASSOCIATION, INC. (CFFA)
order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115
Ph: 216-241-7333
Fax: 216-241-0105
internet: http://www.taol.com/cffa
email: cffa@taol.com

CODE OF FEDERAL REGULATIONS (CFR)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

CODE OF MARYLAND REGULATIONS (COMAR)
Maryland Department of the Environment
Broening Highway
Baltimore, MD 21224
Ph: 410-631-3230

COMMERCIAL ITEM DESCRIPTIONS (CID)
Defense Printing Service (DPS)
ATTN: Customer Service
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph: 215-697-2179/2664
Fax: 215-697-2978/1462
internet: http://www.dodssp.daps.mil

COMMONWEALTH OF PUERTO RICO, DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS, HIGH AUTHORITY
G. P. O. 3909
San Juan, PR 00936
Ph: not available
Fax: not available

COMPRESSED AIR AND GAS INSTITUTE (CAGI)
Order from:
Thomas Associates, Inc.
1300 Sumner Avenue
Cleveland, OH 44115
Ph: 216-241-7333
Fax: 216-241-0105
internet: http://www.taol.com/cagi
email: cagi@taol.com

COMPRESSED GAS ASSOCIATION, INC. (CGA)
1725 Jefferson Davis Highway, Suite 1004
Crystal Square Two, 10th Floor
Arlington, VA 22202
Ph: 703-412-0900
Fax: 703-412-0128
Fax: 703-413-4341 (using Visa or Master Charge)
internet: http://www.cganet.com
email: customer_service@cganet.com

COOLING TOWER INSTITUTE (CTI)
530 Wells Fargo Drive, Suite 218
Houston, TX 77090
Ph: 713-583-4087
Fax: 713-537-1721
internet: http://www.cti.org

COPPER DEVELOPMENT ASSOCIATION (CDA)

260 Madison Avenue
New York, NY 10016
Ph: 212-251-7200
Fax: 212-251-7234
internet: http://www.copper.org

CORPS OF ENGINEERS (COE)
U. S. Army Engineer Waterways Experiment Station
ATTN: Technical Report Distribution Section, Services Branch, TIC
3909 Halls Ferry Road
Vicksburg, MS 39180-6199
Ph: 601-634-2355
Fax: 601-634-2542

CRANE MANUFACTURERS ASSOCIATION OF AMERICA (CMAA)
Material Handling Institute
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217
Ph: 704-522-8644
Fax: 704-522-7826
internet: http://www.mhia.org

DEFENSE COMMUNICATIONS AGENCY (DCA)
Army Publications Distribution Center
Distribution Operations Facilities
1655 Woodson Road
St. Louis, MO 63114
Ph: 314-263-7305
Fax: 31-263-7395

DEFENSE INTELLIGENCE AGENCY MANUAL (DIAM)
Director, Defense Intelligence Agency
Attn: RTS-2D
4600 Silver Hill Road
Washington, DC 20340-3081
Ph: 757-444-4634
Fax: 757-444-9892

DEFENSE LOGISTICS AGENCY (DLA)
DLA Administration Support Center
Attn: DASC-WDM Publication Distribution
8725 John J. Kingman Road, Suite 4235
Fort Belvoir, VA 22060-6221
Ph: 703-767-5100
Fax: DSN 427-7703

DEPARTMENT OF AGRICULTURE (DOA)
Soil Conservation Service, USDA
P. O. Box 2890
Washington, DC 20013
Ph: 202-720-8518/5157
Fax: 202-690-1013

DEPARTMENT OF DEFENSE (DOD)
Order from:
National Technical Information Service
U.S. Department of Commerce
Springfield, VA 22161
Ph: 800-553-6847

Fax: 800-605-6900
internet: http://www.ntis.gov

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)
P. O. Box 6091
Rockville, MD 20850
Ph: 301-251-5154
Ph: 800-767-7468/800-245-2691
internet: http://www.hud.gov

DEPARTMENT OF TRANSPORTATION (DOT)
Publications Section
3341 "Q" 75th Avenue
Landover, MD 20785
Ph: 301-322-4961
Fax: 301-386-5394

DIESEL ENGINE MANUFACTURERS ASSOCIATION (DEMA)
30200 Detroit Road
Cleveland, OH 44145
Ph: 216-899-0010
Fax: 216-892-1404

DISTRICT OF COLUMBIA DEPARTMENT OF TRANSPORTATION (DCDOT)
2000 14th Street, NW
6th Floor
Washington, DC 20009
Ph: 202-939-8000
Fax: 202-939-8181

DISTRICT OF COLUMBIA MUNICIPAL REGULATIONS (DCMR)
Office of Documents and Administrative Issuances
441 4th Street, NW
Suite 520 South
Washington, DC 20001
Ph: 202-645-6080

DOOR AND HARDWARE INSTITUTE (DHI)
14170 Newbrook Drive
Chantilly, VA 22021-2223
Ph: 703-222-2010
Fax: 703-222-2410

ELECTRONIC INDUSTRIES ASSOCIATION (EIA)
2500 Wilson Blvd.
Arlington, VA 22201-3834
Ph: 703-907-7500
Fax: 703-907-7501
Order from:
Global Engineering Documents
15 Inverness Lane East
Englewood, CO 80112
Ph: 800-854-7179
Fax: 303-397-2740
internet: http://www.eia.org

ENVIRONMENTAL PROTECTION AGENCY (EPA)
Public Information Center
401 "M" Street, SW

Washington, DC 20460
Ph: 202-260-7751/800-490-9198
Fax: 202-260-6257
internet: http://www.epa.gov

ETL TESTING LABORATORIES (ETL)
Industrial Park
Route 11
Courtland, NY 13045
Ph: 607-753-6711
Fax: 607-756-9891

EIFS INDUSTRY MEMBERS ASSOCIATION (EIMA)
3000 Corporate Center Drive, Suite 270
Morrow, GA 30260
Ph: 800-244-3462
Fax: 770-968-5818

FACTORY MUTUAL ENGINEERING AND RESEARCH CORPORATION (FM)
1151 Boston-Providence Turnpike
P. O. Box 9102
Norwood, MA 02062-9957
Ph: 781-255-4200
Fax: 781-255-4218
internet: http://www.factorymutual.com

FEDERAL AVIATION ADMINISTRATION (FAA)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

FEDERAL COMMUNICATIONS COMMISSION (FCC)
Superintendent of Documents
P. O. Box 371954
Pittsburg, PA 15250-7954
Ph: 202-512-1800
Fax: 202-512-2250
internet: http://www.access.gpo.gov/su_docs

FEDERAL HIGHWAY ADMINISTRATION (FHWA)
Office of Highway Safety (HHS-31)
400 Seventh St., SW
Washington, DC 20590-0001
Ph: 202-366-0411
Fax: 202-366-2249
Order from:
Government Printing Office
Superintendent of Documents
Washington, DC 20402
Ph: 202-783-3238

FEDERAL SPECIFICATIONS (FS)
Defense Printing Service (DPS)
Building 4D
700 Robbins Avenue
Philadelphia, PA 19111-5094