| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 Story/Basement | | | Giroux | | WCC | | WCC | | WCC | |
| 245 Extension-Naval | | | (32) Louvers | | (33) Signs | | (34) Fire Extinguishe | | (35) Projection Scre | |
| Post Grad School | | | | | FOB | | FOB | | FOB | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 0 | | 8,900 | | 1,800 | | 4,800 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | 0 | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | 8,900 | | 1,800 | | 4,800 |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2 Story/Basement** | | | simas | | wcc | | jbk | | jbk | |
| **245 Extension-Naval** | | | **(36) Blinds** | | **(37) Fire Sprinkler** | | **(38) Plumbing** | | **(39) Wet HVAC** | |
| **Post Grad School** | | | | | | | | | | |
| | | | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** |
| **Base Bid** | | **Estimate** | **0** | | **0** | | **0** | | **0** | |
| **Total Job** | | **Actual** | | **12,110** | | **66,300** | | **565,000** | | **0** |
| | | | | | | | | | | |
| **Item** | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | 12,110 | | | | | | |
| 13 | | | | | | | | 226,000 | | |
| 14 | | | | | | | | 339,000 | | |
| 15 | | | | | | 66,300 | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 2 Story/Basement 245 Extension-Naval Post Grad School | | | jbk (40) HVAC | | ATC (41) Controls | | raglan (42) Air Balance | | Miracle (43) Elec/Alarm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 0 | | 98,252 | | 19,185 | | 576,000 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | 98,252 | | 19,185 | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | 284,000 |
| 17 | | | | | | | | | | 284,000 |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | 8,000 |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 2 Story/Basement 245 Extension-Naval Post Grad School | | | Otis (44) Elevator | | Newcom (45) Tel/Comm | | SUBTOTALS | | INDIRECT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 56,000 | | 92,408 | | 4,180,786 | | 306,354 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | 117,610 | | |
| 2 | | | | | | | | 0 | | |
| 3 | | | | | | | | 34,578 | | |
| 4 | | | | | | | | 407,264 | | |
| 5 | | | | | | | | 106,930 | | |
| 6 | | | | | | | | 56,470 | | |
| 7 | | | | | | | | 35,400 | | |
| 8 | | | | | | | | 552,774 | | |
| 9 | | | | | | | | 34,800 | | |
| 10 | | | | | | | | 21,700 | | |
| 11 | | | | | | | | 217,100 | | |
| 12 | | | | | | | | 275,455 | | |
| 13 | | | | | | | | 226,000 | | |
| 14 | | | | | | | | 457,437 | | |
| 15 | | | | | | | | 66,300 | | |
| 16 | | | | | | | | 284,000 | | |
| 17 | | | | | | 92,408 | | 376,408 | | |
| 18 | | | | | | | | 20,300 | | |
| 19 | | | | 56,000 | | | | 56,000 | | |
| 20 | | | | | | | | 255,000 | | |
| 21 | | | | | | | | 114,310 | | |
| 22 | | | | | | | | 95,000 | | |
| 23 | | | | | | | | 8,000 | | |
| 24 | | | | | | | | 121,800 | | 306,354 |
| 25 | | | | | | | | 240,150 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 Story/Basement | | | | | MU= | 0.075 | | |
| 245 Extension-Naval | | | BASE | | MARK UP | | TOTAL BID | |
| Post Grad School | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 29,403 | | 338,741 | | 4,855,284 |
| | | | | | | | | |
| Item | | | | | | | | |
| 1 | | | | | | 8,820 | | 126,430 |
| 2 | | | | | | 0 | | 0 |
| 3 | | | | | | 2,593 | | 37,171 |
| 4 | | | | | | 30,545 | | 437,809 |
| 5 | | | | | | 8,020 | | 114,950 |
| 6 | | | | | | 4,235 | | 60,705 |
| 7 | | | | | | 2,655 | | 38,055 |
| 8 | | | | | | 41,458 | | 594,232 |
| 9 | | | | | | 2,610 | | 37,410 |
| 10 | | | | | | 1,628 | | 23,328 |
| 11 | | | | | | 16,283 | | 233,383 |
| 12 | | | | 29,403 | | 22,864 | | 327,722 |
| 13 | | | | | | 16,950 | | 242,950 |
| 14 | | | | | | 34,308 | | 491,745 |
| 15 | | | | | | 4,973 | | 71,273 |
| 16 | | | | | | 21,300 | | 305,300 |
| 17 | | | | | | 28,231 | | 404,639 |
| 18 | | | | | | 1,523 | | 21,823 |
| 19 | | | | | | 4,200 | | 60,200 |
| 20 | | | | | | 19,125 | | 274,125 |
| 21 | | | | | | 8,573 | | 122,883 |
| 22 | | | | | | 7,125 | | 102,125 |
| 23 | | | | | | 600 | | 8,600 |
| 24 | | | | | | 32,112 | | 460,266 |
| 25 | | | | | | 18,011 | | 258,161 |

| 3 Story/No Basement | | | cte | | m + p | | wcc | | wcc | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (3) Quality Control | | (4) Design | | (5) Earthwork | | (6) Utilities | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 121,800 | | 240,150 | | 140,000 | | 95,000 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | 140,000 | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | 95,000 |
| 23 | | | | | | | | | | |
| 24 | | | | 121,800 | | | | | | |
| 25 | | | | | | 240,150 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 Story/No Basement | | | wcc | | wcc | | Mal | | wcc | |
| 245 Extension-Naval | | | (7) Paving | | (7A) Striping | | (8) Caissons | | (9) Landscaping | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 28,900 | | 690 | | 115,000 | | 41,000 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | 115,000 | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | 28,900 | | 690 | | | | 41,000 |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement | | | wcc | | wcc | | blue | | wcc | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (10) Concrete | | (11) Reinforcing | | (12) Struct Steel | | (13) Finish Carp | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 319,785 | | 44,900 | | 392,817 | | 5,400 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | 93,665 | | 14,900 | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | 27,520 | | 4,400 | | | | |
| 4 | | | | 158,730 | | 25,600 | | 219,815 | | |
| 5 | | | | | | | | 113,220 | | |
| 6 | | | | | | | | 59,782 | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | 5,400 |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | 39,870 | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **3 Story/No Basement** | | | wcc | | wsp | | wcc | | wcc | |
| **245 Extension-Naval** | | | **(14) Insulation** | | **(15) Roofing** | | **(15A) Waterproofing** | | **(16) Flashing** | |
| **Post Grad School** | | | | | | | | | | |
| | | | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** |
| **Base Bid** | | **Estimate** | **0** | | **0** | | **0** | | **0** | |
| **Total Job** | | **Actual** | | **42,200** | | **21,700** | | **0** | | **4,100** |
| | | | | | | | | | | |
| **Item** | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | 0 | | 4,100 |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | 21,700 | | | | |
| 11 | | | | 42,200 | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **3 Story/No Basement** | | | wcc | | wcc | | diamond | | Arch Al Sys | |
| **245 Extension-Naval** | | | **(17) Firestopping** | | **(18) Sealants** | | **(19) DR/FR/HW** | | **(20) Glass** | |
| **Post Grad School** | | | | | | | **FOB** | | | |
| | | | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** |
| **Base Bid** | | **Estimate** | **0** | | **0** | | **0** | | **0** | |
| **Total Job** | | **Actual** | | **1,000** | | **3,000** | | **32,400** | | **715,000** |
| | | | | | | | | | | |
| **Item** | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | 672,490 |
| 9 | | | | | | | | | | 42,510 |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | 32,400 | | |
| 12 | | | | | | 3,000 | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | 1,000 | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement | | | Arch Al Sys | | dynamic | | wcc | | dynamic | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (20A) Sunshades | | (21) Drywall | | (22) Mount Partition | | (23) Acoustical Ceili | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 0 | | 257,000 | | 14,000 | | 0 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | 0 | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | 128,500 | | 14,000 | | |
| 12 | | | | | | 128,500 | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement | | | wcc | | fiberglass | | wcc | | simas | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (24) Ceramic | | (25) Fiberglass Floor | | (26) Stone Floor | | (27) Carpet | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 10,000 | | 0 | | 20,300 | | 48,145 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | 10,000 | | 0 | | | | 48,145 |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | 20,300 | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **3 Story/No Basement** | | | gd | | wcc | | wcc | | wcc | |
| **245 Extension-Naval** | | | **(28) Painting** | | **(29) Marker Board** | | **(30) Toilet Partition** | | **(31) Toilet Accessori** | |
| **Post Grad School** | | | | | **FOB** | | **FOB** | | **FOB** | |
| | | | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** | **Plug** | **Actual** |
| **Base Bid** | | **Estimate** | **0** | | **0** | | **0** | | **0** | |
| **Total Job** | | **Actual** | | **45,000** | | **2,800** | | **2,000** | | **3,000** |
| | | | | | | | | | | |
| **Item** | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | 45,000 | | 2,800 | | 2,000 | | 3,000 |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement | | | Arch Al Sys | | wcc | | wcc | | wcc | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (32) Louvers | | (33) Signs | | (34) Fire Extinguishe | | (35) Projection Scre | |
| Post Grad School | | | | | FOB | | FOB | | FOB | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 0 | | 8,900 | | 1,800 | | 4,800 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | 0 | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | 8,900 | | 1,800 | | 4,800 |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement | | | simas | | wcc | | jbk | | jbk | |
|---|---|---|---|---|---|---|---|---|---|---|
| 245 Extension-Naval | | | (36) Blinds | | (37) Fire Sprinkler | | (38) Plumbing | | (39) Wet HVAC | |
| Post Grad School | | | | | | | | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 18,126 | | 66,300 | | 565,000 | | 0 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | 18,126 | | | | | | |
| 13 | | | | | | | | 226,000 | | |
| 14 | | | | | | | | 339,000 | | |
| 15 | | | | | | 66,300 | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement 245 Extension-Naval Post Grad School | | | jbk (40) HVAC | | ATC (41) Controls | | raglan (42) Air Balance | | Miracle (43) Elec/Alarm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 0 | | 98,252 | | 19,185 | | 576,000 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | 98,252 | | 19,185 | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | 284,000 |
| 17 | | | | | | | | | | 284,000 |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | 8,000 |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

| 3 Story/No Basement 245 Extension-Naval Post Grad School | | | Otis (44) Elevator | | Newcom (45) Tel/Comm | | SUBTOTALS | | INDIRECT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Plug | Actual | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 56,000 | | 92,408 | | 4,273,858 | | 306,354 |
| | | | | | | | | | | |
| Item | | | | | | | | | | |
| 1 | | | | | | | | 108,565 | | |
| 2 | | | | | | | | 115,000 | | |
| 3 | | | | | | | | 31,920 | | |
| 4 | | | | | | | | 404,145 | | |
| 5 | | | | | | | | 113,220 | | |
| 6 | | | | | | | | 59,782 | | |
| 7 | | | | | | | | 4,100 | | |
| 8 | | | | | | | | 672,490 | | |
| 9 | | | | | | | | 42,510 | | |
| 10 | | | | | | | | 21,700 | | |
| 11 | | | | | | | | 217,100 | | |
| 12 | | | | | | | | 281,471 | | |
| 13 | | | | | | | | 226,000 | | |
| 14 | | | | | | | | 457,437 | | |
| 15 | | | | | | | | 66,300 | | |
| 16 | | | | | | | | 284,000 | | |
| 17 | | | | | | 92,408 | | 376,408 | | |
| 18 | | | | | | | | 20,300 | | |
| 19 | | | | 56,000 | | | | 56,000 | | |
| 20 | | | | | | | | 140,000 | | |
| 21 | | | | | | | | 110,460 | | |
| 22 | | | | | | | | 95,000 | | |
| 23 | | | | | | | | 8,000 | | |
| 24 | | | | | | | | 121,800 | | 306,354 |
| 25 | | | | | | | | 240,150 | | |

| 3 Story/No Basement 245 Extension-Naval Post Grad School | | | BASE | | MU= | 0.08 | TOTAL BID | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MARK UP | | | |
| | | | Plug | Actual | Plug | Actual | Plug | Actual |
| Base Bid | | Estimate | 0 | | 0 | | 0 | |
| Total Job | | Actual | | 29,403 | | 368,769 | | 4,978,384 |
| | | | | | | | | |
| Item | | | | | | | | |
| 1 | | | | | | 8,684 | | 117,249 |
| 2 | | | | | | 9,200 | | 124,200 |
| 3 | | | | | | 2,554 | | 34,474 |
| 4 | | | | | | 32,332 | | 436,477 |
| 5 | | | | | | 9,058 | | 122,278 |
| 6 | | | | | | 4,783 | | 64,565 |
| 7 | | | | | | 328 | | 4,428 |
| 8 | | | | | | 53,799 | | 726,289 |
| 9 | | | | | | 3,401 | | 45,911 |
| 10 | | | | | | 1,736 | | 23,436 |
| 11 | | | | | | 17,368 | | 234,468 |
| 12 | | | | 29,403 | | 24,870 | | 335,744 |
| 13 | | | | | | 18,080 | | 244,080 |
| 14 | | | | | | 36,595 | | 494,032 |
| 15 | | | | | | 5,304 | | 71,604 |
| 16 | | | | | | 22,720 | | 306,720 |
| 17 | | | | | | 30,113 | | 406,521 |
| 18 | | | | | | 1,624 | | 21,924 |
| 19 | | | | | | 4,480 | | 60,480 |
| 20 | | | | | | 11,200 | | 151,200 |
| 21 | | | | | | 8,837 | | 119,297 |
| 22 | | | | | | 7,600 | | 102,600 |
| 23 | | | | | | 640 | | 8,640 |
| 24 | | | | | | 34,252 | | 462,406 |
| 25 | | | | | | 19,212 | | 259,362 |

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. N62474-00-R-3035 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 11 DEC 2000 | PAGE OF PAGES 1 OF 2 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| N62474-00-C-3035 | | |

| 7. ISSUED BY CODE N62474 | 8. ADDRESS OFFER TO |
|---|---|
| ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006 | ENGINEERING FIELD ACTIVITY WEST<br>NAVAL FACILITIES ENGINEERING COMMAND<br>ATTN: A. T. LAWRENCE, CODE 0212ATL<br>BLDG 205, 1ST FLOOR<br>900 COMMODORE DRIVE<br>SAN BRUNO, CA 94066-5006<br><br>MARK SUBMITTAL: "PROPOSAL ENCLOSED" |

| 9. FOR INFORMATION CALL: ▶ | A. NAME A. T. LAWRENCE | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* e-mail: LawrenceAT@efawest.navfac.navy.mil |
|---|---|---|

## SOLICITATION

NOTE: *In sealed bid solicitations "offer" and offeror" mean bid" and bidder".*

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Design-build of the Building 245 Extension at the Naval Postgraduate School, Monterey, California

Work includes the design and construction of a basement with two story aboveground office/classroom building, or a three story aboveground office/classroom building with connecting bridge to the existing building, site grading and improvements, utilities improvements and relocation, asphalt concrete for vehicular traffic, site lighting, landscaping and incidental related work.

Offeror shall state that its price proposal is for "a basement with two story aboveground office/classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building". If the offeror does not specifically state that its price proposal is for "a basement with two story aboveground office/ classroom building" or "a three story aboveground office/classroom building with connecting bridge to the existing building", then its price proposal will be considered as non-responsive, and will not be considered.

Note: Offerors must execute Blocks 14 through 20C on Page 2 of this SF 1442.

11. The Contractor shall begin performance within 15 calendar days and complete it within TBD calendar days after receiving ☒ award, ☐ notice to proceed. This performance is ☒ mandatory, ☐ negotiable. *(See ____________ ____________.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* YES | 12B. CALENDAR DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00 P M *(hour)* local time 8 May 2001 *(date)*. If this is a sealed bid solicitation offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is ☐ not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

WEST COAST CONTRACTORS OF NEVADA
7785 WHITE FIR STREET
RENO, NV 89523

15. TELEPHONE NO (Include area code)
775-747-7774

16. REMITTANCE ADDRESS (Include only if different from item 14)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirements stated in item 13D. Failure to insert any number means the offeror accepts the minimum in item 13D.)

AMOUNTS ► 4,493,767.00/100

18. The offeror agrees to furnish any required performance and payment bonds

19. ACKNOWLEDGEMENT OF AMENDMENTS

(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 1 | 2 | 3 | 4 | 5 | 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 12/19/00 | 1/10/01 | 1/12/01 | 3/19/01 | 3/29/01 | 4/10/01 | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
ANDY RAMIREZ - VICE PRESIDENT

20B. SIGNATURE
[signature]

20C. OFFER DATE
5/8/01

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:
See Continuation Sheet.

22. AMOUNT
$4,978,384.00

23. ACCOUNTING AND APPROPRIATION DATA
AA 1701051205 2511 0321 11211 0 068732 2A 000000 AA0C30350000 $4,978,384.00

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ► ITEM 27

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

26. ADMINISTERED BY
Ms. Kathy Norggard (831) 656-3454
ROICC MONTEREY
NAVAL POST GRADUATE SCHOOL
1 UNIVERSITY CIRCLE, BLDG.2220, RM. 64
MONTEREY, CA 93943-5220

27. PAYMENT WILL BE MADE BY
DFAS OAKLAND VIA SAN DIEGO
CODE MAMB-EFD
P O BOX 429100
SAN DIEGO CA 92142

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications and specifications incorporated by reference or attached to this contract.

29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)
Mario R. Ramirez, President

31A. NAME OF CONTRACTING OFFICER (Type or print)
DIANA M. GUSTAFSON
Contracting Officer

30B. SIGNATURE
[signature]

30C. DATE
6/29/01

31B. UNITED STATES OF AMERICA
BY [signature: Diana M Gustafson]

31C. AWARD DATE
6/29/01

STANDARD FORM 1442 BACK (REV. 4-85)

**Merritt+Pardini**

Architecture
Urban Design
Planning
Interior Design

**Memorandum:**

Mario;

The following is the revised number for the design portion of the Monterey Postgraduate school addition. The numbers have been revised to address the potential of the addition being constructed above ground on a pile supported slab-on-grade. In addition we have provided itemized projections of fees for construction services which may be evaluated at a later date dependant upon your specific requirements or the clients needs.

We have additional included additional funds within the Architectural portion which we feel are necessary to address the concerns expressed or implied by the Navy's continuing discussions.

**Architecture and Project Management:**

| | |
|---|---|
| Architectural Design Services | $115,000 |
| Construction Phase Services* | $25,000 |

**Structural Engineering:**

| | |
|---|---|
| Structural Engineering Design: | $33,600 |
| Pile foundation Design & Drafting $5,000 | |
| Construction Phase Services | $10,200 |

**Civil Engineering:**

| | |
|---|---|
| Civil Engineering Design** | $18,700 |
| Site Visits** | $1,850 |

**Landscape Architecture:**

| | |
|---|---|
| Design Development | $4,200 |
| Construction Documents | $11,800 |
| Construction phase Services | $4,100 |

74

**Mechanical Engineering:**

Mechanical Engineering Design***
$28,600
Construction Phase Services $8,500

**Electrical Engineering:**

Electrical Engineering Design***
$20,900
Construction Phase Services $7,200

- Includes (1) site visit/month for 11 month construction schedule – does NOT include reimbursable expenses such as lodging (if required) or air fare

** Does not include off-site improvements, stormwater detention or treatment systems or site visits during construction.

*** Does NOT include any travel time as required/requested for site visits, review meetings or design presentations

**Meeting Minutes as Recorded**

240,150

JH

# SUBCONTRACT AGREEMENT

**PROJECT** **NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION MONTEREY, CALIFORNIA – OWNER CONTRACT NO. N62474-00-C-3035**

**CODE NO.** **15400**

RECEIVED
OCT 11 2001
WEST COAST CONTRACTORS
RENO OFFICE

**SUBCONTRACT NO. 824-12**

THIS AGREEMENT, made this **29th** day of **JUNE 2001** by and between **Johnson Plumbing, 1560 Industrial Way Sparks, NV 89431, P: 775-351-2293 F: 775-351-2294,** hereinafter called Subcontractor, including its heirs, executors and successors, and assigns, **WEST COAST CONTRACTORS OF NEVADA, INC.**, hereinafter called Contractor, including its heirs, executors and successors, and assigns, WITNESSETH:

**SECTION 1. PROJECT DESCRIPTION.** Subcontractor agrees to furnish all necessary material, labor, tools, equipment and supplies necessary to perform all work set forth in **Exhibit "A"** entitled **Scope of Work** hereof in the construction of **NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION, 1 UNIVERSITY CIRCLE, MONTEREY, CA 93943-5220** hereinafter called project, for the **ENGINEERING FIELD ACTIVITY WEST (EFAW), NAVAL FACILITES ENGINEERING COMMAND, 900 COMMODORE DRIVE, BLDG. 205, SAN BRUNO, CA 94066-5006,** hereinafter called Owner, in accordance with the terms and provisions of the Contract between Owner and Contractor, dated **JUNE 29, 2001,** including all the General and Special Conditions, Drawings and Specifications and other Documents forming, or by reference made, a part of said Contract hereinafter called the General Contract, all of which shall be considered part of this Subcontract by this reference thereto, and Subcontractor agrees to be bound to Contractor and Owner by the terms and provisions thereof.

**SECTION 2. WORK TO BE PERFORMED.** It is agreed that the materials to be furnished and work to be performed by this Subcontractor are outlined in the attached **Exhibit "A"** entitled **Scope of Work.**

**REGARDLESS OF THE PROVISIONS IN THE GENERAL CONTRACT, SUBCONTRACTOR SHALL FURNISH AND PAY FOR ALL LAYOUT, BACKING, TESTING, SCAFFOLDING AND PLANKING, LIFTS, HOISTING OF MEN AND MATERIALS, TEMPORARY HEAT, POWER AND LIGHTS REQUIRED FOR WORK TO BE PERFORMED UNDER THIS SUBCONTRACT.**

If material is to be furnished but is not required to be installed under this Subcontract, such material is to be delivered F.O.B.:
**NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION, 1 UNIVERSITY CIRCLE, MONTEREY, CA 93943-5220**

**SECTION 3. PAYMENTS.** Contractor shall pay Subcontractor for furnishing the materials and performing the work, as specified herein, the sum of **THREE HUNDRED FORTY THOUSAND DOLLARS AND NO/100 ($340,000.00),** subject to additions and deductions for changes agreed upon or determined as hereinafter provided. Partial payments will be made to Subcontractor in an amount equal to 90 percent of the value of work and materials incorporated in the construction as estimated by Owner's representative, less previous payments, but such partial payments shall not become due to subcontractor until 10 days after contractor receives payment from Owner. Upon complete performance of this Subcontract by Subcontractor and final approval and acceptance thereof by Owner, Contractor will make final payment to Subcontractor of the balance due under this Subcontract within 35 days after full payment for such work and materials has been received by Contractor from Owner. Regardless of the reason for any delay or failure by Owner to pay Contractor for such work and materials, receipt by Contractor of payment from Owner is an express condition precedent to the obligation of Contractor to make any payments to Subcontractor specified herein.



WCC SUBCONTRACTOR

56

No partial payment to Subcontractor shall operate as approval of acceptance of work done or materials furnished under this Subcontract. If this Subcontract provides for payment for work to be performed on a unit price basis, Subcontractor agrees to be bound by Owner's measurement of the quantity of work; however, if Owner does not provide any measurement of work, Subcontractor agrees to be bound by Contractor's measurement of the work. Any partial payment or payments made by Contractor to Subcontractor will be subject to final audit and adjustment and Subcontractor agrees to reimburse Contractor for any overpayment. Acceptance by Subcontractor of final payment shall release Contractor and its surety of all claims arising under or by virtue of this Subcontract except those claims previously submitted in writing by Subcontractor. As between the parties hereto and except as expressly provided otherwise in this Agreement, Subcontractor accepts the price or prices set forth herein as full compensation for doing all work and furnishing all materials contemplated and embraced in this Subcontract; for all loss or damage arising out of the nature of the work aforesaid or from the action of the elements or from any unforeseen difficulties or obstructions which may arise or be encountered in the prosecution of the work until its acceptance by Owner; for all risks of every description connected with the work; for all expense incurred by or in consequence of the suspension or discontinuance of the work; and for faithfully completing work and the whole thereof in the manner and according to the requirements of Contractor and Owner and Owner's representative.

Contractor may deduct from any amounts due or to become due to Subcontractor any sum or sums owing by Subcontractor to Contractor whether or not arising under this Subcontract and in the event of any breach of Subcontractor of any provision or obligation of this Subcontract, or in the event of the assertion by other parties of any claim of lien against Contractor or its surety or the construction site arising out of Subcontractor's performance of this Subcontract. Contractor shall have the right, but is not required, to retain out of any payments due or to become due to Subcontractor an amount sufficient to completely protect Contractor from any and all loss, damage or expense therefrom until the situation has been remedied or adjusted by Subcontractor to the satisfaction of Contractor.

Contractor reserves the right to make payment by joint check or by direct check to Subcontractor and Subcontractor's materialmen or subcontractors or any person who has right of action against Contractor or its surety under any law. Contractor reserves the right to determine the manner and amount of payment to be made.

Subcontractor shall furnish, if requested by Contractor, sworn affidavits from time to time, in accordance with the form provided by Contractor, which shall state amounts due or to become due and amounts paid to suppliers and other parties contractually related with Subcontractor with respect to labor and materials furnished or to be furnished under this Subcontract.

Subcontractor agrees and covenants that money received for the performance of this Subcontract shall be used solely for the benefit of persons and firms supplying labor, materials, supplies, tools, machines, equipment, plant or services exclusively for this project in connection with this Subcontract and having the right to assert liens or other claims against the land, improvements or funds involved in the Project or against any bond or other security posted by Contractor or Owner, that any money paid to Subcontractor pursuant to this subcontract shall immediately become and constitute a trust fund for the benefit of said persons and firms, and shall not in any instance be directed by Subcontractor to any other purpose until all obligations arising hereunder have been fully discharged and all claims arising therefrom have been fully paid.

No payments will be made until the signed subcontract agreement and insurance certificates are received by this office. Subcontractor will conform with the prevailing wage requirements, an outline is available upon request. Certified payroll is required weekly. Subcontractor agrees as a condition precedent to payment hereunder, to furnish Contractor with such partial or final releases of claims or waivers of Lien as Contractor may from time to time request.

If at any time Contractor, at its sole discretion, shall determine that Subcontractor's financial condition has become unstable or unsatisfactory, Subcontractor shall furnish additional security satisfactory to Contractor within three days after written demand therefore is delivered to Subcontractor, and, in default of furnishing said additional security, Contractor shall have the option to terminate Subcontractor's right to proceed or to initiate such other action as Contractor may, at its sole discretion, deem necessary for the protection or preservation of its interests and the prevention of delay in the progress of work on the Project, including but not limited to the work to be performed by Subcontractor hereunder. In the event of such cancellation, the rights of Contractor shall be the same as if Subcontractor had willfully refused to further perform the Subcontract.



WCC

Subcontractor

**SECTION 4. RETENTION REDUCTIO'** 'f at any time prior to final payment hereunder Owr educes the amount of retention held from Contractor, Contractor may, at its sole discretion, without the consent of Subcontractor's Surety, reduce accordingly the retained percentage withheld from Subcontractor.

**SECTION 5. CHANGES AND EXTRA WORK.** (a) Contractor may, at any time by written order and without notice to Subcontractor's Surety, make changes in, additions to and omissions from the work to be performed and materials to be furnished under this Subcontract, and shall make an appropriate adjustment in the subcontract price and time of performance. If Subcontractor shall disagree with such adjustment, Subcontractor shall give written notice to Contractor any further adjustment shall be agreed upon in writing by the parties hereto but Subcontractor shall immediately proceed with the performance of this Subcontract as so changed. Any change or modification shall be subject to all the terms and conditions of this Subcontract.

(b) If Owner shall order any changes or extra work, including additions, reductions or deletions, in the work to be performed hereunder or within the general classification of any work to be performed hereunder, Subcontractor will upon written order of Contractor perform the work required, and any adjustment in compensation or in the time for performance shall be as the parties agree. If the parties are unable to agree, Subcontractor shall nevertheless proceed with such work and shall give prompt written notice thereof to Contractor. The amount of compensation and the time of performance shall be adjusted only to the extent allowed by Owner. Subcontractor shall comply with and be bound by any notice provisions and claims procedure, including arbitration, contained in the General Contract or required by Owner. If any claim of Subcontractor is presented to Owner together with claims of Contractor or others, Contractor's determination as to Subcontractor's share of an award by Owner shall be binding and conclusive on Subcontractor.

(c) Any claim for adjustment of the subcontract price or time of performance must be made in writing within ten days from the date such change is ordered. No increase or decrease in the subcontract price or time of performance shall be binding on Contractor unless agreed upon in writing. Change Orders to this subcontract agreement can only be authorized by Mario Ramirez. No other changes, verbal or written, will be acknowledged. The cost of correcting any deviations done without a change order will be charged to the Subcontractor's account.

**SECTION 6. EXAMINATION OF DOCUMENTS AND SITE.** Subcontractor represents that it has carefully examined all of the documents comprising the General Contract and is familiar with the terms and conditions thereof, and has fully acquainted itself with all jobsite conditions relevant to the work that it has made all investigations essential to a full understanding of the difficulties which may be encountered in performing the work; and that, as between the parties hereto and except as expressly provided otherwise in this Agreement, Subcontractor will complete the work for the compensation stated in this subcontract and assumes full and complete responsibility for completion of the work.

**SECTION 7. PROGRESS OF WORK AND ORDER OF PERFORMANCE.** Time is of the essence of this Subcontract. Subcontractor shall furnish all materials, labor, tools, equipment and supplies necessary for the performance of this Subcontract in a proper, efficient and workmanlike manner and so as to perform the work in accordance with and within the time specified in progress schedules designated by Contractor or any revisions thereof. Subcontractors will order all material and equipment immediately in order to meet the schedule. West Coast Contractors may charge up to $1,500.00 to the Subcontractors account for every working day the Subcontractor delays the project for reasons within the Subcontractor's control. Subcontractor shall prosecute the work in a prompt and diligent manner whenever such work, or any part of it, becomes available, or at such other time or times as Contractor may direct, and so as to promote the general progress of the entire construction, and shall not interfere with or hinder the work of Contractor or any other Subcontractor. If Contractor shall deem it necessary, Subcontractor, at its own expense and on demand of Contractor, shall provide additional work forces, overtime or additional shifts and shall expedite the furnishing of materials so as to meet the progress schedule. Any materials that are to be furnished by Subcontractor hereunder shall be furnished in sufficient time to enable Subcontractor to perform and complete its work within the time or times provided herein. Subcontractor shall reimburse Contractor for any and all damages suffered by or assessed against Contractor, including liquidated damages, which are attributable to or caused by Subcontractor's failure to furnish the materials or to perform the work required by this Subcontract within the time fixed or in the manner provided for herein. Payment of such damages shall not release Subcontractor from its obligation to otherwise fully perform this Subcontract. Upon written request by Contractor, Subcontractor shall furnish to Contractor such evidence as Contractor may require relating to Subcontractor's ability to fully perform this Subcontract in the manner and within the time specified herein.

WCC



Subcontractor

If Subcontractor fails to comply or becomes disabled from complying with the provision herein as to character and time of performance, and the failure is not corrected within forty-eight hours after written request by Contractor to Subcontractor, Contractor may, without prejudice to any other right or remedy, take over and complete the performance of this Subcontract at the expense of Subcontractor or Contractor may, without taking over the work, furnish the necessary materials and may employ any other person or persons including another subcontractor to finish the work and provide the materials therefore, all without liability on the part of Contractor for any damage, wear and tear, depreciation, theft, action of the elements, acts of god, fire, flood, vandalism, or other injury or damage to said materials, tools, and appliances and in case of such discontinuance of Subcontractor's employment by Contractor, Subcontractor shall not be entitled to receive any further payment under this Subcontract until the said work shall be wholly finished and Contractor shall have received payment in full therefore from owner, at which time, if the unpaid balance of the amount to be paid under this Subcontract exceeds the expenses incurred by Contractor in finishing the work, such excess shall be paid by Contractor to Subcontractor; but if such expense shall exceed such unpaid balance, then Subcontractor shall pay the difference to Contractor. As used in this Section the work "Expense" shall mean actual cost to Contractor plus fifteen percent (15%) for overhead. The expense incurred by Contractor as herein provided, either for furnishing materials or for finishing the work, and any damages incurred as a result of such default, shall be chargeable to and paid by Subcontractor and Contractor shall have a lien upon all materials, tools and appliances taken possession of, as aforesaid, to secure the payment thereof.

Contractor shall have the right to enter upon the premises and take possession, for the purpose of completing the work included in this Subcontract, of all materials, tools and appliances thereon.

Subcontractor shall be considered disabled from prosecuting the work covered by this Subcontract if Subcontractor's interest herein, or any part thereof, be assigned or transferred in any manner, either voluntarily or involuntarily or by operation of law, or if a petition under the Bankruptcy Act or to appoint a Receiver is filed by or against Subcontractor, or if Subcontractor dies or becomes insolvent or (if an individual) dies or (if a business entity) dissolves or terminates its existence.

**SECTION 8. DELAYS, EXTENSIONS OF TIME, STOPPAGE OR SUSPENSION OF WORK, DISPUTES.** If Subcontractor's performance of this Subcontract is delayed or interfered with by acts of Owner, Contractor or other subcontractors, it may request an extension of time for the performance of same, as hereinafter provided, but except as otherwise permitted by law, Subcontractor shall not be entitled to any increase in the Subcontract price or to damages or additional compensation as a consequence of such delays. If a progress schedule is furnished by Contractor to Subcontractor, it shall be solely for Contractor's benefit; however, Subcontractor must be ready to perform at the times indicated in the progress schedule. Contractor makes no representation that it will be ready for Subcontractor at the times indicated in said schedule regardless of whether delays may be within the control of Contractor. As required by Contractor, Subcontractor shall submit to Contractor progress schedules for the work subcontracted, or at Contractor's election, cooperate in the preparation of a progress schedule.

No allowance of an extension of time, for any cause whatever, shall be granted to Subcontractor unless Subcontractor shall have made written request upon Contractor for such extension within forty-eight hours after the commencement of the delay and unless Contractor and Subcontractor have agreed in writing upon the allowance of additional time to be made. If such extension of time is requested because of Owner caused delays or delays allowable under the General Contract, any extension of time shall be granted to Subcontractor only to the extent allowed by Owner.

If Owner, with or without cause, shall terminate the General Contract or shall stop or suspend work under the General Contract, or if Owner shall fail to pay when due to any sum payable under the General Contract, Contractor may order Subcontractor to stop or suspend work hereunder and Contractor shall be liable to subcontractor for any such stoppage or suspension only if and to the extent that Owner shall be liable to Contractor therefore. Contractor will pay to Subcontractor the value of work that Subcontractor has completed before the work was stopped or suspended but only if and to the extent that Owner shall have paid Contractor for such work of Subcontractor.

In the event of any dispute or claim between Contractor and Owner which directly or indirectly involves the work required to be performed by Subcontractor under this Subcontract or in the event of any dispute or claim between Contractor and Subcontractor which directly or indirectly involves a claim against Owner for either additional compensation or an extension of time under the General Contract, Subcontractor agrees to be bound to Contractor and Contractor agrees to be bound to Subcontractor to the same extent that Contractor is bound to Owner by the terms of the General Contract and by all decisions, findings, or determinations made thereunder, whether by the

person so authorized in the General Co ct, or by an administrative agency or court of com nt jurisdiction or by arbitration, whether or not Subcontractor is a party thereto. If any dispute or claim is prosecuted or defended by Contractor, and Subcontractor is not directly a party or litigant, Subcontractor agrees to cooperate fully with Contractor and to furnish all documents, statements, witnesses and other information required by Contractor for such purpose, and shall pay or reimburse Contractor for all expenses and costs, including reasonable attorney's fees, incurred in connection therewith to the extent of Subcontractor's interest in such claim or dispute. It is expressly understood and agreed in connection with the determination of such claims or disputes that, as to any and all work done and agreed to be done by Subcontractor, and as to any and all materials or services furnished or agreed to be furnished by Subcontractor, and as to any and all damages, if any, incurred by Subcontractor in connection with this project, Contractor shall never be liable to Subcontractor for any greater extent than Owner is liable to Contractor.

It is further specifically agreed by the parties hereto that no claim, dispute or controversy shall interfere with the progress and performance of work required to be performed under this Subcontract and that Subcontractor shall proceed as directed by Contractor in all instances with its work under the Subcontract and that any failure of Subcontractor to comply herewith and to proceed with its work shall automatically be deemed a breach of this Subcontract entitling Contractor to all remedies available in the event of breach.

**SECTION 9. RESPONSIBILITY FOR THE WORK.** Subcontractor shall be responsible for its own work, property and materials until completion and final acceptance of the General Contract and release of responsibility by Owner, and shall bear the risk of any loss or damage until such acceptance. In the event of loss or damage, Subcontractor shall proceed promptly to make repairs or replacement of the damaged work, property or materials at its own expense, as directed by Contractor. Subcontractor waives all rights Subcontractor might have against Contractor for loss or damage to Subcontractor's work, property or materials.

**SECTION 10. INSURANCE.** Subcontractor shall, at his expense, procure and maintain insurance on all of his operations, in companies acceptable to Contractor, in accordance with the attached Exhibit "B" entitled "Insurance Requirements".

**SECTION 11. BONDS.** Unless waived in writing, Subcontractor shall furnish a Performance Bond in an amount equal to the full subcontract price and a Payment Bond in an amount equal to the full subcontract price. Such bonds shall be on forms furnished by Contractor and with a surety satisfactory to Contractor. No change, alteration or modification in or deviation from this Subcontract, its terms, conditions, plans or specifications, or in the manner, time or amount of payment as provided herein whether or not made in the manner herein provided, shall release or exonerate, in whole or in part, any surety on any bond given in connection with this Subcontract. Said bonds shall extend to and cover any extra work or change performed by Subcontractor pursuant to this Subcontract.

**SECTION 12. OBLIGATIONS OF SUBCONTRACTOR.** Subcontractor specifically obligates itself to Contractor in the following respects (and this agreement is made upon such express conditions) to wit:

(a) To indemnify Owner, Contractor and their members, officers, directors and employees against and save them harmless from any and all claims, suits, liability, expense, including attorney's fees or damage or any alleged or actual infringement or violation of any patent or patent right arising in connection with this Subcontract and anything done thereunder.

(b) To protect, hold free and harmless, defend and indemnify Contractor, including its members, officers, directors and employees, from all liability, penalties, costs, losses, damages, expenses, causes of action, claims or judgments, including attorney's fees, resulting from injury to or death sustained by any person (including Subcontractor's employees) or damage to property of any kind, which injury, death or damage arises out of or is in any way connected with the performance of work under this Subcontract. Subcontractor's aforesaid indemnity and save harmless agreement shall apply to any acts or omissions, or negligent conduct, whether active or passive, on the part of Contractor or Subcontractor (or their agents, subcontractors or employees); except that said agreement shall not be applicable to injury, death or damage to property arising from the sole negligence or willful misconduct of Contractor, its officers, agents, servants, or independent contractors (other than Subcontractor) who are directly responsible to Contractor. This indemnification agreement shall extend to claims asserted after termination, for whatever reason, of this Subcontract.

(c) To pay for all materials, equipment including repairs thereof and parts, fuel and labor, including sales taxes and other taxes, ordered for or used in the project by Subcontractor and shall suffer no claim of lien or statutory withholding notice to be filed or served with respect to the subcontract work and shall present, on demand, to Contractor satisfactory evidence of any such payment.



WCC                                                                 Subcontractor

(d) To warrant and guarantee the work ' materials covered by this Subcontract and agree make good, at its expense, any defect in materials or workmanship, including tne restoration of work of Contractor or other Subcontractors that has been affected thereby Subcontractor further agrees that 1) on demand of Contract, Subcontractor will furnish and pay for a maintenance bond to indemnify Contractor for any loss that may be caused by breach of said warranty and guarantee; and on demand, Subcontractor shall furnish and pay for all written guarantees and/or maintenance bonds required by the General Contract in connection with Subcontractor's work 2) unless and until Contractor is released from responsibility by Owner, Contractor may withhold payment from Subcontractor such sums as, at Contractor's sole discretion, are necessary to protect and indemnify Contractor for any loss that may be caused by breach of said warranty or guarantee.

(e) To assume towards Contractor all the obligations and responsibilities that Contractor assumes towards Owner as set forth in the General Contract, including all conditions, drawings, specifications and addenda thereto and other documents hereinabove referred to insofar as applicable, generally or specifically, to the materials to be furnished and the work to be performed under this Subcontract.

(f) To obtain and pay for all permits, licenses and official inspections made necessary by its work and to comply with all laws, ordinances and regulations bearing on its work and the conduct thereof.

(g) To be fully and exclusively responsible for, and to pay when due, any and all applicable contributions, allowance or other payments or deductions, however termed, required by union labor agreements or required by law now or hereafter in force; and Subcontractor shall indemnify Contractor against, and save it harmless from any and all loss, damage, costs, expenses and attorney's fees suffered or incurred on account of any breach of the aforesaid obligations and covenants, and any other provision or covenant of this Subcontract. At any time before final settlement or adjudication of any loss, damage, liability, claim, demand, suit or cause of action for which Subcontractor in this Subcontract agrees to indemnify and save harmless Contractor, Contractor may withhold from any payments due to become due under this Subcontract the reasonable value thereof, as determined solely by Contractor. Contractor further reserves the right to withhold from any payments due Subcontractor hereunder any amounts due Contractor from Subcontractor, whether or not arising under or related to this Subcontract.

**SECTION 13. USE OR OCCUPANCY BY CONTRACTOR.** Whenever it may be useful or necessary for Contractor to do so, Contractor may occupy and use any portion of the work which has been either partially or fully completed by Subcontractor before final inspection and acceptance thereof by Owner, but such use or occupancy shall not relieve Subcontractor of its guarantee of said work and materials nor of its obligation to make good, at its own expense, any defect in materials and workmanship which may occur or develop prior to Contractor's release from responsibility by Owner. Provided; however, Subcontractor shall not be responsible for the maintenance of such portion of the work as may be used or occupied by Contractor, nor for any damage thereto that is due to or caused by the sole negligence of Contractor during such period of use. Subcontractor agrees further that if it shall cause any stains, blemishes, imperfections, marks or damage of any sort whatsoever, whether to its work or to the work of Contractor or to the work of another subcontractor, it will immediately remedy the damage so caused to the satisfaction of Contractor. Subcontractor further agrees when so required by Contractor to do any and all cutting and patching necessary in connection with Subcontractor's portion of the work and agrees further that such cutting and patching shall match other work performed under the General Contract.

**SECTION 14. DAMAGE TO OTHER WORK.** The work provided for in this Subcontract constitutes only a part of the work being performed for Owner by Contractor and other subcontractors. Subcontractor, therefore, agrees to perform the work called for in this Subcontract in such a manner that it will not injure or damage any other work performed by Contractor or any other Subcontractor, and further agrees to pay Contractor for any damage that may be caused to such other work by Subcontractor or by its agents or employees. If the performance of any item of work by Subcontractor is related to or dependent upon any other item of work performed or materials furnished by others. Subcontractor warrants, by undertaking to perform his work, that such other items are satisfactory and acceptable, and waives all claims against Contractor for additional compensation or for damages resulting from any defects therein.

**SECTION 15. INDEPENDENT CONTRACTOR.** Subcontractor represents that it is, or prior to the start of work hereunder that it will become, an Independent Contractor and an employing unit subject, as an employer, to all applicable Unemployment Compensation statutes and Federal and State statutes including Worker's Compensation statutes relating to payroll retention and contributions so as to relieve Contractor of any responsibility or liability for treating Subcontractor's employees as employees of Contractor for the purpose of keeping records, making reports and payment of Unemployment Compensation taxes or contributions or payroll contributions and retention, and

WCC



Subcontractor

payment of Workers' Compensation Insurance. Subcontractor agrees to indemnify and hold Contractor harmless and reimburse it for any expense or liability incurred under said statutes in connection with employees of Subcontractor including a sum equal to benefits paid to those who were Subcontractor's employees, where such benefit payments are charged to Contractor under any Merit Plan or to its individual Reserve Account pursuant to any State Unemployment Compensation statute or other statute, regulation or requirement, including Workers' Compensation statutes.

Subcontractor further agrees as regards (a) the production, purchase and sale, furnishing and delivering, pricing and use or consumption of materials, supplies and equipment, (b) the hire, tenure or conditions of employment of employees and their hours of work and rates of and the payment of their wages, and c) the keeping of records, making of reports, and the payment, collection, and deduction of Federal, State and Municipal taxes and contributions, that Subcontractor will keep and have available all necessary records and make all payments, reports, collections and deductions, and otherwise do any and all things so as to fully comply with all Federal, State and Municipal laws, ordinances and regulations in regard to any and all said matters insofar as they affect or involve Subcontractor's performance of this Subcontract, all so as to fully relieve Contractor from and protect it against any and all responsibility or liability therefore or in regard thereto.

**SECTION 16. OWNER'S REPRESENTATIVE.** The words "Owner's Representative" as used herein refer to the person appointed by Owner to supervise the work in behalf of Owner.

**SECTION 17. ASSIGNMENT AND SUBLETTING.** Any assignment, subletting or delegation, by operation of law or otherwise, in whole or in part, by Subcontractor of this Subcontract, of the work to be performed or of any claims arising hereunder without the prior written consent of Contractor shall be void. Contractor shall not recognize or be bound by any assignment of any right to payment earned or to be earned by performance hereunder by Subcontractor unless or until Contractor shall receive written notice which reasonably proves the assignment and identifies the rights assigned. Any assignment hereunder shall be subject to, and Contractor reserves all rights and remedies possessed by or available to Contractor by law or under this Subcontract as against Subcontractor, its sureties and assigns, including without limitation, rights to set off, to retain monies, to amend or modify this Subcontract, and to assert all other defenses and claims whether or not arising under this Subcontract. The making of any assignment by Subcontractor or any consent thereto by Contractor shall in no event relieve Subcontractor, or its sureties hereunder, of any of their obligations, duties, responsibilities or liabilities.

Any subletting hereunder shall be on the express condition that the sub-subcontract shall be subject to the terms and conditions of this Subcontract and Subcontractor shall incorporate all terms and conditions or this Subcontract in any such sub-subcontract.

**SECTION 18. SAFETY.** (a) Subcontractor shall comply fully with all laws, orders, citations, rules, regulations, standards and statutes with respect to occupational health and safety, accident prevention, safety equipment and practices, including the accident prevention and safety program of Owner and Contractor. Subcontractor shall conduct inspections to determine that safe working conditions and equipment exist and accepts sole responsibility for providing a safe place to work for its employees and for employees of its subcontractors and suppliers of material and equipment, for adequacy of and required use of all safety equipment and for full compliance with the aforesaid laws, orders, citations, rules, regulations, standards and statutes.

(b) Subcontractor shall indemnify, defend and save harmless Contractor, its officers, directors, agents and employees from claims, penalties, damages, liability, loss, costs and expenses, including attorneys' fees, arising from injury or death resulting therefrom, caused or alleged to have been caused by any violation or infraction by Contractor or Subcontractor of any law, order citation, rule, regulations, standard or statute in any way relating to the occupational health or safety or employees, including but not limited to the use of Contractor's or other's equipment, hoist, elevators, or scaffolds, unless caused by the sole negligence or willful misconduct of Contractor.

**SECTION 19. LABOR LAWS.** Subcontractor agrees to be bound and comply with all applicable labor laws, regulations and standards issued or promulgated by a federal, state or other governmental authority having jurisdiction. Subcontractor further agrees to be bound by and comply with all applicable Fair Employment Practices and Equal Opportunity Provisions and Regulations of federal, state or other governmental authority having jurisdiction. Subcontractor acknowledges that it has read said laws, regulations, standards and provisions and is familiar with the terms thereof. Subcontractor agrees that any further subcontractor of any portion of the work covered hereby shall observe and be bound by said provisions to the same extent as herein required of Subcontractor.

WCC



Subcontractor

**SECTION 20. DRAWINGS, PLANS, SP IFICATIONS.** When drawings, plans, specificatio amples or detail work shall be required by this Subcontract, or shall otherwise be required by Contractor to be submitted by Subcontractor, whether on account of work required to be done hereunder or on account of changes in work, Subcontractor agrees to supply the same promptly to Contractor for approval by Owner. If any such drawings, plans, specifications, samples or detail work as submitted by Subcontractor, whether or not they shall be approved by Owner, deviate from or are inconsistent with the design drawings or the specifications of the job, and in the further extent that any such deviations or inconsistencies shall cause Contractor to suffer any damage or incur any cost or expense because of delays or extra work or otherwise, Subcontractor agrees to reimburse Contractor therefore. If any such damage, cost or expense be imposed upon Contractor, Contractor may, at its option, withhold from Subcontractor any payments due or to become due to Subcontractor an amount sufficient fully to reimburse Contractor therefore. The provisions of this paragraph are cumulative of the remedies provided Contractor by Section 3 of this Subcontract.

**SECTION 21. SETTING OF STAKES.** Contractor will set such stakes as Contractor determines to be necessary to establish the lines and grades for the completion of the work specified in Section 2. Subcontractor shall give Contractor not less than two working days' written notice in advance of the commencement of the operations of Subcontractor which require such stakes. Such stakes shall be carefully preserved by Subcontractor. If such stakes are destroyed or damaged they will be replaced at Contractor's earliest convenience. Subcontractor will be charged with the cost of such replacement if, in Contractor's judgment, the stakes were carelessly or willfully destroyed or damaged by Subcontractor's operations or were destroyed, damaged or removed by third parties during a delay by Subcontractor in the commencement of its operations.

**SECTION 22. NOTICES.** Any notice, where required by the terms of this Subcontract, shall be in writing and may be served by personal delivery or by mail or any standard form of telegraphic communication. Personal delivery is complete when the notice is delivered to Subcontractor or its representative at the project or at the office address of Subcontractor appearing in this Subcontract. Subcontractor shall at all times during its work on this project have a representative authorized to receive written notices present on the project site during all normal working hours. In the absence of such a representative, personal delivery is complete when the notice is delivered to any of Subcontractor's supervisors or workmen, or in their absence, left in a conspicuous place on the project site in the area of Subcontractor's work.

**SECTION 23. LABOR AGREEMENTS.** Subcontractor agrees and warrants that at all times it will diligently prosecute the work and supply an adequate number of workers on the job. Picketing, demonstrations or labor disputes of any kind shall not excuse the Subcontractor's obligations to perform in accordance with this Agreement. The General Contractor may establish a reserved gate or reserved time system at its sole option. Should the General Contractor establish a reserved gate or reserved time system, Subcontractor shall direct its employees and suppliers to perform in accordance with the said system. Regardless of whether a reserved gate or reserved time system is established, Subcontractor shall be required to perform at all times in accordance with this Agreement. Failure of Subcontractor to perform shall be considered a material breach of this Agreement.

Subcontractor, to the extent permissible under Federal and any applicable State laws, shall comply with, observe, and be bound by all the terms and provisions of any labor agreements executed by Contractor or on Contractor's behalf, specifically including the terms and provisions of such agreements providing (a) for the assignment of work or the settlement of jurisdictional disputes through the Rules, Regulations and Procedures of the National Joint Board for Settlement of Jurisdictional Disputes in the Building and Construction Industry or any other agreed method for the determination of work assignments or the settlement of jurisdictional disputes, (b) for the adjustment of any other disputes or grievances, c) for hiring and union-security and (d) for the making of payments into or under health and welfare or other fringe benefit funds or plans, to the extent that the terms and provisions of such agreements can legally be applied to the work to be done hereunder. Subcontractor agrees that if any portion of such work is further subcontracted, such sub-subcontractor shall be bound by and observe the terms and provisions of such agreements to the same extent as is herein required of Subcontractor, and that an express provision imposing such obligation upon the sub-subcontractor will indemnify, defend and save Contractor harmless from and against any liability, claim, loss, damage or cause of action resulting in any way, directly or indirectly, from its failure to comply with the requirements of this paragraph.

The wages and working conditions of Subcontractor shall be of the same standard as those of Contractor and shall be subject to Contractor's approval.

WCC



Subcontractor

**SECTION 24. SEVERABILITY.** To the best knowledge and belief of the parties, this Subcontract now contains no provision that is contrary to Federal or to State law or any ruling or regulation of a Federal or State agency. Should, however, any provision of this Subcontract at any time during its term be in conflict with any such law, ruling or regulation, then such provision shall continue in effect only to the extent permitted. If any provision of this Subcontract is thus held inoperative, the remaining provisions of this Subcontract shall nevertheless remain in full force and effect to the extent permitted by law.

**SECTION 25. CLEANUP.** Subcontractor shall perform its work as herein required so that the premises shall at all items be neat, orderly and free from debris. Upon termination or completion of its work, Subcontractor agrees to remove all unused materials and all equipment, utilities and facilities furnished by Subcontractor, to clean up all refuse and debris, and to leave the premises clean, orderly and in good condition.

**SECTION 26. NON-WAVIER.** Waiver by Contractor of any breach hereof by Subcontractor shall not constitute a waiver of any subsequent breach of the same or any other provision hereof. If any provision of this Subcontract, or any part thereof, shall at any time be held to be invalid, in whole or in part, under any applicable Federal, State, Municipal or other law, ruling or regulation, then such provision shall remain in effect to the extent permitted, and the remaining provisions hereof shall remain in full force and effect.

**SECTION 27. ENTIRE AGREEMENT.** This Subcontract agreement contains all covenants, stipulations and provisions agreed upon by the parties hereto. No agent or representative of either party has authority to make, and the parties shall not be liable for, any statement, representation, promise or agreement not set forth herein. Words used in this Subcontract in the present tense include the future as well as the present; words used in the masculine gender include the feminine and neuter; the singular number includes the plural, and the plural the singular.

**SECTION 28. SECTION TITLES.** Section Titles in this subcontract agreement are for convenience only and shall not be construed to modify, expand or limit the provisions of the section to which they refer.

**SECTION 29. ARBITRATION.** If any dispute shall arise between Contractor and Subcontractor pertaining in any manner to the construction or interpretation of this Subcontract, or to the rights or obligations of the parties hereunder, or to the breach hereof, which the parties are unable to settle by mutual agreement, Contractor shall have the exclusive option either to have the dispute determined by court or by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. Contractor shall exercise said option by commencing a court action or by commencing an arbitration proceeding. If Subcontractor first commences a court action with respect to a dispute which Contractor desires to have determined by arbitration or an arbitration proceeding which Contractor desires to have determined by court action, Contractor shall have the right to have said court action or arbitration proceeding stayed if Contractor promptly shall commence the arbitration proceeding or court action desired by Contractor. Judgment upon the award in any arbitration proceeding may be entered in any court having jurisdiction thereof. The prevailing party (as determined by the court or arbitrator(s) shall be entitled to reasonable attorneys' fees from the other party in an amount to be fixed by the court or arbitrator(s). The arbitrator(s) in any arbitration proceeding shall have the right to allocate his/her or their fees between the parties or to charge all of such fees to one party, as the arbitrator(s) shall deem to be just. The law of the State of Nevada and/or State of California shall govern all disputes referred to in this section. The provisions of Section 1283.05 of the Code of Civil Procedure of the State of Nevada and State of California (pertaining to depositions and discovery) hereby are incorporated by reference herein and are made a part hereof.

**CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTORS STATE LICENSE BOARD. ANY QUESTIONS CONCERNING A CONTRACTOR MAY BE REFERRED TO THE REGISTRAR OF THE BOARD WHOSE ADDRESS IS:**

**NEVADA CONTRACTORS' STATE LICENSE BOARD**

**9670 GATEWAY DRIVE, SUITE 100**
**RENO, NEVADA 89511**

**4220 SO. MARYLAND PARKWAY, BLDG. D, SUITE 800**
**LAS VEGAS, NV 89119**

**CALIFORNIA CONTRACTORS' STATE LICENSE BOARD**

**P.O. BOX 26000**
**SACRAMENTO, CA 95826**
**9821 BUSINESS PARK DRIVE**
**SACRAMENTO, CA 95827**

WCC



Subcontractor

IN WITNESS WHEREOF, the parties have executed this Subcontract by their proper officers or duly authorized agents.

WEST COAST CONTRACTORS OF NEVADA, INC.
CONTRACTOR

BY: ____________
MARIO R. RAMIREZ, PRESIDENT

DATE: 11/27/2001

ADDRESS: 7785 WHITE FIR STREET
RENO, NEVADA 89523

PHONE: 775-747-7774 FAX: 775-747-8887

LICENSE NO.: NV #25486, NV #38054, CA #531739

Johnson Plumbing
SUBCONTRACTOR

BY: ____________
SIGNATURE

BY: D L Johnson, owner
NAME (TYPE OR PRINT), TITLE

DATE: 10/9/01

ADDRESS: 1560 Industrial Way
Sparks, NV 89431

PHONE/FAX: P: 775-351-2293 F: 775-351-2294

LICENSE NO.: NV38358 CA555947

IF A CORPORATION, AFFIX CORPORATE SEAL

NAVAL POST GRADUATE SCHOOL
BUILDING 245 EXTENSION
MONTEREY, CA

WCC JOB NO. 824
OWNER CONTRACT NO. N62474-00-C-3035

SUBCONTRACT AGREEMENT NO. 824-12



WCC

SUBCONTRACTOR

JH 64 RM

(JW)

# EXHIBIT "A"
## SCOPE OF WORK

**PROJECT NAME:** Naval Post Graduate School Building Extension 245, Monterey, CA

**SUBCONTRACTOR NAME:** Johnson Plumbing

**SUBCONTRACT NUMBER:** 824-12

**CODE:** 15400

THIS SUBCONTRACT INCLUDES, BUT IS NOT NECESSARILY LIMITED TO THE FOLLOWING DESCRIBED ITEMS:

FURNISH AND INSTALL PLUMBING SYSTEM, IN ACCORDANCE WITH PROJECT PLANS AND SPECIFICATIONS.

DIVISION 15 - MECHANICAL
SPECIFICATION SECTION 15050 BASIC MECHANICAL MATERIALS AND METHODS
SPECIFICATION SECTION 15070 MECHANICAL SOUND, VIBRATION AND SEISMIC CONTROL
SPECIFICATION SECTION 15080 MECHANICAL INSULATION
SPECIFICATION SECTION 15181 CHILLED WATER PIPING
SPECIFICATION SECTION 15185 LOW TEMPERATURE WATER HEATING SYSTEM
SPECIFICATION SECTION 15400 PLUMBING SYSTEMS

**INCLUSIONS:** ALL NECESSARY LABOR, MATERIALS, EQUIPMENT, AND INCIDENTALS TO PERFORM SCOPE OF WORK AS DESCRIBED IN THE ABOVE NOTED SPECIFICATION SECTIONS.

- CONDENSATE LINES
- ~~EXCAVATION AND BACKFILL TRENCHING TO 5' OUTSIDE OF BUILDING~~
- DESIGN BUILD COORDINATION

**EXCLUSIONS:** SITE/UTILITY AND TEST AND BALANCE.

**NOTE:** IN CASE OF CONFLICT BETWEEN THE PROPOSAL AND THE SPECIFICATIONS, THE SPECIFICATIONS AND PLANS SHALL PREVAIL.

OK PER JIM,
WCC WILL
TAKE CARE OF.
LORI



WCC

SUBCONTRACTOR

# EXHIBIT "B"
# INSURANCE REQUIREMENTS

A. **Workers' Compensation and Employer's Liability Insurance.** Workers' Compensation insurance shall be provided. Employer's liability insurance shall be provided in amounts not less than $1,000,000 each accident for bodily injury by accident, $1,000,000 policy limit for bodily injury by disease, and $1,000,000 each employee for bodily injury by disease.

If there is an exposure of injury to Subcontractor's employees under the U.S. Longshoremen's and harbor Workers' Compensation Act, the Jones act or under laws, regulations or statutes applicable to maritime employees, coverage shall be included for such injuries or claims.

B. **General Liability Insurance.** Subcontractor shall carry Comprehensive General Liability insurance covering all operations by or on behalf of Subcontractor providing insurance for bodily injury liability and property damage liability for the limits of liability indicated below and including coverage for:

(1) premises and operations;
(2) products and completed operations;
(3) contractual liability insuring the obligations assumed by Subcontractor in this Agreement;
(4) broad-form property damage (including completed operations);
(5) explosion, collapse and underground hazards; and
(6) personal injury liability.

Except with respect to bodily injury and property damage included within the products and completed operations hazards, the aggregate limits, where applicable, shall apply separately to Subcontractor's work under this Subcontract.

C. One of the following coverage forms is required:

(1) Comprehensive General Liability
(2) Commercial General Liability (Occurrence)
(3) Commercial General Liability (Claims Made)

D. If Subcontractor carries a **Comprehensive General Liability** policy, the limits of liability shall not be less than a combined Single Limit for bodily injury, property damage and Personal Injury Liability of:

$1,000,000 each occurrence
$1,000,000 aggregate

E. If Subcontractor carries a **Commercial General Liability** (Occurrence) policy:

(1) The limits of liability shall not be less than:

$1,000,000 each occurrence (combined single limit for bodily injury and property damage)
$1,000,000 for Personal Injury Liability
$1,000,000 Aggregate for Products Completed Operations
$1,000,000 General Aggregate

(2) If the policy does not have an endorsement providing that the General Aggregate Limit applies separately to this Project or if Defense Costs are included in the aggregate limits, then the required aggregate limits shall be $2,000,000.

F. Special **Claims Made** Policy Form Provisions:
Subcontractor shall not provide a Commercial General Liability (Claims made) policy without the express prior written consent of Contractor, which consent, if given, shall be subject to the following conditions:

(1) The limits of liability shall not be less than:

$1,000,000 each occurrence combined single limit for bodily injury and property damage)
$1,000,000 for Personal Injury Liability
$1,000,000 Aggregate for Products-Completed Operations
$1,000,000 General Aggregate

WCC



Subcontractor

WCC JOB # 824-12

# SUBCONTRACT DRAFT

SUB / LFPO

Company: JOHNSON

Code: 15400

Amount: $ 340,000 —

Circle One:
F/I NTE FOB PLAN / SPEC FTDB Req

Description: PLUMBING

Sections: (15050, 15070, 15080, 15181, 1585, 15400)

Inclusions:
CONDENSATE LINES, EX + BF TRENCHING TO 5' OUT,
DESIGN BUILD COORDINATION

Exclusions: SITE/UTILITY
~~TEST & BALANCE~~

Clarifications:

Cost Breakdown:

# JOHNSON PLUMBING

CERTIFIED BACKFLOW TESTING

August 27, 2001

via fax: 747-8887

Jim Miller
West Coast Contractors
7785 White Fir Street
Reno, NV 89523

Subject: NPS Building 245 Expansion
Re: Plumbing Budget

Hello Jim:

The plumbing budget for the plumbing and hydronic work is $340,000. This would work with Mt. Rose's scope.

The hydronic heating system as proposed will have 2 supply/return loops on each floor, (1 loop for the baseboards and 1 loop for the heat exchangers); we may want to look at this again.

I have not covered the site/utility work or the test and balance.

Please contact me with any questions.

Sincerely,

Carl Johnson

Carl Johnson
Owner

1560 INDUSTRIAL WAY
SPARKS, NEVADA 89431
(775) 351-2293 (FAX) 351-2294
E MAIL plumbing@intercomm.com
NEVADA LICENSE 38358 ♦ CALIFORNIA LICENSE 555947

WEST COAST CONTRACTORS OF NEVADA, INC.

7785 WHITE FIR STREET
RENO, NV 89523-8930
(775) 747-7774
FAX (775) 747-8887

October 14, 2002

Merritt Pardini
1119 Pacific Avenue, Suite 1600
Tacoma, WA 98402
Attn: Scott Harm

Phone/Fax: P: 253-383-8700 F: 253-383-8728

Reference: Naval Post Graduate School Building 245 Extension, Monterey, CA

Dear Scott:

You are hereby directed to provide the OMSI Manual for Design-Build per the contract requirements in Section 01782. This manual must be ready for first submission to the Navy no later than November 14, 2002. Failure to meet this date will significantly delay close out of this project.

Sincerely,
WEST COAST CONTRACTORS OF NEVADA, INC.

Tracy Hieber
General Project Manager

cc: File: Merritt Pardini
Field



87 N

WEST COAST CONTRACTORS of Nevada, Inc.

7785 White Fir Street Reno, NV 89523
Phone (775) 747-7774 Fax (775) 747-8887

# Letter of Transmittal

| | | | |
|---|---|---|---|
| TO: Mt. Rose Heating & Air Conditioning | DATE: | October 23, 2002 | WCC JOB: 824 |
| 310 Sunshine Lane | ATTENTION: | Craig Argall | |
| Reno, NV 89502 | REFERENCE: | Naval Post Graduate School Building 245 Extension, Monterey, CA | |
| | | | |

**WE ARE SENDING YOU:** **X Attached**

☐ Shop Drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications
☐ Copy of Letter **X Subcontract Agreement** ☐ Fax # ____________

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 EACH | | | EXECUTED ORIGINAL SUBCONTRACT AGREEMENT 824-13 FOR YOUR FILES |
| | | | |
| | | | |
| | | | |

**THESE ARE TRANSMITTED AS CHECKED BELOW:**

☐ For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval
**X For your use/files** ☐ Approved as noted ☐ Submit ________ copies for distribution
☐ As Required ☐ Returned for corrections ☐ Return ________ corrected prints
☐ For review & comment ☐ ____________________
☐ FOR BIDS DUE ____________________, 19____ ☐ Prints returned after loan to us

**REMARKS:**

**ATTACHED IS AN EXECUTED ORIGINAL SUBCONTRACT AGREEMENT FOR YOUR FILES.**

**PLEASE NOTE, THE CHANGES YOU MADE TO THE SUBCONTRACT AGREEMENT HAVE BEEN APPROVED, WITH THE EXCEPTION OF PAGE 11, EXHIBIT "A" SCOPE OF WORK: NOTE: IN CASE OF CONFLICT BETWEEN THE PROPOSAL AND THE SPECIFICATIONS, THE SPECIFICATIONS AND PLANS SHALL PREVAIL. THIS ITEM SHALL REMAIN IN THE SUBCONTRACT AGREEMENT.**

**PLEASE NOTE, BONDS ARE NOT REQUIRED.**

COPY TO: File: Mt. Rose Heating & Air Conditioning 824-13
FIELD

SIGNED: [signature]
Lori McFarland, Assistant Project Manager

***If enclosures are not as noted, kindly notify us at once***

61

# SUBCONTRACT AGREEMENT

JH by RM

**PROJECT** NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION MONTEREY, CALIFORNIA – OWNER CONTRACT NO. N62474-00-C-3035

RECEIVED BY
OCT 2 - 2001
Mt. Rose Heat. & Air Cond. Inc.

**CODE NO.** 15600

**SUBCONTRACT NO. 824-13**

THIS AGREEMENT, made this **29th** day of **JUNE 2001** by and between **Mt. Rose Heating & Air Conditioning, 310 Sunshine Lane, Reno, NV 89502, P: 775-329-8384 F: 775-329-8502,** hereinafter called Subcontractor, including its heirs, executors and successors, and assigns, **WEST COAST CONTRACTORS OF NEVADA, INC.**, hereinafter called Contractor, including its heirs, executors and successors, and assigns, WITNESSETH:

**SECTION 1. PROJECT DESCRIPTION.** Subcontractor agrees to furnish all necessary material, labor, tools, equipment and supplies necessary to perform all work set forth in **Exhibit "A"** entitled **Scope of Work** hereof in the construction of **NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION, 1 UNIVERSITY CIRCLE, MONTEREY, CA 93943-5220** hereinafter called project, for the **ENGINEERING FIELD ACTIVITY WEST (EFAW), NAVAL FACILITES ENGINEERING COMMAND, 900 COMMODORE DRIVE, BLDG. 205, SAN BRUNO, CA 94066-5006,** hereinafter called Owner, in accordance with the terms and provisions of the Contract between Owner and Contractor, dated **JUNE 29, 2001,** including all the General and Special Conditions, Drawings and Specifications and other Documents forming, or by reference made, a part of said Contract hereinafter called the General Contract, all of which shall be considered part of this Subcontract by this reference thereto, and Subcontractor agrees to be bound to Contractor and Owner by the terms and provisions thereof.

**SECTION 2. WORK TO BE PERFORMED.** It is agreed that the materials to be furnished and work to be performed by this Subcontractor are outlined in the attached **Exhibit "A"** entitled **Scope of Work.** and Exhibit A-1.

**REGARDLESS OF THE PROVISIONS IN THE GENERAL CONTRACT, SUBCONTRACTOR SHALL FURNISH AND PAY FOR ALL LAYOUT, BACKING, TESTING, SCAFFOLDING AND PLANKING, LIFTS, HOISTING OF MEN AND MATERIALS, TEMPORARY HEAT, POWER AND LIGHTS REQUIRED FOR WORK TO BE PERFORMED UNDER THIS SUBCONTRACT.**

If material is to be furnished but is not required to be installed under this Subcontract, such material is to be delivered F.O.B.:
**NAVAL POST GRADUATE SCHOOL BUILDING 245 EXTENSION, 1 UNIVERSITY CIRCLE, MONTEREY, CA 93943-5220**

**SECTION 3. PAYMENTS.** Contractor shall pay Subcontractor for furnishing the materials and performing the work, as specified herein, the sum of **ONE HUNDRED FORTY-TWO THOUSAND NINE HUNDRED FIFTY DOLLARS AND NO/100 ($142,950.00),** subject to additions and deductions for changes agreed upon or determined as hereinafter provided. Partial payments will be made to Subcontractor in an amount equal to 90 percent of the value of work and materials incorporated in the construction as estimated by Owner's representative, less previous payments, but such partial payments shall not become due to subcontractor until 10 days after contractor receives payment from Owner. Upon complete performance of this Subcontract by Subcontractor and final approval and acceptance thereof by Owner, Contractor will make final payment to Subcontractor of the balance due under this Subcontract within 35 days after full payment for such work and materials has been received by Contractor from Owner. Regardless of the reason for any delay or failure by Owner to pay Contractor for such work and materials, receipt by Contractor of payment from Owner is an express condition precedent to the obligation of Contractor to make any payments to Subcontractor specified herein. However, if payment is not received from Owner, Contractor is to pay Subcontractor within 90-days if Subcontractor is not responsible for delay of payment from Owner.



WCC SUBCONTRACTOR