A. I probably -- I don't know that I can say. My -- my recollection is that we were probably not -- I was probably not involved until after the award, but I don't know that specifically.
Q. Let me just briefly show you a document that's been marked as Exhibit 2. That's a Certified Claim by West Coast to the Navy. And you can take a look at the letter, if you'd like. The only issue I'm going to ask you about is the one at the bottom of page one where it says two, number two, "Equitable Adjustment, Mechanical Equipment."
A. Um hum. Yes, I recall that. I don't know that I've seen this letter, but I remember the issue during design.
Q. And before we get into the issue a little bit more, can you tell me anything specific that you might recall about it?
A. I do recall seeing on the original R.F.P. documents that I believe there was some drawings and on the drawings it did call out for a 15-ton chiller. I don't recall it -- what it said about the air handler specifically.
Um, I do recall as well when we -- when we figured out what the actual space usages were and I did the calculations based on, you know, the number of occupants and all of that, that we ended up with a significantly larger chiller than that original -- what was originally on there. I was not involved in, I guess, in any question about -- I remember being questioned about why it was that and





explaining why, but I don't recall anyone saying well, this is inside or outside of the contract documents.
Q. All right. Let me show you some mechanical drawings which have been previously marked as Exhibit No. 57. And you can take a look through these, if you'd like. I will tell you that I believe the chiller is on Drawing M-4.
A. Okay.
Q. Can you see the chiller on these drawings?
A. Barely.
Q. Yes.
A. There's a box there and it says some words beside it. And I can read "air-cooled chiller," and I'm not quite sure what it says below that.
Q. Well, I -- my understanding is that says "nominal 15 tons."
A. "Nominal 15 tons," okay.
Q. Does that square with your recollection?
A. Yeah, that seems correct.
Q. What does the word nominal mean to you?
A. When you select a piece of air conditioning equipment the, um, nominal -- what they do is they manufacture, let's say a 10-ton and a 15-ton and a 20-ton unit, and that's there nominal size, it's the size everyone refers to them as. If you look at their actual performance, it's slightly, always slightly different than that.
Q. All right. Now, you had referred to a moment ago about





doing some calculations which led you to believe that a -- I don't want to put words in your mouth -- but it led you to believe that a chiller larger than 15 tons would be required. Am I getting that correct?
A. That's what I recall.
Q. If the drawings said a 15-ton chiller, a nominal 15-ton chiller, why did you do the calculations?
A. The calculations are also required by their -- their -- I don't remember what the document is called now, but it's part of that R.F.P. and the calculations are required.
Q. All right. Could you take a look at the mechanical drawings and tell me how many stories the building shown on those drawings is?
A. This looks like two.
Q. All right. And do you recall how many stories the building that was actually built was?
A. I thought we finished three, didn't we?
Q. That's my understanding.
A. Three seems correct to me.
Q. Now, if you added a third story to the building, would that have any effect on the sizing requirements for the chiller?
A. Not necessarily. It depends more on the actual volume of the building. So if the building was the same volume, but three stories and had the same occupancy, it would have essentially the same cooling requirement.





Q. So, in other words, if it was three-story, but it had the same square footage as the two?
A. Right, exactly.
Q. All right.
A. Whereas if it -- you know, obviously if it was one-third larger, it's going to be larger.
Q. All right. Let me show you what's previously been marked as Exhibit 59 -- 69, sorry. And can you see a size of the building in Exhibit 69?
A. This says fifteen -- 1,500 square meters.
Q. All right. And let me show you what's previously been marked as Exhibit No. 9. Tell me if you've seen Exhibit No. 9 before?
A. I believe I have, but it doesn't look immediately familiar. This sheet, however, is the -- I don't know that this is the calculation that I did necessarily, but this is a calculation off of the program I know I used. There are just two copies of it? It looks like it is.
Q. Let me see that. It is, yes. Sorry about that. You can just look at that one, but what I'm interested in is inside of the cover of the first page is the basis of design narrative?
A. Um hum.
Q. You see the second paragraph down, the fourth line, there's a reference to the building size being 2,025 square meters?



f2a61278-09c4-4dbd-b7f9-6c2dcd6b287c

A. Yes, I see that.
Q. If the building size was changed from 1,500 to 2,025 square meters, would that affect the size of the chiller?
A. Certainly.
Q. And would the answer be the same for the air handler?
A. Yes, absolutely.
Q. All right.
A. I think I wrote this part.
Q. And you're pointing to the page that --
A. The mechanical design portion.
Q. Now, take a look at the last page of Exhibit 9.
A. (Witness complies).
Q. In the middle there it's -- where it says "system summary" and then underneath "design capacity quantities," there's a sentence below there that says: "The building peaked at hour 17 month 8 with a capacity of 28.7 tons"?
A. Yes.
Q. What is that referring to?
A. It means that for this calculation, the peak cooling load or for that building was 28.7 tons. It occurred in the 17th month of a -- I'm sorry, the 17th hour of the 8th month. So that would be, what is -- the 17th is the --
Q. August 17th?
A. At 5:00 o'clock in the afternoon on August -- in August.
Q. Oh, I see. So that's when the building would need the most





cooling?
A. Right.
Q. Let me just show you one other document. Let me show you what's been marked as Exhibit No. 13. Now, you can take a look through Exhibit 13 as much as you'd like, but I'm going to ask you a question on the page that's three pages from the end, and you'll see that there's a calculation similar in format anyway to the one which you were just looking at?
A. Yes.
Q. All right. Now, you've had a chance to look at it?
A. Um hum.
Q. And the calculation on Exhibit 13 is slightly different in that it comes up with 30.3 tons?
A. Yes.
Q. And I was just wondering if you could sort of explain in layperson's terms why the calculation is a little bit different?
A. Well, that may be difficult to do without seeing the inputs to the -- to the program. Well, it's hard to say specifically. I see that in the second calculation the air flow is definitely higher, the total cooling is more, but I can't tell what caused it to change. It could be a change in the amount of window area, the type of windows, the -- the type of insulation, the number of occupants. I -- I -- this sheet alone is not enough to tell -- to tell that.





If I had the entire calculation, you should be able to see what specifically changed.
Q. All right. Could we mark this as the next exhibit, please?
(Exhibit No. 107 marked for identification)
Mr. Veach, I'm going to ask you to take a look at Exhibit No. 107, and take as much time as you'd like to look at it, but my first question is just simply going to be do you know who Hoover Associates is with respect to the Naval Post Graduate School project?
A. I believe they put the initial R.F.P. together or portions of it.
Q. And could you take a look through the document and tell me if you can state from your perspective as a mechanical engineer what this document is?
A. It appears to be their preliminary calculation, a rough calculation of what they believe the load in the building is going to be, the cooling load in the building is going to be.
Q. And there's really less than two pages of calculations. Could you just sort of take me through it and just tell us to the extent that you can what each little part is doing?
A. Well, initially they're telling you, I guess the first line is telling you that there's 4,000 square feet. The second portion under their heading of "max load" they're adding up the interior -- internal loads to people, computers, and





lighting where they came up with 56,000 BTUs. Further down the page they add in the corridor and connected link to increase their total estimated CFM to 6,000. They indicate maximum probable people in the building to be 80. And 80 people at 20 CFM per person, they come up with 16,000 CFM of outside air, which is also a load to cooling.
Q. 1,600 or 16,000?
A. 1,600. On the second page is the psychrometric chart. So they're taking their internal load and adding into that what's called latent load which is the -- the load to the chiller because there's water in the air. That's what -- that's the energy it takes to squeeze the water out of the air.
Do you want to know what's missing from there? Because I haven't seen this sheet before, but I can tell you some things that are missing.
Q. What is missing?
A. I don't see any cooling load due to solar. Um, there's no -- basically there isn't any cooling load there that they have here for considering that the -- that it's warmer outside than it is inside. My recollection is that the design temperature down there was something like 78 degrees, so there should be some load for that. There should be some load for the solar gain off of the windows as the sun hits the windows.



f2a61278-09c4-4dbd-b7f9-6c2dcd6b287c

Q. With respect to the one of the things you were just saying on the last page there's a reference to the latitude apparently of the building or at least it says "lat equals"?
A. Yes.
Q. Wouldn't that get to what you were just saying?
A. It's not latitude. They're talking about the latent load.
Q. What is the latent load?
A. That's what I was referring to that is the water in the air that you have to account for. And here they state that their design outside air is 86 degrees on this back page. And certainly if it's 86 degrees outside and you're trying to be 72 degrees inside, you need -- you need to account for the heat that's trying to get into the building.
Q. What is the -- the next to the ski-sloped shaped graph that's to the right?
A. A psychrometric chart. So it's a chart that's used exactly for what we were talking about, for determining how much water there is in the air and how much water you're going to force out of the air, which is -- which gives you this latent cooling load.
Q. And at the top on the right side there's a reference to "sensible heat ratio equals," and then there's some kind of an equation listed?
A. Yes.
Q. What is -- what is that telling you?





A. Well, this is your typical chart. Um, let's see, sensible heat is -- I believe that ratio is the difference between -- God, I guess I actually don't know because it's one that we don't use.
Q. When you say one, what are you referring to?
A. Well, it's one of the portions of this chart that I just don't typically need to use.
Q. What is that typically used for; do you know?
A. The sensible heat ratio? I guess I don't -- I don't particularly know. Then there are sensible heat ratios on this side as well.
Q. Okay. Can you repeat that last comment?
A. I said the sensible heat ratio I see runs down the other side as well. What they use here, which is the correct thing, is the difference in enthalpy.
Q. When you say the thing that they've used is enthalpy which is the correct thing, what do you mean?
A. Well, enthalpy is the amount of energy that's in a component of air. And so they use that to -- you use that because there's less energy in the air once you have taken the water out of it, so you look at the two conditions and that difference in energy is your latent cooling load. So this -- this calculation here appears to be correct to me.
Q. The calculation of the 13.5 tons?
A. Well, the calculation of their latent cooling load. Their





13.5 tons may not be correct because they didn't on the previous sheet include all of the other loads. They've only included a portion of them in the way they've calculated this.
Q. What is -- on the previous page what is the reference to outside air equals 80 people times 20 CFM per person getting at?
A. Um, they've assumed that there -- there are 80 people in the building. Whether that's a good assumption or not, I don't -- I don't know. And the code requirement is typically 20 CFM per person. However, I believe this is a classroom building where it's actually 15 CFM per person. So this is -- this calculation is a calculation that says how much outside air they're expecting to draw into the building.
Q. On the last page on the left side you see the line where it says inside? It's the line that starts with the word "inside"?
A. Yes.
Q. What is the calculation below that?
A. Um, what they've done on that next line is calculate the -- the mixed air temperature. So that's the temperature of the air that's actually going through the cooling coil. And that -- that comes from -- it's because that air is a mixture of air returned from the building and the outside air that they have calculated on the previous page as 1,600.





So they've calculated on this line that your air entering the coil is at 76 degrees dry bulb, 61 wet bulb.
Q. What is the dry bulb?
A. Um, when you say dry bulb, that's the temperature that we typically all see on a thermometer. Wet bulb is the -- it's the saturated -- what's the word? Essentially it's a -- it's a number that indicates how much water is in the air. So if the dry bulb and the wet bulb were the same, that's what we would call 100% humidity, which you typically hear people say. And so those two numbers are needed because that's what they then plug down here on the chart to come up with the enthalpy.
Q. Did you do a similar analysis to come up with your sizing for the chiller?
A. In this situation it's built into the program and without -- without seeing what the other inputs were, I'm not sure I can address that.
Q. When you say it's built into the program, what are you talking about?
A. The -- this design calculation that you've previously -- that we've previously discussed.
Q. Is that a design calculation that would have been done by you or Trane?
A. It was done by me.
Q. All right.



f2a61278-09c4-4dbd-b7f9-6c2dcd6b287c

A. Trane actually just owns the -- they developed the software.
Q. All right. Now, on the third page of that document, Exhibit 107 --
A. Um hum, yes.
Q. -- on that graph again, sort of on the bottom left, there are those lines that kind of look like steps that are going up?
A. Yes.
Q. What are -- what are those lines?
A. Those are the -- that's the enthalpy that we've been talking about.
Q. All right. And then in-between 20 and 25 there's some writing there that looks like 2HS or something. Do you know what that is?
A. Yes. It's 21.5.
Q. Oh, I see.
A. And then the other one is 27.5. And you see those in the calculation above and it says Delta H equals 27.5 minus 21.6 they say, which I don't know why it says that, but then it says equals six. And 'H' in this case is the enthalpy that we were discussing.
So the next line he says load is 6,000, which is his CFM, so that's air volume, times 4.5, times the enthalpy, which is six. 4.5 is the -- should be the temperature difference between inside temperature and coil





temperature. He just didn't explain all of his terms, but --
Q. And the next line down it looks like it says 167,000 BTU something?
A. Yes, BTUs per hour.
Q. How do you translate BTUs into tons or is that what this is doing?
A. Twelve -- it's a direct translation. 12,000 BTUs per hour is a ton.
Q. On that graph again you see there's some writing, it looks like it says max on coil. It says something?
A. I think he's saying mix on coil.
Q. Mix on coil?
A. Which is his mixed air temperature that he calculated above.
Q. And then if you look a little above that to the right, it looks like it says OP?
A. Probably OA for outside air.
Q. It's OA? And what is the outside air in reference to?
A. That's his 1,600 CFM outside air. He's just plotted the point for no particular reason. It doesn't need to be on there for anything.
Q. On the left side in the equation we were just talking about next to load, you've mentioned this briefly, but where does the 4.5 come from?
A. I guess I'm not certain without pulling out a book. It may





just be a constant that's used. I haven't hand-calculated once of these in awhile because computers do so many things for you now that --
Q. I understand, sure.
A. (Shrugging shoulders).
Q. All right. On the previous page with the calculations, there's a listing for total CFM equals 5,900, say 6,000 CFM. Do you see that?
A. Yes.
Q. And then underneath that there's a separate, uh --
A. It says 15 degrees Delta T and 1.085.
Q. You lost me. I don't think we're in the same place.
A. Oh, sorry.
Q. Where are you?
A. Oh, I must be on the line below.
Q. Oh, I'm on the, if you will, at the second paragraph on the bottom where it says total CFM --
A. Yes.
Q. -- equals 5,900. That 5,900 appears to be the sum of 3,500, plus 1,200, plus 1,200?
A. Yes.
Q. So the total CFM equals 5,900, say 6,000 CFM. That does not appear to be -- to include this separate CFM calculation that's below?
A. The total CFM would be the supply air volume. The 1,600 CFM





that's listed below is a portion of that, not in addition to it.
Q. So the 1,600 is in the 5,900. The components of the 5,900 are the 3,500, the 1,200 and the 1,200?
A. Right.
Q. Where -- which of those numbers is the 1,600? Is it in all of them or what?
A. It's typical engineering confusion here. The -- his 6,000 CFM number is calculated above from an assumption that he's going to cool his air 15 degrees at that cooling coil, which is the 15 degree Delta T listed in the calculation above. This 1,600 CFM gets mixed into the air stream before the cooling coil, so it becomes a component of that 6,000 that's supplied to the entire building, but it's not part of the calculation above, nor does it need to be.
Q. Okay. Before you had talked about for the classroom building you used a calculation of 15 CFM per person?
A. I believe that's the current code, yeah.
Q. All right. So if you used 15 instead of the 20, I guess 80 times 15 would be about 1,200 CFM?
A. Right. That's correct.
Q. And how would that, if at all, affect this calculation?
A. Um, I'm not sure it affects this cooling calculation because I fail to see where he's added that load due to outside air into his equation. He has 14 -- or pardon me, he has

4.7 tons of internal load that he calculated. Then he determines that there's 6,000 CFM of total air. And then he uses the psychrometric chart to determine the latent load. And I guess the latent load in this situation is affected by the percentage of the outside air. So if he used a smaller amount of outside air, it would be a slightly less latent load and you'd come up with a smaller total size of the chiller.
Q. All right. I think we're just about done.
A. I doubt that it's significant to change the actual calculation, though.
Q. All right. I think we're just about done. Let me just take a quick break.
(Short break taken)
All right. Just back on the record. I just have a couple of more questions. On the second page of Exhibit 107 there's a calculation for 2,000 square feet under corridor. Do you see that?
A. Yes.
Q. Equals 1,200 CFM; do you see that?
A. Yes.
Q. And underneath that "connector link estimate equals 1,200 CFM"?
A. Right.
Q. Would that lead you to believe that since they're the same





CFM that -- or would that follow then that the square footage would also be about the same?
A. Yeah, I would assume so.
Q. And you see at the top there's a reference to 4,000 square feet?
A. Yes.
Q. So would it be -- would you read this so that this is based upon a total of 8,000 square feet?
A. No.
Q. How would you read it?
A. I would read it as it says. There's 4,000 square feet of interior zone, which is where they came up with their 3,500 CFM. And then there's -- well, they say that 2,000 square feet. Okay, so I do, yes, I guess I would read that as 8,000 square feet. You're correct, yes. I don't -- it's a pretty rough hand-weaving estimate too. Just says there's 2,000 square feet at .6 CFM, but -- so I can't say whether that's a good number or a bad number.
MR. O'CONNELL: All right. I have no further questions.
EXAMINATION
BY MR. DAVIS:
Q. Mr. Veach, I've got one or two questions for you. When you did the calculations for the chiller and the air handler during the design phase, are you the one that prescribes the





size of the chiller that is needed?
A. Yes, in combination with the contractor, I believe, who selected the brand that he wanted to use. So some brands are going to provide different possible capacities. Typically, though, in this size range you get 30-ton and 40-ton chillers, with nothing in-between.
Q. But you're the one that does the calculations and the design and says no, we don't need a 15, we need a 40?
A. Yes.
Q. Okay.
A. Absolutely.
Q. Now, the government has said that essentially you overbought. What the government has said is that a 30-ton chiller would have been adequate. My question to you is based upon the calculations you did, would a 30-ton chiller have been adequate for this job?
A. Unfortunately, I need to see what else is in this calculation. I can't tell whether this is direct cooling load or whether this includes latent or not.
MR. O'CONNELL: Can you just say what exhibit you're pointing to?
MR. DAVIS: Yes. Let me just help you out here.
THE WITNESS: Exhibit 13?
BY MR. DAVIS:
Q. Thirteen.





A. If it does not include the latent load, then certainly a 30-ton is not going to be adequate because there's probably another three or four tons of cooling required because of the moisture in the air.
Additionally to that, typically a 30-ton chiller at the design conditions, which I believe is 85 degrees as we saw on Exhibit 107 -- or 86 degrees on Exhibit 107, the actual output of that chiller is going to be probably 15% to 20% less than its nominal capacity because they're rated at 80 degrees. So, as the outside air temperature is higher, the capacity falls off on the chiller and so I would say that a 30-ton chiller most likely would have not worked in this situation.
MR. DAVIS: Okay. Thank you very much. That's my only question.
MR. O'CONNELL: You have the option to read and sign your deposition transcript or you can waive it. If you choose to read and sign, we would ask that you read and sign it within a reasonable period of time, say 30 days.
THE WITNESS: Okay.
MR. O'CONNELL: Would you like to read and sign?
THE WITNESS: Sure.
MR. O'CONNELL: All right. You'll have to give the Court Reporter your address and she'll send it to you.
(Deposition Concluded)(Signature Reserved)

CERTIFICATE

STATE OF WASHINGTON)
) ss.
County of Lewis )

I, the undersigned Notary Public in and for the State of Washington, do hereby certify:

That the foregoing deposition of the witness named herein was taken stenographically before me and transcribed under my direction; that the deposition is a full, true and complete transcript of the testimony of said witness, including all questions, answers, objections, motions and exceptions;

That the witness, before examination, was by me duly sworn, and the deposition was made available to the witness for reading and signing upon completion of transcription, unless indicated herein the waiving of signature;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;

That I am herewith securely sealing this deposition and delivering the same to Mr. O'Connell for filing with the Court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 16th day of May, 2007.

Notary Public in and for the State
of Washington, residing at
Mossyrock.