# In the United States Court of Federal Claims

No. 05-1121 C
(Filed: November 28, 2007)

| | |
|---|---|
| ****************************************** | |
| **WEST COAST CONTRACTORS OF NEVADA, INC.,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ****************************************** | |

## SCHEDULING ORDER

Pursuant to the parties' Joint Status Report filed on September 27, 2007, the Court adopts the following schedule for briefing regarding Defendant's pending motion for partial summary judgment:

| | |
|---|---|
| Plaintiff's opposition to motion filed | **December 21, 2007** |
| Defendant's reply to Plaintiff's opposition filed | **January 11, 2008** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge