**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WEST COAST CONTRACTORS OF NEVADA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | : | No. 05-1121C<br>(Chief Judge Damich) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff respectfully requests an enlargement of 14 days, from December 21, 2007 to January 4, 2008 to file Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment. Plaintiff further requests an enlargement of 14 days, from January 11, 2008 to January 25, 2008 to file Defendant's Reply to Plaintiff's Opposition. Plaintiff's counsel has communicated with Michael N. O'Connell, counsel for Defendant, who does not oppose this Motion.

This brief extension is necessary to accommodate the work schedule of counsel for Plaintiff. Accordingly, Plaintiff respectfully requests that the Court grant this Motion and revise the Scheduling Order, filed on November 28, 2007, with the dates set forth above.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: /s/ William C. Davis, III
William C. Davis, III

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5217
(301) 230-2891 (fax)

Attorneys for Plaintiff West Coast Contractors of Nevada, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2007 a copy of the foregoing Plaintiff's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William C. Davis, III
William C. Davis, III

G:\39\West Coast\Documents\Unopposed Motion for Enlargement.12.13.07.wpd