# In the United States Court of Federal Claims

No. 05-1121 C
(Filed: December 14, 2007)

****************************************
**WEST COAST CONTRACTORS OF NEVADA, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## REVISED SCHEDULING ORDER

The Court GRANTS Plaintiff's Unopposed Motion for Extension of Time in which to file its opposition to Defendant's motion for partial summary judgment, filed on December 14, 2007. The Court also adopts the following briefing schedule Plaintiff has requested in lieu of the schedule set forth in the Court's scheduling order of November 28, 2007:

| | |
|---|---|
| Plaintiff's opposition to motion filed | **January 4, 2008** |
| Defendant's reply to Plaintiff's opposition filed | **January 25, 2008** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge