# In the United States Court of Federal Claims

No. 05-1121 C
(Filed: March 14, 2008)

| | |
|---|---|
| **WEST COAST CONTRACTORS OF NEVADA, INC.**, Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

## ORDER FOR ORAL ARGUMENT

The Court deems oral argument to be necessary in regard to Defendant's Motion for Partial Summary Judgment. Oral argument will, therefore, take place on **Thursday, April 3, 2008 at 10:00 a.m. Eastern Time at the National Courts Building, United States Court of Federal Claims, in Washington, D.C.** The parties may contact law clerk Ernesto Sanchez at (202) 357-6486 with any questions.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge